LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., a California corporation; et al.<br><br>Defendants. | Civ. No. 03 00385 SOM-LEK<br>(Copyright)<br><br>**STIPULATION REGARDING GOOD FAITH SETTLEMENT AND ORDER** |

## STIPULATION REGARDING GOOD FAITH SETTLEMENT

WHEREAS, Plaintiff Wayne Berry ("Plaintiff") and Defendants Hawaiian Express Service, Inc., H.E.S. Transportation Services, Inc., California Pacific Consolidators, Inc., Jeffrey P. Graham, Peter Schaul and Patrick Hirayama, ("Settling Defendants"), have reached a settlement of all claims between them in the above-captioned case;

WHEREAS, the settlement is contingent upon a determination of good faith settlement by the Court pursuant to Hawaii Revised Statutes ("HRS") § 663-15.5;

WHEREAS, upon a determination of good faith settlement by the Court pursuant to HRS § 663-15.5, any and all claims against the Settling Defendants for contribution or non-contractual indemnity by non-settling Defendants shall be barred and/or dismissed;

WHEREAS, the terms of the settlement are subject to a confidentiality clause;

WHEREAS, the non-Settling Defendants have been apprised of the terms of the settlement and have been provided a copy of the Settlement Agreement under the terms of the Protective Order filed in this case. A copy of the Settlement Agreement will be filed under seal;

IT IS HEREBY STIPULATED by and between all of the parties to the above-captioned lawsuit that the settlement between Plaintiff and the Settling Defendants was made in good faith pursuant to HRS § 663-15.5 and that, therefore, all of the protections afforded under HRS § 663-15.5 shall apply.

IT IS HEREBY FURTHER STIPULATED by and between all of the parties to the above-captioned lawsuit that this Stipulation may be executed in counterparts and by facsimile signature.

Dated:  JUL 6 2005

_____
TIMOTHY J. HOGAN, ESQ.
Attorney for Plaintiff WAYNE BERRY


_____
KAREN GABLER, ESQ.
ROY J. TJIOE, ESQ.
EMILY REBER PORTER, ESQ.
Attorneys for Settling Defendants
HAWAIIAN EXPRESS SERVICE,
INC., H.E.S. TRANSPORTATION
SERVICES, INC., CALIFORNIA PACIFIC
CONSOLIDATORS, INC., JEFFREY P.
GRAHAM, PETER SCHAUL and PETER
HIRAYAMA

_/s/_
_____
LEX R. SMITH, ESQ.
ANNE E. LOPEZ, ESQ.
Attorneys for Defendants
FLEMING COMPANIES, INC.,
C&S WHOLESALE GROCERS, INC.,
C&S LOGISTICS OF HAWAII, LLC,
C&S ACQUISITIONS, LLC, ES3, LLC;
RICHARD COHEN and POST-
CONFIRMATION TRUST


_/s/_
_____
LYLE HOSODA, ESQ.
RAINA MEADE, ESQ.
Attorneys for Defendants MARK DILLON,
BRIAN CHRISTENSEN, TERESA NOA,
MELVIN PONCE, ALFREDDA
WAIOLAMA, JACQUELINE RIO, SONIA
PURDY and JUSTIN FUKUMOTO


_/s/_
_____
JOHN T. KOMEIJI, ESQ.
GREGORY Y.P. TOM, ESQ.
KAREN ARIKAWA, ESQ.
Attorneys for Defendant ALIX
PARTNERS, LLC

_____
REX FUJICHAKU, ESQ.
Attorney for Defendants GUIDANCE
SOFTWARE, ~~LLC~~ INC. and MICHAEL GURZI

APPROVED AND SO ORDERED:

_____
~~District~~ Judge of the Above-Entitled Court

-------------------------------------------------------------------------

*Wayne Berry v. Hawaiian Express Service, Inc., et al.,* Civ. No. 03 00385 SOM-LEK, in the United States District Court for the District of Hawaii; STIPULATION REGARDING GOOD FAITH SETTLEMENT AND ORDER

5