**ORIGINAL**

NORDMAN CORMANY HAIR & COMPTON
KAREN GABLER, ESQ.          5864-0
1000 Town Center Drive
Sixth Floor
Oxnard, California 93036
Telephone: (805) 485-1000
Facsimile: (805) 988-8387
E-mail: kgabler@nchc.com

GOODSILL ANDERSON QUINN & STIFEL
A Limited Liability Law Partnership LLP
ROY J. TJIOE                4861-0
EMILY REBER PORTER          7699-0
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: 547-5600
E-mail: rtjioe@goodsill.com;
eporter@goodsill.com

Attorneys for Defendants
HAWAIIAN EXPRESS SERVICE, INC.,
H.E.S. TRANSPORTATION SERVICES,
INC., CALIFORNIA PACIFIC
CONSOLIDATORS, INC., JEFFREY P.
GRAHAM, PETER SCHAUL and PATRICK
HIRAYAMA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 2 5 2005
at １ o'clock and ＿＿ min. ＿M
SUE BEITIA, CLERK

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | Civ. No. 03 00385 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | **STIPULATION FOR DISMISSAL** |
| vs. | ) | **OF THE HEX DEFENDANTS** |
| | ) | **WITH PREJUDICE AND ORDER** |

1



| | |
|---|---|
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation; H.E.S. TRANSPORTATION SERVICES, INC., a California corporation; CALIFORNIA PACIFIC CONSOLIDATORS, INC., a California corporation; JEFFREY P. GRAHAM, PETER SCHAUL, PATRICK HIRAYAMA, California citizens, et al., <br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### STIPULATION FOR DISMISSAL OF THE HEX DEFENDANTS WITH PREJUDICE AND ORDER

WHEREAS, Plaintiff Wayne Berry ("Plaintiff") and Defendants Hawaiian Express Service, Inc., H.E.S. Transportation Services, Inc., California Pacific Consolidators, Inc., Jeffrey P. Graham, Peter Schaul and Patrick Hirayama, ("HEX Defendants"), have reached a settlement of all claims between them in the above-captioned case;

WHEREAS, on July 7, 2005, a Stipulation Regarding Good Faith Settlement and Order was filed in this case, as approved and ordered by this Court, finding a good faith settlement pursuant to HRS § 663-15.5, and barring and/or dismissing any and all claims against the HEX Defendants for contribution or non-contractual indemnity by non-HEX Defendants; and

2

WHEREAS, submitted simultaneously herewith is a Stipulated Permanent Injunction between Plaintiff and the HEX Defendants signed by their respective attorneys;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and the HEX Defendants, by their respective attorneys, that any and all of Plaintiff's claims against the HEX Defendants, set forth in Plaintiff's Second Amended Verified Complaint filed herein on June 18, 2004, are hereby dismissed with prejudice. There are no remaining claims by or against the HEX Defendants.

IT IS FURTHER STIPULATED AND AGREED that each party to this Stipulation shall bear its own attorney's fees and costs.

Notwithstanding the dismissal of the claims against the HEX Defendants, the Court expressly reserves and retains jurisdiction to enforce the Stipulated Permanent Injunction submitted simultaneously herewith.

This Stipulation is being filed pursuant to Rules 41(a)(1)(ii), (a)(2), and (c) of the Federal Rules of Civil Procedure.

Trial in this matter is scheduled for January 24, 2006.

/
/
/
/
/
/

DATED: Honolulu, Hawaii, July 19, 2005.

*/s/ Timothy J. Hogan*
TIMOTHY J. HOGAN, ESQ.
Attorney for Plaintiff WAYNE BERRY

*/s/ Emily Reber Porter*
KAREN GABLER, ESQ.
ROY J. TJIOE, ESQ.
EMILY REBER PORTER, ESQ.
Attorneys for Settling Defendants
HAWAIIAN EXPRESS SERVICE, INC.,
H.E.S. TRANSPORTATION SERVICES,
INC., CALIFORNIA PACIFIC
CONSOLIDATORS, INC., JEFFREY P.
GRAHAM, PETER SCHAUL and
PATRICK HIRAYAMA

APPROVED AND SO ORDERED:

*/s/ Susan Oki Mollway*
District Judge of the Above-Entitled Court

---

*Wayne Berry v. Hawaiian Express Service, Inc., et al.*, Civ. No. 03 00385 SOM-LEK, in the United States District Court for the District of Hawaii; STIPULATION FOR DISMISSAL OF HEX DEFENDANTS WITH PREJUDICE AND ORDER