**Fleming Computer 05 FHL 150**

**From:** "Teresa Noa" <teresan@fleming-logistics.com>
**To:** "James" <JPayne1@email.fleming.com>
**Cc:** "Ron Hatch -" <RHatch@email.fleming.com>; "Brian Christensen" <bchrist@email.fleming.com>
**Sent:** Thursday, April 17, 2003 7:38 AM
**Subject:** KELLOGG'S ALLOWANCE

Don't believe this is an issue at this point - but

Currently with the allowance that Kellogg's gives us and the freight we have built into the cost of goods - Full Container Freight Allocated - runs about $3980.96.

As an FYI - Kellogg's Actual Tariff is $4140 for a full container - if you add in all the additional costs (fuel and THC) - it would be $4650.50

We are not losing money yet - but we should at least try and get what the Manufacturer's tariff allows?

Teresa A. Noa
Logistics Analyst/Coordinator
Flemng Companies Hawaii Division
(808) 682-3302

Wayne Berry v Hawaiian Express Plaintiff Exhibit 46

12/13/2005

EXHIBIT "B"