## Timothy J. Hogan

**From:** Timothy J. Hogan
**Sent:** Tuesday, July 19, 2005 11:33 AM
**To:** 'Damian Capozzola'; Clyde Matsui (cmatsui@triallawhawaii.com); K Akamine
**Cc:** ael@ksglaw.com; cmatsui@triallawhawaii.com; Eric Liebeler; Emily Reber Porter (E-mail); Rex Fujichaku; gtom@wik.com; John T. Komeiji; K Akamine; kgabler; Sheldon Toll (E-mail); Lex Smith; Lyle Hosoda; Lyle Hosoda; Margery Bronster (E-mail); Olivia Samad; Rex Y. Fujichaku; rpbm@Hosodalaw.Com; Roy Tjioe (E-mail); Victor Limongelli (E-mail); Wesley H. Ching (E-mail)
**Subject:** RE: Letter to Discovery Master

**Tracking:** 

| Recipient | Read |
|---|---|
| 'Damian Capozzola' | |
| Clyde Matsui (cmatsui@triallawhawaii.com) | |
| K Akamine | |
| ael@ksglaw.com | |
| cmatsui@triallawhawaii.com | |
| Eric Liebeler | |
| Emily Reber Porter (E-mail) | |
| Rex Fujichaku | |
| gtom@wik.com | |
| John T. Komeiji | |
| K Akamine | |
| kgabler | |
| Sheldon Toll (E-mail) | |
| Lex Smith | |
| Lyle Hosoda | |
| Lyle Hosoda | |
| Margery Bronster (E-mail) | |
| Olivia Samad | |
| Rex Y. Fujichaku | |
| rpbm@Hosodalaw.Com | |
| Roy Tjioe (E-mail) | |
| Victor Limongelli (E-mail) | |
| Wesley H. Ching (E-mail) | |
| 'Wayne Berry' | |
| Wesley W. Ichida | Read: 7/20/2005 9:37 AM |

Dear Mr. Capozzola:

So we don't get delayed in another claim of inadvertent disclosure of privileged materials please see: United States Fid. & Guaranty Co. v. Braspetro Oil Servs. Co., 2002 U.S. Dist. LEXIS 111, 53 Fed. R. Serv. 3d (Callaghan) 60 (S.D.N.Y. Jan. 4, 2002). This case involved a similar discovery dispute in which Defendant alleged that attorney-client privilege applied to 60 electronic discs that had been supplied to defendant's experts. Plaintiffs asserted that supplying the discs to the experts had ceased any level of confidentiality and the court agreed and ordered the defendant to produce all information that had been provided to their experts. In this case, the waiver was clear because the expert "could" open the files. It didn't matter "if" the expert actually opened them.



EXHIBIT "D"

8/2/2005

In addition, you have claimed privilege over the database and Crystal reports files as part of the privileged files. You refuse to produce a log and are using this claim of privilege to stymie Mr. Berry from being able to present his case and to ferret out the fraud.

Your intentional waiver is complete and irrevocable. Because you have waived a substantive right of the Debtors and the committee, do you think this issue should be run past Judge Walrath for her say on the waiver? See also CP Kelco United States, Inc. v. Pharmacia Corp., 213 F.R.D. 176, 178 (D. Del., 2003) (Delaware Distict Court finding all materials provided to trial expert must be produced because privilege is irrevocably waived).

Tim Hogan


Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email tjh@loio.com

NOTICE: This email is only for use by the intended recipient. If received in error any use, disclosure or copying is prohibited. Any inadvertent receipt shall not be a waiver of any privilege or work product protection. Please contact the sender at tjh@loio.com or at (808) 528-0100.

---

**From:** Damian Capozzola [mailto:dcapozzola@kirkland.com]
**Sent:** Tuesday, July 19, 2005 10:50 AM
**To:** Timothy J. Hogan
**Cc:** ael@ksglaw.com; cmatsui@triallawhawaii.com; Eric Liebeler; Emily Reber Porter (E-mail); Rex Fujichaku; gtom@wik.com; John T. Komeiji; K Akamine; kgabler; Sheldon Toll (E-mail); Lex Smith; Lyle Hosoda; Lyle Hosoda; Margery Bronster (E-mail); Olivia Samad; Rex Y. Fujichaku; rpbm@Hosodalaw.Com; Roy Tjioe (E-mail); Victor Limongelli (E-mail); Wesley H. Ching (E-mail)
**Subject:** RE: Letter to Discovery Master

Mr. Hogan,

I believe you are mistaken. We specifically instructed Dr. Walker to disregard any attorney-client materials and focus exclusively on the technical issues relevant to his analysis, and if and when you depose Dr. Walker you will be free to explore this issue. But under the present circumstances we do not believe there has been a waiver of any sort; I invite you to make whatever motion you feel you need to make if you continue to disagree.

