UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

Berry v. HEX, et. al.

Case No. CV03 00385 SOM-LEK

**Rule 26(A)(2) FOURTH SUPPLEMENTAL EXPERT REPORT OF
MARTIN G. WALKER, PH.D**

EXHIBIT "E"

I, Martin G. Walker, Ph.D., provide the following supplemental expert report:

1. I have been retained as an expert consultant by the Post-Confirmation Trust for Fleming Companies, Inc. I have been asked to review certain declarations and memoranda in regarding Plaintiff Wayne Berry's Motion for Order to Show Cause re Guidance Software, and, if possible, render opinions relating to these papers. This report is based on my personal knowledge and experience as well as my investigation in this matter, and reflects my expert opinions on certain issues to which I could testify if asked.

## I.    SUMMARY OF FINDINGS.

2. I found that Berry's arguments are completely unsupported by any facts. In particular, I found that there is no 4.6 gigabyte cluster, that there is no evidence that there ever was a 4.6 gigabyte Access database, and that Guidance properly produced all recoverable database files requested by Berry.

## II.   MATERIALS REVIEWED.

3. In addition to material reviewed detailed in previous expert reports, I reviewed Berry's Motion for Order to Show Cause Why Guidance Software, Inc. Shall not Be Held in Contempt and accompanying Declarations of Hogan and Berry. I also reviewed a copy of the files from the "Before Images" as produced to Defendants, as well as the list of "Suspect Files" created by Berry.

## III.  SUMMARY OF MY ASSIGNMENT.

4. I was asked to review and analyze the allegations made in Berry's Motion to Show Cause and allegedly supported by the Declarations of Berry and Hogan. To the extent possible I was asked to provide any opinions regarding the reliability and veracity of these allegations.

## IV.   BACKGROUND

### Bits and Bytes

5. As most everyone knows, today's computer systems are based on digital processors which work with binary data. Binary data are represented by ones and zeros. Thus the smallest unit of data (which can have a value of either one or zero) is a single binary digit, or bit. Further, since time immemorial (or at least since the 1950s) characters have been encoded in a

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;         )<br>                                                              )<br>            Plaintiff,                              )<br>                                                              )<br>     vs.                                                   )<br>                                                              )<br> HAWAIIAN EXPRESS SERVICE,  )<br> INC., a California corporation; et al.,  )<br>                                                              )<br>            Defendants.                        )<br> _____ ) | Civ. No. CV03 00385 SOM-LEK<br>(Copyright)<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing document were duly served upon the following parties via hand delivery and/or first class mail, postage prepaid, to their last known addresses on ___JAN 3 2006___:

LEX R. SMITH, ESQ.                                               Hand Delivered
ANNE E. LOPEZ, ESQ.
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Attorneys for Defendant
Fleming Companies, Inc.
C&S Wholesale Grocers, Inc.,
C&S Logistics of Hawaii, LLC,
C&S Acquisitions, LLC, ES3, LLC
and RICHARD COHEN

| | |
|---|---|
| ERIC C. LIEBELER, ESQ.<br>DAMIAN CAPOZZOLA, ESQ.<br>MELISSA M. DULAC, ESQ.<br>R. OLIVIA SAMAD, ESQ.<br>Kirkland & Ellis<br>777 South Figueroa Street<br>Los Angeles, CA 90017<br>Attorneys for Defendant Fleming Companies, Inc. | First Class Mail,<br>Postage Prepaid |
| SHELDON S. TOLL, ESQ.<br>2000 Town Center, Suite 2550<br>Southfield, MI 48075<br>Attorney for Defendant<br>ALIX PARTNERS, LLC | First Class Mail,<br>Postage Prepaid |
| LYLE HOSODA, ESQ.<br>345 Queen Street, Suite 804<br>Honolulu, Hawaii 96813<br>Attorney for Defendants Mark Dillon,<br>Brian Christensen and Teresa Noa<br>Melvin Ponce, Alfredda Waiolama,<br>Jacqueline Rio, and Justin Fukumoto | Hand Delivered |
| REX FUJICHAKU, ESQ.<br>Bronster Crabtree & Hoshibata<br>1001 Bishop Street, Suite 2300<br>Pauahi Tower<br>Honolulu, Hawaii 96813<br>Attorneys for Defendants<br>GUIDANCE SOFTWARE, LLC<br>and MICHAEL GURZI | Hand Delivered |

WESLEY H. H. CHING, ESQ.                         Hand Delivered
Fukunaga, Matayoshi, Hershey & Ching, LLC
1200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Attorney for Defendant
Hawaii Transfer Company, Limited

JOHN T. KOMEIJI, ESQ.                            Hand Delivered
GREGORY Y.P. TOM, ESQ.
KAREN Y. ARIKAWA, ESQ.
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Attorneys for Defendant
ALIX PARTNERS, LLC

DATED: Honolulu, Hawaii, _____JAN    3, 2006_____.

_____
TIMOTHY J. HOGAN
Attorney for Plaintiff WAYNE BERRY

3