IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; ) | Civ. No. CV03 00385 SOM-LEK |
| ) | (Copyright) |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| ) | |
| HAWAIIAN EXPRESS SERVICE, ) | |
| INC., a California corporation; et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing document were duly served upon the following parties via hand delivery and/or first class mail, postage prepaid, to their last known addresses on  JAN 3 2006  :

LEX R. SMITH, ESQ.                                             Hand Delivered
ANNE E. LOPEZ, ESQ.
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Attorneys for Defendant
Fleming Companies, Inc.
C&S Wholesale Grocers, Inc.,
C&S Logistics of Hawaii, LLC,
C&S Acquisitions, LLC, ES3, LLC
and RICHARD COHEN

| | |
|---|---|
| ERIC C. LIEBELER, ESQ.<br>DAMIAN CAPOZZOLA, ESQ.<br>MELISSA M. DULAC, ESQ.<br>R. OLIVIA SAMAD, ESQ.<br>Kirkland & Ellis<br>777 South Figueroa Street<br>Los Angeles, CA 90017<br>Attorneys for Defendant Fleming Companies, Inc. | First Class Mail,<br>Postage Prepaid |
| SHELDON S. TOLL, ESQ.<br>2000 Town Center, Suite 2550<br>Southfield, MI 48075<br>Attorney for Defendant<br>ALIX PARTNERS, LLC | First Class Mail,<br>Postage Prepaid |
| LYLE HOSODA, ESQ.<br>345 Queen Street, Suite 804<br>Honolulu, Hawaii 96813<br>Attorney for Defendants Mark Dillon,<br>Brian Christensen and Teresa Noa<br>Melvin Ponce, Alfredda Waiolama,<br>Jacqueline Rio, and Justin Fukumoto | Hand Delivered |
| REX FUJICHAKU, ESQ.<br>Bronster Crabtree & Hoshibata<br>1001 Bishop Street, Suite 2300<br>Pauahi Tower<br>Honolulu, Hawaii 96813<br>Attorneys for Defendants<br>GUIDANCE SOFTWARE, LLC<br>and MICHAEL GURZI | Hand Delivered |

WESLEY H. H. CHING, ESQ.                                Hand Delivered
Fukunaga, Matayoshi, Hershey & Ching, LLC
1200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Attorney for Defendant
Hawaii Transfer Company, Limited

JOHN T. KOMEIJI, ESQ.                                    Hand Delivered
GREGORY Y.P. TOM, ESQ.
KAREN Y. ARIKAWA, ESQ.
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Attorneys for Defendant
ALIX PARTNERS, LLC

DATED: Honolulu, Hawaii, _____ JAN 3 2006 _____.

_____
TIMOTHY J. HOGAN
Attorney for Plaintiff WAYNE BERRY