IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | Civ. No. CV03 00385 SOM-LEK |
| | (Copyright) |
| Plaintiff, | |
| | **PLAINTIFF WAYNE BERRY'S** |
| vs. | **MOTION *IN LIMINE* TO** |
| | **EXCLUDE EVIDENCE OF PRIOR** |
| HAWAIIAN EXPRESS SERVICE, | **UNRELATED JUDGMENT** |
| INC., a California corporation; et al. | **AGAINST PLAINTIFF AND HIS** |
| | **FINANCES** |
| Defendants. | |

**PLAINTIFF'S WAYNE BERRY'S MOTION**
***IN LIMINE* TO EXCLUDE EVIDENCE**
**OF PRIOR UNRELATED JUDGMENT AGAINST**
**PLAINTIFF AND HIS FINANCES**

Comes now Plaintiff WAYNE BERRY, by and through his attorneys, Lynch Ichida Thompson Kim & Hirota, and moves this Honorable Court for an order excluding Defendant from making any references to, or offering any existence concerning, any judgments and/or litigation against Plaintiff or of his finances that are unrelated to the subject matter of this action. This motion is made pursuant to Rules 401, 402, and 403 of the Federal Rules of Evidence, and is based on the memorandum of counsel attached hereto, the records and files herein, and such other matters as may be presented to the Court at the hearing of this matter.

DATED:  Honolulu, Hawaii, _____JAN  3 2006_____.

TIMOTHY J. HOGAN
Attorney for Plaintiff

2