IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>        Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE,<br>INC., a California corporation; et al.<br><br>        Defendants. | Civ. No. CV03 00385 SOM-LEK<br>(Copyright)<br><br>**PLAINTIFF WAYNE BERRY'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF JEFFREY KINRICH REGARDING MATTERS NOT CONTAINED IN HIS EXPERT REPORT** |

## PLAINTIFF WAYNE BERRY'S MOTION IN LIMINE TO EXCLUDE EXCLUDE EXPERT TESTIMONY OF JEFFREY KINRICH REGARDING MATTERS NOT CONTAINED IN HIS EXPERT REPORT

Comes now Plaintiff WAYNE BERRY, by and through his attorneys, Lynch Ichida Thompson Kim & Hirota, and moves this Honorable Court for an order Exclude Expert Testimony of Jeffrey Kinrich Regarding Matters Not Contained in His Expert Report.

Among the exhibits that were provide to Plaintiff on December 27, 2005 was a proposed demonstrative Exhibit 231 that evidences the PCT's intention to produce evidence in the testimony of Jeffrey Kinrich that was not addressed in his Expert report The PCT"s expert had the obligation to disclose all opinions that he

intended to offer in this case and may not add matters after the fact to fill in gaps in the PCT's case. The PCT and other defendants should be prevented from putting forward any such evidence at trial.

This motion is made pursuant to Rule 26 of the Federal Rules of Civl Procedure and Rules 401, 402 and 403 of the Federal Rules of Evidence, and is based on the memorandum of law attached hereto, the records and files herein, and such other matters as may be presented to the Court at the hearing of this matter.

Dated: Honolulu, Hawaii                    JAN 3 2006               .

_____
TIMOTHY J. HOGAN
Attorney for Plaintiff
Wayne Berry