IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | Civ. No. CV03 00385 SOM-LEK<br>(Copyright) |
| Plaintiff, | |
| | **CERTIFICATE OF SERVICE** |
| vs. | |
| HAWAIIAN EXPRESS SERVICE,<br>INC., a California corporation; et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing document were duly served upon the following parties via hand delivery and/or first class mail, postage prepaid, to their last known addresses on_____JAN 3 2006_____:

LEX R. SMITH, ESQ.                    Hand Delivered
ANNE E. LOPEZ, ESQ.
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Attorneys for Defendant
Fleming Companies, Inc.
C&S Wholesale Grocers, Inc.,
C&S Logistics of Hawaii, LLC,
C&S Acquisitions, LLC, ES3, LLC
and RICHARD COHEN

ERIC C. LIEBELER, ESQ.                          First Class Mail,
DAMIAN CAPOZZOLA, ESQ.                    Postage Prepaid
MELISSA M. DULAC, ESQ.
R. OLIVIA SAMAD, ESQ.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017
Attorneys for Defendant Fleming Companies, Inc.


SHELDON S. TOLL, ESQ.                          First Class Mail,
2000 Town Center, Suite 2550                 Postage Prepaid
Southfield, MI 48075
Attorney for Defendant
ALIX PARTNERS, LLC


LYLE HOSODA, ESQ.                               Hand Delivered
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Attorney for Defendants Mark Dillon,
Brian Christensen and Teresa Noa
Melvin Ponce, Alfredda Waiolama,
Jacqueline Rio, and Justin Fukumoto


REX FUJICHAKU, ESQ.                            Hand Delivered
Bronster Crabtree & Hoshibata
1001 Bishop Street, Suite 2300
Pauahi Tower
Honolulu, Hawaii 96813
Attorneys for Defendants
GUIDANCE SOFTWARE, LLC
and MICHAEL GURZI

WESLEY H. H. CHING, ESQ.                    Hand Delivered
Fukunaga, Matayoshi, Hershey & Ching, LLC
1200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Attorney for Defendant
Hawaii Transfer Company, Limited

JOHN T. KOMEIJI, ESQ.                       Hand Delivered
GREGORY Y.P. TOM, ESQ.
KAREN Y. ARIKAWA, ESQ.
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Attorneys for Defendant
ALIX PARTNERS, LLC

DATED: Honolulu, Hawaii, _____ JAN   3 2006 _____.


_____
TIMOTHY J. HOGAN
Attorney for Plaintiff WAYNE BERRY