B

6.  Melvin Ponce
    c/o Lyle S. Hosoda & Associates, LLC
    345 Queen Street, Suite 804
    Honolulu, Hawaii 96813

    Witness is expected to testify as to damages. His direct testimony is expected to take approximately 5 minutes.

7.  Sonia Purdy
    c/o Lyle S. Hosoda & Associates, LLC
    345 Queen Street, Suite 804
    Honolulu, Hawaii 96813

    Witness is expected to testify as to damages. Her direct testimony is expected to take approximately 5 minutes.

8.  Justin Fukumoto
    c/o Lyle S. Hosoda & Associates, LLC
    345 Queen Street, Suite 804
    Honolulu, Hawaii 96813

    Witness is expected to testify as to damages. His direct testimony is expected to take approximately 5 minutes.

9.  Jack Borja 

    Witness is expected to testify as to his knowledge of Atlantic Pacific International, Inc., its financial condition, and relationship to Fleming Companies, Inc. His direct testimony is expected to take approximately 10 minutes.

10. Brian Marting
    Y.Hata & Co., Ltd.
    Sand Island Access Road
    Honolulu, Hawaii 96819

    Witness is expected to testify as to Y.Hata & Co., Ltd. and its business relationship with Wayne Berry and his software.

EXHIBIT B

His direct testimony is expected to take approximately 10 minutes.

11. Ralph Stussi

Witness is expected to testify as to damages. His direct testimony is expected to take approximately 10 minutes.

In addition, the Defendants reserve the right to name and/or call to testify expert and non-expert witnesses previously identified by the parties, subsequently named by the parties, and/or as may be appropriate for impeachment, rebuttal, or authentication purposes.

Dated: Honolulu, Hawaii, January 3, 2006.

KOBAYASHI, SUGITA & GODA

_____
LEX R. SMITH
THOMAS YEE

KIRKLAND & ELLIS LLP

ERIC C. LIEBELER
DAMIAN CAPOZZOLA
R. OLIVIA SAMAD

Attorneys for Defendant
POST-CONFIRMATION TRUST

LYLE S. HOSODA & ASSOCIATES, LLC

_____
LYLE S. HOSODA
RAINA P.B. MEAD

Attorneys for Defendants
MARK DILLON, TERESA NOA,
MELVIN PONCE, SONIA PURDY,
JUSTIN FUKUMOTO, ALFREDDA
WAIOLAMA, and JACQUELINE RIO