Berry, Wayne 5/18/2005

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF HAWAII
 3

 4   WAYNE BERRY, a Hawaii      ) CIVIL NO. CV03-00385 SOM LEK
     citizen;                   ) (Copyright)
 5                              )
               Plaintiff,       )
 6                              )
                                )
 7          vs.                 )
                                )   Volume 1
 8   HAWAIIAN EXPRESS SERVICE,  )
     INC., a California         )
 9   corporation; et al.,       )
                                )
10          Defendants.         )
     _____)
11
12
13           DEPOSITION OF WAYNE BERRY,
14   taken on behalf of the Defendant, Post-Confirmation
15   Trust, at the Law Offices of Kobayashi, Sugita & Goda,
16   999 Bishop Street, Suite 2600, Honolulu, Hawaii,
17   96813, commencing at 8:59 a.m., on Wednesday, May 18,
18   2005, pursuant to Notice.
19
20
     BEFORE:    Julie A. Peterson, CSR #361, CRR, RMR
21              Registered Professional Reporter
                Notary Public, State of Hawaii
22
23
                    Ali'i Court Reporting
24                2355 Ala Wai Blvd., Suite 306
                    Honolulu, Hawaii  96815
25                     (808) 926-1719
```

EXHIBIT "A"

Berry, Wayne 5/18/2005

```
 1  APPEARANCES:
 2
 3
 4  For the Plaintiff:    TIMOTHY J. HOGAN, ESQ.
                          Lynch Ichida Thompson Kim & Hirota
 5                        1132 Bishop Street, Suite 1405
                          Honolulu, Hawaii  96813
 6
 7
 8  For the Defendant Post-Confirmation Trust:
 9                        LEX R. SMITH, ESQ.
                          ANNE E. LOPEZ, ESQ.
10                        Kobayashi, Sugita & Goda
                          First Hawaiian Center
11                        999 Bishop Street, Suite 2600
                          Honolulu, Hawaii  96813
12
                                  and
13
                          ERIC C. LIEBELER, ESQ.
14                        DAMIAN D. CAPOZZOLA, ESQ.
                          Kirkland & Ellis LLP
15                        777 South Figueroa Street
                          Los Angeles, California  90017
16
17
18
    For the Defendants Mark Dillon, Teresa Noa and Brian
19  Christensen, et al:
20                        LYLE S. HOSODA, ESQ.
                          RAINA P.B. MEAD, ESQ.
21                        Lyle S. Hosoda & Associates
                          345 Queen Street, Suite 804
22                        Honolulu, Hawaii  96813
23
24
25
```

Berry, Wayne 5/18/2005

of relevance again. I don't see this has anything to do with the pending litigation, and I think it's time that we contact the master and ask him if he can take some time off today and attend.

And I'll further state for the record that the purpose of this is for Mr. Liebeler and his firm to find out where evidence of a crime committed by his client is so they can destroy the evidence. That's why it's being asked. That's why it's objectionable.

MR. LIEBELER: You're absurd, Mr. Hogan, absolutely absurd.

MR. HOGAN: Perhaps you can make some foundation for your request, then, Mr. Liebeler.

MR. LIEBELER: The foundation for my request is Mr. Berry is suing Fleming in litigation in various places. That's going to come in at trial in this case. He has a vendetta against my client. The jury is perfectly entitled to hear that.

MR. HOGAN: As to the location of his records is irrelevant to that. And, again, I renew my statement --

MR. LIEBELER: Because I'm going to be permitted to find those records for purposes of assessing the merits of that litigation for purposes of showing it's meritless here.

STATE OF HAWAII           )
                          ) ss.
CITY AND COUNTY OF HONOLULU )

    I, Julie A. Peterson, Notary Public, State of Hawaii, do hereby certify:

    That on May 18, 2005, commencing at 8:59 a.m., appeared before me Wayne Berry, the witness whose deposition is contained herein; that prior to being examined he was by me duly sworn; that the deposition was taken in machine shorthand by me and thereafter reduced to typewriting under my supervision; that the foregoing represents, to the best of my ability, a true and correct transcript of the proceedings had in the foregoing matter.

    That the deponent was notified through counsel, by mail or by telephone, to appear and sign; that if the transcript is filed without signature, deponent has failed to appear and the transcript is therefore kept on file without signature pursuant to Court rules.

    I further certify that I am not attorney for any of the parties hereto, nor in any way interested in the outcome of the cause named in the caption.

    Dated at Honolulu, Hawaii, this 22nd day of May, 2005.

_____
NOTARY PUBLIC, STATE OF HAWAII
My Commission Expires: 9/1/2006