

Berry v Hawaiian Express Plaintiff Exhibit 83



EXHIBIT "B"