

Berry v Hawiian Express Plaintiff Exhibit 82



EXHIBIT "C"