IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE,<br>INC., a California corporation; et al.<br><br><br><br><br><br>　　　　Defendants.<br>_____ | ) CIV. NO. CV03 00385 SOM-LEK<br>) (COPYRIGHT)<br>)<br>) (PROPOSED)<br>) **ORDER GRANTING PLAINTIFF**<br>) **WAYNE BERRY'S** ***EX PARTE***<br>) **MOTION TO SHORTEN TIME**<br>) **ON PLAINTIFF WAYNE**<br>) **BERRY'S MOTION IN LIMINE**<br>) **TO EXCLUDE TESTIMONY OF**<br>) **JACK BORJA AND RALPH**<br>) **STUSSI**<br>)<br>)<br>)<br>)<br>) |

**(PROPOSED)**
**ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME ON**
**PLAINTIFF WAYNE BERRY'S *EX PARTE* MOTION TO SHORTEN**
**TIME ON PLAINTIFF WAYNE BERRY'S MOTION IN LIMINE TO**
**EXCLUDE TESTIMONY OF**
**JACK BORJA AND RALPH STUSSI**

The COURT having considered Plaintiff Wayne Berry's *Ex Parte* Motion to Shorten Time on Plaintiff Wayne Berry's Motion in Limine to Exclude Testimony of Jack Borja and Ralph Stussi (the "Motion") an d the declaration of counsel in support, and for good cause,

The Motion is GRANTED.

IT IS THEREFORE ORDERED that the hearing on the above motion shall be on January 20, 2006 at 2:00 p.m. Any opposition to the Motion must be filed and served no later than January 10, 2006 by 4:00 p.m.

DATED: Honolulu, Hawaii, _____.

_____
Judge of the Above-Entitled Court

---

**Wayne Berry v. Hawaiian Express Services, Inc., et al., Civ. No. CV03 00385 SOM-LEK, in the United States District Court for the District of Hawaii; ORDER GRANTING PLAINTIFF WAYNE BERRY'S *EX PARTE* MOTION TO SHORTEN TIME ON PLAINTIFF WAYNE BERRY'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF JACK BORJA AND RALPH STUSSI**