LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; ) | Civ. No. CV03 00385 SOM-LEK |
| ) | (Copyright) |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| ) | |
| HAWAIIAN EXPRESS SERVICE, ) | |
| INC., a California corporation; et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the PLAINTIFF WAYNE

BERRY'S EX PARTE MOTION TO SHORTEN TIME ON PLAINTIFF

WAYNE BERRY'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF

JACK BORJA AND RALPH STUSSI; DECLARATION OF TIMOTHY J.

HOGAN; EXHIBIT "A" AND (PROPOSED) ORDER GRANTING EX PARTE MOTION were duly served upon the following parties via hand delivery and/or first class mail, postage prepaid, and email to their last known addresses on January 4, 2006.

| | |
|---|---|
| LEX R. SMITH, ESQ.<br>ANNE E. LOPEZ, ESQ.<br>Kobayashi Sugita & Goda<br>First Hawaiian Center<br>999 Bishop Street, Suite 2600<br>Honolulu, Hawaii 96813<br>Attorneys for Defendant<br>Fleming Companies, Inc.<br>C&S Wholesale Grocers, Inc.,<br>C&S Logistics of Hawaii, LLC,<br>C&S Acquisitions, LLC, ES3, LLC<br>and RICHARD COHEN | Hand Delivered<br>And Email |
| ERIC C. LIEBELER, ESQ.<br>DAMIAN CAPOZZOLA, ESQ.<br>R. OLIVIA SAMAD, ESQ.<br>Kirkland & Ellis<br>777 South Figueroa Street<br>Los Angeles, CA 90017<br>Attorneys for Defendant Fleming Companies, Inc. | First Class Mail,<br>Postage Prepaid<br>And Email |

| | |
|---|---|
| LYLE HOSODA, ESQ.<br>345 Queen Street, Suite 804<br>Honolulu, Hawaii 96813<br>Attorney for Defendants Mark Dillon,<br>Brian Christensen and Teresa Noa<br>Melvin Ponce, Alfredda Waiolama,<br>Jacqueline Rio, and Justin Fukumoto | Hand Delivered<br>And Email |

Dated: Honolulu, Hawaii, January 4, 2006.

/S/Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WAYNE BERRY