LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., a California corporation; et al.<br><br><br><br>Defendants. | Civ. No. CV03 00385 SOM-LEK<br>(Copyright)<br><br>**NOTICE OF MOTION; PLAINTIFF WAYNE BERRY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF MR. BERRY'S ALLEGED VENDETTA; DECLARATION OF TIMOTHY J. HOGAN; EXHIBITS "A" TO "C"; CERTIFICATE OF SERVICE**<br><br>Hearing:<br>DATE:  January 20, 2006<br>TIME:  2:00 p.m.<br>JUDGE: Hon. Susan Oki Mollway<br><br>Trial Date: January 24, 2006 |

## **NOTICE OF HEARING**

TO:  LEX R. SMITH, ESQ.
     ANNE E. LOPEZ, ESQ.
     Kobayashi Sugita & Goda
     First Hawaiian Center
     999 Bishop Street, Suite 2600
     Honolulu, Hawaii 96813
     Attorneys for Defendant
     Fleming Companies, Inc.
     C&S Wholesale Grocers, Inc.,
     C&S Logistics of Hawaii, LLC,
     C&S Acquisitions, LLC, ES3, LLC
     and RICHARD COHEN

     ERIC C. LIEBELER, ESQ.
     DAMIAN CAPOZZOLA, ESQ.
     MELISSA M. DULAC, ESQ.
     R. OLIVIA SAMAD, ESQ.
     Kirkland & Ellis
     777 South Figueroa Street
     Los Angeles, CA 90017
     Attorneys for Defendant Fleming Companies, Inc.

     SHELDON S. TOLL, ESQ.
     2000 Town Center, Suite 2550
     Southfield, MI 48075
     Attorney for Defendant
     ALIX PARTNERS, LLC

     LYLE HOSODA, ESQ.
     345 Queen Street, Suite 804
     Honolulu, Hawaii 96813
     Attorney for Defendants Mark Dillon,
     Brian Christensen and Teresa Noa
     Melvin Ponce, Alfredda Waiolama,
     Jacqueline Rio, and Justin Fukumoto

REX FUJICHAKU, ESQ.
Bronster Crabtree & Hoshibata
1001 Bishop Street, Suite 2300
Pauahi Tower
Honolulu, Hawaii 96813
Attorneys for Defendants
GUIDANCE SOFTWARE, LLC
and MICHAEL GURZI

WESLEY H. H. CHING, ESQ.
Fukunaga, Matayoshi, Hershey & Ching, LLC
1200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Attorney for Defendant
Hawaii Transfer Company, Limited

JOHN T. KOMEIJI, ESQ.
GREGORY Y.P. TOM, ESQ.
KAREN Y. ARIKAWA, ESQ.
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Attorneys for Defendant
ALIX PARTNERS, LLC

NOTICE IS HEREBY GIVEN that Plaintiff Motion *In Limine* to Exclude Evidence of Mr. Berry's Alleged *Vendetta* s hall come on for hearing before the Honorable Susan Oki Mollway, United States District Judge of the above-entitled Court, in her courtroom in the United States District Court, 300 Ala Moana Boulevard, Honolulu, Hawaii 96813 on January 20, 2006 at 2:00 p.m., or as soon thereafter as counsel can be heard.

Dated: Honolulu, Hawaii, _____ JAN 3 2006 _____.

_____
TIMOTHY J. HOGAN
Attorney for Plaintiff
WAYNE BERRY