06/06/05   MON 14:42 FAX 310 537 1400           DHX INC.                              ☒002




DHX-Dependable Hawaiian Express
800.488.4888
310.537.2000
310.537.1400 FAX
www.dhx.com

DGX
888.488.4888
310.669.8888
310.537.3291 FAX
www.dgxshipping.com

* 19201 Susana Road
Rancho Dominguez
California 90221

OFFICES

* Hayward
510.489.4888

Portland
503.255.2081

* Seattle
206.242.2827

Atlanta
888.723.1600

Chicago
630.238.8044

New York
877.344.5669

* Honolulu
808.841.7311

* Maui
808.877.2822

Guam
671.649.3333

CFS STATIONS

Atlanta       Kansas City
Baltimore     Memphis
Boston        Miami
Charlotte     Milwaukee
Chicago       Minneapolis
Cincinnati    New York
Cleveland     Orlando
Dallas        Philadelphia
Detroit       Phoenix
Houston       Salt Lake City
Indianapolis  St. Louis

June 6, 2005

To Whom It May Concern:

    My name is Bradley Dechter. I am a resident of Southern California. For the past 23 years, I have been in the management of DHX-Dependable Hawaiian Express, Inc., ("DHX"). I have been President of DHX for the past 14 years. DHX is an ocean/air freight company providing forwarding and logistics services which has been serving Hawaii as well as other markets. DHX ships more than 200 shipping containers per week to Hawaii from the Mainland. During my career at DHX I have been involved in assuming the business of at least 3 other freight companies and have evaluated their systems and profitability. I have also called on hundreds of our customers and understand what type of needs they have in terms of information requirements.

    My compensation in this matter is structured so that $350 per hour will be paid to DHX, with travel time at half that rate and reasonable expenses reimbursed. The compensation is not contingent on the outcome of this matter. I have given no depositions or trial testimony in the last 4 years other than 1 deposition in the matter of DHX, Inc. v. Matson Navigation Company, Inc. and Sea-Land Service, Inc., a complaint filed by DHX against the ocean carriers serving the Hawaii Trade Lane and dealing with their restrictions by tariff filings to competition to them in the full container load market, as well as the inability of DHX to obtain full container load volume pricing in the trade lane. I have also published one article "Competition (or Lack Thereof) in the Hawaii Trade Lane" submitted to the Domestic Maritime Conference sponsored by the Journal of Commerce in April, 2005.

    Like most modern businesses, DHX and other firms in the freight industry use computers. It is routine in the shipping and logistics industry to use computers to keep track of the contents of the shipping containers which we book/ship. It is also common to use computers to track the containers' contents by purchase order. Some parties in the logistics industry use simple spreadsheets for this purpose, while others use more expensive database systems. Often the software that the logistics/freight company chooses is influenced by the requirements of the company's customers. Software of this type is available from many sources and is universally used by logistics companies and larger freight

* ISO 9001:2000 REGISTERED LOCATION

*You'll appreciate the "DEPENDABLE Difference" - and so will your customers!*

Page 1 of 2

EXHIBIT "A"

forwarders. Recently, a trade magazine called "Logistics Today" published a list of the top 100 firms providing freight logistics software.

In my opinion, software that keeps track of the contents of shipping containers does not generate profits. It is one of many different tools used to help service customers in support of a firm's primary business activity. Additionally, I understand by reviewing the Y Hata documents that Berry's software, which may be more advanced than the previous version, accomplishes some or all of the following things:

    System Functions-Purchasing, Receiving and Payment
    Client Purchase Order Data
    Client Receiving Report Data
    Vendor Invoice data
    Vendor Price List Data
    Vendor Cube and Weight per Case data
    Ocean Carrier, Trucker and Consolidator Freight Bill Data

It is my further opinion that software accomplishing these tasks does not generate profits, but is one of many tools used to help service customers in support of a firm's primary business activity.

Bradley J. Dechter
President