LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 3 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

ORIGINAL

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., a California corporation; et al.<br><br><br><br>Defendants. | Civ. No. CV03 00385 SOM-LEK (Copyright)<br><br>**NOTICE OF MOTION; PLAINTIFF WAYNE BERRY'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF BRADLEY DECHTER; DECLARATION OF TIMOTHY J. HOGAN; EXHIBIT "A"; CERTIFICATE OF SERVICE**<br><br><br>Hearing:<br>DATE:   January 20, 2006<br>TIME:   2:00 p.m.<br>JUDGE:  Hon. Susan Oki Mollway<br><br>Trial Date: January 24, 2006 |

# NOTICE OF HEARING

TO:    LEX R. SMITH, ESQ.
       ANNE E. LOPEZ, ESQ.
       Kobayashi Sugita & Goda
       First Hawaiian Center
       999 Bishop Street, Suite 2600
       Honolulu, Hawaii 96813
       Attorneys for Defendant
       Fleming Companies, Inc.
       C&S Wholesale Grocers, Inc.,
       C&S Logistics of Hawaii, LLC,
       C&S Acquisitions, LLC, ES3, LLC
       and RICHARD COHEN

       ERIC C. LIEBELER, ESQ.
       DAMIAN CAPOZZOLA, ESQ.
       MELISSA M. DULAC, ESQ.
       R. OLIVIA SAMAD, ESQ.
       Kirkland & Ellis
       777 South Figueroa Street
       Los Angeles, CA 90017
       Attorneys for Defendant Fleming Companies, Inc.

       SHELDON S. TOLL, ESQ.
       2000 Town Center, Suite 2550
       Southfield, MI 48075
       Attorney for Defendant
       ALIX PARTNERS, LLC

       LYLE HOSODA, ESQ.
       345 Queen Street, Suite 804
       Honolulu, Hawaii 96813
       Attorney for Defendants Mark Dillon,
       Brian Christensen and Teresa Noa
       Melvin Ponce, Alfredda Waiolama,
       Jacqueline Rio, and Justin Fukumoto

REX FUJICHAKU, ESQ.
Bronster Crabtree & Hoshibata
1001 Bishop Street, Suite 2300
Pauahi Tower
Honolulu, Hawaii 96813
Attorneys for Defendants
GUIDANCE SOFTWARE, LLC
and MICHAEL GURZI

WESLEY H. H. CHING, ESQ.
Fukunaga, Matayoshi, Hershey & Ching, LLC
1200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Attorney for Defendant
Hawaii Transfer Company, Limited

JOHN T. KOMEIJI, ESQ.
GREGORY Y.P. TOM, ESQ.
KAREN Y. ARIKAWA, ESQ.
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Attorneys for Defendant
ALIX PARTNERS, LLC

NOTICE IS HEREBY GIVEN that Plaintiff Motion *In Limine* to Exclude

Expert Testimony of Bradley Dechter shall come on for hearing before the

Honorable Susan Oki Mollway, United States District Judge of the above-entitled

Court, in her courtroom in the United States District Court, 300 Ala Moana

Boulevard, Honolulu, Hawaii 96813 on January 20, 2006 at 2:00 p.m., or as soon

thereafter as counsel can be heard.

3

Dated: Honolulu, Hawaii, _____ JAN 3 2006 _____.

TIMOTHY J. HOGAN
Attorney for Plaintiff
WAYNE BERRY

4