ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 03 2006

at ____ o'clock and ____ min. ___M
SUE BEITIA, CLERK

KOBAYASHI, SUGITA & GODA
LEX R. SMITH          3485-0
THOMAS H. YEE        7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No. (808) 539-8799
Email: lrs@ksglaw.com

KIRKLAND & ELLIS LLP
Eric C. Liebeler (CA Bar No. 149504)
Damian Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone No. (213) 680-8400
Facsimile No. (213) 680-8500
Email: eliebeler@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>    Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., et al.,  (Caption Continued) | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>**NOTICE OF MOTION;**<br>**DEFENDANT PCT'S MOTION IN**<br>**LIMINE NO. 1 (TO LIMIT**<br>**TESTIMONY OF WAYNE BERRY);**<br>**MEMORANDUM IN SUPPORT OF**<br>**DEFENDANT PCT'S MOTION IN**<br>**LIMINE NO. 1; DECLARATION OF**<br>**MARTIN WALKER** |



|                                      |                                                                                                           |
|--------------------------------------|-----------------------------------------------------------------------------------------------------------|
| Defendants.                          | ) Judge:         Hon. Susan O. Mollway<br>) Trial Date:    January 24, 2006<br>)<br>) Hearing Date: January 20, 2006<br>) Hearing Time: 2:00 p.m. |

## NOTICE OF HEARING

TO:     Timothy J. Hogan, Esq.
        Lynch, Ichida, Thompson & Kim
        1132 Bishop Street, Suite 1405
        Honolulu, Hawaii 96813

        Attorney for Plaintiff

NOTICE IS HEREBY GIVEN THAT DEFENDANT PCT'S MOTION IN LIMINE NO. 1 (TO LIMIT TESTIMONY OF WAYNE BERRY), shall come on for hearing before the Honorable Susan Oki Molloway Judge of the above-entitled Court, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, at 2 p.m., on January 20, 2006, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, January 3, 2006.

KOBAYASHI, SUGITA & GODA     _____
                             LEX R. SMITH
                             THOMAS H. YEE

                             KIRKLAND & ELLIS LLP
                             ERIC C. LIEBELER
                             DAMIAN CAPOZZOLA
                             R. OLIVIA SAMAD

                             Attorneys for Defendant
                             POST CONFIRMATION TRUST

ii