## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of the foregoing was duly served upon the following individuals by hand delivery or United States Post Office, postage prepaid, at their last known address below:

|  | Hand | Post |
|---|---|---|

TIMOTHY J. HOGAN, ESQ.          X
Lynch Ichida Thompson & Kim
1132 Bishop Street, Suite 1405
Honolulu, Hawaii  96813

Attorney for Plaintiff  WAYNE BERRY

LYLE HOSODA, ESQ.          X
RAINA P.B. MEAD, ESQ.
Lyle Hosoda & Associates
345 Queen Street, Suite 804
Honolulu, Hawaii  96813

Attorneys for Defendants
MARK DILLON, TERESA NOA and
BRIAN CHRISTENSEN, et al

DATED:  Honolulu, Hawaii, January 3, 2006.

KOBAYASHI, SUGITA & GODA

_____
LEX R. SMITH
THOMAS H. YEE

KIRKLAND & ELLIS LLP

ERIC C. LIEBELER
DAMIAN CAPOZZOLA
R. OLIVIA SAMAD

Attorneys for Defendant
POST-CONFIRMATION TRUST