**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 03 2006

at \_\_6\_\_ o'clock and \_\_55\_\_ min. \_P\_M
SUE BEITIA, CLERK

KOBAYASHI, SUGITA & GODA
LEX R. SMITH         3485-0
THOMAS H. YEE        7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No.  (808) 539-8799
Email: lrs@ksglaw.com

KIRKLAND & ELLIS LLP
Eric C. Liebeler (CA Bar No. 149504)
Damian Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email: eliebeler@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE,<br>INC., et al.,    (Caption Continued) | ) CIVIL NO. CV03-00385 SOM-LEK<br>) (Copyright)<br>)<br>) **NOTICE OF MOTION;**<br>) **DEFENDANT PCT'S MOTION IN**<br>) **LIMINE NO. 2 (TO EXCLUDE**<br>) **THOMAS UENO); MEMORANDUM**<br>) **IN SUPPORT OF DEFENDANT**<br>) **PCT'S MOTION IN LIMINE NO. 2.**<br>)<br>) |



|  |  |  |
|---|---|---|
| Defendants. | ) Judge: | Hon. Susan O. Mollway |
|  | ) Trial Date: | January 24, 2006 |
|  | ) |  |
|  | ) Hearing Date: | January 20, 2006 |
|  | ) Hearing Time: | 2:00 p.m. |

## NOTICE OF MOTION

TO:   Timothy J. Hogan, Esq.
Lynch, Ichida, Thompson & Kim
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813

Attorney for Plaintiff

NOTICE IS HEREBY GIVEN THAT DEFENDANT PCT'S MOTION IN LIMINE NO. 2 (TO EXCLUDE THOMAS UENO), shall come on for hearing before the Honorable Susan Oki Molloway Judge of the above-entitled Court, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, at 2 p.m., on January 20, 2006, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, January 3, 2006.

KOBAYASHI, SUGITA & GODA
LEX R. SMITH (659-0)
THOMAS H. YEE (7344-0)

KIRKLAND & ELLIS LLP
ERIC C. LIEBELER
DAMIAN CAPOZZOLA
R. OLIVIA SAMAD

Attorneys for Defendant PCT

2