ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 3 2006

at ___ o'clock and ___ min ___
SUE BEITIA, CLERK

KOBAYASHI, SUGITA & GODA
LEX R. SMITH             3485-0
THOMAS H. YEE            7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No.  (808) 539-8799
Email: lrs@ksglaw.com

KIRKLAND & ELLIS LLP
Eric C. Liebeler (CA Bar No. 149504)
Damian Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email: eliebeler@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK<br>) (Copyright)<br>) |
| Plaintiff, | ) **NOTICE OF MOTION;**<br>) **DEFENDANT PCT'S MOTION IN**<br>) **LIMINE NO. 3 (TO EXCLUDE** |
| vs. | ) **REFERENCE TO CERTAIN**<br>) **TESTIMONY BY MARK DILLON);**<br>) **MEMORANDUM IN SUPPORT OF** |
| HAWAIIAN EXPRESS SERVICE,<br>INC., et al.,     (Caption Continued) | ) **DEFENDANT PCT'S MOTION IN**<br>) **LIMINE NO. 3 (TO EXCLUDE** |



SCANNED

|  |  |  |
|---|---|---|
| Defendants. | ) | **REFERENCE TO CERTAIN** |
|  | ) | **TESTIMONY BY MARK DILLON)** |
|  | ) |  |
|  | ) Judge: | Hon. Susan O. Mollway |
|  | ) Trial Date: | January 24, 2006 |
|  | ) |  |
|  | ) Hearing Date: | January 20, 2006 |
|  | ) Hearing Time: | 2:00 p.m. |

NOTICE OF HEARING

TO:   Timothy J. Hogan, Esq.
      Lynch, Ichida, Thompson & Kim
      1132 Bishop Street, Suite 1405
      Honolulu, Hawaii 96813

      Attorney for Plaintiff

NOTICE IS HEREBY GIVEN THAT DEFENDANT PCT'S MOTION IN LIMINE NO. 3 (TO EXCLUDE REFERENCE TO CERTAIN TESTIMONY BY MARK DILLON), shall come on for hearing before the Honorable Susan Oki Molloway Judge of the above-entitled Court, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, at 2:00 p.m., on January 20, 2006, or as soon thereafter as counsel can be heard.

///

///

///

///

/ / /

DATED: Honolulu, Hawaii, January 3, 2006.

KOBAYASHI, SUGITA & GODA

LEX R. SMITH
THOMAS H. YEE

KIRKLAND & ELLIS LLP
ERIC C. LIEBELER
DAMIAN CAPOZZOLA
R. OLIVIA SAMAD

Attorneys for Defendant
POST CONFIRMATION TRUST