IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., et al.,<br><br>　　　　　Defendants. | ) CIVIL NO. CV03-00385 SOM-LEK<br>) (Copyright)<br>)<br>) **DEFENDANT PCT'S MOTION IN**<br>) **LIMINE NO. 4 (TO EXCLUDE**<br>) **EVIDENCE OR ARGUMENT THAT**<br>) **ANY INFRINGEMENT HAS BEEN**<br>) **WILLFUL AND TO REQUIRE**<br>) **REFERENCE TO THE INSTANT**<br>) **INFRINGEMENT AS**<br>) **"INADVERTENT" OR**<br>) **"INNOCENT")**<br>)<br>) Judge:　　　Hon. Susan O. Mollway<br>) Trial Date:　January 24, 2006<br>)<br>) Hearing Date: January 20, 2006<br>) Hearing Time: 2:00 p.m. |

**DEFENDANT PCT'S MOTION IN LIMINE NO. 4 (TO EXCLUDE EVIDENCE OR ARGUMENT THAT ANY INFRINGEMENT HAS BEEN WILLFUL AND TO REQUIRE REFERENCE TO THE INSTANT INFRINGEMENT AS "INADVERTENT" OR "INNOCENT")**

COMES NOW Defendant PCT, by and through its attorneys, and hereby moves this Honorable Court in limine for an Order excluding evidence or argument that any infringement has been willful and to require reference to the instant infringement as "inadvertent" or "innocent."

This motion is based upon Rule 7 of the Federal Rules of Civil Procedure and Rules 401, 402, 403, and 404 of the Federal Rules of Evidence, and is supported by the Memorandum in Support of Motion, Declaration of Lex R. Smith, and Exhibits attached hereto and the records and files herein.

DATED: Honolulu, Hawaii, January 3, 2006.

KOBAYASHI, SUGITA & GODA
LEX R. SMITH (659-0)
THOMAS H. YEE (7344-0)

KIRKLAND & ELLIS LLP
ERIC C. LIEBELER
DAMIAN CAPOZZOLA
R. OLIVIA SAMAD

Attorneys for Defendant PCT