ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 03 2006

at 6 o'clock and 52 min. PM
SUE BEITIA, CLERK

KOBAYASHI, SUGITA & GODA
LEX R. SMITH          3485-0
THOMAS H. YEE       7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No.  (808) 539-8799
Email: lrs@ksglaw.com

KIRKLAND & ELLIS LLP
Eric C. Liebeler (CA Bar No. 149504)
Damian Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone No. (213) 680-8400
Facsimile No. (213) 680-8500
Email: eliebeler@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK<br>) (Copyright)<br>) |
| Plaintiff, | ) **NOTICE OF MOTION;**<br>) **DEFENDANT PCT'S MOTION IN**<br>) **LIMINE NO. 4 (TO EXCLUDE** |
| vs. | ) **EVIDENCE OR ARGUMENT THAT**<br>) **ANY INFRINGEMENT HAS BEEN**<br>) **WILLFUL AND TO REQUIRE** |
| HAWAIIAN EXPRESS SERVICE,<br>INC., et al.,    (Caption Continued) | ) **REFERENCE TO THE INSTANT**<br>) **INFRINGEMENT AS** |



|  |  |
|---|---|
| Defendants. | ) "INADVERTENT" OR<br>) "INNOCENT"); MEMORANDUM IN<br>) SUPPORT OF DEFENDANT PCT'S<br>) MOTION IN LIMINE NO. 4 (TO<br>) EXCLUDE EVIDENCE OR<br>) ARGUMENT THAT ANY<br>) INFRINGEMENT HAS BEEN<br>) WILLFUL AND TO REQUIRE<br>) REFERENCE TO THE INSTANT<br>) INFRINGEMENT AS<br>) "INADVERTENT" OR<br>) "INNOCENT")<br>)<br>) Judge:         Hon. Susan O. Mollway<br>) Trial Date:    January 24, 2006<br>)<br>) Hearing Date: January 20, 2006<br>) Hearing Time: 2:00 p.m. |

**NOTICE OF MOTION**

TO:  Timothy J. Hogan, Esq.
     Lynch, Ichida, Thompson & Kim
     1132 Bishop Street, Suite 1405
     Honolulu, Hawaii 96813

     Attorney for Plaintiff

NOTICE IS HEREBY GIVEN THAT DEFENDANT PCT'S MOTION IN LIMINE NO. 4 (TO EXCLUDE EVIDENCE OR ARGUMENT THAT ANY INFRINGEMENT HAS BEEN WILLFUL AND TO REQUIRE REFERENCE TO THE INSTANT INFRINGEMENT AS "INADVERTENT" OR "INNOCENT"), shall come on for hearing before the Honorable Susan Oki Molloway Judge of the above-entitled Court, in her courtroom in the United States Courthouse, 300 Ala

Moana Boulevard, Honolulu, Hawaii, at 2:00 p.m., on January 20, 2006, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, January 3, 2006.

KOBAYASHI, SUGITA & GODA
LEX R. SMITH (659-0)
THOMAS H. YEE (7344-0)

KIRKLAND & ELLIS LLP
ERIC C. LIEBELER
DAMIAN CAPOZZOLA
R. OLIVIA SAMAD

Attorneys for Defendant PCT