**ORIGINAL**

KOBAYASHI, SUGITA & GODA
LEX R. SMITH         3485-0
THOMAS H. YEE        7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii  96813
Telephone No. (808) 539-8700
Facsimile No.  (808) 539-8799
Email: lrs@ksglaw.com

KIRKLAND & ELLIS LLP
Eric C. Liebeler (CA Bar No. 149504)
Damian Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA  90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email: eliebeler@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 3 2006

at ___ o'clock and ___min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK<br>) (Copyright)<br>) |
| Plaintiff, | ) **NOTICE OF MOTION;**<br>) **DEFENDANT PCT'S MOTION IN**<br>) **LIMINE NO. 5 (TO EXCLUDE OR** |
| vs. | ) **LIMIT THE TESTIMONY OF DR.**<br>) **PHILIP JOHNSON);**<br>) **MEMORANDUM IN SUPPORT OF** |
| HAWAIIAN EXPRESS SERVICE,<br>INC., et al.,   (Caption Continued) | ) **DEFENDANT PCT'S MOTION IN**<br>) **LIMINE NO. 5 (TO EXCLUDE OR** |



SCANNED

|              |                                                    |
|--------------|----------------------------------------------------|
| Defendants.  | ) **LIMIT THE TESTIMONY OF DR.** <br> ) **PHILIP JOHNSON)** <br> ) <br> ) Judge: Hon. Susan O. Mollway <br> ) Trial Date: January 24, 2006 <br> ) <br> ) Hearing Date: January 20, 2006 <br> ) Hearing Time: 2:00 p.m. |

## NOTICE OF MOTION

TO:    Timothy J. Hogan, Esq.
       Lynch, Ichida, Thompson & Kim
       1132 Bishop Street, Suite 1405
       Honolulu, Hawaii 96813

       Attorney for Plaintiff

NOTICE IS HEREBY GIVEN THAT DEFENDANT PCT'S MOTION IN LIMINE NO. 5 (TO EXCLUDE OR LIMIT THE TESTIMONY OF DR. PHILIP JOHNSON), shall come on for hearing before the Honorable Susan Oki Molloway Judge of the above-entitled Court, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, at 2:00 p.m., on January 20, 2006, or as soon thereafter as counsel can be heard.

ii

DATED: Honolulu, Hawaii, January 3, 2006.

_____
KOBAYASHI, SUGITA & GODA
LEX R. SMITH (659-0)
THOMAS H. YEE (7344-0)

KIRKLAND & ELLIS LLP
ERIC C. LIEBELER
DAMIAN CAPOZZOLA
R. OLIVIA SAMAD

Attorneys for Defendant PCT