ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 03 2006

at 6 o'clock and 51 min. PM
SUE BEITIA, CLERK

KOBAYASHI, SUGITA & GODA

BERT T. KOBAYASHI, JR.   659-0
LEX R. SMITH             3485-0
THOMAS H. YEE            7344-0
SUITE 2600, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 539-8700
Fax No. (808) 539-8799
Email: lrs@ksg.law.com

KIRKLAND & ELLIS LLP
Eric C. Liebeler (CA Bar No. 149504)
Damian Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone No. (213) 680-8400
Facsimile No. (213) 680-8500
Email: eliebeler@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen | ) CIVIL NO. CV 03 00385 SOM LEK<br>) (Copyright)<br>) |
| Plaintiff, | ) |
| vs. | ) NOTICE OF MOTION; THE POST<br>) CONFIRMATION TRUST FOR THE<br>) FLEMING COMPANIES, INC.'S |
| HAWAII EXPRESS SERVICE, INC., et al., | ) MOTION IN LIMINE NO. 6<br>) REGARDING ALLEGED<br>) UNRELATED BAD ACTS; |
| Defendants. | ) MEMORANDUM IN SUPPORT OF |

SCANNED

|  | ) THE POST CONFIRMATION TRUST |
|---|---|
|  | ) FOR THE FLEMING COMPANIES, |
|  | ) INC.'S MOTION IN LIMINE |
|  | ) REGARDING ALLEGED |
|  | ) UNRELATED BAD ACTS |
|  | ) |
|  | ) DATE: January 20, 2006 |
|  | ) TIME: 2:00 p.m. |
|  | ) JUDGE: Honorable Susan O. Mollway |
|  | ) Trial Date: January 24, 2006 |

### NOTICE OF HEARING

TO:    Timothy J. Hogan, Esq.
Lynch, Ichida, Thompson & Kim
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813

Attorney for Plaintiff

NOTICE IS HEREBY GIVEN that THE POST CONFIRMATION TRUST FOR THE FLEMING COMPANIES, INC.'S MOTION IN LIMINE REGARDING ALLEGED UNRELATED BAD ACTS, shall come on for hearing before the Honorable Susan Oki Mollway, United States District Judge of the above-entitled Court, in her courtroom in the United States District Court, 300 Ala Moana Boulevard, Honolulu, Hawaii, at 2:00 p.m., on January 20, 2006, or as soon

thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, January 3, 2006.

KOBAYASHI, SUGITA & GODA

BERT T. KOBAYASHI, JR.
LEX R. SMITH
THOMAS H. YEE
Attorneys for Defendant
THE POST CONFIRMATION
TRUST FOR THE FLEMING
COMPANIES, INC.

and

KIRKLAND & ELLIS LLP
Eric C. Liebler (CA Bar No. 149504)
Damian D. Capozzola (CA Bar No. 228611)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 680-8400
Facsimilie: (213) 680-8500

Co-Counsel for the Post Confirmation
Trust for Fleming Companies, Inc.