ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 3 2006

at ____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

KOBAYASHI, SUGITA & GODA

BERT T. KOBAYASHI, JR.   659-0
LEX R. SMITH            3485-0
THOMAS H. YEE           7344-0
SUITE 2600, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 539-8700
Fax No. (808) 539-8799
Email: lrs@ksg.law.com

KIRKLAND & ELLIS LLP
Eric C. Liebeler (CA Bar No. 149504)
Damian Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA  90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email: eliebeler@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen | ) CIVIL NO. CV 03 00385 SOM LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) NOTICE OF MOTION; THE POST |
| vs. | ) CONFIRMATION TRUST FOR THE |
| | ) FLEMING COMPANIES, INC.'S |
| HAWAII EXPRESS SERVICE, INC., et al., | ) MOTION IN LIMINE NO. 7 |
| | ) REGARDING EVIDENCE |
| | ) PERTAINING TO GUIDANCE |
| Defendants. | ) SOFTWARE, INC. AND C&S |

SCANNED

) LOGISTICS OF HAWAII, LLC, C&S
) WHOLESALE GROCERS, INC., C&S
) ACQUISITIONS LLC, AND ES3, LLC;
) MEMORANDUM IN SUPPORT OF
) THE POST CONFIRMATION TRUST
) FOR THE FLEMING COMPANIES,
) INC.'S MOTION IN LIMINE
) REGARDING EVIDENCE
) PERTAINING TO GUIDANCE
) SOFTWARE, INC. AND C&S
) LOGISTICS OF HAWAII, LLC, C&S
) WHOLESALE GROCERS, INC., C&S
) ACQUISITIONS LLC, AND ES3, LLC;
)
) DATE: January 20, 2006
) TIME: 2:00 p.m.
) JUDGE: Honorable Susan O. Mollway
) Trial Date: January 24, 2006
)

## NOTICE OF HEARING

TO:    Timothy J. Hogan, Esq.
       Lynch, Ichida, Thompson & Kim
       1132 Bishop Street, Suite 1405
       Honolulu, Hawaii 96813

       Attorney for Plaintiff

       NOTICE IS HEREBY GIVEN that THE POST CONFIRMATION

TRUST FOR THE FLEMING COMPANIES, INC.'S MOTION IN LIMINE NO.

7 REGARDING EVIDENCE PERTAINING TO GUIDANCE SOFTWARE, INC.

AND C&S LOGISTICS OF HAWAII, LLC, C&S WHOLESALE GROCERS,

INC., C&S ACQUISITIONS LLC, AND ES3, LLC, shall come on for hearing

before the Honorable Susan Oki Mollway, United States District Judge of the

above-entitled Court, in her courtroom in the United States District Court, 300 Ala

Moana Boulevard, Honolulu, Hawaii, at 2:00 p.m., on January 20, 2006 or as soon

thereafter as counsel can be heard.

DATED:  Honolulu, Hawaii, January 3, 2006.


KOBAYASHI, SUGITA & GODA

BERT T. KOBAYASHI, JR.
LEX R. SMITH
THOMAS H. YEE
Attorneys for Defendant
THE POST CONFIRMATION
TRUST FOR THE FLEMING
COMPANIES, INC.

and

KIRKLAND & ELLIS LLP
Eric C. Liebler (CA Bar No. 149504)
Damian D. Capozzola (CA Bar No. 228611)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 680-8400
Facsimilie: (213) 680-8500

Co-Counsel for the Post Confirmation
Trust for Fleming Companies, Inc.