IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, | ) CIVIL NO. CV 03 00385 SOM LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) THE POST CONFIRMATION TRUST |
| vs. | ) FOR THE FLEMING COMPANIES, |
| | ) INC.'S MOTION IN LIMINE NO. 8 |
| HAWAII EXPRESS SERVICE, INC., et al., | ) TO EXCLUDE THE MAY 5, 2003 |
| | ) EMAIL FROM RON GRIFFIN TO |
| | ) BRIAN CHRISTIANSEN |
| Defendants. | ) |
| | ) DATE: January 20, 2006 |
| | ) TIME: 2:00 p.m. |
| | ) JUDGE: Honorable Susan O. Mollway |
| | ) Trial Date: January 24, 2006 |

THE POST CONFIRMATION TRUST FOR THE FLEMING COMPANIES, INC.'S MOTION IN LIMINE NO. 8 TO EXCLUDE THE MAY 5, 2003 EMAIL FROM RON GRIFFIN TO BRIAN CHRISTIANSEN

COMES NOW Defendant the Post-Confirmation Trust for the Fleming Companies, Inc. ("PCT") by and through its attorneys, Kobayashi, Sugita & Goda, and hereby moves this Honorable Court in limine for an Order barring Plaintiff Wayne Berry from introducing or in any way referring to an email message dated May 5, 2003 from Ron Griffin and addressed to Brian Christiansen.

This motion is based upon Rule 7 of the Federal Rules of Civil Procedure and Rules 401 and 402 of the Federal Rules of Evidence, and is supported by the Memorandum in Support of Motion, Declaration of Lex R. Smith, and Exhibits attached hereto and the records and files herein.

Dated: Honolulu, Hawaii, January 3, 2006.

KOBAYASHI, SUGITA & GODA

BERT T. KOBAYASHI, JR.
LEX R. SMITH
THOMAS H. YEE
Attorneys for Defendant
THE POST CONFIRMATION
TRUST FOR THE FLEMING
COMPANIES, INC.

and

KIRKLAND & ELLIS LLP
Eric C. Liebler (CA Bar No. 149504)
Damian D. Capozzola (CA Bar No. 228611)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 680-8400
Facsimilie: (213) 680-8500

Co-Counsel for the Post Confirmation
Trust for Fleming Companies, Inc.