## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of the foregoing was duly served upon the following individuals by hand delivery or United States Post Office, postage prepaid, at their last known address below:

|  | Hand | Post |
|---|---|---|
| TIMOTHY J. HOGAN, ESQ.<br>Lynch Ichida Thompson & Kim<br>1132 Bishop Street, Suite 1405<br>Honolulu, Hawaii 96813<br><br>Attorney for Plaintiff WAYNE BERRY | X | |
| LYLE HOSODA, ESQ.<br>RAINA P.B. MEAD, ESQ.<br>Lyle Hosoda & Associates<br>345 Queen Street, Suite 804<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendants<br>MARK DILLON, TERESA NOA and<br>BRIAN CHRISTENSEN, et al | X | |

DATED: Honolulu, Hawaii, January 3, 2006.

KOBAYASHI, SUGITA & GODA

/s/
LEX R. SMITH
THOMAS H. YEE

KIRKLAND & ELLIS LLP

ERIC C. LIEBELER
DAMIAN CAPOZZOLA
R. OLIVIA SAMAD

Attorneys for Defendant
POST-CONFIRMATION TRUST