

**ORIGINAL**

KOBAYASHI, SUGITA & GODA

LEX R. SMITH          3485-0
THOMAS H. YEE         7344-0
SUITE 2600, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 539-8700
Fax No. (808) 539-8799
Email: lrs@ksg.law.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 03 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

KIRKLAND & ELLIS LLP
Eric C. Liebeler (CA Bar No. 149504)
Damian Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone No. (213) 680-8400
Facsimile No. (213) 680-8500
Email: eliebeler@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>                    Plaintiff,<br><br>     vs.<br><br>HAWAIIAN EXPRESS SERVICE,<br>INC., et al.,<br><br>                    Defendants. | ) CIVIL NO. CV03-00385 SOM-LEK<br>) (Copyright)<br>)<br>) NOTICE OF HEARING; THE POST<br>) CONFIRMATION TRUST FOR THE<br>) FLEMING COMPANIES, INC.'S<br>) MOTION IN LIMINE NO. 9<br>) REGARDING MOTION TO<br>) EXCLUDE EVIDENCE REGARDING<br>) SOFTWARE WHICH IS NOT THE<br>) SUBJECT OF THIS CASE;<br>) MEMORANDUM IN SUPPORT OF |

SCANNED

|  |  |
|---|---|
|  | ) MOTION; CERTIFICATE OF<br>) SERVICE<br>)<br>)<br>) DATE: January 20, 2005<br>) TIME: 2:00 p.m.<br>) JUDGE: Honorable Susan O. Mollway<br>)<br>) Trial Date: January 24, 2006 |

## NOTICE OF HEARING

TO:      Timothy J. Hogan, Esq.
Lynch, Ichida, Thompson & Kim
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813

Attorney for Plaintiff

NOTICE IS HEREBY GIVEN that THE POST CONFIRMATION TRUST FOR THE FLEMING COMPANIES, INC.'S MOTION TO EXCLUDE EVIDENCE REGARDING SOFTWARE WHICH IS NOT THE SUBJECT OF THIS CASE, shall come on for hearing before the Honorable Susan Oki Mollway, United States District Judge of the above-entitled Court, in her courtroom in the United States District Court, 300 Ala Moana Boulevard, Honolulu, Hawaii, at 2:00

/ / /

/ / /

/ / /

2

p.m., on January 20, 2005, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, January 3, 2006.

KOBAYASHI, SUGITA & GODA

LEX R. SMITH
THOMAS H. YEE

KIRKLAND & ELLIS LLP

ERIC C. LIEBELER
DAMIAN CAPOZZOLA
R. OLIVIA SAMAD

Attorneys for Defendant
POST CONFIRMATION TRUST

3