ORIGINAL

LYLE S. HOSODA & ASSOCIATES, LLC

LYLE S. HOSODA          3964-0
RAINA P.B. MEAD         7329-0
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 03 2006

at 4 o'clock and 44 min.
SUE BEITIA, CLERK

Attorneys for Defendants
MARK DILLON, TERESA NOA, MELVIN PONCE,
SONIA PURDY, JUSTIN FUKUMOTO,
ALFREDDA WAIOLAMA, and JACQUELINE RIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | CIVIL NO. CV03-00385 SOM-LEK (Copyright) |
| Plaintiff, | |
| v. | DEFENDANTS MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, AND JACQUELINE RIO'S JOINDER TO ALL OF THE MOTIONS IN LIMINE FILED BY THE POST CONFIRMATION TRUST FOR FLEMING COMPANIES, INC.'S, ON JANUARY 3, 2006; CERTIFICATE OF SERVICE |
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation; H.E.S. TRANSPORTATION SERVICES, INC., a California corporation; CALIFORNIA PACIFIC CONSOLIDATORS, INC., a California corporation; JEFFREY P. GRAHAM and PETER SCHAUL, California citizens; MARK DILLON and TERESA NOA, BRIAN CHRISTENSEN, Hawaii citizens; FLEMING COMPANIES, INC., an Oklahoma corporation; C & S LOGISTICS OF HAWAII, LLC, a Delaware LLC; C & S WHOLESALE GROCERS, INC., a Vermont corporation; C & S ACQUISITIONS, LLC; FOODLAND SUPER MARKET, LIMITED, a Hawaii corporation; HAWAII | |
| | [caption continued on next page] |

```
TRANSFER COMPANY, LIMITED, a      )   TRIAL:      January 24, 2006
Hawaii corporation; RICHARD       )
COHEN, New Hampshire citizen;     )
ES3, LLC, a Delaware Limited      )
Liability Company, MELVIN         )
PONCE, SONIA PURDY, JUSTIN        )
FUKUMOTO, ALFREDDA WAIOLAMA,      )
JACQUELINE RIO, Hawaii            )
citizens; JESSIE GONSALVES,       )
LUIZ RODRIGUES, AL PEREZ and      )
PATRICK HIRAYAMA, California      )
citizens; GUIDANCE SOFTWARE,      )
LLC, a California LLC; MICHAEL    )
GURZI, a California citizen;      )
ALIX PARTNERS, LLC, a Delaware    )
LLC; DOE INDIVIDUALS 2-350;       )
DOE PARTNERSHIPS, CORPORATIONS    )
and OTHER DOE ENTITIES 2-20,      )
                                  )
              Defendants.         )
                                  )
```

**DEFENDANTS MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, AND JACQUELINE RIO'S JOINDER TO ALL OF THE MOTIONS IN LIMINE FILED BY THE POST CONFIRMATION TRUST FOR FLEMING COMPANIES, INC., ON JANUARY 3, 2006**

Defendants Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy, Justin Fukumoto, Alfredda Waiolama, and Jacqueline Rio, ("Defendant Employees") by and through their attorneys, Lyle S.

\

\

\

\

\

Hosoda & Associates, LLC, hereby file their joinder to all of the Motions in Limine, filed by the Post Confirmation Trust for Fleming Companies, Inc., on January 3, 2006.

Dated: Honolulu, Hawaii, January 3, 2006.

_____
LYLE S. HOSODA
RAINA P.B. MEAD
Attorneys for Defendants
MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, and JACQUELINE RIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HAWAIIAN EXPRESS SERVICE,<br>INC., et al.<br><br>　　　　　Defendants. | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy the foregoing document was served on January 3, 2006, by U.S. Mail and/or Hand Delivery upon the following parties at their last known address as set forth below:

> TIMOTHY J. HOGAN, ESQ.
> Lynch, Ichida, Thompson, Kim & Hirota
> 1132 Bishop Street, Suite 1405
> Honolulu, Hawaii 96813
>
> Attorney for Plaintiff
> WAYNE BERRY
>
> LEX R. SMITH, ESQ.
> THOMAS H. YEE, ESQ.
> Kobayashi Sugita & Goda
> 999 Bishop Street, Suite 2600
> Honolulu, Hawaii 96813
>
> Attorneys for Defendants
> FLEMING COMPANIES, INC.
> C & C WHOLESALE GROCERS, INC.
> C & S LOGISTICS OF HAWAII, LLC
> and C & S ACQUISITIONS, LLC

```
ERIC C. LIEBELER, ESQ.
DAMIAN CAPOZZOLA, ESQ.
R. OLIVIA SAMAD, ESQ.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, California 90017

Attorneys for Defendant
POST-CONFIRMATION TRUST for FLEMING COMPANIES, INC.

DATED:    Honolulu, Hawaii, January 3, 2006.
```

_____
LYLE S. HOSODA
RAINA P.B. MEAD
Attorneys for Defendants
MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, and JACQUELINE RIO

2