# Exhibit 2

Damian Capozzola/Los Angeles/Kirkland-Ellis
07/08/2005 05:57 PM

To  lueno@hawaii.rr.com

cc  ael@ksglaw.com, "Eric Liebeler" <eliebeler@kirkland.com>, "Emily Reber Porter \(E-mail\)" <eporter@goodsill.com>, "Rex Fujichaku" <fujichaku@hotmail.com>, "John T. Komeiji" <JKomeiji@wik.com>, "kgabler" <kgabler@nchc.com>, "Sheldon Toll \(E-mail\)" <lawtoll@comcast.net>, "Lex Smith" <lex@gte.net>, "Lyle Hosoda" <lsh@hosodalaw.com>, "Lyle Hosoda" <lshosoda@hotmail.com>, "Margery Bronster \(E-mail\)" <mbronster@bchlaw.net>, Olivia Samad/Los Angeles/Kirkland-Ellis@K&E, "Rex Y. Fujichaku" <rfujichaku@bchlaw.net>, rpbm@Hosodalaw.Com, "Roy Tjioe \(E-mail\)" <rtjioe@goodsill.com>, "Timothy J. Hogan" <tjh@loio.com>, "Victor Limongelli \(E-mail\)" <victor.limongelli@guidancesoftware.com>, "Wesley H. Ching \(E-mail\)" <WHC@fmhc-law.com>, dcapozzola@kirkland.com, gtom@wik.com

bcc  Berry LAs

Subject  Fw: PCT-B 000001-000376

Dear Mr. Ueno,

    Mr. Hogan recently provided us with your June 21, 2005 "Exhibit A" to the operative Protective Order. Accordingly, we are again sending you PCT-B 000001-000376 subject to the same terms as below. If you have not received these materials by close of business on Monday, July 11, please alert me or Mr. Hogan.

    Please also find attached 000377-000379 (in the attached file PCT Docs.pdf); these documents are not subject to any confidentiality restriction.

    Thank you for your attention to these matters.

--Damian Capozzola

 - PCT Docs.pdf

----- Forwarded by Damian Capozzola/Los Angeles/Kirkland-Ellis on 07/08/2005 05:51 PM -----

Damian Capozzola/Los Angeles/Kirkland-Ellis
04/25/2005 04:56 PM

To  lueno@hawaii.rr.com

cc  "Eric Liebeler \(E-mail\)" <eliebeler@kirkland.com>, "Erin Lee \(E-mail\)" <eol@fmhc-law.com>, "Emily Reber Porter \(E-mail\)" <eporter@goodsill.com>, "Julia Morgan" <jmm@fmhc-law.com>, kgabler@nchc.com, "Sheldon Toll \(E-mail\)" <lawtoll@comcast.net>, "Leroy Colombe \(E-mail\)" <lcolombe@ckdbw.com>, "Lex Smith \(E-mail\)" <lex@gte.net>, "Lyle Hosoda \(E-mail\)" <lsh@hosodalaw.com>, "Lyle Hosoda \(E-mail\)" <lshosoda@hotmail.com>, "Margery Bronster \(E-mail\)" <mbronster@bclaw.net>, "Rex Y. Fujichaku" <rfujichaku@bchlaw.net>, "Roy Tjioe \(E-mail\)" <rtjioe@goodsill.com>, "Victor Limongelli \(E-mail\)" <victor.limongelli@guidancesoftware.com>, "Wesley H. Ching \(E-mail\)" <WHC@fmhc-law.com>, "Timothy J. Hogan" <tjh@loio.com>

Subject  PCT-B 000001-000376

Exhibit 2

Dear Mr. Ueno,

    As you may know, Kirkland & Ellis represents the Post-Confirmation Trust for Fleming Companies, Inc. in connection with the matter of Wayne Berry v. Hawaiian Express Service, Inc., et al. We are sending you today via Federal Express documents PCT-B 000001 to 000376. These documents have been designated and ordered confidential for your eyes only. Because of that designation, neither these documents nor their contents may be shared either with Mr. Hogan or Mr. Berry. Given Mr. Berry's past conduct with respect to the PCT and its predecessors, we respectfully insist on strict and literal compliance with the protective order.

    Thank you for your attention to these matters.

Sincerely,

Damian Capozzola

# FedEx US Airbill

**Airbill Tracking Number:** 8521 2279 7627

## 1 From
- **Date:** 1/8/05
- **Sender's FedEx Account Number:** 1247-3569-6
- **Sender's Name:** Allison Andrews
- **Phone:** (213) 680-8400
- **Company:** KIRKLAND & ELLIS LLP
- **Address:** 777 S FIGUEROA ST FL 37
- **City:** LOS ANGELES
- **State:** CA
- **ZIP:** 90017-5800

## 2 Your Internal Billing Reference
4445-6

## 3 To
- **Recipient's Name:** Thomas Ueno
- **Phone:** 808 521-0841
- **Company:** (blank)
- **Address:** 844 Queen Street
- **City:** Honolulu
- **State:** HI
- **ZIP:** 96813

