# Exhibit 14

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

---:---

ORIGINAL

| | |
|---|---|
| WAYNE BERRY,<br><br>Plaintiff,<br><br>vs.<br><br>FLEMING COMPANIES, INC., aka FLEMING FOODS, INC., aka FLEMING, DOE INDIVIDUALS 1-50 AND DOE PARTNERSHIPS, CORPORATIONS AND OTHER ENTITIES 1-20,<br><br>Defendants. | CIVIL NO. CV 01 00446 SPK LEK<br>(Copyright) |

DEPOSITION OF WAYNE BERRY

Taken on behalf of Defendant Fleming Companies, Inc. at the Law Offices of Kobayashi, Sugita & Goda, Suite 2600, First Hawaiian Center, 999 Bishop Street, Honolulu, Hawaii, commencing at 9:10 a.m., on Wednesday, February 5, 2003, pursuant to Notice.

BEFORE:

Emi Albright, RPR/CSR 319
Notary Public, State of Hawaii



Exhibit 14

APPEARANCES:

For the Plaintiff: TIMOTHY J. HOGAN, ESQ.
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813

For the Defendant Fleming Companies, Inc.: LEX R. SMITH, ESQ.
ANNE E. LOPEZ, ESQ.
Suite 2600, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii 96813

Q Well, let me make it clear I am not talking about the things that were in litigation. I am not talking about your claim that Fleming has monopolized the grocery industry in Hawaii. I am not talking about the claims for collection of bills that we've asked for arbitration on and is pending in the Ninth Circuit.

So I am asking if there is anything else that Fleming has done that you feel or that Fleming has done to you?

A Do I understand your question to mean something other than financial?

Q Well, let's take out all financial matters for the time being.

MR. HOGAN: Are we clear this has nothing to do with the copyright infringement lawsuit as well?

MR. SMITH: Agreed.

MR. HOGAN: Okay.

A Nothing I can think of at the moment.

Q (By Mr. Smith) Okay. I'd like you, to start with, to provide me your educational background starting with where you went to high school and all formal education you received up to today.

A I went to Downey Senior High School in Downey, California. After that I went to Cal State University, Long Beach. If I remember correctly, after that I went to University of California Riverside.

Q What was your major at Cal State Long Beach, if any?
A I think the very first quarter it was psychology and the second quarter on through the years it was physics.
Q What year did you graduate Downey High School?
A 1973 or '74.
Q What years did you attend Cal State Long Beach?
A Shortly after high school. I'm not sure about the year. I took time off to work.
Q How many years did you attend Cal State Long Beach?
A I think I attended one.
Q Did you attend full time or part time?
A I don't remember the unit breakdown between full and part time.
Q Were you working at the same time you were in school?
A Yes.
Q Where were you working?
A I was working for a company called American Graphics.
Q What did you do there?
A I was a printing press operator.
Q What years did you attend -- what year or years did you attend University of California at Riverside?
A I don't remember the exact years. It was the late 1970s.
Q How many years did you attend?
A Again I don't remember. It was started and stopped because of working.

Q More than one year?

A Yes.

Q More than two years?

A I believe so.

Q More than three years?

A I just can't recall. I'd need to go back and look.

Q But you say it started and stopped because of working. So some of that time you weren't in school and some of the time you were; is that right?

A Yes, all through college it was start and stop.

Q What was your major during the time you were attending University of California at Riverside, if you had one?

A Physics.

Q Did you ever receive a degree?

A No.

Q You said you were working while you were attending UCR. Where were you working?

A Sometimes for American Graphics. I also had odd jobs, painting, things like that.

Q Where was American Graphics located?

A At that time it was located in Downey, California.

Q So you say painting and things like that were the other jobs that you had while you attended UC Riverside. Did any of your other jobs involve technology?

A No.

Q Since -- am I correct in understanding that you ceased attending classes at UCR at least by 1980?

A I'm not sure. It may have been '81. I'm just not sure.

Q After 1981 have you had any formal education anywhere?

A No.

Q Let's start with your employment history from the time you left UCR and bring me right up to today. And by employment, I don't mean whether you were an employee or not. I mean what did you do for a living or generate income to yourself from 1981 to present?

A First it was my father's old company, Administrative Specialties.

Q Approximately what years were you with Administrative Specialties?

A Ball park '80, '81 through '84.

Q Okay.

A It's the old family business. After that I was with a company called Paracom.

Q Can you spell that, please?

A P-a-r-a-c-o-m.

Q What years were you with Paracom?

A Seems like '85, '86.

Q And what did you do after Paracom?

A Worked with a company called Touchstone Computers.

Q What years were you working with Touchstone Computers?

STATE OF HAWAII )
) SS.
)

I, Emi Albright, C.S.R., a Notary Public in and for the State of Hawaii, do hereby certify:

That on February 5, 2003, appeared before me WAYNE BERRY, the witness whose testimony is contained herein, that prior to being examined, the witness was by me duly sworn or affirmed; that the proceedings were taken in computerized machine shorthand by me and were thereafter reduced to print under my supervision; that the foregoing represents, to the best of my ability, a correct transcript of the proceedings had in the foregoing matter;

That the witness, if applicable, was notified through counsel, by mail, or by telephone to appear and sign; that if the transcription is not signed, either the reading and signing were waived by the witness and all parties, or the witness has failed to appear and the original is therefore kept on file without signature pursuant to Court rules.

I further certify that I am not counsel for any of the parties hereto, nor in any way interested in the outcome of the cause named in the caption.

Dated: FEB - 7 2003 .

Emi Albright

Emi Albright, C.S.R. #319
Notary Public, State of Hawaii
My Commission Expires: July 8, 2004