# Exhibit 15

WAYNE BERRY, a Hawaii citizen, Plaintiff

vs.

HAWAIIAN EXPRESS SERVICE, INC., et al.

DEFENDANT PCT'S
EXHIBIT 15 TO MOTIONS IN LIMINE
FILED ON 01/03/2006
FILED UNDER SEAL

EXHIBIT "15"