# Exhibit 23

# Exhibit 27

Fields from
Dillon Queries
That are not in
FCS 1993



73

Exhibit 23

Fields From Dillon Import Queries May - June and July 2003

| # | Field | Berry FCS 1993 | Fleming Version Nov 2001 | Original Logistics Data.mdb | Auxiliary Logistics Data.mdb | Dillon Import Import Queries | Dillon 2003 Queries.mdb |
|---|---|---|---|---|---|---|---|
| 1 | Name - Company.ScratchName AS Fleming Name | No | Yes | Yes | No | Yes | Yes |
| 2 | NotesCtnFirsts.FirstOfFlemingLocations AS Fleming Location | No | No | Yes | No | Yes | Yes |
| 3 | NotesCtnFirsts.FirstOfLastDayToReturn AS Last Day To Return | No | No | Yes | No | Yes | Yes |
| 4 | NotesCtnFirsts.FirstOfStatus AS Return Status | No | No | Yes | No | Yes | Yes |
| 5 | NotesCtnFirsts.FirstOfStatusDate AS Status Date | No | No | Yes | No | Yes | Yes |
| 6 | ARPayments.Voucher Number Old AS Check ID | No | No | Yes | No | Yes | Yes |
| 7 | ARPaymentsDistribution.Voucher ID Old | No | No | Yes | No | Yes | Yes |
| 8 | Rates - Miscellaneous.Service | No | Yes | No | Yes | Yes | Yes |
| 9 | Rates - Miscellaneous.Service Provider | No | Yes | No | Yes | Yes | Yes |
| 10 | Rates - Miscellaneous.Rate | No | Yes | No | Yes | Yes | Yes |
| 11 | Rates - Miscellaneous.Notes | No | Yes | No | Yes | Yes | Yes |
| 12 | Rates - Miscellaneous.Rate ID | No | Yes | No | Yes | Yes | Yes |
| 13 | Rates - Tariff.Carrier | No | Yes | No | Yes | Yes | Yes |
| 14 | Rates -- Tariff.Tariff | No | Yes | No | Yes | Yes | Yes |
| 15 | Rates -Tariff.Destination | No | Yes | No | Yes | Yes | Yes |
| 16 | Rates - Tariff.Origin | No | Yes | No | Yes | Yes | Yes |
| 17 | Rates - Tariff.Container Type | No | Yes | No | Yes | Yes | Yes |
| 18 | Rates - Tariff.Container Size | No | Yes | No | Yes | Yes | Yes |
| 19 | Rates - Tariff.Drayage | No | Yes | No | Yes | Yes | Yes |
| 20 | Rates Tariff.Origin Wharfage | No | Yes | No | Yes | Yes | Yes |
| 21 | Rates - Tariff.Terminal Handling | No | Yes | No | Yes | Yes | Yes |
| 22 | Rates - Tariff.Ocean | No | Yes | No | Yes | Yes | Yes |
| 23 | Rates - Tariff. Fuel Surcharge | No | Yes | No | Yes | Yes | Yes |
| 24 | Rates - Tariff.Destination Wharfage | No | Yes | No | Yes | Yes | Yes |
| 25 | Rates - Tariff.Notes | No | Yes | No | Yes | Yes | Yes |
| 26 | Rates - Tariff.Tariff ID | No | Yes | No | Yes | Yes | Yes |
| 27 | Rates - Trurcking.Service | No | Yes | No | Yes | Yes | Yes |
| 28 | Rates -- Trucking.Service Provider | No | Yes | No | Yes | Yes | Yes |
| 29 | Rates - Trucking.Origin | No | Yes | No | Yes | Yes | Yes |
| 30 | Rates - Trucking.Destination | No | Yes | No | Yes | Yes | Yes |
| 31 | Rates - Trucking.Load Type | No | Yes | No | Yes | Yes | Yes |
| 32 | Rates - Trucking.Rate | No | Yes | No | Yes | Yes | Yes |
| 33 | Rates - Trucking.Notes | No | Yes | No | Yes | Yes | Yes |
| 34 | Rates -- Trucking.Trucking Rate ID | No | Yes | No | Yes | Yes | Yes |
| 35 | Vendor Defaults.Vendor ID | No | Yes | No | Yes | Yes | Yes |
| 36 | Vendor Defaults.Vendor Name AS Vendor | No | Yes | No | Yes | Yes | Yes |
| 37 | Vendor Defaults.Vendor Code AS Vendor Number | No | Yes | No | Yes | Yes | Yes |
| 38 | Vendor Defaults.Vendor Contact AS POC | No | Yes | No | Yes | Yes | Yes |
| 39 | Vendor Defaults.Vendor Location AS Vendor Site | No | Yes | No | Yes | Yes | Yes |
| 40 | Vendor Defaults.Vendor Phone No AS POC Phone | No | Yes | No | Yes | Yes | Yes |
| 41 | Vendor Defaults.Shipper | No | Yes | No | Yes | Yes | Yes |
| 42 | Vendor Defaults.Bill To AS Invoices | No | Yes | No | Yes | Yes | Yes |
| 43 | Vendor Defaults.Consignee | No | Yes | No | Yes | Yes | Yes |
| 44 | Vendor Defaults.Buyer AS Merchandiser | No | Yes | No | Yes | Yes | Yes |
| 45 | Vendor Defaults.Port AS Default Port | No | Yes | No | Yes | Yes | Yes |
| 46 | Vendor Defaults.Terminal | No | Yes | No | Yes | Yes | Yes |
| 47 | Vendor Defaults.Commodity Group AS Climate | No | Yes | No | Yes | Yes | Yes |
| 48 | Vendor Defaults.Commodity Type AS Product Type | No | Yes | No | Yes | Yes | Yes |
| 49 | Vendor Defaults.Load Type | No | Yes | No | Yes | Yes | Yes |
| 50 | Vendor Defaults.Tariff | No | Yes | No | Yes | Yes | Yes |
| 51 | Vendor Defaults.Tariff Origin | No | Yes | No | Yes | Yes | Yes |
| 52 | Vendor Defaults.Destination Warehouse- AS Warehouse | No | Yes | No | Yes | Yes | Yes |
| 53 | Vendor Defaults.Dept AS Account | No | Yes | No | Yes | Yes | Yes |
| 54 | Vendor Defaults.Destination Trucker | No | Yes | No | Yes | Yes | Yes |
| 55 | Vendor Defaults.DryByWeight | No | Yes | No | Yes | Yes | Yes |
| 56 | Vendor Defaults.Projected Backhaul Rate AS Allocated Backhaul Rate | No | Yes | No | Yes | Yes | Yes |
| 57 | Vendor Defaults.Projected Backhaul Unit* AS Allocated Backhaul Unit | No | Yes | No | Yes | Yes | Yes |
| 58 | Vendor Defaults.Projected Freight Rate AS Allocated Freight Rate | No | Yes | No | Yes | Yes | Yes |
| 59 | Vendor Defaults.Projected Freight Unit AS Allocated Freight Unit | No | Yes | No | Yes | Yes | Yes |
| 60 | Vendor Defaults.Freight Allowance Rate | No | Yes | No | Yes | Yes | Yes |
| 61 | Vendor Defaults.Freight Allowance Unit | No | Yes | No | Yes | Yes | Yes |
| 62 | Vendor Defaults.Cost by Weight | No | Yes | No | Yes | Yes | Yes |
| 63 | Vendor Defaults.Auto Deduct- | No | Yes | No | Yes | Yes | Yes |
| 64 | Vendor Defaults.Notes | No | Yes | No | Yes | Yes | Yes |

74