# Exhibit 31

```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3    _____
                                    )
 4    WAYNE BERRY,                  )
                                    )
 5              Plaintiff,          )  CIVIL NO. 01-00446SPK-LEK
                                    )
 6         vs.                      )
                                    )
 7    FLEMING COMPANIES, INC.,      )
      aka FLEMING FOODS, INC.,      )
 8    aka FLEMING, DOE              )
      INDIVIDUALS 1-50 and          )
 9    DOE PARTNERSHIPS,             )
      CORPORATIONS and OTHER        )
10    ENTITIES 1-20,                )
                                    )
11              Defendants.         )
      _____)

12

13                  TRANSCRIPT OF PROCEEDINGS

14

15         The above-entitled matter came on for Jury

16    Trial commencing at 9:05 a.m. on Tuesday, February 25,

17    2003, Honolulu, Hawaii.

18

19    BEFORE:   HONORABLE SAMUEL P. KING

20              United States District Judge

21              District of Hawaii

22

23

24    REPORTED BY:  LISA J. GROULX, COURT REPORTER

25              Notary Public, State of Hawaii
```

LISA GROULX & ASSOCIATES
(808) 225-5701

Exhibit 31

3

INDEX

| PLAINTIFF'S WITNESSES: | PAGES |
|---|---|
| ROGER WALL | |
|     Direct examination by Mr. Hogan | 4 |
|     Cross-examination by Mr. Smith | 13 |
| WAYNE BERRY | |
|     Direct exam (resumed) by Mr. Hogan | 15 |

| EXHIBITS: | MARKED | RECEIVED |
|---|---|---|
| Plaintiff's Exhibit 83 | | 28 |
| Plaintiff's Exhibit 85 | | 34 |
| Plaintiff's Exhibit 86 | | 37 |
| Plaintiff's Exhibit 87 | | 39 |
| Plaintiff's Exhibit 90 - 96 | | 67 |
| Plaintiff's Exhibit 58 | | 81 |
| Plaintiff's Exhibit 47 | | 87 |
| Plaintiff's Exhibit 59 | | 96 |
| Plaintiff's Exhibit 60 | | 115 |
| Plaintiff's Exhibit 61 | | 126 |
| Plaintiff's Exhibit 62 | | 132 |
| Plaintiff's Exhibit 52 | | 134 |
| Plaintiff's Exhibit 16 | | 140 |
| Defendant's Exhibit 280 | | 129 |

LISA GROULX & ASSOCIATES
(808) 225-5701

1   Q.   And did you ever have any indication that Mr.
2   Borja did not understand that?
3   A.   No.  Never.
4   Q.   Now do you recall Mr. Borja actually reading
5   this letter?
6   A.   Yes.  I hand carried this into his office,
7   put it in front of him and watched him read it.
8   Q.   Now at the time that this shut down was
9   happening, was it your understanding, based on your
10  knowledge of API's records, that Mr. Borja was in fact
11  indebted to Fleming?
12  A.   Yes.  He had signed a personal guaranty to
13  Fleming.
14  Q.   And based on that personal guaranty and what
15  you understood that Fleming was claiming at the time,
16  do you have any understanding of how much it was
17  claimed that Mr. Borja owed?
18  A.   About 1.2 or 1.5 million dollars.
19  Q.   And is it your understanding that it wasn't
20  just Mr. Borja that owed that money?
21  A.   Mr. Borja and his wife Heidi had both signed
22  that personal guaranty.
23  Q.   Now at that time, sir, in September 1999, did
24  you owe any money personally to Fleming?
25  A.   No.

149

```
 1                          CERTIFICATE

 2    STATE OF HAWAII       )
                            ) SS.
 3    COUNTY OF HONOLULU    )

 4

 5          I, Lisa J. Groulx, Court Reporter, District

 6    of Hawaii, Honolulu, Hawaii, and Notary Public, State

 7    of Hawaii, do hereby certify that the foregoing is a

 8    true and correct transcript of the proceedings in this

 9    Jury Trial, WAYNE BERRY vs. FLEMING COMPANIES, INC.,

10    ET AL., at Honolulu, Hawaii, taken on Tuesday,

11    February 25, 2003, before the Honorable SAMUEL P.

12    KING, United States District Judge.

13

14

15

16    February 25, 2003      _____

17                           LISA J. GROULX, COURT REPORTER

18                           Notary Public - State of Hawaii

19                           My Commission Expires on: 5/15/06

20

21

22

23

24

25
```

LISA GROULX & ASSOCIATES
(808) 225-5701