# MATSUI CHUNG
*Attorneys-at-Law*
*A Law Corporation*

Lance S. Au
Randall Y. S. Chung
Daniel C. H. Fong
Ward F. N. Fujimoto
Paul K. Hoshino
Archie T. Ikehara
Clyde Wm. Matsui

Melanie S. Matsui
James H. Monma
Marilyn S.H. Naitoh
Kevin P.H. Sumida
Milton S. Tani
Thomas Tsuchiyama
Anthony L. Wong

May 13, 2005

The Honorable Leslie E. Kobayashi
United States District Court
 for the District of Hawaii
PJKK Federal Building, Room 353
300 Ala Moana Boulevard
Honolulu, Hawaii 96813

Re: Wayne Berry v. Hawaiian Express Service, et al.
    Civil No. CV03-00385 SOM-LEK

Dear Judge Kobayashi:

Pursuant to your Minutes, filed on April , 2005, the following is a supplemental proposed schedule, with dates certain, following Judge Susan Mollway's May 9, 2005 Order Affirming Protective Order of Master Adopted by Magistrate Judge on April 15, 2005:

| Event | Recommended Deadline |
|---|---|
| Plaintiff to produce copy of materials ordered produced | May 16, 2005 |
| Deadline for Plaintiff's supplemental expert report re: financial documents | June 6, 2005 |
| Deadlines for Defendants' rebuttal report re: financial documents | June 20, 2005 |
| Deadline for Defendants' expert reports | June 6, 2005 |
| Deadline for Plaintiff's rebuttal expert reports | June 20, 2005 |
| Discovery Deadline | July 4, 2005 |

---

*Suite 1400 Mauka Tower • Pacific Guardian Center • 737 Bishop Street • Honolulu, Hawaii 96813*
*Telephone Number (808) 536-3711 • Facsimile Number (808) 599-2979*

Exhibit 47

The Honorable Leslie L. Kobayashi
May 13, 2005
Page 2

       Should any questions arise, please feel free to contact the undersigned.

       Thank you for your attention to this matter.

                              Respectfully submitted,

                              MATSUI CHUNG

                    By: _____
                             CLYDE Wm. MATSUI

CWM:kka
cc:   Timothy J. Hogan, Esq.
      Lex Smith, Esq./Anne E. Lopez, Esq.
      Eric C. Liebeler, Esq./Damian Capozzola, Esq.
      Roy T. Tjioe, Esq./Emily Reber Porter, Esq.
      Karen L.S. Fine, Esq.
      Lyle Hosoda, Esq.
      Sheldon Toll, Esq.
      Margery Bronster, Esq./Rex Fujichaku, Esq.