# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/6/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CV 03-00385SOM-LEK

CASE NAME:          Berry v. Hawaiian Express Service, et al

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Susan Oki Mollway            REPORTER:

DATE:     1/6/2006                     TIME:

---

COURT ACTION:  EO:

All documents filed in this case must be electronically filed pursuant to the procedures set forth in the General Order Adopting Electronic Case Filing Procedures (October 20, 2005), except for any document specifically exempted by that order.  However, the parties will have until 11:59 p.m. to electronically file any document due on any particular day in this case.  If any party and/or attorney is not a Registered Participant in this court's CM/ECF, he or she must immediately contact the Clerk's Office to become a Registered Participant.