KOBAYASHI, SUGITA & GODA

BERT T. KOBAYASHI, JR.   659-0
LEX R. SMITH            3485-0
THOMAS H. YEE           7344-0
SUITE 2600, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii  96813
Telephone: (808) 539-8700
Fax No. (808) 539-8799
Email: lrs@ksg.law.com

KIRKLAND & ELLIS LLP
Eric C. Liebeler (CA Bar No. 149504)
Damian Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA  90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email: eliebeler@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen | ) CIVIL NO. CV 03 00385 SOM LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) THE POST-CONFIRMATION TRUST |
| vs. | ) FOR THE FLEMING COMPANIES, |
| | ) INC.'S MEMORANDUM IN |
| HAWAII EXPRESS SERVICE, INC., et al., | ) RESPONSE TO PLAINTIFF WAYNE |
| | ) BERRY'S MOTION *IN LIMINE* TO |
| | ) EXCLUDE EVIDENCE OF THE |
| Defendants. | ) LOCATION OF ATLANTIC PACIFIC |

) INTERNATIONAL, INC'S BUSINESS
) RECORDS
)
) DATE: January 20, 2006
) TIME: 2:00 p.m.
) JUDGE: Honorable Susan O. Mollway
  Trial Date: January 24, 2006

THE POST CONFIRMATION TRUST FOR THE FLEMING COMPANIES,
INC.'S MEMORANDUM IN RESPONSE TO PLAINTIFF WAYNE BERRY'S
MOTION IN LIMINE TO EXCLUDE OF THE LOCATION OF ATLANTIC
PACIFIC INTERNATIONAL, INC'S BUSINESS RECORDS

Defendant the Post-Confirmation Trust for the Fleming Companies, Inc. ("PCT") by and through its attorneys, Kobayashi, Sugita & Goda, hereby responds to PLAINTIFF WAYNE BERRY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF THE LOCATION OF ATLANTIC PACIFIC INTERNATIONAL, INC'S BUSINESS RECORDS, filed January 3, 2006 (Plaintiff's "Motion re API Records") as follows:

The issues left to be tried in the present case will pertain only to damages arising from acts of copyright infringement which took place over a period from April 1, 2003 to June 9, 2003. Atlantic Pacific International, Inc. ("API") ceased doing business in 1999. Any reference to API and/or its records is, therefore, irrelevant to any remaining issue in this case, and Plaintiff should be prohibited from referring to API entirely. The PCT's argument on this point is more completely stated in the PCT's Motion in Limine No. 6 Regarding Unrelated Bad Acts. See PCT's Motion in Limine No. 6 at 9. If Plaintiff is prohibited from

2

making any reference to API, there will be no need to address the location of API's records or the fact that Plaintiff has had sole possession and control of those records for at least the past five years.[1] To the extent that this Court grants the PCT's Motion in Limine No. 6, prohibiting Plaintiff from referring to or introducing evidence relating to, API, the PCT does not oppose Plaintiff's Motion re API Records. If, however, the Court is inclined to allow discussion of API at all, PCT respectfully requests that the Court permit it to raise before the jury, all API-related facts that may be relevant to PCT's defense, including but not limited

---

[1] Plaintiff also notes in his Motion, that "[u]pon information and belief, Fleming's management remains under criminal investigation . . ." Plaintiff's Motion re API Records at 1-2. What, if any, relation this allegation has to the subject of Plaintiff's Motion is entirely unclear. However, whatever Plaintiff's point may be in making this reference, it is clearly irrelevant to the subject of damages to be tried in this case, and Plaintiff should be prohibited from referring to or introducing evidence related to this allegation at trial.

to the location and custodian of API's records.

    Dated: Honolulu, Hawaii, January 10, 2006.

KOBAYASHI, SUGITA & GODA

/s/ Thomas H. Yee
_____
BERT T. KOBAYASHI, JR.
LEX R. SMITH
THOMAS H. YEE
Attorneys for Defendant
THE POST CONFIRMATION
TRUST FOR THE FLEMING
COMPANIES, INC.

and

KIRKLAND & ELLIS LLP
Eric C. Liebler (CA Bar No. 149504)
Damian D. Capozzola (CA Bar No. 228611)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 680-8400
Facsimilie: (213) 680-8500

Co-Counsel for the Post Confirmation Trust for Fleming Companies, Inc.