# EXHIBIT "H"

351507

KOBAYASHI, SUGITA & GODA
LEX R. SMITH            3485-0
ANN C. TERANISHI        7318-0
ANNE E. LOPEZ           7906-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No. (808) 539-8799
Email: lrs@ksglaw.com

Attorneys for Defendants
FLEMING COMPANIES, INC.,
C&S LOGISTICS OF HAWAII, LLC,
C&S WHOLESALE GROCERS, INC., and
C&S ACQUISITIONS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., a California corporation; H.E.S. TRANSPORTATION SERVICES, INC., a California corporation; CALIFORNIA PACIFIC CONSOLIDATORS, INC., a California corporation; JEFFREY P. GRAHAM and PETER SCHAUL, California citizens; MARK DILLON and TERESA NOA, BRIAN CHRISTENSEN, Hawaii citizens; FLEMING COMPANIES, INC., an Oklahoma corporation; C&S (Caption Continued) | CIVIL NO. CV03-00385 SOM LEK (Copyright)<br><br>NOTICE OF HEARING MOTION; DEFENDANTS FLEMING COMPANIES INC., C&S LOGISTICS OF HAWAII, LLC, C&S ACQUISITIONS LLC, AND C&S WHOLESALE GROCERS INC.'S MOTION TO SET ASIDE ENTRY OF DEFAULT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF LEX R. SMITH; EXHIBITS "A"-"C"; CERTIFICATE OF SERVICE<br><u>Hearing:</u><br>Date:  February 17, 2004<br>Time:  11:00 a.m.<br>Judge: Hon. Leslie A. Kobayashi |

EXHIBIT "H"

349174v.2

KOBAYASHI, SUGITA & GODA

| | |
|---|---|
| LEX R. SMITH | 3485-0 |
| ANN C. TERANISHI | 7318-0 |
| ANNE E. LOPEZ | 7609-0 |

First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No. (808) 539-8799
Email: lrs@ksglaw.com

Attorneys for Defendants
FLEMING COMPANIES, INC.,
C&S LOGISTICS OF HAWAII, LLC,
C&S WHOLESALE GROCERS, INC.,
and C&S ACQUISITIONS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>    Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., a California corporation; H.E.S. TRANSPORTATION SERVICES, INC., a California corporation; CALIFORNIA PACIFIC CONSOLIDATORS, INC., a California corporation; JEFFREY P. GRAHAM and PETER SCHAUL, California citizens; MARK DILLON and TERESA NOA, BRIAN CHRISTENSEN, Hawaii citizens; (CAPTION CONTINUED) | ) CIVIL NO. CV03-00385 SOM LEK<br>) (Copyright)<br>)<br>)<br>) **DEFENDANTS FLEMING**<br>) **COMPANIES, INC., C&S**<br>) **LOGISTICS OF HAWAII, LLC,**<br>) **C&S WHOLESALE GROCERS,**<br>) **INC., AND C&S ACQUISITIONS,**<br>) **LLC'S ANSWER TO PLAINTIFF**<br>) **WAYNE BERRY'S FIRST**<br>) **AMENDED COMPLAINT FILED**<br>) **AUGUST 13, 2003; CERTIFICATE**<br>) **OF SERVICE**<br>)<br>)<br>)<br>) |



EXHIBIT A

## THIRD DEFENSE

The Answering Defendants give notice that they intend to rely on the defense that the conduct complained of is expressly authorized by the license signed by Plaintiff.

## FOURTH DEFENSE

The Answering Defendants give notice that they intend to rely upon the defense of failure of consideration.

## FIFTH DEFENSE

The Answering Defendants give notice that they intend to rely upon the defense of fraud.

## SIXTH DEFENSE

The Answering Defendants give notice that they intend to rely upon the defenses of waiver, estoppel, and laches.

## SEVENTH DEFENSE

The Answering Defendants give notice that they intend to rely upon the defenses of unclean hands and bad faith.

## EIGHTH DEFENSE

The Answering Defendants intend to rely on the defense of fair use.