# EXHIBIT "I"

KOBAYASHI, SUGITA & GODA

LEX R. SMITH          3485-0
ANN C. TERANISHI      7318-0
ANNE E. LOPEZ         7609-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone: 539-8700
Fax No. (808) 539-8799
Email: lrs@ksglaw.com

Attorneys for Defendants
FLEMING COMPANIES, INC.,
C&S LOGISTICS OF HAWAII, LLC;
C & S WHOLESALE GROCERS, INC.,
and C & S ACQUISITIONS, LLC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 9 2003

at _H_ o'clock and _35_ min. _a_ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., a California corporation; H.E.S. TRANSPORTATION SERVICES, INC., a California corporation; CALIFORNIA PACIFIC CONSOLIDATORS, INC., a California corporation; JEFFREY P. GRAHAM and PETER SCHAUL, California citizens; MARK DILLON and TERESA NOA, BRIAN CHRISTENSEN, Hawaii citizens;<br><br>(CAPTION CONTINUED) | CIVIL NO. CV03-00385 SOM LEK (Copyright)<br><br>INITIAL DISCLOSURES OF DEFENDANTS FLEMING COMPANIES, INC., C&S LOGISTICS OF HAWAII, LLC; C & S WHOLESALE GROCERS, INC., AND C & S ACQUISITIONS, LLC; CERTIFICATE OF SERVICE |

EXHIBIT "I"

| | |
|---|---|
| FLEMING COMPANIES, INC., an Oklahoma corporation; C & S LOGISTICS OF HAWAII, LLC, a Delaware LLC; C & S WHOLESALE GROCERS, INC., a Vermont corporation; C & S ACQUISITIONS, LLC; FOODLAND SUPER MARKET, LIMITED, a Hawaii corporation; HAWAII TRANSFER COMPANY, LIMITED, a Hawaii corporation; DOE INDIVIDUALS 1-350; DOE PARTNERSHIPS, CORPORATIONS and OTHER DOE ENTITIES 1-20,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## INITIAL DISCLOSURES OF DEFENDANTS FLEMING COMPANIES, INC., C&S LOGISTICS OF HAWAII, LLC; C & S WHOLESALE GROCERS, INC., AND C & S ACQUISITIONS, LLC

A.  **Names and Addresses of witnesses likely to have information potentially relevant to any claims and/or defenses asserted in this action:**

Mark Dillon
c/o Lyle Hosoda, Esq.
345 Queen Street
Honolulu, Hawaii 96813

Michael D. Gurzi
Guidance Software, Inc.
215 N. Marengo Ave., 2nd Floor
Pasadena, CA 91101
(626) 229-9191

2

B. **Copy of, Or Description By Category and Location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party that the disclosing party may use to support its claims or defenses unless solely for impeachment**:

1. The report of Guidance Software, a copy of which has already been provided to plaintiff.
2. The verdict form returned in March of 2003 in Berry v. Fleming.
3. All exhibits from the Berry v. Fleming trial.

C. **Computation of any Category Of Damages Claimed By The Disclosing Party**.

The disclosing party has not made any claim for damages in this case.

DATED: Honolulu, Hawaii October 29, 2003.

LEX R. SMITH
ANN C. TERANISHI
ANNE LOPEZ
Attorneys for Defendants
FLEMING COMPANIES INC.
C&S LOGISTICS OF HAWAII, LLC;
C & S WHOLESALE GROCERS, INC.,
and C & S ACQUISITIONS, LLC