# EXHIBIT "M"

## Balance of Fleming Computer 136

**From:** "Melvin Ponce" <melvinp@fleming-logistics.com>
**To:** "Fredda Waiolama" <FreddaW@fleming-logistics.com>
**Cc:** "Teresa Noa" <TeresaN@Fleming-Logistics.com>; "Clifton Dahl" <CDahl@email.fleming.com>; "REUBEN SOLUSOD" <RSOLUSO@email.fleming.com>; "LISA DECOITO" <LDECOIT@email.fleming.com>; "Ron Hatch" <rhatch@email.fleming.com>; "Rey Prado" <RPrado@email.fleming.com>; <marakaw@email.fleming.com>; "Brian Christensen" <bchrist@email.fleming.com>
**Sent:** Tuesday, July 01, 2003 11:35 AM
**Subject:** Re: general mills po 304849 id 50375 c/aplu990936

To all cocerned,

As you all are aware of we all here are doing our best to get info accurately to all the departments. We all have been putting in overtime and Teresa, being a huge help, is working from home when she is not supposed to but through her concern for all of us and for the company is helping to try and get us back to normal. I am not one to complain much but I feel must address this issue now. To put it bluntly we are understaffed here in Logistics, with the huge amount of information that needs to be processed we cannot keep up. I now appreciate all the hard work that was put into Logistics by Teresa to get everything running smoothly. Her dedication and work ethics have made Logistics daily operations look easy when it actually isn't. But we all know that she will not be here for long and we must put in a plan to make the transition smooth when Teresa finally leaves.

The implementation of the spreadsheets have made operations overall difficult for everyone but we are working through this. Mark has been working tirelessly in trying fixing any problems that might arise. Please also understand that we also do not have HEX inputing info into the system anymore and that also delays info getting info into the system.

Accuracy should be our first priority but speed is also just as important. If the company needs speed and accuracy and I am not perfoming to expectations then maybe a change in personel is what is needed? Please think about what I have mentioned, any feed back is welcomed.

----- Original Message -----
**From:** Fredda Waiolama
**To:** Melvin Ponce
**Cc:** Teresa Noa ; Clifton Dahl ; REUBEN SOLUSOD ; LISA DECOITO ; Ron Hatch
**Sent:** Tuesday, July 01, 2003 9:39 AM
**Subject:** general mills po 304849 id 50375 c/aplu990936

mel,
Lisa D. looking for po 304849 which the above container was scheduled for receiving on friday 6/27. per mike d. in receiving po was not in container, another po came out of can, which I was not aware of untill now. We do have another container general mills which I emailed you earlier today that we have scheduled for tomorrow but the po showed received po 304850. could the 304849 be in this can? WE ARE WORKING BACKWARDS, WE NEED ACCURATE INFO. THIS IS HAPPENING TOO OFTEN. SAIL CHARTS SAY ONE THING, CONTAINER BEING UNLOAD SAY ANOTHER THING. THE SUPERVISORS ON THE DOCK COMPLAINING, UNLOADERS , RECEIVERS NEED TO SORT OUT WHAT IS THE CORRECT POS IN THE CAN CAUSING DELAYS IN UNLOADING THE CONTAINERS. THIS PROBLEM NEEDS TO BE ADDRESSED ASAP.

Berry v Hawaiian Express Plaintiff Exhbiit 10

EXHIBIT "M"

12/8/2005

## Balance of Fleming Computer 136

**From:** "Teresa Noa" <teresan@fleming-logistics.com>
**To:** "Mark" <MarkD@fleming-logistics.com>
**Sent:** Monday, June 16, 2003 4:32 PM
**Subject:** Fw: LOGISTIC SPREAD SHEETS (NEW SYSTEM)

this is not working.
----- Original Message -----
**From:** Fredda Waiolama
**To:** Ron Hatch
**Cc:** Teresa Noa ; Melvin Ponce ; Clifton Dahl
**Sent:** Monday, June 16, 2003 2:22 PM
**Subject:** LOGISTIC SPREAD SHEETS (NEW SYSTEM)

RON,
THIS IS NOT WORKING OUT FOR ME. EVERY TIME MEL/LOGISTIC UPDATES. INFORMATION DOES NOT GET UPDATED ON MY SIDE AT THE SAME TIME. MARK IN LOGISTIC NEEDS TO MERGE ME INTO HIS SYSTEM SO I CAN SEE THE UPDATED INFO IN THE SYSTEM. WHEN MARK STEPS OUT TO LUNCH, I HAVE TO WAIT TILL HE GETS BACK FOR THE UPDATED INFORMATION. TODAY ALONE MEL OVER 10 UPDATED INFORMATION. WHEN I SAY UPDATED IT COULD MEAN CORRECT CONTAINER NUMBER, WHATS IN THE CONTAINER. ETC. I NEED WHATEVER MEL IS UPDATING NOW TO LOOK AT ALSO, NOT 10, 20, 30 MINUTES LATER. THE SAME INFO MEL/LOGISTIC IS LOOKING AT IS WHAT I NEED TO LOOK AT TO. THIS IS REALLY MESSING ME UP IN TRYING TO DO MY JOB.
THANK YOU.
FREDDA

