**EXHIBIT B**

CIVIL NO. 03-00385 SOM-LEK

DEFENDANT'S EXHIBIT **231**

IN EVIDENCE - FOR IDENTIFICATION

REC'D _____, 2006.

_____
CLERK

# Wayne Berry

## v

## Hawaiian Express Service

**Jeffrey H. Kinrich**
**Analysis Group, Inc.**

# Summary of Opinions

- Mr. Ueno's inflated "reasonable license fee" contains factual and conceptual errors

- Fleming Hawaii has little or no profits to disgorge
  - Fleming Hawaii lost $861,478
  - Fleming Hawaii reduced its losses post-infringement
  - FCS generated little or no cost savings for Fleming

- Mr. Berry's direct damages are no more than $16,800

# Mr. Ueno's "Reasonable License Fee" Per Container Calculation

Mr. Ueno's "reasonable license fee" per container =

"Fleming Acknowledged Fee" $1,295,000

/

# of Containers Processed Between 10/9/99 and 1/10/00

731

Mr. Ueno misstates facts in using this number

Mr. Ueno makes arbitrary assumptions in coming up with this number

# Mr. Ueno's "Reasonable License Fee" Per Container Calculation

- Mr. Ueno bases his "reasonable license fee" per container on:

  - Fee allegedly paid by Fleming to license FCS software

  - Period of time that license fee allegedly covered

> BOTH OF THESE ITEMS ARE BASED ON FAULTY ASSUMPTIONS



# "Fleming Acknowledged Fee" Used by Mr. Ueno Has Nothing to Do with the FCS

- **What does the $1,295,000 fee used by Mr. Ueno represent?**

  - Fleming forgave its uncollectible note against API

  - API forgave offsetting claims it had against Fleming

  - API could not pay the $1,295,000 it owed Fleming

    – Value of the note less than $1,295,000

  - Fleming purchased all of API's assets <u>except</u> for the FCS

  - Fleming received a <u>free</u> license from Mr. Berry for the FCS

- **Mr. Berry received no money from Fleming**

- **Fleming never paid a license fee for the FCS**

# Mr. Ueno's Calculation of the Number of Containers Processed by Fleming is Arbitrary

- **Why does Mr. Ueno use the time period of 10/9/99 – 1/10/00 in his "reasonable license fee" calculation?:**

- **Assumes Fleming stops using the FCS by 1/10/00 but...**

  - Several documents contradict assertion

  - Fleming had a <u>free</u> license to use the FCS

- **Extending time period would reduce the "reasonable license fee"**

  - BUT: Fleming's free license had no end date

# Other Conceptual Problems with Mr. Ueno's "Reasonable License Fee" Calculation

- Mr. Ueno calculates the wrong license fee:

  - Calculated based on value of the entire FCS

  - Should only be related to the infringing portion

    – Fleming had free license to use the unaltered FCS

- Logistics software not priced per container

  - Not the way logistics software is purchased

  - Mr. Berry's other logistics software not licensed in this way

# Other Conceptual Problems with Mr. Ueno's "Reasonable License Fee" Calculation (Cont.)

- Mr. Ueno's results are unreasonable:

  - Implies Fleming would pay approximately $100,000 per week for the FCS

  - Mr. Berry offered to sell entire FCS software for $300,000

    – Fleming turned him down and received a free license

  - Mr. Berry sold a license for superior FCS software to Y. Hata for $150,000



# Fleming Hawaii Lost Money During the Infringement Period

## Fleming Hawaii Financial Performance
### April 1, 2003 – June 8, 2003

| | |
|---|---:|
| Net Sales | $54,435,793 |
| Gross Margin | 707,409 |
| Less: SG&A | 504,877 |
| Operating Income | 202,533 |
| Less: Other Expenses | 1,064,011 |
| **Net Income** | **-$861,478** |

# Fleming Hawaii Lost Money During the Infringement Period

## Fleming Hawaii Financial Performance
### *April 1, 2003 – June 8, 2003*

| | |
|---|---|
| Net Sales | $54,435,793 |
| *Less: Cost of Goods Sold* | 53,728,383 |
| Gross Margin | 707,409 |
| Less: SG&A | 504,877 |
| Operating Income | 202,533 |
| Less: Other Expenses | 1,064,011 |
| Net Income | -$861,478 |

# Fleming Hawaii's Performance Improved After Use of FCS Ceased

## Comparison of Fleming Financial Performance

|              | Infringing<br>4/1/03 – 6/8/03 | Non-Infringing<br>6/9/03 – 8/23/03 |
|--------------|-------------------------------|------------------------------------|
| Net Loss     | $861,478                      | $343,196                           |
| # of Days    | 69                            | 76                                 |
| Loss per Day | $12,485                       | $4,516                             |

# Even if Fleming Did Have Profits, They are not Attributable to the FCS Software

- Cost savings generated through know-how of the staff

- Fleming still able to save on costs without using the FCS software

# Fleming's Costs Increased Slightly After Abandoning the FCS Software

- Fleming hired a clerk @ $25,000/year total cost

- Infringing period < 1/5 of a year

- Total cost savings to Fleming < $5,000

# Actual Damages Suffered by Mr. Berry

- How was Berry damaged?

  - "I knew that Fleming would have to come to me to make changes to my work." (Declaration of Wayne Berry, 9/13/05, p. 8)

  - By changing FCS, Fleming denied Mr. Berry compensation

  - Mr. Berry's damages equal his fee to modify FCS

# Actual Damages Suffered by Mr. Berry

Total Hours Required to Make
Modifications

X

Mr. Berry's Hourly Rate

=

Total Cost to Modify the FCS software

# Actual Damages Suffered by Mr. Berry

## Estimate of Total Hours Required to Make Modifications

|  | Number of Hours | |
|---|---|---|
|  | **Low** | **High** |
| Removal of Extraneous Tables | 32 | 40 |
| Addition of Vendor Defaults | 32 | 40 |
| Standardization of Forms | 32 | 32 |
| Alteration of Accounts Receivable Payment Form | 24 | 24 |
| Modification of Tab Orders | 8 | 16 |
| *Ad Hoc* Changes | 8 | 16 |
| Total Hours Needed | 136 | 168 |

# Actual Damages Suffered by Mr. Berry

- Determination of Mr. Berry's hourly rate

- Mr. Berry told Y. Hata he charges $100/hr.

- Fleming received $90/hr. quote from application developer

- $100/hr. reasonable rate for Mr. Berry to modify FCS

# Actual Damages Suffered by Mr. Berry

|  | Low | High |
|---|---|---|
| Total Hours Required to Make Modifications | 136 | 168 |
| X | | |
| Mr. Berry's Hourly Rate | $100 | $100 |
| = | | |
| Total Cost to Modify the FCS software | $13,600 | $16,800 |

# Summary

- Fleming Hawaii's profits attributable to infringing use of the FCS are between $0 and $5,000

- Mr. Berry's direct damages are between $13,600 and $16,800