**EXHIBIT D**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., et al.,<br><br>Defendants. | ) CIVIL NO. CV03-00385 SOM-LEK<br>) (Copyright)<br>)<br>) **MEMORANDUM IN SUPPORT OF**<br>) **DEFENDANT PCT'S MOTION FOR**<br>) **PARTIAL SUMMARY JUDGMENT**<br>) **ON DAMAGES**<br>)<br>) Hearing:<br>) Date:        October 24, 2005<br>) Time:       10:30 a.m.<br>) Judge:      Hon. Susan Oki Mollway<br>) Trial Date: January 24, 2006<br>) |

allocation that Mr. Ueno assumed away. *Mackie*, 296 F.3d at 915-16; *see also Polar Bear Productions, Inc. v. Timex Corp.*, 384 F.3d 700, 708 (9th Cir. 2004).

Mr. Ueno's finding that Fleming was profitable at all was entirely incompetent. To calculate Fleming's alleged profits in the period immediately following its bankruptcy, Ueno used some combination of industry average profits and projections. Even though they were available, Mr. Ueno never examined Fleming's actual financial records from the period in question. Ex. C at 22:20-22:24, 26:18-26:22; Ex. D. His result is grossly exaggerated. A correct analysis, as Fleming's expert conducted, shows that the Hawaii division lost $861,478 during the infringement period. Ex. B at ¶ 43. Absent any profit at all, Berry's share of that profit is likewise zero.

Ueno applied similarly faulty methods in calculating his other damage models. Just like a profits-based remedy, a showing of actual damages must be connected to the infringement. Despite the Ninth Circuit requirement to calculate the loss in the fair market value of the infringed product, Ueno instead calculated what he called a "reasonable license fee." Even on this faulty premise, Mr. Ueno's calculation of that "reasonable" fee ranges from a low of two million dollars to a high of three hundred million dollars -- on a product that Wayne Berry admits he licensed to Fleming **for free**. Ex. H ("no charge user license"). It is no hyperbole to assert that Mr. Ueno has wildly exaggerated his damage numbers. By any competent measure, the most damages Berry might causally prove are the $16,800 in fees he would have made had Fleming paid him to make the allegedly infringing changes to the software, and even this figure is generous.

Berry fails to make any admissible showing of any profits-based damages at all. Because connection to profit is an element of Berry's vicarious infringement claim, this Court should dismiss that claim outright. The Court should also limit damages for Berry's direct infringement claim against Fleming to no more than

2

Dated: Honolulu, Hawaii, August 24, 2005

*[signature]*

KOBAYASHI, SUGITA & GODA
Lex R. Smith
Ann C. Teranishi
Suite 2600 First Hawaiian Center
999 Bishop Street
Honolulu, HI 96813
Telephone: 808 539 8700
Facsimile: 808 539 8799

and

KIRKLAND & ELLIS LLP
Eric C. Liebeler (CA Bar No. 149504)
Damian D. Capozzola (CA Bar No. 186412)
Olivia R. Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Co-Counsel for the Post Confirmation Trust for Fleming Companies, Inc.

KOBAYASHI, SUGITA & GODA

LEX R. SMITH           3485-0
ANN C. TERANISHI       7318-0
ANNE E. LOPEZ          7609-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No.  (808) 539-8799
Email: lrs@ksglaw.com

KIRKLAND & ELLIS LLP
Eric C. Liebeler (CA Bar No. 149504)
Damian Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email: eliebeler@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM LEK<br>) (Copyright)<br>) |
| Plaintiff, | ) |
|  | ) **DECLARATION OF DAMIAN D.**<br>) **CAPOZZOLA; EXHIBITS "A"**<br>) **THROUGH "M"** |
| vs. | ) |
| HAWAIIAN EXPRESS SERVICE,<br>INC., a California corporation; H.E.S.<br>(CAPTION CONTINUED) | )<br>) <u>Hearing:</u><br>) Date:        October 24, 2005 |

