**EXHIBIT F**

| | | |
|---|---|---|
| Damian Capozzola/Los Angeles/Kirkland-Ellis<br>05/17/2005 02:23 PM | To | "Timothy J. Hogan" <tjh@loio.com> |
| | cc | "Eric Liebeler" <eliebeler@kirkland.com>, "Erin Lee \(E-mail\)" <eol@fmhc-law.com>, "Eporter" <eporter@goodsill.com>, "Rex" <fujichaku@hotmail.com>, "John K" <JKomeiji@wik.com>, "Karen G" <kgabler@nchc.com>, "Sheldon T" <lawtoll@comcast.net>, "Leroy C" <lcolombe@ckdbw.com>, "Lex Smith" <lex@gte.net>, "Lyle" <lsh@hosodalaw.com>, "Lyle Hosoda \(E-mail\)" <lshosoda@hotmail.com>, "Margery Bronster \(E-mail\)" <mbronster@bclaw.net>, "Rex" <rfujichaku@bchlaw.net>, "Roy T" <rtjioe@goodsill.com>, "Victor L" <victor.limongelli@guidancesoftware.com>, "Wesley C" <WHC@fmhc-law.com> |
| | Subject | RE: Berry Documents Produced RE: Philip Johnson |

Mr. Hogan,

When you arrive for our noon deposition we will have PCT-B MW 00001-02238 waiting for you, with the exception of pages 00471-00472, 00549, and 00562-564. Thank you for your attention to these matters.

--Damian Capozzola

"Timothy J. Hogan" <tjh@loio.com>



| | | |
|---|---|---|
| "Timothy J. Hogan" <tjh@loio.com><br>05/16/2005 01:33 PM | To | "Damian Capozzola" <dcapozzola@kirkland.com>, "Eporter" <eporter@goodsill.com>, "Eric Liebeler" <eliebeler@kirkland.com>, "Erin Lee \(E-mail\)" <eol@fmhc-law.com>, "John K" <JKomeiji@wik.com>, "Karen G" <kgabler@nchc.com>, "Leroy C" <lcolombe@ckdbw.com>, "Lex Smith" <lex@gte.net>, "Lyle" <lsh@hosodalaw.com>, "Lyle Hosoda \(E-mail\)" <lshosoda@hotmail.com>, "Margery Bronster \(E-mail\)" <mbronster@bclaw.net>, "Rex" <fujichaku@hotmail.com>, "Rex" <rfujichaku@bchlaw.net>, "Roy T" <rtjioe@goodsill.com>, "Sheldon T" <lawtoll@comcast.net>, "Victor L" <victor.limongelli@guidancesoftware.com>, "Wesley C" <WHC@fmhc-law.com> |
| | cc | |
| | Subject | RE: Berry Documents Produced RE: Philip Johnson |

Dear Mr. Capozzola:

I presume that some materials could be produced today but you choose not to. This could be done by others at your firm while you are enroute. Additional materials could be produced later. The delay is in our view intended to prejudice Mr. Berry's ability to meet your counter motion.

Tim Hogan

---

Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii  96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email  tjh@loio.com


NOTICE: This email is only for use by the intended recipient. If received in error any use, disclosure or copying is prohibited. Any inadvertent receipt shall not be a waiver of any privilege or work product protection. Please contact the sender at tjh@loio.com or at (808) 528-0100.


-----Original Message-----
From: Damian Capozzola [mailto:dcapozzola@kirkland.com]
Sent: Monday, May 16, 2005 10:19 AM
To: Timothy J. Hogan; Eporter; Eric Liebeler; Erin Lee (E-mail); John K; Karen G; Leroy C; Lex Smith; Lyle; Lyle Hosoda (E-mail); Margery Bronster (E-mail); Rex; Rex; Roy T; Sheldon T; Victor L; Wesley C
Subject: Re: Berry Documents Produced RE: Philip Johnson


Mr. Hogan,

   My plane is taking off soon. Call me on my cell if you want to talk tonight (213 448 2709). Otherwise we can discuss these issues tomorrow before the Y Hata dep, or after.


   As I told you we are compiling the expert communications and you will have them Wednesday or Thursday.


      Thank you for your attention to these matters.

