# EXHIBIT C

Damian Capozzola/Los
Angeles/Kirkland-Ellis
07/08/2005 05:31 PM

To  "Timothy J. Hogan" <tjh@loio.com>

ael@ksglaw.com, "Eric Liebeler" <eliebeler@kirkland.com>,
"Emily Reber Porter \(E-mail\)" <eporter@goodsill.com>,
"Rex Fujichaku" <fujichaku@hotmail.com>, "John T. Komeiji"
<JKomeiji@wik.com>, "kgabler" <kgabler@nchc.com>,
"Sheldon Toll \(E-mail\)" <lawtoll@comcast.net>, "Lex Smith"
<lex@gte.net>, "Lyle Hosoda" <lsh@hosodalaw.com>, "Lyle
Hosoda" <lshosoda@hotmail.com>, "Margery Bronster

cc  \(E-mail\)" <mbronster@bchlaw.net>, Olivia Samad/Los
Angeles/Kirkland-Ellis@K&E, "Rex Y. Fujichaku"
<rfujichaku@bchlaw.net>, rpbm@Hosodalaw.Com, "Roy
Tjioe \(E-mail\)" <rtjioe@goodsill.com>, "Timothy J. Hogan"
<tjh@loio.com>, "Victor Limongelli \(E-mail\)"
<victor.limongelli@guidancesoftware.com>, "Wesley H.
Ching \(E-mail\)" <WHC@fmhc-law.com>,
dcapozzola@kirkland.com, gtom@wik.com

Subject  RE: Ueno working files

Mr. Hogan,

      Your e-mail confuses me.  First of all, which expert?  I am going to presume you are talking about
Mr. Kinrich, our economics expert.  If so, I refer to you Exhibits 1-5 of Mr. Kinrich's report, which was
previously produced to you, and in particular Exhibit 2 ("Documents Relied Upon").  I believe Exhibit 2 is
sufficiently descriptive to allow you to figure out what has been provided to Mr. Kinrich and find most if not
all of the materials among documents you already have.  I will also refer you to the May 19, 2005 e-mail
below.  I believe you have already received copies of over 200 pages of materials provided to Mr. Kinrich.

      In any event, to directly answer your question, reasonably in advance of Mr. Kinrich's deposition
we will voluntarily supplement our production as necessary so that you have a complete set of Mr.
Kinrich's working files.  Please let us know if and when you would like to depose Mr. Kinrich.  Also, please
be advised that Mr. Kinrich has prior commitments and will be out of the office from July 12-26.

      Thank you for your attention to these matters.

--Damian Capozzola

* * * * *

----- Forwarded by Damian Capozzola/Los Angeles/Kirkland-Ellis on 07/08/2005 05:20 PM -----

Damian Capozzola/Los
Angeles/Kirkland-Ellis
05/19/2005 10:56 PM

To  tjh@loio.com

ael@ksglaw.com, "Eric Liebeler" <eliebeler@kirkland.com>,
"Emily Reber Porter \(E-mail\)" <eporter@goodsill.com>,
"Rex Fujichaku" <fujichaku@hotmail.com>, "John T. Komeiji"
<JKomeiji@wik.com>, "Julia Morgan"
<jmm@fmhc-law.com>, "kgabler" <kgabler@nchc.com>,

cc    "Sheldon Toll \(E-mail\)" <lawtoll@comcast.net>, "Leroy Colombe \(E-mail\)" <lcolombe@ckdbw.com>, "Lex Smith" <lex@gte.net>, "Lyle Hosoda" <lsh@hosodalaw.com>, "Lyle Hosoda" <lshosoda@hotmail.com>, "Margery Bronster \(E-mail\)" <mbronster@bchlaw.net>, Olivia Samad/Los Angeles/Kirkland-Ellis@K&E, "Rex Y. Fujichaku" <rfujichaku@bchlaw.net>, rpbm@Hosodalaw.Com, "Roy Tjioe \(E-mail\)" <rtjioe@goodsill.com>, "Timothy J. Hogan" <tjh@loio.com>, "Victor Limongelli \(E-mail\)" <victor.limongelli@guidancesoftware.com>, "Wesley H. Ching \(E-mail\)" <WHC@fmhc-law.com>, Damian Capozzola/Los Angeles/Kirkland-Ellis@K&E

Subject   PCT-B JK 00001-00234

Mr. Hogan,

      I am leaving PCT-B JK 00001-00234 for Ms. Lopez to produce to you tomorrow, with the exception of page 00006, which contains communications between K&E counsel and staff members and was inadvertently numbered.

      Thank you for your attention to these matters.

--Damian Capozzola

* * * * *

"Timothy J. Hogan" <tjh@loio.com>



      "Timothy J. Hogan" <tjh@loio.com>

      07/08/2005 05:13 PM

To   "Damian Capozzola" <dcapozzola@kirkland.com>

cc

Subject   RE: Ueno working files

I note your expert had no supporting documentation.  Please advise me if I am correct. If he did, will you voluntarily produce it?

Tim Hogan

Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email tjh@loio.com

NOTICE: This email is only for use by the intended recipient. If received in error any use, disclosure or copying is prohibited. Any inadvertent receipt shall not be a waiver of any privilege or work product protection Please contact the sender at tjh@loio.com or at (808) 528-0100.

---

**From:** Damian Capozzola [mailto:dcapozzola@kirkland.com]
**Sent:** Friday, July 08, 2005 2:00 PM
**To:** ael@ksglaw.com; Eric Liebeler; Emily Reber Porter (E-mail); Rex Fujichaku; John T. Komeiji; kgabler; Sheldon Toll (E-mail); Lex Smith; Lyle Hosoda; Lyle Hosoda; Margery Bronster (E-mail); Olivia Samad; Rex Y. Fujichaku; rpbm@Hosodalaw.Com; Roy Tjioe (E-mail); Timothy J. Hogan; Victor Limongelli (E-mail); Wesley H. Ching (E-mail); dcapozzola@kirkland.com; gtom@wik.com
**Subject:** Ueno working files

Mr. Hogan,

As we discussed today in front of Mr. Matsui, we would like the Ueno working files delivered to Lex Smith's office no later than July 15, 2005. Please investigate this situation and share your thoughts as soon as possible. If you need additional paperwork from Lex's office, please advise immediately. Thank you for your prompt attention to these matters.

--Damian Capozzola

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*