# EXHIBIT A

**KOBAYASHI SUGITA & GODA**
ATTORNEYS • AT • LAW

999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813-4430

Telephone: 808-539-8700
Facsimile: 808-539-8799
E-Mail: lrs@ksglaw.com

Bert T. Kobayashi, Jr.*
Kenneth Y. Sugita*
Alan M. Goda*
Dale W. Lee*
Lex R. Smith*
David L. Monroy*
Wendell H. Fuji*
Robert K. Ichikawa*
Janeen-Ann A. Olds*
Clifford K. Higa*
Charles W. Gall*
John F. Lezak*
Larry L. Myers*
Craig K. Shikuma*
Christopher T. Kobayashi*
Ruth K. Oh*
Burt T. Lau*
Ronald T. Ogomori*
David B. Tongg*
Bruce A. Nakamura*
Lanson K. Kupau*
Jonathan A. Kobayashi*

Brendan S. Bailey
George Gusman III
Anne E. Lopez
Kenneth M. Nakasone
Curtis K. Saiki
Jesse W. Schiel
Duane C. Seabolt
Joseph A. Stewart
Ann C. Teranishi
Robert A. Ueoka
Thomas H. Yee
Nathan H. Yoshimoto

*A Law Corporation

April 20, 2005

Timothy Hogan, Esq.
Lynch, Ichida, Thompson, Kim & Hirota
First Hawaiian Tower, 14th Floor
Honolulu, Hawaii 96813

Re: Berry v. Hex

Dear Mr. Hogan,

Please find below disclosure information regarding two additional PCT experts. Additional disclosure information required by FRCP 26(a)(2) will be provided concurrently with their reports at dates still to be determined. Signed agreements to be bound by the protective order will be shortly forthcoming. I remind you that you have agreed, and been ordered, not to engage in any substantive communications with any expert for the PCT or any other defendants.

PCT Expert #2
Name: Jeffrey H. Kinrich
Address: 601 S. Figueroa St., Ste. 1300, Los Angeles, CA 90017
Employ: Analysis Group
Summary of Current Expert Work: see attachment

See also attached resume
PCT Expert #3

Name: Brad Dechter
Address: 19201 Susan Road, Rancho Dominguez, CA 90221
Employ: DHX - Dependable Hawaiian Express
Summary of Current Expert Work: N/A.
See also attached biography

We anticipate that Mr. Kinrich will primarily testify concerning damages issues generally. We anticipate that Mr. Dechter will primarily testify concerning whether logistics

Timothy Hogan, Esq.
April 20, 2005
Page 2

operations and logistics software are properly construed as a cost or a source of profit. And, to the extent this was not previously obvious, we anticipate that Mr. Walker will primarily testify concerning issues involving FCS and technical issues generally.

      Thank you for your attention to these matters.

                                Very truly yours,

                                LEX R. SMITH
                                  for
                                KOBAYASHI, SUGITA & GODA

379833

cc: all counsel of record



## Speaker Biographies

## Jones Act Shipper-Carrier Forum



Brad Dechter
President
**DHX-Dependable Hawaiian Express**
19201 Susan Road
Rancho Dominguez, CA 90221
Phone: 310-537-2000
Fax: 310-537-1400
E-mail: bdechter@dhx.com

Brad Dechter has been employed with DHX - Dependable Hawaiian Express since 1982. He graduated from the University of Southern California in 1974, became a Certified Public Accountant in 1976, and worked for Arthur Andersen & Company as an Audit Division Manager until joining DHX - Dependable Hawaiian Express.

He has overseen the growth of the Company from a single entity domestic ocean forwarder in 1982, into a grouping of corporations that include domestic trucking, warehousing and airfreight operations, and international ocean and airfreight services which operate under the trade name DGX. Brad was named President of the company in 1991.

In 1994, Mr. Dechter received his Masters Degree from Pepperdine University. Mr. Dechter wrote his Masters thesis on the freight forwarding industry to Hawaii. He has been used as an expert witness in litigation between one of the two ocean carriers serving Hawaii and their customer, and was the only expert witness named in the complaint DHX - Dependable Hawaiian Express filed with the Surface Transportation Board against the Hawaii ocean carriers in 1999.

DHX - Dependable Hawaiian Express is currently the leading ocean freight NVOCC serving Hawaii and Guam. Between its 14 offices located domestically and internationally, the company currently employs about 500 people.

## Luncheon Address

John Lamion