**EXHIBIT B**

APR-22-05 08:01 FROM:LYNCH et al.          ID:808 528 4997          PAGE 1/2

# LYNCH ICHIDA THOMPSON KIM & HIROTA
## A LAW CORPORATION

MAILE M. HIROTA
WESLEY W. ICHIDA
ANN C. KEMP
STEVEN J. KIM
PAUL A. LYNCH
WILLIAM "Buzz" THOMPSON III

1132 BISHOP STREET, SUITE 1405
HONOLULU, HAWAII 96813

TELEPHONE (808) 528-0100
FACSIMILE (808) 528-4997

E-MAIL: mail@loio.com

COUNSEL
TIMOTHY J. HOGAN

OF COUNSEL
GREG TURNBULL, MA

### FAX TRANSMITTAL

April 22, 2005

TO      Eric C. Liebeler, Esq.          (213) 680-8500

CC      Clyde W. Matsui, Esq.           599-2979
        Lex Smith, Esq.                 539-8799

RE:     *Wayne Berry v. HEX, et al.*, Civ. No. CV03 00385 SOM-LEK

*PLEASE NOTE: This communication contains confidential and privileged information. It is exempt from disclosure under applicable law. If you received it in error, please notify the sender immediately by telephone or fax.*

---

Letter to Eric Leibeler (dated 4/22/05) from Timothy J. Hogan, Esq.

CC: Counsel via Email

# LYNCH ICHIDA THOMPSON KIM & HIROTA
### A LAW CORPORATION

MAILE M. HIROTA
WESLEY W. ICHIDA
ANN C. KEMP
STEVEN J. KIM
PAUL A. LYNCH
WILLIAM "Buzz" THOMPSON III

1132 BISHOP STREET, SUITE 1405
HONOLULU, HAWAII 96813
TELEPHONE (808) 528-0100
FACSIMILE (808) 528-4997
(808) 523-1920

*Counsel*
TIMOTHY J. HOGAN

*Of Counsel*
GREG TURNBULL, MA

April 22, 2005

Eric Liebeler, Esq.
Kirkland & Ellis
777 S. Figueroa Street, Suite 3700
Los Angeles, California 90017

<u>Via Fax No. (213) 680-8500</u>

Re:   <u>In re Fleming Companies, Inc. Bk. No. 03-10945-MFW</u>

Dear Mr. Liebeler:

     We are writing and sending via fax our objection to Brad Dechter or any other Berry competitor having any access to Highly Confidential - Attorneys Eyes Only materials in this case. We designate all Y.Hata documents and of course all Berry Technology as such. Because the last time someone used Mr. Dechter as an expert he sued them during the case just prior to trial from what appeared to be revelations that he learned in his deposition, we welcome his participation so long as he has no access to protected materials. We wish to extend to him our fondest 'long time no see' and a 'welcome aboard!'

Very truly yours,

LYNCH ICHIDA THOMPSON KIM & HIROTA

Timothy J. Hogan

TJH:llk
Enclosure

cc:   Wayne Berry
      Clyde Matsui, Esq.
      Lex Smith, Esq.
      Counsel via email