LYLE S. HOSODA & ASSOCIATES, LLC

LYLE S. HOSODA        3964-0
RAINA P.B. MEAD       7329-0
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

Attorneys for Defendants
MARK DILLON, TERESA NOA, MELVIN PONCE,
SONIA PURDY, JUSTIN FUKUMOTO,
ALFREDDA WAIOLAMA, and JACQUELINE RIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, <br><br> Plaintiff, <br><br> v. <br><br> HAWAIIAN EXPRESS SERVICE, INC., a California corporation; H.E.S. TRANSPORTATION SERVICES, INC., a California corporation; CALIFORNIA PACIFIC CONSOLIDATORS, INC.,a California corporation; JEFFREY P. GRAHAM and PETER SCHAUL, California citizens; MARK DILLON and TERESA NOA, BRIAN CHRISTENSEN, Hawaii citizens; FLEMING COMPANIES, INC.,an Oklahoma corporation; C & S LOGISTICS OF HAWAII, LLC, a Delaware LLC; C & S WHOLESALE GROCERS, INC., a Vermont corporation; C & S ACQUISITIONS, LLC; FOODLAND SUPER MARKET, LIMITED, a Hawaii corporation; HAWAII | CIVIL NO. CV03-00385 SOM-LEK (Copyright) <br><br> DEFENDANTS MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, AND JACQUELINE RIO'S MEMORANDUM IN RESPONSE TO PLAINTIFF WAYNE BERRY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF THE LOCATION OF ATLANTIC PACIFIC INTERNATIONAL, INC'S BUSINESS RECORDS <br><br> Hearing: <br><br> Date:      January 20, 2006 <br> Time:      2:00 p.m. <br> Judge:     Hon. Susan Oki <br>            Mollway <br><br> [*caption continued on next page*] |

TRANSFER COMPANY, LIMITED, a )
Hawaii corporation; RICHARD )
COHEN, New Hampshire citizen; )
ES3, LLC, a Delaware Limited )
Liability Company, MELVIN )
PONCE, SONIA PURDY, JUSTIN )
FUKUMOTO, ALFREDDA WAIOLAMA, )
JACQUELINE RIO, Hawaii )
citizens; JESSIE GONSALVES, )
LUIZ RODRIGUES, AL PEREZ and )
PATRICK HIRAYAMA, California )
citizens; GUIDANCE SOFTWARE, )
LLC, a California LLC; MICHAEL )
GURZI, a California citizen; )
ALIX PARTNERS, LLC, a Delaware )
LLC; DOE INDIVIDUALS 2-350; )
DOE PARTNERSHIPS, CORPORATIONS )
and OTHER DOE ENTITIES 2-20, ) Trial: January 24, 2006
                              )
              Defendants.     )
_____ )

**DEFENDANTS MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY,
JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, AND JACQUELINE RIO'S
MEMORANDUM IN RESPONSE TO PLAINTIFF WAYNE BERRY'S MOTION
IN LIMINE TO EXCLUDE EVIDENCE OF THE LOCATION OF
ATLANTIC PACIFIC INTERNATIONAL, INC'S BUSINESS RECORDS**

Defendants Mark Dillon, Teresa Noa, Melvin Ponce, Sonia

Purdy, Justin Fukumoto, Alfredda Waiolama, and Jacqueline Rio

("Employees"), by and through their attorneys, Lyle S. Hosoda &

Associates, LLC, hereby responds to Plaintiff Wayne Berry's

Motion in Limine to Exclude Evidence of the Location of Atlantic

Pacific International, Inc's Business Records as follows:

The only issues left for the jury's determination

concern the damages Plaintiff is entitled to as a result of acts

of copyright infringement that occurred between April 1, 2003 and

June 9, 2003.  Any reference to API and/or its records are

irrelevant to the issue of damages.  As such, the Employees have no objection to the exclusion of such evidence.

DATED:  Honolulu, Hawaii, January 10, 2006.

/s/ Lyle S. Hosoda
LYLE S. HOSODA
RAINA P.B. MEAD
CHRISTOPHER T. CHUN

Attorneys for Defendants
MARK DILLON, TERESA NOA, MELVIN
PONCE, SONIA PURDY, JUSTIN
FUKUMOTO, ALFREDDA WAIOLAMA, and
JACQUELINE RIO