LYLE S. HOSODA & ASSOCIATES, LLC

LYLE S. HOSODA        3964-0
RAINA P.B. MEAD       7329-0
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

Attorneys for Defendants
MARK DILLON, TERESA NOA, MELVIN PONCE,
SONIA PURDY, JUSTIN FUKUMOTO,
ALFREDDA WAIOLAMA, and JACQUELINE RIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | CIVIL NO. CV03-00385 SOM-LEK |
| | (Copyright) |
| Plaintiff, | |
| | DEFENDANTS MARK DILLON, TERESA |
| v. | NOA, MELVIN PONCE, SONIA |
| | PURDY, JUSTIN FUKUMOTO, |
| HAWAIIAN EXPRESS SERVICE, | ALFREDDA WAIOLAMA, AND |
| INC., a California | JACQUELINE RIO'S MEMORANDUM IN |
| corporation; H.E.S. | RESPONSE TO PLAINTIFF WAYNE |
| TRANSPORTATION SERVICES, INC., | BERRY'S MOTION IN LIMINE TO |
| a California corporation; | EXCLUDE EVIDENCE OF PRIOR |
| CALIFORNIA PACIFIC | UNRELATED JUDGMENT AGAINST |
| CONSOLIDATORS, INC.,a | PLAINTIFF AND HIS FINANCES |
| California corporation; | |
| JEFFREY P. GRAHAM and PETER | |
| SCHAUL, California citizens; | Hearing: |
| MARK DILLON and TERESA NOA, | |
| BRIAN CHRISTENSEN, Hawaii | Date:   January 20, 2006 |
| citizens; FLEMING COMPANIES, | Time:   2:00 p.m. |
| INC.,an Oklahoma corporation; | Judge:  Hon. Susan Oki |
| C & S LOGISTICS OF HAWAII, |         Mollway |
| LLC, a Delaware LLC; C & S | |
| WHOLESALE GROCERS, INC., a | |
| Vermont corporation; C & S | [caption continued on next |
| ACQUISITIONS, LLC; FOODLAND | page] |
| SUPER MARKET, LIMITED, a | |
| Hawaii corporation; HAWAII | |

```
TRANSFER COMPANY, LIMITED, a       )
Hawaii corporation; RICHARD        )
COHEN, New Hampshire citizen;      )
ES3, LLC, a Delaware Limited       )
Liability Company, MELVIN          )
PONCE, SONIA PURDY, JUSTIN         )
FUKUMOTO, ALFREDDA WAIOLAMA,       )
JACQUELINE RIO, Hawaii             )
citizens; JESSIE GONSALVES,        )
LUIZ RODRIGUES, AL PEREZ and       )
PATRICK HIRAYAMA, California       )
citizens; GUIDANCE SOFTWARE,       )
LLC, a California LLC; MICHAEL     )
GURZI, a California citizen;       )
ALIX PARTNERS, LLC, a Delaware     )
LLC; DOE INDIVIDUALS 2-350;        )
DOE PARTNERSHIPS, CORPORATIONS     )
and OTHER DOE ENTITIES 2-20,       )  Trial: January 24, 2006
                                   )
            Defendants.            )
                                   )
_____)
```

**DEFENDANTS MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, AND JACQUELINE RIO'S MEMORANDUM IN RESPONSE TO PLAINTIFF WAYNE BERRY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF PRIOR UNRELATED JUDGMENT AGAINST PLAINTIFF AND HIS FINANCES**

Defendants Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy, Justin Fukumoto, Alfredda Waiolama, and Jacqueline Rio ("Employees"), by and through their attorneys, Lyle S. Hosoda & Associates, LLC, hereby responds to Plaintiff Wayne Berry's Motion in Limine to Exclude Evidence of Prior Unrelated Judgment against Plaintiff and His Finances as follows:

To the extent that Mr. Berry seeks to exclude evidence of any "unrelated judgments and/or litigation involving Plaintiff or his personal finance", the Employees do not object. The Employees have no intention of introducing such evidence at trial

2

as it has no bearing on the sole issue for the jury's determination: the damages Plaintiff is entitled to as a result of acts of copyright infringement that occurred between April 1, 2003 and June 9, 2003.

DATED:  Honolulu, Hawaii, January 10, 2006.

    /s/ Lyle S. Hosoda
LYLE S. HOSODA
RAINA P.B. MEAD
CHRISTOPHER T. CHUN

Attorneys for Defendants
MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, and JACQUELINE RIO