**EXHIBIT B**

MAR-06-2003 15:15   U.S. COURTS HAWAII                              808 541 1303   P.02/06

ORIGINAL

*DISTRICT OF HAWAII*
*MAR 6 2002*
at __ o'clock and __ min __ M
*WALTER A. Y. H. CHINN, CLERK*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, | ) CIVIL NO. 01 00446 SPK LEK |
| Plaintiff, | ) |
| vs. | ) |
| FLEMING COMPANIES, INC., aka FLEMING FOODS, INC., aka FLEMING, DOE INDIVIDUALS 1-50 AND DOE PARTNERSHIPS, CORPORATIONS AND OTHER ENTITIES 1-20, | ) SPECIAL VERDICT FORM |
| Defendants. | ) |

## SPECIAL VERDICT FORM

A.   FREIGHT CONTROL SYSTEM SOFTWARE

1.   Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the Freight Control software attached to Exhibit 221?

Yes  ✗             No ____

If "YES" go to next question.
If "NO", skip to section B.

1

2. Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the Freight Control software.

   Yes  X         No _____

   If "YES" go to next question.
   If "NO" go to question 4.

3. Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the Freight Control software.

   Yes  X         No _____

   If "NO" skip to section B.
   If "YES" go to next question.

4. Was the infringement of the Freight Control software copyright willful?

   Yes  X         No _____

   Go to the next question.

5. What amount of damages is Wayne Berry entitled to for the infringement of Freight Control System software?

   $98,250.00

2

B.  **CRYSTAL REPORTS SOFTWARE**

1. Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the Crystal Reports software attached to Exhibit 222?

    Yes __X__                    No _____

    If "NO", skip to section C.
    If "YES" go to next question.

2. Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the Crystal Reports software.

    Yes __X__                    No _____

    If "YES" go to next question.
    If "NO" go to question 4.

3. Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the Crystal Reports software.

    Yes _____                    No __X__

    If "NO" skip to section C.
    If "YES" go to next question.

4. Was the infringement of the Crystal Reports software copyright willful?

    Yes _____                    No _____

    Go to the next question.

3

5. What amount of damages is Wayne Berry entitled to for the infringement of Crystal Reports software?

_____

C. **FLEMINGPO.EXE SOFTWARE**

1. Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the FlemingPO.exe software attached to Exhibit 223?

   Yes  X          No ____

   If "YES" go to next question.
   If "NO", skip to the end.

2. Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the FlemingPO.exe software.

   Yes  X          No ____

   If "YES" go to next question.
   If "NO" go to question 4.

3. Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the FlemingPO.exe software.

   Yes ____        No  X

   If "NO" skip to the end.
   If "YES" go to next question.

4

4. Was the infringement of the FlemingPO.exe software copyright willful?

   Yes _____     No _____

   Go to the next question.

5. What amount of damages is Wayne Berry entitled to for the infringement of FlemingPO.exe software?

   _____

Please sign and date this Special Verdict Form.

_____     _____
Jury Foreperson

_____     Carol Ho Akimoto
                              _____

_____     _____

Mary R. Oshiro                _____
_____

                              _____
                              Date
                              3/6/03

5