KOBAYASHI SUGITA & GODA

BERT T. KOBAYASHI, JR.   659-0
LEX R. SMITH                      3485-0
THOMAS H. YEE              7344-0
SUITE 2600, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 539-8700
Fax No. (808) 539-8799
Email: lrs@ksg.law.com

KIRKLAND & ELLIS LLP
Eric C. Liebeler (CA Bar No. 149504)
Damian Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA  90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email: eliebeler@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) **PCT'S PROPOSED VERDICT** |
| vs. | ) **FORMS** |
| | ) |
| HAWAIIAN EXPRESS SERVICE, | ) Judge:  Hon. Susan O. Mollway |
| INC., et al., | ) |
| Defendants. | ) Trial Date:   January 24, 2006 |
| _____ | ) |

1

# VERDICT FORM

1. Did Wayne Berry prove by a preponderance of the evidence that defendants' infringing actions caused Berry actual damages between April 1, 2003 and June 9, 2003? Do not consider issues of Fleming's profit in answering this question.

   \_\_\_ Yes  (Go to question 2)

   \_\_\_ No  (Go to question 3)


2. State the amount of Wayne Berry's actual damages. Again, do not consider issues of Fleming's profit in answering this question.

   $ _____  (Go to question 3)


3. Did Wayne Berry prove by a preponderance of the evidence that Fleming profited between April 1, 2003 and June 9, 2003?

   \_\_\_ Yes  (Go to question 4)

   \_\_\_ No  (Stop. Do not answer questions 4, 5, or 6. Sign verdict form.)


4. Did Fleming vicariously infringe Berry's copyright in his freight tracking software?

   \_\_\_ Yes  (If you answered "yes" to question 3, go to question 5)

   \_\_\_ No  (If you answered "yes" to question 3, go to question 5)

5.      Did Wayne Berry prove by a preponderance of the evidence a causal connection between any Fleming profit between April 1, 2003 and June 9, 2003 and infringing use of Berry's freight tracking software?

      \_\_\_ Yes  (If you answered yes to question 5, go to question 6)

      \_\_\_ No   (Stop.  Do not answer question 6.  Sign verdict form.)

6.      State the amount of Fleming profit between April 1, 2003 and June 9, 2003 was caused by infringing use of Berry's software.

      $ _____ (Sign verdict form.)

Dated:  January \_\_, 2006

_____ (foreperson)

_____

_____

_____

_____

_____

_____

## SUPPLEMENTAL VERDICT FORM

7.      What amount of statutory damages do you award Wayne Berry for defendants' infringing actions between April 1, 2003 and June 9, 2003?  Your award may be no lower than $200 nor may your award be higher than $30,000.


        $ _____


Dated:  January __, 2006


_____ (foreperson)

_____

_____

_____

_____

_____

_____

Dated: Honolulu, Hawaii, January 10, 2006.

| | |
|---|---|
| KOBAYASHI, SUGITA & GODA | */s/ Thomas H. Yee*<br>BERT T. KOBAYASHI, JR.<br>LEX R. SMITH<br>THOMAS H. YEE<br>Attorneys for Defendant<br>THE POST CONFIRMATION TRUST<br>FOR THE FLEMING COMPANIES, INC.<br><br>and<br><br>KIRKLAND & ELLIS LLP<br>Eric C. Liebler (CA Bar No. 149504)<br>Damian D. Capozzola (CA Bar No. 228611)<br>R. Olivia Samad (CA Bar No. 228611)<br>777 South Figueroa Street<br>Los Angeles, CA 90017<br>Telephone: (213) 680-8400<br>Facsimilie: (213) 680-8500<br><br>Co-Counsel for the Post Confirmation Trust for Fleming Companies, Inc. |