LYLE S. HOSODA & ASSOCIATES, LLC

LYLE S. HOSODA        3964-0
RAINA P.B. MEAD       7329-0
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

Attorneys for Defendants
MARK DILLON, TERESA NOA, MELVIN PONCE,
SONIA PURDY, JUSTIN FUKUMOTO,
ALFREDDA WAIOLAMA, and JACQUELINE RIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen,<br><br>        Plaintiff,<br><br>    v.<br><br>HAWAIIAN EXPRESS SERVICE, INC., a California corporation; et al.<br><br>        Defendants. | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>DEFENDANTS MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, AND JACQUELINE RIO'S JOINDER TO PROPOSED VERDICT FORMS OF THE POST CONFIRMATION TRUST FOR FLEMING COMPANIES, INC. FILED ON JANUARY 10, 2006<br><br>TRIAL:   January 24, 2006<br>JUDGE:   Hon. Susan Oki Mollway |

**DEFENDANTS MARK DILLON, TERESA NOA, MELVIN PONCE,
SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, AND
JACQUELINE RIO'S JOINDER TO PROPOSED VERDICT FORMS OF THE POST
CONFIRMATION TRUST FOR FLEMING COMPANIES, INC.
FILED ON JANUARY 10, 2006**

Defendants Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy, Justin Fukumoto, Alfredda Waiolama, and Jacqueline Rio, ("Defendant Employees") by and through their attorneys, Lyle S. Hosoda & Associates, LLC, hereby file their joinder to the Proposed Verdict Forms of the Post Confirmation Trust for Fleming Companies, Inc. filed on January 10, 2006.

Dated: Honolulu, Hawaii, January 10, 2006.

    /s/ Lyle S. Hosoda
LYLE S. HOSODA
RAINA P.B. MEAD
Attorneys for Defendants
MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, and JACQUELINE RIO