KOBAYASHI SUGITA & GODA

BERT T. KOBAYASHI, JR.   659-0
LEX R. SMITH            3485-0
THOMAS H. YEE           7344-0
SUITE 2600, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 539-8700
Fax No. (808) 539-8799
Email: lrs@ksg.law.com

KIRKLAND & ELLIS LLP
Eric C. Liebeler (CA Bar No. 149504)
Damian Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA  90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email: eliebeler@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE; |
| | ) EXHIBIT "A" |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2006, copies of the following were duly served via the Court's electronic transmission facilities, to the parties listed on the attached Exhibit "A":

1. SUPPLEMENTAL DECLARATION OF LEX R. SMITH

2. THE POST-CONFIRMATION TRUST FOR THE FLEMING COMPANIES, INC.'S MEMORANDUM IN RESPONSE TO PLAINTIFF WAYNE BERRY'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF MR. BERRY'S ALLEGED VENDETTA

3. THE POST-CONFIRMATION TRUST FOR THE FLEMING COMPANIES, INC.'S MEMORANDUM IN RESPONSE TO PLAINTIFF WAYNE BERRY'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF PRIOR UNRELATED JUDGMENT AGAINST PLAINTIFF AND HIS FINANCES

4. THE POST-CONFIRMATION TRUST FOR THE FLEMING COMPANIES, INC.'S MEMORANDUM IN RESPONSE TO PLAINTIFF WAYNE BERRY'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF THE LOCATION OF ATLANTIC PACIFIC INTERNATIONAL, INC'S BUSINESS RECORDS

5. THE POST-CONFIRMATION TRUST FOR THE FLEMING COMPANIES, INC.'S MEMORANDUM IN RESPONSE TO PLAINTIFF WAYNE BERRY'S MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF JACK BORJA AND RALPH STUSSI

6. DEFENDANT PCT'S OPPOSITION TO PLAINTIFF WAYNE BERRY'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF JEFFREY KINRICH REGARDING MATTERS NOT CONTAINED IN HIS EXPERT REPORT; DECLARATION OF DAMIAN CAPOZZOLA IN SUPPORT OF DEFENDANT PCT'S OPPOSITION TO PLAINTIFF WAYNE BERRY'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF JEFFREY KINRICH REGARDING MATTERS NOT CONTAINED IN HIS

EXPERT REPORT; EXHIBITS "A" – "E"

      7.    DEFENDANT PCT'S RESPONSE TO PLAINTIFF WAYNE BERRY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF DEDUCTIBLE EXPENSES AND BARRING ANY TESTIMONY FROM THE PCT'S EXPERTS; DECLARATION OF DAMIAN D. CAPOZZOLA IN SUPPORT OF DEFENDANT PCT'S RESPONSE TO PLAINTIFF WAYNE BERRY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF DEDUCTIBLE EXPENSES AND BARRING ANY TESTIMONY FROM THE PCT'S EXPERTS; EXHIBITS "A" – "G"

      8.    DEFENDANT PCT'S RESPONSE TO PLAINTIFF WAYNE BERRY'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF BRADLEY DECHTER; DECLARATION OF DAMIAN CAPOZZOLA IN SUPPORT OF DEFENDANT PCT'S RESPONSE TO PLAINTIFF WAYNE BERRY'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF BRADLEY DECHTER; EXHIBITS "A" – "C"

      9.    DEFENDANT FLEMING COMPANIES, INC.'S PROPOSED JURY INSTRUCTIONS;

      10.    CONCISE STATEMENT OF THE CASE TO BE READ DURING VOIR DIRE (PER MAY 2, 2005 AMENDED SCHEDULING ORDER, PARAGRAPH 18); SUGGESTED TOPICS FOR VOIR DIRE

      11.    DEFENDANT PCT'S TRIAL BRIEF;

      12.    DECLARATION OF DAMIAN CAPOZZOLA IN SUPPORT OF DEFENDANT PCT'S TRIAL BRIEF; EXHIBITS "A" – "C"

      13.    PCT'S PROPOSED VERDICT FORMS

2

14. JOINT EVIDENTIARY OBJECTIONS

DATED: Honolulu, Hawaii, January 10, 2006.

|  |  |
|---|---|
| KOBAYASHI, SUGITA & GODA | /s/ Thomas H. Yee<br>_____<br>LEX R. SMITH<br>THOMAS H. YEE |
| KIRKLAND & ELLIS LLP | ERIC C. LIEBELER<br>DAMIAN CAPOZZOLA<br>R. OLIVIA SAMAD<br><br>Attorneys for Defendant<br>POST-CONFIRMATION TRUST |