## EXHIBIT "A"

Rex Y. Fujichaku     rfujichaku@bchlaw.net, jennifer@bchlaw.net

Timothy J. Hogan     tjh@loio.com

Lyle S. Hosoda     lsh@hosodalaw.com

Raina P. Mead     rpbm@hosodalaw.com