LYLE S. HOSODA & ASSOCIATES, LLC

LYLE S. HOSODA          3964-0
RAINA P.B. MEAD         7329-0
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

Attorneys for Defendants
MARK DILLON, TERESA NOA, MELVIN PONCE,
SONIA PURDY, JUSTIN FUKUMOTO,
ALFREDDA WAIOLAMA, and JACQUELINE RIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, ) | CIVIL NO. CV03-00385 SOM-LEK |
| ) | (Copyright) |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE;** |
| v. ) | **EXHIBIT "A"** |
| ) | |
| HAWAIIAN EXPRESS SERVICE, ) | |
| INC., et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 10, 2006, copies of the following were duly served via the Court's electronic transmission facilities, to the parties listed on the attached Exhibit "A":

    1.   Defendants Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy, Justin Fukumoto, Alfredda Waiolama, and Jacqueline Rio's Memorandum in Response to Plaintiff Wayne Berry's Motion in Limine to Exclude Evidence of the Location of Atlantic Pacific International, Inc.'s Business Records;

2.   Defendants Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy, Justin Fukumoto, Alfredda Waiolama, and Jacqueline Rio's Memorandum in Response to Plaintiff Wayne Berry's Motion in Limine to Exclude Evidence of Prior Unrelated Judgment Against Plaintiff and His Finance;

3.   Defendants Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy, Justin Fukumoto, Alfredda Waiolama, and Jacqueline Rio's Memorandum in Response to Plaintiff Wayne Berry's Motion in Limine to Exclude Evidence of Mr. Berry's Alleged Vendetta;

4.   Defendants Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy, Justin Fukumoto, Alfredda Waiolama, and Jacqueline Rio's Proposed Voir Dire Questions;

5.   Defendants Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy, Justin Fukumoto, Alfredda Waiolama, and Jacqueline Rio's Joinder to (1) Post Confirmation Trust for Fleming Companies, Inc.'S Memorandum in Response to Plaintiff Wayne Berry's Motion in Limine to Exclude Expert Testimony of Jeffrey Kinrich Regarding Matters Not Contained in His Expert Report; (2) Post Confirmation Trust for Fleming Companies, Inc.'S Memorandum in Response to Plaintiff Wayne Berry's Motion in Limine to Exclude Evidence of Deductible Expenses and Barring Any Testimony from the Pct's Experts; (3) Post Confirmation Trust for Fleming Companies, Inc.'S Memorandum in Response to Plaintiff Wayne Berry's Motion to Exclude Expert Testimony of Bradley Dechter; and (4) Post Confirmation Trust for Fleming Companies, Inc.'S Memorandum in Response to Plaintiff Wayne Berry's Motion in Limine to Exclude Testimony of Jack Borja and Ralph Stussi;

6.   Defendants Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy, Justin Fukumoto, Alfredda Waiolama, and Jacqueline Rio's Joinder to Proposed Jury Instructions of the Post Confirmation Trust for Fleming Companies, Inc., filed on January 10, 2006.

7.   Defendants Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy, Justin Fukumoto, Alfredda Waiolama, and Jacqueline Rio's Joinder to Concise Statement of Case to Be Read During Voir Dire (per May 2, 2005 Amended Scheduling Order, Paragraph 18) and Suggested Topis for Voir Dire, filed by the Post Confirmation Trust for Fleming Companies, Inc., on January 10, 2006

8.   Defendants Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy, Justin Fukumoto, Alfredda Waiolama, and Jacqueline Rio's Joinder to Proposed Verdict Forms of the Post Confirmation Trust for Fleming Companies, Inc. Filed on January 10, 2006;

    9.    Defendants Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy, Justin Fukumoto, Alfredda Waiolama, and Jacqueline Rio's Joinder to Trial Brief of the Post Confirmation Trust for Fleming Companies, Inc. Filed on January 10, 2006.

        DATED:    Honolulu, Hawaii, January 11, 2006.

        /s/ Lyle S. Hosoda
        LYLE S. HOSODA
        RAINA P.B. MEAD
        Attorneys for Defendants
        MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, and JACQUELINE RIO