IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) DECLARATION OF THOMAS H. YEE |
| vs. | ) |
| | ) |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

DECLARATION OF THOMAS H. YEE

I, THOMAS H. YEE, under penalty of perjury, state as follows:

1. I am an attorney licensed to practice law before all of the State and Federal Courts in the State of Hawaii and am one of the attorneys representing Defendants C&S LOGISTICS OF HAWAII, LLC, C&S WHOLESALE GROCERS, INC., C&S ACQUISITIONS LLC; ES3, LLC, and RICHARD COHEN (collectively, "C&S"), in this case.

2. Attached hereto as Exhibit "A" is a true and correct copy of the Affidavit of Mark Dillon, filed on September 13, 2004, as received by my office.

I declare under penalty of perjury that the statements made herein are

true and correct to the best of my knowledge, information and belief.

DATED:  Honolulu, Hawaii, January 12, 2006.

                              /s/ Thomas H. Yee
                              _____
                              THOMAS H. YEE