IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE; |
| | ) EXHIBIT "A" |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2006, copies of the following were duly served via the Court's electronic transmission facilities, to the parties listed on the attached Exhibit "A":

  1. C&S LOGISTICS OF HAWAII, LLC, C&S WHOLESALE GROCERS, INC., C&S ACQUISITIONS LLC; ES3, LLC and RICHARD COHEN'S MEMORANDUM IN OPPOSITION TO PLAINTIFF WAYNE BERRY'S MOTION FOR ISSUANCE OF PERMANENT INJUNCTION AND ORER DIRECTING RETURN, DESTRUCTION OR OTHER REASONABLE DISPOSITION OF ALL COPIES OF FREIGHT CONTROL SYSTEM;

2. THE DECLARATION OF THOMAS H. YEE; EXHIBIT "A".

DATED: Honolulu, Hawaii, January 12, 2006

KOBAYASHI, SUGITA & GODA

/s/ Thomas H. Yee
_____
LEX R. SMITH
THOMAS H. YEE

Attorneys for Defendants

C&S LOGISTICS OF HAWAII, LLC, C&S WHOLESALE GROCERS, INC., C&S ACQUISITIONS LLC; ES3, LLC, and RICHARD COHEN

## EXHIBIT "A"

Rex Y. Fujichaku   rfujichaku@bchlaw.net, jennifer@bchlaw.net

Timothy J. Hogan   tjh@loio.com

Lyle S. Hosoda   lsh@hosodalaw.com

Raina P. Mead   rpbm@hosodalaw.com