# Exhibit E

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 2 4 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WAYNE BERRY,<br><br>      Plaintiff - Appellee/Cross-<br>      Appellant,<br><br>  v.<br><br>FLEMING COMPANIES, INC., aka<br>Fleming Foods, Inc. aka Fleming; et al.,<br><br>      Defendants - Appellees,<br><br>  and<br><br>POST CONFIRMATION TRUST,<br><br>      Defendant - Appellant/Cross-<br>      Appellee. | Nos. 05-15223<br>      05-15347<br><br>D.C. No. CV-01-00446-SPK<br>Hawaii (Honolulu)<br><br>ORDER |

Before: TASHIMA and THOMAS, Circuit Judges

The motion by Wayne Berry for an injunction pending appeal is denied.

The briefing schedule established June 16, 2005 shall continue to govern these cross-appeals.

JUN 2 7 2005