# EXHIBIT A

```
                         RE Best Yet Label.txt
From: Henry Lee [Henry@mgdhawaii.com]
Sent: Tuesday, March 29, 2005 3:03 PM
To: Christensen, Brian
Cc: Randy Shimabukuro
Subject: RE: Best Yet Label

Randy Shimabukuro
Purchasing manager
(808) 944--5956 office
(808) 306-5690 cell


Henry


-----Original Message-----
From: Christensen, Brian [mailto:bchriste@cswg.com]
Sent: Tuesday, March 29, 2005 2:43 PM
To: Henry Lee
Subject: RE: Best Yet Label

I will have our HQ private label people contact Randy, what's his number?

-----Original Message-----
From: Henry Lee [mailto:Henry@mgdhawaii.com]
Sent: Tuesday, March 29, 2005 2:23 PM
To: Christensen, Brian
Cc: Randy Shimabukuro; Irwan Prayogo; Mike Kaya; Craig Higa
Subject: FW: Best Yet Label

Brian,

How do you propose we handle the conversion?

Henry

-----Original Message-----
From: Randy Shimabukuro
Sent: Tuesday, March 29, 2005 2:20 PM
To: Henry Lee
Cc: Irwan Prayogo; Mike Kaya; Craig Higa
Subject: RE: Best Yet Label

In the past, Fleming was the only ones authorized to change the artwork If C & S
Wholesale Grocers do not have anyone to change the artwork, I can work with IP &
Superior Labels on making the revisions I just to make sure C & S corporate is okay
with me handling it locally!
Also, do C & S want to put the corporate city, state, and zip code, similar to what
is on the current labels and cartons?

thanks

-----Original Message-----
From: Henry Lee
Sent: Tuesday, March 29, 2005 2:07 PM
To: Randy Shimabukuro
Cc: Irwan Prayogo; Mike Kaya; Craig Higa
Subject: RE: Best Yet Label
Importance: High

Randy,

Brian Christensen has informed us to change over our current labels and cartons to
                                    Page 1
```

```
                           RE Best Yet Label.txt
read "C & S Wholesale Grocers" as soon as possible.

Would you please provide us with a time schedule on the conversion?

Thank you

Henry



-----Original Message-----
From: Randy Shimabukuro
Sent: Thursday, March 17, 2005 5:19 PM
To: Henry Lee; 'bchriste@cswg.com'
Cc: Irwan Prayogo; Mike Kaya; Craig Higa
Subject: Re: Best Yet Label

I also have more BY labels arriving in April!  Thanks
-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Henry Lee <Henry@mgdhawaii.com>
To: bchriste@cswg.com <bchriste@cswg.com>
CC: Irwan Prayogo <Irwan@mgdhawaii.com>; Mike Kaya <Mike@mgdhawaii.com>; Randy
Shimabukuro <Randy@mgdhawaii.com>; Craig Higa <craig@mgdhawaii.com>
Sent: Thu Mar 17 14:14:11 2005
Subject: FW: Best Yet Label

Brian,

Here's our current inventory on Best Yet milk labels and carton. I still need to get
the inventory of cartons on cream and other items.

Keep in mind that we need to give advance notice to our packaging company and to run
out of our current inventory. In addition, we need to revisit the terms of the
agreement.

Thanks

Henry



-----Original Message-----
From: Irwan Prayogo
Sent: Thursday, March 17, 2005 2:02 PM
To: Randy Shimabukuro; Henry Lee
Cc: Mike Kaya
Subject: RE: Best Yet Label

Inventory as of 2/28:

Best Yet Carton (300 per case):
BY ho - 148 cases
BY 2% - 244 cases
BY skim - 228 cases

Label (4000 per roll)
BY ho - 27 rolls
BY 2% - 18 rolls
BY Skim - 25 rolls
                                       Page 2
```

```
                          RE Best Yet Label.txt
BY oj - 3 rolls
BY choc - 2 rolls

Irwan


-----Original Message-----
From: Randy Shimabukuro
Sent: Wednesday, March 16, 2005 7:29 PM
To: Henry Lee
Cc: Irwan Prayogo; Mike Kaya
Subject: Re: Best Yet Label

Keep in mind, that the BY hg cartons are on inventory control with IP.
The cartons will continue to ship, until a decision is made!  Thanks
-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Henry Lee <Henry@mgdhawaii.com>
To: Randy Shimabukuro <Randy@mgdhawaii.com>
CC: Irwan Prayogo <Irwan@mgdhawaii.com>; Mike Kaya <Mike@mgdhawaii.com>
Sent: Wed Mar 16 16:18:23 2005
Subject: Best Yet Label

Randy,


Brian from C&S distributor is requesting our current inventory on the Best Yet
cartons and gallon labels. I believe they will be requesting us to switch over to
"C&S versus Fleming".



Thanks


Henry




Henry C. S. Lee

Sales Manager

Meadow Gold Dairies Hawaii

925 Cedar Street

P.O. Box 1880

Honolulu, Hawaii 96805

(808) 944-5940 Direct

(808) 225-8406 Cell phone
                                    Page 3
```

RE Best Yet Label.txt