KOBAYASHI SUGITA & GODA

BERT T. KOBAYASHI, JR.   659-0
LEX R. SMITH            3485-0
THOMAS H. YEE           7344-0
SUITE 2600, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 539-8700
Fax No. (808) 539-8799
Email: lrs@ksg.law.com

KIRKLAND & ELLIS LLP
Eric C. Liebeler (CA Bar No. 149504)
Damian Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA  90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email: eliebeler@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE; |
| | ) EXHIBIT "A" |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2006, copies of the following were duly served via the Court's electronic transmission facilities, to the parties listed on the attached Exhibit "A":

1. DEFENDANT PCT'S OPPOSITION TO WAYNE BERRY'S MOTION FOR PERMANENT INJUNCTION;

2. THE DECLARATION OF DAMIAN CAPOZZOLA IN SUPPORT OF DEFENDANT PCT'S OPPOSITION TO WAYNE BERRY'S MOTION FOR PERMANENT INJUNCTION; EXHIBITS "A" – "H";

3. THE DECLARATION OF BRIAN CHRISTIANSEN; EXHIBIT "A"

DATED: Honolulu, Hawaii, January 12, 2006.

| | |
|---|---|
| KOBAYASHI, SUGITA & GODA | /s/ Thomas H. Yee<br>_____<br>LEX R. SMITH<br>THOMAS H. YEE |
| KIRKLAND & ELLIS LLP | ERIC C. LIEBELER<br>DAMIAN CAPOZZOLA<br>R. OLIVIA SAMAD<br><br>Attorneys for Defendant<br>POST-CONFIRMATION TRUST |

<u>EXHIBIT "A"</u>

Rex Y. Fujichaku     rfujichaku@bchlaw.net, jennifer@bchlaw.net

Timothy J. Hogan     tjh@loio.com

Lyle S. Hosoda     lsh@hosodalaw.com

Raina P. Mead     rpbm@hosodalaw.com