**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff,　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　)<br>HAWAIIAN EXPRESS SERVICE,　　　)<br>INC., et al.　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Defendants.　　　　　)<br>_____ ) | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>AFFIDAVIT OF SONIA PURDY |

### AFFIDAVIT OF SONIA PURDY

STATE OF HAWAII　　　　　　　　)
　　　　　　　　　　　　　　　　) SS.
CITY AND COUNTY OF HONOLULU　 )

　　　　SONIA PURDY, being first duly sworn under oath deposes and says as follows:

　　　　1.　　I am a named Defendant in this case. I was a former salaried employee with the logistics Department of C&S Wholesale Grocers, Inc.'s Hawaii Division ("C&S") in Kapolei, Hawaii.

　　　　2.　　My job title at C&S was Data Entry Clerk. My duties and responsibilities consisted of entering information provided by Hawaiian Express on purchaser orders received, setting appointments for Hawaiian Express on a daily basis for incoming C&S purchase orders, billing customers for transportation or freight fees, and general filing. I used the computer at work simply for data entry.

3. I had no decision-making authority in my position as Customer Service Representative. My superiors included Teresa Noa and Brian Christensen. I did not have any authority or control over what type of computer software or programs were used by C&S.

4. I have no education, training, experience, or background in computer programming. I have never made any functional or other changes to the spreadsheets or any of the computer programs at C&S. I have never made any functional or other changes to Wayne Berry's Freight Control System or any other program developed by him.

5. I have never received any bonuses or additional compensation for the development of any computer software at C&S.

6. I have never used Plaintiff's Freight Control System after June 9, 2003, when the company shifted to using Excel Spreadsheets.

7. Prior to my employment at C&S, I was a salaried employee with Fleming Companies, Inc. ("Fleming"). I was employed at Fleming from May, 1997 to September, 2003. My job title was Customer Service Clerk and my duties and responsibilities were virtually the same as they were at C&S. I

\
\
\

have never received any bonuses or additional compensation for the development of any computer software at Fleming.

FURTHER AFFIANT SAYETH NAUGHT.

_____
SONIA PURDY

Subscribed and sworn to before me
this 23rd day of February 2005.

_____
Notary Public, State of Hawaii
My Commission Expires: 4-9-2006
Print Name: Leonard W. Hosoda

LS