LYLE S. HOSODA & ASSOCIATES, LLC

LYLE S. HOSODA        3964-0
RAINA P.B. MEAD       7329-0
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

Attorneys for Defendants
BRIAN CHRISTENSEN, MARK DILLON, TERESA NOA,
MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO,
ALFREDDA WAIOLAMA, and JACQUELINE RIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, ) | CIVIL NO. CV03-00385 SOM-LEK |
| ) | (Copyright) |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE;** |
| v. ) | **EXHIBIT "A"** |
| ) | |
| HAWAIIAN EXPRESS SERVICE, ) | |
| INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 12, 2006, copies of

the following were duly served via the Court's electronic

transmission facilities, to the parties listed on the attached

Exhibit "A":

1.    Defendants Brian Christensen, Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy, Justin Fukumoto, Alfredda Waiolama, and Jacqueline Rio's Memorandum in Opposition to Plaintiff Wayne Berry's Motion for Issuance of a Permanent Injunction and Order Directing Return, Destruction or Other Reasonable Disposition of All Copies of Freight Control System; Declaration of Lyle S. Hosoda; Exhibits "A"–"G"

DATED:    Honolulu, Hawaii, January 12, 2006.


                              /s/ Raina P.B. Mead
                         LYLE S. HOSODA
                         RAINA P.B. MEAD
                         Attorneys for Defendants
                         BRIAN CHRISTENSEN, MARK DILLON,
                         TERESA NOA, MELVIN PONCE, SONIA
                         PURDY, JUSTIN FUKUMOTO, ALFREDDA
                         WAIOLAMA, and JACQUELINE RIO

2