**EXHIBIT "A"**

| | |
|---|---|
| Eric Liebeler | eliebeler@kirkland.com |
| Damian Capozzola | dcappozola@kirland.com |
| R. Olivia Samad | osamad@kirkland.com |
| Rex Y. Fujichaku | rfujichaku@bchlaw.net, jennifer@bchlaw.net |
| Timothy J. Hogan | tjh@loio.com |
| Thomas H.Y.P. Yee | thy@ksglaw.com, bls@ksglaw.com |