LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., a California corporation; et al.<br><br>　　　　Defendants.<br>_____ | **Civ. No. CV03 00385 SOM-LEK**<br>**(Copyright)**<br><br>**CERTIFICATE OF SERVICE RE: SUPPLEMENTAL DECLARATION OF TIMOTHY J. HOGAN FILED IN SUPPORT OF PLAINTIFF WAYNE BERRY'S OPPOSITIONS TO THE FLEMING-PCT'S MOTIONS IN LIMINE NOS. 1 THROUGH 9; EXHIBIT "O"** |

**CERTIFICATE OF SERVICE RE:
SUPPLEMENTAL DECLARATION OF TIMOTHY J. HOGAN FILED IN
SUPPORT OF PLAINTIFF WAYNE BERRY'S OPPOSITIONS
TO THE FLEMING-PCT'S MOTIONS
IN <u>LIMINE NOS. 1 THROUGH 9; EXHIBIT "O"</u>**

I hereby certify that on the dates and by the methods of service noted below,

a true and correct copy of the Supplemental Declaration of Timothy J. Hogan Filed in Support of Plaintiff Wayne Berry's Oppositions to the Fleming -PCT's Motions in Limine Nos. 1 Through 9; Exhibit "O" was served on the following at their last known addresses:

Served Electronically through CM/ECF on January 17, 2006:

Damian Capozzola dcapozzola@kirkland.com

Rex Y. Fujichaku rfujichaku@bchlaw.net, jennifer@bchlaw.net

Lyle S. Hosoda lsh@hosodalaw.com

Eric C. Liebeler eliebeler@kirkland.com

Raina P. Mead rpbm@hosodalaw.com

R. Olivia Samad osamad@kirkland.com

Ann C. Teranishi act@ksglaw.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

DATED: Honolulu, Hawai'i, January 17, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff WAYNE BERRY