# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/18/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00385SOM-LEK |
| CASE NAME: | Wayne Berry vs. HI Express Service, Inc., et al. |
| ATTYS FOR PLA: | Timothy Hogan (by phone) |
| ATTYS FOR DEFT: | Lex Smith (by phone) <br> Raina Mead (by phone) |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | No Record |
| DATE: | 1/18/2006 | TIME: | 10:50 - 10:52 |

COURT ACTION:  EP: Telephone Conference - held in chambers.

Discussion held re: letters submitted to the Court re: witness Mr. Dechter.

Mr. Smith to try and see if this witness can testify via videoconference.

If confirmed, Mr. Smith to contact Mark Afuso @ 541-1895 in order to set up the videoconference.

Submitted by: Toni Fujinaga, Courtroom Manager.