

FCS 1993 - Tables : Total = 69

EXHIBIT 04

Berry v Hawaiian Express Plaintiff Exhibit 83

Exhibit E