Berry v Hawiian Express Plaintiff Exhibit 82

Exhibit F