**Teresa Noa**

**From:** Mark Dillon [MarkD@fleming-logistics.com]
**Sent:** Tuesday, August 05, 2003 4:25 PM
**To:** Teresa Noa
**Subject:** Re: Freight Balance report

Teresa, Ron,

In reponse to the Teresa's email (See below):

RE: "In him trying to enhance the report - it is slowing down our ability to work on this side. Isn't it possible for the developer/programmer to be operating off a complete different system than the users? This way we don't feel the impact and then the changes can be transferred to the user system - tested and go from there?"

   I will henceforth use a test set of spreadsheets and queries. I have done this in the past, but did not for this report because it takes time to set up and update such a    system, and time to change reports developed under a test system to operate with the production system. I did not have much time and I was attempting to recreate a    complex report from scratch within the limitations the spreadsheets impose.

RE: "Then - who owns the Z tables?"

   The "Z Tables" are part of the Berry database, and as such are copyrighted.

RE: "Do we have to rely on Crystal reports?"

   Crystal Reports are the leading report engine for the Windows environment. I am open to alternatives, but last time I looked, Crystal was the best thing going. Also,    this type of software is expensive, complicated (there's a risk involved in switching) and to replace it would require a learning curve from everyone. I have been hoping    for several weeks to begin running Crystal Reports from within Visual Basic, since tests show that we can prevent reports from locking the spreadsheet in this    manner. It should also give us greater versatility in querying, which should allow us to create a faster query without the Z tables. This requires programming, however,    and I haven't had time for it.

RE: "This is being made to sound harder than it really is."

   I told you the facts. Are you saying that you know better?

RE: "questions that I had in regards to why costing is not showing up right - and why some reports are not identifying SIT etc"

   What are these?

Mark

----- Original Message -----
**From:** Teresa Noa
**To:** Mark Dillon ; Ron Hatch
**Sent:** Tuesday, August 05, 2003 12:58 PM
**Subject:** Re: Freight Balance report

Mark created a report for me to replace the Freight Profit/Loss report that we had. It is limited so I asked for changes. He advises below his concerns and why the report can not be revised without causing mayhem in the office.

D00305

8/9/2004

In him trying to enhance the report - it is slowing down our ability to work on this side. Isn't it possible for the developer/programmer to be operating off a complete different system than the users? This way we don't feel the impact and then the changes can be transferred to the user system - tested and go from there?

Then - who owns the Z tables? Isn't there some other type of reporting program out there that can link to the spreadshets (outside of Crystal Reports) - to eliminate this problem? Do we have to rely on Crystal reports?

Mark - I don't want the report to search the whole database. Right now you have the criteria - locked up to where I can't change the search criteria. Example - usually we go to Select expert - and add any field in the selection criteria.

Right now with the report the way it currently is - I don't have that option. I have to click on refresh - and then there's some prompt that comes up - with sail dates - and you have to click on two different fields to input the dates. I want to be able to change the search from sail date to any other way I want to search - and receive the correct info.

This is being made to sound harder than it really is. As I advised - never mind trying to enhance this report - I will work on it and figure it out. I think there are some other reports that are needed - and questions that I had in regards to why costing is not showing up right - and why some reports are not identifying SIT etc. I would rather you work on that and I will work on the Freight Balance report.

Thanks.

----- Original Message -----
From: Mark Dillon
To: Teresa Noa
Sent: Tuesday, August 05, 2003 12:51 PM
Subject: Freight Balance report

Teresa,

You can base a report on a query AND use the select expert and specify any criteria you wish if the underlying query accesses all records in the database. The problem is that accessing all record in the database uses too many resources the way it is currently designed. I am in the process on trying to reconfigure the query to run faster. Part of the problem is that the original Freight Profit-Loss reports used the Z tables. I am reluctant to recreate these, since doing so will make our spreadsheets look more like the Berry database. This is what Berry and Hogan are now saying: that the spreadsheets are essentially Berry's database.

Mark

D00306

8/9/2004