## Files Related To "FCS Logistics Data.mdb"

| Name | Written | Size | Full Path |
|---|---|---|---|
| Build Z Tables.BAT | 4/1/2003 | 196 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables Original Database\Package\Support\Build Z Tables.BAT |
| Build Z Tables.BAT | 1/22/2003 | 196 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables 2\Setup\Support\Build Z Tables.BAT |
| Build Z Tables.BAT | 1/17/2000 | 196 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables\Package\Support\Build Z Tables.BAT |
| Build Z Tables.BAT | 8/8/2000 | 196 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables 2\Setup Org\Support\Build Z Tables.BAT |
| Build Z Tables.BAT | 8/8/2000 | 1024 | Flemming Restore 2nd acq 02\Server FHL 134 D (135) 2ns Acq\User Files\FHL147\Source\Setup\Support\Build Z Tables.BAT |
| Build Z Tables.BAT | 4/1/2003 | 1024 | Flemming Restore 2nd acq 02\Server FHL 134 D (135) 2ns Acq\User Files\FHL147\Source\Update Z Table for Original Database\Support\Build Z Tables.BAT |
| Build Z Tables.CAB | 4/1/2003 | 6836224 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables Original Database\Package\Build Z Tables.CAB |
| Build Z Tables.CAB | 1/22/2003 | 6844416 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables 2\Setup\Build Z Tables.CAB |
| Build Z Tables.CAB | 4/1/2003 | 6836224 | Flemming Restore 2nd acq 02\Server FHL 134 D (135) 2ns Acq\User Files\FHL147\Source\Update Z Table for Original Database\Build Z Tables.CAB |
| UpdateZTables.DDF | 1/17/2000 | 534 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables\Package\Support\UpdateZTables.DDF |

Exhibit "A"

## Files Related To "FCS Logistics Data.mdb"

| Name | Written | Size | Full Path |
|---|---|---|---|
| UpdateZTables.DDF | 8/8/2000 | 534 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables 2\Setup Org\Support\UpdateZTables.DDF |
| UpdateZTables.DDF | 1/22/2003 | 539 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables 2\Setup\Support\UpdateZTables.DDF |
| UpdateZTables.DDF | 4/1/2003 | 517 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables Original Database\Package\Support\UpdateZTables.DDF |
| UpdateZTables.DDF | 8/8/2000 | 4096 | Flemming Restore 2nd acq 02\Server FHL 134 D (135) 2ns Acq\User Files\FHL147\Source\Setup\Support\UpdateZTables.DDF |
| UpdateZTables.DDF | 4/1/2003 | 4096 | Flemming Restore 2nd acq 02\Server FHL 134 D (135) 2ns Acq\User Files\FHL147\Source\Update Z Table for Original Database\Support\UpdateZTables.DDF |
| Build Z Tables.DEP | 1/22/2003 | 320 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables 2\Setup\Build Z Tables.DEP |
| Build Z Tables.exe | 1/17/2000 | 28672 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables\Package\Support\Build Z Tables.exe |
| Build Z Tables.exe | 4/1/2003 | 40960 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables 2\Build Z Tables.exe |
| Build Z Tables.exe | 4/18/2003 | 40960 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables Original Database\Package\Build Z Tables.exe |
| Build Z Tables.exe | 8/8/2000 | 40960 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables 2\Setup Org\Support\Build Z Tables.exe |

Exhibit "A"

## Files Related To "FCS Logistics Data.mdb"

| Name | Written | Size | Full Path |
|---|---|---|---|
| Build Z Tables.exe | 8/8/2000 | 40960 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables\Build Z Tables.exe |
| Build Z Tables.exe | 1/22/2003 | 40960 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables 2\Setup\Support\Build Z Tables.exe |
| Build Z Tables.exe | 8/8/2000 | 40960 | Flemming Restore 2nd acq 02\Server FHL 134 D (135) 2ns Acq\User Files\FHL147\Source\Setup\Support\Build Z Tables.exe |
| Update Z Tables - Done.frm | 1/18/2000 | 4096 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables\Update Z Tables - Done.frm |
| Update Z Tables - Done.frm | 3/27/2003 | 4096 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables Original Database\Update Z Tables - Done.frm |
| Update Z Tables - Main.frm | 4/18/2003 | 8192 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables Original Database\Update Z Tables - Main.frm |
| Update Z Tables - Main.frm | 3/12/2003 | 8192 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables 2\Update Z Tables - Main.frm |
| Update Z Tables - Main.frm | 1/18/2000 | 8192 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables\Update Z Tables - Main.frm |
| Update Z Tables - MDI.frm | 1/17/2000 | 4096 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables\Update Z Tables - MDI.frm |
| Update Z Tables - MDI.frm | 3/27/2003 | 4096 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables Original Database\Update Z Tables - MDI.frm |
| Auxiliary Logistics Data.mdb | 6/5/2003 | 1167360 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Data\Excel Database\Auxiliary Logistics Data.mdb |

