C:\Data\FCS Logistics Data 2000.mdb  
Table: Z Summary

Thursday, October 07, 1999  
Page: 78

### Columns

| Name | Type | Size |
|---|---|---|
| ID | Long Integer | 4 |
| Month | Long Integer | 4 |
| Year | Long Integer | 4 |
| Frt Program | Text | 50 |
| Consignee | Text | 50 |
| Bill | Currency | 8 |
| Regular CRS | Currency | 8 |
| Dray CRS | Currency | 8 |
| Allowance | Currency | 8 |
| Reefer Weight | Long Integer | 4 |
| Reefer Cubes | Long Integer | 4 |
| Dry Weight | Long Integer | 4 |
| Dry Cubes | Long Integer | 4 |
| Reefer Cost | Currency | 8 |
| Dry Cost | Currency | 8 |

### Table Indexes

| Name | Number of Fields |
|---|---|
| ID | 1 |

Fields: Ascending

Copyright © 1995 by Wayne Berry

Exhibit "B"

C:\Data\FCS Logistics Data 2000.mdb  
Table: Z Target

Thursday, October 07, 1999  
Page: 79

### Columns

| Name | Type | Size |
|---|---|---|
| ID | Long Integer | 4 |
| Frt Program | Text | 50 |
| Consignee | Text | 50 |
| Bill | Currency | 8 |
| Regular CRS | Currency | 8 |
| Dray CRS | Currency | 8 |
| Allowance | Currency | 8 |
| Reefer Weight | Long Integer | 4 |
| Avg Wt Per Reefer Ctn | Long Integer | 4 |
| Reefer Ctns | Long Integer | 4 |
| Dry Cubes | Long Integer | 4 |
| Avg Cb Per Dry Ctn | Long Integer | 4 |
| Dry Ctns | Long Integer | 4 |
| Reefer Cost | Currency | 8 |
| Dry Cost | Currency | 8 |

### Table Indexes

| Name | Number of Fields |
|---|---|
| ID | 1 |
| Fields: | Ascending |

Copyright © 1995 by Wayne Berry

Exhibit "B"

C:\Data\FCS Logistics Data 2000.mdb　　　　　　　　　　　　　　　　　Thursday, October 07, 1999
Table: Z1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page: 80

**Columns**

| Name | Type | Size |
|---|---|---|
| CnID | Long Integer | 4 |
| Cost | Currency | 8 |

**Table Indexes**

| Name | Number of Fields |
|---|---|
| PrimaryKey | 1 |
| Fields: | Ascending |

Copyright © 1995 by Wayne Berry

Exhibit "B"

C:\Data\FCS Logistics Data 2000.mdb  
Table: Z2

Thursday, October 07, 1999  
Page: 81

**Columns**

| Name | Type | Size |
|---|---|---|
| CnID | Long Integer | 4 |
| Cs | Long Integer | 4 |
| Cb | Long Integer | 4 |
| Wt | Long Integer | 4 |

**Table Indexes**

| Name | Number of Fields |
|---|---|
| CnID | 1 |
| Fields: | Ascending |
| PrimaryKey | 1 |
| Fields: | Ascending |

Copyright © 1995 by Wayne Berry

Exhibit "B"

C:\Data\FCS Logistics Data 2000.mdb  
Table: ZCost

Thursday, October 07, 1999  
Page: 82

**Columns**

| Name | Type | Size |
|---|---|---|
| CtnID | Long Integer | 4 |
| JobID | Long Integer | 4 |
| Seq | Long Integer | 4 |
| Cs | Double | 8 |
| Cb | Double | 8 |
| Wt | Double | 8 |
| Rate | Currency | 8 |
| RateCode | Long Integer | 4 |
| BillAmount | Currency | 8 |
| Pickup | Currency | 8 |
| Loading | Currency | 8 |
| StandBy | Currency | 8 |
| OriginSpot | Currency | 8 |
| OriginSIT | Currency | 8 |
| OriginDockSIT | Currency | 8 |
| OriginDray | Currency | 8 |
| OriginWharf | Currency | 8 |
| OceanFreight | Currency | 8 |
| DestWharf | Currency | 8 |
| DestDray | Currency | 8 |
| DestSIT | Currency | 8 |
| TempMonitor | Currency | 8 |
| AirFreight | Currency | 8 |
| LCL | Currency | 8 |
| Misc | Currency | 8 |
| TotalCost | Currency | 8 |
| CLRate | Currency | 8 |
| CLCode | Long Integer | 4 |
| CLAmount | Currency | 8 |
| Fee | Currency | 8 |
| CRS | Currency | 8 |
| AllowRate | Currency | 8 |
| AllowCode | Long Integer | 4 |
| AllowAmount | Currency | 8 |
| ManualFees | Yes/No | 1 |
| CtnType | Text | 7 |
| SpaceTaken | Long Integer | 4 |
| LCLFlag | Yes/No | 1 |
| JobRev | Currency | 8 |
| CtnRev | Currency | 8 |

**Table Indexes**

| Name | Number of Fields |
|---|---|
| AllowCode | 1 |
| Fields: | Ascending |
| CLCode | 1 |
| Fields: | Ascending |

Copyright © 1995 by Wayne Berry

Exhibit "B"

C:\Data\FCS Logistics Data 2000.mdb  
Table: ZCost

Thursday, October 07, 1999  
Page: 83

| | | |
|---|---|---|
| PrimaryKey | | 2 |
| Fields: | | Ascending |
| | | Ascending |
| RateCode | | 1 |
| Fields: | | Ascending |

Copyright © 1995 by Wayne Berry

Exhibit "B"