LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | **Civ. No. CV03 00385 SOM-LEK** |
| | ) | **(Copyright)** |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE RE:** |
| vs. | ) | **PLAINTIFF WAYNE BERRY'S** |
| | ) | **REPLIES TO DEFENDANTS'** |
| HAWAIIAN EXPRESS SERVICE, | ) | **MEMORANDA IN OPPOSITION** |
| INC., a California corporation; et al. | ) | **TO MOTION FOR ENTRY OF** |
| | ) | **PERMANENT INJUNCTION AND** |
| | ) | **DECLARATIONS OF TIMOTHY J.** |
| Defendants. | ) | **HOGAN EXHIBITS A TO I AND** |
| | ) | **WAYNE BERRY EXHIBITS A** |
| | ) | **AND B** |
| _____ | ) | |

**CERTIFICATE OF SERVICE RE:**

I hereby certify that on the dates and by the methods of service noted below,

true and correct copies of: (1)  Plaintiff Wayne Berry's Reply to C&S Logistics of

Hawaii, LLC, C&S Whole Grocers, Inc., C&S Acquisition, LLC, ES3, LLC and

Richard Cohen's Memorandum in Opposition to Plaintiff Wayne Berry's Motion For Issuance of Permanent Injunction and Order Directing Return, Destruction Or Other Reasonable Disposition of All Copies of Freight Control System;

(2) Plaintiff Wayne Berry's Reply to Defendants Brian Christensen, Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy, Justin Fukumoto, Alfredda Waiolama, and Jacqueline Rio's Memorandum in Opposition to Plaintiff Wayne Berry's Motion for Issuance of Permanent Injunction and Order Directing Return, Destruction Or Other Reasonable Disposition of all Copies of Freight Control System; (3) Plaintiff Wayne Berry's Reply To Defendant PCT's Opposition to Wayne Berry's Motion For Permanent Injunction; and (4) Declaration of Timothy J. Hogan In Support of Reply to Memoranda In Opposition to Motion for Entry of Permanent Injunction and Order Directing Return, Destruction or Other Reasonable Disposition of All Copies of Freight Control System; Exhibit "A" Through "I" (5) Declaration of Wayne Berry in Support of Reply to Memoranda in Opposition to Motion for Entry of Permanent Injunction and Order Directing Return, Destruction, or Other Reasonable Disposition of All Copies of Freight Control System Exhibits A and B were served on the parties following at their last known addresses:

**Served Electronically through CM/ECF on January 19, 2006:**

Damian Capozzola dcapozzola@kirkland.com

Rex Y. Fujichaku rfujichaku@bchlaw.net, jennifer@bchlaw.net

Lyle S. Hosoda lsh@hosodalaw.com

Eric C. Liebeler eliebeler@kirkland.com

Raina P. Mead rpbm@hosodalaw.com

R. Olivia Samad osamad@kirkland.com

Ann C. Teranishi act@ksglaw.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

    DATED: Honolulu, Hawai'i, January 19, 2006.

                            /s/ Timothy J. Hogan
                            TIMOTHY J. HOGAN
                            Attorney for Plaintiff WAYNE BERRY