LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) ) | Civ. No. CV03 00385 SOM-LEK (Copyright) |
| Plaintiff | ) ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation; H.E.S. TRANSPORTATION SERVICES, INC., a California corporation; CALIFORNIA PACIFIC CONSOLIDATORS, INC., a California corporation; JEFFREY P. GRAHAM and PETER SCHAUL, California citizens; MARK DILLON and TERESA NOA, BRIAN CHRISTENSEN, Hawaii citizens; FLEMING COMPANIES, INC.; an Oklahoma corporation; C & S LOGISTICS OF HAWAII, LLC. a Delaware LLC; C & S WHOLESALE GROCERS, INC., a Vermont | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | RE: PLAINTIFF WAYNE BERRY'S NOTICE OF TAKING OF DEPOSITION UPON ORAL EXAMINATION OF JACK BORJA; EXHIBIT A |

```
corporation;                        )
C & S ACQUISITIONS, LLC;            )
FOODLAND SUPER MARKET,              )
LIMITED, a Hawaii                   )
corporation; HAWAII TRANSFER        )
COMPANY, LIMITED, a Hawaii          )
Corporation, DOE                    )
INDIVIDUALS 1-350;                  )
DOE PARTNERSHIPS,                   )
CORPORATIONS and OTHER              )
DOE ENTITIES 1-20,                  )
                                    )
                Defendants.         )
_____    )
```

I hereby certify that on the dates and by the methods of service noted below,

a true and correct copy of the Notice of Taking of Deposition of Jack Borja;

Exhibit A was served on the following at their last known addresses:


Served Electronically on January 21, 2006:

Damian Capozzola dcapozzola@kirkland.com

Lyle S. Hosoda lsh@hosodalaw.com

Eric C. Liebeler eliebeler@kirkland.com

Raina P. Mead rpbm@hosodalaw.com

R. Olivia Samad osamad@kirkland.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

DATED: Honolulu, Hawai'i, January 21, 2006.

/s/ Timothy J. Hogan

TIMOTHY J. HOGAN

Attorney for Plaintiff WAYNE BERRY