394849 v.1

KOBAYASHI, SUGITA & GODA

LEX R. SMITH         3485-0
THOMAS H. YEE    7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No. (808) 539-8799
Email: lrs@ksglaw.com

KIRKLAND & ELLIS LLP
Eric C. Liebeler (CA Bar No. 149504)
Damian D. Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone No. (213) 680-8400
Facsimile No. (213) 680-8500
Email: eliebeler@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST
FOR FLEMING COMPANIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>              Plaintiff,<br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., et al.,<br>              Defendants. | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>CERTIFICATE OF SERVICE<br><br>RE: DEFENDANT POST-CONFIRMATION TRUST FOR FLEMING COMPANIES, INC.'S NOTICE OF TAKING DEPOSITION OF THOMAS T. UENO; EXHIBIT A |

Document ID: 394849v1_BLS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 21, 2006, a true and correct copy of Defendant Post-Confirmation Trust For Fleming Companies, Inc.'s Notice Of Taking Deposition Of Thomas T. Ueno; Exhibit A was duly served on the following parties at their last known address(es):

Timothy J. Hogan    tjh@loio.com

Lyle S. Hosoda    lsh@hosodalaw.com

Raina P. Mead    rpbm@hosodalaw.com

DATED: Honolulu, Hawaii, January 21, 2006

| | |
|---|---|
| KOBAYASHI, SUGITA & GODA | /s/ *Thomas H. Yee* <br> LEX R. SMITH <br> THOMAS H. YEE <br><br> Attorneys for Defendants |
| KIRKLAND & ELLIS LLP | ERIC C. LIEBELER <br> DAMIAN CAPOZZOLA <br> R. OLIVIA SAMAD <br><br> Attorneys for Defendant <br> POST-CONFIRMATION TRUST <br> FOR FLEMING COMPANIES, INC. |