```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF HAWAII

 3     _____
                                  )
 4     WAYNE BERRY,               )
                                  )
 5              Plaintiff,        )   CIVIL NO. 01-00446SPK-LEK
                                  )
 6        vs.                     )
                                  )
 7     FLEMING COMPANIES, INC.,   )
       aka FLEMING FOODS, INC.,   )
 8     aka FLEMING, DOE           )
       INDIVIDUALS 1-50 and       )
 9     DOE PARTNERSHIPS,          )
       CORPORATIONS and OTHER     )
10     ENTITIES 1-20,             )
                                  )
11              Defendants.       )
       _____)
12

13             PARTIAL TRANSCRIPT OF PROCEEDINGS

14

15          The above-entitled matter came on for Jury

16     Trial commencing at 10:25 a.m. on Monday, February 24,

17     2003, Honolulu, Hawaii,

18

19     BEFORE:   HONORABLE SAMUEL P. KING

20               United States District Judge

21               District of Hawaii

22

23

24     REPORTED BY:   LISA J. GROULX, COURT REPORTER

25                  Notary Public, State of Hawaii
```

LISA GROULX & ASSOCIATES
(808) 225-5701

Exhibit D

```
 1                         I N D E X
 2
 3    OPENING STATEMENTS:                                    PAGE
 4          by Mr. Hogan                                       9
 5          by Mr. Smith                                      22
 6
 7    PLAINTIFF'S WITNESSES:
 8
 9    WAYNE BERRY
10          By Mr. Hogan                                      33
11
12
13    EXHIBITS:                              MARKED       RECEIVED
14
15        Plaintiff's Exhibit 136              35            37
16        Plaintiff's Exhibit 82                             45
17        Plaintiff's Exhibit 78                             51
18        Plaintiff's Exhibit 81                             61
19        Plaintiff's Exhibit 69                             67
20        Plaintiff's Exhibit 71                             77
21        Plaintiff's Exhibit 89                             82
22        Plaintiff's Exhibit 72                             89
23
24        Defendant's Exhibit 221                            67
25        Defendant's Exhibit 223                            77
```

Exhibit D

1  right of his right to control derivative copies of his
2  software.
3       The EULA that Mr. Berry presented to Fleming
4  was a document that Fleming took in its hands and
5  began using his software, as the evidence will show.
6  That EULA prevented Fleming from using the software
7  through what is known as application sharing or PC
8  Anywhere where another company can dial into it and
9  use software.
10      The evidence will show that, as we sit here
11 today, a company on the mainland is using Mr. Berry's
12 software through PC Anywhere.
13      The evidence will show, through the testimony
14 of Mark Dillon, a former API employee hired by Fleming
15 who had access to Mr. Berry's system when he was at
16 API and had access to the copies that were given to
17 Fleming that he created numerous changes to the
18 freight data base system, the freight control system,
19 a hundred changes.
20      Each of these changes, by the understanding,
21 were to be made by Mr. Berry not be a Fleming employee
22 without his authority.
23      There will also be evidence that there was
24 another program, the Fleming PO.EXE, which there will
25 be evidence of how it takes data from companies and

```
 1                          CERTIFICATE
 2   STATE OF HAWAII        )
                            ) SS.
 3   COUNTY OF HONOLULU     )
 4
 5          I, Lisa J. Groulx, Court Reporter, District
 6   of Hawaii, Honolulu, Hawaii, and Notary Public, State
 7   of Hawaii, do hereby certify that the foregoing is a
 8   true and correct partial transcript of the proceedings
 9   in this Jury Trial, WAYNE BERRY vs. FLEMING COMPANIES,
10   INC., ET AL., at Honolulu, Hawaii, taken on Monday,
11   February 24, 2003, before the Honorable SAMUEL P.
12   KING, United States District Judge.
13
14
15                          /s/ Lisa J. Groulx
16   February 24, 2003      _____
17                          LISA J. GROULX, COURT REPORTER
18                          Notary Public - State of Hawaii
19                          My Commission Expires on: 5/15/06
```

LISA GROULX & ASSOCIATES
(808) 225-5701

Exhibit D