IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, Plaintiff, vs. FLEMING COMPANIES, INC., aka FLEMING FOODS, INC., aka FLEMING, DOE INDIVIDUALS 1-50 and DOE PARTNERSHIPS, CORPORATIONS and OTHER ENTITIES 1-20, Defendants. | CIVIL NO. 01-00446SPK-LEK |

TRANSCRIPT OF PROCEEDINGS

The above-entitled matter came on for Further Jury Trial commencing at 10:00 a.m. on Tuesday, March 4, 2003, Honolulu, Hawaii,

BEFORE: HONORABLE SAMUEL P. KING
United States District Judge
District of Hawaii

REPORTED BY: LISA J. GROULX, COURT REPORTER
Notary Public, State of Hawaii



Exhibit E

# I N D E X


| DEFENDANT'S WITNESSES: | PAGES |
|---|---|
| JACK BORJA | |
| Direct examination by Mr. Smith | 5 |
| Cross-examination by Mr. Hogan | 28 |
| TERESA NOA | |
| Direct examination by Mr. Smith | 62 |
| Cross-examination by Mr. Hogan | 80 |
| Redirect examination by Mr. Smith | 98 |

| REBUTTAL WITNESSES: | |
|---|---|
| WAYNE BERRY | |
| Direct examination by Mr. Hogan | 100 |

| EXHIBITS: | MARKED | RECEIVED |
|---|---|---|
| (None.) | | |




Exhibit E

Freight Control System; isn't that a true statement, ma'am?

A. Yes.

Q. There was never a time when you went to work for Fleming that that was unclear in your mind?

A. That there was an access databases involved?

Q. Right.

A. I understood, yes.

Q. Do you believe that Mr. Stussi understood that? Did you have any reason to believe that that he didn't?

MR. SMITH: Calls for speculation.

THE COURT: Yes, it does.

Q. (By Mr. Hogan) Did you ever discuss it with Mr. Christensen?

A. The database itself?

Q. Yes.

A. No, just the setup and the operation. That's all Steve was concerned with.

Q. Did he ever ask you what parts were in the system that Mr. Berry was going to license?

A. No.

Q. Mr. Christensen did not?

A. He never did.

Q. And Mr. Stussi as well did not ask you?

A. No.

Q. Did Mr. Tsurada ask you?

A. No.

Q. Now you testified regarding the people at -- originally, it was Fleming people that were being allowed to use the system in California; is that correct?

A. Correct.

Q. And at some point they became Hawaiian Express employees?

A. Correct.

Q. And then you testified that they still report to you.

A. They do.

Q. Now are you their supervisor?

A. I am.

Q. Do you believe --

A. If I ever have any -- they listen to me. And if I ever have a problem with them, I just call the next line up.

Q. And who would that be?

A. Pete Shaw.

Q. But they're not Fleming employees; is that a fair statement, ma'am?

A. It is.



Exhibit E

Q. And, in fact, you work with them but they don't actually work for you, do they?

A. Well, actually, yes. We get an invoice from Hawaiian Express for $8,000 a month which is to cover their salaries.

Q. To cover their salaries?

A. Correct.

Q. What are these peoples names?

A. Al Perez and Pat Hiroyama.

Q. Describe briefly how they use the database?

THE COURT: If you know.

Q. If you know.

A. They're pretty much just gathering information, the bills of lading. The product is delivered to their facility and it's on a bill of lading. They take the information off the bill of lading and they input it into the database. They follow my load plan instructions. I advise them how to load a container. Once that container is loaded, they fax me the load plan, which will show me the container, the seal, the vessel voyage, and the sequence of the orders. I input that information.

Q. Okay. But are they able to actually access the database from California?

A. Yes.



Exhibit E

MR. HOGAN: Thank you. Nothing further.

THE COURT: Are these people technically employees of Hawaiian Express when Hawaiian Express bills Fleming for their salaries?

THE WITNESS: They do.

THE COURT: Go ahead.

REDIRECT EXAMINATION

BY MR. SMITH:

Q. And in follow up to the court's question, do Mr. Perez and Mr. Hiroyama do anything with that database other than service Fleming?

A. They do not.

Q. And who gives them instructions on what to do with that database?

A. I do.

Q. Anybody besides you?

A. No.

Q. There was just a little confusion that I wanted to see if I can clear up. Your number of 80 to 120 containers is the containers that you handle or that your department handles coming into Fleming, right?

A. Correct.

Q. But there are additional containers that come to Fleming from vendors that pay their own freight to



Exhibit E