# EXHIBIT "B"

Smith

DEC 13 2002

JACKSON DeMARCO & PECKENPAUGH
A Law Corporation

KAREN L.S. FINE     5864-0
2815 Townsgate Road, Suite 200
Westlake Village, California  91361
Telephone:  (805) 230-0023

GOODSILL ANDERSON QUINN & STIFEL
A Limited Liability Law Partnership LLP

ROY J. TJIOE          4861-0
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii  96813
Telephone:  (808) 547-5600

Attorneys for Defendant
HAWAIIAN EXPRESS SERVICE, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 1 2002

at _____ o'clock and _____ min _____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY,<br><br>      Plaintiff,<br><br>vs.<br><br>FLEMING COMPANIES, INC., aka FLEMING FOODS, INC., aka FLEMING, HAWAIIAN EXPRESS SERVICE, INC., DOE INDIVIDUALS 1-50 AND DOE PARTNERSHIPS, CORPORATIONS AND OTHER ENTITIES 1-20,<br><br>      Defendants. | CIVIL NO. CV01 00446 SPK LEK (Copyright)<br><br>STIPULATION FOR DISMISSAL AS TO DEFENDANT HAWAIIAN EXPRESS SERVICE, INC.; ORDER<br><br><br><br>Trial: February 25, 2003 |

## STIPULATION FOR DISMISSAL AS TO
## DEFENDANT HAWAIIAN EXPRESS SERVICE, INC.

IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, by and between the parties hereto, through their respective counsel, that the First Amended Verified Complaint and all claims contained in this matter against Defendant HAWAIIAN EXPRESS SERVICE, INC., be dismissed. Each party shall bear its own costs and attorneys' fees.

Defendant FLEMING COMPANIES, INC. remains as a party to this lawsuit. Trial is set for February 25, 2003.

DATED: Honolulu, Hawaii, DEC 1 0 2002.

_____
TIMOTHY J. HOGAN
Attorney for Plaintiff
WAYNE BERRY

_____
KAREN L. S. FINE
ROY J. TJIOE
Attorneys for Defendant
HAWAIIAN EXPRESS SERVICES, INC.

_____
LEX R. SMITH
Attorney for Defendant
FLEMING COMPANIES, INC.

---

Civil No. CV01-00446 SPK LEK – Berry v. Fleming Companies, Inc., et al.
Stipulation for Dismissal As To Defendant Hawaiian Express Service, Inc. ; Order

2

APPROVED AND SO ORDERED:

SAMUEL P. KING          DEC 1 1 2002
_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

Civil No. CV01-00446 SPK LEK – <u>Berry v. Fleming Companies, Inc., et al</u>.
Stipulation for Dismissal As To Defendant Hawaiian Express Service, Inc.; Order