# EXHIBIT "E"

```
                                                                    1


 1                  IN THE UNITED STATES DISTRICT COURT

 2                      FOR THE DISTRICT OF HAWAII

 3   _____
                                 )
 4   WAYNE BERRY,                )
                                 )
 5             Plaintiff,        )  CIVIL NO. 01-00446SPK-LEK
                                 )
 6       vs.                     )
                                 )
 7   FLEMING COMPANIES, INC.,    )
     aka FLEMING FOODS, INC.,    )
 8   aka FLEMING, DOE            )
     INDIVIDUALS 1-50 and        )
 9   DOE PARTNERSHIPS,           )
     CORPORATIONS and OTHER      )
10   ENTITIES 1-20,              )
                                 )
11             Defendants.       )
     _____)
12

13              PARTIAL TRANSCRIPT OF PROCEEDINGS

14

15        The above-entitled matter came on for Jury

16   Trial commencing at 10:25 a.m. on Monday, February 24,

17   2003, Honolulu, Hawaii,

18

19   BEFORE:  HONORABLE SAMUEL P. KING

20           United States District Judge

21           District of Hawaii

22

23

24   REPORTED BY:  LISA J. GROULX, COURT REPORTER

25                 Notary Public, State of Hawaii
```

```
                                                                    2

  1
  2                       A P P E A R A N C E S
  3
  4
  5
  6   FOR PLAINTIFF:    TIMOTHY J. HOGAN, ESQ.
  7                     WESLEY W. ICHIDA, ESQ.
  8                     LYNCH ICHIDA THOMPSON KIM & HIROTA
  9                     1132 Bishop Street, Suite 1405
 10                     Honolulu, Hawaii  96813
 11                     (808) 528-0100
 12
 13
 14   FOR DEFENDANTS:   LEX R. SMITH, ESQ.
 15                     ANN TERANSKI, ESQ.
 16                     Kobayashi, Sugita & Goda
 17                     First Hawaiian Center
 18                     999 Bishop Street, Suite 2600
 19                     Honolulu, Hawaii  96813
 20                     (808) 539-8700
 21
 22
 23
 24   ALSO PRESENT:  Ralph Stussi
 25
```

```
                                                            3

 1                          I N D E X

 2

 3   OPENING STATEMENTS:                                   PAGE

 4         by Mr. Hogan                                      9

 5         by Mr. Smith                                     22

 6

 7   PLAINTIFF'S WITNESSES:

 8

 9   WAYNE BERRY

10         By Mr. Hogan                                     33

11

12

13   EXHIBITS:                           MARKED      RECEIVED

14

15      Plaintiff's Exhibit 136            35            37

16      Plaintiff's Exhibit 82                           45

17      Plaintiff's Exhibit 78                           51

18      Plaintiff's Exhibit 81                           61

19      Plaintiff's Exhibit 69                           67

20      Plaintiff's Exhibit 71                           77

21      Plaintiff's Exhibit 89                           82

22      Plaintiff's Exhibit 72                           89

23

24      Defendant's Exhibit 221                          67

25      Defendant's Exhibit 223                          77
```

19

1   right of his right to control derivative copies of his
2   software.
3         The EULA that Mr. Berry presented to Fleming
4   was a document that Fleming took in its hands and
5   began using his software, as the evidence will show.
6   That EULA prevented Fleming from using the software
7   through what is known as application sharing or PC
8   Anywhere where another company can dial into it and
9   use software.
10        The evidence will show that, as we sit here
11  today, a company on the mainland is using Mr. Berry's
12  software through PC Anywhere.
13        The evidence will show, through the testimony
14  of Mark Dillon, a former API employee hired by Fleming
15  who had access to Mr. Berry's system when he was at
16  API and had access to the copies that were given to
17  Fleming that he created numerous changes to the
18  freight data base system, the freight control system,
19  a hundred changes.
20        Each of these changes, by the understanding,
21  were to be made by Mr. Berry not be a Fleming employee
22  without his authority.
23        There will also be evidence that there was
24  another program, the Fleming PO.EXE, which there will
25  be evidence of how it takes data from companies and