# EXHIBIT "I"

Case 1:03-cv-00385-DAE-LEK    Document 781-10    Filed 01/23/2006    Page 1 of 12

```
                                                                    1

   1                IN THE UNITED STATES DISTRICT COURT

   2                    FOR THE DISTRICT OF HAWAII

   3   _____
                                    )
   4   WAYNE BERRY,                 )
                                    )
   5              Plaintiff,        )  CIVIL NO. 01-00446SPK-LEK
                                    )
   6        vs.                     )
                                    )
   7   FLEMING COMPANIES, INC.,     )
       aka FLEMING FOODS, INC.,     )
   8   aka FLEMING, DOE             )
       INDIVIDUALS 1-50 and         )
   9   DOE PARTNERSHIPS,            )
       CORPORATIONS and OTHER       )
  10   ENTITIES 1-20,               )
                                    )
  11              Defendants.       )
       _____)
  12

  13                  TRANSCRIPT OF PROCEEDINGS

  14

  15         The above-entitled matter came on for Further

  16   Jury Trial commencing at 9:20 a.m. on Friday, February

  17   28, 2003, Honolulu, Hawaii,

  18

  19   BEFORE:   HONORABLE SAMUEL P. KING

  20            United States District Judge

  21            District of Hawaii

  22

  23

  24   REPORTED BY:   LISA J. GROULX, COURT REPORTER

  25                  Notary Public, State of Hawaii
```

```
                                                                  2

     1
     2                       A P P E A R A N C E S
     3
     4
     5
     6   FOR PLAINTIFF:     TIMOTHY J. HOGAN, ESQ.
     7                      WESLEY W. ICHIDA, ESQ.
     8                      LYNCH ICHIDA THOMPSON KIM & HIROTA
     9                      1132 Bishop Street, Suite 1405
    10                      Honolulu, Hawaii  96813
    11                      (808) 528-0100
    12
    13
    14   FOR DEFENDANTS:    LEX R. SMITH, ESQ.
    15                      ANN TERANISHI, ESQ.
    16                      Kobayashi, Sugita & Goda
    17                      First Hawaiian Center
    18                      999 Bishop Street, Suite 2600
    19                      Honolulu, Hawaii  96813
    20                      (808) 539-8700
    21
    22
    23
    24   ALSO PRESENT:   Ralph Stussi
    25
```

3

```
 1
 2                         I N D E X
 3
 4
 5
 6
 7   PLAINTIFF'S WITNESSES:                           PAGES
 8
 9   PHILLIP JOHNSON
10          Direct examination by Mr. Hogan              5
            Cross-examination by Mr. Smith              24
11
12   MARK DILLION
            Direct examination by Mr. Hogan             43
13          Cross-examination by Mr. Smith              77
            Redirect examination by Mr. Hogan           82
14
15   RALPH STUSSI
            Direct examination by Mr. Hogan             85
16
17
18   EXHIBITS:                         MARKED     RECEIVED
19       Plaintiff's Exhibit 4                       22
20       Defendant's Exhibit 244                     23
21
22
23
24
25
```

1      And as I was going through the whole shut

2    down period or negotiating the contract, what I was

3    trying to determine was whether we would continue to

4    utilize a system and some of the people that were from

5    API to do this function internally or whether I would

6    just seek another party, another consolidator, to

7    perform that function and deliver those containers to

8    our yard.

9      Q.  Well, isn't it true you did choose another

10   consolidator, Hawaiian Express?

11     A.  The only role that Hawaiian Express performed

12   was not necessarily the tracking.  They performed the

13   labor of unloading the product on the west coast and

14   in some cases combining that product from several

15   different purchase orders or several different vendors

16   into one container and then making arrangements to

17   deliver it down to the shipping yard for shipment

18   over.

19     Q.  And they pre-receive the shipments, don't

20   they, sir?

21     A.  I don't know what you mean by pre-receive.

22   They receive the shipments there on the west coast to

23   determine that the product is there and that damage

24   hasn't occurred prior to its arrival at the port.

25     Q.  Right. And then they input through Mr.

```
 1   Berry's system the information upon that receiving;
 2   isn't that correct, sir?
 3       A.   There is information that's captured at the
 4   west coast.  And I'm not completely familiar.  They
 5   take pictures, digital pictures of loads as they come
 6   in and transmit those over the Internet to us.  They
 7   do record the quantities that are there.
 8            If some product doesn't show up that's
 9   suppose to be there, they can let a buyer here in
10   Hawaii know that it didn't make it to the west coast
11   and, therefore, they can order that product again
12   before the five days it takes to get the product over
13   here.
14       Q.   Right.  And that's exactly what API was doing
15   before it shutdown; isn't that correct, sir?
16       A.   The API personnel that were at the terminals
17   on the west coast were performing that function, yes.
18       Q.   Through Mr. Berry's system, correct?
19       A.   They had computers there that were accessing
20   the database and they were keying things in there,
21   that's correct.
22       Q.   And taking pictures of the containers before
23   the door shut and running it through the Internet, and
24   all of that was going through the API system prior to
25   HEX, correct?
```

