# EXHIBIT "A"

**KOBAYASHI SUGITA & GODA**
ATTORNEYS • AT • LAW

999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813-4430

Telephone: 808-539-8700
Facsimile: 808-539-8799
E-Mail: lrs@ksglaw.com

Bert T. Kobayashi, Jr.*
Kenneth Y. Sugita*
Alan M. Goda*
Dale W. Lee*
Lex R. Smith*
David L. Monroy*
Wendell H. Fuji*
Robert K. Ichikawa*
Janeen-Ann A. Olds*
Clifford K. Higa*
Charles W. Gall*
John F. Lezak*
Larry L. Myers*
Craig K. Shikuma*
Christopher T. Kobayashi*
Ruth K. Oh*
Burt T. Lau*
Ronald T. Ogomori*
David B. Tongg*
Bruce A. Nakamura*
Lanson K. Kupau*
Jonathan A. Kobayashi*
Nathan H. Yoshimoto*
*A Law Corporation

Brendan S. Bailey
George Gusman III
Kenneth M. Nakasone
Curtis K. Saiki
Jesse W. Schiel
Duane C. Seabolt
Joseph A. Stewart
Ann C. Teranishi
Robert A. Ueoka
Thomas H. Yee

November 2, 2005

Timothy Hogan, Esq.
Lynch, Ichida, Thompson, Kim & Hirota
First Hawaiian Tower #1405
Honolulu, Hawaii 96813

Re:   <u>Berry vs. HEX, et al.</u>

Dear Mr. Hogan:

  Pursuant to your request that we provide a privilege log, the following are the files that I removed from the more than 150,000 computer files that you alleged were relevant to this case. In the course of searching for privileged material, I learned that you requested massive amounts of irrelevant information, falsely claiming it was relevant. In previous correspondence, I cited a few of the more extreme examples of irrelevant material you had requested, such as Mr. Dillon's research regarding breastfeeding.

  I note that your current filings admit that it is a time consuming and burdensome task to attempt to search through all of this irrelevant information that you designated. We reserve the right to seek sanctions for the time wasted on this effort.

            Very truly yours,

            */s/ Lex R. Smith*

            LEX R. SMITH
             for
            KOBAYASHI, SUGITA & GODA

cc: all counsel of record

Timothy Hogan, Esq.
November 2, 2005
Page 2

## Files removed from the "Before" Disk

| Filename | Size |
|---|---|
| Compliance with Lawsuit Decision.dbx | 11938516 |
| Illustration of Code Referred to by Experts.doc | 62464 |
| Key to Documentation 2.doc | 99840 |
| Key to Documentation.doc | 29184 |
| Key to Documentation1.doc | 80384 |
| Key to Documentation2.doc | 81920 |
| Key to Documentation3.doc | 95744 |
| Lawsuit.dbx | 2632404 |
| Lawsuit1.dbx | 7285460 |
| Response to 051303 Hogan Letter.txt | 2870 |
| Response to Allegation re Kroll Report - Signed and Faxed to Lex Smith.doc | 26624 |
| Response to Allegation re Kroll Report.doc | 29184 |
| Response to Berry Declaration.doc | 36864 |
| Response to Berry Declaration.doc (2).lnk | 451 |
| Response to Berry Declaration.doc.LNK | 395 |
| Response to Berry Declaration1.doc.lnk | 451 |
| Response to Berry Oppositi | 102400 |
| Response to Berry Opposition to Summary Judgement 3.doc | 102400 |
| Response to Berry Opposition to Summary Judgement 31.doc | 102400 |
| Response to Berry Opposition to Summary Judgement 4.doc | 108544 |
| Reverting to Original.dbx    Archived/File | 142036 |
| Update Program Code Sequence Identical to that of EDI File.doc | 44544 |
| Update Program Code Sequence Identical to that of EDI File1.doc | 40960 |
| Update Program Code Sequence Identical to that of EDI File2.doc | 44544 |
| Update Program Code Sequence Identical to that of EDI File3.doc | 44544 |

Timothy Hogan, Esq.
November 2, 2005
Page 3

## Files Removed from "After" Disk Drive

| Filename | Size |
| --- | --- |
| 11. Key to these Documents .doc | 28160 |
| 11. Key to these Documents.doc | 31744 |
| 110. Key to these Documents.doc | 39936 |
| 111. Key to these Documents.doc | 31744 |
| 112. Key to these Documents.doc | 28160 |
| 113. Key to these Documents.doc | 33792 |
| 114. Key to these Documents.doc | 105984 |
| 12. Key to these Documents .doc | 28160 |
| 12. Key to these Documents.doc | 28160 |
| 13. Key to these Documents.doc | 33792 |
| 14. Key to these Documents.doc | 105984 |
| 15. Key to these Documents.doc | 33280 |
| 16. Key to these Documents.doc | 31744 |
| 17. Key to these Documents.doc | 28160 |
| 18. Key to these Documents.doc | 39936 |
| 19. Key to these Documents.doc | 110592 |
| Compliance with Lawsuit Decision.dbx | 11938516 |
| Compliance with Lawsuit Decision1.dbx | 11938516 |
| Compliance with Lawsuit Decision2.dbx | 11938516 |
| Illustration of Code Referred to by Experts.doc | 62464 |
| Key to Documentation 2.doc | 99840 |
| Key to Documentation.doc | 29184 |
| Key to Documentation1.doc | 80384 |
| Key to Documentation2.doc | 81920 |
| Key to Documentation3.doc | 95744 |
| microsoft1.public.windowsnt.print.dbx | 125168 |
| Response to 051303 Hogan Letter.txt | 2870 |
| ResponsetoAllegationreKrollReport - Signed and Faxed to Lex Smith.doc | 26624 |
| Response to Allegation re Kroll Report.doc | 29184 |
| Response to Berry Declaration.doc | 36864 |
| Response to Berry Opposition to Summary Judgement 3.doc | 102400 |
| Response to Berry Opposition to Summary Judgement 4.doc | 108544 |
| Reverting to Original.dbx | 142036 |
| Reverting to Original1.dbx | 142036 |
| Update Program Code Sequence Identical to that of EDI File.doc | 40960 |
| Update Program Code Sequence Identical to that of EDI File1.doc | 44544 |
| Update Program Code Sequence Identical to that of EDI File2.doc | 44544 |