KOBAYASHI, SUGITA & GODA

LEX R. SMITH                3485-0
THOMAS H. YEE               7344-0
SUITE 2600, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 539-8700
Fax No. (808) 539-8799
Email: lrs@ksg.law.com

KIRKLAND & ELLIS LLP
Eric C. Liebeler (CA Bar No. 149504)
Damian Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA  90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email: eliebeler@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) SUPPLEMENTAL DECLARATION |
| vs. | ) OF LEX R. SMITH REGARDING |
| | ) PRODUCTION OF FILES BY |
| HAWAIIAN EXPRESS SERVICE, | ) GUIDANCE SOFTWARE; EXHIBIT |
| INC., et al., | ) "C" |
| | ) |
| Defendants. | ) |
| _____ | ) |

## SUPPLEMENTAL DECLARATION OF LEX R. SMITH REGARDING PRODUCTION OF
## FILES BY GUIDANCE SOFTWARE

Lex R. Smith, under penalty of perjury, declares as follows:

1.   I am an attorney licensed to practice law before all of the State and Federal Courts in the State of Hawaii and am one of the attorneys representing Defendant POST-CONFIRMATION TRUST for Fleming Companies, Inc. in this case.

2.   Attached hereto as Exhibit "C" is a true and correct copy of the Discovery Master Clyde Matsui's Order dated October 5, 2005 referred to in my declaration filed earlier today.

I declare under penalty of perjury that the statements made herein are true and correct to the best of my knowledge, information and belief.

DATED: Honolulu, Hawaii, January 23, 2006.

_____
LEX R. SMITH