# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00385SOM-LEK |
| CASE NAME: | Wayne Berry vs. HI Express Service, Inc., et al. |
| ATTYS FOR PLA: | Timothy Hogan |
| ATTYS FOR DEFT: | Damian Capozolla<br>Lex Smith<br>Raina Mead<br>Lyle Hosoda |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Sharon Ross |
| DATE: | 1/30/2006 | TIME: | 10:25 - 10:40 |

COURT ACTION:  EP: Status Conference -

Discussion held re: recently produced documents.

Parties may conduct preservation depositions of experts.

Parties to work out a schedule.

Submitted by: Toni Fujinaga Courtroom Manager.