DEC 15 2003 10:31AM  HP LASERJET 3200                                                  p.6

                                                                                  5/23/2003
Order Data.dqy

XLODBC
1
DSN=Original Logistics Database;DBQ=Z:\Original Logistics Data.mdb;DriverId=281;FIL=MS Access;MaxBufferSize=2048;PageTimeout=5;
SELECT `Item - Job`.`Job ID` AS 'Order ID', `Item - Job Cost Detail`.`Container ID`, `Item - Job Cost Detail`.`Sequence`, `Item - Job`.`Est Arrival Date` AS 'Required Date', `Item - Job`.`Est Sailing Date` AS 'Required Sail By', `Item - Job`.`Commodity Group` AS 'Climate', `Item - Job`.`Commodity Type` AS 'Product Type', `Item - Job`.`Consignee Reference` AS 'PO Number', `Item - Job`.`Freight Forwarder` AS 'Shipper', `Item - Job`.`Bill To` AS 'Invoicee', `Item - Job`.`Consignee`, `Item - Job`.`Vendor`, `Item - Job`.`Vendor Code` AS 'Vendor Code', `Item - Job`.`Vendor Contact` AS 'POC', `Item - Job`.`Vendor Phone No` AS 'POC Phone', `Item - Job`.`Buyer` AS 'Merchandiser', `Item - Job`.`Port` AS 'Default Port', `Item - Job`.`Load Type`, `Item - Job`.`Terminal`, `Item - Job`.`Terminal Notes` AS 'Terminal Instructions', `Item - Job`.`Product Available` AS 'Appointment Date', `Item - Job`.`Product Available Until` AS 'Appointment Time', `Item - Job`.`Product Available Time` AS 'Received Date', `Item - Job`.`Product Available Until Time` AS 'Received Time', `Item - Job`.`Pallett Count` AS 'Pallets', `Item - Job`.`Driver Route` AS 'Pallet Exchange', `Item - Job`.`Estimated Case` AS 'PO Case', `Item - Job`.`Estimated Cube` AS 'PO Cube', `Item - Job`.`Estimated Weight` AS 'PO Weight', `Item - Job`.`B/L Case` AS 'BL Case', `Item - Job`.`B/L Cube` AS 'BL Cube', `Item - Job`.`B/L Weight` AS 'BL Weight', `Item - Job`.`Rec Case` AS 'Consolidated Case', `Item - Job`.`Rec Cube` AS 'Consolidated Cube', `Item - Job`.`Rec Weight` AS 'Consolidated Weight', `Item - Job Cost Detail`.`Case` AS 'Verified Case', `Item - Job Cost Detail`.`Cube` AS 'Verified Cube', `Item - Job Cost Detail`.`Weight` AS 'Verified Weight', `Item - Job`.`Cancel Order` AS 'Cancelled', `Item - Job`.`Note or Memo` AS 'Notes', `Item - Job`.`Food or Non Food` AS 'Destination Trucker', `Item - Job`.`Destination Warehouse` AS 'Warehouse', `Item - Job`.`Customer Notes` AS 'Warehouse Notes', `Item - Job`.`Date Entered` AS 'Record Date', `Item - Job`.`ByPass` AS 'HOT', `Item - Job`.`Image` AS 'Manual PO', `Item - Job`.Dept AS 'Account' FROM `Z:\ORIGINAL LOGISTICS DATA`.`Item - Job` `Item - Job`, `Z:\ORIGINAL LOGISTICS DATA`.`Item - Job Cost Detail` `Item - Job Cost Detail` WHERE `Item - Job Cost Detail`.`Job ID` = `Item - Job`.`Job ID` ORDER BY `Item - Job`.`Job ID`

Order ID        Container ID    Sequence            Required Date   Required Sail
By      Climate Product Type        PO Number       Shipper Invoices
Consignee       Vendor  Vendor Code         POC     POC Phone       Merchandiser
Default Port    Load Type       Terminal            Terminal Instructions
Appointment Date        Appointment Time            Received Date   Received Time
Pallets Pallet Exchange PO Case PO Cube PO Weight   BL Case BL Cube BL
Weight  Consolidated Case       Consolidated Cube   Consolidated Weight
Verified Case   Verified Cube   Verified Weight Cancelled       Notes
Destination Trucker     Warehouse       Warehouse Notes Record Date         HOT
Manual PO       Account

1

D0092

46

Hogan Dec. Exhibit 1
Page 1 of 1