the versions of "2003 Excel Spreadsheets" software system that was produced in discovery in December of 2003 and another version produced by the PCT in April of 2005 to the one allegedly examined by Mr. Walker in preparation of his Report. The foundation for these versions are set forth in the Declaration of Timothy J. Hogan at paragraphs 3 & 4 and Exhibit "A."

2. Exhibit "1" attached is a true and correct copy of a worksheet I made to of the elements of the table contained on page 17 of Walker's report. For each statement regarding a measurable fact pertaining to the software, I stated whether I agreed or disagreed with Walker's statement. If I disagree then I also stated what I found in the evidence and supported that finding with an additional Exhibit or reference to an Exhibit.

> a. Line "3" of Exhibit "1" shows that Walker counted 64 tables in my FCS1993 but I counted 69 as shown in Exhibit "4".
> b. Line "4" of Exhibit 1 shows that Walker counted 1,334 fields in my FCS1993 but I counted 1,356 fields.

c. Line "5" and "6" of Exhibit "1" shows that Walker identified "Excel" as the "underlying program" in the "2003 Excel Spreadsheets" replacement system for my FCS1993 software. I found Microsoft Excel and Microsoft Access as shown in Exhibit "3".