IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | ) CIVIL NO. CV03 00385 <br> )       SOM-LEK <br> ) (Copyright) |
|       Plaintiff, | ) |
| vs. | ) DEPOSITION OF <br> ) MARK DILLON |
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation; H.E.S. TRANSPORTATION SERVICES, INC., a California corporation; CALIFORNIA PACIFIC CONSOLIDATORS, INC., a California corporation; JEFFREY P. GRAHAM and PETER SCHAUL, California citizens; MARK DILLON and TERESA NOA, BRIAN CHRISTENSEN, Hawaii citizens; FLEMING COMPANIES, INC., an Oklahoma corporation; C & S LOGISTICS OF HAWAII, LLC, a Delaware LLC; C & S WHOLESALE GROCERS, INC., a Vermont corporation; C & S ACQUISITIONS, LLC; FOODLAND SUPER MARKET, LIMITED, a Hawaii corporation; HAWAII TRANSFER COMPANY, LIMITED, a Hawaii corporation, DOE INDIVIDUALS 1-350; DOE PARTNERSHIPS, CORPORATIONS and OTHER DOE ENTITIES 1-20, | ) DATE TAKEN: 12-23-03 <br> ) <br> ) VOLUME 2 <br> ) Pages 172 - 387 |
|       Defendants. | ) |

JAN FLOATE & ASSOCIATES
(808) 263-1149

```
 1        Q    Now, is it fair to say that there is --
 2   that you still have a copy of
 3   AuxiliaryLogisticsData.mdb?
 4        A    I'm not sure I have a copy of it.
 5        Q    How would you find out if you did or did
 6   not have one?
 7        A    I would have to look for it.
 8        Q    Where would you look?
 9        A    Like on the server or my computer.
10        Q    Either the server or your computer?
11        A    Yeah.
12        Q    So what about the program that's called
13   "OriginalLogisticsData.mdb," do you have a copy of
14   that?
15        A    No.  That's Mr. Berry's software.
16        Q    And you didn't keep a copy of that
17   subsequent to the time that Guidance did its work
18   at your office?
19        A    We did not.
20        Q    Now, you don't recall how you created
21   Auxiliary Logistics Data, and you don't recall if
22   you have a copy of it.  Is there any backup file
23   that might exist somewhere that would have a copy
24   of this program if we had to get our hands on one?
25             MR. SMITH:  You mean, other than
```

JAN FLOATE & ASSOCIATES

1    that contained nothing created by Mr. Berry.
2              MR. HOSODA:  Can we get another break
3    soon?
4              MR. HOGAN:  Yes, we can do one right now,
5    and then I'm going to try to wrap it up.
6              (Brief recess.)
7    Q    (By Mr. Hogan) Let me just do a quick
8    question.  We're back on the record, Mr. Dillon.
9              The June 2000 copy that you had that you
10   then used after the jury verdict, and you call it
11   the OriginalLogisticsDatabase.ddb -- mdb?
12             MR. SMITH:  I'll object.  It misstates
13   his testimony.
14             THE WITNESS:  Let's just say -- counsel
15   should say, but we had agreed to say the
16   OriginalLogisticsData.mdb.
17   Q    (By Mr. Hogan) That's what you call it in
18   the queries; is that a fair statement?
19   OriginalLogisticsData.mdb?
20   A    Yes.
21   Q    I just want to make sure we're talking
22   about the same thing.  Do you know whether a copy
23   of that exists anywhere that we can get our hands
24   on it?
25   A    Guidance software.

```
 1       Q    And you believe there is a copy of that
 2   on the Guidance images?
 3       A    Yes, I do.
 4       Q    Why do you believe that?
 5            Before I ask you the question, it's going
 6   to be exactly the way it was when you went out and
 7   looked on the server and found that as the most,
 8   the most historically accurate representation of
 9   Mr. Berry's database.
10       A    Yes.  I believe --
11       Q    What I'm saying is --
12       A    You want to know what?
13       Q    Here's what I'm getting at.  You've
14   testified that after the trial jury verdict, there
15   were discussions and a decision was made to go back
16   to what you claimed was originally licensed.  Am I
17   okay so far?
18       A    Yes.
19       Q    And you didn't have the exact media from
20   the earlier one because you had a server crash, but
21   you had one that you believe you created sometime
22   in 2000?
23       A    I was not lacking the original file sans
24   any changes made by myself because of a server
25   crash, but because by losing track of its
```

```
                    C E R T I F I C A T E

STATE OF HAWAII      )
                     )  ss.
                     )


        I, LAURA SAVO, a Notary Public in and for
the State of Hawaii, do hereby certify:

        That prior to being examined, the witness
herein, MARK DILLON, was sworn by me to testify to
the truth, the whole truth and nothing but the
truth;

        That the foregoing deposition was taken
down by me in machine shorthand at the time and
place herein stated, and was thereafter reduced to
typewriting under my supervision;

        That the foregoing is a full, true
and correct transcript of said deposition;

        That after said deposition was reduced to
typewriting, the witness, in accordance with Rule
30(e) of the Hawaii Rules of Civil Procedure, was
duly informed of the right to make such corrections
as might be necessary to render the same true and
correct.

        I further certify that I am not of
counsel or attorney for any of the parties to this
case, nor in any way interested in the outcome
hereof, and that I am not related to any of the
parties hereto.

        Witness my hand and seal this 9th day of
January, 2004.


                     _____
                     LAURA SAVO, RPR, CSR NO. 347
                     Notary Public, State of Hawaii
                     My Commission Expires: 11/28/2005
```

JANE GOATES & ASSOCIATES
(808) 263-1149