**Fleming Computer 05 FHL 150**

| | |
|---|---|
| From: | <damian_capozzola@la.kirkland.com> |
| To: | <lex@gte.net> |
| Cc: | <peter_spingola@chicago.kirkland.com>; <bchrist@email.fleming.com>; <cbirche@email.fleming.com>; <rkampfner@whitecase.com>; "Mark Dillon" <markd@fleming-logistics.com> |
| Sent: | Monday, May 12, 2003 9:34 AM |
| Subject: | Re: Freight Software |

I certainly have no intention of sharing anything with Hogan or Berry, at least not at this point and not without due consideration by all involved and/or a court order to do otherwise.

--Damian

lex@gte.net on 05/12/2003 12:04:08 PM

To:  Damian Capozzola/Los Angeles/Kirkland-Ellis@K&E,
     Peter Spingola/Chicago/Kirkland-Ellis@K&E,
     bchrist@email.fleming.com,
     cbirche@email.fleming.com,
     rkampfner@whitecase.com
cc:  "Mark Dillon" <markd@fleming-logistics.com>

Subject:  Re: Freight Software


You have to be careful of these requests for "the software."

Hogan's/Berry's definition of "the software" includes all of Fleming's data of all of Fleming Hawaii's purchases for the past four years.

Apparently with Microsoft Access there's no way to easily separate the "program" from the data.

Hogan and Berry desperately want that data in order to harass Fleming and its vendors.

In the copyright litigation here in Hawaii, we (1) refused to provide the
data; (2) provided the software with the data stripped out of it; and (3)
had a discovery master appointed who had all of the disk drives "imaged" in
order to preserve whatever is on them and to rule on any further requests
from Berry/Hogan for relevant information. The Master was very helpful in
cutting off many intrusive discovery demands. Hogan and Berry hate the
master but I would suggest that anything that's provided to these guys
should certainly not have the data and you ought to consider proposing to
use the same discovery master (who has not been paid Fleming's share of his
fees -- approximately $3,000).


----- Original Message -----
From: <damian_capozzola@la.kirkland.com>
To: <peter_spingola@chicago.kirkland.com>;
<lex@gte.net>;
<bchrist@email.fleming.com>;
<cbirche@email.fleming.com>;
<rkampfner@whitecase.com>
Sent: Monday, May 12, 2003 7:39 AM
Subject: Freight Software


>
>
>
>
> FYI, received this today. I don't intend to respond.
> At this point, everything he's doing is designed to set
> us up.
>
> I do have the electronic version of the system, which I
> received today from one of Brian's guys.
>
> --Damian
>
> ----------------------- Forwarded by Damian
> Capozzola/Los Angeles/Kirkland-Ellis on 05/12/2003
> 10:44 AM -------------------------



Hogan Dec. Exhibit 7
Page 2 of 3

2/2/2006

```
>
>
> hogant001@hawaii.rr.com on 05/12/2003 10:41:31 AM
>
> To:   Damian Capozzola/Los Angeles/Kirkland-Ellis@K&E
> cc:
>
> Subject:  Freight Software
>
>
>
> Dear Capozzola:
>
> I would appreciate a response to my request that the
> Debtor-in-Possession
> agree to turn over a copy of the version of the
Berry
> Freight Control
> System it is presently using.
>
> Tim Hogan
>
>
>
>
>
***********************************************************
> The information contained in this communication is
> confidential, may be attorney-client privileged, may
> constitute inside information, and is intended only
for
> the use of the addressee.  It is the property of
> Kirkland & Ellis.  Unauthorized use, disclosure or
> copying of this communication or any part thereof is
> strictly prohibited and may be unlawful.  If you have
> received this communication in error, please notify
us
> immediately by return e-mail or by e-mail to
> postmaster@kirkland.com, and destroy this
communication
> and all copies thereof, including all attachments.
>
***********************************************************
>
>
```

Hogan Dec. Exhibit 7
Page 3 of 3

2/2/2006