**Timothy J. Hogan**

| | |
|---|---|
| From: | Damian Capozzola [dcapozzola@kirkland.com] |
| Sent: | Monday, February 06, 2006 5:24 PM |
| To: | Timothy J. Hogan; Brenda; Eric Liebeler (E-mail); Lex; Lex Smith; Lyle; Lyle Hosoda (E-mail); Michael Baumann; Raina |
| Cc: | Victor L |
| Subject: | Re: Berry v. Hex. - Berry FCS |

Mr. Hogan:

When I finally received your letter I took immediate action to investigate.  Perhaps if you had addressed the letter to me directly I could have responded more quickly.  In any event, the electronic version my e-mail (5/12/03 7:39 am) references had been sent to Chicago storage.  We have located it and pulled it back, and you will have it as soon as possible.  I deny that anything was "concealed" or that we are or were obligated to turn this over to you, but to avoid an unnecessary fight in front of the judge we will do so as a courtesy.  Dr. Walker has never before seen that particular electronic version in any event.

As for the Guidance issues, you personally supervised the process of copying what Dr. Walker had received and were satisfied with the process, as confirmed by my e-mail of January 30, 2006.  We did this specifically to avoid the very position you are now taking in the event there existed further discrepancies.  If you believe there is still a problem, it is not Dr. Walker's problem.  Moreover, it is my belief that continued evaluation by Guidance will show your concerns about the few remaining dg files amount to nothing of any substance.

--Damian Capozzola


----- Original Message -----
From: "Timothy J. Hogan" [tjh@loio.com]
Sent: 02/06/2006 08:22 PM
To: "Brenda Sakamoto" <bls@ksglaw.com>; "Damian Capozzola \(E-mail\)" <dcapozzola@kirkland.com>; "Eric Liebeler \(E-mail\)" <eliebeler@kirkland.com>; "Lex Smith" <lrs@ksglaw.com>; "Lex Smith \(E-mail\)" <lex@gte.net>; "Lyle Hosoda \(E-mail\)" <lsh@hosodalaw.com>; "Lyle Hosoda \(E-mail\)" <lshosoda@hotmail.com>; "Michael Baumann" <mbaumann@kirkland.com>; "Raina Mead" <rpbm@hosodalaw.com>
Subject: Berry v. Hex. - Berry FCS

Dear Counsel:

So we are clear, it is our position that we have not received all the materials shared with Walker.  Tomorrow is the deadline.  The "DG"
databases that were the subject of Mr. Limongelli's email and the copies of the Berry system taken by Mr. Capozzola and shared with Walker are outstanding.  We intend to seek Walker's disqualification unless we have them by tomorrow or agree otherwise.

As to Mr. Capozzola's ill-advised actions in May 2003, they will be addressed in due course.  Needless to say, he's on our witness list.

I've attached my letter to Mr. Liebeler addressing Mr. Capozzola's conduct in May 2003 that was apparently done on behalf of both Fleming and its lenders and concealed until we discovered it in the Guidance materials that were also previously withheld.

Tim Hogan

1

# Hogan Dec. Exhibit 8 Page 1 of 2

```
Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii  96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email   tjh@loio.com


NOTICE:  This email is only for use by the intended recipient. If received in error any
use, disclosure or copying is prohibited. Any inadvertent receipt shall not be a waiver
of any privilege or work product protection. Please contact the sender at tjh@loio.com or
at
(808) 528-0100.
-----Original Message-----
From: Timothy J. Hogan
Sent: Friday, February 03, 2006 12:02 PM
To: eliebeler@kirkland.com
Subject: Berry v. Hex.

Attached is a copy of a letter sent today via fax.

Tim Hogan


Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii  96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email   tjh@loio.com


NOTICE:  This email is only for use by the intended recipient. If received in error any
use, disclosure or copying is prohibited. Any inadvertent receipt shall not be a waiver
of any privilege or work product protection. Please contact the sender at tjh@loio.com or
at
(808) 528-0100.

<font size=2 face="monospace,courier">
**********************************************************
The information contained in this communication is confidential, may be attorney-client
privileged, may constitute inside information, and is intended only for the use of the
addressee.  It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International
LLP.
Unauthorized use, disclosure or copying of this communication or any part thereof is
strictly prohibited and may be unlawful.  If you have received this communication in
error, please notify us immediately by return e-mail or by e-mail to
postmaster@kirkland.com, and destroy this communication and all copies thereof, including
all attachments.
**********************************************************
</font>
```