





Hogan Dec. Exhibit 9
Page 3 of 11





Hogan Dec. Exhibit 9
Page 5 of 11











