LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
Email: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | Civ. No. CV03 00385 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | **NOTICE OF NON-HEARING** |
| vs. | ) | **MOTION; PLAINTIFF WAYNE** |
| | ) | **BERRY'S MOTION FOR** |
| HAWAIIAN EXPRESS SERVICE, | ) | **RECONSIDERATION OR IN THE** |
| INC., a California corporation; et al. | ) | **ALTERNATIVE RULE 60(b)** |
| | ) | **RELIEF FOR FRAUD ON THE** |
| | ) | **COURT** |
| Defendants. | ) | Non-Hearing Motion |
| | ) | Honorable Susan Oki Mollway |
| _____ | ) | |

## NOTICE OF NON-HEARING MOTION

TO:  LEX R. SMITH, ESQ.
      Kobayashi Sugita & Goda
      First Hawaiian Center
      999 Bishop Street, Suite 2600
      Honolulu, Hawaii 96813
      Attorneys for Defendant
      Fleming Companies, Inc.
      C&S Wholesale Grocers, Inc.,
      C&S Logistics of Hawaii, LLC and
      C&S Acquisitions, LLC

      LYLE HOSODA, ESQ.
      345 Queen Street, Suite 804
      Honolulu, Hawaii 96813
      Attorney for Employee Defendants and
      Brian Christensen

      MICHAEL BAUMANN, ESQ.
      ERIC C. LIEBELER, ESQ.
      DAMIAN CAPOZZOLA, ESQ.
      R. OLIVIA SAMAD, ESQ.
      Kirkland & Ellis
      777 South Figueroa Street
      Los Angeles, CA 90017
      Attorneys for Defendant Fleming Companies, Inc.

NOTICE IS HEREBY GIVEN that the undersigned has filed Plaintiff Wayne Berry's Motion for Reconsideration Or In The Alternative Rule 60(b) Relief For Fraud on the Court with the above-entitled Court.  Pursuant to LR 7.2(e) this motion is designated as "non-hearing."  Pursuant to LR 7.4, any opposition to this Motion must be served and filed with the Court no later than eleven (11) days after service of the Motion.

DATED: Honolulu, Hawai'i, February 10, 2006.

                                              <u>/s/ Timothy J. Hogan</u>
                                              TIMOTHY J. HOGAN
                                              Attorney for Plaintiff WAYNE BERRY