LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
Email: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | Civ. No. CV03 00385 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE RE:** |
| | ) | |
| HAWAIIAN EXPRESS SERVICE, | ) | **NOTICE OF NON-HEARING** |
| INC., a California corporation; et al. | ) | **MOTION;  PLAINTIFF WAYNE** |
| | ) | **BERRY'S MOTION  FOR** |
| Defendants. | ) | **RECONSIDERATION OR IN THE** |
| | ) | **ALTERNATIVE RULE 60(b)** |
| | ) | **RELIEF FOR FRAUD ON THE** |
| | ) | **COURT; MEMORANDUM IN** |
| | ) | **SUPPORT OF PLAINTIFF** |
| | ) | **WAYNE BERRY'S MOTION** |
| | ) | **RECONSIDERATION OR IN THE** |
| | ) | **ALTERNATIVE FOR RULE 60(b)** |
| | ) | **RELIEF FOR FRAUD ON THE** |
| | ) | **COURT; DECLARATION OF** |
| | ) | **TIMOTHY J. HOGAN; EXHIBITS** |
| | ) | **1 TO11** |
| _____ | ) | |

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the Notice of Non-Hearing Motion; Plaintiff Wayne Berry's Motion for Reconsideration  Or In the Alternative Rule 60(b) Relief For Fraud on the Court; Memorandum in Support of Plaintiff Wayne Berry's Motion For Reconsideration  Or in the Alternative Rule 60(b) Relief For Fraud On the Court; Declaration of Timothy J. Hogan; Exhibits "1" to "11" was served on the following at their last known addresses:

<u>Served Electronically on  February 10, 2006</u>:

Margery S. Bronster, mbronster@bchlaw.net, audrey@bchlaw.net

Damian Capozzola, dcapozzola@kirkland.com

Christopher T. Chun, ctc@hosodalaw.com

Leroy E. Colombe, lcolombe@chunkerr.com

Rex Y. Fujichaku, rfujichaku@bchlaw.net, jennifer@bchlaw.net

Lyle S. Hosoda, lsh@hosodalaw.com

Eric C. Liebeler, eliebeler@kirkland.com

Raina P. Mead, rpbm@hosodalaw.com

R. Olivia Samad, osamad@kirkland.com

Ann C. Teranishi act@ksglaw.com

Thomas H.Y.P. Yee, thy@ksglaw.com, bls@ksglaw.com

DATED: Honolulu, Hawai'i, February 11, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff WAYNE BERRY