# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/14/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CV 03-00385SOM-LEK

CASE NAME:      Wayne Berry vs. Hawaiian Express Service, Inc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

    JUDGE:    Susan Oki Mollway        REPORTER:

    DATE:     2/14/2006               TIME:

COURT ACTION:  EO:

Any opposition to Plaintiff's Motion for Reconsideration or in the Alternative Rule 60(b) Relief for Fraud on the Court must be electronically filed no later than 3 p.m. on Friday, February 17, 2006.

Submitted by: Toni Fujinaga, Courtroom Manager.