# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/14/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:	CV 03-00385SOM-LEK

CASE NAME:	Wayne Berry vs. Hawaiian Express Service, Inc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:	Susan Oki Mollway		REPORTER:

DATE:	2/14/2006			TIME:

COURT ACTION:  EO:

No reply to any opposition to Plaintiff's Motion for Reconsideration or in the Alternative Rule 60(b) Relief for Fraud on the Court need be filed. If a reply is filed, it must be electronically filed no later than 9:00 a.m. on Wednesday, February 22, 2006.

Submitted by: Toni Fujinaga Courtroom Manager.