**EXHIBIT "A"**

Eric Liebeler            eliebeler@kirkland.com

Damian Capozzola         dcappozola@kirland.com

R. Olivia Samad          osamad@kirkland.com

Timothy J. Hogan         tjh@loio.com

Thomas H.Y.P. Yee         thy@ksglaw.com, bls@ksglaw.com