# EXHIBIT D

| | | |
|---|---|---|
| **Damian Capozzola/Los Angeles/Kirkland-Ellis**<br>04/19/2005 02:28 PM | To | mwalker@brassratgroup.com, Marty Walker <mwalker@alum.mit.edu> |
| | cc | |
| | bcc | Allison Andrews/Los Angeles/Kirkland-Ellis |
| | Subject | Disk Provided |

Provided today: CD entitled "Dillon Discovery Berry Suit" containing five files ("Queries.mbd" and four Excel files -- Accounting_Data, Auxilliary_Data, Logistics_Data, and Receivables_Data).

--Damian

PCT-B MW 000470

# LYLE S. HOSODA & ASSOCIATES, LLC
## ATTORNEYS AT LAW

345 Queen Street, Suite 804 ♦ Honolulu, Hawaii 96813
Telephone: 524-3700 ♦ Facsimile: 524-3838

Lyle S. Hosoda

Raina P.B. Mead
Christopher T. Chun

## LETTER OF TRANSMITTAL

**VIA DHL OVERNIGHT EXPRESS**

DATE:   April 14, 2005

TO:     Damian D. Capozzola, Esq.
        Kirkland & Ellis, LLC
        777 South Figueroa Street
        Los Angeles, California 90017

FROM:   Raina P.B. Mead, Esq./Denisa

RE:     *Wayne Berry v. Hawaiian Express Services, Inc., et al*,
        Civil No. CV03-00385 SOM-LEK; United States District Court

| NO. OF COPIES | DATED/FILED | DESCRIPTION |
|---|---|---|
| 1 | | CD labeled "Dillon Discovery (Berry Suit)" |

| | | | |
|---|---|---|---|
| (X) | Per your request | ( ) | For necessary action |
| ( ) | For your review & comments | ( ) | For filing |
| ( ) | For your information & file | ( ) | See remarks below |
| ( ) | For signature & return | ( ) | For signature & forwarding as noted below |

Should you have any questions, please call 524-3700.

**REMARKS:**