# EXHIBIT F

understanding material that is undisputedly not claimed to be subject to such protection in this matter.

34.     First, upon review of the Complaint, Berry testimony (both written and oral), and responses to various Interrogatories, I note that Berry does not claim that defendants infringed his copyright with respect to the *data* contained in the database. Indeed, it is undisputed that the data are owned by the defendants and cannot be the subject of copyright protection. Berry was not the author of the data. The data were entered by the employees, who frequently were themselves copying from other sources. See e.g. Exh P.

35.     All that remains for possible copyright infringement claims is the specification and organization of specific tables within the database. In written and oral testimony, both Berry and Johnson refer to this as "the structure" of the database. Although the term structure may refer to different aspects of a database, both Berry and Johnson further specify the "relational structure" of the database. By "relational structure," I understood that these are the specific copyright claims that Berry identifies in the Interrogatory responses attached as Exhibit D, the complaint, and are the subject of the Dr. Johnson's expert report. Berry specifies specific elements of his database that he alleges were copied in what is now Exhibit I to my Declaration. Therefore, these are the focus of my analysis of possible copyright infringement.

## XII.   APRIL-JUNE 2003 SOFTWARE: THE DUAL DATABASES.

36.     I understand that after the verdict in the pre-petition case, Fleming intended to revert back to the original, licensed Berry 1993 FCS product. I understand that it is undisputed that Fleming operated this database until June 9, 2003, at which time Fleming began to use the 2003 Excel Spreadsheets. I further understand that Berry alleges that the Dual Databases constitute unlicensed derivative works and therefore represent infringement of Berry's copyright during the time period of April 2003 through June 9, 2003. This section details my analysis of Berry's claims in this regard. In summary, I find Berry's claims to be without merit.

37.     I understand that Fleming intended to revert back to the licensed version of the Berry software by removing all changes that were made by Fleming to the Berry 1993 FCS database (leaving the original Berry database), and by creating a new database that only contained

Fleming-created materials that did not fit within the context of the original 1993 FCS database. Thus I refer to these databases as the "Dual Databases," since it contains two parts: "Original Logistics Data.mdb" and "Auxiliary Logistics Data.mdb."[2] I understand that it is undisputed that Fleming intended that the database called "Original Logistics Data.mdb" was to be precisely identical to the licensed 1993 FCS Database. Thus I will refer to this database as the "2003 Fleming FCS Database." I further understand that it is undisputed that Fleming created the second database called "Auxiliary Logistics Data.mdb."

38.   Based on my review of the Complaint, the Berry Affidavit, the Berry Declaration, Berry responses to Defendant's Interrogatories, and Berry deposition testimony, I understand that Berry has three contentions regarding this process:

- that Berry never authorized defendants to use any of his copyrighted works after April 1, 2003 (Berry's Concise Statement of Facts in Support of Motion for Summary Judgment, ¶ 5);

- that the "2003 Fleming FCS Database" is not identical to the licensed 1993 FCS database and thus represents an unauthorized derivative of the licensed 1993 FCS database (see the Memorandum in Support of Motion for Summary Judgment page 3); and

- that the "Auxiliary Logistics Data" database, authored entirely by Mark Dillon, is in itself an unauthorized derivative work. (See Deposition Transcript of Wayne Berry dated May 18 and 19, 2005.)

I will address each of these contentions in turn.

39.   As a threshold matter, I understand that Fleming maintains that it continued to have a valid license to use Berry's works after April 1, 2003. Further, I note that Berry himself admits that the jury verdict did not terminate, cancel, or revoke Fleming's license to use 1993 FCS (see Berry's Response to Fleming's First Request for Admissions Propounded to Wayne

---

[2] Berry refers to this second database by a number of different names, including "Auxillary Logistis Data," "Auxiliary Logistics Data," and "Auxiliary Logistics Data" at different points in his Affidavit. I assume these references are typographical errors and that he intended to uniformly refer to the database "Auxiliary Logistics Data" created and used by Fleming in 2003.

Berry Re: Claim No 18704 dated Sept 23, 2004 response to RFA No. 1, attached as Exh. E). Thus, for the purposes of my analysis of the Dual Databases, I will assume that Fleming did indeed have a valid license to continue to use the Berry Database, and I will address the remaining issues above.

