**EXHIBIT G**

Wayne Berry vs. Fleming Companies, Inc.

Expert Witness Report

Philip Johnson, Ph.D.

**1. Statement of opinions to be expressed.**

In the Spring of 2002, I participated as an expert witness in a trial concerning copyright infringement of software created by Wayne Berry. In December, 2004, I was again contacted by Timothy Hogan and Wayne Berry and asked to participate in a new case regarding this software.

In this report, I express the following opinion:
1. Fleming clearly was not using the October 1999 version of the Berry Software on April 1, 2003.

**2. Data considered in forming my opinion.**

Wayne Berry provided me with binders containing the Jury Verdict from the first case, the Posner case, various Dillon testimonies, Injunction Hearing Transcripts and Results, and Berry exhibits. My opinion is based upon the following:

- In Dillon's testimony (pages 26-32 from the Injunction Hearing Transcript), he states that he made several changes (including the additional of new fields and some Y2K compliance) to the October 1999 version of the database, and then tried to 'revert' this new version to the October 1999 version by taking out the changes. However, in his testimony, he states that not all changes (i.e. new fields) were removed.

- Exhibit 27 shows a summary of the fields that were discovered from the database queries against the modified version of the system that were not present in the October 1999 version of the Berry Software.

Given that there are fields present in queries against the modified version of the system that were not present in 1999, and given that the programmer actually admitted to having made modifications to the 1999 version that were not removed, it appears certain that Fleming was not using the October 1999 version of the software.

**3. Exhibits used in forming this opinion:**

- Exhibit 27

**4. Qualifications.**

Please see attached curriculum vitae.

**5. Compensation:**

Hourly rate: $200. Amount of retainer: $1000. Amount paid to date: $600 (3.0 hours)

**6. Listing of cases in which the witness has testified**

Berry v. Fleming Companies, Inc., Civ. No. 01-0446 SPK-LEK (D. Hawaii)

EXHIBIT

# Philip M. Johnson

Information and Computer Sciences  
University of Hawaii  
1680 East-West Road  
Honolulu, HI 96822

(808) 956-3489  
fax: (808) 956-3548  
johnson@hawaii.edu  
http://csdl.hawaii.edu/~johnson/

## Degrees

Ph.D. in Computer Science, University of Massachusetts, Amherst. 1990

M.S. in Computer Science, University of Massachusetts, Amherst. 1985

B.S. in Computer Science, University of Michigan, Ann Arbor. 1980

B.S. in Biology, University of Michigan, Ann Arbor. 1980

## Research and Teaching Experience

*Professor* — 2001—present  
*Associate Professor* — 1995—2001  
*Assistant Professor* — 1990—1995  
Department of Information and Computer Sciences, University of Hawaii.

- Director, Collaborative Software Development Laboratory
- Graduate Chair, Information and Computer Sciences, 1998-2001

*Senior Research Fellow* — 1997  
Distributed Systems Technology Centre, University of Queensland, Brisbane, Australia.

- Research on computer-supported cooperative work technologies

*Research Assistant* — 1984—1986, 1987—1990  
Department of Computer Science, University of Massachusetts.

- Ph.D. thesis on structural evolution in software development
- Research on automated Ada package restructuring
- Research on natural language processing tools.

*Teaching Assistant* — 1983—1984  
Department of Computer Science, University of Massachusetts.

- Coursework support in software engineering.

*Lecturer* — 1981—1982  
Department of Computer and Communication Sciences, University of Michigan.

- Taught introductory programming course.

## Industry Experience

**2003-present**
*Member, Board of Directors*
Tiki Technologies, Inc., Honolulu, Hawaii.
- Tiki Technologies develops internet software including spam detection systems.

**2002-present**
*Member, Board of Directors*
Lavanet, Inc., Honolulu, Hawaii.
- Lavanet is an Internet Service Provider, Network Engineering, and Web Development Services company.

**1999-present**
*Member, Board of Directors*
Hawaii Strategic Development Corporation, Honolulu, Hawaii.
- HSDC is a State-sponsored organization that works to support the growth of the venture capital industry in Hawaii.

**2000-present**
*Member, Professional Advisory Board*
BreastCancer.org, Philadelphia, PA.
- BreastCancer.org is a non-profit organization dedicated to helping those living with breast cancer.

