# EXHIBIT H

1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF HAWAII

 3                                    )
     WAYNE BERRY, a Hawaii citizen, )   CV 03-00385 SOM-LEK
 4                                    )
              Plaintiff,              )   Honolulu, Hawaii
 5       vs.                          )   January 20, 2006
                                      )   2:00 P.M.
 6   HAWAII EXPRESS SERVICE, INC.,    )
     a California corporation,        )   Motions in Limine
 7   et al.,                          )
                                      )
 8            Defendants.             )
     _____)

 9

10                 TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE SUSAN OKI MOLLWAY
11              UNITED STATES DISTRICT JUDGE

12   APPEARANCES:

13   For the Plaintiff:        TIMOTHY J. HOGAN, ESQ.
                               Lynch Ichida Thompson Kim
14                              & Hirota
                               First Hawaiian Tower
15                             1132 Bishop St., Ste. 1405
                               Honolulu, HI 96813
16
     For the Defendant         ERIC C. LIEBELER, ESQ.
17   Fleming Companies, Inc.:  DAMIAN D. CAPOZZOLA, ESQ.
                               Kirkland & Ellis LLP
18                             777 South Figueroa St.
                               Los Angeles, CA 90017
19
     For the Defendants        LEX R. SMITH, ESQ.
20   Fleming Companies, Inc.,  THOMAS YEE, ESQ.
     C&S Wholesale Grocers,    Kobayashi Sugita & Goda
21   C&S Acquisitions,         First Hawaiian Center
     C&S Logistics:            999 Bishop St., Ste. 2600
22                             Honolulu, HI 96813

23   For the Defendants        LYLE S. HOSODA, ESQ.
     Mark Dillon, Brian        RAINA P. MEAD, ESQ.
24   Christensen, Teresa Noa:  345 Queen St., Ste. 804
                               Honolulu, HI 96813
25
```

2

```
 1   APPEARANCES (Continued):

 2   Official Court Reporter:      Debra Kekuna Chun, RPR, CRR
                                   United States District Court
 3                                 300 Ala Moana Blvd. Ste. C285
                                   Honolulu, HI 96850
 4                                 (808) 534-0667

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
     Proceedings recorded by machine shorthand, transcript
25   produced with computer-aided transcription (CAT).
```

49

1    reference of the prior jury verdict as willful

2    infringement.

3        THE COURT:  That's correct.  That's correct.

4    The verdict in Judge King's case can be mentioned but

5    without reference to the finding of willful infringement

6    in that case.

7        MR. HOGAN:  Thank you, Your Honor.

8        THE COURT:  Turning, then, to PCT's motion in

9    limine number 5 to exclude or limit the testimony of

10   Dr. Philip Johnson.

11       Okay.  As I understand it, the plaintiff is not

12   intending to call Dr. Johnson in the plaintiff's case in

13   chief; so the plaintiff doesn't care if I say, "Fine.  You

14   can't call Dr. Johnson in the case in chief."  But the

15   plaintiff may want to call Dr. Johnson in the rebuttal

16   portion of the case, and I'll worry about whether he can

17   come in as a rebuttal witness after I see what the defense

18   case in chief is.

19       MR. HOGAN:  That's fine, Your Honor.  I haven't

20   changed my mind.  I'm not intending to call him in my case

21   in chief.

22       THE COURT:  So it's granted -- the motion is

23   granted with respect to the plaintiff's case in chief, and

24   the court will reserve with respect to rebuttal because he

25   may not even call Dr. Johnson as a rebuttal witness.  And,

1  you know, I have so many rulings to make today.  Why would

2  I want to make an unnecessary one?

3          MR. LIEBELER:  While we're on the subject that

4  just brings to mind the notion of the timing of trial.  I

5  understood the plaintiff has six hours of witness time.

6  The defense has collectively six hours of witness time.  I

7  take it that the plaintiff has to reserve part of that for

8  rebuttal, if he chooses to.

9          THE COURT:  What did I say in my earlier order?

10         MR. LIEBELER:  Actually, the order says six

11 hours each for a total of 10 hours.  I'm not sure quite

12 how the court got there.

13         THE COURT:  Did I do that?  Okay.

14         MR. LIEBELER:  Which suggests that the court

15 might have been correct earlier on the software issue, as

16 much as I hesitate to say that.

17         THE COURT:  Sorry.  Let me see if I can help you

18 guys out there.

19         Okay.  Wait, now.

20         MR. LIEBELER:  It's on page 37 in the court's

21 order.  I've got it in front of me, if you'd like me to

22 read it.

23         THE COURT:  Where does it say for a total of 10?

24         MR. LIEBELER:  Second to the last sentence in

25 the full paragraph on 37, Your Honor:  "Arguments outside

95

```
1                    COURT REPORTER'S CERTIFICATE

2           I, Debra Kekuna Chun, Official Court Reporter,

3    United States District Court, District of Hawaii, do

4    hereby certify that the foregoing is a correct transcript

5    from the record of proceedings in the above-entitled

6    matter.

7           DATED at Honolulu, Hawaii, January 21, 2006.

8

9                                    /s/ Debra Chun

10                                   DEBRA KEKUNA CHUN

11                                   RPR, CRR

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```