KOBAYASHI, SUGITA & GODA
LEX R. SMITH          3485-0
THOMAS H. YEE         7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No.  (808) 539-8799
Email: lrs@ksglaw.com

KIRKLAND & ELLIS LLP
Michael E. Baumann (CA Bar No. 145830)
Damian D. Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email: mbaumann@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| vs. | ) **DEFENDANT PCT'S MOTION IN** |
| | ) **LIMINE TO EXCLUDE THOMAS** |
| | ) **UENO** |
| HAWAIIAN EXPRESS SERVICE, | ) |
| INC., et al., | ) Judge:        Hon. Susan O. Mollway |
| | ) Trial Date:   February 28, 2006 |
| | ) |
| Defendants. | ) Hearing Date: February 24, 2006 |
| _____ | ) Hearing Time: 2:00 p.m. |

**DEFENDANT PCT'S MOTION IN LIMINE
TO EXCLUDE THOMAS UENO**

COMES NOW Defendant Post-Confirmation Trust ("PCT") by and through its attorneys, and hereby moves this Honorable Court for an in limine ruling limiting the testimony of his damages expert, Thomas Ueno, to license fee and profit opinions expressed in his supplemental report and prohibiting Ueno from offering supplemental opinions concerning shipping that are simply devoid of factual foundation.  Alternatively, the PCT requests a foundational hearing outside the presence of the jury before the Court allows Ueno to testify.

This motion is based upon Rule 7 of the Federal Rules of Civil Procedure and Rules 401, 402, 403, and 404 of the Federal Rules of Evidence, and is supported by the Memorandum in Support of Motion,

Declaration of Damian D. Capozzola, and Exhibits attached thereto and the records and files therein.

DATED: Honolulu, Hawaii, February 17, 2006.

                                 /s/ Thomas H. Yee
                                 _____
                                 KOBAYASHI, SUGITA & GODA
                                 LEX R. SMITH (659-0)
                                 THOMAS H. YEE (7344-0)

                                 KIRKLAND & ELLIS LLP
                                 MICHAEL E. BAUMANN
                                 DAMIAN D. CAPOZZOLA
                                 R. OLIVIA SAMAD

                                 Attorneys for Defendant PCT