KOBAYASHI, SUGITA & GODA
LEX R. SMITH          3485-0
THOMAS H. YEE        7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No.   (808) 539-8799
Email: lrs@ksglaw.com

KIRKLAND & ELLIS LLP
Michael E. Baumann (CA Bar No. 145830)
Damian D. Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email: mbaumann@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>        Plaintiff,<br><br>    vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., et al.,    (Caption Continued)<br>        Defendants. | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>**NOTICE OF MOTION**<br><br>Judge:      Hon. Susan O. Mollway<br>Trial Date:   February 28, 2006<br><br>Hearing Date:  February 24, 2006<br>Hearing Time:  2:00 p.m. |

## **NOTICE OF MOTION**

TO:        Timothy J. Hogan, Esq.
                Lynch, Ichida, Thompson & Kim
                1132 Bishop Street, Suite 1405
                Honolulu, Hawaii 96813

                Attorney for Plaintiff

NOTICE IS HEREBY GIVEN THAT DEFENDANT PCT'S

MOTION IN LIMINE TO EXCLUDE THOMAS UENO, shall come on for

hearing before the Honorable Susan Oki Molloway Judge of the above-

entitled Court, in her courtroom in the United States Courthouse, 300 Ala

Moana Boulevard, Honolulu, Hawaii, at 2:00 p.m., on February 24, 2006, or

as soon thereafter as counsel can be heard.

DATED:  Honolulu, Hawaii, February 17, 2006.

                         /s/ Thomas H. Yee
                      _____

                      KOBAYASHI, SUGITA & GODA
                      LEX R. SMITH (659-0)
                      THOMAS H. YEE (7344-0)

                      KIRKLAND & ELLIS LLP
                      MICHAEL E. BAUMANN
                      DAMIAN D. CAPOZZOLA
                      R. OLIVIA SAMAD

                      Attorneys for Defendant PCT