# EXHIBIT E



Berry v Hawaiian Express Plaintiff Exhibit 63