w/c

# KOBAYASHI SUGITA & GODA
ATTORNEYS • AT • LAW

999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813-4430

Telephone: 808-539-8700
Facsimile: 808-539-8799
E-Mail: lrs@ksglaw.com

Bert T. Kobayashi, Jr.*
Kenneth Y. Sugita*
Alan M. Goda*
Dale W. Lee*
Lex R. Smith*
David L. Monroy*
Wendell H. Fuji*
Robert K. Ichikawa*
Janeen-Ann A. Olds*
Clifford K. Higa*
Charles W. Gall*
John F. Lezak*
Larry L. Myers*
Craig K. Shikuma*
Christopher T. Kobayashi*
Ruth K. Oh*
Burt T. Lau*
Ronald T. Ogomori*
David B. Tongg*
Bruce A. Nakamura*
Lanson K. Kupau*
Jonathan A. Kobayashi*
Nathan H. Yoshimoto*
*A Law Corporation

Brendan S. Bailey
George Gusman III
Kenneth M. Nakasone
Curtis K. Saiki
Jesse W. Schiel
Duane C. Seabolt
Joseph A. Stewart
Ann C. Teranishi
Robert A. Ueoka
Thomas H. Yee

September 28, 2005

Tim Hogan, Esq.
Lynch, Ichida, Thompson, Kim & Hirota
First Hawaiian Tower
Suite 1405
Honolulu, Hawaii 96813

Re:   Production of Files

Dear Mr. Hogan:

In view of your recent correspondence representing that you cannot access many of the the files that I produced to you, please return the disk drive and dvd to me. I shall have an expert review them and take any steps necessary to assure that the files are readable.

Very truly yours,

LEX R. SMITH
for
KOBAYASHI, SUGITA & GODA