| | | |
|---|---|---|
| **Scott Leach**/Los Angeles/Kirkland-Ellis | To | Damian Capozzola/Los Angeles/Kirkland-Ellis@K&E |
| 02/03/2006 05:24 PM | cc | Susan Perry/Los Angeles/Kirkland-Ellis@K&E, Ed Yep/Los Angeles/Kirkland-Ellis@K&E, #LA Records Management, #CH Records Management |
| | bcc | |
| | Subject | Two Idea's where this file is |

Damian,

(When this file left LA) Box No. FLE-00005 in September 2004. This file and a total of 31 boxes were shipped to Chicago.

1914127

Berry Software (sensitive material!!!!!!)

First, this file shows that it is in the Prudential building. There also might be a possibility that this file and others like it have gone to off-site storage with only a simple index. Susan just called with this theory.

I have called the Records Dept. in Chicago and they are not aware of this files location, since it is an on-site file.

We have left messages for Jamie Strohl (whom I'm told would be the owner of this file) on his work ext. 2916 and his cell phone 773-485-2087.

I left a message for Pat Morlas the Space Coordinator in Chicago to find out if there are any Fleming war rooms where these files could be stored.

**I have left everyone my cell phone number (213) 300-5527.  I'm taking off now for the weekend, but you can call, I will have all my research with me.**

I should hear back from the Chicago Records Dept. re what they can do to help us find the file tonight.

My question to you is, If I can get any help from anyone in the Chicago office? What do you want to have done? should we call back the mystery boxes with a simple index so, someone can look inside to see if they are the files we sent to Chicago from LA?
Shall we only rely on the (LA) - J. Strohl, if he is able to respond this weekend?

Also, Is there a billing number we should use for any charges?


Scott Leach | Records Management Coordinator | KIRKLAND & ELLIS LLP
777 SOUTH FIGUEROA STREET, 35TH FLOOR | LOS ANGELES, CA 90017 | (213) 680-8467 **DIRECT** | (213) 680-8500 **FAX**|
sleach@kirkland.com

Hogan Dec. Re Reply Exhibit 4
Page 1 of 1