LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; ) | Civ. No. CV03 00385 SOM-LEK |
| ) | (Copyright) |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | |
| ) | |
| HAWAIIAN EXPRESS SERVICE, ) | CERTIFICATE OF SERVICE |
| INC., a California corporation; et al. ) | |
| ) | |
| ) | |
| Defendants.  ) | |
| _____ ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the dates and by the methods of service noted below,

a true and correct copy of the Plaintiff Wayne Berry's Single Reply to Oppositions

Filed by Defendants Regarding Motion for Reconsideration or in the Alternative

Rule 60(b) Relief for Fraud on the Court and Declaration of Timothy J. Hogan; Exhibits 1 to 6 were served on the following at their last known addresses by the manner indicated:

<u>Served Electronically via the Courts' ECM system on February 19, 2006</u>:
:
Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Damian Capozzola dcapozzola@kirkland.com

Christopher T. Chun ctc@hosodalaw.com

Leroy E. Colombe lcolombe@chunkerr.com

Rex Y. Fujichaku rfujichaku@bchlaw.net, jennifer@bchlaw.net

Lyle S. Hosoda lsh@hosodalaw.com

Eric C. Liebeler eliebeler@kirkland.com

Raina P. Mead rpbm@hosodalaw.com

R. Olivia Samad ! osamad@kirkland.com

Ann C. Teranishi act@ksglaw.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

True and correct copies of the CM/ECF filings were served on the following by <u>regular email as follows:</u>

Lex Smith lsmith@ksglaw.com; lex@gte.net

Michael Baumann mbaumann@kirkland.com

DATED: Honolulu, Hawai'i, February 19, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff WAYNE BERRY