KOBAYASHI, SUGITA & GODA

LEX R. SMITH          3485-0
THOMAS H. YEE         7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii  96813
Telephone No. (808) 539-8700
Facsimile No.  (808) 539-8799
Email: lrs@ksglaw.com

KIRKLAND & ELLIS LLP
Michael E. Baumann (CA Bar No. 145830)
Damian Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA  90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email: eliebeler@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK<br>) (Copyright)<br>) |
| Plaintiff, | ) PCT'S ERRATA RE OPPOSITION TO<br>) PLAINTIFF WAYNE BERRY'S<br>) MOTION FOR RECONSIDERATION |
| vs. | ) OR IN THE ALTERNATIVE RULE<br>) 60(b) RELIEF FOR FRAUD ON THE |
| HAWAIIAN EXPRESS SERVICE,<br>(CAPTION CONTINUED) | ) COURT; DECLARATION OF<br>) DAMIAN D. CAPOZZOLA IN |

396532v1_BLS

| | |
|---|---|
| INC., et al.,<br><br>            Defendants. | ) SUPPORT OF PCT'S ERRATA RE<br>) OPPOSITION TO PLAINTIFF<br>) WAYNE BERRY'S MOTION FOR<br>) RECONSIDERATION OR IN THE<br>) ALTERNATIVE RULE 60(b) RELIEF<br>) FOR FRAUD ON THE COURT;<br>) SUPPLEMENTAL EXHIBIT D;<br>) EXHIBIT I; CERTIFICATE OF<br>) SERVICE<br>)<br>)<br>) Judge:  Hon. Susan O. Mollway<br>)<br>) Trial Date:  February 28, 2006<br>) |

In reviewing its February 17, 2006 opposition to Berry's Rule 60 motion and preparing for the February 24, 2006 hearing, the following errors have come to the PCT's attention.

    1)    In the paragraph starting at page 14 and rolling over to page 15, references to "Walker Decl. ¶ 10" should be to "Capozzola Decl. ¶ 10."

    2)    Capozzola Decl. Ex. D omitted Mark Dillon's December 18, 2003 discovery response confirming the production of the "Dillon Discovery Berry Suit" CD.  The concurrently-filed supporting Declaration of Damian Capozzola contains this document at Supplemental Ex. D.

    3)    At page nine, the first full paragraph begins:  "Counsel for the PCT notified Berry's counsel that the databases were identical in structure, size and content.  Berry's counsel was requested to identify any differences between the Storage Copy and previously produced databases, but he refused to do so."  The

/ / /

citation for that sentence was inadvertently omitted but can be found in the concurrently-filed supporting Declaration of Damian Capozzola at Ex. I.

/s/ Thomas H. Yee
KOBAYASHI, SUGITA & GODA
Lex R. Smith 659-0
Thomas H. Yee 734-4
Suite 2600 First Hawaiian Center
999 Bishop Street
Honolulu, HI 96813
Telephone: 808 539 8700
Facsimile: 808 539 8799

and

KIRKLAND & ELLIS LLP
Michael E. Baumann (CA Bar No. 145830)
Damian D. Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Co-Counsel for the Post Confirmation Trust for Fleming Companies, Inc.