IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., et al.,<br><br>Defendants. | ) CIVIL NO. CV03-00385 SOM-LEK<br>) (Copyright)<br>)<br>) **DECLARATION OF DAMIAN D.**<br>) **CAPOZZOLA IN SUPPORT OF**<br>) **PCT'S ERRATA RE OPPOSITION**<br>) **TO PLAINTIFF WAYNE BERRY'S**<br>) **MOTION FOR**<br>) **RECONSIDERATION OR IN THE**<br>) **ALTERNATIVE RULE 60(b)**<br>) **RELIEF FOR FRAUD ON THE**<br>) **COURT** |

Hearing:     February 24, 2006, 2:00 pm
Judge:        Hon. Susan Oki Mollway
Trial Date:  February 28, 2006

## DECLARATION OF DAMIAN D. CAPOZZOLA

I, DAMIAN D. CAPOZZOLA, declare that:

1.     I am an attorney at the law firm of KIRKLAND & ELLIS, LLP, attorneys for Defendant PCT, and I am duly authorized to make this affidavit.

2.     I am licensed to practice law in the State of California (SBN 186412) and have been admitted pro hac vice in this case.  I know the following to be true through my work in this case.  If called upon to do so I could and would competently testify as follows.

3.     My February 17, 2006 Declaration in connection with the above-captioned motion contained Exhibits A through H.

4.     Attached hereto as Supplemental Ex. D is a true and correct copy of relevant excerpts from Mark Dillon's December 18, 2003 discovery response.

5.     Attached hereto as Ex. I are true and correct copies of e-mails between counsel dated February 8, 2006.

So sworn under penalty of perjury under the laws of the United States of America in Honolulu, Hawaii on February 21, 2006.

_____
Damian D. Capozzola