**SUPP. EXHIBIT D**

LYLE S. HOSODA & ASSOCIATES

LYLE S. HOSODA        3964-0
RAINA P.B. MEAD       7329-0
SHELLEY TAMEKAZU      7387-0
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

Attorneys for Defendants
MARK DILLON, BRIAN CHRISTENSEN
and TERESA NOA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HAWAIIAN EXPRESS SERVICE, )<br>INC., a California )<br>corporation; H.E.S. )<br>TRANSPORTATION SERVICES, INC., )<br>a California corporation; )<br>CALIFORNIA PACIFIC )<br>CONSOLIDATORS, INC., a )<br>California corporation; )<br>JEFFREY P. GRAHAM and PETER )<br>SCHAUL, California citizens; )<br>MARK DILLON and TERESA NOA, )<br>BRIAN CHRISTENSEN, Hawaii )<br>citizens; FLEMING COMPANIES, )<br>INC., an Oklahoma corporation; )<br>C & S LOGISTICS OF HAWAII, )<br>LLC, a Delaware LLC; C & S )<br>WHOLESALE GROCERS, INC., a )<br>Vermont corporation; C & S )<br>ACQUISITIONS, LLC; FOODLAND )<br>SUPER MARKET, LIMITED, a )<br>Hawaii corporation; HAWAII ) | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>DEFENDANT MARK DILLON'S FIRST<br>SUPPLEMENTAL RESPONSE TO<br>PLAINTIFF WAYNE BERRY'S SECOND<br>REQUEST FOR PRODUCTION OF<br>DOCUMENTS AND THINGS, DATED<br>NOVEMBER 3, 2003; CERTIFICATE<br>OF SERVICE<br><br><br><br><br><br><br><br><br><br><br><br><br><br>[caption continued on next<br>page] |

## SPECIFIC RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUESTS

2. Any and all documents created after April 1, 2003, related to computer software system[s] that Fleming Companies, Inc. allegedly sold to C&S Acquisitions, LLC and/or any of its affiliates (hereinafter collectively "C&S") through an asset purchase agreement or otherwise transferred to C&S related to the Fleming Hawaii Division, including, but not limited to, all documents related to the software system that allegedly replaced the freight control system that was the subject of <u>Wayne Berry v. Fleming Companies, Inc., et al.</u>, Civ. No. 01-00446 SPK LEK (U.S.D.C. Hawaii) including, but not limited to, any and all notes and emails related to this replacement.

**RESPONSE**:

Defendant objects to the Request insofar as it improperly seeks documents, which are irrelevant, burdensome, intrusive, oppressive, harassing and not reasonably calculated to lead to the discovery of admissible evidence. Defendant objects to the Request insofar as it seeks documents not subject to discovery because they are protected as attorney-client communications and trial preparation materials.

Without waiving any of his objections, Defendant produces a CD labeled "Dillon Discovery Berry Suit".

DATED: Honolulu, Hawaii, _____DEC 1 8 2003_____.

_____
LYLE S. HOSODA
RAINA P.B. MEAD
SHELLEY TAMEKAZU

Attorneys for Defendants
MARK DILLON, BRIAN CHRISTENSEN and
TERESA NOA

4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | CIVIL NO. CV03-00385 SOM-LEK (Copyright) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| HAWAIIAN EXPRESS SERVICE, INC., et al. | |
| Defendants. | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that two (2) copies of the foregoing document was served on  DEC 1 8 2003 , by means of Hand Delivery upon the following at their last known address as set forth below:

TIMOTHY J. HOGAN, ESQ.           (Via Hand Delivery)
Lynch, Ichida, Thompson, Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813

Attorney for Plaintiff
WAYNE BERRY

The undersigned further certifies that a true and correct copy of the foregoing document was served on DEC 1 8 2003 , by means of Hand Delivery and/or U.S. mail upon the following at their last known address as set forth below:

KAREN L.S. FINE, ESQ.            (Via U.S. Mail)
2815 Townsgate Road, Suite 200
Westlake Village, California 91361

and