**EXHIBIT I**

| | | |
|---|---|---|
| Damian Capozzola/Los Angeles/Kirkland-Ellis<br>02/08/2006 07:11 PM | To | "Timothy J. Hogan" <tjh@loio.com> |
| | cc | bls@ksglaw.com, eliebeler@kirkland.com, lex@gte.net, lrs@ksglaw.com, lsh@hosodalaw.com, lshosoda@hotmail.com, mbaumann@kirkland.com, rpbm@hosodalaw.com, "Limongelli, Victor" <victor.limongelli@guidancesoftware.com> |
| | bcc | Allison Andrews/Los Angeles/Kirkland-Ellis@K&E; Ed Yep/Los Angeles/Kirkland-Ellis@K&E; Neal San Diego/Los Angeles/Kirkland-Ellis@K&E |
| | Subject | RE: Original Logistics data.mdb  |

Mr. Hogan:

   Do you dispute that the data contained in the May 9, 2003 version you received yesterday are any different than the data in the file at Server FHL·D\ORIGINAL LOGISTICS DATA4.MDB? If so, please provide concrete examples.

   As you requested, attached please find a pdf of the disk that went to Dr. Walker on May 6, 2005 (referenced at PCT-B MW 02864), prefaced by your original June 25, 2004 transmission.

   Dr. Walker's reports speak for themselves.

--Damian Capozzola

 - Guidance Software Disk.pdf

## Damian D. Capozzola | KIRKLAND & ELLIS LLP
777 South Figueroa St., Floor 37 | Los Angeles, CA 90017
213.680.8653 PHONE | 213.448.2709 MOBILE | 213.680.8500 FACSIMILE

dcapozzola@kirkland.com | www.kirkland.com/dcapozzola
"Timothy J. Hogan" <tjh@loio.com>

| | | |
|---|---|---|
| "Timothy J. Hogan" <tjh@loio.com><br>02/08/2006 03:48 PM | To | "Damian Capozzola" <dcapozzola@kirkland.com> |
| | cc | <bls@ksglaw.com>, <eliebeler@kirkland.com>, <lex@gte.net>, <lrs@ksglaw.com>, <lsh@hosodalaw.com>, <lshosoda@hotmail.com>, <mbaumann@kirkland.com>, <rpbm@hosodalaw.com>, "Limongelli, Victor" <victor.limongelli@guidancesoftware.com> |
| | Subject | RE: Original Logistics data.mdb |

Mr. Capozzola:

When you open the one Lex retrieved from his stash yesterday (your and Smith's withholding of proof it came form Chicago again noted) the API switchboard pops up. The one you refer to does not have the API popup, and I see no need to waste any more time on this. A child could see that they are not the

same. I don't know what to say about Walker. In any event, you moved for Rule 56(f) on the basis that you didn't have this file and that is fraud on the Court. In addition Walker's report says he was looking at this database not the queries. He found 1300+ fields and put them in his report. The queries have less 300 fields. He is either making it up (grounds to set aside the court's findings) or was looking at a file you claim to have not given him (grounds to set aside the court's findings). You can't explain this away and I note that despite having more than ample opportunity to set the record straight you have reverted to the K&E mantra that all is denied.

As to Walker, his report lacks a statement regarding what he reviewed and now it is clear why.

Also, what was on the CD you gave Walker on May 6, 2005? I don't recall getting a copy of that.


Tim Hogan


---

Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email tjh@loio.com


NOTICE: This email is only for use by the intended recipient. If received in error any use, disclosure or copying is prohibited. Any inadvertent receipt shall not be a waiver of any privilege or work product protection. Please contact the sender at tjh@loio.com or at (808) 528-0100.


---

**From:** Damian Capozzola [mailto:dcapozzola@kirkland.com]
**Sent:** Wednesday, February 08, 2006 12:12 PM
**To:** Timothy J. Hogan
**Cc:** bls@ksglaw.com; eliebeler@kirkland.com; lex@gte.net; lrs@ksglaw.com; lsh@hosodalaw.com; lshosoda@hotmail.com; mbaumann@kirkland.com; rpbm@hosodalaw.com; Limongelli, Victor
**Subject:** RE: Original Logistics data.mdb


Mr. Hogan:

I didn't share with Dr. Walker any copy of Original Logistics Data.mdb that was not either on the Guidance images produced to you or otherwise received from you or produced to you. Dr. Walker first saw the May 9, 2003 version yesterday. He has since verified that the content on the "before images" file at filepath (Server FHL-D\ORIGINAL LOGISTICS DATA4.MDB) is identical to the content of the file on the CD you received yesterday from Mr. Smith's office. This file (at Server FHL-D\ORIGINAL LOGISTICS DATA4.MDB) was produced to you in September, 2005 and again in late January, 2006.

