## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 21, 2006, a true and correct copy of PCT'S ERRATA RE OPPOSITION TO PLAINTIFF WAYNE BERRY'S MOTION FOR RECONSIDERATION OR IN THE ALTERNATIVE RULE 60(b) RELIEF FOR FRAUD ON THE COURT; DECLARATION OF DAMIAN D. CAPOZZOLA IN SUPPORT OF PCT'S ERRATA RE OPPOSITION TO PLAINTIFF WAYNE BERRY'S MOTION FOR RECONSIDERATION OR IN THE ALTERNATIVE RULE 60(b) RELIEF FOR FRAUD ON THE COURT; SUPPLEMENTAL EXHIBIT D; EXHIBIT I was duly served on the following parties at their last known address(es):

Timothy J. Hogan   tjh@loio.com

Lyle S. Hosoda   lsh@hosodalaw.com

Raina P. Mead   rpbm@hosodalaw.com

DATED: Honolulu, Hawaii, February 21, 2006.

KOBAYASHI, SUGITA & GODA   */s/ Thomas H. Yee*
LEX R. SMITH
THOMAS H. YEE

KIRKLAND & ELLIS LLP   MICHAEL E. BAUMANN
DAMIAN CAPOZZOLA
R. OLIVIA SAMAD

Attorneys for Defendant
POST-CONFIRMATION TRUST
FOR FLEMING COMPANIES, INC.