## *Automated Costing:*

**Container Costing - For Ocean Charges**

You will receive a hard copy of a Sail List or Autobill Report (Fleming-Final) from Teresa when all containers have been processed. This will list Containers that had sailed in a Vessel. You should receive a sail list for each vessel/voyage.

To begin the automated Container Costing, you will need to access the Logistics Database.

On the Fleming Logistics Data Base Main Switchboard:

- Click on Container Costing
- Type in the Vessel Name* (or from drop down list select the correct vessel).
- Type in the Voyage # *
- And type in a Status # (Whatever the next status number is). The status # consist of two things: The first two digit "02" is for the year, and the next two digit is a sequence # assigned to a particular billing cycle.
- Click on **Begin Costing**

*****NOTE**: The Vessel and Voyage **MUST** be typed in **EXACTLY** as it is in the Container Screen. Example: If Vessel/Voyage is Matsonia 020, it must be type in as it is and NOT Matsonia 20 and DO **NOT ABBREVIATE THE VESSEL NAME EITHER!!!**

System will now search for Containers that has been assigned tariff AND which has Fleming as the Freight Forwarder. System will indicate how many containers it found for costing. **(SEE FIG-1)** Verify by counting (on the sail list) the number of containers that were assigned tariff # and has Fleming as the Freight Forwarder. (SEE SAMPLE AUTOBILL REPORT **FIG-1A**)

- System may find more container than what is on the sail list so this is OK. You can always verify when the container comes up for costing. The main reason for this is, there may be containers that DID NOT sail on that vessel so these are pending. So when container comes up for costing, Click cancel.
- If you counted more than what the system found then glance through the Auto Bill Report and look for the following: If "Fleming" is misspelled, on any of the containers Costing will not recognize this. To correct this, go into the container screen and correct the spelling. The system is very sensitive; it has to match EXACTLY the way it is programmed.
- Click OK

System will now pull the first Container ID# for costing. Verify that the Ocean charge is correct for that container.

**HELPFUL HINT**: ALWAYS keep tariff tables and other rate tables **UP TO DATE**). Also keep a printout of all rates in a separate file. (In case computer files should be lost). In