IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | ) CIVIL NO. CV03 00385<br>)       SOM-LEK<br>) (Copyright) |
|       Plaintiff, | ) |
| vs. | ) DEPOSITION OF<br>) MARK DILLON |
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation; H.E.S. TRANSPORTATION SERVICES, INC., a California corporation; CALIFORNIA PACIFIC CONSOLIDATORS, INC., a California corporation; JEFFREY P. GRAHAM and PETER SCHAUL, California citizens; MARK DILLON and TERESA NOA, BRIAN CHRISTENSEN, Hawaii citizens; FLEMING COMPANIES, INC., an Oklahoma corporation; C & S LOGISTICS OF HAWAII, LLC, a Delaware LLC; C & S WHOLESALE GROCERS, INC., a Vermont corporation; C & S ACQUISITIONS, LLC; FOODLAND SUPER MARKET, LIMITED, a Hawaii corporation; HAWAII TRANSFER COMPANY, LIMITED, a Hawaii corporation, DOE INDIVIDUALS 1-350; DOE PARTNERSHIPS, CORPORATIONS and OTHER DOE ENTITIES 1-20, | ) DATE TAKEN: 12-16-03<br>)<br>) VOLUME 1<br>) Pages 1 - 171<br>)<br>)<br>) COPY |
|       Defendants. | ) |

RALPH ROSENBERG COURT REPORTERS
(808) 263-1149

```
 1   ambiguous.  "Your," you mean his, personally?
 2        Q    (By Mr. Hogan) Well, the one that you
 3   created.
 4        A    Is she accessing the spreadsheets with
 5   our data?  Yes.
 6        Q    How does she do that?
 7        A    She operates her computer via remote
 8   control software just as she had done previously
 9   from home when she lived here.
10        Q    And she has an Internet connection to
11   your knowledge?
12        A    Yes.
13        Q    Do you know who provides her the service
14   for Internet connection?
15        A    No.
16        Q    Did Mr. Berry's database have a field
17   called "Container Number"?
18        A    Something called "Container No."
19        Q    Did the one you created in June have a
20   column called "Container No"?
21        A    No.  It has a column called "Container
22   Number."
23        Q    So you spelled out the word "number"?
24        A    That's correct.
25        Q    Now, did Mr. Berry's database have a
```

IAN HOGATE & ASSOCIATES
(808) 263-1149

Hogan Dec. Exhibit 4
Page 2 of 5

```
 1   field called "Job No"?
 2        A    "Job No"?  I don't believe so.
 3        Q    Did it have one that was called "Job
 4   Number"?
 5        A    No.
 6        Q    "Job ID"?
 7        A    Yes.
 8        Q    Do you have a column in your spreadsheets
 9   called "Job ID"?
10        A    No.
11        Q    Do you have one that equates to "Job ID"?
12        A    Yes.
13        MR. HOSODA:  The question is vague and
14   ambiguous as to what "equates" means.
15        Q    (By Mr. Hogan) Do you understand the
16   question, sir?
17        A    Yes, I understand.
18        Q    Okay.  And do you have a column in your
19   spreadsheets that equates to "Job ID"?
20        MR. HOSODA:  Same objection.
21        Q    (By Mr. Hogan) If you understand the
22   question, you can answer it, sir.
23        MR. HOSODA:  I haven't instructed him not
24   to.
25        THE WITNESS:  Let's go on.  My counsel's
```

```
 1      instructed me not to answer.
 2           MR. HOSODA:  No, I said I have not
 3      instructed you not to answer.
 4           THE WITNESS:  Oh, okay.  We have a field
 5      called "Order ID."  Now, understanding -- I presume
 6      where you're going with this is that we're
 7      duplicating Mr. Berry's database.  To have an ID
 8      column in any table is standard for the industry,
 9      for the IT industry.  So if you have a spreadsheet
10      of purchase orders, you'll have an order ID.  If
11      you have a database table of container data, you
12      will have a container ID.  It's just
13      industry-standard stuff.
14           Q    (By Mr. Hogan) When you created your
15      column that you called job -- I'm sorry.  What was
16      the answer, sir?  Order ID?
17           A    Order ID.
18           Q    At the time that you did that, did you
19      have a copy of Mr. Berry's software in your
20      possession?
21           A    I don't understand what you mean by in my
22      possession.
23           Q    Okay.  Was there a copy of it resident on
24      the server in Kapolei?
25           A    Yes, there was.
```

```
                    C E R T I F I C A T E

STATE OF HAWAII      )
                     )  ss.
                     )


            I, LAURA SAVO, a Notary Public in and for
the State of Hawaii, do hereby certify:

            That prior to being examined, the witness
herein, MARK DILLON, was sworn by me to testify to
the truth, the whole truth and nothing but the
truth;

            That the foregoing deposition was taken
down by me in machine shorthand at the time and
place herein stated, and was thereafter reduced to
typewriting under my supervision;

            That the foregoing is a full, true
and correct transcript of said deposition;

            That after said deposition was reduced to
typewriting, the witness, in accordance with Rule
30(e) of the Hawaii Rules of Civil Procedure, was
duly informed of the right to make such corrections
as might be necessary to render the same true and
correct.

            I further certify that I am not of
counsel or attorney for any of the parties to this
case, nor in any way interested in the outcome
hereof, and that I am not related to any of the
parties hereto.

            Witness my hand and seal this 21st day of
December, 2003.


                    _____
                    LAURA SAVO, RPR, CSR NO. 347
                    Notary Public, State of Hawaii
                    My Commission Expires: 11/28/2005
```