# Mark Dillon

**From:** Teresa Noa [TeresaN@fleming-logistics.com]
**Sent:** Monday, September 22, 2003 8:49 PM
**To:** Mark Dillon
**Cc:** Sonia Purdy
**Subject:** DELIVERY SCHEDULE REPORT REQUEST

Mark - need a delivery schedule report created for Sonia - she currently inputs and emails a spreadsheet - but when doing this - she then has to input into our system also - which means that info is missed.

Need it to sort by Origin Port, Appt date

Need the following info on the Report

(these are headers across the page - but I'm listing them down the page - easier that way)

Job Id
Vendor
PO#
Delivering Case
Delivering Cube
Delivering Weight
Commodity
POC
Ph#

Sonia is there anything else that is needed on this report?

When the report is created - Sonia get w/ me - you'll input and use this report to email over to the terminals. This will make sure all data gets input that is needed - and you will use this as a tool to confirm

#1 - All orders delivered that was scheduled
#2 - That you received the b/l and cons info from the terminal

This will need to be done on a daily basis

Thanks!

Teresa A. Noa
Logistics Analyst/Coordinator
CS Wholesale Grocers, Inc. - Hawaii Logistics
(808) 682-3302

D02195

1

**Mark Dillon**

**From:** Teresa Noa [TeresaN@fleming-logistics.com]
**Sent:** Thursday, September 11, 2003 10:49 AM
**To:** Melvin Ponce; Sonia Purdy; Sherilyn Cruz; Mark Dillon; Jackie Rio
**Subject:** 254447 USING

Teresa A. Noa
Logistics Analyst/Coordinator
CS Wholesale Grocers, Inc. - Hawaii Logistics
(808) 682-3302

```
     ----- Original Message -----
     From: Melvin Ponce <mailto:MelvinP@fleming-logistics.com>
     To: Teresa Noa <mailto:TeresaN@Fleming-Logistics.com>  ; Sonia Purdy
<mailto:SoniaP@fleming-logistics.com>  ; Sherilyn Cruz <mailto:SherilynC@fleming-
logistics.com>  ; Mark Dillon <mailto:MarkD@Fleming-Logistics.com>  ; Jackie
<mailto:JackieR@Fleming-Logistics.com>
     Sent: Thursday, September 11, 2003 10:45 AM
     Subject: USING CNTR ID 52894-52895 JOB ID 254445-254446
```

D01214

1

Hogan Dec. Exhibit 5
Page 2 of 10

**Mark Dillon**

| | |
|---|---|
| From: | Teresa Noa [TeresaN@fleming-logistics.com] |
| Sent: | Monday, October 13, 2003 4:27 AM |
| To: | Mark Dillon |
| Subject: | PO NOT APPEARING |



Dispatching - FCL.rpt (83 KB)

Mark - here is one report where on this job id - the PO# is not appearing (it's that way on all the reports) - is there a reason for this?  I guess I have to go through each page, container screen to ensure all information is there?

Teresa A. Noa
Logistics Analyst/Coordinator
CS Wholesale Grocers, Inc. - Hawaii Logistics
319-527-5243

D01285

1

**Mark Dillon**

| | |
|---|---|
| **From:** | Teresa Noa [TeresaN@fleming-logistics.com] |
| **Sent:** | Monday, October 13, 2003 7:08 AM |
| **To:** | Melvin Ponce; Sherilyn Cruz |
| **Cc:** | Mark Dillon |
| **Subject:** | Re: JOB ID 256415 |

fyi - for some reason - some POs are not showing up on the sail charts, dispatches, load planning etc

before you send any of the reports out - you have to make sure the PO#s - or any other info - is not missing - if so - get w/ Mark and have him fix that field etc - then send the report out

thanks!

