**Teresa Noa**

**From:** Teresa Noa [TeresaN@fleming-logistics.com]
**Sent:** Tuesday, November 11, 2003 6:11 AM
**To:** Mark Dillon
**Cc:** Ron Hatch; Quin Brewer
**Subject:** Re: Mark in late Friday 11/7

Ok -- how did the changes go?

Also - it was my understanding that you would be operating off a different system than the active one to make the changes etc - so there would be no down time. The changes and fixes would be made on a separate system - so when all was fixed - it could be implemented into the system the users currently are on - without a hitch.

Teresa A. Noa
Logistics Analyst/Coordinator
CS Wholesale Grocers, Inc. - Hawaii Logistics
319-527-5243

> ----- Original Message -----
> **From:** Mark Dillon
> **To:** Teresa Noa
> **Cc:** Ron Hatch ; Quin Brewer
> **Sent:** Friday, November 07, 2003 12:57 PM
> **Subject:** Re: Mark in late Friday 11/7
>
> Teresa,
>
> Late Friday is the only practical time for me, since it allows me a weekend if need be to troubleshoot problems without interfering with the workdays of the rest of the Logistics Department. Also, I can get up a little later the next day should I have to stay very late. Can we work something out where you can work all day Fridays until 9:30 at night (Iowa time), and I get the system at that point? Generally, there will not be a need to work on Saturday, though some of that is inevitable. This is what is takes to maintain a network and application software.
>
> The changes I intend to make are:
>
> 1. To revise the logic for auto-calculation of pickup and scheduled receive dates to provide dates where the origin port <> "Honolulu".
> 2. To supply a pop-up form accessible by hot-key to show basic information about the orders in the current container (when in the orders or containers worksheets) or a container of the user's choice.
> 3. Prepare the auxiliary spreadsheets for update via ADO query. This will allow you to update the defaults from a record on the spreadsheet, just as you were able to do with the Access database.
>
> Some future changes:
>
> - Another change that is ready, but I was not going to implement until we talked about it is using code to automatically assign new a container ID and Order ID when a user intends to create a manual order or begin a new container. This will eliminate the problem of users unknowingly using the same order ID or container ID for two separate orders or containers and so overwriting each other's work. The only

8/3/2004

Hogan Dec. Exhibit 6
Page 1 of 5

D00281

problem is that were a user to fail to request a container ID or order ID from the system, the record they create will be likely overwritten by those who do use the system. It would have to be the rule that all new records are initiated through the system by pressing a hotkey to automatically take you to the next available order or container id and record the fact.

- Addition of the above item would also allow introducing a hot key to instanly take a user to the last used order id or container id as an aid to quick navigation of the spreadsheets (in this case, the system would not be assigning them an ID, but just taking them to the last one used.)
- Install code to allow updating of the vendor defaults from a record in the Orders worksheet.

Mark Dillon
LAN Admin/Programmer
C&S Wholesale Grocers, Inc., Hawaii Logistics
Phone: (808) 682-3392
Fax: (808) 673-0448

----- Original Message -----

**From:** Teresa Noa
**To:** Mark Dillon
**Cc:** Ron Hatch ; Quinn Brewer
**Sent:** Friday, November 07, 2003 9:05 AM
**Subject:** Re: Mark in late Friday 11/7

*I need to have access to do my load planning, reporting to corporate etc etc etc - will the system be up and running on Saturday etc.*

*We also need to know, as stated in the earlier email - what kind of changes you will be making and how that will affect us. I think someone besides you needs to know what is happening w/ the logistics system.*

*As I understand you need exclusive access at times, Fridays is when I try and get all of my bookings etc done for the following week.*

*Also - I work through the weekend also - so if something goes wrong on Friday - this will affect my productivity on the weekend - and my ability to get the reports corporate requires out.*

Teresa A. Noa
Logistics Analyst/Coordinator
CS Wholesale Grocers, Inc. - Hawaii Logistics
319-527-5243

----- Original Message -----
**From:** Mark Dillon
**To:** Teresa Noa
**Sent:** Friday, November 07, 2003 9:11 AM
**Subject:** Re: Mark in late Friday 11/7

From 5:30 PM or whenever Fredda is finished with her work until 9:00 PM Hawaii time I will need exclusive access to the Logistics spreadsheets. I have asked Ron if I may not make this an ongoing arrangement for Fridays. He approved this. Teresa, how does this affect you?

Mark

|----- Original Message -----

D00282

Each morning, the Hawaii Division Logistics Department receives the following data items for each PO cut the previous day.

| Field Description | Current Datatype |
|---|---|
| PO Number (C&S identifier) | Text/String |
| Vendor Name | Text/String |
| Vendor Code (unique identifier for vendor if vendor name is not unique) | Text/String |
| Requested Arrival/Required by Date (buyer requests product arrive by this date) | Date |
| Merchandiser/Buyer | Text/String |
| PO Case | Integer |
| PO Cube | Integer |
| PO Weight | Long Integer |
| Notes | Memo |

The above data is combined with the following data items supplied from a table of default values for a PO's vendor:

| Field Description | Current Datatype |
|---|---|
| Vendor Point of Contact | Text/String |
| Point of Contact Phone | Text/String |
| Vendor Location (Site from which product is shipped or picked up) | Text/String |
| Shipper | Text/String |
| Invoicee/Bill to | Text/String |
| Consignee | Text/String |
| Default Port (Port from which product usually ships) | Text/String |
| Terminal (Consolidator's terminal) | Text/String |
| Climate (Chill/Dry/Frozen) | Text/String |
| Load Type (Straight/Delivery for Consolidation/Pickup for Consolidation) | Text/String |
| Account (Ledger account) | Text/String |
| Destination Trucker | Text/String |
| Warehouse (Hawaii Division storage facility) | Text/String |

Together, along with an order id (required since the Fleming PO number is not unique), the data in the above tables constitutes the initial PO record in the Hawaii Division Logistics spreadsheets.

