LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HAWAIIAN EXPRESS SERVICE, ) <br> INC., a California corporation; et al. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | Civ. No. CV03 00385 SOM-LEK (Copyright) <br><br> **NOTICE OF HEARING OF PLAINTIFF WAYNE BERRY'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF JEFFREY KINRICH AND EVIDENCE OF AND ANY REFERENCE TO THE OPINIONS CONTAINED IN THE SECOND SUPPLEMENTAL EXPERT REPORT OF JEFFREY KINRICH (Plaintiff No. 1)** <br><br> Hearing: <br> DATE: February 24, 2006 <br> TIME: 2:00 p.m. <br> JUDGE: Hon. Susan Oki Mollway <br><br> Trial Date: February 28, 2006 |

## NOTICE OF HEARING

TO: LEX R. SMITH, ESQ.
     THOMAS YEE, ESQ
     Kobayashi Sugita & Goda
     First Hawaiian Center
     999 Bishop Street, Suite 2600
     Honolulu, Hawaii 96813
     Attorneys for Defendant
     Fleming Companies, Inc.
     C&S Wholesale Grocers, Inc.,
     C&S Logistics of Hawaii, LLC,
     C&S Acquisitions, LLC, ES3, LLC
     and RICHARD COHEN

     MICHAEL BAUMANN, ESQ
     ERIC LIEBELER, ESQ.
     DAMIAN CAPOZZOLA, ESQ.
     R. OLIVIA SAMAD, ESQ.
     Kirkland & Ellis
     777 South Figueroa Street
     Los Angeles, CA 90017
     Attorneys for Defendant Fleming Companies, Inc.

     LYLE HOSODA, ESQ.
     345 Queen Street, Suite 804
     Honolulu, Hawaii 96813
     Attorney for Defendants Mark Dillon,
     Brian Christensen and Teresa Noa
     Melvin Ponce, Alfredda Waiolama,
     Jacqueline Rio, and Justin Fukumoto

     NOTICE IS HEREBY GIVEN that **PLAINTIFF WAYNE BERRY'S**

**MOTION IN LIMINE TO EXCLUDE TESTIMONY OF JEFFREY**

**KINRICH AND ANY REFERENCE TO THE OPINIONS CONTAINED IN**

**THE SECOND SUPPLEMENTAL EXPERT REPORT OF JEFFREY KINRICH** shall come on for hearing before the Honorable Susan Oki Mollway, United States District Judge of the above-entitled Court, in her courtroom in the United States District Court, 300 Ala Moana Boulevard, Honolulu, Hawaii 96813 on February 24, 2006 at 2:00 p.m., or as soon thereafter as counsel can be heard.

    Dated: Honolulu, Hawai'i, February 22, 2006

                                        /s/ Timothy J. Hogan
                                        TIMOTHY J. HOGAN
                                        Attorney for Plaintiff WAYNE BERRY