LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;    )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     vs.                           )<br>                                   )<br>HAWAIIAN EXPRESS SERVICE,          )<br>INC., a California corporation; et al. )<br>                                   )<br>                                   )<br>                                   )<br>            Defendants.            )<br>                                   )<br>_____ ) | Civ. No. CV03 00385 SOM-LEK<br>(Copyright)<br><br>**DECLARATION OF TIMOTHY J. HOGAN IN SUPPORT OF PLAINTIFF WAYNE BERRY'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF JEFFREY KINRICH AND EVIDENCE OF AND ANY REFERENCE TO THE OPINIONS CONTAINED IN THE SECOND SUPPLEMENTAL EXPERT REPORT OF JEFFREY KINRICH (Plaintiff No. 1); EXHIBITS "1" and "2"** |

# DECLARATION OF TIMOTHY J. HOGAN
# IN SUPPORT OF PLAINTIFF WAYNE BERRY'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF JEFFERY KINRICH AND ANY EVIDENCE OF AND ANY REFERENCE TO THE OPINIONS

I, TIMOTHY J. HOGAN, hereby make the following declaration under penalty of law:

1. I am an attorney with the law firm of Lynch Ichida Thompson Kim & Hirota, which represents Plaintiff in the above-captioned matter.

2. Attached hereto as Exhibit "1" is a true and correct copy of the Court's Minute Order Dated January 24, 2006.

3. In the status conference I informed the Court and the PCT that Mr. Ueno would likely not file a supplemental report. Consistent with that, no supplemental Ueno report was filed.

4. On two occasions I requested the working papers and correspondence from the PCT related to this new report but have not received any materials in response.

5. Attached hereto as Exhibit "2" is a true and correct email from me to Mr. Capozzola confirming that the PCT was withholding documents related to Kinrich's report.

6. Upon Mr. Ueno's filing of his supplemental report, I made the materials immediately available to opposing counsel without the need to serve a

formal discovery request.

    Dated: Honolulu, Hawai'i, February 22, 2006.

                                      /s/ Timothy J. Hogan
                                      TIMOTHY J. HOGAN