# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/24/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00385SOM-LEK |
| CASE NAME: | Wayne Berry vs. HI Express Service, Inc., et al. |
| ATTYS FOR PLA: | Timothy Hogan<br>Wesley Ichida |
| ATTYS FOR DEFT: | Eric Liebeler<br>Damian Capozzola<br>Lex Smith<br>Lyle Hosoda<br>Raina Mead |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Steve Platt |
| DATE: | 1/24/2006 | TIME: | 9:00 - 12:35<br>1:20 - 2:00 |

COURT ACTION:  EP: Jury Selection/Trial -

Discussion held re: Dr. Walker, and the HEX and Vicarious Infringement -

Court will not allow the HEX infringement issue to come in - duplicative.

Further discussion to be conducted after jury selection re: Dr. Walker.

Jury Selection - 38 Prospective Jurors present.

A panel of 8 Jurors selected.

No objection to the manner in which this panel was selected.

All parties satisfied with this panel.

Jurors sworn and excused.

Hogan Dec. Exhibit 1
Page 1

Discussion held re: Guidance materials that were produced yesterday by the defendants.

Mr. Hogan requests a continuance of trial in order to review the materials for his case in chief - objection by the defendants.

Parties to confer with their witnesses re: scheduling if trial is continued to 2/28/06.

1:20 p.m. - Parties indicate that scheduling of witnesses is manageable if trial is continued.

Defendants are allowed to take a preservation deposition of Theresa Noa.

1:30 p.m. - Jurors present.

Court informs the Jurors that trial will be continued to 2/28/06 @ 9:00 a.m.

Jurors to report to the jury lounge on 2/28/06 @ 8:45 a.m.

Jurors have no conflict with the new trial date.

Jurors excused.

Court imposes new deadlines:

Defendant to make available to plaintiff's counsel on 1/24/06 a copy of the materials that were turned over to Dr. Walker, including privileged materials.

Mr. Hogan may not claim that the attorney-client privilege has been waived as a result of his review of documents on 1/24/06..

Mr. Hogan to complete reviewing the recently produced materials no later than 2/7/06. Mr. Hogan's expert, Mr. Uyeno, may amend or supplement his expert report in light of the newly produced materials. Mr. Hogan must turn over any amendment to defense counsel no later than 3:00 p.m. 2/10/06.

Mr. Uyeno to be available to be deposed by 2/14/06.

Any defense expert may amend or supplement his report in light of any amended report by Mr. Uyeno. Any amended report must be turned over to plaintiff no later than 3:00 p.m. 2/17/06.

Any defense expert who does amend his report must be available to be deposed by the morning of 2/21/06.

Plaintiff's Motion for Issuance of Permanent Injunction set for 1/30/06 @ 10:30 a.m. SOM is continued to 3/6/06 @ 9:00 a.m. SOM.

Hogan Dec. Exhibit 1
Page 2

Hogan Dec. Exhibit 1

https://ecf.hid.uscourts.gov/cgi-bin/showcase_doc?788,144116,,,,,,1485761,1   2/17/2006

Page 3