# Timothy J. Hogan

| | |
|---|---|
| **From:** | Timothy J. Hogan |
| **Sent:** | Monday, February 20, 2006 8:22 AM |
| **To:** | 'Damian Capozzola' |
| **Cc:** | Lex; Lyle; Mike Baumann |
| **Subject:** | RE: Kinrich materials / deposition |

I take your response as a refusal.  We will move in limine to bar Kinrich in total based on that refusal.

Tim Hogan

_____
Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii  96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email  tjh@loio.com


NOTICE:  This email is only for use by the intended recipient. If received in error any use, disclosure or copying is prohibited. Any inadvertent receipt shall not be a waiver of any privilege or work product protection. Please contact the sender at tjh@loio.com or at (808) 528-0100.
-----Original Message-----
From: Damian Capozzola [mailto:dcapozzola@kirkland.com]
Sent: Monday, February 20, 2006 8:12 AM
To: Timothy J. Hogan
Cc: Lex; Lyle; Mike Baumann
Subject: Kinrich materials / deposition


Mr. Hogan:

     In response to your e-mail of Saturday, February 18, your Friday (2/17) after hours request for materials concerning Kinrich was and is unreasonable, and we reject it.  We will accept service of a proper deposition notice with document demands for Mr. Kinrich, if you wish to serve one.  The deposition would take place in Los Angeles on 2/21.  (Recall that I told you on February 13 that Kinrich would be preparing a new report for service on 2/17 and that any discovery deposition would be in Los Angeles on 2/21).
We are still ready to proceed in this manner.

     Alternatively, now that you have seen the full scope of the flaws in Ueno's analysis, perhaps you will simply withdraw Ueno.

     Please let me know how you wish to proceed.
Thank you for your attention to these matters.

--Damian Capozzola


<font size=2 face="monospace,courier">
************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee.  It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP.

1

Hoagn Dec. Exhibit 2
Page 1 of 2

Unauthorized use, disclosure or copying of this communication or any part thereof is
strictly prohibited and may be unlawful.  If you have received this communication in
error, please notify us immediately by return e-mail or by e-mail to
postmaster@kirkland.com, and destroy this communication and all copies thereof, including
all attachments.
************************************************************
```
</font>
```