LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | Civ. No. CV03 00385 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| HAWAIIAN EXPRESS SERVICE, | ) | |
| INC., a California corporation; et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the dates and by the methods of service noted below,

true and correct copies of the (1) Notice of Hearing of Plaintiff Wayne Berry's

Motion in Limine to Exclude Testimony of Jeffrey Kinrich And Evidence Of and

Any Reference to the Opinions Contained in the Second Supplemental Expert

Report of Jeffrey Kinrich (Plaintiff No. 1); (2) Plaintiff Wayne Berry's Motion in Limine to Exclude Testimony of Jeffrey Kinrich And Evidence Of and Any Reference to the Opinions Contained in the Second Supplemental Expert Report of Jeffrey Kinrich (Plaintiff No. 1); (3) Memorandum in Support of Plaintiff Wayne Berry's Motion in Limine to Exclude Testimony of Jeffrey Kinrich And Evidence Of and Any Reference to the Opinions Contained in the Second Supplemental Expert Report of Jeffrey Kinrich (Plaintiff No. 1); and (4) Declaration of Timothy J. Hogan in Support of Plaintiff Wayne Berry's Motion in Limine to Exclude Testimony of Jeffrey Kinrich And Evidence Of and Any Reference to the Opinions Contained in the Second Supplemental Expert Report of Jeffrey Kinrich (Plaintiff No. 1) were served on the following at their last known addresses:

<u>Served Electronically on February 22, 2006</u>:

Damian Capozzola dcapozzola@kirkland.com

Lyle S. Hosoda lsh@hosodalaw.com

Eric C. Liebeler eliebeler@kirkland.com

Raina P. Mead rpbm@hosodalaw.com

R. Olivia Samad osamad@kirkland.com

Thomas H.Y.P. Yee <u>thy@ksglaw.com,</u> bls@ksglaw.com

    DATED: Honolulu, Hawai'i, February 22, 2006.

                                      <u>/s/ Timothy J. Hogan</u>
                                      TIMOTHY J. HOGAN
                                      Attorney for Plaintiff WAYNE BERRY