LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | Civ. No. CV03 00385 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF HEARING OF** |
| | ) | **PLAINTIFF WAYNE BERRY'S** |
| HAWAIIAN EXPRESS SERVICE, | ) | **MOTION *IN LIMINE* TO** |
| INC., a California corporation; et al. | ) | **EXCLUDE ANY TESTIMONY OF** |
| | ) | **MARTIN WALKER (Plaintiff No. 2)** |
| | ) | |
| | ) | *Hearing:* |
| | ) | DATE: February 24, 2006 |
| | ) | TIME: 2:00 p.m. |
| Defendants. | ) | JUDE: Hon. Susan Oki Mollway |
| | ) | |
| | ) | |
| | ) | Trial Date: February 28, 2006 |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## NOTICE OF HEARING

TO: LEX R. SMITH, ESQ.
      ANNE E. LOPEZ, ESQ.
      Kobayashi Sugita & Goda
      First Hawaiian Center
      999 Bishop Street, Suite 2600
      Honolulu, Hawaii 96813
      Attorneys for Defendant
      Fleming Companies, Inc.
      C&S Wholesale Grocers, Inc.,
      C&S Logistics of Hawaii, LLC,
      C&S Acquisitions, LLC, ES3, LLC
      and RICHARD COHEN

      MICHAEL BAUMANN, ESQ
      ERIC C. LIEBELER, ESQ.
      DAMIAN CAPOZZOLA, ESQ.
      MELISSA M. DULAC, ESQ.
      R. OLIVIA SAMAD, ESQ.
      Kirkland & Ellis
      777 South Figueroa Street
      Los Angeles, CA 90017
      Attorneys for Post-Confirmation Trust of
      Defendant Fleming Companies, Inc.

      LYLE HOSODA, ESQ.
      345 Queen Street, Suite 804
      Honolulu, Hawaii 96813
      Attorney for Defendants Mark Dillon,
      Brian Christensen and Teresa Noa
      Melvin Ponce, Alfredda Waiolama,
      Jacqueline Rio, and Justin Fukumoto

      NOTICE IS HEREBY GIVEN that Plaintiff Wayne Berry's **PLAINTIFF**

**WAYNE BERRY'S MOTION *IN LIMINE* TO EXCLUDE ANY**

**TESTIMONY OF MARTIN WALKER** shall come on for hearing before the Honorable Susan Oki Mollway, United States District Judge of the above-entitled Court, in her courtroom in the United States District Court, 300 Ala Moana Boulevard, Honolulu, Hawaii 96813 on February 24, 2006 at 2:00 p.m., or as soon thereafter as counsel can be heard.

    Dated: Honolulu, Hawai'i, February 22, 2006

                                      /s/ Timothy J. Hogan
                                      TIMOTHY J. HOGAN
                                      Attorney for Plaintiff WAYNE BERRY