**Timothy J. Hogan**

| | |
|---|---|
| **From:** | Damian Capozzola [dcapozzola@kirkland.com] |
| **Sent:** | Monday, February 13, 2006 9:38 AM |
| **To:** | Timothy J. Hogan |
| **Cc:** | Michael Baumann; lrs@ksglaw.com; lsh@hosodalaw.com |
| **Subject:** | Fw: PCT-B MW 02871 - 02923 |
| **Attachments:** | PCT-B MW 02871 - 02923.pdf |

Mr. Hogan

In the probably vain hope that this will avoid unnecessary controversy and provide you with some assurance that you have the data and information that Mr. Walker used, reviewed or looked at in forming his opinions, please find attached PCT-B MW 02871-02923, which contain e-mail transmittals between me and Dr. Walker. To save unnecessary waste of paper we have not included the attachments, which largely are self-explanatory and you should already have. (The "Page 394" on PCT-B MW 02902 is page 394 from Berry's copyright registration). By sending you this material, I am NOT stating that these e-mails are actually data or information used, reviewed or looked at by Mr. Walker, but the transmittal e-mails were sent between us.

Thank you for your attention to these matters.

--Damian Capozzola

```
*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee.  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful.  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*************************************************************
```