# Timothy J. Hogan

| | |
|---|---|
| **From:** | Timothy J. Hogan |
| **Sent:** | Wednesday, February 15, 2006 9:53 AM |
| **To:** | Brenda Sakamoto; Damian Capozzola (E-mail); Eric Liebeler (E-mail); Lex Smith; Lex Smith (E-mail); Lyle Hosoda (E-mail); Lyle Hosoda (E-mail); Michael Baumann; Raina Mead |
| **Subject:** | Walker Documents Not Produced |
| **Attachments:** | Kobayashi CD.pdf |



Kobayashi CD.pdf
(819 KB)

Dear Defense Counsel:

I want to confirm that you are withholding the CD that is evidenced by the enclosed pdf that I requested upon its disclosure in Mr. Capozzola's email last week.

Tim Hogan

_____
Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii  96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email  tjh@loio.com


NOTICE:  This email is only for use by the intended recipient. If received in error any use, disclosure or copying is prohibited. Any inadvertent receipt shall not be a waiver of any privilege or work product protection. Please contact the sender at tjh@loio.com or at (808) 528-0100.

Hogan Dec. Exhibit 5
Page 1 of 3

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

777 South Figueroa Street
Los Angeles, California 90017

To Call Writer Directly:
213 680-8453
dsilva@kirkland.com

213 680-8400

www.kirkland.com

Facsimile:
213 680-8500

March 21, 2005

Martin G. Walker, PhD
Brass Rat Group, Inc.
1820 Portola Road
Woodside, California 94062

Re:   Berry v. Hawaiian Express Services, Inc.

Dear Mr. Walker:

Enclosed please find a CD-rom and a printout of documents pertaining to the Certificate of Registration. If you have any questions, please feel free to contact our office.

Very truly yours,

Dora J. Silva
Secretary to Damian D. Capozzola

/djs

Enclosures

PCT-B MW 02924

Chicago    London    New York    San Francisco    Washington, D.C.



PCT-B MW 02925