LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; ) | Civ. No. CV03 00385 SOM-LEK |
| ) | (Copyright) |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| ) | |
| HAWAIIAN EXPRESS SERVICE, ) | |
| INC., a California corporation; et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the dates and by the methods of service noted below, true and correct copies of the (1) Notice of Hearing of Plaintiff Wayne Berry's Motion *In Limine* to Exclude Any Testimony of Martin Walker (Plaintiff No. 2); (2) Plaintiff Wayne Berry's Motion *In Limine* to Exclude Any Testimony of

Martin Walker (Plaintiff No. 2); Memorandum in Support of Plaintiff Wayne Berry's Motion *In Limine* to Exclude Any Testimony of Martin Walker (Plaintiff No. 2); Declaration of Timothy J. Hogan In Support of Plaintiff Wayne Berry's Motion *In Limine* to Exclude Any Testimony of Martin Walker (Plaintiff No. 2); Exhibits "1" to "5" were served on the following at their last known addresses:

<u>Served Electronically on February 22, 2006</u> :

Damian Capozzola dcapozzola@kirkland.com

Lyle S. Hosoda lsh@hosodalaw.com

Eric C. Liebeler eliebeler@kirkland.com

Raina P. Mead rpbm@hosodalaw.com

R. Olivia Samad osamad@kirkland.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

DATED: Honolulu, Hawai'i, February 22, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff WAYNE BERRY