KOBAYASHI SUGITA & GODA

BERT T. KOBAYASHI, JR.   659-0
LEX R. SMITH            3485-0
THOMAS H. YEE           7344-0
SUITE 2600, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 539-8700
Fax No. (808) 539-8799
Email: lrs@ksg.law.com

KIRKLAND & ELLIS LLP
Eric C. Liebeler (CA Bar No. 149504)
Damian Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA  90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email: eliebeler@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | CIVIL NO. CV03-00385 SOM-LEK |
| | (Copyright) |
| Plaintiff, | |
| | **PCT'S PROPOSED VERDICT** |
| vs. | **FORMS** |
| | |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | Judge:  Hon. Susan O. Mollway |
| Defendants. | Trial Date:   February 28, 2006 |
| _____ | |

1

# VERDICT FORM

1. Did plaintiff prove any actual damages?

    ___ Yes  (Go to question 2)

    ___ No  (Go to question 4)


2. Did plaintiff prove a causal connection between any actual damages and the use of the copyrighted software by defendants Afredda Waiolama, Jacqueline Rio, Justin Fukumoto, Mark Dillon, Melvin Ponce, Sonia Purdy, Teresa Noa, and Fleming?

    ___ Yes  (Go to question 3)

    ___ No  (Go to question 4)


3. Enter the amount of actual damages.

    $_____


4. Do you find that between April 1, 2003 and June 9, 2003 Fleming was profitable, meaning receipts from the use of the copyrighted software exceeded the costs incurred to generate those receipts?

    ___ Yes  (Go to question 5)

    ___ No  (Sign the verdict form and return to clerk.)

5. Did plaintiff prove a causal connection between Fleming's profits and use of the copyrighted software?

       \_\_\_ Yes  (Go to question 6)

       \_\_\_ No  (Sign the verdict form and return to clerk.)

6. Enter the amount of profit.  Do not include in this amount any profits or savings you took into account in determining actual damages, if any, entered in response to question 3.

       $_____

7. Did defendant PCT prove that any portion of the profits was attributable to factors other than the copyrighted software?

       \_\_\_ Yes (Go to question 8)

       \_\_\_ No  (Sign the verdict form and return to clerk.)

8. Subtract from the amount in question 6 any portion of the profits that were attributable to factors other than the copyrighted software and enter the result below.

       $_____

Dated:  March \_\_, 2006

_____ (foreperson)

_____

_____

_____

_____

_____

_____

_____

Case 1:03-cv-00385-DAE-LEK    Document 822    Filed 02/22/2006    Page 4 of 6

## SUPPLEMENTAL VERDICT FORM

9. What amount of statutory damages do you award Wayne Berry for defendants' infringing actions between April 1, 2003 and June 9, 2003? Your award may be no lower than $200 nor may your award be higher than $30,000.

    $ _____

Dated: March __, 2006

_____ (foreperson)

_____

_____

_____

_____

_____

_____

Dated:  Honolulu, Hawaii, February 22, 2006.

| | |
|---|---|
| KOBAYASHI, SUGITA & GODA | **/s/ Thomas H. Yee**<br>BERT T. KOBAYASHI, JR.<br>LEX R. SMITH<br>THOMAS H. YEE<br>Attorneys for Defendant<br>THE POST CONFIRMATION TRUST<br>FOR THE FLEMING COMPANIES, INC.<br><br>and<br><br>KIRKLAND & ELLIS LLP<br>Eric C. Liebler (CA Bar No. 149504)<br>Damian D. Capozzola (CA Bar No. 228611)<br>R. Olivia Samad (CA Bar No. 228611)<br>777 South Figueroa Street<br>Los Angeles, CA 90017<br>Telephone: (213) 680-8400<br>Facsimilie: (213) 680-8500<br><br>Co-Counsel for the Post Confirmation Trust for Fleming Companies, Inc. |