LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;  )<br>  )<br>    Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>HAWAIIAN EXPRESS SERVICE,  )<br>INC., a California corporation; et al.  )<br>  )<br>    Defendants.  )<br>_____  ) | Civ. No. CV03 00385 SOM-LEK<br>(Copyright)<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the Plaintiff's Opposition to Defendant PCT's Motion in Limine To Exclude Thomas Ueno, and Declaration of Thomas Ueno were served on the following persons in the manner indicated:

<u>Served Electronically on February 23, 2006</u>:

Damian Capozzola dcapozzola@kirkland.com

Lyle S. Hosoda lsh@hosodalaw.com

Eric C. Liebeler eliebeler@kirkland.com

Raina P. Mead rpbm@hosodalaw.com

R. Olivia Samad osamad@kirkland.com

Thomas H.Y.P. Yee <u>thy@ksglaw.com,</u> bls@ksglaw.com

    DATED: Honolulu, Hawai'i, February 23, 2006.

                          /s/ Timothy J. Hogan
                          TIMOTHY J. HOGAN
                          Attorney for Plaintiff WAYNE BERRY