KOBAYASHI, SUGITA & GODA

LEX R. SMITH                3485-0
THOMAS H. YEE               7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No.: (808) 539-8700
Facsimile No.: (808) 539-8799
Email: lrs@ksglaw.com

KIRKLAND & ELLIS LLP

MICHAEL E. BAUMANN (CA Bar No. 145830)
DAMIAN D. CAPOZZOLA (CA Bar No. 186412)
R. OLIVIA SAMAD (CA Bar No. 228611)
777 Sough Figueroa Street
Los Angeles, CA 90017
Telephone No.: (213) 680-8400
Facsimile No.: (213) 680-8500
Email: mbaumann@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

LYLE S. HOSODA & ASSOCIATES, LLC

LYLE S. HOSODA       3964-0
RAINA P.B. MEAD      7329-0
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone No.: (808) 524-3700
Facsimile No.: (808) 524-3838
Email: lsh@hosodalaw.com

Attorneys for Defendants
MARK DILLON, TERESA NOA, MELVIN PONCE,
SONIA PURDY, JUSTIN FUKUMOTO,
ALFREDDA WAIOLAMA, and JACQUELINE RIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, )<br>          Plaintiff, )<br>          )<br>     v. )<br>          )<br>HAWAIIAN EXPRESS SERVICE, )<br>INC., a California )<br>corporation; et al. )<br>          )<br>         Defendants. )<br>          )<br>          )<br>          )<br>          ) | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>DEFENDANTS' JOINT OBJECTION TO<br>PLAINTIFF WAYNE BERRY'S FIRST<br>SUPPLEMENTAL INSTRUCTION RE:<br>STATUTORY DAMAGES FOR WILLFUL<br>INFRINGEMENT; CERTIFICATE OF<br>SERVICE<br><br>Judge:   Hon. Susan Oki<br>           Mollway<br><br>Trial:   February 28, 2006 |

**DEFENDANTS' JOINT OBJECTION TO
PLAINTIFF WAYNE BERRY'S FIRST SUPPLEMENTAL INSTRUCTION RE:
STATUTORY DAMAGES FOR WILLFUL INFRINGEMENT**

The Defendants hereby submit their Joint Objection to Plaintiff Wayne Berry's First Supplemental Instruction re: Statutory Damages for Willful Infringement:

Plaintiff's proposed instruction wrongly assumes the Court will undo her rulings that the Defendants inadvertently infringed, and instead, allow him to pursue willful infringement against them. Unless and until there is an order in that regard, which there is no basis for making, Plaintiff's proposed instruction violates the Court's January 26, 2005 and June 27, 2005 summary judgment orders. *See* Order Granting Defendant Foodland's Motion for Summary Judgment; Granting Defendant Hawaii

Transfer Company's Motion for Summary Judgment; and Granting in Part, Denying in Part Defendants Dillon, Noa, and Christensen's Motion for Summary Judgment (Jan. 26, 2005) at 33-34, 41; Order Granting in Part, Denying in Part Berry's Motion for Summary Judgment; Order Granting C&S Logistics of Hawaii, LLC, C&S Wholesale Grocers, Inc., C&S Acquisition, LLC, ES3, LLC, and Richard Cohen's Motion for Summary Judgment; Order Granting Guidance Software, Inc., and Michael Gurzi's Motion for Summary Judgment; Order Granting in Part, Denying in Part Remaining Defendants' Motion for Summary Judgment (Jun. 27, 2005) at 12, 28-29, 39-40.

Plaintiff has no basis for an instruction that applies to all Defendants when the very motion he filed seeking relief for alleged willful infringement is limited only to Defendants PCT and Mark Dillon. There is no basis in fact or in law for Plaintiff's instruction, and the Court should reject it.

Dated: Honolulu, Hawaii, January 23, 2006.

KOBAYASHI SUGITA & GODA

/s/ Lex R. Smith
LEX R. SMITH
THOMAS H. YEE

KIRKLAND & ELLIS LLP

MICHAEL BAUMANN
DAMIAN D. CAPOZZOLA
R. OLIVIA SAMAD

Attorneys for Defendant
POST-CONFIRMATION TRUST

```
LYLE S. HOSODA & ASSOCIATES, LLC    /s/ Lyle S. Hosoda
                                    LYLE S. HOSODA
                                    RAINA P.B. MEAD

                                    Attorneys for Defendants
                                    MARK DILLON, TERESA NOA,
                                    MELVIN PONCE, SONIA PURDY,
                                    JUSTIN FUKUMOTO, ALFREDDA
                                    WAIOLAMA, and JACQUELINE RIO
```