IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, ) | CIVIL NO. CV03-00385 SOM-LEK |
| ) | (Copyright) |
|         Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
|       v. ) | |
| ) | |
| HAWAIIAN EXPRESS SERVICE, ) | |
| INC., et al. ) | |
| ) | |
|        Defendants. ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of *Defendants' Joint Objection to Plaintiff Wayne Berry's First Supplemental Instructions re: Statutory Damages for Willful Infringement*, was served on the following parties at their last known addresses:

Served electronically through CM/ECF:

TIMOTHY J. HOGAN, ESQ.           January 23, 2006
Lynch, Ichida, Thompson, Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

DATED:   Honolulu, Hawaii, January 23, 2006.


                    /s/ Lyle S. Hosoda
                  LYLE S. HOSODA
                  RAINA P.B. MEAD
                  Attorneys for Defendants
                  MARK DILLON, TERESA NOA, MELVIN
                  PONCE, SONIA PURDY, JUSTIN
                  FUKUMOTO, ALFREDDA WAIOLAMA, and
                  JACQUELINE RIO