# EXHIBIT C

```
                                                                              1


    1                 IN THE UNITED STATES DISTRICT COURT

    2                     FOR THE DISTRICT OF HAWAII

    3
         WAYNE BERRY, a Hawaii        ) CV 03-00385 SOM-LEK
    4    citizen,                     )
                                      ) Honolulu, Hawaii
    5              Plaintiff,         ) January 30, 2006
                                      ) 10:30 a.m.
    6         vs.                     )
                                      ) Status Conference
    7    HAWAII EXPRESS SERVICE,      )
         INC., a California           )
    8    corporation, et al.,         )
                                      )
    9              Defendant.         )
         _____ )
   10

   11               TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE SUSAN OKI MOLLWAY
   12              UNITED STATES DISTRICT JUDGE

   13   APPEARANCES:
        For the Plaintiff:         TIMOTHY J. HOGAN, ESQ.
   14                              Lynch Ichida Thompson Kim & Hirota
                                   1132 Bishop Street, Suite 1405
   15                              Honolulu, Hawaii  96813

   16   For the Defendant,         DAMIAN CAPOZZOLA, ESQ.
        Post-Confirmation          Kirkland & Ellis
   17   Trust:                     777 S. Figueroa Street, Suite 3700
                                   Los Angeles, California  90017
   18                                   -and-
                                   LEX R. SMITH, ESQ.
   19                              Kobayashi Sugita & Goda
                                   First Hawaiian Center
   20                              999 Bishop Street, Suite 2600
                                   Honolulu, Hawaii  96813
   21
        For the Defendants,        LYLE S. HOSODA, ESQ. (when noted)
   22   Brian Christensen,         RAINA P. MEAD, ESQ.
        et al.:                    Lyle S. Hosoda & Associates, LLC
   23                              345 Queen Street Suite 804
                                   Honolulu, Hawaii  96813
   24

   25   Proceedings recorded by machine shorthand, transcript produced
        with computer-aided transcription (CAT).
```

```
1    APPEARANCES, (Continued):

2    Official Court Reporter:  Sharon Ross, CSR, RPR, CRR
                               United States District Court
3                              300 Ala Moana Blvd., Room C-283
                               Honolulu, Hawaii  96850
4                              (808) 535-9200

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
              1    Court addressed.
              2              THE COURT:  No, I understand.
              3              MR. HOGAN:  And I don't have a problem with the
              4    idea -- with having that happen.
10:41AM       5              THE COURT:  No, I understand.  They want a
              6    preservation depo, not the discovery depo that I've already
              7    said you folks can have for --
              8              MR. HOGAN:  Right.
              9              THE COURT:  -- supplemental opinions.  So, I'm going
10:41AM      10    to allow these preservation depos on your side, too, because
             11    when you folks lined up your experts, certainly you couldn't
             12    have known, Mr. Hogan, that you were going to get lots of
             13    documents given to you at the last minute.  So, I'm going to
             14    let people do these preservation depos.
10:41AM      15              How to do them -- I mean, have you folks even
             16    discussed -- I mean, you know, before you come to me and ask me
             17    to rule, can you folks try and work it out, please?  Because
             18    I'm getting the sense that you're springing this on Mr. Hogan
             19    and asking me to make a ruling; but you never even met and
10:41AM      20    conferred with him about the method of this.
             21              Go ahead and talk to him to see if you folks can work
             22    this out.  And then if there's a problem, you can get me on the
             23    phone and we'll have a conference call.  But see if you can
             24    work it out because I'm thinking that he's probably going to
10:41AM      25    have things that he wants to do on his side, too.  So, you
```

```
          1    know, you folks better keep that in mind.  And, you know, it's
          2    not going to help anybody to play real hard ball here because
          3    you're going to need the same thing.
          4            MR. CAPOZZOLA:  Sure.  And this is all protective
10:42AM   5    anyway.  Again, we're hoping that Mr. Kinrich can be here live.
          6    And certainly to the extent the deposition is just a pure
          7    discovery deposition, then the standard rules would apply; and
          8    that would take place in Mr. Los Angeles and Mr. Hogan can
          9    participate however he wants to.
10:42AM  10            THE COURT:  Well, if it's just a discovery depo, he
         11    probably doesn't feel like he needs to be physically present;
         12    but if it's a perpetuation depo or preservation depo, you know,
         13    I don't know how you folks are going to feel about that.  I
         14    mean, if one of your colleagues is physically present with the
10:42AM  15    witness, you know, an argument can be made that he wants to be
         16    there, too.  And so, where it should be -- well, see if you can
         17    work it out.
         18            For one thing -- I mean, I don't know whether in
         19    his -- if he does a preservation depo, you know, is Mr. Kinrich
10:43AM  20    going to want to have, you know, blowups and other things where
         21    it's going to be nearly impossible for someone who's not there
         22    to really follow along?  I just don't know the mechanics of
         23    what it is you're proposing.
         24            So, let me suggest that you talk to Mr. Hogan about
10:43AM  25    that; and if you can't reach an agreement, then you can get on
```

```
                    1    the phone with me.
                    2            MR. CAPOZZOLA:  Those are fair points.  Thank you.
                    3            THE COURT:  Okay.
                    4            MR. HOGAN:  Thank you, Your Honor.
         10:43AM    5            THE COURT:  Anything else?
                    6            MR. CAPOZZOLA:  I think that's all that we had unless
                    7    Mr. Hosoda has --
                    8            MR. HOSODA:  Just to apologize for my tardiness.  I'm
                    9    sorry I came late.
         10:43AM   10            THE COURT:  I think an $80,000 fine --
                   11            MR. HOSODA:  I beg leniency, Your Honor.
                   12            THE COURT:  Interest added for each second it's not
                   13    paid.  Okay.  Anything else?
                   14            MR. HOGAN:  No, Your Honor.  Thank you.
         10:43AM   15            THE COURT:  Oh, I thought it was more horrible.  I
                   16    mean, it is more horrible because I think Mr. Hogan has lots of
                   17    issues which, you know, it may be fair for him to raise in
                   18    light of what's happened; but at least they're not issues I
                   19    have to decide today.
         10:44AM   20            MR. HOGAN:  That is correct, Your Honor.
                   21            THE COURT:  So, that -- I thought it would be more
                   22    horrible.  Okay.  Thank you.
                   23            MR. CAPOZZOLA:  Thank you.
                   24            MR. HOGAN:  Thank you, Your Honor.
                   25            (Proceedings concluded at 10:44 a.m.)
```

```
 1                COURT REPORTER'S CERTIFICATE
 2        I, Sharon Ross, Official Court Reporter, United
 3   States District Court, District of Hawaii, do herby certify
 4   that the foregoing is a correct transcript from the record of
 5   proceedings in the above-entitled matter.
 6        DATED at Honolulu, Hawaii, February 3, 2006.
 7
 8                           /s/Sharon Ross
 9                           SHARON ROSS
10                           CSR 432, RPR, CRR
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```