# EXHIBIT D

| | | |
|---|---|---|
| Damian Capozzola/Los Angeles/Kirkland-Ellis<br>02/13/2006 11:22 AM | To | "Timothy J. Hogan" <tjh@loio.com> |
| | cc | "Eric Liebeler \(E-mail\)" <eliebeler@kirkland.com>, "Lex Smith \(E-mail\)" <lex@gte.net>, "Lyle Hosoda" <lsh@hosodalaw.com>, "Lyle Hosoda" <lshosoda@hotmail.com>, "Lex R. Smith" <lsmith@ksglaw.com>, "Michael Baumann \(E-mail\)" <mbaumann@kirkland.com>, "Olivia Samad" <OSamad@kirkland.com>, "Raina Mead" <rpbm@hosodalaw.com> |
| | bcc | Allison Andrews/Los Angeles/Kirkland-Ellis@K&E; Ed Yep/Los Angeles/Kirkland-Ellis@K&E; Neal San Diego/Los Angeles/Kirkland-Ellis@K&E |
| | Subject | RE: Misc. |

On 1/20/2006 the Court allowed Mr. Ueno to submit his self-described supplemental report over objection. At Mr. Ueno's deposition on 1/23/2006, you provided a disc with the data Mr. Ueno represented he used as the basis for adding to his original report. The data was in your position since September 2005. In the minutes from the 1/24/2006 hearing the Court ruled: "Any defense expert may amend or supplement his report in light of ANY amended report by Mr. Ueno." (emphasis added). Unless you are withdrawing Mr. Ueno's supplemental report, we will respond with Mr. Kinrich's supplement. You should appreciate the fact that we are providing you with the response in advance of trial, in part to allow Mr. Ueno to consider whether he wishes to withdraw the report or withdraw as your expert once he considers the points raised by Mr. Kinrich.

Please advise me at your earliest convenience if you wish to depose Mr. Kinrich in Los Angeles on February 21. You may change your mind later about whether you will take a deposition, but we should at least schedule the deposition now so all parties are on notice.

--Damian Capozzola

**Damian D. Capozzola | KIRKLAND & ELLIS LLP**
777 South Figueroa St., Floor 37  |  Los Angeles, CA 90017
213.680.8653 PHONE | 213.448.2709 MOBILE | 213.680.8500 FACSIMILE

dcapozzola@kirkland.com | www.kirkland.com/dcapozzola
"Timothy J. Hogan" <tjh@loio.com>

| | | |
|---|---|---|
| "Timothy J. Hogan" <tjh@loio.com><br>02/13/2006 10:03 AM | To | "Damian Capozzola" <dcapozzola@kirkland.com> |
| | cc | "Eric Liebeler \(E-mail\)" <eliebeler@kirkland.com>, "Lex Smith \(E-mail\)" <lex@gte.net>, "Lyle Hosoda" <lsh@hosodalaw.com>, "Lyle Hosoda" <lshosoda@hotmail.com>, "Lex R. Smith" <lsmith@ksglaw.com>, "Michael Baumann \(E-mail\)" <mbaumann@kirkland.com>, "Olivia Samad" <OSamad@kirkland.com>, "Raina Mead" <rpbm@hosodalaw.com> |
| | Subject | RE: Misc. |

What is your basis for supplementing his report? It's too late to fix it.

Tim Hogan

---

Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email tjh@loio.com

NOTICE: This email is only for use by the intended recipient. If received in error any use, disclosure or copying is prohibited. Any inadvertent receipt shall not be a waiver of any privilege or work product protection. Please contact the sender at tjh@loio.com or at (808) 528-0100.

---

**From:** Damian Capozzola [mailto:dcapozzola@kirkland.com]
**Sent:** Monday, February 13, 2006 7:58 AM
**To:** Timothy J. Hogan
**Cc:** 'Eric Liebeler (E-mail)'; 'Lex Smith (E-mail)'; 'Lyle Hosoda'; 'Lyle Hosoda'; 'Lex R. Smith'; 'Michael Baumann (E-mail)'; 'Olivia Samad'; 'Raina Mead'; Timothy J. Hogan
**Subject:** RE: Misc.

Mr. Hogan:

   Please be advised that we will submit a supplemental report from Mr. Kinrich by February 17, addressing Mr. Ueno's first supplemental report and the information you provided at Mr. Ueno's January 23, 2006 deposition. If you wish to depose Mr. Kinrich, he will be available in Los Angeles on February 21.

   Thank you for your attention to these matters.

--Damian Capozzola


**Damian D. Capozzola | KIRKLAND & ELLIS LLP**
777 South Figueroa St., Floor 37  | Los Angeles, CA 90017
213.680.8653 PHONE | 213.448.2709 MOBILE | 213.680.8500 FACSIMILE

dcapozzola@kirkland.com | www.kirkland.com/dcapozzola

```
************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
```

constitute inside information, and is intended only for
the use of the addressee.  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful.  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*************************************************************