# EXHIBIT E



"Timothy J. Hogan"
<tjh@loio.com>
02/13/2006 10:52 AM

To: "Brenda Sakamoto" <bls@ksglaw.com>, "Damian Capozzola \(E-mail\)" <dcapozzola@kirkland.com>, "Eric Liebeler \(E-mail\)" <eliebeler@kirkland.com>, "Lex Smith" <lrs@ksglaw.com>, "Lex Smith \(E-mail\)" <lex@gte.net>, "Lyle Hosoda \(E-mail\)" <lshosoda@hotmail.com>, "Lyle Hosoda \(E-mail\)" <lsh@hosodalaw.com>, "Michael Baumann" <mbaumann@kirkland.com>, "Raina Mead" <rpbm@hosodalaw.com>

cc

bcc

Subject: Sanctions

Dear Mr. Baumann:

Please see excerpt from Court order dated 1/24/06.

"Any defense expert may amend or supplement his report in light of any amended report by Mr. Ueno."

Please advise me why your claim to be able to supplement Kindrich's report is not in direct violation of this court order.

I will expect an answer from you and not your second or third chair by close of business today. If you proceed I will seek sanctions including revocation of your pro had vice for you blatant violation of court orders.

Tim Hogan

Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii  96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email  tjh@loio.com


NOTICE:  This email is only for use by the intended recipient. If received in error any use, disclosure or copying is prohibited. Any inadvertent receipt shall not be a waiver of any privilege or work product protection. Please contact the sender at tjh@loio.com or at (808) 528-0100.