# EXHIBIT F



"Timothy J. Hogan"
<hogant001@hawaii.rr.com>

02/17/2006 11:12 PM

Please respond to
<tjh@loio.com>

To: "'Damian Capozzola'" <damian_capozzola@la.kirkland.com>, "'Eric Liebeler \(E-mail\)'" <eliebeler@kirkland.com>, "'Lex R. Smith'" <lsmith@ksglaw.com>, "Lex Smith \(E-mail\)" <lex@gte.net>, "'Lyle Hosoda'" <lshosoda@hotmail.com>, "'Lyle Hosoda'" <lsh@hosodalaw.com>, "Michael Baumann \(E-mail\)" <mbaumann@kirkland.com>, "'Olivia Samad'" <OSamad@kirkland.com>, "'Raina Mead'" <rpbm@hosodalaw.com>

cc

bcc

Subject: MIL re ueno


Dear Mr. Capozzola:

Regarding your declaration in support of the Ueno MILS, I can't open the Exhbit J parts one and two.  Please forward the copies you downloaded.

Also, please provide immediatly all  correspondence with Kinrich, his working papers and the electronic copies of the materials in his exhibits. I'll expect it in the morning.

Tim Hogan