CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2006, copies of the foregoing document were duly served via the Court's electronic transmission facilities, on the following parties:

Timothy J. Hogan     tjh@loio.com

Lyle S. Hosoda     lsh@hosodalaw.com

Raina P. Mead     rpbm@hosodalaw.com

DATED: Honolulu, Hawaii, February 23, 2006.

KOBAYASHI, SUGITA & GODA     /s/ Thomas H. Yee
                             BERT T. KOBAYASHI, JR.
                             LEX R. SMITH
                             THOMAS H. YEE
                             Attorneys for Defendant
                                 and

                             KIRKLAND & ELLIS LLP
                             Michael E. Baumann (CA Bar No. 145830)
                             Damian D. Capozzola (CA Bar No. 228611)
                             R. Olivia Samad (CA Bar No. 228611)
                             777 South Figueroa Street
                             Los Angeles, CA 90017
                             Telephone: (213) 680-8400
                             Facsimilie: (213) 680-8500

                             Counsel for the Post Confirmation Trust for Fleming Companies, Inc.