**Exhibit A – Splash Screen of the Stored Copy Snapshot**

Microsoft Access - [Main Switchboard]

File  Edit  View  Insert  Format  Records  Tools  Window  Help  Adobe PDF

APL Freight Database

- Ocean
- Trucking
- Schedules
- A/R
- Vendors
- Names
- Claims
- Appointments

Form View    FLTR    NUM