**Exhibit B – Splash Screen of the Previously Produced Snapshot**

