**Exhibit C – Splash Screen of the Stored Copy Snapshot**