CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2006, copies of the foregoing document were duly served via the Court's electronic transmission facilities, on the following parties:

Timothy J. Hogan    tjh@loio.com

Lyle S. Hosoda    lsh@hosodalaw.com

Raina P. Mead    rpbm@hosodalaw.com

DATED: Honolulu, Hawaii, February 24, 2006.

KOBAYASHI, SUGITA & GODA    /s/ *Thomas H. Yee*
                            BERT T. KOBAYASHI, JR.
                            LEX R. SMITH
                            THOMAS H. YEE
                            Attorneys for Defendant
                              and

                            KIRKLAND & ELLIS LLP
                            Michael E. Baumann (CA Bar No. 145830)
                            Damian D. Capozzola (CA Bar No. 228611)
                            R. Olivia Samad (CA Bar No. 228611)
                            777 South Figueroa Street
                            Los Angeles, CA 90017
                            Telephone: (213) 680-8400
                            Facsimilie: (213) 680-8500

                            Counsel for the Post Confirmation Trust for Fleming Companies, Inc.