IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, ) | CIVIL NO. CV03-00385 SOM-LEK |
| ) | (Copyright) |
| Plaintiff,  ) | |
| ) | CERTIFICATE OF SERVICE |
| v.  ) | |
| ) | |
| HAWAIIAN EXPRESS SERVICE,  ) | |
| INC., et al.  ) | |
| ) | |
| Defendants.  ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of *Defendants' Joint Evidentiary Objections to Plaintiff's Supplemental Exhibits*, was served on the following parties at their last known addresses:

<u>Served electronically through CM/ECF</u>:

TIMOTHY J. HOGAN, ESQ.                     January 24, 2006
Lynch, Ichida, Thompson, Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
tjh@loio.com

DATED:   Honolulu, Hawaii, January 24, 2006.

                               /s/ Raina P.B. Mead
                              LYLE S. HOSODA
                              RAINA P.B. MEAD

                              Attorneys for Defendants
                              MARK DILLON, TERESA NOA, MELVIN
                              PONCE, SONIA PURDY, JUSTIN
                              FUKUMOTO, ALFREDDA WAIOLAMA, and
                              JACQUELINE RIO