# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00385SOM-LEK |
| CASE NAME: | Wayne Berry vs. HI Express Service, Inc., et al. |
| ATTYS FOR PLA: | Timothy Hogan<br>Wesley Ichida |
| ATTYS FOR DEFT: | Michael Baumann<br>Damian Capozzola<br>Lex Smith<br>Lyle Hosoda<br>Raina Mead |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Steve Platt |
| DATE: | 2/27/2006 | TIME: | 9:05 - 10:05 |

COURT ACTION:  EP:

Defendant  PCT's Motion in Limine to Exclude Thomas Uyeno;

Plaintiff's Motion in Limine to Exclude Testimony of Jeffrey Kinrich and Evidence of and Any Reference to the Opinions Contained in the Second Supplemental Expert Report of Jeffrey Kinrich (Plaintiff's No. 1);

Plaintiff's Motion in Limine to Exclude Any Testimony of Martin Walker (Plaintiff's No. 2);

Plaintiff's Motion for Reconsideration or in the Alternative Rule 60(b) Relief for Fraud -

Arguments.

Plaintiff's Motion for Reconsideration or in the Alternative Rule 60(b) Relief for Fraud - Denied.  Court to prepare the order.

Plaintiff's Motion in Limine to Exclude Testimony of Jeffrey Kinrich and Evidence of and Any Reference to the Opinions Contained in the Second Supplemental Expert Report of Jeffrey Kinrich (Plaintiff's No. 1) - Denied.

Plaintiff's Motion in Limine to Exclude Any Testimony of Martin Walker (Plaintiff's No. 2) - Denied.   Mr. Capozzola to give Mr. Hogan a copy of the CD.

Defendant  PCT's Motion in Limine to Exclude Thomas Uyeno - Granted in part and Denied in part.  Granted to the extent the Court will limit Mr. Uyeno's testimony to what is in his supplemental report and denied in all other respects.

Discussion held re: scheduling:

Opening statements to begin @ 9:00 a.m. 2/28/06.

Wednesday 3/1/06 no lunch break - end @ 1:30 p.m.

Jury instructions to be resolved tentatively Thursday evening March 2.

Submitted by: Toni Fujinaga, Courtroom Manager.