# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/1/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00385SOM-LEK |
| CASE NAME: | Wayne Berry vs. HI Express Service, Inc., et al. |
| ATTYS FOR PLA: | Timothy Hogan<br>Wesley Ichida |
| ATTYS FOR DEFT: | Michael Baumann<br>Damian Capozzola<br>Lyle Hosoda<br>Raina Mead |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Steve Platt |
| DATE: | 3/1/2006 | TIME: | 9:05 - 1:40 |

COURT ACTION: EP: Further Jury Trial - 2nd Day -

Plaintiff's Witnesses: Wayne Berry (resumed); Brian Christensen CST; and Thomas Ueno (expert in the calculation of plaintiff's damages) CST.

Plaintiff's Admitted Exhibits: 25, 32, 74, and 75.

Defendants' Admitted Exhibits: 233, and 209.

Further Jury Trial continued to 3/2/06 @ 9:00 a.m. SOM.

Submitted by: Toni Fujinaga, Courtroom Manager.