**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 28 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK<br>) (Copyright)<br>) |
| Plaintiff, | ) |
| vs. | ) **JOINT STIPULATION**<br>) **REGARDING ADMISSIBLE**<br>) **EXHIBITS** and ORDER |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | )<br>)<br>) |
| Defendants. | ) Hearing:    February 24, 2006, 2:00 pm<br>) Judge:      Hon. Susan Oki Mollway<br>Trial Date:  February 28, 2006 |

In the interests of limiting disputed issues and expediting trial, the parties stipulate that for the purposes of this trial the following exhibits shall be admitted into evidence: 10, 13, 14, 15, 17, 20, 22, 24, 26, 27, 28, 29, 34, 35, 38, 39, 40, 41, 42, 43, 44, 45, 46, 50, 51, 58, 59, 63, 66, 71, 76, 78, 84, 85, 87, 101, 105, 110, 115, 116, 201, 202, 203, 204, 205, 206, 207, 211, and 218.

Dated:  February 28, 2006

_____

KOBAYASHI, SUGITA & GODA
Lex R. Smith 3485-0
Thomas H. Yee 7344-0
Suite 2600 First Hawaiian Center
999 Bishop Street
Honolulu, HI  96813
Telephone:  808 539 8700
Facsimile:  808 539 8799

and

KIRKLAND & ELLIS LLP
Michael E. Baumann (CA Bar No. 145830)
Damian D. Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500

Co-Counsel for Defendant Post Confirmation Trust for Fleming Companies, Inc.

1

_____
Timothy J. Hogan 5312-0
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email tjh@loio.com

Counsel for the Plaintiff, Wayne Berry


_____
Lyle S. Hosoda 3964-0
Raina P.B. Mead 7329-0
Lyle S. Hosoda & Associates, LLC
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838

Counsel for Defendants Mark Dillon, Teresa Noa,
Melvin Ponce, Sonia Purdy, Justin Fukumoto,
Alfredda Waiolama, and Jacqueline Rio


Approved and
    so ordered:

Susan Oki Mollway

2