KOBAYASHI, SUGITA & GODA

LEX R. SMITH        3485-0
THOMAS H. YEE     7344-0
SUITE 2600, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 539-8700
Fax No. (808) 539-8799
Email: lrs@ksg.law.com

KIRKLAND & ELLIS LLP
Michael E. Baumann (CA Bar No. 145830)
Damian Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone No. (213) 680-8400
Facsimile No. (213) 680-8500
Email: mbaumann@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>                Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., et al.,<br><br>                Defendants. | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>DECLARATION OF LEX R. SMITH; EXHIBITS "A" – "I" |

1

## DECLARATION OF LEX R. SMITH

I, LEX R. SMITH, under penalty of perjury, state as follows:

1. I am an attorney licensed to practice law before all of the State and Federal Courts in the State of Hawaii and am one of the attorneys representing Defendant POST-CONFIRMATION TRUST for Fleming Companies, Inc. in this case.

2. I also represented the Fleming Companies, Inc. in the matter <u>Berry v. Fleming Companies, Inc., et al.</u>, Civil No. 01-00446 SPK LEK (the "2003 Trial").

3. Attached hereto as Exhibit "A" is a true and correct copy of the End User License Agreement ("EULA"), which was submitted as Exhibit "53" in the 2003 Trial.

4. Attached hereto as Exhibit "B" is a true and correct copy of the memorandum dated November 24, 1999 from Ralph Stussi to Wayne Berry, as submitted as part of Plaintiff's trial exhibit "33" in the present case.

5. Attached hereto as Exhibit "C" is a true and correct copy of page 124 of the transcript of proceedings in the 2003 Trial, dated February 25, 2003.

6. Attached hereto as Exhibit "D" is a true and correct copy of pages 85-86 of the transcript of proceedings in the 2003 Trial, dated February 27, 2003.

7. Attached hereto as Exhibit "E" is a true and correct copy of pages 100-104 of the transcript of proceedings in the 2003 Trial, dated March 4, 2003.

2

8. Attached hereto as Exhibit "F" is a true and correct copy of a November 1, 2001 letter from Timothy J. Hogan addressed to myself, as submitted as Plaintiff's Exhibit "137" in the 2003 Trial.

9. Attached hereto as Exhibit "G" is a true and correct copy of pages 2-3 of the transcript of proceedings in the 2003 Trial, dated March 5, 2003.

10. Attached hereto as Exhibit "H" is a true and correct copy of the verdict form from the 2001 Lawsuit.

11. Attached hereto as Exhibit "I" is a true and correct copy of a September 1, 1999 letter from Wayne Berry to Jack Borja, submitted as Exhibit "58" in the 2003 Trial.

I declare under penalty of perjury that the statements made herein are true and correct to the best of my knowledge, information and belief.

DATED: Honolulu, Hawaii, February 28, 2006.

_____
LEX R. SMITH