1

 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF HAWAII

 3   _____
                                      )
 4   WAYNE BERRY,                     )
                                      )
 5             Plaintiff,             )   CIVIL NO. 01-00446SPK-LEK
                                      )
 6        vs.                         )
                                      )
 7   FLEMING COMPANIES, INC.,         )
     aka FLEMING FOODS, INC.,         )
 8   aka FLEMING, DOE                 )
     INDIVIDUALS 1-50 and             )
 9   DOE PARTNERSHIPS,                )
     CORPORATIONS and OTHER           )
10   ENTITIES 1-20,                   )
                                      )
11             Defendants.            )
     _____)
12

13                   TRANSCRIPT OF PROCEEDINGS

14

15             The above-entitled matter came on for Jury

16   Trial commencing at 9:05 a.m. on Tuesday, February 25,

17   2003, Honolulu, Hawaii,

18

19   BEFORE:  HONORABLE SAMUEL P. KING

20             United States District Judge

21             District of Hawaii

22

23

24   REPORTED BY:  LISA J. GROULX, COURT REPORTER

25               Notary Public, State of Hawaii


EXHIBIT C

2

```
 1
 2                         A P P E A R A N C E S
 3
 4
 5
 6   FOR PLAINTIFF:    TIMOTHY J. HOGAN, ESQ.
 7                     WESLEY W. ICHIDA, ESQ.
 8                     LYNCH ICHIDA THOMPSON KIM & HIROTA
 9                     1132 Bishop Street, Suite 1405
10                     Honolulu, Hawaii  96813
11                     (808) 528-0100
12
13
14   FOR DEFENDANTS:   LEX R. SMITH, ESQ.
15                     ANN TERANISHI, ESQ.
16                     Kobayashi, Sugita & Goda
17                     First Hawaiian Center
18                     999 Bishop Street, Suite 2600
19                     Honolulu, Hawaii  96813
20                     (808) 539-8700
21
22
23
24   ALSO PRESENT:   Ralph Stussi
25
```

LISA GROULX & ASSOCIATES
(808) 225-5701

124

1     A.   No.

2     Q.   Who drafted it?

3     A.   I did.

4     Q.   And did you use something as sort of a form

5  for it?

6     A.   I had a variety of shrink wrap software

7  licenses I used as guide.

8     Q.   Now had you ever written a license before?

9     A.   Not for about 10 years, no.

10     Q.   Okay.  Now what was your intention in regard

11  to this license EULA?  What were you trying to do in

12  this document, you, personally?

13     A.   Basically, set some ground rules as to what

14  they could and could not do with my software, identify

15  it as my intellectual property, and act as an

16  operating agreement between Fleming and myself.

17     Q.   Now when you say things that they could and

18  could not do, can you assist us in going through it.

19  First, it does identify, I believe, what software you

20  were licensing to Fleming.

21     A.   Yes.

22     Q.   And is that software that you've got

23  identified here the software that is here, sir?

24     A.   Yes.

25     Q.   And is there any other places in this