```
                                                              1


 1               IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF HAWAII

 3   _____
                                   )
 4   WAYNE BERRY,                  )
                                   )
 5            Plaintiff,           )  CIVIL NO. 01-00446SPK-LEK
                                   )
 6       vs.                       )
                                   )
 7   FLEMING COMPANIES, INC.,      )
     aka FLEMING FOODS, INC.,      )
 8   aka FLEMING, DOE              )
     INDIVIDUALS 1-50 and          )
 9   DOE PARTNERSHIPS,             )
     CORPORATIONS and OTHER        )
10   ENTITIES 1-20,                )
                                   )
11            Defendants.          )
     _____)
12

13               TRANSCRIPT OF PROCEEDINGS

14

15       The above-entitled matter came on for Further

16   Jury Trial commencing at 9:00 a.m. on Thursday,

17   February 27, 2003, Honolulu, Hawaii,

18

19   BEFORE:  HONORABLE SAMUEL P. KING

20           United States District Judge

21           District of Hawaii

22

23

24   REPORTED BY:  LISA J. GROULX, COURT REPORTER

25                 Notary Public, State of Hawaii
```


EXHIBIT 2

```
                                                                    2

 1
 2                      A P P E A R A N C E S
 3
 4
 5
 6   FOR PLAINTIFF:    TIMOTHY J. HOGAN, ESQ.
 7                     WESLEY W. ICHIDA, ESQ.
 8                     LYNCH ICHIDA THOMPSON KIM & HIROTA
 9                     1132 Bishop Street, Suite 1405
10                     Honolulu, Hawaii  96813
11                     (808) 528-0100
12
13
14   FOR DEFENDANTS:   LEX R. SMITH, ESQ.
15                     ANN TERANISHI, ESQ.
16                     Kobayashi, Sugita & Goda
17                     First Hawaiian Center
18                     999 Bishop Street, Suite 2600
19                     Honolulu, Hawaii  96813
20                     (808) 539-8700
21
22
23
24   ALSO PRESENT:  Ralph Stussi
25
```

3

1
2                          I N D E X
3
4
5
6
7   PLAINTIFF'S WITNESSES:                           PAGES
8
9   WAYNE BERRY
10        Cross-examination (resumed) by Mr. Smith     4
11        Redirect examination by Mr. Hogan          104
12
13
14
15
    EXHIBITS:                           MARKED    RECEIVED
16
       Plaintiff's Exhibit 29                         40
17     Plaintiff's Exhibit 137                       118
18
19
20
21
22
23
24
25

85

1   this document, Mr. Stussi was attempting to refer to
2   three separate other documents.
3            THE COURT: Why do you say that? Where
4   does he say that?
5            THE WITNESS: When you read down, if we
6   go down here we see the Settlement and Asset Purchase.
7   Those refer to the settlement and release, I assume,
8   and some sort of Asset Purchase Agreement. It also
9   refers to my EULA.
10           All I did was remove all references to
11  anything having to do with API, the settlement and
12  release and the asset purchase, and we changed the
13  subject line to referencing my Freight Control System
14  license.
15           This was nothing more than an addendum. It
16  was not an overriding document. It was nothing. And
17  I think that is my understanding. And I think it
18  pretty much explains my position on this document.
19           THE COURT: One thing that confuses me.
20  The first line by Mr. Stussi: I am in receipt of the
21  end user license agreement and addendum you have
22  prepared dated October 29, 1999.
23           THE WITNESS: That's the first one.
24           THE COURT: I have not seen this
25  document on Monday evening and must say it's not

```
 1   acceptable to Fleming Companies, Inc.
 2              THE WITNESS:  Yes.
 3              THE COURT:  So they rejected it, the
 4   original.
 5              THE WITNESS:  No.  He asked for changes
 6   which were incorporated in this addendum.
 7              THE COURT:  Where does he say he wanted
 8   changes?
 9              THE WITNESS:  Down at the bottom, in
10   paragraph three he says we must have the ability to
11   change and modify reports that come out of the system.
12              THE COURT:  Okay.  Go ahead.
13   Q.   No where in this document did you use the
14   word "addendum," correct?
15              THE COURT:  Well, he did.
16   Q.   Mr. Berry, in the changes that you wrote into
17   Exhibit 62 you never said "addendum" or that this was
18   an addendum, did you?
19   A.   Well, my EULA says it can only be modified
20   through addendums.  So it's somewhat implied.
21   Q.   My answer is correct, though, right?  You
22   never said in this document that it was an addendum?
23   A.   That's correct.
24   Q.   And you never added anything to this document
25   to indicate that Fleming was going to be obligated
```