# LYNCH ICHIDA THOMPSON & KIM
### A LAW CORPORATION

CLARE HANUSZ
MAILE M. HIROTA
WESLEY W. ICHIDA
STEVEN J. KIM
PAUL A. LYNCH
WILLIAM "Buzz" THOMPSON III

1132 BISHOP STREET, SUITE 1405
HONOLULU, HAWAII 96813
TELEPHONE (808) 528-0100
FACSIMILE (808) 528-4997
(808) 523-1920

*Counsel*
TIMOTHY J. HOGAN

*Of Counsel*
GREG TURNBULL, MA

November 1, 2001

Lex R. Smith, Esq.
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

**VIA FAX NO. 539-8799**
**and FIRST CLASS MAIL**

Karen L.S. Fine, Esq.
Jackson, DeMarco & Peckenpaugh
31365 Oak Crest Drive, Suite 200
Westlake Village California 91361

**VIA FAX NO. (818) 874-1272**
**AND FIRST CLASS MAIL**

Re:  Wayne Berry v. Fleming Companies, Inc., et al., Civil No. CV 01 00446 SPK LEK in the United States District Court for the District of Hawaii

Dear Mr. Smith and Ms. Fine:





PLAINTIFF'S EXHIBIT

Lex R. Smith, Esq.
Karen L.S. Fine, Esq.
October 31, 2001
Page 2

Developer hereby rescinds the purported copyright license dated November 24, 1999, as well as any prior or subsequent licenses. Therefore, from this point forward HEX and Fleming are infringers if they continue to use the copyrighted work. We will therefore be seeking an immediate temporary restraining order unless we are given immediate adequate assurances, including site inspection rights, to verify that the software has ceased to be used.

Very truly yours,

LYNCH ICHIDA THOMPSON & KIM

Timothy J. Hogan

TJH:llk
Enclosure
cc: Mr. Wayne Berry