```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF HAWAII

 3                                    )
     WAYNE BERRY,                     )  CV 01-00446 SPK-LEK
 4                                    )
              Plaintiff,              )  Honolulu, Hawaii
 5       vs.                          )  March 5, 2003
                                      )  9:00 A.M.
 6   FLEMING COMPANIES, INC.,         )
     et al.,                          )  Settling of Instructions
 7                                    )
              Defendants.             )
 8   _____)

 9
                  PARTIAL TRANSCRIPT OF JURY TRIAL
10              BEFORE THE HONORABLE SAMUEL P. KING
                  UNITED STATES DISTRICT JUDGE
11

12   APPEARANCES:

13   For the Plaintiff:         TIMOTHY J. HOGAN, ESQ.
                                Lynch Ichida Thompson Kim
14                               & Hirota
                                First Hawaiian Tower
15                              1132 Bishop St., Ste. 1405
                                Honolulu, HI 96813
16
     For the Defendant          LEX R. SMITH, ESQ.
17   Fleming Companies, Inc.:   ANN C. TERANISHI, ESQ.
                                Kobayashi Sugita & Goda
18                              First Hawaiian Center
                                999 Bishop St., Ste. 2600
19                              Honolulu, HI 96813

20   Official Court Reporter:   Debra Kekuna Chun, RPR, CRR
                                United States District Court
21                              300 Ala Moana Blvd. Ste. C285
                                Honolulu, HI 96850
22                              (808) 534-0667

23

24
     Proceedings recorded by machine shorthand, transcript
25   produced with computer-aided transcription (CAT).
```



EXHIBIT G

```
 1    WEDNESDAY, MARCH 5, 2003              9:39 O'CLOCK A.M.
 2        (In open court without the jury:)
 3            THE CLERK:  Civil 01-00446 SPK, Wayne Berry
 4    versus Fleming Companies.  This hearing has been called
 5    for Objections to the Jury Instructions.
 6            Counsel, your appearances for the record,
 7    please.
 8            MR. HOGAN:  Timothy Hogan on behalf of the
 9    plaintiff Wayne Berry, who is also present.
10            MR. SMITH:  Lex Smith and Ann Teranishi for
11    Fleming.  Ralph Sussi is also present from Fleming
12    Companies.
13            THE COURT:  We have a proposed special verdict
14    form, and the insertion of the exhibit numbers, that's not
15    objectionable.  221, 222, 223.
16            MR. HOGAN:  That's acceptable, Your Honor.
17            THE COURT:  Now we come to the word "purchased"
18    in paragraph 2 of each of the A, B, C verdict forms,
19    referring to different software systems.  And I've changed
20    the word "purchased" to "had" in each case.  You want to
21    be heard about that?
22            MR. HOGAN:  Yes.  I think probably just on the
23    issue -- I understand the court is inclined to go this
24    way.  Because the use of "had" gives it a past tense, Your
25    Honor, that at least we're talking about current use.  And
```

```
 1   I believe that they have to have it; so I think it should
 2   be "has."
 3           And that's relevant, Your Honor, on the issue of
 4   rescindment.  If it was rescinded, which we will attempt
 5   to argue to the jury, they don't have one, but they did --
 6   they had one once.  So for that purpose I think that, if
 7   we can just agree that it goes to "has," then we're not
 8   knocking out rescission as one of the things we can argue
 9   to the jury effectively.
10           THE COURT:  That it "has"?
11           MR. HOGAN:  "Has," Your Honor.  So if it lost
12   it, it no longer has it.
13           THE COURT:  Have?
14           MR. HOGAN:  But something that would make it not
15   past tense that would essentially say -- the jury could be
16   confused thinking, well, they had one during the period of
17   time that the EULA was alive.
18           THE COURT:  Want to change "had" to "has"?
19           MR. SMITH:  No objection, Your Honor.
20           THE COURT:  Okay.  We'll make it "has" in each
21   case.
22           Now, in -- also as to each section of the
23   verdict form relating to software, I've stricken what was
24   question number 4, "Was the infringement of the freight
25   control software copyright willful?  Yes.  No.  Go to the
```