# FACSIMILE COVER SHEET



UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Voice Contact Number (808)
Fax Number (808)

United States Courthouse PJKK Bldg.
300 Ala Moana Blvd Rm C-338
Honolulu, Hawaii 96850

| | |
|---|---|
| TO: | Lex Smith |
| FAX NO: | 539-8799 |
| FROM: | Leslie L. Sai |
| DATE SENT: | 03-6-03 |

Number of pages including cover sheet __6__



EXHIBIT H

CONFIDENTIALITY NOTE:
The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or if you have received this facsimile in error, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank You.


MAR 6 2002

at 3 o'clock and 40 min __ M
WALTER A. Y. H. CHINN, CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, <br><br> Plaintiff, <br><br> vs. <br><br> FLEMING COMPANIES, INC., aka FLEMING FOODS, INC., aka FLEMING, DOE INDIVIDUALS 1-50 AND DOE PARTNERSHIPS, CORPORATIONS AND OTHER ENTITIES 1-20, <br><br> Defendants. | CIVIL NO. 01 00446 SPK LEK <br><br> SPECIAL VERDICT FORM |

## SPECIAL VERDICT FORM

A.     FREIGHT CONTROL SYSTEM SOFTWARE

1.     Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the Freight Control software attached to Exhibit 221?

    Yes __X__                 No ____

    If "YES" go to next question.
    If "NO", skip to section B.

1

2. Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the Freight Control software.

   Yes X̶            No _____

   If "YES" go to next question.
   If "NO" go to question 4.

3. Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the Freight Control software.

   Yes X̶            No _____

   If "NO" skip to section B.
   If "YES" go to next question.

4. Was the infringement of the Freight Control software copyright willful?

   Yes X̶            No _____

   Go to the next question.

5. What amount of damages is Wayne Berry entitled to for the infringement of Freight Control System software?

   $99,250.00

2

B.  CRYSTAL REPORTS SOFTWARE

    1.    Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the Crystal Reports software attached to Exhibit 222?

        Yes __X__                    No ____

        If "NO", skip to section C.
        If "YES" go to next question.

    2.    Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the Crystal Reports software.

        Yes __X__                    No ____

        If "YES" go to next question.
        If "NO" go to question 4.

    3.    Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the Crystal Reports software.

        Yes ____                    No __X__

        If "NO" skip to section C.
        If "YES" go to next question.

    4.    Was the infringement of the Crystal Reports software copyright willful?

        Yes ____                    No ____

        Go to the next question.

3

5. What amount of damages is Wayne Berry entitled to for the infringement of Crystal Reports software?

_____

C. FLEMINGPO.EXE SOFTWARE

1. Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the FlemingPO.exe software attached to Exhibit 223?

    Yes  X           No ____

    If "YES" go to next question.
    If "NO", skip to the end.

2. Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the FlemingPO.exe software.

    Yes  X           No ____

    If "YES" go to next question.
    If "NO" go to question 4.

3. Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the FlemingPO.exe software.

    Yes ____         No  X

    If "NO" skip to the end.
    If "YES" go to next question.

4

4. Was the infringement of the FlemingPO.exe software copyright willful?

   Yes \_\_\_\_\_      No \_\_\_\_\_

   Go to the next question.

5. What amount of damages is Wayne Berry entitled to for the infringement of FlemingPO.exe software?

   _____

Please sign and date this Special Verdict Form.

_____  _____
Jury Foreperson

_____  Carol Ho Akimoto

_____  _____

_____  _____

_____
Date

3/6/03

5

TOTAL P.06