**ORIGINAL**

KOBAYASHI, SUGITA & GODA

LEX R. SMITH                3485-0
THOMAS H. YEE               7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No.: (808) 539-8700
Facsimile No.: (808) 539-8799
Email: lrs@ksglaw.com

KIRKLAND & ELLIS LLP

MICHAEL E. BAUMANN (CA Bar No. 145830)
DAMIAN D. CAPOZZOLA (CA Bar No. 186412)
R. OLIVIA SAMAD (CA Bar No. 228611)
777 Sough Figueroa Street
Los Angeles, CA 90017
Telephone No.: (213) 680-8400
Facsimile No.: (213) 680-8500
Email: mbaumann@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

LYLE S. HOSODA & ASSOCIATES, LLC

LYLE S. HOSODA       3964-0
RAINA P.B. MEAD      7329-0
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

Attorneys for Defendants
MARK DILLON, TERESA NOA, MELVIN PONCE,
SONIA PURDY, JUSTIN FUKUMOTO,
ALFREDDA WAIOLAMA, and JACQUELINE RIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen,<br><br>Plaintiff,<br><br>v.<br><br>HAWAIIAN EXPRESS SERVICE, INC., a California corporation; et al.,<br><br>Defendants. | CIVIL NO. CV03-00385 SOM-LEK (Copyright)<br><br>DEFENDANTS' JOINT MOTION FOR JUDGMENT AS A MATTER OF LAW AS TO ACTUAL DAMAGES AND VICARIOUS INFRINGEMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>Trial: February 28, 2006<br>Judge: Hon. Susan Oki Mollway |

**DEFENDANTS' JOINT MOTION FOR JUDGMENT AS A MATTER OF LAW AS TO ACTUAL DAMAGES AND VICARIOUS INFRINGEMENT**

Defendants POST CONFIRMATION TRUST, MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, and JACQUELINE RIO, (collectively "Defendants") by and through their respective attorneys, hereby move this Court for judgment as a matter of law that the actual damages for the Employees and vicarious damages for Fleming are zero.

This motion is made pursuant to Rule 50(a) of the Federal Rules of Civil Procedure and is based upon the attached

memorandum in support of motion, the testimony and evidence presented at trial beginning on February 28, 2006, and the entire records and files herein.

DATED: Honolulu, Hawaii, March 2, 2006.

| | |
|---|---|
| KOBAYASHI SUGITA & GODA | *(signature)*<br>LEX R. SMITH<br>THOMAS H. YEE |
| KIRKLAND & ELLIS LLP | MICHAEL BAUMANN<br>DAMIAN D. CAPOZZOLA<br>R. OLIVIA SAMAD |
| | Attorneys for Defendant<br>POST-CONFIRMATION TRUST |
| LYLE S. HOSODA & ASSOCIATES, LLC | *(signature)*<br>LYLE S. HOSODA<br>RAINA P.B. MEAD |
| | Attorneys for Defendants<br>MARK DILLON, TERESA NOA,<br>MELVIN PONCE, SONIA PURDY,<br>JUSTIN FUKUMOTO, ALFREDDA<br>WAIOLAMA, and JACQUELINE RIO |