ORIGINAL

KOBAYASHI, SUGITA & GODA
LEX R. SMITH          3485-0
THOMAS H. YEE         7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No.  (808) 539-8799
Email: lrs@ksglaw.com

KIRKLAND & ELLIS LLP
Michael E. Baumann (CA Bar No. 145830)
Damian D. Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email: mbaumann@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE,<br>(Caption Continued) | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>**NOTICE OF MOTION REGARDING DEFENDANT PCT'S MOTION FOR JUDGMENT AS A MATTER OF LAW ON ALL CLAIMS FOR PROFITS AND DAMAGES** |

-1-

-2-

| | | |
|---|---|---|
| INC., et al., | ) Judge: | Hon. Susan O. Mollway |
| | ) Trial Date: | February 28, 2006 |
| Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## NOTICE OF MOTION

TO:    Timothy J. Hogan, Esq.
Lynch, Ichida, Thompson & Kim
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813

Attorney for Plaintiff

NOTICE IS HEREBY GIVEN THAT DEFENDANT PCT'S MOTION FOR JUDGMENT AS A MATTER OF LAW ON ALL CLAIMS FOR PROFITS AND DAMAGES, shall come on for hearing before the Honorable Susan Oki Molloway Judge of the above-entitled Court, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, at _____, on

/ / /

/ / /

/ / /

_____, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, 3/2/2006.

_____
KOBAYASHI, SUGITA & GODA
LEX R. SMITH (659-0)
THOMAS H. YEE (7344-0)

KIRKLAND & ELLIS LLP
MICHAEL E. BAUMANN
DAMIAN D. CAPOZZOLA
R. OLIVIA SAMAD

Attorneys for Defendant PCT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., et al.,<br><br>Defendants. | ) CIVIL NO. CV03-00385 SOM-LEK<br>) (Copyright)<br>)<br>)<br>) **DEFENDANT PCT'S MOTION FOR**<br>) **JUDGMENT AS A MATTER OF**<br>) **LAW ON ALL CLAIMS FOR**<br>) **PROFITS AND DAMAGES**<br>)<br>) Judge:        Hon. Susan O. Mollway<br>) Trial Date:   February 28, 2006<br>)<br>) |

**DEFENDANT PCT'S MOTION FOR JUDGMENT AS A MATTER OF LAW ON ALL CLAIMS FOR PROFITS AND DAMAGES**

COMES NOW Defendant Post-Confirmation Trust ("PCT") by and through its attorneys, and hereby moves this Honorable Court for judgment as a matter of law that there is no evidence in the record to support any claim of profits or damages resulting from the infringement of plaintiff's work. This motion is based upon Rules 7 and 50(a) of the Federal Rules of Civil Procedure, and is supported by the attached Memorandum of Points and Authorities in Support of Defendant

/ / /

/ / /

/ / /

-2-

PCT's Motion for Judgment as a Matter of Law on all Claims for Profits and Damages.

DATED: Honolulu, Hawaii, _____.

                                                _____

KOBAYASHI, SUGITA & GODA
LEX R. SMITH (659-0)
THOMAS H. YEE (7344-0)

KIRKLAND & ELLIS LLP
MICHAEL E. BAUMANN
DAMIAN D. CAPOZZOLA
R. OLIVIA SAMAD

Attorneys for Defendant PCT