# MINUTES

FILED IN THE<br>
UNITED STATES DISTRICT COURT<br>
DISTRICT OF HAWAII<br><br>
3/7/2006  4:30 pm<br><br>
SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00385SOM-LEK |
| CASE NAME: | Wayne Berry vs. HI Express Service, Inc., et al. |
| ATTYS FOR PLA: | Timothy Hogan<br>Wesley Ichida |
| ATTYS FOR DEFT: | Michael Baumann<br>Damian Capozzola<br>Lex Smith<br>Lyle Hosoda<br>Raina Mead |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Steve Platt |
| DATE: | 3/7/2006 | TIME: | 9:30 - 10:05 |

COURT ACTION:  EP: Plaintiff's Motion for Permanent Injunction and Order Directing Return, Destruction or Other Reasonable Disposition of All Copies of Freight Control System -

Arguments.

Plaintiff's Motion for Permanent Injunction and Order Directing Return, Destruction or Other Reasonable Disposition of All Copies of Freight Control System - taken under advisement.

Court to prepare a written order.

Submitted by: Toni Fujinaga, Courtroom Manager.