# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/7/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00385SOM-LEK |
| CASE NAME: | Wayne Berry vs. HI Express Service, Inc., et al. |
| ATTYS FOR PLA: | Timothy Hogan<br>Wesley Ichida |
| ATTYS FOR DEFT: | Michael Baumann<br>Damian Capozzola<br>Lyle Hosoda<br>Raina Mead |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Steve Platt |
| DATE: | 3/7/2006 | TIME: | 9:00 - 9:30<br>10:05 - 10:10<br>11:40 - 11:55<br>3:35 - 3:45 |

COURT ACTION:  EP: Further Jury Trial  - 5th Day -

Court instructs the Jurors.

No objection to the manner or order in which the instructions were read.

9:30 a.m. - Jurors begin their deliberation.

Discussion held re: issue of statutory damages.

Mr. Hogan informed the Court that the plaintiff will not seek statutory damages.

Note from the Jury No. 1 - addressed and responded to.

3:15 p.m. - Jurors have reached a verdict.

3:35 p.m. - Jurors present.

Jurors informed the Court that they have reached a verdict, and the verdict is unanimous.

Verdict published.

Jurors polled, and the verdict is unanimous.

Jurors discharged.

Motions for Judgment as a Matter of Law - Denied.

Submitted by: Toni Fujinaga, Courtroom Manager.