IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, ) | CIVIL NO. 03-00385 SOM/LEK |
| ) | |
| Plaintiff, ) | RESPONSE TO JURY QUESTION |
| ) | NO. 1 |
| vs. ) | |
| ) | |
| FLEMING COMPANIES, INC., et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### RESPONSE TO JURY QUESTION NO. 1

You may consider all three factors or fewer than all three factors listed on page 18. However, if you assign a dollar amount to more than one of those factors, you may not add those dollar amounts to arrive at a total amount of actual damages.

DATED: Honolulu, Hawaii; March 7, 2006.

/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE