ORIGINAL

ibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

Wayne Berry,

        Plaintiff,

V.

Hawaiian Express Service, Inc. et al.,

        Defendants

RECEIVED EXHIBIT AND WITNESS LIST
CLERK, U.S. DISTRICT COURT
FEB 17 2006
DISTRICT OF HAWAII

Case Number: CV03 0385 SOM-LEK

| PRESIDING JUDGE<br>Hon. Susan Oki Mollway | PLAINTIFF'S ATTORNEY<br>Timothy J. Hogan, Esq. | DEFENDANT'S ATTORNEY<br>Lex Smith, Esq., Lyle Hosoda, Esq. |
|---|---|---|
| TRIAL DATE(S)<br>January 24, 2006 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | 2/28 | Berry FCS 1993 Copyright Registration No. TX 5-079-445   W.Berry |
| 2 | | | 2/28 | | API Invoice   Pf withdraws admission reserved |
| 3 | | | | | Email-Crystal Reports Created before 10 1 1999 from Sent Items |
| 4 | | | | | Email- Tariff 60 Bill of Lading from Sent Items |
| 5 | | | | | Email-Logistics Network from Sent Items |
| 6 | | | | | Email-Re good morning! from Sent Items |
| 7 | | | | | Email-Re another addition to this Last Day Report from Sent Items |
| 8 | | | | | Email-Re Update on New Database from Sent Items |
| 9 | | | | | Email-Logistics Database from Sent Items |
| 10 | | | | 2/28 | Email-Re general mill po 304848 id 50375 c aplu990936 from Move to Spreadsheets |
| 11 | | | | | Email-Reformatting Accounting Reports Guide from Sent Items with Attachment |
| 12 | | | | | Email-Re HTC Yard Inventory from Sent Items with Attachment |
| 13 | | | | 2/28 | Email-Fw LOGISTIC SPREAD SHEETS (NEW SYSTEM) from Move to Spreadsheets |

