# UNITED STATES DISTRICT COURT

ORIGINAL

_____ DISTRICT OF HAWAII _____

Wayne Berry,                                    **EXHIBIT AND WITNESS LIST**

        **Plaintiff,**

    **V.**

**Hawaiian Express Service, Inc. et al.,**        **Case Number: CV03 0385 SOM-LEK**

       **Defendants**

| PRESIDING JUDGE<br>Hon. Susan Oki Mollway | PLAINTIFF'S ATTORNEY<br>Timothy J. Hogan, Esq. | DEFENDANT'S ATTORNEY<br>Lex Smith, Esq., Lyle Hosoda, Esq. |
|---|---|---|
| TRIAL DATE(S)<br>January 24, 2006 | COURT REPORTER | COURTROOM DEPUTY |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Berry FCS 1993 Copyright Registration No. TX 5-079-445 |
| 2 | | | | | API Invoice |
| 3 | | | | | Email-Crystal Reports Created before 10 1 1999 from Sent Items |
| 4 | | | | | Email- Tariff 60 Bill of Lading from Sent Items |
| 5 | | | | | Email-Logistics Network from Sent Items |
| 6 | | | | | Email-Re good morning! from Sent Items |
| 7 | | | | | Email-Re another addition to this Last Day Report from Sent Items |
| 8 | | | | | Email-Re Update on New Database from Sent Items |
| 9 | | | | | Email-Logistics Database from Sent Items |
| 10 | | | | | Email-Re general mill po 304848 id 50375 c aplu990936 from Move to Spreadsheets |
| 11 | | | | | Email-Reformatting Accounting Reports Guide from Sent Items with Attachment |
| 12 | | | | | Email-Re HTC Yard Inventory from Sent Items with Attachment |
| 13 | | | | | Email-Fw LOGISTIC SPREAD SHEETS (NEW SYSTEM) from Move to Spreadsheets |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Wayne Berry v. Hawaiian Express Service, Inc., CV03-00385 SOM-LEK          CV03 0385 SOM-LEK |
| 14 | | | | | Email-Re  LOGISTIC SPREAD SHEETS (NEW SYSTEM) from Move to Spreadsheets |
| 15 | | | | | Email-Re TERESA TRYING TO SAVE from Move to Spreadsheets |
| 16 | | | | | Email-LOGISTICS INCOME AND EXPENSES from Bankruptcy with Excel Spreadsheet Logistics Expenses.xls |
| 17 | | | | | Email-Re SPREADSHEET from Move to Spreadsheets |
| 18 | | | | | Email-Mainframe connectivity for new logistics computers from Sent Items |
| 19 | | | | | Email-RE outstanding DEC invoices from inbox |
| 20 | | | | | Word Doc-LAN Admin Tasks from FHL 141Drive 1 4 20 01 |
| 21 | | | | | Memo Stussi to Berry re Assistance with Programming Changes |
| 22 | | | | | Email-Period End Freight Spreadsheets from Saved with 3 Attachments |
| 23 | | | | | Declaration of Mark Dillon from In re Fleming  7 25 03 |
| 24 | | | | | Email-Re outstanding  DECA invoices from Saved from inbox2 |
| 25 | | | | | Letter from Wayne Berry to Ralph Stussi rePayment for making changes. |
| 26 | | | | | Email-Fwd Re SPREADSHEET with attachment from A New System |
| 27 | | | | | Email-Re SPREADSHEET from A New System |
| 28 | | | | | Email-TERESA PERFORMANCE APPRAISAL 2002 w/ Excel Attachment Teresa Noa 2002 Self Appraisal from Department |
| 29 | | | | | Email-ELIMINATION OF DATABASE from Computer |
| 30 | | | | | Email-Re Mainframe connectivity for new logistics computers from Deleted Items |
| 31 | | | | | Fleming MOR from Bk Docket 3214, Excerpt for relevant period |
| 32 | | | | | Draft of EULA Addendum No. 2 with handwriting |
| 33 | | | | | Executed EULA Addendum No. 2 |
| 34 | | | | | Email-FLEMING HAWAII MILITARY FREIGHT from Military |
| 35 | | | | | Email-Fw MILITARY BILLING from Military |
| 36 | | | | | Email-Re FLEMING LINE ITEM RECEIVING from Hawaiian Express |
| 37 | | | | | Email-(No Subject) Attachment (Word Doc.) fleming understanding 5. 12. 02.doc from Hawaiian Express |
| 38 | | | | | Email-Fw FOLLOW UP from Hawaiian Express |
| 39 | | | | | Email-status 0335 freight income with attachment from Merchandising |
| 40 | | | | | Email-kmart inbound freight from Kmart |
| 41 | | | | | Email-HISTORY from A New System |
| 42 | | | | | Email-Re FW Replacement of Berry Database in Logistics Department from a New System |
| 43 | | | | | Email-Fw LOGISTICS DEPARTMENT OVERVIEW with excerpt of attachment DATABSE CREATION.XLS  from Computer |

