# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

WAYNE BERRY, a Hawaii citizen

Plaintiff(s),

V.

FLEMING COMPANIES, INC. Et al.

Defendant(s).

JUDGMENT IN A CIVIL CASE

Case: CIVIL NO 03-00385 SOM-LEK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 9, 2006

At 4 o'clock and 00 min p.m.
SUE BEITIA, CLERK

[✓]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[  ]  **Decision by Court**.  This action came to trial before the Court.  The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff in the amount of $57,534.00 and against the defendant(s) Fleming in the amount of $57,530.00, Mark Dillon in the amount of $2.00, and Teresa Noa in the amount of $2.00; all pursuant to the jury's verdict filed March 7, 2006.

_____
March 9, 2006

Date

SUE BEITIA
_____
Clerk

 /s/ George A. Bartels Jr.
_____
(By) Deputy Clerk