# Exhibit 1(C)

## William Erhard P.A. Legal Fees and Costs
## Delaware

| DATE | PAYOR | AMOUNT |
|------|-------|--------|
| 07/30/2004 | William Erhard P.A. Wilmington Delaware Invoice 341 | $6,630.00 Fees $960.61 Costs |
| 09/14/2004 | William Erhard P.A. Wilmington Delaware Invoice 363 | $1,170.00 Fees $947.83 Costs |
| 10/22/2004 | William Erhard P.A. Wilmington Delaware Invoice 391 | $150.00 |
| 11/17/2004 | William Erhard P.A. Wilmington Delaware Invoice 411 | $ 75.00 |
| 12/27/2004 | William Erhard P.A. Wilmington Delaware Invoice 419 | $600. |
| 01/24/2005 | William Erhard P.A. Wilmington Delaware Invoice 426 | $1,815 Fees $414.47 Costs |
| 02/25/2005 | William Erhard P.A. Wilmington Delaware Invoice 444 | $2,280 Fees $42.50 Costs |
| 04/21/2005 | William Erhard P.A. Wilmington Delaware Invoice 479 | $90 |
| 11/21/2005 | William Erhard P.A. Wilmington Delaware Invoice | $2,130 Fees $40 Costs |
| 12/13/2005 | William Erhard P.A. Wilmington Delaware Invoice | $55 |
| TOTAL FEES | | $14,905 |
| TOTAL COSTS | | $2,405.41 |

1

Invoice submitted to:

Lynch, Ichida, Thompson, Kim & Hirota
Timothy J. Hogan, Esq.
1132 Bishop St., Ste. 1404
Honolulu HAWAII 96813

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| July 30, 2004 | 341 | |

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 06/30/2004 | Drafting documents for Delaware filing & notice of service | 1.00 300.00/hr | 300.00 |
| 07/01/2004 | Discussion with T. Hogan on objection modifications and status of case | 0.50 300.00/hr | 150.00 |
| 07/07/2004 | Reviewing objection & discuss with Hogan | 0.80 300.00/hr | 240.00 |
| 07/09/2004 | Prepare & Attend hearing; confer with T. Hogan | 3.50 300.00/hr | 1,050.00 |
| 07/13/2004 | Letter to Hogan via email and first class for pro hac order; review Hogan email re: discovery | 0.30 300.00/hr | 90.00 |
| 07/15/2004 | Reviewing documents & revising brief for filing | 1.00 300.00/hr | 300.00 |
| 07/19/2004 | Review initial pleadings via email; discuss with T. Hogan; review final pleadings and transmit to service for fileint | 1.50 300.00/hr | 450.00 |
| 07/21/2004 | Preparation of exhitbits and submissions for court binder and agenda | 1.00 300.00/hr | 300.00 |
| | Discussion with T. Hogan re: agenda documents & argument on Monday, July 26. | 0.30 300.00/hr | 90.00 |
| 07/22/2004 | Correspondence from Hogan & Cappozola on agenda documents; review of agenda from Fleming paralegal; message to T. Hogan | 0.50 300.00/hr | 150.00 |

Lynch, Ichida, Thompson, Kim & Hirota

Page    2

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 07/22/2004 | Discussion with T. Hogan re: Hearing on Monday, July 15 | 0.30<br>300.00/hr | 90.00 |
| 07/23/2004 | Review and file Berry documents; review agenda | 0.50<br>300.00/hr | 150.00 |
| 07/24/2004 | Discussion with Copozola re: confidential documents; email retrieval; | 0.30<br>300.00/hr | 90.00 |
| 07/25/2004 | Discussion with Copozola re: documents; discovery; discussion with T. Hogan | 0.40<br>300.00/hr | 120.00 |
| 07/26/2004 | Prepare with Tim Hogan and Attend Trial on confirmation | 10.00<br>300.00/hr | 3,000.00 |
| 07/27/2004 | Retrieve and forward signed order | 0.20<br>300.00/hr | 60.00 |
| | For professional services rendered | 22.10 | $6,630.00 |
| | Additional Charges : | | |
| 07/01/2004 | Photocopies 220 for service | | 44.00 |
| | Postage for service | | 6.64 |
| | Delivery for local service | | 30.00 |
| 07/15/2004 | Photocopies for service of brief | | 106.40 |
| | Delivery for local service | | 30.00 |
| | Postage for service | | 14.00 |
| 07/22/2004 | Court filing including photocopies and service charges | | 516.40 |
| 07/23/2004 | Photocopies for pleading notebooks for Confirmation hearing 495 copies | | 99.00 |
| 07/28/2004 | Postage for Confirmation Hearing exhibits to T. Hogan | | 114.17 |
| | Total costs | | $960.61 |
| | Total amount of this bill | | $7,590.61 |
| | Balance due | | $7,590.61 |

# Invoice



**Blue MARBLE** LOGISTICS, LLC

P.O. Box 147
Wilmington, DE 19899
(302) 661-4390

| Date | Invoice # |
|------|-----------|
| 7/22/2004 | 2461 |

RECEIVED JUL 2 2 REC'D

William Erhart
800 King Street, Suite 302
Wilmington, DE 19801

| Matter # | Terms | Order Date |
|----------|-------|------------|
| Berry/Fleming | Net 15 days | 7/19/2004 |

| Item | Qty | Description | Price Each | Amount |
|------|-----|-------------|------------|--------|
| Straight Copies | 4,256 | 8.5 x 11 | 0.10 | 425.60 |
| Tyvek Envelopes | 6 | 10 x 13 | 0.40 | 2.40 |
| Postage | | | 58.40 | 58.40 |
| Courier Service | 6 | Center city hand deliveries | 5.00 | 30.00 |

| | **Total** | $516.40 |
|---|---|---|


**William W. Erhart, P.A.**
800 King Street, Suite 302
Wilmington, DE 19801

| Invoice submitted to: |
| --- |
| Lynch, Ichida, Thompson, Kim & Hirota |
| Timothy J. Hogan, Esq. |
| 1132 Bishop St., Ste. 1404 |
| Honolulu HAWAII 96813 |

| Invoice Date | Invoice Number | Last Bill Date |
| --- | --- | --- |
| September 14, 2004 | 363 | 07/30/2004 |

Professional Services

| | | Hrs/Rate | Amount |
| --- | --- | --- | --- |
| 08/06/2004 | Review letter & stipulation; discuss with Luhio; letter to Luhio | 0.50 300.00/hr | 150.00 |
| | Consultation with Hogan on appeal | 0.20 300.00/hr | 60.00 |
| 08/09/2004 | Filing Notice of Appeal | 0.40 300.00/hr | 120.00 |
| 08/12/2004 | Telephone conference with Tim Hogan on appeal and designation issures | 0.40 300.00/hr | 120.00 |
| 08/13/2004 | Prepare notice of appeal; forward to client | 0.50 300.00/hr | 150.00 |
| | Discussion with T. Hogan on new appeal; dismiss first appeal | 0.20 300.00/hr | 60.00 |
| 08/18/2004 | Motion to dismiss appeal | 0.50 300.00/hr | 150.00 |
| 08/20/2004 | Retrieve 8006 pleading; review order clarifying stay and email to client | 0.30 300.00/hr | 90.00 |
| | Review and prepare designation of appeal for filing; confer with T. Hogan | 0.40 300.00/hr | 120.00 |
| 09/03/2004 | Review designations and file with clerk | 0.50 300.00/hr | 150.00 |

Lynch, Ichida, Thompson, Kim & Hirota                                    Page    2

|  |  | Hours | Amount |
|---|---|---|---|
| | For professional services rendered | 3.90 | $1,170.00 |
| | Additional Charges : | | |
| 08/09/2004 | Court filing Notice of Appeal | | 255.00 |
| | Photocopies 70 | | 14.00 |
| | Postage | | 2.96 |
| | Delivery for service (6) | | 30.00 |
| 08/13/2004 | Court filing for appeal | | 255.00 |
| | Delivery for service of appeal | | 15.00 |
| 08/20/2004 | Postage for service | | 3.70 |
| | Photocopies for designation | | 12.00 |
| 09/09/2004 | Filing of hard copy of record with clerk for transmittal to District Court for appeal. 1230 pages. | | 246.00 |
| 09/13/2004 | FedEx exhibits & pleadings | | 114.17 |
| | Total costs | | $947.83 |
| | Total amount of this bill | | $2,117.83 |
| | Previous balance | | $7,590.61 |
| 08/31/2004 | Payment - Thank You | | ($3,000.00) |
| | Total payments and adjustments | | ($3,000.00) |
| | Balance due | | $6,708.44 |

**William W. Erhart, P.A.**
800 King Street, Suite 302
Wilmington, DE  19801

Invoice submitted to:
Lynch, Ichida, Thompson, Kim & Hirota
Timothy J. Hogan, Esq.
1132 Bishop St., Ste. 1404
Honolulu HAWAII 96813

| Invoice Date | | Invoice Number | Last Bill Date |
|---|---|---|---|
| October 22, 2004 | | 391 | 09/14/2004 |

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 09/16/2004 | Motion for pro hac; letter to Sudell; emails to Hogan | 0.50<br>300.00/hr | 150.00 |
| | For professional services rendered | 0.50 | $150.00 |
| | Previous balance | | $6,708.44 |
| 10/04/2004 | Payment - Thank You | | ($5,000.00) |
| | Total payments and adjustments | | ($5,000.00) |
| | Balance due | | $1,858.44 |

**William W. Erhart, P.A.**
800 King Street, Suite 302
Wilmington, DE  19801

| Invoice submitted to: |
| :--- |
| Lynch, Ichida, Thompson, Kim & Hirota |
| Timothy J. Hogan, Esq. |
| 1132 Bishop St., Ste. 1404 |
| Honolulu HAWAII 96813 |

| Invoice Date | Invoice Number | Last Bill Date |
| :---: | :---: | :---: |
| November 17, 2004 | 411 | 10/22/2004 |

Professional Services

| | Hrs/Rate | Amount |
| :--- | ---: | ---: |
| 11/16/2004  Advise re: Filing and scheduling of Objection to client's claim by fax, email & regular mail | 0.30<br>250.00/hr | 75.00 |
| For professional services rendered | 0.30 | $75.00 |
| Previous balance | | $1,858.44 |
| Balance due | | $1,933.44 |

**William W. Erhart, P.A.**
800 King Street, Suite 302
Wilmington, DE  19801

| Invoice submitted to: |
| :--- |
| Lynch, Ichida, Thompson, Kim & Hirota |
| Timothy J. Hogan, Esq. |
| 1132 Bishop St., Ste. 1404 |
| Honolulu HAWAII 96813 |

| Invoice Date | Invoice Number | Last Bill Date |
| :---: | :---: | :---: |
| December 27, 2004 | 419 | 11/17/2004 |

Professional Services

| | | Hrs/Rate | Amount |
| :--- | :--- | ---: | ---: |
| 12/03/2004 | Revise and file response. | 1.00<br>300.00/hr | 300.00 |
| 12/10/2004 | Reviewing documents for hearing, sent by Tim Hogan | 0.50<br>300.00/hr | 150.00 |
| 12/13/2004 | Review email and attached letters and proposed stipulations; review signed stipulation | 0.50<br>300.00/hr | 150.00 |
| | For professional services rendered | 2.00 | $600.00 |
| | Previous balance | | $1,933.44 |
| 11/30/2004 | Payment - Thank You | | ($1,000.00) |
| | Total payments and adjustments | | ($1,000.00) |
| | Balance due | | $1,533.44 |

**William W. Erhart, P.A.**
800 King Street, Suite 302
Wilmington, DE 19801

Invoice submitted to:
Ichida, Thompson, Kim & Hirota Lynch
Timothy J. Hogan, Esq.
1132 Bishop St., Ste. 1404
Honolulu HAWAII 96813

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| January 24, 2005 | 426 | 12/27/2004 |

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 01/03/2005 | Consultation with Hogan via email; review various email; review Rule 9006 | 0.50 300.00/hr | 150.00 |
| 01/05/2005 | E-mails from client & Fleming with revised orders | 0.30 300.00/hr | 90.00 |
| 01/06/2005 | Review hand delivered pleadings and email to Hogan as to status; | 0.20 300.00/hr | 60.00 |
| 01/11/2005 | Review Berry motion and attachments | 1.00 300.00/hr | 300.00 |
| | Drafting Stipulation of Dismissal | 1.00 225.00/hr | 225.00 |
| 01/12/2005 | Filing pleadings via paralegal | 0.30 300.00/hr | 90.00 |
| 01/17/2005 | Review and file motion for protective order (including paralegal time) | 1.00 300.00/hr | 300.00 |
| 01/18/2005 | Attend Court hearing; preparation & follow up call to T. Hogan | 2.00 300.00/hr | 600.00 |
| | For professional services rendered | 6.30 | $1,815.00 |

Ichida, Thompson, Kim & Hirota Lynch                                    Page     2

       Additional Charges :

|  |  | Amount |
|---|---|---|
| 01/12/2005 | Postage | 33.57 |
|  | Photocopies for service copies 1,110 copies | 222.00 |
|  | Delivery for local hand deliveries | 60.00 |
| 01/18/2005 | Postage for service | 15.90 |
|  | Photocopies for service | 84.00 |
|  | Total costs | $415.47 |
|  | Total amount of this bill | $2,230.47 |
|  | Previous balance | $1,533.44 |
| 01/18/2005 | Payment - Thank You | ($1,000.00) |
|  | Total payments and adjustments | ($1,000.00) |
|  | Balance due | $2,763.91 |

| Invoice submitted to: |
| Ichida, Thompson, Kim & Hirota Lynch |
| Timothy J. Hogan, Esq. |
| 1132 Bishop St., Ste. 1404 |
| Honolulu HAWAII 96813 |

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| February 25, 2005 | 444 | 01/24/2005 |

## Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 01/26/2005 | Letter to Jones with Stipulation | 0.30 300.00/hr | 90.00 |
| 01/31/2005 | Correspondence with Tim Hogan (3) plus letter fax from Kirland & Ellis; signed stipulation for appeal | 0.30 300.00/hr | 90.00 |
| 02/02/2005 | Reviewing motion & email on scheduling | 0.30 300.00/hr | 90.00 |
| 02/03/2005 | Revise motion | 2.00 300.00/hr | 600.00 |
| 02/04/2005 | Filing documentation | 1.00 300.00/hr | 300.00 |
| 02/17/2005 | File withdrawal motion for protective order | 0.20 300.00/hr | 60.00 |
| 02/22/2005 | Prepare for and attend hearing on motion to establish collection procedures | 3.50 300.00/hr | 1,050.00 |
|  | For professional services rendered | 7.60 | $2,280.00 |
|  | Additional Charges : |  |  |
| 01/26/2005 | Delivery for stipulation |  | 5.00 |
| 01/28/2005 | Delivery of objection/motion of Jan 18, 2005 |  | 37.50 |
|  | Total costs |  | $42.50 |

Ichida, Thompson, Kim & Hirota Lynch

Page    2

Amount

| | Amount |
|---|---|
| Total amount of this bill | $2,322.50 |
| Previous balance | $2,763.91 |
| Balance due | $5,086.41 |

**William W. Erhart, P.A.**
800 King Street, Suite 302
Wilmington, DE  19801

| Invoice submitted to: |
|---|
| Ichida, Thompson, Kim & Hirota Lynch |
| Timothy J. Hogan, Esq. |
| 1132 Bishop St., Ste. 1404 |
| Honolulu HAWAII 96813 |

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| April 21, 2005 | 479 | 03/23/2005 |

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 04/20/2005 | Review agenda and docket; email with client & T. Hogan | 0.30<br>300.00/hr | 90.00 |
| | For professional services rendered | 0.30 | $90.00 |
| | Previous balance | | $5,086.41 |
| | Balance due | | $5,176.41 |

**William W. Erhart, P.A.**
800 King Street, Suite 302
Wilmington, DE 19801

```
Invoice submitted to:
Ichida, Thompson, Kim & Hirota Lynch
Timothy J. Hogan, Esq.
1132 Bishop St., Ste. 1404
Honolulu HAWAII 96813
```

| Invoice Date | | Invoice Number | Last Bill Date |
|---|---|---|---|
| November 21, 2005 | | | 04/21/2005 |

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/17/2005 | Review objection; notify T. Hogan & client | 0.30 300.00/hr | 90.00 |
| 10/19/2005 | Refile Response to Objection | 0.30 300.00/hr | 90.00 |
| 10/18/2005 | Review & edit opposition to objection to claims; upload and serve | 2.00 300.00/hr | 600.00 |
| 10/26/2005 | Review Hawaii court order; email to T. Hogan | 0.50 300.00/hr | 150.00 |
| 10/27/2005 | Preparation for hearing and attending hearing | 4.00 300.00/hr | 1,200.00 |
| | For professional services rendered | 7.10 | $2,130.00 |
| | Additional Charges : | | |
| 10/18/2005 | Delivery for three hand deliveries | | 15.00 |
| | FedEx to Los Angles (approx. cost) | | 25.00 |
| | Total costs | | $40.00 |
| | Total amount of this bill | | $2,170.00 |
| | Previous balance | | $5,176.41 |
| 05/09/2005 | Payment - Thank You | | ($5,176.41) |

Ichida, Thompson, Kim & Hirota Lynch

Page    2

Amount

|  |  |
|---|---:|
| Total payments and adjustments | ($5,176.41) |
| Balance due | $2,170.00 |

**William W. Ernart, P.A.**
800 King Street, Suite 302
Wilmington, DE 19801

| Invoice submitted to: |
|---|
| Ichida, Thompson, Kim & Hirota Lynch |
| Timothy J. Hogan, Esq. |
| 1132 Bishop St., Ste. 1404 |
| Honolulu HAWAII 96813 |

| Invoice Date | | Invoice Number | Last Bill Date |
|---|---|---|---|
| January 17, 2006 | | | 11/21/2005 |

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/13/2005 | Status report. | 0.20 | 55.00 |
| | | 275.00/hr | |
| | For professional services rendered | 0.20 | $55.00 |
| | Previous balance | | $2,170.00 |
| | Balance due | | $2,225.00 |

**William W. Erhart, P.A.**
**800 King Street, Suite 302**
**Wilmington, DE 19801**




Invoice submitted to:
Ichida, Thompson, Kim & Hirota Lynch
Timothy J. Hogan, Esq.
1132 Bishop St., Ste. 1404
Honolulu HAWAII 96813

| Invoice Date | | Invoice Number | Last Bill Date |
|---|---|---|---|
| November 21, 2005 | | | 04/21/2005 |

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/17/2005 | Review objection; notify T. Hogan & client | 0.30 300.00/hr | 90.00 |
| 10/19/2005 | Refile Response to Objection | 0.30 300.00/hr | 90.00 |
| 10/18/2005 | Review & edit opposition to objection to claims; upload and serve | 2.00 300.00/hr | 600.00 |
| 10/26/2005 | Review Hawaii court order; email to T. Hogan | 0.50 300.00/hr | 150.00 |
| 10/27/2005 | Preparation for hearing and attending hearing | 4.00 300.00/hr | 1,200.00 |
| | For professional services rendered | 7.10 | $2,130.00 |
| | Additional Charges : | | |
| 10/18/2005 | Delivery for three hand deliveries | | 15.00 |
| | FedEx to Los Angles (approx. cost) | | 25.00 |
| | Total costs | | $40.00 |
| | Total amount of this bill | | $2,170.00 |
| | Previous balance | | $5,176.41 |
| 05/09/2005 | Payment - Thank You | | ($5,176.41) |

Ichida, Thompson, Kim & Hirota Lynch                                    Page     2

                                                                          Amount

                                                                      _____

            Total payments and adjustments                            ($5,176.41)

                                                                      _____

            Balance due                                                $2,170.00

Lynch Ichida Thompson Kim & Hirota  A Law Corp.

2669

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNTS TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| | 11/21/05  27042-002 | | | | 2,225.00 |

| CHECK DATE | CHECK NO. | PAYEE | | | CHECK AMOUNT |
|---|---|---|---|---|---|
| 1/31/06 | 2669 | WILLIAM W. ERHART, P.A. | | | $2,225.00 |

**LYNCH ICHIDA THOMPSON KIM & HIROTA**
**A LAW CORPORATION**
CLIENT TRUST ACCOUNT
1132 BISHOP ST., STE. 1405   HONOLULU, HI 96813

CENTRAL PACIFIC BANK
MAIN BRANCH
220 SOUTH KING STREET
HONOLULU, HAWAII

59-157/1213

CHECK NO.
2669

DATE
Jan 31, 2006

AMOUNT
****$2,225.00

Two Thousand Two Hundred Twenty-Five and 00/100 Dollars

PAY
TO THE
ORDER
OF:

WILLIAM W. ERHART, P.A.
800 KING STREET, SUITE 302
WILMINGTON, DE 19801
USA

AUTHORIZED SIGNATURE

2669

Security features. Details on back.

⑈002669⑈ ⑆121301572⑆4000⑈131⑆48⑈