| COST CATEGORY | AMOUNT | HOGAN DEC. EXHIBIT |
|---|---:|---:|
| Court and Sheriff Fees | $591.53 | 2(A) |
| Court Appointed Experts | $32,657.92 | 2(B) |
| Outside Copies and Exhibit Costs | $3,949.76 | 2(C) |
| Deposition Transcripts | $5,187.91 | 2(D) |
| Court Transcripts | $4,878.96 | 2(E) |
| Trial Experts | $42,600.20 | 2(F) |
| Facsimile Charges at .50 per page | $1,591.25 | 1(B) |
| Long Distance Charges | $267.00 | 1(B) |
| Additional In House Copy costs at .20 per page | $13,449.20 | 1(B) |
| Postage at cost | $1,043.11 | 1(B) |
| Erhard Delaware Local Counsel Costs | $2,405.41 | 1(C) |
| TOTAL FULL COSTS | $108,622.25 | |