# Exhibit 2(A)

## Berry v. Hawaiian Express
## Court and Sheriff Fees

| DATE | PAYOR | AMOUNT |
|---|---|---|
| 10/23/2003 | A.A.A. Process Service/Teresa Noa service | $105.00 |
| 06/08/2005 | USDC certified copies | $54.00 |
| 12/13/2005 | Andrew Chun, witness fee and mileage | $50.00 |
| 12/13/2005 | Brian Christensen, witness fee and mileage | $54.00 |
| 01/06/2006 | Clerk of the U.S. Dist. Ct., 3 minute CD of final pretrial conference before Magistrate Kobayashi. | $26.00 |
| 01/20/2006 | Clerk, U.S. Dist. Ct., jury questionnaire | $50.00 |
| 01/31/2006 | Sheriff Harry Kau, service of process Chun & Christensen. | $88.00 |
| 2/28/2006 | Sheriff Harry Kau, service of process on Chun | $49.00 |
| TOTAL | | $591.53 |

Lynch Ichida Thompson Kim & Hirota  A Law Corp.

2239

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| | 27042-002- SERVICE ON | | | | 105.00 |

| CHECK DATE | CHECK NO. | PAYEE | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|
| 10/23/03 | 2239 | A.A.A. PROCESS SERVICE, INC. | | $105.00 |

Product 13335    Use With 773 Envelope    NEBS To Reorder: 1-800-225-6380 or www.nebs.com    Printed in U.S.A.   E

---

# LYNCH ICHIDA THOMPSON & KIM

### Request for RETAINER/ADVANCE FUNDS

TO:     Accounting                              Date: 10/23/03

FROM:   TH/ebh

Pay to:   A.A.A. Process Service, Inc.
Amount:   $ 105.00
Client No.: 27042-           Client Name: Berry, Wayne
Case No.:   002              Case Name: HEX
Purpose:    Service on Teresa Noa
Approved by:  TH/ebh
            (Responsible Attorney)

================================

For Accounting Use Only

Deposit Made: _____          Check No.: 2239
Type Instrument: _____       Date Paid: 10/23

Revised 8/20/98
LF\888\1\36071.1\MAC

T/S 4101

Lynch Ichida Thompson Kim & Hirota  A Law Corp.

2541

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| | 27042-002 | | | | 54.00 |

| CHECK DATE | CHECK NO. | PAYEE | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|
| 6/8/05 | 2541 | CLERK, U.S. DISTRICT COURT | | $54.00 |

PRODUCT LM226C   USE WITH 773 ENVELOPE   NEBS To Reorder: 1-800-225-6380 or www.nebs.com   PRINTED IN U.S.A.   A

0043

# LYNCH ICHIDA THOMPSON KIM & HIROTA

### Request for RETAINER/ADVANCE FUNDS

TO: Accounting                                  Date: 6/8/05

FROM: _TH/ec_

Pay to: USDC
Amount: $54.00
Client No.: _____                Client Name: Berry, Wayne
Case No.: 27042-002                Case Name: _Hcf_
Purpose: 3 cert. copies - Prof. 3 cert copies - Berry
Approved by: _____
                (Responsible Attorney)

===

**For Accounting Use Only**

Deposit Made: _____            Check No.: 2541
Type Instrument: _____            Date Paid: 6/8

5700

Revised 8/20/98

# LYNCH ICHIDA THOMPSON KIM & HIROTA

## Request for RETAINER/ADVANCE FUNDS

TO: Accounting

Date: 12/12/05

FROM: [signature]

Pay to: Andrew Chun

Amount: $50.00

Client No.: 3210.42

Case No.: 002

Client Name: Berry

Case Name: Berry v. Hawaiian Express

Purpose: Witness fees & mileage for trial appearance

Approved by: [signature] (Responsible Attorney)

For Accounting Use Only

Check No.: 2678
Date Paid: 12/12 6700

Deposit Made: ___
Type Instrument: ___

Lynch Ichida Thompson Kim & Hirota  A Law Corp.

2638

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| | 27042-002 WITNESS FEE | | | | 50.00 |

| CHECK DATE | CHECK NO. | PAYEE | | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|---|
| 12/13/05 | 2638 | ANDREW CHUN | | | $50.00 |

PRODUCT LM226C    USE WITH 773 ENVELOPE    NEBS  To Reorder: 1-800-225-6380 or www.nebs.com    PRINTED IN U.S.A.

0140

# LYNCH ICHIDA THOMPSON KIM & HIROTA

A LAW CORPORATION

MAILE M. HIROTA
WESLEY W. ICHIDA
ANN C. KEMP
STEVEN J. KIM
PAUL A. LYNCH
WILLIAM "Buzz" THOMPSON III

1132 BISHOP STREET, SUITE 1405
HONOLULU, HAWAII 96813

TELEPHONE (808) 528-0100
FACSIMILE (808) 528-4997
(808) 523-1920
E-MAIL: mail@loio.com

COUNSEL
TIMOTHY J. HOGAN

OF COUNSEL
GREG TURNBULL, Psy.D

## TRANSMITTAL

December 28, 2005

**Hand Delivered**

TO:   Deputy Harry Kau

Re:   <u>Wayne Berry v. Hawaiian Express Service, Inc., et al., CV03 00385 SOM-LEK</u>

We are sending you the following:

Original and two (2) copies of the Subpoena In A Civil Case dated 12/28/05 and witness check for $54.00.

REMARKS: Please serve BRIAN CHRISTENSEN at his home at 95-1064 Kihene Street, Mililani, Hawaii 96789. Please return the original Proof of Service to me, along with your invoice. Hauoli Makahiki Hou!

*Lynda Lui-Kwan*
LYNDA LUI-KWAN
Secretary to Steven J. Kim

Enclosures

Lynch Ichida Thompson Kim & Hirota   A Law Corp.

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| 27042-002 | WITNESS FEE | | | | 54.00 |

| CHECK DATE | CHECK NO. | PAYEE | | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|---|
| 12/13/05 | 2637 | BRIAN CHRISTENSEN | | | $54.00 |

2637

---

**LYNCH ICHIDA THOMPSON KIM & HIROTA**
**A LAW CORPORATION**
CLIENT TRUST ACCOUNT
1132 BISHOP ST., STE. 1405  HONOLULU, HI 96813

CENTRAL PACIFIC BANK
MAIN BRANCH
220 SOUTH KING STREET
HONOLULU, HAWAII
59-157/1213

CHECK NO.
2637

2637

DATE
Dec 13, 2005

AMOUNT
*******$54.00

Fifty-Four and 00/100 Dollars

PAY TO THE ORDER OF:  BRIAN CHRISTENSEN

_____
AUTHORIZED SIGNATURE

⑀"002637⑀ ⑁:121301578⑁:4000⑁"31438⑁"

# LYNCH ICHIDA THOMPSON KIM & HIROTA

### Request for RETAINER/ADVANCE FUNDS

TO: Accounting      Date: 1/10/06

FROM: TSH/ec

Pay to: Clerk of the U.S. District Ct.
Amount: $ 26.00
Client No.: 27042      Client Name: Berry/Hex
Case No.: 002      Case Name: Hex
Purpose: 12/12/05, 3 minute CD
Approved by: _____
(Responsible Attorney)

For Accounting Use Only

Deposit Made: _____      Check No.: 2648
Type Instrument: _____      Date Paid: 1/12

Revised 8/20/98

6473

---

Lynch Ichida Thompson Kim & Hirota  A Law  p.      2648

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| | 27042-002 | | | | 26.00 |

| CHECK DATE | CHECK NO. | PAYEE | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|
| 1/11/06 | 2648 | CLERK, U.S. DISTRICT COURT | | $26.00 |

PRODUCT LM226C    USE WITH 773 ENVELOPE      NEBS  To Reorder: 1-800-225-6380 or www.nebs.com      PRINTED IN U.S.A.      A

0150

AO83

# Customer Copy

Receipt for Payment

## U.S. District Court - Hawaii

| For Internal Use Only | |
|---|---|
| Receipt | 233517 |
| Trans | 137761 |

Received From: **LYNCH ICHIDA**

Case Number:

Reference Number: **CV 03-385**

|  | Check | 50.00 |
|---|---|---|
|  | Total | 50.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| COPY FEE | 322350 | 100 | 50.00 |
|  |  | **Total** | **50.00** |
|  |  | Tend | 50.00 |
|  |  | Due | 0.00 |

01/20/2006 09:54:01 AM        Deputy Clerk: bb/DT

Lynch Ichida Thompson Kim & Hirota A Law Corp.                                              2673

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| | BERRY, WAYNE 12/28/05 | | | | 39.00 |
| | BERRY, WAYNE 12/16/05 | | | | 49.00 |

| CHECK DATE | CHECK NO. | PAYEE | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|
| 1/31/06 | 2673 | DEPUTY SHERIFF HARRY KAU | | $88.00 |

**LYNCH ICHIDA THOMPSON KIM & HIROTA**
**A LAW CORPORATION**
CLIENT TRUST ACCOUNT
1132 BISHOP ST., STE. 1405   HONOLULU, HI 96813

CENTRAL PACIFIC BANK
MAIN BRANCH
220 SOUTH KING STREET
HONOLULU, HAWAII

59-157/1213

CHECK NO. 2673

PAY TO THE ORDER OF:

Eighty-Eight and 00/100 Dollars

DEPUTY SHERIFF HARRY KAU
545 QUEEN STREET, BOX 630
HONOLULU, HI 96813
USA

DATE   Jan 31, 2006

AMOUNT   *******$88.00

_(signature)_
AUTHORIZED SIGNATURE

⑆"002673"⑆ ⑉121301578⑉: 4000"131438"⑉

2673

# LYNCH ICHIDA THOMPSON KIM & HIROTA

A LAW CORPORATION

MAILE M. HIROTA
TIMOTHY J. HOGAN
WESLEY W. ICHIDA
STEVEN J. KIM
PAUL A. LYNCH
WILLIAM "Buzz" THOMPSON III
J. GREGORY TURNBULL

1132 BISHOP STREET, SUITE 1405
HONOLULU, HAWAII 96813

TELEPHONE (808) 528-0100
FACSIMILE (808) 528-4997
E-MAIL: mail@loio.com

## TRANSMITTAL

February 23, 2006

TO: Deputy Sheriff Harry Kau
545 Queen Street
Box 630
Honolulu, HI 96813

**Hand Delivered**

Re: *Wayne Berry v. Hawaiian Express Service, Inc., Case No. CV03-00385 SOM-LEK, in the United States District Court, District of Hawaii*

We are sending you the following:

Original and one (1) copy of the Subpoena In A Civil Case; Proof of Service.

The witness fee check for $50.00 has already been given to him (when you served him previously).

REMARKS: Please serve witness ANDREW CHUN, at 2389 Aumakua Street, Pearl City, Hawaii 96782 and please return the original to me for filing with the Court. Please call me at 528-9761 to let me know when you have completed service. Mahalo.

LYNDA A. LUI-KWAN
Secretary to Timothy J. Hogan

Enclosures