# Exhibit 2(C)

# Berry v. Hawaiian Express
## Outside Copy and Exhibit Costs

| DATE | PAYOR | AMOUNT |
|---|---|---|
| 12/20/2004 | Professional Image Copy, MSJ Invoice 139080 Motions | $290.16 |
| 05/16/2005 | Professional Image, inv. no. A-14014 Motions FOR SJ | $162.09 |
| 05/16/2005 | Thomas Ueno, CPA, 4/01-30, 2005 | $130.21 |
| 05/23/2005 | Professional Image, inv. no. A140825, A14090, A140921 Motions for SJ Replies and Ops | $488.98 |
| 06/23/2005 | Professional image, inv. no. A-141545, A-141461, A-141471. Motions | $504.41 |
| 08/26/2005 | Professional Image, inv. no. A-142060, S-142061 Motion. | $404.68 |
| 09/20/2005 | Livenote, invoices Ueno Depo. | $597.80 |
| 09/20/2005 | Professional Image, Inv. No. A142790 copying charges Motion. | $218.25 |
| 11/22/2005 | Professional Image, Inv. No. A-143207 Motion | $270.16 |
| 12/09/2005 | Fisher Hawaii, Inc., exhibit supplies for Trial Exhibits | $157.81 |
| 12/22/2005 | Professional Image Exhibit Preparation, invoice A144007 | $252.81 |
| 12/20/2005 | Professional Image Copies | $15.62 |
| 01/31/2006 | Professional Image, inv. A-144100 Exhibits | $341.25 |
| 1/19/2006 | Marble Logistics, Delaware Bankruptcy Court Certified Documents | $115.53 |

| TOTAL | | $3,949.76 |
|-------|---|-----------|



**PROFESSIONAL IMAGE**

# INVOICE

1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. A-  **139080**

Date  **12/20/04**

Customer P.O. No.

SOLD TO

Lynch Ichida Thompson & Kim
A Law Corporation
1132 Bishop Street  Suite 1405
Honolulu Hawaii  96813

Lynda

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2,964 | B&W Copying,   20# white, copied on 1 side | 237.12 |
| | 2,964      Drilling 2-hole | 33.64 |
| 13 | ACCO Clips | 7.80 |
| | | |
| | ref: Berry / Itex | |

| 12-1191 dm | SUBTOTAL | 278.56 |
|---|---|---|
| | TAX | 11.60 |
| | SHIPPING | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | TOTAL | 290.16 |

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**

Invoice No:  **A-**

Amount Due:

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

# PROFESSIONAL IMAGE

# INVOICE

1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. A- **140825**

Date **4/19/05**

Customer P.O. No.

**SOLD TO**

Lynch Ichida Thompson & Kim
A Law Corporation
1132 Bishop Street  Suite 1405
Honolulu Hawaii  96813

Linda L-K

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 13 | B&W Copying, 8.5 x 11 White 20#, 302 originals, copied on 1 side | 196.30 |
| 302 | Scan to pdf | 30.20 |
| 3 | Sets of 45 Alpha tabs | 52.65 |

CLIENT/CASE: *27042-2*
CLIENT NAME: *Berry*
CASE NAME: *HEX*
APPROVED:

Ref:  Berry/HEX

| 04-1204 RF | SUBTOTAL | 279.15 |
|---|---|---|
| | TAX | 11.63 |
| | SHIPPING | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | TOTAL | 290.78 |

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**

*Lynch, Ichida*

Invoice No: A- *140825*

Amount Due: *290.78*

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

# PROFESSIONAL IMAGE

## INVOICE

1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. A- **140901**

Date **4/25/05**

Customer P.O. No.

**SOLD TO**

Lynch Ichida Thompson & Kim
A Law Corporation
1132 Bishop Street  Suite 1405
Honolulu Hawaii  96813

Lynda

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 109 | B&W Copying,  White 8.5x11, 12 originals, copied on 1 side | 130.80 |
| 1,308 | Drilling 2-hole | 13.08 |
| | | |
| | RE: Berry 27042-2 | |

| | | |
|---|---|---|
| 4-1279 kp | SUBTOTAL | 143.88 |
| | TAX | 5.99 |
| | SHIPPING | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | TOTAL | 149.87 |

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**

_Lynch_
_Ichida_

CLIENT/CASE: _27042-2_

CLIENT NAME: _Berry, Wayne_

CASE NAME: _Dex_

APPROVED:

Invoice No: A- _140901_

Amount Due: _149.87_

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813



**PROFESSIONAL IMAGE**

# INVOICE

1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. A- **140921**

Date **4/27/05**

Customer P.O. No.

SOLD TO

Lynch Ichida Thompson & Kim
A Law Corporation
1132 Bishop Street  Suite 1405
Honolulu Hawaii  96813

Lynda

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 464 | B&W Copying,  , copied on 1 side | 46.40 |
| | CLIENT/CASE: 27042-2 | |
| | CLIENT NAME: Berry, Wayne | |
| | CASE NAME: Hex | |
| | APPROVED: | |
| | REF: Berry Hex 270422 | |

| 04-1299 OC | | SUBTOTAL | 46.40 |
|---|---|---|---|
| | | TAX | 1.93 |
| | | SHIPPING | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | | TOTAL | 48.33 |

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**

Lynch Ichida

Invoice No: A- 140921

Amount Due: 48.33

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

**PROFESSIONAL IMAGE**

## INVOICE

1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. A- **141545**

Date **6/7/05**

Customer P.O. No.

SOLD TO

Lynch Ichida Thompson & Kim
A Law Corporation
1132 Bishop Street  Suite 1405
Honolulu Hawaii  96813

Lynda Lui-Kwan

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 3,780 | B&W Copying - 90 originals - 42 sets,  , copied on 1 side | 302.40 |
| 3,780 | Drilling 2-hole on top (3,780 sheets) | 37.80 |
| | CLIENT/CASE: *Berry / Hex* | |
| | CLIENT NAME: *27042-2* | |
| | CASE NAME: | |
| | APPROVED: | |
| | REF: Berry / Hex 27042-002 | |

| 06-1101 dm | | SUBTOTAL | 340.20 |
|---|---|---|---|
| | | TAX | 14.17 |
| | | SHIPPING | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | | TOTAL | 354.37 |

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**

*Lynch Ichida Thompson & Kim*

Invoice No: A- *141545*

Amount Due: *354.37*

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

# PROFESSIONAL IMAGE

## INVOICE

1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. A- **141461**

Date **6/1/05**

Customer P.O. No.

SOLD TO

Lynch Ichida Thompson & Kim
A Law Corporation
1132 Bishop Street  Suite 1405
Honolulu Hawaii  96813

Lynda

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1,188 | B&W Copying (9 sets x 46 originals), 8.5 x 11 White 20#, copied on 1 side | 95.04 |
| 1,188 | Drilling 2-hole | 15.88 |
| | CLIENT/CASE: *27042 2* | |
| | CLIENT NAME: *Berry* | |
| | CASE NAME: *Hex* | |
| | APPROVED: | |
| | ref: Berry / Hex | |

06-1018
mm

| | |
|---|---|
| SUBTOTAL | 110.92 |
| TAX | 4.62 |
| SHIPPING | |

A finance charge of 1 1/2% per month will apply on past due amounts.

| TOTAL | 115.54 |
|---|---|

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**

RECEIVED
JUN 01 2005    3:54pm

LYNCH ICHIDA

Invoice No: A- 141461

Amount Due: $115.54

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813



**PROFESSIONAL IMAGE**

# INVOICE

1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. A- **141471**

Date     **6/2/05**

Customer P.O. No.

SOLD TO

Lynch Ichida Thompson & Kim
A Law Corporation
1132 Bishop Street  Suite 1405
Honolulu Hawaii  96813

Lynda

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 414 | B&W Copying (9 sets x 46 originals), 8.5 x 11 White 20#, copied on 1 side | 33.12 |
| | INVOICE/CASE: 270422 | |
| | CLIENT NAME: Berry | |
| | CASE NAME: Hex | |
| | APPROVED: | |
| | ref: Berry / Hex | |

| 06-1027 mm | | SUBTOTAL | 33.12 |
|---|---|---|---|
| | | TAX | 1.38 |
| | | SHIPPING | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | | **TOTAL** | **34.50** |

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**

LYNCH ICHIDA

Invoice No: A-141471

Amount Due: $ 34.50

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

# PROFESSIONAL IMAGE

# INVOICE

1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. A-  **142060**

Date  **7/19/05**

Customer P.O. No.

**SOLD TO**

Lynch Ichida Thompson & Kim
A Law Corporation
1132 Bishop Street  Suite 1405
Honolulu Hawaii  96813

Lynda

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2,470 | B&W Copying - 247 originals - 10 sets,  , copied on 1 side | 197.60 |
| 11 | Velo Bind (includes original)(over 1")(cardstock covers) | 39.60 |
|  | REMITTANCE: *Berry / Itex* | |
|  | CLIENT NAME: *27042-2* | |
|  | CASE NAME: | |
|  | APPROVED: | |
|  | REF: Berry / Itex 27042-2 | |

| 07-1159 dm | | SUBTOTAL | 237.20 |
|---|---|---|---|
| | | TAX | 9.88 |
| | | SHIPPING | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | | TOTAL | 247.08 |

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**

Lynch Ichida
Thompson + Kim

Invoice No: A- 142060

Amount Due: 247.08

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

# PROFESSIONAL IMAGE

## INVOICE

1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. A- **142061**

Date    **7/19/05**

Customer P.O. No.

**SOLD TO**

Lynch Ichida Thompson & Kim
A Law Corporation
1132 Bishop Street  Suite 1405
Honolulu Hawaii  96813

Lynda

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1,340 | B&W Copying - 67 originals - 20 sets,   , copied on 1 side | 107.20 |
| 21 | Velo Bind (including original)(cardstock covers) | 44.10 |
| | REF: Berry / Itex 27042-2 | |
| 07-1159 dm | | |
| | SUBTOTAL | 151.30 |
| | TAX | 6.30 |
| | SHIPPING | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | TOTAL | 157.60 |

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**

LYNCH  ICHIDA

Invoice No: A- 142061

Amount Due: $157.60

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

# PROFESSIONAL IMAGE

## INVOICE

1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. A-  **142790**

Date  **9/14/05**

Customer P.O. No.

**SOLD TO**

Lynch Ichida Thompson & Kim
A Law Corporation
1132 Bishop Street  Suite 1405
Honolulu Hawaii  96813

Lynda

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 784 | B&W Copying (7 sets x 112 originals), 8.5 x 11 White 20#, copied on 1 side | 78.40 |
| 784 | Drilling 2-hole | 11.84 |
| 7 | ACCO Clip | 4.20 |
| 1,008 | B&W Copying (7 sets x 144 originals), 8.5 x 11 White 20#, copied on 1 side | 100.80 |
| 1,008 | Drilling 2-hole | 10.08 |
| 7 | ACCO Clip | 4.20 |

CLIENT/CASE: *Berry / HEX*
CLIENT NAME: *27042-2*
CASE NAME:
APPROVED:

ref: 27042-2 Berry / HEX

| | | |
|---|---|---|
| 09-1119 mm | **SUBTOTAL** | 209.52 |
| | **TAX** | 8.73 |
| | **SHIPPING** | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | **TOTAL** | 218.25 |

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**

*Jo Gea   9/19/05*

LYNCH ICHIDA

Invoice No: A- 142790

Amount Due: $218.25

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

# PROFESSIONAL IMAGE

# INVOICE

1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. **A- 143207**

Date **10/17/05**

Customer P.O. No.

SOLD TO

Lynch Ichida Thompson & Kim
A Law Corporation
1132 Bishop Street  Suite 1405
Honolulu Hawaii  96813

Lynda

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2,128 | B&W Copying (152 originals x 14 sets0, 8.5 x 11 White 20#, copied on 1 side | 234.08 |
| | 2,128      Drilling  2-hole | 25.28 |
| | CLIENT / CASE: Berry, Wayne | |
| | CLIENT NAME: | |
| | CASE NAME: 27042 | |
| | APPROVED: | |
| | ref: 27042-002 | |

10-1217
mm

| | |
|---|---|
| SUBTOTAL | 259.36 |
| TAX | 10.80 |
| SHIPPING | |
| TOTAL | 270.16 |

A finance charge of 1 1/2% per month will apply on past due amounts.

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**

LYNCH  ICHIDA    So Ger 10/18/05

Invoice No: **A- 143207**

Amount Due: $270.16

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

FISHER HAWAII

**OFFICE PRODUCT WAREHOUSE**
CORNER OF FORT STREET MALL & HOTEL ST.
1072 FORT STREET MALL
HONOLULU, HI 96813
TELEPHONE (808) 524-0700
FAX (808) 524-0705

INVOICE NO.
0156

INVOICE DATE 12-9-05
DELIVERY DATE ___ AM ___ PM
PICK-UP DATE

ORDER DATE
STAIRS: ☐ YES  ☐ NO

4 = Retail
45 = Mixed ie. Printers
05 = Wholesale

CONTACT: Kim + Hreta
PHONE # 528-0761
CARD No.

SOLD TO:
Lynn Ishida Thompson
1132 Bishop St. Ste.
Hon. HI 96813

SHIP TO:
Lynda L-K

REQUISITION #

| WRITTEN BY / TAGGED BY | FILED BY | CUSTOMER P.O. # |
|---|---|---|
| A | | |

| DESCRIPTION | QUANTITY ORDERED | UNIT | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 11004A CARDINAL 3" binders w/label holders | 10 ea | | | 4.05 | 40.50 |
| 11370 AVERY 1 part Expandable files 1-31 | 10 ea | | | 2.57 | 25.70 |
| 11372 " " " A-Z | 10 ea | | | 2.57 | 25.70 |
| 11396 " " 26-50 | 10 ea | | | 2.67 | 26.70 |
| 11397 " " 51-75 | 10 ea | | | 2.49 | 24.90 |
| " " " 76-100 | 10 ea | | | 2.57 | 25.70 |

| | CASH | CHECK | BAC/MC |
|---|---|---|---|
| MERCHANDISE SUB-TOTAL | | | 151.60 |
| DELIVERY CHARGE | | | |
| SALES TAX 4.166 % | | | 6.31 |
| PAY THIS AMOUNT | | | 157.91 |
| OFFICE SUPPLIES | | | |
| PAY THIS AMOUNT | | | |

☐ COD      ☐ CHECK # 2635
☐ KNOCK DOWN   ☐ CUST PICK-UP   DATE 12-9-05
☐ ASSEMBLED    ☐ DELIVER        WB

CUSTOMER SIGNATURE
X  Lynda L-K

REC'D BY
X  Lynda L-K

**TERMS: NET CASH.** A service charge of 1 1/2 % per month or 18% per annum will be charged on overdue accounts. Received from Fisher Hawaii, the above described personal property with the express understanding that until the full purchase price has been paid, title to said described personal property shall remain vested in the seller. If not paid for, the seller shall, at his option have the right to take immediate possession of said property and we hereby waive notice of default or demand for possession thereof. In the event legal proceedings are instituted by the seller, I accept the above listed items, and declare that they are in good condition unless otherwise stated in this invoice. **Special order** items and **sale** items are **not returnable.** All other merchandise (if in salable condition) returned for exchange only. All claims must be made within **14 days of shipment.**

# LYNCH ICHIDA THOMPSON KIM & HIROTA

## Request for RETAINER/ADVANCE FUNDS

TO: Accounting

Date: _12/9/05_

FROM: _Taylor_

Pay to: _Fisher's Hawaii, Inc_

Amount: $ _157,048_

Client No.: _2_    Client Name: _Berry Wayne_

Case No.: _3_    Case Name: _FleK_

Purpose: _10 Folders (3"), 10 sets of Exh. 1-00_

Approved by: _____ (Responsible Attorney)

---

**For Accounting Use Only**

Deposit Made: _____    Check No.: _2609_
Type Instrument: _____    Date Paid: _12/9_

_6901_

# PROFESSIONAL IMAGE

## INVOICE

1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. A- **144007**

Date **12/22/05**

Customer P.O. No.

SOLD TO

Lynch Ichida Thompson & Kim
A Law Corporation
1132 Bishop Street  Suite 1405
Honolulu Hawaii  96813

Lynda

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1,935 | File Copies from 387 orgs | 232.20 |
| 1 | Misc pdf creation | 7.50 |
| 1 | cd burn | 3.00 |

CLIENT/CASE: Berry / IDEX
CLIENT NAME: 27042-2
CASE NAME:
APPROVED:

Ref: Berry  27042-002

| 12-1125 oc | | |
|---|---|---|
| | SUBTOTAL | 242.70 |
| | TAX | 10.11 |
| | SHIPPING | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | **TOTAL** | 252.81 |

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**

Lynch Ichida

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

Invoice No: A- 144007

Amount Due: $ 252.81

# PROFESSIONAL IMAGE

# INVOICE

1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. A- **143976**

Date **12/20/05**

Customer P.O. No.

SOLD TO

Lynch Ichida Thompson & Kim
A Law Corporation
1132 Bishop Street  Suite 1405
Honolulu Hawaii  96813

Lynda L-K

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 150 | B&W Copying,   , copied on 1 side | 15.00 |
| | CLIENT/CASE: *Berry / HEN* | |
| | CLIENT NAME: *27042* | |
| | CASE NAME: | |
| | APPROVED: | |
| | Ref: Berry, Wayne | |

12-1076
ff

| | | |
|---|---|---|
| | SUBTOTAL | 15.00 |
| | TAX | 0.62 |
| | SHIPPING | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | TOTAL | 15.62 |

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**

*Lynch, Ichida*

Invoice No: A- *143976*

Amount Due: *15.62*

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

**PROFESSIONAL IMAGE**

# INVOICE

1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. A- **144100**

Date **1/3/06**

Customer P.O. No.

SOLD TO

Lynch Ichida Thompson & Kim
A Law Corporation
1132 Bishop Street  Suite 1405
Honolulu Hawaii  96813

Lynda

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2,340 | B&W Copying - mostly clipped - 195 originals - 12 sets,    , copied on 1 side | 327.60 |
| | CLIENT/CASE: *Berry / Hex* | |
| | CLIENT NAME: | |
| | CASE NAME: *27042-2* | |
| | APPROVED: | |
| | REF: Berry, Wayne | |

| 01-1004 dm | | SUBTOTAL | 327.60 |
|---|---|---|---|
| | | TAX | 13.65 |
| | | SHIPPING | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | | TOTAL | 341.25 |

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**    *Lynch Ichida Thompson & Kim*

Invoice No: A- 144100

Amount Due: 341.25

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813



# Invoice

**Blue MARBLE** LOGISTICS, LLC

P.O. Box 147
Wilmington, DE 19899
(302) 661-4390

| Date | Invoice # |
|------|-----------|
| 1/19/2006 | 7081 |

Lynch Ichida Thompson Kim & Hirota
Timothy J. Hogan, Esquire
1132 Bishop Street, Suite 1405
Honolulu, Hawaii  96813

| Matter # | Terms | Order Date |
|----------|-------|------------|
|  | Net 15 days | 1/13/2006 |

| Item | Qty | Description | Each | Amount |
|------|-----|-------------|------|--------|
| US Bankruptcy Court | 99 | (Pages)   CA#03-10945  Fleming Companies, Inc. | 0.50 | 49.50 |
| Certified Fee |  | Certifications | 18.00 | 18.00 |
| FedEx |  |  | 28.03 | 28.03 |
| Service Charge |  |  | 20.00 | 20.00 |

| | | |
|---|---|---|
| Thank you for using the "World of Services" offered by Blue Marble. We appreciate your business. | **Total** | $115.53 |