# Exhibit 2(D)

# Berry v. Hawaiian Express
# Deposition Transcripts

| DATE | PAYOR | AMOUNT |
| --- | --- | --- |
| 01/15/2004 | Jan Floate/Depo transcript copy of Mark Dillon | $805.79 |
| 12/14/2004 | Jan Floate/Depo transcript copy of Waiolama, Rio and Christensen Depos | $1,051.19 |
| 08/02/2005 | Livenote, Inc., inv. no. 20677, 20672, 20668, 20660 Depositions of Martling, Johnson and Berry. | $1,812.15 |
| 09/20/2005 | Livenote, invoices Ueno Depo. | $597.80 |
| 01/31/2006 | Savo & Associates, Inc., transcript of Borja | $629.48 |
| 1/31/2006 | Livenote Borja Depo. Transcript | $291.50 |
| TOTAL | | $5,187.91 |

**JAN FLOATE, RPR, CSR**
P.O. BOX 1821
KAILUA, HAWAII 96734
Phone: (808) 263-1149   Fax: (808) 262-1096

# Invoice

Number: **1437**

Date: **December 31, 2003**

**Bill To:**

TIMOTHY J. HOGAN, ESQ.
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street
Suite 1405
Honolulu, HI 96813

**RE:**

BERRY vs. HAWAIIAN EXPRESS, et
Civil No. 03-00385

| Description | Copy | Amount |
|---|---|---|
| Original & 1 Copy DEPOSITION OF: | | |
| MARK DILLON, Volume I, taken on 12/16/03, at 1132 Bishop Street, Ste. 1405 | a | 773.60 |
| TRANSCRIPT HAND-DELIVERED 12/23/03. | | |
| | Sub-Total | $773.60 |
| | ExciseTax 4.16% on 773.60 | 32.19 |
| | **Total** | **$805.79** |

**JAN FLOATE, RPR, CSR**
P.O. BOX 1821
KAILUA, HAWAII 96734
Phone: (808) 263-1149   Fax: (808) 262-1096

**Bill To:**
TIMOTHY J. HOGAN, ESQ.
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street
Suite 1405
Honolulu, HI 96813

# Invoice

Number:  **1583**
Date:    **December 14, 2004**

**RE:**
BERRY vs. HAWAIIAN EXPRESS, et
Civil No. 03-00385

RECEIVED
DEC 1 4 2004
9:29 am

| Description | Copy | Amount |
|---|---|---|
| Original & 1 Copy DEPOSITION OF: | | |
| Taken on December 6, 2004, at 1132 Bishop Street, Suite 306, Honolulu. | | |
| BRIAN CHRISTENSEN, 129 pages | a | |
| ALFREDDA WAIOLAMA, 54 pages | | |
| JACQUELINE RIO, 62 pages | a | 1,009.20 |
| | Sub-Total | $1,009.20 |
| ExciseTax 4.16% on 1,009.20 | | 41.99 |
| | Total | $1,051.19 |



221 Main Street, Suite 1000
San Francisco, CA 94105
www.livenote.com

Ph: 415-321-2300
Fax: 415-321-2301
1-800-LIVENOTE (548-3668)

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/31/2005 | 20677 |

**BILL TO**

Lynch Ichida Thompson Kim & Hirota
1132 Bishop St., Ste. 1405
Honolulu, HI 96813
Attn.: Timothy Hogan

Case: Wayne Berry v. Hawaiian Express
Deponent:
PHILIP JOHNSON  05/19/2005

| JOB NO. | TERMS |
|---|---|
| WSKE216 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|---|---|---|---|---|
| LiveNote World Services | 81 | pages | 2.55 | 206.55 |
| Certified Copy | 189 | pages | 0.35 | 66.15 |
| Exhibit Scanning charge | 1 | | 0.00 | 0.00 |
| World Service Package - Complimentary Inclusive of: Video Conversion to MPEG1 charges; Video Synchronization charges; LEF charges: Transcript synchronization with exhibits and video; Condensed Transcript and Word Index charges; Transcript production and handling; Signature page charge; Electronic Transcript Delivery charge | | | | |
| Shipping & Handling charges | 1 | | 40.00 | 40.00 |

Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call 1-800-548-3668.

| Sales Tax (0.0%) | $0.00 |
|---|---|
| **Total** | **$312.70** |



221 Main Street, Suite 1250
San Francisco, CA 94105
www.livenote.com

Ph: 415-321-2300
Fax: 415-321-2301
1-800-LIVENOTE (548-3668)

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/31/2005 | 20672 |

**BILL TO**

Lynch Ichida Thompson Kim & Hirota
1132 Bishop St., Ste. 1405
Honolulu, HI 96813
Attn.: Timothy Hogan

Case: Wayne Berry v. Hawaiian Express
Deponent:
WAYNE BERRY VOL 1  05/18/2005

| JOB NO. | TERMS |
|---|---|
| WSKE215 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|---|---|---|---|---|
| LiveNote World Services | 170 | pages | 2.55 | 433.50 |
| Certified Copy | 170 | pages | 0.35 | 59.50 |
| Exhibit Scanning charge | 1 | | 0.00 | 0.00 |
| World Service Package - Complimentary Inclusive of: Video Conversion to MPEG1 charges Video Synchronization charges LEF charges: Transcript synchronization with exhibits and video Condensed Transcript and Word Index charges Transcript production and handling Signature page charge Electronic Transcript Delivery charge | | | | |
| Shipping & Handling charges | 1 | | 40.00 | 40.00 |

Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call 1-800-548-3668.

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| **Total** | **$533.00** |



221 Main Street, Suite 1250
San Francisco, CA 94105
www.livenote.com

Ph: 415-321-2300
Fax: 415-321-2301
1-800-LIVENOTE (548-3668)

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/31/2005 | 20668 |

**BILL TO**

Lynch Ichida Thompson Kim & Hirota
1132 Bishop St., Ste. 1405
Honolulu, HI 96813
Attn.: Timothy Hogan

Case: Wayne Berry v. Hawaiian Express
Deponent:
BRIAN MARTING  05/17/2005

| JOB NO. | TERMS |
|---|---|
| WSKE214 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|---|---|---|---|---|
| LiveNote World Services | | | | |
| Certified Copy | 162 | pages | 2.55 | 413.10 |
| Exhibit Scanning charge | 270 | pages | 0.35 | 94.50 |
| World Service Package - Complimentary Inclusive of:  Video Conversion to MPEG1 charges  Video Synchronization charges  LEF charges: Transcript synchronization with exhibits and video  Condensed Transcript and Word Index charges  Transcript production and handling  Signature page charge  Electronic Transcript Delivery charge | 1 | | 0.00 | 0.00 |
| Shipping & Handling charges | 1 | | 40.00 | 40.00 |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| **Total** | **$547.60** |



**LIVENOTE**

221 Main Street, Suite 150
San Francisco, CA 94105
www.livenote.com

Ph: 415-321-2300
Fax: 415-321-2301
1-800-LIVENOTE (548-3668)

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/31/2005 | 20660 |

**BILL TO**

Lynch Ichida Thompson Kim & Hirota
1132 Bishop St., Ste. 1405
Honolulu, HI 96813
Attn.: Timothy Hogan

Case: Wayne Berry v. Hawaiian Express
Deponent:
WAYNE BERRY VOL 2  05/19/2005

| JOB NO. | TERMS |
|---|---|
| WSKE215A | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|---|---|---|---|---|
| LiveNote World Services | | | | |
| Certified Copy | 145 | pages | 2.55 | 369.75 |
| Exhibit Scanning charge | 26 | pages | 0.35 | 9.10 |
| World Service Package - Complimentary Inclusive of:<br>    Video Conversion to MPEG1 charges<br>    Video Synchronization charges<br>    LEF charges: Transcript synchronization with exhibits and video<br>    Condensed Transcript and Word Index charges<br>    Transcript production and handling<br>    Signature page charge<br>    Electronic Transcript Delivery charge | 1 | | 0.00 | 0.00 |
| Shipping & Handling charges | 1 | | 40.00 | 40.00 |

Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call 1-800-548-3668.

| Sales Tax (0.0%) | $0.00 |
|---|---|
| **Total** | **$418.85** |



221 Main Street, Suite 1250
San Francisco, CA 94105
www.livenote.com

Ph: 415-321-2300
Fax: 415-321-2301
1-800-LIVENOTE (548-3668)

RECEIVED AUG 1 0 2005

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/15/2005 | 22246 |

**BILL TO**

Lynch Ichida Thompson Kim & Hirota
1132 Bishop St., Ste. 1405
Honolulu, HI 96813
Attn.: Timothy Hogan

Case: Wayne Berry v. Hawaiian Express
Deponent:
THOMAS UENO  07/22/2005

| JOB NO. | TERMS |
|---|---|
| WS00334 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|---|---|---|---|---|
| LiveNote World Services | | | | |
| Certified Copy | 129 | pages | 2.55 | 328.95 |
| Rough ASCII | 129 | pages | 1.50 | 193.50 |
| Exhibit Scanning charge | 1 | page | 0.35 | 0.35 |
| World Service Package - Complimentary<br>Inclusive of:<br>  Video Conversion to MPEG1 charges<br>  Video Synchronization charges<br>  LEF charges: Transcript synchronization with exhibits and video<br>  Condensed Transcript and Word Index charges<br>  Transcript production and handling<br>  Signature page charge<br>  Electronic Transcript Delivery charge | 1 | | 0.00 | 0.00 |
| Shipping & Handling charges | 1 | | 75.00 | 75.00 |

CLIENT/CASE: Berry, Wayne
CLIENT NAME: HEX
CASE NAME: 27042-002
APPROVED: [signature]

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| Sales Tax (0.0%) | $0.00 |
|---|---|
| **Total** | **$597.80** |



# Savo & Associates, Inc.

# Invoice

956 Uwao Street
Honolulu, Hawaii 96825
Tel: (808) 225-4659
Federal ID No.: 20-3015191

| DATE | INVOICE # |
|---|---|
| 1/24/2006 | 10,457 |

| BILL TO |
|---|
| Timothy J. Hogan, Esq.<br>Lynch Ichida Thompson Kim & Hirota<br>1132 Bishop Street, Suite 1405<br>Honolulu, Hawaii 96813 |

| CASE | Berry vs. H.E.S. Inc., et al. |
|---|---|
| CASE NO. | CV04 00385 |
| DATE TAKEN | 1/23/06 |

| TERMS |
|---|
| Due on receipt |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Original and one copy of transcript of the deposition of Jack Borja (100% expedite rate for daily copy) | 77 | 6.30 | 485.10T |
| Appearance Fee | 1 | 45.00 | 45.00T |
| Copy of exhibit(s) | 76 | 0.45 | 34.20T |
| Signature fee | 1 | 15.00 | 15.00T |
| Condensed transcript | 1 | 10.00 | 10.00T |
| Ascii Disk | 1 | 15.00 | 15.00T |
| HAWAII STATE SALES TAX | | 4.167% | 25.18 |

Thank you for your business.

| Total | $629.48 |
|---|---|



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

Toll-Free: 1-800-LIVENOTE
Phone: 415-321-2300
Fax: 415-321-2301

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/31/2006 | 29215 |

**BILL TO**

Lynch Ichida Thompson Kim & Hirota
1132 Bishop St., Ste. 1405
Honolulu, HI 96813
Attn.: Timothy Hogan

Case: Berry v. Hawaiian Express
Deponent:
THOMAS UENO 01/23/2006

| JOB NO. | TERMS |
|---|---|
| WS00661 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|---|---|---|---|---|
| LiveNote World Service | | | | |
| Certified Copy | 55 | pages | 5.30 | 291.50 |
| LiveNote World Services Total Package Includes:<br>- LEF file creation<br>- Condensed transcript<br>- Word index<br>- Signature page<br>- Transcript production and handling<br>- Electronic transcript delivery | 1 | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| **Total** | **$291.50** |