# Exhibit 2(E)

## Berry v. Hawaiian Express
## Court Transcripts

| DATE | PAYOR | COST AMOUNT |
|---|---|---|
| 8/30/2004 | Debra Chun, CRR, Prelim. Inj. Hearing | $66.57 |
| 06/20/2005 | Steve Platt, CRR, SJ Hearing | $61.38 |
| 19/11/2005 | Cynthia Fazio, transcript of 10/11/05 hearing MSJ | $161.56 |
| 01/31/2006 | Debra Kekuna Chun, transcript, motions in limine | $107.71 |
| 01/31/2006 | Stephen B. Platt, transcript Trial first day. | $626.49 |
| 02/28/2006 | Stephen B. Platt, Remaining Trial Transcript | $3,855.25 |
| TOTAL |  | $4,878.96 |

AO 44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

**INVOICE NO.** 20040071

Timothy J. Hogan, Esq.
Lynch Ichida Thompson & Kim
1132 Bishop St., Ste. 1405
Honolulu, HI 96813

Phone: (808)528-9761

MAKE CHECK PAYABLE TO:

Debra Chun, RPR, CRR
United States Court Reporter
300 Ala Moana Blvd., Ste. C285
P. O. Box 50131
Honolulu, HI 96850
Phone: (808)534-0667
FAX:   (808)550-0355
Tax I.D. 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

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED 9-08-2004   DATE COMPLETED 9-08-2004

03-00385 SOM-LEK, WAYNE BERRY vs. HAWAII EXPRESS SERVICE, INC
8/30/2004 - Plaintiff's Motion for Issuance of Preliminary Injunction

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | 77 | 0.83 | 63.91 | | | | 63.91 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Charges:

| | |
|---|---|
| TOTAL | 63.91 |
| LESS DISCOUNT FOR LATE DELIVERY | |
| TAX (If Applicable) | 2.66 |
| LESS AMOUNT OF DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE | $66.57 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE [signature]   DATE 9-08-2004

(All previous editions of this form are cancelled and should be destroyed.)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE HAWAII

INVOICE NO: 20050115

**MAKE CHECKS PAYABLE TO**

Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, HI 96813

Phone: (808) 528-0100
FAX:

Steve Platt, CRR, RMR
U.S. District Court Reporter
300 Ala Moana Boulevard
Suite C-287
Honolulu, HI 96813

Phone:   (808) 536-2699
FAX:     (808) 536-2699
Tax ID:  26-2597858
PlattReporter@aol.com

☐ CRIMINAL    ☒ CIVIL

DATE ORDERED: 07-21-2005
DATE DELIVERED: 07-21-2005

**Case Style:** CV 03-00385SOM, Wayne Berry v Hawaii Express Service

Transcript of proceedings held 6-20-2005.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 71 | 0.83 | 58.93 | | | | 58.93 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 58.93 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | 2.45 |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $61.38 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE    DATE: 07-21-2005

(All previous editions of this form are cancelled and should be destroyed)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

Lynch Ichida Thompson Kim & Hirota A Law Corp.

| REFERENCE NO. | DESCRIPTION | | | | | AMOUNT PAID |
|---|---|---|---|---|---|---|
| | BERRY | | | | | 61.38 |

| CHECK DATE | CHECK NO. | PAYEE | INVOICE DATE | INVOICE AMOUNT | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 8/2/05 | 2571 | STEPHEN B. PLATT, CMR, CRR | | | | $61.38 |

2571

LYNCH ICHIDA THOMPSON KIM & HIROTA
A LAW CORPORATION
CLIENT TRUST ACCOUNT
1132 BISHOP ST., STE. 1405   HONOLULU, HI 96813

CENTRAL PACIFIC BANK
MAIN BRANCH
220 SOUTH KING STREET
HONOLULU, HAWAII
59-157/1213

CHECK NO. 2571

DATE Aug 2, 2005

AMOUNT *********$61.38

PAY TO THE ORDER OF:

Sixty-One and 38/100 Dollars

STEPHEN B. PLATT, CMR, CRR
Official USDC Reporter
300 Ala Moana Boulevard, C-281
Honolulu, HI 96813
USA

AUTHORIZED SIGNATURE

⑆ Security features. Details on back.

⑈002571⑈ ⑆121301578⑆ 4000⑈131438⑈

2571

Mailed 8/3/05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No._____ U.S. District Court Case No. CV03-00385 SOM LEK

Short Case Title Wayne Berry v. Hawaiian Express Service, Inc., et al.

Date Notice of Appeal Filed by Clerk of District Court_____

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| 10/11/05, 10:30 hrg | Cynthia Fazio | Other (please specify) |

(additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )  As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered 10/.12/05   Estimated date for completion of transcript_____
Print Name of Attorney Timothy J. Hogan, Esq.   Phone Number (808) 528-0100
Signature of Attorney _____
Address Lynch Ichida Thompson Kim & Hirota, 1132 Bishop Street, Suite 1405, Honolulu, HI 96813

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia                                   BY:
(U.S. District Court Clerk)   (date)          DEPUTY CLERK 10/17/05

**Lynch Ichida Thompson Kim & Hirota  A Law Corp.**

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| 27042-002 | | | | | 161.56 |

| CHECK DATE | CHECK NO. | PAYEE | | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|---|
| 11/16/05 | 2622 | CYNTHIA FAZIO | | | $161.56 |

2622

---

**LYNCH ICHIDA THOMPSON KIM & HIROTA
A LAW CORPORATION**
CLIENT TRUST ACCOUNT
1132 BISHOP ST., STE. 1405   HONOLULU, HI 96813

CHECK NO. 2622

CENTRAL PACIFIC BANK
MAIN BRANCH
220 SOUTH KING STREET
HONOLULU, HAWAII
59-157/1213

PAY TO THE ORDER OF: CYNTHIA FAZIO

One Hundred Sixty-One and 56/100 Dollars

DATE Nov 16, 2005         AMOUNT ******$161.56

[signature] AUTHORIZED SIGNATURE

⊞ Security features. Details on back.

⑆"00 2622"⑆  ⑉121301578⑉:4000"131438"⑈

2622

to USDC
11/16/05

| AO 44 (Rev. 12/89) | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII |
|---|---|

INVOICE NO: 20060011

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Timothy J. Hogan<br>Lynch Ichida Thompson Kim & Hirota<br>First Hawaiian Twr.<br>1132 Bishop St., Ste. 1405<br>Honolulu, HI 96813<br>Phone: (808) 528-9721<br>FAX: (808) 528-4997<br>tjh@loio.com | Debra Kekuna Chun, RPR, CRR<br>United States Court Reporter<br>300 Ala Moana Blvd., Ste. C285<br>P. O. Box 50131<br>Honolulu, HI 96850<br>Phone: (808) 534-0667<br>FAX (808) 550-0355<br>Tax ID: 30-0332975<br>debra_chun@hid.uscourts.gov |

| ☐ CRIMINAL  [X] CIVIL | DATE ORDERED: 01-23-2006 | DATE DELIVERED: 01-23-2006 |
|---|---|---|

**Case Style:** 03-00385 SOM-LEK, WAYNE BERRY v HAWAII EXPRESS SERVICE, INC.
1/20/2006 - Motions in Limine

DUE ON RECEIPT

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 94 | 1.10 | 103.40 | | | | 103.40 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 103.40 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | 4.31 |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $107.71 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 01-23-2006 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

given to sea to pay 1/27/06

Lynch Ichida Thompson Kim & Hirota  A Law Corp.

2668

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| | INVOICE NO. 20060011- | | | | 107.71 |

| CHECK DATE | CHECK NO. | PAYEE | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|
| 1/31/06 | 2668 | DEBRA KEKUNA CHUN, RPR, CRR | | $107.71 |

**LYNCH ICHIDA THOMPSON KIM & HIROTA**
A LAW CORPORATION
CLIENT TRUST ACCOUNT
1132 BISHOP ST., STE. 1405   HONOLULU, HI 96813

CENTRAL PACIFIC BANK
MAIN BRANCH
220 SOUTH KING STREET
HONOLULU, HAWAII
59-157/1213

CHECK NO. 2668

One Hundred Seven and 71/100 Dollars

PAY TO THE ORDER OF:
DEBRA KEKUNA CHUN, RPR, CRR
U.S. COURT REPORTER
300 ALA MOANA BLVD. #C285
HONOLULU, HI 96850
USA

DATE Jan 31, 2006        AMOUNT  ******$107.71

AUTHORIZED SIGNATURE

2668

⑁"002668⑁ ⑆121301578⑆ 7000⑁⑁111178⑁

AO44 (Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE HAWAII

INVOICE NO: 20060011

**MAKE CHECKS PAYABLE TO:**

Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, HI 96813

Phone: (808) 528-0100

Stephen B. Platt, CRR, RMR CBC
U.S. District Court Reporter
300 Ala Moana Boulevard
Suite C-287
Honolulu, HI 96813

Phone: (808) 536-2699
FAX: (808) 536-2699
Tax ID: 26-2597858
PlattReporter@aol.com

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 01-24-2006   DATE DELIVERED: 01-24-2006

**Case Style:** CV 03-00385SOM, Wayne Berry v Hawaii Express Service, Inc.
Transcript of proceedings held 1/24/2006. Price includes: realtime feed (plus required final, at "copy" rate); and instant printed copy (plus required final at "second copy" rate.)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.30 | | 168 | 0.83 | 139.44 | 168 | 0.55 | 92.40 | 231.84 |
| Expedited | | 4.40 | | | 0.83 | | | 0.55 | | |
| Daily | | 5.50 | | | 1.10 | | | 0.83 | | |
| Hourly | | 6.60 | | | 1.10 | | | 0.83 | | |
| Realtime | 168 | 1.10 | 184.80 | 168 | 1.10 | 184.80 | | | | 369.60 |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 601.44 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | 25.05 |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |

Date Paid:          Amt:          TOTAL DUE: $626.49

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE _[signature]_          DATE 01-30-2006

*(All previous editions of this form are cancelled and should be destroyed)*

Lynch Ichida Thompson Kim & Hirota A Law Corp.

| REFERENCE NO. | DESCRIPTION | | | | | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 27042-002 20060011 | | | | | | 626.49 |

| CHECK DATE | CHECK NO. | PAYEE | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 1/31/06 | 2671 | STEPHEN B. PLATT, CMR, CRR | | | | |

| | | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|
| | | | $626.49 |

2671

---

**LYNCH ICHIDA THOMPSON KIM & HIROTA**
**A LAW CORPORATION**
CLIENT TRUST ACCOUNT
1132 BISHOP ST., STE. 1405  HONOLULU, HI 96813

CENTRAL PACIFIC BANK
MAIN BRANCH
220 SOUTH KING STREET
HONOLULU, HAWAII
59-157/1213

CHECK NO.
2671

PAY TO THE ORDER OF:

Six Hundred Twenty-Six and 49/100 Dollars

STEPHEN B. PLATT, CMR, CRR
Official USDC Reporter
300 Ala Moana Boulevard, C-281
Honolulu, HI 96813
USA

DATE Jan 31, 2006

AMOUNT ******$626.49

AUTHORIZED SIGNATURE

⑁ Security features. Details on back.

⑈'002671⑈' ⑆:121301578⑆:4000⑈'131438⑈'

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE HAWAII

INVOICE NO: 20060026

**MAKE CHECKS PAYABLE TO:**

Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, HI 96813

Phone: (808) 528-0100

Stephen B. Platt, CRR, RMR CBC
U.S. District Court Reporter
300 Ala Moana Boulevard
Suite C-287
Honolulu, HI 96813

Phone: (808) 536-2699
FAX: (808) 536-2699
Tax ID: 26-2597858
PlattReporter@aol.com

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 02-27-2006   DATE DELIVERED:

**Case Style:** CV 03-00385SOM, Wayne Berry v Hawaii Express Service, et al.
Trial transcripts: 2/27-28, 3/1-2-3-7/2006. (Service for 2/28 thru 3/3: 808 pages realtime, one instant print, one instant ascii disc, w/ "regular" finals.) Service for 2/27 & 3/7: 100 pages, no realtime or rough prints/ascii discs, just "regular" delivery w/ final ascii disc.)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.30 | | 908 | 0.83 | 753.64 | 908 | 0.55 | 499.40 | 1,253.04 |
| Expedited | | 4.40 | | | 0.83 | | | 0.55 | | |
| Daily | | 5.50 | | | 1.10 | | | 0.83 | | |
| Hourly | | 6.60 | | | 1.10 | | | 0.83 | | |
| Realtime | 808 | 1.10 | 888.80 | 808 | 1.10 | 888.80 | 808 | 0.83 | 670.64 | 2,448.24 |

Misc. Desc.

MISC. CHARGES:

TOTAL: 3,701.28

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable): 153.97

Deposit Date: 02-27-2006   LESS AMOUNT OF DEPOSIT: 2,500.00

TOTAL REFUND:

Date Paid:    Amt:    TOTAL DUE: $1,355.25

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE    DATE 03-08-2006

*(All previous editions of this form are cancelled and should be destroyed)*