# Exhibit 2(F)

## Berry v. Hawaiian Express
## Trial Expert Costs

| DATE | PAYOR | AMOUNT |
|------|-------|--------|
| 12/10/2004 | Professor Phillip Johnson, M.D., expert fees | $1,000.00 |
| 03/14/2005 | Professor Philip Johnson, expert fees | $1,300.00 |
| 04/28/2005 | Thomas T. Ueno, CPA, expert fees | $10,692.04 |
| 05/16/2005 | Thomas Ueno, CPA, 4/01-30, 2005 | $130.21 |
| 06/02/2005 | Thomas T. Ueno, CPA, expert fees | $932.29 |
| 07/07/2005 | Professor Philip Johnson, expert services | $900.00 |
| 07/01/2005 | Thomas T. Ueno, CPA, Expert Fees | $1,080.02 |
| 09/01/2005 | Thomas T. Ueno, CPA, Expert Fees | $1,594.59 |
| 08/08/2005 | Thomas T. Ueno, CPA, Expert Fees | $1,332.02 |
| 10/07/2005 | Thomas T. Ueno, CPA, Expert Fees | $4,245.30 |
| 11/01/2005 | Thomas T. Ueno, CPA, Expert Fees | $1,059.08 |
| 12/01/2005 | Thomas T. Ueno, CPA, Expert Fees | $1,213.53 |
| 01/12/2006 | Thomas T. Ueno, CPA, Expert Fees | $6,151.92 |
| 02/01/2006 | Thomas T. Ueno, CPA, Expert Fees | $4,056.24 |
| 03/01/2006 | Thomas T. Ueno, CPA, Expert Fees | $4,481.31 |
| 03/07/2006 | Thomas T. Ueno, CPA, Expert Fees | $2,431.65 |
| TOTAL | | $42,600.20 |

Lynch Ichida Thompson Kim & Hirota  A Law Corp.

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| 27042-002 | EXPERT FEES | | | | 1,000.00 |

| CHECK DATE | CHECK NO. | PAYEE | | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|---|
| 12/10/04 | 2440 | PHILIP JOHNSON, PH. D. | | | $1,000.00 |

2440

**LYNCH ICHIDA THOMPSON KIM & HIROTA**
**A LAW CORPORATION**
CLIENT TRUST ACCOUNT
1132 BISHOP ST., STE. 1405  HONOLULU, HI 96813

CENTRAL PACIFIC BANK
MAIN BRANCH
220 SOUTH KING STREET
HONOLULU, HAWAII
59-157/1213

CHECK NO.
2440

One Thousand and 00/100 Dollars

DATE
Dec 10, 2004

AMOUNT
****$1,000.00

PAY
TO THE
ORDER
OF:

PHILIP JOHNSON, PH. D.
548 KAIMAKE LOOP
KAILUA, HI  96734
USA

AUTHORIZED SIGNATURE

2440

⑈ Security features. Details on back.

⑈"OO 2440"⑈ ⑈:⑈2⑈30⑈57⑈8⑈:4000"⑈ ⑈3⑈4⑈38"⑈

Lynch Ichida Thompson Kim & Hirota  A Law Corp.

2485

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| 27042-002 EXPERT FEES | | | | | 1,300.00 |

| CHECK DATE | CHECK NO. | PAYEE | | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|---|
| 3/14/05 | 2485 | PHILIP JOHNSON, PH. D. | | | $1,300.00 |

**LYNCH ICHIDA THOMPSON KIM & HIROTA**
**A LAW CORPORATION**
CLIENT TRUST ACCOUNT
1132 BISHOP ST., STE. 1405  HONOLULU, HI 96813

CENTRAL PACIFIC BANK
MAIN BRANCH
220 SOUTH KING STREET
HONOLULU, HAWAII
59-157/1213

CHECK NO.
2485

DATE
Mar 14, 2005

AMOUNT
****$1,300.00

2485

PAY
TO THE
ORDER
OF:

One Thousand Three Hundred and 00/100 Dollars

PHILIP JOHNSON, PH. D.
548 KAIMAKE LOOP
KAILUA, HI    96734
USA

PHILIP JOHNSON, PH. D.

AUTHORIZED SIGNATURE

MP

ED  Security features. Details on back.

⑈"00 2485"⑈ ⑆121303157 8⑆4000⑈ 1314 38⑈"

INVOICE                                              June 17, 2005

Timothy Hogan
Lynch, Ichida, Thompson, and Kim
1132 Bishop Street, Suite 1405
Honolulu, HI 96813
Fax: 528-4997

Dear Mr. Hogan,

Here is my invoice for recent hours worked on the Berry Case.

| Date | Description | Time | Charge |
|------|-------------|------|--------|
| 05/19/05 | Deposition | 3 hr. | $600 |
| 06/07/05 | Meeting at Hogan office | 1.5 hr. | $300 |
| | Total | 4.5 hr | $900 |

Thank you very much,

*Philip Johnson*

Philip Johnson
548 Kaimake Loop
Kailua, HI 96822

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| | BERRY, WAYNE- EXPERT FEES | | | | 900.00 |

| CHECK DATE | CHECK NO. | PAYEE | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|
| 7/7/05 | 2558 | PHILIP JOHNSON, PH. D. | | $900.00 |

**2558**

**LYNCH ICHIDA THOMPSON KIM & HIROTA**
**A LAW CORPORATION**
CLIENT TRUST ACCOUNT
1132 BISHOP ST., STE. 1405   HONOLULU, HI 96813

CENTRAL PACIFIC BANK
MAIN BRANCH
220 SOUTH KING STREET
HONOLULU, HAWAII

59-157/1213

| CHECK NO. | DATE | AMOUNT |
|---|---|---|
| 2558 | Jul 7, 2005 | ******$900.00 |

Nine Hundred and 00/100 Dollars

PAY
TO THE
ORDER
OF:      PHILIP JOHNSON, PH. D.
         548 KAIMAKE LOOP
         KAILUA, HI   96734
         USA

AUTHORIZED SIGNATURE

Security features. Details on back.

⑈002558⑈ ⑆1213015781⑆4000⑈131438⑈

# Thomas T. Ueno, CPA

844 Queen Street
Honolulu, Hawaii  96813
Fax 808 591-0813
Telephone 808 591-0441
E Mail  imattu@msn.com

March 30, 2005

Timothy J. Hogan, Esquire
Lynch Ichida Thompson & Kim
First Hawaiian Tower
1132 Bishop Street, Suite 1405
Honolulu, HI  96813

For professional services rendered from March 1-30, 2005
in connection with the Fleming matter

| | | | |
|---|---|---|---|
| Professional Fees | | | $10,265.00 |
| | T. Ueno | 39.00  hours | |
| | C. Ueno | 3.50  hours | |
| | G. Hoe | 52.50  hours | |
| | | | |
| Late Charge 1% | | | - |
| | | | |
| Hawaii General Excise Tax (4.166%) | | | 427.64 |
| | | Current Invoice Amount | $10,692.64 |

Unpaid balances over 30 days subject to 1% late fees per month.

**Timesheet**
Consultant     T. Ueno
Matter         Fleming

| | | |
|---|---|---|
| 3/8/05 | 1.5 | initial meeting with T Hogan, background and identified materials |
| 3/10/05 | 4.0 | reviewing materials sent to us by Berry |
| 3/11/05 | 3.5 | reviewing materials and identifying documents needed. |
| 3/14/05 | 4.8 | reviewing client damage calculation, research damages, develop alternative methodology |
| 3/15/05 | 6.3 | reviewing depositions, review damage calculation spreadsheets, discuss savings from use of software with Berry. |
| 3/16/05 | 7.5 | review the system modules and savings that API and Fleming realized from the use of the system.  Meeting with Berry and Hogan. |
| 3/17/05 | 7.0 | discussed fees and scope with T. Hogan.  Requested documents.  Discussed status of work.  Developing background section. Updating license fee analysis. |
| 3/18/05 | 2.0 | review report |
| 3/21/05 | 2.5 | review report |
| | 39.0 | |

**Timesheet**
Consultant: Garret Hoe
Matter:   Berry v Fleming

| Date | Hours | |
|---|---|---|
| 3/9/05 | 3.00 | review rules regarding damages from intellectual property, and Berry's 3rd supplemental disclosure of damages |
| 3/10/05 | 5.50 | Review docs provided by W. Berry.  $1763 per container, shared savings memo, end user lic. Agreement, |
| 3/14/05 | 5.00 | Interview W. Berry, analysis of "GET" filings, and docs provided by W. Berry |
| 3/15/05 | 6.75 | C&S research, review docs provided by W. Berry, interview W. Berry, review 2nd am. Complaint, analyze cost per container, prep for meeting |
| 3/16/05 | 6.75 | Meet w/T.Hogan and W. Berry, analyze reports produced by Berry's system, calculate royalty fees, research wholesaler ratios, calculate disgorgement damages |
| 3/17/05 | 7.25 | calculate past losses (gross profit), review C&S BK purchase filings.  Research Internal Rate of Return for grocery wholesalers. Draft report |
| 3/18/05 | 6.75 | Calculate savings per container, draft report |
| 3/19/05 | 6.50 | Draft report |
| 3/21/05 | 5.00 | draft and finalize report, prepare exhibits |
| | 52.50 | |

**Timesheet**
Consultant:    Carole Ueno
Matter:        Fleming

| | | |
|---|---|---|
| 3/19/2005 | 2.5 | review report |
| 3/21/2005 | 1 | review report |
| | 3.5 | |

# LYNCH ICHIDA THOMPSON KIM & HIROTA

### A LAW CORPORATION

MAILE M. HIROTA
WESLEY W. ICHIDA
ANN C. KEMP
STEVEN J. KIM
PAUL A. LYNCH
WILLIAM "Buzz" THOMPSON III

1132 BISHOP STREET, SUITE 1405
HONOLULU, HAWAII 96813
TELEPHONE (808) 528-0100
FACSIMILE (808) 528-4997

*Counsel*
TIMOTHY J. HOGAN
------------------
*Of Counsel*
GREG TURNBULL, MA

## TRANSMITTAL

April 28, 2005

TO:    Thomas T. Ueno, CPA
       844 Queen Street
       Honolulu, Hawaii 96813

RE:    **WAYNE BERRY**

We are sending you the following documents:

   Check No. 2515 (dated 4/28/05) made payable to Thomas T. Ueno, CPA for $10,692.64 for professional services.

(X)  Payment of invoice dated 3/30/05.

REMARKS:

TIMOTHY J. HOGAN

Enclosure

Lynch Ichida Thompson Kim & Hirota A Law Corp.

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| | FOR PROFESSIONAL SERVICES | | | | 10,692.64 |

| CHECK DATE | CHECK NO. | PAYEE | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|
| 4/28/05 | 2515 | THOMAS T. UENO, CPA | | $10,692.64 |

2515

**LYNCH ICHIDA THOMPSON KIM & HIROTA**
**A LAW CORPORATION**
CLIENT TRUST ACCOUNT
1132 BISHOP ST., STE. 1405   HONOLULU, HI 96813

CENTRAL PACIFIC BANK
MAIN BRANCH
220 SOUTH KING STREET
HONOLULU, HAWAII

59-157/1213

| CHECK NO. | DATE | AMOUNT |
|---|---|---|
| 2515 | Apr 28, 2005 | ***$10,692.64 |

Ten Thousand Six Hundred Ninety-Two and 64/100 Dollars

PAY
TO THE
ORDER
OF:

THOMAS T. UENO, CPA
844 QUEEN STREET
HONOLULU, HI  96813
USA

AUTHORIZED SIGNATURE

⑈002515⑈ ⑊121301578⑊4000⑈ 131438⑈

# Thomas T. Ueno, CPA

844 Queen Street
Honolulu, Hawaii 96813
Fax 808 591-0813
Telephone 808 591-0441
E Mail imattu@msn.com

May 4, 2005

Timothy J. Hogan, Esquire
Lynch Ichida Thompson & Kim
First Hawaiian Tower
1132 Bishop Street, Suite 1405
Honolulu, HI 96813

For professional services rendered from April 1-30, 2005
in connection with the Fleming matter

Professional Fees                                                    $125.00

|           |       |       |
|-----------|-------|-------|
| T. Ueno   | 1.00  | hours |
| C. Ueno   | -     | hours |
| G. Hoe    | -     | hours |

Late Charge 1%                                                          -

Hawaii General Excise Tax (4.166%)                                    5.21

Current Invoice Amount                                             $130.21

CLIENT/CASE:
CLIENT NAME:
CASE NAME:
APPROVED:

Unpaid balances over 30 days subject to 1% late fees per month.

# Thomas T. Ueno, CPA

844 Queen Street
Honolulu, Hawaii 96813
Fax 808 591-0813
Telephone 808 591-0441
E Mail imattu@msn.com

June 2, 2005

Timothy J. Hogan, Esquire
Lynch Ichida Thompson & Kim
First Hawaiian Tower
1132 Bishop Street, Suite 1405
Honolulu, HI 96813

For professional services rendered from May 1-31, 2005
in connection with the Fleming matter

| | | | |
|---|---|---|---|
| Professional Fees | | | $895.00 |
| | T. Ueno | 4.50  hours | |
| | G. Hoe | 3.50  hours | |
| Late Charge 1% | | | - |
| Hawaii General Excise Tax (4.166%) | | | 37.29 |
| | | Current Invoice Amount | $932.29 |

Unpaid balances over 30 days subject to 1% late fees per month.

**Timesheet**
Consultant    T. Ueno
Matter        Fleming

    5/24/05       4.5  review documents supporting loan repayment and numbers of containers, researching C&S,

**Timesheet**
Consultant:  Garret Hoe
Matter:    Berry v Fleming

| Date | Hours | |
|------|-------|---|
| 5/10/05 | 2.00 | Depo prep |
| 5/13/05 | 0.50 | Depo prep |
| 5/16/05 | 0.25 | Cross reference report |
| 5/17/05 | 0.50 | Depo prep |
| 5/21/05 | 0.25 | Review other logistics software being marketed |
| | 3.50 | |

# Thomas T. Ueno, CPA

844 Queen Street
Honolulu, Hawaii 96813
Fax 808 591-0813
Telephone 808 591-0441
E Mail imattu@msn.com

July 1, 2005

Timothy J. Hogan, Esquire
Lynch Ichida Thompson & Kim
First Hawaiian Tower
1132 Bishop Street, Suite 1405
Honolulu, HI 96813

For professional services rendered from June 1-30, 2005
in connection with the Fleming matter

| | | | |
|---|---|---|---|
| Professional Fees | | | $1,027.50 |
| | T. Ueno | 1.00  hours | |
| | G. Hoe | 9.50  hours | |
| | | | |
| Late Charge 1% | | | 9.32 |
| | | | |
| Hawaii General Excise Tax (4.166%) | | | 43.19 |
| | | Current Invoice Amount | $1,080.02 |
| | | Previous Balance | $932.29 |
| | | Total Amount Due | $2,012.30 |

Unpaid balances over 30 days subject to 1% late fees per month.

**Timesheet**
Consultant    T. Ueno
Matter        Fleming

    6/30/05      1.0  review preliminary rebuttal comments

**Timesheet**
Consultant:  Garret Hoe
Matter:      Berry v Fleming

| Date | Hours | |
|------|-------|---|
| 6/6/2005 | 0.30 | Draft report |
| 6/22/2005 | 2.75 | Review J. Kinrich report |
| 6/23/2005 | 1.50 | Draft rebuttal report |
| 6/24/2005 | 1.75 | Draft rebuttal report, research Kinrich background |
| 6/27/2005 | 2.00 | Draft rebuttal report |
| 6/28/2005 | 1.20 | draft report |
| | 9.50 | |

# LYNCH ICHIDA THOMPSON KIM & HIROTA

### A LAW CORPORATION

MAILE M. HIROTA
WESLEY W. ICHIDA
ANN C. KEMP
STEVEN J. KIM
PAUL A. LYNCH
WILLIAM "Buzz" THOMPSON III

1132 BISHOP STREET, SUITE 1405
HONOLULU, HAWAII 96813
TELEPHONE (808) 528-0100
FACSIMILE (808) 528-4997

*Counsel*
TIMOTHY J. HOGAN
----------------
*Of Counsel*
GREG TURNBULL, Psy.D

## **TRANSMITTAL**

July 20, 2005

TO:    Thomas T. Ueno, CPA                    **Hand Delivered**
       844 Queen Street
       Honolulu, Hawaii 96813

RE:    **WAYNE BERRY**

We are sending you the following documents:

    Check No. 2567 (dated 7/20/05) made payable to Thomas T. Ueno, CPA for $2,012.30
for professional services.

(X)   Payment of invoice dated 7/1/05

REMARKS:

                          _Lynda Lui-Kwan_
                     TIMOTHY J. HOGAN

Enclosure

| REFERENCE NO. | CHECK DATE | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|---|
| | /20/05 | 27042-002- SERVICES RENDERED | | | | 2,012.30 |

| CHECK NO. | PAYEE | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|
| 2567 | THOMAS T. UENO, CPA | | $2,012.30 |

LYNCH ICHIDA THOMPSON KIM & HIROTA
A LAW CORPORATION
CLIENT TRUST ACCOUNT
1132 BISHOP ST., STE. 1405   HONOLULU, HI 96813

CENTRAL PACIFIC BANK
MAIN BRANCH
220 SOUTH KING STREET
HONOLULU, HAWAII
59-157/1213

CHECK NO.
2567

2567

DATE
Jul 20, 2005

AMOUNT
****$2,012.30

Two Thousand Twelve and 30/100 Dollars

THOMAS T. UENO, CPA
844 QUEEN STREET
HONOLULU, HI 96813
USA

AUTHORIZED SIGNATURE

Security features. Details on back.

⑆00 2567⑆ ⑉121301578⑈ 1000⑈ 13 14 38⑆

# Thomas T. Ueno, CPA

844 Queen Street
Honolulu, Hawaii 96813
Fax 808 591-0813
Telephone 808 591-0441
E Mail imattu@msn.com

July 1, 2005

Timothy J. Hogan, Esquire
Lynch Ichida Thompson & Kim
First Hawaiian Tower
1132 Bishop Street, Suite 1405
Honolulu, HI 96813

For professional services rendered from June 1-30, 2005
in connection with the Fleming matter

|  |  |  |  |
|---|---|---|---|
| | | | $1,027.50 |
| Professional Fees | | | |
| | T. Ueno | 1.00 hours | |
| | G. Hoe | 9.50 hours | |
| | | | 9.32 |
| Late Charge 1% | | | |
| | | | 43.19 |
| Hawaii General Excise Tax (4.166%) | | | |
| | | Current Invoice Amount | $1,080.02 |
| | | Previous Balance | $932.29 |
| | | Total Amount Due | $2,012.30 |

Unpaid balances over 30 days subject to 1% late fees per month.

**Timesheet**
Consultant     T. Ueno
Matter          Fleming

6/30/05          1.0   review preliminary rebuttal comments

**Timesheet**
Consultant:  Garret Hoe
Matter:      Berry v Fleming

| Date | Hours | |
|------|-------|---|
| 6/6/2005 | 0.30 | Draft report |
| 6/22/2005 | 2.75 | Review J. Kinrich report |
| 6/23/2005 | 1.50 | Draft rebuttal report |
| 6/24/2005 | 1.75 | Draft rebuttal report, research Kinrich background |
| 6/27/2005 | 2.00 | Draft rebuttal report |
| 6/28/2005 | 1.20 | draft report |
| | 9.50 | |

# Thomas T. Ueno, CPA

844 Queen Street
Honolulu, Hawaii 96813
Fax 808 591-0813
Telephone 808 591-0441
E Mail imattu@msn.com

August 8, 2005

Timothy J. Hogan, Esquire
Lynch Ichida Thompson & Kim
First Hawaiian Tower
1132 Bishop Street, Suite 1405
Honolulu, HI 96813

For professional services rendered from July 1-31, 2005
in connection with the Fleming matter

| | | | |
|---|---|---|---|
| Professional Fees | | | $1,278.75 |
| | T. Ueno | 7.00  hours | |
| | G. Hoe | 4.25  hours | |
| Late Charge 1% | | | - |
| Hawaii General Excise Tax (4.166%) | | | 53.27 |
| | | Current Invoice Amount | $1,332.02 |

Unpaid balances over 30 days subject to 1% late fees per month.

**Timesheet**
Consultant    T. Ueno
Matter        Fleming

| Date | Hours | Description |
|------|-------|-------------|
| 7/11/05 | 4.0 | review report and prior documents. |
| 7/21/05 | 3.0 | depo prep |
| | 7.0 | |

**Timesheet**
Consultant:  Garret Hoe
Matter:      Berry v Fleming

| Date | Hours | |
|---|---|---|
| 7/11/05 | 1.00 | depo prep |
| 7/20/05 | 1.25 | depo prep |
| 7/21/05 | 2.00 | disc with T.U. report; depo |
| | 4.25 | |

# Thomas T. Ueno, CPA

844 Queen Street
Honolulu, Hawaii 96813
Fax 808 591-0813
Telephone 808 591-0441
E Mail imattu@msn.com

September 1, 2005

Timothy J. Hogan, Esquire
Lynch Ichida Thompson & Kim
First Hawaiian Tower
1132 Bishop Street, Suite 1405
Honolulu, HI 96813

For professional services rendered from August 1-31, 2005
in connection with the Fleming matter

| | | | |
|---|---|---|---|
| Professional Fees | | | $1,517.50 |
| | T. Ueno | 11.00  hours | |
| | G. Hoe | 1.50  hours | |
| Late Charge 1% | | | 13.32 |
| Hawaii General Excise Tax (4.166%) | | | 63.77 |
| | | Current Invoice Amount | $1,594.59 |
| | | Previous Balance | 1,332.02 |
| | | Total Amount Due | $2,926.62 |

Unpaid balances over 30 days subject to 1% late fees per month.



**Timesheet**
Consultant    T. Ueno
Matter       Fleming

|  |  |  |
|---|---|---|
| 8/9/05 |  | provided billing information and emails to T. Hogan |
| 8/10/05 | 1.0 | review depo transcript |
| 8/29/05 | 3.5 | review motions submitted by opposing parties regarding damages and discuss with T Hogan. |
| 8/30/05 | 5.0 | review and analyze sales data for Hawaii |
| 8/31/05 | 1.5 | savings analysis and Hawaii sales |
|  | 11.0 |  |

**Timesheet**
Consultant:  Garret Hoe
Matter:       Berry v Fleming

| Date | Hours | |
|------|-------|---|
| 8/25/2005 | 0.50 | Review defendant PCT's motion for partial summary judgement |
| 8/30/2005 | 1.00 | Review Fleming financial information forwarded by T. Hogan |
| | 1.50 | |

# Thomas T. Ueno, CPA

844 Queen Street
Honolulu, Hawaii 96813
Fax 808 591-0813
Telephone 808 591-0441
E Mail imattu@msn.com

October 7, 2005

Timothy J. Hogan, Esquire
Lynch Ichida Thompson & Kim
First Hawaiian Tower
1132 Bishop Street, Suite 1405
Honolulu, HI 96813

For professional services rendered from September 1-30, 2005
in connection with the Fleming matter

| | | | |
|---|---|---|---|
| Professional Fees | | | $4,046.25 |
| | T. Ueno | 30.50 hours | |
| | C. Ueno | 1.00 hours | |
| | G. Hoe | 1.25 hours | |
| Late Charge 1% | | | 29.27 |
| Hawaii General Excise Tax (4.166%) | | | 169.79 |
| | | Current Invoice Amount | 4,245.30 |
| | | Previous Balance | 2,926.62 |
| | | Total Amount Due | $7,171.92 |

Unpaid balances over 30 days subject to 1% late fees per month.

**Timesheet**

Consultant    T. Ueno
Matter        Fleming

| | | |
|---|---|---|
| 9/1/05 | 5.5 | reviewing the cost components used by Kinrich in his schedule of profits and losses. Review savings analyses. |
| 9/2/05 | 6.0 | ip damages research. Analyzing Kinrich arguments. Analyzing supporting documents. |
| 9/5/05 | 3.5 | developing section on Fleming's ability to secure allowances and its payment of the license fee. |
| 9/6/05 | 2.5 | reviewing complaints regarding accounting issues for 2001 and 2002 |
| 9/8/05 | 5.5 | disucss status with T Hogan. Researching and summarizing comments. |
| 9/9/05 | 7.0 | working draft of declaration and supporting attachments |
| 9/12/05 | 0.5 | review declaration |
| | 30.5 | |

**Timesheet**
Consultant:  Garret Hoe
Matter:      Berry v Fleming

Date        Hours
  9/9/05      1.25   Review Nimmer document, rebuttal declaration

**Timesheet**
Consultant:   Carole Ueno
Matter:       Fleming

    9/9/2005        1 review tu declaration

# Thomas T. Ueno, CPA

844 Queen Street
Honolulu, Hawaii 96813
Fax 808 591-0813
Telephone 808 591-0441
E Mail imattu@msn.com

November 1, 2005

Timothy J. Hogan, Esquire
Lynch Ichida Thompson & Kim
First Hawaiian Tower
1132 Bishop Street, Suite 1405
Honolulu, HI 96813

For professional services rendered from October 1-31, 2005
in connection with the Fleming matter

| | | | |
|---|---|---|---|
| Professional Fees | | | $945.00 |
| | T. Ueno | 2.50 hours | |
| | C. Ueno | 5.50 hours | |
| | G. Hoe | - hours | |
| Late Charge 1% | | | 71.72 |
| Hawaii General Excise Tax (4.166%) | | | 42.36 |
| | | Current Invoice Amount | 1,059.08 |
| | | Previous Balance | $7,171.92 |
| | | Total Amount Due | $8,230.99 |

Unpaid balances over 30 days subject to 1% late fees per month.

**Timesheet**
Consultant:  Garret Hoe
Matter:       Berry v Fleming

| Date | Hours | |
|---|---|---|
| 10/3/05 | 0.50 | Review Kinrich's 3rd report |
| 10/10/05 | 2.75 | Draft rebuttal to Kinrich Oct report |
| 10/12/05 | 2.25 | Draft rebuttal to Kinrich Oct report |
| | 5.50 | |

**Timesheet**
Consultant    T. Ueno
Matter        Fleming

10/3/05        2.5   review and comment on Kinrich's rebuttal report.  Discussed with T Hogan.
                     Assigned work to G Hoe.

Lynch Ichida Thompson Kim & Hirota  A Law Corp.

2631

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| 27042-002 | FOR SERVICES | | | | 8,230.99 |

| CHECK DATE | CHECK NO. | PAYEE | | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|---|
| 11/30/05 | 2631 | THOMAS T. UENO, CPA | | | $8,230.99 |

**LYNCH ICHIDA THOMPSON KIM & HIROTA**
**A LAW CORPORATION**
CLIENT TRUST ACCOUNT
1132 BISHOP ST., STE. 1405   HONOLULU, HI 96813

CENTRAL PACIFIC BANK
MAIN BRANCH
220 SOUTH KING STREET
HONOLULU, HAWAII

59-157/1213

CHECK NO.
2631

PAY
TO THE
ORDER
OF:

THOMAS T. UENO, CPA
844 QUEEN STREET
HONOLULU, HI  96813
USA

Eight Thousand Two Hundred Thirty and 99/100 Dollars

DATE
Nov 30, 2005

AMOUNT
****$8,230.99

AUTHORIZED SIGNATURE

2631

Security features. Details on back.

⑈OO2631⑈ ⑆⑈ 21301578⑈:4OOO⑈⑈ 1311438⑈⑈

# Thomas T. Ueno, CPA

844 Queen Street
Honolulu, Hawaii 96813
Fax 808 591-0813
Telephone 808 591-0441
E Mail imattu@msn.com

December 1, 2005

Timothy J. Hogan, Esquire
Lynch Ichida Thompson & Kim
First Hawaiian Tower
1132 Bishop Street, Suite 1405
Honolulu, HI 96813

For professional services rendered from November 1-30, 2005
in connection with the Fleming matter

| Professional Fees | | | $1,165.00 |
|---|---|---|---|
| | T. Ueno | 4.00  hours | |
| | G. Hoe | 7.00  hours | |
| Late Charge 1% | | | - |
| Hawaii General Excise Tax (4.166%) | | | 48.53 |
| | | Current Invoice Amount | 1,213.53 |

Unpaid balances over 30 days subject to 1% late fees per month.

*to see 12/29/05*

**Timesheet**
Consultant    T. Ueno
Matter        Fleming

| | | |
|---|---|---|
| 11/17/05 | 3.0 | discuss causation issues and damages issues with T Hogan.  Analyzing production data. |
| 11/30/05 | 1.0 | review findings using shipping data |
| | 4.0 | |

**Timesheet**
Consultant:  Garret Hoe
Matter:      Berry v Fleming

Date      Hours
  11/28/05   0.75  Review T.Noa spreadsheet data
  11/29/05   3.00  Analyze containters sent between 4/03 and 6/03, Analzye Foodland shipments, and logistic
                   department proposals from T.Noa
  11/30/05   3.25  Analyze weight shipped between 4/03 and 6/03, calculate KMART volume and invoice amounts

          _____
           7.00
          ======

# Thomas T. Ueno, CPA

844 Queen Street
Honolulu, Hawaii 96813
Fax 808 591-0813
Telephone 808 591-0441
E Mail imattu@msn.com

January 12, 2006

Timothy J. Hogan, Esquire
Lynch Ichida Thompson & Kim
First Hawaiian Tower
1132 Bishop Street, Suite 1405
Honolulu, HI 96813

For professional services rendered from December 1-31, 2005
in connection with the Fleming matter

| | | | |
|---|---|---|---|
| Professional Fees | | | $5,893.75 |
| | T. Ueno | 31.00  hours | |
| | G. Hoe | 21.25  hours | |
| Late Charge 1% | | | 12.14 |
| Hawaii General Excise Tax (4.166%) | | | 246.04 |
| | | Current Invoice Amount | 6,151.92 |
| | | Previous Balance | 1,213.53 |
| | | Total Amount Due | $7,365.46 |

Unpaid balances over 30 days subject to 1% late fees per month.

**Timesheet**
Consultant    T. Ueno
Matter    Fleming

| | | |
|---|---|---|
| 12/2/05 | 2.5 | discuss status and objectives with Hogan.  Discuss analyses and findings with G Hoe.  Reviewing files and data bases. |
| 12/5/05 | 2.5 | identifying exhibits and computations of sales. |
| 12/9/05 | 2.0 | reviewing list of functions, developing spreadsheet analysis, review reports |
| 12/12/05 | 1.5 | analyzing trial balance data, summarizing and preparing balance sheet entries |
| 12/14/05 | 3.0 | researching critical functions of a grocery wholesaler.  Reviewing functions of Berry's FCS.  Not an expenses or just an information gathering software.  Performed customer services functions. |
| 12/15/05 | 3.0 | developing exhibits, transmit to W Berry. |
| 12/16/05 | 4.0 | working on exhibits, tel W Berry |
| 12/19/05 | 1.5 | developing exhibits, financial analysis based on Kinrich exhibits |
| 12/20/05 | 2.5 | reviewing financial analysis of sales, etc.,  work on exhibits |
| 12/21/05 | 3.0 | work on exhibits, review organization chart and update exhibit of functions, review financial data |
| 12/22/05 | 3.0 | review financial data, damages from Hawaiian Express |
| 12/27/05 | 2.0 | review and comment on exhibits. |
| 12/28/05 | 0.5 | review Kinrich exhibits and sent comments to Hogan. |
| | 31.0 | |

**Timesheet**
Consultant: Garret Hoe
Matter:    Berry v Fleming

| Date | Hours | |
|------|-------|---|
| 12/5/2005 | 1.25 | Analyze 4/6/03-6/03 revenues. Draft list of exhibits. Calculate relationship between sales and weight transported |
| 12/8/2005 | 0.25 | reivew Core Mark 10Q |
| 12/9/2005 | 1.00 | Review general ledger and T. Noa documents |
| 12/14/2005 | 1.00 | review DHX testimony. Review API purchase agreement, logistices functions as they relate to operations |
| 12/15/2005 | 0.75 | prepare trial exhibits |
| 12/16/2005 | 1.50 | draft supplement. Prepare trial exhibits |
| 12/19/2005 | 5.25 | calculate freight forwarding revenues for KMART and Foodland |
| 12/20/2005 | 4.00 | Prep documents and exhibits for trial. Draft supplement |
| 12/21/2005 | 0.25 | teleconf w/W. Berry to discuss Fleming loading ports and freight forwarding |
| 12/22/2005 | 1.75 | reconcile fields of Berry's FCS, Record ID, Job ID and Order ID |
| 12/27/2005 | 2.25 | review trial exhibits, finalize supplement |
| 12/28/2005 | 2.00 | review Kinrich rebuttal slides |
| | 21.25 | |

# Thomas T. Ueno, CPA

844 Queen Street
Honolulu, Hawaii 96813
Fax 808 591-0813
Telephone 808 591-0441
E Mail imattu@msn.com

February 1, 2006

Timothy J. Hogan, Esquire
Lynch Ichida Thompson & Kim
First Hawaiian Tower
1132 Bishop Street, Suite 1405
Honolulu, HI 96813

For professional services rendered from January 1-31, 2006
in connection with the Fleming matter

| | | | |
|---|---|---|---|
| Professional Fees | | | $3,832.50 |
| | T. Ueno | 28.00  hours | |
| | G. Hoe | 3.50  hours | |
| | | | |
| Late Charge 1% | | | 61.52 |
| | | | |
| Hawaii General Excise Tax (4.166%) | | | 162.22 |
| | | Current Invoice Amount | 4,056.24 |
| | | Previous Balance | 7,365.46 |
| | | Payment received, Jan 18, 06 | (1,213.53) |
| | | Total Amount Due | $11,421.70 |

Unpaid balances over 30 days subject to 1% late fees per month.

**Timesheet**
Consultant    T. Ueno
Matter        Fleming

| Date | Hours | Description |
|---|---|---|
| 1/16/06 | 1.0 | reviewing and developing response to motion elimine |
| 1/17/06 | 3.0 | reviewing report. Discussions with T Hogan. |
| 1/18/06 | 1.5 | review report, follow up on API claim with W Berry. |
| 1/19/06 | 1.0 | reviewing documents for trial |
| 1/20/06 | 4.0 | reviewing documents for trial |
| 1/21/06 | 2.0 | trial prep, review documents and develop script for arguments |
| 1/22/06 | 3.0 | depo prep, cross reference documents |
| 1/23/06 | 6.0 | depo prep, develop schedule for KMART work. Trial prep. |
| 1/24/06 | 4.0 | trial prep, cross ref docs, read Borja's depo |
| 1/25/06 | 2.0 | discuss status and next steps with T Hogan, read my depo transcript |
| 1/26/06 | 0.5 | review MORs of Fleming |
|  | 28.0 |  |

**Timesheet**
Consultant:  Garret Hoe
Matter:      Berry v Fleming

| Date | Hours | |
|------|-------|--|
| 1/23/2006 | 2.50 | Depo prep, update damage calculation |
| 1/24/2006 | 1.00 | Review Borja deposition transcript |
| | 3.50 | |

# Thomas T. Ueno, CPA

844 Queen Street
Honolulu, Hawaii 96813
Fax 808 591-0813
Telephone 808 591-0441
E Mail imattu@msn.com

March 1, 2006

Timothy J. Hogan, Esquire
Lynch Ichida Thompson & Kim
First Hawaiian Tower
1132 Bishop Street, Suite 1405
Honolulu, HI 96813

For professional services rendered from February 1-28, 2006
in connection with the Fleming matter

| | | | |
|---|---|---|---|
| Professional Fees | | | $4,200.00 |
| | T. Ueno | 26.00  hours | |
| | G. Hoe | 10.00  hours | |
| Late Charge 1% | | | 114.22 |
| Hawaii General Excise Tax (4.166%) | | | 179.73 |
| | | Current Invoice Amount | 4,493.95 |
| | | Previous Balance | $11,421.70 |
| | | Total Amount Due | $15,915.65 |

Unpaid balances over 30 days subject to 1% late fees per month.

*e-mailed & w/c to TTH 3/7/06*

**Timesheet**

Consultant    T. Ueno

Matter    Fleming

| | | |
|---|---|---|
| 2/15/06 | 3.5 | reviewing documents and reports |
| 2/16/06 | 1.5 | review depo and declaration and cross references |
| 2/17/06 | 2.0 | review Kinrich 2nd rebuttal.  Discuss with G Hoe. |
| 2/20/06 | 2.0 | review issues with T. Hogan |
| 2/25/06 | 1.5 | review material, discuss fixing costs as additional damages with Hogan |
| 2/26/06 | 1.5 | review reports and other materials, research copyright damage components |
| 2/27/06 | 7.0 | review materials, discuss damage issues with T Hogan, request specific exhibits for trial |
| 2/28/06 | 7.0 | trial prep.  Discussions with attorneys.  Title 7 accounting. |
| | 26.0 | |

**Timesheet**
Consultant: Garret Hoe
Matter:      Berry v Fleming

| Date | Hours | |
|------|-------|---|
| 2/21/2006 | 4.25 | Trial prep. Review and respond to Kinrich report. Analyze container counts, and shipping revenue |
| 2/22/2006 | 4.00 | Trial prep. Review and respond to Kinrich report. Analyze container counts, and shipping revenue |
| 2/27/2006 | 1.50 | Trial prep. |
| 2/28/2006 | 0.25 | Review Title 17, Section 504 |
| | 10.00 | |

# Thomas T. Ueno, CPA

844 Queen Street
Honolulu, Hawaii 96813
Fax 808 591-0813
Telephone 808 591-0441
E Mail imattu@msn.com

March 1, 2006

Timothy J. Hogan, Esquire
Lynch Ichida Thompson & Kim
First Hawaiian Tower
1132 Bishop Street, Suite 1405
Honolulu, HI 96813

For professional services rendered from February 1-28, 2006
in connection with the Fleming matter

| | | | |
|---|---|---|---|
| Professional Fees | | | $4,200.00 |
| | T. Ueno | 26.00 hours | |
| | G. Hoe | 10.00 hours | |
| | | | |
| Late Charge 1% | | | 114.22 |
| | | | |
| Hawaii General Excise Tax (4.166%) | | | 179.73 |
| | | Current Invoice Amount | 4,493.95 |
| | | Previous Balance | $11,421.70 |
| | | Total Amount Due | $15,915.65 |

Unpaid balances over 30 days subject to 1% late fees per month.

*e-mailed & w/c to TJH 3/7/06*

**Timesheet**
Consultant   T. Ueno
Matter       Fleming

| Date | Hours | Description |
|---|---|---|
| 2/15/06 | 3.5 | reviewing documents and reports |
| 2/16/06 | 1.5 | review depo and declaration and cross references |
| 2/17/06 | 2.0 | review Kinrich 2nd rebuttal.  Discuss with G Hoe. |
| 2/20/06 | 2.0 | review issues with T. Hogan |
| 2/25/06 | 1.5 | review material, discuss fixing costs as additional damages with Hogan |
| 2/26/06 | 1.5 | review reports and other materials, research copyright damage components |
| 2/27/06 | 7.0 | review materials, discuss damage issues with T Hogan, request specific exhibits for trial |
| 2/28/06 | 7.0 | trial prep.  Discussions with attorneys.  Title 7 accounting. |
| | 26.0 | |

**Timesheet**
Consultant:  Garret Hoe
Matter:       Berry v Fleming

| Date | Hours | | | |
|------|-------|---|---|---|
| 2/21/2006 | 4.25 | Trial prep. | Review and respond to Kinrich report. | Analyze containter counts, and shipping revenue |
| 2/22/2006 | 4.00 | Trial prep. | Review and respond to Kinrich report. | Analyze containter counts, and shipping revenue |
| 2/27/2006 | 1.50 | Trial prep. | | |
| 2/28/2006 | 0.25 | Review Title 17, Section 504 | | |
| | 10.00 | | | |