IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) ) ) | Civ. No. 03-00385 SOM/LEK |
| Plaintiff, | ) ) ) | ORDER RE DISCLOSURE OF JUROR ADDRESSES |
| vs. | ) ) | |
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

ORDER RE DISCLOSURE OF JUROR ADDRESSES

It is hereby ordered that the Jury Clerk may disclose the names and addresses of the jurors in this case to the attorneys in this case. No other information about the jurors may be disclosed by the Jury Clerk to the attorneys in this case. Any attorney receiving the names and addresses of the jurors in this case shall keep that information confidential.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 16, 2006.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge