# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/17/06  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER: CIVIL NO. 03-00385SOM-LEK

CASE NAME: Wayne Berry, a Hawaii citizen vs. Hawaiian Express Service, Inc., a California corporation, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi        REPORTER:

DATE: 3/17/06                      TIME:

COURT ACTION: EO:  Plaintiff Wayne Berry's Motion for Award of Attorneys' Fees and Full Costs filed on 3/15/06 was Referred to Magistrate Judge Leslie E. Kobayashi for consideration by Judge Susan Oki Mollway on 3/17/06.

Pursuant to LR 54.3, Plaintiff Wayne Berry's Motion for Award of Attorneys' Fees and Full Costs will be considered by Magistrate Judge Leslie E. Kobayashi as a Non Hearing Motion.

Pursuant to LR 54.3   Plaintiff Wayne Berry''s  Statement of Consultation is due **3/29/06**.

Pursuant to LR 54.3 and FRCvP Rule 6(e): Memorandum in Opposition is due **4/12/06**.

Reply Memorandum is due **4/26/06**.

Plaintiff Wayne Berry's Motion for Award of Attorneys' Fees and Full Costs will be taken under advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

**Settlement Conference Re: Attorneys' Fees and Costs set for 5/5/06 at 2:00 p.m. before Magistrate Judge Leslie E. Kobayashi.**

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager