LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | Civ. No. CV03 00385 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | **PLAINTIFF WAYNE BERRY'S** |
| vs. | ) | **MOTION TO ALTER OR AMEND** |
| | ) | **AMENDED SECOND AMENDED** |
| HAWAIIAN EXPRESS SERVICE, | ) | **JUDGMENT ENTERED ON** |
| INC., a California corporation; et al. | ) | **MARCH 16, 2006 AND TO DELAY** |
| | ) | **TIME FOR FILING AN APPEAL** |
| Defendants. | ) | **PENDING RESOLUTION OF** |
| | ) | **MOTION FOR ATTORNEYS'** |
| | ) | **FEES AND FULL COSTS** |
| | ) | |
| | ) | |
| | ) | **Non-Hearing** |
| | ) | **Judge: Susan Oki Mollway** |
| | ) | **Judgement Entered: March 9, 2006** |
| _____ | ) | |

**PLAINTIFF WAYNE BERRY'S MOTION TO ALTER
OR AMEND SECOND AMENDED JUDGMENT ENTERED ON MARCH
16, 2006 AND TO DELAY TIME FOR FILING AN APPEAL
PENDING RESOLUTION OF MOTION FOR
ATTORNEYS' FEES AND FULL COSTS**

COMES NOW, Plaintiff Wayne Berry, by and through his undersigned

counsel, hereby respectfully files a motion to alter or amend the Second Amended

Judgment entered on March 16, 2006.   In addition, Plaintiff requests that the Court

order that the time for filing an appeal will not commence until the Court has

disposed of the Plaintiff's Motion for Attorneys' Fees and Full Costs filed on

March 15, 2006.

This Motion is brought on the grounds that the Second Amended Judgment

in a civil case failed to specifically provide for a final judgement of infringement

against certain additional Employee Defendants as follows:  Justin Fukumoto,

Jacqueline Rio, Alfredda Waiolama, Melvin Ponce and Sonia Purdy.  As set forth

in the Declaration of Timothy J. Hogan, the Court entered summary judgment

against these Defendants on June 27, 2005 and Mr. Berry is entitled to have a final

judgment entered against them to establish that they have been adjudicated

infringers.  In addition to the right to have the effect of finality and judgment as to

these infringers, this is particularly necessary because the Court Clerk of the

District Court for the District of Hawaii is required, pursuant to 17 U.S.C. § 508, to

report the findings of infringement cases to the Register of Copyrights to become

part of the official records of the United States of America.  Consistent with that

statutory obligation, these infringers must be recorded as such and Mr. Berry has

the right to have a final judgment against them.

Finally, Mr. Berry further respectfully requests that the Court order that the

time for filing of an appeal shall not begin to run until the Court has disposed of

the Motion for Attorneys' Fees and Full Costs filed on March 15, 2006 or the

instant motion, which ever is later.

This Motion is brought pursuant to FRAP 4(a)(4), Fed. R. Civ. P. 58(c)(1) &

(2)  59(e), L.R., 54.3 and is supported by the attached Memorandum and

Declaration of Counsel, all of which are incorporated by this reference.

DATED: Honolulu, Hawai'i, March 21, 2006.


/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WAYNE BERRY