LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | **Civ. No. CV03 00385 SOM-LEK** |
| | **(Copyright)** |
| Plaintiff, | |
| | **DECLARATION OF TIMOTHY J.** |
| vs. | **HOGAN IN SUPPORT OF** |
| | **PLAINTIFF WAYNE BERRY'S** |
| HAWAIIAN EXPRESS SERVICE, | **RENEWED MOTION FOR** |
| INC., a California corporation; et al. | **JUDGMENT AS A MATTER OF** |
| | **LAW REGARDING** |
| | **DEFENDANT'S FAILURE TO** |
| | **PRODUCE EVIDENCE OF** |
| Defendants. | **DEDUCTIBLE EXPENSES OR IN** |
| | **THE ALTERNATIVE FOR NEW** |
| _____ | **TRIAL; EXHIBIT "1"** |

### DECLARATION OF TIMOTHY J. HOGAN IN SUPPORT OF PLAINTIFF WAYNE BERRY'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW REGARDING DEFENDANT'S FAILURE TO PRODUCE EVIDENCE OF DEDUCTIBLE EXPENSES OR IN THE ALTERNATIVE FOR NEW TRIAL

I, TIMOTHY J. HOGAN, am an attorney licensed to practice before all the

courts of Hawaii and I make this declaration under penalty of perjury.  All the

statements herein are true and correct to the best of my knowledge, information

and belief.  If called upon to testify regarding the matters contained herein, I am

competent and willing to do so.

    1.  Attached hereto as Exhibit "1" is a true and correct copy of Trial Exhibit

"46" admitted on February 28, 2006.

        DATED: Honolulu, Hawaii, March 21, 2006.

                /s/ Timothy J. Hogan

                TIMOTHY J. HOGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | Civ. No. CV03 00385 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| HAWAIIAN EXPRESS SERVICE, | ) | |
| INC., a California corporation; et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the dates and by the methods of service noted below,

a true and correct copy of the (1) PLAINTIFF WAYNE BERRY'S RENEWED

MOTION FOR JUDGMENT AS A MATTER OF LAW REGARDING

DEFENDANT'S FAILURE TO PRODUCE EVIDENCE OF DEDUCTIBLE

EXPENSES; (2) MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF

WAYNE BERRY'S MOTION FOR JUDGMENT AS A MATTER OF LAW

REGARDING DEFENDANT'S FAILURE TO PRODUCE EVIDENCE OF

DEDUCTIBLE EXPENSES; and (3) DECLARATION OF TIMOTHY J. HOGAN

IN SUPPORT OF PLAINTIFF WAYNE BERRY'S RENEWED MOTION FOR

JUDGMENT AS A MATTER OF LAW REGARDING  DEFENDANT'S

FAILURE TO PRODUCE EVIDENCE OF DEDUCTIBLE EXPENSES;

EXHIBIT "1" were served on the following at their last known addresses:

Served Electronically on March 21, 2006 :

Andrew V. Beaman abeaman@chunkerr.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Damian Capozzola dcapozzola@kirkland.com

Christopher T. Chun ctc@hosodalaw.com

Leroy E. Colombe lcolombe@chunkerr.com

Rex Y. Fujichaku rfujichaku@bchlaw.net, jennifer@bchlaw.net

Timothy J. Hogan tjh@loio.com

Lyle S. Hosoda lsh@hosodalaw.com

Eric C. Liebeler eliebeler@kirkland.com

Raina P. Mead ! rpbm@hosodalaw.com

William G. Meyer , III wmeyer@dwyerlaw.com

R. Olivia Samad osamad@kirkland.com

Lex R. Smith lrs@ksglaw.com

Ann C. Teranishi act@ksglaw.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

DATED: Honolulu, Hawai'i, March 21, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff WAYNE BERRY