398162

**KOBAYASHI, SUGITA & GODA**
LEX R. SMITH          3485-0
THOMAS H. YEE      7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No.  (808) 539-8799
Email: lrs@ksglaw.com

**KIRKLAND & ELLIS LLP**
Michael E. Baumann (CA Bar No. 145830)
Damian D. Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email: mbaumann@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) **DEFENDANT PCT'S RENEWED** |
| vs. | ) **MOTION FOR JUDGMENT AS A** |
| | ) **MATTER OF LAW AGAINST** |
| | ) **ENTITLEMENT TO PROFIT AND** |
| HAWAIIAN EXPRESS SERVICE, | ) **VICARIOUS LIABILITY** |
| INC., et al., | ) |
| | ) |
| Defendants. | ) Judge:    Hon. Susan O. Mollway |
| | ) |
| | ) |

-1-

### DEFENDANT PCT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AGAINST ENTITLEMENT TO PROFIT AND VICARIOUS LIABILITY

COMES NOW Defendant Post-Confirmation Trust ("PCT") by and through its attorneys, and hereby renews its motion before this Honorable Court for judgment as a matter of law that there is no evidence in the record to support any claim of profits resulting from the infringement of plaintiff's work.  In addition, the PCT renews its motion against vicarious liability.  This motion is based upon Rules 7 and 50(b) of the Federal Rules of Civil Procedure, and is supported by the attached Memorandum of Points and Authorities in Support of Defendant PCT's Motion for Judgment as a Matter of Law on Entitlement to Profits and Vicarious Liability.

DATED:  Honolulu, Hawaii,  March 23, 2006.

/s/ Thoms H. Yee
KOBAYASHI, SUGITA & GODA
LEX R. SMITH (659-0)
THOMAS H. YEE (7344-0)

KIRKLAND & ELLIS LLP
MICHAEL E. BAUMANN
DAMIAN D. CAPOZZOLA
R. OLIVIA SAMAD

Attorneys for Defendant PCT