CHUN, KERR, DODD, BEAMAN & WONG,
 A Limited Liability Law Partnership

LEROY E. COLOMBE     #3662-0
745 Fort Street, 9th Floor
Honolulu, HI 96813
Telephone: 528-8200
Facsimile: 536-5869
Email: lcolombe@chunkerr.com

Attorneys for Defendant
FOODLAND SUPER MARKET, LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | CASE NO. 03-CV-00385 SOM/LEK (Copyright) |
| Plaintiff, | |
| vs. | DEFENDANT FOODLAND SUPER MARKET, LIMITED'S MOTION FOR ATTORNEYS' FEES AND RELATED NON-TAXABLE COSTS |
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation; et al., | |
| Defendants. | [Non-Hearing Motion] |
| | Judge: Susan Oki Mollway |

DEFENDANT FOODLAND SUPER MARKET, LIMITED'S
MOTION FOR ATTORNEYS' FEES AND RELATED NON-TAXABLE COSTS

      Comes now Defendant above-named, by its attorneys, and moves for an award of attorneys' fees and non-taxable costs as a prevailing party herein. This Motion is supported by the attached memorandum of law, declaration of counsel, attached exhibits, and the file and pleadings herein.

101858.1

This Motion is brought pursuant to Rule 45(d)(2), Federal Rules of Civil Procedure, and LR54-3 of the Local Rules of Practice for the United States District Court for the District of Hawaii.  The attorneys' fees sought herein are authorized by 18 U.S.C. § 505.  The amount of attorneys' fees sought hereunder is $94,099.19, and the amount of related non-taxable costs is $4,407.74.

DATED:  Honolulu, Hawaii, March 23, 2006.

/s/ Leroy E. Colombe
LEROY E. COLOMBE
of Chun, Kerr, Dodd, Beaman & Wong
A Limited Liability Law Partnership

Attorneys for Defendant
FOODLAND SUPER MARKET, LIMITED