Berry v. Hawaiian Express Service, Inc., et al.
Case No. CV03-00385 SOM/LEK
U.S. District Court, District of Hawaii

## ATTORNEYS' FEES INCURRED BY
## FOODLAND SUPER MARKET, LIMITED
(through February 28, 2006)

### *RECAP*

| ATTORNEY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Andrew V. Beaman (AVB) (Partner) * | 16.10 | $250.00 | $4,025.00 |
| | 24.20 | $275.00 | $6,655.00 |
| | 37.70 | $295.00 | $11,121.50 |
| | 3.60 | $300.00 | $1,080.00 |
| Leroy E. Colombe (LEC) (Partner) * | 173.30 | $225.00 | $38,992.50 |
| | 14.20 | $250.00 | $3,550.00 |
| | 44.90 | $265.00 | $11,898.50 |
| Iver N. Larson (INL) (Associate) | 7.30 | $140.00 | $1,022.00 |
| | 46.80 | $160.00 | $7,488.00 |
| | 5.20 | $180.00 | $936.00 |
| Laura E. Warfield (LEW) (Paralegal) | 17.50 | $115.00 | $2,012.50 |
| | 10.40 | $125.00 | $1,300.00 |
| | 2.00 | $130.00 | $260.00 |
| Subtotal | 403.20 | | $90,341.00 |
| G.E. Tax | | | $3,758.19 |
| TOTAL | | | $94,099.19 |

* Discount rate.

**EXHIBIT A**

## *BREAKDOWN BY LITIGATION PHASE*

| ATTORNEY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *(A) Case development, background investigation and case administration* | | | |
| AVB | 8.40 | $275.00 | $2,310.00 |
| | 25.50 | $295.00 | $7,522.50 |
| | 0.60 | $300.00 | $180.00 |
| LEC | 2.30 | $250.00 | $575.00 |
| | 5.50 | $265.00 | $1,457.50 |
| | 12.30 | $225.00 | $2,767.50 |
| INL | 2.00 | $140.00 | $280.00 |
| | 2.00 | $160.00 | $320.00 |
| LEW | 3.50 | $115.00 | $402.50 |
| Subtotal (A) | 62.10 | | $15,815.00 |
| *(B) Pleadings* | | | |
| AVB | 6.50 | $275.00 | $1,787.50 |
| | 3.90 | $295.00 | $1,150.50 |
| LEC | 4.20 | $265.00 | $1,113.00 |
| | 0.30 | $225.00 | $67.50 |
| LEW | 5.30 | $125.00 | $662.50 |
| Subtotal (B) | 20.20 | | $4,781.00 |
| *(C) Interrogatories, document production and other written discovery* | | | |
| AVB | 4.20 | $275.00 | $1,155.00 |
| | 3.00 | $295.00 | $885.00 |
| | 0.30 | $300.00 | $90.00 |
| LEC | 0.20 | $250.00 | $50.00 |

| ATTORNEY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| | 16.50 | $265.00 | $4,372.50 |
| | 27.20 | $225.00 | $6,120.00 |
| INL | 5.30 | $140.00 | $742.00 |
| LEW | 14.00 | $115.00 | $1,610.00 |
| | 0.20 | $125.00 | $25.00 |
| Subtotal (C) | 70.90 | | $15,049.50 |
| *(D) Depositions* | | | |
| AVB | 4.90 | $275.00 | $1,347.50 |
| | 0.20 | $295.00 | $59.00 |
| LEC | 9.90 | $250.00 | $2,475.00 |
| | 0.30 | $265.00 | $79.50 |
| | 8.10 | $225.00 | $1,822.50 |
| Subtotal (D) | 23.40 | | $5,783.50 |
| *(E) Motions practice* | | | |
| AVB | 0.20 | $275.00 | $55.00 |
| | 1.40 | $295.00 | $413.00 |
| | 16.10 | $250.00 | $4,025.00 |
| | 0.50 | $300.00 | $150.00 |
| LEC | 0.70 | $250.00 | $175.00 |
| | 15.90 | $265.00 | $4,213.50 |
| | 114.50 | $225.00 | $25,762.50 |
| INL | 44.80 | $160.00 | $7,168.00 |
| | 5.20 | $180.00 | $936.00 |
| LEW | 4.90 | $125.00 | $612.50 |
| Subtotal (E) | 204.20 | | $43,510.50 |

| ATTORNEY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *(F) Attending court hearings* | | | |
| AVB | 3.70 | $295.00 | $1,091.50 |
| | 2.20 | $300.00 | $660.00 |
| LEC | 1.10 | $250.00 | $275.00 |
| | 2.50 | $265.00 | $662.50 |
| | 10.50 | $225.00 | $2,362.50 |
| Subtotal (F) | 20.00 | | $5,051.50 |
| *(H) Post-trial motions* | | | |
| LEC | 0.40 | $225.00 | $90.00 |
| LEW | 2.00 | $130.00 | $260.00 |
| Subtotal (H) | 2.40 | | $350.00 |
| | | | |
| TOTAL | 403.20 | | $90,341.00 |

4

*DETAIL*

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|------|------|-------------|------|-------|------|
| | | | | | |
| 8/18/03 | AVB | Conference with Chun re defense of lawsuit | A | 0.20 | $275.00 |
| 8/19/03 | AVB | Conference with Chun re defense of litigation; review of first amended complaint and begin review of documents, correspondence and files | A | 1.70 | $275.00 |
| 8/28/03 | AVB | Telephone conference and correspondence with Hogan re extension of time to answer; telephone conference with Smith re case background | A | 0.50 | $275.00 |
| 8/29/03 | AVB | Telephone conference with Kawano re meeting | A | 0.20 | $275.00 |
| 9/12/03 | AVB | Review and analysis of documents re Berry claim, complaint, etc. re preparation for meeting with Wall (1.3); attendance at conference with Wall, Kawano et al re [redacted] (0.9) | B | 2.20 | $275.00 |
| 9/18/03 | AVB | Correspondence with Hogan re answer, etc. | B | 0.30 | $275.00 |
| 9/19/03 | AVB | Telephone conference with Hogan re extension of time to answer complaint to 11/30/03; preparation of stipulation re same | B | 0.20 | $275.00 |
| 9/26/03 | AVB | Preparation for (0.4) and attendance at (0.5) Rule 16 conference with Hogan et al; preparation of task list re same (0.1) | A | 1.00 | $275.00 |
| 10/1/03 | AVB | Legal research re Rule 26(a) disclosures; conferences with staff re same | C | 0.50 | $275.00 |
| 10/7/03 | LEW | Review files; preparation of scheduling conference statement | A | 2.10 | $115.00 |
| 10/7/03 | LEW | Preparation of Rule 26 disclosure statement | C | 3.30 | $115.00 |
| 10/8/03 | LEC | Telephone conference with Beaman re review and signing of Rule 16 statement, Rule 26 disclosure | A | 0.20 | $250.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|------|------|-------------|------|-------|------|
| 10/8/03 | LEW | Preparation of Rule 26(a) disclosure statement | C | 1.00 | $115.00 |
| 10/8/03 | LEW | Preparation of scheduling conference statement; telephone conference with Beaman re same; intra-office conference with Colombe re same | A | 1.20 | $115.00 |
| 10/20/03 | AVB | Preparation for and attendance at scheduling conference | A | 1.00 | $275.00 |
| 10/20/03 | AVB | Conference with Larson re discovery requests | C | 0.20 | $275.00 |
| 10/20/03 | LEW | Preparation for Rule 7.1 disclosure statement | A | 0.20 | $115.00 |
| 10/27/03 | INL | Read complaint and analyze; draft first request for answers to interrogatories to Wayne Berry; draft first request for production of documents | C | 5.30 | $140.00 |
| 11/3/03 | AVB | Status report to Roger Wall | A | 0.20 | $275.00 |
| 11/5/03 | AVB | Telephone conference with Wall re status; review of various emails and discovery requests | A | 0.40 | $275.00 |
| 11/7/03 | AVB | Review of various pleadings | A | 0.20 | $275.00 |
| 11/17/03 | AVB | Review of interrogatories and preparation of draft reply | C | 0.40 | $275.00 |
| 11/18/03 | AVB | Review and analysis of email communications from Hogan re settlement | A | 0.20 | $275.00 |
| 11/18/03 | AVB | Review of discovery requests from Hogan and preparation of responses; telephone conference with Wall re [redacted]; instructions to staff re preparation of responses to discovery requests | C | 0.90 | $275.00 |
| 11/19/03 | AVB | Telephone conference with Wall re [redacted] | A | 0.20 | $275.00 |
| 11/24/03 | LEW | Preparation of response to request for production of documents, response to interrogatories | C | 2.60 | $115.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|------|------|-------------|------|-------|------|
| 11/25/03 | AVB | Review of correspondence and emails and instructions to staff re status conference and discovery requests; telephone conference with Wall re [redacted] | A | 0.60 | $275.00 |
| 11/25/03 | LEW | Preparation of responses to discovery requests | C | 2.80 | $115.00 |
| 11/26/03 | AVB | Conference with Warfield and Chun re discovery requests; review and revision of draft answers to interrogatories and response to document production requests | C | 0.60 | $275.00 |
| 11/26/03 | AVB | Preparation of answer to complaint; instructions to staff re same; research re factual allegations; legal research re affirmative defenses | B | 2.40 | $275.00 |
| 11/26/03 | AVB | Review of emails | A | 0.20 | $275.00 |
| 11/26/03 | LEW | Preparation of responses to discovery requests | C | 1.20 | $115.00 |
| 11/28/03 | AVB | Conference with Warfield re interrogatory answers and telephone conference with Wall re status | C | 0.40 | $275.00 |
| 11/28/03 | LEW | Preparation of responses to interrogatories | C | 1.60 | $115.00 |
| 11/29/03 | LEW | Preparation of response to interrogatories | C | 1.20 | $115.00 |
| 12/1/03 | AVB | Preparation, review and revision of discovery responses | C | 0.20 | $275.00 |
| 12/1/03 | AVB | Conference with Larson re status conference outcome | A | 0.20 | $275.00 |
| 12/1/03 | INL | Attend status conference | A | 1.00 | $140.00 |
| 12/2/03 | AVB | Email Hogan re answer and stipulation to set aside default | A | 0.20 | $275.00 |
| 12/3/03 | AVB | Conferences and email Larson re answer, stipulations, etc. | A | 0.20 | $275.00 |
| 12/3/03 | INL | Draft stipulation re withdrawal of clerk's entering of default and extension of deadline to file answer | A | 1.00 | $140.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|------|------|-------------|------|-------|------|
| 12/10/03 | AVB | Review and analysis of answers to interrogatories, motion to appoint receiver, and documents and pleadings filed; telephone conference and emails to Hogan and Wall re settlement proposal | A | 1.20 | $275.00 |
| 12/11/03 | AVB | Preparation, review and revision of answer to complaint; review of documents and pleadings re same | B | 0.90 | $275.00 |
| 12/15/03 | AVB | Conference with Colombe re motion to appoint discovery master | E | 0.20 | $275.00 |
| 12/15/03 | AVB | Review of draft answer to complaint | B | 0.20 | $275.00 |
| 12/15/03 | LEC | Discussion with Beaman re motion to appoint discovery master; review of same; preparation of statement of no opposition re same | E | 0.70 | $250.00 |
| 12/16/03 | AVB | Attendance at Dillon deposition | D | 4.70 | $275.00 |
| 12/16/03 | LEC | Discussion with Beaman re Dillon deposition | D | 0.20 | $250.00 |
| 12/17/03 | AVB | Conference with Colombe re preparation for deposition of Dillon | D | 0.20 | $275.00 |
| 12/17/03 | LEC | Discussion with Beaman re pending motions, Dillon deposition, etc. | D | 0.50 | $250.00 |
| 12/18/03 | AVB | Review and execution of answer to complaint | B | 0.30 | $275.00 |
| 12/18/03 | LEC | Review of and discussion with Beaman re various correspondence/pleadings | A | 0.40 | $250.00 |
| 12/19/03 | AVB | Review of pleadings and documents and conferences with Warfield and Colombe re handling of discovery, preparation for Dillon deposition, etc. | C | 1.00 | $275.00 |
| 12/19/03 | LEC | Review of materials re Dillon deposition, motion to appoint master; discussion with Beaman re background, first session of Dillon deposition | D | 0.90 | $250.00 |
| 12/22/03 | LEC | Review of complaint, motion to dismiss; further preparation of deposition of Dillon | D | 1.00 | $250.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|------|------|-------------|------|-------|------|
| 12/23/03 | LEC | Further preparation for and attendance at Dillon deposition | D | 7.30 | $250.00 |
| 12/23/03 | LEC | Review of files re case status | A | 0.70 | $250.00 |
| 12/24/03 | LEC | Further review of file and analysis of [discussion with Chun] background, prospects for motion for summary judgment, etc. | A | 1.00 | $250.00 |
| 12/30/03 | LEC | Preparation for and attendance at hearing on motion to appoint discovery master | F | 1.10 | $250.00 |
| 12/30/03 | LEC | Discussion with staff re setting for further discovery conference | C | 0.20 | $250.00 |
| 12/30/03 | LEW | Telephone conference with Hogan re production of documents; email Beaman re same | C | 0.30 | $115.00 |
|  |  |  |  |  |  |
| 1/5/04 | LEC | Discussion with Beaman re case status, Dillon deposition, etc.; review of email re deposition scheduling | D | 0.30 | $265.00 |
| 1/15/04 | AVB | Preparation for and attendance at LR 37.1 meet and confer with Hogan | C | 1.00 | $295.00 |
| 1/16/04 | AVB | Review of correspondence and emails from Berry and telephone conference with Wall re [redacted] | A | 0.30 | $295.00 |
| 1/20/04 | AVB | Review and analysis of various motions from Hogan | E | 0.30 | $295.00 |
| 1/20/04 | AVB | Conference with Colombe re strategy | A | 0.30 | $295.00 |
| 1/20/04 | LEC | Review of motion to set aside default and analysis of no opposition to same; review and analysis of motion to leave to file second amended complaint and motion to extend deadline to amend pleadings; discussion with Beaman re same | E | 1.60 | $265.00 |
| 1/21/04 | LEC | Further analysis of amended complaint, motion to extend deadline; review of errata sheet | A | 0.40 | $265.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|------|------|-------------|------|-------|------|
| 1/23/04 | LEC | Preparation of statement of no opposition to motion to set aside default | E | 0.20 | $265.00 |
| 1/26/04 | AVB | Settlement offer to Hogan | A | 0.20 | $295.00 |
| 1/28/04 | LEC | Research of grounds to oppose motion for leave to file amended complaint | E | 0.70 | $265.00 |
| 1/28/04 | LEC | Discussion with Beaman re settlement discussion, further action re same | A | 0.30 | $265.00 |
| 1/29/04 | LEC | Research of and preparation of memoranda in opposition to motion for leave to amend and motion to extend deadline to answer | E | 1.30 | $265.00 |
| 1/30/04 | LEC | Further drafting of oppositions to motion to extend and motion for leave to amend | E | 1.10 | $265.00 |
| 2/2/04 | AVB | Review of pleadings and memorandums re plaintiff's motion for leave to file second amended complaint | E | 0.20 | $295.00 |
| 2/2/04 | LEC | Review of memorandum in opposition filed to pending motions | E | 0.40 | $265.00 |
| 2/5/04 | AVB | Telephone conference with Wall re [redacted]; review of documents from Wall and email Hogan re settlement; conference with Colombe re status | A | 0.70 | $295.00 |
| 2/5/04 | LEC | Review of emails re and discussion with Beaman re settlement status; review of files and preparation for discovery/status conference | A | 0.50 | $265.00 |
| 2/6/04 | AVB | Preparation for and attendance at Rule 16 meeting; status report to Wall; preparation, review and revision of draft settlement conference statement | A | 3.20 | $295.00 |
| 2/6/04 | LEC | Attendance at discovery conference | C | 1.00 | $265.00 |
| 2/6/04 | LEC | Analysis of and discussion with Beaman re settlement position, continued trial date, etc. | A | 0.30 | $265.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|---|---|---|---|---|---|
| 2/9/04 | AVB | Telephone conference with Smith re preparation for settlement conference; review and analysis of Hogan proposal and email Wall re same | A | 0.70 | $295.00 |
| 2/10/04 | AVB | Final preparation of confidential settlement agreement | A | 0.20 | $295.00 |
| 2/11/04 | AVB | Review of Hogan email and proposal and response to Hogan re same; email Wall re same: review Judge's inclination | A | 0.50 | $295.00 |
| 2/13/04 | LEC | Review of reply memorandum re motion to amend, etc.; review of court's tentative ruling; discussion with Beaman re 2/17 hearing date | E | 0.40 | $265.00 |
| 2/17/04 | AVB | Preparation for and attendance at hearing re motion for leave to amend and settlement conference; conferences with Colombe re same; telephone conference with Wall re same; emails Hogan re same | F | 3.70 | $295.00 |
| 2/17/04 | LEC | Discussion with Beaman and analysis of settlement status, pending motions, discovery, motion for summary judgment | A | 0.60 | $265.00 |
| 2/18/04 | AVB | Review of pleadings, conferences with staff and email Wall re [redacted] | A | 0.20 | $295.00 |
| 2/18/04 | LEC | Preparation of statement of no position on Cohen motion to strike; review of minute order re motion to amend pleadings | E | 0.30 | $265.00 |
| 2/23/04 | AVB | Review of proposed second amended complaint as revised by Hogan | B | 0.30 | $295.00 |
| 2/27/04 | AVB | Review of second amended complaint; legal research; preparation, review and revision of objections to same | B | 3.20 | $295.00 |
| 2/27/04 | AVB | Review of settlement proposal from Smith and email Wall re [redacted] | A | 0.30 | $295.00 |
| 3/1/04 | AVB | Review and analysis of pleadings | B | 0.40 | $295.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|---|---|---|---|---|---|
| 3/2/04 | AVB | Preparation of comments re draft term sheet and email Smith et al re same | A | 1.00 | $295.00 |
| 3/3/04 | AVB | Preparation for and attendance at settlement conference with Judge Kobayashi | A | 2.30 | $295.00 |
| 3/5/04 | AVB | Review of orders and conference with staff re status of litigation | A | 0.20 | $295.00 |
| 3/5/04 | LEC | Review of minutes re second amended complaint, motion to dismiss; discussion with Beaman re same, case status, no further action until mediation | A | 0.30 | $265.00 |
| 3/17/04 | AVB | Attendance at status conference before Kobayashi | A | 0.90 | $295.00 |
| 3/18/04 | AVB | Status report to Wall | A | 0.20 | $295.00 |
| 3/19/04 | AVB | Conference with staff re documents; review order | A | 0.20 | $295.00 |
| 4/16/04 | AVB | Preparation for and attendance at conference with Bill Meyer re settlement mediation | A | 0.60 | $295.00 |
| 4/28/04 | AVB | Review of correspondence and files and telephone conference with Meyer's office re pre-mediation statement | A | 0.50 | $295.00 |
| 5/3/04 | AVB | Preparation, review and revision of pre-mediation statement | A | 2.00 | $295.00 |
| 5/4/04 | AVB | Preparation for settlement conference; review of documents and orders and telephone conference with Wall re [redacted] | A | 0.80 | $295.00 |
| 5/5/04 | AVB | Preparation for and attendance at settlement conference with status report to Wall re [redacted] | A | 4.80 | $295.00 |
| 5/6/04 | AVB | Preparation for and attendance at Rule 16 conference and conferences with co-counsel re strategy | A | 2.00 | $295.00 |
| 5/13/04 | AVB | Preparation for and attendance at status conference | A | 0.80 | $295.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|---|---|---|---|---|---|
| 5/14/04 | AVB | Status report to Roger Wall; review of correspondence | A | 0.20 | $295.00 |
| 5/17/04 | AVB | Review of correspondence and court orders | A | 0.20 | $295.00 |
| 5/18/04 | AVB | Emails Hogan re discovery issues | C | 0.20 | $295.00 |
| 5/19/04 | AVB | Office conference re handling of discovery, etc. | C | 0.20 | $295.00 |
| 5/19/04 | LEC | Review of recent pleadings and correspondence and discussion with Beaman re appeal of scheduling order, status | A | 0.50 | $265.00 |
| 5/19/04 | LEC | Review of emails re discovery status and file re same | C | 0.70 | $265.00 |
| 5/20/04 | AVB | Conferences with Colombe re discovery issues and email Colombe re same | C | 0.60 | $295.00 |
| 5/20/04 | LEC | Further review of file, communications with Hogan, client re discovery; preparation of letter to Hogan re discovery issues; preparation of memorandum to Wall re [redacted] | C | 2.80 | $265.00 |
| 5/21/04 | LEC | Further analysis of discovery status and telephone conference with Hogan | C | 0.60 | $265.00 |
| 5/25/04 | LEC | Telephone conference with Wall re [redacted] | C | 0.10 | $265.00 |
| 5/28/04 | LEC | Exchange of telephone calls with Wall re [redacted]; telephone conference with Hogan re same; further drafting of letter to Hogan re discovery issues; review, redact emails re Ota | C | 1.10 | $265.00 |
| 5/28/04 | LEC | Review recent pleadings re motion for preliminary injunction, appeal of discovery order | E | 0.40 | $265.00 |
| 6/1/04 | LEC | Exchange of emails with Hogan; finalization of letter to Hogan and review of redacted emails; telephone conference with Wong re [redacted] | C | 0.40 | $265.00 |
| 6/2/04 | LEC | Exchange of emails with Hogan and email to staff re forwarding material to Wong | C | 0.20 | $265.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|------|------|-------------|------|-------|------|
| 6/4/04 | LEC | Telephone conference with Wall re [redacted]; exchange of emails with Hogan re same, status of document request, etc. | C | 0.40 | $265.00 |
| 6/4/04 | LEW | Intra-office conference with Cheryl; email Hogan in response to his request re additional documents | C | 0.20 | $125.00 |
| 6/8/04 | AVB | Review of correspondence, discovery communications and emails from Hogan, et al; email Hogan and Colombe re same | C | 0.50 | $295.00 |
| 6/10/04 | LEC | Voicemail from Wall re [redacted]; review of emails re status | C | 0.20 | $265.00 |
| 6/15/04 | LEC | Telephone conference with clients and exchange of emails with Hogan re [redacted] | C | 0.80 | $265.00 |
| 6/16/04 | LEC | Emails and telephone conference with Hogan, Wong re [redacted]; review of various correspondence re deposition of Berry, etc. | C | 1.00 | $265.00 |
| 6/17/04 | LEC | Further telephone conference with Wong re [redacted]; telephone conference with Hogan re same; email to Wall re [redacted] | C | 0.30 | $265.00 |
| 6/18/04 | LEC | Review of further correspondence re various discovery issues and analysis of same | C | 0.20 | $265.00 |
| 6/22/04 | LEC | Review of civil RICO statement filed by Plaintiff | A | 1.10 | $265.00 |
| 6/22/04 | LEC | Review of correspondence re documents, etc.; telephone conference with Hogan, Wong re [redacted] | C | 0.70 | $265.00 |
| 6/23/04 | LEC | Telephone conference with Hogan re review of invoices, production of documents; preliminary review of second amended complaint and discussion with staff re service, answer deadline for same | C | 0.60 | $265.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|------|------|-------------|------|-------|------|
| 6/24/04 | LEC | Preparation for, travel to and meeting with Wong re documents produced to plaintiff; review of same; telephone conference with Hogan re same; telephone conference with Hogan and instruction to staff re copying of shipping invoices | C | 1.70 | $265.00 |
| 6/25/04 | LEC | Correspondence from Berry re document production and transmit to Wong; further discussion with staff re copying documents | C | 0.40 | $265.00 |
| 6/25/04 | LEC | Preliminary review of second amended complaint and review of file re answer to previous complaint | B | 0.60 | $265.00 |
| 6/28/04 | AVB | Review of subpoena, etc.; telephone conference with Mead and email and conference with Colombe re same | C | 0.50 | $295.00 |
| 6/28/04 | LEC | Review of correspondence, email re subpoena to Bernadino; telephone conference with Hosoda's office re same; exchange of telephone calls with Wall re [redacted]; discussion with Warfield re same, response to first amended complaint | A | 0.70 | $265.00 |
| 6/29/04 | AVB | Email Colombe re Bernadino | D | 0.20 | $295.00 |
| 6/29/04 | LEC | Telephone conference with Wall re [redacted]; exchange of telephone calls with Wong; review of emails re Bernadino deposition | C | 0.60 | $265.00 |
| 6/29/04 | LEW | Compare first and second amended complaints; preparation of answer to second amended complaint | B | 3.50 | $125.00 |
| 6/30/04 | LEW | Preparation of answer to second amended complaint | B | 1.80 | $125.00 |
| 7/1/04 | LEC | Review of and discussion with Warfield re review of file, comparison of complaints; preparation of answer to second amended complaint | B | 1.30 | $265.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|---|---|---|---|---|---|
| 7/2/04 | LEC | Telephone conference with Wall re [redacted]; telephone conference with and emails to Hogan re extension of deadline to answer; preparation of letter to Hogan re same; further drafting of answer | B | 1.10 | $265.00 |
| 7/5/04 | LEC | Review of order re discovery conference and analysis of need for any letter brief | C | 0.30 | $265.00 |
| 7/6/04 | LEC | Exchange of telephone calls with Wall re [redacted]; review of correspondence re discovery conference | A | 0.30 | $265.00 |
| 7/7/04 | LEC | Conference with Wall, Porter re [redacted]; revision and finalization of answer | B | 1.20 | $265.00 |
| 7/7/04 | LEC | Preparation for and attendance at discovery conference; conference with Hogan and telephone conference with Wong re [redacted]; review of court order on discovery conference, Noa documents, etc. | C | 1.70 | $265.00 |
| 7/13/04 | LEC | Review of answers filed by other parties; analysis of grounds for motion for summary judgment | E | 0.60 | $265.00 |
| 7/14/04 | LEC | Review of various pleadings and correspondence | A | 0.30 | $265.00 |
| 7/16/04 | LEC | Review of answer filed by C&S; analysis of innocent infringer defense | E | 0.40 | $265.00 |
| 7/19/04 | LEC | Preparation of letter to Hogan re additional interrogatories | C | 0.20 | $265.00 |
| 7/19/04 | LEC | Research of contribution infringement, "innocent infringer"; review of file re analysis of interrogatory answers; need for further interrogatories for motion for summary judgment, etc. | E | 2.20 | $265.00 |
| 8/11/04 | AVB | Conference with Colombe re status | A | 0.20 | $295.00 |
| 8/11/04 | LEC | Review of motion for preliminary injunction and analysis of Foodland position on same; preparation of statement re same | E | 0.60 | $265.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|------|------|-------------|------|-------|------|
| 8/12/04 | LEC | Review of opposition to motion for preliminary injunction | E | 0.40 | $265.00 |
| 8/13/04 | LEC | Further review of opposition to motion for preliminary injunction and analysis of use of factual material in motion for summary judgment | E | 0.40 | $265.00 |
| 8/16/04 | LEC | Review of Noa interrogatory answers and analysis of use in motion for summary judgment; analysis of and discussion with Larson re research for motion for summary judgment | E | 0.80 | $265.00 |
| 8/17/04 | INL | Read complaint; read RICO statement | A | 2.00 | $160.00 |
| 8/18/04 | LEC | Discussion with Larson re motion for summary judgment, issues for same; further analysis of factual items needed for summary judgment | E | 0.70 | $265.00 |
| 8/24/04 | LEC | Review of further pleadings re motion for preliminary injunction | E | 0.20 | $265.00 |
| 8/25/04 | AVB | Conference with Colombe re status | A | 0.20 | $295.00 |
| 8/25/04 | LEC | Telephone conference with court clerk, Beaman re findings of fact and conclusion of law, motion for preliminary injunction, etc. | E | 0.50 | $265.00 |
| 8/26/04 | LEC | Review of proposed findings of fact and conclusions of law and various pleadings re motion for preliminary injunction; analysis of Foodland's position on same | E | 1.20 | $265.00 |
| 8/27/04 | LEC | Further review of findings of fact and conclusions of law by other parties; review of Mollway's inclinations on motion for preliminary injunction; telephone conference with Wall re [redacted] | E | 1.30 | $265.00 |
| 8/30/04 | INL | Research copyright law | E | 1.60 | $160.00 |
| 8/30/04 | LEC | Preparation for and attendance at hearing on motion for preliminary injunction | F | 2.50 | $265.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|------|------|-------------|------|-------|------|
| 8/31/04 | LEC | Review of emails from Hogan re special master proposed at motion for preliminary injunction, etc. | E | 0.20 | $265.00 |
| 8/31/04 | LEC | Telephone conference with Wall re [redacted] | A | 0.20 | $265.00 |
| 8/31/04 | LEC | Exchange of emails with Hogan and analysis of status of discovery, "meet and confer," etc. | C | 0.50 | $265.00 |
| 9/1/04 | LEC | Review of email and fax to Wall re [redacted]; telephone conference with Wall re [redacted]; preliminary analysis and research re anti-trust claims for motion for summary judgment | E | 2.30 | $225.00 |
| 9/2/04 | LEC | Further research re anti-trust issues | E | 1.20 | $225.00 |
| 9/2/04 | LEC | Review of correspondence re and emails with Berry re discovery issues, "meet and confer," etc. | C | 0.80 | $225.00 |
| 9/2/04 | LEW | Obtain cases for Colombe from Westlaw | E | 0.30 | $125.00 |
| 9/3/04 | LEC | Exchange of telephone calls with Wall re [redacted]; research and analysis of anti-trust issues, motion for summary judgment | E | 1.20 | $225.00 |
| 9/8/04 | LEC | Telephone conference with Wall re [redacted]; further research re anti-trust issues; discussion with Warfield re gathering of market data | E | 2.10 | $225.00 |
| 9/9/04 | LEC | Review of further market data; telephone conference with Wall re [redacted]; preparation for and meeting with Hogan re discovery issues; telephone conference with Smith re motion for summary judgment, C&S market share, etc.; further analysis of factual, legal issues for summary judgment; review of motion to appoint receiver | E | 2.60 | $225.00 |
| 9/10/04 | LEC | Further research and analysis of anti-trust issues and analysis of factual issues to be covered; email to Wall re [redacted] | E | 2.10 | $225.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|---|---|---|---|---|---|
| 9/10/04 | LEC | Review of notes on file in preparation for telephone conference re discovery, etc.; telephone conference with Wall, Wong, Oshiro re [redacted] | C | 0.40 | $225.00 |
| 9/12/04 | INL | Research contributory copyright infringement of computer programs; analyze claim of contributory copyright infringement against Foodland | E | 6.70 | $160.00 |
| 9/13/04 | AVB | Conference with Colombe and Larson re summary judgment motion | E | 0.40 | $295.00 |
| 9/13/04 | INL | Conference with Colombe re copyright | E | 0.50 | $160.00 |
| 9/13/04 | LEC | Review of emails re settlement, status | A | 0.10 | $225.00 |
| 9/13/04 | LEC | Further research of anti-trust issues; discussion with Larson re infringement claim, issues, etc.; review of further pleadings re motion to appoint receiver | E | 2.20 | $225.00 |
| 9/14/04 | LEC | Email to Wall re [redacted]; review of Dillon declaration; preparation of motion for summary judgment | E | 2.30 | $225.00 |
| 9/15/04 | INL | Draft motion for summary judgment argument for direct copyright infringement, vicarious copyright infringement and contributory copyright infringement | E | 6.50 | $160.00 |
| 9/15/04 | LEC | Review of emails re settlement status | A | 0.20 | $225.00 |
| 9/15/04 | LEC | Further drafting of motion for summary judgment; review of material re infringement and discussion with Larson re same | E | 1.20 | $225.00 |
| 9/16/04 | LEC | Discussion with Larson re drafting of argument re infringement issues; preparation for and telephone conference with Wall, Porter, Oshiro re [redacted]; analysis of drafting of declarations and drafting of motion for summary judgment | E | 2.50 | $225.00 |
| 9/16/04 | LEC | Review of order re briefing on motion to appoint master; telephone conference with Wall re [redacted] | A | 0.30 | $225.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|------|------|-------------|------|-------|------|
| 9/17/04 | LEC | Review of notes re and drafting of Wall declaration | E | 0.80 | $225.00 |
| 9/20/04 | LEC | Review of fax from court and telephone conference, emails with Lopez re hearing date, time; further analysis of factual issues and preparation of Wall declaration; preparation of Oshiro declaration; telephone conference with Oshiro re [redacted] | E | 2.30 | $225.00 |
| 9/21/04 | AVB | Review of pleadings and conferences and email Colombe re status | A | 0.40 | $295.00 |
| 9/21/04 | LEC | Review of responses to motion to appoint special master; preparation of opposition to Berry's response; telephone conference with Oshiro re [redacted]; further drafting of Wall, Oshiro declaration; preparation of Porter declaration; transmit declarations and emails, telephone conferences re same; further drafting of motion for summary judgment | E | 3.00 | $225.00 |
| 9/22/04 | AVB | Conference with Colombe re status of case, tentative ruling from Judge Kobayashi, possible summary judgment issues, etc.; review of documents re same | A | 0.40 | $295.00 |
| 9/22/04 | LEC | Further drafting of motion for summary judgment; finalization of response to Berry's objection to motion to appoint special master; telephone conference with Smith re status of motions, C&S support on factual issues for motion for summary judgment, etc. | E | 2.60 | $225.00 |
| 9/23/04 | LEC | Review of further authorities submitted by Hogan; review of Kobayashi's inclinations on motion to appoint special master; discussion with Larson re infringement issues; telephone conference with Oshiro re receipt of declaration | E | 1.10 | $225.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|------|------|-------------|------|-------|------|
| 9/24/04 | INL | Research conspiracy to commit copyright infringement; analyze claim of conspiracy to commit copyright infringement against Foodland; draft conspiracy to commit copyright infringement argument; review and revision of copyright argument; discussion with Colombe re conspiracy | E | 10.30 | $160.00 |
| 9/24/04 | LEC | Research re RICO and further drafting of motion for summary judgment; further discussion with Larson re conspiracy claim; telephone conference with Wall re [redacted] | C | 2.70 | $225.00 |
| 9/27/04 | LEC | Analysis of status of discovery, disclosures | C | 0.60 | $225.00 |
| 9/27/04 | LEC | Further research of RICO and further drafting of motion for summary judgment; telephone conference with Wall and Oshiro re [redacted]; discussion with Warfield re concise statement of facts, copies of cases cited, etc. | E | 2.40 | $225.00 |
| 9/27/04 | LEC | Attendance at hearing on motion to appoint special master | F | 0.90 | $225.00 |
| 9/27/04 | LEW | Print cases from Westlaw | E | 0.40 | $125.00 |
| 9/28/04 | LEC | Further research of various legal issues and drafting of motion for summary judgment; telephone conferences with Wall, Oshiro re [redacted]; discussion with Larson re infringement issues | E | 3.80 | $225.00 |
| 9/28/04 | LEC | Attendance at hearing on motion for preliminary injunction (continued) | F | 4.20 | $225.00 |
| 9/29/04 | AVB | Review of documents and pleadings and emails re motion for preliminary injunction and motion for summary judgment; conference with Colombe re status | A | 0.30 | $295.00 |
| 9/29/04 | INL | Further research to refine civil conspiracy argument; review and revision of civil conspiracy argument | E | 4.20 | $160.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|------|------|-------------|------|-------|------|
| 9/29/04 | LEC | Telephone conference with Hosoda, Morgan re motion for summary judgment, scheduling etc.; further drafting of motion for summary judgment; further drafting of declarations and telephone conferences with Wall, Porter re [redacted]; telephone conference with Wall re [redacted]; preparation of concise statement of facts | E | 4.80 | $225.00 |
| 9/29/04 | LEC | Review of emails from Hosoda, Berry re discovery issues; review of email from Hogan re documents, job ad; conference with Wall and email to Hogan re [redacted] | C | 0.70 | $225.00 |
| 9/30/04 | LEC | Telephone conference with Wall re [redacted]; preparation of amended disclosure | A | 0.30 | $225.00 |
| 9/30/04 | LEC | Further drafting of concise statement of facts for motion for summary judgment; revision, finalization, and insert record references into memorandum in support of motion for summary judgment; discussion with staff re declarations, etc.; review, revision, finalization of motion for summary judgment, hearing date, etc.; review of motion for relief for discovery conference order | E | 4.40 | $225.00 |
| 9/30/04 | LEW | Check and revise table of authorities | E | 0.50 | $125.00 |
| 10/1/04 | LEC | Further exchange of emails with Hogan and telephone conference with Wall re [redacted]; review of files re past interrogatory answers, etc.; analysis of discovery status, issues raised by Hogan, etc. | C | 1.30 | $225.00 |
| 10/1/04 | LEC | Further review of motion to amend scheduling order and preparation of opposition to same; review of emails re motions for summary judgment; review of motions for summary judgment filed by other defendants; review of files and analysis of likely issues for opposition, reply to motion for summary judgment; discussion with Chun re 2001 correspondence with Hogan | E | 2.50 | $225.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|------|------|-------------|------|-------|------|
| 10/4/04 | LEC | Telephone conference with Wall re [redacted]; further drafting of memorandum in opposition to motion to amend scheduling order | E | 1.00 | $225.00 |
| 10/5/04 | LEC | Emails with Hogan re meet and confer on vendor documents, etc.; telephone conference with clients re [redacted]; meeting with Hogan re same; review of Hogan email re specific items sought and forward to client | C | 1.40 | $225.00 |
| 10/5/04 | LEC | Preparation of Murphy declaration and telephone conference with Murphy re [redacted]; further drafting of memorandum in opposition | E | 1.10 | $225.00 |
| 10/6/04 | LEC | Exchange of telephone calls with Wall re [redacted]; telephone conference with Wong re [redacted] | C | 0.70 | $225.00 |
| 10/6/04 | LEC | Telephone conference with Murphy re [redacted] | E | 0.20 | $225.00 |
| 10/7/04 | LEC | Further drafting of memorandum in opposition to motion to amend scheduling order; discussion with staff re receipt of Murphy declaration for same, etc. | A | 1.10 | $225.00 |
| 10/7/04 | LEC | Exchange of emails with Hogan and telephone conference with client re mainland vendor documents requested by Hogan | C | 0.50 | $225.00 |
| 10/11/04 | LEC | Telephone conference with Wall re status, documents requested by Hogan; review of fax re same; email to Hogan re same | C | 0.80 | $225.00 |
| 10/12/04 | LEC | Further review of documents re mainland vendor shipments to Fleming; emails and telephone conference with Hogan re same; telephone conference with Wong re [redacted]; meeting with Hogan re same, further information | C | 2.00 | $225.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|------|------|-------------|------|-------|------|
| 10/12/04 | LEC | Review of various pleadings re pending motions, request for depositions, etc.; review of order denying Berry's motion for preliminary injunction; telephone conference with Wall [redacted]; telephone conference with Porter re [redacted] | E | 1.40 | $225.00 |
| 10/13/04 | LEC | Telephone conference and emails with Hogan re documents, privileged documents obtained from counsel; review of and discussion with Chun re same; email to Wong re [redacted]; telephone conference with Wall re [redacted] | C | 1.60 | $225.00 |
| 10/13/04 | LEC | Review of various pleadings re motion to amend scheduling order, etc.; review of emails re request to continue trial date; preparation of letter to Hogan re same | E | 0.80 | $225.00 |
| 10/14/04 | LEC | Further review and analysis of privileged documents Hogan wants to use in opposition to motion for summary judgment and analysis of same; further discussion with Chun re same, meeting with Berry, Hogan; telephone conference with Wall re [redacted]; telephone conference with Smith re privileged documents, etc. | E | 1.80 | $225.00 |
| 10/15/04 | LEC | Review of Wall, Berry testimony from Berry/Fleming litigation; further analysis of privileged documents and letter to Hogan re same; review of emails re Noa records, etc. | C | 1.50 | $225.00 |
| 10/18/04 | LEC | Review of emails, pleadings, correspondence re pending motions, etc.; research and analysis of attorney-client privilege, possible motion for protective order; finalize letter to Hogan re privileged documents | E | 1.60 | $225.00 |
| 10/19/04 | LEC | Further discussion with Chun re privileged documents; review of letter from Hogan re same; analysis of motion for protective order for same; review of correspondence re Noa documents, pending motions, etc. | E | 1.10 | $225.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|---|---|---|---|---|---|
| 10/20/04 | LEC | Preparation of declaration of Chun re privileged documents; further analysis of and telephone conference with Wall re [redacted]; further research of same re attorney-client privilege issues; preparation of submission of Porter's re-executed declaration for motion for summary judgment | E | 2.10 | $225.00 |
| 10/21/04 | LEC | Telephone conference with and emails with Hogan, Wong re documents requested by Hogan | C | 0.50 | $225.00 |
| 10/21/04 | LEC | Telephone conference with Hogan re no agreement on privileged documents, need for protective order; telephone conference with Wall re [redacted]; preparation of Wall declaration; preparation of motion for protective order; revisions and discussion with Chun re declaration; analysis of Fleming/Foodland agreement and confidentiality; telephone conference with Wall re [redacted]; discussion with Warfield re and preparation of declaration for motion to shorten time | E | 3.80 | $225.00 |
| 10/21/04 | LEW | Preparation of ex parte motion for shorten time | E | 1.50 | $125.00 |
| 10/22/04 | LEC | Review of correspondence re pending discovery issues; further drafting of motion for protective order and Chun declaration for same | E | 4.50 | $225.00 |
| 10/22/04 | LEC | Telephone conference with Wong and emails with Hogan re vendor documents and preliminary review of same | C | 0.70 | $225.00 |
| 10/26/04 | LEC | Review of emails from Hogan and forward to Wong re vendor documents; analysis of same, effect on outstanding issues, etc. | C | 0.40 | $225.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|------|------|-------------|------|-------|------|
| 10/26/04 | LEC | Review of plaintiff's memorandum re motion to shorten time; discussion with staff re status of motion to shorten time; analysis and research of issues anticipated for opposition to motion for summary judgment | E | 0.70 | $225.00 |
| 10/27/04 | LEC | Telephone conference with Wong re [redacted] | C | 0.10 | $225.00 |
| 10/27/04 | LEC | Discussion with staff re date for motion for protective order; emails re continuance of hearing; review of order re discovery master; telephone conference with Smith re same, candidates for master, etc.; review of various pleadings and orders re pending motions, including motion for reconsideration of order denying motion for preliminary injunction | E | 1.10 | $225.00 |
| 10/28/04 | AVB | Review of emails and documents re ex parte motion to continue hearing on summary judgment motion; conference with Colombe re same | E | 0.50 | $295.00 |
| 10/28/04 | LEC | Emails with Hogan and telephone conference with Wong re [redacted] | C | 0.40 | $225.00 |
| 10/28/04 | LEC | Emails re and review of ex parte motion re continuing hearing date; preparation of memorandum in opposition to same | E | 2.80 | $225.00 |
| 10/29/04 | LEC | Further research and drafting of opposition to motion to continue; review of memorandum in opposition, etc., filed by other defendants | E | 3.50 | $225.00 |
| 10/31/04 | LEC | Telephone conference with Wong and emails with Wong re [redacted] | C | 0.20 | $225.00 |
| 10/31/04 | LEC | Review of reply memorandum re motion to continue | E | 0.20 | $225.00 |
| 11/1/04 | LEC | Review of opposition to motion for protective order and preparation of reply to same; telephone conference with Wong, Wall and discussion with Chun re [redacted]; review of files, timesheets re meeting dates | E | 2.60 | $225.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|------|------|-------------|------|-------|------|
| 11/2/04 | LEC | Review of court orders re pending motions and preparation for hearing on motion for protective order; further drafting of reply to memorandum in opposition to motion for protective order and telephone conference with Wong, Wall re [redacted]; preparation of declarations; discussion with Chun re same | E | 2.70 | $225.00 |
| 11/3/04 | AVB | Office conferences re status | A | 0.20 | $295.00 |
| 11/3/04 | LEC | Attendance at hearing on motion for protective order | F | 0.80 | $225.00 |
| 11/3/04 | LEC | Preparation for hearing on motion for protective order; review of Berry motion for reconsideration re continuance of motions for summary judgment hearing; discussion with Beaman, Chun re outcome of hearing on motion for protective order | E | 0.90 | $225.00 |
| 11/4/04 | LEC | Review of protective order; exchange of emails with Hosoda re Berry motion for reconsideration re continuance of motion for summary judgment; preparation of memorandum in opposition to same; review and analysis of Judge Mollway's order re scheduling of motion for summary judgment; office discussion re new briefing schedule; telephone conference with Hosoda, Morgan re same; telephone conference with Wall re [redacted] | E | 1.50 | $225.00 |
| 11/5/04 | LEC | Telephone conference with Hosoda, Morgan re rescheduling of motions for summary judgment, briefing schedule | E | 0.20 | $225.00 |
| 11/5/04 | LEC | Exchange of emails with Hogan re further documents and review of files re same | C | 0.70 | $225.00 |
| 11/5/04 | LEC | Preparation of statement of no position re motion for reconsideration of motion for preliminary injunction | E | 0.40 | $225.00 |
| 11/6/04 | LEC | Telephone conference and emails with Hogan re appeal of protective order; preliminary review of same | E | 0.60 | $225.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|---|---|---|---|---|---|
| 11/7/04 | LEC | Preparation of response to appeal of protective order | E | 1.50 | $225.00 |
| 11/8/04 | LEC | Review of oppositions to motion for reconsideration order denying preliminary injunction; telephone conference with Smith re pending appeal of protective order; telephone conference with Wall re [redacted]; email to Hogan re same; preparation of response to appeal | E | 1.30 | $225.00 |
| 11/8/04 | LEC | Telephone conference with Wall re [redacted]; review of Stussi letter; email to Hogan re same | A | 0.30 | $225.00 |
| 11/8/04 | LEC | Telephone conference and emails re discovery matters | C | 0.20 | $225.00 |
| 11/9/04 | LEC | Further drafting of response to appeal of protective order | E | 1.00 | $225.00 |
| 11/10/04 | LEC | Review of emails re, analysis of, and email to counsel re discovery master, etc. | C | 0.40 | $225.00 |
| 11/10/04 | LEC | Finalization of response to appeal of protective order; review of Judge Mollway's ruling re same; telephone conference with Wall re [redacted] | E | 0.90 | $225.00 |
| 11/11/04 | AVB | Conference with Colombe and review of court orders, correspondence and emails re status of case | A | 0.50 | $295.00 |
| 11/11/04 | LEC | Further analysis of documents and discovery status; review of email to Hosoda re discovery master; telephone conference with Wall re [redacted]; review of files re documents involving Berry; review of further emails re discovery master | C | 2.30 | $225.00 |
| 11/15/04 | LEC | Telephone conference with Smith re discovery master, documents, etc. | C | 0.20 | $225.00 |
| 11/17/04 | LEC | Review of deposition notices for Christensen, et al.; email to Hosoda re same | D | 0.20 | $225.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|------|------|-------------|------|-------|------|
| 11/18/04 | LEC | Review of email from Hosoda re depositions of Christensen, et al.; analysis and review of file re witnesses for 12/6/04 depositions | D | 0.70 | $225.00 |
| 11/18/04 | LEC | Email to Hogan re privileged documents | C | 0.10 | $225.00 |
| 11/19/04 | LEC | Telephone conference with Lopez re C&S response to motion for reconsideration; review of order, pleadings re same | E | 0.40 | $225.00 |
| 11/19/04 | LEC | Further emails with Hogan re privileged documents | C | 0.20 | $225.00 |
| 11/22/04 | LEC | Review of various pleadings and order denying motion for reconsideration of motion for preliminary injunction | E | 0.30 | $225.00 |
| 11/22/04 | LEC | Review of privileged documents returned by Hogan and instructions to staff re same | C | 0.10 | $225.00 |
| 11/23/04 | LEC | Review file and analysis re possible issues for opposition and reply to motion for summary judgment; research and analysis re "price-fixing" | E | 1.60 | $225.00 |
| 11/24/04 | LEC | Review order re appointment of Discovery Master; further analysis re research re "price fixing," Robinson-Patman Act, etc.; review file and analysis re any need to file supplemental memorandum for motion for summary judgment | E | 2.30 | $225.00 |
| 11/26/04 | LEC | Telephone conference with Wall re [redacted] | C | 0.10 | $225.00 |
| 11/26/04 | LEC | Telephone conference with Wall re [redacted] | E | 0.70 | $225.00 |
| 11/26/04 | LEC | Review file re "price-setting," Robinson-Patman allegations | E | 0.90 | $225.00 |
| 11/29/04 | LEC | Review further pleadings and discovery requests; conference with Chun re antitrust issues | E | 0.40 | $225.00 |
| 12/1/04 | LEC | Review of emails re analysis of 12/6 depositions, possible issues for same | D | 0.50 | $225.00 |
| 12/3/04 | LEC | Office discussions re and preparation for 12/6/04 depositions | D | 0.40 | $225.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|------|------|-------------|------|-------|------|
| 12/3/04 | LEC | Review of emails re Hirayama default | A | 0.20 | $225.00 |
| 12/6/04 | LEC | Further preparation for and attendance at depositions of Christensen, Rio, and Waiolama; review of files re EDI use following Christensen testimony | D | 6.30 | $225.00 |
| 12/6/04 | LEC | Review of letter from discovery master; conference with counsel re same; analysis of same, material to give Matsui | C | 0.50 | $225.00 |
| 12/7/04 | LEC | Preparation of letter to Matsui re material for discovery master; review of correspondence from Matsui to Bronster | C | 0.60 | $225.00 |
| 12/9/04 | LEC | Review and analysis of and transmit letter from Hogan re EDI | C | 0.20 | $225.00 |
| 12/10/04 | LEC | Emails from and telephone conference with Wall, Murphy re [redacted]; preparation of letter to Hogan re same | C | 0.90 | $225.00 |
| 12/13/04 | LEC | Telephone conference with Murphy re [redacted]; telephone conference with Smith re EDI, Christensen testimony, C&S response to Foodland's motion for summary judgment; finalization of letter to Hogan re EDI, Christensen testimony; further analysis of and discussion with Beaman re "price fixing" claim | E | 1.30 | $225.00 |
| 12/14/04 | LEC | Telephone conference with Wall re [redacted]; analysis of materials needed for reply to memorandum in opposition to motion for summary judgment | E | 0.40 | $225.00 |
| 12/14/04 | LEC | Review of correspondence re discovery master | C | 0.20 | $225.00 |
| 12/15/04 | AVB | Conference with Colombe re motions for summary judgment and review of plaintiff's answers to interrogatories re same | E | 0.50 | $250.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|------|------|-------------|------|-------|------|
| 12/15/04 | LEC | Review of files re interrogatory answers by plaintiff, and further analysis of possible arguments in opposition to motion for summary judgment; telephone conference with Smith re same, Tamanaka testimony in Fleming case, response to Foodland's motion for summary judgment, etc.; analysis of use of Christensen deposition in opposition to summary judgment | E | 2.00 | $225.00 |
| 12/16/04 | LEC | Research and analysis of and draft memoranda re reply memorandum, price discrimination | E | 2.10 | $225.00 |
| 12/17/04 | AVB | Review of pleadings, answers to interrogatories, summary judgment motion etc. re preparation for opposition to summary judgment motion; review of memorandums from Colombe and conference with Colombe and telephone conference with Smith re same | E | 2.30 | $250.00 |
| 12/17/04 | LEC | Further drafting of memorandum re price discrimination claim; discussion with Beaman, Larson re issue for reply memorandum; telephone conference with Smith re various; email to Hogan re service of memorandum in opposition | E | 1.50 | $225.00 |
| 12/20/04 | AVB | Telephone conference with Hogan re delivery; begin review and analysis of opposition to summary judgment motion | E | 2.50 | $250.00 |
| 12/20/04 | LEC | Review and analysis of notes re memorandum in opposition | E | 1.40 | $225.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|------|------|-------------|------|-------|------|
| 12/21/04 | AVB | Continued review and analysis of memorandum in opposition to summary judgment motion and responsive CSOF; emails Colombe and Larson re need for declarations from Wall and Murphy; conferences with Larson, Wall and Murphy re [redacted]; review and revision of declarations of Murphy and Wall; review and analysis of Hogan's memorandum in opposition to other summary judgment motion; conferences with Larson re reply memorandum | E | 5.00 | $250.00 |
| 12/21/04 | INL | Research criminal copyright infringement; draft Robert Murphy declaration; conference with Murphy and Beaman; draft Wall declaration; draft reply memorandum | E | 6.00 | $160.00 |
| 12/21/04 | LEC | Review of email re declarations, etc.; telephone conference with Beaman and Larson re memorandum in opposition, reply | E | 1.00 | $225.00 |
| 12/22/04 | INL | Research definition of competition for anti-trust; conference with Wall | E | 4.00 | $160.00 |
| 12/23/04 | AVB | Telephone conference with Wall, Porter and Fong re [redacted]; telephone conference with Colombe and conferences with Larson re same; preparation, review and revision of reply memorandum in support of motion for summary judgment; email Colombe and Larson re same | E | 2.50 | $250.00 |
| 12/23/04 | LEC | Review of draft reply memorandum and email; review revised draft | E | 1.20 | $225.00 |
| 12/27/04 | INL | Research monopolization proof requirements; research anti-trust relevant market; research collateral estoppel in Hawaii; review and revision of Wall declaration | E | 5.00 | $160.00 |
| 12/27/04 | LEC | Review and analysis of and email re second revised draft reply motion | E | 1.00 | $225.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|---|---|---|---|---|---|
| 12/28/04 | AVB | Final preparation, review and revision of reply memorandum in support of motion for summary judgment and supporting documents | E | 2.00 | $250.00 |
| 12/28/04 | LEC | Review of further revision to draft reply memorandum; telephone conference with Beaman, Larson re same | E | 1.00 | $225.00 |
| 12/28/04 | LEW | Organize exhibits and finalize record references to reply memorandum | E | 2.20 | $125.00 |
| 12/29/04 | AVB | Preparation, review and revision of reply memorandum re summary judgment and email and telephone conference with Wall re [redacted]; review of corrections to Christianson deposition and reply memorandum of Hosoda | E | 1.30 | $250.00 |
| | | | | | |
| 1/3/05 | LEC | Review of pleadings re HTC, Dillon, et al. motions for summary judgment; review of final version of Foodland reply memorandum | E | 1.10 | $225.00 |
| 1/6/05 | LEC | Exchange of emails with Hogan re conflict in hearing schedule | F | 0.20 | $225.00 |
| 1/7/05 | LEC | Preparation for and attendance at conference with discovery master | F | 1.60 | $225.00 |
| 1/10/05 | LEC | Review of emails re discovery master order | C | 0.10 | $225.00 |
| 1/11/05 | LEC | Review of further emails re discovery master order, etc. | C | 0.20 | $225.00 |
| 1/12/05 | LEC | Review of further emails re discovery status; review of plaintiff's revised disclosures | C | 0.50 | $225.00 |
| 1/13/05 | LEC | Telephone conference with Wall re [redacted] | A | 0.10 | $225.00 |
| 1/14/05 | LEC | Review of emails re discovery master order, etc.; telephone conference with Dulac re need to subpoena any records re alleged overcharges | C | 0.30 | $225.00 |
| 1/14/05 | LEC | Review of Judge Mollway's inclination and office discussions re same; telephone conference with Wall re [redacted] | E | 0.80 | $225.00 |

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|---|---|---|---|---|---|
| 1/17/05 | LEC | Review of answer, etc. from Guidance Software | B | 0.20 | $225.00 |
| 1/17/05 | LEC | Further review of Judge's inclination and analysis of and preparation for hearing on motions for summary judgment | E | 0.50 | $225.00 |
| 1/18/05 | AVB | Preparation for and attendance at hearing re summary judgment motion | F | 2.20 | $300.00 |
| 1/18/05 | LEC | Preparation for office conference re and attendance at hearing on motion for summary judgment; conference with Wall re [redacted] | F | 2.80 | $225.00 |
| 1/19/05 | LEC | Review of pleading filed by Guidance | B | 0.10 | $225.00 |
| 1/25/05 | LEC | Exchange of telephone calls with Wall and discussion with staff re status of order on motion for summary judgment | E | 0.20 | $225.00 |
| 1/28/05 | AVB | Review and analysis of Judge Mollway's order; conference with Colombe and emails Colombe and Smith re same | E | 0.50 | $300.00 |
| 1/28/05 | LEC | Review and analysis of Judge Mollway's order; analysis of 54(b), attorneys' fees, etc.; telephone conference with Wall re [redacted] | E | 1.20 | $225.00 |
| 1/31/05 | LEC | Review of correspondence to discovery master re dismissal of claims | C | 0.20 | $225.00 |
| 1/31/05 | LEC | Further analysis of follow-up to motion for summary judgment, judgment, etc. | E | 0.20 | $225.00 |
| 2/2/05 | LEC | Further research and analysis of 54(b) certification; telephone conferences and emails with Morgan (Hawaii Transfer attorney) re same; review of file and analysis of deadline for motion for reconsideration | E | 1.30 | $225.00 |
| 2/4/05 | LEC | Discussion with Larson re status, research of attorneys' fees, etc. | A | 0.20 | $225.00 |
| 2/8/05 | LEC | Review of correspondence from Matsui re conference on 3/8; analysis of and preparation of letter to Matsui re motion for summary judgment granted | A | 0.30 | $225.00 |

95610.6

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|------|------|-------------|------|-------|------|
| 2/9/05 | LEC | Further analysis of and telephone conference with Morgan re status of analysis of Rule 54(b), attorneys' fees, etc. | A | 0.40 | $225.00 |
| 2/14/05 | LEC | Review of Matsui bill and review of file re order on discovery master costs; telephone conference with Ching, Smith and telephone conference with Porter and Hosoda re same, apportionment of discovery master fees, etc.; preparation of letter to Matsui re same | C | 1.20 | $225.00 |
| 2/15/05 | LEC | Analysis of telephone conference with Ching re analysis of posture of case for defendants granted summary judgment, Rule 54(b) certification, etc. | A | 0.40 | $225.00 |
| 2/15/05 | LEC | Telephone conference with Smith, Ching re finalization of letter to Matsui re discovery master's fees | C | 0.20 | $225.00 |
| 2/15/05 | LEC | Revision and finalization of letter to Matsui re discovery master's fees | C | 0.30 | $225.00 |
| 2/18/05 | LEC | Review of and office discussion re Matsui revised bill | C | 0.20 | $225.00 |
| 3/3/05 | LEC | Telephone conference with Morgan re Hawaii Transfer Company's position on attorneys' fees, 54(b), etc. | E | 0.40 | $225.00 |
| 3/7/05 | INL | Research the availability of a recovery mechanism for attorney fees under the statutes Berry used to sue Foodland | E | 5.20 | $180.00 |
| 3/8/05 | LEC | Discussion with Larson re attorneys' fees issue, analysis of same, advisability of motion | E | 0.30 | $225.00 |
| 3/25/05 | LEC | Review of various pleadings and correspondence | A | 0.50 | $225.00 |
| 4/14/05 | LEC | Review of various emails, correspondence, etc. | A | 0.30 | $225.00 |
| 4/20/05 | LEC | Review of emails re motion for summary judgment and analysis of need to respond | E | 0.30 | $225.00 |
| 4/20/05 | LEC | Review of emails re various issues | A | 0.20 | $225.00 |

95610.6

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|---|---|---|---|---|---|
| 4/22/05 | LEC | Preliminary review of numerous emails re various issues | A | 0.20 | $225.00 |
| 5/10/05 | LEC | Review of recent emails, including HEX request for stipulation re settlement | A | 0.20 | $225.00 |
| 5/13/05 | LEC | Review of emails re various | A | 0.20 | $225.00 |
| 6/2/05 | LEC | Review of various emails and pleadings | A | 0.20 | $225.00 |
| 6/7/05 | LEC | Review of and respond to emails re revised counsel list; review of invoice for Matsui and review of file re past correspondence on discovery master invoices; preparation of letter to Matsui re same | A | 0.70 | $225.00 |
| 6/13/05 | LEC | Review of email and materials re HEX settlement | A | 0.40 | $225.00 |
| 6/16/05 | LEC | Further analysis of and letter to Wall re HEX settlement, stipulation | A | 0.30 | $225.00 |
| 6/21/05 | LEC | Review of emails from counsel re settlement | A | 0.10 | $225.00 |
| 6/28/05 | LEC | Review and analysis of and letter to Wall re judge's order disposing of most claims | A | 1.00 | $225.00 |
| 6/28/05 | LEC | Review of emails re good faith settlement | A | 0.20 | $225.00 |
| 6/29/05 | LEC | Telephone conference with Smith re judge's order, remaining issues, motion for attorneys' fees, etc.; further analysis and discussion with Beaman re judge's decision, etc.; telephone conference with Wall re [redacted] | A | 1.30 | $225.00 |
| 6/29/05 | LEC | Discussion with Warfield re preparing application for attorneys' fees | H | 0.20 | $225.00 |
| 6/29/05 | LEW | Review invoices and designate court mandated category codes for time entries | H | 1.20 | $130.00 |
| 6/30/05 | AVB | Review of Judge Mollway's order re partial summary judgment | A | 0.40 | $300.00 |
| 6/30/05 | LEC | Finalization of letter to Wall re [redacted] | A | 0.10 | $225.00 |
| 6/30/05 | LEW | Preparation of table of attorney time for fee request (format, categorize per new rules) | H | 0.80 | $130.00 |

95610.6                                    36

| DATE | ATTY | DESCRIPTION | CODE | HOURS | RATE |
|------|------|-------------|------|-------|------|
| 7/12/05 | LEC | Review of emails re hearing on HEX settlement, etc. | A | 0.20 | $225.00 |
| 7/21/05 | LEC | Review of various emails | A | 0.20 | $225.00 |
| 8/5/05 | AVB | Telephone conference with Smith and conference with Colombe re document request | C | 0.30 | $300.00 |
| 8/17/05 | AVB | Review email from Matsui and email Colombe re same and re status | A | 0.20 | $300.00 |
| 9/27/05 | LEC | Telephone conference with Smith re status, motion for attorneys' fees, trial date, etc. | H | 0.20 | $225.00 |
| 10/24/05 | LEC | Review and analysis re order denying defendant's motion for summary judgment | A | 0.90 | $225.00 |
|  |  |  |  |  |  |
| 1/20/06 | LEC | Review of ticklers, analysis of, and discussion with Warfield re follow-up on status | A | 0.20 | $225.00 |
| 1/24/06 | LEC | Discussion with Warfield re status of trial | A | 0.10 | $225.00 |
| 2/13/06 | LEC | Review of pleadings re motion for reconsideration, etc. | A | 0.50 | $225.00 |
| 2/22/06 | LEC | Review of recent pleadings in advance of trial | A | 0.20 | $225.00 |
| 2/28/06 | LEC | Review of further pleadings re trial, docket, etc. | A | 0.20 | $225.00 |
|  |  |  |  |  |  |

95610.6