Berry v. Hawaiian Express Service, Inc., et al.
Case No. CV03-00385 SOM/LEK
U.S. District Court, District of Hawaii

## ATTORNEYS' FEES IN THE COMMUNITY

| YEAR | POSITION | HOURLY RATE FOR OAHU LAW FIRMS* | HOURLY RATE FOR CHUN, KERR, DODD, BEAMAN & WONG |
|---|---|---|---|
| 2003 | Partners | $135 - $450 | Andrew V. Beaman, $275<br>Leroy E. Colombe, $250 |
|  | Associates | $105 - $205 | Iver N. Larson, $140 |
|  | Paralegals | -- | Laura E. Warfield, $115 |
|  |  |  |  |
| 2004 | Partners | $135 - $450 | Andrew V. Beaman, $295<br>Andrew V. Beaman, $250 (discount rate)<br>Leroy E. Colombe, $265<br>Leroy E. Colombe, $225 (discount rate) |
|  | Associates | $105 - $215 | Iver N. Larson, $160 |
|  | Paralegals | -- | Laura E. Warfield, $125 |
|  |  |  |  |
| 2005 | Partners | $135 - $450 | Andrew V. Beaman, $300<br>Leroy E. Colombe, $225 (discount rate) |
|  | Associates | $105 - $275 | Iver N. Larson, $180 |
|  | Paralegals | -- | Laura E. Warfield, $130 |
|  |  |  |  |
| 2006 | Partners | $150 - $475 | Leroy E. Colombe, $225 (discount rate) |
|  | Paralegals | -- | Laura E. Warfield, $150 |

* As reported in the *2003 Book of Lists*, the *2004 Book of Lists*, the *2005 Book of Lists* and the *2006 Book of Lists*, all published by the *Pacific Business News* (relevant pages attached).

**EXHIBIT B**

101633.2

# LAW FIRMS - OAHU
### Ranked by number of lawyers employed by firm in Hawaii (including Of Counsel)

| Rank (Rank in 2001) | Law firm name Address Phone/Fax Web site address | Year established in Hawaii | Total number of: • Lawyers • Partners • Associates • Counsels | • Number of paralegals • Number of lawyers doing pro bono work • Total full-time support staff | • Hourly fee range for associates • Starting salary for recent university grad. • 2001 gross revenue | • Number of university students hired in 2001 | Full-service firm: business, litigation, real property, tax, banking & trusts & estates; Some major specialty areas firm focuses on; Some notable clients the firm represents | • Name of managing partner for firm • Location of firm branch offices |
|---|---|---|---|---|---|---|---|---|
| 1. (1) | Goodsill Anderson Quinn & Stifel  1099 Alakea St., Alii Place, Suite 1800, Honolulu, HI 96813  (808) 547-5600 / (808) 547-5880  www.goodsill.com | 1878 | 77 lawyers  50 partners  26 associates  1 of counsel | 12 paralegals  • "Most"  • 82 support staff | $195 - $340 an hour  $125 - $205 an hour  $22 million | 5 students  DND | Full-service firm: business, litigation, real property, tax, banking & utilities, trusts & estates. Hawaiian Electric Industries, Castle & Cooke Inc., Bank of Hawaii, Shimizu Corp., State Farm Insurance | • Michelle C. Imata  • Hilo, Kapolei, Wailuku, Kailua-Kona |
| 2. (2) | Carlsmith Ball LLP  1001 Bishop St., Pacific Tower, # 2200, Honolulu, HI 96813  (808) 523-2500 / (808) 523-0842  www.carlsmith.com | 1857 | 68 lawyers  43 partners  16 associates  9 of counsels | 17 paralegals  • "Majority"  • 98 support staff | $185 - $375 an hour  $125 - $200 an hour  DND | 1 student  $65,000 | Real property, litigation, finance, pension plans, employment, environmental, maritime, corporate, high tech, tax  Campbell Estate, Bank of Hawaii, Maui Land & Pine, 1250 Oceanside Partners, Ala Moana Center | • Mild Okumura  • None |
| 3. (3) | Cades Schutte Fleming & Wright, A Limited Liability Law Company  1000 Bishop St., 12th Fl., Honolulu, HI 96813  (808) 521-9200 / (808) 521-9210  www.cades.com | 1922 | 57 lawyers  40 partners  17 associates  5 of counsels | 11 paralegals  • "Most"  • 54 support staff | $185 - $350 an hour  $125 - $200 an hour  $20 million | 1 student  $72,500 | Business law, litigation, real estate, tax, banking & finance, land use & property rights, trusts & estate planning, intellectual property, media, health care, telecommunications, labor & employment, insurance  DND | • See*  • Kailua-Kona |
| 4. (4) | McCorriston Miller Mukai MacKinnon LLP  500 Ala Moana Blvd., 5 Waterfront Plaza, 4th Fl., Honolulu, HI 96813  (808) 529-7300 / (808) 524-8293  www.m4law.com | 1989 | 42 lawyers  30 partners  9 associates  3 of counsels | 6 paralegals  • DND  • 42 support staff | $160 - $350 an hour  $125 - $180 an hour  $14 million | 1 student  $59,000 | Litigation, Real estate, International business, labor, Oceanic Cablevision, AIG, Hawaii Visitors & Convention Bureau, AIG Hawaii Insurance Company, TSA Corp.  DND | • D. Scott MacKinnon  • None |
| 5. (5) | Watanabe Ing & Kawashima  999 Bishop St., 23rd Fl., Honolulu, HI 96813  (808) 544-8300 / (808) 544-8399  www.wik.com | 1971 | 39 lawyers  24 partners  15 associates  None | 8 paralegals  • DND  • 38 support staff | $200 - $450 an hour  $150 - $200 an hour  DND | 1 student  $64,000 | Litigation, government affairs, banking & real estate; Nauru Phosphate Royalties, SVO Pacific Inc., AIG Hawaii Insurance Company | • Jeffrey Watanabe  • None |
| 6. (6) | Kobayashi Sugita & Goda, Attorneys at Law  999 Bishop St., Suite 2600, Honolulu, HI 96813  (808) 539-8700 / (808) 539-8799  www.ksglaw.com | 1990 | 35 lawyers  18 partners  17 associates  None | 6 paralegals  • DND  • 34 support staff | $190 - $300 an hour  $115 - $185 an hour  $12 million | 5 students  $67,500 | Complex litigation/corporate & international business relations with an emphasis on commercial & construction issues.  First Hawaiian Bank, Pacific Guardian Life Insurance Company Ltd., Duty Free Shoppers Group Ltd. | • "Executive Committee"  • None |
| 7. (7) | Torkildson Katz Fonseca Jaffe Moore & Hetherington  700 Bishop St., 15th Fl., Honolulu, HI 96813  (808) 523-6000 / (808) 523-6001  www.torkildson.com | 1947 | 34 lawyers  25 partners  8 associates  None | 6 paralegals  • 34 pro bono  • 40 support staff | $175 - $400 an hour  $110 - $175 an hour  DND | 1 student  DND | Labor/employment, litigation, corporate, healthcare, securities, retirement plans, real estate, tax, trusts, estates  Hilton Hotels, Sheraton Hotels, Aloha Airlines, Castle Medical Center, Oahu Transit Services | • J. George Hetherington  • Hilo, Wailuku |
| 8. (8) | Alston Hunt Floyd & Ing  1001 Bishop St., 18th Fl., Honolulu, HI 96813  (808) 524-1800 / (808) 524-4591  www.ahfi.com | 1991 | 32 lawyers  13 partners  14 associates  5 of counsels | 8 paralegals  • 20+ pro bono  • 31 support staff | $190 - $290 an hour  $115 - $160 an hour  $6.9 million | 1 student  $56,000 | Commercial litigation, construction, litigation, employment law medical and insurance law, real estate and business  HMSA, Bank of Hawaii, Tricor Title Insurance Co., Kaiser Permanente, The Queens Health Systems | • William S. Hunt  • Kamuela |
| 9. (9) | Ashford & Wriston  1099 Alakea St., Suite 1400, Honolulu, HI 96813  (808) 539-0400 / (808) 533-4945  www.ashfordwriston.com | 1955 | 29 lawyers  12 partners  10 associates  7 of counsels | 7 paralegals  20 pro bono  29 support staff | $175 - $315 an hour  $130 - $205 an hour  DND | 1 student  $64,000 | Real property, civil litigation, business and tax, bank and financial services, health care, estate planning and probate  Amfac Hawaii, Schuler Homes Inc., Chevron, Del Monte Fresh Produce, GE Capital Hawaii Inc. | • Copley Shaw  • Kailua-Kona |
| 9. (9) | Case Bigelow & Lombardi, A Law Corporation  737 Bishop St., Suite 2600, Honolulu, HI 96813  (808) 547-5400 / (808) 523-1888  NA | 1995 | 29 lawyers  20 "directors"  5 associates  2 of counsels | 6 paralegals  • "Majority"  • 30 support staff | $200 - $330 an hour  $125 - $170 an hour  DND | 1 student  DND | Real estate, business, land use and development, bankruptcy and collections, civil litigation, administrative law, taxation, probate and estate planning | • Dennis M. Lombardi  • None |
| 11. (11) | Damon Key Leong Kupchak Hastert  1001 Bishop St., Pauahi Tower, Suite 1600, Honolulu, HI 96813  (808) 531-8031 / (808) 533-2242  www.hawaiilawyer.com | 1963 | 25 lawyers  11 partners  11 associates  3 of counsels | 6 paralegals  "Most"  22 support staff | DND  DND  DND | 1 student  $62,000 | Full-service firm: business, construction, creditors rights, dispute resolution, e-business, employment, immigration, insurance, international, litigation, real estate  DND | • Denis C.H. Leong  • None |
| 12. (12) | Ayabe Chong Nishimoto Sia & Nakamura  1001 Bishop St., Pauahi Tower, Suite 2500, Honolulu, HI 96813  (808) 537-6119 / (808) 526-3491  NA | 1963 | 24 lawyers  19 partners  4 associates  1 of counsel | 1 paralegal  24 pro bono  20 support staff | $135 - $250 an hour  $110 - $150 an hour  DND | 2 students  DND | Commercial and civil litigation, professional liability, workers' compensation, construction litigation, legal, medical and dental malpractice, aviation litigation  TIG Crum & Forster, Scottsdale Insurance, Chubb Group, Sumitomo Fire & Marine, MIEC | • Sidney Ayabe  • None |
| 12. (12) | Bays Deaver Lung Rose & Baba  1001 Bishop St., 20th Fl., Honolulu, HI 96813  (808) 523-9000 / (808) 533-4184  www.legalhawaii.com | 1986 | 24 lawyers  20 partners  4 associates  None | 5 paralegals  DND  37 support staff | $150 - $225 an hour  $105 - $135 an hour  DND | 2 students  DND | Civil litigation, real estate, corporate, estate planning, tax, health care, family law  Hyatt Corp., Marriott, Bank of Hawaii, Robinson Trust, Kamehameha Schools, Hilton Hotels Corp. | • David Shibata  • Maui & Kona |
| 14. (14) | Rush Moore Craven Sutton Morry and Beh LLP  737 Bishop St., Suite 3100, Honolulu, HI 96813  (808) 521-0400 / (808) 521-0597  www.rmhawaii.com | 1946 | 24 lawyers  20 partners  4 associates  None | 5 paralegals  All  15 support staff | $205 - $285 an hour  $125 - $185 an hour  DND | 1 student  DND | Litigation, arbitration and business transactions involving real estate, construction, personal injury litigation, employment, trusts & estates  Albert Kobayashi Inc., Xerox Corp., Gentry Companies, Waikoloa Development Co., Wimberly Allison Tong & Goo | • DND  • None |
| 15. (14) | Burke Sakai McPheeters Bordner Iwanaga & Estes  737 Bishop St., 16th Fl., Honolulu, HI 96813  (808) 523-9833 / (808) 528-1656  www.burke-sakai.com | 1980 | 18 lawyers  15 partners  3 associates  None | 2 paralegals  18 pro bono  22 support staff | $150 - $250 an hour  $125 - $150 an hour  DND | None  $51,000 | Professional liability, commercial and real estate litigation, personal injury litigation, workers' compensation  Medical Insurance Exchange of California, The Doctors' Company, Straub Clinic & Hospital Inc. | • William A. Bordner  • None |
| 15. (14) | Reinwald O'Connor & Playdon LLP  733 Bishop St., Suite 2400, Honolulu, HI 96813  (808) 524-8350 / (808) 531-8628  www.roplaw.com | 1876 | 18 lawyers  12 partners  5 associates  1 counsel | 4 paralegals  DND  16 support staff | $150 - $300 an hour  $110 - $180 an hour  DND | DND  DND | Commercial litigation, construction, trusts and estates, employment, environmental, bankruptcy  First Insurance, MIEC, Tesoro, Kaiser Foundation Health Plan | • Michael McGuigan  • None |
| 17. (14) | Cronin Fried Sekiya Kekina & Fairbanks  841 Bishop St., Suite 1900, Honolulu, HI 96813  (808) 524-1433 / (808) 536-2073  NA | 1973 | 16 lawyers  9 partners  7 associates  None | 6 paralegals  17 pro bono  24 support staff | DND  DND  DND | 2 students  DND | Personal injury and other litigation only | • "Management Committee"  • None |
| 18. (20) | Oliver Lau Lawhn Ogawa & Nakamura  707 Richards St., Suite 600, Honolulu, HI 96813  (808) 533-3999 / (808) 533-0144  NA | 1978 | 14 lawyers  6 partners  6 associates  2 counsels | 3 paralegals  12 pro bono  14 support staff | DND  DND  DND | None  DND | Commercial Law, Construction Law, Surety Fidelity, Commercial Collections, Real Estate, Condominium Law, Family Law  DND | • Roy T. Ogawa  • None |

Notes: DND: Did not disclose; NA: Not applicable/available; NR: Not ranked in 2001.
*Cades Schutte Fleming & Wright does not have a managing partner, but a management committee made up of Darryl Johnston, Jeffrey Portnoy and Milton Yasunaga as its members.
Information on this list was supplied by individual questionnaires and/or telephone interviews and could not be independently verified by Pacific Business News. Only those companies that responded to our inquiries were considered for this list. While every effort is made to ensure the accuracy and thoroughness of the list, omissions sometimes occur. Please send corrections or additions on company letterhead to Stan Fichtman, Pacific Business News, P.O. Box 833, Honolulu, HI 96808. If you wish to be surveyed when this list is updated, please send your company name, name of contact person and fax number to Stan Fichtman at the same address.

Researched by Stan Fichtman (sfichtman@bizjournals.com)

# LAW FIRMS - OAHU
## Ranked by Number of lawyers employed by firm in Hawaii (including Of Counsel)

**2004 BOOK OF LISTS**

| Rank (Rank in 2002) | Law firm name Address Phone/fax number Web site address | Year established in Hawaii | Total number of: Lawyers • Partners • Associates • Counsels | Number of paralegals • Number of lawyers doing pro bono work • Total full-time support staff | Hourly fee range for partners • Hourly fee range for associates • 2002 gross revenue | Number of university students hired in 2002 • Starting salary for recent university grad. | Some major specialty areas firm focuses on • Some notable clients the firm represents | Name of managing partner for firm • Location of firm branch offices |
|---|---|---|---|---|---|---|---|---|
| 1. (1) | Goodsill Anderson Quinn & Stifel, 1099 Alakea St., Suite 1800, Honolulu, HI 96813, (808) 547-5600 / (808) 547-5608, www.goodsill.com | 1878 | •78 •50 •26 •2 | •10 •76 •32 | •DND •DND •DND | •4 •DND | Full-service firm: business, litigation, real property, litigation, labor and employment, environmental, utilities, trusts & estates • Hawaiian Electric Industries, Castle & Cooke Inc, Bank of Hawaii, Shimizu Corp., State Farm Insurance | • Michelle Imata • Hilo, Kapolei, Wailuku, Kailua-Kona |
| 2. (2) | Carlsmith Ball LLP, 1001 Bishop St., Pacific Tower, # 2200, Honolulu, HI 96813, (808) 523-2500 / (808) 523-0842, www.carlsmith.com | 1857 | •67 •41 •15 •11 | •17 "Majority" •98 | •185 - $375 an hour •125 - $200 an hour •DND | •None •$65,000 | Real property, litigation, finance, pension plans, employment, environmental, maritime, corporate, high tech, tax • Marsh USA Inc, goverment of Guam retirement fund | • Miki Okumura • None |
| 3. (3) | Cades Schutte, A Limited Liability Law Company, 1000 Bishop St., 12th Fl., Honolulu, HI 96813, (808) 521-9200 / (808) 521-9210, www.cades.com | 1922 | •56 •36 •20 •5 | •10 "Most" •52 | •$185 - $350 an hour •$125 - $180 an hour •DND | •3 •$72,500 | Litigation, real estate, international business • Nauru Phosphate Royalties, SVO Pacific Inc., AIG Hawaii Insurance Company, TSA Corp. | • Jeffrey Watanabe • None |
| 4. (4) | McCorriston Miller Mukai MacKinnon LLP, 500 Ala Moana Blvd., 5 Waterfront Plaza, 4th Fl., Honolulu, HI 96813, (808) 529-7300 / (808) 524-8293, www.m4law.com | 1989 | •42 •30 •11 •3 | •6 •42 •64 | •$160 - $350 an hour •$125 - $180 an hour •DND | •5 •$67,500 | Litigation, real estate, tax, banking and finance, land use and property rights, trusts & estate planning, intellectual property, media, health care, telecommunications, labor and employment, insurance • DND | • D. Scott MacKinnon • None |
| 5. (5) | Alston Hunt Floyd & Ing, 1001 Bishop St., Pacific Tower, 18th Fl., Honolulu, HI 96813, (808) 524-1800 / (808) 524-4591, www.ahfi.com | 1991 | •37 •13 •18 •6 | •10 20+ •37 | •$175 - $400 an hour •$115 - $175 an hour •DND | •1 •DND | Commercial litigation, health care, construction litigation, employment law medical and insurance law, real estate and business • First Hawaiian Bank, The Prudential Locations, Kaiser Permanente, The Queens Health Systems | • William S. Hunt • Kamuela |
| 6. (6) | Watanabe Ing Kawashima & Komeiji LLP, 999 Bishop St., 23rd Fl., Honolulu, HI 96813, (808) 544-8300 / (808) 544-8399 | 1971 | •35 •24 •11 •2 | •8 DND •42 | •$200 - $450 an hour •$150 - $200 an hour •DND | •1 •DND | Litigation, government affairs, banking and real estate, labor • Oceanic Cablevision, AIG, Hawaii Visitors and Convention Bureau, GE Capital Hawaii Inc. | • None |
| 7. (7) | Torkildson Katz Fonseca Moore & Hetherington, 700 Bishop St., 15th Fl., Honolulu, HI 96813, (808) 523-6000 / (808) 523-6001 | 1947 | •34 •23 •10 •1 | •5 •33 •40 | •$205 - $320 an hour •$135 - $215 an hour •DND | •1 •DND | Labor/employment, litigation, corporate, health care, securities, retirement plans, real estate, tax, trusts, estates • Amerisource Bergen, Sears, HMSA, First Insurance, Hilton Hotels, Aloha Airlines | • Roger Fonseca • Hilo, Wailuku |
| 8. (8) | Kobayashi Sugita & Goda, Attorneys at Law, 999 Bishop St., Suite 2600, Honolulu, HI 96813, (808) 539-8700 / (808) 539-8799 | 1971 | •32 •18 •14 None | •4 20+ •32 | •$190 - $350 an hour •$125 - $185 an hour •DND | •1 •DND | Complex litigation with an emphasis on commercial and construction issues, corporate and international business relations • First Hawaiian Bank, Pacific Guardian Life Insurance Company Ltd., Duty Free Shoppers Group Ltd. | • Bert Kobayashi • None |
| 9. (9) | Case Bigelow & Lombardi, A Law Corporation, 737 Bishop St., Pauahi Tower, Suite 2600, Honolulu, HI 96813, (808) 547-5400 / (808) 523-1888 | 1888 | •31 •19 •6 •2 | •6 "Majority" •36 | •$210 - $340 an hour •$125 - $210 an hour •DND | •1 •DND | Real property, civil litigation, business and tax, bank and financial collections, civil litigation, administrative law, taxation, probate and estate planning • Amfac Hawaii, Schuler Homes Inc., Chevron, Del Monte Fresh Produce, GE Capital Hawaii Inc. | • Dennis M. Lombardi • None |
| 10. (9) | Ashford & Wriston, 1099 Alakea St., Suite 1400, Honolulu, HI 96813, (808) 539-0400 / (808) 533-4945, www.ashfordwriston.com | 1955 | •28 •11 •9 •8 | •6 •20 •25 | •$150 - $290 an hour •$105 - $160 an hour •$7 million | •1 •$56,000 | Labor/employment, litigation, corporate, health care, estate planning and probate, family law • Guarantee Escrow Service, Ticor Title Insurance Co. Title Guarantee Co. | • Cuyler Shaw • Kailua-Kona |
| 11. (11) | Damon Key Leong Kupchak Hastert, 1001 Bishop St., Pauahi Tower, Suite 1600, Honolulu, HI 96813, (808) 531-8031 / (808) 533-2242, www.hawaiilawyer.com | 1963 | •26 •12 •11 •3 | •6 All •20 | •$210 - $280 an hour •$130 - $195 an hour •DND | •1 •$62,000 | Full-service, business, corporate, creditors rights, dispute resolution, e-business, employment, immigration, insurance, international, litigation, real estate • DND | • None |
| 12. (12) | Ayabe Chung Nishimoto Sia & Nakamura, 1001 Bishop St., Pauahi Tower, Suite 2500, Honolulu, HI 96813, (808) 537-6119 / (808) 526-3491 | 1963 | •24 •19 •4 •1 | •1 •24 •20 | •$135 - $250 an hour •$110 - $195 an hour •DND | •2 •DND | Civil litigation, civil litigation, professional liability, workers' compensation, construction litigation, legal, medical and dental malpractice, aviation litigation • TIG Crum & Forster, Scottsdale Insurance, Chubb Group, Sumitomo Fire & Marine, MIEC, Dow Chemical | • Sidney Ayabe • Maui, Hawaii |
| 13. (12) | Rush Moore Craven Sutton Morry and Beh LLP, 737 Bishop St., Suite 2400, Honolulu, HI 96813, (808) 521-0400 / (808) 521-0597, www.rmhawaii.com | 1946 | •23 •19 •2 •2 | •3 All •32 | •$150 - $225 an hour •$105 - $225 an hour •DND | •1 •$60,000 | Commercial and civil litigation, professional liability, workers' compensation, construction litigation, legal, tax, health care, family law, creditors rights and bankruptcy • Bank of Hawaii, Hilton Hotels Corp., Hyatt Corp., Kamehameha Schools, Marriott, Robinson Trust | • David Shibata • None |
| 14. (14) | Bays Deaver Lung Rose & Baba, 1099 Alakea St., 16th Fl., Honolulu, HI 96813, (808) 523-9000 / (808) 533-4184 | 1986 | •19 •5 •14 •None | •4 •5 •17 | •$225 - $295 an hour •$125 - $195 an hour •DND | •1 •DND | Litigation, arbitration and business transactions involving real estate, construction, commercial employment, environmental, bankruptcy • Albert Kobayashi Inc., Xerox Corp, Gentry Companies, Waikoloa Development Co., Wimberly Allison Tong & Goo | • DND • DND |
| 15. (15) | Reinwald O'Connor & Playdon LLP, 733 Bishop St., Suite 2400, Honolulu, HI 96813, (808) 524-8350 / (808) 531-9628, www.roplaw.com | 1876 | •18 •12 •5 •1 | •4 •18 •18 | •$150 - $300 an hour •$110 - $180 an hour •DND | •DND •DND | Commercial litigation, construction, trusts and estates, employment, environmental, bankruptcy • First Insurance, MIEC, Tesoro, Kaiser Foundation Health Plan | • Michael McGuigan • None |
| 16. (15) | Burke Sakai McPheeters Bordner Iwanaga & Estes, 737 Bishop St., (808) 523-9833 / (808) 528-1656 | 1980 | •17 •15 •2 •None | •2 •17 •21 | •$150 - $250 an hour •$125 - $150 an hour •DND | •None •$51,000 | Professional liability, litigation, personal injury litigation, workers' compensation • Castle Medical Center, The Honolulu Medical Group, Kuakini Health System | • William A. Bordner • None |
| 17. (15) | Reinwald Chun Fong & Chung LLP, 841 Bishop St., Suite 400, Honolulu, HI 96813, (808) 528-4200 / (808) 531-8466 | 1985 | •16 •7 •4 •5 | •1 •16 •14 | •$200 - $300 an hour •DND •DND | •1 •DND | Banking and finance, business and commercial, business litigation and arbitration, e-commerce, public utilities | • Alan M. Oshima • None |
| 18. (18) | Chun Kerr Dodd Beaman & Wong, A Limited Liability Law Company, 745 Fort St., 9th Fl., Honolulu, HI 96813, (808) 528-8200 / (808) 531-5869 | 1970 | •15 •4 •6 •5 | •5 •10 •11 | •$200 - $310 an hour •$130 - $150 an hour •DND | •2 •$63,000 | Real estate, taxation, real estate and commercial litigation • Honu Group, Outrigger, Foodland, Kaahumanu Center Assoc. | • Laurie Colombo • None |
| 18. (18) | Oelkers Chun Fong & Chung LLP, 841 Bishop St., Suite 400, Honolulu, HI 96813, (808) 528-4200 / (808) 531-8466 | | | | | | | |

**Notes:** DND: Did not disclose; NA: Not applicable/available; NR: Not ranked in 2002.
*Cades Schutte does not have a managing partner, but a management committee made up of Nelson Chung, Nicholas Dreher and Jeffrey Portnoy as its members.

Information on this list was supplied by individual companies through questionnaires and/or telephone interviews and could not be independently verified by Pacific Business News. Only those companies that responded to our inquiries were considered for the list. While every effort is made to ensure the accuracy and thoroughness of the list, omissions sometimes occur. Please send corrections or additions on company letterhead to Stan Fichtman, Pacific Business News, P.O. Box 833, Honolulu, HI 96808. If you wish to be surveyed when this list is updated, please send your company name, name of contact person and fax number to Stan Fichtman at the same address.

Researched by Stan Fichtman (sfichtman@bizjournals.com)

# LAW FIRMS - OAHU
### Ranked by Number of lawyers, including Of Counsel

| Rank (Previous rank) | Law firm name / Address / Phone / fax number / Web site address | Year established in Hawaii | Total number of: Lawyers | Partners | Associates | Of counsels | Number of paralegals | Number of lawyers doing pro bono work | Hourly fee range for partners | Hourly fee range for associates | Starting salary for recent university grad. | Number of university students hired in 2003 | 2003 gross revenue | Some major specialty areas firm focuses on | Some notable clients the firm represents | Top contact / Title | Branch offices |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. (1) | Goodsill Anderson Quinn & Stifel, 1099 Alakea St., Suite 1800, Honolulu, HI 96813, (808) 547-5600 / (808) 547-5880, www.goodsill.com | 1878 | •80 | •48 | •30 | •2 | •7 | •NA | •DND | •DND | •DND | •4 | •$21,600,000 | Full-service firm, litigation, real property, tax, banking, labor/employment, environmental, public utilities, trusts and estates | Hawaiian Electric Industries Inc., Castle & Cooke Inc., Bank of Hawaii | Wayne T. Yoshihara, Managing Director | None |
| 2. (2) | Carlsmith Ball LLP, 1001 Bishop St., ASB Tower, 2200, Honolulu, HI 96813, (808) 523-2500 / (808) 523-0842, www.carlsmith.com | 1857 | •64 | •39 | •13 | •12 | •14 | •Majority | •DND | •DND | •$72,500 | | | Real property, litigation, corporate, finance, pension, estate planning, employment, environmental, maritime, high-tech | Campbell Estate, Ala Moana Center, Damon Estate, Bank of Hawaii | Michelle Imata, Managing Partner | Hilo, Kapolei, Wailuku, Hilo-Kona |
| 3. (3) | Cades Schutte LLP, 1000 Bishop St., Suite 1200, Honolulu, HI 96813, (808) 521-9200 / (808) 521-9210, www.cades.com | 1922 | •56 | •37 | •19 | •5 | •11 | •Most | •$200 - $400 | •$130 - $275 | •$72,500 | •3 | •$20,500,000 | Business law, litigation, real estate, tax, banking and finance, land use and property rights, trusts and estate planning, intellectual property, media | DND | Nelson Chung, Nicholas Dreher and Jeffrey Portnoy, Management Committee | Kailua-Kona |
| 4. (5) | Alston Hunt Floyd & Ing, 1001 Bishop St., 18th Floor ASB Tower, Honolulu, HI 96813, (808) 524-1800 / (808) 524-4591, www.ahfi.com | 1991 | •43 | •17 | •20 | •7 | •11 | •41 | •$200 - $425 | •$115 - $175 | •DND | | | Commercial litigation, health care, construction litigation, labor, employment and government contracts law, medical and insurance law, real estate and business law, Hawaiian Electric Industries Inc., The Prudential Locations, Kaiser Permanente, HMSA | | William S. Hunt, Managing Partner | Hokula |
| 5. (4) | McCorriston Miller Mukai MacKinnon LLP, 500 Ala Moana Blvd., 5 Waterfront Plaza, 4th Fl, Honolulu, HI 96813, (808) 529-7300 / (808) 524-8293, www.m4law.com | 1989 | •42 | •31 | •8 | •3 | •7 | •42 | •50 | •$160 - $395 | •$125 - $180 | •DND | •1 | •$73,000 | Litigation, government affairs, banking and real estate, labor | Nauru Phosphate Royalties, SVO Pacific Inc., AIG Hawaii Insurance Company, TSA Corp. | D. Scott MacKinnon, Managing Partner | None |
| 6. (6) | Watanabe Ing Kawashima & Komeiji LLP, 999 Bishop St., Honolulu, HI 96813, (808) 544-8300 / (808) 544-8399, www.wik.com | 1971 | •36 | •24 | •12 | | •8 | •NA | •41 | •$200 - $450 | •$150 - $200 | •DND | •1 | •DND | Full-service, business, construction, creditors' rights, insurance, international, litigation, immigration, real estate | First Hawaiian Bank, Oceanic Cablevision, AIG, Aloha Airlines | Jeffrey N. Watanabe, Managing Partner | None |
| 7. (8) | Damon Key Leong Kupchak Hastert, 1001 Bishop St., Pauahi Tower, Suite 1600, Honolulu, HI 96813, (808) 531-8031 / (808) 533-2242, www.hawaiilawyer.com | 1963 | •35 | •12 | •10 | •3 | •7 | •All | •20 | •$220 - $300 | •$130 - $190 | •DND | •2 | •DND | Complex litigation with an emphasis on commercial and construction issues, corporate and international business relations | First Hawaiian Bank, Pacific Guardian Life Insurance Co. Ltd. | Denis Leong, Senior Partner | None |
| 7. (11) | Koibayashi Sugita & Goda, Attorneys at Law, 999 Bishop St., Suite 2600, Honolulu, HI 96813, (808) 539-8700 / (808) 539-8799, NA | 1971 | •35 | •25 | •8 | •1 | •5 | •33 | •35 | •$205 - $325 | •$125 - $185 | •DND | •2 | •$65,000 | Labor/employment, litigation, corporate, health care, securities, retirement plans, real estate, tax, trusts, estates | AmeriSource Bergen, Sears, Hilton Hotels, Aloha Airlines, Castle Medical Center, Sheraton Hotels | Roger Fonseca, Chairman, Executive Committee | Hilo, Wailuku |
| 9. (7) | Ashford & Wriston, 999 Bishop St., Suite 1400, Honolulu, HI 96813, (808) 539-0400 / (808) 533-4945 | 1955 | •33 | •12 | •18 | •1 | •4 | •NA | •32 | •$190 - $350 | •$125 - $185 | •DND | •2 | •$62,000 | Real property, business, land use and development, bankruptcy and collections, civil litigation, administrative law, taxation, probate and estate planning | Queen Emma Foundation, Bank of Hawaii, Kamehameha Schools, Title Guaranty of Hawaii, Tieor Title, Hawaii State FCU, DR Republic Title | Cuyler Shaw, Managing Partner | None |
| 10. (10) | Torkildson Katz Fonseca Moore & Hetherington, 700 Bishop St., 15th Fl, Honolulu, HI 96813, (808) 523-6000 / (808) 523-6001 | 1947 | •27 | •11 | •7 | •9 | •6 | •18 | •27 | •$210 - $360 | •$125 - $150 | •DND | •1 | •$58,000 | Real property, business, civil litigation, professional services, health care | Amfac Hawaii LLC, D.R. Horton - Schuler Homes, Chevron USA, Crescent Acquisitions Inc. | Sidney Ayabe, Director/President | None |
| 10. (14) | Case Bigelow & Lombardi, 737 Bishop St., Pauahi Tower 2500, Honolulu, HI 96813, (808) 547-5400 / (808) 523-1888, www.casebigelow.com | 1888 | •27 | •19 | •6 | •1 | •9 | •Majority | •37 | •$135 - $250 | •$110 - $150 | •DND | | | Civil litigation, tax, health care, family law, creditors' rights and bankruptcy | TIG Crum & Foster, Travelers, CNA Insurance, Medical Insurance Exchange of California, Argonaut, First Insurance Company of Hawaii | Dennis Lombardi, Director/President | None |
| 12. (9) | Ayabe Chong Nishimoto Sia & Nakamura LLLP, 1001 Bishop St., Suite 2600, Honolulu, HI 96813, (808) 596-8946 / (808) 526-3491 | 1963 | •25 | •21 | •2 | •2 | •2 | •All | •20 | •$150 - $225 | •$105 - $125 | •DND | •2 | •$60,000 | Commercial and civil litigation, workers' compensation, construction litigation, legal employment transactions | Bank of Hawaii, Hilton Hotels Corp., Hyatt Corp., Kamehameha Schools, Marriott, Robinson Trust, Tesoro | David Shibata, Managing Partner | None |
| 13. (13) | Rush Moore Craven Sutton Morry and Beh LLP, 737 Bishop St., Suite 2400, Honolulu, HI 96813, (808) 521-0400 / (808) 521-0597, www.rmhawaii.com | 1946 | •23 | •20 | •3 | | •2 | •All | •28 | •$150 - $250 | •$125 | •DND | | | Litigation, arbitration and business transactions involving real estate, construction, commercial, employment, trusts and estates | Albert Kobayashi Inc., Xerox Corp, Gentry Cos, Waikoloa Development Co., Central Pacific Financial Corp. | A. Bernard Bays, Partner | None |
| 14. (14) | Bays Deaver Lung Rose & Baba, 1099 Alakea St., 16th Fl, Honolulu, HI 96813, (808) 523-9000 / (808) 533-4184, www.legalhawaii.com | 1986 | •18 | •6 | •10 | •2 | •3 | •All | •17 | •$245 - $325 | •$125 - $195 | •DND | •1 | •DND | Professional liability, commercial and real estate litigation, personal injury litigation, family law | Castle Medical Center, The Honolulu Medical Group, Kuakini Health System, Hawaii Pacific Health | William Bordner, President | None |
| 14. (15) | Burke McPheeters Bordner & Estes, 737 Bishop St., Suite 3100, Honolulu, HI 96813, (808) 523-9833 / (808) 528-1656, www.bmbe-law.com | 1980 | •18 | •9 | •3 | •1 | •2 | •13 | •18 | •$150 - $300 | •$125 - $150 | •DND | | •None | | | | |
| 14. (16) | Reinwald O'Connor & Playdon LLP, 733 Bishop St., Suite 2400, Honolulu, HI 96813, (808) 524-8350 / (808) 531-8628, www.roplaw.com | 1876 | •18 | •11 | •6 | •1 | •4 | •2 | •18 | •$150 - $300 | •$125 - $150 | •DND | | •$51,000 | Commercial litigation, bankruptcy, real estate | MIEC, Tesoro, Kaiser Foundation Health Plan, Farmers Insurance | Michael McGuigan, Managing Partner | Kauai |
| 17. (17) | Croxin Fried Sakya Kakiza & Fairbanks, 841 Bishop St., Suite 600, Honolulu, HI 96813, (808) 524-1433 / (808) 536-2073 | 1973 | •16 | •12 | •4 | •0 | •6 | •16 | •24 | •DND | •DND | •DND | •3 | •DND | First Insurance, MIEC, Tesoro, Kaiser Foundation Health | | Larry Colombe, President | NA |
| 18. (18) | Chun Kerr Dodd Beaman & Wong, 745 Fort St. Mall, Suite 900, Honolulu, HI 96813, (808) 528-8200 / (808) 536-5869 | 1970 | •15 | •5 | •5 | •5 | •15 | •5 | •23 | •$210 - $310 | •$130 - $150 | •DND | •1 | •DND | Real Estate, taxation, real estate and commercial litigation | Honu Group, Outrigger, Foodland, HIDC, UFJ Bank | L. Richard Fried, President | None |
| 18. (18) | Craven Fried Sakya Kakiza & Fairbanks | | | | | | | | | | | | | | Personal injury and other litigation only | | Alan Oshima, Managing Partner | None |
| 18. (—) | Oshima Chun Fong & Chung LLP, 841 Bishop St., Suite 400, Honolulu, HI 96813, (808) 528-4200 / (808) 531-8466, www.ocfc.com | 1985 | •15 | •7 | •15 | •1 | •14 | •1 | •DND | •DND | •DND | | •DND | Banking and finance, business and commercial, business litigation and arbitration, e-commerce, public utilities | | Alan Oshima, Managing Partner | None |

**Notes:** DND: Did not disclose; NA: Not applicable/available; NR: Not previously ranked. Information on this list was supplied by individual companies through questionnaires and/or telephone interviews.

# LAW FIRMS
Ranked by number of lawyers including Of Counsel

| Rank (Prior rank) | Company name Web site | Address | Phone number Fax number | No. of lawyers partners associates | Hourly fee range partners associates | Some specialty areas | Name of top executive Title |
|---|---|---|---|---|---|---|---|
| 1 (1) | Goodsill Anderson Quinn & Stifel www.goodsill.com | 1099 Alakea St., Suite 1800 Honolulu, HI 96813 | (808) 547-5600 (808) 547-5880 | 80 DND DND | DND DND | Full-service firm, litigation, real property, tax, banking, employment, environmental, public utilities | Miki Okumura Managing Director |
| 2 (2) | Carlsmith Ball LLP www.carlsmith.com | 1001 Bishop St., ASB Tower Suite 2200 Honolulu, Hawaii 96813 | (808) 523-2500 (808) 523-0842 | 46 DND DND | DND DND | Real estate, land use, litigation, corporate, finance, pension, estate planning, employment, maritime | Karl Kobayashi Chairman |
| 3 (3) | Cades Schutte LLP www.cades.com | 1000 Bishop St., 12th Fl. Honolulu, HI 96813 | (808) 521-9200 (808) 521-9210 | 64 41 | DND DND | Business, litigation, real estate, tax, banking, finance, land use, property rights, estate planning | Management Committee[1] |
| 4 (5) | McCorriston Miller Mukai MacKinnon LLP www.m4law.com | 5 Waterfront Plaza, 4th Fl., 500 Ala Moana Blvd., Honolulu, HI 96813 | (808) 529-7300 (808) 524-8293 | 57 34 | $200 - $400 $130 - $275 | Complex litigation, commercial, construction, labor, government contracts, insurance, real estate | D. Scott MacKinnon Managing Partner |
| 5 (4) | Alston Hunt Floyd & Ing www.ahfi.com | 1001 Bishop St., 18th Floor ASB Tower Honolulu, HI 96813 | (808) 524-1800 (808) 524-4591 | 42 31 | $175 - $400 $130 - $275 | Litigation, real estate, international business | Paul Alston President |
| 6 (7) | Kobayashi Sugita & Goda, Attorneys at Law www.ksglaw.com | 999 Bishop St., Ste 2600 Honolulu, HI 96813 | (808) 539-8700 (808) 539-8799 | 41 16 | $215 - $475 $125 - $280 | Commercial, health care, construction, labor, corporate, international business | Bert T. Kobayashi Jr. Senior Partner |
| 7 (9) | Torkildson Katz Fonseca Moore & Hetherington www.torkildson.com | 700 Bishop St., 15th Fl. Honolulu, HI 96813 | (808) 523-6000 (808) 523-6001 | 35 22 | $185 - $350 $115 - $185 | Employment, litigation, corporate, health care, securities, retirement plans, real estate, tax, estates | J. George Hetherington Chairman |
| 9 (10) | Ashford & Wriston www.ashfordwriston.com | 999 Bishop St., Ste 2600 Honolulu, HI 96813 | (808) 539-0400 (808) 533-4945 | 33 24 | $210 - $340 $140 - $225 | Complex litigation, commercial, construction, labor, corporate, international business | Jeffrey N. Watanabe Managing Partner |
| 7 (6) | Watanabe Ing Kawashima & Komeiji LLP www.wik.com | 999 Bishop St., 23rd Fl. Honolulu, HI 96813 | (808) 544-8300 (808) 544-8399 | 33 24 | $200 - $450 $150 - $200 | Litigation, government, regulatory affairs, banking, real estate, labor, employment, foreclosure | Jeffrey N. Watanabe Managing Partner |
| 9 (10) | Ashford & Wriston www.ashfordwriston.com | 1099 Alakea St., Suite 1400 Honolulu, HI 96813 | (808) 539-0400 (808) 533-4945 | 26 13 | $190 - $260 $125 - $185 | Real property, civil litigation, business, tax, bank and financial services, health care, family law | Cuyler Shaw Managing Partner |
| 10 (12) | Ayabe Chong Nishimoto Sia & Nakamura LLLP NA | 1001 Bishop St., Pauahi Tower 2500 Honolulu, HI 96813 | (808) 537-6119 (808) 526-3491 | 25 20 | $150 - $300 $110 - $150 | Commercial and civil litigation, professional liability, workers' compensation, dispute resolution | Sidney Ayabe Managing Partner |
| 11 (7) | Damon Key Leong Kupchak Hastert www.hawaiilawyer.com | 1001 Bishop St., Pauahi Tower, Suite 1600 Honolulu, HI 96813 | (808) 531-8031 (808) 533-2242 | 24 9 | $230 - $300 $130 - $210 | Full-service, business, commercial, construction, creditors' rights, dispute resolution, e-business | Denis C.H. Leong President |
| 12 (10) | Case Bigelow & Lombardi ALC www.casebigelow.com | 737 Bishop St., Suite 2600 Honolulu, HI 96813 | (808) 547-5400 (808) 523-1888 | 23 14 | $210 - $360 $150 - $185 | Real estate, business, land use, bankruptcy, collections, civil litigation, administrative, tax | Dennis Lombardi Director & President |
| 12 (10) | Stanton Clay Chapman Krumpton & Iwamura www.paclawteam.com | 700 Bishop St., Suite 2100 Honolulu, HI 96813 | (808) 535-8412 (808) 535-8472 | 23 8 | $200 - $285 $150 - $225 | Business, collections, wills, condominium, construction, financial, immigration, mediation | Robert E. Chapman President |
| 14 (14) | Bays Deaver Lung Rose & Baba www.legalhawaii.com | 1099 Alakea St., 16th Fl. Honolulu, HI 96813 | (808) 523-9000 (808) 533-4184 | 21 8 | $215 - $335 $125 - $170 | Litigation, arbitration, real estate, construction, commercial, employment, trusts and estates | Harvey J. Lung Managing Partner |
| 14 (13) | Rush Moore LLP www.rmhawaii.com | 737 Bishop St., Suite 2400 Honolulu, HI 96813 | (808) 521-0400 (808) 521-0597 | 21 16 | $185 - $285 $105 - $150 | Civil litigation, real estate, corporate, estate planning, tax, health care, creditors' rights, | David Shibata Managing Partner |
| 16 (14) | Reinwald O'Connor & Playdon LLP www.roplaw.com | 733 Bishop St., Suite 2400 Honolulu, HI 96813 | (808) 524-8350 (808) 531-8628 | 18 11 | $150 - $300 $125 - $200 | Insurance defense, commercial litigation, construction, trusts and estates, employment | Michael McGuigan Managing Partner |
| 17 (17) | Cronin Fried Sekiya Kekina & Fairbanks www.cronifried.com | 841 Bishop St., Suite 600, Honolulu, HI 96813 | (808) 524-1433 (808) 536-2073 | 17 12 | NA[2] NA | Personal injury, litigation | L. Richard Fried President |
| 18 (18) | Oshima Chun Fong & Chung LLP NA | 841 Bishop St., Suite 400 Honolulu, HI 96813 | (808) 528-4200 (808) 531-8466 | 16 10 | DND DND | Banking and finance, business and commercial, business litigation and arbitration, e-commerce | Alan Oshima Managing Partner |
| 19 (18) | Chun Kerr Dodd Beaman & Wong LLP ckdbw.com | 745 Fort St. Mall, Suite 900 Honolulu, HI 96813 | (808) 528-8200 (808) 536-5869 | 14 7 | $210 - $350 $130 - $150 | Real estate, taxation, real estate and commercial litigation | Leroy Colombe Managing Partner |
| 19 (20) | Kessner Duca Umebayashi Bain & Matsunaga NA | 220 South King St., 19th Floor Honolulu, HI 96813 | (808) 536-1900 (808) 529-7177 | 14 8 | $125 - $275 NA | Insurance defense, auto accidents, medical malpractice, workers' compensation, construction | John Bain Managing Partner |
| 21 (14) | Burke McPheeters Bordner & Estes www.bmbe-law.com | 737 Bishop St., Suite 3100 Honolulu, HI 96813 | (808) 523-9833 (808) 528-1656 | 13 9 | $150 - $250 $125 - $150 | Professional liability, commercial and real estate litigation, personal injury litigation, family law | William Bordner President |
| 22 (20) | Paul Johnson Park & Niles www.pjpn.com | 1001 Bishop St., ASB Tower, Suite 1300 Honolulu, HI 96813 | (808) 524-1212 (808) 538-3322 | 12 9 | DND DND | Litigation, arbitration, mediation, commercial, financing, real estate, construction, maritime | William McKeon President |
| 23 (NR) | Belles Graham Proudfoot & Wilson www.kauai-law.com | 4334 Rice St., Suite 202 Lihue, HI 96766 | (808) 245-4705 (808) 245-3277 | 7 4 | $200 - $250 $135 - $175 | Land use, real property, business, cooperative, utilities, commercial litigation, admiralty and maritime | David Proudfoot Managing Partner |
| 24 (NR) | Ing Horikawa Kuwada Jorgensen and Toma www.ingmauilaw.com | 2145 Wells St. Ste. 204 Wailuku, HI 96793 | (808) 242-4555 (808) 244-6964 | 4 3 | $200 - $225 NA | Real estate, business, personal injury, litigation, estate planning, probate | |
| 25 (NR) | David A Sereno, A Law Corporation www.davidserenolaw.com | 55-B N. Church St. Wailuku, HI 96793 | (808) 242-5710 (808) 242-7246 | 3 0 | $200 - $350 $0 | Criminal law | David Sereno President |

Notes: DND: did not disclose; NA: not applicable/available; NR: not previously ranked. Last year, Oahu and Neighbor Island law firms were listed separately. Therefore, firms are listed as not previously ranked. Number of support staff listed is full-time. Information on this list was supplied by individual firms through questionnaires.
[1] The members of the Cades Schutte management committee are Jeffrey S. Portnoy, Nicholas C. Dreher, David Schulmeister and Donna Y.L. Leong.
[2] Cronin Fried Sekiya Kekina & Fairbanks work on contingency fees and do not charge by the hour.