Berry v. Hawaiian Express Service, Inc., et al.
Case No. CV03-00385 SOM/LEK
U.S. District Court, District of Hawaii

## NON-TAXABLE COSTS INCURRED HEREIN BY FOODLAND SUPER MARKET, LIMITED

| DATE | DESCRIPTION | AMOUNT | G.E. TAX* |
|---|---|---|---|
| 9/03 | Postage | $0.37 | $0.02 |
| 10/03 | Postage | $23.75 | $0.99 |
| 11/03 | Postage | $11.14 | $0.46 |
| 12/03 | Postage | $29.78 | $1.24 |
| 2/04 | Postage | $20.38 | $0.85 |
| 3/30/04 | Miscellaneous – deposit for mediation fees and costs by William G. Meyer, III ** | $500.00 | -- |
| 3/04 | Postage | $3.60 | $0.15 |
| 4/04 | Computer research | $28.21 | -- |
| 4/04 | Postage | $0.37 | $0.02 |
| 5/04 | Postage | $3.18 | $0.13 |
| 6/04 | Postage | $12.12 | $0.50 |
| 7/1/04 | Delivery charges – 6/25/04 to Foodland ** | $29.05 | -- |
| 7/31/04 | Delivery charges – 7/1/04 by The King's Couriers to Foodland ** | $15.89 | -- |
| 8/1/04 | Professional services – 4/2/04 to 5/27/04 – mediation fees by Dwyer Schraff Meyer Jossem & Bushnell (balance due) ** | $1,178.03 | -- |
| 7/04 | Postage | $0.60 | $0.03 |
| 8/15/04 | Computer research -- for July 2004 | $49.96 | -- |
| 9/1/04 | Computer research – August 2004 | $92.51 | -- |
| 9/30/04 | Delivery charges – 9/30/04 to Foodland ** | $11.67 | -- |
| 10/1/04 | Computer research | $789.73 | -- |

**EXHIBIT C**

| DATE | DESCRIPTION | AMOUNT | G.E. TAX* |
|---|---|---|---|
| 10/31/04 | Delivery charges -- 10/21,22/04 to Foodland ** | $23.34 | -- |
| 10/04 | Postage | $11.89 | $0.49 |
| 10/04 | Telecopier charges | $2.50 | $0.10 |
| 11/04 | Computer research | $261.68 | -- |
| 11/30/04 | Delivery charges – 11/1/04 to Foodland ** | $11.67 | -- |
| 11/04 | Postage | $20.70 | $0.86 |
| 12/04 | Computer research | $66.08 | -- |
| 1/3/05 | Delivery charges – 12/21/04 to Foodland ** Supermarkets (Roger Wall) | $16.52 | -- |
| 12/04 | Postage | $13.13 | $0.55 |
| 2/14/05 | Professional services – 12/3/04 to 1/7/05 by Matsui Chung ** | $709.61 | -- |
| 2/28/05 | Telephone charges | $3.27 | -- |
| 2/05 | Telecopier charges | $22.50 | $0.94 |
| 4/05 | Computer research | $430.94 | -- |
| 6/05 | Postage | $1.52 | $0.06 |
| 6/05 | Telecopier charges | $2.50 | $0.10 |
| 7/05 | Postage | $1.98 | $0.08 |
| | *Subtotals* | $4,400.17 | $7.57 |
| | *TOTAL* | $4,407.74 | |

* On in-house charges only; outside charges already include G.E. Tax.

** Copy of invoice attached.

CHUN, KERR, DODD, BEAMAN & WONG
A LIMITED LIABILITY LAW COMPANY
ATTORNEYS AT LAW
9th FLOOR
745 FORT STREET MALL
HONOLULU, HAWAII 96813-3815

| CLIENT | DESCRIPTION | AMOUNT |
|---|---|---|
| 111-23 Foodland (Berry) | Deposit for mediation fees and costs | 500.00 |

MAIN BRANCH
BANK OF HAWAII
HONOLULU, HAWAII
59-102/1213

CHECK NO. 25738

AMOUNT  $ ******500.00

VOID AFTER 90 DAYS

DATE 3/30/04

$500.00

PAY TO THE ORDER OF   William G. Meyer, III

GENERAL ACCOUNT

NOT NEGOTIABLE

⑈025738⑈ ⑆121301028⑆ 000⑈071262⑈

$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$

## CHECK REQUEST

| | |
|---|---|
| DATE: | March 30, 2004 |
| TO: | Charlotte |
| FROM: | Noreen |
| AMOUNT: | $500.00 |
| WHEN NEEDED: | March 16, 2004 |
| PAYABLE TO: | William G. Meyer, III |
| DESCRIPTION: | deposit for mediation fees and costs |
| CLIENT NAME and MATTER: | Foodland-Berry |
| CLIENT/MATTER NUMBER: | 111-23 |
| GIVE CHECK TO: | Noreen |

$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$

66365.1

**THE KING'S COURIERS, INC.**
P.O. BOX 61647
HONOLULU, HI  96839
CALL: 536-5464 OR 536-2419
FAX: 847-8419

# INVOICE

Invoice Submitted To:

**CHUN KERR DODD BEAMON & WONG**
745 FORT ST MALL, SUITE 900
HONOLULU HI 96813

Attn: 745 FORT ST, #900

| INVOICE NUMBER | PAGE |
|---|---|
| 4005 | 1 |

| CLIENT NUMBER | TERMS |
|---|---|
| CKD | NET 30 DAYS |

| INVOICE DATE |
|---|
| 06/30/2004 |

| INVOICE TOTAL |
|---|
| $29.05 |

| Order Date/Num Service | Reference Caller | Pickup Address | Drop Off Address | Tax |
|---|---|---|---|---|
| Charge | Piece | Minutes | Pounds | Miles | Insurance | Other | Expense | Other1 | Other2 | Total |

| 06/25/2004 45847 SAMEDAY | 111-23 CHERYL | FOODLAND 3536 HARDING AVE | CHUN KERR DODD BEAMON & WONG 745 FORT ST MALL, SUITE 900 HONOLULU HI 96813 | $0.38 |
| | 0 | 0 | 0 | 0 | 0 | 0 | NOT AVAI | | | |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9.19 | $0.00 | $0.00 | $9.57 |
| 06/25/2004 45851 2 HOUR | 111-23 CHERYL | FOODLAND 3536 HARDING AVE | CHUN KERR DODD BEAMON & WONG 745 FORT ST MALL, SUITE 900 HONOLULU HI 96813 | $0.78 |
| | 0 | 0 | 0 | 0 | 0 | 0 | | | | |
| $18.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $19.48 |

Billing Group Taxes Sub-Total **1.16**      Billing Group Sub-Total   $29.05

Total Taxes **1.16**      InvoiceTotal   $29.05

---

Rec'd By  MLF   Date 7.30.04
Approved For Payment By _____
Paid - Ck. No. 26461  Date 7-30-04
Distribution  111-23
 Foodland
 (Berry v.)

# THE KING'S COURIERS, INC.

P.O. BOX 61647
HONOLULU, HI  96839
CALL: 536-5464 OR 536-2419
FAX: 847-8419

Invoice Submitted To:

**CHUN KERR DODD BEAMON & WONG**

745 FORT ST MALL, SUITE 900
HONOLULU HI 96813

Attn: 745 FORT ST, #900

# INVOICE

| INVOICE NUMBER | PAGE |
|---|---|
| 4059 | 1 |
| CLIENT NUMBER | TERMS |
| CKD | NET 30 DAYS |
| INVOICE DATE | |
| 07/31/2004 | |
| INVOICE TOTAL | |
| $15.89 | |

| Order Date/Num Service | Reference Caller | | | Pickup Address | | | Drop Off Address | | | Tax |
|---|---|---|---|---|---|---|---|---|---|---|
| Charge | Piece | Minutes | Pounds | Miles | Insurance | Other | Expense | Other1 | Other2 | Total |
| 07/01/2004 45925 SAMEDAY | 111-23 CHERYL | | | CHUN KERR DODD BEAMON & WONG 745 FORT ST MALL, SUITE 900 HONOLULU HI 96813 | | | FOODLAND 3536 HARDING AVE | | | $0.64 |
| | 0 | 0 | 0 | 0 | 0 | 0 | BOX | | | |
| $12.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.00 | $0.00 | $0.00 | $15.89 |

Billing Group Taxes Sub-Total **0.64**        Billing Group Sub-Total        **$15.89**

Total Taxes **0.64**        InvoiceTotal        **$15.89**



Rec'd By MIF  Date 8-4-04
Approved For Payment By _____
Paid - Ck. No. 26515 Date 8-4-04
Distribution 111-23
Foodland (Berry)

# DWYER SCHRAFF MEYER JOSSEM & BUSHNELL

ATTORNEYS AT LAW ❖ A LAW CORPORATION

1800 PIONEER PLAZA ❖ 900 FORT STREET MALL ❖ HONOLULU, HAWAII 96813
TELEPHONE: (808) 524-8000 ❖ FACSIMILE: (808) 537-4667 ❖ HOME PAGE: www.dwyerlaw.com ❖ E-MAIL: thefirm@dwyerlaw.com

JOHN R. DWYER, JR.
PAUL A. SCHRAFF
WILLIAM G. MEYER, III
JARED H. JOSSEM (1942 – 2003)
RONALD V. GRANT
BLAKE W. BUSHNELL
ADELBERT GREEN
ERIK W. KVAM
LAUREN LUIS

Of Counsel:
BEATRICE L. K. DAWSON

WILLIAM G. MEYER III
INTELLECTUAL PROPERTY
ENTERTAINMENT
ART LAW
INTERNET
E-COMMERCE
LITIGATION

Direct (808) 534-4412
wmeyer@dwyerlaw.com

August 10, 2004

Andrew V. Beaman, Esq.
Chun Kerr Dodd Beaman & Wong
900 Hawaii Tower
745 Fort Street
Honolulu, Hawaii 96813

Rec'd By MLE   Date 8-18-04
Approved For Payment By _____
Paid - Ck. No. 26627 Date 8-23-04
Distribution 111-23
Foodland (Berry)

Re:  **Wayne Berry v. Hawaiian Express Service, Inc., et al.**
     **Civil No. CV03-00385 SOM-LEK (D. Haw.)**

Dear Andrew:

In connection with my services as mediator in the above-referenced matter, I enclose herewith my first and final invoice in the total amount of $10,068.20. The Plaintiff and Defendants in this case are to pay **one-sixth each** of the mediator's fees and costs, less their respective deposits paid. Accordingly, the **balance due and owing of $1,178.03** ($10,068.20, divided by 6, less deposit of $500.00 = $1,178.03) should be paid by your client.

Thanks to you and your client for participation in the mediation.

Very truly yours,

DWYER SCHRAFF MEYER
JOSSEM & BUSHNELL

William G. Meyer, III

WGM:jmb
Enclosure

8/12/04

LEC –
This is a little more than might have been expected, but I recommend that we pay it anyway.
– AVB

245888.1

DWYER SCHRAFF MEYER JOSSEM & BUSHNELL
Attorneys At Law, A Law Corporation
900 Fort Street Mall, Ste. 1800
Honolulu, Hawaii 96813
(808-524-8000) FED ID No. 99-0158611

July 21, 2004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII
UNITED STATES COURTHOUSE
300 ALA MOANA BOULEVARD
HONOLULU HI  96850

Our identifying code for this case   USDC-BERRY
Invoice number   88217

Name of matter   GENERAL LITIGATION/ARBITRATION
COURT APPOINTED MEDIATOR IN BERRY V HAWAIIAN
EXPRESS SERVICE, INC., ET AL
CIVIL# 03-00385 SOM-LEK (D. HAW)

Balance Due from Prior Statements   $153.64

| Date | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| 04/02/04 | WGM | Draft correspondence to counsel; review voice mail message from Lex Smith, Esq.; review memorandum from Lex Smith, Esq. | 1.0 | 295.00 |
| 04/05/04 | WGM | Telephone conference with K. Fine, Esq.; review materials from counsel; conference with staff regarding scheduling matters | 1.0 | 295.00 |
| 04/06/04 | WGM | Draft correspondence to counsel regarding mediation statements | 0.5 | 147.50 |
| 04/09/04 | WGM | Review pleadings; and correspondence regarding mediation issues | 2.0 | 590.00 |
| 04/15/04 | WGM | Prepare for and conduct pre-mediation conference with K. Fine, Esq. and E. Porter, Esq. regarding Defendants HEX, HEST, CALPAC, Graham and Schaul; review pleading regarding same | 1.5 | 442.50 |
| 04/16/04 | WGM | Prepare for and attend pre-mediation conference with T. Hogan, Esq.; pre-mediation conference with L. Smith, Esq. and L. Hosoda, Esq.; pre-mediation conference with W. Ching, Esq.; pre-mediation conference with A. Beaman, Esq. | 6.0 | 1,770.00 |
| 04/19/04 | WGM | Review documents from Plaintiff's counsel | 1.0 | 295.00 |
| 04/22/04 | WGM | Review Mediation Statements and research regarding legal issues | 2.0 | 590.00 |

DWYER SCHRAFF MEYER JOSSEM & BUSHNELL

July 21, 2004

UNITED STATES DISTRICT COURT

Our identifying code for this case   USDC-BERRY
Invoice number   88217

Name of matter   GENERAL LITIGATION/ARBITRATION

| Date | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| 04/27/04 | WGM | Draft correspondences to counsel regarding Mediation schedule and information on preparing for Mediation; telephone conference with counsel regarding Defendant Teresa Noa's request to be excused from attending Mediation in person | 1.5 | 442.50 |
| 04/28/04 | WGM | Draft correspondence to Magistrate Kobayashi regarding Defendant Teresa Noa's request to be excused from appearing in person at the Mediation; review correspondence from T. Hogan, Esq. regarding clarification of mediation schedule; draft correspondence to T. Hogan, Esq. regarding same; review Minute Order from Magistrate Kobayashi regarding Defendant Teresa Noa; review pre-mediation statement from K. Fine, Esq. and E. Porter, Esq. | 1.25 | 368.75 |
| 04/29/04 | WGM | Conference with Magistrate Kobayashi regarding Mediation; review issues with Court; draft memorandum to Court | 3.0 | 885.00 |
| 04/30/04 | WGM | Draft correspondence to Magistrate Kobayashi regarding copyright issues | 1.0 | 295.00 |
| 05/04/04 | WGM | Telephone conference with T. Hogan, Esq.; Review memo of legal issues and prepare for Mediation | 5.0 | 1,475.00 |
| 05/05/04 | WGM | Transmit materials to Judge Leslie Kobayashi regarding infringement and fair use of computer software; conduct Mediation with Judge Leslie Kobayashi and parties | 5.0 | 1,475.00 |
| 05/11/04 | WGM | Review cases and draft Memorandum to Court on settlement issues | 0.5 | 147.50 |
| | | Total for Legal Services through 06/30/04 | 32.25 | $9,513.75 |

| Date | Costs advanced | Amount |
|---|---|---|
| 05/27/04 | Lexis (inv# 0404194379 dated 4/30/04) | 4.29 |
| | Total for Expenses and Costs | $4.29 |
| | Total this Statement | $9,518.04 |
| | Gross Excise Tax | $396.52 |

DWYER SCHRAFF MEYER JOSSEM & BUSHNELL

July 21, 2004

UNITED STATES DISTRICT COURT

Our identifying code for this case  USDC-BERRY
Invoice number  88217

Name of matter   GENERAL LITIGATION/ARBITRATION

Total Due    $10,068.20
============

PAST DUE - Please remit immediately.

NOTE: PLEASE MAIL ALL FUTURE PAYMENTS,

CORREPONDENCES, ETC. TO OUR STREET
ADDRESS:

900 FORT STREET MALL, SUITE 1800

HONOLULU, HI. 96813

THANKYOU KINDLY
BILLING DEPT.

 **Crosstown Couriers, Inc.**          DETAIL OF DELIVERIES 09/01/04 - 09/30/04

Account: C74590     / CHUN KERR DODD BEAMAN

| Ticket Date/Time | Caller Reference Proof of delivery | From | To | Charge Detail | | |
|---|---|---|---|---|---|---|
| 51920 15:15 09/30/04 | CHERYL 111-23 | FOODLAND 3536 HARDING KAIMUKI E5 | CHUN KERR DODD 745 FORT STE 900 WARD-AALA PARK 01 | 11.20 | Total: | 11.67 |
| | | | | | Total | 11.67 |

```
Rec'd By  MLF    Date 10-6-04

Approved For Payment By _____

Paid - Ck. No. 26885   Date 10-6-04

Distribution  111-23
              Foodland (Berry)
```

**Crosstown Couriers, Inc**                    **DETAIL OF DELIVERIES 10/01/04 - 10/31/04**

| Ticket Date/Time | Caller Reference Proof of delivery | From | To | Charge Detail | | |
|---|---|---|---|---|---|---|
| 52482 11:22 10/19/04 : | LAURA 2471-1 | CHUN KERR DODD 745 FORT STE 900 WARD-AALA PARK 01 | SILVER BRIDGES 680 ALA MOANA 308 WARD-AALA PARK 01 | 4.95 | Total: | 5.16 |
| 52482 11:22 10/19/04 : | LAURA 2471-1 | CHUN KERR DODD 745 FORT STE 900 WARD-AALA PARK 01 | SILVER BRIDGES 680 ALA MOANA 308 WARD-AALA PARK 01 | 4.95 | Total: | 5.16 |
| 52544 12:27 10/21/04 : | SHERYL 111-23 | FOODLAND 3536 HARDING KAIMUKI E5 | CHUN KERR DODD 745 FORT STE 900 WARD-AALA PARK 01 | 11.20 | Total: | 11.67 |
| 52589 12:21 10/22/04 : | SHERYL 111-23 | FOODLAND 3536 HARDING KAIMUKI E5 | CHUN KERR DODD 745 FORT STE 900 WARD-AALA PARK 01 | 11.20 | Total: | 11.67 |
| | | | | **Total** | | **33.66** |

Rec'd By _____ Date _____
Approved For Payment By _____
Paid - Ck. No. _____ Date _____
Distribution _____

Rec'd By MLF Date 11-4-04
Approved For Payment By _____
Paid - Ck. No. 27056 Date 11-4-04
Distribution 111-23
Foodland (Berry)

33.84

11/2/2004 12:52:30 PM

1

**Crosstown Couriers, Inc.**                          DETAIL OF DELIVERIES 11/01/04 - 11/30/04

| Ticket Date/Time | Caller Reference Proof of delivery | From | To | Charge Detail | | | |
|---|---|---|---|---|---|---|---|
| 52820 15:23 11/01/04 | SHERYL | FOODLAND 3536 HARDING KAIMUKI E5 | CHUN KERR DODD 745 FORT STE 900 WARD-AALA PARK 01 | 11.20 | | Total: | |
| 52923 11:43 11/04/04 : | SHERYL 2771-1 (Waimanalo) | CHUN KERR DODD 745 FORT STE 900 WARD-AALA PARK 01 | HCDCH 677 QUEEN 300 WARD-AALA PARK 01 | 4.95 | | Total: | 5.16 |
| 52940 11:57 11/04/04 : | SHERYL 757-4 | CHUN KERR DODD 745 FORT STE 900 WARD-AALA PARK 01 | SECURITY DESK 88 PIIKOI WARD-KEEAUMOKU E2 | 8.20 | 2 TRIES | 7.95 Total: | 16.82 |
| 53101 16:19 11/12/04 : | JEAN INSPIRATION 2389-1 | CHUN KERR DODD 745 FORT STE 900 WARD-AALA PARK 01 | KOBEEN SUCHIDA 210 WARD AVE 240 WARD-AALA PARK 01 | 4.95 | | Total: | 5.16 |
| 53174 12:49 11/15/04 : | SHERYL 1798-15 | CHUN KERR DODD 745 FORT STE 900 WARD-AALA PARK 01 | OUTRIGGER ENTERPRISES 2375 KUHIO IST FLOOR McCULLY-KAPAHULU E4 | 10.20 | | Total: | 10.62 |
| 53194 15:18 11/16/04 : | SHERYL 1798.15 | OUTRIGGER ENTERPRISES 2375 KUHIO IST FLOOR McCULLY-KAPAHULU E4 | CHUN KERR DODD 745 FORT STE 900 WARD-AALA PARK 01 | 10.20 | | Total: | 10.62 |
| 53266 12:45 11/18/04 : | TONI WAIMANALO 2771-1 | CHUN KERR DODD 745 FORT STE 900 WARD-AALA PARK 01 | HCDCH 677 QUEEN 300 WARD-AALA PARK 01 | 4.95 | | Total: | 5.16 |

**Total**    65.21

Rec'd By MLF    Date 12-7-04
Approved For Payment By _____
Paid - Ck. No. 27204    Date 12-7-04
Distribution 111-23
Foodland (Ben)

12/1/2004 2:18:40 PM                                                                                 1

**CitiExpress**
CONSOLIDATORS

INVOICE NUMBER :   123079  01/03/05  CUSTOMER : C168                    PAGE   1

| AIRBILL/DATE | RECIPIENT | COMPANY/REFERENCE/SIGNEE | CDE | CHGS | DETL | LBS | TOTAL | NET |
|---|---|---|---|---|---|---|---|---|
| 4915061 12/06/04 | Dept of Human Services 677 Ala Moa Moana Honolulu, HI  96813 Kamiya | Waimanalo Village | T G  TOT | 0.25 0.54 0.00 0.79 | WGHT CHGS DISC TOTL | 5 + - = | 5.95 0.79 0.00 6.74 | 6.74 |
| 4915064 12/21/04 | Foodland Supermarkets 3536 Harding Ave, 1st Floor Honolulu, HI  96816 Wall | Foodland-Berry 111-23 Address Correction-Suite | A T G TOT | 5.00 0.62 0.90 6.52 | WGHT CHGS DISC TOTL | 3 + - = | 10.00 6.52 0.00 16.52 | 16.52 |
|  |  |  | TOT |  | WGHT CHGS DISC TOTL | + - = |  |  |

T = G.E.T.           A = Address Correct           T = G.E.T.           SUBTOTAL THIS PAGE      23.26

Rec'd By MLF  Date 1-13-05
Approved For Payment By _____
Paid - Ck. No 27417  Date 1-13-05
Distribution  111-23
Foodland (Berry)

16.52

```
                       MATSUI CHUNG
                     A Law Corporation
                      1400 Mauka Tower
                      737 Bishop Street
                    Honolulu, Hawaii  96813
                  Telephone:  (808) 536-3711
                  Facsimile:  (808) 599-2979
```

|  |  |
|---|---|
| CWM: BERRY V. HAWAIIAN EXPRESS | PAGE: 1<br>FEBRUARY 14, 2005<br>MATTER #: 901-0178X<br>BILLING NO:          1 |

CWM - SPECIAL MASTER
Billed Equally to Attorneys Listed.

Timothy J. Hogan, Esq.
Lex Smith, Esq. / Anne E. Lopez, Esq.
Wesley Ching, Esq.
Roy T. Tjioe, Esq. / Emily Reber Porter, Esq.
Andrew Beaman, Esq. / Leroy E. Colombe, Esq.
Lyle Hosoda, Esq.
Sheldon Toll, Esq.

*REVISED* (handwritten)

Stamp:
Rec'd By MLF  Date 2-18-05
Approved For Payment By _____
Paid - Ck. No. 27708  Date 3-7-05
Distribution 111-23
Foodland (Berry)

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 12/03/2004 | CWM | Prepare letter setting first conference, and enclosing Guidelines & Procedures for Matters Brought Before the Special Master. | 0.20 | 60.00 |
| 12/08/2004 | CWM | Review Transmittal, dated December 8, 2004, from Linda Lui-Kwan of Timothy Hogan's office, enclosing the Second Amended Verified Complaint, and RICO Statement (filed 6/18/04). | 3.40 | 1,020.00 |
| 12/10/2004 | CWM | Review Letter, dated December 10, 2004, from Leroy Colombe, on behalf of Defendant Foodland Super Market, Limited, enclosing its Answer to Second Amended Complaint and Memorandum in Support of Motion for Summary Judgment. | 1.30 | 390.00 |
| 12/13/2004 | CWM | Review Letter, dated December 13, 2004, from Julia Morgan of Fukunaga, Matayoshi, Hershey & Ching, enclosing: 1) Hawaii Transfer Company, Ltd.'s Answer to Plaintiff's Second Amended Complaint; 2) Hawaii Transfer Company, Ltd.'s Motion for Summary Judgment. | 0.30 | 90.00 |
| 12/15/2004 | CWM | Review Letter, dated December 14, 2004, from Melissa Dulac of Kirkland and Ellis, enclosing: 1) Second Amended Verified Complaint; 2) Fleming Companies, Inc., C & S Logistics of Hawaii, LLC, C & S Wholesale Grocers, Inc. and C & S Acquisitions, LLC's Amended Answer to Second Amended Complaint; 3) Plaintiff Wayne Berry's Motion for Issuance of Preliminary Injunction; 4) Opposition of Fleming Companies, Inc. to Wayne Berry's Motion for Issuance of Preliminary Injunction; 5) Plaintiff Wayne Berry's Reply to | | |

```
CWM: BERRY V. HAWAIIAN EXPRESS                                    PAGE:   2
                                                          FEBRUARY 14, 2005
                                                         MATTER #: 901-0178X
                                                         BILLING NO:      1
CWM - SPECIAL MASTER
Billed Equally to Attorneys Listed.
```

|  |  |  | HOURS |  |
|---|---|---|---:|---:|
|  | Opposition of Fleming Companies, Inc. to Wayne Berry's Motion for Issuance of Preliminary Injunction; and 6) Order Denying Wayne Berry's Motion for Issuance of Preliminary Injunction. |  | 1.30 | 390.00 |
| 12/17/2004 | CWM | Review Letter, dated December 16, 2004, from Emily Reber Porter, enclosing: 1) Defendants Hawaiian Express Service, H.E.S. Transportation Services, Inc., California Pacific Consolidators, Inc., Jeffrey P. Graham and Peter Schaul's Answer to Plaintiff's Second Amended Complaint, filed July 13, 2004; 2) Defendants Hawaiian Express Service, H.E.S. Transportation Services, Inc., California Pacific Consolidators, Inc., Jeffrey P. Graham and Peter Schaul's Opposition to Plaintiff Wayne Berry's Motion for Entry of Temporary Restraining Order Pending Preliminary Injunction. | 1.00 | 300.00 |
| 12/21/2004 | CWM | Continue reviewing and analyzing information submitted by parties | 3.10 | 930.00 |
| 12/23/2004 | CWM | Continue reviewing and analyzing information provided by parties | 3.40 | 1,020.00 |
| 12/27/2004 | CWM | Continue reviewing and analyzing information provided by parties and Court docket | 1.50 | 450.00 |
| 12/28/2004 | CWM | Review Minutes, filed December 27, 2004, by Judge Leslie Kobayashi (re: Plaintiff's Motion for Relief from Scheduling Order, filed September 30, 2004, and Defendants' Motion to Amend the May 7, 2004 Amended Rule 16 Scheduling Order). | 0.30 | 90.00 |
| 01/03/2005 | CWM | Review Letter, dated January 3, 2005, from Lyle Hosoda, enclosing pertinent documents to provide background information. | 1.50 | 450.00 |
| 01/04/2005 | CWM | Review Letter, dated January 4, 2005, from Lex R. Smith, enclosing Special Verdict Form, filed March 6, 2002, and the Transcript of Proceedings, for Plaintiff's Motion for Issuance of Preliminary Injunction, held on August 30, 2004. | 1.60 | 480.00 |
| 01/07/2005 | CWM | Prepare for and conduct the first discovery conference. | 1.50 | 450.00 |
| 01/11/2005 | CWM | Review Letter, dated January 11, 2005, from Lyle S. Hosoda, enclosing unredacted Iowa Telecom documents. | 2.30 | 690.00 |
|  | CWM | Review Memorandum, dated January 7, 2005, from Tim Hogan, regarding discovery conference held on January 7, 2005. |  |  |

CWM: BERRY V. HAWAIIAN EXPRESS
FEBRUARY 14, 2005
MATTER #: 901-0178X
BILLING NO:         1

CWM - SPECIAL MASTER
Billed Equally to Attorneys Listed.

|            |     |                                                                                                                                                                                                                                                                          | HOURS |          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |     | Review Letter, dated January 11, 2005, from Eric Liebeler. Review Minutes, issued by Judge Leslie Kobayashi, filed January 10, 2005, regarding continuing the Final Pre-Trial Conference to August 16, 2005.                                                             | 0.30  | 90.00    |
| 01/12/2005 | CWM | Continue reviewing internet records for IP addresses.                                                                                                                                                                                                                    | 2.90  | 870.00   |
| 01/25/2005 | CWM | Review Letter, dated January 25, 2005, from Lex R. Smith, enclosing diagram of the C & S Logistics network, and discussing mediation.                                                                                                                                    | 0.20  | 60.00    |
| 01/27/2005 | CWM | Review Letter, dated January 27, 2005, from Timothy Hogan regarding Lex Smith's January 25, 2005 letter.                                                                                                                                                                 | 0.20  | 60.00    |
| 01/28/2005 | CWM | Review information re: computer expert                                                                                                                                                                                                                                   | 0.40  | 120.00   |
|            | CWM | Review Order Granting Defendant Foodland's Motion for Summary Judgment; Granting Defendant Hawaii Transfer Company's Motion for Summary Judgment; and Granting in Part, Denying in Part Defendants Dillon, Noa, and Christensen's Motion for Summary Judgment.           | 0.30  | 90.00    |
| 01/31/2005 | CWM | Review Letter, dated January 31, 2005, enclosing Judge Mollway's recent Order filed on January 26, 2005.                                                                                                                                                                 |       |          |
|            |     | TOTAL FEES                                                                                                                                                                                                                                                               | 27.00 | 8,100.00 |

SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Clyde Wm. Matsui, Partner (CWM) | 27.00 | $300.00 | $8,100.00 |

4.166 % TAX                                                                                                               337.45

| 01/07/2005 | Clyde Matsui Telephone conference with Karen Fine, Eric Liebeler, Sheldon Toll, 1/7/05. Genesys Conferencing (#8186322/626848) | 77.85 |
|---|---|---|
|  | TOTAL ADVANCES | 77.85 |
|  | TOTAL CURRENT WORK  *REVISED - PLEASE PAY $709.61* | 8,515.30 |
|  | BALANCE DUE | $8,515.30 |

```
CWM: BERRY V. HAWAIIAN EXPRESS                                    PAGE:    4
                                                       FEBRUARY 14, 2005
                                                       MATTER #: 901-0178X
  CWM - SPECIAL MASTER                                 BILLING NO:      1
  Billed Equally to Attorneys Listed.
```

```
             YOUR PORTION OF THIS INVOICE IS:

             _____ % OF $ _____ = $ _____

             PAYMENT DUE UPON RECEIPT.  PLEASE MAKE CHECKS PAYABLE
             TO:
             MATSUI CHUNG SUMIDA & TSUCHIYAMA
             Fed. I.D.# 99-0216133
```