CHUN, KERR, DODD, BEAMAN & WONG,
  A Limited Liability Law Partnership

LEROY E. COLOMBE     #3662-0
745 Fort Street, 9th Floor
Honolulu, HI 96813
Telephone: 528-8200
Facsimile: 536-5869
Email: lcolombe@ckdbw.com

Attorneys for Defendant
FOODLAND SUPER MARKET, LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen,<br><br>              Plaintiff,<br>  vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., et al.,<br><br>              Defendants. | CASE NO. 03-CV-00385 SOM/LEK<br>(Copyright)<br><br>CERTIFICATE OF SERVICE<br>(RE: DEFENDANT FOODLAND SUPER MARKET LIMITED'S MOTION FOR ATTORNEYS' FEES AND COSTS); EXHIBIT A |

<u>CERTIFICATE OF SERVICE</u>

      The undersigned hereby certifies that a true and exact copy of the following documents were duly served via the Court's electronic transmission facilities to the parties listed on the attached ***Exhibit A***:

        1.    Motion for Attorneys' Fees and Costs;

        2.    Memorandum in Support of Motion;

        3.    Affidavit of Leroy E. Colombe; and

        4.    Exhibits A-D.

In addition, a true and exact copy of the above-referenced

documents were served by hand delivery, on this date, on the following:

        WESLEY H.H. CHING, ESQ.
        Fukunaga, Matayoshi, Hershey & Ching
        1200 Davies Pacific Center
        841 Bishop Street
        Honolulu, HI 96813

        Attorney for Defendant
        HAWAIIAN TRANSFER COMPANY, LTD.

DATED: Honolulu, Hawaii, March 23, 2006.

        /S/ LEROY E. COLOMBE
        _____
        LEROY E. COLOMBE

        CHUN, KERR, DODD, BEAMAN & WONG,
        A Limited Liability Law Partnership

        Attorney for Defendant
        FOODLAND SUPER MARKET, LIMITED

EXHIBIT A

LEX R. SMITH (lrs@ksglaw.com)
THOMAS H. YEE (thy@ksglaw.com)

    Attorneys for Defendant
    C&S LOGISTICS OF HAWAII, LLC,
    C&S WHOLESALE GROCERS, INC.,
    C&S ACQUISITIONS, LLC,
    RICHARD COHEN and ES3,LEC


DAMIAN CAPOZZOLA (dcapozzola@kirkland.com)
R. OLIVIA SAMAD (osamad@kirkland.com)

    Attorney for Defendant
    FLEMING COMPANIES, INC.


LYLE S. HOSODA (lsh@hosodalaw.com)
RAINA P. MEAD (rpbm@hosodalaw.com)

    Attorneys for
    MARK DILLON, TERESA NOA and
    BRIAN CHRISTENSEN


REX Y. FUJICHAKU (rfujichaku@bchlaw.net,
              jennifer@bchlaw.net)

    Attorneys for Defendant
    GUIDANCE SYSTEMS, INC.


TIMOTHY J. HOGAN (tjh@loio.com)

    Attorney for Plaintiff
    WAYNE BERRY