398162

**KOBAYASHI, SUGITA & GODA**
LEX R. SMITH          3485-0
THOMAS H. YEE         7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No.  (808) 539-8799
Email: lrs@ksglaw.com

**KIRKLAND & ELLIS LLP**
Michael E. Baumann (CA Bar No. 145830)
Damian D. Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email: mbaumann@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE,<br> (Caption Continued) | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>**NOTICE OF MOTION REGARDING DEFENDANT PCT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AGAINST ENTITLEMENT TO PROFIT AND VICARIOUS LIABILITY; DEFENDANT PCT'S RENEWED MOTION FOR** |

-1-

| | |
|---|---|
| INC., et al., | ) **JUDGMENT AS A MATTER OF** |
| | ) **LAW AGAINST ENTITLEMENT** |
| Defendants. | ) **TO PROFIT AND VICARIOUS** |
| | ) **LIABLITY; MEMORANDUM OF** |
| | ) **POINTS AND AUTHORITIES IN** |
| | ) **SUPPORT OF DEFENDANT PCT'S** |
| | ) **RENEWED MOTION FOR** |
| | ) **JUDGMENT AS A MATTER OF** |
| | ) **LAW AGAINST ENTITLEMENT** |
| | ) **TO PROFIT AND VICARIOUS** |
| | ) **LIABILITY; DECLARATION OF R.** |
| | ) **OLIVIA SAMAD IN SUPPORT OF** |
| | ) **DEFENDANT PCT' S MOTION FOR** |
| | ) **RENEWED MOTION FOR** |
| | ) **JUDGMENT AS A MATTER OF** |
| | ) **LAW AGAINST ENTITLEMENT** |
| | ) **TO PROFIT AND VICARIOUS** |
| | ) **LIABILITY, FILED ON MARCH 23,** |
| | ) **2006; EXHIBITS "A" – "C";** |
| | ) **CERTIFICATE OF SERVICE;** |
| | ) **EXHIBIT "A"** |
| | ) |
| | ) Non-Hearing Motion |
| | ) |
| | ) Judge:        Hon. Susan O. Mollway |
| | ) Trial Date:   February 28, 2006 |
| | ) |
| | ) |
| _____ ) |

**NOTICE OF MOTION REGARDING DEFENDANT PCT'S
RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW
AGAINST ENTITLEMENT TO PROFIT AND VICARIOUS LIABILITY**

TO:        Timothy J. Hogan, Esq.
           Lynch, Ichida, Thompson & Kim
           1132 Bishop Street, Suite 1405
           Honolulu, Hawaii 96813

           Attorney for Plaintiff

LYLE HOSODA, ESQ.
RAINA P. MEAD, ESQ.
345 Queen Street, Suite 804
Honolulu, HI  96813

Attorney for Defendants
Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy,
Justin Fukumoto, Alfredda Waiolama and  Jacqueline Rio

NOTICE IS HEREBY GIVEN that the undersigned has filed DEFENDANT PCT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AGAINST ENTITLEMENT TO PROFIT AND VICARIOUS LIABILITY with the above-entitled Court.  Any opposition to this Motion must be filed with the Court no later than eleven (11) days after service of the Motion.  If service of the motion has been made by mail pursuant to Rule 6(e) of the Federal rules of Civil Procedure, than any opposition to this Motion must be filed with the Court no later than fourteen (14) days after service of the Motion.

DATED:  Honolulu, Hawaii, March 23, 2006.

/s/ Thomas H.Yee
KOBAYASHI, SUGITA & GODA
LEX R. SMITH (659-0)
THOMAS H. YEE (7344-0)

KIRKLAND & ELLIS LLP
MICHAEL E. BAUMANN
DAMIAN D. CAPOZZOLA
R. OLIVIA SAMAD

Attorneys for Defendant PCT