**KOBAYASHI, SUGITA & GODA**
LEX R. SMITH            3485-0
THOMAS H. YEE          7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No.  (808) 539-8799
Email: lrs@ksglaw.com

**KIRKLAND & ELLIS LLP**
Michael E. Baumann (CA Bar No. 145830)
Damian D. Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email: mbaumann@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>               Plaintiff,<br>     vs.<br><br>HAWAIIAN EXPRESS SERVICE,<br>INC., et al.,<br>               Defendants. | ) CIVIL NO. CV03-00385 SOM-LEK<br>) (Copyright)<br>)<br>)<br>) **CERTIFICATE OF SERVICE;**<br>) **EXHIBIT "A"**<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 23, 2006, copies of the following were duly served via the Court's electronic transmission facilities, to the parties listed on the attached Exhibit "A":

1. NOTICE OF MOTION REGARDING DEFENDANT PCT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AGAINST ENTITLEMENT TO PROFIT AND VICARIOUS LIABILITY

2. DEFENDANT PCT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AGAINST ENTITLEMENT TO PROFIT AND VICARIOUS LIABLITY

3. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT PCT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AGAINST ENTITLEMENT TO PROFIT AND VICARIOUS LIABILITY

4. DECLARATION OF R. OLIVIA SAMAD IN SUPPORT OF DEFENDANT PCT' S MOTION FOR RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AGAINST ENTITLEMENT TO PROFIT AND VICARIOUS LIABILITY, FILED ON MARCH 23, 2006; EXHIBITS "A" – "C"

DATED:  Honolulu, Hawaii, March 23, 2006.

/s/ Thoms H. Yee
KOBAYASHI, SUGITA & GODA
LEX R. SMITH (659-0)
THOMAS H. YEE (7344-0)

KIRKLAND & ELLIS LLP
MICHAEL E. BAUMANN
DAMIAN D. CAPOZZOLA
R. OLIVIA SAMAD

Attorneys for Defendant PCT

**EXHIBIT "A"**

Rex Y. Fujichaku    rfujichaku@bchlaw.net, jennifer@bchlaw.net

Timothy J. Hogan    tjh@loio.com

Lyle S. Hosoda    lsh@hosodalaw.com

Raina P. Mead    rpbm@hosodalaw.com