KOBAYASHI, SUGITA & GODA
LEX R. SMITH            3485-0
THOMAS H. YEE           7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No.  (808) 539-8799
Email: lrs@ksglaw.com

KIRKLAND & ELLIS, LLP
Michael E. Baumann (CA Bar No. 145830)
Damian D. Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email:  mbaumann@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) |
| | ) **DEFENDANT PCT'S MOTION FOR** |
| vs. | ) **ATTORNEYS' FEES AND COSTS** |
| | ) |
| HAWAIIAN EXPRESS SERVICE, | ) Non-Hearing |
| INC., et al., | ) Hon. Magistrate Leslie Kobayashi |
| | ) Trial Date: February 28, 2006 |
| Defendants. | ) Judgment Entered: March 9, 2006 |
| _____ | ) |

## DEFENDANT PCT'S MOTION FOR ATTORNEYS FEES AND COSTS

By this motion, the Post Confirmation Trust ("PCT"), by and through its attorneys, moves the Court for an order allowing it to recover from the Plaintiff all of its attorneys' fees, costs and other expenses related to its defense of the claims raised in this case.  The PCT requests an award of $ 33,339.29 in taxable costs, and $ 3,369,626.30 in attorneys' fees and non-taxable costs.

This motion is brought under the Copyright Act, 17 U.S.C. § 505, Federal Rule of Civil Procedure 54, Local Rules 54.2 and 54.3 of the United States District Court for the District of Hawaii and Haw. Rev. Statute § 482B-5.  It is supported by the attached Memorandum in Support of Defendant PCT's Motion for Attorneys' Fees and Costs, attached declaration, exhibits and records and files contained herein.

DATED:  Honolulu, Hawaii, March 23, 2006.

                                       */s/ Thomas H. Yee*
                                       KOBAYASHI, SUGITA & GODA
                                       LEX R. SMITH (659-0)
                                       THOMAS H. YEE (7344-0)

                                       KIRKLAND & ELLIS LLP
                                       MICHAEL E. BAUMANN
                                       DAMIAN D. CAPOZZOLA
                                       R. OLIVIA SAMAD
                                       Attorneys for Defendant PCT