KOBAYASHI, SUGITA & GODA
LEX R. SMITH          3485-0
THOMAS H. YEE         7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No.  (808) 539-8799
Email: lrs@ksglaw.com

KIRKLAND & ELLIS, LLP
Michael E. Baumann (CA Bar No. 145830)
Damian D. Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email:  mbaumann@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF NON-HEARING** |
| | ) **MOTION** |
| HAWAIIAN EXPRESS SERVICE, | ) |
| INC., et al., | ) Non-Hearing |
| | ) Hon. Magistrate Leslie Kobayashi |
| Defendants. | ) Trial Date: February 28, 2006 |
| | ) Judgment Entered:  March 9, 2006 |
| | ) |
| _____ | ) |

## NOTICE OF NON-HEARING MOTION

TO:  Timothy J. Hogan, Esq.
    Lynch, Ichida, Thompson & Kim
    1132 Bishop Street, Suite 1405
    Honolulu, Hawaii 96813

    Attorney for Plaintiff

    LYLE HOSODA, ESQ.
    RAINA P. MEAD, ESQ.
    345 Queen Street, Suite 804
    Honolulu, HI 96813

    Attorney for Defendants
    Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy,
    Justin Fukumoto, Alfredda Waiolama and Jacqueline
    Rio

NOTICE IS HEREBY GIVEN THAT DEFENDANT PCT has filed its MOTION FOR ATTORNEYS' FEES AND COSTS, with the above-entitled Court. Pursuant to LR 54.3 this motion will be considered by Magistrate Judge Leslie Kobayashi as a non-hearing motion.

DATED: Honolulu, Hawaii, March 23, 2006.

            */s/ Thomas H. Yee*
            KOBAYASHI, SUGITA & GODA
            LEX R. SMITH (659-0)
            THOMAS H. YEE (7344-0)

            KIRKLAND & ELLIS LLP
            MICHAEL E. BAUMANN
            DAMIAN D. CAPOZZOLA
            R. OLIVIA SAMAD
            Attorneys for Defendant PCT