KOBAYASHI, SUGITA & GODA

BERT T. KOBAYASHI, JR.   659-0
LEX R. SMITH             3485-0
THOMAS H. YEE            7344-0
SUITE 2600, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 539-8700
Fax No. (808) 539-8799
Email: lrs@ksg.law.com

Attorneys for Defendants

C&S LOGISTICS OF HAWAII, LLC, C&S
WHOLESALE GROCERS, INC., C&S
ACQUISITIONS LLC; ES3, LLC, and RICHARD
COHEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., et al.,<br>　　　　　　Defendants.<br>_____ | ) CIVIL NO. CV03-00385 SOM-LEK<br>) (Copyright)<br>)<br>) MOTION OF PREVAILING<br>) DEFENDANTS C&S WHOLESALE<br>) GROCERS INC., C&S ACQUISITION<br>) LLC, C&S LOGISTICS LLC, ES3 LLC<br>) AND RICHARD COHEN FOR<br>) AWARD OF ATTORNEYS'<br>) FEES AND FULL COSTS<br>)<br>) |

**MOTION OF PREVAILING DEFENDANTS C&S WHOLESALE
GROCERS INC., C&S ACQUISITION LLC, C&S LOGISTICS LLC,
ES3 LLC AND RICHARD COHEN FOR AWARD OF ATTORNEYS'**

## FEES AND FULL COSTS

C&S LOGISTICS OF HAWAII, LLC, C&S WHOLESALE GROCERS, INC., C&S ACQUISITIONS LLC; ES3, LLC, and RICHARD COHEN (collectively, "Movants"), by and through their counsel, Kobayashi, Sugita & Goda, hereby move for an award of attorneys' fees, related nontaxable expenses and taxation of costs.  Each of the above-named Movants prevailed in this case when the Honorable Susan Mollway granted summary judgment rejecting all of the plaintiff's claims against them, and consequently, seek to recover all attorneys' fees and associated costs incurred in litigating this matter.

Movants bring this motion pursuant to 17 U.S.C. § 505, Rule 54(d) of the Federal Rule of Civil Procedure, and local rules LR54.2 and LR54.3 of the Local Rules of Practice for the United States District Court for the District of Hawaii.

DATED: Honolulu, Hawaii, March 23, 2006.

KOBAYASHI, SUGITA & GODA

/s/ Thomas H. Yee
_____
LEX R. SMITH
THOMAS H. YEE
Attorneys for Defendants
C&S LOGISTICS OF HAWAII, LLC, C&S WHOLESALE GROCERS, INC., C&S ACQUISITIONS LLC; ES3, LLC, and RICHARD COHEN