KOBAYASHI, SUGITA & GODA
LEX R. SMITH          3485-0
THOMAS H. YEE       7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No.  (808) 539-8799
Email: lrs@ksglaw.com

Attorneys for Defendants
C&S LOGISTICS OF HAWAII, LLC, C&S
WHOLESALE GROCERS, INC., C&S
ACQUISITIONS LLC; ES3, LLC, and RICHARD
COHEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
|---|---|
| | ) (Copyright) |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF NON-HEARING** |
| | ) **MOTION** |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) Non-Hearing |
| | ) Hon. Magistrate Leslie Kobayashi |
| | ) Trial Date: February 28, 2006 |
| | ) Judgment Entered: March 9, 2006 |
| | ) |
| _____ | ) |

## NOTICE OF NON-HEARING MOTION

TO:   Timothy J. Hogan, Esq.
Lynch, Ichida, Thompson & Kim
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813

Attorney for Plaintiff

LYLE HOSODA, ESQ.
RAINA P. MEAD, ESQ.
345 Queen Street, Suite 804
Honolulu, HI 96813

Attorney for Defendants
Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy, Justin Fukumoto, Alfredda Waiolama and Jacqueline Rio

NOTICE IS HEREBY GIVEN THAT DEFENDANTS C&S LOGISTICS OF HAWAII, LLC, C&S WHOLESALE GROCERS, INC., C&S ACQUISITIONS LLC; ES3, LLC, and RICHARD COHEN have filed their MOTION FOR ATTORNEYS' FEES AND COSTS, with the above-entitled Court. Pursuant to LR 54.3 this motion will be considered by Magistrate Judge Leslie Kobayashi as a non-hearing motion.

DATED: Honolulu, Hawaii, March 23, 2006.

*/s/ Thomas H. Yee*
KOBAYASHI, SUGITA & GODA
LEX R. SMITH (659-0)
THOMAS H. YEE (7344-0)

KIRKLAND & ELLIS LLP

2

MICHAEL E. BAUMANN
DAMIAN D. CAPOZZOLA
R. OLIVIA SAMAD

Attorneys for Defendant PCT