# EXHIBIT "A"

# LiveNote | World Service℠

*A new perspective on court reporting.*

**In United States District Court
For the District of Hawaii**

Deposition of

Wayne Berry
Volume I

May 18, 2005

Wayne Berry

v.

Hawaiian Express Service, Inc.

A LiveNote World Service Transcript. Reported by CLSP, Ali'i Court Reporting
LiveNote Inc. 221 Main Street, Suite # 1250, San Francisco, California 94105
1-800-LIVENOTE

1

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF HAWAII

 3

 4   WAYNE BERRY, a Hawaii     ) CIVIL NO. CV03-00385 SOM LEK
     citizen;                  ) (Copyright)
 5                             )
              Plaintiff,       )
 6                             )
                               )
 7        vs.                  )
                               )   Volume 1
 8   HAWAIIAN EXPRESS SERVICE, )
     INC., a California        )
 9   corporation; et al.,      )
                               )       COPY
10            Defendants.      )
     _____)

11

12

13            DEPOSITION OF WAYNE BERRY,

14   taken on behalf of the Defendant, Post-Confirmation

15   Trust, at the Law Offices of Kobayashi, Sugita & Goda,

16   999 Bishop Street, Suite 2600, Honolulu, Hawaii,

17   96813, commencing at 8:59 a.m., on Wednesday, May 18,

18   2005, pursuant to Notice.

19

20
     BEFORE:    Julie A. Peterson, CSR #361, CRR, RMR
21              Registered Professional Reporter
                Notary Public, State of Hawaii
22

23
                    Ali'i Court Reporting
24              2355 Ala Wai Blvd., Suite 306
                  Honolulu, Hawaii  96815
25                   (808) 926-1719
```

```
 1   APPEARANCES:

 2

 3

 4   For the Plaintiff:     TIMOTHY J. HOGAN, ESQ.
                            Lynch Ichida Thompson Kim & Hirota
 5                          1132 Bishop Street, Suite 1405
                            Honolulu, Hawaii  96813
 6

 7

 8   For the Defendant Post-Confirmation Trust:

 9                          LEX R. SMITH, ESQ.
                            ANNE E. LOPEZ, ESQ.
10                          Kobayashi, Sugita & Goda
                            First Hawaiian Center
11                          999 Bishop Street, Suite 2600
                            Honolulu, Hawaii  96813
12
                                     and
13
                            ERIC C. LIEBELER, ESQ.
14                          DAMIAN D. CAPOZZOLA, ESQ.
                            Kirkland & Ellis LLP
15                          777 South Figueroa Street
                            Los Angeles, California  90017
16

17

18
     For the Defendants Mark Dillon, Teresa Noa and Brian
19   Christensen, et al:

20                          LYLE S. HOSODA, ESQ.
                            RAINA P.B. MEAD, ESQ.
21                          Lyle S. Hosoda & Associates
                            345 Queen Street, Suite 804
22                          Honolulu, Hawaii  96813

23

24

25
```

```
 1   APPEARANCES:    (cont'd)

 2


 3   For the Defendants Hawaiian Express Service, Inc.,
     H.E.S. Transportation Services, Inc., California
 4   Pacific Consolidators, Inc., Jeffrey P. Graham; Peter
     Schaul and Patrick Hirayama:
 5
                         ROY J. TJIOE, ESQ.
 6                       Goodsill Anderson Quinn & Stifel
                         Alii Place, Suite 1800
 7                       1099 Alakea Street
                         Honolulu, Hawaii  96813
 8

 9
     For the Defendant Alix Partners, LLC:
10
                         GREGORY Y.P. TOM, ESQ.
11                       JOHN T. KOMEIJI, ESQ.
                         Watanabe Ing Kawashima & Komeiji
12                       First Hawaiian Center
                         999 Bishop Street, Suite 2300
13                       Honolulu, Hawaii  96813

14

15
     For the Defendants Guidance Software, Inc., and
16   Michael Gurzi:

17                       REX Y. FUJICHAKU, ESQ.
                         Bronster Crabtree & Hoshibata
18                       Pauahi Tower, Suite 2300
                         1001 Bishop Street
19                       Honolulu, Hawaii  96813

20

21   Also present:      Martin G. Walker, Ph.D.

22
     Videographer:      Justin Langlais
23                      Certified Legal Video Services
                        1000 Bishop Street, Suite 410
24                      Honolulu, Hawaii  96813
                        (808) 530-2587

25
```

4

```
 1                        I N D E X
 2
 3
 4
 5
 6     Examination by Mr. Liebeler              pg.  6
 7
 8     Examination by Mr. Smith                     127
 9
10     Examination by Mr. Hosoda                    208
11
12     Examination by Mr. Tom                       239
13
14
15
16
17
18
19
20
21
22
23
24
25
```