# LiveNote | World Service℠

*A new perspective on court reporting.*

**In United States District Court
For the District of Hawaii**

Deposition of

Wayne Berry
Volume 2

May 19, 2005

Wayne Berry

v.

Hawaiian Express Service, Inc.

A LiveNote World Service Transcript. Reported by CLSP, Ali'i Court Reporting
LiveNote Inc. 221 Main Street, Suite # 1250, San Francisco, California 94105
1-800-LIVENOTE

```
                                                                    261
 1            IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF HAWAII

 3

 4   WAYNE BERRY, a Hawaii       CIVIL NO. CV03-00385 SOM LEK
     citizen,                         (Copyright)
 5
                  Plaintiff,
 6
        vs.                                    COPY
 7
     HAWAIIAN EXPRESS SERVICE,
 8   INC., a California corporation,    VOLUME II
     et al.,
 9                Defendants.
     _____
10

11                       VIDEOTAPED

12              DEPOSITION OF WAYNE BERRY

13

14         Taken on behalf of Defendants,

15    at the Law Offices of Kobayashi, Sugita & Goda,

16    Suite 2600, 999 Bishop Street, Honolulu, Hawaii,

17              commencing at 1:11 p.m.,

18    on Thursday, May 19, 2005, pursuant to Notice.

19

20     BEFORE:       HEDY COLEMAN, CSR #116, RPR, CRR, CM
                    Notary Public, State of Hawaii
21                  Certified Shorthand Reporter

22

23

24              Ali'i Court Reporting
          2355 Ala Wai Boulevard, Suite 306
25              Honolulu, Hawaii 96815
                   (808)926-1719
```

```
                                                                  262
 1         APPEARANCES:

 2         For the Plaintiff:
                               TIMOTHY J. HOGAN, ESQ.
 3                             Lynch, Ichida, Thompson & Kim
                               1132 Bishop Street, Suite 1405
 4                             Honolulu, Hawaii 96813

 5

 6         For the Defendant Post-Confirmation Trust:

 7                             LEX R. SMITH, ESQ.
                               ANNE E. LOPEZ, ESQ.
 8                             Kobayashi, Sugita & Goda
                               First Hawaiian Center, Suite 2600
 9                             999 Bishop Street
                               Honolulu, Hawaii 96813
10

11                                    and

12
                               ERIC C. LIEBELER, ESQ.
13                             DAMIAN D. CAPOZZOLA, ESQ.
                               Kirkland & Ellis
14                             777 South Figueroa Street
                               Los Angeles, California 90017
15

16       For the Defendants Mark Dillon, Teresa Noa and Brian

17    Christensen, et al:

18                             LYLE HOSODA, ESQ.
                               RAINA P.B. MEAD, ESQ.
19                             Lyle Hosoda & Associates
                               345 Queen Street, Suite 804
20                             Honolulu, Hawaii 96813

21
         For the Defendants Hawaiian Express Service, Inc.,
22    H.E.S. Transportation Services, Inc.,et al.:

23                             ROY J. TJIOE, ESQ.
                               Goodsill Anderson Quinn & Stifel
24                             Alii Place, Suite 1800
                               1099 Alakea Street
25                             Honolulu, Hawaii 96813
```

```
                                                                    263
 1         For the Defendant Guidance Software, Inc. and Michael
 2   Gurzi:
 3                              REX Y. FUJICHAKU, ESQ.
                                Bronster Crabtree & Hoshibata
 4                              Suite 2300, Pauahi Tower
                                1001 Bishop Street
 5                              Honolulu, Hawaii 96813
 6
 7         For Defendant Alix Partners, LLC:
 8                              GREGORY Y.P. TOM, ESQ.
                                Watanabe Ing Kawashima & Komeiji
 9                              999 Bishop Street
                                23rd Floor
10                              Honolulu, Hawaii 96813
11
12
13         Also present:    Wayne Berry
14                          Martin Walker, Ph.D.
15
16         Videographer:    Robert Whitman
17
18
19
20
21
22
23
24
25
```

```
                                                                    264
 1                            I N D E X

 2      EXAMINATION BY:                                            PAGE

 3      Mr. Fujichaku                                               267

 4      Mr. Liebeler                                                284

 5      Mr. Hosoda                                                  292

 6      Mr. Smith                                                   327

 7

 8              EXHIBITS MARKED FOR IDENTIFICATION

 9

10      Exhibit 77 Handwritten notes with                           272

11          C5"0"1R5EON! at the top.

12      Exhibit 79 Email between Damian Copozzola                   377

13          and himothy J. Hogan with attachments.

14      Exhibit 80 Email and attachments, PCT-B BD                  380

15          00071 to -00073.

16      Exhibit 78 Wayne Berry's Response to                        382

17          Fleming's First Request For Admissions

18          Propounded to Wayne Berry re: Claim No.

19          18704.

20      Exhibit 81 Emails between Damian Capozzola                  399

21          and Timothy Hogan with attachments.

22

23

24

25
```

349

```
 1    products.
 2        Q    Did you discuss anything else with the Department
 3    of Agriculture, other than the concern about diversions?
 4        A    No.
 5        Q    How long ago did you have that communication?
 6        A    Whenever we had that mad cow was in the news.
 7        Q    Now, yesterday you mentioned that you have a
 8    concern in connection with milk cartons that have Fleming's
 9    name on them, and that you had done some investigation
10    relating to that.  Do you remember?
11        A    Yes.
12        Q    Have you contacted the Department of Agriculture
13    or any other entity in connection with the milk labeling
14    that you brought up yesterday?
15        A    The Department of Health in Honolulu.
16        Q    Okay.  So there is a state agency that you have
17    communicated with regarding Fleming, or I guess this would
18    be C&S?
19        A    I don't -- I think Fleming -- yeah, you're
20    probably right.  The only time Fleming's name was mentioned
21    was the name on the carton.  It was more regarding the --
22    the bad milk, and the fact that the shelf life is no good
23    and it all comes over here in one large container.  And
24    we're probably the only state where we have double
25    pasteurized milk.
```