# EXHIBIT "C"

| | | | | | |
|---|---|---|---|---|---|
| 1006 | 9/10/2003 | OFCE | 218506 | 1.75 | Petty Cash; COPIES OF DOCUMENT |
| 1006 | 1/21/2004 | MIS | 228078 | 5034.1 | Dwyer, Schraff, Meyer and Joss; Attorney Services Rendered from 04/02/04 - 05/27/04; INV #88217. |
| 1006 | 1/21/2004 | MIS | 231449 | -4195.085 | CREDIT - Dwyer, Schraff, Meyer and Joss; Attorney services rendered from 04/02/04-05/27/04; Amount of invoice owing is $ 10,068.20 which should be divided by 6 = $1678.03.  Therefore will credit overcharged of $ 8,390.17 (See KSG invoice |
| 1006 | 1/29/2004 | OFCE | 224480 | 0.25 | Petty Cash; Copy of filed page @ USDC. |
| 1006 | 7/9/2004 | LIN | 224490 | 19.5 | Vendor UNITED STATES BANKRUPTCY COURT; Invoice # 07.09.04 LRS; Cost Advance; Filing Fee for MTN to Quash; |
| 1006 | 7/9/2004 | PACE | 224490 | 15.085 | Pacer Expense |
| 1006 | 7/20/2004 | LIN | 224490 | 135.205 | Vendor DEBRA CHUN - Cost advance: 1/17/03 Hearing Transcript re: Berry/Fleming matter; 4579/1006; LRS/SSC |
| 1006 | 7/30/2004 | MIS | 226137 | 52.085 | Ralph Rosenberg; Scheduled Deposition of Y Hata & Co., LTD. Taken on 07/16/2004 in Honolulu, HI; INV #47498. |
| 1006 | 8/24/2004 | OFCE | 226137 | 1 | Petty Cash - Copy of Doc @ USDC. |
| 1006 | 8/27/2004 | OFCE | 226137 | 0.25 | Petty Cash - Copy of 1st Sheet @ USDC. |
| 1006 | 9/21/2004 | OFCE | 226137 | 9.175 | Petty Cash - RIEMBURSEMENT FOR MAIL SENT OUT ON 09/07/2004 FOR THIS CASE. |
| 1006 | 9/24/2004 | OFCE | 226137 | 7.5 | Petty Cash - TO GET COPIES OF EXHIBITS. |
| 1006 | 1/5/2005 | MIS | 228078 | 465.49 | NewTech Imaging; 4295 Scanning - Single Sided - Black and White - Per Image, 242 Scanning - Per File (Including Custom |
| 1006 | 2/4/2005 | LIN | 228078 | 2.5 | Vendor Y. HATA & CO., LTD.; Invoice # 02.04.05 AEL; Cost Advance; Witness Fee; AEL/SSC; 4579/1006. |
| 1006 | 2/4/2005 | LIN | 228078 | 7.5 | Vendor MARK PEACOCK; Invoice # 02.04.05 AEL; Cost Advance; Sheriff's Fee; AEL/SSC; 4579/1006. |
| 1006 | 2/14/2005 | LIN | 228078 | 2 | Vendor MARK PEACOCK; Invoice # 02.11.05 AEL; Cost Advance; Sheriff's Mileage Fee; AEL/SSC; 4579/1006. |
| 1006 | 4/21/2005 | XER | 231449 | 12.375 | Photocopies |
| 1006 | 4/27/2005 | XER | 231449 | 76.725 | Photocopies |
| 1006 | 4/28/2005 | XER | 231449 | 6.075 | Photocopies |
| 1006 | 4/28/2005 | XER | 231449 | 4.725 | Photocopies |
| 1006 | 4/28/2005 | XER | 231449 | 10.125 | Photocopies |
| 1006 | 5/3/2005 | XER | 231449 | 3.375 | Photocopies |
| 1006 | 5/3/2005 | XER | 231449 | 7.425 | Photocopies |
| 1006 | 5/3/2005 | XER | 231449 | 2.7 | Photocopies |

| 1006 | 5/4/2005 | LIN | 231449 | 2 | Vendor THOMAS UENO; Invoice # 05.04.05.AEL; Cost advance: Witness fee; 4579/1006; AEL/JCK |
| 1006 | 5/4/2005 | LIN | 231449 | 2 | Vendor PHILIP JOHNSON; Invoice # 05.04.05.AEL; Cost adance: Witness fee; 4579/1006; AEL/JCK |
| 1006 | 5/4/2005 | XER | 231449 | 24.3 | Photocopies |
| 1006 | 5/4/2005 | XER | 231449 | 7.425 | Photocopies |
| 1006 | 5/4/2005 | XER | 231449 | 14.175 | Photocopies |
| 1006 | 5/4/2005 | XER | 231449 | 2.025 | Photocopies |
| 1006 | 5/4/2005 | XER | 231449 | 24.975 | Photocopies |
| 1006 | 5/5/2005 | MIS | 231449 | 5 | Lowen Young; Service Attempts on Timothy Hogan, Esq. on 05/04/05 * 05/05/05; INV #101. |
| 1006 | 5/6/2005 | LIN | 231449 | 4 | Vendor Y. HATA & CO., LTD.; Invoice # 05.06.05 LRS; Cost Advance; Witness & Mileage Fee; LRS/AEL/JCK; 4579/1006 |
| 1006 | 5/6/2005 | LIN | 231449 | 4 | Vendor PHILLIP M. JOHNSON; Invoice # 05.06.05 LRS; Cost Advance; Witness & Mileage Fee; LRS/AEL; 4579/1006. |
| 1006 | 5/9/2005 | LIN | 231449 | -2 | Vendor PHILIP JOHNSON; Invoice # 05.04.05.AEL; Cost adance: Witness fee; 4579/1006; AEL/JCK |
| 1006 | 5/9/2005 | LIN | 231449 | -2 | Vendor THOMAS UENO; Invoice # 05.04.05.AEL; Cost advance: Witness fee; 4579/1006; AEL/JCK |
| 1006 | 5/9/2005 | MIS | 231449 | 13.5 | Lowen Young; Berry vs. Hawaiian Express Service; Served @ 844 Queen St. on 05/09/05; INV #102. |
| 1006 | 5/13/2005 | MIS | 231449 | 150.355 | Professional Image; Invoice # A-141209; Professional copy |
| 1006 | 5/17/2005 | MIS | 231449 | 17.5 | Eleanor's Legal Support.com; Invoice # 2005005756; Case # CV03-00385 SOM LEK; To be served on Ron Griffin on May 3, |
| 1006 | 5/17/2005 | MIS | 231449 | 17.5 | Eleanor's Legal Support.com; Invoice # 2005005727; Case # CV03-00385 SOM LEK; To be served on Evelyn Ann Leos on |
| 1006 | 5/17/2005 | MIS | 231449 | 17.5 | Eleanor's Legal Support.com; Invoice # 2005005726; Case # CV03-00385 SOM LEK; To be served to Ron Griffin on April 26, |
| 1006 | 5/17/2005 | MIS | 231449 | 17.5 | Eleanor's Legal Support.com; Invoice # 2005005757; Case # CV03-00385 SOM LEK; To be served on Evelyn Ann Leos on |
| 1006 | 5/18/2005 | XER | 231449 | 67.5 | Photocopies |
| 1006 | 5/19/2005 | MIS | 231449 | 17.5 | Eleanor's Legal Support.com; Invoice # 2005005758; Case # CV03-00385 SOM LEK; To be served on James Kleban on |
| 1006 | 5/19/2005 | XER | 231449 | 60 | Photocopies |
| 1006 | 5/19/2005 | XER | 231449 | 16.65 | Photocopies |
| 1006 | 5/19/2005 | XER | 231449 | 115.575 | Photocopies |
| 1006 | 5/25/2005 | PACE | 233631 | 0.28 | Pacer Expense |

| | | | | | |
|---|---|---|---|---|---|
| 1006 | 5/25/2005 | PACE | 233631 | 1.24 | Pacer Expense |
| | | | | | Vendor DEBRA CHUN; Invoice # 05.26.05.LRS/BLS - Cost |
| 1006 | 5/26/2005 | LIN | 231449 | 59.585 | Advance:  Transciprt (03/05/03 court proceedings); 4579/1006 |
| 1006 | 5/26/2005 | PACE | 233631 | 1.24 | Pacer Expense |
| 1006 | 6/2/2005 | MIS | 231449 | 541.62 | Accucopy, Inc.; 7428 (Regular Copying, 2-Hole Punch); INV |
| 1006 | 6/3/2005 | XER | 231449 | 60 | Photocopies |
| 1006 | 6/9/2005 | PACE | 233631 | 15.04 | Pacer Expense |
| | | | | | Vendor THOMAS UENO; Invoice # 06.30.05.AEL/BLS - Cost |
| 1006 | 6/30/2005 | LIN | 231449 | 22 | Advance:  Witness/Mileage fee; 4579/1006 AEL/BLS |
| 1006 | 6/30/2005 | MIS | 231449 | 18 | Lowen Young; Invoice # 105; Witness:  Thomas Ueno; Mileage |

2997.815