# EXHIBIT "D"

C&S Attorneys' Fees

| Date | Atty | Hrs. | Rate | Total | |
|------|------|------|------|-------|---|
| | | | | | |
| **1. Case Development** | | | | | |
| 7/30/2003 | LRS | 1.75 | $200 | $350 | Review new correspondence and provide responses; work on statement of facts regarding Berry |
| 7/31/2003 | LRS | 1 | $200 | $200 | Review and comment on new pleadings |
| 8/4/2003 | LRS | 0.75 | $200 | $150 | Review new corresopndence regarding Berry and service of process and prepare comments |
| 8/5/2003 | LRS | 0.875 | $200 | $175 | Review correspondence and provide comments on procedural issues relating to Berry copyright claims |
| 8/8/2003 | LRS | 1.375 | $200 | $275 | Telephone call with Hogan and Ichida; review new correspondence regarding settlement proposal and telephone call regarding same; review new correspondence regarding Hogan's mischaracterizations; follow-up telephone call with Ichida |
| 8/20/2003 | LRS | 2 | $200 | $400 | Review new Hawaii lawsuit and prepare comments |
| 9/19/2003 | LRS | 0.875 | $200 | $175 | Review new correspondence regarding Berry's claims and prepare comments; review correspondence regarding scheduling of Rule 26(f) meeting and prepare response |
| 9/26/2003 | LRS | 0.5 | $200 | $100 | Attend meet and confer conference |
| 10/10/2003 | AEL | 2.6 | $120 | $312 | Draft Rule 26(b) disclosure; Draft Scheduling Conf Statement for C&S/Fleming; Draft 26(a) Disclosure for both |
| 10/21/2003 | AEL | 0.15 | $120 | $18 | Review Hogan's email re: stipulation to postpone Nov. 17, 2003 hearing on Fleming's motion to dismiss pursuant to the first to file rule |
| 11/18/2003 | LRS | 2.25 | $200 | $450 | Review new pleadings; prepare correspondence regarding same; telephone conversations from Hogan regarding discovery and "meet and confer" |
| 11/24/2003 | LRS | 1 | $200 | $200 | prepare and attend meet and confer with Hogan |
| 12/9/2003 | LRS | 1 | $200 | $200 | Correspondence with Capozzola regarding copyright issues and expert witness |
| 1/7/2004 | LRS | 0.75 | $200 | $150 | Review new correspondence from Hogan and prepare response; research regarding scope of discovery |
| 1/14/2004 | LRS | 1.5 | $200 | $300 | Research regarding Mark Dillon's testimony and original creation |

| Date | | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 2/3/2004 | LRS | 2.5 | $200 | $500 | Work on evaluation of copyright claim |
| 2/6/2004 | LRS | 2.375 | $200 | $475 | Attend status conference; work on settlement proposal |
| 2/9/2004 | AEL | 1.85 | $120 | $222 | Draft Confidential Settlement Conference Statement |
| 2/10/2004 | LRS | 1 | $200 | $200 | Revisions to settlement conference statement |
| 2/11/2004 | LRS | 1.5 | $200 | $300 | Correspondence regarding settlement issues |
| 2/11/2004 | AEL | 0.2 | $120 | $24 | Review latest correspondence, Court's Minutes |
| 2/12/2004 | LRS | 0.75 | $200 | $150 | Review new correspondence regarding settlement |
| 2/16/2004 | LRS | 1 | $200 | $200 | Review new correspondence from Betsi Silverman and prepare response |
| 2/18/2004 | LRS | 0.5 | $200 | $100 | Review new correspondence regarding proposed settlement and work on response |
| 2/18/2004 | AEL | 2.25 | $120 | $270 | Research re: Proposed Terms for settlement; draft Proposed Term Sheet |
| 2/23/2004 | LRS | 1 | $200 | $200 | Prepare letter regarding settlement recommendation |
| 2/24/2004 | LRS | 1.5 | $200 | $300 | Work on letter regarding settlement recommendation and proposed term sheet |
| 2/24/2004 | AEL | 1.3 | $120 | $156 | Work on Fleming, et al's Answer to Plaintiff's Second Amended Complaint |
| 3/3/2004 | LRS | 1.25 | $200 | $250 | Attend settlement conference and report to C&S and Fleming |
| 3/18/2004 | AEL | 0.3 | $120 | $36 | Review Orders from Judge Kobayashi re: plaintiff's filing of second amended complaint, appointing Bill Myer as mediator, and vacation of all dates pending mediation |
| 3/22/2004 | LRS | 0.5 | $200 | $100 | Work on letter to mediator |
| 3/26/2004 | LRS | 1.25 | $200 | $250 | Work on letter to mediator |
| 3/30/2004 | LRS | 1.5 | $200 | $300 | Review new correspondence re retention; review correspondence re investigation of new software and provide comments; work on revisions to letter to mediator |
| 4/2/2004 | LRS | 0.875 | $200 | $175 | Review new correspondence and prepare response regarding replacement software |
| 4/7/2004 | LRS | 1.5 | $200 | $300 | Work on responses to Hogan correspondence regarding mediation; review correspondence from C&S re proposed settlement terms and prepare responses |
| 4/8/2004 | LRS | 1.25 | $200 | $250 | Work on recommendations regarding mediation |
| 4/14/2004 | LRS | 1 | $200 | $200 | Prepare documents for submission to mediator |
| 4/16/2004 | LRS | 1.5 | $200 | $300 | Attend conference with mediator |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 4/21/2004 | LRS | 2.25 | $200 | $450 | Correspondence to mediator; correspondence regarding Berry's administrative claim |
| 4/23/2004 | LRS | 2.5 | $200 | $500 | Work on analysis of applicable legal standard re software "similarities", if any.  Correspondence regarding mediation |
| 4/26/2004 | LRS | 2.25 | $200 | $450 | Prepare correspondence regarding responses to Berry claims; prepare for mediation |
| 4/28/2004 | LRS | 2.375 | $200 | $475 | Work on analysis of software and research new issues raised by Hogan |
| 5/5/2004 | LRS | 3 | $200 | $600 | Prepare and attend mediation |
| 5/6/2004 | AEL | 2.2 | $120 | $264 | Research regarding Plaintiff's interpretation of date of "publication" of software |
| 5/6/2004 | LRS | 1 | $200 | $200 | Review new correspondence re mediation report and prepare responses |
| 5/10/2004 | AEL | 0.45 | $120 | $54 | Finalize documents for transmittal to counsel for all defendants |
| 5/10/2004 | LRS | 1.75 | $200 | $350 | Attend conference with court; attend meeting of defense counsel; prepare report regarding same |
| 5/11/2004 | LRS | 1.5 | $200 | $300 | Telephone calls with Birchette regarding mediation and litigation; work on motions for partial summary judgment |
| 5/12/2004 | AEL | 1.85 | $120 | $222 | Analysis re jury instructions and independent creation |
| 5/14/2004 | LRS | 1.375 | $200 | $275 | Review new correspondence re attempted mediation; and prepare responses |
| 5/17/2004 | LRS | 3 | $200 | $600 | Corresondence from Limongelli and Capozzola; prepare responses and work on C&S motion for summary judgment |
| 5/18/2004 | LRS | 2.75 | $200 | $550 | Review correspondence from Hogan, Wes Ching; Victor Limongelli and Capozzola; prepare report regarding discovery issues involving Hogan |
| 5/26/2004 | LRS | 4.5 | $200 | $900 | Review new correspondence from C&S and prepare response re plaintiff's allegations; telephone conversations regarding same; work on response to appeal |
| 6/21/2004 | LRS | 1.25 | $200 | $250 | Review new correspondence from C&S and prepare response |
| 6/21/2004 | AEL | 1.15 | $120 | $138 | Analysis of Plaintiff's RICO statement |
| 8/23/2004 | LRS | 1.375 | $200 | $275 | Review new pleadings re Y. Hata subpoena; correspondence w/ Kirkland & Ellis re same; correspondence with Hogan and K&E regarding scheduling |

| Date | | | | | Description |
|---|---|---|---|---|---|
| 9/1/2004 | LRS | 0.75 | $200 | $150 | Review correspondence from Hogan; attend meeting with Hogan regarding special master; |
| 10/14/2004 | LRS | 1 | $200 | $200 | Telephone calls with other defendants' counsel regarding discovery disputes |
| 10/15/2004 | AEL | 0.45 | $120 | $54 | Review Berry's Subpoena to Costco, Sam's and Safeway. |
| 10/17/2004 | AEL | 1.415 | $120 | $170 | Research rules regarding plaintiff's subpoenas to Costco, Sam's Club and Safeway; re subpoena authority under FRCP Rule 45, rights of opposing counsel to documents subpoened and notice requirements |
| 10/18/2004 | LRS | 0.875 | $200 | $175 | Telephone conversation with Hogan; review correspondence regarding Iowa Telecom records and Hogan discovery claims; telephone conversation with Hosoda regarding same |
| 10/19/2004 | LRS | 0.875 | $200 | $175 | Review new correspondence regarding discovery disputes; telephone conversation with Hogan regarding "meet and confer" |
| 10/25/2004 | AEL | 2.05 | $120 | $246 | Research regarding subpoena duces tecum in civil case served on non-party, rights of parties, procedures for access |
| 10/26/2004 | AEL | 1.89 | $120 | $227 | Research regarding procedures for subpoena duces tecum independent of deposition, service requirements; draft memo on same |
| 10/26/2004 | LRS | 0.5 | $200 | $100 | Telephone calls with Hogan regarding discovery of Flemings personnel records |
| 10/27/2004 | AEL | 0.3 | $120 | $36 | Attend Production of Documents in response to subpoena duces tecum |
| 10/28/2004 | LRS | 1.25 | $200 | $250 | Review new motions from Hogan; review new discovery demands from Hogan; telephone conversation with Hogan regarding same |
| 10/29/2004 | AEL | 0.365 | $120 | $44 | Draft memo re Berry's motion for continuance on MSJ |
| 11/9/2004 | AEL | 0.45 | $120 | $54 | Telephone conference with Jodi Kimura, counsel for Guidance Systems regarding current status of case, pleadings |
| 11/10/2004 | AEL | 2.05 | $120 | $246 | Prepare documents for Guidance System counsel, review records re: Fleming, Sinesky, and Berry, draft letter to Judge Kobayashi and all parties re: agreement that Clyde Matsui serve as Special Master |

| | | | | |
|---|---|---|---|---|
| 2/16/2005 | LRS | 2.75 | $200 | $550 | Review new correspondence from C&S; telephone call with C&S in-house counsel regarding status; review new correspondence from Matsui |
| 2/20/2005 | AEL | 0.24 | $120 | $29 | Manage calendar comunicate with Samad |
| 3/1/2005 | LRS | 1.5 | $200 | $300 | Prepare letter to Matsui regarding operating system; review new correspondence from Hogan regarding production of 1993 database and prepare response; |
| 3/2/2005 | LRS | 2.75 | $200 | $550 | Telephone conference and correspondence with K&E regarding Hogan proposal for discovery; prepare discussion of expert standard for report; review correspondence from B. Silverman regarding software; review new correspondence from Hogan regarding 1993 FCS and prepare response. |
| 3/6/2005 | LRS | 2.25 | $200 | $450 | (02/28/05) Review new pleadings; Telephone conferences regarding discovery of 1993 FCS; Telephone conferences regarding expert witnesses |
| 3/9/2005 | LRS | 0.5 | $200 | $100 | Review new correspondence from Hogan and prepare response. |
| 3/10/2005 | LRS | 1.75 | $200 | $350 | Review new material from Hogan; Telephone conference with Capozzola; prepare letters in response. |
| 3/11/2005 | LRS | 0.75 | $200 | $150 | Telephone conferences with  Hosoda and Capozzola; Prepare new correspondence regarding installation of operating system. |
| 3/15/2005 | LRS | 4 | $200 | $800 | Prepare reports regarding plaintiff attempt to discover C&S profits; work on provisions of protective order. |
| 3/16/2005 | AEL | 0.09 | $120 | $11 | Review correspondence from Hogan |
| 3/17/2005 | LRS | 1.375 | $200 | $275 | Telephone conversations regarding Hogan assertions re Best Yet milk label and prepare resport regarding same; review new correspondence from Hogan |
| 3/18/2005 | LRS | 2.5 | $200 | $500 | Prepare materials for expert witness; work on C&S motion for summary judgment |
| 3/18/2005 | AEL | 1.3 | $120 | $156 | Prepared documents to be mailed to Kirkland & Ellis; finalized written interrogatories from C&S and from PCT; reviewed most recent correspondence |
| 3/19/2005 | AEL | 0.36 | $120 | $43 | Research previous correspondence re plaintiff's allegations and responses |

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 3/20/2005 | AEL | 0.415 | $120 | $50 | Research previous correspondence re plaintiff's allegations and responses |
| 3/21/2005 | AEL | 0.21 | $120 | $25 | document management; review email communications |
| 3/23/2005 | AEL | 1.45 | $120 | $174 | Document management, finalize joinder; review new correspondence and filings |
| 3/23/2005 | LRS | 3.25 | $200 | $650 | Telephone calls regarding Guidance discovery requests; review correspondence regarding Y. Hata; research regarding plaintiff's experts; obtain and review deposition transcript of Ueno from other cases |
| 3/29/2005 | LRS | 1 | $200 | $200 | Conference call regarding expert witness |
| 3/29/2005 | LRS | 1.25 | $200 | $250 | Telephone conversation with potential expert witnessregarding expert testimony |
| 3/31/2005 | LRS | 0.75 | $200 | $150 | Conference call regarding expert testimony |
| 4/1/2005 | AEL | 2.65 | $120 | $318 | Prepare PCT's Memo in Opp to Berry's Memo in Opp for Relief from Rule 16 Scheduling Order; prepare C&S Memo in Opp and Joinder to PCT's Memo in Opp; prepare exhibits |
| 4/1/2005 | LRS | 2 | $200 | $400 | Review new pleadings and motions; conference call with Capozzola and Hosoda regarding same |
| 4/4/2005 | AEL | 0.12 | $120 | $14 | Coordination with K&E re document management re new filings and responses |
| 4/6/2005 | LRS | 2.625 | $200 | $525 | Review new materials regarding Berry's expert witness |
| 4/7/2005 | LRS | 3 | $200 | $600 | Draft letters to Hogan and discovery master regarding discovery issues and production of database; work on expert opinion |
| 4/11/2005 | AEL | 0.2 | $120 | $24 | prepare documents for hearing on Ponce defendant's Motion for Summary Judgment and Berry's Cross Motion FPR Summary Judgment |
| 4/12/2005 | LRS | 4.25 | $200 | $850 | Attend conference with Clyde Matsui; telephone calls regarding expert witness; correspondence to Hogan re production of database; review new orders from discovery master; work on C&S motion for summary judgment |
| 4/13/2005 | ACT | 0.75 | $150 | $113 | Research public records re Berry |
| 4/13/2005 | LRS | 4.5 | $200 | $900 | Telephone calls with Hogan and corresopndence regarding master's orders |
| 4/13/2005 | AEL | 3.4 | $120 | $408 | Manage document, review recent filings, revew pleadings related to whether Berry subpoenaes to non-parties |
| 4/14/2005 | AEL | 2.125 | $120 | $255 | Review documents subpoenaed by Berry from third parties |

| | | | | |
|---|---|---|---|---|
| 4/15/2005 AEL | 0.39 | $120 | $47 | Review most recent correspondence; document management |
| 4/18/2005 AEL | 0.65 | $120 | $78 | Research re legal standard for expert opinion and documents relevant to that standard.  Research files for appropriate documents |
| 4/18/2005 ACT | 0.75 | $150 | $113 | Telephone conversation with Julieann Berry; interoffice conference re same |
| 4/19/2005 LRS | 4 | $200 | $800 | Research regarding plaintiff's damage claim; correspondence with Hogan; work on motion for summary judgment regarding logistics software; prepare proposed schedule for Matsui; telephone calls regarding scheduling and mainland depositions; correspondence regarding mediation |
| 4/20/2005 LRS | 4.25 | $200 | $850 | Review new minutes from Judge Mollway; review Master report and prepare letter to Court; correspondence regarding scheduling of experts and motions; correspondence with Hogan regarding production; work on motions; logistics regarding protective order; review correspondence from Fujichaku |
| 4/20/2005 JSL | 0.375 | $35 | $13 | Deliver filings |
| 4/25/2005 LRS | 3.25 | $200 | $650 | Correspondence with Hogan regarding mainland depositions; correspondence regarding production of 1993 FCS; |
| 4/25/2005 JSL | 3.75 | $35 | $131 | Document and file management |
| 4/25/2005 ACT | 1.45 | $150 | $218 | Work on discovery and motions schedule; interoffice conference regarding schedule; work on correspondence to Judge regarding motions cutoff; review new correspondence |
| 4/26/2005 JSL | 2.25 | $35 | $79 | Document and file management |
| 4/27/2005 JSL | 3 | $35 | $105 | Document and file management |
| 4/28/2005 JSL | 2.75 | $35 | $96 | Document and file management |
| 4/29/2005 LRS | 1 | $200 | $200 | telephone call from court staff regarding conference call; review new pleadings; work on Johnson depo prep |
| 4/29/2005 JSL | 3 | $35 | $105 | Document and file management |
| 5/2/2005 JSL | 1.25 | $35 | $44 | Document and file management |
| 5/2/2005 JSL | 2.5 | $35 | $88 | Index Special Master documents |
| 5/3/2005 JSL | 3.5 | $35 | $123 | Prepare index of Special Master correspondence |

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 5/4/2005 | JSL | 2 | $35 | $70 | Prepare Index of Special Master Correspondence |
| 5/5/2005 | ACT | 0.3 | $150 | $45 | Review new correspondence from C&S |
| 5/5/2005 | JSL | 2.25 | $35 | $79 | Prepare index of Special Master corresopndence |
| 5/6/2005 | JSL | 3 | $35 | $105 | Prepare index of correspondence file |
| 5/9/2005 | AEL | 0.95 | $120 | $114 | Review latest correspondence, review recently filed pleadings |
| 5/9/2005 | JSL | 2 | $35 | $70 | Prepare index of correspondence file |
| 5/9/2005 | ACT | 0.15 | $150 | $23 | Review new correspondence |
| 5/10/2005 | JSL | 1 | $35 | $35 | Document and file management |
| 5/10/2005 | JSL | 1 | $35 | $35 | Prepare index of correspondence file |
| 5/11/2005 | JSL | 1.5 | $35 | $53 | Prepare index of pleadings file |
| 5/12/2005 | JSL | 1 | $35 | $35 | Prepare index of pleadings files |
| 5/14/2005 | AEL | 1.35 | $120 | $162 | Research re expert opinion; confer with M. Walker; respond to e-mails from K&E attorneys |
| 5/23/2005 | AEL | 0.5 | $120 | $60 | Finalize interrogatories; review Order from Special Master; |
| 5/24/2005 | LRS | 1 | $200 | $200 | Telephone calls with Dechter and Capozzola regarding expert opinions |
| 6/4/2005 | LRS | 1.375 | $200 | $275 | Telephone calls regarding Dechter report |
| 6/5/2005 | LRS | 0.5 | $200 | $100 | Telephone calls regarding Dechter report |
| 6/6/2005 | LRS | 2.75 | $200 | $550 | Review expert damages report; and work on daages issues; review new correspondence from court |
| 6/7/2005 | LRS | 3.375 | $200 | $675 | Review expert materials; review new correspondence; review pleadings regarding Guidance and Alix |
| 6/8/2005 | MAK | 1.75 | $100 | $175 | Research cases in which an Ueno testified |
| 6/9/2005 | MAK | 1 | $100 | $100 | Research cases in which an Ueno testified |
| 6/22/2005 | LRS | 2.25 | $200 | $450 | Work on prep for Ueno deposition; correspondence regarding HEX settlement; review new correspondence regarding discovery master; review correspondence regarding expert witnesses |
| 6/23/2005 | LRS | 3.125 | $200 | $625 | Review new correspondence regarding Guidance discovery; HEX settlement; J. Kinrich report |
| 6/24/2005 | LRS | 2 | $200 | $400 | Review motion regarding HEX settlement and prepare comments; correspondence and prepare regarding Ueno deposition |
| 7/1/2005 | AEL | 0.17 | $120 | $20 | Review correspondencepondence to Hogan re costs |
| 7/6/2005 | LRS | 1.5 | | $0 | Prepare letter to Hogan regarding deletion of 23,000 files; review new correspondence from Hogan; |

| | | | | |
|---|---|---|---|---|
| 7/28/2005 LRS | 4.5 | $200 | $900 | research regarding plaintiff motion for reconsideration |
| 11/7/2005 ACT | 0.5 | $150 | $75 | Work on attorneys' fee issue |
| 12/9/2005 LRS | 5 | $200 | $1,000 | work on recommendations regarding Hogan's threatened suit against C&S |
| 1/9/2006 LRS | 8.25 | $200 | $1,650 | Review new correspondence from Wayne Berry to C&S; telephone call with B. Silverman; prepare letter to Hogan regarding same; work on oppositions to motions in limine |
| 8/21/2003 LRS | 1 | $200 | $200 | Conference call regarding response to Berry lawsuit |
| Total | | | $39,880 | |

## 2. Pleadings

| | | | | |
|---|---|---|---|---|
| 8/25/2003 LRS | 1 | $200 | $200 | Prepare new correspondence and conference call regarding Berry; telephone call with Ichida; review new correspondence from Hogan and telephone calls regarding same |
| 8/26/2003 LRS | 1 | $200 | $200 | Review new correspondence; telephone call with E. Reber-Porter regarding Hawaiian Express litigation; telephone call with A. Beaman regarding Foodland response to litigation with Berry; telephone calls regarding same |
| 8/27/2003 LRS | 1.75 | $200 | $350 | Work on responsive pleading to Berry Hawaii lawsuit |
| 8/29/2003 LRS | 0.875 | $200 | $175 | Work on responsive pleading |
| 9/9/2003 ACT | 0.5 | $150 | $75 | Edit C&S motion to dismiss |
| 9/9/2003 AEL | 4.5 | $120 | $540 | Draft, edit, finalize, and file motion to transfer, stay, or dismiss Berry's amended complaint filed August 13, 2003 (C & S companies brief) |
| 12/3/2003 AEL | 2.55 | $120 | $306 | Draft Answer to Berry's Amended Complaint |
| 12/4/2003 AEL | 3.75 | $120 | $450 | Draft Answer to Amended Complaint |
| 12/5/2003 AEL | 2.55 | $120 | $306 | Research re: whether Noerr-Pennington doctrine is applicable to Sherman Act claims; research re: whether "failing company" defense is applicable |
| 12/7/2003 AEL | 2.45 | $120 | $294 | Finalize Answer to Amended Complaint |
| 1/15/2004 LRS | 1 | $200 | $200 | Finalize answer to complaint |
| 1/23/2004 AEL | 1.6 | $120 | $192 | Review Plaintiff's Motion for Leave to File Second Amended Complaint and Motion for Relief from Rule 16 Conference; research re: new defendants added in amended complaint; draft research memo re same |

| Date | Atty | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 2/23/2004 | AEL | 0.7 | $120 | $84 | Review and analysis of Plaintiff's Second Amended Complaint |
| | | | | | Draft Fleming et al's Answer to Plaintiff's Second Amended Complaint; Review and analyze Plaintiff's Opposition to to Cohen/ES3 Motion to dismiss; Begin Drafting Reply |
| 2/25/2004 | AEL | 4.95 | $120 | $594 | Memorandum to Plaintiff's Opposition |
| | | | | | Research "improper purpose" and "frivolous" for support for Objections to Berry's Proposed Second Amended Complaint; |
| 2/29/2004 | AEL | 2.95 | $120 | $354 | begin drafting same. |
| | | | | | Draft response to Plaintiff's Proposed Amended Second |
| 3/1/2004 | AEL | 3.8 | $120 | $456 | Complaint |
| | | | | | Work on response to amended complaint; telephone call with C&S in-house counsel; prepare materials for C&S; work on |
| 3/2/2004 | LRS | 1.625 | $200 | $325 | proposed settlement term sheet |
| 5/7/2004 | AEL | 3.9 | $120 | $468 | Research re claims against additional defendants |
| 5/7/2004 | LRS | 2.25 | $200 | $450 | Review new amended complaint and work on response |
| 5/13/2004 | AEL | 3.8 | $120 | $456 | Analysis re Second Amended Complaint |
| 5/14/2004 | AEL | 4.05 | $120 | $486 | Work on response to Second Amended Complaint |
| 2/23/2005 | AEL | 0.375 | $120 | $45 | Review latest pleadings |
| Total | | | | $7,006 | |

## 3. Interrogatories

| Date | Atty | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| | | | | | Review new correspondence from Hogan; work on discovery |
| 10/6/2003 | LRS | 1.5 | $200 | $300 | responses |
| 10/22/2003 | LRS | 0.875 | $200 | $175 | Work on discovery responses |
| | | | | | Review plaintiff's second request for prod of docs for C&S (all |
| 10/28/2003 | AEL | 0.2 | $120 | $24 | three entities) and Fleming |
| | | | | | Draft Fleming and C&S responses to Berry's Second request |
| 10/29/2003 | AEL | 1 | $120 | $120 | for POD |
| 10/29/2003 | LRS | 1 | $200 | $200 | Work on discovery responses |
| | | | | | Final edit on Fleming and C&S's Responses to Plaintiff's |
| 10/30/2003 | AEL | 0.5 | $120 | $60 | Second Request for Production of Documents |
| 11/5/2003 | LRS | 0.5 | $200 | $100 | Work on discovery responses |
| 12/4/2003 | LRS | 1 | $200 | $200 | Prepare discovery responses |
| 1/29/2004 | LRS | 2.25 | $200 | $450 | Work on responses to discovery re Guidance |
| 11/4/2004 | LRS | 0.5 | $200 | $100 | Review documents for production |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/17/2004 | LRS | 0.5 | $200 | $100 | Telephone conference w/ Julia Morgan regarding production of business information to Berry |
| 12/16/2004 | AEL | 2.05 | $120 | $246 | Review Judge Mollway's Order re timeline for briefs to be filed; review and begin work on document request.  Review documents that we have already provided; draft memo to Kirkland regarding their request. |
| 1/14/2005 | AEL | 0.45 | $120 | $54 | Review Hogan's memorandum regarding 1-7-05 discovery confernce;  document management |
| 1/19/2005 | LRS | 0.75 | $200 | $150 | Review draft protective order and prepare comments |
| 1/24/2005 | LRS | 2.5 | $200 | $500 | Prepare letter to Matsui regarding inspection of computers and procedures regarding destruction of evidence |
| 1/31/2005 | LRS | 2 | $200 | $400 | Work on letter to Matsui regarding preservation of evidence |
| 2/3/2005 | LRS | 0.5 | $200 | $100 | Review correspondence from Hogan; telephone call with Hogan regarding Y. Hata discovery disputes |
| 2/3/2005 | AEL | 0.45 | $120 | $54 | Review and edit subpoena for Y. Hata |
| 2/9/2005 | AEL | 0.01 | $120 | $1 | Provide documents to Bronster Crabtree |
| 2/22/2005 | AEL | 0.4 | $120 | $48 | confer with O. Samad and A. Andrews of K&E regarding scheduleing of Berry's motion to quash and PCT's reply on protective order |
| 3/8/2005 | LRS | 0.75 | $200 | $150 | Attend hearing before master via conference call; work on responses to requests from Master. |
| 3/9/2005 | AEL | 1.125 | $120 | $135 | Prepare letters responding to Special Master's list of questions regarding detailed information of the operation of Berry's software |
| 3/10/2005 | AEL | 4.4 | $120 | $528 | Work on Special Master's Order that we produce transcripts of proceedings where the Berry software was addressed; draft inventory of same |
| 3/11/2005 | AEL | 2.7 | $120 | $324 | Work on production of materials requested by Master; prepare correspondence re same |
| 3/16/2005 | LRS | 3.375 | $200 | $675 | Work on objections regarding protective order and prepare comments; work on objection regarding profit discovery; review new correspondence from Hogan regarding milk packaging and work on inquiry regarding same; prepare report regarding copyright registration |
| 3/17/2005 | AEL | 0.735 | $120 | $88 | Finalize two sets of interrogatories to go out from PCT and C&S. |

| Date | | | | | Description |
|------|------|------|------|------|-------------|
| 3/21/2005 | LRS | 2.75 | $200 | $550 | Work on letter to Matsui regarding discovery of "profits"; review plaintiff's expert reports and work on materials for defendant's expert |
| 3/22/2005 | LRS | 1.625 | $200 | $325 | work on motions for summary judgment; work on legal authorities regarding plaintiff's allegation of derivative work |
| 3/22/2005 | AEL | 1.95 | $120 | $234 | review Berry's expert's opinion; research related to expert opinion |
| 4/7/2005 | AEL | 0.8 | $120 | $96 | Finalize letter to Special master regarding need for Order related to Berry's production of FCS |
| 4/8/2005 | AEL | 1.3 | $120 | $156 | prepare original signature filing; conference with Olivia Samad regarding calendar updates, calendar new information; review Hogan's latest correspondence |
| 4/8/2005 | LRS | 2.75 | $200 | $550 | Review new correspondence from Hogan; draft e-mail to Hogan; work on letter to discovery master; work on expert discovery. |
| 10/10/2003 | LRS | 0.375 | $200 | $75 | Review new correspondence regarding deposition scheduling and prepare response |
| 11/3/2003 | LRS | 0.5 | $200 | $100 | Reveiw new correspondence regarding Dillon deposition |
| Total | | | | $7,368 | |

## 4. Depositions

| Date | | | | | Description |
|------|------|------|------|------|-------------|
| 11/26/2003 | LRS | 0.5 | $200 | $100 | Conference call regarding strategy; work on discovery responses regarding C&S 30(b)(6) deposition |
| 12/11/2003 | LRS | 1 | $200 | $200 | Attend depo prep with Dillon |
| 12/16/2003 | LRS | 0.75 | $200 | $150 | Attend depo of Mark Dillon |
| 12/16/2003 | JWS | 2.25 | $120 | $270 | Attend Dillon deposition |
| 12/17/2003 | JWS | 0.4 | $120 | $48 | Prepare deposition summary |
| 12/23/2003 | LRS | 4.5 | $200 | $900 | Prepare and attend continued deposition of Mark Dillon |
| 11/16/2004 | LRS | 1 | $200 | $200 | Correspondence regarding scheduling of depositions; review new discovery materials |
| 11/18/2004 | LRS | 0.5 | $200 | $100 | Telephone calls with Hogan regarding discovery master; correspondence regarding discovery issues |
| 12/1/2004 | LRS | 0.75 | $200 | $150 | Correspondence with Hogan and defense counsel regarding scheduling of discovery |
| 12/3/2004 | LRS | 1 | $200 | $200 | Attend meeting with witnesses |
| 12/6/2004 | LRS | 3.5 | $200 | $700 | Attend depositions of Christensen et al. |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/6/2004 | AEL | 1.125 | $120 | $135 | Attending depositions of Alfredda Waiolama and Jacqueline Rio |
| 12/9/2004 | AEL | 0.22 | $120 | $26 | Confer with Margery Bronster's office regarding relevant documents; provide document |
| 2/24/2005 | AEL | 1.65 | $120 | $198 | Prepare documents re Y. Hata's deposition and Berry's motion to quash |
| 4/21/2005 | AEL | 1.2 | $120 | $144 | Scheduling of depositions of Kleban, Griffin and Berry's Girlfriend; |
| 5/2/2005 | LRS | 2.625 | $200 | $525 | work on motions and depo prep re Johnson and Berry |
| 5/3/2005 | LRS | 3.5 | $200 | $700 | Work on analysis of plaintiff's expert opinion and work on Johnson and Berry depo prep |
| 5/5/2005 | AEL | 2.55 | $120 | $306 | Prepare notice of depositions, certificates of service, and subpoenas and deposition for Ueno and Johnson; confer with D. Capozzola regarding service of subpoenas; confer iwith Sheriff Young regarding service of subpoena; draft affidavit for Sheriff; |
| 5/6/2005 | AEL | 1.1 | $120 | $132 | Prepare documents for Noticing Berry's Expert witnesses, confer with K&E; supervise sevice |
| 5/10/2005 | LRS | 2.125 | $200 | $425 | Deposition prep; work on legal research regarding plaintiff's theories |
| 5/13/2005 | AEL | 3.1 | $120 | $372 | Review and index documents produced by Professor Johnson; review past pleadings and exhibits necessary to opening brief; review recent correspondence and orders |
| 5/15/2005 | AEL | 0.8 | $120 | $96 | Preparation for Johnson and Berry depositions |
| 5/16/2005 | LRS | 3 | $200 | $600 | Review new correspondence; review workup regarding expert report in reference to depo prep.; conference call regarding same; |
| 5/16/2005 | JSL | 2 | $35 | $70 | Prepare for deposition |
| 5/16/2005 | AEL | 3.55 | $120 | $426 | Deposition preparation for Y. Hata; confer with M. Walker and D. Capozzola |
| 5/17/2005 | LRS | 4.5 | $200 | $900 | Attend deposition of Y. Hata; work on prep for Berry and Johnson depos; |
| 5/17/2005 | AEL | 5.05 | $120 | $606 | Deposition preparation for Y. Hata and Wayne Berry |
| 5/18/2005 | LRS | 4.25 | $200 | $850 | Attend deposition of Wayne Berry; work on prep. for Johnson |
| 5/19/2005 | LRS | 4.375 | $200 | $875 | Attend deposition of Wayne Berry and Philip Johnson |
| 5/19/2005 | JSL | 0.5 | $35 | $18 | Scan exhibits into computer system for deopsition prep. |

| | | | | | |
|---|---|---|---|---|---|
| 5/19/2005 | AEL | 4.675 | $120 | $561 | Deposition preparation; attend deposition of Wayne Berry |
| 5/20/2005 | AEL | 0.65 | $120 | $78 | Organize documents following depositions; review latest correspondence |
| 6/4/2005 | AEL | 5.55 | $120 | $666 | 05/18/05:  Deposition preparation for deposition of Wayne Berry; deposition preparation for te deposition of Phillip Johnson attend portion of the deposition of Wayne Berry |
| 6/21/2005 | LRS | 3.375 | $200 | $675 | Review new correspondence regarding expert depositions; correspondence regarding HEX settlement |
| Total | | | | $12,402 | |

## E. Motions Practice

| | | | | | |
|---|---|---|---|---|---|
| 8/1/2003 | LRS | 1.25 | $200 | $250 | Review and comment on draft memo and declarations regarding declaratory motion against Berry; review new correspondence from Hogan |
| 9/2/2003 | LRS | 1.125 | $200 | $225 | Work on motion to dismiss |
| 9/3/2003 | LRS | 0.625 | $200 | $125 | Work on motion to dismiss |
| 9/12/2003 | AEL | 1.2 | $120 | $144 | Research regarding motion to set aside default judgment |
| 9/15/2003 | AEL | 7.7 | $120 | $924 | Research and draft motion to set aside entry of default |
| 9/16/2003 | AEL | 7.1 | $120 | $852 | Draft motion to set aside entry of default |
| 9/17/2003 | AEL | 0.7 | $120 | $84 | Review and edit motion to set aside default |
| 9/18/2003 | AEL | 4.9 | $120 | $588 | Finalize motion to set aside entry of default |
| 9/23/2003 | LRS | 0.6 | $200 | $120 | Review correspondence regarding response to Complaint and prepare comments |
| 10/8/2003 | AEL | 0.4 | $120 | $48 | Review Hogan's Memo in Opposition to C&S's Motion to Set Aside Default |
| 10/20/2003 | AEL | 1.4 | $120 | $168 | Attend scheduling conference; research motion to appoint discovery master, and begin drafting motion on same |
| 11/4/2003 | AEL | 0.8 | $120 | $96 | Research and draft motion for appointment of discovery master |
| 11/12/2003 | AEL | 0 | $0 | $0 | work on declaration in support of motion for appointment of discovery master for berry v. HEX |
| 11/13/2003 | AEL | 1 | $120 | $120 | Draft discovery master motion; finalize answers to second request for POD |
| 11/13/2003 | LRS | 2.5 | $200 | $500 | Work on discovery issues and discovery motion regarding Fleming |
| 12/1/2003 | AEL | 0.55 | $120 | $66 | Review affidavit of Dillon |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/1/2003 | LRS | 1.5 | $200 | $300 | Work on motion for appointment of master |
| 12/2/2003 | LRS | 0.75 | $200 | $150 | Work on mtn for appointment of discovery master |
| 12/2/2003 | AEL | 1.5 | $120 | $180 | Finalize and file Motion for Appointment of a Discovery Master |
| 12/2/2003 | JGK | 0.75 | $80 | $60 | Assist in preparing exhibits for Motion for Discovery Master. |
| 12/8/2003 | LRS | 0.5 | $200 | $100 | Correspondence re withdrawal of first to file motion |
| 12/15/2003 | LRS | 7 | $200 | $1,400 | Work on mtn to dismiss Cohen and ES3 |
| 12/15/2003 | AEL | 0.4 | $120 | $48 | Review Berry's addition of R. Cohen and ES3 as defendants; review motion to strike |
| 12/30/2003 | LRS | 1 | $200 | $200 | Prepare and attend hearing on motion for appointment of discovery master |
| 1/20/2004 | ACT | 1.5 | $150 | $225 | Work on answer; work on motion to set aside default |
| 1/25/2004 | AEL | 1.15 | $120 | $138 | Re Motion for Leave to File Amended Complaint; Review Local Rule 9.1 re: RICO Statement requirements |
| 1/26/2004 | AEL | 2.35 | $120 | $282 | Work on response to motion for leave to amend complaint for relief from scheduling order |
| 1/28/2004 | AEL | 2.45 | $120 | $294 | Work on analysis of plaintiff's motion for leave to file amended complaint and relief from Rule 16 Order |
| 1/29/2004 | AEL | 4.7 | $120 | $564 | draft memorandum in opposition to plaintiff's motion for leave to file second amended complaint; conference with HEX counsel regarding Berry's allegations of "new" evidence and his state need to file copyright registration |
| 1/30/2004 | LRS | 1.25 | $200 | $250 | Prepare memorandum in opposition to motion for leave to amend complaint |
| 1/30/2004 | AEL | 5.6 | $120 | $672 | Finalize Memorandum in Opposition to Motion for Leave to File Second Amended Complaint, prepare exhibits, prepare for filing |
| 2/2/2004 | AEL | 0.7 | $120 | $84 | Review Plaintiff's Memo in Opposition to Fleming, et al's Motion to Set Aside Entry of Default. |
| 2/4/2004 | AEL | 0.4 | $120 | $48 | Begin drafting Reply Brief re: Fleming et al, Motion to Set Aside Entry of Default |
| 2/5/2004 | AEL | 3.9 | $120 | $468 | Draft Reply Memorandum re: Fleming et al's Motion to Set Aside Entry of Default |
| 2/26/2004 | AEL | 1.1 | $120 | $132 | Research and begin drafting Reply Memorandum to Berry's Opposition to Dismiss Cohen and ES3 |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 2/27/2004 | AEL | 6.1 | $120 | $732 | Draft Reply to Berry's Opposition to Motion to Dismiss Cohen and ES3 |
| 5/4/2004 | LRS | 2.25 | $200 | $450 | Review new correspondence regarding Christensen declaration; work on correspondence regarding settlement proposal |
| 5/16/2004 | AEL | 3.4 | $120 | $408 | Work on Cohen/ES3 Motion to Strike/Dismiss Second Ameded Complaint |
| 5/17/2004 | AEL | 9.8 | $120 | $1,176 | Work on Cohen/ES3 Motion to Strike/Dismiss or SJ re Second Ameded Complaint |
| 5/18/2004 | AEL | 9.9 | $120 | $1,188 | Work on Cohen/ES3 Motion to Strike/Dismiss or SJ Second Ameded Complaint |
| 5/19/2004 | AEL | 2.4 | $120 | $288 | Work on Cohen/ES3 Motion to Strike/Dismiss or SJ Second Ameded Complaint |
| 5/20/2004 | AEL | 1.95 | $120 | $234 | Prepare legal analysis re motions for s/j |
| 5/20/2004 | LRS | 2.75 | $200 | $550 | Review motion for preliminary injunction and work on responsive comments |
| 5/21/2004 | AEL | 0.65 | $120 | $78 | Research re: standard of review for appeal of magistrates decision on non-dispositive issue, research re: opposition to Appeal of Rule 16 Order |
| 5/24/2004 | AEL | 1.2 | $120 | $144 | Work Cohen and ES3 & FRCP Mtn to dismiss or for s/j |
| 5/24/2004 | LRS | 1 | $200 | $200 | Review new correspondence from Hogan and prepare memo regarding response |
| 5/25/2004 | AEL | 2.7 | $120 | $324 | Research statutory law and case law re: appeal of rule 16 scheduling orders, research "good cause" standard, review Berry requests for production of documents for use in opposition to rule 16 appeal |
| 5/26/2004 | AEL | 4.8 | $120 | $576 | Draft and edit memorandum in opposition to rule 16 scheduling order appeal |
| 5/27/2004 | AEL | 2.85 | $120 | $342 | Drafting and editing Memorandum in Opposition to Rule 16 Appeal, research |
| 5/27/2004 | LRS | 1 | $200 | $200 | Work on position statement regarding appeal |
| 5/28/2004 | AEL | 3.05 | $120 | $366 | Finalize Memo in Opp Re appeal, prepare Memo for filing, prepare exhibits for filing, complete declaration, confirm Fleming/C&S responses to Berry requests for production of documents |

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 6/1/2004 | LRS | 1.75 | $200 | $350 | Review new correspondence regarding preliminary injunction copyright law issues and prepare response; review new pleadings |
| 6/2/2004 | AEL | 1.05 | $120 | $126 | research regarding supplemental statement of fact, draft supplemental statement; Draft supplemental statement of fact for Opposition to Berry's Appeal of Rule 16 Order; prepare documents for Capozzola, finalize supplemental statement of fact to Opposition to Berry's Appeal of Rule 16 Order; prepare documents for Capolzzola |
| 6/2/2004 | LRS | 1.625 | $200 | $325 | Work on copyright law issues and review law regarding copyright misuse; conference call regarding copyright issues |
| 6/3/2004 | AEL | 3.35 | $120 | $402 | Work on supplement statement of fact to Opposition to Berry's Appeal of Rule 16 Order, Prepare documents for Capozzola |
| 6/3/2004 | LRS | 1.75 | $200 | $350 | Work on copyright issues in response to preliminary injunction motion; telephone conversation with Hosoda; telephone call with Capozzola; prepare supplemental memorandum regarding Rule 16 order |
| 6/4/2004 | AEL | 0.2 | $120 | $24 | Finalize Berry's Supplemental Statement of Fact to Rule 16 appeal |
| 6/4/2004 | LRS | 1 | $200 | $200 | Telephone conversations with Hogan regarding scheduling of Berry's deposition |
| 6/7/2004 | AEL | 1.15 | $120 | $138 | Attend status conference for Berry v. Fleming; Review Judge Mollway's ruling on Berry's Appeal, review request for production of documents from HTS to Berry; |
| 6/8/2004 | LRS | 0.75 | $200 | $150 | Research and conference call regarding plaintiff's copyright allegations and applicable law re injunction |
| 6/9/2004 | LRS | 1.25 | $200 | $250 | Work on opposition to preliminary injunction |
| 6/14/2004 | LRS | 1 | $200 | $200 | Review new correspondence; telephone conversations with Capozzola and Silverman |
| 6/16/2004 | LRS | 1.25 | $200 | $250 | Review new correspondence from C&S and comment on same; telephone conversations with Hogan regarding deposition of Berry; review documents regarding NTI |

| Date | Atty | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 6/17/2004 | LRS | 2.25 | $200 | $450 | Review new correspondence re mtn for preliminary injunction; prepare regarding preliminary injunction; telephone conversation with Hogan; correspondence with Hogan; meeting with Hogan |
| 6/18/2004 | AEL | 0.11 | $120 | $13 | Provide information for Capozzola re: consultants traveling to Hawaii |
| 6/18/2004 | LRS | 2 | $200 | $400 | Work on legal issues re copyright claims against C&S; mtn for injunction; and mtn for sj; conference with co-counsel |
| 6/22/2004 | LRS | 2 | $200 | $400 | Work on Cohen and ES3 motion; review new correspondence regarding Sean Barry |
| 6/23/2004 | AEL | 1.9 | $120 | $228 | Edit and re-draft Motion re Cohen and ES3 |
| 6/23/2004 | AEL | 2.2 | $120 | $264 | Edit and re-draft Motion re Cohen and ES3 |
| 6/25/2004 | AEL | 6.9 | $120 | $828 | Work on Motion re Richard Cohen and ES3; prepare correspondence to C&S re same |
| 7/1/2004 | LRS | 1.5 | $200 | $300 | Work on memo in opp to preliminary injunction |
| 7/1/2004 | AEL | 0.3 | $120 | $36 | Work on responses to Plaintiff's pleadings; t/c's w/ other defendants' counsel |
| 7/2/2004 | LRS | 4.5 | $200 | $900 | Telephone calls with C&S; work on report re status. |
| 7/7/2004 | LRS | 2.25 | $200 | $450 | Work on memo regarding preliminary injunction; prepare information re infringement claim; review correspondence from C&S and prepare response |
| 7/9/2004 | LRS | 4 | $200 | $800 | Work on motion regarding hiring of expert; work on opp to preliminary injunction; prepare memo regarding discovery issues |
| 7/12/2004 | LRS | 3.25 | $200 | $650 | Work on legal discussion re preliminary injunction copyright research; prepare answer to second amended complaint |
| 7/16/2004 | LRS | 3 | $200 | $600 | Work on opp to preliminary injunction; finalize and file answer; work on comments to settlement proposal |
| 7/19/2004 | LRS | 1.375 | $200 | $275 | Work on opposition to preliminary injunction and related discovery matters |
| 7/27/2004 | LRS | 1.375 | $200 | $275 | Conference call re mtns for prelim. Inj.; work on briefing |
| 7/29/2004 | LRS | 2.75 | $200 | $550 | Work on opposition to preliminary injunction and motion regarding expert |
| 7/30/2004 | LRS | 1 | $200 | $200 | Work on motion regarding appointment of expert |
| 8/6/2004 | AEL | 1.15 | $120 | $138 | Work on preliminary injunction opp. |

| Date | | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 8/11/2004 | AEL | 2 | $120 | $240 | Work on C&S opp to injunction |
| | | | | | Confer with R. Olivia Samad of Kirkland & Ellis regarding |
| | | | | | memorandum in opposition and application of relevant local |
| 8/11/2004 | AEL | 0.35 | $120 | $42 | rules. |
| | | | | | Telephone calls with Judge Mollway's clerk and prepare |
| 8/24/2004 | LRS | 1 | $200 | $200 | additional information re errata |
| | | | | | Draft errata to Memo In Opp attaching proper exhibit, prepare |
| 8/24/2004 | AEL | 0.725 | $120 | $87 | for filing, and file |
| | | | | | correspondence w/ Liebler re testimony of live witnesses at |
| 8/25/2004 | LRS | 0.75 | $200 | $150 | preliminary inj. Hearing |
| | | | | | Review new pleadings regarding motion for preliminary |
| 8/26/2004 | LRS | 1 | $200 | $200 | injunction |
| | | | | | Telephone call from Hogan; work on motions for sj re C&S, |
| 8/27/2004 | LRS | 3 | $200 | $600 | Cohen and ES3 |
| | | | | | Telephone calls with court, Hogan, Hosoda and |
| 8/27/2004 | LRS | 1.25 | $200 | $250 | correspondence with Liebler regarding procedures |
| | | | | | Review J. Mollway's inclinations; review documents for copies |
| | | | | | of Crystal Reports as related to J. Mollway's inclinations; review |
| | | | | | documents to find pleadings containing Fleming's argument, in |
| | | | | | the pre-petition case, that Berry failed to comply with statutory |
| 8/27/2004 | AEL | 2.225 | $120 | $267 | deposit requirements |
| 8/29/2004 | AEL | 1.96 | $120 | $235 | Preparation for hearing on motion for preliminary injunction |
| | | | | | Prepare new mtn for appointment of master; telephone calls |
| 8/31/2004 | LRS | 1 | $200 | $200 | with Hosoda regarding cross exam of Berry |
| | | | | | Telephone call with O. Samad regarding Rule 16 Order setting |
| | | | | | the discovery parameters, transcripts from the preliminary |
| | | | | | injunction hearing on Monday, and Trial setting conference in |
| 9/1/2004 | AEL | 0.58 | $120 | $70 | Berry v. Fleming; |
| | | | | | Review draft Dillon Declaration and prepare comments; review |
| 9/3/2004 | LRS | 1.75 | $200 | $350 | new correspondence from Hogan |
| 9/7/2004 | LRS | 1 | $200 | $200 | Review and finalize motion for special master |
| 9/7/2004 | AEL | 4.4 | $120 | $528 | Prepare Motion for Special Master |
| | | | | | Draft, file, and prepare ex parte motion, declaration, and order |
| | | | | | to shorten time on hearing for motion for appointment of |
| 9/10/2004 | AEL | 1.75 | $120 | $210 | special master |
| | | | | | Conference call and work on proposed revisions to documents |
| 9/13/2004 | LRS | 1.5 | $200 | $300 | relating to preliminary injunction motion |

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 9/15/2004 | LRS | 1 | $200 | $200 | Review new submission by Hosoda |
| | | | | | Review Berry Notice of Reliance on Uncited Authority; t/c with Olivia Samad of Kirkland regarding Exemplified Foriegn Judgment filed in Circuit Court by Wayne Berry's father; review |
| 9/24/2004 | AEL | 0.925 | $120 | $111 | HRS 636C Uniform Foriegn Judgment Act |
| | | | | | Review correspondence regarding motion for relief from |
| 10/5/2004 | LRS | 1 | $200 | $200 | Scheduling Order |
| | | | | | Review HEX and Foodland's memorandum filed in response to Berry's Motion for Relief from Scheduling Order; research computation of time for filing on non-hearing motion on a |
| 10/11/2004 | AEL | 0.285 | $120 | $34 | holiday |
| | | | | | Review Judge Mollway's Order Denying Berry's Motion for |
| 10/12/2004 | AEL | 0.14 | $120 | $17 | Preliminary Injunction; |
| 10/26/2004 | AEL | 0.19 | $120 | $23 | Research regarding subpoena procedure |
| | | | | | Telephone conversations with Hosoda, Dulac and Hogan regarding discovery master order; correspondence with |
| 10/27/2004 | LRS | 1.25 | $200 | $250 | Hosoda regarding same |
| | | | | | Correspondence regarding appointment of special master; |
| 11/1/2004 | LRS | 0.5 | $200 | $100 | telephone call with Hogan regarding same |
| | | | | | Attend hearing on Foodland's Motion for Limited Protective |
| 11/3/2004 | AEL | 1.1 | $120 | $132 | Order, draft brief memo on same |
| | | | | | Work on motion for summary judgment regarding cohen and ES3; review new correspondence from Hogan and prepare |
| 11/5/2004 | LRS | 2 | $200 | $400 | response |
| | | | | | Review memorandum in opposition to reconsideration and |
| 11/5/2004 | LRS | 0.5 | $200 | $100 | provide comments |
| | | | | | Review latest pleadings and SOM order granting Berry's |
| 11/12/2004 | AEL | 0.415 | $120 | $50 | motion for recon on motions for summary judgment |
| | | | | | Draft and prepare Ex Parte Motion to Extend Time to File |
| 11/19/2004 | AEL | 1.34 | $120 | $161 | Simple Joinder, draft and prepare Simple Joinder |
| | | | | | Review Judge Mollway's Order Denying Berry's Motion for Reconsideration, review status of Cohen and ES3 at request of |
| 11/23/2004 | AEL | 1.075 | $120 | $129 | C&S |
| 12/16/2004 | LRS | 0.75 | $200 | $150 | Review new draft pleadings |
| | | | | | Work on legal analysis motion for summary judgment for ES3; communications with Foodland counsel regarding Alvin |
| 12/17/2004 | LRS | 1 | $200 | $200 | Tamanaha testimony |

| | | | | |
|---|---|---|---|---|
| 12/20/2004 AEL | 3.3 | $120 | $396 | draft and prepare for filing C&S/Cohen/ES3 Statements of No Position to Dillon's MSJ, HTC's MSJ, and Foodland's Motion to Dismiss; draft and prepare for filing Fleming's Statement of No Position to HTC's MSJ and Foodland's Motion to Dismiss; and simple joinder to section V of Dillon's MSJ; file same |
| 12/21/2004 AEL | 1.65 | $120 | $198 | Review Berry's Oppositions to Dillon's MSJ, HTC's MSJ, and Foodland's Motion to Dismiss/MSJ; Review Berry's Response to Concise statement of Dillon, HTC, and Foodland |
| 12/22/2004 AEL | 0.8 | $120 | $96 | Manage documents to be scanned; draft instructions to printer regarding docuemnts to be scanned; confer with O. Samad regarding format of documents and indexing of documents |
| 12/22/2004 LRS | 1.75 | $200 | $350 | Telephone call with Beaman regarding discovery corrections; correspondence with Dulac regarding same and additional discovery to Berry |
| 12/23/2004 LRS | 2 | $200 | $400 | Work on copyright legal analysis for motion for summary judgment regarding spreadsheets; legal analysis re ES3 |
| 12/29/2004 LRS | 1 | $200 | $200 | Research re legal standard in 2003 copyright case |
| 1/3/2005 LRS | 0.75 | $200 | $150 | Prepare correspondence to Clyde Matsui |
| 1/4/2005 LRS | 0.5 | $200 | $100 | Telephone call from Beaman regarding Foodland request; telephone conversations regarding same |
| 1/5/2005 LRS | 0.875 | $200 | $175 | Review new pleadings regarding motions for summary judgment; prepare for meeting with discovery master |
| 1/6/2005 LRS | 1 | $200 | $200 | Review new pleadings and attend conference with discovery master |
| 1/7/2005 LRS | 1.25 | $200 | $250 | Work on responsive documents requested by discovery master |
| 1/11/2005 LRS | 1.25 | $200 | $250 | Work on documents for discovery master; review new pleadings |
| 1/17/2005 AEL | 0.84 | $120 | $101 | Prepare documents for Hearings on Hawaii Transfer Services' MSJ, Dillon's MSJ, and Foodland's Motion to Dismiss |
| 1/18/2005 AEL | 1.6 | $120 | $192 | Prepare documents for Hearing; attend hearing |
| 1/18/2005 LRS | 1.75 | $200 | $350 | Attend hearing on motions for summary judgment; attend meeting with Hosoda and C&S personnel |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 1/28/2005 | LRS | 2 | $200 | $400 | Review order regarding motion for summary judgment and prepare report to C&S; work on motion for summary judgment regarding C&S and ES3; telephone conversations regarding mediation proposal |
| 1/28/2005 | AEL | 0.81 | $120 | $97 | Review Judge Mollway's Order Granting Motions to Dismiss; document management |
| 2/1/2005 | LRS | 1.375 | $200 | $275 | Prepare comments regarding Judge Mollway's order and the meaning of "illegal derivative" |
| 2/9/2005 | LRS | 1.375 | $200 | $275 | Telephone calls from Colombe and Beaman regarding court ruling and Foodland right to seek fees and costs; review correspondence Y. Hata issues in light of s/j ruling |
| 2/24/2005 | LRS | 1 | $200 | $200 | work on motions for summary judgment in light of court ruling |
| 2/25/2005 | LRS | 1.75 | $200 | $350 | Review new information regarding imaging; work on motions for summary judgment |
| 2/25/2005 | AEL | 0.185 | $120 | $22 | Work on reply to PCT's motion for protective order; draft documents for filing |
| 2/28/2005 | AEL | 1.9 | $120 | $228 | Research regarding expert opinions obtained and discovery produced by Hogan in Pre-Bankruptcy litigation; prepare Reply Letter in Support of Protective Order and Opposition to Berry's Motion to Quash for service |
| 3/3/2005 | LRS | 2.25 | $200 | $450 | New correspondence with Hogan regarding database production and prepare response; Telephone conference from Hogan regarding same; prep for hearing before Matsui; review correspondence from Bronster regarding Guidance claims and defenses and work on response; review new correspondence from Hogan. |
| 3/7/2005 | AEL | 1.3 | $120 | $156 | Prepare letters responding to T. Hogan's March 4 letters; cordinate teleconference |
| 3/8/2005 | AEL | 1.6 | $120 | $192 | Attend hearing before Special Master on PCT's motion for protective order; review calendars for both cases' deadlines; conf with Special Master's office regarding expert's needs for review of computers |
| 3/24/2005 | LRS | 8 | $200 | $1,600 | Review plaintiff's motion for summary judgment and work on C&S motion for summary judgment |
| 3/28/2005 | LRS | 3 | $200 | $600 | Review new correspondence and work on motions; conference call regarding expert witness |

| Date | | | | | Description |
|------|--|--|--|--|-------------|
| 4/5/2005 | LRS | 3.5 | $200 | $700 | Prepare opposition to Hogan's Motion for Relief from Scheduled Order; telephone calls regarding discovery extension from Guidance; review Berry memoorandum regarding judgment; telephone calls with Capozzola regarding expert report and discovery master ruling; prep for Ueno deposition |
| 4/11/2005 | LRS | 3.875 | $200 | $775 | Prepare and attend hearing on employees' motion for summary judgment; work on motion for summary judgment; prepare letters to Matsui and Hogan regarding discovery conference; work on C&S expert opinion |
| 4/14/2005 | LRS | 2.875 | $200 | $575 | Conference call regarding expert testimony; draft motion to postpone expert deadlines and motions cutoff |
| 4/14/2005 | ACT | 1.75 | $150 | $263 | Work on motion for relief from scheduling order; work on ex parte motion to shorten time for hearing on motion for relief from scheduling order |
| 4/15/2005 | LRS | 2.25 | $200 | $450 | Attend hearing before Judge Kobayashi; telephone call with Bradley Dechter regarding expert testimony on profits; prepare correspondence re scheduling |
| 4/18/2005 | LRS | 3.125 | $200 | $625 | Work on motions regarding discovery and for summary judgment regarding expert opinion; telephone calls and correspondence regarding documents subpoenaed by Berry from Costco and other irrelevant third parties; proposed mediation and depositions of Griffin and Kleban; conference call with Marty Walker regarding expert opinion |
| 4/20/2005 | AEL | 0.3 | $120 | $36 | Work on Opposition to Berry's Motion for Summary Judgment; review and correspondence |
| 4/21/2005 | LRS | 4.5 | $200 | $900 | Review Berry's motion for summary judgment; review Guidance motion for summary; work on oppositions; telephone calls with C&S counsel; coirrespondence regarding scheduling |
| 4/22/2005 | LRS | 4.5 | $200 | $900 | Attend conference with Discovery Master; work on motions and memos in opposition |
| 4/22/2005 | AEL | 0.83 | $120 | $100 | Work on opp to Berry's msj |
| 4/25/2005 | AEL | 0.55 | $120 | $66 | Work on Rule 56(f) motion; review correspondence |
| 4/26/2005 | LRS | 4.125 | $200 | $825 | Review Berry's alleged "trade secrets"; work on motion regarding Hawaii trade secret statute |

| Date | Init | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 4/27/2005 | AEL | 3 | $120 | $360 | Preparation and filing of PCT's Rule 56(f) motion and Ex Parte Motion |
| 4/27/2005 | LRS | 1.875 | $200 | $375 | Review new communications from court; work on motions regarding summary judgment |
| 4/28/2005 | LRS | 2.25 | $200 | $450 | Work on responses to Hogan's filings and on Rule 56(f) motion |
| 4/28/2005 | AEL | 4.2 | $120 | $504 | research regarding protective order in berry v. fleming, the documents covered by the order, draft and file C&S Joinder in Fleming's 56(f) Motion |
| 5/4/2005 | LRS | 3.25 | $200 | $650 | Conference call regarding plaintiff's expert report; work on summary judgment |
| 5/4/2005 | AEL | 4.3 | $120 | $516 | Finalize and prepare opposition to Berry's Statement of Appeal from Protective Order for filing; research and obtian documents from Berry v. Fleming for Appellate Briefing; draft and prepare for filing C&S joinder to PCT's Opposition to Berry's Statement of Appeal |
| 5/20/2005 | LRS | 4 | $200 | $800 | Work on C&S, ES3 Cohen summary judgment motion |
| 5/23/2005 | LRS | 4.5 | $200 | $900 | Work on analysis of Plaintiff's Exhibits and opposition to plaintiff's motion for summary judgment |
| 5/25/2005 | LRS | 4.75 | $200 | $950 | Work on Exhibit 34 and other evidence re msj |
| 5/30/2005 | LRS | 4.5 | $200 | $900 | Work on exhibits and s/j motions |
| 5/31/2005 | LRS | 2 | $200 | $400 | Work on exhibits and s/j motions |
| 5/31/2005 | AEL | 1.53 | $120 | $184 | Work on Opp to Berry's Motion for Summary Judgment; confer with Rex Fujichaku regarding exhibits in Berry's Concise Statement in Support of MSJ |
| 6/1/2005 | AEL | 13.6 | $120 | $1,632 | Prepare Concise Statement of the Facts in Support of Countmotion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment; prepare memorandum on same; prepare exhibits |
| 6/1/2005 | LRS | 8.25 | $200 | $1,650 | Work on C&S Motion for Summary Judgment |
| 6/1/2005 | ACT | 0.5 | $150 | $75 | Interoffice conference regarding motions for summary judgment |
| 6/2/2005 | ACT | 14 | $150 | $2,100 | Work on C&S motion for summary judgment |
| 6/2/2005 | LRS | 9.5 | $200 | $1,900 | Work on Motions for Summary Judgment |
| 6/2/2005 | JSL | 1 | $35 | $35 | Prepare exhibits for filing |
| 6/2/2005 | JGK | 4.25 | $80 | $340 | Assist with preparation of documents to be filed in US District Court. |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 6/3/2005 | JGK | 0.5 | $80 | $40 | Coordination of filing of cross motions. |
| 6/3/2005 | AEL | 2.765 | $120 | $332 | Finalize pleadings for filing; review latest correspondence; draft letter to T. Hogan regarding pdf copy of Countermotions and Oppositions; review email confirmations regarding the sending of same |
| 6/3/2005 | LRS | 2.5 | $200 | $500 | Review new pleadings regarding Motions for Summary Judgment; telephone calls regarding expert reports |
| 6/8/2005 | AEL | 2.325 | $120 | $279 | Prepare Materials requested by K&E re argument on Counter-Motion for Summary Judgment; prepare and file Errata to Concise Statement |
| 6/8/2005 | LRS | 2 | $200 | $400 | Correspondence regarding Guidance discovery; prepare supplemental filing; work on expert matters |
| 6/9/2005 | LRS | 6.5 | $200 | $1,300 | Work on C&S reply brief |
| 6/9/2005 | AEL | 2.6 | $120 | $312 | Review Plaintiff's Opposition to C&S Countermotion and Opposition to Plaintiff's MSJ |
| 6/10/2005 | AEL | 5 | $120 | $600 | Work on reply re C&S Countermotion |
| 6/10/2005 | LRS | 6 | $200 | $1,200 | Work on reply |
| 6/12/2005 | LRS | 4.75 | $200 | $950 | Work on reply |
| 6/14/2005 | AEL | 1.85 | $120 | $222 | Review AlixPartners' Reply to Countermotion for Summary Judgment; review stipulation re good faith settlement; review final setttlement document executed by Berry Schaul; confer with AlixPartner counsel re stipulation |
| 6/15/2005 | LRS | 7.5 | $200 | $1,500 | Work on reply and expert opnions |
| 6/15/2005 | AEL | 3.65 | $120 | $438 | Finalize Reply Briefs for C&S and PCT in Support of Countermotion for Summary Judtgment; finalize evidentiary objections |
| 6/16/2005 | LRS | 6.25 | $200 | $1,250 | Review new pleadings regarding countermotions; review new correspondence regarding discovery and expert opinions; work on prepare for argument of motion for summary judgment; conversation with C&S regarding new hard drives |
| 6/16/2005 | AEL | 1.535 | $120 | $184 | Review pleadings filed by all defendants;  prepare and re-file M. Walker's expert report; confer with G. Tom re documents filed |
| 6/17/2005 | LRS | 4.125 | $200 | $825 | Meetings regarding prep for argument and work on argument; review documents from court; review new correspondence from Fujichaku |

| Date | Init | Hrs | Rate | Amt | Description |
|---|---|---|---|---|---|
| 6/18/2005 | LRS | 4 | $200 | $800 | Work on prep for argument |
| 6/19/2005 | AEL | 1.575 | $120 | $189 | Preparation for hearing on Berry's Motion for Summary Judgment and PCT's and C&S's Counter-Motion for Summary Judgment |
| 6/20/2005 | AEL | 3.1 | $120 | $372 | Prepare documents and exhibits for hearing on Berry's Motion for Summary Judgment and PCT's and C&S's Counter-Motion for Summary Judgment; attend hearing on same |
| 6/20/2005 | JGK | 0.5 | $80 | $40 | Prepare documents for Hearing on Motion for Summary Judgment. Transport and set-up binders at United States District Court for Hearing on Motion for Summary Judgment. |
| 6/20/2005 | LRS | 3.25 | $200 | $650 | Prepare and attend argument on motion; report to C&S |
| 1/11/2006 | LRS | 8 | $200 | $1,600 | Meeting with Jack Borja and prepare report regarding same; work on C&S's opposition to motion for permanent injunction |
| 1/11/2006 | THY | 2.5 | $150 | $375 | Review draft memoranda in opposition to Plaintiff's motion for permanent injunction; telephone conference with O. Samad regarding declaration of B. Christiansen |
| 1/12/2006 | LRS | 6 | $200 | $1,200 | Work on C&S opposition to permanent injunction |
| 1/12/2006 | THY | 3.5 | $150 | $525 | Prepare and file C&S' memorandum in opposition to Plaintiff's motion for permanent injunction |
| 2/11/2006 | THY | 0.8 | $150 | $120 | Review Plaintiff's Rule 60 motion for reconsideration and proposed responses |
| 2/13/2006 | LRS | 9 | $200 | $1,800 | Work on C&S opposition to 60(b) motion |
| 2/14/2006 | LRS | 7.5 | $200 | $1,500 | Work on C&S opposition to 60(b) |
| 2/15/2006 | LRS | 3.5 | $200 | $700 | Work on C&S opposition to 60(b) |
| 2/17/2006 | LRS | 5 | $200 | $1,000 | Work on C&S opp to 60(b) Motion; work on revisions to Motions in Limine |
| 2/17/2006 | THY | 5 | $150 | $750 | RE: C&S - Finalize and file C&S Memorandum in Opposition to Motion for Reconsideration, declarations and exhibits |
| Total | | | | $85,209 | |

## 6. Attendance at Court Hearings

| 10/20/2003 | LRS | 0.75 | $200 | $150 | Attend scheduling conference |

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/3/2003 | LRS | 1.25 | $200 | $250 | Attend hearing and prepare report to C&S |
| 2/17/2004 | LRS | 1 | $200 | $200 | Attend hearing on Motion to Amend Complaint and on proposed settlement |
| 3/17/2004 | AEL | 0.55 | $120 | $66 | Status Conference before Judge Kobayashi |
| 8/29/2004 | LRS | 1.75 | $200 | $350 | Prep for argument on mtn for preliminary injunction |
| 8/30/2004 | LRS | 2.5 | $200 | $500 | Prepare and attend argument on mtn for preliminary injunction |
| 8/30/2004 | AEL | 1.35 | $120 | $162 | Final preparatiohn for hearing on Motion for Issuance of Preliminary Injunction, attend hearing |
| 9/21/2004 | LRS | 1.5 | $200 | $300 | Telephone calls and correspondence with Liebler and Hosoda re preliminary injunction; discovery master and retention of expert |
| 9/24/2004 | LRS | 2 | $200 | $400 | prep for preliminary injunction hearing; correspondence re Court inquiry on the date of the injunction hearing |
| 9/26/2004 | LRS | 1 | $200 | $200 | Prep for hearings regarding special master and preliminary injunction |
| 9/27/2004 | LRS | 4.5 | $200 | $900 | Attend hearing on special master and prepare for preliminary injunction motion |
| 9/27/2004 | AEL | 1.6 | $120 | $192 | Prepare documents for conference with Liebeler, Hosoda, Dulac, Mead, and Dillon; attend conference with same |
| 9/28/2004 | LRS | 3 | $200 | $600 | Prepare and attend hearing on motion for preliminary injunction |
| 9/29/2004 | AEL | 0.8 | $120 | $96 | Prepare stipulation to set aside default |
| 9/30/2004 | AEL | 0.4 | $120 | $48 | Finalize Answer and prepare for filing |
| Total | | | | $4,414 | |