# EXHIBIT "E"

| Date | Type | Number | Amount | Description |
|---|---|---|---|---|
| 8/4/2003 | WES | 218506 | 1.75 | On-line Services - WestLaw |
| 8/18/2003 | TEL | 218506 | 0.02 | Telephone Expense |
| 8/19/2003 | TEL | 218506 | 0.04 | Telephone Expense |
| 8/28/2003 | WES | 218506 | 15.73 | On-line Services - WestLaw |
| 9/2/2003 | TEL | 218506 | 0.06 | Telephone Expense |
| 9/2/2003 | TEL | 218506 | 0.09 | Telephone Expense |
| 9/3/2003 | POS | 218506 | 2.12 | Postage |
| 9/3/2003 | WES | 218506 | 1.25 | On-line Services - WestLaw |
| 9/8/2003 | FAX | 218506 | 0.13 | Fax Expense |
| 9/8/2003 | POS | 218506 | 0.76 | Postage |
| 9/10/2003 | POS | 218506 | 0.53 | Postage |
| 9/10/2003 | TEL | 218506 | 0.02 | Telephone Expense |
| 9/12/2003 | TEL | 218506 | 0.11 | Telephone Expense |
| 9/12/2003 | WES | 218506 | 5.41 | On-line Services - WestLaw |
| 9/15/2003 | WES | 218506 | 42.85 | On-line Services - WestLaw |
| 9/16/2003 | WES | 218506 | 5.32 | On-line Services - WestLaw |
| 9/16/2003 | WES | 218506 | 3.16 | On-line Services - WestLaw |
| 9/18/2003 | POS | 218506 | 0.65 | Postage |
| 9/23/2003 | POS | 218506 | 0.65 | Postage |
| 9/26/2003 | FAX | 218506 | 0.04 | Fax Expense |
| 9/30/2003 | TEL | 219922 | 0.02 | Telephone Expense |
| 9/30/2003 | TEL | 219922 | 0.03 | Telephone Expense |
| 10/3/2003 | FAX | 219922 | 0.03 | Fax Expense |
| 10/3/2003 | FAX | 219922 | 0.03 | Fax Expense |
| 10/3/2003 | POS | 219922 | 0.19 | Postage |
| 10/10/2003 | POS | 219922 | 0.19 | Postage |
| 10/13/2003 | OFCE | 219922 | 1.66 | Petty Cash; POSTAGE |
| 10/14/2003 | TEL | 219922 | 0.03 | Telephone Expense |
| 10/16/2003 | TEL | 219922 | 0.07 | Telephone Expense |
| 10/20/2003 | WES | 219922 | 4.11 | On-line Services - WestLaw |
| 10/29/2003 | POS | 219922 | 0.90 | Postage |
| 11/13/2003 | POS | 219922 | 4.38 | Postage |
| 11/14/2003 | POS | 219922 | 1.80 | Postage |
| 11/26/2003 | TEL | 224479 | 0.59 | Telephone Expense |
| 12/2/2003 | POS | 224479 | 4.35 | Postage |
| 12/3/2003 | POS | 224479 | 0.19 | Postage |
| 12/4/2003 | POS | 224479 | 1.50 | Postage |
| 12/5/2003 | POS | 224479 | 0.93 | Postage |
| 12/5/2003 | WES | 224479 | 59.55 | On-line Services - WestLaw |
| 12/7/2003 | WES | 224479 | 10.56 | On-line Services - WestLaw |
| 12/8/2003 | POS | 224479 | 0.30 | Postage |
| 12/8/2003 | POS | 224479 | 1.45 | Postage |
| 12/11/2003 | TEL | 224479 | 0.03 | Telephone Expense |
| 12/15/2003 | POS | 224479 | 1.66 | Postage |
| 12/15/2003 | POS | 224479 | 0.83 | Postage |
| 12/15/2003 | TEL | 224479 | 0.07 | Telephone Expense |
| 12/15/2003 | WES | 224479 | 44.54 | On-line Services - WestLaw |
| 1/13/2004 | TEL | 224480 | 0.03 | Telephone Expense |
| 1/15/2004 | WES | 224480 | 81.21 | On-line Services - WestLaw |
| 1/16/2004 | WES | 224480 | 26.58 | On-line Services - WestLaw |
| 1/19/2004 | WES | 224480 | 64.28 | On-line Services - WestLaw |
| 1/20/2004 | TEL | 224480 | 0.26 | Telephone Expense |
| 1/20/2004 | WES | 224480 | 0.65 | On-line Services - WestLaw |
| 1/20/2004 | WES | 224480 | 0.52 | On-line Services - WestLaw |
| 1/21/2004 | TEL | 224480 | 0.06 | Telephone Expense |
| 1/21/2004 | WES | 224480 | 3.15 | On-line Services - WestLaw |
| 1/21/2004 | WES | 224480 | 145.34 | On-line Services - WestLaw |
| 1/22/2004 | TEL | 224480 | 0.08 | Telephone Expense |
| 1/22/2004 | TEL | 224480 | 0.05 | Telephone Expense |
| 1/22/2004 | WES | 224480 | 73.11 | On-line Services - WestLaw |
| 1/23/2004 | WES | 224480 | 32.75 | On-line Services - WestLaw |
| 1/26/2004 | WES | 224480 | 77.59 | On-line Services - WestLaw |
| 1/27/2004 | WES | 224480 | 3.85 | On-line Services - WestLaw |

| Date | Code | Ref | Amount | Description |
|---|---|---|---:|---|
| 1/28/2004 | WES | 224480 | 14.42 | On-line Services - WestLaw |
| 1/29/2004 | WES | 224480 | 9.60 | On-line Services - WestLaw |
| 1/30/2004 | POS | 224480 | 11.55 | Postage |
| 1/30/2004 | WES | 224480 | 44.83 | On-line Services - WestLaw |
| 2/3/2004 | TEL | 224481 | 0.02 | Telephone Expense |
| 2/3/2004 | TEL | 224481 | 0.04 | Telephone Expense |
| 2/3/2004 | TEL | 224481 | 0.22 | Telephone Expense |
| 2/3/2004 | TEL | 224481 | 0.02 | Telephone Expense |
| 2/3/2004 | WES | 224481 | 12.85 | On-line Services - WestLaw |
| 2/4/2004 | WES | 224481 | 17.94 | On-line Services - WestLaw |
| 2/9/2004 | WES | 224481 | 8.50 | On-line Services - WestLaw |
| 2/12/2004 | WES | 224481 | 3.95 | On-line Services - WestLaw |
| 2/23/2004 | WES | 224481 | 9.38 | On-line Services - WestLaw |
| 2/24/2004 | WES | 224481 | 12.02 | On-line Services - WestLaw |
| 2/24/2004 | WES | 224481 | 8.71 | On-line Services - WestLaw |
| 2/25/2004 | WES | 224481 | 2.45 | On-line Services - WestLaw |
| 2/26/2004 | TEL | 224481 | 0.57 | Telephone Expense |
| 2/26/2004 | WES | 224481 | 3.76 | On-line Services - WestLaw |
| 2/27/2004 | WES | 224481 | 25.15 | On-line Services - WestLaw |
| 2/29/2004 | WES | 224481 | 15.53 | On-line Services - WestLaw |
| 3/1/2004 | TEL | 224482 | 0.38 | Telephone Expense |
| 3/1/2004 | WES | 224482 | 1.79 | On-line Services - WestLaw |
| 3/1/2004 | WES | 224482 | 44.68 | On-line Services - WestLaw |
| 3/2/2004 | TEL | 224482 | 0.08 | Telephone Expense |
| 3/2/2004 | WES | 224482 | 18.91 | On-line Services - WestLaw |
| 3/3/2004 | TEL | 224482 | 0.68 | Telephone Expense |
| 3/3/2004 | TEL | 224482 | 0.08 | Telephone Expense |
| 3/3/2004 | WES | 224482 | 3.70 | On-line Services - WestLaw |
| 3/3/2004 | WES | 224482 | 5.48 | On-line Services - WestLaw |
| 3/25/2004 | TEL | 224482 | 0.02 | Telephone Expense |
| 3/25/2004 | WES | 224482 | 27.83 | On-line Services - WestLaw |
| 3/30/2004 | WES | 224482 | 5.82 | On-line Services - WestLaw |
| 4/2/2004 | FAX | 224483 | 0.04 | Fax Expense |
| 4/2/2004 | WES | 224483 | 81.45 | On-line Services - WestLaw |
| 4/5/2004 | WES | 224483 | 19.66 | On-line Services - WestLaw |
| 4/6/2004 | WES | 224483 | 68.84 | On-line Services - WestLaw |
| 4/7/2004 | WES | 224483 | 2.17 | On-line Services - WestLaw |
| 4/15/2004 | FAX | 224483 | 0.03 | Fax Expense |
| 4/19/2004 | FAX | 224483 | 0.09 | Fax Expense |
| 4/26/2004 | TEL | 224483 | 0.03 | Telephone Expense |
| 4/26/2004 | TEL | 224483 | 0.41 | Telephone Expense |
| 4/27/2004 | TEL | 224483 | 0.02 | Telephone Expense |
| 5/5/2004 | TEL | 224484 | 0.22 | Telephone Expense |
| 5/5/2004 | TEL | 224484 | 0.02 | Telephone Expense |
| 5/10/2004 | TEL | 224484 | 0.02 | Telephone Expense |
| 5/11/2004 | POS | 224484 | 0.42 | Postage |
| 5/13/2004 | POS | 224484 | 0.42 | Postage |
| 5/13/2004 | WES | 224484 | 8.97 | On-line Services - WestLaw |
| 5/13/2004 | WES | 224484 | 8.98 | On-line Services - WestLaw |
| 5/14/2004 | FAX | 224484 | 0.07 | Fax Expense |
| 5/14/2004 | FAX | 224484 | 0.12 | Fax Expense |
| 5/14/2004 | FAX | 224484 | 0.03 | Fax Expense |
| 5/14/2004 | WES | 224484 | 12.73 | On-line Services - WestLaw |
| 5/17/2004 | WES | 224484 | 0.24 | On-line Services - WestLaw |
| 5/17/2004 | WES | 224484 | 7.50 | On-line Services - WestLaw |
| 5/17/2004 | WES | 224484 | 19.57 | On-line Services - WestLaw |
| 5/18/2004 | FAX | 224484 | 0.07 | Fax Expense |
| 5/18/2004 | WES | 224484 | 0.17 | On-line Services - WestLaw |
| 5/20/2004 | WES | 224484 | 0.02 | On-line Services - WestLaw |
| 5/21/2004 | TEL | 224484 | 0.06 | Telephone Expense |
| 5/21/2004 | TEL | 224484 | 0.06 | Telephone Expense |

| Date | Type | Ref | Amount | Description |
|---|---|---|---:|---|
| 5/21/2004 | TEL | 224484 | 0.02 | Telephone Expense |
| 5/21/2004 | WES | 224484 | 10.48 | On-line Services - WestLaw |
| 5/25/2004 | WES | 224484 | 4.28 | On-line Services - WestLaw |
| 5/25/2004 | WES | 224484 | 27.97 | On-line Services - WestLaw |
| 5/26/2004 | WES | 224484 | 11.46 | On-line Services - WestLaw |
| 5/27/2004 | WES | 224484 | 11.05 | On-line Services - WestLaw |
| 5/28/2004 | POS | 224484 | 1.22 | Postage |
| 5/28/2004 | TEL | 224484 | 0.09 | Telephone Expense |
| 6/1/2004 | TEL | 224489 | 0.09 | Telephone Expense |
| 6/2/2004 | WES | 224489 | 14.11 | On-line Services - WestLaw |
| 6/3/2004 | POS | 224489 | 0.30 | Postage |
| 6/3/2004 | POS | 224489 | 0.42 | Postage |
| 6/3/2004 | TEL | 224489 | 0.02 | Telephone Expense |
| 6/3/2004 | TEL | 224489 | 0.06 | Telephone Expense |
| 6/3/2004 | TEL | 224489 | 0.02 | Telephone Expense |
| 6/3/2004 | TEL | 224489 | 0.72 | Telephone Expense |
| 6/8/2004 | TEL | 224489 | 0.52 | Telephone Expense |
| 6/9/2004 | TEL | 224489 | 0.19 | Telephone Expense |
| 6/9/2004 | TEL | 224489 | 0.29 | Telephone Expense |
| 6/10/2004 | TEL | 224489 | 0.02 | Telephone Expense |
| 6/10/2004 | TEL | 224489 | 0.02 | Telephone Expense |
| 6/10/2004 | TEL | 224489 | 0.13 | Telephone Expense |
| 6/15/2004 | TEL | 224489 | 0.04 | Telephone Expense |
| 6/16/2004 | TEL | 224489 | 0.04 | Telephone Expense |
| 6/18/2004 | FEDX | 224489 | 7.90 | FedEx Express Services, Airbill # 808759450205 |
| 6/18/2004 | TEL | 224489 | 0.07 | Telephone Expense |
| 6/18/2004 | TEL | 224489 | 0.04 | Telephone Expense |
| 6/21/2004 | OFCE | 224489 | 13.50 | Petty Cash |
| 6/21/2004 | TEL | 224489 | 0.07 | Telephone Expense |
| 6/21/2004 | TEL | 224489 | 0.47 | Telephone Expense |
| 6/22/2004 | TEL | 224489 | 0.11 | Telephone Expense |
| 6/22/2004 | WES | 224489 | 25.01 | On-line Services - WestLaw |
| 6/22/2004 | WES | 224489 | 71.89 | On-line Services - WestLaw |
| 6/23/2004 | WES | 224489 | 1.11 | On-line Services - WestLaw |
| 6/23/2004 | WES | 224489 | 21.12 | On-line Services - WestLaw |
| 6/24/2004 | FEDX | 224489 | 12.76 | FedEx Express Services, Airbill # 808759319971 |
| 6/25/2004 | DHL | 224489 | 14.86 | DHL Worldwide Express, Airbill # 7964968620 |
| 6/25/2004 | FEDX | 224489 | 7.90 | FedEx Express Services, Airbill # 808759450087. |
| 6/25/2004 | NOT | 224489 | 2.50 | Notary Fee - MMU |
| 6/25/2004 | TEL | 224489 | 0.07 | Telephone Expense |
| 6/25/2004 | WES | 224489 | 13.17 | On-line Services - WestLaw |
| 6/28/2004 | WES | 224489 | 21.52 | On-line Services - WestLaw |
| 6/29/2004 | TEL | 224489 | 0.06 | Telephone Expense - Long distance charges |
| 6/29/2004 | TEL | 224489 | 0.13 | Telephone Expense - Long distance charges |
| 7/1/2004 | TEL | 224490 | 0.06 | Telephone Expense - Long distance charges |
| 7/1/2004 | WES | 224490 | 25.34 | On-line Services - WestLaw |
| 7/2/2004 | FEDX | 224490 | 36.70 | FedEx Express Services, Airbill # 808759450102. |
| 7/2/2004 | FEDX | 224490 | 12.76 | FedEx Express Services, Airbill # 833762857517. |
| 7/2/2004 | FEDX | 224490 | 40.28 | FedEx Express Services, Airbill # 808759450098. |
| 7/7/2004 | TEL | 224490 | 0.06 | Telephone Expense - Long distance charges |
| 7/7/2004 | TEL | 224490 | 0.11 | Telephone Expense - Long distance charges |
| 7/8/2004 | FEDX | 224490 | 18.75 | FedEx Express Services, Airbill # 833762857528. |
| 7/8/2004 | TEL | 224490 | 0.52 | Telephone Expense - Long distance charges |
| 7/8/2004 | TEL | 224490 | 0.03 | Telephone Expense - Long distance charges |
| 7/8/2004 | WES | 224490 | 28.04 | On-line Services - WestLaw |
| 7/9/2004 | TEL | 224490 | 0.06 | Telephone Expense - Long distance charges |
| 7/12/2004 | DHL | 224490 | 9.03 | DHL Worldwide Express, Airbill # 7964968701 |
| 7/13/2004 | TEL | 224490 | 0.08 | Telephone Expense - Long distance charges |
| 7/13/2004 | TEL | 224490 | 0.82 | Telephone Expense - Long distance charges |
| 7/15/2004 | TEL | 224490 | 0.17 | Telephone Expense - Long distance charges |

| Date | Type | Code | Amount | Description |
|---|---|---|---|---|
| 7/15/2004 | TEL | 224490 | 0.41 | Telephone Expense - Long distance charges |
| 7/15/2004 | TEL | 224490 | 0.21 | Telephone Expense - Long distance charges |
| 7/15/2004 | TEL | 224490 | 0.07 | Telephone Expense - Long distance charges |
| 7/16/2004 | DHL | 224490 | 34.16 | DHL Worldwide Express, Airbill # 7964968690 |
| 7/16/2004 | DHL | 224490 | 40.17 | DHL Worldwide Express, Airbill # 8700124274 |
| 7/16/2004 | POS | 224490 | 2.43 | Postage |
| 7/19/2004 | FEDX | 224490 | 28.30 | FedEx Express Services, Airbill # 837637020185 |
| 7/19/2004 | FEDX | 224490 | 8.02 | FedEx Express Services, Airbill # 837637020196 |
| 7/21/2004 | TEL | 224490 | 0.05 | Telephone Expense - Long distance charges |
| 7/22/2004 | DHL | 224490 | 16.26 | DHL Worldwide Express, Airbill # 7964968675 |
| 7/22/2004 | DHL | 224490 | 16.26 | DHL Worldwide Express, Airbill # 7964968686 |
| 7/22/2004 | TEL | 224490 | 0.03 | Telephone Expense - Long distance charges |
| 7/22/2004 | TEL | 224490 | 0.04 | Telephone Expense - Long distance charges |
| 7/22/2004 | TEL | 224490 | 0.25 | Telephone Expense - Long distance charges |
| 7/23/2004 | TEL | 224490 | 0.03 | Telephone Expense - Long distance charges |
| 7/23/2004 | TEL | 224490 | 0.03 | Telephone Expense - Long distance charges |
| 7/26/2004 | TEL | 224490 | 0.14 | Telephone Expense - Long distance charges |
| 7/27/2004 | TEL | 224490 | 0.27 | Telephone Expense - Long distance charges |
| 7/28/2004 | POS | 224490 | 2.88 | Postage |
| 7/29/2004 | TEL | 224490 | 0.20 | Telephone Expense - Long distance charges |
| 7/29/2004 | TEL | 224490 | 0.05 | Telephone Expense - Long distance charges |
| 7/29/2004 | TEL | 224490 | 0.06 | Telephone Expense - Long distance charges |
| 7/29/2004 | TEL | 224490 | 0.03 | Telephone Expense - Long distance charges |
| 8/1/2004 | WES | 226137 | 28.06 | On-line Services - WestLaw |
| 8/2/2004 | WES | 226137 | 13.05 | On-line Services - WestLaw |
| 8/4/2004 | POS | 226137 | 0.88 | Postage |
| 8/4/2004 | TEL | 226137 | 0.07 | Telephone Expense - Long distance charges |
| 8/6/2004 | POS | 226137 | 0.42 | Postage |
| 8/9/2004 | POS | 226137 | 4.38 | Postage |
| 8/11/2004 | WES | 226137 | 6.10 | On-line Services - WestLaw |
| 8/12/2004 | TEL | 226137 | 0.03 | Telephone Expense - Long distance charges |
| 8/12/2004 | TEL | 226137 | 0.05 | Telephone Expense - Long distance charges |
| 8/12/2004 | TEL | 226137 | 0.05 | Telephone Expense - Long distance charges |
| 8/13/2004 | POS | 226137 | 6.08 | Postage |
| 8/13/2004 | TEL | 226137 | 0.05 | Telephone Expense - Long distance charges |
| 8/16/2004 | POS | 226137 | 0.30 | Postage |
| 8/23/2004 | POS | 226137 | 2.65 | Postage |
| 8/23/2004 | TEL | 226137 | 0.12 | Telephone Expense - Long distance charges |
| 8/23/2004 | TEL | 226137 | 0.31 | Telephone Expense - Long distance charges |
| 8/23/2004 | TEL | 226137 | 0.03 | Telephone Expense - Long distance charges |
| 8/24/2004 | POS | 226137 | 4.03 | Postage |
| 8/25/2004 | POS | 226137 | 0.76 | Postage |
| 8/25/2004 | TEL | 226137 | 0.07 | Telephone Expense - Long distance charges |
| 8/26/2004 | TEL | 226137 | 0.38 | Telephone Expense - Long distance charges |
| 8/27/2004 | POS | 226137 | 0.53 | Postage |
| 8/27/2004 | POS | 226137 | 0.53 | Postage |
| 8/27/2004 | TEL | 226137 | 0.02 | Telephone Expense - Long distance charges |
| 8/27/2004 | TEL | 226137 | 0.04 | Telephone Expense - Long distance charges |
| 8/29/2004 | WES | 226137 | 10.08 | On-line Services - WestLaw |
| 8/30/2004 | FEDX | 226137 | 1.83 | FedEx Express Services, Airbill # 550017125949 |
| 8/30/2004 | TEL | 226137 | 0.04 | Telephone Expense - Long distance charges |
| 8/30/2004 | WES | 226137 | 4.65 | On-line Services - WestLaw |
| 8/30/2004 | WES | 226137 | 12.00 | On-line Services - WestLaw |
| 8/30/2004 | WES | 226137 | 7.85 | On-line Services - WestLaw |
| 9/1/2004 | TEL | 226137 | 0.04 | Telephone Expense - Long distance charges |
| 9/1/2004 | TEL | 226137 | 0.02 | Telephone Expense - Long distance charges |
| 9/1/2004 | WES | 226137 | 20.61 | On-line Services - WestLaw |
| 9/7/2004 | TEL | 226137 | 0.09 | Telephone Expense - Long distance charges |
| 9/7/2004 | TEL | 226137 | 0.03 | Telephone Expense - Long distance charges |
| 9/8/2004 | POS | 226137 | 1.30 | Postage |

| Date | Type | Ref | Amount | Description |
|---|---|---|---:|---|
| 9/8/2004 | POS | 226137 | 1.11 | Postage |
| 9/15/2004 | FAX | 226137 | 0.04 | Fax Expense - Long Distance Charges |
| 9/15/2004 | FAX | 226137 | 0.03 | Fax Expense - Long Distance Charges |
| 9/15/2004 | POS | 226137 | 1.30 | Postage |
| 9/16/2004 | POS | 226137 | 3.18 | Postage |
| 9/16/2004 | TEL | 226137 | 0.34 | Telephone Expense - Long distance charges |
| 9/20/2004 | TEL | 226137 | 0.16 | Telephone Expense - Long distance charges |
| 9/20/2004 | TEL | 226137 | 0.15 | Telephone Expense - Long distance charges |
| 9/20/2004 | TEL | 226137 | 0.07 | Telephone Expense - Long distance charges |
| 9/20/2004 | TEL | 226137 | 0.03 | Telephone Expense - Long distance charges |
| 9/21/2004 | POS | 226137 | 0.19 | Postage |
| 9/21/2004 | TEL | 226137 | 0.02 | Telephone Expense - Long distance charges |
| 9/21/2004 | TEL | 226137 | 0.35 | Telephone Expense - Long distance charges |
| 9/22/2004 | FAX | 226137 | 0.06 | Fax Expense - Long Distance Charges |
| 9/22/2004 | FAX | 226137 | 0.04 | Fax Expense - Long Distance Charges |
| 9/22/2004 | TEL | 226137 | 0.04 | Telephone Expense - Long distance charges |
| 9/24/2004 | WES | 226137 | 15.95 | On-line Services - WestLaw |
| 9/27/2004 | WES | 226137 | 66.19 | On-line Services - WestLaw |
| 9/27/2004 | WES | 226137 | 21.06 | On-line Services - WestLaw |
| 9/27/2004 | WES | 226137 | 15.48 | On-line Services - WestLaw |
| 9/27/2004 | WES | 226137 | 68.20 | On-line Services - WestLaw |
| 9/28/2004 | OFCE | 226137 | 1.83 | Petty Cash - FEDEX PACKAGING. |
| 9/28/2004 | WES | 226137 | 60.11 | On-line Services - WestLaw |
| 9/28/2004 | WES | 226137 | 49.78 | On-line Services - WestLaw |
| 9/28/2004 | WES | 226137 | 10.52 | On-line Services - WestLaw |
| 9/29/2004 | TEL | 226137 | 0.03 | Telephone Expense - Long distance charges |
| 9/29/2004 | TEL | 226137 | 0.04 | Telephone Expense - Long distance charges |
| 9/29/2004 | TEL | 226137 | 0.75 | Telephone Expense - Long distance charges |
| 9/30/2004 | POS | 226137 | 2.91 | Postage |
| 9/30/2004 | TEL | 226137 | 0.04 | Telephone Expense - Long distance charges |
| 10/1/2004 | TEL | 226137 | 0.50 | Telephone Expense - Long distance charges |
| 10/1/2004 | TEL | 226137 | 0.12 | Telephone Expense - Long distance charges |
| 10/1/2004 | WES | 226137 | 50.27 | On-line Services - WestLaw |
| 10/2/2004 | WES | 226137 | 23.27 | On-line Services - WestLaw |
| 10/3/2004 | WES | 226137 | 152.53 | On-line Services - WestLaw |
| 10/4/2004 | TEL | 226137 | 0.16 | Telephone Expense - Long distance charges |
| 10/5/2004 | POS | 226137 | 1.30 | Postage |
| 10/5/2004 | POS | 226137 | 1.64 | Postage |
| 10/5/2004 | WES | 226137 | 29.06 | On-line Services - WestLaw |
| 10/7/2004 | TEL | 226137 | 0.03 | Telephone Expense - Long distance charges |
| 10/8/2004 | POS | 226137 | 1.98 | Postage |
| 10/8/2004 | TEL | 226137 | 0.41 | Telephone Expense - Long distance charges |
| 10/8/2004 | TEL | 226137 | 0.07 | Telephone Expense - Long distance charges |
| 10/8/2004 | TEL | 226137 | 1.06 | Telephone Expense - Long distance charges |
| 10/8/2004 | TEL | 226137 | 0.03 | Telephone Expense - Long distance charges |
| 10/11/2004 | LIN | 226137 | 35.94 | Vendor LEX R. SMITH; Invoice # 09.28.04.LRS/JCK - Cost Advance: Lunch Meeting; 4579/1006 LRS/JCK |
| 10/11/2004 | WES | 226137 | 13.06 | On-line Services - WestLaw |
| 10/11/2004 | WES | 226137 | 8.16 | On-line Services - WestLaw |
| 10/13/2004 | WES | 226137 | 50.27 | On-line Services - WestLaw |
| 10/14/2004 | TEL | 226137 | 0.03 | Telephone Expense - Long distance charges |
| 10/14/2004 | WES | 226137 | 63.55 | On-line Services - WestLaw |
| 10/18/2004 | WES | 226137 | 48.85 | On-line Services - WestLaw |
| 10/20/2004 | WES | 226137 | 68.34 | On-line Services - WestLaw |
| 10/20/2004 | WES | 226137 | 16.40 | On-line Services - WestLaw |
| 10/21/2004 | WES | 226137 | 95.91 | On-line Services - WestLaw |
| 10/21/2004 | WES | 226137 | 52.44 | On-line Services - WestLaw |
| 10/22/2004 | WES | 226137 | 110.03 | On-line Services - WestLaw |
| 10/23/2004 | WES | 226137 | 25.53 | On-line Services - WestLaw |
| 10/25/2004 | WES | 226137 | 34.82 | On-line Services - WestLaw |

| Date | Type | Num | Amount | Description |
|---|---|---|---:|---|
| 10/26/2004 | WES | 228078 | 30.52 | On-line Services - WestLaw |
| 10/26/2004 | WES | 228078 | 9.61 | On-line Services - WestLaw |
| 10/27/2004 | TEL | 226137 | 0.02 | Telephone Expense - Long distance charges |
| 10/27/2004 | TEL | 226137 | 0.03 | Telephone Expense - Long distance charges |
| 10/28/2004 | POS | 226137 | 0.19 | Postage |
| 10/28/2004 | WES | 228078 | 57.35 | On-line Services - WestLaw |
| 10/29/2004 | POS | 226137 | 0.60 | Postage |
| 10/29/2004 | WES | 228078 | 105.28 | On-line Services - WestLaw |
| 11/5/2004 | POS | 228078 | 16.60 | Postage |
| 11/5/2004 | WES | 228078 | 13.12 | On-line Services - WestLaw |
| 11/5/2004 | WES | 228078 | 15.22 | On-line Services - WestLaw |
| 11/8/2004 | POS | 228078 | 0.19 | Postage |
| 11/9/2004 | POS | 228078 | 2.10 | Postage |
| 11/10/2004 | TEL | 228078 | 0.02 | Telephone Expense - Long distance charges |
| 11/12/2004 | POS | 228078 | 1.80 | Postage |
| 11/19/2004 | FAX | 228078 | 0.11 | Fax Expense - Long Distance Charges |
| 11/19/2004 | FAX | 228078 | 0.38 | Fax Expense - Long Distance Charges |
| 11/19/2004 | FAX | 228078 | 0.15 | Fax Expense - Long Distance Charges |
| 11/19/2004 | POS | 228078 | 5.81 | Postage |
| 11/19/2004 | TEL | 228078 | 0.02 | Telephone Expense - Long distance charges |
| 11/19/2004 | TEL | 228078 | 0.05 | Telephone Expense - Long distance charges |
| 11/19/2004 | TEL | 228078 | 0.04 | Telephone Expense - Long distance charges |
| 12/7/2004 | FAX | 228078 | 0.02 | Fax Expense - Long Distance Charges |
| 12/7/2004 | FAX | 228078 | 0.02 | Fax Expense - Long Distance Charges |
| 12/8/2004 | FAX | 228078 | 0.09 | Fax Expense - Long Distance Charges |
| 12/8/2004 | TEL | 228078 | 0.04 | Telephone Expense - Long distance charges |
| 12/20/2004 | FAX | 228078 | 0.65 | Fax Expense - Long Distance Charges |
| 12/20/2004 | FAX | 228078 | 0.13 | Fax Expense - Long Distance Charges |
| 12/20/2004 | POS | 228078 | 8.57 | Postage |
| 12/27/2004 | WES | 228078 | 62.06 | On-line Services - WestLaw |
| 1/5/2005 | FAX | 228078 | 0.05 | Fax Expense - Long Distance Charges |
| 1/5/2005 | POS | 228078 | 0.42 | Postage |
| 1/17/2005 | TEL | 228078 | 0.23 | Telephone Expense - Long distance charges |
| 1/26/2005 | POS | 228078 | 1.48 | Postage |
| 1/26/2005 | TEL | 228078 | 0.03 | Telephone Expense - Long distance charges |
| 1/26/2005 | LIN | 229056 | 127.50 | Vendor CLERK, U.S. DISTRICT COURT; Invoice # 01.26.05.AEL; Filing fee for Notice of Appeal; 4579/1000; AEL/SSC |
| 1/27/2005 | WES | 228078 | 15.03 | On-line Services - WestLaw |
| 1/31/2005 | WES | 228078 | 13.95 | On-line Services - WestLaw |
| 2/3/2005 | TEL | 228078 | 0.04 | Telephone Expense - Long distance charges |
| 2/4/2005 | POS | 228078 | 2.91 | Postage |
| 2/8/2005 | POS | 228078 | 2.40 | Postage |
| 2/14/2005 | TEL | 228078 | 0.38 | Telephone Expense - Long distance charges |
| 2/15/2005 | DHL | 228078 | 15.80 | DHL Worldwide Express, Airbill #  17283602346 |
| 2/15/2005 | POS | 228078 | 1.00 | Postage |
| 2/15/2005 | TEL | 228078 | 0.03 | Telephone Expense - Long distance charges |
| 2/15/2005 | TEL | 228078 | 0.11 | Telephone Expense - Long distance charges |
| 2/15/2005 | TEL | 228078 | 0.71 | Telephone Expense - Long distance charges |
| 2/15/2005 | TEL | 228078 | 0.52 | Telephone Expense - Long distance charges |
| 2/15/2005 | TEL | 228078 | 0.42 | Telephone Expense - Long distance charges |
| 2/15/2005 | TEL | 228078 | 0.32 | Telephone Expense - Long distance charges |
| 2/15/2005 | TEL | 228078 | 0.02 | Telephone Expense - Long distance charges |
| 2/15/2005 | TEL | 228078 | 0.55 | Telephone Expense - Long distance charges |
| 2/15/2005 | TEL | 228078 | 0.14 | Telephone Expense - Long distance charges |
| 2/17/2005 | LIN | 228078 | 354.81 | Vendor MATSUI CHUNG SUMIDA & TSUCHIYAMA; Invoice # 02.17.05 AEL; Cost Advance; Inv Dated 02/14/05 (Special Master's Fee); 1/6th of One-Half of $8515.30 Bill; AEL/SSC; 4579/1006. |
| 2/22/2005 | POS | 228078 | 0.19 | Postage |
| 2/22/2005 | POS | 228078 | 0.30 | Postage |
| 2/22/2005 | POS | 228078 | 0.19 | Postage |

| Date | Type | Num | Amount | Description |
|---|---|---|---|---|
| 2/22/2005 | TEL | 229056 | 0.19 | Telephone Expense - Long distance charges |
| 2/22/2005 | TEL | 229056 | 0.05 | Telephone Expense - Long distance charges |
| 2/23/2005 | POS | 229056 | 2.08 | Postage |
| 2/24/2005 | POS | 228078 | 0.60 | Postage |
| 2/24/2005 | POS | 228078 | 0.30 | Postage |
| 2/24/2005 | TEL | 228078 | 0.12 | Telephone Expense - Long distance charges |
| 2/25/2005 | POS | 228078 | 0.60 | Postage |
| 2/28/2005 | POS | 228078 | 1.11 | Postage |
| 2/28/2005 | POS | 228078 | 0.50 | Postage |
| 2/28/2005 | TEL | 229056 | 0.06 | Telephone Expense - Long distance charges |
| 2/28/2005 | TEL | 229056 | 0.07 | Telephone Expense - Long distance charges |
| 3/1/2005 | POS | 229056 | 0.37 | Postage |
| 3/2/2005 | TEL | 229056 | 0.17 | Telephone Expense - Long distance charges |
| 3/2/2005 | TEL | 229056 | 0.61 | Telephone Expense - Long distance charges |
| 3/2/2005 | WES | 229056 | 134.97 | On-line Services - WestLaw |
| 3/3/2005 | TEL | 229056 | 0.02 | Telephone Expense - Long distance charges |
| 3/3/2005 | TEL | 229056 | 0.02 | Telephone Expense - Long distance charges |
| 3/3/2005 | TEL | 229056 | 0.10 | Telephone Expense - Long distance charges |
| 3/3/2005 | TEL | 229056 | 0.33 | Telephone Expense - Long distance charges |
| 3/3/2005 | TEL | 229056 | 0.03 | Telephone Expense - Long distance charges |
| 3/3/2005 | TEL | 229056 | 0.02 | Telephone Expense - Long distance charges |
| 3/3/2005 | TEL | 229056 | 0.03 | Telephone Expense - Long distance charges |
| 3/6/2005 | WES | 229056 | 14.05 | On-line Services - WestLaw |
| 3/7/2005 | FAX | 229056 | 0.04 | Fax Expense - Long Distance Charges |
| 3/7/2005 | FAX | 229056 | 0.04 | Fax Expense - Long Distance Charges |
| 3/7/2005 | FAX | 229056 | 0.04 | Fax Expense - Long Distance Charges |
| 3/7/2005 | FAX | 229056 | 0.03 | Fax Expense - Long Distance Charges |
| 3/7/2005 | FAX | 229056 | 0.04 | Fax Expense - Long Distance Charges |
| 3/7/2005 | FAX | 229056 | 0.03 | Fax Expense - Long Distance Charges |
| 3/7/2005 | FAX | 229056 | 0.04 | Fax Expense - Long Distance Charges |
| 3/7/2005 | TEL | 229056 | 0.07 | Telephone Expense - Long distance charges |
| 3/9/2005 | FAX | 229056 | 0.04 | Fax Expense - Long Distance Charges |
| 3/9/2005 | FAX | 229056 | 0.08 | Fax Expense - Long Distance Charges |
| 3/10/2005 | FAX | 229056 | 0.03 | Fax Expense - Long Distance Charges |
| 3/10/2005 | FAX | 229056 | 0.06 | Fax Expense - Long Distance Charges |
| 3/10/2005 | FAX | 229056 | 0.03 | Fax Expense - Long Distance Charges |
| 3/10/2005 | FAX | 229056 | 0.05 | Fax Expense - Long Distance Charges |
| 3/10/2005 | FAX | 229056 | 0.03 | Fax Expense - Long Distance Charges |
| 3/10/2005 | FAX | 229056 | 0.05 | Fax Expense - Long Distance Charges |
| 3/11/2005 | FAX | 229056 | 0.05 | Fax Expense - Long Distance Charges |
| 3/11/2005 | FAX | 229056 | 0.04 | Fax Expense - Long Distance Charges |
| 3/11/2005 | FAX | 229056 | 0.05 | Fax Expense - Long Distance Charges |
| 3/11/2005 | FAX | 229056 | 0.07 | Fax Expense - Long Distance Charges |
| 3/11/2005 | FAX | 229056 | 0.07 | Fax Expense - Long Distance Charges |
| 3/11/2005 | FAX | 229056 | 0.03 | Fax Expense - Long Distance Charges |
| 3/11/2005 | FAX | 229056 | 0.04 | Fax Expense - Long Distance Charges |
| 3/11/2005 | FAX | 229056 | 0.05 | Fax Expense - Long Distance Charges |
| 3/14/2005 | TEL | 229056 | 0.61 | Telephone Expense - Long distance charges |
| 3/15/2005 | TEL | 229056 | 0.32 | Telephone Expense - Long distance charges |
| 3/16/2005 | WES | 229056 | 14.43 | On-line Services - WestLaw |
| 3/17/2005 | WES | 229056 | 12.54 | On-line Services - WestLaw |
| 3/18/2005 | POS | 229056 | 3.80 | Postage |
| 3/18/2005 | WES | 229056 | 83.89 | On-line Services - WestLaw |
| 3/18/2005 | DHL | 231449 | 15.86 | DHL Worldwide Express, Airbill #  17283596341 |
| 3/21/2005 | WES | 229056 | 3.48 | On-line Services - WestLaw |
| 3/22/2005 | TEL | 229056 | 0.07 | Telephone Expense - Long distance charges |
| 3/22/2005 | WES | 229056 | 95.42 | On-line Services - WestLaw |
| 3/24/2005 | FAX | 229056 | 0.05 | Fax Expense - Long Distance Charges |
| 3/24/2005 | FAX | 229056 | 0.07 | Fax Expense - Long Distance Charges |
| 3/24/2005 | FAX | 229056 | 0.09 | Fax Expense - Long Distance Charges |

| Date | Type | Ref | Amount | Description |
|---|---|---|---:|---|
| 3/28/2005 | OFCE | 229056 | 0.50 | Petty Cash - Copy of 2 Pages from Order. |
| 3/28/2005 | TEL | 231449 | 0.04 | Telephone Expense - Long distance charges |
| 3/28/2005 | WES | 231449 | 15.95 | On-line Services - WestLaw |
| 3/29/2005 | TEL | 231449 | 1.58 | Telephone Expense - Long distance charges |
| 3/29/2005 | TEL | 231449 | 0.12 | Telephone Expense - Long distance charges |
| 3/31/2005 | WES | 231449 | 45.82 | On-line Services - WestLaw |
| 4/1/2005 | POS | 231449 | 14.73 | Postage |
| 4/1/2005 | TEL | 231449 | 0.09 | Telephone Expense - Long distance charges |
| 4/1/2005 | TEL | 231449 | 0.06 | Telephone Expense - Long distance charges |
| 4/1/2005 | WES | 231449 | 22.71 | On-line Services - WestLaw |
| 4/4/2005 | TEL | 231449 | 0.47 | Telephone Expense - Long distance charges |
| 4/6/2005 | WES | 231449 | 24.22 | On-line Services - WestLaw |
| 4/7/2005 | TEL | 231449 | 0.05 | Telephone Expense - Long distance charges |
| 4/8/2005 | TEL | 231449 | 0.04 | Telephone Expense - Long distance charges |
| 4/11/2005 | WES | 231449 | 130.32 | On-line Services - WestLaw |
| 4/12/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 4/12/2005 | TEL | 231449 | 0.11 | Telephone Expense - Long distance charges |
| 4/12/2005 | TEL | 231449 | 0.17 | Telephone Expense - Long distance charges |
| 4/12/2005 | WES | 231449 | 4.79 | On-line Services - WestLaw |
| 4/13/2005 | TEL | 231449 | 0.42 | Telephone Expense - Long distance charges |
| 4/14/2005 | POS | 231449 | 5.75 | Postage |
| 4/14/2005 | TEL | 231449 | 0.03 | Telephone Expense - Long distance charges |
| 4/15/2005 | FAX | 231449 | 0.06 | Fax Expense - Long Distance Charges |
| 4/15/2005 | FAX | 231449 | 0.04 | Fax Expense - Long Distance Charges |
| 4/15/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 4/15/2005 | TEL | 231449 | 0.14 | Telephone Expense - Long distance charges |
| 4/15/2005 | TEL | 231449 | 0.04 | Telephone Expense - Long distance charges |
| 4/18/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 4/18/2005 | TEL | 231449 | 0.05 | Telephone Expense - Long distance charges |
| 4/18/2005 | WES | 231449 | 80.84 | On-line Services - WestLaw |
| 4/18/2005 | WES | 231449 | 20.39 | On-line Services - WestLaw |
| 4/19/2005 | FAX | 231449 | 0.04 | Fax Expense - Long Distance Charges |
| 4/19/2005 | FAX | 231449 | 0.08 | Fax Expense - Long Distance Charges |
| 4/19/2005 | TEL | 231449 | 0.04 | Telephone Expense - Long distance charges |
| 4/19/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 4/19/2005 | WES | 231449 | 45.66 | On-line Services - WestLaw |
| 4/20/2005 | FAX | 231449 | 0.13 | Fax Expense - Long Distance Charges |
| 4/20/2005 | FAX | 231449 | 0.26 | Fax Expense - Long Distance Charges |
| 4/20/2005 | FAX | 231449 | 0.09 | Fax Expense - Long Distance Charges |
| 4/20/2005 | FAX | 231449 | 0.14 | Fax Expense - Long Distance Charges |
| 4/20/2005 | POS | 231449 | 1.50 | Postage |
| 4/20/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 4/20/2005 | TEL | 231449 | 0.03 | Telephone Expense - Long distance charges |
| 4/20/2005 | TEL | 231449 | 0.04 | Telephone Expense - Long distance charges |
| 4/20/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 4/20/2005 | TEL | 231449 | 0.03 | Telephone Expense - Long distance charges |
| 4/20/2005 | TEL | 231449 | 0.37 | Telephone Expense - Long distance charges |
| 4/20/2005 | TEL | 231449 | 0.09 | Telephone Expense - Long distance charges |
| 4/20/2005 | TEL | 231449 | 0.03 | Telephone Expense - Long distance charges |
| 4/20/2005 | WES | 231449 | 41.38 | On-line Services - WestLaw |
| 4/21/2005 | FAX | 231449 | 0.06 | Fax Expense - Long Distance Charges |
| 4/21/2005 | FAX | 231449 | 0.10 | Fax Expense - Long Distance Charges |
| 4/21/2005 | POS | 231449 | 5.40 | Postage |
| 4/21/2005 | TEL | 231449 | 0.06 | Telephone Expense - Long distance charges |
| 4/21/2005 | TEL | 231449 | 0.45 | Telephone Expense - Long distance charges |
| 4/21/2005 | TEL | 231449 | 0.04 | Telephone Expense - Long distance charges |
| 4/21/2005 | WES | 231449 | 47.53 | On-line Services - WestLaw |
| 4/22/2005 | FEDX | 231449 | 10.45 | FedEx Express Services, Airbill # 848239216625 |
| 4/22/2005 | TEL | 231449 | 0.04 | Telephone Expense - Long distance charges |
| 4/22/2005 | TEL | 231449 | 0.47 | Telephone Expense - Long distance charges |

| Date | Type | Number | Amount | Description |
|---|---|---|---:|---|
| 4/22/2005 | TEL | 231449 | 0.03 | Telephone Expense - Long distance charges |
| 4/22/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 4/22/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 4/22/2005 | WES | 231449 | 13.46 | On-line Services - WestLaw |
| 4/22/2005 | WES | 231449 | 30.43 | On-line Services - WestLaw |
| 4/24/2005 | TEL | 231449 | 0.25 | Telephone Expense - Long distance charges |
| 4/25/2005 | FAX | 231449 | 0.06 | Fax Expense - Long Distance Charges |
| 4/25/2005 | FAX | 231449 | 0.09 | Fax Expense - Long Distance Charges |
| 4/25/2005 | TEL | 231449 | 0.33 | Telephone Expense - Long distance charges |
| 4/25/2005 | TEL | 231449 | 0.06 | Telephone Expense - Long distance charges |
| 4/25/2005 | TEL | 231449 | 0.77 | Telephone Expense - Long distance charges |
| 4/25/2005 | TEL | 231449 | 0.03 | Telephone Expense - Long distance charges |
| 4/25/2005 | TEL | 231449 | 0.06 | Telephone Expense - Long distance charges |
| 4/25/2005 | TEL | 231449 | 0.05 | Telephone Expense - Long distance charges |
| 4/25/2005 | TEL | 231449 | 0.03 | Telephone Expense - Long distance charges |
| 4/25/2005 | WES | 231449 | 15.59 | On-line Services - WestLaw |
| 4/26/2005 | TEL | 231449 | 0.03 | Telephone Expense - Long distance charges |
| 4/26/2005 | TEL | 231449 | 0.05 | Telephone Expense - Long distance charges |
| 4/26/2005 | TEL | 231449 | 0.03 | Telephone Expense - Long distance charges |
| 4/26/2005 | TEL | 231449 | 0.03 | Telephone Expense - Long distance charges |
| 4/26/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 4/26/2005 | TEL | 231449 | 0.88 | Telephone Expense - Long distance charges |
| 4/26/2005 | WES | 231449 | 38.57 | On-line Services - WestLaw |
| 4/27/2005 | POS | 231449 | 11.68 | Postage |
| 4/27/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 4/27/2005 | TEL | 231449 | 0.06 | Telephone Expense - Long distance charges |
| 4/27/2005 | TEL | 231449 | 0.03 | Telephone Expense - Long distance charges |
| 4/27/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 4/27/2005 | TEL | 231449 | 0.07 | Telephone Expense - Long distance charges |
| 4/27/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 4/27/2005 | TEL | 231449 | 0.03 | Telephone Expense - Long distance charges |
| 4/27/2005 | WES | 231449 | 187.23 | On-line Services - WestLaw |
| 4/28/2005 | POS | 231449 | 7.70 | Postage |
| 4/28/2005 | POS | 231449 | 1.50 | Postage |
| 4/28/2005 | POS | 231449 | 0.90 | Postage |
| 4/28/2005 | POS | 231449 | 2.49 | Postage |
| 4/28/2005 | TEL | 231449 | 0.17 | Telephone Expense - Long distance charges |
| 4/28/2005 | TEL | 231449 | 0.03 | Telephone Expense - Long distance charges |
| 4/28/2005 | TEL | 231449 | 0.03 | Telephone Expense - Long distance charges |
| 4/28/2005 | TEL | 231449 | 0.03 | Telephone Expense - Long distance charges |
| 4/28/2005 | TEL | 231449 | 0.03 | Telephone Expense - Long distance charges |
| 4/28/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 4/28/2005 | TEL | 231449 | 0.11 | Telephone Expense - Long distance charges |
| 5/2/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 5/2/2005 | TEL | 231449 | 0.45 | Telephone Expense - Long distance charges |
| 5/5/2005 | POS | 231449 | 1.75 | Postage |
| 5/5/2005 | POS | 231449 | 2.10 | Postage |
| 5/5/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 5/5/2005 | TEL | 231449 | 0.04 | Telephone Expense - Long distance charges |
| 5/5/2005 | TEL | 231449 | 0.06 | Telephone Expense - Long distance charges |
| 5/6/2005 | POS | 231449 | 1.59 | Postage |
| 5/9/2005 | POS | 231449 | 3.32 | Postage |
| 5/9/2005 | TEL | 231449 | 0.06 | Telephone Expense - Long distance charges |
| 5/10/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 5/10/2005 | TEL | 231449 | 0.46 | Telephone Expense - Long distance charges |
| 5/10/2005 | TEL | 231449 | 0.03 | Telephone Expense - Long distance charges |
| 5/11/2005 | FAX | 231449 | 0.07 | Fax Expense - Long Distance Charges |
| 5/11/2005 | FAX | 231449 | 0.03 | Fax Expense - Long Distance Charges |
| 5/12/2005 | TEL | 231449 | 0.10 | Telephone Expense - Long distance charges |
| 5/12/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |

| Date | Code | Ref | Amount | Description |
|---|---|---|---:|---|
| 5/12/2005 | TEL | 231449 | 0.04 | Telephone Expense - Long distance charges |
| 5/13/2005 | FEDX | 231449 | 10.69 | FedEx Express Services, Airbill # 848239216430 |
| 5/14/2005 | TEL | 231449 | 0.22 | Telephone Expense - Long distance charges |
| 5/15/2005 | TEL | 231449 | 0.03 | Telephone Expense - Long distance charges |
| 5/15/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 5/15/2005 | XER | 231449 | 416.25 | Photocopies |
| 5/16/2005 | TEL | 231449 | 0.07 | Telephone Expense - Long distance charges |
| 5/17/2005 | TEL | 231449 | 0.05 | Telephone Expense - Long distance charges |
| 5/17/2005 | WES | 231449 | 8.17 | On-line Services - WestLaw |
| 5/17/2005 | WES | 231449 | 9.44 | On-line Services - WestLaw |
| 5/18/2005 | FAX | 231449 | 0.03 | Fax Expense - Long Distance Charges |
| 5/18/2005 | FEDX | 231449 | 17.18 | FedEx Express Services, Airbill # 811587425591 |
| 5/18/2005 | POS | 231449 | 0.19 | Postage |
| 5/18/2005 | TEL | 231449 | 0.06 | Telephone Expense - Long distance charges |
| 5/18/2005 | TEL | 231449 | 0.09 | Telephone Expense - Long distance charges |
| 5/18/2005 | TEL | 231449 | 0.08 | Telephone Expense - Long distance charges |
| 5/18/2005 | WES | 231449 | 8.38 | On-line Services - WestLaw |
| 5/19/2005 | FEDX | 231449 | 17.18 | FedEx Express Services, Airbill # 811587425639 |
| 5/19/2005 | POS | 231449 | 1.75 | Postage |
| 5/19/2005 | WES | 231449 | 81.04 | On-line Services - WestLaw |
| 5/20/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 5/20/2005 | TEL | 231449 | 0.06 | Telephone Expense - Long distance charges |
| 5/23/2005 | TEL | 231449 | 0.19 | Telephone Expense - Long distance charges |
| 5/23/2005 | WES | 231449 | 75.86 | On-line Services - WestLaw |
| 5/24/2005 | LIN | 231449 | 68.64 | Vendor ANNE E. LOPEZ; Invoice # 05.24.05.AEL/BLS - Cost Advance:  Working lunch during depositions on 05/18/05 $66.67 and 05/19/05 $70.62; AEL/BLS |
| 5/24/2005 | POS | 231449 | 0.90 | Postage |
| 5/25/2005 | POS | 231449 | 2.40 | Postage |
| 5/25/2005 | TEL | 231449 | 0.03 | Telephone Expense - Long distance charges |
| 5/25/2005 | TEL | 231449 | 0.17 | Telephone Expense - Long distance charges |
| 5/25/2005 | WES | 231449 | 58.83 | On-line Services - WestLaw |
| 5/26/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 5/26/2005 | TEL | 231449 | 0.16 | Telephone Expense - Long distance charges |
| 5/26/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 5/26/2005 | WES | 231449 | 48.67 | On-line Services - WestLaw |
| 5/26/2005 | WES | 231449 | 13.15 | On-line Services - WestLaw |
| 5/27/2005 | WES | 231449 | 32.61 | On-line Services - WestLaw |
| 5/31/2005 | WES | 231449 | 0.81 | On-line Services - WestLaw |
| 6/1/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 6/1/2005 | TEL | 231449 | 0.06 | Telephone Expense - Long distance charges |
| 6/1/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 6/1/2005 | WES | 231449 | 11.68 | On-line Services - WestLaw |
| 6/2/2005 | WES | 231449 | 44.89 | On-line Services - WestLaw |
| 6/2/2005 | WES | 231449 | 29.82 | On-line Services - WestLaw |
| 6/3/2005 | DHL | 231449 | 49.22 | DHL Worldwide Express, Airbill #  17283596746 |
| 6/3/2005 | DHL | 231449 | 36.19 | DHL Worldwide Express, Airbill #  17283596643 |
| 6/3/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 6/3/2005 | TEL | 231449 | 0.07 | Telephone Expense - Long distance charges |
| 6/8/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 6/9/2005 | POS | 231449 | 5.32 | Postage |
| 6/10/2005 | WES | 231449 | 48.18 | On-line Services - WestLaw |
| 6/11/2005 | WES | 231449 | 34.57 | On-line Services - WestLaw |
| 6/12/2005 | WES | 231449 | 46.79 | On-line Services - WestLaw |
| 6/13/2005 | TEL | 231449 | 0.05 | Telephone Expense - Long distance charges |
| 6/13/2005 | WES | 231449 | 64.24 | On-line Services - WestLaw |
| 6/14/2005 | WES | 231449 | 49.88 | On-line Services - WestLaw |
| 6/14/2005 | WES | 231449 | 9.65 | On-line Services - WestLaw |
| 6/15/2005 | TEL | 231449 | 0.11 | Telephone Expense - Long distance charges |
| 6/15/2005 | TEL | 231449 | 0.14 | Telephone Expense - Long distance charges |

| Date | Type | Num | Amount | Description |
|---|---|---|---|---|
| 6/15/2005 | TEL | 231449 | 0.04 | Telephone Expense - Long distance charges |
| 6/15/2005 | WES | 231449 | 19.09 | On-line Services - WestLaw |
| 6/16/2005 | TEL | 231449 | 0.03 | Telephone Expense - Long distance charges |
| 6/16/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 6/17/2005 | MIS | 231449 | 120.00 | First Hawaiian Center; After Hours Air Conditioning 8hr ($30.00/hour) = $240.00; DTD 06/17/2005 |
| 6/17/2005 | POS | 231449 | 0.37 | Postage |
| 6/17/2005 | TEL | 231449 | 0.06 | Telephone Expense - Long distance charges |
| 6/17/2005 | WES | 231449 | 7.80 | On-line Services - WestLaw |
| 6/17/2005 | WES | 231449 | 13.00 | On-line Services - WestLaw |
| 6/18/2005 | WES | 231449 | 7.31 | On-line Services - WestLaw |
| 6/19/2005 | TEL | 231449 | 0.03 | Telephone Expense - Long distance charges |
| 6/19/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 6/19/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 6/19/2005 | WES | 231449 | 51.26 | On-line Services - WestLaw |
| 6/19/2005 | WES | 231449 | 15.04 | On-line Services - WestLaw |
| 6/20/2005 | POS | 231449 | 0.30 | Postage |
| 6/20/2005 | POS | 231449 | 0.30 | Postage |
| 6/20/2005 | POS | 231449 | 0.30 | Postage |
| 6/20/2005 | POS | 231449 | 0.30 | Postage |
| 6/20/2005 | POS | 231449 | 0.30 | Postage |
| 6/20/2005 | POS | 231449 | 0.30 | Postage |
| 6/20/2005 | POS | 231449 | 0.30 | Postage |
| 6/20/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 6/20/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 6/20/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 6/20/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 6/21/2005 | OFCE | 231449 | 6.25 | Petty Cash - Shipping supplies |
| 6/21/2005 | TEL | 231449 | 0.05 | Telephone Expense - Long distance charges |
| 6/21/2005 | WES | 231449 | 27.59 | On-line Services - WestLaw |
| 6/27/2005 | TEL | 231449 | 0.02 | Telephone Expense - Long distance charges |
| 6/27/2005 | WES | 231449 | 22.93 | On-line Services - WestLaw |
| 6/28/2005 | TEL | 231449 | 0.03 | Telephone Expense - Long distance charges |
| 6/28/2005 | TEL | 231449 | 0.08 | Telephone Expense - Long distance charges |
| 6/28/2005 | TEL | 231449 | 1.35 | Telephone Expense - Long distance charges |
| 6/29/2005 | WES | 231449 | 11.97 | On-line Services - WestLaw |
| 6/30/2005 | POS | 231449 | 0.83 | Postage |
| 6/30/2005 | TEL | 231449 | 0.08 | Telephone Expense - Long distance charges |
| 6/30/2005 | WES | 231449 | 7.73 | On-line Services - WestLaw |

6,951.66