# EXHIBIT "A"

| | | | | | |
|---|---|---|---|---|---|
| 1006 | 9/10/2003 | OFCE | 218506 | 1.75 | Petty Cash; COPIES OF DOCUMENT |
| 1006 | 1/21/2004 | MIS | 228078 | 5034.1 | Dwyer, Schraff, Meyer and Joss; Attorney Services Rendered from 04/02/04 - 05/27/04; INV #88217. |
| 1006 | 1/21/2004 | MIS | 231449 | -4195.085 | CREDIT - Dwyer, Schraff, Meyer and Joss; Attorney services rendered from 04/02/04-05/27/04; Amount of invoice owing is $ 10,068.20 which should be divided by 6 = $1678.03.  Therefore will credit overcharged of $ 8,390.17 (See KSG invoice #228078.  JCK |
| 1006 | 1/29/2004 | OFCE | 224480 | 0.25 | Petty Cash; Copy of filed page @ USDC. |
| 1006 | 7/9/2004 | LIN | 224490 | 19.5 | Vendor UNITED STATES BANKRUPTCY COURT; Invoice # 07.09.04 LRS; Cost Advance; Filing Fee for MTN to Quash; DTD 07/09/2004; LRS/JCK; 4579/1006. |
| 1006 | 7/9/2004 | PACE | 224490 | 15.085 | Pacer Expense |
| 1006 | 7/20/2004 | LIN | 224490 | 135.205 | Vendor DEBRA CHUN - Cost advance: 1/17/03 Hearing Transcript re: Berry/Fleming matter; 4579/1006; LRS/SSC |
| 1006 | 7/30/2004 | MIS | 226137 | 52.085 | Ralph Rosenberg; Scheduled Deposition of Y Hata & Co., LTD. Taken on 07/16/2004 in Honolulu, HI; INV #47498. |
| 1006 | 8/24/2004 | OFCE | 226137 | 1 | Petty Cash - Copy of Doc @ USDC. |
| 1006 | 8/27/2004 | OFCE | 226137 | 0.25 | Petty Cash - Copy of 1st Sheet @ USDC. |
| 1006 | 9/21/2004 | OFCE | 226137 | 9.175 | Petty Cash - RIEMBURSEMENT FOR MAIL SENT OUT ON 09/07/2004 FOR THIS CASE. |
| 1006 | 9/24/2004 | OFCE | 226137 | 7.5 | Petty Cash - TO GET COPIES OF EXHIBITS. |
| 1006 | 1/5/2005 | MIS | 228078 | 465.49 | NewTech Imaging; 4295 Scanning - Single Sided - Black and White - Per Image, 242 Scanning - Per File (Including Custom Naming), 1 CD Creation and Burn; INV #4018 |
| 1006 | 2/4/2005 | LIN | 228078 | 2.5 | Vendor Y. HATA & CO., LTD.; Invoice # 02.04.05 AEL; Cost Advance; Witness Fee; AEL/SSC; 4579/1006. |
| 1006 | 2/4/2005 | LIN | 228078 | 7.5 | Vendor MARK PEACOCK; Invoice # 02.04.05 AEL; Cost Advance; Sheriff's Fee; AEL/SSC; 4579/1006. |
| 1006 | 2/14/2005 | LIN | 228078 | 2 | Vendor MARK PEACOCK; Invoice # 02.11.05 AEL; Cost Advance; Sheriff's Mileage Fee; AEL/SSC; 4579/1006. |
| 1006 | 4/21/2005 | XER | 231449 | 12.375 | Photocopies |
| 1006 | 4/27/2005 | XER | 231449 | 76.725 | Photocopies |
| 1006 | 4/28/2005 | XER | 231449 | 6.075 | Photocopies |
| 1006 | 4/28/2005 | XER | 231449 | 4.725 | Photocopies |
| 1006 | 4/28/2005 | XER | 231449 | 10.125 | Photocopies |
| 1006 | 5/3/2005 | XER | 231449 | 3.375 | Photocopies |

| 1006 | 5/3/2005 | XER | 231449 | 7.425 | Photocopies |
|------|----------|-----|--------|-------|-------------|
| 1006 | 5/3/2005 | XER | 231449 | 2.7 | Photocopies |
| 1006 | 5/4/2005 | LIN | 231449 | 2 | Vendor THOMAS UENO; Invoice # 05.04.05.AEL; Cost advance: Witness fee; 4579/1006; AEL/JCK |
| 1006 | 5/4/2005 | LIN | 231449 | 2 | Vendor PHILIP JOHNSON; Invoice # 05.04.05.AEL; Cost adance: Witness fee; 4579/1006; AEL/JCK |
| 1006 | 5/4/2005 | XER | 231449 | 24.3 | Photocopies |
| 1006 | 5/4/2005 | XER | 231449 | 7.425 | Photocopies |
| 1006 | 5/4/2005 | XER | 231449 | 14.175 | Photocopies |
| 1006 | 5/4/2005 | XER | 231449 | 2.025 | Photocopies |
| 1006 | 5/4/2005 | XER | 231449 | 24.975 | Photocopies |
| 1006 | 5/5/2005 | MIS | 231449 | 5 | Lowen Young; Service Attempts on Timothy Hogan, Esq. on 05/04/05 * 05/05/05; INV #101. |
| 1006 | 5/6/2005 | LIN | 231449 | 4 | Vendor Y. HATA & CO., LTD.; Invoice # 05.06.05 LRS; Cost Advance; Witness & Mileage Fee; LRS/AEL/JCK; 4579/1006 |
| 1006 | 5/6/2005 | LIN | 231449 | 4 | Vendor PHILLIP M. JOHNSON; Invoice # 05.06.05 LRS; Cost Advance; Witness & Mileage Fee; LRS/AEL; 4579/1006. |
| 1006 | 5/9/2005 | LIN | 231449 | -2 | Vendor PHILIP JOHNSON; Invoice # 05.04.05.AEL; Cost adance: Witness fee; 4579/1006; AEL/JCK |
| 1006 | 5/9/2005 | LIN | 231449 | -2 | Vendor THOMAS UENO; Invoice # 05.04.05.AEL; Cost advance: Witness fee; 4579/1006; AEL/JCK |
| 1006 | 5/9/2005 | MIS | 231449 | 13.5 | Lowen Young; Berry vs. Hawaiian Express Service; Served @ 844 Queen St. on 05/09/05; INV #102. |
| 1006 | 5/13/2005 | MIS | 231449 | 150.355 | Professional Image; Invoice # A-141209; Professional copy |
| 1006 | 5/17/2005 | MIS | 231449 | 17.5 | Eleanor's Legal Support.com; Invoice # 2005005756; Case # CV03-00385 SOM LEK; To be served on Ron Griffin on May 3, 2005 |
| 1006 | 5/17/2005 | MIS | 231449 | 17.5 | Eleanor's Legal Support.com; Invoice # 2005005727; Case # CV03-00385 SOM LEK; To be served on Evelyn Ann Leos on April 26, 2005 |
| 1006 | 5/17/2005 | MIS | 231449 | 17.5 | Eleanor's Legal Support.com; Invoice # 2005005726; Case # CV03-00385 SOM LEK; To be served to Ron Griffin on April 26, 2005 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Eleanor's Legal Support.com; Invoice # 2005005757; Case # CV03-00385 SOM LEK; To be served on Evelyn Ann Leos on |
| 1006 | 5/17/2005 | MIS | 231449 | 17.5 | May 3, 2005 |
| 1006 | 5/18/2005 | XER | 231449 | 67.5 | Photocopies |
| | | | | | Eleanor's Legal Support.com; Invoice # 2005005758; Case # CV03-00385 SOM LEK; To be served on James Kleban on |
| 1006 | 5/19/2005 | MIS | 231449 | 17.5 | May 3, 2005 |
| 1006 | 5/19/2005 | XER | 231449 | 60 | Photocopies |
| 1006 | 5/19/2005 | XER | 231449 | 16.65 | Photocopies |
| 1006 | 5/19/2005 | XER | 231449 | 115.575 | Photocopies |
| 1006 | 5/25/2005 | PACE | 233631 | 0.28 | Pacer Expense |
| 1006 | 5/25/2005 | PACE | 233631 | 1.24 | Pacer Expense |
| | | | | | Vendor DEBRA CHUN; Invoice # 05.26.05.LRS/BLS - Cost Advance:  Transciprt (03/05/03 court proceedings); 4579/1006 |
| 1006 | 5/26/2005 | LIN | 231449 | 59.585 | LRS/BLS |
| 1006 | 5/26/2005 | PACE | 233631 | 1.24 | Pacer Expense |
| | | | | | Accucopy, Inc.; 7428 (Regular Copying, 2-Hole Punch); INV |
| 1006 | 6/2/2005 | MIS | 231449 | 541.62 | #400785. |
| 1006 | 6/3/2005 | XER | 231449 | 60 | Photocopies |
| 1006 | 6/9/2005 | PACE | 233631 | 15.04 | Pacer Expense |
| | | | | | Vendor THOMAS UENO; Invoice # 06.30.05.AEL/BLS - Cost |
| 1006 | 6/30/2005 | LIN | 231449 | 22 | Advance:  Witness/Mileage fee; 4579/1006 AEL/BLS |
| | | | | | Lowen Young; Invoice # 105; Witness:  Thomas Ueno; Mileage |
| 1006 | 6/30/2005 | MIS | 231449 | 18 | fee |
| | | | | | Lowen Young; Berry vs Hawn Express Services/ Civil #CV03- |
| 1006 | 7/11/2005 | MIS | 231449 | 27 | 00385; Thomas Ueno; INV #107. |
| | | | | | Vendor PHILIP JOHNSON; Invoice # 07.13.05.LRS/BLS - Cost Advance:  Witness/mileage fee (written deposition); 4579/1006 |
| 1006 | 7/13/2005 | LIN | 231449 | 44 | AEL/BLS |
| | | | | | Lowen Young; Berry vs. Hawaiian Express Services/ Civil |
| 1006 | 7/13/2005 | MIS | 231449 | 21 | #CV03-00385 CoR Philip Johnson, PhD; INV #108. |
| | | | | | Vendor PHILIP JOHNSON; Invoice # 07.13.05.LRS/BLS - Cost Advance:  Witness/mileage fee (written deposition); 4579/1006 |
| 1006 | 7/19/2005 | LIN | 231449 | -44 | AEL/BLS |
| | | | | | United States District Court for the Hawaii; Transcript of |
| 1006 | 7/20/2005 | MIS | 231449 | 61.38 | Proceedings Held 06/20/2005; INV #20050113 |
| 1006 | 7/21/2005 | XER | 231449 | 52.5 | Photocopies |

| 1006 | 7/22/2005 MIS | 231449 | 1,692.70 | Thomas T. Ueno, CPA; Invoice dtd 07/22/05; Professional services rendered |
|---|---|---|---|---|
| 1006 | 7/22/2005 XER | 231449 | 79.5 | Photocopies |
| 1006 | 7/24/2005 MIS | 231449 | 129.84 | Carnazzo Court Reporting Company; Invoice # 517775; Deposition for Thomas T. Ueno, CPA taken on 07/18/05 |
| 1006 | 8/2/2005 OFCE | 233631 | 5 | Petty Cash - CD Duplication |
| 1006 | 9/14/2005 PACE | 233631 | 2.64 | Pacer Expense |
| 1006 | 10/7/2005 PACE | 235255 | 1.44 | Pacer Expense |
| 1006 | 10/26/2005 PACE | 235255 | 1.28 | Pacer Expense |
| 1006 | 10/31/2005 PACE | 235255 | 2.48 | Pacer Expense |
| 1006 | 11/16/2005 LIN | 233631 | 40.64 | Vendor CYNTHIA FAZIO; Invoice # 11.16.05.LRS/BLS - Cost Advance: Transcript Fee (M/Partial SJ - 10/11/05); 4579/1006 LRS/BLS |
| 1006 | 12/5/2005 PACE | 235255 | 2.56 | Pacer Expense |
| 1006 | 12/24/2005 XER | 235255 | 900 | Photocopies |
| 1006 | 12/26/2005 PACE | 235255 | 2 | Pacer Expense |
| 1006 | 12/28/2005 MIS | 235255 | 263.25 | Accucopy, Inc.; Invoice # 400845; Professional Copies |
| 1006 | 1/2/2006 XER | 235255 | 450 | Photocopies |
| 1006 | 1/3/2006 XER | 235255 | 300 | Photocopies |
| 1006 | 1/3/2006 XER | 235255 | 450 | Photocopies |
| 1006 | 1/13/2006 LIN | 235255 | 30 | Vendor LOWEN YOUNG; Invoice # 01.13.06.LRS/BLS - Cost Advance: Service fee (witness subpoena); 4579/1006 LRS/BLS |
| 1006 | 1/13/2006 LIN | 235255 | 8 | Vendor PHILIP JOHNSON; Invoice # 01.13.06.THY/BLS - Cost Advance: Witness fee; 4579/1006 THY/BLS |
| 1006 | 1/13/2006 LIN | 235255 | 7 | Vendor WAYNE BERRY; Invoice # 01.13.06.THY/BLS - Cost Advance: Witness fee; 4579/1006 THY/BLS |
| 1006 | 1/13/2006 LIN | 235255 | 7 | Vendor THOMAS UENO; Invoice # 01.13.06.THY/BLS - Cost Advance: Witness fee; 4579/1006 THY/BLS |
| 1006 | 1/17/2006 XER | 235255 | 142.8 | Photocopies |
| 1006 | 1/17/2006 XER | 235255 | 14.7 | Photocopies |
| 1006 | 1/20/2006 LIN | 235255 | 50 | Vendor CLERK OF THE COURT; Invoice # 01.20.06.BTL/BLS - Cost Advance: Jury Information Cards; 4579/1006 BTL/BLS |
| 1006 | 1/20/2006 OFCE | 235255 | 6.2 | Petty Cash; Lunch Meeting |
| 1006 | 1/23/2006 MIS | 235255 | 2,104.15 | Accucopy, Inc.; Invoice # 400861; Professional Services |
| 1006 | 1/23/2006 MIS | 235255 | 1,436.74 | Accucopy, Inc.; Invoice # 400862; Professional Services |

| 1006 | 1/24/2006 | COMP | 235255 | 20 | CDs |
|---|---|---|---|---|---|
| 1006 | 1/24/2006 | MIS | 235255 | 462.71 | Savo & Associates, Inc.; Invoice # 10458; Case # CV03 00385; Copy of deposition transcript of Jack Borja taken on 01/23/06 |
| 1006 | 1/24/2006 | XER | 235255 | 675 | Photocopies |
| 1006 | 1/25/2006 | COMP | 235255 | 55 | CDs |
| 1006 | 1/26/2006 | LIN | 235255 | 538.54 | Vendor DEBRA CHUN; Invoice # 01.26.06.LRS/BLS - Cost Advance; Transcript fee (1/20/06 - Motions in Limine); LRS/BLS; 4579/1006 |
| 1006 | 1/27/2006 | COMP | 235255 | 30 | CDs |
| 1006 | 1/27/2006 | XER | 235255 | 750 | Photocopies |
| 1006 | 2/2/2006 | LIN | 235255 | 78 | Vendor LOWEN YOUNG; Invoice # 02.02.06.LRS/BLS - Cost Advance; Service and mileage fee (trial subpoenas for T. Ueno and P. Johnson); LRS/BLS; 4579/1006 |
| 1006 | 2/3/2006 | LIN | 235255 | 159.71 | Vendor ACCUCOPY, INC.; Invoice # 02.03.06.LRS/BLS - Cost Advance; Invoice # 400858 (copies); LRS/BLS; 4579/1006 |
| 1006 | 2/3/2006 | LIN | 235255 | 1,388.24 | Vendor ACCUCOPY, INC.; Invoice # 02.03.06.LRS/BLS - Cost Advance; Invoice # 400863 (copies); LRS/BLS; 4579/1006 |
| 1006 | 2/3/2006 | LIN | 235255 | -7 | Vendor WAYNE BERRY; Invoice # 01.13.06.THY/BLS - Cost Advance:  Witness fee; 4579/1006 THY/BLS |
| 1006 | 2/16/2006 | LIN | 235255 | 200.52 | Vendor SAVO & ASSOCIATES, INC.; Invoice # 02.16.06.LRS/BLS - Cost Advance; Copy of Deposition Transcript (Invoice # 10460) (Federal ID # 20-3015191); LRS/BLS; 4579/1006 |
| 1006 | 2/26/2006 | XER | 235255 | 1,350.00 | Photocopies |
| 1006 | 2/28/2006 | CXER | 235255 | 60 | Color Photocopies |
| 1006 | 3/3/2006 | XER | 235255 | 1,200.00 | Photocopies |
| 1006 | 3/4/2006 | XER | 235255 | 120 | Photocopies |
| 1006 | 3/5/2006 | XER | 235255 | 45 | Photocopies |
| 1006 | 3/6/2006 | LIN | 235255 | 153.62 | Vendor ACCUCOPY, INC.; Invoice # 03.06.06.LRS/BLS - Cost Advance; Copies; LRS/BLS; 4579/1006 |
| 1006 | 3/6/2006 | XER | 235255 | 750 | Photocopies |
| 1006 | 3/7/2006 | XER | 235255 | 450 | Photocopies |

|      |           |     |        |    |                                                                                                                                               |
|------|-----------|-----|--------|----|-----------------------------------------------------------------------------------------------------------------------------------------------|
| 1006 | 3/15/2006 | LIN | 235255 | 18 | Vendor LOWEN YOUNG; Invoice # 03.15.06.LRS/JCK - Cost Advance:  Service and Mileage fees; LRS/JCK; 04579/01006 |

19786.96