IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, ) | CIVIL NO. CV03-00385 SOM-LEK |
| ) | (Copyright) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ) | |
| HAWAIIAN EXPRESS SERVICE, ) | |
| INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following parties at their last known addresses:

Served electronically through CM/ECF:

| | |
|---|---|
| Damian Capozzola | dcappozola@kirland.com |
| R. Olivia Samad | osamad@kirkland.com |
| Rex Y. Fujichaku | rfujichaku@bchlaw.net, jennifer@bchlaw.net |
| Timothy J. Hogan | tjh@loio.com |
| Thomas H.Y.P. Yee | thy@ksglaw.com, bls@ksglaw.com |

DATED:   Honolulu, Hawaii, March 23, 2006.

    /s/ Lyle S. Hosoda
LYLE S. HOSODA
RAINA P.B. MEAD

Attorneys for Defendants
MARK DILLON, TERESA NOA, MELVIN
PONCE, SONIA PURDY, JUSTIN
FUKUMOTO, ALFREDDA WAIOLAMA, and
JACQUELINE RIO