# EXHIBIT N

Lyle S. Hosoda & Associates
345 Queen Street, Ste. 804
Honolulu HI 96813

Invoice submitted to:
G. Craig Birchette, Esq.
Vice President
Fleming Companies, Inc.
1945 Lakepointe Drive
Lewisville TX 75057

October 9, 2003

Invoice #11287

Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | LHO | | |
| 9/3/03 | Place telephone calls to D. Cappazola; Place telephone calls to L. Smith; Review pleadings at L. Smith's office; Prepare and file motion to transfer, dismiss or stay lawsuit | 1.00 200.00/hr | 200.00 |
| 9/4/03 | Place telephone call to L. Smith; Place telephone call to D. Cappazola; Place telephone call to M. Dillon; Review pleadings | 0.40 200.00/hr | 80.00 |
| 9/8/03 | Place telephone call to D. Cappazola; Place telephone call to L. Smith re: Status | 0.20 200.00/hr | 40.00 |
| 9/12/03 | Review documents and email from L. Smith re: Retention by B. Christiansen; Place telephone call to D. Cappazola; Draft letter to D. Cappazola | 0.30 200.00/hr | 60.00 |

G. Craig Birchette, Esq.                                      Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/18/03 | Review discovery requests; Draft letter to M. Dillon re: Request for documents; Draft letter to D. Capazolla re: Status; Review letter from T. Hogan and respond re: Rule 26(F) conference; Prepare Motion to Dismiss/transfer from B. Christiansen | 0.80 200.00/hr | 160.00 |
| 9/19/03 | Review COS' Motion to Set Aside default; Prepare for and file Motion to Dismiss or Transfer on behalf of B. Christiansen; Place telephone call to L. Smith re: Strategy and coordination of defense; Review documents and correspondence re: Rule 26(f) conference | 1.40 200.00/hr | 280.00 |
| 9/20/03 | Review correspondence and schedule order/court minutes; Correspondence re: 26(f) scheduling conference | 0.20 200.00/hr | 40.00 |
| 9/22/03 | Review Hawaiian Express service Answer to First Amended Complaint; Review Berry's Motion to Transfer | 0.30 200.00/hr | 60.00 |
|  | Followup on status; Review documents; Place telephone call to L. Smith re: Motion and meeting with clients | 0.20 200.00/hr | 40.00 |
| 9/24/03 | Place telephone call to L. Smith; Place telephone call to D. Cappazola; Review correspondence; Review pleadings | 0.20 200.00/hr | 40.00 |
| 9/25/03 | Rule 26(f) scheduling/status conference all counsel | 0.80 200.00/hr | 160.00 ✓ |
| 9/29/03 | Correspondence to L. Smith re: Position statement; Review discovery requests | 0.40 200.00/hr | 80.00 |

G. Craig Birchette, Esq.                                      Page    3

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/30/03 | Review discovery requests and opposition to Motion to Set Aside Default; Review report of parties re: Scheduling conference; Followup re: Discovery; Review correspondence | 0.60<br>200.00/hr | 120.00 |
| | SUBTOTAL: | [    6.80 | 1,360.00] |

SMT

| 9/3/03 | Draft Motion to Transfer, Stay of Dismiss | 4.00<br>125.00/hr | 500.00 |
|---|---|---|---|
| | SUBTOTAL: | [    4.00 | 500.00] |
| | For professional services rendered | 10.80 | $1,860.00 |

Additional charges:

LHO

| 9/3/03 | Postage | 0.83 |
|---|---|---|
| | Xerox | 19.20 |
| | Fax | 39.00 |
| 9/4/03 | Postage | 2.86 |
| | Xerox | 3.40 |
| 9/18/03 | Postage | 14.48 |
| | Xerox | 25.40 |
| | Fax | 44.00 |

G. Craig Birchette, Esq.                                        Page    4

|            |                            | Amount      |
|------------|----------------------------|-------------|
| 9/19/03    | Postage                    | 4.15        |
|            | Xerox                      | 0.20        |
|            | Fax                        | 48.00       |
| 9/24/03    | Postage                    | 0.83        |
|            | Xerox                      | 2.60        |
|            | SUBTOTAL:                  | [  204.95]  |
|            | Total costs                | $204.95     |
|            | Service tax                | $77.49      |
|            | Total amount of this bill  | $2,142.44   |
|            | Balance due                | $2,142.44   |

Lyle S. Hosoda & Associates
345 Queen St., Ste. 804
Honolulu HI 96813


Invoice submitted to:
G. Craig Birchette, Esq.
Vice President
Fleming Companies, Inc.
1945 Lakepointe Drive
Lewisville TX 75057


November 6, 2003

Invoice #11318

Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | LHO | | |
| 10/2/03 | Review Affidavit; Review discovery requests; Place telephone call to T. Hogan re: Deposition scheduling | 0.60 200.00/hr | 120.00 |
| 10/3/03 | Place telephone call to L. Smith; Draft letter to T. Hogan re: Deposition setting; Place telephone call to T. Hogan | 0.40 200.00/hr | 80.00 |
| 10/6/03 | Place telephone call to L. Smith; Place telephone call to T. Hogan re: Status/deposition of T. Noa | 0.40 200.00/hr | 80.00 |
| 10/7/03 | Place telephone call to T. Hogan re: Disocovery; Review report of parties rule 26(f); Review correspondence and documents; Place telephone call to L. Smith re: Deposition of T. Noa | 0.90 200.00/hr | 180.00 |

G. Craig Birchette, Esq.                                        Page   2

|  | Hrs/Rate | Amount |
|---|---|---|
| 10/8/03 Place telephone call to T. Hogan re: Teresa Noa deposition; Review correspondence | 0.30 200.00/hr | 60.00 |
| 10/9/03 Review correspondence from T. Hogan re: T. Noa deposition; Place telephone call to L. Smith re: Status; Draft disclosures | 0.40 200.00/hr | 80.00 |
| 10/10/03 Review and finalize disclosures; Place telephone call to L. Smith; Review correspondence; Review SCS of Hawaiian Express; Review Fleming disclosures | 0.80 200.00/hr | 160.00 |
| 10/13/03 Place telephone call to L. Smith re: SCS; Review and finalize scheduling conference statement; Review Fleming SCS | 0.80 200.00/hr | 160.00 |
| 10/14/03 Review Foodland's Scheduling Conference Statement and disclaimer statement and Wayne Berry's Scheduling Conference Statement and Berry's initial disclosure and Fleming Co's. SCS | 1.20 200.00/hr | 240.00 |
| 10/16/03 Review disclosures of W. Berry and 7.1 statement of home expenses; Review Order Granting Motion to Set Aside and Hawaii Transfer SCS | 0.80 200.00/hr | 160.00 |
| 10/17/03 Place telephone call to L. Smith; Place telephone call to Court re: Motion to Set Aside default; Review discovery requests; Review email from T. Hogan | 0.80 200.00/hr | 160.00 |
| 10/20/03 Review Hawaiian Express' Partial Joinder in Dillons Motion to Transfer/Dismiss; Place telephone call to L. Smith re: Status | 0.30 200.00/hr | 60.00 |

G. Craig Birchette, Esq.                                    Page   3

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/21/03 | Place telephone call to A. Lopez; Review emails from T. Hogan re: Stipulation/Motion to Continue Hearing; Place telephone call to B. Christiansen re: Status | 0.80 175.00/hr | 140.00 |
| 10/22/03 | Review Defendant Foodland's disclosure statement; Place telephone call to L. Smith re: Meeting with clients; Review pleadings filed in Delaware case; Place telephone call to T. Hogan re: Motion | 0.80 200.00/hr | 160.00 |
| 10/23/03 | Review T. Hogan letter and motion for extension of time; Place telephone call to L. Smith re: Status; Exchange emails re: Berry's Motion to Continue Hearing | 0.70 200.00/hr | 140.00 |
| 10/24/03 | Place telephone call to T. Hogan re: Position on counts of Motion to Dismiss or transfer | 0.20 200.00/hr | 40.00 |
| 10/25/03 | Review Motion to Continue; Review Scheduling Order | 0.30 200.00/hr | 60.00 |
| 10/28/03 | Review Order re: Plaintiff's Motion for Continuance; Place telephone call to L. Smith; Place telephone call to D. Cappazola; Work on Affidavit; Review Order; Place telephone call to L. Smith | 0.70 200.00/hr | 140.00 |
| 10/29/03 | Review correspondence and documents re: Discovery | 0.40 200.00/hr | 80.00 |
| 10/30/03 | Review Fleming disclosures; Review emails re: discovery scheduling; Review 30(b)(6) designations; Review documents | 0.70 200.00/hr | 140.00 |

G. Craig Birchette, Esq.                                    Page    4

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/31/03 | Meeting with L. Smith re: Strategy/discovery; Review documents | 1.50 200.00/hr | 300.00 |
| | SUBTOTAL: | [    13.80 | 2,740.00] |
| | SMT | | |
| 10/10/03 | Draft Initial discovery disclosure | 1.50 125.00/hr | 187.50 |
| 10/13/03 | Draft Scheduling Conference Statment | 2.00 125.00/hr | 250.00 |
| | SUBTOTAL: | [     3.50 | 437.50] |
| | For professional services rendered | 17.30 | $3,177.50 |
| | Additional charges: | | |
| | LHO | | |
| 9/30/03 | Xerox | | 9.60 |
| 10/1/03 | Postage | | 3.04 |
| | Xerox | | 2.80 |
| 10/3/03 | Postage | | 0.74 |
| | Xerox | | 0.80 |
| | Fax | | 2.00 |
| 10/10/03 | Postage | | 2.96 |
| | Xerox | | 8.20 |

G. Craig Birchette, Esq.                                    Page    5

|            |                         | Amount |
|------------|-------------------------|-------:|
| 10/10/03   | Fax                     | 6.00 |
| 10/13/03   | Xerox                   | 24.20 |
|            | Fax                     | 11.00 |
| 10/14/03   | Postage                 | 0.83 |
| 10/15/03   | Xerox                   | 3.00 |
|            | Fax                     | 2.00 |
| 10/27/03   | Postage                 | 1.20 |
|            | Xerox                   | 8.80 |
|            | SUBTOTAL:               | [    87.17] |
|            | Total costs             | $87.17 |
|            | Service tax             | $132.37 |
|            | Total amount of this bill | $3,397.04 |
|            | Previous balance        | $2,142.44 |
|            | Balance due             | $5,539.48 |

Lyle S. Hosoda & Associates
345 Queen St., Ste. 804
Honolulu HI 96813


Invoice submitted to:
G. Craig Birchette, Esq.
Vice President
Fleming Companies, Inc.
1945 Lakepointe Drive
Lewisville TX 75057


December 5, 2003

Invoice # 11332

Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| **KM** | | | |
| 11/3/03 | Begin drafting of request for production of documents and interrogatories | 0.60 75.00/hr | 45.00 |
| 11/4/03 | Continue drafting request for production of documents and interrogatories | 2.20 75.00/hr | 165.00 |
| 11/5/03 | Place telephone call to L. Smith; Review Christensen and Dillon's request for production of documents; Meeting with clients | 1.00 75.00/hr | 75.00 |
| 11/17/03 | Draft interrogatories and request for production of documents | 1.60 75.00/hr | 120.00 |
| 11/21/03 | Place telephone call to M. Dillon re: Deposition preparation; Draft Answers to request for production of documents (M. Dillon); Draft Answers to request for production | 2.10 75.00/hr | 157.50 |

G. Craig Birchette, Esq.                                    Page    2

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| | of documents (B. Christensen) | | |
| 11/24/03 | Draft B. Christensen's response to Plaintiff's request for production of documents | 0.50 75.00/hr | 37.50 |
| | SUBTOTAL: | [   8.00 | 600.00] |
| | LHO | | |
| 11/2/03 | Review discovery and pleadings Hawaii Transfer; Review Foodland's discovery requests | 0.50 200.00/hr | 100.00 |
| 11/3/03 | Correspondence with T. Hogan, L. Smith and M. Dillon re: Depositions and discovery; Review documents and pleadings | 1.20 200.00/hr | 240.00 |
| 11/4/03 | Review discovery requests; Prepare for meeting with client | 1.20 200.00/hr | 240.00 |
| 11/5/03 | Review Berry's discovery requests to Foodland; Review discovery requests to M. Dillon and B. Christensen; Meeting with clients re: Discovery requests and status of case; Draft letter to L. Smith re: Discovery | 1.80 200.00/hr | 360.00 |
| 11/14/03 | Review defendant P. Schaul's Answer to First Amended Complaint; Review CA Pacific Consolidator's Answer to Plaintiff's First Amended Complaint; Review discovery requests | 1.50 200.00/hr | 300.00 |
| 11/15/03 | Review Plaintiffs original Doe Defendant; Review discovery responses; Prepare response to request for production of documents | 1.20 200.00/hr | 240.00 |

G. Craig Birchette, Esq.                                      Page   3

|          |                                                          | Hrs/Rate     | Amount     |
|----------|----------------------------------------------------------|--------------|------------|
| 11/18/03 | Review discovery responses                               | 0.40<br>200.00/hr | 80.00 |
| 11/24/03 | Review correspondence; Place telephone call to L. Smith re: Status; Place telephone call to D. Cappozola; Review disclosure; Correspondence with T. Hogan | 1.00<br>200.00/hr | 200.00 |
| 11/28/03 | Review correspondence; Place telephone call to L. Smith; Followup with D. Cappozola; Place telephone call to T. Noa; Review file and prepare for status conference | 1.20<br>200.00/hr | 240.00 |
| 11/30/03 | Review file; Prepare for Hearing                         | 1.00<br>200.00/hr | 200.00 |
|          | SUBTOTAL:                                                | [  11.00     | 2,200.00] |

RM
_____

|          |                                                          | Hrs/Rate     | Amount     |
|----------|----------------------------------------------------------|--------------|------------|
| 11/19/03 | Review discovery requests and pleadings; Review correspondence from T. Hogan to Court re: Potential mootness of Motion given bankruptcy Court's ruling | 0.30<br>125.00/hr | 37.50 |
| 11/24/03 | Review correspondence and pleadings files; Review bankruptcy motion for injunctive relief; Review notes from meeting with L. Smith; Review motions filed in previous lawsuit filed by Berry; Draft and revise Answer to First Amended Complaint on behalf of Dillon and Christensen; Draft Answer to First Amended Complaint for T. Noa; Review discovery requests | 4.20<br>125.00/hr | 525.00 |

G. Craig Birchette, Esq.                                      Page    4

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/25/03 | Draft Motion to Transfer, dismiss on behalf of T. Noa; Draft Answer on behalf of T. Noa; Draft initial disclosures; Draft Dillon's response to request for production of documents; Place telephone call to B. Christensen re: Filing motion re: Tax returns, representing T. Noa, and responsive documents; Draft correspondence to L. Smith and D. Cappozola re: Draft Answers | 4.20 125.00/hr | 525.00 |
| 11/28/03 | Review Plaintiff's request for documents; Draft response to request for production of documents | 0.30 125.00/hr | 37.50 |
|  | SUBTOTAL: | [    9.00 | 1,125.00] |
|  | SMT |  |  |
| 11/21/03 | Draft response to request for production of documents | 0.40 125.00/hr | 50.00 |
|  | SUBTOTAL: | [    0.40 | 50.00] |
|  | For professional services rendered | 28.40 | $3,975.00 |
|  | Additional charges: |  |  |
|  | LHO |  |  |
| 11/4/03 | Xerox |  | 7.40 |
| 11/5/03 | Xerox |  | 11.60 |
| 11/25/03 | Xerox |  | 24.20 |

```
G. Craig Birchette, Esq.                                  Page    5

                                                            Amount

11/25/03  Postage                                             3.32

          Xerox                                               8.80

          Fax                                                36.00
                                                        _____

          SUBTOTAL:                                     [     91.32]
                                                        _____

          Total costs                                       $91.32

          Service tax                                      $165.60
                                                        _____
          Total amount of this bill                      $4,231.92

          Previous balance                               $5,539.48
                                                        _____

          Balance due                                    $9,771.40
                                                        ===========
```

Lyle S. Hosoda & Associates
345 Queen St., Ste. 804
Honolulu HI 96813


Invoice submitted to:
G. Craig Birchette, Esq.
Vice President
Fleming Companies, Inc.
1945 Lakepointe Drive
Lewisville TX 75057


January 13, 2004

Invoice # 11348

      Professional services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| **DM** | | | |
| 12/9/03 | Assemble key pleadings and documents binder | 5.80<br>75.00/hr | 435.00 |
| | Assemble key pleadings and documents binder | 0.10<br>75.00/hr | 7.50 |
| 12/10/03 | Assemble key pleadings and documents binder | 0.10<br>75.00/hr | 7.50 |
| | SUBTOTAL: | [    6.00 | 450.00] |
| **LHO** | | | |
| 12/1/03 | Review J. Graham's Answer to Complaint; Appear at Status Conference before Magistrate Kobayashi | 0.80<br>200.00/hr | 160.00 |

G. Craig Birchette, Esq.                                        Page   2

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/2/03 | Review Fleming's Motion to Appoint Special Master; Place telephone call to T. Noa; Followup re: Discovery; Review Foodland's Response to Discovery | 0.80 200.00/hr | 160.00 |
| 12/3/03 | Place telephone call to L. Smith; Place telephone call to D. Cappozola; Place telephone call to T. Noa; Place telephone call to T. Hogan re: Discovery | 1.40 200.00/hr | 280.00 |
| 12/4/03 | Place telephone call to D. Cappozola; Place telephone call to L. Smith; Exchange emails with T. Hogan re: Discovery; Review and finalize substantive joinder for Special Master | 2.50 200.00/hr | 500.00 |
| 12/5/03 | Review Plaintiff's request for default against Foodland, Ltd; Review Plaintiff's Answer to discovery by Foodland; Review documents; Begin preparation for depositions; Correspondence with T. Noa re: Deposition; Place telephone call to L. Smith re: Status; Prepare for discovery requests | 2.20 200.00/hr | 440.00 |
| 12/8/03 | Review correspondence from T. Hogan re: Bankruptcy Court filing; Draft letter to clients; Review Answer to discovery; Review pleadings from prior case at L. Smith's office; Prepare for deposition of M. Dillon; Prepare for deposition of T. Noa | 4.00 200.00/hr | 800.00 |

G. Craig Birchette, Esq.                                            Page    3

|          |                                                       | Hrs/Rate        | Amount    |
|----------|-------------------------------------------------------|-----------------|-----------|
| 12/9/03  | Review files; Prepare for deposition of M. Dillon; Correspondence with client and L. Smith re: Discovery; Email D. Cappazola re: Defense and indemnity | 1.00 200.00/hr | 200.00 |
| 12/10/03 | Review deposition transcript of M. Dillon; Meeting with M. Dillon to prepare for deposition | 4.00 200.00/hr | 800.00 |
| 12/12/03 | Review HEX's response to request for production of documents; Place telephone call to S. Cho; Review documents in preparation for turn over of production to Plaintiff; Prepare for deposition | 1.70 200.00/hr | 340.00 |
| 12/13/03 | Review documents and produce pursuant to discovery request | 1.50 200.00/hr | 300.00 |
| 12/15/03 | Review documents and prepare to produce; Research re: Proprietary information; A/C privilege; Meeting with L. Smith re: Discovery; Prepare for deposition of M. Dillon | 5.00 200.00/hr | 1,000.00 |
| 12/16/03 | Place telephone call to L. Smith re: Status; Place telephone call to M. Dillon re: Deposition; Review documents and meeting with M. Dillon re: Preparation for deposition; Prepare for and defend M. Dillon in deposition; Review documents for production | 6.50 200.00/hr | 1,300.00 |
| 12/17/03 | Review Cohen's Motion to Strike; Place telephone call to T. Non re: Depositions; Place telephone call to D. Cappazolla re: Dillon | 2.50 200.00/hr | 500.00 |

G. Craig Birchette, Esq.                                             Page    4

|            |                                                                                                                               | Hrs/Rate | Amount |
|------------|-------------------------------------------------------------------------------------------------------------------------------|----------|--------|
|            | deposition; Place telephone call to M. Dillon re: Document production; Review and finalize document production for Dillon      |          |        |
| 12/18/03   | Place telephone call to D. Cappazolla re: Status; Place telephone call to M. Dillon re: Document production; Review spreadsheets/queries; Exchange emails with T. Hogan re: Document production; Review production of documents; Prepare for depositions; Review documents | 2.20 200.00/hr | 440.00 |
| 12/19/03   | Place telephone call to B. Christensen re: Document production; Reveiw and finalize document production; Research and review Reply Memo re: Special Master | 2.50 200.00/hr | 500.00 |
| 12/22/03   | Prepare for deposition                                                                                                        | 0.80 200.00/hr | 160.00 |
| 12/23/03   | Attend and defend deposition of M. Dillon at T. Hogan's office                                                                | 7.00 200.00/hr | 1,400.00 |
| 12/24/03   | Review Foodland's Answer to Complaint; Followup with T. Hogan re: Discovery; Review correspondence; Email T. Noa              | 0.80 200.00/hr | 160.00 |
| 12/30/03   | Attend Motion for Appointment of Special Master and status conference before Magistrate Kobayashi | 1.00 125.00/hr | 125.00 |
|            | SUBTOTAL:                                                                                                                     | [  48.20 | 9,565.00] |

G. Craig Birchette, Esq.                                        Page   5

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

RM

| 12/1/03 | Finish drafting response to request for production of documents on behalf of Christensen; Calendar deadlines re: Answer, withdrawal of motions to transfer, opposition to motions | 0.80 125.00/hr | 100.00 |
| 12/3/03 | Review Fleming's Motion for Appointment of discovery master; Research issue of appointment of Special Master for Discovery purposes; Draft substantive joinder to Motion for Appointmnet of Special Master and Affidavit in support; Review Bankruptcy filings in Delaware and past Motion for Summary Judgment filed in initial copyright action for background facts and info; Conference call with L. Smith re: Indemnification, deposition of Noa, filing joinder to Special Master motion; Prepare exhibits to joinder in support of Discovery Master; Shepardize cases cited in substantive joinder to motion to appoint discovery master | 7.50 125.00/hr | 937.50 |
|  | Review Fleming's Motion for Appointment of discovery master | 0.40 125.00/hr | 50.00 |
|  | Research issue of Appointment of Special Master for discovery purposes | 2.20 125.00/hr | 275.00 |
|  | Draft Substantive joinder to Motion for Appointment of Special Master and Affidavit in support | 3.40 125.00/hr | 425.00 |

G. Craig Birchette, Esq.                                    Page    6

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/3/03 | Review Bankruptcy filings in Delaware and past Motion for Summary Judgment filed in initial copyright action for background facts and information | 0.70 125.00/hr | 87.50 |
|  | Conference call with L. Smith re: Indemnification, deposition of Noa, filing joinder to Special Master motion | 0.30 125.00/hr | 37.50 |
|  | Prepare exhibits to joinder in support of discovery master | 0.30 125.00/hr | 37.50 |
|  | Shepardize cases cited in substantive joinder to motion to appoint discovery master | 0.20 125.00/hr | 25.00 |
| 12/4/03 | Revise and finalize joinder to Motion to Appoint discovery Master; Prepare joinder for filing and service on parties | 2.40 125.00/hr | 300.00 |
|  | Review First Amended Complaint and draft Interrogatories and request for production of documents to Berry | 2.20 125.00/hr | 275.00 |
|  | Reveiw Summary Judgment motions, oppositions, replies filed in Berry v. Fleming and bankruptcy documents in preparation for deposition of Dillon | 1.20 125.00/hr | 150.00 |
| 12/5/03 | Review correspondence from L. Smith that can review documents from first copyright case; Create key pleadings binder; Finish drafting request for production of documents to Berry; Review Fleming/C&S response to third set of interrogatories from Berry | 2.90 125.00/hr | 362.50 |

G. Craig Birchette, Esq.                                      Page    7

| | Hrs/Rate | Amount |
|---|---|---|
| 12/8/03 Finish drafting request for production of documents to Berry; Review documents, depositions, declarations, trial testimony from first copyright case at L. Smith's offices for background/history and in preparation for depositions of clients; Review notice of withdrawal of C&S's Motion to Transfer; Draft notice of withdrawal of Dillon, Christensen and Noa's Motion to Transfer; Place telephone call to S. Dunn re: Photocopying trial transcript, deposition transcript and other key documents for our files; Key pleadings binder; Draft index of files at L. Smith's for future reference; Review index of pleadings in first copyright action | 3.30 125.00/hr | 412.50 |
| 12/9/03 Finalize discovery requests for service on parties; Draft COS re: discovery requests; Review correspondence from T. Hogan re: Will seek damages of $150K against clients for willful infringement; Review email exchange from T. Hogan re: Rule 11 motion and withdrawal of Motions to transfer, dismiss | 0.70 125.00/hr | 87.50 |
| 12/10/03 Review deposition of client; Meet with M. Dillon to prepare him for deposition next week; Meet with L. Smith to discuss further issues re: Replacement database, use of spreadsheets, documents to produce to Berry; Begin summary of previous deposition of M. Dillon | 4.10 125.00/hr | 512.50 |

G. Craig Birchette, Esq.                                          Page    8

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/11/03 | Review correspondence from T. Hogan re: Producing documents before deposition of Dillon; Reivew correspondence from D. Cappazola re: Application for ordinary course professional; Review Trial testimony from First copyright action | 0.70 125.00/hr | 87.50 |
| 12/12/03 | Prepare files for trial transcripts, trial exhibits and other key documents in first copyright case; Summarize deposition of M. Dillon; Place telephone call to M. Dillon re: Documents; Deposition preparation of M. Dillon; Review Plaintiff's opposition to joinder to Motion for Discovery master and opposition to Motion for Discovery master; Draft shell for reply in support of joinder; Review trial testimony of client in preparation for deposition | 3.10 125.00/hr | 387.50 |
| 12/13/03 | Meet with clients re: documents to produce in response to Berry's request for production of documents; Review client's documents | 2.00 125.00/hr | 250.00 |
| 12/15/03 | Review documents for privilege, flagged those documents believe should not be produced; Place telephone call to J. Keane re: Do not have exhibits used in deposition of M. Dillon, need to obtain from Court reporter; Place telephone call to L. Smith re: Will review documents produced by M. Dillon | 1.50 125.00/hr | 187.50 |

G. Craig Birchette, Esq.                                    Page    9

|            |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 | Hrs/Rate           | Amount  |
|------------|-----|--------------------|---------|
| 12/16/03   | Prepare documents from client for production to Plainitff; Meet with M. Dillon in preparation for deposition; Revise Dillon's response to Plaintiff's request for production of documents to reflect documents producing; Review CD produced by M. Dillon; Index documents produced; Review Plaintiff's opposition to substantive joinder | 2.40<br>125.00/hr  | 300.00  |
| 12/17/03   | Finalize Dillon's response to request for production of documents for service; Review Berry's opposition to C & S' Motion for Special discovery master; Research issue of appointment of discovery master; Continue summary of Dillon's deposition | 3.30<br>125.00/hr  | 412.50  |
| 12/18/03   | Review correspondence from client re: Spreadsheets; Conference call to M. Dillon re: Spreadsheet saved on CD; Draft Dillon's first supplemental response to Berry's request for production of documents; Draft COS re: Same; Continue summary of Dillons' deposition in first copyright case; Draft affidavit of disinterestedness for bankruptcy matter; Review correspondence to D. Capozzola re: Projected budget for fees and costs thru summary judgment; Draft letter to D. Wymore re: Affidavit of disinterestedness; Revise request for production of documents response on behalf of Christensen; Revise Answer on behalf of clients | 4.10<br>125.00/hr  | 512.50  |

G. Craig Birchette, Esq.                                          Page  10

|            |                                                                                                                                                                                                                                                                                  | Hrs/Rate          | Amount      |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-------------|
| 12/19/03   | Place telephone call to B. Christensen to confirm has no documents responsive to Berry's request; Finalize Answer on behalf of clients for filing; Draft COS re: Christensen's request for production of documents response; Review and revise reply in support of substantive joinder to motion for discovery master; Summarize deposition of M. Dillon from 3/25/03 | 3.30 125.00/hr    | 412.50      |
| 12/22/03   | Review correspondence from T. Hogan re: Documents produced by Dillon; Finish summary of Dillon deposition taken in 3/03; Draft logs for request for production of documents, interrogatories, admissions and oral depositions taken and to be taken in case; Review trial transcript of T. Noa; Review deposition of W. Berry; Begin deposition of W. Berry | 4.60 125.00/hr    | 575.00      |
| 12/23/03   | Debrief L. Hosoda re: Documents produced by Dillon, Hogan's request for further documentation; Review Noa's testimony at trial | 1.30 125.00/hr    | 162.50      |

SUBTOTAL:                                    [  58.90          7,362.50]

For professional services rendered         113.10          $17,377.50

Additional charges:

LHO

G. Craig Birchette, Esq.                                  Page  11

|  |  | Amount |
|---|---|---|
| 12/3/03 | Postage | 3.09 |
|  | Xerox | 13.80 |
| 12/4/03 | Postage | 11.10 |
|  | Xerox | 107.80 |
| 12/8/03 | Postage | 5.40 |
|  | Xerox | 18.00 |
| 12/9/03 | Postage | 12.25 |
|  | Xerox | 93.00 |
| 12/15/03 | Xerox | 20.80 |
| 12/16/03 | Xerox | 77.60 |
| 12/17/03 | Postage | 4.38 |
|  | Xerox | 48.80 |
| 12/18/03 | Xerox | 40.60 |
|  | Fax | 3.00 |
|  | Postage | 3.32 |
|  | Xerox | 4.00 |
| 12/19/03 | Postage | 4.93 |
|  | Xerox | 43.40 |
| 12/22/03 | Postage | 3.32 |
|  | Xerox | 32.40 |

G. Craig Birchette, Esq.                                          Page   12

                                                                     Amount

12/23/03 Xerox                                                        44.80
                                                                 _____

         SUBTOTAL:                                               [   595.79]

         RM
_____

12/10/03 Professional services rendered by Accucopy              529.32
                                                                 _____

         SUBTOTAL:                                               [   529.32]
                                                                 _____

         Total costs                                             $1,125.11

         Service tax                                             $723.95
                                                                 _____

         Total amount of this bill                               $19,226.56

         Previous balance                                        $9,771.40
                                                                 _____

         Balance due                                             $28,997.96
                                                                 _____

Lyle S. Hosoda & Associates
345 Queen St., Ste. 804
Honolulu HI 96813

Invoice submitted to:
G. Craig Birchette, Esq.
Vice President
Fleming Companies, Inc.
1945 Lakepointe Drive
Lewisville TX 75057

February 9, 2004

Invoice # 11365

> Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | LHO | | |
| 1/14/04 | Email communication with D. Capazzola re: Status and discovery; Place telephone call to M. Dillon and email re: Production of attachments to documents previously produced; Correspondence with T. Hogn; Review interrogatory responses | 0.80 200.00/hr | 160.00 |
| 1/16/04 | Followup re: Document production; Emails to T. Hogan; Place telephone calls to M. Dillon re: Document production; Review attachments | 1.20 200.00/hr | 240.00 |
| 1/17/04 | Review Plaintiff's request for Entry of Default against C & S acquisition entities | 0.50 200.00/hr | 100.00 |
| 1/21/04 | Review Plaintiff's Motion for Leave to file Amended Complaint; Review C & S Motion to Set Aside Default | 0.80 200.00/hr | 160.00 |

G. Craig Birchette, Esq.                                    Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/23/04 | Place telephone call to D. Cappozola re: Status | 0.20 200.00/hr | 40.00 |
| 1/24/04 | Review Plaintiff's Motion for Relief from Rule 16 scheduling order; Plaintiff's Motion for Leave to file Second Amended Complaint | 0.70 200.00/hr | 140.00 |
| 1/30/04 | Review Motions; Strategize re: Filing; Place telephone call to L. Smith re: Status; Review emails to M. Dillon; Review Plaintiff's Opposition to Motion to Set Aside default | 0.80 200.00/hr | 160.00 |
|  | SUBTOTAL: | [    5.00 | 1,000.00] |

RM

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/7/04 | Summarize deposition of W. Berry | 1.30 125.00/hr | 162.50 |
|  | Pull documents and create key pleadings binder | 1.50 125.00/hr | 187.50 |
|  | Research issue of copy right infringement | 1.20 125.00/hr | 150.00 |
| 1/8/04 | Summarize W. Berry's deposition | 1.50 125.00/hr | 187.50 |
|  | Summarize T. Noa's trial testimony; Review exhibits used in copyright trial | 1.10 125.00/hr | 137.50 |
|  | Prepare discovery binder | 0.90 125.00/hr | 112.50 |
| 1/9/04 | Review correspondence from T. Hogan request production of attachments to emails | 0.10 125.00/hr | 12.50 |

G. Craig Birchette, Esq.                                          Page    3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/9/04 | Reveiw discovery responses from W. Berry and provided copies to clients | 0.50 125.00/hr | 62.50 |
|  | Index documents from KSG | 0.20 125.00/hr | 25.00 |
| 1/20/04 | Review correspondence from T. Hogan re: Documents; Review documents produced by Dillon re: Email attachments; Prepare supplemental response to Plaintiff's request for production of documents; Draft transmittal letter to clients re: Second response to Berry's request for production of documents | 1.30 125.00/hr | 162.50 |
| 1/21/04 | Review Fleming's Motion to Set Aside Default | 0.30 125.00/hr | 37.50 |
|  | Review Plaintiff's Motion for Relief from Rule 16 order and calendar opposition deadline | 0.20 125.00/hr | 25.00 |
|  | Review Plaintiff's Motion for Leave to file Second Amended Complaint and calendar opposition deadline | 0.20 125.00/hr | 25.00 |
| 1/22/04 | Review correspondence re: Berry's Motion for Relief from scheduling order and motion for leave to file second amended complaint | 0.10 125.00/hr | 12.50 |
| 1/23/04 | Draft no opposition to Fleming's Motion to Set Aside Default | 0.50 125.00/hr | 62.50 |
| 1/30/04 | Review Berry's opposition to Fleming's motion to set aside default; Review Foodland's opposition to Berry's motion for leave to file second amended complaint; Review Foodland's opposition to Berry's motion for relief from Rule 16 scheduling | 0.50 125.00/hr | 62.50 |

G. Craig Birchette, Esq.                                                    Page    4

|  | Hrs/Rate | Amount |
|---|---|---|

order; Review correspondence from
L. Smith re: Clarification on
documents mentioned during
deposition

| SUBTOTAL: | [  11.40 | 1,425.00] |
|---|---|---|

For professional services rendered        16.40     $2,425.00

Additional charges:

LHO

| 1/9/04 | Postage | 4.56 |
|---|---|---|
|  | Xerox | 16.80 |
| 1/16/04 | Deposition of Mark Dillon, Volume I taken on 12/16/03 | 481.17 |
|  | Deposition of Mark Dillon, Volume II taken on 12/23/03 | 664.08 |
| 1/20/04 | Postage | 5.30 |
|  | Xerox | 43.20 |

| SUBTOTAL: | [1,215.11] |
|---|---|

| Total costs | $1,215.11 |
|---|---|
| Service tax | $101.03 |
| Total amount of this bill | $3,741.14 |
| Previous balance | $28,997.96 |

G. Craig Birchette, Esq.

Page   5

Amount

Balance due

$32,739.10

Lyle S. Hosoda & Associates
345 Queen St., Ste. 804
Honolulu HI 96813


Invoice submitted to:
G. Craig Birchette, Esq.
Vice President
Fleming Companies, Inc.
1945 Lakepointe Drive
Lewisville TX 75057


March 9, 2004

Invoice # 11408

Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | **LHO** | | |
| 2/1/04 | Review Hawaii Transt. Co's Memo re: Motion for Leave to File Second Amended Complaint and No Position on Motion to Set Aside Default; Review HEX's statements of No Position; Review C & S's Opposiiton to Plaintiff's Motion for Leave to Amend | 1.00 200.00/hr | 200.00 |
| 2/2/04 | Review Memos re: Opposition to Motion for Leave to Set Aside default | 0.80 200.00/hr | 160.00 |
| | Review memos re: Opposition to Motion for leave and to set aside default | 0.80 200.00/hr | 160.00 |
| 2/5/04 | Review documents; Place telephone call to L. Smith; Prepare for conference | 0.80 200.00/hr | 160.00 |

G. Craig Birchette, Esq.                                    Page   2

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/6/04 | Discovery conference Judge Kobayashi | 1.00<br>200.00/hr | 200.00 |
| 2/8/04 | Review C & S/Fleming's Answer to Amended Complaint; Review Plaintiff's Reply to C & S/Fleming's opposition to Motion for Leave to Amend | 0.40<br>200.00/hr | 80.00 |
| 2/9/04 | Review settlement offer from Berry; Draft response letter to Berry; Place telephone call to L. Smith re: Status; Draft and correspondence with D. Capozzola and G. Shaw; Email to clients re: Settlement offer | 1.20<br>200.00/hr | 240.00 |
| 2/11/04 | Review Minute Order/Am. scheduling order; Place telephone call to T. Hogan re: Status; Review proposed Settlement letter from T. Hogan; Forward Settlement proposal to clients; Place telephone call to L. Smith re: Status; Prepare for Settlement Conference | 1.60<br>200.00/hr | 320.00 |
|  | Review Plaintiff's responses to discovery requests | 0.50<br>200.00/hr | 100.00 |
| 2/13/04 | Review Court's inclination re: Motion for Leave to Amend; Correspond with clients re: Settlement Conference; Review letter from T. Hogan; Review Indemnity proposed by clients; Research re: Indemnity | 1.50<br>200.00/hr | 300.00 |
| 2/16/04 | Review documents and files; Prepare for Hearing on Motions and Settlement conference | 1.50<br>200.00/hr | 300.00 |

G. Craig Birchette, Esq.                                  Page    3

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/17/04 | Attend Settlement Conference with Judge Kobayashi | 2.50 200.00/hr | 500.00 |
| 2/18/04 | Summarizse Hearings results and SC results to clients; Correspond wiht T. Hogan re: Settlement; Review documents; Correspond with L. Smith re: Status; Review proposed indemnification; Place telephone call to Court | 1.50 200.00/hr | 300.00 |
| 2/19/04 | Place telephone call to L. Smith; Email D. Capazzola; Review order; Review memos re: Motion to Strike | 0.80 200.00/hr | 160.00 |
| 2/24/04 | Review Plaintiff's Motion to Amend | 0.70 200.00/hr | 140.00 |
| 2/27/04 | Review proposed terms of settlement; Review oppositions to Motion to Amend | 1.50 200.00/hr | 300.00 |
| 2/28/04 | Review Foodland's Objection to Plaintiff's proposed Second Amended Complaint; Review ES3, LLC's Reply Memo to Motion to Strike | 0.80 200.00/hr | 160.00 |
|  | SUBTOTAL: | [  18.90 | 3,780.00] |

RM
_____

| 2/2/04 | Review Fleming's Opposition to Berry's Motion for Leave to Amend Complaint; Review Hawaii Express Opposition to Motion for Leave to Amend Complaint | 0.20 125.00/hr | 25.00 |
|---|---|---|---|
| 2/4/04 | Review and summarize client's deposition taken on 12/16/03 | 1.10 125.00/hr | 137.50 |

G. Craig Birchette, Esq.                                    Page    4

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/5/04 | Place telephone call to L. Smith re: Issues for status conference | 0.20 125.00/hr | 25.00 |
|  | Review deposition of M. Dillon taken on 12/16/03 | 0.50 125.00/hr | 62.50 |
|  | Review latest correspondence and pleadings in preparation for status conference re: Disocovery issues | 0.40 125.00/hr | 50.00 |
| 2/6/04 | Attend status conference re: Discovery | 1.00 125.00/hr | 125.00 |
| 2/9/04 | Review correspondence re: Settlement proposal; Review pleadings and drafted confidential settlement conference statement | 3.70 125.00/hr | 462.50 |
| 2/10/04 | Revise confidential settlement conference statement; Email to L. Smith re: Same; Prepare statement for service on court and clients | 0.60 125.00/hr | 75.00 |
| 2/11/04 | Review minute order issued by Mag Kobayashi re: Inclination on Plaintiff's Motion for Leave to file Second Amended Complaint | 0.20 125.00/hr | 25.00 |
| 2/17/04 | Attend Hearing on Plaintiff's Motion for Leave to File Second Amended Complaint | 0.50 125.00/hr | 62.50 |
|  | Attend Settlement Conference | 1.00 125.00/hr | 125.00 |
|  | Draft correspondence to clients re: Status of Settlement Conference | 0.40 125.00/hr | 50.00 |
|  | Meet with A. Lopez re: Correspondence re: Settlement discussions with Plaintiff | 0.10 125.00/hr | 12.50 |

G. Craig Birchette, Esq.                                        Page   5

|         |                                                                                   | Hrs/Rate          | Amount     |
|---------|-----------------------------------------------------------------------------------|-------------------|------------|
| 2/23/04 | Review Plaintiff's revised draft of Second Amended Complaint and calendar response deadline | 0.20 125.00/hr | 25.00 |
| 2/24/04 | Review correspondence from L. Smith and clients re: Settlement on non-monetary terms | 0.20 125.00/hr | 25.00 |
|         | Review First Amended Complaint to see difference between first and proposed Second Amended Complaint | 0.50 125.00/hr | 62.50 |
|         | SUBTOTAL:                                                                          | [  10.80          | 1,350.00]  |
|         | For professional services rendered                                                | 29.70             | $5,130.00  |

Additional charges:

LHO

|         |         | Amount |
|---------|---------|--------|
| 2/9/04  | Postage | 1.11   |
|         | Xerox   | 3.20   |
|         | Fax     | 7.00   |
| 2/10/04 | Postage | 2.49   |
|         | Xerox   | 13.20  |
| 2/11/04 | Postage | 1.80   |
|         | Xerox   | 8.60   |
|         | Fax     | 21.00  |
| 2/17/04 | Xerox   | 0.80   |

G. Craig Birchette, Esq.                                    Page    6

|  |  | Amount |
|---|---|---:|
| 2/17/04 | Fax | 3.00 |
| 2/24/04 | Postage | 11.85 |
|  | Xerox | 116.20 |
|  | SUBTOTAL: | [   190.25] |
|  | Total costs | $190.25 |
|  | Service tax | $213.72 |
|  | Total amount of this bill | $5,533.97 |
|  | Previous balance | $32,739.10 |
|  | Balance due | $38,273.07 |

Lyle S. Hosoda & Associates
345 Queen St., Ste. 804
Honolulu HI 96813


Invoice submitted to:
G. Craig Birchette, Esq.
Vice President
Fleming Companies, Inc.
1945 Lakepointe Drive
Lewisville TX 75057


April 14, 2004

Invoice #11430

        Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | LHO | | |
| 3/1/04 | Review oppositions filed; Exchange emails re: Terms of Settlement proposal | 0.80 200.00/hr | 160.00 |
| 3/2/04 | Review Flemings opposition to Motion for Leave to file Second Amended Complaint; Review emails from E. Porter, L. Smith and A. Beamer re: Proposed settlement terms; Prepare for Settlement Conference | 1.20 200.00/hr | 240.00 |
| 3/3/04 | Review file; Prepare and attend Settlement Conference before Magistrate Kobayashi; Report to clients; Place telephone call to L. Smith re: Status; Place telephone call to D. Cappazola re: Indemnification | 2.00 200.00/hr | 400.00 |

G. Craig Birchette, Esq.                                    Page    2

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/4/04 | Report to clients re: Status; Review documents; Review proposed indeminification | 0.70 200.00/hr | 140.00 |
| 3/9/04 | Review Settlement proposal; Review email re: Software | 0.80 200.00/hr | 160.00 |
| 3/10/04 | Review emails from client re: Supposed similarity between Berry database and spreadsheets | 0.70 200.00/hr | 140.00 |
| 3/11/04 | Review documents/emails with Hogan re: Second Amended Complaint; Check status of Mediation | 0.40 200.00/hr | 80.00 |
| 3/13/04 | Review emails re: Stay of case/Second Amended Complaint; Draft letter to counsel and Court re: Same | 0.60 200.00/hr | 120.00 |
| 3/15/04 | Exchange emails with counsel re: Second Amended Complaint and status of filing and serving same; Draft letter and call Court re: Same; Place telephone call to L. Smith re: Status | 0.80 200.00/hr | 160.00 |
| 3/23/04 | Followup on status; Review documents and order of Court re: Mediation | 0.60 200.00/hr | 120.00 |
| 3/24/04 | Review order; Place telephone call to L. Smith; Status report to clients | 0.80 200.00/hr | 160.00 |
| 3/29/04 | Followup with B. Meyers re: Mediation | 0.40 200.00/hr | 80.00 |
| 3/31/04 | Place telephone call to B. Meyer; Place telephone call to L. Smith; Review documents and status of case; Review mediation rules and correspondence | 0.60 200.00/hr | 120.00 |

G. Craig Birchette, Esq.                                          Page   3

|  |  | Hours | Amount |
|---|---|---|---|
| | SUBTOTAL: | [  10.40 | 2,080.00] |
| | RM | | |
| 3/1/04 | Reveiw objections by L. Smith to proposed second amended complaint; Review correspondence from L. Smith re: Proposed non-monetary settlement terms | 0.40<br>125.00/hr | 50.00 |
| 3/3/04 | Review notes from settlement conference and draft correspondence to client re: Status of settlement, court ordered mediation | 0.50<br>125.00/hr | 62.50 |
| 3/4/04 | Draft correspondence to clients re: Status of Settlement agreement | 0.20<br>125.00/hr | 25.00 |
| | SUBTOTAL: | [   1.10 | 137.50] |
| | For professional services rendered | 11.50 | $2,217.50 |
| | Additional charges: | | |
| | LHO | | |
| 3/12/04 | Fax | | 34.00 |
| 3/15/04 | Fax | | 16.00 |
| | Postage | | 1.11 |
| | Xerox | | 1.20 |
| 3/29/04 | Xerox | | 0.80 |
| | Dwyer Schraff Meyer Jossem and Bushnell | | 500.00 |
| | SUBTOTAL: | | [  553.11] |

G. Craig Birchette, Esq.                                      Page    4

|  | Amount |
|---|---|
| Total costs | $553.11 |
| Service tax | $92.38 |
| Total amount of this bill | $2,862.99 |
| Previous balance | $38,273.07 |
| 3/21/04 Payment - thank you | ($3,741.14) |
| 4/4/04 Payment - thank you | ($34,531.93) |
| Total payments | ($38,273.07) |
| Balance due | $2,862.99 |