Lyle S. Hosoda & Associates
345 Queen St., Ste. 804
Honolulu HI 96813


Invoice submitted to:
G. Craig Birchette, Esq.
Vice President
Fleming Companies, Inc.
1945 Lakepointe Drive
Lewisville TX 75057


May 7, 2004

Invoice # 11456

> Professional services

|         |                                                                                                               | Hrs/Rate           | Amount |
|---------|---------------------------------------------------------------------------------------------------------------|--------------------|--------|
|         | LHO                                                                                                            |                    |        |
| 4/2/04  | Review LRS/C & S's submittal to B. Meyer; Place telephone call to L. Smith re: Status                          | 0.70<br>200.00/hr  | 140.00 |
| 4/5/04  | Review correspondence; Place telephone call to B. Meyer re: Status                                             | 0.40<br>200.00/hr  | 80.00  |
| 4/6/04  | Place telephone call to L. Smith; Place telephone call to B. Meyer re: Status; Review correspondence from T. Noa re: Software | 0.40<br>200.00/hr  | 80.00  |
| 4/7/04  | Meeting with B. Christensen re: Status                                                                         | 0.70<br>200.00/hr  | 140.00 |
| 4/13/04 | Review correspondence; Place telephone call to L. Smith                                                        | 0.30<br>200.00/hr  | 60.00  |

G. Craig Birchette, Esq.                                          Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/16/04 | Review pleadings and status; Prepare for and attend mediation session; Place telephone call to B. Christensen re: Status | 1.80 200.00/hr | 360.00 |
| 4/19/04 | Place telephone call to L. Smith; Review documents; Draft status report to clients | 0.70 200.00/hr | 140.00 |
| 4/21/04 | Review email from T. Noa re: Mediation; Email B. Meyer re: Mediation | 0.80 200.00/hr | 160.00 |
| 4/22/04 | Correspondence with T. Noa; Place telephone call to B. Meyer re: Attendance of T. Noa at Mediation | 0.40 200.00/hr | 80.00 |
| 4/26/04 | Review emails from D. Capozzola and L. Smith; Place telephone call to L. Smith re: Status; Review emails and exchange with T. Hogan; Review pleadings/discovery requests; Exchange emails with T. Noa re: Status | 1.40 200.00/hr | 280.00 |
| 4/27/04 | Review email from T. Hogan and Motion for Order approving claims; Followup re: T. Noa; Prepare for Mediation | 1.20 200.00/hr | 240.00 |
| | SUBTOTAL: | [   8.80 | 1,760.00] |
| | RM | | |
| 4/2/04 | Review draft letter to W. Meyer re: Background for mediation | 0.30 125.00/hr | 37.50 |
| 4/13/04 | Review correspondence from B. Meyer re: Pre-mediation conference and mediation statement | 0.10 125.00/hr | 12.50 |

G. Craig Birchette, Esq.                                        Page    3

|         |                                                                                                              | Hrs/Rate          | Amount |
|---------|--------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 4/14/04 | Draft outline for pre-mediation statement                                                                    | 0.40 125.00/hr    | 50.00  |
| 4/15/04 | Review correspondence re: Settlement; Review pleadings re: First lawsuit; Draft confidential mediation statement; Prepare for pre-mediation conference with B. Meyer | 1.60 125.00/hr    | 200.00 |
| 4/16/04 | Research re: Copyright infringement, fair use doctrine, substantially similar, derivative copy; Review note re: Pre-mediation meeting with B. Meyer | 3.20 125.00/hr    | 400.00 |
| 4/19/04 | Review correspondence to clients re: Update on Mediation; Research re: Employee not liable if with in course and scope of employment | 0.70 125.00/hr    | 87.50  |
| 4/20/04 | Place telephone call to B. Meyer re: Confirmed mediation for May 5 and 6; Draft email to clients re: Same | 0.30 125.00/hr    | 37.50  |
| 4/22/04 | Research generally, issue of copyright infringement, vicarious infringement, fair use doctrine               | 2.50 125.00/hr    | 312.50 |
|         | Review correspondence from clients re: Goals for settlement; Draft Mediation Statement                       | 1.30 125.00/hr    | 162.50 |
| 4/26/04 | Review correspondence to and from T. Hogan                                                                    | 0.20 125.00/hr    | 25.00  |
| 4/27/04 | Review correspondence to and from T. Noa re: Whether presence required for mediation                         | 0.20 125.00/hr    | 25.00  |

G. Craig Birchette, Esq.                                          Page   4

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/27/04 | Place telephone call to B. Meyer requesting explanation of why T. Noa cannot be present for mediation due to hardship | 0.20<br>125.00/hr | 25.00 |
|  | Place telephone call to Jodi/B. Meyer requesting that explanation of T. Noa's hardship be put into letter and sent to him no later than 9 am tomorrow morning | 0.10<br>125.00/hr | 12.50 |
|  | Draft letter to B. Meyer formally requesting T. Noa's participation in mediation by telephone since financial hardship and not decision-maker with authority for monetary settlement | 0.40<br>125.00/hr | 50.00 |
| 4/28/04 | Review correspondence from M. Dillon re: Specifics of spreadsheet system, copying of date from Berry; Review correspondence from B. Meyer re: Mediation and Mediation Statement; Draft correspondence to T. Noa re: Will let her know if need to be present for mediation; Review correspondence from T. Noa confirming got copy of letter to B. Meyer requesting participation by phone; Place telephone call to Mag Kobayashi re: C&S indemnifying Noa so she has no authority to contribute money to settlement; Review order from court granting Noa participation in mediation by telephone; Draft correspondence to T. Noa re: Same; Review correspondence for discussions re: Settlement; Draft Confidential Mediation Statement | 2.60<br>125.00/hr | 325.00 |
|  | SUBTOTAL: | [  14.10 | 1,762.50] |

G. Craig Birchette, Esq.                                    Page    5

|            |                                      | Hours | Amount      |
|------------|--------------------------------------|-------|-------------|
|            | For professional services rendered   | 22.90 | $3,522.50   |

Additional charges:

LHO

|          |          |         |
|----------|----------|---------|
| 4/5/04   | Fax      | 4.00    |
|          | Xerox    | 0.60    |
|          | Postage  | 1.11    |
|          | Xerox    | 4.20    |
| 4/28/04  | Fax      | 3.00    |
|          | Xerox    | 0.60    |
| 4/30/04  | Fax      | 5.00    |
|          | Postage  | 0.74    |
|          | Xerox    | 2.60    |

|                               |             |
|-------------------------------|-------------|
| SUBTOTAL:                      | [   21.85]  |
| Total costs                    | $21.85      |
| Service tax                    | $146.75     |
| Total amount of this bill      | $3,691.10   |
| Previous balance               | $2,862.99   |
| Balance due                    | $6,554.09   |

Lyle S. Hosoda & Associates
345 Queen St., Ste. 804
Honolulu HI 96813

Invoice submitted to:
G. Craig Birchette, Esq.
Vice President
Fleming Companies, Inc.
1945 Lakepointe Drive
Lewisville TX 75057

June 3, 2004

Invoice #11478

Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | LHO | | |
| 5/3/04 | Place telephone call to L. Smith; Review documents and status; Prepare for mediation | 1.00 200.00/hr | 200.00 |
| 5/4/04 | Place telephone call to T. Noa; Place telephone call to M. Dillon; Place telephone call to B. Christensen; Place telephone call to L. Smith; Review documents and status; Prepare for mediation with Judge Kobayashi/Mediator Meyer | 1.20 200.00/hr | 240.00 |
| 5/5/04 | Prepare for and attend mediation at Federal Court | 4.50 200.00/hr | 900.00 |
| 5/6/04 | Attend scheduling conference with Magistrate Kobayashi; Correspondence with T. Noa; Meeting with defense counsel | 2.50 200.00/hr | 500.00 |

G. Craig Birchette, Esq.                                          Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/7/04 | Review transcript of hearing | 0.50<br>200.00/hr | 100.00 |
| 5/8/04 | Review rule 16 order | 0.30<br>200.00/hr | 60.00 |
| 5/10/04 | Review transcript of TRO hearing | 0.40<br>200.00/hr | 80.00 |
| 5/13/04 | Review documents and status; Status conference | 0.40<br>200.00/hr | 80.00 |
| 5/14/04 | Review letter from L. Smith re: Guidance records; Review email from T. Hogan re: Discovery | 0.40<br>200.00/hr | 80.00 |
| 5/15/04 | Research re: Employee exception | 2.00<br>200.00/hr | 400.00 |
| 5/16/04 | Review Court's clerification re: Discovery; Review plaintiff's request for production of documents to Hawaii Transfer Company | 0.40<br>200.00/hr | 80.00 |
| 5/19/04 | Review T. Hogan letter; Review documents; Research re: Motion for Summary Judgment | 1.20<br>200.00/hr | 240.00 |
| 5/21/04 | Review discovery requests to Hawaii Transfer Company, Ltd.; Research re: Motion for Summary Judgment | 2.00<br>200.00/hr | 400.00 |
| 5/24/04 | Review Plaintiff Berry's statement of appeal for Amended Rule 16 scheduling order; Place telephone call to L. Smith | 0.70<br>200.00/hr | 140.00 |
| | SUBTOTAL: | [  17.50 | 3,500.00] |

G. Craig Birchette, Esq.                                    Page    3

|          |                                                                 | Hrs/Rate   | Amount |
|----------|-----------------------------------------------------------------|------------|--------|
|          | RM                                                              |            |        |
| 5/5/04   | Draft summary of facts in preparation for mediation with B. Meyer and Judge Kobayashi | 0.40 125.00/hr | 50.00 |
| 5/6/04   | Attend status conference with Magistrate Kobayashi to discuss resetting trial dates, discovery, dispositive motions; Review correspondence to T. Noa re: Status of mediation, proceeding to trial; Meet with defense counsel re: Filing Rule 11 and summary judgment motions, strategy for discovery, issues at trial | 1.90 125.00/hr | 237.50 |
| 5/10/04  | Review trial setting order and calendar all pretrial dates; Review corresopndence from T. Hogan re: Revisions to second amended complaint; Review correspondence from T. Hogan re: Status conference with Magistrate Kobayashi; Calendar status conference; Review correspondence from L. Smith re: CD copy of trial transcripts and Berry deposition taken in first trial | 0.80 125.00/hr | 100.00 |
| 5/11/04  | Calendar new trial deadlines; Place telephone call to Magistrate Kobayashi re: Participate on status conference by telephone | 0.20 125.00/hr | 25.00 |
| 5/12/04  | Review second amended complaint for individual defendants and causes of actions alleged to move to dismiss/rule 11 sanctions | 0.50 125.00/hr | 62.50 |
| 5/13/04  | Attend status conference with Magistrate Kobayashi to discuss two phases of Motions for Summary Judgment, discovery, new trial | 1.40 125.00/hr | 175.00 |

G. Craig Birchette, Esq.                                    Page    4

|          |                                              | Hrs/Rate   | Amount    |
|----------|----------------------------------------------|------------|-----------|
|          | date; Meet with defense counsel re: Filing rule 11 motion for sanctions, motion for summary judgment on individual defendants, discovery | | |
| 5/24/04  | Conference call to L. Smith re: Will not file response to Berry's appeal of Rule 16 order | 0.20 125.00/hr | 25.00 |
|          | SUBTOTAL:                                     | [   5.40   | 675.00]   |
|          | For professional services rendered           | 22.90      | $4,175.00 |
|          | Additional charges:                          |            |           |
|          | LHO                                          |            |           |
| 5/8/04   | Postage                                      |            | 1.80      |
|          | Xerox                                        |            | 4.80      |
| 5/20/04  | Xerox                                        |            | 8.80      |
|          | Xerox                                        |            | 8.80      |
|          | SUBTOTAL:                                     |            | [   24.20] |
|          | Total costs                                  |            | $24.20    |
|          | Service tax                                  |            | $173.93   |
|          | Total amount of this bill                    |            | $4,373.13 |
|          | Previous balance                             |            | $6,554.09 |

G. Craig Birchette, Esq.                                              Page    5

                                                                     Amount

5/22/04 Payment - thank you                                        (\$2,862.99)

        Balance due                                                 \$8,064.23

Lyle S. Hosoda & Associates
345 Queen St., Ste. 804
Honolulu HI 96813


Invoice submitted to:
G. Craig Birchette, Esq.
Vice President
Fleming Companies, Inc.
1945 Lakepointe Drive
Lewisville TX 75057


July 14, 2004

Invoice #11499

Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | JF | | |
| 6/30/04 | Research copyright infringement; requirement for liability | 4.00 95.00/hr | 380.00 |
| | SUBTOTAL: | [    4.00 | 380.00] |
| | LHO | | |
| 6/1/04 | Review Fleming's Memo in Opposition to Plaintiff's appeal from Rule 16 scheduling order; Research Motion for Summary Judgment | 2.50 200.00/hr | 500.00 |
| 6/3/04 | Place telephone call to L. Smith re: Status; Place telephone call to M. Dillon re: Computer software; Conference call with D. Capozzola, L. Smith and M. Dillon; | 3.00 200.00/hr | 600.00 |

G. Craig Birchette, Esq.                                    Page    2

|         |                                                                                                                                                                                                                      | Hrs/Rate          | Amount   |
|---------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
|         | Review Flemings additional statement; Research re: Defenses to claims by W. Berry - employee exception                                                                                                                  |                   |          |
| 6/4/04  | Review discovery requests served by Defendant Hawaii Transfer company to Plaintiff                                                                                                                                      | 0.40 200.00/hr    | 80.00    |
| 6/7/04  | Review Berry's supplemental memo re: Rule 16 order; Review Court's order re: Rule 16 Order; Review Motion for Preliminary Injunction; Commence research in opposition to Motion for Preliminary Injunction               | 1.50 200.00/hr    | 300.00   |
| 6/8/04  | Review documents and status; Place telephone call to M. Dillon and D. Capazzola; Conference call with L. Smith, M. Dillon and D. Capozzola; Exchange emails re: T. Noa deposition; Research re: Opposition to Motion for Preliminary Injunction | 3.50 200.00/hr    | 700.00   |
| 6/9/04  | Conference call with L. Smith and D. Capozzola re: Case strategy – deposition of Plaintiff; Review documents; Research re: Motion for preliminary hearing                                                                | 2.50 200.00/hr    | 500.00   |
| 6/10/04 | Review and exchange emails with client re: Review of software and data; Exchange emails with clients re: Status of deposition notices; Followup re: Discovery                                                            | 1.20 200.00/hr    | 240.00   |
| 6/12/04 | Research re: Defenses and Motion for preliminary injunction                                                                                                                                                             | 2.70 200.00/hr    | 540.00   |

G. Craig Birchette, Esq.                                           Page   3

|         |                                                                                                                                                                        | Hrs/Rate          | Amount |
|---------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 6/14/04 | Conference call with L. Smitha nd D. Capozzola; Review documents; Research re: Motion for Preliminary Injunction                                                          | 1.50 200.00/hr    | 300.00 |
| 6/15/04 | Prepare Notice of deposition; Email L. Smith and D. Capozzola re: Discovery; Review documents                                                                            | 0.80 200.00/hr    | 160.00 |
| 6/16/04 | Review correspondence from T. Hogan re: Plaintiff's deposition; Review discovery responses from Hawaii Transfer Company; Review and exchange correspondence re: Discovery and depositions; Contact clients re: Availability for depositions; Review documents | 1.70 200.00/hr    | 340.00 |
| 6/17/04 | Review documents; Prepare discovery; Review correspondence re: Discovery                                                                                                 | 1.20 200.00/hr    | 240.00 |
| 6/18/04 | Place telephone call to L. Smith re: New computer; Review correspondence; Prepare Motion for Summary Judgment                                                            | 1.50 200.00/hr    | 300.00 |
| 6/21/04 | Place telephone calls to L. Smith; Conference call with L. Smith, D. Capozzola, S. Barney and M. Dillon; Place telephone call to M. Dillon; Place telephone call to T. Noa; Review documents | 2.20 200.00/hr    | 440.00 |
| 6/22/04 | Meeting with M. Dillon at warehouse; Review computer consultant's objective; Place telephone call to L. Smith                                                           | 1.50 200.00/hr    | 300.00 |
| 6/23/04 | Place telephone call to M. Dillon re: Status/discovery; Review plaintiff's RICO statement; Review amended complaint; Place telephone                                     | 3.50 200.00/hr    | 700.00 |

G. Craig Birchette, Esq.                                    Page    4

|          |                                                                                                                | Hrs/Rate            | Amount    |
|----------|----------------------------------------------------------------------------------------------------------------|---------------------|-----------|
|          | call to T. Hogan re: Discovery; Review subpoena on Iowa Telecomm; Email T. Noa; Place telephone call to M. Dillon; Place telephone call to L. Smith; Research re: Individual liability |                     |           |
| 6/24/04  | Place telephone call to L. Smith re: Status; Review communications with client; Research re: Motion for Summary Judgment | 2.00 200.00/hr      | 400.00    |
| 6/25/04  | Research re: Motion for Summary Judgment                                                                        | 2.00 200.00/hr      | 400.00    |
| 6/28/04  | Review documents and status; Research re: Subpoena on Iowa Telecomm                                             | 1.50 200.00/hr      | 300.00    |
| 6/30/04  | Review research re: Iowa telecomm                                                                               | 1.70 200.00/hr      | 340.00    |
|          | SUBTOTAL:                                                                                                       | [  38.40            | 7,680.00] |
|          | MS                                                                                                              |                     |           |
| 6/2/04   | Research re: Motion for Summary Judgment                                                                        | 2.00 95.00/hr       | 190.00    |
| 6/3/04   | Research re: Motion for Summary Judgment                                                                        | 2.00 95.00/hr       | 190.00    |
| 6/4/04   | Research re: Motion for Summary Judgment                                                                        | 2.00 95.00/hr       | 190.00    |
| 6/5/04   | Research re: Motion for Summary Judgment                                                                        | 2.00 95.00/hr       | 190.00    |
| 6/7/04   | Research re: Motion for Summary Judgment                                                                        | 2.50 95.00/hr       | 237.50    |

G. Craig Birchette, Esq.                                        Page   5

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/9/04 | Research re: Motion for Summary Judgment | 2.00 95.00/hr | 190.00 |
| 6/11/04 | Research re: Motion for Summary Judgment | 3.00 95.00/hr | 285.00 |
| 6/12/04 | Research re: Motion for Summary Judgment | 1.00 95.00/hr | 95.00 |
| 6/13/04 | Research re: Motion for Summary Judgment | 2.00 95.00/hr | 190.00 |
| 6/14/04 | Research re: Motion for Summary Judgment | 2.50 95.00/hr | 237.50 |
| 6/15/04 | Research re: Motion for Summary Judgment | 2.50 95.00/hr | 237.50 |
| 6/16/04 | Research re: Motion for Summary Judgment | 1.00 95.00/hr | 95.00 |
| 6/25/04 | Research re: Motion for Summary Judgment | 2.00 95.00/hr | 190.00 |
| 6/26/04 | Research re: Motion for Summary Judgment | 2.00 95.00/hr | 190.00 |
| 6/28/04 | Research re: Motion for Summary Judgment | 2.00 95.00/hr | 190.00 |
| 6/29/04 | Research re: Motion for Summary Judgment | 2.00 95.00/hr | 190.00 |
| 6/30/04 | Research re: Motion for Summary Judgment | 2.00 95.00/hr | 190.00 |
| 7/1/04 | Research re: Motion for Summary Judgment | 2.00 95.00/hr | 190.00 |
| 7/2/04 | Research re: Motion for Summary Judgment | 2.00 95.00/hr | 190.00 |

G. Craig Birchette, Esq.                                          Page   6

|        |                                                     | Hrs/Rate   | Amount   |
|--------|-----------------------------------------------------|------------|----------|
| 7/5/04 | Research re: Motion for Summary Judgment            | 2.00 95.00/hr | 190.00 |
| 7/7/04 | Research re: Motion for Summary Judgment            | 1.00 95.00/hr | 95.00 |
| 7/9/04 | Research re: Motion for Summary Judgment            | 1.50 95.00/hr | 142.50 |
|        | SUBTOTAL:                                           | [   43.00  | 4,085.00] |

RM _____

|        |                                                     | Hrs/Rate      | Amount |
|--------|-----------------------------------------------------|---------------|--------|
| 6/1/04 | Review Berry's Motion for preliminary injunction    | 0.50 125.00/hr | 62.50 |
| 6/2/04 | Review Fleming's opposition to Berry's appeal of Rule 16 order; Draft memo to file re: Research needed for opposition to Berry's Motion for Preliminary Injunction, rule 11 motion and Motion for Summary Judgment | 0.60 125.00/hr | 75.00 |
| 6/3/04 | Conference call with M. Capozzola, L. Smith and M. Dillon re: Berry's software and current spreadsheets in use, status of bankruptcy case and plan or reorganization; Review case law re: No copyrightable interest in data | 0.60 125.00/hr | 75.00 |
|        | Research issue of general copyright law, copyright infringement | 2.10 125.00/hr | 262.50 |
| 6/8/04 | Conference call with D. Capozzola, L. Smith and M. Dillon re: Discovery produced during first lawsuit, Gurzi's review of computers | 0.40 125.00/hr | 50.00 |

G. Craig Birchette, Esq.                                              Page    7

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/10/04 | Place telephone call to D. Capozzola re: Scheduling deposition of W. Berry; Review research re: Copyright infringement | 1.20 125.00/hr | 150.00 |
| 6/14/04 | Review plaintiffs discovery requests for T. Noa; Draft letter to T. Noa re: Review discovery requests, complete, and telephone to discuss; Conference call with L. Smith re: Scheduling Berry's deposition | 0.50 125.00/hr | 62.50 |
| 6/16/04 | Review correspondence from T. Hogan re: Depositions, request status conference on deposition of Berry | 0.20 125.00/hr | 25.00 |
| 6/21/04 | Review correspondence from T. Noa re: Responses to discovery requests from Berry; Place telephone call to M. Dillon re: Expert here today to scrub computers | 0.40 125.00/hr | 50.00 |
| 6/22/04 | Meet with M. Dillon at Kapolei office; Draft T. Noa's response to Berry's interrogatories | 3.00 125.00/hr | 375.00 |
| 6/23/04 | Conference call with L. Smith re: Status conference with Magistrate Kobayashi, deposition scheduling, SDT on Iowa Telecomm; Draft letter to T. Hogan re: Deposition of Berry off indefinitely; Draft letter to T. Hogan re: Meet and confer on SDT to Iowa Telecomm; Meet re: Status conference with Magistrate, service of amended complaint on additional individual defendants; Place telephone call to A. Lopez re: Status conference; Place telephone call to E. Porter | 3.80 125.00/hr | 475.00 |

G. Craig Birchette, Esq.                                          Page    8

|  | | Hrs/Rate | Amount |
|---|---|---|---|

|  | re: Status conference; Draft correspondence to T. Noa re: SDT and plan of action; Review Berry's motion for PI; Draft shell of rule 12(b)(6) motion to dismiss and motion for rule 11 sanctions | | |
| 6/23/04 | Review second amended complaint; Research issue of rule 11 sanctions and dismissal for failure to state claim | 2.10 125.00/hr | 262.50 |
| 6/24/04 | Place telephone call to T. Hogan re: Meet and confer; Review correspondence from L. Smith and D. Capozzola re: Noa's deposition; Draft correspondence to L. Smith re: Meet and confer with T. Hogan and will wait and see if need status conference; Review correspondence from T. Noa re: SDT; Draft email to T. Hogan re: Meet and confer | 0.80 125.00/hr | 100.00 |
|  | Research issue of protective order; Place telephone call to D. Capozzola re : Need supplemental Affidavit from M. Dillon; Place telephone call to M. Dillon; Draft correspondence to T. Hogan re: Concerns over SDT on Iowa Telecomm; Place telephone call to M. Dulac re: Supplemental Affidavit of M. Dillon; Conference call with M. Dulac and M. Dillon re: No use of software after 6/9/03; Place telephone call to M. Dillon re: Review of supplement declaration; Review correspondence from T. Hogan re: Suggestions short of withdrawing SDT and responded | 3.70 125.00/hr | 462.50 |

G. Craig Birchette, Esq.                                        Page    9

|  | Hrs/Rate | Amount |
|---|---|---|
| 6/25/04 Review correspondence from T. Hogan re: When will Noa's responses be available; Research protective order over phone records; Conference call with T. Hogan re: SDT on Iowa Telecomm; Draft memo; Research and draft stipulated protective order; Review order affirming discovery limitations in amended rule 16 scheduling order | 5.10 125.00/hr | 637.50 |
| 6/28/04 Review correspondence from L. Smith re: Deposition of W. Berry; Review correspondence re: Status conference with court on SDT on Iow Telecomm; Meeting with M. Dillon at L. Smith's office, need to prepare for hearing in bankruptcy case; Prepare binder of depositions, declarations and trial testimony of M. Dillon for fed ex; Review subpoena on H. Bernardino for oral deposition and to produce documents; Place telephone call to M. Dillon re: Meeting at L. Smith's office and availability to attend bankruptcy hearing; Place telephone call to B. Christensen re: Who H. Bernardino is; Place telephone call to L. Smith re: Subpoena on Bernardino; Place telephone call to L. Smith re: Bernardino former Foodland employee; Correspondence to D. Capozzola and L. Smith re: Dillon's availibility to meet this week and attend bankruptcy hearing; Memo to file re: Objections to SDT on Bernardino | 3.00 125.00/hr | 375.00 |

G. Craig Birchette, Esq.                                          Page  10

|  | Hrs/Rate | Amount |
|---|---|---|
| 6/29/04  Place telephone call to M. Dillon re: Meeting tomorrow and will not be at Kapolei office in the morning; Place telephone call to T. Hogan re: No objection to status conference on 7/7; Draft letter to Magistrate Kobayashi requesting status conference on SDT for Noa's records; Draft correspondence | 1.00 125.00/hr | 125.00 |
| Review correspondence re: SDT for Noa's records; Fax letter to Judge Kobayashi and all counsel re: Request for status conference; Meet with J. Faye re: Research standard for Motion to Dismiss, if information outside complaint considered then motion for summary judgment and research re: What need to succeed on infringement claim; Draft objection to SDT for Noa's records; Reseach copyright infringement, protection of literal works including computer software; Meet with M. Dillon re: SDT for Noa's records; Meet with L. Smith re: API, Fleming, first copyright lawsuit | 5.60 125.00/hr | 700.00 |

SUBTOTAL:                                    [   34.60       4,325.00]

For professional services rendered    120.00    $16,470.00

Additional charges:

LHO

G. Craig Birchette, Esq.                                    Page  11

                                                             Amount

| Date | Item | Amount |
|------|------|-------:|
| 6/1/04 | Xerox | 8.20 |
| 6/2/04 | Postage | 8.70 |
| | Xerox | 4.80 |
| 6/14/04 | Postage | 14.94 |
| | Xerox | 10.40 |
| 6/15/04 | Fax | 8.00 |
| 6/23/04 | Postage | 1.11 |
| | Xerox | 2.80 |
| | Fax | 12.00 |
| 6/25/04 | Postage | 11.85 |
| 6/28/04 | Postage | 3.87 |
| | Xerox | 25.20 |
| | Fax | 12.00 |
| 6/30/04 | Fax | 21.00 |
| 7/2/04 | Postage | 1.11 |
| | Xerox | 2.00 |
| | Fax | 15.00 |

SUBTOTAL:                                          [    162.98]

Total costs                                          $162.98
Service tax                                          $686.14
Total amount of this bill                        $17,319.12

G. Craig Birchette, Esq.                                          Page  12

|  |  | Amount |
|---|---|---|
| | Previous balance | $8,064.23 |
| 6/6/04 | Payment - thank you | ($3,691.10) |
| 6/27/04 | Payment - thank you | ($4,373.13) |
| | Total payments | ($8,064.23) |
| | Balance due | $17,319.12 |

Lyle S. Hosoda & Associates
345 Queen St., Ste. 804
Honolulu HI 96813

Invoice submitted to:
G. Craig Birchette, Esq.
Vice President
Fleming Companies, Inc.
1945 Lakepointe Drive
Lewisville TX 75057

August 18, 2004

Invoice # 11530

Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/2/04 | Review and finalize letter brief to Magistrate Kobayashi re: Iowa Telecomm | 1.50 200.00/hr | 300.00 |
| 7/6/04 | Work on discovery; Review documents | 1.40 200.00/hr | 280.00 |
| 7/7/04 | Review Plaintiff's answer to Hawaii Transfer's interrogatories and request for production of documents; Appear at District Court re: Motion/conference re: Plaintiff's subpoena on Iowa Telecomm; Place telephone call to M. Dillon and T. Noa; Research re: Motion for Summary Judgment | 4.20 200.00/hr | 840.00 |
| 7/8/04 | Communicate with T. Noa and M. Dillon re: Subpoena on Iowa Telecomm; Begin working on T. Noa's deposition; Communicate with L. Smith and D. Capozzola re: Subpoena and deposition of T. Noa; | 3.00 200.00/hr | 600.00 |

G. Craig Birchette, Esq.                                          Page   2

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| | Review Trial testing of M. Dillon | | |
| 7/9/04 | Review Foodland's answer to Plaintiff's second amended Complaint; Place telephone call to Carnazzo re: Iowa Telecomm; Research and review cases for Motion for Summary Judgment | 2.80 200.00/hr | 560.00 |
| 7/10/04 | Review M. Dillon prior testimony; Research re: Motion for Summary Judgment | 3.50 200.00/hr | 700.00 |
| 7/12/04 | Meeting with client re: Deposition preparation; Research re: Motion for Summary Judgment; Communications with counsel re: Strategy | 3.70 200.00/hr | 740.00 |
| 7/13/04 | Correspondence with counsel re: Discovery/Dillon deposition; Place telephone call to M. Dillon re: Deposition preparation; Review HTC answer; Correspondence with T. Noa; Place telephone call to L. Smith; Place telephone call to D. Capozzola; Draft letter to T. Hogan re: Deposition; Review T. Noa interrogatory responses; Review and finalize answer to second amended complaint; Research re: Motion for Summary Judgment | 5.20 200.00/hr | 1,040.00 |
| 7/14/04 | Review HES' answer to second amended complaint; Review and finalize T. Noa's responses to interrogatories; Place telephone call to L. Smith re: Status and depositions; Meeting with E. Liebler, L. Smith, D. Capozzola and M. Dillon | 3.50 200.00/hr | 700.00 |

G. Craig Birchette, Esq.                                    Page    3

|         |                                                                                                                                                                                          | Hrs/Rate        | Amount   |
|---------|----------|-----------------|----------|
| 7/15/04 | Review testimony of M. Dillon; Place telephone call to L. Smith; Place telephone call to D. Capozzola; Place telephone call to M. Dillon; Review documents to prepare for testimony | 3.20 200.00/hr | 640.00 |
| 7/16/04 | Place telephone call to M. Dillon and D. Capozzola; Meeting with E. Liebler, D. Capozzola and M. Dillon; Prepare for testimony in Delaware bankruptcy court; Research re: Motion for Summary Judgment - employee liability | 6.00 200.00/hr | 1,200.00 |
| 7/17/04 | Prepare for testimony in Delaware bankruptcy court | 2.00 200.00/hr | 400.00 |
| 7/18/04 | Review Fleming and C&S Answer to second amended complaint; Review M. Dillon testimony; Place telephone call to D. Capozzola re: Preparation of M. Dillon for testimony; Review Motion for Preliminary Injunction; Research and prepare response | 4.50 200.00/hr | 900.00 |
| 7/19/04 | Exchange email communications; Place telephone call to D. Capozzola; Place telephone call to T. Noa and D. Capozzola re: Delaware testimony; Place telephone call to M. Dillon re: Arrangements and preparation for testimony | 5.50 200.00/hr | 1,100.00 |
| 7/20/04 | Numerous calls to M. Dillon, D. Capozzola and T. Noa; Review prior testimony; Conference calls to prepare for testimony; Work on motion for summary judgment and opposition | 6.50 200.00/hr | 1,300.00 |

G. Craig Birchette, Esq.                                              Page    4

|         |                                                                                          | Hrs/Rate       | Amount   |
|---------|------------------------------------------------------------------------------------------|----------------|----------|
| 7/21/04 | Place telephone call to M. Dillon; Correspondence with D. Capozzola; Correspondence with T. Noa; Prepare for Dillon examination; Review testimony of L. Smith; Research re: Motion for Summary Judgment | 6.00 200.00/hr | 1,200.00 |
| 7/22/04 | Correspondence with clients T. Noa and M. Dillon re: Testimony in Delaware; Correspondence with D. Capozzola re: Testimony in Delaware; Review documents and prepare for Delaware; Research re: Motion for Summary Judgment | 5.00 200.00/hr | 1,000.00 |
| 7/23/04 | Prepare for M. Dillon and T. Noa examination and travel to Delaware | 6.00 200.00/hr | 1,200.00 |
| 7/24/04 | Travel to Delaware; Prepare for motion for confirmation hearing | 8.00 200.00/hr | 1,600.00 |
| 7/25/04 | Prepare for motion for confirmation hearing in Delaware | 12.00 200.00/hr | 2,400.00 |
| 7/26/04 | Prepare for and attend hearing to confirm in the bankruptcy court in Delaware | 10.00 200.00/hr | 2,000.00 |
| 7/27/04 | Travel/return from Delaware | 8.00 200.00/hr | 1,600.00 |
| 7/28/04 | Research re: Motion for Summary Judgment | 4.00 200.00/hr | 800.00 |
| 7/29/04 | Place telephone call to T. Noa and reveiw material provided re: Fleming status following hearing; Place telephone call to B. Christensen and L. Smith re: Report following Delaware bankruptcy court hearing; Conference call and research rule | 7.00 200.00/hr | 1,400.00 |

G. Craig Birchette, Esq.                                        Page    5

|  | Hrs/Rate | Amount |
|---|---|---|
| 68 offer; Draft and research Motion for Summary Judgment; Research letter to T. Hogan re: 56(f) | | |
| 7/30/04 Research and draft Motion for Summary Judgment | 3.00 200.00/hr | 600.00 |
| 7/31/04 Research and draft Motion for Summary Judgment | 2.00 200.00/hr | 400.00 |
| For professional services rendered | 127.50 | $25,500.00 |
| Service tax | | $1,062.33 |
| Total amount of this bill | | $26,562.33 |
| Balance due | | $26,562.33 |