Lyle S. Hosoda & Associates
345 Queen St., Ste. 804
Honolulu HI 96813

Invoice submitted to:
Louis J. Price, Esq.
McAfee & Taft
211 N. Robinson Ave., 10th Floor
Oklahoma City OK 73102

June 8, 2005

Invoice # 11711

Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | **LHO** | | |
| 5/2/05 | Review Plaintiff's discovery requests to Guidance; Draft status report to clients; Prepare for and attend conference call with Judge Mollway; Draft and exchange emails with defense counsel; Draft opposition to Iowa Telecomm documents | 4.40 200.00/hr | 880.00 |
| 5/3/05 | Exchange emails re: Expert report; Review Dr. Johnson reports; Review documents from mainland witnesses; Reivew amended rule 16 scheduling order; Conference call with E. Liebeler, D. Capozzola, L. Smith, R. Mead and expert M. Walker; Conference call with M. Dillon, L. Smith and R. Mead re: Ex. 34; Place telephone call to and email T. Noa re: Ex. 35 | 4.50 200.00/hr | 900.00 |

Louis J. Price, Esq.                                                    Page   2

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/4/05 | Exchange email re: Y. Hata; Exchange email re: Expert report/depositions; Review and finalize opposition re: Iowa Telecomm; Prepare for Dr. Johnson deposition; Prepare for Plaintiff's deposition; Review and finalize responses of M. Dillon to M. Walker | 4.20 200.00/hr | 840.00 |
| 5/5/05 | Work with M. Dillon in preparing information to provide to expert witness; Work with defense counsel to prepare for upcoming depositions of Plaintiff, Y. Hata and expert witnesses; Exchange email correspondence with counsel re: Scheduling attendance at depositions, protective orders and witness preparation; Place telephone call to Special Master/Judge Mollway re: Iowa Telecomm documents; Deliver the same to Judge Mollway | 7.00 225.00/hr | 1,575.00 |
| 5/6/05 | Place telephone call to L. Smith re: Exh 34; Place telephone call to P. Lee re: Y. Hata deposition; Review C&S joinder in PCT's opposition to protective order motion; Place telephone call to D. Capozzola re: Y. Hata/Exh. 34/27; Review Ex 34 and 27/M. Dillon responses; Prepare for Dr. Johnson deposition; Prepare for T. Ueno deposition; Meet with Aux partners counsel; Preprae documents | 4.40 200.00/hr | 880.00 |
| 5/7/05 | Prepare for depositions | 2.00 200.00/hr | 400.00 |

Louis J. Price, Esq.                                                    Page    3

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/9/05 | Review PCT- subpoenas of records; Review statement of appeal of Am Sch. Order; Emails to defense counsel re: Protective Order; Review exhibit 34/exh 27 explanation; Prepare for deposition of T. Ueno; Prepare for deposition of Y. Hata; Prepare for deposition of Plaintiff's expert; Review documents produced by plaintiff | 3.70 200.00/hr | 740.00 |
| 5/10/05 | Review Judge Mollway order affirming order; Protective Order; Conference call with defense counsel and M. Walker; Conference call with defense counsel and M. Dillon; Review documents; Prepare for deposition of Y. Hata and Dr. Johnson | 4.50 200.00/hr | 900.00 |
| 5/11/05 | Exchange emails with L. Smith and M. Dillon re: Bill of Lading; Strategize and consider HEX/HES settlement; Exchange emails re: Status of mediation; Conference call with L. Smith, D. Capozzola, R. Mead and M. Walker re: Ex 34 and Ex 27 explanation; Review documents and prepare for depositions of Y. Hata and P. Johnson | 5.00 200.00/hr | 1,000.00 |
| 5/12/05 | Review letter from L. Smith to T. Hogan re: Production of FCS; Exchange email with defense counsel re: Discovery and depositions; Review M. Gurzi Affidavit; Prepare for depositions of Y. Hata, plaintiff and P. Johnson; Review Judge Mollway's orders re: Iowa Telecomm documents and amend scheduling order; | 5.00 200.00/hr | 1,000.00 |

Louis J. Price, Esq.                                        Page   4

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| | Exchange emails with defense counsel re: Preparation for depositions; Deposition scheduling and Motions for Summary Judgment; Exchange emails re: Collection action of HEX/HES settlement proceedings; Prepare Motion for Summary Judgment/cross Motion for Summary Judgment | | |
| 5/13/05 | Prepare for depositions of Y. Hata/P. Johnson and Plaintiff; Review documents; Place telephone call to S. Dunn; Exchange emails with defense counsel re: Discovery and motions | 4.00 200.00/hr | 800.00 |
| 5/14/05 | Review P. Johnson documents and prepare for depositions | 3.50 200.00/hr | 700.00 |
| 5/15/05 | Prepare for Y. Hata deposition and P. Johnson deposition | 2.50 200.00/hr | 500.00 |
| 5/16/05 | Review documents and prepare for depositions of plaintiff P. Johnson and Y. Hata; Meeting with defense counsel | 7.00 200.00/hr | 1,400.00 |
| 5/17/05 | Prepare for and attend deposition of Y. Hata; Prepare for plaintiff's deposition | 8.50 200.00/hr | 1,700.00 |
| 5/18/05 | Prepare for and attend deposition of plaintiff; Prepare for deposition of expert P. Johnson | 10.00 200.00/hr | 2,000.00 |
| 5/19/05 | Prepare for and attend deposition of P. Johnson and continued deposition of Plainitff | 10.50 200.00/hr | 2,100.00 |
| 5/20/05 | Review PCT's letter to Special Master re: Y. Hata docments to be reviewed by expert Dechter; Place | 5.00 200.00/hr | 1,000.00 |

Louis J. Price, Esq.                                                    Page    5

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| | telephone call to R. Fujichaku re: Status and Guidance's Motion for Summary Judgment; Followup re: Transcripts of deposition; Work on draft of cross-motion for Summary Judgment; Place telephone call to L. Smith re: Status; Review correspondence from Special Master re: Document production | | |
| 5/21/05 | Exchange emails with defense counsel re: Discovery; Review opening brief to Ninth Circuit in 1993 case; Followup re: Deposition of expert; Work on cross-Motion for Summary Judgment | 4.50 200.00/hr | 900.00 |
| 5/23/05 | Exchange emails with Plaintiff's counsel re: Depositions and discovery; Review Special Master order; Exchange email with client; Review exhibits; Prepare Motion for Summary Judgment | 3.00 200.00/hr | 600.00 |
| 5/24/05 | Work on cross Motion for Summary Judgment; Review deposition transcripts; Exchange correspondence with defense counsel re: Discovery and motions | 4.50 200.00/hr | 900.00 |
| 5/25/05 | Place telephone call to L. Smith re: Status; Place telephone call to D. Capozzola; Reivew documents and exhibits; Research re: Cross Motion for Summary Judgment; Followup re: Expert report; Begin review of deposition testimony | 3.50 200.00/hr | 700.00 |
| 5/26/05 | Review documents; Exchange emails with defense counsel and plaintiff; Review M. Walker draft report and prepare for conference call | 2.50 200.00/hr | 500.00 |

Louis J. Price, Esq.                                              Page    6

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/27/05 | Conference call with L. Smith and R. Mead; Conference call with M. Dillon re: Exhibit 34 and M. Walker report | 3.00 200.00/hr | 600.00 |
| 5/28/05 | Exchange email communication with plaintiff and defense counsel re: Discovery | 0.80 200.00/hr | 160.00 |
| 5/29/05 | Conference call with L. Smith and D. Capozzola and M. Walker re: Walker declaration and report; Prepare Motion for Summary Judgment | 4.00 200.00/hr | 800.00 |
| 5/30/05 | Meeting with M. Dillon; Conference call with D. Capozzola, L. Smith and M. Walker; Review draft of M. Walker report; Work on cross-motion for Summary Judgment | 7.00 200.00/hr | 1,400.00 |
| 5/31/05 | Work on cross Motion for Summary Judgment; Exchange correspondence with Plainitff and defense counsel re: Discovery; Review deposiiton transcripts | 6.00 200.00/hr | 1,200.00 |
|  | SUBTOTAL: | [ 134.50 | 27,075.00] |
|  | RM |  |  |
| 5/2/05 | Place telephone call to L. Smith confirming conference call; Meet with L. Smith re: Mainland depositions; Conference call with Judge Mollway re: 56(F) motion and dispositive motions deadline; Conference with E. Liebeler and D. Capozzola re: Depositions; Review correspondence between defense counsel re: Deposition of Johnson and Berry; Draft fact section to response to Berry's appeal of Iowa | 5.80 125.00/hr | 725.00 |

Louis J. Price, Esq.                                                    Page    7

|  | Hrs/Rate | Amount |
|---|---|---|

Telecom order; Review correspondence to and from Special Master re: Iowa Telecom documents; Pull exhibits to be attached to response; Draft argument section of response to Berry's appeal; Research re: Digital Millennium Copyright Act; Draft correspondence to M. Dillon re: Exhibit 34 to Berry's affidavit; Place telephone call to M. Dillon re: Berry's affidavit; Create pdf of Berry's affidavit and forward to M. Dillon for review and comment

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 5/3/05 | Conference call with M. Dillon re: Line items in exhibit 34; Draft memo; Conference call with M. Walker re: Spreadsheet information; Draft T. Noa re: Exhibit 34; Draft response to Berry's appeal re: Iowa Telecom order; Research DMCA, court control of discovery; Shepardize cases cited in opposition; Draft affidavit; Prepare exhibits to be attached to opposition | 9.60 125.00/hr | 1,200.00 |
| 5/4/05 | Conference call with M. Dillon and T. Noa re: Exhibit 34; Draft memo re: Same for comment and review by clients; Prepare opposition to Berry's statement of appeal re: Iowa Telecom documents for filing and service; Review notice of appearance of counsel for Alix Partners; Review correspondence from D. Capozzola re: PCT's opposition to Berry's appeal of order re: 2003 FCS; Review opposition and exhibits; Reivew correspondence from L. Smith re: Need info on O/S from M. Dillon; | 5.80 125.00/hr | 725.00 |

Louis J. Price, Esq.                                        Page    8

|  | Hrs/Rate | Amount |
|---|---|---|

Draft correspondence to M. Dillon re: Installation, backup re: O/S; Review correspondence from D. Capozzola re: Exhibit 27; Create df of exhibit 27; Draft correspondence to M. Dillon re: Explanation of exhibit 27; Review correspondence to S. Dunn re: Expert depositions; Draft memo re: Plaintiff's expert witnesses

5/6/05  Review correspondence to clients re: Explanation of exhibit 34 and 27; Review comments from T. Noa; Review correspondence to M. Dillon re: Changes made to Berry's database; Review correspondence from D. Capozzola re: Email list of counsel; Review correspondence from D. Capozzola re: Time and date for Y. Hata deposition; Meet with L. Hosoda re: Alix Partners; Prepare key pleadings, order and expert witness info for meeting with J. Komeiji; Meet with J. Komeiji, G. Tom and K. Arikawa re: Background info on case; Review and summarize prior trial testimony and depositions of W. Berry in preparation for deposition; Review prior trial testimony of Professor Johnson
     4.20     525.00
   125.00/hr

5/9/05  Review correspondence from T. Hogan re: Deposition; Review correspondence from M. Dillon re: Comments about spreadsheets; Review correspondence from D. Capozzola re: Expert and mainland depositions; Review deposition
     0.70     87.50
   125.00/hr

Louis J. Price, Esq.                                              Page    9

|  | Hrs/Rate | Amount |
|---|---|---|

notices re: P. Johnson, T. Ueno, Y. Hata and W. Berry; Review Plaintiff's statement of appeal re: Amended Scheduling Order

5/10/05  Review order affirming Magistrate's order adopting Master's order re: Protective order; Review explanations for exhibit 34 and 27     0.50   125.00/hr    62.50

5/11/05  Conference call with D. Capozzola, L. Smith and M. Walker re: Exhibits 34 and 27 to Berry's declaration; Place telephone call to M. Dillon re: Same; Draft correspondence to M. Dillon re: Further explanation on exhibits 34 and 27 needed; Review previous affidavit and testimony of M. Dillon re: Guidance; Draft correspondence to M. Dillon re: Reviewed correspondence from M. Dillon re: Copies of documents; Review correspondence from T. Noa what kind of bill needed; Place telephone call to G. Tom re: Depositions of Johnson, Berry, Y. Hata and T. Ueno    3.30   125.00/hr   412.50

5/12/05  Place telephone call to M. Dillon re: Berry's exhibit 34; Review correspondence from M. Dillon re: Matson invoice; Create pdf of Matson invoice; Review correspondence from T. Noa re: Sample bill, invoice; Review correspondence from M. Dillon re: Further explanation to exhibits 34 and 27; Review correspondence from D. Capozzola re: Motion for summary judgment turning on Johnson report; Review orders    4.60   125.00/hr   575.00

Louis J. Price, Esq.                                      Page   10

|  | Hrs/Rate | Amount |
|---|---|---|

affirming master's order re: Iowa Telecom documents and denying Berry's appeal of amended scheduling order; Review correspondence from L. Smith re: FCS 2003; Review correspondence to client re: Data for spreadsheets; Create separate file re: Berry's exhibits 34 and 27 as relied heavlily upon by Berry's expert; Prepare for depositions of W. Berry, Professor Johnson and T. Ueno

5/13/05  Prepare for deposition of W. Berry; Review prior trial and deposition testimony; Review all prior affidavits and declarations; Prepare for deposition to Y. Hata rep; Review correspondence re: Y. Hata; Draft chronology of case in preparation for depositions; Review correspondence from D. Capozzola re: Documents from Berry and Professor Johnson for review prior to depositions; Review correspondence from R. Fujichaku re: Copy of documents produced by Johnson; Review correspondence from M. Dillon re: Further explanation of exhibit 34; Meet with M. Dillon re: Copy of CD of data extracted from spreadsheets; Review correspondence from C. Matsui re: Guidance Software; Review order from Judge Mollway extending Motion for Summary Judgment deadline re: Johnson report to 6/13/05;  Place telephone call to S. Dunn re:          6.70          837.50
                                           125.00/hr

Louis J. Price, Esq.                                              Page   11

|  | | Hrs/Rate | Amount |
|---|---|---|---|

Summary of W. Berry deposition;
Meet with S. Dunn re: Deposition
preparation of Professor Johnson
and W. Berry

5/16/05  Review summary of W. Berry's trial          7.00        875.00
         testimony; Place telephone call to     125.00/hr
         S. Dunn re: Chronology; Draft
         correspondence to S. Dunn re:
         Chronology; Place telephone call
         to S. Dunn re: Timeline of events
         prior ro first lawsuit; Review
         summary of M. Dillon deposition
         for timeline of events; Review
         correspondence from M. Dillon re:
         Spreadsheets; Research re:
         Analysis and standard to determine
         substantial similarity and virtual
         identity; Draft standard of
         review, fact section, introduction
         and argument section to counter
         Motion for Summary Judgment;
         Review correspondence from A.
         Lopex re: Johnson documents;
         Review correspondence from D.
         Capozzola re: Expert depositions;
         Review correspondence from L.
         Smith re: Materials sent to M.
         Walker; Review correspondence from
         T. Hogan re: Guidance production;
         Review correspondence from D.
         Capozzola re: Scheduling issues,
         expedited hearing on Guidance
         issues; Draft correspondence to T.
         Hogan re: Protective order

5/17/05  Place telephone call to G. Tom re:        12.20      1,525.00
         M. Scott, pleadings in bankruptcy     125.00/hr
         case; Meet with M. Dillon re:
         Spreadsheets; Meet with M. Walker

Louis J. Price, Esq.                                                    Page   12

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| | re: Spreadsheets; Meet with L. Smith, L. Hosoda and M. Walker re: Analysis of spreadsheets; Attend 30(b)(6) deposition of Y. Hata | | |
| 5/18/05 | Attend deposition of W. Berry; Review documents used as exhibits to deposition of W. Berry; Draft correspondence to M. Dillon and T. Noa re: Spreadsheets and external documents for data inputted into spreadsheets | 8.20 125.00/hr | 1,025.00 |
| 5/19/05 | Attend deposition of Plainitff's expert; Attend continued deposition of W. Berry; Meet with M. Walker, A. Lopez, L. Smith and D. Capozzola re: Counter Motion for Summary Judgment, strategy for motions, further depositions | 9.00 125.00/hr | 1,125.00 |
| 5/20/05 | Review appellate brief; Review correspondence from D. Capozzola re: Production of documents, rescheduling deposition to T. Ueno after Motion for Summary Judgment; Place telephone call to G. Tom re: Background on case, strategy for counter Motion for Summary Judgment; Place telephone call to client re: External documentation for data inputted into spreadsheets; Review and highlighted key areas of deposition of W. Berry and Professor Johnson for Motion for Summary Judgment; Draft fact and argument section of Motion for Summary Judgment | 5.00 125.00/hr | 625.00 |

Louis J. Price, Esq.                                        Page  13

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/23/05 | Review correspondence from client re: Spreadsheets, external documents used to input into spreadsheets; Draft correspondence to S. Smith re: Importing data into spreadsheets; Place telephone call to J. Peterson re: Transcript of Berry and Johnson depositions; Review correspondence from D. Capozzola re: Strategy on Motion for Summary Judgment; Draft correspondence to client re: Creation of spreadsheets; Review deposition transcript of W. Berry; Review exhibits from deposition of Professor Johnson | 2.30 125.00/hr | 287.50 |
| 5/24/05 | Review Motion for Summary Judgment filed by Guidance since points figure at client for 16 Berry files put back on system after wipe; Review Motion for Summary Judgment order and PI order re: Findings and conlcusions by the Court; Draft memo re: Dec from M. Dillon for reply to Berry's opposition to Guidance Motion for Summary Judgment; Review correspondence from D. Capozzola re: Information for J. Kinrich; Review order from C. Matsui re: Future discovery procedures, in camera review of documents; Review correspondence from M. Dillon re: Spreadsheets; Review correspondence from Alii court reporting re: Test copy of Berry deposition transcript | 1.80 125.00/hr | 225.00 |
| 5/25/05 | Place telephone call to K. Gold re: Expert report | 0.20 125.00/hr | 25.00 |

Louis J. Price, Esq.                                         Page  14

|         |                                                 | Hrs/Rate   | Amount   |
|---------|-------------------------------------------------|------------|----------|
| 5/26/05 | Review correspondence from D. Capozzola re: Walker report; Review Walker report; Meet with L. Hosoda re: Conference call with M. Dillon | 0.90 125.00/hr | 112.50 |
| 5/27/05 | Review M. Walker report and exhibits; Conference call with L. Smith and M. Dillon re: Walker report | 1.70 125.00/hr | 212.50 |
| 5/30/05 | Review correspondence from D. Capozzola re: Conference call with M. Walker; Review correspondence from M. Dillon re: Creation of spreadsheets, how spreadsheets operate; Review M. Walker's report; Review discovery orders from Special Master; Meet with M. Dillon re: Walker report; Review deposition transcript of Johnson and Berry; Draft fact section of Motion for Summary Judgment; Draft argument section for Motion for Summary Judgment; Conference call with M. Walker, D. Capozzola, and L. Smith re: Suggested changes and questions re: Expert report | 8.60 125.00/hr | 1,075.00 |
| 5/31/05 | Review revised expert report; Conference call with M. Walker, D. Capozzola, and L. Smith re: Expert report; Review correspondence from T. Hogan and D. Capozzola re: Rule 26 disclosures; Place telephone call to A. Lopez re: Date and time for Motion for Summary Judgment hearing; Review revised exhibit L to Walker report; Review correspondence from D. Capozzola re: Revised expert report; Review Memo re: Motion for Summary Judgment; Continue drafting Motion | 9.40 125.00/hr | 1,175.00 |

Louis J. Price, Esq.                                          Page   15

|  | Hrs/Rate | Amount |
|---|---|---|

for Summary Judgment; Review correspondence from S. Dunn re: Summary of Berry deposition; Review correspondence from D. Capozzola re: Executed version of M. Walker's report and all exhibits distributed to all counsel and downloaded for files; Review correspondence to C. Matsui re: Production of electronic version of Berry's list of files; Review revised summary of deposition of W. Berry from first lawsuit; Research re: Exclusive rights under copyright

| | Hrs/Rate | Amount |
|---|---|---|
| SUBTOTAL: | [ 107.50 | 13,437.50] |

SD _____

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 5/2/05 | Prepare documents and summarize trial and deposition for W. Berry and other trial witness (materials from Fleming trial) | 5.50 85.00/hr | 467.50 |
| | Prepare documents and summarize trial and depositions for R. Griffin | 5.50 85.00/hr | 467.50 |
| 5/3/05 | Prepare documents and summarize trial and depositions for R. Griffin, E. Ann Leos and J. Kelban | 4.00 85.00/hr | 340.00 |
| | Prepare documents and summarize trial and depositions for E. Ann Leos and J. Kelban | 5.00 85.00/hr | 425.00 |
| | Research re: Berry other litigation filed in Hawaii | 3.00 85.00/hr | 255.00 |

Louis J. Price, Esq.                                    Page   16

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/4/05 | Prepare documents and summarize trial and depositions for R. Griffin, E. Ann Leos and J. Kelban re: Their depositions | 5.00 85.00/hr | 425.00 |
| 5/5/05 | Witness preparation of W. Berry; Create trial binder including transcripts and affidavits and documents including emails produced in both litigations | 8.00 85.00/hr | 680.00 |
| 5/6/05 | Witness preparation of W. Berry; Create trial binder including transcripts and affidavits and documents including emails produced in both litigation | 8.00 85.00/hr | 680.00 |
| 5/9/05 | Witness preparation for W. Berry and M. Dillon; Summarize documents and transcripts | 8.00 85.00/hr | 680.00 |
| 5/10/05 | Trial preparation re: Potential trial exhibits for Dillon and Berry and prepare chronology of events | 8.00 85.00/hr | 680.00 |
| 5/11/05 | Witness preparation for W. Berry, pull, summarize documents and transcripts, pleadings (materials from Fleming) | 8.00 85.00/hr | 680.00 |
| 5/12/05 | Research background check for expert witness prep for deposition (Johnson, Ueno) include all relevant materials from POD and Fleming case; Create expert trial binder for Johnson and Ueno | 8.00 85.00/hr | 680.00 |
| 5/16/05 | Witness prep for W. Berry; Summarize documents and transcripts; Create trial binder and fact chron for Berry | 4.00 85.00/hr | 340.00 |

Louis J. Price, Esq.                                              Page  17

|         |                                                                                                  | Hrs/Rate           | Amount  |
|---------|--------------------------------------------------------------------------------------------------|--------------------|---------|
| 5/17/05 | Discovery preparation; Review and pull documents produced for potential witness and trial testimony for Berry, Dillon Ueno and Johnson | 4.00<br>85.00/hr | 340.00 |
| 5/18/05 | Review and pull documents produced for potential witness and trial testimony for Berry, Dillon, Ueno and Johnson | 5.00<br>85.00/hr | 425.00 |
|         | Review and pull documents produced for potential witness and trial testimony for Berry,  Dillon Ueno and Johnson | 5.00<br>85.00/hr | 425.00 |
| 5/19/05 | Trial preparation; Witness W. Berry, documents and trial testimony summary; Update chronology | 6.00<br>85.00/hr | 510.00 |
| 5/20/05 | Summarize trial testimony in Fleming lawsuit | 5.00<br>85.00/hr | 425.00 |
| 5/22/05 | Trial preparation; Witness W. Berry and experts; Documents and trial testimony summary | 8.00<br>85.00/hr | 680.00 |
| 5/23/05 | Trial preparation; Witness W. Berry and experts; Documents and trial testimony summary | 8.00<br>85.00/hr | 680.00 |
| 5/24/05 | Trial preparation; Witness W. Berry, documents and trial testimony summary 2/25/03 | 6.00<br>85.00/hr | 510.00 |
| 5/25/05 | Trial preparation; Deposition summary of W. Berry 2/5/03 deposition transcript | 6.00<br>85.00/hr | 510.00 |

|  |  |  |
|---|---|---|
|  | Xerox | 266.40 |
|  | Express One - Hawaii | 13.79 |
|  | Conference call charges from AT&T | 255.55 |
| 5/5/05 | Xerox | 0.40 |
| 5/10/05 | Postage | 30.80 |
|  | Xerox | 3.20 |
|  | Fax | 18.00 |
| 5/18/05 | Transcript from Debra Chun | 65.31 |
| 5/20/05 | Xerox | 1.00 |
|  | Fax | 5.00 |
| 5/24/05 | Professional services rendered by Matsui Chung | 709.61 |

Louis J. Price, Esq.                                            Page   19

|  |  | Amount |
|---|---|---|
| SUBTOTAL: |  | [ 1,383.01] |
| Total costs |  | $1,383.01 |
| Service tax |  | $2,172.88 |
| Total amount of this bill |  | $55,713.39 |
| Previous balance |  | $72,347.29 |
| 5/13/05 | Payment - thank you | ($38,632.74) |
| 5/22/05 | Payment - thank you | ($33,714.55) |
| Total payments |  | ($72,347.29) |
| Balance due |  | $55,713.39 |

Lyle S. Hosoda & Associates
345 Queen St., Ste. 804
Honolulu HI 96813


Invoice submitted to:
Louis J. Price, Esq.
McAfee & Taft
211 N. Robinson Ave., 10th Floor
Oklahoma City OK 73102


July 13, 2005

Invoice # 11722

Professional services

|  | Hrs/Rate | Amount |
|---|---|---|
| CTC | | |
| 6/2/05 Research and pull exhibits for motion | 3.50<br>125.00/hr | 437.50 |
| SUBTOTAL: | [    3.50 | 437.50] |
| KM | | |
| 6/2/05 Draft and organize Table of Authorities for Motion for Summary Judgment Motion | 1.20<br>75.00/hr | 90.00 |
| 6/3/05 Checking case history for Motion for Summary Judgment motion | 1.00<br>75.00/hr | 75.00 |
| SUBTOTAL: | [    2.20 | 165.00] |

Louis J. Price, Esq.                                                      Page    2

|          |                                                                                      | Hrs/Rate      | Amount   |
|----------|--------------------------------------------------------------------------------------|---------------|----------|
|          | LHO                                                                                   |               |          |
| 6/1/05   | Review Guidance responses to discovery; Review HEX/HES statements re: Motion for Summary Judgment; Communicate via email with Plaintiff's counsel re: Discovery issues; Email defense counsel re: Discovery issues; Research and draft cross-motion for Summary Judgment; Place telephone call to S. Dunn; Review deposition transcripts | 6.00 200.00/hr | 1,200.00 |
| 6/2/05   | Research, draft and finalize cross Motion for Summary Judgment and concise statement of facts; Review drafts of cross Motion for Summary Judgment fromp PCT and C&S | 7.50 200.00/hr | 1,500.00 |
| 6/3/05   | Exchange emails with defense counsel, Plaintiff's counsel; Review correspondence/order from client; Begin review of Summary Judgment motions | 3.50 200.00/hr | 700.00 |
| 6/6/05   | Review and exchange correspondence with Plaintiff's counsel re: Concise statement of facts/service thereof; Exchange emails with defense counsel re: Strategy; Place telephone call to Court re: Iowa Telecom documents; Review documents; Strategize re: Additional discovery | 4.00 200.00/hr | 800.00 |
| 6/7/05   | Conference call with D. Cappozola, L. Smith and damage experts; Conference call with defense counsel and V. Lumgenelli; Review Motions for Summary Judgment | 4.50 200.00/hr | 900.00 |

Louis J. Price, Esq.                                           Page    3

|         |                                                                 | Hrs/Rate    | Amount    |
|---------|-----------------------------------------------------------------|-------------|-----------|
| 6/8/05  | Review Special Master invoice; Review correspondence from Foodland's counsel; Place telephone call to R. Fujichaku re: Guidance Motion for Summary Judgment; Review Plaintiff's declaration to opposition to Guidance Motion for Summary Judgment; Correspondence with client M. Dillon re: Response to same; Research re: T. Ueno prior reports and testimony; Review documents; Correspondence with defense counsel | 3.50 200.00/hr | 700.00 |
| 6/9/05  | Begin review of Plaintiff's oppositions to all Cross-Motions for Summary Judgment; Exchange email correspondence with defense counsel re: Discovery; Begin work on reply on Motion for Summary Judgment | 5.00 200.00/hr | 1,000.00 |
| 6/10/05 | Review documents and opposition to Motion for Summary Judgment; Place telephone call to M. Dillon; Place telephone call to L. Smith; Email exchange S. Purdy; Work on reply re: Motion for Summary Judgment | 3.00 200.00/hr | 600.00 |
| 6/11/05 | Work on reply re: Motion for Summary Judgment | 2.00 200.00/hr | 400.00 |
| 6/12/05 | Place telephone call to D. Capozzola and M. Walker re: Reply to Motion for Summary Judgment; Place telephone call to M. Dillon re: Reply to Motion for Summary Judgment; Work on Reply Brief | 4.20 200.00/hr | 840.00 |

Louis J. Price, Esq.                                        Page    4

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/13/05 | Place telephone calls to L. Smith and D. Capozzola; Place telephone calls to M. Dillon; Review documents; Review discovery; Prepare Reply Brief and opposition | 4.50 200.00/hr | 900.00 |
| 6/14/05 | Review C. Matsui order re: Discovery; Reivew AUX partner's reply; Conference call with L. Smith and D. Capozzola; Research and draft Reply brief re: Motion for Summary Judgment; Review oppositions and Reply Briefs for AUX partners, Guidance and PCT; Place telephone calls to D. Capozzola; Work on scheduling; Review order for Special Master re: Discovery; Review documents produced to M. Gerston; Place telephone calls to M. Dillon; Draft letters to clients | 6.50 200.00/hr | 1,300.00 |
| 6/15/05 | Communicate with defense counsel; Work on securing background on T. Ueno; Review and finalize Reply re: Motion for Summary Judgment; Review M. Walker report and PCT's Reply | 5.00 200.00/hr | 1,000.00 |
| 6/16/05 | Conference call with L. Smith and D. Capozzola re: Computers; Place telephone call to M. Dillon re: Computers; Review Motion for Summary Judgment/Reply; Prepare for hearing on Motions for Summary Judgment; Review documents; Place telephone call to L. Smith | 4.00 200.00/hr | 800.00 |
| 6/17/05 | Place telephone call to L. Smith re: Status; Prepare for Motion for Summary Judgment hearing; Review Judge Mollway inclinations re: | 5.00 200.00/hr | 1,000.00 |

Louis J. Price, Esq.                                    Page    5

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | Motions for Summary Judgment; Prepare for hearing on Motion for Summary Judgment; Exchange email correspondence with defense counsel |  |  |
| 6/18/05 | Review and prepare for hearing on Motions for Summary Judgment; Meeting with E. Liebeler | 4.00 200.00/hr | 800.00 |
| 6/19/05 | Review documents; Prepare for hearing; Meeting with defense counsel | 3.50 200.00/hr | 700.00 |
| 6/20/05 | Review Kingrich report; Review Guidance file and production of documents and letter to Special Master; Review letter from Plaintiff's counsel re: Good faith settlement with HEX/HES; Meeting with defense counsel to prepare for hearing on Motion for Summary Judgment; Prepare for and attend Summary Judgment hearing before Judge Mollway; Review hearing and debrief with defense counsel | 6.00 200.00/hr | 1,200.00 |
| 6/21/05 | Review Special Master report; Review correspondence re: HEX/HES settlement; Draft status letter to client; Place telephone call to L. Smith; Work on T. Ueno reports | 3.50 200.00/hr | 700.00 |
| 6/22/05 | Exchange emails with defense counsel; Followup re: HES settlement; Prepare for T. Ueno deposition | 2.00 200.00/hr | 400.00 |
| 6/23/05 | Exchange emails with defense counsel; Followup and research re: T. Ueno deposition preparation and former depositions | 1.50 200.00/hr | 300.00 |

Louis J. Price, Esq.                                                Page   6

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/24/05 | Work on T. Ueno deposition; Exchange email correspondence with defense counsel; Place telephone call to L. Smith re: Status | 2.20 200.00/hr | 440.00 |
| 6/25/05 | Review discovery; Review counsel correspondence; Review documents; Exchange email correspondence | 1.20 200.00/hr | 240.00 |
| 6/27/05 | Research and do background on T. Ueno for deposition | 3.00 200.00/hr | 600.00 |
| 6/28/05 | Place telephone calls to R. Mead and L. Smith; Review Judge Mollway's order; Prepare for T. Ueno deposition; Communicate with clients; Communicate with defense counsel re: Ruling and discovery | 1.70 200.00/hr | 340.00 |
| 6/30/05 | Prepare for T. Ueno deposition; Exchange correspondence with defense counsel | 0.80 200.00/hr | 160.00 |
|  | SUBTOTAL: | [  97.60 | 19,520.00] |
|  | RM |  |  |
| 6/1/05 | Place telephone call to K. Gold re: Information needed for damages report; Place telephone call to M. Dillon re: Time and level of effort spent creating spreadsheets, reverting back to orginal FCS; Draft correspondence to L. Smith re: Client's concern over queries; Review correspondence from client re: Time spent on spreadsheets and reverting back to original FCS; Review letter brief from D. Capozzola re: Guidance materials; Review letter brief from T. Hogan | 15.60 125.00/hr | 1,950.00 |

Louis J. Price, Esq.                                    Page    7

|  | | Hrs/Rate | Amount |
|---|---|---|---|

re: Same; Review correspondence from D. Capozzola re: Walker report; Research issue of analytic dissection; Draft Motion for Summary Judgment

| 6/2/05 | Draft argument section of Motion for Summary Judgment; Draft Concise statement of facts; Review and revise Motion for Summary Judgment and CSF; Prepare exhibits to CSF; Prepare Motion for Summary Judgment and Concise statement for filing and service | 9.60<br>125.00/hr | 1,200.00 |
| 6/3/05 | Review correspondence from T. Hogan re: Service of motions; Review correspondence to T. Hogan re: Deposition of M. Walker; Review correspondence from L. Smith re: Motion for Summary Judgment and CSF; Review PCT's Motion for Summary Judgment; Review C&S's Motion for Summary Judgment and CSF; Review Alix Partners' Motion for Summary Judgment and CSF; Review Guidance opposition to Motion for Summary Judgment; Review correspondence from client re: Spreadsheets; Place telephone call to USDC clerk re: Filing and docketing of Motion for Summary Judgment and CSF; Draft correspondence to L. Smith and D. Capozzola re: Need to file Walker report under seal; Draft ex parte motion to seal Walker report; Draft Affidavit of counsel; Prepare ex parte motion for service and filing; Draft | 4.30<br>125.00/hr | 537.50 |

Louis J. Price, Esq.                                          Page    8

|  | Hrs/Rate | Amount |
|---|---|---|

correspondence to all counsel re:
Ex parte motion to seal Walker
report, will serve copies of
motion and CSF after court approves

| 6/6/05 | Place telephone call to K. Gold re: Responses to questions re: Spreadsheets; Correspondence to D. Capozzola, L. Smith and M. Dillon re: Conference call with damages expert; Correspondence to M. Dillon confirming conference call; Review correspondence and spreadsheet of explanation from M. Dillon; Place telephone call to R. Fujichaku re: Followup on on ex parte motion; Review correspondence from T. Hogan to Judge Mollway re: Service of Motions, status conference; Review correspondence from L. Smith and D. Capozzola re: Wait and see; Review correspondence from L. Hosoda re: Deposition of M. Walker; Review correspondence and summary from S. Dunn re: Berry's testimony from first trial; Review filed exparte motion; Prepare counter Motion for Summary Judgment and CSF with Exhibit "C" filed under seal, ex parte motion for service; Create trial binder re: Berry prior trial and deposition testimony | 3.10 125.00/hr | 387.50 |
| 6/7/05 | Place telephone call to clerk of the court re: Ex parte motion and filing document under seal, need to file redacted version of CSF; Place telephone call to K. Gold confirming conference call; Review correspondence to and from D. Capozzola re: Conference call re: | 3.50 125.00/hr | 437.50 |

Louis J. Price, Esq.                                          Page    9

|  | Hrs/Rate | Amount |
|---|---|---|

Guidance and turnover of files requested by T. Hogan; Place telephone call to clerk of court re: Do not need to filed redacted CSF; Review correspondence from D. Capozzola re: Errata sheeet re: CSF #11; Place telephone call to A. Lopez re: Mailed copies of MSJ and CSF to K&E; Conference call with D. Capozzola, J. Kinrich, K. Gold and L. Smith re: Profitability of FCS; Meeting with client re: Spreadsheets, discovery; Conference call with D. Capozzola, L. Smith, O. Samad, and V. Limongelli re: Files on Guidance images; Review correspondence from D. Capozzola re: Action items re: Guidance discovery; Place telephone call to G. Tom re: Guidance images, counter Motions for Summary Judgment, deposition of M. Walker did no go forward

| 6/8/05 | Review correspondence from L. Smith and D. Capozzola re: Information on T. Ueno in preparation for deposition; Review correspondence from V. Limogelli re: Letter to Matsui requesting clarification of order and payment for services; Review correspondence from D. Capozzola re: Hearing on Motions for Summary Judgment; Review T. Ueno report's list of cases; Review correspondence to S. Dunn re: Research on cases Ueno testified in | 0.70 125.00/hr | 87.50 |

Louis J. Price, Esq.                                          Page  10

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/8/05 | Review correspondence to M. Dillon re: Review of Berry dec re: Guidance images; Review Berry dec for discrepancies claimed by Berry | 0.40<br>125.00/hr | 50.00 |
| 6/9/05 | Review correspondence from D. Capozzola re: Guidance; Review correspondence from C. Matsui re: Special Master fees incurred; Review correspondence from L. Colombe re: Foodland not responsible for Special Master fees; Review Berry's response to counter Motions for Summary Judgment; Review Berry's and Johnson's declarations; Place telephone call to S. Dunn re: CV of T. Ueno for research on other cases; Review Guidance's Reply in support of Summary Judgment | 2.80<br>125.00/hr | 350.00 |
| 6/10/05 | Review Plaintiff's oppositions to all counter Motions for Summary Judgment filed by defendants; Review correspondence from T. Hogan re: Guidance materials | 3.40<br>125.00/hr | 425.00 |
| 6/13/05 | Place telephone call to G. Tom re: Reply in support of counter Motions for Summary Judgment, hearing on Motions for Summary Judgment; Review correspondence from D. Capozzola re: Reply memorandum, strategy; Review correspondence from L. Smith re: Addition of case law; Draft correspondence to M. Dillon re: Need help on declaration; Place telephone call to M. Dillon re: Declaration; Conference call with all counsel re: Reply memorandum; Place telephone call to D. Capozzola re: Deadline to file | 6.50<br>125.00/hr | 812.50 |

Louis J. Price, Esq.                                          Page   11

|  | | Hrs/Rate | Amount |
|---|---|---|---|

reply; Place telephone call to L.
Smith re: Deadline to file reply;
Review correspondence and
settlement documents, stipulation
re: Good faith from E. Reber
Porter; Place telephone call to G.
Tom re: Good faith settlement with
Plaintiff; Place telephone call to
L. Smith re: Good faith settlement
between HEX and Plaintiff; Review
correspondence from D. Capozzola
re: Reply; Review draft Reply;
Research re: Analysis when there
is direct evidence of copying;
Draft reply in support of counter
Motion for Summary Judgment

6/14/05 Place telephone call to M. Dillon          5.60        700.00
        re: Queries for "Buers" and "AP         125.00/hr
        Terms" tables; Draft
        correspondence to D. Capozzola re:
        Queries; Review supplemental
        report of M. Walker; Draft Reply
        in support of counter Motion for
        Summary Judgment

6/15/05 Revise and finalize Reply in              5.00        625.00
        support of Motion for Summary         125.00/hr
        Judgment; Review correspondence
        from L. Smith re: C&S reply;
        Review correspondence from D.
        Capozzola re: PCT reply; Pull
        research cited by Berry in
        opposition

6/16/05 Place telephone call to G. Tom re:        1.00        125.00
        Hearing on Monday, Mollway's         125.00/hr
        inclinations; Review
        correspondence from D. Capozzola
        re: Hard drives; Conference call
        with M. Dillon, L. Smith and D.

Louis J. Price, Esq.                                              Page  12

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| | Capozzola re: Hard drives as backups; Place telephone call to L. Smith re: Preparation for Motion for Summary Judgment hearing | | |
| 6/17/05 | Review order granting Summary Judgment to Alix Partners; Place telephone call to G. Tom re: order granting Alix Partners Summary Judgment and remaining defendants; Review Judge Mollway's inclinations; Meet with L. Hosoda re: Oral arguments | 0.90 125.00/hr | 112.50 |
| 6/18/05 | Review inclinations from Judge Mollway; Pull and brief cases cited by Judge Mollway; Pull and brief cases used in support of Motion for Summary Judgment and key cases cited by Defendant; Draft memo re: Notice of infringement to defendants came after moved to spreadsheets; Draft memo re: Response to Court's questions in inclinations; Draft memo timeline of three Motions for Summary Judgment filed on behalf of clients and Johnson report | 4.20 125.00/hr | 525.00 |
| 6/19/05 | Preapre for hearing on Motions for Summary Judgment; Meet with D. Capozzola, E Liebeler, S. Danna, L. Smith, M. Walker, A. Lopez and L. Hosoda re: Strategy on oral arguments for Motions for Summary Judgment | 4.50 125.00/hr | 562.50 |
| 6/20/05 | Prepare for oral arguments; Meet with clients before Motions for Summary Judgment hearing; Attend Hearing; Meet with clients to debrief after Motion for Summary Judgment hearing; Place telephone | 6.90 125.00/hr | 862.50 |

Louis J. Price, Esq.                                         Page   13

|  | | Hrs/Rate | Amount |
|---|---|---|---|

call to T. Noa re: Hearing; Place telephone call to G. Tom re: Judge Mollway took matter under advisement; Place telephone call to S. Dunn re: Hearing; Review list of cases T. Ueno retained as expert witness; Deposition preparation of T. Ueno; Begin drafting letter to clients re: Hearing

6/21/05    Review correspondence from L. Smith and D. Capozzola re: Information for T. Ueno deposition; Draft correspondence to D. Capozzola re: Transcript of hearing; Review correspondence from V. Limongelli re: Exhibit A executed by Pavan re: Guidance images; Summary and strategy letter to client re: Motion for Summary Judgment         1.70      212.50
                                              125.00/hr

6/22/05    Review correspondence from L. Smith re: Deposition and information on T. Ueno from other cases; Review correspondence re: Transcript of Hearing; Review correspondence from L. Smith re: HEX's motion for good faith settlement         0.30       37.50
                                              125.00/hr

6/23/05    Review correspondence from D. Capozzola re: Hearing transcript; Review correspondence from L. Smith re: Berry's father's judgment; Review correspondence to S. Dunn re: Ueno deposition information; Review correspondence from D. Capozzola re: Case schedule; Review correspondence         1.40      175.00
                                              125.00/hr

Louis J. Price, Esq.                                          Page   14

|            |                                                                                                                                                                    | Hrs/Rate | Amount |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|--------|
|            | from L. Smith re: Production of Guidance files for attorneys eyes only, not Berry; Research re: Damages |          |        |
| 6/24/05    | Review correspondence from S. Dunn re: Summaries of trial testimony and review summaries; Place telephone call to S. Dunn re: Status on Ueno deposition preparation; Place telephone call to G. Tom re: Kinrich report | 0.80<br>125.00/hr | 100.00 |
| 6/27/05    | Review correspondence from L. Smith re: Will sign off on Good faith settlement, stipulation; Place telephone call to G. Tom re: Good faith settlement | 0.30<br>125.00/hr | 37.50 |
| 6/28/05    | Review Summary Judgment order; Review correspondence from L. Smith re: Stipulation to Good faith settlement; Review Plaintiff's ex parte motion to shorten time for hearing on motion for Good faith and for leave to file settlement under seal | 0.70<br>125.00/hr | 87.50 |
| 6/29/05    | Review correspondence from C. Matsui re: Apportionment of fees amongst defendatns; Place telephone call to G. Tom re: Motion for Summary Judgment order, damages claim | 0.40<br>125.00/hr | 50.00 |
| 6/30/05    | Review correspondence from D. Capozzola re: Deposition of T. Ueno and Motion for Damages; Review correspondence from L. Smith re: Trial on damages, move for partial Summary Judgment | 0.20<br>125.00/hr | 25.00 |

Louis J. Price, Esq.                                           Page   15

|         |                                                                                                   | Hours            | Amount       |
|---------|---------------------------------------------------------------------------------------------------|------------------|--------------|
|         | SUBTOTAL:                                                                                         | [  83.80         | 10,475.00]   |
|         | SD                                                                                                |                  |              |
| 6/1/05  | Witness preparation; Prepare documents and summarize trial and depositions for W. Berry and other trial witnesses | 8.50 85.00/hr    | 722.50       |
| 6/2/05  | Witness preparation; Prepare documents and summarize trial and depositions for W. Berry and other trial witnesses | 8.50 85.00/hr    | 722.50       |
| 6/3/05  | Witness preparation; Prepare documents and summarize trial and depositions for W. Berry and other trial witnesses | 8.00 85.00/hr    | 680.00       |
| 6/6/05  | Witness prepration; Prepare documents and summarize trial and depositions for W. Berry and other trial witnesses | 8.00 85.00/hr    | 680.00       |
| 6/7/05  | Witness preparation; Prepare documents and summarize trial and depositions for W. Berry and other trial witnesses | 8.00 85.00/hr    | 680.00       |
| 6/8/05  | Witness preparation; Prepare documents and summarize trial and depositions for Dillon and other trial witnesses | 6.00 85.00/hr    | 510.00       |
| 6/13/05 | Witness preparation; Prepare documents and summarize trial and depositions for W. Berry and other trial witnesses | 8.00 85.00/hr    | 680.00       |
| 6/14/05 | Witness preparation; Prepare documents and summarize trial and depositions for W. Berry and other trial witnesses | 8.00 85.00/hr    | 680.00       |

Louis J. Price, Esq.                                    Page   16

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/15/05 | Witness preparation; Prepare documents and summarize trial and depositions for W. Berry and other trial witnesses | 8.00 85.00/hr | 680.00 |
| 6/16/05 | Witness preparation; Prepare documents and summarize trial and depositions for W. Berry and other trial witnesses | 8.00 85.00/hr | 680.00 |
| 6/17/05 | Witness preparation; Prepare documents and summarize trial and depositions for Borji and other trial witnesses | 8.00 85.00/hr | 680.00 |
| 6/20/05 | Witness preparation; Prepare documents and summarize trial and depositions for Expert witnesses | 6.00 85.00/hr | 510.00 |
| 6/21/05 | Witness preparation; Prepare documents and summarize trial and depositions for Expert witnesses and other trial witnesses | 6.00 85.00/hr | 510.00 |
|  | SUBTOTAL: | [   99.00 | 8,415.00] |
|  | For professional services rendered | 286.10 | $39,012.50 |

Additional charges:

LHO

| 5/31/05 | Professional services rendered by Live Note deposition of Philip Johnson taken on 5/19/05 | 438.10 |
|---|---|---|
|  | Professional services rendered by Live Note Deposition of Wayne Berry Vol 1 taken on 5/18/05 | 567.30 |

Louis J. Price, Esq.                                    Page  17

                                                        Amount

| Date | Description | Amount |
|------|-------------|-------:|
| 5/31/05 | Professional services rendered by Live Note deposition of Brian Marting taken on 5/17/05 | 438.10 |
| | Professional services rendered by Live Note deposition of Wayne Berry vol 2 taken on 5/19/05 | 487.55 |
| 6/2/05 | Xerox | 96.80 |
| | Fax | 9.00 |
| | Fax | 88.00 |
| 6/3/05 | Postage | 24.60 |
| | Xerox | 8.00 |
| 6/6/05 | Xerox | 2.00 |
| | Xerox | 22.20 |
| | Fax | 24.00 |
| 6/7/05 | Fax | 23.00 |
| | Professional services renderd by Clyde Matsui Special Master | 2,977.95 |
| 6/8/05 | Postage | 23.20 |
| | Xerox | 135.60 |
| | Fax | 37.00 |
| 6/9/05 | New Tech Imaging | 221.40 |
| 6/14/05 | Postage | 2.96 |
| | Xerox | 0.40 |

Louis J. Price, Esq.                                          Page  18

|  |  | Amount |
|---|---|---:|
| 6/15/05 | Postage | 3.87 |
|  | Xerox | 57.20 |
| 6/16/05 | Postage | 10.32 |
|  | Xerox | 34.00 |
| 6/17/05 | Xerox | 4.60 |
|  | Fax | 12.00 |
| 6/21/05 | Postage | 4.80 |
|  | Xerox | 18.40 |
| 6/22/05 | Xerox | 10.40 |
| 6/28/05 | Xerox | 16.40 |
|  | Fax | 82.00 |
| 6/29/05 | Xerox | 2.40 |

|  | SUBTOTAL: | [ 5,883.55] |
|---|---|---:|
|  | Total costs | $5,883.55 |
|  | Service tax | $1,625.26 |
|  | Total amount of this bill | $46,521.31 |
|  | Previous balance | $55,713.39 |
|  | Balance due | $102,234.70 |

Lyle S. Hosoda & Associates
345 Queen St., Ste. 804
Honolulu HI 96813


Invoice submitted to:
Louis J. Price, Esq.
McAfee & Taft
211 N. Robinson Ave., 10th Floor
Oklahoma City OK 73102


August 9, 2005

Invoice # 11738

        Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | **LHO** | | |
| 7/1/05 | Place telephone call to L. Smith; Work on discovery; Review Order; Communicate with defense counsel | 1.20 200.00/hr | 240.00 |
| 7/4/05 | Review Motion for Good Faith Settlement; Review Court Order; Review discovery requests and status of case | 1.30 200.00/hr | 260.00 |
| 7/5/05 | Review correspondence from Special Master; Exchange correspondence with defense counsel; Work on T. Ueno deposition preparation | 0.80 200.00/hr | 160.00 |
| 7/6/05 | Review emails from Plaintiff and defense counsel; Conference call with L. Smith and M. Dillon re: Motion for Reconsideration | 1.20 200.00/hr | 240.00 |

Louis J. Price, Esq.                                          Page    2

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/7/05 | Review Plaintiff's letter re: Attorneys eyes only designation; Prepare for meeting with Special Master; Place telephone calls to L. Smith and M. Dillon; Exchagne correspondence with defense counsel | 2.20 200.00/hr | 440.00 |
| 7/8/05 | Review T. Ueno documents; Exchange email correspondence with M. Dillon re: Computers and discovery; Exchange email correspondence with defense counsel; Meeting with defense counsel, Plaintiff's counsel and Special Master | 2.20 200.00/hr | 440.00 |
| 7/9/05 | Review documents and prepare for T. Ueno deposition; Exchange emails; Prepare response to Special Master | 3.00 200.00/hr | 600.00 |
| 7/11/05 | Exchange emails with defense counsel; Prepare for T. Ueno deposition; Prepare correspondence for Special Master | 1.60 200.00/hr | 320.00 |
| 7/12/05 | Prepare for T. Ueno deposition; Place telephone call to L. Smith; Review and exchange email correspondence with defense counsel | 1.50 200.00/hr | 300.00 |
| 7/13/05 | Review Motion for Reconsideration; Exchange email correspondence with defense counsel; Research response | 1.70 200.00/hr | 340.00 |
| 7/14/05 | Exchange correspondence with defense counsel re: Discovery; Conference call with M. Dillon; Prepare for T. Ueno deposition; Work on Motion for Reconsideration | 2.00 200.00/hr | 400.00 |

Louis J. Price, Esq.                                              Page   3

|            |                                                                                                                                                                                                                     | Hrs/Rate        | Amount   |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 7/15/05    | Place telephone call to M. Dillon; Place telephone call to D. Capozolla; Place telephone call to L. Smith; Review and exchange email correspondence; Review Motion re: Dillon's right to review Plaintiff's Motion for Reconsideration; Prepare for T. Ueno deposition | 1.70 200.00/hr  | 340.00   |
| 7/16/05    | Review Motion for Reconsideration and status                                                                                                                                                                          | 1.70 200.00/hr  | 340.00   |
| 7/17/05    | Work on T. Ueno deposition preparation and opposition to Motion for Reconsideration                                                                                                                                   | 2.50 200.00/hr  | 500.00   |
| 7/18/05    | Place telephone call to L. Smith; Place telephone call to M. Matsui; Exchange correspondence; Place telephone call to M. Dillon; Exchange correspondence re: Opposition to Motion for Reconsideration                  | 2.70 200.00/hr  | 540.00   |
| 7/19/05    | Exchange email correspondence with defense counsel; Review Special Master order; Place telephone call to M. Dillon; Work on opposition to motion for reconsideration and deposition of T. Ueno                         | 4.50 200.00/hr  | 900.00   |
| 7/20/05    | Research and prepare opposition to motion for reconsideration; Review documents and prepare for T. Ueno deposition; Review and exchange email correspondence with defense counsel; Place telephone call to L. Smith; Place telephone call to M. Dillon | 5.00 200.00/hr  | 1,000.00 |

Louis J. Price, Esq.                                              Page    4

|         |                                                                                                                                                                                                                                                          | Hrs/Rate          | Amount   |
|---------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 7/21/05 | Review documents and prepare for deposition of T. Ueno; Place telephone call to M. Dillon; Conference call with L. Smith, M. Dillon and D. Capozzola re: Decl for opposition to Motion for Reconsideration; Review Opposition                               | 4.50 200.00/hr    | 900.00   |
| 7/22/05 | Prepare and attend deposition of T. Ueno                                                                                                                                                                                                                  | 5.00 200.00/hr    | 1,000.00 |
| 7/25/05 | Review and exchange email correspondence with defense counsel                                                                                                                                                                                             | 0.80 200.00/hr    | 160.00   |
| 7/26/05 | Review and exchange emails with defense counsel re: Reply memo motion to reconsider and M. Dillon's documents on Guidance images; Work with M. Dillon re: Recollection re: Computer transition and Guidance images; Review status of discovery and document dates for Motion for Summary Judgment | 2.70 200.00/hr    | 540.00   |
| 7/27/05 | Review T. Ueno deposition; Place telephone call to M. Dillon and L. Smith re: Review of Plaintiff's reply; Exchange email with defense counsel re: M. Dillon's transition on computers                                                                     | 2.50 200.00/hr    | 500.00   |
| 7/28/05 | Review stipulated injunction order; Conference call with L. Smith and M. Dillon re: Changes to database; Review changes to database program made by M. Dillon; Review and exchange emails with defense counsel re: Changes made by M. Dillon; Prepare for sur-rebuttal memo re: Motion for Reconsideration | 4.20 200.00/hr    | 840.00   |

Louis J. Price, Esq.                                                    Page    5

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/29/05 | Begin work on Motion for Summary Judgment re: Damages; Place telephone call to L. Smith; Place telephone call to M. Dillon; Review PCT opposition re: Motion for Reconsideration | 2.70 200.00/hr | 540.00 |
| 7/30/05 | Review Order Granting Plaintiff right to file consolidated reply memo re: Motion for Reconsideration; Review correspondence to Special Master; Review and exchange email with defense counsel; Review T. Ueno deposition in preparation for draft of Motion for Summary Judgment | 2.20 200.00/hr | 440.00 |
|  | SUBTOTAL: | [  61.40 | 12,280.00] |

RM _____

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/1/05 | Review correspondence from D. Capozzola re: Strategy following Motion for Summary Judgment; Review correspondence from L. Smith re: Settlement; Review correspondence from L. Smith re: Statutory damages | 0.40 125.00/hr | 50.00 |
|  | Research issue of statutory damages for Motion for Summary Judgment on damages | 1.40 125.00/hr | 175.00 |
| 7/5/05 | Draft letter to client re: Summary Judgment order | 0.50 125.00/hr | 62.50 |
|  | Place telephone call to S. Dunn re: Deposition of T. Ueno | 0.20 125.00/hr | 25.00 |

Louis J. Price, Esq.                                                    Page    6

|          |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                | Hrs/Rate          | Amount  |
|----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|---------|
| 7/5/05   | Review correspondence from C. Matsui re: Status conference; Reseach issue of damages in preparation for T. Ueno deposition and partial Summary Judgment motion on damages                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       | 2.80 125.00/hr    | 350.00  |
| 7/6/05   | Review correspondence from T. Hogan and pdf files re: Screen shots of Guidance "after" images; Review testimony referenced in T. Hogan's correspnodence in preparation for status conference with C. Matsui; Strategize on Plaintiff's basis for Motion for Reconsideration of 6/27/05 Summary Judgment order                                                                                                                                                                                                                                                                                                                                                                                    | 1.10 125.00/hr    | 137.50  |
| 7/7/05   | Review correspondence from L. Smith re: Guidance after images; Review correspondence from D. Capozzola re: Berry's father's judgment                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                           | 0.20 125.00/hr    | 25.00   |
| 7/8/05   | Review correpondence from L. Smith re: Berry's publication of Guidance "after" images designated as attorneys eyes only; Review correspondence from D. Capozzola re: Expert discovery; Review correspondence from M. Dillon re: Spreadsheets; Review correspondence from D. Capozzola re: Expert documents; Review correspondence from A. Lopez re: Expert deposition, expert's working files; Attend status conference with C. Matsui; Meet with L. Smith re: Strategy; Place telephone call to M. Dillon re: Strategy following Motion for Summary Judgment                                                                                                                                        | 2.10 125.00/hr    | 262.50  |

Louis J. Price, Esq.                                                    Page    7

|         |                                                                                 | Hrs/Rate         | Amount |
|---------|---------------------------------------------------------------------------------|------------------|--------|
| 7/9/05  | Review correspondence from A. Lopez re: Subpoena for T. Ueno; Review correspondence between D. Capozzola and T. Hogan re: Expert discovery; Review correspondence from D. Capozzola re: Motion for fees; Review local rules re: Motion for fees and costs; Draft memo | 0.70 125.00/hr | 87.50 |
| 7/11/05 | Review correspondence from T. Hogan re: What is left to do re: Special Master; Review correspondence from D. Capozzola re: Response; Review correspondence from M. Dillon re: Hard drives; Review correspondence from L. Smith re: Letter to C. Matsui no relevance to T. Hogan's new claims; Review correspondence from D. Capozzola re: Conference call re: Guidance after images; Review correspondence from T. Hogan re: Financial documents from PCT; Review correspondence from D. Capozzola re: Same | 0.50 125.00/hr | 62.50 |
|         | Conference call with D. Capozzola and L. Smith re: Guidance images | 0.70 125.00/hr | 87.50 |
| 7/12/05 | Review correspondence from L. Smith re: Inadvertent disclosure of privileged documents; Review correspondence from D. Capozzola re: Same; Review correspondence from T. Hogan re: Settlement offer; Review Plaintiff's motion for reconsideration; Research standard for reconsideration; Draft outline of opposition | 2.30 125.00/hr | 287.50 |

Louis J. Price, Esq.                                          Page    8

|            |                                                                                                                                                                                                                                                                                                                                                                                                                                              | Hrs/Rate           | Amount |
|------------|----|---|---|
| 7/13/05 | Review correspondence from D. Capozzola re: Need to followup with M. Dillon; Draft outline of opposition; Draft shell of motion for reconsideration; Review prior affidavit of clients and deposition ot M. Dillon | 1.90<br>125.00/hr | 237.50 |
| 7/14/05 | Review correspondence from D. Capozzola re: Guidance after images; Review correspondence from L. Smith re: Opposition to reconsideration motion; Conference call with D. Capzzola, L. Smith and M. Dillon re: Spreadsheets; Conference call with D. Capozzola, L. Smith re: Need to file motion to C. Matsui to allow M. Dillon to view reconsideration motion; Conference call with D. Capozzola, L. Smith and M. Dillon re: FHL data.mdb; Draft correspondence to client re: Spreadsheets; Review correspondence from client re: Same; Draft introduction to opposition to reconsideration motion; Review 12/23/03 deposition of M. Dillon | 2.70<br>125.00/hr | 337.50 |
| 7/15/05 | Meet with L. Hosoda re: Opposition to reconsider motion; Conference call to L. Smith re: Joinder to motion to Matsui re: Letting Dillon see motion and files; Strategize on opposition to reconsider motion; Review PCT and C&S motion to permit Dillon to review reconsideration motion; Draft joinder to motion; Prepare motion for service on parties and C. Matsui; Create pdf of joinder and transmitted to counsel via email; Draft intro to opposition | 2.70<br>125.00/hr | 337.50 |

Louis J. Price, Esq.                                              Page    9

|  | Hrs/Rate | Amount |
|---|---|---|

to reconsider motion to
incorporate filing of motion with
C. Matsui; Draft standard of
review; Draft argument of
opposition to reconsider; Review
PCT Motion for Summary Judgment

7/18/05  Review correspondence from L.          3.30          412.50
         Smith re: Motion for Dillon to see    125.00/hr
         reconsideration motion; Review
         12/03 deposition of M. Dillon;
         Review 9/04 affidavit of M.
         Dillon; Draft opposition to
         reconsideration motion; Research
         standard for reconsideration;
         Place telephone call to M. Dillon
         re: 12-03 deposition testimony

         Research re: What constitutes          1.70          212.50
         copy, use for infringement            125.00/hr
         purposes; Review correspondence
         from M. Dillon re: Motion for
         Reconsideration; Review
         correspondence to M. Dillon re:
         Request patience and will let him
         know when need assistance

7/19/05  Review outline of PCT opposition       5.40          675.00
         to reconsider motion; Review          125.00/hr
         correspondence from L. Smith re:
         Keep logistics server separate
         from C&S network until after
         appeals exhausted; Reivew
         documents produced by T. Ueno in
         preparation for deposition;
         Prepare for deposition of T. Ueno;
         Place telephone call to A. Lopez
         re: Protective order, case
         management; Draft correspondence
         to client re: Protective order;
         Place telephone call to client re:
         Protective order; Create pdf file
         of Exhibit A executed by client;

Louis J. Price, Esq.                                          Page   10

|  | Hrs/Rate | Amount |
|---|---|---|

Conference call with L. Smith, D. Capozzola and M. Walker re: Database; Place telephone call to M. Dillon re: Database; Research issue of newly dicovered evidence for purposes of reconsideration; Revise standard of review section of opposition to reconsider motion; Revise introduction section of reconsider motion; Review correspondence from O. Samad re: Entry of judgment re: Fee and costs; Review correspondence from D. Capozzola re: Collection on Berry's father's judgment; Review correspondence from L. Smith re: Protective order; Review correspondence from T. Hogan re: Inadvertent disclosure of priviliged material; Review correspondence from C. Matsui re: No authority to rule on motion; Draft correspondence to client re: Server

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 7/20/05 | Review correspondence from D. Capozzola re: Berry's father's judgment; Review correspondence from T. Hogan re: Protective order executed by M. Dillon; Review correspondence from D. Capozzola re: Draft opposition; Draft opposition to reconsider motion; Place telephone call to L. Smith re: Reconsider motion; Place telephone call to M. Dillon re: Reconsider motion; Review correspondence from D. Capozzola re: Will participate in deposition of T. Ueno by phone; Review | 1.80<br>125.00/hr | 225.00 |

Louis J. Price, Esq.                                              Page   11

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | correspondence from D. Capozzola re: Guidance images; Review correspondence from M. Dillon re: Date moved to spreadsheets |  |  |
| 7/21/05 | Conference call with M. Dillon re: Guidance images; Place telephone call to L. Smith re: Need for dec from M. Dillon; Deposition of T. Ueno; Place telephone call to M. Dillon re: Review draft dec; Place telephone call to M. Dillon re: Comment on draft dec; Conference call with M. Dillon and L. Smith re: Dec; Revise dec; Place telephone call to M. Dillon re: Will sign and drop off tomorrow; Review comments from M. Dillon re: Reconsider motion; Draft opposition to Motion to Reconsider, incorporate M. Dillon dec, Walker report | 7.20 125.00/hr | 900.00 |
| 7/22/05 | Review PCT opposition; Meeting with M. Dillon re: Dec; Draft correspondence to L. Smith and D. Capozzola re: Copy of reviewed supplemental expert report of M. Walker; Draft opposition to Motion to Reconsider; Draft ex parte motion to file under seal; Prepare opposition and motion to file under seal for filing and service; Place telephone call to A. Lopez re: Filing under seal; Place telephone call to D. Capozzola re: Same; Review Guidance no position; Review C&S opposition to motion | 7.40 125.00/hr | 925.00 |
| 7/25/05 | Review correspondence from D. Capozzola re: Opposition to reconsider motion | 0.20 125.00/hr | 25.00 |

Louis J. Price, Esq.                                          Page   12

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/26/05 | Review correspondence from D. Capozzola; Review correspondence from T. Hogan re: Guidance images, waived privilege; Conference call with L. Smith and M. Dillon re: Tables in original logistics vs. tables in FCS logistics; Review correspondence from D. Capozzola re: Request permission to file surreply; Review pdf of table comparisons of two databases | 1.30 125.00/hr | 162.50 |
| 7/27/05 | Review deposition of T. Ueno; Review correspondence from M. Dillon re: Spreadsheets; Draft outline for motion on damages | 1.40 125.00/hr | 175.00 |
| 7/28/05 | Review PCT's objections, opposition to motion for reconsideration, Dr. Walker's supplemental report; Conference call with M. Dillon, L. Smith re: Queries and table, importance of opposing motion for reconsideration | 1.40 125.00/hr | 175.00 |
| 7/29/05 | Review correspondence from B. Sakamoto re: PCT documents; Review correspondence from D. Capozzola re: Response to Guidance letter and T. Hogan re: Ex parte motion re: Reply; Review correspondence from L. Smith re: Same; Research filing surreply, request permission from court; Review correspondence from client re: Queries fall under fair use doctrine | 1.00 125.00/hr | 125.00 |

SUBTOTAL:                                            [  52.30        6,537.50]

Louis J. Price, Esq.                                          Page  13

|          |                                        | Hours  | Amount      |
|----------|----------------------------------------|--------|-------------|
|          | For professional services rendered     | 113.70 | $18,817.50  |

Additional charges:

LHO

|          |                                        | Amount   |
|----------|----------------------------------------|----------|
| 7/5/05   | Postage                                | 15.84    |
|          | Xerox                                  | 75.60    |
| 7/13/05  | Postage                                | 3.95     |
|          | Xerox                                  | 21.80    |
| 7/15/05  | Postage                                | 1.80     |
|          | Xerox                                  | 10.80    |
| 7/19/05  | Xerox                                  | 0.40     |
| 7/21/05  | Stephen B. Platt transcript            | 244.06   |
| 7/22/05  | Xerox                                  | 52.80    |
|          | Postage                                | 3.85     |
|          | Xerox                                  | 15.60    |
| 7/24/05  | Deposition upon written questions of Thomas Ueno, CPA taken on 7/18/05 | 40.94 |
| 7/27/05  | Postage                                | 6.14     |
|          | Xerox                                  | 38.60    |
|          | SUBTOTAL:                              | [   532.18] |
|          | Total costs                            | $532.18  |
|          | Service tax                            | $783.94  |

Louis J. Price, Esq.                                              Page   14

                                                                    Amount
                                                                _____

            Total amount of this bill                            $20,133.62

            Previous balance                                    $102,234.70

7/24/05 Payment - thank you                                    ($55,713.39)
 8/3/05 Payment - thank you                                    ($46,521.31)
                                                                _____

            Total payments                                    ($102,234.70)
                                                                _____

            Balance due                                          $20,133.62
                                                                ════════════