Lyle S. Hosoda & Associates
345 Queen St., Ste. 804
Honolulu HI 96813


Invoice submitted to:
Louis J. Price, Esq.
McAfee & Taft
211 N. Robinson Ave., 10th Floor
Oklahoma City OK 73102


March 14, 2006

Invoice #11863

        Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **CSK** | | | |
| 2/26/06 | Review Second Amended Complaint; Research re: Exemptions for jury duty; Prepare to accompany Sonya Purdy to jury duty in HDC | 1.30 125.00/hr | 162.50 |
| 2/27/06 | Attend jury duty call with S. Purdy | 3.10 125.00/hr | 387.50 |
| 2/28/06 | Legal research and analysis re: Summary Judgment | 2.10 125.00/hr | 262.50 |
| | SUBTOTAL: | [    6.50 | 812.50] |
| **CTC** | | | |
| 1/24/06 | Assist with witnesses | 0.40 125.00/hr | 50.00 |

Louis J. Price, Esq.                                    Page   2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/31/06 | Strategize | 0.30<br>125.00/hr | 37.50 |
| 2/1/06 | Prepare for trial; Closing –<br>research internet re: Hawaiian<br>history of trade | 0.90<br>125.00/hr | 112.50 |
| 2/3/06 | Prepare for Trial; Research<br>witness history | 0.50<br>125.00/hr | 62.50 |
| 2/8/06 | Research re: Juror's background | 0.30<br>125.00/hr | 37.50 |
| 2/9/06 | Research re: Hawaii History | 1.50<br>125.00/hr | 187.50 |
| 2/10/06 | Research potential software that<br>jurors will be familiar with at<br>their employment | 2.00<br>125.00/hr | 250.00 |
| 2/14/06 | Review books re: Hawaii history<br>for closing argument | 0.40<br>125.00/hr | 50.00 |
| 2/16/06 | Prepare for Trial; Hawaiian<br>history, shoal of time | 2.30<br>125.00/hr | 287.50 |
| 2/24/06 | Research internet re: Hawaii<br>economy pre technology era | 1.80<br>125.00/hr | 225.00 |
| 2/25/06 | Research Hawaii Commerce re:<br>Closing arguments | 1.00<br>125.00/hr | 125.00 |
| 2/26/06 | Research Westlaw re: Raising<br>evidence covered by motion in<br>limine at closing | 5.50<br>125.00/hr | 687.50 |
| 2/27/06 | Research Westlaw re: Judgment as a<br>matter of law; Research standards<br>used by Hawaii District Court, 9th<br>Circuit; Research issue re: Slip<br>opinion; Draft memo | 4.20<br>125.00/hr | 525.00 |

Louis J. Price, Esq.                                          Page    3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/1/06 | Review trial transcript for references to add in closing argument; Research past Hawaii economy to de-emphasize computer age on success of imports;  Draft memo re: closing and Motion in Limine | 5.40 125.00/hr | 675.00 |
|  | SUBTOTAL: | [  26.50 | 3,312.50] |
|  | LHO |  |  |
| 2/1/06 | Review and exchange correspondence with defense counsel; Review correspondence from T. Hogan re: File production; Work on jury profile | 3.70 200.00/hr | 740.00 |
| 2/2/06 | Review voir dire/jury selection/jury profile | 4.00 200.00/hr | 800.00 |
| 2/3/06 | Work on closing; Work on jury profile | 3.50 200.00/hr | 700.00 |
| 2/4/06 | Research re: Closing argument, jury profile | 3.00 200.00/hr | 600.00 |
| 2/6/06 | Review documents; Work on closing argument; Exchange correspondence between counsel re: Prepare for Trial; Review juror profile | 4.20 200.00/hr | 840.00 |
| 2/7/06 | Review documents; Exchange correspondence with counsel; Conference call with T. Noa, M. Dillon, M. Baumann, D. Capozzola, L. Smith and J. Kinrich | 3.50 200.00/hr | 700.00 |
| 2/8/06 | Review and exchange correspondence with counsel re: Production of files; Prepare for depositions and trial; Work on background check of | 4.00 200.00/hr | 800.00 |

Louis J. Price, Esq.                                        Page    4

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | jurors and what access they had to computer programs; Place telephone call to T. Noa; Place telephone call to M. Dillon re: Trial preparation |  |  |
| 2/9/06 | Exchange correspondence with counsel re: Production issues; Prepare for Trial | 3.50 200.00/hr | 700.00 |
| 2/10/06 | Exchange correspondence with counsel; Review documents; Work on jury profile and closing argument | 3.50 200.00/hr | 700.00 |
| 2/11/06 | Exchange correspondence with D. Capozzola and M. Baumann; Review correspondence from T. Hogan; Review rule 60(b) motions; Review documents; Prepare position statement and opposition to motions | 4.50 200.00/hr | 900.00 |
| 2/12/06 | Conference call with J. Kinrich, K. Gould, D. Capozzola, L. Smith and M. Dillon; Review documents; Exchange email correspondence; Work on position statement re: rule 60(b) motion | 3.50 200.00/hr | 700.00 |
| 2/13/06 | Review documents; Place telephone call to T. Noa; Place telephone call to M. Dillon; Place telephone call to L. Smith; Place telephone call to D. Capozzola; Conference call with J. Kinrich; Prepare for Trial | 4.20 200.00/hr | 840.00 |
| 2/14/06 | Place telephone call to M. Ponce; Place telephone call to T. Noa; Research re: Closing argument; Exchange correspondence with counsel re: discovery; 60(b) opposition and motions in limine | 6.50 200.00/hr | 1,300.00 |

Louis J. Price, Esq.                                          Page   5

|          |                                                                                                            | Hrs/Rate        | Amount    |
|----------|------------------------------------------------------------------------------------------------------------|-----------------|-----------|
| 2/16/06  | Review and exchange correspondence with defense counsel; Review and exchange correspondence with Plaintiff's counsel; Work on opposition to 60(b) motion | 4.70 200.00/hr  | 940.00    |
| 2/17/06  | Research re: Closing; Review and finalize opposition to rule 60(b) motion filed by Plaintiff              | 6.20 200.00/hr  | 1,240.00  |
| 2/18/06  | Prepare for Trial; Exchange correspondence                                                                 | 4.00 200.00/hr  | 800.00    |
| 2/19/06  | Review correspondence re: Plaintiff's counsel, defense counsel; Review reply brief; Prepare for trial     | 3.00 200.00/hr  | 600.00    |
| 2/20/06  | Review and exchange correspondence with Plaintiff's counsel, defense counsel and clients; Work on witness examinations; Review reply brief filed by Plaintiff re: 60(b) motion | 5.50 200.00/hr  | 1,100.00  |
| 2/21/06  | Meeting with defense counsel; Prepare for trial                                                            | 6.00 200.00/hr  | 1,200.00  |
| 2/22/06  | Prepare for Trial; Meeting with M. Dillon, M. Ponce, J. Rio, R. Waiolama and defense counsel; Review motion in Limine; Review Plaintiff's supplemental instruction; Review 60(b) motion | 8.00 200.00/hr  | 1,600.00  |
| 2/23/06  | Prepare for Trial; Contact clients; Meeting with defense counsel to prepare witnesses; Review motions and filing for hearing | 8.50 200.00/hr  | 1,700.00  |

Louis J. Price, Esq.                                         Page   6

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/24/06 | Prepare for Trial | 12.50 200.00/hr | 2,500.00 |
| 2/25/06 | Trial preparation | 16.00 200.00/hr | 3,200.00 |
| 2/26/06 | Trial preparation | 15.00 200.00/hr | 3,000.00 |
| 2/27/06 | Prepare for trial | 16.50 200.00/hr | 3,300.00 |
| 2/28/06 | Trial | 16.00 200.00/hr | 3,200.00 |
| 3/1/06 | Trial | 18.00 200.00/hr | 3,600.00 |
| 3/2/06 | Trial | 18.00 200.00/hr | 3,600.00 |
| 3/3/06 | Trial | 10.00 200.00/hr | 2,000.00 |
| 3/4/06 | Conference call with D. Capozzola, L. Smith, B. Christensen; Prepare for hearing on Motion for Preliminary Injunction; Review exhibits | 4.70 200.00/hr | 940.00 |
| 3/5/06 | Prepare for Hearing on Motion for Preliminary Injunction | 1.70 200.00/hr | 340.00 |
|  | SUBTOTAL: | [ 225.90 | 45,180.00] |

RM _____

|  |  |  |  |
|---|---|---|---|
| 2/1/06 | Review additional exhibits produced by T. Hogan; Review correspondence from T. Hogan, V. Limogelli re: Guidance production; Review correspondence from T. | 1.40 125.00/hr | 175.00 |

Louis J. Price, Esq.                                              Page    7

|                                                                 | Hrs/Rate      | Amount    |
| --------------------------------------------------------------- | ------------- | --------- |

Hogan re: Guidance before images,
existence of Berry databases;
Place telephone call to M. Dillon
re: Calculation of Berry's
damages; Update Plaintiff's
exhibit binders; Made notes on
exhibits re: J. Borja; Review
deposition of B. Marting and
exhibits re: Y. Hata

2/2/06 Review amended order re:                    1.60           200.00
       Electronic filing; Draft direct      125.00/hr
       exam of T. Noa with screen shots
       and explanation of how operated
       database

2/3/06 Draft letter to clients re: New             2.70           337.50
       partner assigned to case in place    125.00/hr
       of E. Liebeler; Review
       correspondence from D. Capozzola
       re: M. Baumann new lead trial
       counsel; Review correspondence
       from D. Capozzola; Review juror
       summary chart; Draft explanation
       of cities where jurors are from

2/6/06 Review order granting pro hac vice          2.20           275.00
       admission of M. Baumann; Review     125.00/hr
       correspondence from V. Limongelli
       re: Guidance disks; Review
       correspondence from T. Hogan re:
       Files produced by Guidance; Review
       correspondence to M. Baumann re:
       Assistance for trial; Review trial
       transcript re: Juror's background,
       experience and family; Review
       depositions of M. Dillon re:
       Receipt of PO information from
       corporate office and import into
       database; Update deposition
       summary of M. Dillon; Review
       pleadings re: Guidance Motion for
       Summary Judgment, took notes re:

Louis J. Price, Esq.                                        Page   8

|  | Hrs/Rate | Amount |
|---|---|---|

Same in light of Berry's
complaints of lack of production
by Guidance, Berry will argue for
liability against Guidance; Review
correspondence from T. Hogan re:
FCS not previously produced by
Fleming

2/7/06 Review Walker's reports re:                5.00        625.00
Databases; Review correspondence        125.00/hr
from V. Limongelli re: Production;
Review correspondence from T.
Hogan re: Databases not turned
over; Review further
correspondence from T. Hogan re:
Databases not turned over; Review
deposition of M. Dillon re: Copies
of databases; Pull correspondence
between Guidance and T. Hogan re:
Discovery of before and after
images; Draft timeline of
discovery of before and after
images; Place telephone call to M.
Dillon re: Conference call; Place
telephone call to T. Noa re:
Conference call; Conference call
with D. Capozzola, M. Baumann, L.
Smith, J. Kinrich and K. Gold re:
Reconciling Ueno's report with
spreadsheets; Review
correspondence from T. Hogan re:
Production of database; Review
jury summary binder from D.
Capozzola; Place telephone call to
L. Smith re: Transmittal of CD to
T. Hogan; Review correspondence
from T. Hogan re: CD; Review
correspondence files re: CDs of
spreadsheets produced to D.
Capozzola

Louis J. Price, Esq.                                    Page    9

|         |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          | Hrs/Rate          | Amount |
|---------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 2/8/06  | Review correspondence to clients re: New lead trial counsel; Review correspondence from V. Limongelli re: Database; Review correspondence from T. Hogan re: Database; Review correspondence from D. Capozzola re: Copies of database; Review correspondence from D. Capozzola re: Deposition of T. Ueno; Review correspondence from T. Hogan re: Deposition of T. Ueno; Draft correspondence to M. Dillon and T. Noa re: Use of spreadsheets; Place telephone call to S. Dunn re: Projector and elmo for trial at end of month; Review correspondence from D. Capozzola re: Database; Review response from T. Hogan; Review jury instructions for memo on damages; Draft memo re: Damages; Review Berry's and PCT's jury instructions; Review trial transcript | 3.10<br>125.00/hr | 387.50 |
|         | Revise direct of T. Noa to include testimony on how used spreadsheet; Review correspondence from T. Hogan re: Materials reviewed by Walker, copies of database; Briefed statutory damages cases                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             | 1.70<br>125.00/hr | 212.50 |
| 2/13/06 | Review correspondence file re: recent activity; Review Berry's rule 60 motion for reconsideration, dec and exhibits; Research cases cited by Berry; Review draft of response from D. Capozzola; Review M. Dillon's deposition re: Databases; Conference call with M. Baumann, J. Kinrich, K. Gold, M. Dillon and T. Noa re: Ueno's report, revenues/costs of logistics                                                                                                                                                                                                                                                                                                                                       | 5.70<br>125.00/hr | 712.50 |

Louis J. Price, Esq.                                         Page   10

                                            Hrs/Rate        Amount

             department, containers for
             relevant period; Place telephone
             call to M. Dillon re: Berry's rule
             60 motion for reconsideration;
             Strategize with L. Hosoda re:
             opposition for motion for
             reconsideration

2/14/06 Review Berry's motion and              8.20        1,025.00
        exhibits; Draft outline of        125.00/hr
        response; Research fraud on court,
        criminal infringement; Review
        correspondence from T. Noa re:
        Travel arrangements; Review
        correspondence from D. Capozzola
        re: Databases; Review
        correspondence from V. Limongelli
        re: Databases; Review
        correspondence from T. Hogan re:
        Production; Place telephone call
        to T. Yee re: Guidance disks;
        Place telephone call to M. Dillon
        re: 5/9/03 version of database;
        Review M. Dillon's direct
        testimony for trial; Review his
        prior affidavits; Review his
        deposition; Draft opposition to
        60(b) motion

2/15/06 Draft opposition to Berry's 60(b)      7.80          975.00
        motion; Draft dec of . Dillon in    125.00/hr
        support of opposition to 60(b)
        motion; Review correspondence from
        LH re: Strategy on opposition;
        Review correspondence from D.
        Capozzola re: hearing on 60(b)
        motion; Draft correspondence to T.
        Hogan re: Exhibit A executed by
        Employees; Review correspondence
        from T. Hogan requesting why
        employees executed Exhibit A;
        Review correspondence from T.
        Hogan re: CD of copyright

Louis J. Price, Esq.                                              Page  11

|  | Hrs/Rate | Amount |
|---|---|---|

registration; Review correspondence from M. Dillon and response to 60(b) motion; Draft correspondence to M. Dillon re: Dec in support of opp to 60(b) motion; Draft correspondence to M. Dillon, T. Noa and B. Christensen re: Trial prep; Place telephone call to G. Holmes re: Equipment for trial

2/16/06 Review transcript from 9/28/04 hearing; Review prior trial/hearing testimony of M. Dillon; Draft correspondence to M. Dillon re: Draft opp and dec for review and comment; Review case law re: Sanctions against attorneys; Review case law re: Criminal infringement; Review correspondence from M. Dillon re: No comments to opp; Draft direct exam of T. Noa re: Screen shots; Draft narrative re: T. Noa job description; Revise direct exam of S. Purdy; Draft cross of T. Ueno; Draft cross of W. Berry; Draft memo re: Berry's 60(B) motion; Draft memo re: Damages      7.50     937.50
                                                      125.00/hr

2/17/06 Review comment from M. Baumann, D. Capozzola, O. Samad; Review case law re: Fraud by adverse party, fraud on court; Research issue of timeliness  60(b) motion; Revise opp to 60(b) motion; Shepardize cases; Electronically file; Place telephone call to M. Dillon re: Opp, declaration; Review draft MIL to exclude Ueno; Review correspondence re: Emails, attachments as additional exhibits to be submitted by Plaintiff;      7.20     900.00
                                                      125.00/hr

Louis J. Price, Esq.                                          Page  12

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| | Review Plaintiff's supplemental exhibits; Review Walker's supplemental report; Review Kinrich's supplemental report and PCT's additional trial exhibit | | |
| 2/18/06 | Download and review PCT opposition to Berry's recon; Download and review C&S' opposition to Berry's recon; Download and review PCT MIL to exclude Ueno; Draft memo to D. Matsuda re: Updating trial binders; Review correspondence from D. Capozzola re: Filings; Review correspondence from T. Hogan re: Correspondence between PCT and expert | 2.90 125.00/hr | 362.50 |
| 2/19/06 | Review correspondence from M. Dillon re: Database; Draft correspondence to M. Dillon, T. Noa and B. Christensen re: Trial prep; Draft comments to Plaintiff's additional exhibits | 1.50 125.00/hr | 187.50 |
| 2/20/06 | Review correspondence from D. Capozzola re: Comments to reply re: Reconsideration; Draft correspondence to M. Dillon re: Reply brief filed by Berry; Review Berry's reply; Draft comments for hearing; Research issue of reliance on privileged communications; Review correspondence from D. Capozzola re: Kinrich documents; Review Plaintiff's exhibits and draft objections; Place telephone call to M. Dillon re: Berry's reply, attend hearing on motion for reconsideration; Review M. | 6.20 125.00/hr | 775.00 |

Louis J. Price, Esq.                                              Page   13

|  | Hrs/Rate | Amount |
|---|---|---|

Dillon's remarks to Berry's reply;
Prepare cross and direct exams;
Draft memo to L. Hosoda re: Trial
prep

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 2/21/06 | Review correspondence from D. Capozzola re: M. Dillon's attendance at hearing; Place telephone call to M. Dillon re: Attendance at hearing; Update witness, expert and exhibit binders for trial; Review correspondence from O. Samad re: Timeliness argument under rule 60; Draft correspondence to M. Dillon and T. Noa re: Plaintiff's additional trial exhibits; Draft summary of Plaintiff's exhibits; Meet with D. Capozzola, M. Baumann, L. Smith and T. Yee re: Scheduling prep for trial, hearing on MIL and Berry's motion for recon, trial and witnesses | 7.40 125.00/hr | 925.00 |
| 2/22/06 | Place telephone calls to M. Dillon re: Meeting with employees; Prepare for meeting with clients for trial testimony; Meet with A. Waiolama, J. Rio, M. Ponce, M. Dillon, M. Baumann and D. Capozzola re: Trial prep of witnesses; Meet with M. Baumann and D. Capozzola re: Trial strategy; Review supplemental memo in support of permanent injunction, Hogan's dec and exhibits; Draft correspondence to M. Dillon re: Same and asking for comments; Draft outline of supplemental opposition; Review M. Dillon's comments to supp memo in support of perm injunction; Review correspondence from T. Noa re: | 9.60 125.00/hr | 1,200.00 |

Louis J. Price, Esq.                                              Page   14

|  | Hrs/Rate | Amount |
|---|---|---|

Comments to Plaintiff's additional
exhibits; Review correspondence
re: Revised special verdict form;
Conference call wiht M. Baumann
and D. Capozzola re: Revised
special verdict form; Review
Berry's MIL to exclude Kinrich
report and MIL to exclude Walker;
Review Berry's additional JIS;
Draft response to JIS; Review
correspondence from B. Christensen
re: Mediation in Delaware; Review
opposition to Berry's MIL to
exclude Kinrich; Review
correspondence to B. Christensen
and J. Fukumoto re: Trial prep;
Review opposition to Berry's MIL
to exclude Walker; Review
pleadings for objection to JIS;
Review plaintiff's proposed supp
JIS

2/23/06  Draft correspondence to J. Blease        6.20        775.00
         re: Trial attire; Meet with D.       125.00/hr
         Matsuda re: Trial prep, witnesses;
         Review correspondence re: Comments
         to MIL to exclude Walker; Review
         correspondence from B. Christensen
         re: Meeting for trial prep; Draft
         cross questions for trial prep of
         clients; Review correspondence
         from D. Capozzola re: Objection to
         Plaintiff's JIS; Review
         correspondence from M. Baumann re:
         Supplemental JIS; Draft joint
         objection to Plaintiff's supp JIS;
         Draft COS re: Same; Place
         telephone call to T. Yee re:
         Signature for joint objection,
         electronically file joint
         objection to Berry's supp JIS;
         Review final drafts of oppositions
         to MIL to exclude Walker and

Louis J. Price, Esq.                                    Page  15

|  | Hrs/Rate | Amount |
|---|---|---|

Kinrich; Review correspondence from D. Capozzola re: Scheduling order; Review pleadings; Draft correspondence to D. Capozzola re: Scheduling order; Draft correspondence to B. Christensen re: Meeting for trial prep; Place telephone call to B. Christensen re: Meeting for trial prep; Revise direct exam outlines for J. Rio and A. Waiolama; Place telephone call to A. Waiolama re: Trial prep; Place telephone call to M. Dillon re: Same

2/24/06 Review Berry's opp to MIL to exclude Ueno; Review PCT's opposition to Berry's MIL; Review Berry's opp to proposed jury instructions; Update hearing binders; Review correspondence from J. Fukumoto re: Job description; Draft correspondence to M. Baumann and D. Capozzola re: Same; Review correspondence from D. Capozzola re: B. Christensen depo, BC should not be precluded from testifying; Review correspondence to B. Christensen re: Deposition review; Draft objections to Plaintiff's supplemental exhibits; Review Berry's motion for recon, oppositions and reply; Draft notes and prepare for hearing; Place telephone call to T. Fujinaga re: Hearing on MIL and motion for recon moved to monday; Draft correspondence to defense team re: Hearing; Place telephone call to T. Yee re: opposition to exhibits; Draft correspondence to D. Capozzola re: Draft objections to

      13.80     1,725.00
    125.00/hr

Louis J. Price, Esq.                                      Page   16

|  | Hrs/Rate | Amount |
|---|---|---|

exhibits; Review comments from D.
Capozzola re: Make objections
joint defense; Revise joint
defense objections; File the same;
Place telephone call to B.
Sakamoto re: Meeting with S. Platt
re: Live feed; Revise exam
outlines for J. Rio, A. Waiolama,
S. Purdy, J. Fukumoto and M.
Ponce; Place telephone call to S.
Platt re: Attorneys tour of
courtroom and set up of live feed;
Meet with defense counsel re:
Strategy for trial, scheduling of
witness prep; Hearings on MILs,
Motion for recon; Revise exam
outlines for J. Rio, A. Waiolama,
S. Purdy, J. Fukumoto and M.
Ponce; Review depositions of J.
Rio and A. Waiolama; Draft memo
re: Trial themes for use with
witnesses, opening and closing;
Draft memo re: Closing arguments;
Draft correspondence to T. Noa re:
Trial prep; Review M. Walker
declaration re: Motion for recon;
Update trial binder and pleadings

2/25/06 Review Berry's supp opp to motion        14.20        1,775.00
for perm injunction; Draft          125.00/hr
supplemental opposition; Draft
correspondence to D. Capozzola re:
Dillon exam outline; Review
correspondence from D. Capozzola
re: Exhibits summary; Review
correspondence from clients re:
Background information; Place
telephone call to A. Waiolama, J.
Rio, S. Purdy and M. Ponce re:
Trial prep; Attend witness prep of
A. Chun and B. Christensen; Meet
with D. Capozzola and M. Baumann
re: Order of witnesses, cross exam

Louis J. Price, Esq.                                         Page   17

                                              Hrs/Rate            Amount

        of W. Berry, direct of M. Dillon;
        Revise direct of M. Dillon; Review
        prior jury verdict; Research issue
        of crystal reports not subject of
        this lawsuit so cannot claim
        damages; Meet with M. Dillon re:
        Prep of trial testimony;
        Strategize with M. Baumann re:
        Witness testimony; Review MIL
        hearing transcript re: Rulings;
        Review further revised outline of
        M. Dillon

2/26/06 Review, revise outline of M.              14.60        1,825.00
        Dillon; Meet with A. Waiolama and     125.00/hr
        J. Rio re: Testimony; Meet with S.
        Purdy re: Trial testimony; Meet
        with M. Baumann, D. Capozzola and
        clients re: Practice of trial
        testimony; Review correspondence
        from T. Hogan re: Stipulating to
        authenticity of emails; Review
        Plainitff's trial exhibits; Review
        correspondence from M. Baumann re:
        Stipulation to some of trial
        exhibits; Place telephone call to
        A. Waiolama re: Meeting for trial
        prep; Place telephone call to M.
        Dillon re: Meeting for trial prep

2/27/06 Review pleadings; Prepare for             14.30        1,787.50
        hearing; Attend hearing on Motion    125.00/hr
        for recon, MIL; Meet with and
        prepare T. Noa, A. Chun and M.
        Dillon for trial; DRaft memo re:
        Rulings on MIL; Research issue of
        JMOL; Draft JMOL; Review cross
        exams of Berry and Ueno; Review
        Ueno depositions and reports;
        Draft cross examination questions

Louis J. Price, Esq.                                    Page  18

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/28/06 | Prepare for trial; Attend trial; Meet with M. Baumann, D. Capozzola and O. Samad re: Trial prep, strategy, witnesses; Draft JMOL; Review daily transcript for key points for cross examination | 17.00 125.00/hr | 2,125.00 |
| 3/1/06 | Prepare for Trial; Attend Trial; Prepare S. Purdy re: Direct exam; Place telephone call to M. Dillon re: Trial; Strategize with O. Samad re: Actual damages and profits; Revise JMOL; Review daily transcript for key points re: Cross examination and closing arguments | 19.00 125.00/hr | 2,375.00 |
| 3/2/06 | Prepare for Trial; Meet with clients re: Being called as witnesses; Attend Trial; Strategize with defense counsel re: Trial, witnesses, exhibits; Attend settlement conference on jury instructions and special verdict form; Conference call with Judge Mollway and K. Kane re: Jury instructions and special verdict form; Review daily transcript for key pionts in closing arguments; Draft key points for closing arguments; Review and critique practice closing arguments | 19.40 125.00/hr | 2,425.00 |
| 3/3/06 | Prepare for and attend Trial, Plaintiff's rebuttal, defense cross exam, closing arguments; Debrief with clients; Debrief with defense counsel | 8.90 125.00/hr | 1,112.50 |
| 3/6/06 | Organize and inventory trial binders and materials; Review Motion re: EULA; Review Motion re: Privileged communications; Review | 6.00 125.00/hr | 750.00 |

Louis J. Price, Esq.                                              Page    19

|  | Hrs/Rate | Amount |
|---|---|---|

PCT's JMOL on all damages and
profits; Draft correspondence to
O. Samad, S. Benson re: PCT trial
exhibits; Review correspondence
from L. Smith re: Permanent
injunction; Review trial briefs
re: Statutory damages; Meet with
L. Hosoda re: Strategy for hearing
on PI motion; Research issue of
appellate rights if elect
statutory damages; Review
correpondence from D. Capozzola
re: Permanent injunction; Place
telephone call to M. Baumann re:
Permanent injunction

| 3/7/06 | Meet with A. Waiolama and J. Rio re: JIS, verdict; Strategize with defense consel re: Permanent injunction and statutory damages; Attend reading of jury instructions, hearing on permanent injunction; Debrief with clients; Debrief with defense counsel; Conference call with L. Smith, D. Capozzola, and M. Baumann re: Jury's question; Review question from jury; Conference call with court and parties re: Response to jury's question; Attend jury verdict; Meet with clients re: Jury verdict; tp M. Ponce, S. Purdy, B. Christensen, T. Noa, J. Fukumoto and A. Chun re: Jury verdict | 6.80 125.00/hr | 850.00 |
| | SUBTOTAL: | [ 221.90 | 27,737.50] |
| | For professional services rendered | 480.80 | $77,042.50 |

Louis J. Price, Esq.                                    Page   20

Additional charges:

|  |  | Amount |
|---|---|---|
| LHO | | |
| 1/31/06 | Postage | 0.39 |
| | Xerox | 1.40 |
| | Hotel accomodations for Teresa Noa at the Ohana East Hotel | 2,052.80 |
| 2/8/06 | Postage | 3.12 |
| | Xerox | 4.80 |
| 2/9/06 | Xerox | 0.40 |
| | Fax | 2.00 |
| 2/10/06 | Xerox | 1.00 |
| | Fax | 8.00 |
| 2/15/06 | Fax | 2.00 |
| 2/17/06 | Xerox | 7.20 |
| 2/21/06 | Xerox | 136.40 |
| 2/24/06 | Fax | 2.00 |
| | Postage | 1.35 |
| | Xerox | 4.40 |
| 2/26/06 | Xerox | 10.80 |
| 2/27/06 | Steve Platt Court Reporter | 2,500.00 |
| 2/28/06 | Xerox | 8.20 |

Louis J. Price, Esq.                                          Page   21

|        |                                           | Amount       |
|--------|-------------------------------------------|--------------|
| 2/28/06 | Xerox                                     | 12.00        |
| 3/8/06  | Balance due to Stephen Platt court reporter | 1,355.25   |
|         | SUBTOTAL:                                  | [ 6,113.51]  |
|         | Total costs                                | $6,113.51    |
|         | Service tax                                | $3,209.59    |
|         | Total amount of this bill                  | $86,365.60   |
|         | Previous balance                           | $71,655.69   |
|         | Balance due                                | $158,021.29  |