# EXHIBIT O

**Summary of Hours and Attorneys' Fees Incurred**

| Category | LH (Hours/Fees) | RM (Hours/Fees) | Total Fees |
|---|---:|---:|---:|
| Case Development | 271/54,200.00 | 234/29,250.00 | $83,450.00 |
| Pleadings | 38/7,600.00 | 32/4,000.00 | $11,600.00 |
| Written Discovery | 207/41,400.00 | 304/38,000.00 | $79,400.00 |
| Depositions | 109/21,800.00 | n/a | $21,800.00 |
| Motions | 277.5/55,500.00 | 442/55,250.00 | $110,750.00 |
| Court Hearings | 72.5/14,500.00 | 30.5/3,812.50 | $18,312.50 |
| Trial | 173/34,600.00 | 173/21,625.00 | $56,225.00 |
| Post Trial | 14/2,800.00 | 14/1,750.00 | $4,550.00 |
| **Total Hours** | 1162/232,400.00 | 1229.5/153,687.50 | **$360,087.50** |