# EXHIBIT P

**(A) Case Development, Background Investigation and Case Administration**

| Date | Atty | Legal Service Provided | Time Spent | Rate | Amount |
|------|------|------------------------|------------|------|--------|
| 09.03.03 | LH | Case Development, Background Investigation | 8.0 | $200.00 | $1,600.00 |
| 09.03.03 | RM | Case Development, Background Investigation | 8.0 | $125.00 | $1,000.00 |
| 09.04.03 | LH | Case Development, Background Investigation | 8.0 | $200.00 | $1,600.00 |
| 09.04.03 | RM | Case Development, Background Investigation | 8.0 | $125.00 | $1,000.00 |
| 09.05.03 | LH | Case Development, Background Investigation | 8.0 | $200.00 | $1,600.00 |
| 09.05.03 | RM | Case Development, Background Investigation | 8.0 | $125.00 | $1,000.00 |
| 09.06.03 | LH | Case Development, Background Investigation | 8.0 | $200.00 | $1,600.00 |
| 09.06.03 | RM | Case Development, Background Investigation | 8.0 | $125.00 | $1,000.00 |
| 09.07.03 | LH | Case Development, Background Investigation | 8.0 | $200.00 | $1,600.00 |
| 09.08.03 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of September, 2003. | 2.0 | $200.00 | $400.00 |
| 10.02.03 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of October, 2003. | 3.0 | $200.00 | $600.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11.03.03 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of November, 2003. | 3.0 | $200.00 | $600.00 |
| 12.02.03 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |
| 01.02.04 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of January, 2004. | 2.0 | $200.00 | $400.00 |
| 02.02.04 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |
| 03.02.04 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 2.0 | $200.00 | $400.00 |
| 04.02.04 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 2.0 | $200.00 | $400.00 |

| | | | | | |
|---|---|---|---|---|---|
| 05.02.04 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |
| 06.02.04 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |
| 06.02.04 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $125.00 | $625.00 |
| 07.02.04 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |
| 07.02.04 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $125.00 | $625.00 |
| 07.15.04 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |

| 07.15.04 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court.  Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $125.00 | $625.00 |
|----------|----|---|-----|---------|---------|
| 08.02.04 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court.  Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |
| 08.02.04 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court.  Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $125.00 | $625.00 |
| 09.01.04 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court.  Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |
| 09.01.04 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court.  Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $125.00 | $625.00 |
| 10.01.04 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court.  Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10.01.04 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $125.00 | $625.00 |
| 10.15.04 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |
| 10.15.04 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $125.00 | $625.00 |
| 11.02.04 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 2.0 | $200.00 | $400.00 |
| 11.02.04 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 2.0 | $125.00 | $250.00 |
| 12.03.04 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12.03.04 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court.  Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $125.00 | $625.00 |
| 01.04.05 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court.  Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |
| 01.04.05 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court.  Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $125.00 | $625.00 |
| 02.02.05 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court.  Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |
| 02.02.05 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court.  Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $125.00 | $625.00 |
| 02.15.05 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court.  Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |

| 02.15.05 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $125.00 | $625.00 |
|---|---|---|---|---|---|
| 03.01.05 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |
| 03.01.05 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $125.00 | $625.00 |
| 03.15.05 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |
| 03.15.05 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $125.00 | $625.00 |
| 04.01.05 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |

| 04.01.05 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $125.00 | $625.00 |
| 04.15.05 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |
| 04.15.05 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $125.00 | $625.00 |
| 05.01.05 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 8.0 | $200.00 | $1,600.00 |
| 05.01.05 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 8.0 | $125.00 | $1,000.00 |
| 05.15.05 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 8.0 | $200.00 | $1,600.00 |

| 05.15.05 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 8.0 | $125.00 | $1,000.00 |
|---|---|---|---|---|---|
| 06.01.05 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 8.0 | $200.00 | $1,600.00 |
| 06.01.05 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 8.0 | $125.00 | $1,000.00 |
| 06.15.05 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 8.0 | $200.00 | $1,600.00 |
| 06.15.05 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 8.0 | $125.00 | $1,000.00 |
| 07.01.05 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |

| 07.01.05 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $125.00 | $625.00 |
| 07.15.05 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |
| 07.15.05 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $125.00 | $625.00 |
| 08.01.05 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |
| 08.01.05 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $125.00 | $625.00 |
| 08.15.05 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |

| 08.15.05 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $125.00 | $625.00 |
| 09.01.05 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |
| 09.01.05 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $125.00 | $625.00 |
| 09.15.05 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |
| 09.15.05 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $125.00 | $625.00 |
| 10.01.05 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10.01.05 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $125.00 | $625.00 |
| 11.01.05 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |
| 11.01.05 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $125.00 | $625.00 |
| 11.15.05 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $200.00 | $1,000.00 |
| 11.15.05 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 5.0 | $125.00 | $625.00 |
| 12.01.05 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 8.0 | $200.00 | $1,600.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12.01.05 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 8.0 | $125.00 | $1,000.00 |
| 12.15.05 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 8.0 | $200.00 | $1,600.00 |
| 12.15.05 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 8.0 | $125.00 | $1,000.00 |
| 01.01.06 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 8.0 | $200.00 | $1,600.00 |
| 01.01.06 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 8.0 | $125.00 | $1,000.00 |
| 01.15.06 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 8.0 | $200.00 | $1,600.00 |

| | | | | | |
|---|---|---|---|---|---|
| 01.15.06 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 8.0 | $125.00 | $1,000.00 |
| 02.01.06 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 8.0 | $200.00 | $1,600.00 |
| 02.01.06 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 8.0 | $125.00 | $1,000.00 |
| 02.15.06 | LH | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 8.0 | $200.00 | $1,600.00 |
| 02.15.06 | RM | Telephone calls with Plaintiff's counsel, client, defense counsel and the court. Draft correspondence to Plaintiff's counsel, client, defense counsel and the court. Review of correspondence from Plaintiff's counsel and defense counsel for the month of December, 2003. | 8.0 | $125.00 | $1,000.00 |
| | | **Total:** | | | **$83,450.00** |

14

(B) **Pleadings**

| Date | Atty | Legal Service Provided | Time Spent | Rate | Amount |
|------|------|------------------------|------------|------|--------|
| 11.02.03 | LH | Review pleading filed by Hawaii Transfer | 0.5 | $200.00 | $100.00 |
| 11.42.03 | LH | Review Answer filed by P. Schaul | 0.5 | $200.00 | $100.00 |
| 11.24.03 | LH | Research and review documents to prepare Answer to First Amended Complaint | 8.0 | $200.00 | $1,600.00 |
| 12.01.03 | LH | Review J. Graham's Answer to Complaint | 0.5 | $200.00 | $100.00 |
| 12.19.03 | RM | Research and review documents to prepare Answer to First Amended Complaint | 8.0 | $125.00 | $1,000.00 |
| 12.24.03 | LH | Review Foodland's Answer to Complaint | 0.5 | $200.00 | $100.00 |
| 02.23.04 | LH | Review Plaintiff's revised draft of the Second Amended Complaint | 5.0 | $200.00 | $1,000.00 |
| 02.23.04 | LH | Review Plaintiff's revised draft of the Second Amended Complaint | 5.0 | $200.00 | $1,000.00 |
| 03.03.04 | LH | Research and review documents to draft an Answer to the Second Amended Complaint | 8.0 | $200.00 | $1,600.00 |
| 03.03.04 | RM | Research and review documents to draft an Answer to the Second Amended Complaint | 8.0 | $125.00 | $1,000.00 |
| 05.03.04 | RM | Research and review documents to draft an Answer to the Second Amended Complaint | 8.0 | $125.00 | $1,000.00 |
| 06.23.04 | LH | Research and review documents to draft an Answer to the Second Amended Complaint | 8.0 | $200.00 | $1,600.00 |

1

| 06.23.04 | RM | Research and review documents to draft an Answer to the Second Amended Complaint | 8.0 | $125.00 | $1,000.00 |
|---|---|---|---|---|---|
| 07.09.04 | LH | Review Foodland's Answer to Second Amended Complaint | 0.5 | $200.00 | $100.00 |
| 07.14.04 | LH | Review HES' Answer to Second Amended Complaint | 0.5 | $200.00 | $100.00 |
| 07.18.04 | LH | Review Fleming and C&S' Answer to Second Amended Complaint | 1.0 | $200.00 | $200.00 |
| | | **Total:** | | | **$11,600.00** |

(C) **Interrogatories, Document Production, and other Written Discovery**

| Date | Atty | Legal Service Provided | Time Spent | Rate | Amount |
|------|------|------------------------|------------|------|--------|
| 09.18.03 | LH | Work on response to Plaintiff's Document Request | 4.0 | $200.00 | $800.00 |
| 10.02.03 | LH | Work on response to Plaintiff's Document Request | 4.0 | $200.00 | $800.00 |
| 10.14.03 | LH | Work on response to Plaintiff's Document Request | 4.0 | $200.00 | $800.00 |
| 11.03.03 | LH | Work on response to Plaintiff's Document Request | 4.0 | $200.00 | $800.00 |
| 11.15.03 | LH | Prepare response to Plaintiff's Document Request | 4.0 | $200.00 | $800.00 |
| 11.17.03 | LH | Prepare response to Plaintiff's Document Request | 4.0 | $200.00 | $800.00 |
| 12.02.03 | RM | Review Discovery responses from Foodland re: Plaintiff's Document Request | 4.0 | $125.00 | $500.00 |
| 12.05.03 | LH | Prepare response to Plaintiff's Document Request | 4.0 | $200.00 | $800.00 |
| 12.08.03 | RM | Prepare Request to Plaintiff for Documents | 8.0 | $125.00 | $1,000.00 |
| 12.09.03 | RM | Prepare Request to Plaintiff for Documents | 8.0 | $125.00 | $1,000.00 |
| 12.12.03 | RM | Prepare Response to Plaintiff's Request for Documents | 8.0 | $125.00 | $1,000.00 |
| 12.16.03 | LH | Prepare response to Plaintiff's Document Request | 8.0 | $200.00 | $1,600.00 |
| 12.18.03 | LH | Prepare response to Plaintiff's Document Request | 8.0 | $200.00 | $1,600.00 |
| 01.16.04 | RM | Prepare Response to Plaintiff's Request for Documents | 8.0 | $125.00 | $1,000.00 |
| 01.16.04 | LH | Prepare response to Plaintiff's Document Request | 8.0 | $200.00 | $1,600.00 |

| 02.11.04 | LH | Review Plaintiff's responses to Document Request | 8.0 | $200.00 | $1,600.00 |
|---|---|---|---|---|---|
| 02.11.04 | RM | Review Plaintiff's responses to Document Request | 8.0 | $125.00 | $1,000.00 |
| 06.15.04 | LH | Review Discovery responses from HTC | 2.0 | $200.00 | $400.00 |
| 06.28.04 | LH | Review Discovery Request re: Iowa Telecom documents | 2.0 | $200.00 | $400.00 |
| 06.28.04 | RM | Review Discovery Request re: Iowa Telecom documents | 4.0 | $125.00 | $500.00 |
| 07.07.04 | LH | Review Discovery Request re: Iowa Telecom documents | 8.0 | $200.00 | $1,600.00 |
| 07.07.04 | RM | Review Discovery Request re: Iowa Telecom documents | 8.0 | $125.00 | $1,000.00 |
| 07.14.04 | RM | Work with T. Noa re: responses to interrogatories | 8.0 | $125.00 | $1,000.00 |
| 08.02.04 | LH | Work with T. Noa re: responses to interrogatories | 5.0 | $200.00 | $1,000.00 |
| 09.16.04 | LH | Work on Discovery requests by Plaintiff | 5.0 | $200.00 | $1,000.00 |
| 09.17.04 | LH | Work on Discovery requests by Plaintiff | 5.0 | $200.00 | $1,000.00 |
| 09.22.04 | LH | Work on Discovery requests by Plaintiff | 5.0 | $200.00 | $1,000.00 |
| 09.23.04 | LH | Work on Discovery requests by Plaintiff | 5.0 | $200.00 | $1,000.00 |
| 09.22.04 | RM | Work on Discovery requests by Plaintiff | 8.0 | $125.00 | $1,000.00 |
| 09.23.04 | RM | Work on Discovery requests by Plaintiff | 8.0 | $125.00 | $1,000.00 |
| 10.04.04 | LH | Work on Discovery requests by Plaintiff | 5.0 | $200.00 | $1,000.00 |
| 10.04.04 | RM | Work on Discovery requests by Plaintiff | 8.0 | $125.00 | $1,000.00 |
| 10.05.04 | RM | Work on Discovery requests by Plaintiff | 8.0 | $125.00 | $1,000.00 |
| 10.08.04 | LH | Work on Discovery requests by Plaintiff re: Iowa Telecom | 5.0 | $200.00 | $1,000.00 |

| 10.10.04 | RM | Work on Discovery requests by Plaintiff re: Iowa Telecom | 8.0 | $125.00 | $1,000.00 |
|---|---|---|---|---|---|
| 10.10.04 | RM | Work on Discovery requests by Plaintiff re: Iowa Telecom | 8.0 | $125.00 | $1,000.00 |
| 10.04.04 | LH | Work on Discovery requests by Plaintiff re: Iowa Telecom | 5.0 | $200.00 | $1,000.00 |
| 10.14.04 | RM | Work on Discovery requests by Plaintiff re: Iowa Telecom | 8.0 | $125.00 | $1,000.00 |
| 10.16.04 | RM | Work on Discovery requests by Plaintiff re: Iowa Telecom | 8.0 | $125.00 | $1,000.00 |
| 10.20.04 | LH | Work on Discovery requests by Plaintiff re: Iowa Telecom | 5.0 | $200.00 | $1,000.00 |
| 10.20.04 | RM | Work on Discovery requests by Plaintiff re: Iowa Telecom | 8.0 | $125.00 | $1,000.00 |
| 10.22.04 | RM | Work on Discovery requests by Plaintiff re: Iowa Telecom | 8.0 | $125.00 | $1,000.00 |
| 11.02.04 | LH | Work on Discovery requests by Plaintiff | 5.0 | $200.00 | $1,000.00 |
| 11.02.04 | LH | Work on Discovery requests by Plaintiff | 5.0 | $200.00 | $1,000.00 |
| 11.03.04 | LH | Work on Discovery requests by Plaintiff | 5.0 | $200.00 | $1,000.00 |
| 11.03.04 | RM | Work on Discovery requests by Plaintiff | 8.0 | $125.00 | $1,000.00 |
| 11.08.04 | RM | Work on Discovery requests by Plaintiff | 8.0 | $125.00 | $1,000.00 |
| 11.08.04 | LH | Work on Discovery requests by Plaintiff | 5.0 | $200.00 | $1,000.00 |
| 11.15.04 | RM | Work on Discovery requests by Plaintiff | 8.0 | $125.00 | $1,000.00 |
| 11.16.04 | RM | Work on Discovery requests by Plaintiff | 8.0 | $125.00 | $1,000.00 |
| 11.17.04 | LH | Work on Discovery requests by Plaintiff | 5.0 | $200.00 | $1,000.00 |
| 11.17.04 | RM | Work on Discovery requests by Plaintiff | 8.0 | $125.00 | $1,000.00 |
| 11.18.04 | RM | Work on Discovery requests by Plaintiff | 8.0 | $125.00 | $1,000.00 |

| 12.03.04 | LH | Work on Discovery requests by Plaintiff | 5.0 | $200.00 | $1,000.00 |
|---|---|---|---|---|---|
| 12.04.04 | LH | Work on Discovery requests by Plaintiff | 5.0 | $200.00 | $1,000.00 |
| 12.05.04 | LH | Work on Discovery requests by Plaintiff | 5.0 | $200.00 | $1,000.00 |
| 12.05.04 | RM | Work on Discovery requests by Plaintiff | 8.0 | $125.00 | $1,000.00 |
| 12.08.04 | RM | Work on Discovery requests by Plaintiff | 8.0 | $125.00 | $1,000.00 |
| 12.08.04 | LH | Work on Discovery requests by Plaintiff | 5.0 | $200.00 | $1,000.00 |
| 12.14.04 | RM | Work on Discovery requests by Plaintiff | 8.0 | $125.00 | $1,000.00 |
| 12.14.04 | RM | Work on Discovery requests by Plaintiff | 8.0 | $125.00 | $1,000.00 |
| 12.23.04 | LH | Work on Discovery requests by Plaintiff | 5.0 | $200.00 | $1,000.00 |
| 12.23.04 | RM | Work on Discovery requests by Plaintiff | 8.0 | $125.00 | $1,000.00 |
| 12.30.04 | RM | Work on Discovery requests by Plaintiff | 8.0 | $125.00 | $1,000.00 |
| 01.05.05 | RM | Review and Organize production of Iowa Telecom documents | 8.0 | $125.00 | $1,000.00 |
| 01.11.05 | RM | Review and Organize production of Iowa Telecom documents | 8.0 | $125.00 | $1,000.00 |
| 03.01.05 | LH | Review documents produced by Y. Hata | 8.0 | $200.00 | $1,600.00 |
| 03.09.05 | RM | Review and Organize production of Iowa Telecom documents | 8.0 | $125.00 | $1,000.00 |
| 04.11.05 | RM | Review and Organize Y. Hata documents | 8.0 | $125.00 | $1,000.00 |
| 04.19.05 | RM | Review and Organize production of Iowa Telecom documents | 8.0 | $125.00 | $1,000.00 |
| 06.01.05 | LH | Review documents produced by Guidance | 8.0 | $200.00 | $1,600.00 |
| 06.05.05 | LH | Review documents produced by Guidance | 8.0 | $200.00 | $1,600.00 |

4

| 06.09.05 | RM | Review documents produced by Guidance | 8.0 | $125.00 | $1,000.00 |
| 06.10.05 | RM | Review documents produced by Guidance | 8.0 | $125.00 | $1,000.00 |
| 07.09.05 | LH | Review documents produced by T. Ueno | 8.0 | $200.00 | $1,600.00 |
| 08.09.05 | LH | Review documents produced by T. Ueno | 8.0 | $200.00 | $1,600.00 |
| 08.10.05 | RM | Review documents produced by T. Ueno | 8.0 | $125.00 | $1,000.00 |
| | | **Total:** | | | **$79,400.00** |

5

(D) **Depositions**

| Date | Atty | Legal Service Provided | Time Spent | Rate | Amount |
|------|------|------------------------|------------|------|--------|
| 12.10.03 | LH | Meeting w/M. Dillon to prepare for deposition | 5.0 | $200.00 | $1,000.00 |
| 12.15.03 | LH | Review prior testimony and documents; Prepare for deposition of M. Dillon | 5.0 | $200.00 | $1,000.00 |
| 12.16.03 | LH | Attend and defend deposition of M. Dillon | 6.0 | $200.00 | $1,200.00 |
| 12.19.03 | LH | Meeting w/M. Dillon to prepare for continued deposition | 2.0 | $200.00 | $400.00 |
| 12.23.03 | LH | Attend and defend continued deposition of M. Dillon | 7.0 | $200.00 | $1,400.00 |
| 12.04.04 | LH | Review documents; Prepare for depositions of clients | 5.0 | $200.00 | $1,000.00 |
| 12.05.04 | LH | Meeting with clients to prepare for their depositions | 5.0 | $200.00 | $1,000.00 |
| 12.06.04 | LH | Attend and defend depositions of Brian Christensen, Alfredda Waiolama and Jacqueline Rio | 8.0 | $200.00 | $1,600.00 |
| 05.12.05 | LH | Review documents and prepare for depositions of Plaintiff, B. Marting and P. Johnson | 5.0 | $200.00 | $1,000.00 |
| 05.13.05 | LH | Review documents and prepare for depositions of Plaintiff, B. Marting and P. Johnson | 6.0 | $200.00 | $1,200.00 |
| 05.16.05 | LH | Prepare for depositions of Plaintiff, B. Marting and P. Johnson; Coordinate with defense counsel | 6.0 | $200.00 | $1,200.00 |
| 05.17.05 | LH | Prepare for and attend deposition of B. Marting | 8.0 | $200.00 | $1,600.00 |
| 05.18.05 | LH | Prepare for and attend deposition of P. Johnson | 10.0 | $200.00 | $2,000.00 |

| 05.19.05 | LH | Prepare for and attend depositions of P. Johnson and Plaintiff | 10.0 | $200.00 | $2,000.00 |
| 07.20.05 | LH | Review documents and prepare for deposition of T. Ueno | 8.0 | $200.00 | $1,600.00 |
| 07.21.05 | LH | Review documents and prepare for deposition of T. Ueno | 8.0 | $200.00 | $1,600.00 |
| 07.22.05 | LH | Attend deposition of T. Ueno | 5.0 | $200.00 | $1,000.00 |
| | | **Total:** | | | **$21,800.00** |

(E) **Motions Practice**

| Date | Atty | Legal Service Provided | Time Spent | Rate | Amount |
|------|------|------------------------|------------|------|--------|
| 09.03.03 | LH | Prepare and file Motion to Transfer, Dismiss or Stay Lawsuit | 8.0 | $200.00 | $1,600.00 |
| 09.30.03 | LH | Review Fleming's Motion to Set Aside Default | 0.5 | $200.00 | $100.00 |
| 10.28.03 | LH | Review and consider Plaintiff's Motion for Continuance | 2.0 | $200.00 | $400.00 |
| 12.03.03 | LH | Review and consider Fleming's Motion to Appoint Special Master; Draft Position Statement | 8.0 | $200.00 | $1,600.00 |
| 12.17.03 | LH | Review and consider Cohen's Motion to Strike | 2.0 | $200.00 | $400.00 |
| 02.01.04 | RM | Prepare Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint | 8.0 | $125.00 | $1,000.00 |
| 06.01.04 | RM | Research re: Motion for Preliminary Injunction | 8.0 | $125.00 | $1,000.00 |
| 06.14.04 | LH | Research re: Motion for Preliminary Injunction | 10.0 | $200.00 | $2,000.00 |
| 06.14.04 | RM | Research re: Motion for Preliminary Injunction | 10.0 | $125.00 | $1,250.00 |
| 06.25.04 | LH | Research re: Motion for Summary Judgment | 10.0 | $200.00 | $2,000.00 |
| 06.25.04 | RM | Research re: Motion for Summary Judgment | 10.0 | $125.00 | $1,250.00 |
| 06.26.04 | LH | Research re: Motion for Summary Judgment | 10.0 | $200.00 | $2,000.00 |
| 06.26.04 | RM | Research re: Motion for Summary Judgment | 10.0 | $125.00 | $1,250.00 |
| 06.28.04 | LH | Research re: Motion for Summary Judgment | 10.0 | $200.00 | $2,000.00 |
| 06.28.04 | RM | Research re: Motion for Summary Judgment | 10.0 | $125.00 | $1,250.00 |

| 06.29.04 | LH | Research re: Motion for Protective Order re: Iowa Telecom Documents | 8.0 | $200.00 | $1,600.00 |
|---|---|---|---|---|---|
| 06.29.04 | RM | Research re: Motion for Protective Order re: Iowa Telecom Documents | 8.0 | $125.00 | $1,000.00 |
| 07.16.04 | LH | Research re: Motion for Summary Judgment | 8.0 | $200.00 | $1,600.00 |
| 07.16.04 | RM | Research re: Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |
| 07.18.04 | LH | Research re: Motion for Preliminary Injunction | 8.0 | $200.00 | $1,600.00 |
| 07.18.04 | RM | Research re: Motion for Preliminary Injunction | 8.0 | $125.00 | $1,000.00 |
| 08.10.04 | LH | Draft Opposition to Motion for Preliminary Injunction | 8.0 | $200.00 | $1,600.00 |
| 08.10.04 | RM | Draft Opposition to Motion for Preliminary Injunction | 8.0 | $125.00 | $1,000.00 |
| 09.08.04 | LH | Draft Motion to Appoint Special Master | 4.0 | $200.00 | $800.00 |
| 09.08.04 | RM | Draft Motion to Appoint Special Master | 4.0 | $125.00 | $500.00 |
| 11.01.04 | LH | Draft Opposition to Plaintiff's Motion for Reconsideration | 8.0 | $200.00 | $1,600.00 |
| 11.01.04 | RM | Draft Opposition to Plaintiff's Motion for Reconsideration | 8.0 | $125.00 | $1,000.00 |
| 12.16.04 | LH | Draft Reply in Support of Motion for Summary Judgment | 4.0 | $200.00 | $800.00 |
| 12.16.04 | RM | Draft Reply in Support of Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |
| 12.28.04 | LH | Draft Reply in Support of Motion for Summary Judgment | 4.0 | $200.00 | $800.00 |
| 12.28.04 | RM | Draft Reply in Support of Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |
| 02.01.05 | LH | Research re: 2nd Motion for Summary Judgment | 8.0 | $200.00 | $1,600.00 |
| 02.01.05 | RM | Research re: 2nd Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |

| 02.17.05 | LH | Research and draft Position Statement re: PCT's Motion to Compel and Plaintiff's Motion to Quash Y. Hata subpoena | 5.0 | $200.00 | $1,000.00 |
| 02.17.05 | RM | Research and draft Position Statement re: PCT's Motion to Compel and Plaintiff's Motion to Quash Y. Hata subpoena | 8.0 | $125.00 | $1,000.00 |
| 02.18.05 | LH | Research re: 2nd Motion for Summary Judgment | 8.0 | $200.00 | $1,600.00 |
| 02.18.05 | RM | Research re: 2nd Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |
| 02.22.05 | LH | Research and draft re: 2nd Motion for Summary Judgment | 8.0 | $200.00 | $1,600.00 |
| 02.22.05 | RM | Research and draft re: 2nd Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |
| 02.23.05 | LH | Research and finalize 2nd Motion for Summary Judgment | 8.0 | $200.00 | $1,600.00 |
| 02.23.05 | RM | Research and finalize 2nd Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |
| 03.31.05 | LH | Research and draft Opposition to Plaintiff's counter Motion for Summary Judgment | 8.0 | $200.00 | $1,600.00 |
| 03.31.05 | RM | Research and draft Opposition to Plaintiff's counter Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |
| 04.05.05 | LH | Research and draft Opposition to Plaintiff's Motion to Extend time for expert reports | 8.0 | $200.00 | $1,600.00 |
| 04.05.05 | RM | Research and draft Opposition to Plaintiff's Motion to Extend time for expert reports | 8.0 | $125.00 | $1,000.00 |
| 04.21.05 | RM | Research and draft Opposition to Plaintiff's counter Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |
| 04.22.05 | RM | Research and draft Opposition to Plaintiff's counter Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |

| 05.30.05 | LH | Research and draft re: 2nd Motion for Summary Judgment | 8.0 | $200.00 | $1,600.00 |
|---|---|---|---|---|---|
| 05.30.05 | RM | Research and draft re: 2nd Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |
| 06.02.05 | LH | Research and draft re: 2nd Motion for Summary Judgment | 8.0 | $200.00 | $1,600.00 |
| 06.02.05 | RM | Research and draft re: 2nd Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |
| 06.03.05 | RM | Research and draft re: 2nd Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |
| 06.04.05 | RM | Research and draft re: 2nd Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |
| 06.05.05 | RM | Research and draft re: 2nd Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |
| 06.14.05 | LH | Draft Reply in Support of Motion for Summary Judgment | 4.0 | $200.00 | $800.00 |
| 06.14.05 | RM | Draft Reply in Support of Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |
| 06.15.05 | LH | Draft Reply in Support of Motion for Summary Judgment | 4.0 | $200.00 | $800.00 |
| 06.15.05 | RM | Draft Reply in Support of Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |
| 07.12.05 | LH | Research and draft Opposition to Plaintiff's Motion for Reconsideration re: Summary Judgment | 8.0 | $200.00 | $1,600.00 |
| 07.12.05 | RM | Research and draft Opposition to Plaintiff's Motion for Reconsideration re: Summary Judgment | 8.0 | $125.00 | $1,000.00 |
| 07.13.05 | LH | Research and draft Opposition to Plaintiff's Motion for Reconsideration re: Summary Judgment | 8.0 | $200.00 | $1,600.00 |
| 07.13.05 | RM | Research and draft Opposition to Plaintiff's Motion for Reconsideration re: Summary Judgment | 8.0 | $125.00 | $1,000.00 |
| 08.08.05 | RM | Research and draft re: damages Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |

| 08.09.05 | RM | Research and draft re: damages Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |
|---|---|---|---|---|---|
| 08.16.05 | RM | Research and draft re: damages Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |
| 08.22.05 | RM | Research and draft re: damages Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |
| 08.23.05 | RM | Research and draft re: damages Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |
| 08.27.05 | RM | Research and draft re: damages Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |
| 08.27.05 | LH | Draft and finalize re: damages Motion for Summary Judgment | 8.0 | $200.00 | $1,600.00 |
| 09.15.05 | RM | Research and draft Reply re: damages Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |
| 09.20.05 | RM | Research and draft Reply re: damages Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |
| 09.25.05 | RM | Research and draft Reply re: damages Motion for Summary Judgment | 8.0 | $125.00 | $1,000.00 |
| 09.30.05 | LH | Draft and finalize Reply re: damages Motion for Summary Judgment | 8.0 | $200.00 | $1,600.00 |
| 11.20.05 | RM | Research and draft Motions in Limine | 8.0 | $125.00 | $1,000.00 |
| 11.23.05 | RM | Research and draft Motions in Limine | 8.0 | $125.00 | $1,000.00 |
| 11.28.05 | RM | Research and draft Motions in Limine | 8.0 | $125.00 | $1,000.00 |
| 12.10.05 | RM | Research and draft Motions in Limine | 8.0 | $125.00 | $1,000.00 |
| 12.20.05 | RM | Research and draft Motions in Limine | 8.0 | $125.00 | $1,000.00 |
| 12.20.05 | LH | Research and draft Motions in Limine | 8.0 | $200.00 | $1,600.00 |
| 01.04.06 | RM | Research and draft Oppositions to Motions in Limine | 8.0 | $125.00 | $1,000.00 |
| 01.05.06 | RM | Research and draft Oppositions to Motions in Limine | 8.0 | $125.00 | $1,000.00 |

| 01.07.06 | RM | Research and draft Oppositions to Motions in Limine | 8.0 | $125.00 | $1,000.00 |
|----------|-----|----------------------------------------------------|-----|---------|-----------|
| 01.08.06 | RM | Research and draft Oppositions to Motions in Limine | 8.0 | $125.00 | $1,000.00 |
| 01.08.06 | LH | Research and draft Oppositions to Motions in Limine | 8.0 | $200.00 | $1,600.00 |
| 01.10.06 | LH | Research and draft Oppositions to Motions in Limine | 8.0 | $200.00 | $1,600.00 |
| 02.28.06 | RM | Research and draft Motion for Judgment as a Matter of Law | 4.0 | $125.00 | $500.00 |
| 03.01.06 | RM | Research and draft Motion for Judgment as a Matter of Law | 4.0 | $125.00 | $500.00 |
| 03.01.06 | LH | Research and draft Motion for Judgment as a Matter of Law | 2.0 | $200.00 | $400.00 |
| 03.13.06 | LH | Prepare motion for attorney's fees and costs | 5.0 | $200.00 | $1,000.00 |
| 03.13.06 | RM | Prepare motion for attorney's fees and costs | 5.0 | $125.00 | $625.00 |
| 03.14.06 | LH | Prepare motion for attorney's fees and costs | 5.0 | $200.00 | $1,000.00 |
| 03.14.06 | RM | Prepare motion for attorney's fees and costs | 5.0 | $125.00 | $625.00 |
| 03.15.06 | LH | Prepare motion for attorney's fees and costs | 5.0 | $200.00 | $1,000.00 |
| 03.15.06 | RM | Prepare motion for attorney's fees and costs | 5.0 | $125.00 | $625.00 |
| 03.16.06 | LH | Prepare Opposition to motion for attorney's fees and costs | 5.0 | $200.00 | $1,000.00 |
| 03.16.06 | RM | Prepare Opposition to motion for attorney's fees and costs | 5.0 | $125.00 | $625.00 |
| 03.17.06 | LH | Prepare Opposition to motion for attorney's fees and costs | 5.0 | $200.00 | $1,000.00 |
| 03.17.06 | RM | Prepare Opposition to motion for attorney's fees and costs | 5.0 | $125.00 | $625.00 |
| 03.20.06 | LH | Prepare Opposition to motion for attorney's fees and costs | 5.0 | $200.00 | $1,000.00 |
| 03.20.06 | RM | Prepare Opposition to motion for attorney's fees and costs | 5.0 | $125.00 | $625.00 |

| | | Total: | | | $110,750 |
|---|---|---|---|---|---|

(F) **Attending Court Hearings**

| Date | Atty | Legal Service Provided | Time Spent | Rate | Amount |
|---|---|---|---|---|---|
| 09.25.03 | LH | Attend Scheduling Conference | 1.0 | $200.00 | $200.00 |
| 12.30.03 | LH | Attend hearing on Motion for Appointment of Special Master and Status Conference before Magistrate Kobayashi | 1.0 | $200.00 | $200.00 |
| 02.06.04 | LH | Attend Discovery Conference before Magistrate Kobayashi | 1.0 | $200.00 | $200.00 |
| 02.06.04 | RM | Attend Discovery Conference before Magistrate Kobayashi | 1.0 | $125.00 | $125.00 |
| 02.17.04 | LH | Attend Settlement Conference and hearing on Motion to Amend Complaint before Magistrate Kobayashi | 2.5 | $200.00 | $500.00 |
| 02.17.04 | RM | Attend Settlement Conference and hearing on Motion to Amend Complaint before Magistrate Kobayashi | 2.5 | $125.00 | $312.50 |
| 03.03.04 | LH | Attend Settlement Conference before Magistrate Kobayashi | 2.0 | $200.00 | $400.00 |
| 05.05.04 | LH | Attend Court ordered Mediation before Magistrate Kobayashi | 4.5 | $200.00 | $900.00 |
| 05.06.04 | LH | Attend Scheduling Conference with Magistrate Kobayashi | 1.0 | $200.00 | $200.00 |
| 05.13.04 | LH | Attend Status Conference before Magistrate Kobayashi | 1.0 | $200.00 | $200.00 |
| 05.13.04 | RM | Attend Status Conference before Magistrate Kobayashi | 1.0 | $125.00 | $125.00 |
| 07.07.04 | LH | Attend Discovery Hearing re: Iowa Telecom Docs before Magistrate Kobayashi | 1.0 | $200.00 | $200.00 |
| 07.25.04 07.27.04 | LH | Travel to Delaware and Attend Confirmation hearing in Federal Bankruptcy Court in Delaware | 30.0 | $200.00 | $6,000.00 |

1

| 08.30.04 | LH | Attend hearing on Motion for Preliminary Injunction before Judge Mollway | 5.0 | $200.00 | $1,000.00 |
| 08.30.04 | RM | Attend hearing on Motion for Preliminary Injunction before Judge Mollway | 5.0 | $125.00 | $625.00 |
| 09.27.04 | LH | Attend hearing on Motion for the Appointment of a Special Master | 1.0 | $200.00 | $200.00 |
| 09.27.04 | RM | Attend hearing on Motion for the Appointment of a Special Master | 1.0 | $125.00 | $125.00 |
| 09.28.04 | LH | Attend hearing on Motion for Preliminary Injunction | 2.0 | $200.00 | $400.00 |
| 09.28.04 | RM | Attend hearing on Motion for Preliminary Injunction | 2.0 | $125.00 | $250.00 |
| 01.18.05 | LH | Attend hearing on Motion for Summary Judgment before Judge Mollway | 3.0 | $200.00 | $600.00 |
| 01.18.05 | RM | Attend hearing on Motion for Summary Judgment before Judge Mollway | 3.0 | $125.00 | $375.00 |
| 04.11.05 | LH | Attend hearing on Motion for Summary Judgment before Judge Mollway | 2.5 | $200.00 | $500.00 |
| 04.11.05 | RM | Attend hearing on Motion for Summary Judgment before Judge Mollway | 2.5 | $125.00 | $312.50 |
| 04.15.05 | LH | Attend Status Conference before Magistrate Kobayashi | 1.0 | $200.00 | $200.00 |
| 05.02.05 | LH | Attend Status Conference with Judge Mollway | 0.5 | $200.00 | $100.00 |
| 06.20.05 | LH | Attend hearing on Motion for Summary Judgment before Judge Mollway | 3.0 | $200.00 | $600.00 |
| 06.20.05 | RM | Attend hearing on Motion for Summary Judgment before Judge Mollway | 3.0 | $125.00 | $375.00 |
| 10.11.05 | LH | Attend hearing on Motion for Summary Judgment re: damages before Judge Mollway | 3.0 | $200.00 | $600.00 |
| 10.11.05 | RM | Attend hearing on Motion for Summary Judgment re: damages before Judge Mollway | 3.0 | $125.00 | $375.00 |
| 10.18.05 | LH | Attend status conference with Judge Mollway re: damages trial | 0.5 | $200.00 | $100.00 |

| 10.18.05 | RM | Attend status conference with Judge Mollway re: damages trial | 0.5 | $125.00 | $62.50 |
|---|---|---|---|---|---|
| 12.01.05 | LH | Attend hearing on Discovery Motion re: Guidance materials before Magistrate Kobayashi | 1.0 | $200.00 | $200.00 |
| 12.01.05 | RM | Attend hearing on Discovery Motion re: Guidance materials before Magistrate Kobayashi | 1.0 | $125.00 | $125.00 |
| 01.20.06 | LH | Attend hearing on Motions in Limine | 3.0 | $200.00 | $600.00 |
| 01.20.06 | RM | Attend hearing on Motions in Limine | 3.0 | $125.00 | $375.00 |
| 03.07.06 | LH | Attend hearing on Motion for Permanent Injunction before Judge Mollway | 2.0 | $200.00 | $400.00 |
| 03.07.06 | RM | Attend hearing on Motion for Permanent Injunction before Judge Mollway | 2.0 | $125.00 | $250.00 |
|  |  | **Total:** |  |  | **$18,312.50** |

3

(G) **Trial Preparation and Attending Trial**

| Date | Atty | Legal Service Provided | Time Spent | Rate | Amount |
|------|------|------------------------|------------|------|--------|
| 01.18.06 | LH | Prepare for trial | 4.0 | $200.00 | $800.00 |
| 01.18.06 | RM | Prepare for trial | 4.0 | $125.00 | $500.00 |
| 01.19.06 | LH | Prepare for trial | 4.0 | $200.00 | $800.00 |
| 01.19.06 | RM | Prepare for trial | 4.0 | $125.00 | $500.00 |
| 01.20.06 | LH | Prepare for trial | 5.0 | $200.00 | $1,000.00 |
| 01.20.06 | RM | Prepare for trial | 5.0 | $125.00 | $625.00 |
| 01.21.06 | LH | Prepare for trial | 8.0 | $200.00 | $1,600.00 |
| 01.21.06 | RM | Prepare for trial | 8.0 | $125.00 | $1,000.00 |
| 01.22.06 | LH | Prepare for trial | 8.0 | $200.00 | $1,600.00 |
| 01.22.06 | RM | Prepare for trial | 8.0 | $125.00 | $1,000.00 |
| 01.23.06 | LH | Prepare for trial | 12.0 | $200.00 | $2,400.00 |
| 01.23.06 | RM | Prepare for trial | 12.0 | $125.00 | $1,500.00 |
| 01.24.06 | LH | Trial | 12.0 | $200.00 | $2,400.00 |
| 01.24.06 | RM | Trial | 12.0 | $125.00 | $1,500.00 |
| 02.18.06 | LH | Prepare for trial | 4.0 | $200.00 | $800.00 |
| 02.18.06 | RM | Prepare for trial | 4.0 | $125.00 | $500.00 |

| 02.19.06 | LH | Prepare for trial | 4.0 | $200.00 | $800.00 |
|---|---|---|---|---|---|
| 02.19.06 | RM | Prepare for trial | 4.0 | $125.00 | $500.00 |
| 02.20.06 | LH | Prepare for trial | 5.0 | $200.00 | $1,000.00 |
| 02.20.06 | RM | Prepare for trial | 5.0 | $125.00 | $625.00 |
| 02.21.06 | LH | Prepare for trial | 5.0 | $200.00 | $1,000.00 |
| 02.21.06 | RM | Prepare for trial | 5.0 | $125.00 | $625.00 |
| 02.22.06 | LH | Prepare for trial | 5.0 | $200.00 | $1,000.00 |
| 02.22.06 | RM | Prepare for trial | 5.0 | $125.00 | $625.00 |
| 02.23.06 | LH | Prepare for trial | 5.0 | $200.00 | $1,000.00 |
| 02.23.06 | RM | Prepare for trial | 5.0 | $125.00 | $625.00 |
| 02.24.06 | LH | Prepare for trial | 8.0 | $200.00 | $1,600.00 |
| 02.24.06 | RM | Prepare for trial | 8.0 | $125.00 | $1,000.00 |
| 02.25.06 | LH | Prepare for trial | 8.0 | $200.00 | $1,600.00 |
| 02.25.06 | RM | Prepare for trial | 8.0 | $125.00 | $1,000.00 |
| 02.26.06 | LH | Prepare for trial | 8.0 | $200.00 | $1,600.00 |
| 02.26.06 | RM | Prepare for trial | 8.0 | $125.00 | $1,000.00 |
| 02.27.06 | LH | Prepare for trial | 10.0 | $200.00 | $2,000.00 |
| 02.27.06 | RM | Prepare for trial | 10.0 | $125.00 | $1,250.00 |

| 02.28.06 | LH | Trial | 12.0 | $200.00 | $2,400.00 |
|----------|-----|-------|------|---------|-----------|
| 02.28.06 | RM | Trial | 12.0 | $125.00 | $1,500.00 |
| 03.01.06 | LH | Trial | 14.0 | $200.00 | $2,800.00 |
| 03.01.06 | RM | Trial | 14.0 | $125.00 | $1,750.00 |
| 03.02.06 | LH | Trial | 14.0 | $200.00 | $2,800.00 |
| 03.02.06 | RM | Trial | 14.0 | $125.00 | $1,750.00 |
| 03.03.06 | LH | Trial | 14.0 | $200.00 | $2,800.00 |
| 03.03.06 | RM | Trial | 14.0 | $125.00 | $1,750.00 |
| 03.07.06 | LH | Trial | 4.0 | $200.00 | $800.00 |
| 03.07.06 | RM | Trial | 4.0 | $125.00 | $500.00 |
| | | **Total:** | | | **$56,225.00** |

(H) **Post-Trial Motions**

| Date | Atty | Legal Service Provided | Time Spent | Rate | Amount |
|------|------|------------------------|------------|------|--------|
| 03.13.06 | LH | Prepare motion for fees and costs | 4.0 | $200.00 | $800.00 |
| 03.13.06 | RM | Research and draft motion for fees and costs | 4.0 | $125.00 | $500.00 |
| 03.14.06 | LH | Prepare motion for fees and costs | 5.0 | $200.00 | $1,000.00 |
| 03.17.06 | RM | Research and draft motion for fees and costs | 5.0 | $125.00 | $625.00 |
| 03.22.06 | LH | Finalize post-trial motions | 5.0 | $200.00 | $1,000.00 |
| 03.23.06 | RM | Finalize post-trial motions and oppositions | 5.0 | $125.00 | $625.00 |
| | | **Total:** | | | **$4,550.00** |