# EXHIBIT Q

## Summary of Non-Taxable Expenses and Costs

| Category | Amount |
|---|---:|
| Mediation Fees (non-taxable expense) | $1,678.03 |
| Travel Expenses (non-taxable expense) | $11,655.35 |
| Fees of the Clerk | $50.00 |
| Deposition and Court Reporters | $9,097.22 |
| Photocopying (in-house) | $6,162.85 |
| Photocopying (outside) | $2,670.46 |
| Special Master's Fees | $3,596.87 |
| **Total Non-Taxable Expenses and Costs** | **$34,910.78** |