# EXHIBIT R

(I) **Mediation Fees**

| Date | Payee | Amount |
| --- | --- | --- |
| 03.29.04 | Dwyer Schraff et al., Deposit for William Meyer's mediation fees | $500.00 |
| 08.10.04 | Dwyer Schraff et al., William Meyer's mediation fees | $1,178.03 |
|  | **Total:** | **$1,678.03** |

1

## (J) Travel Expenses

| Date | Payee | Amount |
|---|---|---|
| 07.23.04 | 3 rooms at the Hotel Du Pont, Delaware (M. Dillon, T. Noa and L. Hosoda) | $1,480.27 |
| 07.23.04 | 3 Airline Tickets to Philadelphia (M. Dillon and L. Hosoda from Honolulu to Philadelphia, and Ms. Noa from Iowa to Philadelphia) | $4,327.35 |
| 01.09.06 | Airfare Teresa Noa from Iowa to Honolulu | $1,754.02 |
| 01.19.06 | Hotel for Teresa Noa - Waikiki | $833.00 |
| 02.19.06 | Airfare Teresa Noa from Iowa to Honolulu | $1,874.56 |
| 02.19.06 | Hotel Executive Centre for Teresa Noa | $1,113.00 |
| 02.19.06 | Dollar Rent A Car for Teresa Noa | $273.15 |
|  | **Total:** | **$11,655.35** |

### (1) **Fees of the Clerk**

| Date | Payee | Amount |
|---|---|---|
| 01.20.06 | Clerk of U.S. District Court | $50.00 |

(2) **Deposition / Court Reporters**

| Date | Payee | Amount |
|---|---|---|
| 01.16.04 | Court Reporter: Deposition of Mark Dillon, Volume I taken on 12.16.03 | $481.17 |
| 01.16.04 | Court Reporter: Deposition of Mark Dillon, Volume II taken on 12.23.03 | $664.08 |
| 10.28.04 | Debra Chun, Court Reporter re: Iowa Telecom documents | $450.31 |
| 01.12.05 | Court Reporter: Jan Floate re: deposition | $713.45 |
| 05.18.05 | Court Reporter: Debra Chun re: Y. Hata | $65.31 |
| 05.31.05 | Court Reporter/Live Note: Deposition of Brian Marting taken on 05.17.05 | $438.10 |
| 05.31.05 | Court Reporter/Live Note: Deposition of Wayne Berry Vol. II taken on 05.19.05 | $487.55 |
| 07.21.05 | Court Reporter Stephen. B. Platt re: transcript of hearing | $244.06 |
| 07.24.05 | Court Reporter Carnazzo re: Thomas Ueno documents | $40.94 |
| 08.15.05 | Court Reporter Carnazzo re: Deposition of Thomas Ueno | $567.80 |
| 01.24.06 | Court Reporter: Deposition of Jack Borja | $462.71 |
| 01.26.06 | Court Reporter Stephen. B. Platt re: transcript of hearing | $626.49 |
| 02.27.06 | Court Reporter Stephen Platt re: daily trial transcripts | $2,500.00 |
| 03.08.06 | Court Reporter Stephen Platt re: daily trial transcripts | $1,355.25 |
| | **Total:** | **$9,097.22** |

## (3a) **Photocopying (In House)**

| Date | Payee | Amount |
|---|---|---|
| 09.03.03 | Photocopy of Motion to Dismiss and other pleadings (96 x $.15) | $14.40 |
| 09.18.03 | Photocopy of documents provided by clients (127 x $.15) | $19.05 |
| 10.13.03 | Photocopy of documents produced by clients (121 x $.15) | $18.15 |
| 11.05.03 | Photocopy of Motion to Dismiss and other pleadings (260 x $.15) | $39.00 |
| 12.03.03 | Photocopy of documents and correspondence (2,028 x $.15) | $304.30 |
| 01.09.04 | Photocopy of documents for discovery (300 x $.15) | $45.00 |
| 02.24.04 | Photocopy of pleadings and correspondence (709 x $.15) | $106.35 |
| 03.15.04 | Photocopy of correspondence (10 x $.15) | $1.50 |
| 04.28.04 | Photocopy of correspondence (40 x $.15) | $6.00 |
| 05.20.04 | Photocopy of pleadings and correspondence (112 x $.15) | $16.80 |
| 06.02.04 | Photocopy of pleadings and correspondence (267 x $.15) | $40.05 |
| 07.06.04 | Photocopy of pleadings, correspondence and document production (1851 x $.15) | $277.65 |
| 09.21.04 | Photocopy of pleadings, correspondence and document production (2988 x $.15) | $448.20 |
| 10.15.04 | Photocopy of pleadings, correspondence and document production (1411 x $.15) | $211.65 |
| 11.24.04 | Photocopy of pleadings, correspondence and document production (5999 x $.15) | $899.85 |
| 12.15.04 | Photocopy of correspondence (59 x $.15) | $8.85 |

| | | |
|---|---|---:|
| 01.11.05 | Photocopy of pleadings, correspondence and document production (1672 x $.15) | $250.80 |
| 02.23.05 | Photocopy of pleadings, correspondence and document production (2529 x $.15) | $379.35 |
| 03.31.05 | Photocopy of pleadings, correspondence and document production (4308 x $.15) | $646.20 |
| 04.22.05 | Photocopy of pleadings, correspondence and document production (2592 x $.15) | $388.80 |
| 05.05.05 | Photocopy of pleadings, correspondence and document production (3075 x $.15) | $461.25 |
| 06.02.05 | Photocopy of pleadings, correspondence and document production (2054 x $.15) | $308.10 |
| 07.13.05 | Photocopy of pleadings, correspondence and document production (1078 x $.15) | $161.70 |
| 08.12.05 | Photocopy of pleadings, correspondence and document production (1302 x $.15) | $195.30 |
| 09.21.05 | Photocopy of pleadings and correspondence (374 x $.15) | $56.10 |
| 11.07.05 | Photocopy of pleadings and correspondence (740 x $.15) | $111.00 |
| 12.08.05 | Photocopy of pleadings and correspondence (3486 x $.15) | $522.90 |
| 01.03.06 | Photocopy pleadings and correspondence (564 x $.15) | $84.60 |
| 02.08.06 | Photocopy of pleadings and correspondence (933 x $.15) | $139.95 |
| | **Total:** | **$6,162.85** |

2

## (3b) **Photocopying (Outside Providers)**

| Date | Payee | Amount |
|---|---|---|
| 12.10.03 | Photocopy by Accucopy re: documents to be produced by Mark Dillon to Plaintiff | $529.32 |
| 10.21.04 | Photocopy by Accucopy re: production of documents | $420.00 |
| 10.28.04 | Photocopy by Accucopy re: production of documents | $433.02 |
| 10.28.04 | Photocopy by New Tech Imaging re: production of documents | $107.26 |
| 10.29.04 | Photocopy by New Tech Imaging re: production of documents | $102.30 |
| 10.29.04 | Photocopy by New Tech Imaging re: production of documents | $79.41 |
| 10.29.04 | Photocopy by Accucopy re: production of documents | $213.54 |
| 11.22.04 | Photocopy by New Tech Imaging re: production of documents | $147.00 |
| 04.14.05 | Photocopy by Accucopy re: production of documents | $417.21 |
| 06.09.05 | Photocopy by New Tech Imaging re: production of documents | $221.40 |
|  | **Total:** | **$2,670.46** |

### (4) **Special Master's Fees**

| Date | Payee | Amount |
|---|---|---:|
| 05.24.05 | Professional Fees:  Special Master Clyde Mastsui | $709.61 |
| 11.23.05 | Professional Fees:  Special Master Clyde Mastsui | $2,887.26 |
|  | **Total:** | **$3,596.87** |