# EXHIBIT E

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, | ) CIVIL NO. 01 00446 SPK LEK |
| Plaintiff, | ) |
| vs. | ) |
| FLEMING COMPANIES, INC., aka FLEMING FOODS, INC., aka FLEMING, DOE INDIVIDUALS 1-50 AND DOE PARTNERSHIPS, CORPORATIONS AND OTHER ENTITIES 1-20, | ) SPECIAL VERDICT FORM |
| Defendants. | ) |

### SPECIAL VERDICT FORM

A. **FREIGHT CONTROL SYSTEM SOFTWARE**

1. Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the Freight Control software attached to Exhibit 221?

   Yes  X        No _____

   If "YES" go to next question.
   If "NO", skip to section B.

1

2.  Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the Freight Control software.

    Yes  X          No ____

    If "YES" go to next question.
    If "NO" go to question 4.

3.  Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the Freight Control software.

    Yes  X          No ____

    If "NO" skip to section B.
    If "YES" go to next question.

4.  Was the infringement of the Freight Control software copyright willful?

    Yes  X          No ____

    Go to the next question.

5.  What amount of damages is Wayne Berry entitled to for the infringement of Freight Control System software?

    $ 98,250.00

2

MAR-06-2003 15:15   U.S. COURTS HAWAII   808 541 1303   P.04/06

B. **CRYSTAL REPORTS SOFTWARE**

1. Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the Crystal Reports software attached to Exhibit 222?

   Yes _X_      No ___

   If "NO", skip to section C.
   If "YES" go to next question.

2. Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the Crystal Reports software.

   Yes _X_      No ___

   If "YES" go to next question.
   If "NO" go to question 4.

3. Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the Crystal Reports software.

   Yes ___      No _X_

   If "NO" skip to section C.
   If "YES" go to next question.

4. Was the infringement of the Crystal Reports software copyright willful?

   Yes ___      No ___

   Go to the next question.

3

MAR-06-2006 15:15    U.S.COURTS HAWAII    808 541 1303    P.05/06

5. What amount of damages is Wayne Berry entitled to for the infringement of Crystal Reports software?

_____

C. **FLEMINGPO.EXE SOFTWARE**

1. Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the FlemingPO.exe software attached to Exhibit 223?

    Yes _X_    No ____

    If "YES" go to next question.
    If "NO", skip to the end.

2. Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the FlemingPO.exe software.

    Yes _X_    No ____

    If "YES" go to next question.
    If "NO" go to question 4.

3. Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the FlemingPO.exe software.

    Yes ____    No _X_

    If "NO" skip to the end.
    If "YES" go to next question.

4

4. Was the infringement of the FlemingPO.exe software copyright willful?

   Yes _____          No _____

   Go to the next question.

5. What amount of damages is Wayne Berry entitled to for the infringement of FlemingPO.exe software?

   _____

Please sign and date this Special Verdict Form.

_____          _____
Jury Foreperson

_____          Carol Ho Akimoto
                                   _____

_____          _____

_____          _____
Mary R. Oshiro

                                   _____
                                   Date
                                   3/6/03

5

TOTAL P.06