# EXHIBIT O

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF HAWAII

 3

 4   WAYNE BERRY, a Hawaii      CIVIL NO. CV03-00385 SOM LEK
     citizen,                         (Copyright)
 5
                     Plaintiff,
 6
          vs.
 7
     HAWAIIAN EXPRESS SERVICE,
 8   INC., a California corporation,     VOLUME II
     et al.,
 9                   Defendants.
    _____
10

11                         VIDEOTAPED

12             DEPOSITION OF WAYNE BERRY

13

14        Taken on behalf of Defendants,

15    at the Law Offices of Kobayashi, Sugita & Goda,

16   Suite 2600, 999 Bishop Street, Honolulu, Hawaii,

17             commencing at 1:11 p.m.,

18   on Thursday, May 19, 2005, pursuant to Notice.

19

20     BEFORE:     HEDY COLEMAN,  CSR #116, RPR, CRR, CM
                   Notary Public, State of Hawaii
21                 Certified Shorthand Reporter

22

23

24              Ali'i Court Reporting
            2355 Ala Wai Boulevard, Suite 306
25               Honolulu, Hawaii 96815
```

261

```
 1        APPEARANCES:

 2        For the Plaintiff:
                              TIMOTHY J. HOGAN, ESQ.
 3                            Lynch, Ichida, Thompson & Kim
                              1132 Bishop Street, Suite 1405
 4                            Honolulu, Hawaii 96813

 5


 6        For the Defendant Post-Confirmation Trust:

 7                            LEX R. SMITH, ESQ.
                              ANNE E. LOPEZ, ESQ.
 8                            Kobayashi, Sugita & Goda
                              First Hawaiian Center, Suite 2600
 9                            999 Bishop Street
                              Honolulu, Hawaii 96813
10

11                                    and

12
                              ERIC C. LIEBELER, ESQ.
13                            DAMIAN D. CAPOZZOLA, ESQ.
                              Kirkland & Ellis
14                            777 South Figueroa Street
                              Los Angeles, California 90017
15

16      For the Defendants Mark Dillon, Teresa Noa and Brian

17   Christensen, et al:

18                            LYLE HOSODA, ESQ.
                              RAINA P.B. MEAD, ESQ.
19                            Lyle Hosoda & Associates
                              345 Queen Street, Suite 804
20                            Honolulu, Hawaii 96813

21
        For the Defendants Hawaiian Express Service, Inc.,
22   H.E.S. Transportation Services, Inc.,et al.:

23                            ROY J. TJIOE, ESQ.
                              Goodsill Anderson Quinn & Stifel
24                            Alii Place, Suite 1800
                              1099 Alakea Street
25                            Honolulu, Hawaii 96813
```

262

```
 1        For the Defendant Guidance Software, Inc. and Michael
 2   Gurzi:
 3                          REX Y. FUJICHAKU, ESQ.
                            Bronster Crabtree & Hoshibata
 4                          Suite 2300, Pauahi Tower
                            1001 Bishop Street
 5                          Honolulu, Hawaii 96813
 6
 7        For Defendant Alix Partners, LLC:
 8                          GREGORY Y.P. TOM, ESQ.
                            Watanabe Ing Kawashima & Komeiji
 9                          999 Bishop Street
                            23rd Floor
10                          Honolulu, Hawaii 96813
11
12
13        Also present:     Wayne Berry
14                          Martin Walker, Ph.D.
15
16        Videographer:     Robert Whitman
17
18
19
20
21
22
23
24
25
                                                              263
```

1  products.
2      Q    Did you discuss anything else with the Department
3  of Agriculture, other than the concern about diversions?
4      A    No.
5      Q    How long ago did you have that communication?
6      A    Whenever we had that mad cow was in the news.
7      Q    Now, yesterday you mentioned that you have a
8  concern in connection with milk cartons that have Fleming's
9  name on them, and that you had done some investigation
10 relating to that.  Do you remember?
11     A    Yes.
12     Q    Have you contacted the Department of Agriculture
13 or any other entity in connection with the milk labeling
14 that you brought up yesterday?
15     A    The Department of Health in Honolulu.
16     Q    Okay.  So there is a state agency that you have
17 communicated with regarding Fleming, or I guess this would
18 be C&S?
19     A    I don't -- I think Fleming -- yeah, you're
20 probably right.  The only time Fleming's name was mentioned
21 was the name on the carton.  It was more regarding the --
22 the bad milk, and the fact that the shelf life is no good
23 and it all comes over here in one large container.  And
24 we're probably the only state where we have double
25 pasteurized milk.

349

```
 1        Q    Okay.  So did the Department of Agriculture to
 2   your knowledge find any wrongdoing by Fleming or C&S in
 3   connection with diversions?
 4        MR. HOGAN:  Objection; vague as to just -- just
 5   Department of Agriculture?
 6        MR. SMITH:  Correct.
 7        A    They don't report back to me.  I have no
 8   knowledge.
 9   BY MR. SMITH:
10        Q    Okay.  And did the State of Hawaii Department of
11   Health have any -- come to any conclusions that anybody had
12   acted improperly in connection with the milk cartons that
13   you found with Fleming's name on them?  I apologize.
14             Did the Department of Health come to any
15   conclusion that any wrongdoing had been engaged in
16   with respect to the milk cartons that you had found?
17        A    They don't report back to me, either.  I have no
18   knowledge.
19        Q    You have no knowledge of that.  Now, you -- your
20   investigation of those milk cartons, you must have bought
21   some of the milk, is that right?
22        A    From time to time, yes.
23        Q    And then you scanned the package, the label on the
24   carton in order to get an image of it?
25        A    I think at one point Mr. Capozzola, didn't you get
```

350

```
 1  a copy of the milk?
 2       Q   That's why I'm asking.  So is that what happened,
 3  you scanned the milk carton?
 4       A   I don't know if I personally did it, but, yes, the
 5  milk carton was scanned and sent.
 6       Q   If you didn't, who did that, Mr. Hogan or Mr.
 7  Hogan's office?
 8       A   It may have been, yes.
 9       Q   Okay.  And then you named the file Moo, or was
10  that Mr. Hogan's office?
11       A   I think that was a communication between Mr. Hogan
12  and Mr. Capozzola.  I don't -- I don't e-mail Mr. Capozzola
13  directly.
14       Q   So the file wasn't named Moo until Mr. Hogan sent
15  it to Mr. Capozzola, is that it?
16       A   I don't know that.  I may have named it.  I don't
17  know who named it.
18       Q   Okay.  Now, we've remembered the State of Hawaii
19  Department of Health and another entity that you've
20  communicate with.  Are there any other state agencies that
21  you've communicated with regarding Fleming or its officers
22  or employees?
23       A   That's all I can remember.
24       Q   Okay.  How about C&S Hawaii, have you communicated
25  with -- other than State Department of Health, have you
```

351

```
 1                    C E R T I F I C A T E
 2
 3           I, HEDY COLEMAN, CSR, in and for
   the State of Hawaii, do hereby certify:
 4
             That I was acting as shorthand
 5 reporter in the foregoing matter on the 19th day of
   May, 2005;
 6
             That the proceedings were taken
 7 down in machine shorthand by me and were thereafter
   reduced to typewriting by me; that the foregoing
 8 represents, to the best of my ability, a correct
   transcript of the proceedings had in the foregoing
 9 matter;
10
11           I further certify that I am not
   counsel for any of the parties hereto, nor in any
12 way interested in the outcome of the cause named in
   the caption.
13
14
15
16
17
18
19    DATED: May 23, 2005
20
21
22    _____
23    HEDY COLEMAN, CSR #116
      Notary Public, State of Hawaii
24    My commission expires: 9-14-05
25
```