# EXHIBIT V

**Berry v. Hawaiian Express**
**Expert Fees**

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|---|---|---|
| 07/14/05 | Expert Fees re Philip Johnson | $600.00 |
| 06/10/05 | Expert Fees re Analysis Group-Jeff Kinrich | $13,168.15 |
| 07/22/05 | Expert Fees re Analysis Group-Jeff Kinrich | $31,648.53 |
| 09/23/05 | Expert Fees re Analysis Group-Jeff Kinrich | $1,357.75 |
| 10/21/05 | Expert Fees re Analysis Group-Jeff Kinrich | $12,536.25 |
| 12/16/05 | Expert Fees re Analysis Group-Jeff Kinrich | $1,651.00 |
| 01/18/06 | Expert Fees re Analysis Group-Jeff Kinrich | $10,668.75 |
| 02/28/06 | Expert Fees re Analysis Group-Jeff Kinrich | $25,430.42 |
| 4/5/2005 | Expert Fees re Brass Rat Group, Inc. - Martin Walker | $3,000.00 |
| 5/3/2005 | Expert Fees re Brass Rat Group, Inc. - Martin Walker | $13,800.00 |
| 6/4/2005 | Expert Fees re Brass Rat Group, Inc. - Martin Walker | $43,275.00 |
| 7/7/2005 | Expert Fees re Brass Rat Group, Inc. - Martin Walker | $22,400.00 |
| 7/7/2005 | Expert Fees re Brass Rat Group, Inc. - Martin Walker | $3,195.46 |
| 8/4/2005 | Expert Fees re Brass Rat Group, Inc. - Martin Walker | $22,500.00 |
| 9/9/2005 | Expert Fees re Brass Rat Group, Inc. - Martin Walker | $3,150.00 |
| 9/9/2005 | Expert Fees re Brass Rat Group, Inc. - Martin Walker | $654.87 |
| 11/6/2005 | Expert Fees re Brass Rat Group, Inc. - Martin Walker | $480.44 |
| 11/6/2005 | Expert Fees re Brass Rat Group, Inc. - Martin Walker | $4,200.00 |
| 11/30/2005 | Expert Fees re Brass Rat Group, Inc. - Martin Walker | $9,150.00 |
| 12/28/2005 | Expert Fees re Brass Rat Group, Inc. - Martin Walker | $9,150.00 |
| 2/28/2006 | Expert Fees re Brass Rat Group, Inc. - Martin Walker | $9,407.95 |
| 3/5/2006 | Expert Fees re Brass Rat Group, Inc. - Martin Walker | $55,200.00 |
| | **Total** | **$296,624.57** |

## KIRKLAND & ELLIS LLP
### Check Request

*2190029*

| | | |
|---|---|---|
| Vendor ID: | *227572* | Bank #: _____ |
| Pay to: | Lynch Ichida Thompson Kim & Hirota Client Trust Account | |

| | |
|---|---|
| Date: | **07/14/2005** |
| Invoice amount: | $600.00 |
| Invoice Date | |
| Invoice #: | |
| Check Amount | **$600.00** |

Check stub description:    Reimbursement for Deposition of P. Johnson

Choose delivery method:    Pick up when ready —  *Please call Dora @ ext 8453. Thx.*

---

### CLIENT CHARGE:

| | | | |
|---|---|---|---|
| Client #: | 41445 | Client Name: | |
| Matter #: | 00006 | Matter Name: | |
| Service code : | | Narrative: | |

---

### OFFICE CHARGE:

Co _____   Fac _____   G/L Act _____   Sub Act _____   Tax cd _____   Emp # _____   NT –TP–TA ( _____ )

Project Code _____

Narrative:

---

| | | |
|---|---|---|
| Signature: | *(signature)*  *dal C* | Attorney #:  01292 |
| | Damian D. Capozzola | |

| | | |
|---|---|---|
| Signature: | _____ | Attorney #:  (optional, except SF) |

| | | |
|---|---|---|
| Signature: | _____ | Attorney #:  (optional) |

**INVOICE**

June 17, 2005

Timothy Hogan
Lynch, Ichida, Thompson, and Kim
1132 Bishop Street, Suite 1405
Honolulu, HI 96813
Fax: 528-4997

Dear Mr. Hogan,

Here is my invoice for recent hours worked on the Berry Case.

| Date | Description | | Time | Charge |
|------|-------------|---|------|--------|
| 05/19/05 | Deposition | | 3 hr. | $600 |
| 06/07/05 | Meeting at Hogan office | | 1.5 hr. | $300 |
| | | Total | 4.5 hr | $900 |

Thank you very much,

Philip Johnson
548 Kaimake Loop
Kailua, HI 96822

# ANALYSIS GROUP
ECONOMIC, FINANCIAL and STRATEGY CONSULTANTS

Main 1 617 425 8000   Fax 1 617 425 8001   www.analysisgroup.com

111 Huntington Avenue   Tenth Floor   Boston, MA   02199

June 10, 2005

Eric C. Leibeler, Esq.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017

AG Case No.: 011013
Invoice No.:  804716
Taxpayer ID: 04-2727260

**Re:**    **Wayne Berry v. Hawaiian Express Service, Inc. (Fleming)**

For professional services rendered and expenses incurred in connection with the above referenced case
for the period ending May 31, 2005, including:

- Review of documents
- Discussion of case with client
- Analysis of Fleming financial data
- Preparation of outline for expert report

| Current Billing: | | |
|---|---|---|
| Professional Hours | | 51.25 |
| Total Professional Services | $ | 13,153.75 |
| Total Expenses | | 14.40 |
| Total Due and Payable - Current Billing | $ | 13,168.15 |

## SUMMARY OF PRIOR BILLINGS WHICH REMAIN UNPAID

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| $6,298.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,298.00 |

Page 2

<u>Wayne Berry v. Hawaiian Express Service, Inc. (Fleming)</u>

For the period ended May 31, 2005

Invoice 804716

**Professional Hours**

| Professional | Title | Hours | | Rate | | P.S. Incurred |
|---|---|---|---|---|---|---|
| J. Kinrich | Managing Principal | 5.00 | $ | 485.00 | $ | 2,425.00 |
| K. Gold | Manager | 19.75 | | 295.00 | | 5,826.25 |
| D. Bhattacharyya | Analyst | <u>26.50</u> | | 185.00 | | <u>4,902.50</u> |
| **Total Professional Services** | | <u>**51.25**</u> | | | $ | <u>**13,153.75**</u> |

Page 3

<u>Wayne Berry v. Hawaiian Express Service, Inc. (Fleming)</u>

For the period ended May 31, 2005

Invoice 804716

**Expense Detail**

| <u>Expense Category</u> | | <u>Amount</u> |
|---|---|---|
| Copying Expense | $ | <u>14.40</u> |
| **Total Expenses** | $ | <u>14.40</u> |

Note: Expenses, which include such items as travel, photocopy, telephone and computer services, may be billed one to two months after incurred.



**ANALYSIS GROUP**
ECONOMIC, FINANCIAL and STRATEGY CONSULTANTS

Main 1 617 425 8000    Fax 1 617 425 8001    www.analysisgroup.com

111 Huntington Avenue  Tenth Floor  Boston, MA  02199

June 10, 2005

Eric C. Leibeler, Esq.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017

AG Case No.: 011013
Invoice No.:   804716
Taxpayer ID:  04-2727260

**Re:**   **Wayne Berry v. Hawaiian Express Service, Inc. (Fleming)**

Professional Hours                                          51.25

Total Professional Services                    $      13,153.75

Total Expenses                                            14.40

Total Due and Payable                          $      13,168.15

**Remit To:**
Analysis Group Inc.
111 Huntington Avenue
10th Floor
Boston, MA 02199

Wire Instructions:
Citizens Bank
Routing / ABA No.: 011500120
Account No.: 1130184460

Direct Deposit (EFT or ACH):
Routing / ABA No.:211070175
Account No.: 1130184460

REMITTANCE

---

THIS INVOICE IS PAYABLE UPON RECEIPT.
PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE





**ANALYSIS GROUP**
ECONOMIC, FINANCIAL and STRATEGY CONSULTANTS

Main 1 617 425 8000   Fax 1 617 425 8001   www.analysisgroup.com

111 Huntington Avenue   Tenth Floor   Boston, MA   02199

July 22, 2005

Mr. Steve Eaton
Post Confirmation Trust
5801 Broadway Extension, Suite 100
Oklahoma City, OK 73118

AG Case No.: 011013
Invoice No.:  805069
Taxpayer ID: 04-2727260

**Re:    Wayne Berry v. Hawaiian Express Service, Inc. (Fleming)**

For professional services rendered and expenses incurred in connection with the above referenced case
for the period ending June 30, 2005, including:

- Preparation of expert report;
- Preparation of exhibits;
- Discussion of case with client; and
- Review of documents.

Current Billing:
| | | |
|---|---|---|
| Professional Hours | | 106.65 |
| Total Professional Services | $ | 31,606.50 |
| Total Expenses | | 42.03 |
| Total Due and Payable - Current Billing | $ | 31,648.53 |

SUMMARY OF PRIOR BILLINGS WHICH REMAIN UNPAID

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $6,298.00 | $0.00 | $0.00 | $6,298.00 |

cc:    Damian Capozzola, Esq.
Kirkland & Ellis
777 South Figueroa St.
Los Angeles, CA  90017

Louis Price, Esq.
McAfee & Taft PC
211 N. Robinson Ave., 10th Floor
Oklahoma City, OK 73102

Page 2

## Wayne Berry v. Hawaiian Express Service, Inc. (Fleming)

For the period ended June 30, 2005

Invoice 805069

### Professional Hours

| Professional | Title | Hours | Rate | P.S. Incurred |
|---|---|---|---|---|
| J. Kinrich | Managing Principal | 19.90 | $ 485.00 | $ 9,651.50 |
| K. Gold | Manager | 53.50 | 295.00 | 15,782.50 |
| V. Kwan | Senior Analyst | 1.00 | 210.00 | 210.00 |
| D. Bhattacharyya | Analyst | 32.00 | 185.00 | 5,920.00 |
| N. Ericta | Analyst | 0.25 | 170.00 | 42.50 |
| **Total Professional Services** | | **106.65** | $ | **31,606.50** |

### Expense Detail

| Expense Category | | Amount |
|---|---|---|
| Copying Expense | $ | 42.03 |
| **Total Expenses** | $ | **42.03** |

Note: Expenses, which include such items as travel, photocopy, telephone and computer services, may be billed one to two months after incurred.

# ANALYSIS GROUP
ECONOMIC, FINANCIAL and STRATEGY CONSULTANTS

Main 1 617 425 8000  Fax 1 617 425 8001  www.analysisgroup.com

111 Huntington Avenue  Tenth Floor  Boston, MA  02199

July 22, 2005

Mr. Steve Eaton
Post Confirmation Trust
5801 Broadway Extension, Suite 100
Oklahoma City, OK 73118

AG Case No.: 011013
Invoice No.:  805069
Taxpayer ID: 04-2727260

Re:    **Wayne Berry v. Hawaiian Express Service, Inc. (Fleming)**

Professional Hours                                        106.65

Total Professional Services            $        31,606.50

Total Expenses                                             42.03

Total Due and Payable                  $        31,648.53

**Remit To:**
Analysis Group Inc.
111 Huntington Avenue
10th Floor
Boston, MA 02199

Wire Instructions:
Citizens Bank
Routing / ABA No.: 011500120
Account No.: 1130184460

Direct Deposit (EFT or ACH):
Routing / ABA No.:211070175
Account No.: 1130184460

REMITTANCE



**ANALYSIS GROUP**
ECONOMIC, FINANCIAL and STRATEGY CONSULTANTS

Main 1 617 425 8000  Fax 1 617 425 8001  www.analysisgroup.com

111 Huntington Avenue  Tenth Floor  Boston, MA  02199

September 23, 2005

Mr. Steve Eaton
Post Confirmation Trust
5801 Broadway Extension, Suite 100
Oklahoma City, OK 73118

AG Case No.: 011013
Invoice No.:   805691
Taxpayer ID: 04-2727260

**Re:**   **Wayne Berry v. Hawaiian Express Service, Inc. (Fleming)**

For professional services rendered and expenses incurred in connection with the above referenced case
for the period ending August 31, 2005, including:

- Review documents
- Discussion of case with client

Current Billing:
| | | |
|---|---|---|
| Professional Hours | | 3.15 |
| Total Professional Services | $ | 1,357.75 |
| Total Due and Payable - Current Billing | $ | 1,357.75 |

### SUMMARY OF PRIOR BILLINGS WHICH REMAIN UNPAID

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| $2,249.00 | $0.00 | $0.00 | $0.00 | $6,298.00 | $8,547.00 |

cc:   Damian Capozzola, Esq.
Kirkland & Ellis
777 South Figueroa St.
Los Angeles, CA  90017

Louis Price, Esq.
McAfee & Taft PC
211 N. Robinson Ave., 10th Floor
Oklahoma City, OK 73102

Page 2

## Wayne Berry v. Hawaiian Express Service, Inc. (Fleming)

For the period ended August 31, 2005

Invoice 805691

### Professional Hours

| Professional | Title | Hours | | Rate | | P.S. Incurred |
|---|---|---|---|---|---|---|
| J. Kinrich | Managing Principal | 2.40 | $ | 485.00 | $ | 1,164.00 |
| K. Gold | Manager | 0.50 | | 295.00 | | 147.50 |
| D. Bhattacharyya | Analyst | 0.25 | | 185.00 | | 46.25 |
| **Total Professional Services** | | **3.15** | | | $ | **1,357.75** |



**ANALYSIS GROUP**
ECONOMIC, FINANCIAL and STRATEGY CONSULTANTS

Main 1 617 425 8000  Fax 1 617 425 8001  www.analysisgroup.com

111 Huntington Avenue  Tenth Floor  Boston, MA  02199

September 23, 2005

Mr. Steve Eaton
Post Confirmation Trust
5801 Broadway Extension, Suite 100
Oklahoma City, OK 73118

AG Case No.: 011013
Invoice No.:  805691
Taxpayer ID:  04-2727260

Re:  **Wayne Berry v. Hawaiian Express Service, Inc. (Fleming)**

| | | |
|---|---|---|
| Professional Hours | | 3.15 |
| Total Professional Services | $ | 1,357.75 |
| Total Due and Payable | $ | 1,357.75 |



**Remit To:**
Analysis Group Inc.
111 Huntington Avenue
10th Floor
Boston, MA 02199

Wire Instructions:
Citizens Bank
Routing / ABA No.: 011500120
Account No.: 1130184460

Direct Deposit (EFT or ACH):
Routing / ABA No.:211070175
Account No.: 1130184460

THIS INVOICE IS PAYABLE UPON RECEIPT.
PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE



**ANALYSIS GROUP**
ECONOMIC, FINANCIAL and STRATEGY CONSULTANTS

Main 1 617 425 8000   Fax 1 617 425 8001   www.analysisgroup.com

111 Huntington Avenue   Tenth Floor   Boston, MA   02199

October 21, 2005

Mr. Steve Eaton
Post Confirmation Trust
5801 Broadway Extension, Suite 100
Oklahoma City, OK 73118

AG Case No.: 011013
Invoice No.:   805945
Taxpayer ID:  04-2727260

Re:  **Wayne Berry v. Hawaiian Express Service, Inc. (Fleming)**

For professional services rendered and expenses incurred in connection with the above referenced case for the period ending September 30, 2005, including:

- Discussion of case with client
- Review of Summary Judgment documents
- Preparation of Supplemental Report

| Current Billing: | | |
|---|---|---|
| Professional Hours | | 41.75 |
| Total Professional Services | $ | 12,528.75 |
| Total Expenses | | 7.50 |
| Total Due and Payable - Current Billing | $ | 12,536.25 |

cc:  Damian Capozzola, Esq.
Kirkland & Ellis
777 South Figueroa St.
Los Angeles, CA  90017

Louis Price, Esq.
McAfee & Taft PC
211 N. Robinson Ave., 10th Floor
Oklahoma City, OK 73102

Page 2

<u>Wayne Berry v. Hawaiian Express Service, Inc. (Fleming)</u>

For the period ended September 30, 2005

Invoice 805945

**Professional Hours**

| Professional | Title | Hours | | Rate | | P.S. Incurred |
|---|---|---|---|---|---|---|
| J. Kinrich | Managing Principal | 5.50 | $ | 485.00 | $ | 2,667.50 |
| K. Gold | Manager | 28.75 | | 295.00 | | 8,481.25 |
| D. Bhattacharyya | Analyst | 7.00 | | 185.00 | | 1,295.00 |
| M. Barbabella | Analyst | 0.50 | | 170.00 | | 85.00 |
| **Total Professional Services** | | **41.75** | | | $ | **12,528.75** |

<u>Wayne Berry v. Hawaiian Express Service, Inc. (Fleming)</u>

For the period ended September 30, 2005

Invoice 805945

**Expense Detail**

| Expense Category | | Amount |
|---|---|---|
| Copying Expense | $ | 7.50 |
| **Total Expenses** | $ | **7.50** |

Note: Expenses, which include such items as travel, photocopy, telephone and computer services, may be billed one to two months after incurred.



**ANALYSIS GROUP**
ECONOMIC, FINANCIAL and STRATEGY CONSULTANTS

Main 1 617 425 8000  Fax 1 617 425 8001  www.analysisgroup.com

111 Huntington Avenue  Tenth Floor  Boston, MA  02199

October 21, 2005

Mr. Steve Eaton
Post Confirmation Trust
5801 Broadway Extension, Suite 100
Oklahoma City, OK 73118

AG Case No.:  011013
Invoice No.:  805945
Taxpayer ID:  04-2727260

Re:  **Wayne Berry v. Hawaiian Express Service, Inc. (Fleming)**

Professional Hours                                                    41.75

Total Professional Services                          $        12,528.75

Total Expenses                                                        7.50

Total Due and Payable                                 $        12,536.25

**Remit To:**
Analysis Group Inc.
111 Huntington Avenue
10th Floor
Boston, MA 02199

Wire Instructions:
Citizens Bank
Routing / ABA No.: 011500120
Account No.: 1130184460

Direct Deposit (EFT or ACH):
Routing / ABA No.:211070175
Account No.: 1130184460




 **ANALYSIS GROUP**
ECONOMIC, FINANCIAL and STRATEGY CONSULTANTS

Main 1 617 425 8000  Fax 1 617 425 8001  www.analysisgroup.com

111 Huntington Avenue  Tenth Floor  Boston, MA  02199

December 16, 2005

Mr. Steve Eaton
Post Confirmation Trust
5801 Broadway Extension, Suite 100
Oklahoma City, OK 73118

AG Case No.: 011013
Invoice No.:  806517
Taxpayer ID:  04-2727260

**Re:    Wayne Berry v. Hawaiian Express Service, Inc. (Fleming)**

For professional services rendered and expenses incurred in connection with the above referenced case
for the period ending November 30, 2005, including:

- Discussion of case with client
- Review of documents

Current Billing:
| | | |
|---|---|---|
| Professional Hours | | 3.60 |
| Total Professional Services | $ | 1,651.00 |
| Total Due and Payable - Current Billing | $ | 1,651.00 |

cc:    Damian Capozzola, Esq.
       Kirkland & Ellis
       777 South Figueroa St.
       Los Angeles, CA  90017

       Louis Price, Esq.
       McAfee & Taft PC
       211 N. Robinson Ave., 10th Floor
       Oklahoma City, OK 73102

<u>Wayne Berry v. Hawaiian Express Service, Inc. (Fleming)</u>

For the period ended November 30, 2005

Invoice 806517

**Professional Hours**

| Professional | Title | Hours | | Rate | | P.S. Incurred |
|---|---|---|---|---|---|---|
| J. Kinrich | Managing Principal | 3.10 | $ | 485.00 | $ | 1,503.50 |
| K. Gold | Manager | 0.50 | | 295.00 | | 147.50 |
| **Total Professional Services** | | **3.60** | | | $ | **1,651.00** |



**ANALYSIS GROUP**
ECONOMIC, FINANCIAL and STRATEGY CONSULTANTS

Main 1 617 425 8000   Fax 1 617 425 8001   www.analysisgroup.com

111 Huntington Avenue   Tenth Floor   Boston, MA   02199

December 16, 2005

Mr. Steve Eaton
Post Confirmation Trust
5801 Broadway Extension, Suite 100
Oklahoma City, OK 73118

AG Case No.: 011013
Invoice No.:   806517
Taxpayer ID:  04-2727260

Re:     **Wayne Berry v. Hawaiian Express Service, Inc. (Fleming)**

Professional Hours                                              3.60

Total Professional Services                  $        1,651.00

Total Due and Payable                        $        1,651.00

**Remit To:**
Analysis Group Inc.
111 Huntington Avenue
10th Floor
Boston, MA 02199

Wire Instructions:
Citizens Bank
Routing / ABA No.: 011500120
Account No.: 1130184460

Direct Deposit (EFT or ACH):
Routing / ABA No.:211070175
Account No.: 1130184460

THIS INVOICE IS PAYABLE UPON RECEIPT
PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE



**ANALYSIS GROUP**
ECONOMIC, FINANCIAL and STRATEGY CONSULTANTS

Main 1 617 425 8000  Fax 1 617 425 8001  www.analysisgroup.com

111 Huntington Avenue  Tenth Floor  Boston, MA  02199

January 18, 2006

Mr. Steve Eaton
Post Confirmation Trust
5801 Broadway Extension, Suite 100
Oklahoma City, OK 73118

AG Case No.: 011013
Invoice No.:  806716
Taxpayer ID: 04-2727260

**Re:    Wayne Berry v. Hawaiian Express Service, Inc. (Fleming)**

For professional services rendered and expenses incurred in connection with the above referenced case
for the period ending December 31, 2005, including:

- Discussion of case with client
- Review of documents
- Preparation of demonstrative exhibits

| Current Billing: | | |
|---|---|---|
| Professional Hours | | 31.00 |
| Total Professional Services | $ | 10,668.75 |
| Total Due and Payable - Current Billing | $ | 10,668.75 |

cc:  ✓ Damian Capozzola, Esq.
Kirkland & Ellis
777 South Figueroa St.
Los Angeles, CA  90017

Louis Price, Esq
McAfee & Taft PC
211 N. Robinson Ave., 10th Floor
Oklahoma City, OK 73102

<u>Wayne Berry v. Hawaiian Express Service, Inc. (Fleming)</u>

For the period ended December 31, 2005

Invoice 806716

**Professional Hours**

| Professional | Title | Hours | Rate | P.S. Incurred |
|---|---|---|---|---|
| J. Kinrich | Managing Principal | 9.50 | $ 485.00 | $ 4,607.50 |
| K. Gold | Manager | 19.25 | 295.00 | 5,678.75 |
| M. Barbabella | Analyst | <u>2.25</u> | 170.00 | <u>382.50</u> |
| **Total Professional Services** | | <u>**31.00**</u> | $ | <u>**10,668.75**</u> |


**ANALYSIS GROUP**
ECONOMIC, FINANCIAL and STRATEGY CONSULTANTS

Main 1 617 425 8000   Fax 1 617 425 8001   www.analysisgroup.com

111 Huntington Avenue   Tenth Floor   Boston, MA   02199

January 18, 2006

Mr. Steve Eaton
Post Confirmation Trust
5801 Broadway Extension, Suite 100
Oklahoma City, OK 73118

AG Case No.: 011013
Invoice No.:   806716
Taxpayer ID:  04-2727260

**Re:    Wayne Berry v. Hawaiian Express Service, Inc. (Fleming)**

| | | |
|---|---|---|
| Professional Hours | | 31.00 |
| Total Professional Services | $ | 10,668.75 |
| Total Due and Payable | $ | 10,668.75 |

**Remit To:**
Analysis Group Inc.
111 Huntington Avenue
10th Floor
Boston, MA 02199

Wire Instructions:
Citizens Bank
Routing / ABA No.: 011500120
Account No.: 1130184460

Direct Deposit (EFT or ACH):
Routing / ABA No.:211070175
Account No.: 1130184460



**ANALYSIS GROUP**
ECONOMIC, FINANCIAL and STRATEGY CONSULTANTS

Main 1 617 425 8000   Fax 1 617 425 8001   www.analysisgroup.com

111 Huntington Avenue   Tenth Floor   Boston, MA  02199

February 28, 2006

Ms. Anna de la Rosa
Post Confirmation Trust
5801 Broadway Extension, Suite 100
Oklahoma City, OK 73118

AG Case No.:  011013
Invoice No.:   807076
Taxpayer ID:  04-2727260

Re:  **Wayne Berry v. Hawaiian Express Service, Inc. (Fleming)**

For professional services rendered and expenses incurred in connection with the above referenced case
for the period ending January 31, 2006, including:

- Discussion of case with client
- Review of documents
- Preparation for trial

Current Billing:

| | | |
|---|---|---|
| Professional Hours | | 52.45 |
| Total Professional Services | $ | 23,288.25 |
| Total Expenses | | 2,142.17 |
| Total Due and Payable - Current Billing | $ | 25,430.42 |

cc:  Damian Capozzola, Esq.
✓     Kirkland & Ellis
      777 South Figueroa St.
      Los Angeles, CA  90017

      Louis Price, Esq.
      McAfee & Taft PC
      211 N. Robinson Ave., 10th Floor
      Oklahoma City, OK 73102

Page 2

<u>Wayne Berry v. Hawaiian Express Service, Inc. (Fleming)</u>

For the period ended January 31, 2006

Invoice 807076

**Professional Hours**

| Professional | Title | Hours | | Rate | | P.S. Incurred |
|---|---|---|---|---|---|---|
| J. Kinrich | Managing Principal | 34.70 | $ | 510.00 | $ | 17,697.00 |
| K. Gold | Manager | <u>17.75</u> | | 315.00 | | <u>5,591.25</u> |
| **Total Professional Services** | | <u>**52.45**</u> | | | $ | <u>**23,288.25**</u> |

Page 3

<u>Wayne Berry v. Hawaiian Express Service, Inc. (Fleming)</u>

For the period ended January 31, 2006

Invoice 807076

**Expense Detail**

| <u>Expense Category</u> | | <u>Amount</u> |
|---|---|---|
| Airfare | $ | 150.00 |
| Copying Expense | | 13.05 |
| Ground Transportation | | 239.25 |
| Lodging | | 1,463.34 |
| Meals | | 60.73 |
| Telephone | | <u>215.80</u> |
| | | |
| **Total Expenses** | $ | <u>**2,142.17**</u> |

Note: Expenses, which include such items as travel, photocopy, telephone and computer services, may be billed one to two months after incurred.



ANALYSIS GROUP
ECONOMIC, FINANCIAL and STRATEGY CONSULTANTS

Main 1 617 425 8000   Fax 1 617 425 8001   www.analysisgroup.com

111 Huntington Avenue   Tenth Floor   Boston, MA   02199

February 28, 2006

Ms. Anna de la Rosa
Post Confirmation Trust
5801 Broadway Extension, Suite 100
Oklahoma City, OK 73118

AG Case No.: 011013
Invoice No.: 807076
Taxpayer ID: 04-2727260

Re:    **Wayne Berry v. Hawaiian Express Service, Inc. (Fleming)**

Professional Hours                                                52.45

Total Professional Services              $              23,288.25

Total Expenses                                              2,142.17

Total Due and Payable                    $              25,430.42

**Remit To:**
Analysis Group Inc.
111 Huntington Avenue
10th Floor
Boston, MA 02199

Wire Instructions:
Citizens Bank
Routing / ABA No.: 011500120
Account No.: 1130184460

Direct Deposit (EFT or ACH):
Routing / ABA No.:211070175
Account No.: 1130184460

THIS INVOICE IS PAYABLE UPON RECEIPT.
PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE





Brass Rat Group, Inc.
1820 Portola Road
Woodside, CA  94062

# Invoice

| Date | Invoice No. |
|------|-------------|
| 04/05/05 | 41 |

**Bill To**

Post Confirmation Trust
Steve Eaton
15150 Preston Road
Suite 240
Dallas Texas  75248

| Project | Account |
|---------|---------|
| Berry | Re: Berry v PCT et al |

| Date | Description | Hrs | Rate | Amount |
|------|-------------|-----|------|--------|
| 03/26/05 | Inventory produced documents; Review 2nd amended complaint | 2 | 300.00 | 600.00 |
| 03/27/05 | Review Berry Deposistion.  Review Copyright filing. | 2 | 300.00 | 600.00 |
| 03/28/05 | Review documents.  Telecon with attorney. | 2 | 300.00 | 600.00 |
| 03/29/05 | Review Rogs, responses, and court orders. | 2 | 300.00 | 600.00 |
| 03/30/05 | Review documents.  Document MTS rogs. | 2 | 300.00 | 600.00 |

Services provided by Martin G. Walker, PhD

## Total

$3,000.00

Brass Rat Group, Inc.
1820 Portola Road
Woodside, CA  94062

# Invoice

| Date | Invoice No. |
|------|-------------|
| 05/03/05 | 43 |

**Bill To**

Post Confirmation Trust
Steve Eaton
15150 Preston Road
Suite 240
Dallas Texas  75248

| Project | Account |
|---------|---------|
| Berry | Re: Berry v PCT et al |

| Date | Description | Hrs | Rate | Amount |
|------|-------------|-----|------|--------|
| 04/09/05 | Review standards for proving infringement.  Review Berry Decl.  Review copyright filing. | 4 | 300.00 | 1,200.00 |
| 04/12/05 | Conference with Atty; begin expoert report | 1 | 300.00 | 300.00 |
| 04/14/05 | Telecon with Atty; Review material. | 1 | 300.00 | 300.00 |
| 04/16/05 | Review documents; begin expert report | 3 | 300.00 | 900.00 |
| 04/18/05 | Travel to Kirkland LA office | 3 | 150.00 | 450.00 |
| 04/18/05 | Work on expert report with Atty | 6 | 300.00 | 1,800.00 |
| 04/19/05 | Research and write expert report in LA office | 10 | 300.00 | 3,000.00 |
| 04/19/05 | Return from LA | 3 | 150.00 | 450.00 |
| 04/20/05 | Research expert report. | 1 | 300.00 | 300.00 |
| 04/21/05 | Review document; research re expert report. | 1 | 300.00 | 300.00 |
| 04/22/05 | Review statement of facts; expert report. | 2 | 300.00 | 600.00 |
| 04/25/05 | Review SJ motion; telecon with client. | 1 | 300.00 | 300.00 |
| 04/26/05 | Expert report; Doc review. | 2 | 300.00 | 600.00 |
| 04/27/05 | Review material.  Research database production. Dec'l re schedule. | 2 | 300.00 | 600.00 |
| 04/28/05 | Review motions.  Research & write expert report. | 2 | 300.00 | 600.00 |
| 04/29/05 | Telecon with Atty; review Berry database; expert report | 3 | 300.00 | 900.00 |
| 04/30/05 | Research for and writing expert report | 4 | 300.00 | 1,200.00 |

Services provided by Martin G. Walker, PhD

**Total**          $13,800.00



Brass Rat Group, Inc.
1820 Portola Road
Woodside, CA  94062

# Invoice

| Date | Invoice No. |
|------|-------------|
| 06/04/05 | 45 |

**Bill To**

Post Confirmation Trust
Steve Eaton
15150 Preston Road
Suite 240
Dallas Texas  75248

| Project | Account |
|---------|---------|
| Berry | Re: Berry v PCT et al |

| Date | Description | Hrs | Rate | Amount |
|------|-------------|-----|------|--------|
| 05/01/05 | Expert report; review documents. | 3 | 300.00 | 900.00 |
| 05/02/05 | Review documents; review summary judgment motion. | 2 | 300.00 | 600.00 |
| 05/03/05 | Review SJ motion; research issues; telecon; write decl. | 4 | 300.00 | 1,200.00 |
| 05/04/05 | Telecon with Atty.  Research opposition to SJ motion.  Write decl. | 6 | 300.00 | 1,800.00 |
| 05/05/05 | Review documents; write decl in support of opposition to SJ motion | 3 | 300.00 | 900.00 |
| 05/06/05 | Telecon with client; reserach re Summary Judgemnt Motion | 3 | 300.00 | 900.00 |
| 05/07/05 | Research and writing Decl in opposition to Summary Motion; Review Guidance documents | 3 | 300.00 | 900.00 |
| 05/08/05 | Review Guidance documents; Prepare decl in opposition. | 3 | 300.00 | 900.00 |
| 05/09/05 | Review documents; write notes on Berry decl re spoliation. | 2 | 300.00 | 600.00 |
| 05/10/05 | Opposition decl; telecon with Atty | 3 | 300.00 | 900.00 |
| 05/11/05 | Review documents; telecon with Attys; preapre decl in opposition to summary judegement. | 5 | 300.00 | 1,500.00 |
| 05/12/05 | Telecon with Atty.  Review documents.  Prepare decl. | 4 | 300.00 | 1,200.00 |
| 05/13/05 | Review material provided by attys re spreadshhet database. | 3 | 300.00 | 900.00 |
| 05/14/05 | Dcoument review re summary judgement. | 3 | 300.00 | 900.00 |
| 05/15/05 | Document review. | 1 | 300.00 | 300.00 |
| 05/16/05 | Prepare for Berry depo. Research issues re expoert report. | 8 | 300.00 | 2,400.00 |
| 05/18/05 | Attend Berry depo.  Prep for Johnson depo.  ID depo topics. | 11 | 300.00 | 3,300.00 |
| 05/19/05 | Attend Johnson depo.  Attend Berry depo.  Review schedule and plans. | 9 | 300.00 | 2,700.00 |
| 05/19/05 | Travel from HI to SFO | 7 | 150.00 | 1,050.00 |
| 05/21/05 | Write expert report.  Research issues re infringement. | 4 | 300.00 | 1,200.00 |
| 05/22/05 | Expert report issues. | 4 | 300.00 | 1,200.00 |
| 05/23/05 | Travel to LA | 3 | 150.00 | 450.00 |
| 05/23/05 | Prepare expert report | 11 | 300.00 | 3,300.00 |
| 05/24/05 | Prepare expert report | 9 | 300.00 | 2,700.00 |
| 05/24/05 | Return from LA | 3.5 | 150.00 | 525.00 |
| 05/25/05 | Final edits on expert report. | 2 | 300.00 | 600.00 |
| 05/28/05 | Telecon re expert report.  Edit report. | 2 | 300.00 | 600.00 |
| 05/29/05 | Prep for telecon; telecons with Attys; edit espert report | 2.5 | 300.00 | 750.00 |
| 05/30/05 | Prep for telecon; multiple telecons with attys; revise report; add figure re tables. | 5.5 | 300.00 | 1,650.00 |

Services provided by Martin G. Walker, PhD

## Total

Brass Rat Group, Inc.
1820 Portola Road
Woodside, CA 94062

# Invoice

| Date | Invoice No. |
|------|-------------|
| 06/04/05 | 45 |

**Bill To**

Post Confirmation Trust
Steve Eaton
15150 Preston Road
Suite 240
Dallas Texas 75248

| Project | Account |
|---------|---------|
| Berry | Re: Berry v PCT et al |

| Date | Description | Hrs | Rate | Amount |
|------|-------------|-----|------|--------|
| 05/31/05 | Prepare for telecon; telecon with Attys; update report; review report with Attys; complete report. | 5.5 | 300.00 | 1,650.00 |
| 05/16/05 | Travel to Hawaii | 8 | 150.00 | 1,200.00 |
| 05/17/05 | Write expert report.  Research 2003 spreadsheets.  Meet with Attys re Berry depo. | 12 | 300.00 | 3,600.00 |

Services provided by Martin G. Walker, PhD

| **Total** | $43,275.00 |
|-----------|-----------|



**Brass Rat Group, Inc.**
1820 Portola Road
Woodside, CA  94062

# Invoice

| Date | Invoice No. |
|------|-------------|
| 07/07/05 | 48 |

**Bill To**

Post Confirmation Trust
Steve Eaton
15150 Preston Road
Suite 240
Dallas Texas  75248

| | Project | | Account | |
|---|---|---|---|---|
| | Berry | | Re: Berry v PCT et al | |

| Date | Description | Hrs | Rate | Amount |
|------|-------------|-----|------|--------|
| 05/12/05 | Copying docs & Indexing | 3.25 | 50.00 | 162.50 |
| 05/14/05 | Copying docs & Indexing | 3.25 | 50.00 | 162.50 |
| 05/23/05 | Complete copying | 0.5 | 50.00 | 25.00 |
| 06/01/05 | Telecon with Atty; review Decl; sign & return, | 1 | 300.00 | 300.00 |
| 06/02/05 | Review SJ motion; telecons with Attys. | 2 | 300.00 | 600.00 |
| 06/02/05 | Return to US for depo. | 11 | 150.00 | 1,650.00 |
| 06/03/05 | Telecon with Attys | 1 | 300.00 | 300.00 |
| 06/09/05 | Review reply documents | 1 | 300.00 | 300.00 |
| 06/10/05 | Review motions and declarations by Berry.  Outline declaration. ID open issues. | 3 | 300.00 | 900.00 |
| 06/11/05 | Prepare declaration.  Research Berry's allegations. | 10 | 300.00 | 3,000.00 |
| 06/12/05 | Prepare declaration.  Review and edit with Atty. | 12 | 300.00 | 3,600.00 |
| 06/13/05 | Supplemental expert report research and editing | 7.5 | 300.00 | 2,250.00 |
| 06/14/05 | Review expert report and finalize report. | 4 | 300.00 | 1,200.00 |
| 06/15/05 | Prepare Report.  Review docs: | 2 | 300.00 | 600.00 |
| 06/16/05 | Telecons re demonstratives.  Review motions. | 3.5 | 300.00 | 1,050.00 |
| 06/17/05 | Prepare demonstratives; telecon with Attys. | 3 | 300.00 | 900.00 |
| 06/18/05 | Review Judge Mollway's prelim ruling. | 1 | 300.00 | 300.00 |
| 06/18/05 | Travel to Hawaii | 6 | 150.00 | 900.00 |
| 06/19/05 | Review docs. Prepare for SJ hearing. | 4 | 300.00 | 1,200.00 |
| 06/19/05 | In Hawaii; attend meetings | 4 | 150.00 | 600.00 |
| 06/20/05 | Prep for and attend hearing. | 4 | 300.00 | 1,200.00 |
| 06/20/05 | Return from Hawaii. | 8 | 150.00 | 1,200.00 |

| | Total | $22,400.00 |
|---|---|---|



Brass Rat Group, Inc.
1820 Portola Road
Woodside, CA  94062

# Invoice

| Date | Invoice No. |
|------|-------------|
| 07/07/05 | 49 |

**Bill To**

Post Confirmation Trust
Steve Eaton
15150 Preston Road
Suite 240
Dallas, Texas  75248

| Project | Account |
|---------|---------|
| Berry | Re: Berry v PCT et al |

| Date | Description | Hrs | Rate | Amount |
|------|-------------|-----|------|--------|
| 06/14/05 | to Honolulu | | 1,996.51 | 1,996.51 |
| 06/20/05 | Honolulu Hotel | | 330.58 | 330.58 |
| 06/20/05 | to Honolulu | | -754.01 | -754.01 |
| 06/21/05 | shipping to HI | | 92.27 | 92.27 |
| 06/21/05 | Copying docs | | 301.66 | 301.66 |
| 07/06/05 | Fed Ex | | 176.77 | 176.77 |
| 07/06/05 | American Fuel | | 31.82 | 31.82 |
| 07/06/05 | Chic Limousines | | 135.85 | 135.85 |
| 07/06/05 | Cab to hotel | | 25.00 | 25.00 |
| 07/06/05 | Cab to dinner | | 20.00 | 20.00 |
| 07/06/05 | Cab from dinner | | 20.00 | 20.00 |
| 07/06/05 | Cab to Airport | | 25.00 | 25.00 |
| 07/06/05 | United to Honolulu | | 754.01 | 754.01 |
| 07/06/05 | Dinner, Lunch | | 40.00 | 40.00 |
| | Total Reimbursable Expenses | | | 3,195.46 |

| | Total | $3,195.46 |
|--|-------|-----------|

 Brass Rat Group, Inc.
1820 Portola Road
Woodside, CA 94062

# Invoice

| Date | Invoice No. |
|------|-------------|
| 08/04/05 | 52 |

**Bill To**

Post Confirmation Trust
Steve Eaton
15150 Preston Road
Suite 240
Dallas Texas 75248

| Project | Account |
|---------|---------|
| Berry | Re: Berry v PCT et al |

| Date | Description | Hrs | Rate | Amount |
|------|-------------|-----|------|--------|
| 07/10/05 | Review After images | 3 | 300.00 | 900.00 |
| 07/11/05 | Telecon with Attys re Guidance images | 1 | 300.00 | 300.00 |
| 07/12/05 | Telecon with Attys re Guidance images | 1 | 300.00 | 300.00 |
| 07/13/05 | Review & research Berry motion | 2 | 300.00 | 600.00 |
| 07/14/05 | Review & research Berry motion | 3 | 300.00 | 900.00 |
| 07/15/05 | Review Berry motion and telecon re documents | 2 | 300.00 | 600.00 |
| 07/16/05 | Review Berry motion and telecon re documents | 2 | 300.00 | 600.00 |
| 07/18/05 | Research Decl re motion for reconsideration | 3 | 300.00 | 900.00 |
| 07/19/05 | Research Decl re motion for reconsideration | 3 | 300.00 | 900.00 |
| 07/20/05 | Complete research and write Decl | 9 | 300.00 | 2,700.00 |
| 07/21/05 | Complete research and write Decl | 14 | 300.00 | 4,200.00 |
| 07/22/05 | Complete decl; review; create exhibits | 10 | 300.00 | 3,000.00 |
| 07/26/05 | Review databases; compare to various motions | 5 | 300.00 | 1,500.00 |
| 07/27/05 | Review databases; compare to various motions | 4 | 300.00 | 1,200.00 |
| 07/28/05 | Review databases; compare to various motions | 8 | 300.00 | 2,400.00 |
| 07/29/05 | Review databases; compare to various motions | 4 | 300.00 | 1,200.00 |
| 07/28/05 | Research & Document versions of FCS | 2 | 50.00 | 100.00 |
| 07/29/05 | Research & Document versions of FCS | 4 | 50.00 | 200.00 |

**Thank you for your business.**

| Total | $22,500.00 |
|-------|------------|



Brass Rat Group, Inc.
1820 Portola Road
Woodside, CA 94062

# Invoice

| Date | Invoice No. |
|------|-------------|
| 09/09/05 | 58 |

**Bill To**

Post Confirmation Trust
Steve Eaton
15150 Preston Road
Suite 240
Dallas, Texas 75248

| Project | Account |
|---------|---------|
| Berry | Re: Berry v PCT et al |

| Date | Description | Hrs | Rate | Amount |
|------|-------------|-----|------|--------|
| 08/02/05 | ; research issues | 4 | 300.00 | 1,200.00 |
| 08/03/05 | ; research issues | 4 | 300.00 | 1,200.00 |
| 08/04/05 | ; research issues | 2 | 300.00 | 600.00 |
| 08/23/05 | Review SJ draft | 0.5 | 300.00 | 150.00 |

**Services provided by Martin G. Walker, PhD**

| Total | $3,150.00 |
|-------|-----------|



Brass Rat Group, Inc.
1820 Portola Road
Woodside, CA 94062

# Invoice

| Date | Invoice No. |
|------|-------------|
| 09/09/05 | 59 |

**Bill To**

Post Confirmation Trust
Steve Eaton
15150 Preston Road
Suite 240
Dallas Texas 75248

| Project | Account |
|---------|---------|
| Berry | Re: Berry v PCT et al |

| Date | Description | Hrs | Rate | Amount |
|------|-------------|-----|------|--------|
| 07/19/05 | HDD for Berry Case | | 216.49 | 216.49 |
| 07/20/05 | FedEx | | 15.36 | 15.36 |
| 07/22/05 | FedEx | | 20.39 | 20.39 |
| 07/22/05 | FedEx | | 15.36 | 15.36 |
| 07/22/05 | WebEx Teleconference | | 50.49 | 50.49 |
| 07/22/05 | WebEx teleconference | | 93.39 | 93.39 |
| 07/22/05 | WebEx teleconference | | 24.75 | 24.75 |
| 07/22/05 | WebEx Teleconference | | 57.75 | 57.75 |
| 07/23/05 | WebEx teleconference | | 4.29 | 4.29 |
| 07/23/05 | WebEx teleconference | | 66.33 | 66.33 |
| 07/24/05 | WebEx Teleconference | | 59.07 | 59.07 |
| 07/24/05 | WebEx teleconference | | 1.32 | 1.32 |
| 07/26/05 | FedEx | | 15.36 | 15.36 |
| 07/28/05 | WebEx teleconference | | 7.59 | 7.59 |
| 07/29/05 | WebEx teleconference | | 6.93 | 6.93 |
| | Total Reimbursable Expenses | | | 654.87 |

| Total | $654.87 |
|-------|---------|



**Brass Rat Group, Inc.**
1820 Portola Road
Woodside, CA  94062

# Invoice

| Date | Invoice No. |
|------|-------------|
| 11/06/05 | 77 |

**Bill To**

Post Confirmation Trust
Steve Eaton
5801 Broadway Extension
Suite 100
Oklahoma City, Oklahoma 73118

| Project | Account |
|---------|---------|
| Berry | Re: Berry v PCT et al |

| Date | Description | Hrs | Rate | Amount |
|------|-------------|-----|------|--------|
| 10/03/05 | DVD Reader (Dual Layer) | | 162.36 | 162.36 |
| 10/03/05 | HDD for redacted data | | 216.49 | 216.49 |
| 10/04/05 | Disk prep software | | 37.60 | 37.60 |
| 10/04/05 | DVD Reading Software | | 63.99 | 63.99 |
| | Total Reimbursable Expenses | | | 480.44 |

| | Total | $480.44 |
|--|-------|---------|



Brass Rat Group, Inc.
1820 Portola Road
Woodside, CA 94062

# Invoice

| Date | Invoice No. |
|------|-------------|
| 11/06/05 | 78 |

**Bill To**

Post Confirmation Trust
Steve Eaton
5801 Broadway Extension
Suite 100
Oklahoma City, Oklahoma 73118

| | Project | | Account |
|---|---|---|---|
| | Berry | | Re: Berry v PCT et al |

| Date | Description | Hrs | Rate | Amount |
|------|-------------|-----|------|--------|
| 09/30/05 | Conference with Attys; review produced data | 1 | 300.00 | 300.00 |
| 10/03/05 | Review production of archived files | 2 | 300.00 | 600.00 |
| 10/04/05 | Duplicate and QA redacted productions | 4 | 300.00 | 1,200.00 |
| 10/05/05 | Duplicate and QA redacted productions | 2 | 300.00 | 600.00 |
| 10/17/05 | Review Berry production request | 1 | 300.00 | 300.00 |
| 10/25/05 | Telecon with Atty; review documents | 2 | 300.00 | 600.00 |
| 10/26/05 | Telecon with Atty; review documents | 1 | 300.00 | 300.00 |
| 10/26/05 | Research prior producions | 1 | 300.00 | 300.00 |

**Services provided by Martin G. Walker, PhD**

| Total | $4,200.00 |
|-------|-----------|



**Brass Rat Group, Inc.**
1820 Portola Road
Woodside, CA  94062

# Invoice

| Date | Invoice No. |
|------|-------------|
| 11/30/05 | 91 |

**Bill To**

Post Confirmation Trust
Steve Eaton
5801 Broadway Extension
Suite 100
Oklahoma City, Oklahoma 73118

| Project | Account |
|---------|---------|
| Berry | Re: Berry v PCT et al |

| Date | Description | Hrs | Rate | Amount |
|------|-------------|-----|------|--------|
| 11/08/05 | Prepare decl in opposition to Berry motion for OSC | 8.5 | 300.00 | 2,550.00 |
| 11/09/05 | Prepare amended expoert report | 8 | 300.00 | 2,400.00 |
| 11/10/05 | Prepare 4th supplemental report re OSC | 8 | 300.00 | 2,400.00 |
| 11/16/05 | Review Motions; research claims | 2 | 300.00 | 600.00 |
| 11/17/05 | Review Motions; research claims | 2 | 300.00 | 600.00 |
| 11/19/05 | Review Motions; research claims | 2 | 300.00 | 600.00 |

**Services provided by Martin G. Walker, PhD**

| Total | |
|-------|--|
| | $9,150.00 |



Brass Rat Group, Inc.
378 Cambridge, Ste K
Palo Alto, CA  94306

# Invoice

| Date | Invoice No. |
|------|-------------|
| 12/28/05 | 106 |

**Bill To**

Post Confirmation Trust
Steve Eaton
5801 Broadway Extension
Suite 100
Oklahoma City, Oklahoma 73118

| Project | Account |
|---------|---------|
| Berry | Re: Berry v PCT et al |

| Date | Description | Hrs | Rate | Amount |
|------|-------------|-----|------|--------|
| 12/15/05 | Telecon with Atty | 0.5 | 300.00 | 150.00 |
| 12/21/05 | Prepare demonstratives | 2 | 300.00 | 600.00 |
| 12/22/05 | Prepare demonstratives | 6 | 300.00 | 1,800.00 |
| 12/23/05 | Prepare & review demonstratives; telecons with attys | 10 | 300.00 | 3,000.00 |
| 12/24/05 | Prepare & review demonstratives; telecons with attys | 4 | 300.00 | 1,200.00 |
| 12/26/05 | Revise demos; telecon with attys | 4 | 300.00 | 1,200.00 |
| 12/27/05 | Revise demos; telecon with attys | 4 | 300.00 | 1,200.00 |

**Services provided by Martin G. Walker, PhD**

| Total | |
|-------|--|
| | $9,150.00 |



**Brass Rat Group, Inc.**
378 Cambridge, Ste K
Palo Alto, CA  94306

# Invoice

| Date | Invoice No. |
|------|-------------|
| 02/28/06 | 141 |

**Bill To**

Post Confirmation Trust
Anna de la Rosa
5801 Broadway Extension
Suite 100
Oklahoma City, Oklahoma 73118

| | Project | Account |
|---|---------|---------|
| | Berry | Re: Berry v PCT et al |

| Date | Description | Hrs | Rate | Amount |
|------|-------------|-----|------|--------|
| 01/05/06 | FedEx | | 22.14 | 22.14 |
| 01/21/06 | United Travel expense | | 350.00 | 350.00 |
| 01/23/06 | | | 27.10 | 27.10 |
| 01/23/06 | | | 2,515.69 | 2,515.69 |
| 01/24/06 | | | 100.00 | 100.00 |
| 01/25/06 | | | 200.00 | 200.00 |
| 02/02/06 | WEBEX.COM CA | | 29.70 | 29.70 |
| 02/02/06 | WEBEX.COM CA | | 109.89 | 109.89 |
| 02/02/06 | WEBEX.COM CA | | 49.83 | 49.83 |
| 02/02/06 | WEBEX.COM CA | | 49.17 | 49.17 |
| 02/02/06 | WEBEX.COM CA | | 93.72 | 93.72 |
| 02/08/06 | Parking | | 133.00 | 133.00 |
| 02/16/06 | Inv 3-317-02894 | | 44.66 | 44.66 |
| 02/22/06 | | | 80.00 | 80.00 |
| 02/23/06 | Cab from HNL | | 25.00 | 25.00 |
| 02/23/06 | Cab to HNL | | 25.00 | 25.00 |
| 02/23/06 | Cab from SFO | | 50.00 | 50.00 |
| 02/23/06 | SFO -> HNL | | 2,182.31 | 2,182.31 |
| 02/24/06 | Transportation to airport | | 121.25 | 121.25 |
| 02/25/06 | Berry | | 9.01 | 9.01 |
| 02/25/06 | Access Detective Software used by Berry | | 31.94 | 31.94 |
| 02/26/06 | Ship drive to HI | | 52.93 | 52.93 |
| 02/26/06 | Ship disk drive to HI | | 52.93 | 52.93 |
| 02/28/06 | Change Fee to United | | 362.00 | 362.00 |
| 03/01/06 | Hotel expenses | | 2,495.68 | 2,495.68 |
| 03/01/06 | View reports at issue | | 195.00 | 195.00 |
| | Total Reimbursable Expenses | | | 9,407.95 |

| | Total | **$9,407.95** |
|---|-------|---------------|



**Brass Rat Group, Inc.**
378 Cambridge, Ste K
Palo Alto, CA  94306

# Invoice

| Date | Invoice No. |
|------|-------------|
| 03/05/06 | 134 |

**Bill To**

Post Confirmation Trust
Anna de la Rosa
5801 Broadway Extension
Suite 100
Oklahoma City, Oklahoma 73118

| Project | Account |
|---------|---------|
| Berry | Re: Berry v PCT et al |

| Date | Description | Hrs | Rate | Amount |
|------|-------------|-----|------|--------|
| 02/01/06 | Research issues re files on production | 2 | 300.00 | 600.00 |
| 02/02/06 | Research 'before' image issues | 2 | 300.00 | 600.00 |
| 02/03/06 | Telecons with Attys | 1 | 300.00 | 300.00 |
| 02/04/06 | Telecons with Attys | 1 | 300.00 | 300.00 |
| 02/06/06 | Review Guidance production issues | 3 | 300.00 | 900.00 |
| 02/07/06 | Review database productions; research discovery issues | 6 | 300.00 | 1,800.00 |
| 02/08/06 | Review database productions; research discovery issues | 6 | 300.00 | 1,800.00 |
| 02/09/06 | Research various issues re productions | 3 | 300.00 | 900.00 |
| 02/10/06 | Research various issues re productions | 3 | 300.00 | 900.00 |
| 02/12/06 | Research various issues re productions | 2 | 300.00 | 600.00 |
| 02/13/06 | Search productions; automate search | 4 | 300.00 | 1,200.00 |
| 02/14/06 | Search productions; automate search | 4 | 300.00 | 1,200.00 |
| 02/14/06 | Research issues re supplemental report re Berry motion | 2 | 300.00 | 600.00 |
| 02/15/06 | Research and write supplemental report | 8 | 300.00 | 2,400.00 |
| 02/16/06 | Research and write supplemental report | 14 | 300.00 | 4,200.00 |
| 02/17/06 | Complete Suppl report; support brief | 8 | 300.00 | 2,400.00 |
| 02/17/06 | Research and preapre decl regarding Ueno spreadsheet | 2 | 300.00 | 600.00 |
| 02/19/06 | Research 'before' image productions issues | 4 | 300.00 | 1,200.00 |
| 02/20/06 | Review 'before' production | 2 | 300.00 | 600.00 |
| 02/21/06 | Review 'before' production | 2 | 300.00 | 600.00 |
| 02/22/06 | Review Motion to exclude Walker | 2 | 300.00 | 600.00 |
| 02/23/06 | SFO -> HI | 8 | 150.00 | 1,200.00 |
| 02/23/06 | Trial Prep & support | 8 | 300.00 | 2,400.00 |
| 02/24/06 | Trial Prep & support | 14 | 300.00 | 4,200.00 |
| 02/25/06 | Trial Prep & support | 12 | 300.00 | 3,600.00 |
| 02/26/06 | Trial Prep & support | 11 | 300.00 | 3,300.00 |
| 02/27/06 | Trial support | 16 | 300.00 | 4,800.00 |
| 02/28/06 | Trial support | 10 | 300.00 | 3,000.00 |
| 03/01/06 | Trial support | 10 | 300.00 | 3,000.00 |
| 03/02/06 | Trial support | 10 | 300.00 | 3,000.00 |
| 03/03/06 | Trial support | 4 | 300.00 | 1,200.00 |
| 03/03/06 | Travel HI -> SFO | 8 | 150.00 | 1,200.00 |

**Services provided by Martin G. Walker, PhD**

| Total | |
|-------|--|
| | **$55,200.00** |