# EXHIBIT W

**Berry v. Hawaiian Express**
**Deposition Transcripts**

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|------|-------------------|--------|
| 7/23/2004 | Spherion - Deposition of Michael Anderson Vol. 1 | $567.85 |
| 7/23/2004 | Spherion - Deposition of Scott Stevens | $513.40 |
| 7/24/2004 | Spherion - Deposition of Wayne Berry (Transcript, Livenote Charges, Exhibits) | $2,337.95 |
| 7/25/2004 | Spherion - Deposition of Wayne Berry (Videotape Services) | $1,075.00 |
| 12/15/2005 | Jan Floate, RPR, CSR - Depositions of B. Christensen, J. Rio and A. Waiolama | $713.45 |
| 5/31/2005 | LiveNote, Inc.- Deposition of Philip Johnson | $1,477.34 |
| 5/31/2005 | LiveNote, Inc.- Deposition of Wayne Berry Vol. 1 | $2,734.82 |
| 5/31/2005 | LiveNote, Inc.- Deposition of Brian Marting | $2,343.37 |
| 5/31/2005 | LiveNote, Inc.- Deposition of Wayne Berry Vol. 2 | $2,482.33 |
| 8/15/2005 | LiveNote, Inc.- Deposition Video of Thomas Ueno | $349.75 |
| 8/15/2005 | LiveNote, Inc.- Deposition of Thomas Ueno | $2,440.35 |
| 11/30/2005 | LiveNote, Inc.- Deposition of Jeffrey Thomas | $1,677.97 |
| 1/31/2006 | LiveNote, Inc.- Deposition of Thomas Ueno | $678.80 |
| | **Total** | **$19,392.38** |

# INVOICE

# spherion.

ATTN.: CAPOZZOLA, DAMIAN+
KIRKLAND & ELLIS+
777 SOUTH FIGUEROA STREET
SUITE 3400
LOS ANGELES, CA 90017

| Invoice # | Invoice Date |
|-----------|--------------|
| 5371045629 | 7/23/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186
Please make check payable to: Spherion Corporation

**Firm ID:** KIRK08    **Client Ref:**

| Job Number | Case Number | Case Name |
|------------|-------------|-----------|
| 21703 | 03-10945MFW | IN RE: FLEMING +COMPANIES. ET AL |

**ANDERSON, MICHAEL (VOL. I)**        **Job Date(s):**    7/9/2004

| | |
|---|---|
| ORIGINAL & ONE COPY OF THE TRANSCRIPT: (FOURTH BUSINESS DAY) | $348.50 |
| EXHIBITS | $10.45 |
| APPEARANCE FEE | $94.50 |
| Rough ASCII | $54.40 |
| AUXILIARY SERVICES<br>*ARCHIVING, ASCII, CONDENSED, SCANNING SERVICES* | $25.00 |
| SHIPPING & HANDLING | $35.00 |

|  |  |
|---|---|
| **Total Sales Tax:** | **$0.00** |
| **Total Amount Due:** | **$567.85** |

# Due Upon Receipt

Please pay this amount    $567.85

**Service provided by: Spherion - Los Angeles CA**
(213) 385-4000
Spherion Corporation Federal Tax ID: 36-3536544

v. 4.10.00

# KIRKLAND & ELLIS LLP
### Check Request

Vendor ID: *2 / 3 6 6 5*

Pay to:  Spherion
P.O. Box 100186
Atlanta, GA  30384-0186

Bank #: _____

Date: **08/02/2004**
Invoice amount: **$567.85**
Invoice Date **07/23/2004**
Invoice #: **5371045629**
Check Amount  | **$567.85** |

Check stub description:    **Original & One copy of transcript for Michael Anderson (Vol. 1)**

Mail to Payee

---

**CLIENT CHARGE:**

Client #: *40575*

Matter #: *3*

Service code : _____

Client Name: _____

Matter Name: _____

Narrative: _____

---

**OFFICE CHARGE:**

Co _____   Fac _____   G/L Act _____   Sub Act _____   Tax cd _____   Emp # _____   NT –TP-TA ( ___ )

Narrative: _____

---

Signature: _____

Damian D. Capozzola

Attorney #:  **01292**

# INVOICE



ATTN.: CAPOZZOLA, DAMIAN+
KIRKLAND & ELLIS+
777 SOUTH FIGUEROA STREET
SUITE 3400
LOS ANGELES, CA 90017

| Invoice # | Invoice Date |
|-----------|--------------|
| 5371045631 | 7/23/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186

Please make check payable to: Spherion Corporation

**Firm ID:** KIRK08      **Client Ref:**

| Job Number | Case Number | Case Name |
|------------|-------------|-----------|
| 21704 | 03-10945MFW | IN RE: FLEMING +COMPANIES. ET AL |

**STEVENS, SCOTT**                     **Job Date(s):**  7/9/2004

| | |
|---|---|
| ORIGINAL & ONE COPY OF THE TRANSCRIPT: (FOURTH BUSINESS DAY) | $391.00 |
| Rough ASCII | $62.40 |
| AUXILIARY SERVICES | $25.00 |
| *ARCHIVING, ASCII, CONDENSED, SCANNING SERVCIES* | |
| SHIPPING & HANDLING | $35.00 |

|  |  |
|---|---|
| **Total Sales Tax:** | **$0.00** |
| **Total Amount Due:** | **$513.40** |

**Due Upon Receipt**

Please pay this amount            $513.40

**Service provided by: Spherion - Los Angeles CA**
(213) 385-4000
Spherion Corporation Federal Tax ID: 36-3536544

v. 4.10.00

## KIRKLAND & ELLIS LLP
Check Request

2044960

Vendor ID: 213665

Bank #: _____

Pay to:    Spherion
           P.O. Box 100186
           Atlanta, GA  30384-0186

| | |
|---|---|
| Date: | 08/02/2004 |
| Invoice amount: | $513.40 |
| Invoice Date | 07/23/2004 |
| Invoice #: | 5371045631 |
| Check Amount | $513.40 |

Check stub description:    **Original & One copy of transcript for Scott Stevens**

Mail to Payee

---

**CLIENT CHARGE:**

Client #:  40575

Matter #:  3

Service code : _____

Client Name:

Matter Name:

Narrative:

---

**OFFICE CHARGE:**

Co _____   Fac _____   G/L Act _____   Sub Act _____   Tax cd _____   Emp # _____   NT –TP-TA ( )

Narrative: _____

---

Signature: _____
            **Damian D. Capozzola**

Attorney #:  **01292**

1

# INVOICE

# spherion.sm

ATTN.: CAPOZZOLA, DAMIAN+
KIRKLAND & ELLIS+
777 SOUTH FIGUEROA STREET
SUITE 3400
LOS ANGELES, CA 90017

| Invoice # | Invoice Date |
|-----------|--------------|
| 5371045671 | 7/24/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186
Please make check payable to: Spherion Corporation

**Firm ID:** KIRK08     **Client Ref:**

| Job Number | Case Number | Case Name |
|------------|-------------|-----------|
| 21794 | 03-10945MFW | IN RE: FLEMING +COMPANIES. ET AL |

**BERRY, WAYNE**          **Job Date(s):**  7/1/2004

| | |
|---|---|
| ORIGINAL & ONE COPY OF THE TRANSCRIPT:  (DAILY) | $1,986.40 |
| LIVENOTE CHARGES - PAGE | $238.75 |
| EXHIBITS | $52.80 |
| AUXILIARY SERVICES<br>*ARCHIVING, ASCII, CONDENSED, SCANNING SERVICES* | $25.00 |
| TRANSCRIPT HANDLING | $35.00 |

|  |  |
|---|---|
| **Total Sales Tax:** | **$0.00** |
| **Total Amount Due:** | **$2,337.95** |

**Due Upon Receipt**

| Please pay this amount | $2,337.95 |
|---|---|

**Service provided by: Spherion - Los Angeles CA**
(213) 385-4000
Spherion Corporation Federal Tax ID: 36-3536544

v. 4.10.00

# KIRKLAND & ELLIS LLP
## Check Request

*204961*

| | | |
|---|---|---|
| Vendor ID: | 213665 | Bank #: _____ |

**Pay to:**
Spherion
P.O. Box 100186
Atlanta, GA 30384-0186

| | |
|---|---|
| Date: | **08/02/2004** |
| Invoice amount: | $2,337.95 |
| Invoice Date | 07/24/2004 |
| Invoice #: | **5371045671** |
| Check Amount | $2,337.95 |

Check stub description:  **Original & One copy of transcript; live note charges & exhibits for Wayne Berry**
Mail to Payee

---

**CLIENT CHARGE:**

Client #:  *40575*                 Client Name:

Matter #:  *3*                 Matter Name:

Service code : _____                 Narrative:

JUL ▯ 22

---

**OFFICE CHARGE:**

| Co | Fac | G/L Act | Sub Act | Tax cd | Emp # | NT –TP-TA ( | ) |
|---|---|---|---|---|---|---|---|

Narrative: _____

---

Signature: _____                 Attorney #:  **01292**
**Damian D. Capozzola**

1

# INVOICE

# spherion.™

| ATTN.: CAPOZZOLA, DAMIAN+ |
| KIRKLAND & ELLIS+ |
| 777 SOUTH FIGUEROA STREET |
| SUITE 3400 |
| LOS ANGELES, CA 90017 |

| Invoice # | Invoice Date |
|-----------|--------------|
| 5371045742 | 7/25/2004 |

**REMIT TO:**

P.O. Box 100186

Atlanta, GA 30384-0186

Please make check payable to: Spherion Corporation

**Firm ID:** KIRK08    **Client Ref:**

| Job Number | Case Number | Case Name |
|------------|-------------|-----------|
| 21794 | 03-10945MFW | IN RE: FLEMING +COMPANIES. ET AL |

**BERRY, WAYNE**    **Job Date(s):**  7/1/2004

VIDEOTAPE SERVICES                                                                $1,075.00
*VIDEO SERVICES $985.0☐VHS TAPES $90.00*

| | |
|---|---|
| Total Sales Tax: | $0.00 |
| Total Amount Due: | $1,075.00 |

## Due Upon Receipt

| Please pay this amount | $1,075.00 |

## Service provided by: Spherion - Los Angeles CA

(213) 385-4000

v. 4.10.00                    Spherion Corporation Federal Tax ID: 36-3536544

# KIRKLAND & ELLIS LLP
## Check Request

| | | |
|---|---|---|
| Vendor ID: | **2 1 3 6 6 5** | Bank #: _____ |
| Pay to: | Spherion | |
| | P.O. Box 100186 | |
| | Atlanta, GA  30384-0186 | |

| | |
|---|---|
| Date: | **08/02/2004** |
| Invoice amount: | **$1,075.00** |
| Invoice Date | **07/25/2004** |
| Invoice #: | **5371045742** |
| Check Amount | **$1,075.00** |

Check stub description:    **Videotape services for Wayne Berry**

Mail to Payee

---

**CLIENT CHARGE:**

Client #:    *405775*               Client Name:

Matter #:    *3*               Matter Name:

Service code : _____               Narrative:

---

**OFFICE CHARGE:**

Co _____   Fac _____   G/L Act _____   Sub Acl _____   Tax cd _____   Emp # _____   NT –TP-TA ( _____ )

Narrative: _____

---

Signature: _____     Attorney #:  **01292**
**Damian D. Capozzola**

# KIRKLAND & ELLIS LLP
## Check Request

Vendor ID: 216116

Pay to:   JAN FLOATE, RPR, CSR
          P.O. Box 1821
          Kailua, Hawaii 96734

Bank #: _____

| | |
|---|---|
| Date: | 02/10/2005 |
| Invoice amount: | $713.45 |
| Invoice Date | 12/15/2004 |
| Invoice #: | 1588 |
| Check Amount | $713.45 |

**Check stub description:** Deposition transcripts of Brian Christensen, Jacqueline Rio and Alfredda Waiolama, taken on December 6, 2004, at Honolulu, Hawaii.

Mail to Payee

---

**CLIENT CHARGE:**

| | | | |
|---|---|---|---|
| Client #: | 41445 | Client Name: | **Post Confirmation Trust (Fleming)** |
| Matter #: | 00006 | Matter Name: | **Berry, Wayne Litigation** |
| Service code : | _____ | Narrative: | |

---

**OFFICE CHARGE:**

Co _____   Fac _____   G/L Act _____   Sub Act _____   Tax cd _____   Emp # _____   NT –TP-TA ( _____ )

Narrative: <u>Deposition transcripts of Brian Christensen, Jacqueline Rio and Alfredda Waiolama, taken on December 6, 2004, at Honolulu, Hawaii</u>.

Signature: _____
Allison L. Mayo Andrews

Attorney #: 23267

# JAN FLOATE, RPR, CSR

P.O. BOX 1821
KAILUA, HAWAII 96734
Phone: (808) 263-1149   Fax: (808) 262-1096

# Invoice

Number:   **1588**

Date:   **December 15, 2004**

RE:   *41445-6*

**Bill To:**

R. OLIVIA SAMAD, ESQ.
Kirkland & Ellis
777 South Figueroa
Los Angeles, CA 90017

BERRY vs. HAWAIIAN EXPRESS
Civl No. 03-00385 SOM LEK

| Description | Copy | Amount |
|---|---|---|
| One Copy DEPOSITIONS OF: | | |
| BRIAN CHRISTENSEN, 129 pages | a | |
| JACQUELINE RIO, 62 pages | a | |
| ALFREDDA WAIOLAMA, 54 pages | a | |
| Taken on December 6, 2004, at 1132 Bishop Street, Suite 306, Honolulu. | a | 684.95 |
| | **Sub-Total** | **$684.95** |
| | ExciseTax 4.16% on 684.95 | 28.50 |
| | **Total** | **$713.45** |

# KIRKLAND & ELLIS LLP
## Check Request

Vendor ID:    **214455**

Pay to:       Livenote

Bank #: _____

| | |
|---|---|
| Date: | **06/10/2005** |
| Invoice amount: | $1,477.34 |
| Invoice Date | 05/31/2005 |
| Invoice #: | 20676 |
| Check Amount | **$1,477.34** |

Check stub description:    Philip Johnson Deposition

Choose delivery method:    May to Payee

---

## CLIENT CHARGE:

Client #:        41445            Client Name:

Matter #:        00006            Matter Name:

Service code :                   Narrative:

---

## OFFICE CHARGE:

Co _____  Fac _____  G/L Act _____    Sub Act _____    Tax cd _____    Emp # _____    NT –TP-TA ( _____ )

Project Code _____

Narrative:

---

Signature: _____

Damian D. Capozzola

Attorney #:  01292

Signature: _____

Attorney #:        (optional, except SF)

Signature: _____

Attorney #:        (optional)



120 Montgomery Street, Suite 1300
San Francisco, CA 94105
www.livenote.com

Ph: 415-321-2300
Fax: 415-321-2301
1-800-LIVENOTE (548-3668)

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/31/2005 | 20676 |

**BILL TO**

Kirkland & Ellis, LLP - LA
777 South Figueroa Street
Los Angeles, CA 90017
Attn.: Damian Capozzola

Case: Wayne Berry v. Hawaiian Express
Deponent:
PHILIP JOHNSON  05/19/2005

| JOB NO. | | TERMS |
|---------|--|-------|
| WSKE216 | | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Services | | | | |
| Appearance Fee | 0.5 | day | 100.00 | 50.00 |
| Original & One per page charge - Expedited 1 Day | 81 | pages | 8.50 | 688.50 |
| Realtime Reporting charge | 81 | pages | 2.00 | 162.00 |
| Videography charge | 2.5 | hours | 150.00 | 375.00 |
| Exhibit Scanning charge | 189 | pages | 0.35 | 66.15 |
| World Service Package - Complimentary Inclusive of: Video Conversion to MPEG1 charges Video Synchronization charges LEF charges: Transcript synchronization with exhibits and video Condensed Transcript and Word Index charges Transcript production and handling Signature page charge Electronic Transcript Delivery charge | 1 | | 0.00 | 0.00 |
| Shipping & Handling charges | 1 | | 25.00 | 25.00 |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| | |
|--|--|
| Sales Tax (8.25%) | $110.69 |
| **Total** | **$1,477.34** |

# KIRKLAND & ELLIS LLP
## Check Request

*2177697*

| | | |
|---|---|---|
| Vendor ID: | *214459* | |
| Pay to: | Livenote | |

Bank #: _____

| | |
|---|---|
| Date: | 06/10/2005 |
| Invoice amount: | $2,734.82 |
| Invoice Date | 05/31/2005 |
| Invoice #: | 20671 |
| Check Amount | $2,734.82 |

Check stub description:   Wayne Berry Deposition, Vol. 1
Choose delivery method:   May to Payee

---

## CLIENT CHARGE:

| | | | |
|---|---|---|---|
| Client #: | 41445 | Client Name: | |
| Matter #: | 00006 | Matter Name: | |
| Service code : | | Narrative: | |

---

## OFFICE CHARGE:

Co _____ Fac _____ G/L Act _____ Sub Act _____ Tax cd _____ Emp # _____ NT –TP-TA ( _____ )

Project Code _____

Narrative:

---

| | | |
|---|---|---|
| Signature: | | Attorney #:  01292 |
| Damian D. Capozzola | | |

| | | |
|---|---|---|
| Signature: | | Attorney #: | (optional, except SF) |

| | | |
|---|---|---|
| Signature: | | Attorney #: | (optional) |



22 Main Street Suite 1250
San Francisco, CA 94105
www.livenote.com

Ph: 415-321-2300
Fax: 415-321-2301
1-800-LIVENOTE (548-3668)

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/31/2005 | 20671 |

**BILL TO**

| |
|---|
| Kirkland & Ellis, LLP - LA<br>777 South Figueroa Street<br>Los Angeles, CA 90017<br>Attn.: Damian Capozzola |

| |
|---|
| Case: Wayne Berry v. Hawaiian Express<br>Deponent:<br>WAYNE BERRY VOL 1  05/18/2005 |

| JOB NO. | | TERMS |
|---------|---|-------|
| WSKE215 | | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Services | | | | |
| Appearance Fee | 1 | day | 100.00 | 100.00 |
| Original & One per page charge - 4 Day Expedited | 170 | pages | 5.39 | 916.30 |
| Realtime Reporting charge | 170 | pages | 2.00 | 340.00 |
| Videography charge | 7.25 | hours | 150.00 | 1,087.50 |
| Exhibit Scanning charge | 170 | pages | 0.35 | 59.50 |
| World Service Package - Complimentary<br>Inclusive of:<br>   Video Conversion to MPEG1 charges<br>   Video Synchronization charges<br>   LEF charges: Transcript synchronization with exhibits<br>   and video<br>   Condensed Transcript and Word Index charges<br>   Transcript production and handling<br>   Signature page charge<br>   Electronic Transcript Delivery charge | 1 | | 0.00 | 0.00 |
| Shipping & Handling charges | 1 | | 25.00 | 25.00 |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.25%) | $206.52 |
| **Total** | **$2,734.82** |

# KIRKLAND & ELLIS LLP
## Check Request

Vendor ID: *2 1 4 5 9*

Pay to: Livenote

Bank #: _____

| | |
|---|---|
| Date: | 06/10/2005 |
| Invoice amount: | $2,343.37 |
| Invoice Date | 05/31/2005 |
| Invoice #: | 20667 |
| Check Amount | $2,343.37 |

Check stub description: Brian Marting Deposition

Choose delivery method: May to Payee

## CLIENT CHARGE:

Client #: 41445          Client Name:

Matter #: 00006          Matter Name:

Service code :                    Narrative:

## OFFICE CHARGE:

Co _____ Fac _____ G/L Act _____ Sub Act _____ Tax cd _____ Emp # _____ NT –TP-TA ( _____ )

Project Code _____

Narrative:

Signature: _____          Attorney #: 01292

Damian D. Capozzola

Signature: _____          Attorney #:          (optional, except SF)

Signature: _____          Attorney #:          (optional)



129 Main Street, Suite 1250
San Francisco, CA 94105
www.livenote.com

Ph: 415-321-2300
Fax: 415-321-2301
1-800-LIVENOTE (548-3668)

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/31/2005 | 20667 |

**BILL TO**

Kirkland & Ellis, LLP - LA
777 South Figueroa Street
Los Angeles, CA 90017
Attn.: Damian Capozzola

Case: Wayne Berry v. Hawaiian Express
Deponent:
BRIAN MARTING  05/17/2005

| JOB NO. | TERMS |
|---------|-------|
| WSKE214 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Services | | | | |
| Appearance Fee | 1 | day | 100.00 | 100.00 |
| Original & One per page charge - 4 Day Expedited | 162 | pages | 5.39 | 873.18 |
| Realtime Reporting charge | 162 | pages | 2.00 | 324.00 |
| Videography charge | 5 | hours | 150.00 | 750.00 |
| Exhibit Scanning charge | 270 | pages | 0.35 | 94.50 |
| World Service Package - Complimentary | 1 | | 0.00 | 0.00 |
| Inclusive of: | | | | |
|     Video Conversion to MPEG1 charges | | | | |
|     Video Synchronization charges | | | | |
|     LEF charges: Transcript synchronization with exhibits and video | | | | |
|     Condensed Transcript and Word Index charges | | | | |
|     Transcript production and handling | | | | |
|     Signature page charge | | | | |
|     Electronic Transcript Delivery charge | | | | |
| Shipping & Handling charges | 1 | | 25.00 | 25.00 |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| Sales Tax (8.25%) | $176.69 |
|-------------------|---------|
| **Total** | **$2,343.37** |

## KIRKLAND & ELLIS LLP
### Check Request

Vendor ID: *21445*

Pay to: Livenote

Bank #: _____

Date: **06/10/2005**

Invoice amount: $2,482.33

Invoice Date: 05/31/2005

Invoice #: 20659

Check Amount: **$2,482.33**

Check stub description:  Wayne Berry Deposition, Vol. 2
Choose delivery method:  May to Payee

---

**CLIENT CHARGE:**

Client #: 41445        Client Name:
Matter #: 00006        Matter Name:
Service code :         Narrative:

---

**OFFICE CHARGE:**

Co _____   Fac _____   G/L Act _____   Sub Acl _____   Tax cd _____   Emp # _____   NT –TP-TA ( ____ )

Project Code _____

Narrative:

---

Signature: _____        Attorney #:  01292
Damian D. Capozzola

Signature: _____        Attorney #:   (optional, except SF)

Signature: _____        Attorney #:   (optional)



221 Main Street, Suite 1250
San Francisco, CA 94105
www.livenote.com

Ph: 415-321-2300
Fax: 415-321-2301
1-800-LIVENOTE (548-3668)

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/31/2005 | 20659 |

**BILL TO**

| |
|---|
| Kirkland & Ellis, LLP - LA<br>777 South Figueroa Street<br>Los Angeles, CA 90017<br>Attn.: Damian Capozzola |

| |
|---|
| Case: Wayne Berry v. Hawaiian Express<br>Deponent:<br>WAYNE BERRY VOL 2  05/19/2005 |

| JOB NO. | TERMS |
|---------|-------|
| WSKE215A | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Services | | | | |
| Appearance Fee | 1 | day | 100.00 | 100.00 |
| Original & One per page charge - Expedited 4 day | 145 | pages | 5.39 | 781.55 |
| Realtime Reporting charge | 145 | pages | 2.00 | 290.00 |
| Videography charge | 7.25 | hours | 150.00 | 1,087.50 |
| Exhibit Scanning charge | 26 | pages | 0.35 | 9.10 |
| World Service Package - Complimentary<br>Inclusive of:<br>    Video Conversion to MPEG1 charges<br>    Video Synchronization charges<br>    LEF charges: Transcript synchronization with exhibits<br>    and video<br>    Condensed Transcript and Word Index charges<br>    Transcript production and handling<br>    Signature page charge<br>    Electronic Transcript Delivery charge | 1 | | 0.00 | 0.00 |
| Shipping & Handling charges | 1 | | 25.00 | 25.00 |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| Sales Tax (8.25%) | $189.18 |
|-------------------|---------|
| **Total** | **$2,482.33** |

# KIRKLAND & ELLIS LLP
### Check Request

Vendor ID: 214459

Pay to: Livenote. Inc.

Bank #: _____

Date: 08/19/2005

Invoice amount: $349.75

Invoice Date: 08/15/2005

Invoice #: 22248

Check Amount: $349.75

Check stub description:    Depo of Thomas Ueno on 7/22/05

Mail to Payee

---

## CLIENT CHARGE:

Client #:    41445          Client Name:

Matter #:    00006          Matter Name:

Service code :               Narrative:

---

## OFFICE CHARGE:

Co _____   Fac _____   G/L Act _____   Sub Acl _____   Tax cd _____   Emp # _____   NT –TP-TA ( _____ )

Project Code _____

Narrative:

---

Signature: _Damian D. Capozzola_          Attorney #:  01292

Signature: _____          Attorney #:          (optional, except SF)

Signature: _____          Attorney #:          (optional)



228 Main Street, Suite 1250
San Francisco, CA 94105
www.livenote.com

Ph: 415-321-2300
Fax: 415-321-2301
1-800-LIVENOTE (548-3668)

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/15/2005 | 22248 |

**BILL TO**

Kirkland & Ellis, LLP – LA
777 South Figueroa Street
Los Angeles, CA 90017
Attn.: Damian Capazzola

Case: Wayne Berry v. Hawaiian Express
Deponent:
THOMAS UENO  07/22/2005

| JOB NO. | TERMS |
|---------|-------|
| WS00334 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Services | | | | |
| Video Copy | 1 | | 300.00 | 300.00 |
| Shipping & Handling charges | 1 | | 25.00 | 25.00 |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.25%) | $24.75 |
| **Total** | **$349.75** |

# KIRKLAND & ELLIS LLP
## Check Request

*2209227*

Vendor ID:   214454                    Bank #: _____

Pay to:    Livenote
           221 Main Street, Suite 1250
           San Francisco, CA 94105

|                    |            |
| ------------------ | ---------- |
| Date:              | 08/25/2005 |
| Invoice amount:    | $2,440.35  |
| Invoice Date       | 08/15/2005 |
| Invoice #:         | 22245      |
| Check Amount       | $2,440.35  |

Check stub description:    Deposition of Thomas Ueno in Hawaii

Mail to Payee

---

## CLIENT CHARGE:

Client #:    41445              Client Name:
Matter #:    00006              Matter Name:
Service code :                  Narrative:

---

## OFFICE CHARGE:

Co _____   Fac _____   G/L Act _____   Sub Acl _____   Tax cd _____   Emp # _____   NT –TP-TA ( _____ )

Project Code _____

Narrative:

---

Signature:   *See attached email*                    Attorney #:   01292
            Damian D. Capozzola

Signature: _____            Attorney #:   (optional, except SF)

Signature: _____            Attorney #:   (optional)



221 Main Street, Suite 1250
San Francisco, CA 94105
www.livenote.com

Ph: 415-321-2300
Fax: 415-321-2301
1-800-LIVENOTE (548-3668)

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/15/2005 | 22245 |

RECEIVED AUG 2 3 2005

**BILL TO**

Kobayashi, Sugita & Goda
999 Bishop Street, Suite 2600
Honolulu, HI 96813
Attn.: Lex Smith

Case: Wayne Berry v. Hawaiian Express
Deponent:
THOMAS UENO  07/22/2005

| JOB NO. | | TERMS |
|---------|---|-------|
| WS00334 | | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Services | | | | |
| Appearance Fee | 1 | | 180.00 | 180.00 |
| Original & One per page charge - Expedited 100% | 129 | pages | 8.50 | 1,096.50 |
| Rough ASCII | 129 | pages | 1.50 | 193.50 |
| Videography charge | 6 | hours | 150.00 | 900.00 |
| Exhibit Scanning charge | 1 | | 0.35 | 0.35 |
| World Service Package - Complimentary | 1 | | 0.00 | 0.00 |
| Inclusive of: | | | | |
|   Video Conversion to MPEG1 charges | | | | |
|   Video Synchronization charges | | | | |
|   LEF charges: Transcript synchronization with exhibits and video | | | | |
|   Condensed Transcript and Word Index charges | | | | |
|   Transcript production and handling | | | | |
|   Signature page charge | | | | |
|   Electronic Transcript Delivery charge | 1 | | 70.00 | 70.00 |
| Shipping & Handling charges | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| Sales Tax (0.0%) | $0.00 |
|------------------|-------|
| **Total** | **$2,440.35** |

AUG 2 2 2005

## KIRKLAND & ELLIS LLP
### Check Request

*2305768*

Vendor ID: 214459

Pay to: LiveNote, Inc.

Bank #: _____

| | |
|---|---|
| Date: | 02/03/2006 |
| Invoice amount: | $1,677.97 |
| Invoice Date | 11/30/2005 |
| Invoice #: | 27906 |
| Check Amount | $1,677.97 |

Check stub description:    Deposition Transcript of Jeffrey Thomas

Mail to Payee

---

### CLIENT CHARGE:

| | | | |
|---|---|---|---|
| Client #: | 41445 | Client Name: | |
| Matter #: | 00008 | Matter Name: | |
| Service code : | | Narrative: | |

---

### OFFICE CHARGE:

Co ____  Fac ____  G/L Act _____  Sub Act ____  Tax cd ____  Emp # _____  NT –TP-TA ( ____ )

Project Code _____

Narrative:

---

Signature: _____    Attorney #:  25418
Damian D. Capozzola

Signature: _____    Attorney #:    (optional, except SF)

Signature: _____    Attorney #:    (optional)



LiveNote, Inc.
221 Main Street, Suite 1250
San Francisco, CA 94105

Toll-Free:  1-800-548-3668
Phone:     415-321-2300
Fax:        415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/30/2005 | 27906 |

**BILL TO**

Kirkland & Ellis, LLP - LA
777 South Figueroa Street - Suite 3400
Los Angeles, CA 90017
Attn.: Eric Liebeler

Case: In Re: Fleming v. Target
Deponent:
JEFFREY THOMAS 11/11/2005

| JOB NO. | TERMS |
|---------|-------|
| WS00555 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Services | | | | |
| Appearance Fee | 2.5 | hours | 55.00 | 137.50 |
| Original & One per page charge | 95 | pages | 4.95 | 470.25 |
| Cleaned up Rough ASCII | 95 | pages | 1.50 | 142.50 |
| Hotel Charges | 1 | | 490.89 | 490.89 |
| Original Video | 2.5 | hours | 150.00 | 375.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 81 | pages | 0.40 | 32.40 |
| World Service Package - Complimentary Inclusive of: Video Conversion to MPEG1 charges Video Synchronization charges LEF charges: Transcript synchronization with exhibits and video Condensed Transcript and Word Index charges Transcript production and handling Signature page charge Electronic Transcript Delivery charge | 1 | | 0.00 | 0.00 |
| Shipping & Handling charges | 1 | | 15.00 | 15.00 |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call
1-800-548-3668.

| Sales Tax (8.25%) | $14.43 |
|-------------------|--------|
| **Total** | **$1,677.97** |

# KIRKLAND & ELLIS LLP
### Check Request

Vendor ID: *21445 9*    Bank #: _____

Pay to:  LiveNote

| | |
|---|---|
| Date: | 02/16/2006 |
| Invoice amount: | $678.80 |
| Invoice Date | 01/31/2006 |
| Invoice #: | 29214 |
| Check Amount | $678.80 |

Check stub description:   Depo Transcript of T. Ueno 1/23/06

Mail to Payee

---

## CLIENT CHARGE:

| | | | |
|---|---|---|---|
| Client #: | 41445 | Client Name: | |
| Matter #: | 00006 | Matter Name: | |
| Service code : | | Narrative: | |

---

## OFFICE CHARGE:

Co _____  Fac _____  G/L Act _____  Sub Acl _____  Tax cd _____  Emp # _____  NT –TP-TA ( _____ )

Project Code _____

Narrative:

---

Signature: _____    Attorney #:  01292

Damian D. Capozzola

Signature: _____    Attorney #:    (optional, except SF)

Signature: _____    Attorney #:    (optional)



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/31/2006 | 29214 |

**BILL TO**

Kirkland & Ellis, LLP - LA
777 South Figueroa Street - Suite 3400
Los Angeles, CA 90017
Attn.: Damian Capozzola

Case:  Berry v. Hawaiian Express
Deponent:
THOMAS UENO  01/23/2006

| JOB NO. | TERMS |
|---------|-------|
| WS00661 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Attendance Fee | 1 | | 100.00 | 100.00 |
| Original & One per page charge | 55 | pages | 8.50 | 467.50 |
| Cleaned up Rough ASCII | 55 | pages | 1.50 | 82.50 |
| GE Tax | 1 | | 28.80 | 28.80 |
| LiveNote World Services Total Package | | | | |
| Includes: | | | | |
| - LEF file creation | | | | |
| - Condensed transcript | | | | |
| - Word index | | | | |
| - Signature page | | | | |
| - Transcript production and handling | | | | |
| - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| Sales Tax (8.25%) | $0.00 |
|-------------------|-------|
| **Total** | **$678.80** |