# EXHIBIT X

**Berry v. Hawaiian Express**
**Hearing Transcripts**

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|---|---|---|
| 7/25/2005 | Steve Platt, CRR, RMR - Transcript of Proceedings 6/20/2005 | $61.38 |
| 11/21/2005 | Cynthia Fazio - Transcript of Proceedings 10/11/2005 | $40.64 |
| 1/24/2006 | Steve Platt, CRR, RMR - Transcript of Proceedings 1/24/2006 | $1,396.49 |
| 1/30/2006 | Sharon Ross - Court Reporter - Transcript of Proceedings 1/30/2006 | $68.75 |
| 1/25/2006 | Steve Platt, CRR, RMR - Trial Transcripts of Proceedings | $7,000.00 |
| 2/27/2006 | Steve Platt, CRR, RMR - Trial Transcripts of Proceedings | $2,989.27 |
| | **Total** | **$11,556.53** |

# KIRKLAND & ELLIS LLP
## Check Request

*2196249*

| | | |
|---|---|---|
| Vendor ID: | 227667 | Bank #: _____ |

| | |
|---|---|
| Date: | **07/25/2005** |
| Invoice amount: | $61.38 |
| Invoice Date | 07/20/2005 |
| Invoice #: | 20050114 |
| Check Amount | **$61.38** |

Pay to:
Steve Platt, CRR, RMR
U.S. District Court Reporter
300 Ala Moana Boulevard, Suite C-287
Honolulu, HI 96813

Check stub description:     Berry Transcript of 6/20/05

Mail to Payee

---

## CLIENT CHARGE:

| | | | |
|---|---|---|---|
| Client #: | 41445 | Client Name: | |
| Matter #: | 00006 | Matter Name: | |
| Service code : | | Narrative: | |

---

## OFFICE CHARGE:

| Co | Fac | G/L Act | Sub Act | Tax cd | Emp # | NT –TP-TA ( | ) |
|---|---|---|---|---|---|---|---|
| | | Project Code | | | | | |

Narrative:

---

Signature: _Damian D. Capozzola_ (signature)                Attorney #:   01292                          JUL 28 10 17

Signature: _____                Attorney #:   (optional, except SF)

Signature: _____                Attorney #:   (optional)

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE HAWAII

INVOICE NO:  20050114

━━ MAKE CHECKS PAYABLE TO ━━

Damian D. Capozzola
Kirkland & Ellis, LLP
777 South Figueroa Street
Los Angeles, CA 90017

Phone:   (213) 680-8653
FAX:     (213) 680-8500

dcapozzola@kirkland.com

Steve Platt, CRR, RMR
U.S. District Court Reporter
300 Ala Moana Boulevard
Suite C-287
Honolulu, HI 96813

Phone:   (808) 536-2699
FAX:     (808) 536-2699
Tax ID:  26-2597858
PlattReporter@aol.com

| | CRIMINAL | X | CIVIL | DATE ORDERED: 07-20-2005 | DATE DELIVERED: 07-20-2005 |

**Case Style:** CV 03-00385SOM, Wayne Berry v Hawaii Express Service

Transcript of proceedings held 6-20-2005.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 71 | 0.83 | 58.93 | | | | 58.93 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 58.93 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | | TAX (If Applicable): | | | 2.45 |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | $61.38 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE

DATE    07-20-2005

(All previous editions of this form are
cancelled and should be destroyed)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

**KIRKLAND & ELLIS**
**CHECK REQUEST**

CLIENT
OR          *Fleming*
FIRM ACTIVITY DESCRIPTION

DATE __11/21/05__

4 | 1 | 4 | 4 | 5

MATTER
OR          *Berry*
PROJECT

0 | 0 | 0 | 6 |

CODE ☐

| G/L ACCOUNT | SUBSET OR EMPLOYEE ACCT # | DISB CODE | OFFICE LOC |
|---|---|---|---|

FOR *Hearing Transcript*

· 228881

PAY TO *Cynthia Tando Fazio*

VENDOR ☐☐☐☐ ☐

ADDRESS *USDC - P.O. Box 50131*
*Honolulu, HI 96850*

INVOICE DATE _____

☐ PAY BY _____

INVOICE NO. _____

☐ RETURN BY INTEROFFICE MAIL

INVOICE AMT. $ __40.64__

☐ MAIL TO PAYEE

DATE PAID _____

☐ OTHER

CHECK # _____

SIGNATURE _[signature]_

EMPLOYEE NO. 2 | 3 | 2 | 6 | 7

 **Neal San Diego/Los Angeles/Kirkland-Ellis**
11/21/2005 01:09 PM

To   Gracie Ruiz/Los Angeles/Kirkland-Ellis@K&E

cc

bcc

Subject   Tax ID number

Please see below Cynthia Tando Fazio's tax ID number.
Thanks.
Neal
----- Forwarded by Neal San Diego/Los Angeles/Kirkland-Ellis on 11/21/2005 01:08 PM -----

 **Cynthia_Fazio@hid.uscourts.gov**
11/21/2005 01:05 PM

To   Neal San Diego <NSanDiego@kirkland.com>

cc

Subject   Re: Request

Hi, Neal,

my EIN is 03-0574234.


Neal San Diego
<NSanDiego@kirkland.com>

11/21/2005 09:59 AM

To   cynthia_fazio@hid.uscourts.gov

cc

Subject

Request


Cynthia,
Hi, I called you a while ago regarding the Hearing
Transcript dated 10/11/2005.   I'm sending the check
request to our Accounting dept., and
they need your Tax I.D. number, before they can cut the
check for $40.64.

Please e-mail me your tax information to be able to
process the check.

Thanks.

Neal

```
<font size=2 face="monospace,courier">
*********************************************************
```
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee.  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful.  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
```
*********************************************************
</font>
```

## KIRKLAND & ELLIS LLP
### Check Request

Vendor ID: _227667_          Bank #: _____

Pay to:   Stephen B. Platt, CRR, RMR CBC
          U.S. District Court Reporter
          300 Ala Moana Boulevard
          Suite C-287
          Honolulu, HI 96813
          Tax ID # 26-2597858

2360720

|  |  |
|---|---|
| Date: | 01/30/2006 |
| Invoice amount: | $1,396.49 |
| Invoice Date | 01/25/2006 |
| Invoice #: | 20060009 |
| Check Amount | $1,396.49 |

Check stub description:    Berry v. Hawaii Express
Return by interoffice mail  to Dora Silva, 35th Floor

---

**CLIENT CHARGE:**

Client #:    41445          Client Name:
Matter #:    00006          Matter Name:
Service code :              Narrative:

FEB – 3 39

---

**OFFICE CHARGE:**

Co _____  Fac _____  G/L Act _____  Sub Act _____  Tax cd _____  Emp # _____  NT –TP-TA (_____)

          Project Code _____

Narrative:

---

Signature: _____          Attorney #:  01292
           Damian D. Capozzola

Signature: _____          Attorney #:    (optional, except SF)

Signature: _____          Attorney #:    (optional)

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE HAWAII

INVOICE NO:  20060009

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Damian D. Capozzola<br>Kirkland & Ellis, LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017 | Stephen B. Platt, CRR, RMR CBC<br>U.S. District Court Reporter<br>300 Ala Moana Boulevard<br>Suite C-287<br>Honolulu, HI 96813 |
| Phone:  (213) 680-8653<br>FAX:    (213) 680-8500<br><br>dcapozzola@kirkland.com | Phone:  (808) 536-2699<br>FAX     (808) 536-2699<br>Tax ID:  26-2597858<br>PlattReporter@aol.com |

| ☐ CRIMINAL    ☒ CIVIL | DATE ORDERED: 01-24-2006 | DATE DELIVERED: 01-24-2006 |
|---|---|---|

**Case Style:** CV 03-00385SOM, Wayne Berry v Hawaii Express Service, Inc.
Transcript of proceedings held 1/24/2006.  Price includes:
realtime feed (plus required final, at "original" rate); and
instant printed transcript (plus required final at "copy" rate.)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 168 | 3.30 | 554.40 | 168 | 0.83 | 139.44 | | 0.55 | | 693.84 |
| Expedited | | 4.40 | | | 0.83 | | | 0.55 | | |
| Daily | | 5.50 | | | 1.10 | | | 0.83 | | |
| Hourly | | 6.60 | | | 1.10 | | | 0.83 | | |
| Realtime | 168 | 2.75 | 462.00 | 168 | 1.10 | 184.80 | | 1.10 | | 646.80 |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 1,340.64 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | 55.85 |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:        Amt: | TOTAL DUE: | $1,396.49 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 01-25-2006 |
|---|---|

*(All previous editions of this form are*
*cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

# KIRKLAND & ELLIS LLP
## Check Request

2303949

| | | |
|---|---|---|
| Vendor ID: _____ | Bank #: _____ | Date: **02/07/2006** |
| Pay to: Court Reporters, Inc. | | Invoice amount: **$68.75** |
| Sharon Ross, Court Reporter | | Invoice Date **02/03/2006** |
| 300 Ala Moana Blvd. | | Invoice #: **06000007** |
| Room C-283 | | Check Amount **$68.75** |
| Honolulu, HI 96850 | | |

Check stub description:    Berry 1/30/06 Court Hearing Transcript

Mail to Payee

---

## CLIENT CHARGE:

Client #:        41445              Client Name:

Matter #:        00006              Matter Name:

Service code :                      Narrative:

---

## OFFICE CHARGE:

Co _____  Fac _____  G/L Act _____  Sub Act _____  Tax cd _____  Emp # _____  NT –TP-TA ( _____ )

Project Code _____

Narrative:

---

Signature: _____    Attorney #:  01292

Damian D. Capozzola

Signature: _____    Attorney #:    (optional, except SF)

Signature: _____    Attorney #:    (optional)

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

INVOICE NO:  06000007

**MAKE CHECKS PAYABLE TO:**

Damian Capozzola
Kirkland & Ellis
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

Phone:  (213) 680-8633

dcapozzola@kirkland.com

Court Reporters, Inc.
Sharon Ross, Court Reporter
300 Ala Moana Blvd.
Room C-283
Honolulu, HI 96850

Phone:  (808) 535-9200
FAX      (808) 535-9201
Tax ID:  76-0310242
Sharon_Ross@hid.uscourts.gov

| | | |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 01-30-2006 | DATE DELIVERED: 02-06-2006 |

**Case Style:** CV 03-00385 SOM-LEK, Wayne Berry v Hawaii Express Service, et al.
1-30-06 Status Conference

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 15 | 4.40 | 66.00 | | | | | | | 66.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 66.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): 2.75 |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| Date Paid:    Amt: | TOTAL DUE: $68.75 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 02-03-2006 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

# KIRKLAND & ELLIS LLP
## Check Request

*2310484*

| | | |
|---|---|---|
| Vendor ID: | *227667* | |
| Pay to: | Stephen B. Platt, CRR, RMR CBC | Date: **02/17/2006** |
| | U.S. District Court Reporter | Invoice amount: $7,000.00 |
| | 300 Ala Moana Boulevard | Invoice Date |
| | Suite C-287 | Invoice #: |
| | Honolulu, HI 96813 | Check Amount |
| | Tax ID # 26-2597858 | |

Bank #: _____

Check Amount    **$7,000.00**

Check stub description:    Berry v. Hawaii Express
Return by interoffice mail    to Dora Silva, 35th Floor

---

## CLIENT CHARGE:

| | | | |
|---|---|---|---|
| Client #: | 41445 | Client Name: | |
| Matter #: | 00006 | Matter Name: | |
| Service code : | | Narrative: | |

---

## OFFICE CHARGE:

Co _____    Fac _____    G/L Act _____    Sub Act _____    Tax cd _____    Emp # _____    NT –TP-TA (_____)

Project Code _____

Narrative:

---

Signature: *See attached email* [signature]    Attorney #: 01292
Damian D. Capozzola

Signature: _____    Attorney #: _____    (optional, except SF)

Signature: _____    Attorney #: _____    (optional)

FEB 21 10:31

| Damian Capozzola/Los Angeles/Kirkland-Ellis 01/25/2006 06:39 PM | | To | "steve" <plattreporter@aol.com> |
| --- | --- | --- | --- |
| | | cc | Dora Silva/Los Angeles/Kirkland-Ellis@K&E |
| | | bcc | |
| | | Subject | Re: Invoice attached - Berry v Hawaii Express Service |

Steve, thanks again.  Dora Silva is my assistant.  Dora, please prepare check requests consistent with the below.  I can sign them when I get in on Monday.   Thanks.

--Damian

**Damian D. Capozzola | KIRKLAND & ELLIS LLP**
777 South Figueroa St., Floor 37 | Los Angeles, CA 90017
213.680.8653 PHONE | 213.448.2709 MOBILE | 213.680.8500 FACSIMILE

dcapozzola@kirkland.com | www.kirkland.com/dcapozzola
"steve" <plattreporter@aol.com>



| "steve" <plattreporter@aol.com> 01/25/2006 04:34 PM | | To | <dcapozzola@kirkland.com> |
| --- | --- | --- | --- |
| | | cc | |
| | | Subject | Invoice attached - Berry v Hawaii Express Service |

aloha, mr. capozzola,

it was a pleasure working with you & mr. liebeler in your trial before judge mollway this week.  attached is the invoice for my services.  in that i run a relatively small operation, i would greatly appreciate it if you could ask your accounting department to expedite the payment of this invoice.

as for our continuation of the trial next month, due to the extraordinary efforts involved in providing these state-of-the-art court reporting services, as well as the fact that you're based on the mainland, i ask that you bring a check in the amount of $7,000, to be tendered by 8:30 a.m. on the morning of trial.  as you're aware, our rates are set by federal statute, and are based on the actual number of pages produced, and services provided.  any balance due will be required upon delivery of the final transcripts; and any refund i might owe you will be paid likewise.

if i understood correctly, for the trial proceedings next month, you desire a realtime hookup for yourself, on livenote, as well as for mr. liebeler, utilizing caseview; plus one instant printed copy.

i look forward to working with you again soon.

mahalo nui loa!



steve A044 Invoice_6.pdf

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE HAWAII

| INVOICE NO: | 20060024 |
|---|---|

**MAKE CHECKS PAYABLE TO:**

Damian D. Capozzola
Kirkland & Ellis, LLP
777 South Figueroa Street
Los Angeles, CA 90017

Phone: (213) 680-8653
FAX: (213) 680-8500

dcapozzola@kirkland.com

Stephen B. Platt, CRR, RMR CBC
U.S. District Court Reporter
300 Ala Moana Boulevard
Suite C-287
Honolulu, HI 96813

Phone: (808) 536-2699
FAX (808) 536-2699
Tax ID: 26-2597858
PlattReporter@aol.com

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 02-27-2006 | DATE DELIVERED: |
|---|---|---|

**Case Style:** CV 03-00385SOM, Wayne Berry v Hawaii Express Service, Inc.
Trial transcripts: 2/27-28, 3/1-2-3-7/2006. (Service for 2/28 thru 3/3:
808 pages realtime, two instant prints, two instant ascii discs, with
"regular" finals.)  (Service for 2/27 & 3/7:  100 pages, no realtime or
rough prints/ascii discs, just "regular" delivery w/ final ascii discs.)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 908 | 3.30 | 2,996.40 | 908 | 0.83 | 753.64 | 908 | 0.55 | 499.40 | 4,249.44 |
| Expedited | | 4.40 | | | 0.83 | | | 0.55 | | |
| Daily | | 5.50 | | | 1.10 | | | 0.83 | | |
| Hourly | | 6.60 | | | 1.10 | | | 0.83 | | |
| Realtime | 808 | 2.75 | 2,222.00 | 808 | 2.20 | 1,777.60 | 808 | 1.66 | 1,341.28 | 5,340.88 |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 9,590.32 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | 398.95 |
| Check No: 566396    Deposit Date: 02-27-2006 | LESS AMOUNT OF DEPOSIT: | 7,000.00 |
| | TOTAL REFUND: | |
| Date Paid:    Amt: | TOTAL DUE: | $2,989.27 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | DATE 03-08-2006 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)