# EXHIBIT Y

Berry v. Hawaiian Express
Outside Copy Exhibit Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|---|---|---|
| 12/9/2004 | Downtown Reprographics | $108.25 |
| 5/20/2005 | Downtown Reprographics - Document Production | $424.60 |
| 6/15/2005 | Document Duplication Services - Exhibit Binders | $327.54 |
| 6/23/2005 | Document Duplication Services - Exhibit Binders | $300.23 |
| 1/23/2006 | Downtown Reprographics - Copies for Trial | $265.00 |
| 1/23/2006 | Downtown Reprographics - Copies for Trial | $525.61 |
| 1/31/2006 | Downtown Reprographics - Copies for Trial | $94.44 |
| 2/8/2006 | Downtown Reprographics - Copies for Trial | $132.41 |
| | Total | $2,178.08 |

**KIRKLAND & ELLIS** 2176965
**CHECK REQUEST**

DATE: June 14, 2005

CLIENT OR FIRM ACTIVITY DESCRIPTION: 4|1|4|4|5

MATTER OR PROJECT: 6|1|1|  CODE ☐

G/L ACCOUNT ☐☐☐☐  BUDGET OR EMPLOYEE ACCT # ☐☐☐☐☐  DISB CODE ☐☐  OFFICE LOC ☐

FOR: Medium Litigation copies

PAY TO: Downtown Repro   VENDOR: 208544 ☐☐☐☐☐ ☐   15 7 47

ADDRESS: ___   INVOICE DATE: 5/20/2005

☐ PAY BY: ___   INVOICE NO.: 313770

☐ RETURN BY INTEROFFICE MAIL   INVOICE AMT: $ 424.60

☒ MAIL TO PAYEE   DATE PAID: ___

☐ OTHER: ___   CHECK #: ___

SIGNATURE: [signature]   EMPLOYEE NO.: 1|7|0|1|6



# Downtown Reprographics

640 South Olive Street • Los Angeles, CA 90014-1691
Phone 213 / 488.3332 • Fax 213 / 488-3334

# Invoice

| BILL TO |
|---|
| Kirkland & Ellis, LLP |
| 777 South Figueroa Street, Suite 3700 |
| Los Angeles, CA 90017 |
| Requested by: ROBERT G. |

| DATE | INVOICE # |
|---|---|
| 5/20/2005 | 313770 |

| CLIENT BILLING NO. | TERMS | JOB NO. |
|---|---|---|
| 41445-6 | Net 10 Days | 14450 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 2,143 | Litigation Copies (medium) | 0.12 | 257.16T |
| 2,143 | Labels Generated and Applied to Documents PCT-B MW 000001 - 002143 | 0.06 | 128.58T |
| 26 | Tabs | 0.25 | 6.50T |
|  | Sales Tax | 8.25% | 32.36 |

We Now Accept Visa, Discover and American Express

**Total** $424.60

Federal Tax ID #95-4764069

# KIRKLAND & ELLIS
## CHECK REQUEST

2185963

**DATE** June 29, 2005

**CLIENT OR FIRM ACTIVITY DESCRIPTION** _____

`41045`

**MATTER OR PROJECT** _____

`6___`   **CODE** ☐

G/L ACCOUNT: ☐☐☐   CLIENT OR EMPLOYEE ACCT. #: ☐☐☐☐☐   DISB CODE: ☐☐   OFFICE LOC: ☐

**FOR** Heavy wt copies

21658

**PAY TO** DDG   **VENDOR** ☐☐☐☐☐ ☐

**ADDRESS** _____   **INVOICE DATE** 6/15/05

☐ **PAY BY** _____   **INVOICE NO.** 1245

☐ **RETURN BY INTEROFFICE MAIL**   **INVOICE AMT.** $327.54

☒ **MAIL TO PAYEE**   **DATE PAID** _____

☐ **OTHER** _____   **CHECK #** _____

**SIGNATURE** [signature]   **EMPLOYEE NO.** `17011`

# Document Duplication Services

**626 Wilshire Blvd.**
**Suite 1010**
**Los Angeles, CA 90017**
**( 213) 817 - 4DDS/4337)**

# Invoice

| Fax # | Invoice Date | Invoice # |
|---|---|---|
| (213)817-5337 | 6/15/2005 | 12945 |

| Bill To | Ship To |
|---|---|
| Kirkland & Ellis LLP<br>777 South Figueroa 37th Floor<br>Los Angeles, CA 90017 | Kirkland & Ellis LLP<br>777 South Figueroa 37th Floor<br>Los Angeles, CA 90017 |

| Billing Reference/Client matter.......... | Terms | Order Date | DDS JOB# | Requester |
|---|---|---|---|---|
| 41445 - 6 | Due on receipt | 6/15/2005 | 3945 | Daniel Mariscal |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
|  | (1 Box & Binders copy x 1, heavy staples, inserts & tabs) |  |  |  |
| Heavy/D | B/W Copies | 1,827 | 0.14 | 255.78T |
| Exhibit Tabs | Tabs Inserted | 76 | 0.25 | 19.00T |
| Binders2 | 2 " Binder/s | 4 | 6.95 | 27.80T |

Thank You For Choosing Document Duplication Services

Federal Tax ID
# 46 - 0471916

**Sales Tax (8.25%)** $24.96

**Total** $327.54

**KIRKLAND & ELLIS**
**CHECK REQUEST**

2185926

DATE: June 29, 2005

CLIENT OR FIRM ACTIVITY DESCRIPTION: 4445

MATTER OR PROJECT: 6

FOR: Heavy Lit copies

216581

PAY TO: DDS

VENDOR:

INVOICE DATE: 6/23/2005
INVOICE NO.: 12956
INVOICE AMT.: $300.23

☐ PAY BY
☐ RETURN BY INTEROFFICE MAIL
☒ MAIL TO PAYEE
☐ OTHER

DATE PAID:
CHECK #:
EMPLOYEE NO.: 17616

SIGNATURE: [signature]

**Document Duplication Services**

626 Wilshire Blvd.
Suite 1010
Los Angeles, CA 90017
( 213) 817 - 4DDS/4337)

# Invoice

| Fax # | Invoice Date | Invoice # |
|---|---|---|
| (213)817-5337 | 6/23/2005 | 12954 |

| Bill To | Ship To |
|---|---|
| Kirkland & Ellis LLP<br>777 South Figueroa 37th Floor<br>Los Angeles, CA 90017 | Kirkland & Ellis LLP<br>777 South Figueroa 37th Floor<br>Los Angeles, CA 90017 |

| Billing Reference/Client matter | Terms | Order Date | DDS JOB# | Requester |
|---|---|---|---|---|
| 41445 - 6 | Due on receipt | 6/23/2005 | 3954 | Robert Garcia |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | ( Stack of docs & 3 binders copy x 1, heavy staples) | | | |
| Heavy/D | B/W Copies | 1,800 | 0.14 | 252.00T |
| Exhibit Tabs | Tabs Inserted | 34 | 0.25 | 8.50T |
| Binders1 | 1" Binders | 2 | 4.95 | 9.90T |
| Binders2 | 2 " Binder/s | 1 | 6.95 | 6.95T |

Thank You For Choosing Document Duplication Services

Federal Tax ID
# 46 - 0471916

| Sales Tax (8.25%) | $22.88 |
|---|---|
| **Total** | **$300.23** |

**KIRKLAND & ELLIS
CHECK REQUEST**

2304217

DATE: 2/6/2006

CLIENT OR FIRM ACTIVITY DESCRIPTION: _____

| 4 | 1 | 4 | 4 | 5 |

MATTER OR PROJECT: _____

| 6 | 1 | 1 | |    CODE: ☐

G/L ACCOUNT: ☐☐☐☐   BUDGET OR EMPLOYEE ACCT #: ☐☐☐☐☐   DISB CODE: ☐☐   OFFICE LOC: ☐

FOR: Medium Litigation copies

208544

PAY TO: Downtown Repro      VENDOR: ☐☐☐☐☐ ☐

ADDRESS: _____   INVOICE DATE: _____

☐ PAY BY _____   INVOICE NO.: _____

☐ RETURN BY INTEROFFICE MAIL   INVOICE AMT. $ 265.00

☒ MAIL TO PAYEE   DATE PAID: _____

☐ OTHER _____   CHECK #: _____

SIGNATURE: [signature]   EMPLOYEE NO.: | 1 | 7 | 0 | 1 | 6 |



# Downtown Reprographics

640 South Olive Street • Los Angeles, CA 90014-1691
Phone 213 / 488.3332 • Fax 213 / 488-3334

# Invoice

| BILL TO |
|---|
| Kirkland & Ellis, LLP |
| 777 South Figueroa Street, Suite 3700 |
| Los Angeles, CA 90017 |
| Requested by: Allison Andrews |

| DATE | INVOICE # |
|---|---|
| 1/23/2006 | 316087 |

| CLIENT BILLING NO. | TERMS | JOB NO. |
|---|---|---|
| 41445-6 | Net 10 Days | 16793 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1,540 | Litigation Copies (medium) | 0.12 | 184.80T |
| 30 | GBC Binds | 2.00 | 60.00T |
|  | Sales Tax | 8.25% | 20.20 |

We Now Accept Visa, Discover and American Express

**Total**  $265.00

Federal Tax ID #95-4764069

## KIRKLAND & ELLIS
## CHECK REQUEST

2304200S

DATE: 2/6/2006

CLIENT OR FIRM ACTIVITY DESCRIPTION: _____ 4 1 4 4 5

MATTER OR PROJECT: _____ 6 1 1 ▮   CODE ☐

G/L ACCOUNT ☐☐☐☐   BUDGET OR EMPLOYEE ACCT # ☐☐☐☐   DISC CODE ☐☐   OFFICE LOC ☐

FOR: Litigization copies

208544

PAY TO: Dawntow Repro   VENDOR ☐☐☐☐☐ ☐

ADDRESS: _____   INVOICE DATE: 1/23/2006

☐ PAY BY   INVOICE NO.: 316123

☐ RETURN BY INTEROFFICE MAIL   INVOICE AMT. $ 525.61

☒ MAIL TO PAYEE   DATE PAID: ____

☐ OTHER ____   CHECK #: ____

SIGNATURE: [signature]   EMPLOYEE NO.: 1 7 0 1 6

FEB 6 10



# Downtown Reprographics

640 South Olive Street • Los Angeles, CA 90014-1691
Phone 213 / 488.3332 • Fax 213 / 488-3334

# Invoice

| BILL TO |
|---|
| Kirkland & Ellis, LLP |
| 777 South Figueroa Street, Suite 3700 |
| Los Angeles, CA 90017 |
| Requested by: Daniel Mariscal/Ed Yep |

| DATE | INVOICE # |
|---|---|
| 1/23/2006 | 316123 |

| CLIENT BILLING NO. | TERMS | JOB NO. |
|---|---|---|
| 41445-6 | Net 10 Days | 16779 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 2,608 | Litigation Copies (light) | 0.10 | 260.80T |
| 41 | Tabs | 0.25 | 10.25T |
| 145 | Custom Tabs | 0.50 | 72.50T |
| 4 | 3' 3-Ring Binders | 10.00 | 40.00T |
| 17 | 1' 3-Ring Binders | 6.00 | 102.00T |
|  | Sales Tax | 8.25% | 40.06 |

We Now Accept Visa, Discover and American Express

**Total** $525.61

Federal Tax ID #95-4764069

## KIRKLAND & ELLIS
### CHECK REQUEST

2313750

DATE: 3/2/2006

CLIENT OR FIRM ACTIVITY DESCRIPTION: 41445

MATTER OR PROJECT: 6111

FOR: Medtown Litigation copies

208541

PAY TO: Downtown Repro

INVOICE DATE: 1/31/2006
INVOICE NO.: 316228
INVOICE AMT.: $94.44

☒ MAIL TO PAYEE

SIGNATURE: [signed]

EMPLOYEE NO.: 17016



# Downtown Reprographics

640 South Olive Street • Los Angeles, CA 90014-1691
Phone 213 / 488.3332 • Fax 213 / 488-3334

# Invoice

| BILL TO |
|---|
| Kirkland & Ellis, LLP |
| 777 South Figueroa Street, Suite 3700 |
| Los Angeles, CA 90017 |
| Requested by: Daniel Mariscal |

| DATE | INVOICE # |
|---|---|
| 1/31/2006 | 316228 |

| CLIENT BILLING NO. | TERMS | JOB NO. |
|---|---|---|
| 41445/6 | Net 10 Days | 16916 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 727 | Litigation Copies (medium) | 0.12 | 87.24T |
|  | Sales Tax | 8.25% | 7.20 |

We Now Accept Visa, Discover and American Express

**Total** $94.44

Federal Tax ID #95-4764069

232/195

# KIRKLAND & ELLIS
## CHECK REQUEST

DATE 3/14/2006

CLIENT OR FIRM ACTIVITY DESCRIPTION  [4][1][4][4][5]

MATTER OR PROJECT  [6][ ][ ][■]   CODE [ ]

G/L ACCOUNT [ ][ ][ ]   SUBSET OR EMPLOYEE ACCT # [ ][ ][ ][ ]   DISB CODE [ ][ ]   OFFICE LOC [ ]

FOR  Medium Litigation copies

208544

PAY TO  Downtown Repro   VENDOR [ ][ ][ ][ ][ ]

ADDRESS _____

INVOICE DATE  2/8/2006

[ ] PAY BY _____   INVOICE NO.  316266

[ ] RETURN BY INTEROFFICE MAIL   INVOICE AMT.  $132.41

[X] MAIL TO PAYEE   DATE PAID _____

[ ] OTHER _____   CHECK # _____

SIGNATURE _____   EMPLOYEE NO. [1][7][0][1][6]

MAR 14 453


# Downtown Reprographics

640 South Olive Street • Los Angeles, CA 90014-1691
Phone 213 / 488.3332 • Fax 213 / 488-3334

# Invoice

| BILL TO |
|---|
| Kirkland & Ellis, LLP |
| 777 South Figueroa Street, Suite 3700 |
| Los Angeles, CA 90017 |
| Requested by: Daniel Mariscal |

| DATE | INVOICE # |
|---|---|
| 2/8/2006 | 316266 |

| CLIENT BILLING NO. | TERMS | JOB NO. |
|---|---|---|
| 41445/6 | Net 10 Days | 16973 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 661 | Litigation Copies (medium) | 0.12 | 79.32T |
| 100 | Tabs | 0.25 | 25.00T |
| 1 | 2' 3-Ring Binders | 8.00 | 8.00T |
| 1 | 3' 3-Ring Binders | 10.00 | 10.00T |
|  | Sales Tax | 8.25% | 10.09 |

We Now Accept Visa, Discover and American Express

**Total** $132.41

Federal Tax ID #95-4764069