# EXHIBIT Z

**Berry v. Hawaiian Express**
**Travel, Hotel and Related Expenses for Hearings and Trial for Samantha Benson**

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|---|---|---|
| 2/20/2006 | Airfare re attending and preparing for Trial. | $1,205.84 |
| 2/20/2006 | Related cost re attending and preparing for Trial. | $8.00 |
| 2/21/2006 - 3/8/2006 | Airfare, Hotel, Meals and related costs re attending and preparing for Trial. | $4,230.30 |
| 3/8/2006 | Related cost re attending and preparing for Trial. | $22.25 |
| | **Total** | **$5,466.39** |

**Berry v. Hawaiian Express**
**Travel, Hotel and Related Expenses for Hearings and Trial for Samantha Benson**

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|------|-------------------|--------|
| 2/20/2006 | Airfare re attending and preparing for Trial. | $1,205.84 |
| 2/20/2006 | Related cost re attending and preparing for Trial. | $8.00 |
| 2/21/2006 – 3/8/2006 | Airfare, Hotel, Meals and related costs re attending and preparing for Trial. | $4,230.30 |
| 3/8/2006 | Related cost re attending and preparing for Trial. | $22.25 |
| | **Total** | **$5,466.39** |



```
6 B 4 3 1 0 F C 9 8 5 B 4 E 7 0 8 3 F 1
```

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense,
expense mailbox. Password is expense.

**Expense Report:**  Hawaii Airfare - Fleming Berry
**Business Purpose:**  Trial in Hawaii for Berry v. Fleming

| | |
|---|---|
| **Employee Name:** Samantha R. Benson | **Date Filed:** 2/20/2006 |
| **Employee ID:** 17766 | **Report Total:** $1,205.84 |
| | **Firm Paid:** $0.00 |
| | **Amount Due Employee:** $1,205.84 |

Signature _Samantha Benson_

Date _2-21-06_

| Date | Expense | Description | Charged City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|
| 2/20/2006 | Airfare | Trial Preparation | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 Honolulu, HI | U.S. (Dollars) | $1,205.84 | $1,205.84 |

Attach required receipts and file according to Accounting Instructions for your location.

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.

# BEST
## T R A V E L

AD WEBSTER CITY ROAD
ELK GROVE VILLAGE  IL 60007 866  571-9780
HTTP://TRAVEL.KIRKLAND.COM

| ACCT.# | DATE | INVOICE # |
|--------|------|-----------|
| OTHER 7700 | FEB 14 2002 PAGE 01 | KFL04T |

VIEW YOUR TRIP ONLINE AT WWW.VTRIPIT.COM

ROBINSON/SAMANTHA                        APOLLO 1KS NBR  KOJGN4

**DISTRIBUTED TO**
SAMANTHA ROBSON
KIRKLAND AND ELLIS LLP
777 S FIGUEROA ST
LOS ANGELES CA 90017

KIRKLAND AND ELLIS LLP
00 EAST RANDOLPH
CHICAGO IL  60601

1 FEB 05 - TUESDAY
ROBIN            01 COACH CLASS                                  CONFIRMED
DEPART TERMINAL  2
LVE LOS ANGELES        0404 NONSTOP       BOEING 767 300
ARR HONOLULU           1247P
ARRIVAL TERMINAL   MAIN/CENTRAL
SAT 164                         FOOD TO PURCHASE HOVER          MILES 2556
FREQ FLYER  UA     006364403330

2 MAR 06 - SUNDAY
ROBIN            02 COACH CLASS                                  CONFIRMED
DEPART TERMINAL  MAIN/CENTRAL
LVE HONOLULU           200P NONSTOP       BOEING 767 300
ARR LOS ANGELES        923P
ARRIVAL TERMINAL   7
SAT 156                         FOOD TO PURCHASE HOVER          MILES 2556
FREQ FLYER  UA     006364403330

COMPARED TO THE FULL FARE THIS REPRESENTS A SAVINGS OF $    609.16
OR 24HR SERVICE SIMPLY CALL 866 KIRK TRVL
OR 24HR SERVICE SIMPLY CALL 866 KIRK TRVL
45 SERVICE FEE TICKET NUMBER 2520832324
ANY CHANGES MAY RESULT IN A HIGHER FARE
FREQUENT FLYER INFORMATION HAS BEEN RECORDED
*************************ELECTRONIC TICKET*******************************
PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN
THANK YOU FOR USING BEST TRAVEL.
TICKET NUMBER/S:
ROBINSON/SAMANTHA               0146007914    ELECTRONIC        1260.05
          CARD  VI

AIR TRANSPORTATION     1226.00  TAX      34.04  TH           1260.04
                                SERVICE FEE                    45.00
                                SUB TOTAL                    1305.84
                                CREDIT CARD PAYMENT          1305.84
                                AMOUNT DUE                      0.00



**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**
**INVOICE**





6 F 6 1 C 3 4 5 4 A 9 5 4 6 3 C 8 F 6 7

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox. Password is expense.

**Expense Report:**  Parking for trial prep
**Business Purpose:**  Parking for trial prep

| | | | |
|---|---|---|---|
| **Employee Name:** | Samantha R. Benson | **Date Filed:** | 3/10/2006 |
| **Employee ID:** | 17766 | **Report Total:** | $8.00 |
| | | **Firm Paid:** | $0.00 |
| | | **Amount Due Employee:** | $8.00 |

Signature _Samantha Benson_

Date _3-10.06_

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|---|
| 2/20/2006 | Parking | Trial preparation | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $8.00 | $8.00 |

Attach required receipts and file according to Accounting Instructions for your location.

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.

# AMANO

| | |
|---|---|
| Pay Station Number: | 3 |
| Entered: | 02/20/2006 |
| | 10:17 |
| Exited: | 02/20/2006 |
| | 13:43 |
| Ticket Number: | 24594 |
| Transaction Number: | 29752 |
| Rate: | A |
| Parking Fee: | $ 8.00 |
| Discount Number: | 20 |
| Discount Amount: | -$ 0.00 |

| | |
|---|---|
| Total Fee: | $ 8.00 |
| Fee Paid: | $ 10.00 |
| Change: | $ 2.00 |

Thank you for your visit
Please come again !



D 3 1 4 C A 7 C 4 1 6 3 4 1 3 9 8 5 8 E

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox. Password is expense.

**Expense Report:**   Berry Trial
**Business Purpose:** Berry Trial

| | | | |
|---|---|---|---|
| **Employee Name:** | Samantha R. Benson | **Date Filed:** | 3/13/2006 |
| **Employee ID:** | 17766 | **Report Total:** | $4,230.30 |
| | | **Firm Paid:** | $0.00 |
| | | **Amount Due Employee:** | $4,230.30 |

Signature   *Samantha Benson*

Date   3/13/06

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|---|
| 3/7/2006 | Airfare | Trial preparation | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $45.00 | $45.00 |
| 2/21/2006 | Hotel | Trial preparation | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $641.60 | $641.60 |
| 2/21/2006 | Hotel | Trial preparation | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $316.43 | $316.43 |

Post Confirmation Trust - Berry,

Expense Report - Berry Trial                                                                     Page 2 of 7

| Date | Type | Purpose | Account | Location | Currency | Amount | Amount |
|------|------|---------|---------|----------|----------|--------|--------|
| | | | | Wayne Litigation | | | |
| 2/22/2006 | Hotel | Trial preparation | 41445-6 | Honolulu, HI | U.S. (Dollars) | $316.43 | $316.43 |
| 2/22/2006 | Telephone While Traveling | Trial preparation | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation Honolulu, HI | U.S. (Dollars) | $8.74 | $8.74 |
| 2/23/2006 | Hotel | Trial preparation | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation Honolulu, HI | U.S. (Dollars) | $1,422.72 | $1,422.72 |
| 2/23/2006 | Hotel | Trial preparation | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| 2/24/2006 | Hotel | Trial preparation | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| 2/25/2006 | Hotel | Trial preparation | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| 2/26/2006 | Hotel | Trial preparation | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| 2/27/2006 | Hotel | Trial preparation | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| 2/28/2006 | Hotel | Trial preparation | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| 3/1/2006 | Hotel | Trial preparation | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| 3/2/2006 | Hotel | Trial preparation | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| 2/23/2006 | Valet/Laundry Services | Dry cleaning | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation | U.S. (Dollars) | $50.00 | $50.00 |
| 3/3/2006 | Hotel | Trial preparation | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation Honolulu, | U.S. | $1,502.54 | $1,502.54 |

| Date | Type | Description | Matter | | Location | | Amount | Total |
|------|------|-------------|--------|---|----------|---|--------|-------|
| | | | | | HI | (Dollars) | | |
| 3/3/2006 | Hotel | Trial preparation | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation | Honolulu, HI | U.S. (Dollars) | $277.41 | $277.41 |
| 3/4/2006 | Hotel | Trial preparation | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation | Honolulu, HI | U.S. (Dollars) | $277.41 | $277.41 |
| 3/5/2006 | Hotel | Trial preparation | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation | Honolulu, HI | U.S. (Dollars) | $277.41 | $277.41 |
| 3/6/2006 | Hotel | Trial preparation | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation | Honolulu, HI | U.S. (Dollars) | $277.41 | $277.41 |
| 3/7/2006 | Hotel | Trial preparation | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation | Honolulu, HI | U.S. (Dollars) | $277.41 | $277.41 |
| 3/4/2006 | Travel Meal | Travel Meal | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation | Honolulu, HI | U.S. (Dollars) | $26.05 | $26.05 |
| | | S. Benson - K&E - Secretary | | | | | | |
| 3/5/2006 | Travel Meal | Travel Meal | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation | Honolulu, HI | U.S. (Dollars) | $24.85 | $24.85 |
| | | S. Benson - K&E - Secretary | | | | | | |
| 3/8/2006 | Travel Meal | Travel Meal | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation | Honolulu, HI | U.S. (Dollars) | $12.56 | $12.56 |
| | | S. Benson - K&E - Secretary | | | | | | |
| 3/6/2006 | Travel Meal with Others | Travel Meal | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation | Honolulu, HI | U.S. (Dollars) | $52.03 | $52.03 |
| | | M. Baumann - K&E - Partner | | | | | | |
| | | S. Benson - K&E - Secretary | | | | | | |
| 2/21/2006 | Travel Meal | Travel Meal | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation | Honolulu, HI | U.S. (Dollars) | $4.96 | $4.96 |
| | | S. Benson - K&E - Secretary | | | | | | |

| | | | | Post Confirmation Trust -<br>Berry, Wayne Litigation | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/22/2006 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HI | U.S. (Dollars) | | $8.07 | $8.07 |
| | | S. Benson - K&E - Secretary | | | | | | |
| 2/23/2006 | Travel Meal | Travel Meal | 41445-6 | Post Confirmation Trust -<br>Berry, Wayne Litigation<br>Honolulu, HI | U.S. (Dollars) | | $5.61 | $5.61 |
| | | S. Benson - K&E - Secretary | | | | | | |
| 2/24/2006 | Travel Meal with Others | Travel Meal with Others | 41445-6 | Post Confirmation Trust -<br>Berry, Wayne Litigation<br>Honolulu, HI | U.S. (Dollars) | | $6.75 | $6.75 |
| | | M. Baumann - K&E - Partner | | | | | | |
| 2/24/2006 | Travel Meal with Others | Travel Meal with Others | 41445-6 | Post Confirmation Trust -<br>Berry, Wayne Litigation<br>Honolulu, HI | U.S. (Dollars) | | $13.28 | $13.28 |
| | | S. Benson - K&E - Secretary<br>D. Cappozola - K&E - Partner | | | | | | |
| 2/25/2006 | Travel Meal with Others | Travel Meal with Others | 41445-6 | Post Confirmation Trust -<br>Berry, Wayne Litigation<br>Honolulu, HI | U.S. (Dollars) | | $7.97 | $7.97 |
| | | S. Benson - K&E - Secretary<br>D. Cappozola - K&E - Partner | | | | | | |
| 2/26/2006 | Travel Meal | Travel Meal | 41445-6 | Post Confirmation Trust -<br>Berry, Wayne Litigation<br>Honolulu, HI | U.S. (Dollars) | | $4.35 | $4.35 |
| | | S. Benson - K&E - Secretary | | | | | | |
| 3/1/2006 | Travel Meal | Travel Meal | 41445-6 | Post Confirmation Trust -<br>Berry, Wayne Litigation<br>Honolulu, HI | U.S. (Dollars) | | $4.27 | $4.27 |
| | | S. Benson - K&E - Secretary | | | | | | |

| Date | | | | | | Amount | |
|---|---|---|---|---|---|---|---|
| 3/2/2006 | Travel Meal with Others | Travel Meal with Others | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation Honolulu, HI | U.S. (Dollars) | $144.30 | $144.30 |
| | | M. Baumann - K&E - Partner S. Benson - K&E - Secretary O. Samad - K&E - Associate D. Cappozola - K&E - Partner M. Smith - K&E Chicago - Technical support staff T. Yee - Kobashi. Sugita & Goda (co couns - Associate B. Sakamoto - Kobashi, Sugita & Goda - secretary L. Hosoda - Hosoda & Associates (co counsel) - Partner R. Mead - Hosoda & Associates (co counsel) - Associate | | | | | | |
| 3/5/2006 | Travel Meal | Travel Meal | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation Honolulu, HI | U.S. (Dollars) | $13.23 | $13.23 |
| | | S. Benson - K&E - Secretary | | | | | |
| 3/6/2006 | Travel Meal | Travel Meal | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation Honolulu, HI | U.S. (Dollars) | $4.43 | $4.43 |
| | | S. Benson - K&E - Secretary | | | | | |
| 3/7/2006 | Travel Meal with Others | Travel Meal with Others | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation Honolulu, HI | U.S. (Dollars) | $6.77 | $6.77 |
| | | M. Baumann - K&E - Partner S. Benson - K&E - Secretary | | | | | |
| 3/7/2006 | Travel Meal | Travel Meal | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation Honolulu, HI | U.S. (Dollars) | $7.97 | $7.97 |
| | | S. Benson - K&E - Secretary | | | | | |
| 3/8/2006 | Travel Meal | Travel Meal | 41445-6 | Post Confirmation Trust - Berry, Wayne Litigation Honolulu, | U.S. | $11.23 | $11.23 |

HI        (Dollars)

S. Benson - K&E - Secretary

| Date | Category | Description | Matter | | Amount | Amount |
|------|----------|-------------|--------|--|--------|--------|
| 2/21/2006 | Tips | Aiport curb service, bell cap/luggage hotel | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | U.S. (Dollars) | $13.00 | $13.00 |
| 2/22/2006 | Tips | Tip for server at hotel included breakfast | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | U.S. (Dollars) | $5.00 | $5.00 |
| 2/23/2006 | Tips | Tip for server at hotel included brkfst, bellman | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | U.S. (Dollars) | $10.00 | $10.00 |
| 2/27/2006 | Valet/Laundry Services | M. Baumann Dry Cleaning/Laundry | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | U.S. (Dollars) | $63.03 | $63.03 |
| 3/1/2006 | Valet/Laundry Services | M. Baumann Dry Cleaning/Laundry | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | U.S. (Dollars) | $40.43 | $40.43 |
| 3/2/2006 | Valet/Laundry Services | Sam's Laundry and Dry Cleaning | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | U.S. (Dollars) | $107.49 | $107.49 |
| 3/8/2006 | Tips | Tips for curbside skycap at Hon. Airport | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | U.S. (Dollars) | $8.00 | $8.00 |
| 2/27/2006 | cabfare | Drop of laundry | Post Confirmation Trust - Berry, Wayne Litigation 41445-6   Honolulu, HI | U.S. (Dollars) | $21.00 | $21.00 |

| Date | Category | Description | Account | Location | | Amount | |
|------|----------|-------------|---------|----------|---|--------|---|
| 2/27/2006 | cabfare | cabfare | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $28.00 | $28.00 |
| 3/3/2006 | cabfare | From office to hotel | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $18.00 | $18.00 |
| 3/6/2006 | Parking | Trial preparation | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $3.00 | $3.00 |
| 3/8/2006 | Parking | Trial preparation | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $7.00 | $7.00 |
| 3/8/2006 | To/From Airport | Trial preparation | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $38.00 | $38.00 |
| 2/24/2006 | Trial Groceries/Sundry | Trial Supplies | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $13.30 | $13.30 |

**Attach required receipts and file according to Accounting Instructions for your location.**

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.

5095517

Pizza - Dominos

4460 2461 0612 2520

1989  09/07 V
SAMANTHA BENSON

| QUAN. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| | | order# 364795 | | 134 30 |
| | | | | |

DATE 3/2/06  AUTHORIZATION

SUB TOTAL

REFERENCE NO.    RSQ/DEPT.    TAX    10 00

FOLIO/CHECK NO.    SERVER    CLERK    TIPS/MISC.

**SALES SLIP**    TOTAL  144 30

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

CUSTOMER COPY

PURCHASER SIGN HERE
X _Samantha Benn_
Cardholder acknowledges receipt of goods and/or services in the
amount of the Total shown hereon and agrees to perform the
obligations set forth in the Cardholder's agreement with the issuer.



YOUNG LAUNDRY #11
1001 BISHOP ST
HONOLULU HI 96813
808 521-2553

L 033896

BAUMANN M.        033896

ACCT NO   STORE/EMPLOYEE   LOCATION NO.   TICKET NUMBER
631621     56/MLT                         LOT NO.
DATE/TIME
3/2/06 2:33 PM

1  SHIRT-L/S  -WHT    SUBTOTAL      3.59
                     Envrnmtl Srchg    .11
                     TAX              .15
                     TOTAL           3.85
                     BALANCE         3.85

1 PIECES

OUTSIDE PROC# 1

6mark1 323-1 FRI

ORDER WILL BE READY AFTER 4 PM
THANK YOU! PLEASE COME AGAIN!
**ALL ITEMS UNCLAIMED AFTER
30 DAYS WILL BE DISPOSED OF.**
STORE# 56

**Receipt 1 (Starbucks Coffee Company):**

```
** STARBUCKS COFFEE COMPANY **

STARBUCKS FINANCIAL PLAZ#33019
HONOLULU      HI96813

  1 VENTI COFFEE FRAP     3.65
  1 MUFN,BANANA           2.25
  1 ICED TEA 20 OZ        1.75
SUBTOTAL                  7.65
  SALES TAX 4.166%        0.32
TOTAL                     7.97
VISA                      7.97
  CARD#: XXXXXXXXXXXX2520
CHANGE DUE                0.00

33019 01A1 700907 000013321M
                       10:09
```

**Receipt 2 (Pioneer Plaza):**

```
         Pioneer Plaza
      Tel. 255-7206
*****************************
24-2006       MC #:1000
  L SOUP        *3.50
  /CORR
  L SOUP        *-3.50
  S SALAD       *6.50
  DRESSG        *0.25

TOTAL           *6.75
  INT           *7.00
  GE            *0.25

         PM12-59  0148

   HAVE A NICE DAY
   PLEASE COME AGAIN
```

**Receipt 3 (Bishop Starbucks):**

```
BISHOP STARBUCKS        #33004
HONOLULU      HI96813

  1 CHINESE CHIX SALA     5.50
  1 CHINESE CHIX SALA     5.50
  1 ICED TEA 20 OZ        1.75
SUBTOTAL                 12.75
  SALES TAX 4.166%        0.53
TOTAL                    13.28
VISA                     13.28
  CARD#: XXXXXXXXXXXX2520
CHANGE DUE                0.00

33004 02B2 705442 000014728E
02/24/06               12:57
THANK YOU FOR VISITING
```

**Receipt 4 (Carry Out #253):**

```
CARRY OUT  # 253

Tel(808) 523-9884       JIB# 8227
02/26/06            11:21:53 AM
                  Emp   Janean
  1 Lrg Drink           1.79
  1 Potato Wdges        2.39
        SubTotal        4.18
        Tax             0.17
        Total           4.35
        CASH            5.00
        Change          0.65

   Thank you for your visit
```

**Receipt 5 (Bishop Starbucks):**

```
BISHOP STARBUCKS        #33004
HONOLULU      HI96813

  1 ICED TEA 20 OZ        1.75
  1 CRST,BUTTER           2.35
SUBTOTAL                  4.10
  SALES TAX 4.166%        0.17
TOTAL                     4.27
SBUX CARD                 4.27
  ACCT#: XXXXXXXXXXXX7518
  Current Balance :       7.43

CHANGE DUE                0.00

33004 01A1 700301 000010114E
03/01/06               07:25
THANK YOU FOR VISITING
```

**Receipt 6 (First Hawaiian Center):**

```
FIRST
HAWAIIAN
CENTER  **

    PAID
             1#
  05... 2No.
  06-03 10T
 *06-07:33EX
  06-03 10T
 *06-07:14EN
 A... 3.00$
 ... 3.00$
```

**Receipt 7 (LAX-CPCS):**



```
LAX-CPCS

ENTRY 71  03-08-06 20:39
EXIT  77  03-08-06 22:11
ID NO 042  FEE $ 7.00
```

**ABC STORE #36**
Honolulu, Hawaii  (808) 591-2550

|  |  |  |
|---|---|---|
| MAUI STYLE CHIPS | 2.89 | T |
| KOTOBUKI TSSD SALD | 2.99 | T |
| PINEAPPLE | 2.99 | T |
| HAWN SPRINGS WATER | 3.49 | T |
| MR DP 6-PACK NO TAX | .30 | |
| FEE 6-PK NO TAX | .06 | |
| $* TAX    .51 BAL | 13.23 | |
| VF $ VISA | 13.23 | |
| CHANGE | .00 | |

Merchant ID: 000200043057

| | |
|---|---|
| Account Number | XXXXXXXXXXXX2520 |
| Expiration Date | 08/07 |
| Card Type | VISA |
| Authorization # | 052426 |

Customer SAMANTHA BENSON

SALE                          13.23

---

**HMSHOST**
**STARBUCKS COFFEE**
**HONOLULU INT'L AIRPORT**

9054 Danilo

CHK 9621 MAR08'06  1:01PM  GST 2

| | |
|---|---|
| 1 TURK w/SPCY MUST | 7.99 |
| 1 VNTI BLACK TEA S | 2.79 |
| SUBTOTAL | 10.78 |
| TAX | 0.45 |
| AMOUNT PAID | 11.23 |
| CASH | 11.25 |
| CHANGE DUE | 0.02 |

---

**ABC STORE #36**
Honolulu, Hawaii  (808) 591-2550

|  |  |  |
|---|---|---|
| MEADOW GOLD YOGURT | .99 | T |
| KELLOGGS RTEC | 1.79 | T |
| H/I HAZLENUT | 3.49 | T |
| KRAFT STRING | .69 | T |
| NAVEL ORANGE | .69 | T |
| $* TAX    .32 BAL | 7.97 | |
| $ CASH | 20.00 | |
| $ CHANGE | 12.03 | |

3/07/06 22:42 0036 39 8490 41665
**Save your receipts for FREE GIFTS**
Visit us at WWW.ABCSTORES.COM

810 RICHARDS STREET
HONOLULU, HI 96813

THANK YOU

MC DONALDS RESTAURAN  TEL  808)532-1595
85  KS#03  S#1  Mar.02'06(Thu)13:44
STORE# 12068

# Order #385          TO GO

1 CHICKEN CLASSIC-GRL        4.09
1 LRG COKE                   1.69

SUB TOTAL                    5.78
TAKE OUT TAX                 0.24
                            ------
                             6.02

CASH TENDERED               20.02

CHANGE                      14.00

---

** STARBUCKS COFFEE COMPANY **

BISHOP STARBUCKS        #33004
HONOLULU      HI96813

      --- DUPLICATE RECEIPT ---
1 CINN. ROLL            2.60
1 ICED TEA 20 OZ        1.75
SUBTOTAL                4.35
  SALES TAX 4.166%      0.18
TOTAL                   4.53
CASH                    5.00
CHANGE DUE              0.47

33004 01B2 699750 000013879E
03/03/06              08:32
    --- DUPLICATE RECEIPT ---
THANK YOU FOR VISITING
BISHOP ST STARBUCKS



---

** STARBUCKS COFFEE COMPANY **

STARBUCKS FINANCIAL PLAZ#33019
HONOLULU      HI96813

    --- DUPLICATE RECEIPT ---
1 ICED TEA 20 OZ        1.75
1 LOWFAT CHOCOLATE      2.50
SUBTOTAL                4.25
  SALES TAX 4.166%      0.18
TOTAL                   4.43
CASH                    5.00
CHANGE DUE              0.57

33019 02B2 697454 000014075M
03/06/06              08:39
    --- DUPLICATE RECEIPT ---
THANK YOU FOR VISITING
STARBUCKS FINANCIAL PLAZ

---

** STARBUCKS COFFEE COMPANY **

STARBUCKS FINANCIAL PLAZ#33019
HONOLULU      HI96813

    --- DUPLICATE RECEIPT ---
1 ICED TEA 20 OZ        1.75
1 CAKE,LMNBUNDT         2.25
1 LOWFAT CHOCOLATE      2.50
SUBTOTAL                6.50
  SALES TAX 4.166%      0.27
TOTAL                   6.77
CASH                   20.00
CHANGE DUE             13.23

33019 01A1 696857 000014560E
03/07/06              08:11
    --- DUPLICATE RECEIPT ---
THANK YOU FOR VISITING
STARBUCKS FINANCIAL PLAZ

```
        HMSHost
       Starbucks T7
Los Angeles Int'l Airport

1422 Pedro
---------------------------
CHK 3834 FEB21'06  7:54AM  GST
---------------------------

  1 CRSSNT BUTTER        2.29
  1 VNTI ICED TEA VN     2.29

     Subtotal           4.58
     Tax                0.38
     Amt Paid           4.96
     Cash              20.00
     Change Due        15.04

        HMSHost
       Starbucks T7
Los Angeles Int'l Airport
```

*tuck 2/22*
*8Am*

```
** STARBUCKS COFFEE COMPANY **

BISHOP STARBUCKS       #33004
HONOLULU       HI96813

   --- DUPLICATE RECEIPT ---
1 CHINESE CHIX SALA    5.50
SUBTOTAL               5.50
   SALES TAX 4.166%    0.23
TOTAL                  5.73
CASH                   6.00
CHANGE DUE             0.27

33004 02B2 701752  000014728E
02/22/06              14:08
   --- DUPLICATE RECEIPT ---
   THANK YOU FOR VISITING
   BISHOP ST STARBUCKS
```

*Level*  *8.07*

```
** STARBUCKS COFFEE COMPANY **

BISHOP STARBUCKS       #33004
HONOLULU       HI96813

   --- DUPLICATE RECEIPT ---
1 ICEDCOF200Z           2.25
SUBTOTAL                2.25
   SALES TAX 4.166%     0.09
TOTAL                   2.34
CASH                   20.00
CHANGE DUE             17.66

33004 02B2 701717  000014728E
02/22/06              14:07
   --- DUPLICATE RECEIPT ---
   THANK YOU FOR VISITING
   BISHOP ST STARBUCKS
```

```
** STARBUCKS COFFEE COMPANY **

STARBUCKS FINANCIAL PLAZ#33019
HONOLULU       HI96813

   --- DUPLICATE RECEIPT ---
1 ICED TEA 20 OZ        1.75
SUBTOTAL                1.75
   SALES TAX 4.166%     0.07
TOTAL                   1.82
CASH                   20.00
CHANGE DUE             18.18

33019 01C1 701886  000014075M
02/23/06              14:13
   --- DUPLICATE RECEIPT ---
```

*Lunch*
*5.6?*

```
            SALE RECEIPT
   Store #24628  tko 02/23/06 14:00:57
Subway Sandwiches & Salads
900 Fort Street
Honolulu              HI 96813
808-
   Trans# 189 Clerk 2  Dwr 1 TRDT 022306
   Receipt # 0000111913 Reg-ID REG-MAIN
--- ITEM --- QTY    PRICE MEMO  PLU
* * * * * RECEIPT IS REPRINTED * * * * *

TUNA        6r  1 T $   3.79      117
                       --------
         SUBTOTAL $     3.79
         Sales Tx $     0.16
                       --------
TAKE-OUT **TOTAL $      3.95
Cash   AMT TEND $       5.00
                       --------
         CHANGE DUE$    1.05

Thank you for making Subway
```



YOUNG LAUNDRY #11
1001 BISHOP ST
HONOLULU HI 96813
808 521-2553

BAUMANN M- 033789

SYSTEMS    ACCT NO    033162871   6S7N0
6/17/06  8:44 AM    SERVER/EMPLOYEE   LOCATION NO.

TICKET NUMBER 033789 L    LOT NO.

2   SHIRT-L/S

2 PIECES
    -WHT
    -BLU

        SUBTOTAL        7.18
        Envrnmt1 Srchg   .18
        TOTAL           7.36
        TAX             7.70000
        BALANCE         7.70

C
OUTSIDE PROC# 1

iMark1 116-2 WED SP

ORDER WILL BE READY AFTER 4 PM
*THANK YOU! PLEASE COME AGAIN!
**ALL ITEMS UNCLAIMED AFTER
30 DAYS WILL BE DISPOSED OF!**
                    STORE# 56

Sam pa
VISA

---

YOUNG LAUNDRY #11
1001 BISHOP ST
HONOLULU HI 96813
808 521-2553

BAUMANN M- 033790

SYSTEMS    ACCT NO    6271    5S7N0
7/06  8:44 AM    SERVER/EMPLOYEE   LOCATION NO.

TICKET NUMBER 033790 D    LOT NO.

2   2PC-COAT/PNTS

4 PIECES
    -LINED
    -BLU
    -BLK
    STRIPE

        SUBTOTAL        30.54
        Envrnmt1 Srchg  30.92
        TOTAL            1.87
        TAX             32.73
        BALANCE         32.73

C
OUTSIDE PROC# 1

iMark1 115-4 WED SP

ORDER WILL BE READY AFTER 4 PM
*THANK YOU! PLEASE COME AGAIN!
**ALL ITEMS UNCLAIMED AFTER
30 DAYS WILL BE DISPOSED OF!**
                    STORE# 56

Sam pa
VISA

---

SALES DRAFT

YOUNG LAUNDRY 511
1001 BISHOP ST STE 170
HONOLULU HI 96813
TERMINAL 247921

101082094994 0
03/01/06 04:32PM
V/S XXXXXXXXXXXX2560
AUTH. TRANS. ID 166065091241547
INVOICE 520021 102
AUTH. CODE 547139

SALE TOTAL                    $40.43

SAMANTHA BENSON

--- CUSTOMER COPY



*Travel Supplies*

## LONGS DRUGS

BISHOP ST. HONOLULU

1036        10   0124   020    002

OVERSIZED UMBRELLA 1T       5.99
BAYER ASPIRIN TAB 1T        3.79
CKKWEE MAUI COOKIE 1B       2.99
   SUBTOTAL               12.77

   4.166% TAX              .53
   TOTAL                 13.30

DEBIT          13.30   CHANGE   .00

------------------------------------
     LONGS DRUGS STORE
     1088 BISHOP STREET
     HONOLULU HI 96813
XXXXXXXXXXXXX2520 08/2007  PAD
PURCHASE FROM PRIMARY
02/24/2006 08:58
SEQ#: 6509           AUTH: 594219
DB                   RESP: 00
     00              APPROVED
0020    002   AMOUNT: $  13.30
              00001036 124
------------------------------------
THANK YOU FOR SHOPPING AT LONGS
Live healthy. Live happy. Live Longs.

02) FEBRUARY 24, 2006

---

PREFERRED CUSTOMER

Hakuyosha Hawaii, Inc.
Main Office
730 Sheridan Street
Honolulu, HI 96814
Telephone 947-1113

**CLEAN LIVING**
DRY CLEANERS & LAUNDERERS

Ms-4

**53199**

NAME  Baumann  M.        DATE IN  2/27
PHONE  818-671-6271      DATE OUT  2/27

| | | | |
|---|---|---|---|
| DRESS | | | |
| DRESS 2 PC | Benson | | |
| MUU MUU | | | |
| BLOUSE | pic up | | |
| SLACKS | | | |
| SKIRT | | | |
| SWEATER | | | |
| SHIRT | | | |
| JACKET | | | |
| SUIT - MAN / LADY | | | |
| PANTS | EXP. # | | |
| COAT - OVER / RAIN | DATE: 2/27/06 | | |
| KIMONO | | | |
| LEATHER OR SUEDE | | | |
| DRAPERIES, BEDSPREAD | | | |

ENERGY/WASTE CHARGE: 30¢

Total 65.00

BELT
TOTAL PIECES          TAX
Not responsible for articles left over 30 days.
CLAIMS:                TOTAL

**SPECIAL**

**Please bring this receipt
when you come to pick-up**
White/Plant • Yellow/Office • Pink/Customer

---

AA
May
**53198**

DATE IN  2/27
DATE OUT  2/27

PREFERRED CUSTOMER

**CLEAN LIVING**
DRY CLEANERS & LAUNDERERS

Hakuyosha Hawaii, Inc.
Main Office
730 Sheridan Street
Honolulu, HI 96814
Telephone 947-1113

NAME  Baumann

| DRESS | DRESS 2 PC. | MUU MUU | BLOUSE | SLACKS | SKIRT | SWEATER | SHIRT | JACKET | SUIT - MAN | PANTS | COAT - OVER - RAIN | KIMONO | LEATHER OR SUEDE | DRAPERIES, BEDSPREAD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

EXP. #
DATE:

ENERGY/WASTE CHARGE: 30¢
TAX
TOTAL

**SPECIAL**

**Please bring this receipt
when you come to pick-up**
White/Plant • Yellow/Office • Pink/Customer

BELT
TOTAL PIECES
Not responsible for articles left over 30 days.
CLAIMS:

# Hilton
## Hawaiian Village

2005 Kalia Road • Honolulu, Hawaii 96815
Phone (808) 949-4321 • Fax (808) 951-5458
Reservations
www.hilton.com or 1 800 HILTONS

**Name & Address**

BENSON, SAMANTHA
4210 LATOUR WAY

LA CANADA FLINTRIDGE, CA 91011
US

| | |
|---|---|
| Room | K2134/RRZFP2 |
| Arrival Date | 03/03/06  5:18PM |
| Departure Date | 03/08/06 |
| Adult/Child | 1/0 |
| Room Rate | 249.00 |

RATE PLAN        LV5

HH# 431185488 BLUE
AL:  UA  #00636418838
BONUS AL:          CAR:

CONFIRMATION NUMBER : 3232416150

03/08/06      PAGE     1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 03/03/06 | GUEST ROOM | CKUDO | 9292272 | $249.00 | | |
| 03/03/06 | ROOM TAX | CKUDO | 9292272 | $18.05 | | |
| 03/03/06 | GENERAL EXCISE TAX | CKUDO | 9292272 | $10.36 | | |
| 03/04/06 | IN ROOM MOVIE | LINTR | 9300761 | $11.45 | | |
| 03/04/06 | *TAPA ROOM SERVICE | LINTR | 9300787 | $26.05 | | |
| 03/04/06 | GUEST ROOM | KMURA2 | 9302521 | $249.00 | | |
| 03/04/06 | ROOM TAX | KMURA2 | 9302521 | $18.05 | | |
| 03/04/06 | GENERAL EXCISE TAX | KMURA2 | 9302521 | $10.36 | | |
| 03/05/06 | *TAPA ROOM SERVICE | LINTR | 9306351 | $24.85 | | |
| 03/05/06 | IN ROOM MOVIE | LINTR | 9306420 | $10.41 | | |
| 03/05/06 | *WAIKIKI BEACH ACTIVITY | LINTR | 9307675 | $12.50 | | |
| 03/05/06 | GUEST ROOM | KMURA2 | 9310603 | $249.00 | | |
| 03/05/06 | ROOM TAX | KMURA2 | 9310603 | $18.05 | | |
| 03/05/06 | GENERAL EXCISE TAX | KMURA2 | 9310603 | $10.36 | | |
| 03/06/06 | *RAINBOW LANAI | LINTR | 9318863 | $52.03 | | |
| 03/06/06 | GUEST ROOM | CKUDO | 9320033 | $249.00 | | |
| 03/06/06 | ROOM TAX | CKUDO | 9320033 | $18.05 | | |
| 03/06/06 | GENERAL EXCISE TAX | CKUDO | 9320033 | $10.36 | | |
| 03/07/06 | GUEST ROOM | CKUDO | 9329131 | $249.00 | | |
| 03/07/06 | ROOM TAX | CKUDO | 9329131 | $18.05 | | |
| 03/07/06 | GENERAL EXCISE TAX | CKUDO | 9329131 | $10.36 | | |
| 03/08/06 | *TROPICS BAR | LINTR | 9334048 | $12.56 | | |
| 03/08/06 | VS *9967 | FHAYAK | 9334664 | | $1,536.90 | |
| | BALANCE | | | | | $0.00 |

The Hilton Family

Hilton

CONRAD

DoubleTree

EMBASSY SUITES HOTELS

Hampton

Hilton Garden Inn

Hilton Grand Vacations Club

HOMEWOOD SUITES

USA
Official Sponsor

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|---|
| VS *9967 | | 03/07/06 | 987503 A |

| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
|---|---|---|---|
| BENSON, SAMANTHA | | 005847 | |

| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | PURCHASES & SERVICES |
|---|---|---|

MAHALO FOR CHOOSING THE HILTON HAWAIIAN VILLAGE
BEACH RESORT & SPA. WE LOOK FORWARD TO YOUR
RETURN! VISIT US AT HILTONHAWAIIANVILLAGE.COM FOR
INFORMATION AND RESERVATIONS. ALOHA, AND MAHALO!

TAXES

TIPS & MISC.

TOTAL AMOUNT

PAYMENT DUE UPON RECEIPT

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.



# Hilton
## Hawaiian Village

2005 Kalia Road • Honolulu, Hawaii 96815
Phone (808) 949-4321 • Fax (808) 951-5458
Reservations
www.hilton.com or 1 800 HILTONS

| Name & Address | |
|---|---|

BENSON, SAMANTHA
4210 LATOUR WAY

LA CANADA FLINTRIDGE, CA 91011
US

Room            K2134/RRZFP2
Arrival Date    03/03/06  5:18PM
Departure Date  03/08/06

Adult/Child     1/0
Room Rate       249.00

RATE PLAN         LV5

HH# 431185488 BLUE
AL: UA #00636418838
BONUS AL:         CAR:

CONFIRMATION NUMBER : 3232416150

03/08/06     PAGE    2

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| | *You have earned approximately 16197 HHonors points and approximately 1369 miles with UNITED for this stay. For reservations and to check your point balance, visit hiltonfamily.com.* | | | | | |
| | *Thank you for choosing Hilton! Please visit us at hilton.com to view our best available Net Direct rates, plan a special vacation getaway or select a convenient location for your next business trip.* | | | | | |

The Hilton Family

Hilton

CONRAD

DoubleTree

EMBASSY SUITES HOTELS

Hampton

Hilton Garden Inn

Hilton Grand Vacations Club

HOMEWOOD SUITES

USA OOOOO
Official Sponsor

ACCOUNT NO.
VS *9967

DATE OF CHARGE     FOLIO NO./CHECK NO.
03/07/06           987503 A

CARD MEMBER NAME
BENSON, SAMANTHA

AUTHORIZATION     INITIAL
005847

ESTABLISHMENT NO. & LOCATION     ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

PURCHASES & SERVICES

MAHALO FOR CHOOSING THE HILTON HAWAIIAN VILLAGE
BEACH RESORT & SPA. WE LOOK FORWARD TO YOUR
RETURN! VISIT US AT HILTONHAWAIIANVILLAGE.COM FOR
INFORMATION AND RESERVATIONS. ALOHA, AND MAHALO!

TAXES

TIPS & MISC.

TOTAL AMOUNT

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

PAYMENT DUE UPON RECEIPT



# RESORTQUEST.

## HAWAII

www.resortquesthawaii.com

EXECUTIVE CENTRE HOTEL
WWW.RQEXECUTIVECENTRE.COM
1088 BISHOP STREET
HONOLULU          HI      96813
8085393000

Email: info@resortquesthawaii.com

MS SAMANTHA BENSON
714 11TH ST

HERMOSA BEACH  CA  90254  US

| | |
|---|---|
| Statement Date | Package Plan          1 |
| 03-03-06 | |
| Folio Number | |
| 5527T | 00000607.00 |
| Status/Room No. | |
| CO    3408 | BVM |

| Transaction Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 02-23-06 | R#3408 | ROOM CHARGE | 154.00 | |
| 02-23-06 | TX3408 | ROOM TAX | 11.17 | |
| 02-23-06 | TE3408 | GEN EXCISE TAX - ROOM | 6.42 | |
| 02-24-06 | LACKU | LAUNDRY | 50.00 | |
| 02-24-06 | R#3408 | ROOM CHARGE | 154.00 | |
| 02-24-06 | TX3408 | ROOM TAX | 11.17 | |
| 02-24-06 | TE3408 | GEN EXCISE TAX - ROOM | 6.42 | |
| 02-25-06 | R#3408 | ROOM CHARGE | 154.00 | |
| 02-25-06 | TX3408 | ROOM TAX | 11.17 | |
| 02-25-06 | TE3408 | GEN EXCISE TAX - ROOM | 6.42 | |
| 02-26-06 | IFDYY | IN ROOM FOOD & BEVERAGE | 2.50 | |
| 02-26-06 | TIDYY | GE TAX - F&B IN ROOM | .10 | |
| 02-26-06 | R#3408 | ROOM CHARGE | 154.00 | |
| 02-26-06 | TX3408 | ROOM TAX | 11.17 | |
| 02-26-06 | TE3408 | GEN EXCISE TAX - ROOM | 6.42 | |
| 02-27-06 | R#3408 | ROOM CHARGE | 154.00 | |
| 02-27-06 | TX3408 | ROOM TAX | 11.17 | |
| 02-27-06 | TE3408 | GEN EXCISE TAX - ROOM | 6.42 | |
| 02-28-06 | R#3408 | ROOM CHARGE | 154.00 | |
| 02-28-06 | TX3408 | ROOM TAX | 11.17 | |
| 02-28-06 | TE3408 | GEN EXCISE TAX - ROOM | 6.42 | |
| 03-01-06 | R#3408 | ROOM CHARGE | 154.00 | |
| 03-01-06 | TX3408 | ROOM TAX | 11.17 | |
| 03-01-06 | TE3408 | GEN EXCISE TAX - ROOM | 6.42 | |

CONTINUED ON PAGE  2

FOR RESERVATIONS INFORMATION, PLEASE CALL TOLL FREE: (866) 774-2924
WEBSITE: http://www.resortquesthawaii.com

**BALANCE DUE**

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any or the full amount of these charges.  I also agree that all charges contained in this account are correct and any disputes or request of copies of charges must be made within five days after my departure.

SIGNATURE X

ResortQuest Hawaii, LLC, 2155 Kalakaua Ave., 5th Floor, Honolulu, HI 96815-2398



# RESORTQUEST.
## HAWAII

www.resortquesthawaii.com

EXECUTIVE CENTRE HOTEL
WWW.RQEXECUTIVECENTRE.COM
1088 BISHOP STREET
HONOLULU                    HI    96813
8085393000

Email: info@resortquesthawaii.com

MS SAMANTHA BENSON
714 11TH ST

HERMOSA BEACH  CA  90254  US

| | |
|---|---|
| Statement Date | Package Plan    2 |
| 03-03-06 | |
| Folio Number | |
| 5527T | 00000607.00 |
| Status/Room No. | |
| CO    3408 | BVM |

| Transaction Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 03-02-06 | R#3408 | ROOM CHARGE | 154.00 | |
| 03-02-06 | TX3408 | ROOM TAX | 11.17 | |
| 03-02-06 | TE3408 | GEN EXCISE TAX - ROOM | 6.42 | |
| 03-03-06 | VI1404 | XXXXXXXXXXXX9967 | | 1425.32 |
| | | VISA - PRIOR SALE | | |
| | | Auth:065372Ref:00021973 | | |
| | | Merch#:67272220013 | | |

MAHALO FOR SELECTING RESORTQUEST HAWAII (FORMERLY ASTON HAWAII).

FOR RESERVATIONS INFORMATION, PLEASE CALL TOLL FREE: (866) 774-2924
WEBSITE: http://www.resortquesthawaii.com

**BALANCE DUE**

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any or the full amount of these charges. I also agree that all charges contained in this account are correct and any disputes or request of copies of charges must be made within five days after my departure.

.00

SIGNATURE X_____

ResortQuest Hawaii, LLC, 2155 Kalakaua Ave., 5th Floor, Honolulu, HI 96815-2398

ドライ・クリーニング申し込み用紙

3408

| | | | Room 部屋番号 3408 | Date 日/付 2/24 |

BENSON SAMANTHA

| Item No. 品番 | Guest Count お申し品数 | Our Count 当社調べ数 | Item 品名 | Price 代 金 |
|---|---|---|---|---|
| 1 | 3 | 3 | Pants 紳士用ズボン | $8.00 |
| 1 | | | Slacks 婦人用スラックス | $8.00 |
| 3 | | | Shorts ショートパンツ | $7.50 |
| 7 | | | Blouses ブラウス | $8.00 |
| 7 | 3 | 3 | Shirts シャツ | $8.00 |
| 18 | | | Dresses ドレス, 婦服 | $16.00 |
| 20 | | | Muumuus ムームー | $16.00 |
| 26 | | | Skirts スカート | $8.05 |
| 31 | | | Sweaters セーター | $9.00 |
| 34 | | | Coat / Jacket コート/ジャケット | $9.00 |
| 35 | | | Dinner Jacket ディナー・ジャケット | $10.00 |
| 45 | | | Suits, 2 piece スーツ、ツーピース | $17.00 |
| 47 | | | Vest ベスト | $6.00 |
| 57 | | | Ties ネクタイ | $5.50 |
| | | | Press Only アイロンのみ | 80% |
| | | | Silk or Velvet Items シルク又はベルベット素材 | add 35% |

FEB 24 2006

| Total Prices お預かり品合計 | | Tagged By タッグ担当者 | Invoiced By 請求書担当者 | Sub Total 小 計 | 48.00 |
|---|---|---|---|---|---|
| Special Instructions 特 記 | | ☐ Starch のり | ☐ Fold 折りたたみ | State Tax 州 金 | 2.00 |
| | | | | Total Charge 総合計 | 50.00 |

DEC 2004

Please put any laundry in separate bag and use Laundry List.

水洗いに出す洗濯物はまとめて別の袋に
入れ、ランドリー・リストに書き込んでください



**HAWAII PRINCE HOTEL WAIKIKI**
AND GOLF CLUB

100 HOLOMOANA STREET
HONOLULU, HAWAII 96815
TEL: (808) 956-1111   FAX: (808) 946-0811

| | | |
|---|---|---|
| **GUEST** | Samantha Benson<br>Kirland & Ellis<br>777 S Figueroa Street<br>37th Flr<br>Los Angeles, CA 90017<br>United States<br>Vch/Bkg # | ROOM RATE **1215**<br>NO. PERS. **284.00**<br>FOLIO **1**<br>PAGE **1599219**   A<br>ARRIVE **1**<br>DEPART **21-FEB-06** 13:46<br>PAYMENT **23-FEB-06** 07:42<br>**VM** |

TRAVEL AGENT CHARGE TO

| DATE | REFERENCE | DESCRIPTION | CHARGES · CREDITS |
|---|---|---|---|
| 21-FEB-06 | RT1215 | Room/Package/Taxes | 316.43 |
| 21-FEB-06 | DEPOSIT | Deposit Applied | 295.84- |
| 21-FEB-06 | 00009777 | 8187908712 | 8.74 |
| 22-FEB-06 | RT1215 | Room/Package/Taxes | 316.43 |
| 23-FEB-06 | VM | Visa/Mastercard | 345.76- |

```
            ***For Authorization Purposes Only***
            xxxx79967
            Auth Date   Code    Authorized
            21-FEB-06   081145    250.72
            22-FEB-06   092726     95.04
                    Total-Due             0.00
```

| EXPENSE REPORT SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Room&Tax | Food/Bev | Parking | Telephone | Other | Total | Payment |
| 21-FEB-06 | 272.33 | 0.00 | 0.00 | 8.74 | 44.10 | 325.17 | 295.84- |
| 22-FEB-06 | 272.33 | 0.00 | 0.00 | 0.00 | 44.10 | 316.43 | 0.00 |
| 23-FEB-06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.76- |
| Total | 544.66 | 0.00 | 0.00 | 8.74 | 88.20 | 641.60 | 641.60- |

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

SIGNATURE

| | | | | |
|---|---|---|---|---|
| Samantha Benson | ROOM | DEPART | AGENT | |
| FOLIO 1599219 21-FEB-06 | 1215 | 23-FEB-06 | PRS | |



"Tammy"
<thenek@besttravel.com>
03/07/2006 03:12 PM

To  <sbenson@kirkland.com>

cc

bcc

Subject  benson 3/8 revised etkt

```
60 BIESTERFIELD ROAD                       DIMC2
ELK GROVE VILLAGE IL 60007 847-981-0080    7730      MAR 07 2006ITIN
WWW.BESTTRAVEL.COM                                   PAGE:01

            VIEW YOUR TRIP ONLINE AT HTTP://WWW.VIEWTRIP.COM
BENSON/SAMANTHA                        . APOLLO RES NBR: KOJGN4

KIRKLAND AND ELLIS LLP                 SAMANTHA BENSON
200 EAST RANDOLPH                      KIRKLAND AND ELLIS LLP
CHICAGO IL   60601                     777 S FIRGUEROA ST
                                       LOS ANGELES CA 90017

PLEASE REVIEW FOR ACCURACY. CALL WITHIN 1 BUSINESS DAY IF INCORRECT.
08 MAR 06 - WEDNESDAY
UNITED        82 COACH CLASS
  DEPART TERMINAL- MAIN/CENTRAL                          CONFIRMED
  LV: HONOLULU       205P NONSTOP      BOEING 767-300
  AR: LOS ANGELES    925P
  ARRIVAL TERMINAL- 7
SEAT-11D                       FOOD TO PURCHASE-MOVIE
  FREQ FLYER- UA    00636418838                     MILES 2556

FOR 24HR SERVICE SIMPLY CALL 866-KRK-TRVL
FOR 24HR SERVICE SIMPLY CALL 866-KRK-TRVL
$45 SERVICE FEE TICKET NUMBER 9520852526
**UNITED   LOCATOR:KOJGN4 /E-TICKT NBR:0161548007916 /PRICE $1160.84
ANY CHANGES MAY RESULT IN A HIGHER FARE
FREQUENT FLYER INFORMATION HAS BEEN RECORDED
**********************ELECTRONIC TICKET*************************
PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN
THANK YOU FOR USING BEST TRAVEL

                              SERVICE FEE            45.00
```



YOUNG LAUNDRY #11
1001 BISHOP ST
HONOLULU HI 96813
808 521-2553

D 033791

BENSON S.

ACCT NO          SLSPRSN/EMPLOYEE   LOCATION NO.
6316271

TICKET NUMBER   LOT NO.
033791          D

3/17/06 2:09 PM

3   PANTS-REG
        -BLK
        -BRO
        -CRM
                SUBTOTAL       20.69
        Envrmnt1 Srchg          .52
                TAX           22.22
                BALANCE       22.12

3 PIECES

OUTSIDE PROC# 1

Gmark1 580-3 THU

ORDER WILL BE READY AFTER 4 PM
PLEASE COME AGAIN!
THANK YOU!
**ALL ITEMS
UNCLAIMED AFTER 30
BE DISPOSED OF!**
STORE# 56

---

YOUNG LAUNDRY #11
1001 BISHOP ST
HONOLULU HI 96813
808 521-2553

D 033793

BENSON S.

ACCT NO          SLSPRSN/EMPLOYEE   LOCATION NO.
6316271

TICKET NUMBER   LOT NO.
033793          D

3/17/06 2:06 PM

1   PANTS-REG    -BLK
1   BLOUSE-PLAIN -BLK
3   BLOUSE-PLAIN -WHT
                 -WHT
                 -WHT                6.88
                 -WHT                7.10
                SUBTOTAL       35.28
        Envrmnt1 Srchg         1.06
                TAX            1.47
                BALANCE       37.81
                             37.81

5 PIECES

OUTSIDE PROC# 1

Gmark1 579-5 THU

ORDER WILL BE READY AFTER 4 PM
PLEASE COME AGAIN!
THANK YOU!
**ALL ITEMS
UNCLAIMED AFTER 30
BE DISPOSED OF!**
STORE# 56

---

SALES DRAFT

YOUNG LAUNDRY 511
1001 BISHOP ST STE 170
HONOLULU HI 96813
TERMINAL 247921

18102238049A   0
03/02/06 05:17PM
VS XXXXXXXXXXXX2520
AUTH. TRANS. ID 166062110212029
INVOICE 53013 NO2
AUTH. CODE 596517

SALE TOTAL               $107.49

SAMANTHA BENSON

CUSTOMER COPY



YOUNG LAUNDRY #11
1001 BISHOP ST
HONOLULU HI 96813
808 521-2553

D 033794

BENSON S.                        033794

ACCT NO      STORE/EMPLOYEE   LOCATION NO.
6316271      56/NJ                        TICKET NUMBER   D
DATE/TIME 2:03 PM                         LOT NO.
3/17/06

1 PANTS-REG        —BRO
1 BLOUSE-PLAIN     —BRO           6.88
1 BLOUSE-PLAIN     —WHT           7.10
1 BLOUSE-PLAIN     —BRO,BLU PRINT
1 BLOUSE-PLAIN     —BLU           7.10
  BLOUSE-PLAIN     KNIT
1 BLOUSE-PLAIN     KNIT MSR       8.10
                   —BLK,MSR
                   KNIT,SUBTOTAL  8.10
                   Envrmnt1 Srchg 37.28
                   TOTAL TAX      1.12
                   BALANCE        39.95
                                  39.95

5 PIECES

OUTSIDE PROC#  1

Gmark1 578-5 THU

ORDER WILL BE READY
AFTER 4 PM
PLEASE COME AGAIN!
UNCLAIMED AFTER
30 WILL BE DISPOSED OF!**
**STORE## 56

---

YOUNG LAUNDRY #11
1001 BISHOP ST
HONOLULU HI 96813
808 521-2553

D 033792

BENSON S.                        033792

ACCT NO      STORE/EMPLOYEE   LOCATION NO.
6316271      56/NJ                        TICKET NUMBER   D
DATE/TIME 3:06 PM                         LOT NO.
3/17/06

1 BLOUSE-PLAIN     —WHT           7.10
                   SUBTOTAL       7.10
                   Envrmnt1 Srchg .21
                   TOTAL TAX      7.31
                   BALANCE        7.61
                                  7.61

1 PIECES

OUTSIDE PROC#  1

Gmark1 436-1 THU

ORDER WILL BE READY AFTER 4 PM
THANK YOU!
PLEASE COME AGAIN!
UNCLAIMED AFTER
30 WILL BE DISPOSED OF!**
**STORE## 56

**TheCAB**
738 Kaheka Street, Suite 201
Honolulu, Hawaii 96814
Ph: (808) 943-0000

**Taxi Fare Receipt**

Date: 2-27-06    Time: 11:15
From: ALOHA TOWER
To: 730 SHERIDAN (PT)
Fare: _____    Tip: _____
Total: 21.00  (signature)

For Taxi Control, please call 733-2542

---

# CHARGE COUPON                    657383

DATE 02 / 27 / 06    TIME P/U _____    TO _____
          MONTH DAY YEAR

CHARGE TO _____

FROM _____    TO _____

P.O. NUMBER OR AUTHORIZED BY _____    RECEIVING PARTY _____

AUTHORIZED SIGNATURE X _____    PLEASE PRINT NAME _____

CAB # _____    DRIVER'S NAME _____

| REMARKS | FARE | $ 26 | 00 |
|---|---|---|---|
| | EXTRA | 2 | 00 |
| GRATUITIES MAY BE ADDED IN THE SECTION MARKED "EXTRA" | TOTAL | 28 | 00 |

**TheCAB**
Signature Cab Holdings, Inc.
CALL 422-2222
738 Kaheka St. Suite 201, Honolulu, Hawaii 96814

---

## Taxi Fare Receipt

Date: 3-3-06    Time: _____
From: Office
To: Hotel
Fare: 16·00    Tip: '2·00
Total: 18·00

For Taxi Control, please call 733-2542.

---

## Taxi Fare Receipt

Date: 3/8/06    Time: _____
From: Hotel Hilton
To: Airport
Fare: 33·00    Tip: 5·00
Total: 38·00

For Taxi Control, please call 733-2542.



**3 E A B A A 7 B 2 7 5 1 4 3 D 7 A D 7 C**

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox. Password is expense.

**Expense Report:**  Mileage to and from airport
**Business Purpose:** Mileage to and from airport

| | | | |
|---|---|---|---|
| **Employee Name:** | Samantha R. Benson | **Date Filed:** | 3/13/2006 |
| **Employee ID:** | 17766 | **Report Total:** | $22.25 |
| | | **Firm Paid:** | $0.00 |
| | | **Amount Due Employee:** | $22.25 |

Signature _~Samantha Benson~_____

Date _3/13/06_____

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|---|
| 3/8/2006 | Personal Car Mileage | Home (LaCanada) to LAX and return | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | U.S. (Dollars) | $22.25 | $22.25 |

Attach required receipts and file according to Accounting Instructions for your location.

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.