Thank you for your attention to these matters.

--Damian

**Damian D. Capozzola | KIRKLAND & ELLIS LLP**
777 South Figueroa St., Floor 37 | Los Angeles, CA 90017
213.680.8653 PHONE | 213.448.2709 MOBILE | 213.680.8500 FACSIMILE

dcapozzola@kirkland.com | www.kirkland.com/dcapozzola

| | | |
|---|---|---|
| "Timothy J. Hogan" <tjh@loio.com> | To | "Damian Capozzola" <dcapozzola@kirkland.com>, <cmatsui@triallawhawaii.com>, "K Akamine" <kakamine@triallawhawaii.com> |
| 07/19/2005 01:41 PM | cc | <ael@ksglaw.com>, "Eric Liebeler" <eliebeler@kirkland.com>, "Emily Reber Porter \(E-mail\)" <eporter@goodsill.com>, "Rex Fujichaku" <fujichaku@hotmail.com>, <gtom@wik.com>, "John T. Komeiji" <JKomeiji@wik.com>, "kgabler" <kgabler@nchc.com>, "Sheldon Toll \(E-mail\)" <lawtoll@comcast.net>, "Lex Smith" <lex@gte.net>, "Lyle Hosoda" <lsh@hosodalaw.com>, "Lyle Hosoda" <lshosoda@hotmail.com>, "Margery Bronster \(E-mail\)" <mbronster@bchlaw.net>, "Olivia Samad" <OSamad@kirkland.com>, "Rex Y. Fujichaku" <rfujichaku@bchlaw.net>, <rpbm@Hosodalaw.Com>, "Roy Tjioe \(E-mail\)" <rtjioe@goodsill.com>, "Victor Limongelli \(E-mail\)" <victor.limongelli@guidancesoftware.com>, "Wesley H. Ching \(E-mail\)" <WHC@fmhc-law.com> |
| | Subject | RE: Letter to Discovery Master |

Dear Mr. Capozzola:

We have no objection to the materials being provided to Mr. Walker under the terms of the protective order.

We need to make clear, because the PCT knowingly and voluntarily "shipped" them to its trial expert it can't withhold them from Mr. Berry on the grounds of privilege. It is clear that the PCT has voluntarily waived attorney-client privilege over these materials and their subject matter. I respectfully ask that Master please return our After DVD and request a date certain when we can receive a full copy of the Hard Drive and other materials identified in Mr. Limongelli's letter and shipped to Dr. Walker. We will purchase our drive and await your instructions.

Thank you for your prompt attention to this so we can move forward without delay,

Tim Hogan

Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email tjh@loio.com

NOTICE: This email is only for use by the intended recipient. If received in error any use, disclosure or copying is prohibited. Any inadvertent receipt shall not be a waiver of any privilege or work product protection. Please contact the

sender at tjh@loio.com or at (808) 528-0100.

---

**From:** Damian Capozzola [mailto:dcapozzola@kirkland.com]
**Sent:** Tuesday, July 19, 2005 9:53 AM
**To:** Timothy J. Hogan
**Cc:** ael@ksglaw.com; Eric Liebeler; Emily Reber Porter (E-mail); Rex Fujichaku; gtom@wik.com; John T. Komeiji; kgabler; Sheldon Toll (E-mail); Lex Smith; Lyle Hosoda; Lyle Hosoda; Margery Bronster (E-mail); Olivia Samad; Rex Y. Fujichaku; rpbm@Hosodalaw.Com; Roy Tjioe (E-mail); Victor Limongelli (E-mail); Wesley H. Ching (E-mail)
**Subject:** RE: Letter to Discovery Master

The letter and the materials it describes.

Damian D. Capozzola | KIRKLAND & ELLIS LLP
777 South Figueroa St., Floor 37 | Los Angeles, CA 90017
213.680.8653 PHONE | 213.448.2709 MOBILE | 213.680.8500 FACSIMILE

dcapozzola@kirkland.com | www.kirkland.com/dcapozzola

"Timothy J. Hogan"
<tjh@loio.com>

07/19/2005 12:45 PM

To: "Damian Capozzola" <dcapozzola@kirkland.com>, <ael@ksglaw.com>, "Eric Liebeler" <eliebeler@kirkland.com>, "Emily Reber Porter \(E-mail\)" <eporter@goodsill.com>, "Rex Fujichaku" <fujichaku@hotmail.com>, "John T. Komeiji" <JKomeiji@wik.com>, "kgabler" <kgabler@nchc.com>, "Sheldon Toll \(E-mail\)" <lawtoll@comcast.net>, "Lex Smith" <lex@gte.net>, "Lyle Hosoda" <lsh@hosodalaw.com>, "Lyle Hosoda" <lshosoda@hotmail.com>, "Margery Bronster \(E-mail\)" <mbronster@bchlaw.net>, "Olivia Samad" <OSamad@kirkland.com>, "Rex Y. Fujichaku" <rfujichaku@bchlaw.net>, <rpbm@Hosodalaw.Com>, "Roy Tjioe \(E-mail\)" <rtjioe@goodsill.com>, "Victor Limongelli \(E-mail\)" <victor.limongelli@guidancesoftware.com>, "Wesley H. Ching \(E-mail\)" <WHC@fmhc-law.com>,

cc: <gtom@wik.com>

Subject: RE: Letter to Discovery Master

Mr. Capozzola:

Can you please describe the "materials" to which you refer? Is it just the pdf letter or is it more?

Thanks,

Tim Hogan

Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email tjh@loio.com

NOTICE: This email is only for use by the intended recipient. If received in error any use, disclosure or copying is prohibited. Any inadvertent receipt shall not be a waiver of any privilege or work product protection. Please contact the sender at tjh@loio.com or at (808) 528-0100.

---

**From:** Damian Capozzola [mailto:dcapozzola@kirkland.com]
**Sent:** Tuesday, July 19, 2005 9:42 AM
**To:** ael@ksglaw.com; Eric Liebeler; Emily Reber Porter (E-mail); Rex Fujichaku; John T. Komeiji; kgabler; Sheldon Toll (E-mail); Lex Smith; Lyle Hosoda; Lyle Hosoda; Margery Bronster (E-mail); Olivia Samad; Rex Y. Fujichaku; rpbm@Hosodalaw.Com; Roy Tjioe (E-mail); Timothy J. Hogan; Victor Limongelli (E-mail); Wesley H. Ching (E-mail); dcapozzola@kirkland.com; gtom@wik.com
**Subject:** Fw: Letter to Discovery Master

Counsel,

FYI, we have shipped these materials to Marty Walker. I presume there is and can be no objection, but out of an abundance of caution please let me know if anyone disagrees. Thank you for your attention to these matters.

--Damian Capozzola

**Damian D. Capozzola | KIRKLAND & ELLIS LLP**
777 South Figueroa St., Floor 37 | Los Angeles, CA 90017
213.680.8653 PHONE | 213.448.2709 MOBILE | 213.680.8500 FACSIMILE

dcapozzola@kirkland.com | www.kirkland.com/dcapozzola

----- Forwarded by Damian Capozzola/Los Angeles/Kirkland-Ellis on 07/19/2005 12:40 PM -----

| | | |
|---|---|---|
| "Limongelli, Victor" <victor.limongelli@guidancesoftware.com> | | |
| 07/18/2005 12:17 PM | To | <cmatsui@trialawhawaii.com>, "Timothy J. Hogan" <tjh@loio.com>, "Damian Capozzola \(E-mail\)" <dcapozzola@kirkland.com>, "Emily Reber Porter \(E-mail\)" <eporter@goodsill.com>, "Eric Liebeler \(E-mail\)" <eliebeler@kirkland.com>, "John T. Komeiji" <JKomeiji@wik.com>, <kgabler@nchc.com>, "Leroy Colombe \(E-mail\)" <lcolombe@ckdbw.com>, "Lex Smith \(E-mail\)" <lex@gte.net>, "Lyle Hosoda \(E-mail\)" <lsh@hosodalaw.com>, "Lyle Hosoda \(E-mail\)" <lshosoda@hotmail.com>, "Margery Bronster \(E-mail\)" <mbronster@bclaw.net>, "Rex Fujichaku" <fujichaku@hotmail.com>, "Rex Y. Fujichaku" <rfujichaku@bchlaw.net>, "Roy Tjioe \(E-mail\)" <rtjioe@goodsill.com>, "Sheldon Toll \(E-mail\)" <lawtoll@comcast.net>, "Wesley H. Ching \(E-mail\)" <WHC@fmhc-law.com>, "K Akamine" <kakamine@trialawhawaii.com> |
| | cc | |
| | Subject | Letter to Discovery Master |


All -- Please find the attached letter to the Discovery Master dated July 18, 2005.

Victor Limongelli | General Counsel | Guidance Software, Inc.
215 N. Marengo Ave. | Pasadena | CA | 91101 | t 626.229.9191 | f 626.229.9199
victor@guidancesoftware.com | www.guidancesoftware.com

Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you. [attachment "July 18 2005 Letter to Discovery Master.pdf" deleted by Damian Capozzola/Los Angeles/Kirkland-Ellis]

```
**************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
**************************************************
```

```
**************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
**************************************************
```

```
**************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.

Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
```

and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
**********************************************