## 4a Express Package Service
☑ FedEx Priority Overnight

## 5 Packaging
☑ FedEx Pak

## 7 Payment
☑ Sender

466

03072B3128

FedEx | Track

Track Shipments
**Detailed Results**

(?) Quick Help

| | | | |
|---|---|---|---|
| Tracking number | 852122797627 | Reference | 41445-6 |
| Signed for by | G.HO | Delivered to | Receptionist/Front Desk |
| Ship date | Jul 8, 2005 | Service type | Priority Pak |
| Delivery date | Jul 11, 2005 4:41 PM | Weight | 7.0 lbs. |
| Status | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jul 11, 2005 | 4:41 PM | Delivered | HONOLULU, HI | |
| | 9:33 AM | On FedEx vehicle for delivery | HONOLULU, HI | |
| | 7:52 AM | At local FedEx facility | HONOLULU, HI | |
| Jul 9, 2005 | 1:53 AM | Arrived at FedEx location | OAKLAND, CA | |
| Jul 8, 2005 | 10:53 PM | Departed FedEx location | LOS ANGELES, CA | |
| | 9:07 PM | Arrived at FedEx location | LOS ANGELES, CA | |
| | 7:08 PM | Left origin | LOS ANGELES, CA | |
| | 6:30 PM | Picked up | LOS ANGELES, CA | |

Signature proof | Email results | Track more shipments

Subscribe to tracking updates (optional)

Your Name: [          ]    Your Email Address: [          ]

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☒ | ☐ |
| | English | ☒ | ☐ |
| | English | ☒ | ☐ |
| | English | ☒ | ☐ |

Select format: ⦿ HTML  ○ Text  ○ Wireless
Add personal message:
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    [Submit]

http://www.fedex.com/Tracking/Detail?ftc_start_url=&totalPieceNum=&backTo=&templ...   7/26/2005

Damian Capozzola/Los Angeles/Kirkland-Ellis
07/12/2005 02:33 PM

To: tjh@loio.com

cc: ael@ksglaw.com, "Eric Liebeler" <eliebeler@kirkland.com>, "Emily Reber Porter \(E-mail\)" <eporter@goodsill.com>, "Rex Fujichaku" <fujichaku@hotmail.com>, gtom@wik.com, "John T. Komeiji" <JKomeiji@wik.com>, "kgabler" <kgabler@nchc.com>, "Sheldon Toll \(E-mail\)" <lawtoll@comcast.net>, "Lex Smith" <lex@gte.net>, "Lyle Hosoda" <lsh@hosodalaw.com>, "Lyle Hosoda" <lshosoda@hotmail.com>, "Margery Bronster \(E-mail\)" <mbronster@bchlaw.net>, "Olivia Samad" <OSamad@kirkland.com>, "Rex Y. Fujichaku" <rfujichaku@bchlaw.net>, rpbm@Hosodalaw.Com, "Roy Tjioe \(E-mail\)" <rtjioe@goodsill.com>, "Timothy J. Hogan" <tjh@loio.com>, "Victor Limongelli \(E-mail\)" <victor.limongelli@guidancesoftware.com>, "Wesley H. Ching \(E-mail\)" <WHC@fmhc-law.com>

bcc:

Subject: RE: Various document issues

Mr. Hogan,

Can you please confirm you will be producing the Ueno documents on or before the 18th? Thank you.

—Damian

Damian Capozzola/Los Angeles/Kirkland-Ellis

Damian Capozzola/Los Angeles/Kirkland-Ellis
07/11/2005 05:18 PM

To: "Timothy J. Hogan" <tjh@loio.com>

cc: ael@ksglaw.com, "Eric Liebeler" <eliebeler@kirkland.com>, "Emily Reber Porter \(E-mail\)" <eporter@goodsill.com>, "Rex Fujichaku" <fujichaku@hotmail.com>, gtom@wik.com, "John T. Komeiji" <JKomeiji@wik.com>, "kgabler" <kgabler@nchc.com>, "Sheldon Toll \(E-mail\)" <lawtoll@comcast.net>, "Lex Smith" <lex@gte.net>, "Lyle Hosoda" <lsh@hosodalaw.com>, "Lyle Hosoda" <lshosoda@hotmail.com>, "Margery Bronster \(E-mail\)" <mbronster@bchlaw.net>, "Olivia Samad" <OSamad@kirkland.com>, "Rex Y. Fujichaku" <rfujichaku@bchlaw.net>, rpbm@Hosodalaw.Com, "Roy Tjioe \(E-mail\)" <rtjioe@goodsill.com>, "Victor Limongelli \(E-mail\)" <victor.limongelli@guidancesoftware.com>, "Wesley H. Ching \(E-mail\)" <WHC@fmhc-law.com>

Subject: RE: Various document issues

Mr. Hogan:

If it was not clearly implied, let it be now: they will be going out FedEx to you tonight.

Are you going to be producing the Ueno documents to Lex's office on or before July 18? Please clarify. Thank you for your attention to these matters.

--Damian Capozzola

"Timothy J. Hogan" <tjh@loio.com>


"Timothy J. Hogan"
<tjh@loio.com>
07/11/2005 05:13 PM

To "Damian Capozzola" <dcapozzola@kirkland.com>

cc <ael@ksglaw.com>, "Eric Liebeler" <eliebeler@kirkland.com>, "Emily Reber Porter \(E-mail\)" <eporter@goodsill.com>, "Rex Fujichaku" <fujichaku@hotmail.com>, "John T. Komeiji" <JKomeiji@wik.com>, "kgabler" <kgabler@nchc.com>, "Sheldon Toll \(E-mail\)" <lawtoll@comcast.net>, "Lex Smith" <lex@gte.net>, "Lyle Hosoda" <lsh@hosodalaw.com>, "Lyle Hosoda" <lshosoda@hotmail.com>, "Margery Bronster \(E-mail\)" <mbronster@bchlaw.net>, "Olivia Samad" <OSamad@kirkland.com>, "Rex Y. Fujichaku" <rfujichaku@bchlaw.net>, <rpbm@Hosodalaw.Com>, "Roy Tjioe \(E-mail\)" <rtjioe@goodsill.com>, "Victor Limongelli \(E-mail\)" <victor.limongelli@guidancesoftware.com>, "Wesley H. Ching \(E-mail\)" <WHC@fmhc-law.com>, <gtom@wik.com>

Subject RE: Various document Issues

Mr. Capozzola:

Are you going to be sending the financial documents now so that I may have them in advance of the Ueno deposition?

Thanks,

Tim Hogan

Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email tjh@loio.com

NOTICE: This email is only for use by the intended recipient. If received in error any use, disclosure or copying is

prohibited. Any inadvertent receipt shall not be a waiver of any privilege or work product protection. Please contact the sender at tjh@loio.com or at (808) 528-0100.

---

**From:** Damian Capozzola [mailto:dcapozzola@kirkland.com]
**Sent:** Monday, July 11, 2005 2:09 PM
**To:** Timothy J. Hogan
**Cc:** ael@ksglaw.com; Eric Liebeler; Emily Reber Porter (E-mail); Rex Fujichaku; John T. Komeiji; kgabler; Sheldon Toll (E-mail); Lex Smith; Lyle Hosoda; Lyle Hosoda; Margery Bronster (E-mail); Olivia Samad; Rex Y. Fujichaku; rpbm@Hosodalaw.Com; Roy Tjioe (E-mail); Timothy J. Hogan; Victor Limongelli (E-mail); Wesley H. Ching (E-mail); dcapozzola@kirkland.com; gtom@wik.com
**Subject:** Various document issues

Mr. Hogan,

This e-mail addresses various issues raised by our communications on Friday afternoon.

First, PCT-B 000001-000376 contain financial information for Fleming's Hawaii facility for April - August 2003. Under the present circumstances and to avoid the need to burden Master Matsui with this issue yet again, we agree that you may review the documents. This applies to you only, not Mr. Berry, regardless of whether or not you subsequently circulate an "Ex. A" for Mr. Berry. We will send you a copy set of the materials. Other counsel who would also like a set should please advise.

Second, if July 18 is truly the best you and Mr. Ueno can do with regard to producing the Ueno documents, I suppose we have little choice but to accept. We will be pleased to extend you the same courtesy and provide you with the remainder of the Kinrich documents four days before Mr. Kinrich's deposition.

Thank you for your attention to these matters.

--Damian Capozzola

************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************

| | | |
|---|---|---|
| Damian Capozzola/Los Angeles/Kirkland-Ellis | To | "Hogan" <tjh@loio.com> |
| 07/12/2005 06:32 PM | cc | "Lex" <lrs@ksglaw.com>, "Anne" <ael@ksglaw.com> |
| | bcc | "Allison" <smandrews@kirkland.com>; "Ed" <eyep@kirkland.com>; "Neal" <nsandiego@kirkland.com> |
| | Subject | Re: Discovery |

I assume these are PCT-B 001-376. If so, you and Mr. Ueno may both view them, stamped legend notwithstanding.

Please confirm your e-mail means the Ueno documents will be at Lex's office prior to close of business on July 18.

Thank you for your attention to these matters.

Damian Capozzola


----- Original Message -----
From: "Timothy J. Hogan" [tjh@loio.com]
Sent: 07/12/2005 08:26 PM
To: <dcapozzola@kirkland.com>
Subject: Discovery

It is my understanding Mr. Ueno will produce his materials on or before 7/18/05. In addition, I have received a package from you containing documents marked as Experts Eyes only. Before I or Mr. Ueno view them, I need to confirm that I may view these documents.

Tim Hogan


Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii  96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email  tjh@loio.com


NOTICE: This email is only for use by the intended recipient. If received in error any use, disclosure or copying is prohibited. Any inadvertent receipt shall not be a waiver of any privilege or work product protection. Please contact the sender at tjh@loio.com or at (808) 528-0100.