## Balance of Fleming Computer 136

**From:** "Teresa Noa" <teresan@fleming-logistics.com>
**To:** "Mark Dillon" <markd@fleming-logistics.com>
**Cc:** "Ron Hatch" <RHatch@email.fleming.com>; <cDahl@email.fleming.com>; "Brian Christensen" <bchrist.HAWPO.PSS@email.fleming.com>
**Sent:** Monday, June 16, 2003 5:41 PM
**Subject:** Re: LOGISTIC SPREAD SHEETS (NEW SYSTEM)

what about the fact that when I update the system - I have to go to crystal report to send out dispatches etc - but it doese not have the current information and that is because EVERYONE has to get out of crystal reports (which means a phone call or email to everyone - and then a delayed response that all is out) - and then we have to go into the spreadsheet to save (or else we get locked and it's only read only - we can not make changes).

We also have to notify everyone of what cont ids we are using etc. It is also difficult because we can not see everything at our finger tips. we have to go to various screens to get one piece of information. Previously - I would just click and type and be done - and see of any problems - and set up several operations at once. This is no longer possible.

And since we are all SHARING - the system is is extremely slow.

It really is unbearable. I am trying to work from home - but it's useless - It's slow at work - but it's 10 times slower here and more problems because I have to use PC anywhere.

This is a sentiment felt by all.

> ----- Original Message -----
> **From:** Mark Dillon
> **To:** Teresa Noa
> **Cc:** Ron Hatch ; cDahl@email.fleming.com
> **Sent:** Monday, June 16, 2003 5:29 PM
> **Subject:** Re: LOGISTIC SPREAD SHEETS (NEW SYSTEM)
>
> From now on, Fredda will not be working with the same shared speadsheet the rest of Logistics uses, not a copy of the Logistics spreadsheet as she has been using. This will resolve the problem of her not having up to date data for the reason given below.
>
> There remains the problem of our being behind on data entry. I am going to work on some data entry tonight. We will get Sonia involved tomorrow.
>
> Mark
>
>
> ----- Original Message -----
> **From:** Teresa Noa
> **To:** Mark
> **Sent:** Monday, June 16, 2003 4:32 PM
> **Subject:** Fw: LOGISTIC SPREAD SHEETS (NEW SYSTEM)
>
> this is not working.
> ----- Original Message -----
> **From:** Fredda Waiolama
> **To:** Ron Hatch
> **Cc:** Teresa Noa ; Melvin Ponce ; Clifton Dahl
> **Sent:** Monday, June 16, 2003 2:22 PM

Berry v Hawaiian Express Plaintiff Exhibit 14

12/8/2005

## Balance of Fleming Computer 136

**From:** "Teresa Noa" <teresan@fleming-logistics.com>
**To:** "Mark Dillon" <markd@fleming-logistics.com>; "Brian Christensen" <bchrist.HAWPO.PSS@email.fleming.com>
**Cc:** "Ron Hatch" <RHATCH.PHXPO.PSC@email.fleming.com>
**Sent:** Monday, June 16, 2003 4:37 PM
**Subject:** Re: SPREADSHEET

Brian - this is not going to work. It seems in speaking w/ the people there that it is overwhelming working in these conditions and they are all trying to do their best - but the way this is set up utilizing spreadsheets just is not working.

It literally takes between 15-20 minutes to perform a change or set up a new move etc. This is not productive.

I would like to go back to the database. This is costing alot of manhour monies, lost sales etc. Fredda worked late on Friday and came in on Saturday - and she is hourly.

Can't we buy time using the database?

----- Original Message -----
**From:** Mark Dillon
**To:** Teresa Noa
**Sent:** Monday, June 16, 2003 2:08 PM
**Subject:** Re: SPREADSHEET

Teresa,

Crystal Reports cannot be accessing the spreadsheet from any of the computers on the Logistics network or you will not be able to save. If you need to save and get a locked file advisory, call me at 673-0447 and I will get anyone accessing the spreadsheets via Crystal Reports to exit long enough for you to save. Since Fredda's and Justin's reports generally run off her own spreadsheets, this means getting Mel, Jackie and myself to exit Crystal Reports. As a rule, we have been exiting Crystal Reports when not using them to facilitate this. I have looked for a way to prevent this behavior by Crystal Reports/ODBC but have not found a solution yet.

Mark

----- Original Message -----

**From:** Teresa Noa
**To:** Mark
**Cc:** Melvin Ponce
**Sent:** Monday, June 16, 2003 12:27 PM
**Subject:** SPREADSHEET

still unable to save - and I was not in crystal reports

when I went to exit out it advised - program not responding - etc etc

I really think we need to say forget it and revert back tothe database
Teresa A. Noa
Logistics Analyst/Coordinator
Flemng Companies Hawaii Division
(808) 682-3302

Berry v Hawaiian Express Plaintiff Exhibit 17

12/8/2005

## Fleming Comp 03 FHL 147

| | |
|---|---|
| **From:** | "Ron Hatch" <rhatch@email.fleming.com> |
| **To:** | "Brian Christensen" <BCHRIST@email.fleming.com> |
| **Cc:** | <teresan@fleming-logistics.com> |
| **Sent:** | Tuesday, June 17, 2003 7:06 AM |
| **Attach:** | Re_ SPREADSHEET.eml |
| **Subject:** | Fwd: Re: SPREADSHEET |

Brian we are trying the best we can to get containers up from the ports so we can get the product that we need to increase service level,the change in our logistics dept. and jumping off of the Data Base has really hampered our ability to perform our daily functions and tracking the Vessels and containers that are so important to our Division at this point in time,I know there is never a good time for change but the changes we have made in the logistics dept.during this crucial time is not good..

Berry v Hawaiian Express Plaintiff Exhibit 26

## Mark Dillon

**From:** "Teresa Noa" <teresan@fleming-logistics.com>
**To:** "Mark Dillon" <markd@fleming-logistics.com>; "Brian Christensen" <bchrist.HAWPO.PSS@email.fleming.com>
**Cc:** "Ron Hatch" <RHATCH.PHXPO.PSC@email.fleming.com>
**Sent:** Monday, June 16, 2003 4:37 PM
**Subject:** Re: SPREADSHEET

Brian - this is not going to work. It seems in speaking w/ the people there that it is overwhelming working in these conditions and they are all trying to do their best - but the way this is set up utilizing spreadsheets just is not working.

It literally takes between 15-20 minutes to perform a change or set up a new move etc. This is not productive.

I would like to go back to the database. This is costing alot of manhour monies, lost sales etc. Fredda worked late on Friday and came in on Saturday - and she is hourly.

Can't we buy time using the database?

----- Original Message -----
From: Mark Dillon
To: Teresa Noa
Sent: Monday, June 16, 2003 2:08 PM
Subject: Re: SPREADSHEET

Teresa,

Crystal Reports cannot be accessing the spreadsheet from any of the computers on the Logistics network or you will not be able to save. If you need to save and get a locked file advisory, call me at 673-0447 and I will get anyone accessing the spreadsheets via Crystal Reports to exit long enough for you to save. Since Fredda's and Justin's reports generally run off her own spreadsheets, this means getting Mel, Jackie and myself to exit Crystal Reports. As a rule, we have been exiting Crystal Reports when not using them to facilitate this. I have looked for a way to prevent this behavior by Crystal Reports/ODBC but have not found a solution yet.

Mark

----- Original Message -----
From: Teresa Noa
To: Mark
Cc: Melvin Ponce
Sent: Monday, June 16, 2003 12:27 PM
Subject: SPREADSHEET

still unable to save - and I was not in crystal reports

when I went to exit out it advised - program not responding - etc etc

I really think we need to say forget it and revert back tothe database
Teresa A. Noa
Logistics Analyst/Coordinator
Flemng Companies Hawaii Division
(808) 682-3302

D0032
12/11/2003

Berry v Hawaiian Express Plaintiff Exhibit 27

## Fleming Comp 03 FHL 147



**From:** "Teresa Noa" <teresan@fleming-logistics.com>
**To:** "Brian Christensen" <bchrist.HAWPO.PSS@email.fleming.com>; "Mark" <MarkD@fleming-logistics.com>
**Cc:** "Ron Hatch" <RHATCH.PHXPO.PSC@email.fleming.com>
**Sent:** Thursday, May 08, 2003 9:30 PM
**Subject:** ELIMINATION OF DATABASE

As I am hoping this will only be temporary - I think there are some areas that will need some attention (that I don't think the "simplicity" of a spreadsheet will do as a temporary situation.

**Invoicing** - how will we generate invoices for each PO, to Kmart - and our other customers we do billing for freight, trucking, detention etc. I am sure there are invoicing programs out there

**Daily report of previous days purchase orders cut** - where Mark can extract and put into a spreadsheet - Mark I will need to provide you the fields we need (there will be an additional field that we will need to pull each time - as this we currently have it set up as a default)

We will no longer need the **internet connection** etc - need to know how and when we will get connected to the Fleming Server - we will need about a week notification to the people in our address book with our new email addresses.

I have a couple of promising companies with systems that I feel meet and exceed our needs. I should have all the rate quotes etc together before I give birth.

I am almost done w/ the spreadsheet set up and will email by tomorrow afternoon for thoughts and input.

UGH!

Teresa A. Noa
Logistics Analyst/Coordinator
Flemng Companies Hawaii Division
(808) 682-3302

Wayne Berry v Hawaiian Express Plaintiff Exhibit 29

Fleming Comp 03 FHL 147

From: "Teresa Noa" <TeresaN@Fleming-Logistics.com>
To: "Hawaii Accounting" <ACHAWAII@email.fleming.com>
Sent: Thursday, February 13, 2003 7:22 PM
Subject: kmart inbound freight

Andrew - per your request - following is the breakdown of Kmart Product specs that were sold. I am using this information to calculate the inbound freight.

Average Freight Income we make per cube on Dry is $1.50 per cube
Average Freight Income we make on chill/frozen is $4.00 per cwt

2002 Dry Cube Outbound for Kmart - was 584342 - at $1.25 per cube - Freight Equalization - $730427.50 (went low on the freight margin - as I don't know how accurate the cube is that comes from Route Control - could be as much as $1.50 per cube margin)

2002 Chill Outbound Weight for Kmart was 914,158 LBS - at avg of $4.00 per cwt (I went low on the average margin - since I don't believe I have accurate weights - most loads route control puts at 25,000 lbs - so each container may have had less than that) - $36,566.32

Total Freight Equalization - $766993.82

Please note also that Logistics bills out the cross docks - income from that was - $21214.96 (this does not include the Candy from Fresno - Logistics never billed the crossdock out on those - we only billed the actual cost of the ocean - I believe Clifton would know how much that would be - at least what account)

Hope this helps.

Thanks!

Teresa A. Noa
Logistics Coordinator
Fleming Companies Hawaii Division
(808) 682-3302

Berry v Hawaiian Express Plaintiff Exhibit 40

12/9/2005

## Fleming Comp 05 FHL 150

**From:** "Teresa Noa" <teresan@fleming-logistics.com>
**To:** "Fredda Waiolama" <FreddaW@fleming-logistics.com>; "Mark Dillon" <markd@fleming-logistics.com>
**Cc:** "Melvin Ponce" <MelvinP@fleming-logistics.com>
**Sent:** Thursday, June 19, 2003 8:34 AM
**Subject:** Re: ID 50427,50428,50429

Mark - please fix this! She was here past 7:30 last night.

Problems that hinder a person from completing their job should be fixed prior to departing for the day.

Thanks!

----- Original Message -----
From: Fredda Waiolama
To: Fredda Waiolama ; Mark Dillon
Cc: Melvin Ponce ; Teresa Noa
Sent: Thursday, June 19, 2003 7:52 AM
Subject: Re: ID 50427,50428,50429

HELP,HELP,HELP,HELP.
THESE iDS ARE NOT PRINTING OUT FOR FRIDAY 6/20 RECEIVING.AS FOLLOWS:
50426,50093,50427,50428,50429,50062
THIS IS REALLY SLOWING MY JOB DONE. I WANT TO GET OUT OF HERE EARLY ONE DAY.
THANKS.

----- Original Message -----

From: Fredda Waiolama
To: Mark Dillon
Cc: Melvin Ponce ; Teresa Noa
Sent: Wednesday, June 18, 2003 2:17 PM
Subject: ID 50427,50428,50429

NOT APPEARING ON THE RECEIVING FOR FRI.? WHY? ALSO ID 50093
THANKS.

Berry v Hawaiian Express Plaintiff Exhibit 45

12/9/2005

## Fleming Computer 05 FHL 150

**From:** "Teresa Noa" <teresan@fleming-logistics.com>
**To:** "James" <JPayne1@email.fleming.com>
**Cc:** "Ron Hatch -" <RHatch@email.fleming.com>; "Brian Christensen" <bchrist@email.fleming.com>
**Sent:** Thursday, April 17, 2003 7:38 AM
**Subject:** KELLOGG'S ALLOWANCE

Don't believe this is an issue at this point - but

Currently with the allowance that Kellogg's gives us and the freight we have built into the cost of goods - Full Container Freight Allocated - runs about $3980.96.

As an FYI - Kellogg's Actual Tariff is $4140 for a full container - if you add in all the additional costs (fuel and THC) - it would be $4650.50

We are not losing money yet - but we should at least try and get what the Manufacturer's tariff allows?

Teresa A. Noa
Logistics Analyst/Coordinator
Flemng Companies Hawaii Division
(808) 682-3302

Berry v Hawaiian Express Plaintiff Exhibit 46

12/13/2005