| | |
|---|---|
| TRANSPORTATION SERVICES, INC., ) <br> a California corporation; CALIFORNIA ) <br> PACIFIC CONSOLIDATORS, INC., a ) <br> California corporation; JEFFREY P. ) <br> GRAHAM and PETER SCHAUL, ) <br> California citizens; MARK DILLON and ) <br> TERESA NOA, BRIAN ) <br> CHRISTENSEN, Hawaii citizens; ) <br> FLEMING COMPANIES, INC., an ) <br> Oklahoma corporation; C&S ) <br> LOGISTICS OF HAWAII, LLC, a ) <br> Delaware LLC; C&S WHOLESALE ) <br> GROCERS, INC., a Vermont ) <br> corporation; C&S ACQUISITIONS, ) <br> LLC; FOODLAND SUPER MARKET, ) <br> LIMITED, a Hawaii corporation; ) <br> HAWAII TRANSFER COMPANY, ) <br> LIMITED, a Hawaii corporation; ) <br> RICHARD COHEN, a New Hampshire ) <br> citizen, ES3, LLC, Delaware Limited ) <br> Liability Company, MELVIN PONCE, ) <br> SONIA PURDY, JUSTIN FUKUMOTO,) <br> AFREDDA WAIOLAMA, ) <br> JACQUELINE RIO, Hawaii citizens; ) <br> JESSIE GONZALES, LUIZ ) <br> RODRIGUES, AL PEREZ and ) <br> PATRICK HIRAYAMA, California ) <br> citizens; GUIDANCE SOFTWARE, ) <br> LLC, a California LLC; MICHAEL ) <br> GURZI, a California citizen; ALIX ) <br> PARTNERS, LLC a Delaware LLC; ) <br> DOE INDIVIDUALS 2-350; DOE ) <br> PARTNERSHIPS, CORPORATIONS ) <br> and OTHER DOE ENTITIES 2-20, ) <br>                         ) <br>             Defendants.  ) <br>                         ) <br>                         ) | Time:       10:30 a.m. <br> Judge:      Hon. Susan Oki Mollway <br> Trial Date: January 24, 2006 <br> <br> <br> <br> <br> Trial Date: January 24, 2006 <br> Judge:  Susan Oki Mollway |

# DECLARATION OF DAMIAN D. CAPOZZOLA

I, DAMIAN D. CAPOZZOLA, declare that:

1. I am an attorney at the law firm of KIRKLAND & ELLIS, LLP, attorneys for Defendant PCT and am duly authorized to make this affidavit.

2. I am licensed to practice law in the State of California and have been admitted pro hac vice in this case. I know the following to be true through my work in this case.

3. Attached hereto as Exhibit "A" is a true and correct copy of this Court's June 27, 2005 summary judgment ruling.

4. Attached hereto collectively as Exhibit "B" is a true and correct copy of the June 16, 2005 expert report by Jeffrey H. Kinrich of Analysis Group, Inc., and the June 20, 2005 transmittal e-mail, all prefaced by Mr. Kinrich's authenticating declaration dated August 19, 2005.

5. Attached hereto as Exhibit "C" are true and correct copies of excerpts from the July 22, 2005 deposition of Thomas T. Ueno.

6. Attached hereto as Exhibit "D" are true and correct copies of correspondence between counsel sent and received on the dates indicated.

7. Attached hereto as Exhibit "E" is a true and correct copy of the expert report of Thomas T. Ueno dated on or about March 21, 2005.

8. Attached hereto as Exhibit "F" is a true and correct copy of the prepetition jury verdict dated on or about March 6, 2003.

9. Attached hereto as Exhibit "G" is a true and correct copy of an agreement between Fleming and API dated on or about October 7, 1999.

10. Attached hereto as Exhibit "H" is a true and correct copy of a letter agreement between Fleming and Berry dated on or about November 26, 1999.

11. Attached hereto as Exhibit "I" is a true and correct copy of a letter

from Wayne Berry to Y. Hata dated on or about June 6, 2002.

12. Attached hereto as Exhibit "J" are true and correct excerpts from testimony from Wayne Berry dated February 25, 2003.

13. Attached hereto as Exhibit "K" is a true and correct copy of correspondence from API to Fleming dated on or about September 16, 1999.

14. Attached hereto as Exhibit "L" is a true and correct excerpt from the transcript of the January 17, 2003 summary judgment hearing in the prepetition trial.

15. Attached hereto as Exhibit "M" is a true and correct set of excerpts from Berry's Second Amended Verified Complaint in this matter.

//

So sworn under penalty of perjury under the laws of the United States of America in Los Angeles, California on August 24, 2005.

*[signature]*
Damian D. Capozzola

# EXHIBIT D

| | | |
|---|---|---|
| Damian Capozzola/Los Angeles/Kirkland-Ellis<br>07/08/2005 05:57 PM | To | tueno@hawaii.rr.com |
| | cc | ael@ksglaw.com, "Eric Liebeler" <eliebeler@kirkland.com>, "Emily Reber Porter \(E-mail\)" <eporter@goodsill.com>, "Rex Fujichaku" <fujichaku@hotmail.com>, "John T. Komeiji" <JKomeiji@wik.com>, "kgabler" <kgabler@nchc.com>, "Sheldon Toll \(E-mail\)" <lawtoll@comcast.net>, "Lex Smith" <lex@gte.net>, "Lyle Hosoda" <lsh@hosodalaw.com>, "Lyle Hosoda" <lshosoda@hotmail.com>, "Margery Bronster \(E-mail\)" <mbronster@bchlaw.net>, Olivia Samad/Los Angeles/Kirkland-Ellis@K&E, "Rex Y. Fujichaku" <rfujichaku@bchlaw.net>, rpbm@Hosodalaw.Com, "Roy Tjioe \(E-mail\)" <rtjioe@goodsill.com>, "Timothy J. Hogan" <tjh@loio.com>, "Victor Limongelli \(E-mail\)" <victor.limongelli@guidancesoftware.com>, "Wesley H. Ching \(E-mail\)" <WHC@fmhc-law.com>, dcapozzola@kirkland.com, gtom@wik.com |
| | bcc | Berry LAs |
| | Subject | Fw: PCT-B 000001-000376 |

Dear Mr. Ueno,

Mr. Hogan recently provided us with your June 21, 2005 "Exhibit A" to the operative Protective Order. Accordingly, we are again sending you PCT-B 000001-000376 subject to the same terms as below. If you have not received these materials by close of business on Monday, July 11, please alert me or Mr. Hogan.

Please also find attached 000377-000379 (in the attached file PCT Docs.pdf); these documents are not subject to any confidentiality restriction.

Thank you for your attention to these matters.

--Damian Capozzola

 - PCT Docs.pdf

----- Forwarded by Damian Capozzola/Los Angeles/Kirkland-Ellis on 07/08/2005 05:51 PM -----

| | | |
|---|---|---|
| Damian Capozzola/Los Angeles/Kirkland-Ellis<br>04/25/2005 04:56 PM | To | tueno@hawaii.rr.com |
| | cc | "Eric Liebeler \(E-mail\)" <eliebeler@kirkland.com>, "Erin Lee \(E-mail\)" <eol@fmhc-law.com>, "Emily Reber Porter \(E-mail\)" <eporter@goodsill.com>, "Julia Morgan" <jmm@fmhc-law.com>, kgabler@nchc.com, "Sheldon Toll \(E-mail\)" <lawtoll@comcast.net>, "Leroy Colombe \(E-mail\)" <lcolombe@ckdbw.com>, "Lex Smith \(E-mail\)" <lex@gte.net>, "Lyle Hosoda \(E-mail\)" <lsh@hosodalaw.com>, "Lyle Hosoda \(E-mail\)" <lshosoda@hotmail.com>, "Margery Bronster \(E-mail\)" <mbronster@bclaw.net>, "Rex Y. Fujichaku" <rfujichaku@bchlaw.net>, "Roy Tjioe \(E-mail\)" <rtjioe@goodsill.com>, "Victor Limongelli \(E-mail\)" <victor.limongelli@guidancesoftware.com>, "Wesley H. Ching \(E-mail\)" <WHC@fmhc-law.com>, "Timothy J. Hogan" <tjh@loio.com> |
| | Subject | PCT-B 000001-000376 |

Dear Mr. Ueno,

    As you may know, Kirkland & Ellis represents the Post-Confirmation Trust for Fleming Companies, Inc. in connection with the matter of Wayne Berry v. Hawaiian Express Service, Inc., et al. We are sending you today via Federal Express documents PCT-B 000001 to 000376. These documents have been designated and ordered confidential for your eyes only. Because of that designation, neither these documents nor their contents may be shared either with Mr. Hogan or Mr. Berry. Given Mr. Berry's past conduct with respect to the PCT and its predecessors, we respectfully insist on strict and literal compliance with the protective order.

    Thank you for your attention to these matters.

Sincerely,

Damian Capozzola

**FedEx US Airbill** — Tracking Number 8521 2279 7627

1. **From**
   Date: 1/18/05
   Sender's FedEx Account Number: 1247-3569-6
   Sender's Name: Allison Andrews
   Phone: (213) 680-8400
   Company: KIRKLAND & ELLIS LLP
   Address: 777 S FIGUEROA ST FL 37
   City: LOS ANGELES   State: CA   ZIP: 90017-5800

2. **Your Internal Billing Reference:** 44445-6

3. **To**
   Recipient's Name: Thomas Wong
   Phone: (808) 591-0841
   Company: 
   Recipient's Address: 844 Queen Street
   City: Honolulu   State: HI   ZIP: 96813

4a. Express Package Service — ☑ FedEx Priority Overnight

5. Packaging — ☐ FedEx Envelope

6. Special Handling — ☑ FedEx Pak

7. Payment: ☑ Sender

0307283128

466

FedEx | Track

Page 1 of 1

Track Shipments
Detailed Results

(?) Quick Help

| | | | |
|---|---|---|---|
| Tracking number | 852122797627 | Reference | 41445-6 |
| Signed for by | G.HO | Delivered to | Receptionist/Front Desk |
| Ship date | Jul 8, 2005 | Service type | Priority Pak |
| Delivery date | Jul 11, 2005 4:41 PM | Weight | 7.0 lbs. |
| Status | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jul 11, 2005 | 4:41 PM | Delivered | | |
| | 9:33 AM | On FedEx vehicle for delivery | HONOLULU, HI | |
| | 7:52 AM | At local FedEx facility | HONOLULU, HI | |
| Jul 9, 2005 | 1:53 AM | Arrived at FedEx location | OAKLAND, CA | |
| Jul 8, 2005 | 10:53 PM | Departed FedEx location | LOS ANGELES, CA | |
| | 9:07 PM | Arrived at FedEx location | LOS ANGELES, CA | |
| | 7:08 PM | Left origin | LOS ANGELES, CA | |
| | 6:30 PM | Picked up | LOS ANGELES, CA | |

Signature proof | Email results | Track more shipments

Subscribe to tracking updates (optional)

Your Name: [          ]   Your Email Address: [          ]

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☒ | ☐ |
| | English | ☒ | ☐ |
| | English | ☒ | ☐ |
| | English | ☒ | ☐ |

Select format: ● HTML ○ Text ○ Wireless
Add personal message:
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Submit

http://www.fedex.com/Tracking/Detail?ftc_start_url=&totalPieceNum=&backTo=&templ...   7/26/2005

| | | | |
|---|---|---|---|
| Damian Capozzola/Los Angeles/Kirkland-Ellis<br>07/12/2005 02:33 PM | | To | tjh@loio.com |
| | | cc | ael@ksglaw.com, "Eric Liebeler" <eliebeler@kirkland.com>, "Emily Reber Porter \(E-mail\)" <eporter@goodsill.com>, "Rex Fujichaku" <fujichaku@hotmail.com>, gtom@wik.com, "John T. Komeiji" <JKomeiji@wik.com>, "kgabler" <kgabler@nchc.com>, "Sheldon Toll \(E-mail\)" <lawtoll@comcast.net>, "Lex Smith" <lex@gte.net>, "Lyle Hosoda" <lsh@hosodalaw.com>, "Lyle Hosoda" <lshosoda@hotmail.com>, "Margery Bronster \(E-mail\)" <mbronster@bchlaw.net>, "Olivia Samad" <OSamad@kirkland.com>, "Rex Y. Fujichaku" <rfujichaku@bchlaw.net>, rpbm@Hosodalaw.Com, "Roy Tjioe \(E-mail\)" <rtjioe@goodsill.com>, "Timothy J. Hogan" <tjh@loio.com>, "Victor Limongelli \(E-mail\)" <victor.limongelli@guidancesoftware.com>, "Wesley H. Ching \(E-mail\)" <WHC@fmhc-law.com> |
| | | bcc | |
| | | Subject | RE: Various document issues |

Mr. Hogan,

Can you please confirm you will be producing the Ueno documents on or before the 18th? Thank you.

--Damian

Damian Capozzola/Los Angeles/Kirkland-Ellis

| | | | |
|---|---|---|---|
| Damian Capozzola/Los Angeles/Kirkland-Ellis<br>07/11/2005 05:18 PM | | To | "Timothy J. Hogan" <tjh@loio.com> |
| | | cc | ael@ksglaw.com, "Eric Liebeler" <eliebeler@kirkland.com>, "Emily Reber Porter \(E-mail\)" <eporter@goodsill.com>, "Rex Fujichaku" <fujichaku@hotmail.com>, gtom@wik.com, "John T. Komeiji" <JKomeiji@wik.com>, "kgabler" <kgabler@nchc.com>, "Sheldon Toll \(E-mail\)" <lawtoll@comcast.net>, "Lex Smith" <lex@gte.net>, "Lyle Hosoda" <lsh@hosodalaw.com>, "Lyle Hosoda" <lshosoda@hotmail.com>, "Margery Bronster \(E-mail\)" <mbronster@bchlaw.net>, "Olivia Samad" <OSamad@kirkland.com>, "Rex Y. Fujichaku" <rfujichaku@bchlaw.net>, rpbm@Hosodalaw.Com, "Roy Tjioe \(E-mail\)" <rtjioe@goodsill.com>, "Victor Limongelli \(E-mail\)" <victor.limongelli@guidancesoftware.com>, "Wesley H. Ching \(E-mail\)" <WHC@fmhc-law.com> |
| | | Subject | RE: Various document issues |

Mr. Hogan:

If it was not clearly implied, let it be now: they will be going out FedEx to you tonight.

Are you going to be producing the Ueno documents to Lex's office on or before July 18? Please clarify. Thank you for your attention to these matters.

--Damian Capozzola

"Timothy J. Hogan" <tjh@loio.com>



"Timothy J. Hogan"
<tjh@loio.com>
07/11/2005 05:13 PM

To "Damian Capozzola" <dcapozzola@kirkland.com>

cc &lt;ael@ksglaw.com&gt;, "Eric Liebeler" &lt;eliebeler@kirkland.com&gt;, "Emily Reber Porter \(E-mail\)" &lt;eporter@goodsill.com&gt;, "Rex Fujichaku" &lt;fujichaku@hotmail.com&gt;, "John T. Komeiji" &lt;JKomeiji@wik.com&gt;, "kgabler" &lt;kgabler@nchc.com&gt;, "Sheldon Toll \(E-mail\)" &lt;lawtoll@comcast.net&gt;, "Lex Smith" &lt;lex@gte.net&gt;, "Lyle Hosoda" &lt;lsh@hosodalaw.com&gt;, "Lyle Hosoda" &lt;lshosoda@hotmail.com&gt;, "Margery Bronster \(E-mail\)" &lt;mbronster@bchlaw.net&gt;, "Olivia Samad" &lt;OSamad@kirkland.com&gt;, "Rex Y. Fujichaku" &lt;rfujichaku@bchlaw.net&gt;, &lt;rpbm@Hosodalaw.Com&gt;, "Roy Tjioe \(E-mail\)" &lt;rtjioe@goodsill.com&gt;, "Victor Limongelli \(E-mail\)" &lt;victor.limongelli@guidancesoftware.com&gt;, "Wesley H. Ching \(E-mail\)" &lt;WHC@fmhc-law.com&gt;, &lt;gtom@wik.com&gt;

Subject RE: Various document issues

Mr. Capozzola:

Are you going to be sending the financial documents now so that I may have them in advance of the Ueno depostion?

Thanks,

Tim Hogan

Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email tjh@loio.com

NOTICE: This email is only for use by the intended recipient. If received in error any use, disclosure or copying is

prohibited. Any inadvertent receipt shall not be a waiver of any privilege or work product protection. Please contact the sender at tjh@loio.com or at (808) 528-0100.

---

**From:** Damian Capozzola [mailto:dcapozzola@kirkland.com]
**Sent:** Monday, July 11, 2005 2:09 PM
**To:** Timothy J. Hogan
**Cc:** ael@ksglaw.com; Eric Liebeler; Emily Reber Porter (E-mail); Rex Fujichaku; John T. Komeiji; kgabler; Sheldon Toll (E-mail); Lex Smith; Lyle Hosoda; Lyle Hosoda; Margery Bronster (E-mail); Olivia Samad; Rex Y. Fujichaku; rpbm@Hosodalaw.Com; Roy Tjioe (E-mail); Timothy J. Hogan; Victor Limongelli (E-mail); Wesley H. Ching (E-mail); dcapozzola@kirkland.com; gtom@wik.com
**Subject:** Various document issues

Mr. Hogan,

This e-mail addresses various issues raised by our communications on Friday afternoon.

First, PCT-B 000001-000376 contain financial information for Fleming's Hawaii facility for April - August 2003. Under the present circumstances and to avoid the need to burden Master Matsui with this issue yet again, we agree that you may review the documents. This applies to you only, not Mr. Berry, regardless of whether or not you subsequently circulate an "Ex. A" for Mr. Berry. We will send you a copy set of the materials. Other counsel who would also like a set should please advise.

Second, if July 18 is truly the best you and Mr. Ueno can do with regard to producing the Ueno documents, I suppose we have little choice but to accept. We will be pleased to extend you the same courtesy and provide you with the remainder of the Kinrich documents four days before Mr. Kinrich's deposition.

Thank you for your attention to these matters.

--Damian Capozzola

****************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
****************************************************************

Damian Capozzola/Los Angeles/Kirkland-Ellis
07/12/2005 06:32 PM

To: "Hogan" <tjh@loio.com>
cc: "Lex" <lrs@ksglaw.com>, "Anne" <ael@ksglaw.com>
bcc: "Allison" <amandrews@kirkland.com>; "Ed" <eyep@kirkland.com>; "Neal" <nsandiego@kirkland.com>
Subject: Re: Discovery

I assume these are PCT-B 001-376. If so, you and Mr. Ueno may both view them, stamped legend notwithstanding.

Please confirm your e-mail means the Ueno documents will be at Lex's office prior to close of business on July 18.

Thank you for your attention to these matters.

Damian Capozzola

----- Original Message -----
From: "Timothy J. Hogan" [tjh@loio.com]
Sent: 07/12/2005 08:26 PM
To: <dcapozzola@kirkland.com>
Subject: Discovery

It is my understanding Mr. Ueno will produce his materials on or before 7/18/05. In addition, I have received a package from you containing documents marked as Experts Eyes only. Before I or Mr. Ueno view them, I need to confirm that I may view these documents.

Tim Hogan

---

Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email tjh@loio.com

NOTICE: This email is only for use by the intended recipient. If received in error any use, disclosure or copying is prohibited. Any inadvertent receipt shall not be a waiver of any privilege or work product protection. Please contact the sender at tjh@loio.com or at (808) 528-0100.