--Damian

```
----- Original Message -----
From: "Timothy J. Hogan" [tjh@loio.com]
Sent: 05/16/2005 02:49 PM
To: "Damian Capozzola \(E-mail\)" <dcapozzola@kirkland.com>; "Emily
Reber Porter \(E-mail\)" <eporter@goodsill.com>; "Eric Liebeler
\(E-mail\)" <eliebeler@kirkland.com>; "Erin Lee \(E-mail\)"
<eol@fmhc-law.com>; "John T. Komeiji" <JKomeiji@wik.com>;
<kgabler@nchc.com>; "Leroy Colombe \(E-mail\)" <lcolombe@ckdbw.com>;
"Lex Smith \(E-mail\)" <lex@gte.net>; "Lyle Hosoda \(E-mail\)"
<lsh@hosodalaw.com>; "Lyle Hosoda \(E-mail\)" <lshosoda@hotmail.com>;
"Margery Bronster \(E-mail\)" <mbronster@bclaw.net>; "Rex  Fujichaku"
<fujichaku@hotmail.com>; "Rex Y. Fujichaku" <rfujichaku@bchlaw.net>;
"Roy Tjioe \(E-mail\)" <rtjioe@goodsill.com>; "Sheldon Toll \(E-mail\)"
<lawtoll@comcast.net>; "Victor Limongelli \(E-mail\)"
<victor.limongelli@guidancesoftware.com>; "Wesley H. Ching \(E-mail\)"
<WHC@fmhc-law.com>
Subject: Berry Documents Produced RE: Philip Johnson
```

Per Mr. Capozzola's request please find B0001 to B0052.

I am again requesting that Mr. Capozzola produce materials related to Mr. Walker so that we can address Mr. Capozzola's inquiry regarding the need to depose Mr. Walker on an expedited basis. It is my understanding from Mr. Capozzola's earlier correspondence that no software has been exposed to Mr. Walker other than Mr. Berry's disclosed works and the Dillon Queries. If he has been exposed to any software resident on the C&S systems or any materials held by Guidance or any of its agents or transferees ("Guidance") this must be produced immediately.

In addition to my request for correspondence with Mr. Walker evidencing the basis for Mr. Capozzola's statement that he has the grounds for a counter MSJ, please provide me immediately any software and/or other data that has exposed to Mr. Walker that has not been produced previously including but not limited to any C&S software and/or systems that he has seen and any materials that were held by Guidance.

Besides Mr. Berry's works and his list of suspect files, all that we are aware of is the Dillon Query disk and the list of Guidance files produced last year. If Mr. Capozzola wants to move ahead on his counter motion he should immediately produce all the requested materials without delay to make some attempt to avoid increasing any prejudice to Mr. Berry.

Tim Hogan

Copy of enclosure to Philip Johnson

---

Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii  96813

```
Tel. (808) 528-0100
Fax. (808) 528-4997
Email  tjh@loio.com
```

NOTICE:  This email is only for use by the intended recipient. If received in error any use, disclosure or copying is prohibited. Any inadvertent receipt shall not be a waiver of any privilege or work product protection. Please contact the sender at tjh@loio.com or at (808) 528-0100.

```
<font size=2 face="monospace,courier">
**************************************************
```
The information contained in this communication is

confidential, may be attorney-client privileged, may

constitute inside information, and is intended only for

the use of the addressee.  It is the property of

Kirkland & Ellis LLP or Kirkland & Ellis International LLP.

Unauthorized use, disclosure or copying of this

communication or any part thereof is strictly prohibited

and may be unlawful.  If you have received this

communication in error, please notify us immediately by

return e-mail or by e-mail to postmaster@kirkland.com, and

destroy this communication and all copies thereof,

including all attachments.
```
**************************************************
</font>
```



| | | |
|---|---|---|
| Olivia Samad/Los Angeles/Kirkland-Ellis<br>05/18/2005 04:50 PM | To | Neal San Diego/Los Angeles/Kirkland-Ellis@K&E |
| | cc | |
| | bcc | |
| | Subject | Berry - for the files |

**R. Olivia Samad | Kirkland & Ellis LLP**
777 S. FIGUEROA STREET • 35TH FLOOR | LOS ANGELES, CA 90017 | WWW.KIRKLAND.COM
(213) 680-8248 DIRECT | (213) 808-8112 FAX | OSAMAD@KIRKLAND.COM EMAIL

----- Forwarded by Olivia Samad/Los Angeles/Kirkland-Ellis on 05/18/2005 04:50 PM -----

| | | |
|---|---|---|
| Damian Capozzola/Los Angeles/Kirkland-Ellis<br>05/18/2005 04:06 PM | To | tjh@loio.com |
| | cc | ael@ksglaw.com, "Eric Liebeler" <eliebeler@kirkland.com>, "Emily Reber Porter \(E-mail\)" <eporter@goodsill.com>, "Rex Fujichaku" <fujichaku@hotmail.com>, "John T. Komeiji" <JKomeiji@wik.com>, "Julia Morgan" <jmm@fmhc-law.com>, "kgabler" <kgabler@nchc.com>, "Sheldon Toll \(E-mail\)" <lawtoll@comcast.net>, "Leroy Colombe \(E-mail\)" <lcolombe@ckdbw.com>, "Lex Smith" <lex@gte.net>, "Lyle Hosoda" <lsh@hosodalaw.com>, "Lyle Hosoda" <lshosoda@hotmail.com>, "Margery Bronster \(E-mail\)" <mbronster@bchlaw.net>, Olivia Samad/Los Angeles/Kirkland-Ellis@K&E, "Rex Y. Fujichaku" <rfujichaku@bchlaw.net>, rpbm@Hosodalaw.Com, "Roy Tjioe \(E-mail\)" <rtjioe@goodsill.com>, "Timothy J. Hogan" <tjh@loio.com>, "Victor Limongelli \(E-mail\)" <victor.limongelli@guidancesoftware.com>, "Wesley H. Ching \(E-mail\)" <WHC@fmhc-law.com>, Damian Capozzola/Los Angeles/Kirkland-Ellis@K&E |
| | Subject | PCT-B MW 02239-02490 |

Mr. Hogan,

This will document that this afternoon I handed you the above-referenced documents. Thank you for your attention to these matters.

--Damian Capozzola

----- Forwarded by Olivia Samad/Los Angeles/Kirkland-Ellis on 05/18/2005 04:50 PM -----

| | | |
|---|---|---|
| Damian Capozzola/Los Angeles/Kirkland-Ellis<br>05/18/2005 04:39 PM | To | Damian Capozzola/Los Angeles/Kirkland-Ellis@K&E |
| | cc | ael@ksglaw.com, "Eric Liebeler" <eliebeler@kirkland.com>, "Emily Reber Porter \(E-mail\)" <eporter@goodsill.com>, "Rex Fujichaku" <fujichaku@hotmail.com>, "John T. Komeiji" <JKomeiji@wik.com>, "Julia Morgan" <jmm@fmhc-law.com>, "kgabler" <kgabler@nchc.com>, "Sheldon Toll \(E-mail\)" <lawtoll@comcast.net>, "Leroy Colombe \(E-mail\)" <lcolombe@ckdbw.com>, "Lex Smith" <lex@gte.net>, "Lyle Hosoda" <lsh@hosodalaw.com>, "Lyle Hosoda" <lshosoda@hotmail.com>, "Margery Bronster \(E-mail\)" <mbronster@bchlaw.net>, Olivia Samad/Los Angeles/Kirkland-Ellis@K&E, "Rex Y. Fujichaku" |

|  | |
|---|---|
|  | <rfujichaku@bchlaw.net>, rpbm@Hosodalaw.Com, "Roy Tjioe \(E-mail\)" <rtjioe@goodsill.com>, tjh@loio.com, "Victor Limongelli \(E-mail\)" <victor.limongelli@guidancesoftware.com>, "Wesley H. Ching \(E-mail\)" <WHC@fmhc-law.com> |
| Subject | Re: PCT-B MW 02239-02490 |

One clarification: PCT-B MW 02401 was inadvertently numbered and not produced. It is a 5/1/05 e-mail from Mr. Hogan to Rex Fujichaku and others.

Damian Capozzola/Los Angeles/Kirkland-Ellis

| Damian Capozzola/Los Angeles/Kirkland-Ellis 05/18/2005 04:06 PM | To | tjh@loio.com |
|---|---|---|
|  | cc | ael@ksglaw.com, "Eric Liebeler" <eliebeler@kirkland.com>, "Emily Reber Porter \(E-mail\)" <eporter@goodsill.com>, "Rex Fujichaku" <fujichaku@hotmail.com>, "John T. Komeiji" <JKomeiji@wik.com>, "Julia Morgan" <jmm@fmhc-law.com>, "kgabler" <kgabler@nchc.com>, "Sheldon Toll \(E-mail\)" <lawtoll@comcast.net>, "Leroy Colombe \(E-mail\)" <lcolombe@ckdbw.com>, "Lex Smith" <lex@gte.net>, "Lyle Hosoda" <lsh@hosodalaw.com>, "Lyle Hosoda" <lshosoda@hotmail.com>, "Margery Bronster \(E-mail\)" <mbronster@bchlaw.net>, Olivia Samad/Los Angeles/Kirkland-Ellis@K&E, "Rex Y. Fujichaku" <rfujichaku@bchlaw.net>, rpbm@Hosodalaw.Com, "Roy Tjioe \(E-mail\)" <rtjioe@goodsill.com>, "Timothy J. Hogan" <tjh@loio.com>, "Victor Limongelli \(E-mail\)" <victor.limongelli@guidancesoftware.com>, "Wesley H. Ching \(E-mail\)" <WHC@fmhc-law.com>, Damian Capozzola/Los Angeles/Kirkland-Ellis@K&E |
|  | Subject | PCT-B MW 02239-02490 |

Mr. Hogan,

    This will document that this afternoon I handed you the above-referenced documents. Thank you for your attention to these matters.

--Damian Capozzola

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

777 South Figueroa Street
Los Angeles, California 90017

| | 213 680-8400 | Facsimile: |
|---|---|---|
| To Call Writer Directly:<br>213 680-8344<br>nsandiego@kirkland.com | www.kirkland.com | 213 680-8500 |

June 9, 2005

**VIA FEDERAL EXPRESS**

Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813

Re:     Wayne Berry v. Post-Confirmation Trust

Dear Mr. Hogan:

Enclosed herewith, please see documents for production with bates number PCT-B MW 02491 through PCT-B MW 02762.

Thank you for attention regarding this matter.

Sincerely,

*[signature]*

Neal F. San Diego
Case Assistant

NFSD

Enclosures

cc:    Damian Capozzola

Chicago       London       Munich       New York       San Francisco       Washington, D.C.

From:　Origin ID: (213)680-8344
Neal San Diego
Kirkland & Ellis, LLP
777 S. Figueroa Street, Suite 37

Los Angeles, CA 90017



Ship Date: 09JUN05
Actual Wgt: 5 LB
System#: 8527340/INET2000
Account#: S ********

REF: 41445-6



Delivery Address Bar Code

SHIP TO: (808)528-0100　　BILL SENDER
**Timothy Hogan**
**Lynch Ichida Thompson Kim & Hirota**
**1132 Bishop St., Suite 1405**

**Honolulu, HI 96813**



**PRIORITY OVERNIGHT**　　　　**FRI**

TRK# **7916 4756 6771**　　FORM 0201　　Deliver By: 10JUN05

**HNL**　　PM

**96813**　　-HI-US　　**QU HIKA**



---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/cgi-bin/ship_it/unity/6CbSx0AdYw9FbSz5EdRx3IeYt0HjSt7HeZs...　　6/9/2005



Notifications@fedex.com
06/10/2005 03:47 PM
Please respond to
<insightmail@fedex.com>

To  <nsandiego@kirkland.com>
cc
bcc
Subject  FedEx Shipment 791647566771 Delivered

Our records indicate that the following shipment has been delivered:

Tracking number:          791647566771
Reference:                41445-6
Ship (P/U) date:          Jun 9, 2005
Delivery date:            Jun 10, 2005 11:57  AM
Signed for by:            W.WONG
Service type:             FedEx Priority Overnight
Packaging type:           FedEx Box
Number of pieces:         1
Weight:                   5.0 LB

Shipper Information                  Recipient Information
Neal San Diego                       Timothy Hogan
Kirkland & Ellis, LLP                Lynch Ichida Thompson Kim & Hirota
777 S. Figueroa Street, Suite 37     1132 Bishop St., Suite 1405
Los Angeles                          Honolulu
CA                                   HI
US                                   US
90017                                96813

Special handling/Services
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 5:47 PM CDT on 06/10/2005.

For questions about FedEx Express, please call us at 1.800.Go.FedEx.

All weights are estimated.

To track the status of this shipment online, please use the following:
http://www.fedex.com/Tracking?tracknumbers=791647566771&action=track&language=
english&cntry_code=us&clienttype=ivpodalrt

Thank you for your business.