## Files Related To "FCS Logistics Data.mdb"

| Name | Written | Size | Full Path |
|---|---|---|---|
| Auxiliary Logistics Screens - Converted.mdb | 7/1/2003 | 954368 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Data\Excel Database\Auxiliary Logistics Screens - Converted.mdb |
| FCS Logistics Data Original.mdb | 3/2/2003 | 198758400 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Text\Fleming\Berry Suit\Lawsuit\Evidence\FCS Logistics Data Original.mdb |
| FCS Logistics Data.mdb | 10/26/2001 | 2322432 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Text\WinNt\Advanced Troubleshooting Windows NT Workstation_files\FAVC 26\FCS Logistics Data.mdb |
| FCS Logistics Data.mdb | 10/26/2001 | 2322432 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Text\WinNt\Advanced Troubleshooting Windows NT Workstation_files 2\FAVC 26\FCS Logistics Data.mdb |
| FCS Logistics Data.mdb | 10/26/2001 | 2322432 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Text\Fleming\Berry Suit\FAVC 26\FCS Logistics Data.mdb |
| FCS Logistics Data.mdb | 11/1/2001 | 3620864 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Text\Fleming\Berry Suit\1. The current database\FCS Logistics Data.mdb |
| FCS Logistics Data.mdb | 10/26/2001 | 2322432 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Text\WinNt\Advanced Troubleshooting Windows NT Workstation_files\Current Database\FCS Logistics Data.mdb |
| FCS Logistics Data.mdb | 10/26/2001 | 2322432 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Text\Fleming\Berry Suit\How and why Fleming replaced the Berry authored FlemingPO.exe\FCS Logistics Data.mdb |
| FCS Logistics Data.mdb | 10/26/2001 | 2322432 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Text\WinNt\Advanced Troubleshooting Windows NT Workstation_files 5\Other\FCS Logistics Data.mdb |

## Files Related To "FCS Logistics Data.mdb"

| Name | Written | Size | Full Path |
|---|---|---|---|
| FCS Logistics Data.mdb | 10/26/2001 | 2322432 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Text\WinNt\Advanced Troubleshooting Windows NT Workstation_files 6\Other\FCS Logistics Data.mdb |
| FCS Logistics Data.mdb | 11/1/2001 | 2686976 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Text\Fleming\Berry Suit\Current Database\FCS Logistics Data.mdb |
| FCS Logistics Data.mdb | 11/1/2001 | 3620864 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Text\WinNt\Advanced Troubleshooting Windows NT Workstation_files 2\Current Database\FCS Logistics Data.mdb |
| FCS Logistics Data.mdb | 3/2/2003 | 10567680 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Text\WinNt\Advanced Troubleshooting Windows NT Workstation_files 6\Database software used by Fleming as of November 1, 2001\FCS Logistics Data.mdb |
| FCS Logistics Data.mdb | 10/26/2001 | 2322432 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Text\WinNt\Advanced Troubleshooting Windows NT Workstation_files 3\How and why Fleming replaced the Berry authored FlemingPO.exe\FCS Logistics Data.mdb |
| FCS Logistics Data.mdb | 11/1/2001 | 3620864 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Text\WinNt\Advanced Troubleshooting Windows NT Workstation_files 3\1. The current database\FCS Logistics Data.mdb |
| FCS Logistics Data.mdb | 10/26/2001 | 2322432 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Text\WinNt\Advanced Troubleshooting Windows NT Workstation_files 4\How and why Fleming replaced the Berry authored FlemingPO.exe\FCS Logistics Data.mdb |
| FCS Logistics Data.mdb | 11/1/2001 | 3620864 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Text\WinNt\Advanced Troubleshooting Windows NT Workstation_files 4\1. The current database\FCS Logistics Data.mdb |

## Files Related To "FCS Logistics Data.mdb"

| Name | Written | Size | Full Path |
|---|---|---|---|
| FCS Logistics Data.mdb | 2/26/2002 | 8843264 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Text\WinNt\Advanced Troubleshooting Windows NT Workstation_files 5\Database software used by Fleming as of November 1, 2001\FCS Logistics Data.mdb |
| FCS Logistics Screens 101001.mdb | 4/4/2003 | 4087808 | Flemming Restore 2nd acq 02\Server FHL 134 D (135) 2ns Acq\User Files\FHL147\C\Data\FCS Logistics Screens 101001.mdb |
| ORIGINAL LOGISTICS SCREENS.MDB | 4/11/2003 | 2772992 | Flemming Restore 2nd acq 02\Server FHL 134 D (135) 2ns Acq\User Files\FHL147\C\Data\ORIGINAL LOGISTICS SCREENS.MDB |
| Update Z Tables.PDM | 4/1/2003 | 8192 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables Original Database\Update Z Tables.PDM |
| Update Z Tables.PDM | 1/22/2003 | 16384 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables 2\Update Z Tables.PDM |
| Update Z Tables.PDM | 1/17/2000 | 4096 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables\Update Z Tables.PDM |
| Update Z Tables.vbp | 1/22/2003 | 4096 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables 2\Update Z Tables.vbp |
| Update Z Tables.vbp | 4/18/2003 | 4096 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables Original Database\Update Z Tables.vbp |
| Update Z Tables.vbp | 1/17/2000 | 4096 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables\Update Z Tables.vbp |
| Update Z Tables.vbw | 1/17/2000 | 153 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables\Update Z Tables.vbw |
| Update Z Tables.vbw | 5/2/2003 | 154 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables Original Database\Update Z Tables.vbw |

Exhibit "A"

## Files Related To "FCS Logistics Data.mdb"

| Name | Written | Size | Full Path |
|---|---|---|---|
| Update Z Tables.vbw | 3/12/2003 | 154 | Flemming Restore 2nd acq 02\Comp 01 FHL 141 (151) 2nd Acq\C\AAA\xFHL136\Source\VB\Build Z Tables 2\Update Z Tables.vbw |

Case 1:03-cv-00385-DAE-LEK     Document 771-2     Filed 01/19/2006     Page 7 of 7

Exhibit "A"