104

1    A.    That was -- when you talk about the digital
2    pictures, I think that was just over an Internet
3    connection, just as we would email something, yes.
4    Q.    Right.  But that was something that API
5    provided to Fleming from its terminals on the mainland
6    in 1999, correct?
7    A.    Those are something that can be provided over
8    that, yes.
9    Q.    But are you saying it wasn't being provided
10   in 1999?
11              THE COURT:  By API?
12   Q.    By API.
13   A.    Up until the time of the shut down period,
14   yes, it was provided.
15   Q.    Right.  So if Mr. Berry had shut down the
16   operation and you went and got another freight
17   forwarder, in the case you got HEX, they wouldn't have
18   the system to run, would they?  They would have been
19   shut down too?
20   A.    I don't believe that's correct.
21   Q.    Why?  Did they have the system before API
22   shut down?
23   A.    I think anybody can transmit a photograph
24   over the Internet as long as you have an Internet
25   connection. And I have to believe that any other

```
                                                                    1


   1              IN THE UNITED STATES DISTRICT COURT

   2                   FOR THE DISTRICT OF HAWAII

   3    _____
                                       )
   4    WAYNE BERRY,                   )
                                       )
   5               Plaintiff,          )  CIVIL NO. 01-00446SPK-LEK
                                       )
   6        vs.                        )
                                       )
   7    FLEMING COMPANIES, INC.,       )
        aka FLEMING FOODS, INC.,       )
   8    aka FLEMING, DOE               )
        INDIVIDUALS 1-50 and           )
   9    DOE PARTNERSHIPS,              )
        CORPORATIONS and OTHER         )
  10    ENTITIES 1-20,                 )
                                       )
  11               Defendants.         )
        _____)
  12

  13                   TRANSCRIPT OF PROCEEDINGS

  14

  15        The above-entitled matter came on for Further

  16    Jury Trial commencing at 9:05 a.m. on Monday, March 3,

  17    2003, Honolulu, Hawaii,

  18

  19    BEFORE:  HONORABLE SAMUEL P. KING

  20             United States District Judge

  21             District of Hawaii

  22

  23

  24    REPORTED BY:  LISA J. GROULX, COURT REPORTER

  25                  Notary Public, State of Hawaii


                    LISA GROULX & ASSOCIATES
                        (808) 225-5701
```

```
                                                                    2


 1
 2                          A P P E A R A N C E S
 3
 4
 5
 6   FOR PLAINTIFF:     TIMOTHY J. HOGAN, ESQ.
 7                      LYNCH ICHIDA THOMPSON KIM & HIROTA
 8                      1132 Bishop Street, Suite 1405
 9                      Honolulu, Hawaii   96813
10                      (808) 528-0100
11
12
13   FOR DEFENDANTS:    LEX R. SMITH, ESQ.
14                      ANN TERANISHI, ESQ.
15                      Kobayashi, Sugita & Goda
16                      First Hawaiian Center
17                      999 Bishop Street, Suite 2600
18                      Honolulu, Hawaii   96813
19                      (808) 539-8700
20
21
22
23   ALSO PRESENT:   Ralph Stussi
24
25

                     LISA GROULX & ASSOCIATES
                         (808) 225-5701
```

3

```
 1                       I N D E X

 2

 3    PLAINTIFF'S WITNESSES:                          PAGES

 4

 5    RALPH STUSSI

 6           Direct exam (Resumed) by Mr. Hogan         4

 7           Cross-examination by Mr. Smith            13

 8

 9

10    DEFENDANT'S WITNESSES:

11

12    CAROL LERCHE

13           Direct examination by Mr. Smith           20

14           Cross-examination by Mr. Hogan            55

15

16    RALPH STUSSI

17           Direct examination by Mr. Smith           65

18           Cross-examination by Mr. Hogan           110

19           Redirect examination by Mr. Smith        126

20

21

22    EXHIBITS:                         MARKED     RECEIVED

23        Plaintiff's Exhibit 138                     57

24        Defendant's Exhibit 282         35
          Defendant's Exhibit 218                     78
25
```

LISA GROULX & ASSOCIATES
(808) 225-5701

107

```
1       Q.   Okay.  The Exhibit 52 says:  We only intend
2  to use the software to support our local freight
3  operation.  Has Fleming honored that representation?
4       A.   Yes, I believe so.
5       Q.   Have you used to, it your knowledge, for any
6  purpose other than supporting the local freight
7  operation?
8       A.   No, we have not.
9       Q.   What does local freight operation mean to
10 you?
11      A.   I believe it's the logistics operation that
12 exists there in Kapolei that controls the activities
13 that are happening at the Hawaii division.
14      Q.   It says:  Fleming will not sell or issue
15 copies to other businesses. Has Fleming honored that
16 statement?
17      A.   Yes, I believe so.
18      Q.   What about the fact that the people in
19 California who operate the computers there are on the
20 payroll of Hawaiian Express rather than Fleming?
21      A.   I have always felt -- or my understanding,
22 especially at that time, was that the computers that
23 were operating on the west coast were attached to a
24 server that was in Hawaii and the database, as such,
25 existed on the server and they were merely inputting
```

108

```
 1   information into the database that existed in Kapolei.
 2          And so I believe all they were doing was a
 3   data entry function of some of the information that
 4   they were finding out on the west coast into the
 5   server that existed in Kapolei.
 6      Q.  Do those people who operate the database in
 7   California for Fleming use it for anything other than
 8   supporting Fleming's local freight operation?
 9              MR. HOGAN:  Objection.  Lacks personal
10   knowledge, Your Honor.
11              THE COURT:  If you know.
12      A.  Not to my knowledge.
13      Q.  (By Mr. Smith) It says:  We do not intend to
14   --
15              THE COURT:  Are these former employees?
16              THE WITNESS:  I'm sorry, Your Honor.
17              THE COURT:  Are these former employees
18   of API or different people?
19              THE WITNESS:  The employees that -- I
20   can only speak to the time that I know.  But there was
21   a point where at least one of the Fleming employees
22   went to work for HEX and so was off of our payroll but
23   was hired by HEX.  I'm not sure what happened to the
24   other individual.
25      Q.  (By Mr. Smith) And the person you're
```