40. I understand that Berry contends that Fleming was not in fact using the licensed version of his database. Upon investigation, I found that Mr. Berry identified certain differences between the licensed software and the version that Fleming was using in April through June 2003. In particular, Berry identified 7 fields that were not in the licensed database. He identified these fields in Exhibit 27 of the Affidavit of Wayne Berry filed on Sept 20, 2004, attached to my Declaration as Exhibit F. The first 7 lines of Berry Exh. 27 list database fields identified by Berry that were in the software used by Fleming. I confirmed that these fields were not present in either the licensed software or in the copyright filing.

41. I next investigated the substance and magnitude of these modifications. First of all, it is important to note that the Berry 1993 FCS contains 1334 fields. The seven additional fields identified by Berry thus represent an insignificant extension: on a numerical basis, 7 differences out of 1334 total fields yields the conclusion that the databases are 99.5% identical. Further, I understand the function of these added fields is merely ancillary to the operation of the database.

42. Attached as Exhibit G is a chart detailing the purpose of each of the seven added fields. In summary, one field was experimental and not part of the operation of the database, four fields were used to facilitate the exporting of Fleming's data (a "fair use" of the database), and two fields were temporary fields created to aid recovery of lost data (no data was permanently stored in these two fields). As can be seen, these seven fields are in no way part of the normal operation of the database. Thus it is my expert opinion that the two databases are practically identical from both a numerical perspective and a functional perspective. Further, as stated above, I understand that it is undisputed that the intent of the defendants was to make the databases identical. As a result, it is my further opinion that, for the purposes of this litigation, the file "Original Logistics Data.mdb" should not be considered to be an unlicensed derived work

# Exhibit 27

Fields from

Dillon Queries

That are not in

FCS 1993

| Fields From Dillon Import Queries May – June and July 2003 | Berry FCS 1993 | Fleming Version Nov 2001 | Original Logistics Data.mdb | Auxiliary Logistics Data.mdb | Dillon Import Import Queries | Dillon 2003 Queries.mdb |
|---|---|---|---|---|---|---|
| 1 Name - Company.ScratchName AS Fleming Name | No | Yes | Yes | No | Yes | Yes |
| 2 NotesCtnFirsts.FirstOfFlemingLocations AS Fleming Location | No | No | Yes | No | Yes | Yes |
| 3 NotesCtnFirsts.FirstofLastDayToReturn AS Last Day To Return | No | No | Yes | No | Yes | Yes |
| 4 NotesCtnFirsts.FrstOfStatus AS Return Status | No | No | Yes | No | Yes | Yes |
| 5 NotesCtnFirsts.FirstCfStatusDate AS Status Date | No | No | Yes | No | Yes | Yes |
| 6 ARPayments.Voucher Number Old AS Check ID | No | No | Yes | No | Yes | Yes |
| 7 ARPaymentsDistribution.Voucher ID Old | No | No | Yes | No | Yes | Yes |
| 8 Rates - Miscellaneous.Service | No | Yes | No | Yes | Yes | Yes |
| 9 Rates - Miscellaneous.Service Provider | No | Yes | No | Yes | Yes | Yes |
| 10 Rates - Miscellaneous.Rate | No | Yes | No | Yes | Yes | Yes |
| 11 Rates - Miscellaneous.Notes | No | Yes | No | Yes | Yes | Yes |
| 12 Rates - Miscellaneous.Rate ID | No | Yes | No | Yes | Yes | Yes |
| 13 Rates - Tariff.Carrier | No | Yes | No | Yes | Yes | Yes |
| 14 Rates – Tariff.Tariff | No | Yes | No | Yes | Yes | Yes |
| 15 Rates -Tariff.Destination | No | Yes | No | Yes | Yes | Yes |
| 16 Rates - Tariff.Origin | No | Yes | No | Yes | Yes | Yes |
| 17 Rates - Tariff.Container Type | No | Yes | No | Yes | Yes | Yes |
| 18 Rates - Tariff.Container Size | No | Yes | No | Yes | Yes | Yes |
| 19 Rates - Tariff.Drayage | No | Yes | No | Yes | Yes | Yes |
| 20 Rates Tariff.Origin Wharfage | No | Yes | No | Yes | Yes | Yes |
| 21 Rates - Tariff.Terminal Handling | No | Yes | No | Yes | Yes | Yes |
| 22 Rates - Tariff.Ocean | No | Yes | No | Yes | Yes | Yes |
| 23 Rates - Tariff. Fuel Surcharge | No | Yes | No | Yes | Yes | Yes |
| 24 Rates - Tariff.Destination Wharfage | No | Yes | No | Yes | Yes | Yes |
| 25 Rates - Tariff.Notes | No | Yes | No | Yes | Yes | Yes |
| 26 Rates - Tariff.Tariff ID | No | Yes | No | Yes | Yes | Yes |
| 27 Rates - Trurcking.Service | No | Yes | No | Yes | Yes | Yes |
| 28 Rates – Trucking.Service Provider | No | Yes | No | Yes | Yes | Yes |
| 29 Rates - Trucking.Origin | No | Yes | No | Yes | Yes | Yes |
| 30 Rates - Trucking.Destination | No | Yes | No | Yes | Yes | Yes |
| 31 Rates - Trucking.Load Type | No | Yes | No | Yes | Yes | Yes |
| 32 Rates - Trucking.Rate | No | Yes | No | Yes | Yes | Yes |
| 33 Rates - Trucking.Notes | No | Yes | No | Yes | Yes | Yes |
| 34 Rates – Trucking.Trucking Rate ID | No | Yes | No | Yes | Yes | Yes |
| 35 Vendor Defaults.Vendor ID | No | Yes | No | Yes | Yes | Yes |
| 36 Vendor Defaults.Vendor Name AS Vendor | No | Yes | No | Yes | Yes | Yes |
| 37 Vendor Defaults.Vendor Code AS Vendor Number | No | Yes | No | Yes | Yes | Yes |
| 38 Vendor Defaults.Vendor Contact AS POC | No | Yes | No | Yes | Yes | Yes |
| 39 Vendor Defaults.Vendor Location AS Vendor Site | No | Yes | No | Yes | Yes | Yes |
| 40 Vendor Defaults.Vendor Phone No AS POC Phone | No | Yes | No | Yes | Yes | Yes |
| 41 Vendor Defaults.Shipper | No | Yes | No | Yes | Yes | Yes |
| 42 Vendor Defaults.Bill To AS Invoicee | No | Yes | No | Yes | Yes | Yes |
| 43 Vendor Defaults.Consignee | No | Yes | No | Yes | Yes | Yes |
| 44 Vendor Defaults.Buyer AS Merchandiser | No | Yes | No | Yes | Yes | Yes |
| 45 Vendor Defaults.Port AS Default Port | No | Yes | No | Yes | Yes | Yes |
| 46 Vendor Defaults.Terminal | No | Yes | No | Yes | Yes | Yes |
| 47 Vendor Defaults.Commodity Group AS Climate | No | Yes | No | Yes | Yes | Yes |
| 48 Vendor Defaults.Commodity Type AS Product Type | No | Yes | No | Yes | Yes | Yes |
| 49 Vendor Defaults.Load Type | No | Yes | No | Yes | Yes | Yes |
| 50 Vendor Defaults.Tariff | No | Yes | No | Yes | Yes | Yes |
| 51 Vendor Defaults.Tariff Origin | No | Yes | No | Yes | Yes | Yes |
| 52 Vendor Defaults.Destination Warehouse AS Warehouse | No | Yes | No | Yes | Yes | Yes |
| 53 Vendor Defaults.Dept AS Account | No | Yes | No | Yes | Yes | Yes |
| 54 Vendor Defaults.Destination Trucker | No | Yes | No | Yes | Yes | Yes |
| 55 Vendor Defaults.DryByWeight | No | Yes | No | Yes | Yes | Yes |
| 56 Vendor Defaults.Projected Backhaul Rate AS Allocated Backhaul Rate | No | Yes | No | Yes | Yes | Yes |
| 57 Vendor Defaults.Projected BackHaul Unit AS Allocated Backhaul Unit | No | Yes | No | Yes | Yes | Yes |
| 58 Vendor Defaults.Projected Freight Rate AS Allocated Freight Rate | No | Yes | No | Yes | Yes | Yes |
| 59 Vendor Defaults.Projected Freight Unit AS Allocated Freight Unit | No | Yes | No | Yes | Yes | Yes |
| 60 Vendor Defaults.Freight Allowance Rate | No | Yes | No | Yes | Yes | Yes |
| 61 Vendor Defaults.Freight Allowance Unit | No | Yes | No | Yes | Yes | Yes |
| 62 Vendor Defaults.Cost by Weight | No | Yes | No | Yes | Yes | Yes |
| 63 Vendor Defaults.Auto Deduct | No | Yes | No | Yes | Yes | Yes |
| 64 Vendor Defaults.Notes | No | Yes | No | Yes | Yes | Yes |

74