**2000-2004**
*Member, Board of Directors*
High Technology Development Corporation, Honolulu, Hawaii.
- HTDC is a State-sponsored organization whose mission is to support the growth of the high technology industry in Hawaii.

**2000**
*Co-Founder*
hotU, Inc., Honolulu, Hawaii.
- Served as interim Chief Technology Officer during initial formation of company to provide Internet-based services to college student market. Currently serve on Technology Advisory Board.

**1994—present**
*Consulting Software Engineer*
Honolulu, Hawaii.
- Providing project management and software engineering services to local and national companies.

**2000-2002**
*Member, Professional Advisory Board*
Referentia, Inc., Honolulu, HI.
- Referentia develops E-learning multimedia packages.

**1986—1987**
*Programmer*
Department of Computer Science, University of Massachusetts.
- Developed control shell for GBB, an AI knowledge base and inference environment.

**1982—1983**
*Systems Programmer*
Software Services Corporation, Ann Arbor, MI.
- Developed software quality assurance and validation tools for Ford Motor Company.

**1981—1983**
*Systems Analyst*

2

Veterans Hospital, Ann Arbor, MI.
- Developed real-time data acquisition and signal processing software to control hardware for psychophysiological experimentation.

1978

*Programmer*
Great Lakes Software Systems, Ann Arbor, MI.
- Implemented an accounts receivable package in COBOL.

## Journal Publications

P. M. Johnson and H. Kou and M. Paulding and Q. Zhang and and A. Kagawa and T. Yamashita, *Improving software development management through software project telemetry*, To appear in IEEE Software, 2005.

S. Faulk and J. Gustafson and P. Johnson and A. Porter and W. Tichy and L. Votta, *Measuring HPC Productivity*, International Journal of High Performance Computing Applications, December 2004.

P. M. Johnson and M. L. Moffett and B. T. Pentland, *Lessons learned from VCommerce: A virtual environment for interdisciplinary learning about software entrepreneurship*. Communications of the ACM, Vol. 46, No. 12, December, 2003.

P. M. Johnson and C. A. Moore and J. A. Dane and R. S. Brewer, *Empirically Guided Software Effort Guesstimation*. IEEE Software, Vol. 17, No. 6, December 2000.

P. M. Johnson and A. M. Disney, *A Critical Analysis of PSP Data Quality: Results from a Case Study*. Journal of Empirical Software Engineering, Volume 4, December, 1999.

P. M. Johnson and A. M. Disney, *The Personal Software Process: A Cautionary Case Study*. In IEEE Software, Volume 15, No. 6, November, 1998.

P. M. Johnson, *Reengineering Inspection*. In Communications of the ACM, Volume 41, No. 2, February, 1998.

P. M. Johnson and D. Tjahjono, *Does Every Inspection Really Need A Meeting?*, In Journal of Empirical Software Engineering, Volume 4, No. 1, January 1998.

A. A. Porter and P. M. Johnson, *Assessing Software Review Meetings: Results of a Comparative Analysis of Two Experimental Studies*. In IEEE Transactions on Software Engineering, vol. 23, no. 3, March 1997.

P. M. Johnson, *Design for Instrumentation: High Quality Measurement of Formal Technical Review*. Software Quality Journal, Volume 5, March, 1996.

D. Wan and P. M. Johnson, *Experiences with CLARE: a Computer-Supported Collaborative Learning Environment*. In the International Journal of Human-Computer Studies, Volume 41, December, 1994.

P. M. Johnson, *Experiences with EGRET: An Exploratory Group Work Environment*. In Collaborative Computing 1(1), March, 1994.

B. Walker, M. Walker, S. Achem, P. Johnson, and R. Gregg. *The Clinical Significance of Electrogastrography*. In Psychophysiology 20: 1983.

3

**Book Chapters**

P. M. Johnson, *An Instrumented Approach to Improving Software Quality through Formal Technical Review*. In Software Inspection: An Industry Best Practice. David A. Wheeler, Bill Brykczynski, and Reginald N. Meeson, Jr., Editors. IEEE Computer Society Press. 1996

Also appearing in the Proceedings of the 16th International Conference on Software Engineering, Sorrento, Italy. 1994.

P. M. Johnson and W. G. Lehnert, *Beyond Exploratory Programming: A Methodology and Environment for Natural Language Processing*. In Artificial Intelligence and Software Engineering, D. Partridge, editor. Ablex, 1990.

Also appearing in Proceedings of the Fifth National Conference on Artificial Intelligence (AAAI-86), Philadelphia, PA.

D. Corkill, K. Gallagher, and P. M. Johnson, *Achieving Flexibility, Efficiency, and Generality in Blackboard Architectures*. In Readings in Distributed Artificial Intelligence, A. Bond and L. Gasser, editors. Morgan-Kaufman, 1988.

Also appearing in Proceedings of the Sixth National Conference on Artificial Intelligence (AAAI-87), Seattle, WA.

**Conference Publications**

P. M. Johnson, H. Kou, J. Agustin, Q. Zhang, A. Kagawa, T. Yamashita, *Practical automated process and product metric collection and analysis in a classroom setting: Lessons learned from Hackystat-UH*, In Proceedings of the 2004 Symposium on Empirical Software Engineering, Los Angeles, CA., August 2004.

P. M. Johnson, H. Kou, J. Agustin, C. Chan, C. Moore, J. Miglani, S. Zhen, and W. Doane, *Beyond the Personal Software Process: Metrics collection and analysis for the differently disciplined*, In Proceedings of the 2003 International Conference on Software Engineering, Portland, OR., May, 2003.

P. M. Johnson, *Leap: A "Personal Information Environment" for Software Engineers*. In Proceedings of the 1999 International Conference on Software Engineering, Los Angeles, CA., May 1999.

A. M. Disney, P. M. Johnson, *Investigating Data Quality Problems in the PSP*. In Proceedings of the Sixth International Symposium on the Foundations of Software Engineering, Orlando, FL., November, 1998.

P. M. Johnson, D. Tjahjono, *Assessing software review meetings: A controlled experimental study using CSRS*. In Proceedings of the 1997 International Conference on Software Engineering, Boston, MA., May 1997.

D. Wan and P. M. Johnson, *Computer Supported Collaborative Learning using CLARE: the Approach and Experimental Findings*. In Proceedings of the 1994 ACM Conference on Computer Supported Cooperative Work, Chapel Hill, NC. 1994.

P. M. Johnson, *Supporting Technology Transfer of Formal Technical Review through a Computer Supported Collaborative Review System*. In Proceedings of the Fourth International Conference on Software Quality, Reston, VA. 1994

4

P. M. Johnson, *An Instrumented Approach to Improving Software Quality through Formal Technical Review*. In Proceedings of the 16th International Conference on Software Engineering, Sorrento, Italy. 1994.

P. M. Johnson, D. Tjahjono, D. Wan, R. Brewer, *Experiences with CSRS: An Instrumented Software Review Environment*. In Proceedings of the 11th Annual Pacific Northwest Software Quality Conference, Portland, OR. 1993.

P. M. Johnson, D. Tjahjono, *Improving Software Quality through Computer Supported Collaborative Review*. In Proceedings of the Third European Conference on Computer Supported Cooperative Work, Milan, Italy. 1993.

P. M. Johnson, *Supporting Exploratory CSCW with the EGRET Framework*. In Proceedings of the ACM 1992 Conference on Computer Supported Cooperative Work, Toronto, Canada. 1992.

P. M. Johnson, D. Hildum, A. Kaplan, C. Kay, and J. Wileden, *An Ada Restructuring Assistant*. In Proceedings of the Fourth Annual Conference on Artificial Intelligence and Ada, Fairfax, VA. 1988.

D. Corkill, K. Gallagher, and P. M. Johnson, *Achieving Flexibility, Efficiency, and Generality in Blackboard Architectures*. In Proceedings of the Sixth National Conference on Artificial Intelligence (AAAI-87), Seattle, WA.

P. M. Johnson and W. G. Lehnert, *Beyond Exploratory Programming: A Methodology and Environment for Natural Language Processing*. In Proceedings of the Fifth National Conference on Artificial Intelligence (AAAI-86), Philadelphia, PA.

## Workshop Publications

P. M. Johnson, *You can't even ask them to push a button: Toward ubiquitous, developer-centric, empirical software engineering*, Proceedings of the Workshop on New Visions for Software Design and Productivity: Research and Applications, December, 2001.

P. M. Johnson, *Project LEAP, Lightweight, Empirical, Anti-measurement dysfunction, and Portable Software Developer Improvement*, Software Engineering Notes, Volume 24, Number 6, December 1999.

P. M. Johnson, *Egret: A Framework for Advanced CSCW Applications*, Software Engineering Notes, Volume 21, Number 5, September 1996.

P. M. Johnson, *Assessing software review meetings: An empirical study using CSRS*, Appearing in the 1996 International Software Engineering Research Network Meeting (ISERN'96), Sydney, Australia, August, 1996.

P. M. Johnson and Carleton Moore, *Investigating Strong Collaboration with the Annotated Egret Navigator*, Appearing in the Fourth IEEE Workshop on Enabling Technologies: Infrastructure for Collaborative Enterprises (WET ICE 95), April, 1995.

P. M. Johnson, *Computer Supported Formal Technical Review with CSRS*, Software Inspection and Review Organization Newsletter, Volume 5, Number 3, December, 1994.


P. M. Johnson, *Collaboration-in-the-large vs. Collaboration-in-the-small*. Appearing in Proceedings of the 1994 CSCW Workshop on Software Architectures for Cooperative Systems, Chapel Hill, VA. October, 1994.

P. M. Johnson, *From Principle-centered to Organization-centered Design: A Case Study of Evolution in a Computer-Supported Formal Technical Review Environment*. Appearing in the Proceedings of the 15th Interdisciplinary Workshop on Informatics and Psychology, Scharding, Austria, 1994.

P. M. Johnson, *Report from the 1993 ECSCW Workshop on Tools and Technologies*. SIGOIS Bulletin, April, 1994.

P. M. Johnson, *Methodological Issues in CSCW Research*. Position paper for the 1993 European Conference on Computer Supported Cooperative Work, Workshop on Tools and Technologies, Milan, Italy. 1993.

P. M. Johnson, *An Architectural Perspective on EGRET*. In Proceedings of the ACM 1992 Conference on Computer Supported Cooperative Work, Workshop on Tools and Technologies, Toronto, Canada. 1992.

P. M. Johnson, *Collaborative Software Review for Capturing Design Rationale*. In Proceedings of the 1992 AAAI Workshop on AI and Design Rationale, San Jose, CA. 1992.

D. Wan and P. M. Johnson, *Supporting Scientific Learning and Research Review using CORE-VIEW*. In Proceedings of the 1992 AAAI Workshop on Communicating Scientific and Technical Knowledge, San Jose, CA. 1992.

P. M. Johnson, *EGRET: Exploring Open, Evolutionary, and Emergent Collaborative Systems*. In Proceedings of the 1991 European Conference on Computer Supported Cooperative Work, Tools and Technologies Workshop, Amsterdam, The Netherlands. 1991.

P. M. Johnson, *Structural Evolution in Exploratory Software Development*. In Proceedings of the 1989 AAAI Spring Symposium on AI and Software Engineering, Stanford University, CA. 1989.

S. Founds and P. M. Johnson, *A Knowledge-based Rhythm Composition Tool*. In Proceedings of the 1989 IJCAI Workshop on Artificial Intelligence and Music, Detroit, MI. 1989.

P. M. Johnson, *Integrating BB1-style Control into the Generic Blackboard System*. In Proceedings of the 1987 AAAI Workshop on Blackboard Systems, Seattle, WA. 1987.

P. M. Johnson, *Combining Software Engineering and Artificial Intelligence*. In Proceedings of the First International Workshop on Computer-Aided Software Engineering, Cambridge, MA. 1987.

D. Corkill, K. Gallagher, and P. M. Johnson, *From Prototype to Product: Evolutionary Development from within the Blackboard Paradigm*. In Proceedings of the Workshop on High-level Tools for Knowledge-based Systems, Columbus, OH. 1986.

P. M. Johnson, *Requirements Definition for a PLUMber's Apprentice*. In Proceedings of the Second Annual Workshop on Theoretical Issues in Conceptual Information Processing, New Haven, CT. 1985.

**Tutorial Presentations**

*Java: What's it all about?* Half-day tutorial presented at the Pacific New Media Center, Honolulu, HI, November, 1997.

*The TekInspect Software Review Method: Reviewer Training* and *The TekInspect Software Review Method: Moderator Training.* Two day tutorial presented at Tektronix, Inc, Beaverton, OR. July, 1996.

*Inspection Quick Start: An accelerated, pragmatic introduction for software engineers and managers.* Full-day tutorial presented at Tektronix, Inc, Beaverton, OR. May, 1996.

*Improved Formal Technical Reviews: Beyond Fagan Code Inspections.* Half-day tutorial presented at the 17th International Conference on Software Engineering, Seattle, WA. April, 1995.

*Formal Technical Review: Theory and Practice — Past, Present, and Future.* Half-day tutorial presented at the Fourth International Conference on Software Quality, Reston, VA. 1994

*UNIX and Trends in Next Generation Operating Systems.* Half-day tutorial presented at the Japan-America Institute for Management Science. Honolulu, HI. 1992, 1993, 1994.

**Invited Talks**

*Tool Support for Experimentation.* Panel chair and member, presented at the 2003 meeting of the International Software Engineering Research Network, Rome, Italy, 2004.

*e-World Experimentation.* Panel chair and member, presented at the 2001 meeting of the International Software Engineering Research Network, Strathclyde, Scotland, August, 2001.

*Experimental Software Engineering in Internet Startups: An oxymoron?* Talk presented at the 2000 meeting of the International Software Engineering Research Network, Honolulu, HI. October, 2000.

*Process improvement is dead! Long live the rising tide!* Talk presented at Microsoft Corporation, Seattle, Washington. November, 1999.

*Questioning assumptions in the PSP, Part II.* Talk presented at the 1999 meeting of the International Software Engineering Research Network, Oulu, Finland. June, 1999.

*Introduction to Software Engineering in the Collaborative Software Development Laboratory.* Talk presented at "A presentation of leading-edge scientific projects and programs for the Honorable Benjamin J. Cayetano, Governor, State of Hawaii". University of Hawaii, April, 1999.

*Investigating Data Quality Problems in the PSP.* Talk presented at the Sixth International Symposium on the Foundations of Software Engineering, Orlando, FL, November, 1998.

*From the PSP to Project LEAP.* Talk presented at the 1998 Meeting of the International Software Engineering Research Network, Naperville, IL, October, 1998.

*What's Quality Got To Do With It?* Talk presented at the School of Information Technology, University of Queensland, St. Lucia, Australia, July, 1997.

*Java: What's so Special?* Talk presented at the Annual Meeting of the Data Processing Management Association, Western Region. Honolulu, HI, September, 1996.

*Object Oriented Programming: From Scandinavia to the South Pacific, Simula to OO Cobol.* Talk presented to the Data Processing Management Association, Honolulu Chapter, April 1996.

*Reengineering Inspection: The Future of Formal Technical Review.* Talk presented at: Tektronix, Inc, Beaverton, OR; Andersen Consulting, Chicago, IL; Motorola, Inc, Austin, TX. 1996.

*Supporting Software Quality through Computer Supported Formal Technical Review.* Invited talk for the Distinguished Software Scientists Visiting Speaker Program, Tektronix, Inc. Beaverton, OR. 1994.

*Supporting Technology Transfer of Formal Technical Review through a Computer Supported Collaborative Review System.* Talk presented at the Fourth International Conference on Software Quality, Reston, VA. 1994

*Lessons Learned from Designing Computer-mediated Collaboration for Formal Technical Review.* Talk presented at the 15th Interdisciplinary Workshop on Informatics and Psychology, Schärding, Austria, 1994.

*An Instrumented Approach to Improving Software Quality through Formal Technical Review.* Talk presented at: the 16th International Conference on Software Engineering, Sorrento, Italy; the University of Aalborg, Denmark. 1994.

*Experiences with CSRS: An Instrumented Software Review Environment.* Talk presented at the Eleventh Annual Pacific Northwest Quality Conference, Portland, OR. October, 1993.

*Improving Software Quality through Computer-Supported Formal Technical Review.* Invited talk presented at the Naval Command, Control, and Ocean Surveillance Center, San Diego, CA. October, 1993.

*Improving Software Quality through Computer-Supported Collaborative Review.* Talk presented at the 1993 European Conference on Computer Supported Cooperative Work. Milan, Italy. 1993.

*Why CSCW Developers are Bad at CSCW Research.* Keynote address presented at the 1993 European Conference on Computer Supported Cooperative Work, Tools and Technologies Workshop. Milan, Italy. 1993.

*CSRS: A Collaborative Software Review Environment.* Poster session at the 15th International Conference on Software Engineering. Baltimore, MD. 1993.

*Working Notes on Collaborative Design of a Collaborative Spreadsheet.* Talk presented at the 1992 International Conference on Computer Supported Cooperative Work, Workshop on Tools and Technologies. Toronto, Canada. 1992.

*Supporting Exploratory CSCW with the Egret Framework.* Talk presented at the 1992 International Conference on Computer Supported Cooperative Work. Toronto, Canada. 1992.

*Coordination in the Egret Framework.* Talk presented at the 1992 AAAI Workshop on AI and Design Rationale. San Jose, CA. 1992.

*International Aspects of Computer Supported Cooperative Work.* Talk presented at the Hawaii International Software Conference. Honolulu, HI. 1991

*Type Flow Analysis for Exploratory Software Development.* Talk presented at: MITRE Corporation, University of South Carolina at Columbia, Siemens Corporation, University of California at San Diego, MCC, Portland State University, University of Hawaii at Manoa, and the University of Massachusetts at Amherst. 1990.

*An Ada Restructuring Assistant.* Talk presented at the Fourth Annual Conference on Artificial Intelligence and Ada. Fairfax, VA. 1988.

*Integrating BB1-Style Control into the Generic Blackboard System.* Talk presented at the 1987 AAAI Workshop on Blackboard Systems. Seattle, WA. 1987.

*How can Knowledge-based Approaches Help Computer-Aided Software Engineering?* Panel member at the First International Workshop on Computer-Aided Software Engineering. Cambridge, MA. 1987.

*Combining Software Engineering and Artificial Intelligence.* Talk presented at the First International Workshop on Computer-Aided Software Engineering. Cambridge, MA. 1987.

*Beyond Exploratory Programming: A Methodology and Environment for Natural Language Processing.* Talk presented at AAAI 1986. Philadelphia, PA. 1986.

*An Introduction to the Plumber's Apprentice.* Talk presented at General Electric Corporation Research and Development. Schenectady, NY. 1986.

*Requirements Definition for a Plumber's Apprentice.* Talk presented at the 2nd Annual Workshop on Theoretical Issues in Conceptual Information Processing. New Haven, CT. 1985.

*Computers in Psychophysiology: Hardware and Software Considerations.* Lecture series presented at the Veterans Hospital, Ann Arbor, MI. 1982.

**Awarded Grant Support**

*Student Engagement Grant*, P. M. Johnson, Principal Investigator. University of Hawaii and Maui High Performance Computing Center. $20,928. 2004.

*Eclipse Innovation Grant Award*, P. M. Johnson, Principal Investigator. IBM Corporation. $15,000. 2004.

*Supporting development of highly dependable software through continuous, automated, in-process, and individualized software measurement validation.* P. M. Johnson, Principal Investigator. Joint NSF/NASA Highly Dependable Computing Program. $638,000. 2002-2006.

*Aligning the financial services, fulfillment distribution infrastructure, and small business sectors in Hawaii through B2B technology innovation.* P. M. Johnson, Principal Investigator. University of Hawaii New Economy Research Grant Program. $30,000. 2000-2001.

*Internet Entrepreneurship: Theory and Practice.* P. M. Johnson and Glen Taylor, Principal Investigators. University of Hawaii Entrepreneurship Course Development Grant. $10,000. 1999-2000.

*Java-based software engineering technology for high quality development in "Internet Time" organizations.* P. M. Johnson, Principal Investigator. Sun Microsystems Academic Equipment Grant Program. $39,205. 1999.

9

*Project LEAP: Lightweight, Empirical, Anti-measurement dysfunction, and Portable Software Developer Improvement.* P. M. Johnson, Principal Investigator. National Science Foundation. $265,000. 1998-2001.

*Internet-enabled Engineering Tool for Dynamically Analyzing and Planning World-Wide Subsea Cable and Array Installations.* P. M. Johnson, Principal Investigator. Makai Ocean Engineering, Inc. $83,286. 1998-1999.

*Kona: A distributed, collaborative technical review environment.* P. M. Johnson, Principal Investigator. Digital Equipment Corporation External Research Program. $101,413. 1997.

*Collaborative Software Development Laboratory Industrial Affiliates Program: Makai Ocean Engineering, Inc.*, P. M. Johnson, Principal Investigator. $10,000. 1997.

*Collaborative Software Development Laboratory Industrial Affiliates Program: Tektronix, Inc.*, P. M. Johnson, Principal Investigator. $45,000. 1996-1998.

*Improving Software Quality through Instrumented Formal Technical Review*, P. M. Johnson, Principal Investigator. National Science Foundation. $161,754. 1995-1997.

*Collaboration Mechanisms for Project HI-TIME: Hawaii Telecommunications Infrastructure Modernization and Expansion: A Model for Statewide Strategic Planning*, P. M. Johnson, Principal Investigator. Subcontract with the Pacific International Center for High Technology Research. $30,280. 1995

*Three Dimensional Interfaces for Evolving Collaborative Systems.* P. Johnson, Principal Investigator. University of Hawaii Research Council Seed Money Grant, $5,000. 1992-1993.

*Support for Structural Evolution in Exploratory Software Development.* P. M. Johnson, Principal Investigator. National Science Foundation Research Initiation Award Program in Software Engineering. $54,810. 1991-1993.

*An Investigation of Software Structure Evolution.* P. M. Johnson, Principal Investigator. University of Hawaii Research Council Seed Money Grant, $6,000. 1990-1991.

## Professional Activities

*Editorial Board*, Journal of Empirical Software Engineering, 2004-present.

*Program Chair*, Second International Workshop on Software Engineering for High Performance Computing System Applications, St. Louis, MO, May, 2005.

*Program Committee Member*, PROFES 2005, Oulu, Finland, June 2005.

*Program Chair*, First International Workshop on Software Engineering for High Performance Computing System Applications, Edinburgh, Scotland, May, 2004.

*Program Committee Member*, XP/Agile Universe, Calgary, CA, August 2004.

*Program Committee Member*, International Software Metrics Symposium, 2003-2004.

*Program Committee Member*, International Symposium on Empirical Software Engineering, 2002-2004.

*Editorial Board*, IEEE Transactions on Software Engineering, 2000-2004.

*Program Chair*, International Software Engineering Research Network Annual Meeting, Honolulu, HI, 2000.

*Member*, State of Hawaii Millenium Workforce Development Initiative, 1999.

*Program Committee Member*, European Conference on Computer Supported Cooperative Work, Copenhagen, Denmark, 1999.

*Judge*, Hawaii State Science Fair, Honolulu, Hawaii, 1998-present.

*Founder and Chair*, Hawaii Java Users Group, Honolulu, Hawaii, 1996-present.

*Member*, International Software Engineering Research Network (ISERN), 1996-present.

*Program Committee Member*, European Conference on Computer Supported Cooperative Work, Lancaster, England, 1997.

*Advisory Board Member*, The International Journal of Computer Supported Cooperative Work, 1997-2004.

*Editor*, the WWW Formal Technical Review Archive. http://www.ics.hawaii.edu/~johnson/FTR/.

*Editor*, the WWW Software Inspection and Review Organization (SIRO) Home Page. http://www.ics.hawaii.edu/~siro/.

*Program Organizer*, Software Architectures for Cooperative Systems Workshop, 1994 ACM Conference on Computer Supported Cooperative Work, Chapel Hill, North Carolina.

*Program Chair*, CSCW Tools and Technologies Workshop, 1993 European Conference on Computer Supported Cooperative Work, Milan, Italy.

*Program Organizer*, CSCW Tools and Technologies Workshop, 1992 ACM Conference on Computer Supported Cooperative Work, Toronto, Canada.

*Reviewer*, IEEE Transactions on Software Engineering, IEEE Software, ACM Transactions on Software Engineering and Methodology, Hawaii International Conference on System Sciences, Sixth International Conference on Computing and Information, IEEE Computer, the 1993 Conference on Organizational Computing Systems, the 1993 International Conference on Computer Applications in Industry and Engineering, the Journal of Collaborative Computing, Artificial Intelligence in Engineering, Design, and Manufacturing (AI-EDAM), ACM Transactions on Programming Languages and Systems, The AI Handbook, Volume 4 (Chapter on AI and Software Engineering), the 1991 Conference on Software Maintenance.

## Awards and Honors

Coach of the Year, American Youth Soccer Association, Region 100, 2001.

Honorary member, Golden Key International Honour Society, 2001.

University of Hawaii Presidential Citation for Meritorious Teaching, 1994.

Computer and Information Science Department Fellowship, 1989-1990.

University of Massachusetts Graduate School Fellowship, 1985-1986.