If you would take the time to read Dr. Walker's reports and my previous e-mails on these topics, you would see that your concerns are baseless. In any event, except as addressed above, the rest of your

allegations are denied. I again urge you to drop this irrelevant issue.

--Damian Capozzola

**Damian D. Capozzola | KIRKLAND & ELLIS LLP**
777 South Figueroa St., Floor 37  |  Los Angeles, CA 90017
213.680.8653 PHONE | 213.448.2709 MOBILE | 213.680.8500 FACSIMILE

dcapozzola@kirkland.com | www.kirkland.com/dcapozzola

"Timothy J. Hogan"
<tjh@loio.com>

02/08/2006 12:06 PM

To "Damian Capozzola" <dcapozzola@kirkland.com>
cc <bls@ksglaw.com>, <eliebeler@kirkland.com>, <lex@gte.net>, <lrs@ksglaw.com>, <lsh@hosodalaw.com>, <lshosoda@hotmail.com>, <mbaumann@kirkland.com>, <rpbm@hosodalaw.com>, "Limongelli, Victor" <victor.limongelli@guidancesoftware.com>
Subject RE: Original Logistics data.mdb

Dear Mr. Capozzola:

You still have not explained how you could have shared a copy of the Original Logistics Data.mdb with Walker that is not on the Guidance images produced to us. That silence is an admission that you either concealed additional copies or removed relevant evidence from the images. Hardly irrelevant if it is grounds to reverse the previous findings under 60(b) and revoke your firm's Pro Hac Vice.

As to Walker, you admit to giving him a copy of the illegally obtained and fraudulently concealed, pirated Berry database that we got from Lex Smith yesterday, without our permission. Advise Walker that we don't consent to his copying for any purpose this pirated software until you obtain a court order to permit it. As to the similarities in the two programs, you failed to provide the software you shared with him. Anything he says is irrelevant and must be striken. So we are clear, you admit that you have made additional copies of unprotected priated software without any right, license or court order for your financial gain.

In addition, both your and Mr. Smith's failure to produce any evidence that this software was sent from Chicago to Smith proves that you have kept a stash of pirated software likely with C&S or with the PCT's concurrent attorney Smith.

Finally, we have very compelling evidence that a copy of the Berry system is being run at C&S as we speak and will bring this whole matter to a head shortly.

Tim Hogan

Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email  tjh@loio.com


NOTICE: This email is only for use by the intended recipient. If received in error any use, disclosure or copying is prohibited. Any inadvertent receipt shall not be a waiver of any privilege or work product protection. Please contact the sender at tjh@loio.com or at (808) 528-0100.


**From:** Damian Capozzola [mailto:dcapozzola@kirkland.com]
**Sent:** Wednesday, February 08, 2006 9:42 AM
**To:** Timothy J. Hogan
**Cc:** bls@ksglaw.com; eliebeler@kirkland.com; lex@gte.net; lrs@ksglaw.com; lsh@hosodalaw.com; lshosoda@hotmail.com; mbaumann@kirkland.com; rpbm@hosodalaw.com; Limongelli, Victor
**Subject:** RE: Original Logistics data.mdb


Mr. Hogan,

   I have conceded no such thing, nor did that ever happen.  More generally, your barrage of e-mails reflects that you have not read (or at least not understood) Dr. Walker's reports in their entirety and that you have not correctly analyzed the electronic version of Original Logistics Data.mdb that you received from Mr. Smith's office yesterday.  Dr. Walker has confirmed that electronic version is substantively identical to a version that was previously produced.  You have suffered no prejudice, and to the extent not already addressed your substantive allegations are denied.  I urge you to drop this irrelevant issue.

--Damian Capozzola



**Damian D. Capozzola | KIRKLAND & ELLIS LLP**
777 South Figueroa St., Floor 37  | Los Angeles, CA 90017
213.680.8653 PHONE | 213.448.2709 MOBILE | 213.680.8500 FACSIMILE

dcapozzola@kirkland.com | www.kirkland.com/dcapozzola

"Timothy J. Hogan"
<tjh@loio.com>

02/08/2006 10:58 AM

To "Limongelli, Victor" <victor.limongelli@guidancesoftware.com>
cc <bls@ksglaw.com>, <dcapozzola@kirkland.com>, <eliebeler@kirkland.com>, <lrs@ksglaw.com>, <lex@gte.net>, <lshosoda@hotmail.com>, <lsh@hosodalaw.com>, <mbaumann@kirkland.com>, <rpbm@hosodalaw.com>
Subject RE: Original Logistics data.mdb

Not correct. I got the After DVD on June 20, 2005 that was given to the master after the privilege issue was raised. We got Before materials that were redacted by Mr. Smith in September, by my recollection. We got on 1-26-05 what was purported to be unredacted Before files with the exception of files on the privilege log. No spreadsheet listings of files produced by Guidance were provided with that production nor do they appear on the log.

So it is clear, we specifically requested the all "mdb" databases but did not get them. Mr. Capozzola concedes that he was sharing a copy of Original Logistics Data.mdb with Walker that has never been produced to us. Either you produced them and C&S/PCT removed them, or you didn't produce them, or like the Chicago version, the PCT/C&S has its own stash. I don't see any other conclusion.

In addition, I don't recall getting any transmittal regarding the turn over to the master of the Before materials. Can you see that a copy reaches me.

Thank you,


Tim Hogan


_____
Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii  96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email  tjh@loio.com


NOTICE:  This email is only for use by the intended recipient. If received in error any use, disclosure or copying is prohibited. Any inadvertent receipt shall not be a waiver of any privilege or work product protection. Please contact the sender at tjh@loio.com or at (808) 528-0100.
-----Original Message-----
From: Limongelli, Victor [mailto:victor.limongelli@guidancesoftware.com]
Sent: Wednesday, February 08, 2006 8:18 AM
To: Timothy J. Hogan
Cc: bls@ksglaw.com; dcapozzola@kirkland.com; eliebeler@kirkland.com; lrs@ksglaw.com; lex@gte.net; lshosoda@hotmail.com; lsh@hosodalaw.com; mbaumann@kirkland.com; rpbm@hosodalaw.com
Subject: Re: Original Logistics data.mdb

Mr. Hogan,

I'm not in the office but I can check when I get back. If my memory serves me correctly, however, I believe that you received our production directly from us, and that you later turned it over to the PCT when they raised privilege concerns.

Regards,
Victor Limongelli

-----Original Message-----
From: Timothy J. Hogan <tjh@loio.com>
To: Limongelli, Victor <victor.limongelli@guidancesoftware.com>
CC: bls@ksglaw.com <bls@ksglaw.com>; dcapozzola@kirkland.com <dcapozzola@kirkland.com>; eliebeler@kirkland.com <eliebeler@kirkland.com>; lrs@ksglaw.com <lrs@ksglaw.com>; lex@gte.net <lex@gte.net>; lshosoda@hotmail.com <lshosoda@hotmail.com>; lsh@hosodalaw.com <lsh@hosodalaw.com>; mbaumann@kirkland.com <mbaumann@kirkland.com>; rpbm@hosodalaw.com <rpbm@hosodalaw.com>
Sent: Wed Feb 08 09:47:56 2006
Subject: RE: Original Logistics data.mdb

Mr. Limongelli:

So I understand, the only spreadsheet that was appended to the Guidance Before files that I received from Walker and the PCT on 1 26 06 was "Suspect Files - Before-not exported" with a creation date of July 12, 2005 at 8:32 am. Can you please confirm that this was the only spreadsheet that was, as you wrote, "attached" to the materials you provided to the the PCT and the Master. So we are clear, did you provide a speadsheet that documented what Guidance produced as opposed to what it did not produce?

I would appreciate a prompt response as this is a matter of some urgency.

Tim Hogan

---

Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email tjh@loio.com


NOTICE: This email is only for use by the intended recipient. If received in error any use, disclosure or copying is prohibited. Any inadvertent receipt shall not be a waiver of any privilege or work product protection. Please contact the sender at tjh@loio.com or at (808) 528-0100.
-----Original Message-----
From: Limongelli, Victor [mailto:victor.limongelli@guidancesoftware.com]
Sent: Wednesday, February 08, 2006 7:25 AM
To: Timothy J. Hogan
Cc: bls@ksglaw.com; dcapozzola@kirkland.com; eliebeler@kirkland.com; lrs@ksglaw.com; lex@gte.net; lshosoda@hotmail.com; lsh@hosodalaw.com; mbaumann@kirkland.com; rpbm@hosodalaw.com
Subject: Re: Original Logistics data.mdb

Me. Hogan,

There is no way we can confirm (or understand) your contentions about any copy of the Berry database (or any other file) being produced to you, or not being produced to you, by the PCT. You may want to direct to the PCT any and all contentions or questions concerning the PCT's production to you. We stand by our production to the PCT and the Master, which was documented by the spreadsheets attached thereto.

As I have stated earlier, as a courtesy we will send duplicate copies of the four files you have requested (which files you already have) for delivery by the end of the week.

Regards,
Victor Limongelli

-----Original Message-----
From: Timothy J. Hogan <tjh@loio.com>
To: Limongelli, Victor <victor.limongelli@guidancesoftware.com>
CC: Brenda Sakamoto <bls@ksglaw.com>; Damian Capozzola (E-mail) <dcapozzola@kirkland.com>; Eric Liebeler (E-mail) <eliebeler@kirkland.com>; Lex Smith <lrs@ksglaw.com>; Lex Smith (E-mail) <lex@gte.net>; Lyle Hosoda (E-mail) <lshosoda@hotmail.com>; Lyle Hosoda (E-mail) <lsh@hosodalaw.com>; Michael Baumann <mbaumann@kirkland.com>; Raina Mead <rpbm@hosodalaw.com>
Sent: Tue Feb 07 17:42:06 2006
Subject: FW: Original Logistics data.mdb

Mr. Limongelli:

Mr. Capazzola has confirmed that we did not get the full number of Original Logistics Data.mdb that were on your clients system. Please provide these fiiles to me immediately. We note, that these were not produced as ordered.

Tim Hogan


Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii  96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email  tjh@loio.com


NOTICE:  This email is only for use by the intended recipient. If received in error any use, disclosure or copying is prohibited. Any inadvertent receipt shall not be a waiver of any privilege or work product protection. Please contact the sender at tjh@loio.com or at (808) 528-0100.


Query3
File Ext                    Name                    Description
Last Accessed                       File Created

| Last Written | Entry Modified | Logical Size |
|---|---|---|
| Physical Size | Full | |
| Path | Priority | Sequence |

```
MDB                      ORIGINAL LOGISTICS DATA.MDB                          File,
Archive                           7/4/2003
9:23:00 PM
7:52:00 PM                   3/31/2003 6:12:00 PM                           6/8/2003
6/9/2003 1:10:00 PM
Fleming !st                       100239360                                100241408
Acq\Server FHL*D\Data\Backup\ORIGINAL LOGISTICS DATA.MDB
76665                                                                             2

MDB                      ORIGINAL LOGISTICS DATA.MDB                          File,
Archive                           7/4/2003
9:38:00 PM
9:38:00 PM                   4/24/2003 6:22:00 PM                           7/4/2003
7/4/2003 9:38:00 PM
Fleming !st                       100239360                                100241408
Acq\Server FHL*D\Data\ORIGINAL LOGISTICS DATA.MDB
76664                                                                             2

MDB                      ORIGINAL LOGISTICS DATA.MDB                          File,
Recycled, Archive
4/24/2003 11:16:00 AM
4/15/2003 1:28:00 PM             4/9/2003 1:16:00 PM
4/15/2003 1:28:00 PM
Fleming !st                       103376896                                103378944
Acq\Server
FHL*D\RECYCLER\S-1-5-21-801508139-2146130919-1846952604-500\Test
DB\ORIGINAL LOGISTICS DATA.MDB                         2                      76662

MDB                      ORIGINAL LOGISTICS DATA.MDB                          File,
Archive                          6/12/2003
6:50:00 PM
6:50:00 PM                    6/7/2003 1:56:00 PM                          6/12/2003
6/12/2003 6:50:00 PM
Fleming !st                       100239360                                100241408
Acq\Server FHL*D\Source\Archive\Database\Database Backup Prior to
Spreadsheets\ORIGINAL LOGISTICS DATA.MDB               2
76667

MDB                      ORIGINAL LOGISTICS DATA.MDB                          File,
Archive                           5/22/2003
4:19:00 PM
4:19:00 PM                    5/9/2003 3:08:00 PM                          5/22/2003
5/22/2003 4:19:00 PM
Fleming !st                        89987072                                 89989120
Acq\Server FHL*D\Source\Archive\Database\Licensed Database as Used on
050903\ORIGINAL LOGISTICS DATA.MDB                     2                      76666

MDB                      ORIGINAL LOGISTICS DATA.MDB                          File,
Archive                           4/17/2003
7:33:00 PM
7:33:00 PM                   4/10/2003 5:40:00 PM                          4/17/2003
4/17/2003 7:33:00 PM
Fleming !st                       204654592                                204656640
Acq\Server FHL*D\Source\Archive\Database\Pre Purge Original Logistics
Data\ORIGINAL LOGISTICS DATA.MDB                       2                      76663
```

Note: The information contained in this message may be privileged and
confidential and thus protected from disclosure. If the reader of this
message is not the intended recipient, or an employee or agent
responsible for delivering this message to the intended recipient, you
are hereby notified that any dissemination, distribution or copying of

this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*