Teresa A. Noa
Logistics Analyst/Coordinator
CS Wholesale Grocers, Inc. - Hawaii Logistics
319-527-5243

> ----- Original Message -----
> From: Teresa Noa <mailto:TeresaN@fleming-logistics.com>
> To: Melvin Ponce <mailto:MelvinP@fleming-logistics.com> ; Sherilyn Cruz <mailto:SherilynC@fleming-logistics.com>
> Sent: Sunday, October 12, 2003 6:40 PM
> Subject: JOB ID 256415
>
> unilever lipton - no PO????
> Teresa A. Noa
> Logistics Analyst/Coordinator
> CS Wholesale Grocers, Inc. - Hawaii Logistics
> 319-527-5243

D01287

1

## Mark Dillon

**From:** Teresa Noa [TeresaN@fleming-logistics.com]
**Sent:** Wednesday, October 29, 2003 7:53 AM
**To:** Melvin Ponce; Mark Dillon
**Subject:** Re: GMDS NOT ASSIGNED CONT ID

oh my goodness.  There's got to be better software out there..... Teresa A. Noa Logistics Analyst/Coordinator CS Wholesale Grocers, Inc. - Hawaii Logistics 319-527-5243

>       ----- Original Message -----
>       From: Melvin Ponce <mailto:MelvinP@fleming-logistics.com>
>       To: Teresa Noa <mailto:TeresaN@fleming-logistics.com>  ; Mark Dillon <mailto:MarkD@Fleming-Logistics.com>
>       Sent: Wednesday, October 29, 2003 7:44 AM
>       Subject: Re: GMDS NOT ASSIGNED CONT ID
>
>       I think what happened is when I made the job id's for the GMD's and tried to save it but conflicted with Marks update. I then copied the job id's further down and saved all other people's changes. It looks like the vendor name "GMD" was saved because the the vendor name for the updated PO was blank. I updated the vendor name by checking the PO# in the C&S system.
>
>               ----- Original Message -----
>               From: Teresa Noa <mailto:TeresaN@fleming-logistics.com>
>               To: Melvin Ponce <mailto:MelvinP@fleming-logistics.com>
>               Sent: Wednesday, October 29, 2003 7:16 AM
>               Subject: GMDS NOT ASSIGNED CONT ID
>
>               258368 through 258370
>
>               no cont id assigned - please advise
>               Teresa A. Noa
>               Logistics Analyst/Coordinator
>               CS Wholesale Grocers, Inc. - Hawaii Logistics
>               319-527-5243

1

D01331

**Mark Dillon**

| | |
|---|---|
| From: | Teresa Noa |
| Sent: | Tuesday, June 29, 2004 8:44 AM |
| To: | Mark Dillon |
| Cc: | 'hungerle@CSWG.COM' |
| Subject: | POS RECEIVED 6-29 |

Mark Last PO 434332 through 793004 (our job ids 276981 through 277102) - are all for January and Februar 2004

Please help! Can't dispatch til I get these

Thanks!

1

**Mark Dillon**

From: Teresa Noa [TeresaN@fleming-logistics.com]
Sent: Tuesday, December 30, 2003 8:09 AM
To: Melvin Ponce; Sonia Purdy; Jackie Rio; Fredda Waiolama; Sherilyn Cruz
Cc: Mark Dillon
Subject: Re: last job id used please

oops I thought she said job id.

Teresa A. Noa
Logistics Analyst/Coordinator
CS Wholesale Grocers, Inc. - Hawaii Logistics
319-523-8181

```
----- Original Message -----
From: Melvin Ponce <mailto:MelvinP@fleming-logistics.com>
To: Teresa Noa <mailto:TeresaN@fleming-logistics.com> ; Sonia Purdy
<mailto:SoniaP@fleming-logistics.com> ; Jackie Rio <mailto:JackieR@Fleming-Logistics.com>
; Fredda Waiolama <mailto:FreddaW@Fleming-Logistics.com> ; Sherilyn
<mailto:SherilynC@fleming-logistics.com>
Cc: Mark <mailto:MarkD@fleming-logistics.com>
Sent: Tuesday, December 30, 2003 7:55 AM
Subject: Re: last job id used please

Looks like 55695 is the last used cntr id.

    ----- Original Message -----
    From: Teresa Noa <mailto:TeresaN@fleming-logistics.com>
    To: Sonia Purdy <mailto:SoniaP@fleming-logistics.com> ; Melvin Ponce
<mailto:MelvinP@fleming-logistics.com> ; Jackie Rio <mailto:JackieR@Fleming-
Logistics.com> ; Fredda Waiolama <mailto:FreddaW@Fleming-Logistics.com> ; Sherilyn
<mailto:SherilynC@fleming-logistics.com>
    Cc: Mark <mailto:MarkD@fleming-logistics.com>
    Sent: Tuesday, December 30, 2003 7:32 AM
    Subject: Re: last job id used please

    I forget - and it would take me all day to scroll down and try to find.  I do
know the one job id I used - I marked it Teresa and then saved - but have since inputted
all the info and saved - have not used any other record
    Teresa A. Noa
    Logistics Analyst/Coordinator
    CS Wholesale Grocers, Inc. - Hawaii Logistics
    319-523-8181

        ----- Original Message -----
        From: Sonia Purdy <mailto:SoniaP@fleming-logistics.com>
        To: TeresaN@Fleming-Logistics.com ; Melvin Ponce
<mailto:MelvinP@fleming-logistics.com> ; Jackie Rio <mailto:JackieR@Fleming-
Logistics.com> ; Fredda Waiolama <mailto:FreddaW@Fleming-Logistics.com> ; Sherilyn
<mailto:SherilynC@fleming-logistics.com>
        Sent: Tuesday, December 30, 2003 7:24 AM
        Subject: last job id used please
```

1

D01684

**Mark Dillon**

| | |
|---|---|
| From: | Teresa Noa [TeresaN@fleming-logistics.com] |
| Sent: | Friday, January 02, 2004 10:10 AM |
| To: | Mark Dillon; Sherilyn Cruz; Melvin Ponce; Sonia Purdy |
| Subject: | 263245 through 263297 |

This is a whole block of jobs that are blank and open. Can we get these cleaned up? Originally showed Sonia was going to be using - but looks like she used later ones - 263299 and on

Someone may get confused and think that job id 263244 is the last record - when actually there's a whole bunch more after it

Thanks!

Teresa A. Noa
Logistics Analyst/Coordinator
CS Wholesale Grocers, Inc. - Hawaii Logistics
319-523-8181

1

**Mark Dillon**

| | |
|---|---|
| From: | Teresa Noa [TeresaN@earthlogistics.com] |
| Sent: | Thursday, July 01, 2004 9:26 AM |
| To: | Mark Dillon |
| Subject: | DUPLICATE |

fyi I input a manual under job id 277177 and the order came across under 277181

Teresa A. Noa
Logistics Analyst/Coordinator
C&S Wholesale Grocers, Hawaii Logistics
319-523-8181

8/11/2004

D02072

**Mark Dillon**

| | |
|---|---|
| From: | Teresa Noa [TeresaN@fleming-logistics.com] |
| Sent: | Tuesday, September 30, 2003 7:37 AM |
| To: | Mark Dillon |
| Cc: | Steve Syperski; James; Quinn Brewer |
| Subject: | RECEIVING POS INTO LOGISTICS SYSTEM |

Mark - just encountered a MAJOR problem!

Currently your program filters through "duplicate" purchase orders - and if a PO is in our system - the new PO from corporate will not import into our system.

Problem with that - with C&S POs - there will be duplications - right behind each other (probably on a monthly basis or sooner!)

Here's an example:

PO# 693058 - JOB ID 254799 POID 2328023 file received from corporate on 9-15-03 (order date was 9-12-03)

THIS PO WAS RECEIVED IN HOUSE ON 9-12-03

TODAY IS 9-30-03 - GENERAL MILLS PO 693058 was ordered on 9-21-03 AND IS DELIVERING TO LA MIRADA - BUT THIS PO IS NOT IN OUR SYSTEM!

Alot of orders showing up at the terminals - that we in logistics no nothing of.  Greatly affecting the way the containers are being loaded - and the equipment that we planned to have available.

How can we fix this PLEASE!

Teresa A. Noa
Logistics Analyst/Coordinator
CS Wholesale Grocers, Inc. - Hawaii Logistics
(808) 682-3302

1