D00292

**Mark Dillon**

**From:** Teresa Noa [TeresaN@fleming-logistics.com]
**Sent:** Tuesday, November 11, 2003 6:11 AM
**To:** Mark Dillon
**Cc:** Ron Hatch; Quin Brewer
**Subject:** Re: Mark in late Friday 11/7

Ok -- how did the changes go?

Also - it was my understanding that you would be operating off a different system than the active one to make the changes etc - so there would be no down time. The changes and fixes would be made on a separate system - so when all was fixed - it could be implemented into the system the users currently are on - without a hitch.

Teresa A. Noa
Logistics Analyst/Coordinator
CS Wholesale Grocers, Inc. - Hawaii Logistics
319-527-5243

> ----- Original Message -----
> From: Mark Dillon <mailto:MarkD@fleming-logistics.com>
> To: Teresa Noa <mailto:TeresaN@fleming-logistics.com>
> Cc: Ron Hatch <mailto:RHatch@cswg.com> ; Quin Brewer <mailto:qbrewer@cswg.com>
> Sent: Friday, November 07, 2003 12:57 PM
> Subject: Re: Mark in late Friday 11/7
>
> Teresa,
>
> Late Friday is the only practical time for me, since it allows me a weekend if need be to troubleshoot problems without interfering with the workdays of the rest of the Logistics Department. Also, I can get up a little later the next day should I have to stay very late. Can we work something out where you can work all day Fridays until 9:30 at night (Iowa time), and I get the system at that point? Generally, there will not be a need to work on Saturday, though some of that is inevitable. This is what is takes to maintain a network and application software.
>
> The changes I intend to make are:
>
> 1. To revise the logic for auto-calculation of pickup and scheduled receive dates to provide dates where the origin port <> "Honolulu".
> 2. To supply a pop-up form accessible by hot-key to show basic information about the orders in the current container (when in the orders or containers worksheets) or a container of the user's choice.
> 3. Prepare the auxiliary spreadsheets for update via ADO query. This will allow you to update the defaults from a record on the spreadsheet, just as you were able to do with the Access database.
>
> Some future changes:
>
> * Another change that is ready, but I was not going to implement until we talked about it is using code to automatically assign new a container ID and Order ID when a user intends to create a manual order on begin a new container. This will eliminate the problem of users unknowingly using the same order ID or container ID for two separate orders or containers and so overwriting each other's work. The only problem is that were a user to fail to request a container ID or order ID from the system, the record they create will be likely overwritten by those who do use the system. It would have to be the rule that all new records are initiated through the system by pressing a hotkey to automatically take you to the next available order or container id and record the fact.
> * Addition of the above item dwould also allow introducing a hot key to instanly take a user to the last used order id or container id as an aid to quick navigation of the spreadsheets (in this case, the system would not be assigning them an ID, but just taking

1

Hogan Dec. Exhibit 6
Page 4 of 5

D01421

**Mark Dillon**

| | |
|---|---|
| From: | Teresa Noa [TeresaN@fleming-logistics.com] |
| Sent: | Friday, March 19, 2004 1:07 PM |
| To: | Melvin Ponce |
| Cc: | Mark Dillon |
| Subject: | Re: DUMMY OSD CLAIM FORM |

Mark won't need this form - this is the form the receivers should give you - and then you take this information and input into the spreadsheet - there are already claims fields set up.

Starting w/ Claims Doc # - column BH through BW - but on the claim doc # I think that should be the order ID

then convert BH to either a P(pending) or a C (closed) field

Mark can then set you up a query - ctrl shift _____ so you don't have to scroll

Take a look at that and see if there is anything missing (in the disposition field that will be a running history like the container history)

Ten Mark will need to create a crystal report form from these fields that you will generate each week - one for pending and one maybe for a history.......

    ----- Original Message -----
    From: Melvin Ponce <mailto:MelvinP@fleming-logistics.com>
    To: Teresa Noa <mailto:TeresaN@Fleming-Logistics.com> ; Mark Dillon <mailto:MarkD@Fleming-Logistics.com>
    Sent: Friday, March 19, 2004 12:45 PM
    Subject: DUMMY OSD CLAIM FORM

    Teresa,

    Here is a a dummy claim form that I will try to input into the system. Let me know if you have any concerns or maybe Mark should take a look at it first before I start doing anything. Let me know. Thanks.

    Melvin Ponce
    Logistics Coordinator
    C&S Wholesale Grocers, Inc. - Hawaii Logistics
    Ph: (808) 682-3394
    Fax: (808) 673-0448

1