| | Wayne Berry v. Hawaiian Express Service, Inc., CV03-00385 SOM-LEK | | | CV03 0385 SOM-LEK | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| (14) | | | | 2/28 | Email-Re LOGISTIC SPREAD SHEETS (NEW SYSTEM) from Move to Spreadsheets |
| (15) | | | | 2/28 | Email-Re TERESA TRYING TO SAVE from Move to Spreadsheets |
| 16 | | | | | Email-LOGISTICS INCOME AND EXPENSES from Bankruptcy with Excel Spreadsheet Logistics Expenses.xls |
| (17) | | | | 2/28 | Email-Re SPREADSHEET from Move to Spreadsheets |
| 18 | | | | | Email-Mainframe connectivity for new logistics computers from Sent Items |
| 19 | | | | | Email-RE outstanding DEC invoices from inbox |
| (20) | | | | 2/28 | Word Doc-LAN Admin Tasks from FHL 141Drive 1 4 20 01 |
| 21 | | | | 2/24 | Memo Stussi to Berry re Assistance with Programming Changes |
| (22) | | | | 2/28 | Email-Period End Freight Spreadsheets from Saved with 3 Attachments |
| 23 | | | | | Declaration of Mark Dillon from In re Fleming 7 25 03 |
| (24) | | | | 2/28 | Email-Re outstanding DECA invoices from Saved from inbox2 |
| 25 | | | | 3/1 | Letter from Wayne Berry to Ralph Stussi rePayment for making changes. W Berry |
| (26) | | | | 2/28 | Email-Fwd Re SPREADSHEET with attachment from A New System |
| (27) | | | | 2/28 | Email-Re SPREADSHEET from A New System |
| (28) | | | | 2/28 | Email-TERESA PERFORMANCE APPRAISAL 2002 w/ Excel Attachment Teresa Noa 2002 Self Appraisal from Department |
| (29) | | | | 2/28 | Email-ELIMINATION OF DATABASE from Computer |
| 30 | | | | | Email-Re Mainframe connectivity for new logistics computers from Deleted Items |
| 31 | | | | | Fleming MOR from Bk Docket 3214, Excerpt for relevant period |
| (32) | | | | 3/1 | Draft of EULA Addendum No. 2 with handwriting W. Berry |
| (33) | | | | 2/28 | Executed EULA Addendum No. 2  Last 2 pages taken out  5 page document |
| (34) | | | | 2/28 | Email-FLEMING HAWAII MILITARY FREIGHT from Military |
| (35) | | | | 2/28 | Email-Fw MILITARY BILLING from Military |
| 36 | | | | | Email-Re FLEMING LINE ITEM RECEIVING from Hawaiian Express |
| 37 | | | | | Email-(No Subject) Attachment (Word Doc.) fleming understanding 5. 12. 02.doc from Hawaiian Express |
| (38) | | | | 2/28 | Email-Fw FOLLOW UP from Hawaiian Express |
| (39) | | | | 2/28 | Email-status 0335 freight income with attachment from Merchandising |
| (40) | | | | 2/28 | Email-kmart inbound freight from Kmart |
| (41) | | | | 2/28 | Email-HISTORY from A New System |
| (42) | | | | 2/28 | Email-Re FW Replacement of Berry Database in Logistics Department from a New System |
| (43) | | | | 2/28 | Email-Fw LOGISTICS DEPARTMENT OVERVIEW with excerpt of attachment DATABSE CREATION.XLS from Computer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| (44) | | | | 2/28 | Email-Fw FLEMING HAWAII LOGISTICS DEPARTMENT from Sent Items3 213702 with (Word Doc)Point Fleming Hawaii Logistics Department.doc and (Power Point) Consolidator Services.ppt |
| (45) | | | | 2/28 | Email-Re_ID 50427,50428,50429.eml with attached email from Deleted Items1 |
| (46) | | | | 2/28 | Email-KELLOGG'S ALLOWANCE from Rates to Merchandising |
| 47 | | | | | Dillon Supplemental Declaration 6/24/04 from Fleming Bk |
| 48 | | | | | DHX Proof of Claim |
| 49 | | | | | Email-Fw fleming hawaii orders from Agrilink |
| (50) | | | | 2/28 | Email-Fw FLEMING HAWAII STATUS OF ORDERS dated 1/9 from Agrilink |
| (51) | | | | 2/28 | Email-Fw FLEMING HAWAII STATUS OF ORDERS dated 1/10 from Agrilink with Attachment |
| 52 | | | | | Attachment re: Exhibit 51 from Agrilink |
| 53 | | | | | DHX DCCA |
| 54 | | | | | Email-Mark Dillon outstanding things to do from Sent Items1 |
| 55 | | | | | Email-Re 417-01 Hawaii Conference Call Notes from Fleming(2) with attached Word Doc. |
| 56 | | | | | DHX Web Page with highlighted box added |
| 57 | | | | | Word Doc-LOGISTICSCHECKLIST from Server FHL D Author Noa with screen print |
| (58) | | | | 2/28 | Email-Procedures for Routine IT Tasks from Department with Attached Word Doc |
| (59) | | | | 2/28 | Resume Noa from After Guidance Image |
| 60 | | | | | SEC Form 10-Q Core-Mark Holding Company, Inc. Feming's Company (Excerpt) |
| 61 | | | | | Screen Prints from Database recovered from unallocated cluster 10-27-5. |
| (62) | | | | 2/28 | API Fleming Proposal To Replace DHX as Freight Forwarder  W. Berry |
| (63) | | | | 2/28 | LOGISTICS DATA ORG Excel Spread Sheet dated 6/9/03 from Server FHL-D, Excerpts of Voluminous Record |
| (64) | | | | 2/28 | Settlement and Release Agreement API - Fleming |
| 65 | | | | | Asset Purchase Agreement API - Fleming |
| (66) | | | | 2/28 | Email-Hawaii Org Chart from Department |
| (67) | | | | 3/2 | Crystal Report-Freight Profit/Loss Report from Fleming Computer FHL 150 5/2/2003 (limited purpose A-chim Content) |
| (68) | | | | 2/28 | Excerpt from API Fleming Settlement and Release with hand written notes Bates No. A00075   W. Berry |
| 69 | | | | | Ueno Expert Report |
| 70 | | | | | HEST Claim in Fleming BK |
| (71) | | | | 2/28 | Email-CHANGES IN THE LOGISTICS DEPARTMENT from Third Party Development |
| 72 | | | | | C&S Pro-forma Data from Fleming Bk Docket |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 73 | | | | | Reasonable Licence Fee Demonstrative |
| 74 | | | | 3/1 | Summary from Kinrich Rebuttal Report Exhibit 5  T. Ueno |
| 75 | | | | 3/1 | Kinrich Rebuttal Report Exhibit 5  T. Ueno |
| 76 | | | | 2/28 | Email-Dave Batten re Manugistics Roll Out from Fleming CD produced in Berry v. Fleming |
| 77 | | | | | Economic Report of the President Excerpt with Chart |
| 78 | | | | 2/28 | Email-Fw Re Damien Capazola?[sic]  D0064 |
| 79 | | | | | Robert Morris Ratio Books with Wholesale Grocers |
| 80 | | | | 2/28 | Summary of Crystal Reports Voluminous Data Disclosure A00519  W Berry |
| 81 | | | | | External Hard Drive Produced by Fleming |
| 82 | | | | | Access Database Derivative of FCS 1993 Original Logistics Data.mdb 6/9/03 from Server FHL-D Excerpt Screen Print of Tables Voluminous Record |
| 83 | | | | | EXHIBIT O4 from Walker Report  (Supplemental). |
| 84 | | | | 2/28 | Email-Changes in the Logistics Department D0012 |
| 85 | | | | 2/28 | Email-Changes in the Logistics Department from Department with Word Doc LOGISTICS DATA ENTRY CLERK and Power Point Hawaiian Express Changes |
| 86 | | | | | Email-Re HEX ACCESS TO DATABASE D0018 |
| 87 | | | | 2/28 | Email-ACCESS TO DATABASE D0016 |
| 88 | | | | | Email-Re HAWAIIAN EXPRESS LINE ITEMS RECEIVING BY FLEMING PO from Sent Items1 |
| 89 | | | | | Fleming Indemnity Letter from Fleming Confirmation Hearing evidence |
| 90 | | | | | Copyright Damages Power Point Demonstrative |
| 91 | | | | | Fleming Critical Functions Demonstrative Power Point |
| 92 | | | | 2/28 | FCS 1993 System Functions Demonstrative Power Point  W Berry |
| 93 | | | | | Ueno Supplemental Report incorporating Guidance Materials produced by Fleming Exhibits A to H |
| 94 | | | | | Excerpt from PCT Motion Cross-Complaint Excerpt from Bk 03-10945 Docket No 11559 |
| 95 | | | | | Supplemental Declaration of Mark Dillon dated 8-10-03 |
| 96 | | | | 2/28 | Borja Request for Employment verification  W Berry |
| 97 | | | | 2/28 | API Payroll analysis 1995 |
| 98 | | | | 2/28 | Borja Personal Financial Statement  provisionally admit  W. Berry |
| 99 | | | | 2/28 | API Time worked register 1999 |
| 100 | | | | 2/28 | Summary of Voluminous Records with Backup API Check Registers |
| 101 | | | | 2/28 | Money from freight allowances going to Merchand. |
| 102 | | | | | Ron Hatch with attached Christensen to Staff re Kmart |
| 103 | | | | 3/2 | Christensen with Did they terminate the license attached from Computer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 104 | | | | | Moving Kmart violates license from Computer from Kmart |
| (105) | | | | 2/28 | New Owners Won't Stop Us from Inbox3 |
| 106 | | | | | Noa to Hatch Aloha and T to Hatch Aloha and TAG from Tag/Detention |
| 107 | | | | | Original Tables |
| 108 | | | | | SQL |
| 109 | | | | | Kmart Tshirts in Containers |
| (110) | | | | 2/28 | Noa to HR from Hawaiian Express |
| 111 | | | | | Certified Copy of Fleming Bankruptcy MORS |
| 112 | | | | | Certified Copy of C&S Pro-forma |
| 113 | | | | | Certified Copy of Texas SEC Litigation Cross Complaint |
| 114 | | | | | Freight in cost of goods sold in Military |
| (115) | | | | 2/28 | Jackies Handbook from email Jackies Handbook |
| (116) | | | | 2/28 | Teresas Handbook from email Logistic Coordinator Position |
| 117 | | | | | Total Access Detective Compare Capozzola Copy to Original FCS |
| 118 | | | | | Dillon 9/30/04 Affidavit |
| 119 | | | | | |
| 120 | | | | | |
| 121 | | | | | |
| 122 | | | | | |
| 123 | | | | | |
| 124 | | | | | |
| 125 | | | | | |