| PL'F. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 44 | | | | | Email-Fw FLEMING HAWAII LOGISTICS DEPARTMENT from Sent Items3 213702 with (Word Doc)Point Fleming Hawaii Logistics Department.doc and (Power Point) Consolidator Services.ppt |
| 45 | | | | | Email-Re_ID 50427,50428,50429.eml with attached email from Deleted Items1 |
| 46 | | | | | Email-KELLOGG'S ALLOWANCE from Rates to Merchandising |
| 47 | | | | | Dillon Supplemental Declaration 6/24/04 from Fleming Bk |
| 48 | | | | | DHX Proof of Claim |
| 49 | | | | | Email-Fw fleming hawaii orders from Agrilink |
| 50 | | | | | Email-Fw FLEMING HAWAII STATUS OF ORDERS dated 1/9 from Agrilink |
| 51 | | | | | Email-Fw FLEMING HAWAII STATUS OF ORDERS dated 1/10 from Agrilink with Attachment |
| 52 | | | | | Attachment re: Exhibit 51 from Agrilink |
| 53 | | | | | DHX DCCA |
| 54 | | | | | Email-Mark Dillon outstanding things to do from Sent Items1 |
| 55 | | | | | Email-Re 417-01 Hawaii Conference Call Notes from Fleming(2) with attached Word Doc. |
| 56 | | | | | DHX Web Page with highlighted box added |
| 57 | | | | | Word Doc-LOGISTICSCHECKLIST from Server FHL D Author Noa with screen print |
| 58 | | | | | Email-Procedures for Routine IT Tasks from Department with Attached Word Doc |
| 59 | | | | | Resume Noa from After Guidance Image |
| 60 | | | | | SEC Form 10-Q Core-Mark Holding Company, Inc. Feming's Company (Excerpt) |
| 61 | | | | | Screen Prints from Database recovered from unallocated cluster 10-27-5. |
| 62 | | | | | API Fleming Proposal To Replace DHX as Freight Forwarder |
| 63 | | | | | LOGISTICS DATA ORG Excel Spread Sheet dated 6/9/03 from Server FHL-D, Excerpts of Voluminous Record |
| 64 | | | | | Settlement and Release Agreement API - Fleming |
| 65 | | | | | Asset Purchase Agreement API - Fleming |
| 66 | | | | | Email-Hawaii Org Chart from Department |
| 67 | | | | | Crystal Report-Freight Profit/Loss Report from Fleming Computer FHL 150 5/2/2003 |
| 68 | | | | | Excerpt from API Fleming Settlement and Release with hand written notes Bates No. A00075 |
| 69 | | | | | Ueno Expert Report |
| 70 | | | | | HEST Claim in Fleming BK |
| 71 | | | | | Email-CHANGES IN THE LOGISTICS DEPARTMENT from Third Party Development |
| 72 | | | | | C&S Pro-forma Data from Fleming Bk Docket |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 73 | | | | | Reasonable Licence Fee Demonstrative |
| 74 | | | | | Summary from Kinrich Rebuttal Report Exhibit 5 |
| 75 | | | | | Kinrich Rebuttal Report Exhibit 5 |
| 76 | | | | | Email-Dave Batten re Manugistics Roll Out from Fleming CD produced in Berry v. Fleming |
| 77 | | | | | Economic Report of the President Excerpt with Chart |
| 78 | | | | | Email-Fw Re Damien Capazola?[sic]  D0064 |
| 79 | | | | | Robert Morris Ratio Books with Wholesale Grocers |
| 80 | | | | | Summary of Crystal Reports Voluminous Data Disclosure A00519 |
| 81 | | | | | External Hard Drive Produced by Fleming |
| 82 | | | | | Access Database Derivative of FCS 1993 Original Logistics Data.mdb 6/9/03 from Server FHL-D Excerpt Screen Print of Tables Voluminous Record |
| 83 | | | | | EXHIBIT O4 from Walker Report  (Supplemental). |
| 84 | | | | | Email-Changes in the Logistics Department D0012 |
| 85 | | | | | Email-Changes in the Logistics Department from Department with Word Doc LOGISTICS DATA ENTRY CLERK and Power Point Hawaiian Express Changes |
| 86 | | | | | Email-Re HEX ACCESS TO DATABASE D0018 |
| 87 | | | | | Email-ACCESS TO DATABASE D0016 |
| 88 | | | | | Email-Re HAWAIIAN EXPRESS LINE ITEMS RECEIVING BY FLEMING PO from Sent Items1 |
| 89 | | | | | Fleming Indemnity Letter from Fleming Confirmation Hearing evidence |
| 90 | | | | | Copyright Damages Power Point Demonstrative |
| 91 | | | | | Fleming Critical Functions Demonstrative Power Point |
| 92 | | | | | FCS 1993 System Functions Demonstrative Power Point |
| 93 | | | | | Ueno Supplemental Report incorporating Guidance Materials produced by Fleming Exhibits A to H |
| 94 | | | | | Excerpt from  PCT Motion Cross-Complaint Excerpt from Bk 03-10945Docket No 11559 |
| 95 | | | | | Supplemental Declaration of Mark Dillon dated 8-10-03 |
| 96 | | | | | |
| 97 | | | | | |
| 98 | | | | | |
| 99 | | | | | |
| 100 | | | | | |
| | | | | | |
| | | | | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |