# EXHIBIT AA

**Berry v. Hawaiian Express**

**Travel, Hotel and Related Expenses for Hearings and Trial for R. Olivia Samad**

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|---|---|---|
| 12/4/2004 - 12/7/2004 | Airfare, Hotel, Meals and related costs re attending the Deposition of Brian Christensen. | $2,255.08 |
| 1/23/2006 - 1/28/2006 | Airfare, Hotel, Meals and related costs re attending and preparing for Trial. | $2,558.47 |
| 1/27/2006 - 1/30/2006 | Airfare, Hotel, Meals and related costs re attending and preparing for Trial. | $154.25 |
| 2/7/2006 | Airfare re attending and preparing for Trial. | $637.37 |
| | **Total** | **$5,605.17** |



C E C F B 2 3 5 7 C F A 4 D E 0 9 A E 7

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox. Password is expense.

**Expense Report:**  Trip to Hawaii re Berry 12/04/04
**Business Purpose:**  Trip to Hawaii re Berry 12/04/04 for Christensen deposition

| | | | |
|---|---|---|---|
| **Employee Name:** | R. O. Samad | **Date Filed:** | 12/17/2004 |
| **Employee ID:** | 25061 | **Report Total:** | $2,255.08 |
| | | **Firm Paid:** | $0.00 |
| | | **Amount Due Employee:** | $2,255.08 |

Signature  *Romana Olivia M Samad*

Date  12/21/04

**Report Remarks:**  Please combine the hotel room rate and taxes as a single entry per day. Change the city location on the Airfare entry to the destination.

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|---|
| | | | Post Confirmation Trust - Corporate Matter, No Third Parties | | | | |
| 12/4/2004 | Airfare | Attend Deposition | 41445-1 | Honolulu, HI | U.S. (Dollars) | $1,152.82 | $1,152.82 |
| | | | Post Confirmation Trust - Corporate Matter, No Third Parties | | | | |
| 12/4/2004 | Car Rental | Attend Deposition | 41445-1 | Honolulu, HI | U.S. (Dollars) | $226.75 | $226.75 |
| | | | Post Confirmation Trust - Corporate Matter, No Third Parties | | | | |
| 12/4/2004 | Hotel | Attend Deposition | 41445-1 | Honolulu, HI | U.S. (Dollars) | $697.00 | $697.00 |
| | | | Post Confirmation Trust - Corporate Matter, No Third Parties | | | | |

Expense Report – Trip to Hawaii re Berry 12/04/04

| Date | Type | Description | | Account | Location | Currency | Amount | Amount |
|------|------|-------------|---|---------|----------|----------|--------|--------|
| 12/4/2004 | Parking | Attend Deposition | | 41445-1 | Honolulu, HI | U.S. (Dollars) | $50.01 | $50.01 |
| 12/4/2004 | Internet Access | Attend Deposition | Post Confirmation Trust - Corporate Matter, No Third Parties | 41445-1 | | U.S. (Dollars) | $25.90 | $25.90 |
| 12/5/2004 | Travel Meal | Travel Meal  Olivia Samad - K&E - Associate | Post Confirmation Trust - Corporate Matter, No Third Parties | 41445-1 | Honolulu, HI | U.S. (Dollars) | $22.77 | $22.77 |
| 12/6/2004 | Hotel | Attend Deposition | Post Confirmation Trust - Corporate Matter, No Third Parties | 41445-1 | Honolulu, HI | U.S. (Dollars) | $199.44 | $199.44 |
| 12/5/2004 | Hotel | Attend Deposition | Post Confirmation Trust - Corporate Matter, No Third Parties | 41445-1 | Honolulu, HI | U.S. (Dollars) | $199.44 | $199.44 |
| 12/4/2004 | Hotel | Attend Deposition | Post Confirmation Trust - Corporate Matter, No Third Parties | 41445-1 | Honolulu, HI | U.S. (Dollars) | $199.44 | $199.44 |
| 12/4/2004 | Travel Meal | Travel Meal  Olivia Samad - K&E - Associate | Post Confirmation Trust - Corporate Matter, No Third Parties | 41445-1 | Honolulu, HI | U.S. (Dollars) | $49.90 | $49.90 |
| 12/4/2004 | Travel Meal | Travel Meal  Olivia Samad - K&E - Associate | Post Confirmation Trust - Corporate Matter, No Third Parties | 41445-1 | Honolulu, HI | U.S. (Dollars) | $6.75 | $6.75 |
| 12/7/2004 | Other | Gas | Post Confirmation Trust - Corporate Matter, No Third Parties | 41445-1 | | U.S. (Dollars) | $13.89 | $13.89 |
| 12/4/2004 | To/From Airport | Attend Deposition | Post Confirmation Trust - Corporate Matter, No Third Parties | 41445-1 | Los Angeles, CA | U.S. (Dollars) | $107.97 | $107.97 |

**Attach required receipts and file according to Accounting Instructions for your location.**

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.



6 B 2 1 A E D 4 D 1 5 E 4 8 5 2 8 B 1 6

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox.
Password is expense.

**Expense Report:** Berry Trial in HI 1/23/06
**Business Purpose:** Trial Expenses in Hawaii

| | | | |
|---|---|---|---|
| **Employee Name:** | R. O. Samad | **Date Filed:** | 1/31/2006 |
| **Employee ID:** | 25061 | **Report Total:** | $2,558.47 |
| | | **Firm Paid:** | $0.00 |
| | | **Amount Due Employee:** | $2,558.47 |

Signature _R. Oliva Samad_

Date _2/2/06_

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|---|
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/23/2006 | Airfare | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $412.71 | $412.71 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/23/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $1,832.15 | $1,832.15 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/23/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $362.08 | $362.08 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/24/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $362.08 | $362.08 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/25/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $362.08 | $362.08 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/26/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $362.08 | $362.08 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |

Expense Report - Berry Trial in HI 1/23/06

| 1/27/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $362.08 | $362.08 |
|---|---|---|---|---|---|---|---|
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/23/2006 | Internet Access | Trial | 41445-6 | | U.S. (Dollars) | $21.75 | $21.75 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/23/2006 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HI | U.S. (Dollars) | $6.55 | $6.55 |
| | | Olivia Samad - K&E - Associate | | | | | |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/25/2006 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HI | U.S. (Dollars) | $31.56 | $31.56 |
| | | Olivia Samad - K&E - Associate | | | | | |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/25/2006 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HI | U.S. (Dollars) | $24.79 | $24.79 |
| | | Olivia Samad - K&E - Associate | | | | | |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/27/2006 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HI | U.S. (Dollars) | $13.71 | $13.71 |
| | | Olivia Samad - K&E - Associate | | | | | |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/23/2006 | To/From Airport | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $28.00 | $28.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/25/2006 | cabfare | Dinner to Hotel | 41445-6 | Honolulu, HI | U.S. (Dollars) | $16.00 | $16.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/25/2006 | cabfare | Hotel to KSG | 41445-6 | Honolulu, HI | U.S. (Dollars) | $20.00 | $20.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/26/2006 | cabfare | Waikiki to KSG | 41445-6 | Honolulu, HI | U.S. (Dollars) | $20.00 | $20.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/27/2006 | cabfare | KSG to Dinner | 41445-6 | Honolulu, | U.S. | $20.00 | $20.00 |

Expense Report - Berry Trial in HI 1/23/06                                    Page 3 of 3

| | | | | HI | (Dollars) | | |
|---|---|---|---|---|---|---|---|
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/28/2006 | To/From Airport | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $40.00 | $40.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/28/2006 | To/From Airport | Trial | 41445-6 | Los Angeles, CA | U.S. (Dollars) | $93.00 | $93.00 |

Attach required receipts and file according to Accounting Instructions for your location.

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.

# Stanford Alumni Association

PLATINUM *plus*
*the new standard*
www.mbnanetaccess.com

| ACCOUNT NUMBER | | |
|---|---|---|
| 5490 9914 6810 6246 | | |
| PAYMENT DUE DATE | NEW BALANCE TOTAL | |
| 02/14/06 | $2,949.88 | |
| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED | |
| $54.00 | | |

DETACH TOP PORTION AND RETURN WITH PAYMENT

CARDHOLDER SINCE 1997

also check
payable to:

MBNA AMERICA
P.O. BOX 15289
WILMINGTON, DE 19886-5289

For account information call 1-800-789-6685

Print change of address or new telephone number below:

Address

City          State      Zip

(   )         (   )
Home phone    Work phone

ROMANA M SAMAD
160 CORSON ST APT 118
PASADENA      CA  91103-385743

17   00294988000054000005490991468106246

| Account Number | Credit Line | Cash or Credit Available | Days in Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|
| 5490 9914 6810 6246 | $36,500.00 | $33,550.12 | 32 | 01/20/06 | $54.00 | 02/14/06 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions   JANUARY 2006 STATEMENT | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|
| | | | | | **PURCHASES AND ADJUSTMENTS** | | |
| 01/14 | 01/12 | 1207 | MC | C | CASUAL CORNER GROUP      LOS ANGELES   CA | 16.28 | |
| 01/14 | 01/12 | 3093 | MC | C | ROSS STORE #366          PASADENA      CA | 37.87 | |
| 01/14 | 01/12 | 1108 | MC | C | CASUAL CORNER GROUP      LOS ANGELES   CA | 74.69 | |
| 01/14 | 01/12 | 0726 | MC | C | MACY S WEST #072         LOS ANGELES   CA | 146.13 | |
| 01/17 | 01/14 | 9874 | MC | C | UNION 76      00041065   BALDWIN PARK  CA | 20.08 | |
| 01/17 | 01/14 | 1031 | MC | C | HOMEGOODS #282           WALNUT        CA | 47.66 | |
| 01/17 | 01/14 | 5284 | MC | C | WAL MART                 DUARTE        CA | 123.81 | |
| 01/17 | 01/15 | 0618 | MC | C | SEPHORA #034-PASADENA    PASADENA      CA | 64.95 | |
| 01/17 | 01/16 | 6350 | MC | C | GRC PROACTIV SOLUTION    800-235-6050  CA MAIL/PHONE | 6.44 | |
| 01/17 | 01/16 | 0187 | MC | C | BRUSHDANCE INC.          SAN RAFAEL    CA | 19.73 | |
| 01/17 | 01/16 | 0038 | MC | C | GRC CORE SECRETS         800-409-1263  IA MAIL/PHONE | 18.30 | |
| 01/19 | 01/17 | 3958 | MC | C | AGNT FEE                 BEST TRAVEL &CA | -45.00 *Kita DC* | |
| | | | | | 01/17 XAA/XAO  ONEWAY | | |
| 01/19 | 01/17 | 8978 | MC | C | UNITED                   LOS ANGELES   CA | 338.72 *Kita DC* | |
| | | | | | 02/18 LAX/IAD  RNDTRP  IAD/LAX | | |
| 01/19 | 01/17 | 3628 | MC | C | HAWAIIAN                 ATLANTA       GA | 407.71 *Berry Trial* | |
| | | | | | 01/23 LAX/HNL  RNDTRP  HNL/LAX | | |
| 01/19 | 01/18 | 0123 | MC | C | TACOMOLE                 LOS ANGELES   CA | 6.85 | |

> **IMPORTANT NEWS**
> GREAT YIELDS ON CD AND MONEY MARKET ACCOUNTS FROM MBNA! CALL 1-800-900-6702,
> M-F, 8 A.M. TO 8 P.M.; SAT 8-5 (EASTERN TIME). MEMBER FDIC.

### SUMMARY OF TRANSACTIONS

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchase and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $1,096.70 | $0.00 | $0.00 | $1,827.82 | $25.36 | $0.00 | $2,949.88 |

**TOTAL MINIMUM PAYMENT DUE**

| | |
|---|---|
| Past Due Amount | $0.00 |
| Current Payment | $54.00 |
| Total Minimum Payment Due | $54.00 |

### FINANCE CHARGE SCHEDULE

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.049972% DLY* | 18.24% | $0.00 |
| B. ATM, BANK | 0.069150% DLY* | 25.24% | $0.00 |
| C. PURCHASES | 0.049972% DLY* | 18.24% | $1,585.89 |

**FOR THIS BILLING PERIOD:**
**ANNUAL PERCENTAGE RATE** .......... 18.24%

*(Includes Periodic Rate and Transaction Fee Finance Charges.)*

* Periodic Rate May Vary

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**

- For Customer Satisfaction and up to the minute automated information including, balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call 1-800-789-6685.
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: MBNA AMERICA, P.O. BOX 15289, WILMINGTON, DE 19886-5289.
- Billing rights are preserved only by written inquiry. Mail billing inquiries, using form on the back, and other inquiries to: MBNA AMERICA, P.O. BOX 15026, WILMINGTON, DE 19850-5026.

789  51P Y OWM 1307 0300 00

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.      USE011   5490 9914 6810 6246      PAGE 2 OF 3

# Stanford Alumni Association

PLATINUM PLUS®
*the new standard*

www.mbnanetaccess.com

| ACCOUNT NUMBER |
|---|
| 5490 9914 6810 6246 |

| PAYMENT DUE DATE | NEW BALANCE TOTAL |
|---|---|
| 02/14/06 | $2,949.88 |

| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
|---|---|
| $54.00 | |

*DETACH TOP PORTION AND RETURN WITH PAYMENT*

CARDHOLDER SINCE
1997

make check
payable to

MBNA AMERICA
P.O. BOX 15289
WILMINGTON, DE 19886-5289

For account information call 1-800-789-6685

Print change of address or new telephone number below

Address

City                          State        Zip
( )                           ( )
Home phone                    Work phone

ROMANA M SAMAD
160 CORSON ST APT 118
PASADENA    CA  91103-385743

17    0029498800005400000549099146810 6246

| Account Number | Credit Line | Cash or Credit Available | Days in Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|
| 5490 9914 6810 6246 | $36,500.00 | $33,550.12 | 32 | 01/20/06 | $54.00 | 02/14/06 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions JANUARY 2006 STATEMENT | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|

**PURCHASES AND ADJUSTMENTS**

| 01/19 | 01/18 | 5097 | MC | C | EXPEDIA SERVICE FEES | 800-367-3476 NV | 5.00 Berry Trial |
| 01/19 | 01/18 | 0119 | MC | C | BEAUTY INSTITUTE I | LOS ANGELES CA | 70.00 |

TOTAL FOR BILLING CYCLE FROM 12/20/2005 THROUGH 01/20/2006    $1,827.82    $0.00

STANFORD MILES
1,875 MONTHLY
61,428 AVAILABLE

| IMPORTANT NEWS |
|---|

## SUMMARY OF TRANSACTIONS

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $1,096.70 | $0.00 | $0.00 | $1,827.82 | $25.36 | $0.00 | $2,949.88 |

**TOTAL MINIMUM PAYMENT DUE**

| Past Due Amount | $0.00 |
|---|---|
| Current Payment | $54.00 |
| Total Minimum Payment Due | $54.00 |

## FINANCE CHARGE SCHEDULE

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.049972% DLY* | 18.24% | $0.00 |
| B. ATM, BANK | 0.069150% DLY* | 25.24% | $0.00 |
| C. PURCHASES | 0.049972% DLY* | 18.24% | $1,585.89 |

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**

- For Customer Satisfaction and up to the minute automated information including balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call 1-800-789-6685.
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: MBNA AMERICA, P.O. BOX 15289, WILMINGTON, DE 19886-5289.
- Billing rights are preserved only by written inquiry. Mail billing inquiries, using form on the back, and other inquiries to: MBNA AMERICA, P.O. BOX 15026, WILMINGTON, DE 19850-5026.

**FOR THIS BILLING PERIOD:**
**ANNUAL PERCENTAGE RATE** .......... 18.24%

*(includes Periodic Rate and Transaction Fee Finance Charges.)*

* Periodic Rate May Vary

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

USE011    5490 9914 6810 6246

789  51P Y  OWM 1307 0300 00

PAGE 3 OF 3

Page 1 of 2



*Olivia Berry*

# Honolulu, Oahu, HI

**.Expedia.com.**

---

**Flight:** Los Angeles to Honolulu                                    back to top

Expedia.com itinerary number: 115132007210          **Main contact:** ROMANA M. Olivia SAMAD
Expedia.com booking ID: 4J6B69 (1)                   E-mail: olivia.samad@stanfordalumni.org
Airline ticket number(s): E1731292764076             Home phone: (626) 922 9281
Airline ticketing date: 17-Jan-06                    Work phone:  (213) 680 8400  Ext: 8248
Hawaiian Airlines confirmation code: LHRBKV

## Traveler and cost summary

| ROMANA SAMAD | Adult | Requested: Halal | | $373.90 |
|---|---|---|---|---|
| | | Add Frequent Flyer number(s) | | |
| | | | Taxes & Fees | $33.81 |
| | | | Booking Fee | $5.00 |
| | | | Total (MasterCard) | **$412.71** |

Change this ticket   Print a receipt   View cancellation information

## Flight summary

To verify flight information, you can check your flight status and departure gate online, or contact the airline directly. Seat assignments, meal preferences, and special requests must be confirmed with the airline; we cannot guarantee that they will be honored.

**Mon 23-Jan-06**                                                        **Web Fare**

| Los Angeles (LAX) | to | Honolulu (HNL) | 2553 mi | ● **HAWAIIAN** | |
| Depart 10:15 am | | Arrive 2:10 pm | (4109 km) | ——AIRLINES—— | |
| Terminal 2 | | Terminal Z | Duration: 5hr 55mn | Flight: 3 | |

Economy/Coach Class ( 28A ), Lunch, Boeing 767-300

Total distance: 2553 mi (4109 km)                              Total duration: 5hr 55mn

**Wed 1-Feb-06**                                                         **Web Fare**

| Honolulu (HNL) | to | Los Angeles (LAX) | 2553 mi | ● **HAWAIIAN** | |
| Depart 1:50 pm | | Arrive 9:00 pm | (4109 km) | ——AIRLINES—— | |
| Terminal Z | | Terminal 2 | Duration: 5hr 10mn | Flight: 2 | |

Economy/Coach Class ( 27J ), Dinner, Boeing 767-300

Total distance: 2553 mi (4109 km)                              Total duration: 5hr 10mn

## Airline rules & regulations

- Tickets are nonrefundable.
- In addition to any penalties imposed by the airline, a processing fee of up to $30.00 **per ticket** will be charged by Expedia for any changes you make to the flights in this itinerary. This fee is waived for changes made online. ⓘ More info
- Tickets are nontransferable and name changes are not allowed.
- This price includes a nonrefundable $5.00 booking fee.
- Please read important information regarding airline liability limitations.
- Other penalties may apply.
- See an overview of all the rules and restrictions applicable for this fare.
- View the complete penalty rules for changes and cancellations associated with this fare.

---

**Customer Support**

**Itinerary number: 115132007210**

If you have questions about your reservation, fill out our itinerary assistance form. We'll respond within 24 hours: For immediate assistance call Expedia.com at 1-800-EXPEDIA or 1-404-728-8787 and have the itinerary number ready.



**THE ROYAL HAWAIIAN**
*Waikiki*

Royal Hawaiian Hotel
2259 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808 923-7311 Fax: 808 931-7098

| G U E S T | | | | T R A V E L  A G E N T |
|---|---|---|---|---|
| | ROOM | | | Best Travel & Tours Inc |
| | RATE | 3006 | | 60 Biesterfield RD |
| Ms Romana Samad | NO. PERS. | 325.00 | | |
| Kirkland And Ellis/sp | FOLIO | 1 | | C H A R G E  T O |
| 1901 W. Farlington St. | PAGE | 4542539     A | | Elk Grove Vill, IL 60007 |
| West Covina, CA 91790 | ARRIVE | 1 | | |
| United States | DEPART | 23-JAN-06     23:24 | | |
| | PAYMENT | 28-JAN-06     12:49 | | |
| Vch/Pkg # | | VM | | |

| DATE | REFERENCE | DESCRIPTION | | DEBIT/CREDIT |
|---|---|---|---|---|
| 23-JAN-06 | RT3006 | Room | SPG | 325.00 |
| 23-JAN-06 | RT3006 | General Excise Tax-4.16% | | 13.52 |
| 23-JAN-06 | RT3006 | Occupancy Tax-7.25% | | 23.56 |
| 24-JAN-06 | RT3006 | Room | SPG | 325.00 |
| 24-JAN-06 | RT3006 | General Excise Tax-4.16% | | 13.52 |
| 24-JAN-06 | RT3006 | Occupancy Tax-7.25% | | 23.56 |
| 25-JAN-06 | RT3006 | Room | SPG | 325.00 |
| 25-JAN-06 | RT3006 | General Excise Tax-4.16% | | 13.52 |
| 25-JAN-06 | RT3006 | Occupancy Tax-7.25% | | 23.56 |
| 26-JAN-06 | RT3006 | Room | SPG | 325.00 |
| 26-JAN-06 | RT3006 | General Excise Tax-4.16% | | 13.52 |
| 26-JAN-06 | RT3006 | Occupancy Tax-7.25% | | 23.56 |
| 27-JAN-06 | RT3006 | Room | SPG | 325.00 |
| 27-JAN-06 | RT3006 | General Excise Tax-4.16% | | 13.52 |
| 27-JAN-06 | RT3006 | Occupancy Tax-7.25% | | 23.56 |
| 28-JAN-06 | 215351690     1 | Surf Room | | 21.75 |
| 28-JAN-06 | VM | Visa/MasterCard | | 1832.15- |

```
***For Authorization Purposes Only***
xxxx06246
Auth Date    Code    Authorized
23-JAN-06    035024    3000.00
```

| | | | | |
|---|---|---|---|---|
| | | Total Charges | | 1832.15 |
| | | Total Credits | | 1832.15- |
| | | Balance Due | | 0.00 |

** continued on the next page **

| | | | | |
|---|---|---|---|---|
| Ms Romana Samad | | ROOM | DEPART | AGENT |
| FOLIO   4542539   23-JAN-06 | | 3006 | 28-JAN-06 | BESTWAY |

SIGNATURE

I AGREE TO REMAIN PERSONALLY LIABLE FOR THE PAYMENT OF THIS ACCOUNT IF
THE CORPORATION, OR OTHER THIRD PARTY BILLED, FAILS TO PAY ALL OR PART OF
THESE CHARGES.



SHERATON ACTS AS AGENT FOR KYO-YA HOTELS & RESORTS LP. DBA THE ROYAL HAWAIIAN



**THE ROYAL HAWAIIAN**
*Waikiki*

Royal Hawaiian Hotel
2259 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808 923-7311 Fax: 808 931-7098

| | | |
|---|---|---|
| **G** | ROOM | |
| **U** | RATE | 3006 |
| **E** | NO. PERS. | 325.00 |
| **S** | FOLIO | 1 |
| **T** | PAGE | 4542539    A |
| | ARRIVE | 2 |
| | DEPART | 23-JAN-06    23:24 |
| | PAYMENT | 28-JAN-06    12:49 |

Ms Romana Samad
Kirkland And Ellis/sp
1901 W. Farlington St.
West Covina, CA 91790
United States

Vch/Bkg #

**T R A V E L**
**A G E N T**
Best Travel & Tours Inc
60 Biesterfield RD
Elk Grove Vill, IL 60007

**C H A R G E   T O**

| DATE | REFERENCE | DESCRIPTION | DEBIT/CREDIT |
|---|---|---|---|

EXPENSE REPORT SUMMARY

| Date | Room Rev | Room Tx | Food | Bev | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 23-JAN-06 | 325.00 | 37.08 | 0.00 | 0.00 | 0.00 | 362.08 | 0.00 |
| 24-JAN-06 | 325.00 | 37.08 | 0.00 | 0.00 | 0.00 | 362.08 | 0.00 |
| 25-JAN-06 | 325.00 | 37.08 | 0.00 | 0.00 | 0.00 | 362.08 | 0.00 |
| 26-JAN-06 | 325.00 | 37.08 | 0.00 | 0.00 | 0.00 | 362.08 | 0.00 |
| 27-JAN-06 | 325.00 | 37.08 | 0.00 | 0.00 | 0.00 | 362.08 | 0.00 |
| 28-JAN-06 | 0.00 | 0.00 | 18.00 | 0.00 | 3.75 | 21.75 | 1832.15- |
| Total | 1625.00 | 185.40 | 18.00 | 0.00 | 3.75 | 1832.15 | 1832.15- |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest you have earned at least 3286
Starpoints for this visit C717281031.

| Ms Romana Samad | | ROOM | DEPART | AGENT | |
|---|---|---|---|---|---|
| FOLIO  4542539  23-JAN-06 | | 3006 | 28-JAN-06 | RHEPWY |  |

I AGREE TO REMAIN PERSONALLY LIABLE FOR THE PAYMENT OF THIS ACCOUNT IF
THE CORPORATION, OR OTHER THIRD PARTY BILLED, FAILS TO PAY ALL OR PART OF
THESE CHARGES.

SIGNATURE

SHERATON ACTS AS AGENT FOR KYO-YA HOTELS & RESORTS LP, DBA THE ROYAL HAWAIIAN

BISHOP STREET CAFE
725 BISHOP STREET
HONOLULU, HAWAII 96813
(808) 537-6951
#200016521

## Sale

Server: 1
ID: 16521328          Ref #:  0008
01/27/06                  13:35:45
Batch #: 713

MASTERCARD

6246

Appr Code: 045192   Inv#: 000008

Amount:                $ 13.71

Tip:

Total:

(lunch)

Customer Copy

---

BIG CITY DINER
HONOLULU
3565 WAIALAE #3
HONOLULU, HI 96816
808-738-8855

EMP: SHERLYNN A              MASTERCRD
Date 01/25/06                Time 22:44
Table  15
194334
-----------------------------------
Card Holder  SAMAD/ROMANA M
Card Number  ***********06246      **/**
Auth-Code..  045858       Ctrl: 34585
-----------------------------------

Amount..        20.79

Tip....          1.00

Total          $24.79

X_____
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

*** Customer Copy ***

---

HMSHOST
BURGER KING AS4
HONOLULU INT'L AIRPORT

9124 Cynthia
------------------------------------
CHK 7800 JAN23'06  2:11PM


1 CMB WHP JR     R      6.29
   FRENCH FRIES   R
   SODA FTN ZH

  SUBTOTAL            6.29
  TAX                 0.26
  AMOUNT PAID         6.55
  CASH               20.00
  CHANGE DUE         13.45

Your order number is: 7800

Bench Trial
O. Samad

64

O. Samad
Berry Trial

**Taxi Receipt**

Date 01-23-06 Cab No. 16
From _____ To _____
Fare _____ Lugg. _____ Tip _____
Total 28⁰⁰ Driver: Uhhan
**Thankyou calls again!**

YWCA OF OAHU
CAFE LANIAKEA RESTAURANT
1040 RICHARDS STREET
HONOLULU, HAWAII 96813
(808)-524-8789

MERCHANT : 1000 000010133645 051
REF NO. : 138 015 00000012135866
DATE : 01/25/06  13:51
ACCT NO. : XXXXXXXXXXXX6246
TYPE : MASTERCARD
CUSTOMER : ROMANA SAMAD
AUTH NO. : 045085 MPLXBDIBB
SERVER : 0007

SALE        $    26.56

TIP         $     5.00

TOTAL       $    31.56

Romana Olivia M Samad
SIGNATURE

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

TAXIFARE RECEIPT

Date 1/25/06
Time 9:40am
From Hotel
To KSG
Fare $ 17.00
Tip 3.00
Luggage $
TOTAL $ 20.00
Co.
Driver
Ph.

TAXIFARE RECEIPT

Date 1/25/06
Time 11pm
From Diner
To Hotel
Fare $ 14
Tip 2
Luggage $
TOTAL $ 16.00
Co.
Driver
Ph.

800-521-8294
www.taxi4u.com
INDEPENDENT
TAXI COMPANY
Driver's Owned & Operated
Since 1977

Date 1/__/__ am Cab# 20.00
Driver
From Waik
To KSG
For Inquiries, Complaints or Lost Items Please Call: 323-666-0040
Driver May Request Payment or Deposit in Advance

TAXIFARE RECEIPT

Date 1/27/06
Time 9pm
From KSG/Diner
To Hotel
Fare $ 18.00
Tip 2
Luggage $
TOTAL $ 20.00
Co.
Driver
Ph.

O. Samad
Berry
Trial

**TAXIFARE RECEIPT**

Date 1/28/06

Time 12 noon

From Waikiki

To Airport

Fare $ 36.00

Tip 2.00

Luggage $ 2.00

TOTAL $ 40.00

Co.

Driver

Ph.

Cab# _____ Date 1/20/06 Time 11:45am

Meter $ 90.00 Extras $ _____ Total $ 93.00

From

To

Driver

Acct.#

Passenger

LAX
BELL CAB



B 1 D 3 C 3 4 2 4 4 7 A 4 1 8 B 9 C B 7

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox.
Password is expense.

**Expense Report:**   Additional expenses re Berry Trial
**Business Purpose:**  Additional expenses re Berry Trial

| | | | |
|---|---|---|---|
| **Employee Name:** R. O. Samad | **Date Filed:** | 2/14/2006 |
| **Employee ID:** 25061 | **Report Total:** | $154.25 |
| | **Firm Paid:** | $0.00 |
| | **Amount Due Employee:** | $154.25 |

Signature _Romana Olivia M Samad_

Date _2/14/06_

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|---|
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/27/2006 | Airfare | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $150.00 | $150.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/30/2006 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HI | U.S. (Dollars) | $4.25 | $4.25 |
| | | R. Samad - K&E - Associate | | | | | |

Attach required receipts and file according to Accounting Instructions for your location.

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.

MBNA Net Access: Account Snapshot



My Accounts | My Profile | Help | Contact Us

**My Accounts:** Platinum Plus MasterCard ending in 6246 



mbn

Snapshot    Statements    Pay Bills    Offers    Account Services

Platinum Plus MasterCard ending in 6246
ROMANA M SAMAD

Quick Links | Transfer Balances

As of February 14, 2006 20:41 EST

| | | |
|---|---|---|
| **Cash or Credit Available:** | $33,277.17 | |
| Current Balance: | $3,143.49 | |
| Temporary Authorizations: ⓘ | $79 (rounded) | |
| Credit Line: | $36,500.00 | |
| | | |
| **Total Minimum Payment:** | $0.00 due 02/14/2006 | |
| Past Due Amount: | $0.00 | |
| Last Statement Balance: | $2,949.88 as of 01/20/2006 | |
| Last Payment Posted: | $2,949.88 on 02/10/2006 | |

Shop online with confide

Use a temporary account
secure your online purcha:
here to go to ShopSafe no

**Points Available:** ⓘ    61,428 Platinum Plus Miles[sm]
Click to view my rewards account

### Recent Activity

Next Statement Closing Date: Februa

| Posting Date ⓘ | Transaction Date ⓘ | Ref # | Card Type | Category | Transactions | Charges |
|---|---|---|---|---|---|---|
| | | | | | ***** POSTED TRANSACTIONS ***** | |
| 01/23/2006 | 01/20/2006 | 9733 | MC | C | CALIFORNIA PIZZA 121 - LOS ANGELES CA | $70.71 |
| 01/23/2006 | 01/21/2006 | 6468 | MC | C | SUPERCUTS - SOUTH PASADEN CA | $18.00 |
| 01/26/2006 | 01/25/2006 | 0151 | MC | C | CAFE LANIAKEA RESTAURA - HONOLULU HI | $31.56 |
| 01/27/2006 | 01/25/2006 | 1201 | MC | C | BIG CITY DINER INC - HONOLULU HI | $24.79 |
| 01/27/2006 | 01/26/2006 | 1210 | MC | C | T-MOBILE RH6 - 800-937-8997 WA | $168.32 |
| 01/28/2006 | 01/27/2006 | 0087 | MC | C | BISHOP STREET CAFE - 808-5376951 HI | $13.71 |
| 01/30/2006 | 01/27/2006 | 5441 | MC | C | HAWAIIAN - HONOLULU HI | $150.00 |
| 01/30/2006 | 01/29/2006 | 0818 | MC | C | SHERATON HOTEL RYL HWN - HONOLULU HI | $4.25 |
| 01/30/2006 | 01/29/2006 | 0156 | MC | C | SHERATON HOTEL RYL HWN - HONOLULU HI | $1,832.15 |
| 01/31/2006 | 01/29/2006 | 0025 | MC | C | ROSS STORE #469 - MONROVIA CA | $16.23 |
| 01/31/2006 | 01/29/2006 | 2400 | MC | C | WAL MART - DUARTE CA | $21.04 |
| 02/02/2006 | 01/31/2006 | 7576 | MC | C | CALIFORNIA ROLL & SUSH - LOS ANGELES CA | $27.00 |
| 02/02/2006 | 02/01/2006 | 3321 | MC | C | GOLDS GYM DOWNTOWN LA - LOS ANGELES CA | $27.00 |
| 02/02/2006 | 02/01/2006 | 0079 | MC | C | BEAUTY INSTITUTE I - LOS ANGELES CA | $85.00 |
| 02/03/2006 | 02/02/2006 | 5842 | MC | C | T-MOBILE RH6 - 800-937-8997 WA | $38.38 |
| 02/04/2006 | | 6592 | MC | | ROSS STORE #366 - PASADENA CA | |
| 02/04/2006 | 02/03/2006 | 9286 | MC | C | TARGET 00008839 - PASADENA CA | $25.00 |
| 02/04/2006 | 02/03/2006 | 9106 | MC | C | SAV-ON DRUGS #9668 - PASADENA CA | $44.32 |

*(handwritten annotations:)* no receipt - standard penalty fee".
flight change fee - Berry
add'l charge Berry



**THE ROYAL HAWAIIAN**
Waikiki

Royal Hawaiian Hotel
2259 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808 923-7311 Fax: 808 931-7098

| | | |
|---|---|---|
| **G U E S T** | Ms Romana Samad<br>Kirkland And Ellis/sp<br>1901 W. Farlington St.<br>West Covina, CA 91790<br>United States | **ROOM RATE** 3006<br>**NO. PERS.** 325.00<br>**FOLIO** 1<br>**PAGE** 4542539    A<br>**ARRIVE** 1<br>**DEPART** 23-JAN-06   23:24<br>**PAYMENT** 28-JAN-06   12:49<br>VM |

**T R A V E L**   **A G E N T**   Best Travel & Tours Inc
60 Biesterfield RD
Elk Grove Vill, IL 60007

**C H A R G E   T O**

Vch/Bkg #

| DATE | REFERENCE | DESCRIPTION | DEBIT/CREDIT |
|---|---|---|---|
| 23-JAN-06 | RT3006 | Room                    SPG | 325.00 |
| 23-JAN-06 | RT3006 | General Excise Tax-4.16% | 13.52 |
| 23-JAN-06 | RT3006 | Occupancy Tax-7.25% | 23.56 |
| 24-JAN-06 | RT3006 | Room                    SPG | 325.00 |
| 24-JAN-06 | RT3006 | General Excise Tax-4.16% | 13.52 |
| 24-JAN-06 | RT3006 | Occupancy Tax-7.25% | 23.56 |
| 25-JAN-06 | RT3006 | Room                    SPG | 325.00 |
| 25-JAN-06 | RT3006 | General Excise Tax-4.16% | 13.52 |
| 25-JAN-06 | RT3006 | Occupancy Tax-7.25% | 23.56 |
| 26-JAN-06 | RT3006 | Room                    SPG | 325.00 |
| 26-JAN-06 | RT3006 | General Excise Tax-4.16% | 13.52 |
| 26-JAN-06 | RT3006 | Occupancy Tax-7.25% | 23.56 |
| 27-JAN-06 | RT3006 | Room                    SPG | 325.00 |
| 27-JAN-06 | RT3006 | General Excise Tax-4.16% | 13.52 |
| 27-JAN-06 | RT3006 | Occupancy Tax-7.25% | 23.56 |
| 28-JAN-06 | 215351690    1 | Surf Room | 21.75 |
| 28-JAN-06 | VM | Visa/MasterCard | 1832.15- |

***For Authorization Purposes Only***
xxxx06246
Auth Date    Code    Authorized
23-JAN-06   035024       3000.00

| | | | |
|---|---|---|---|
| | 28-JAN-06 | 3006 | InRm Bottle Water Sales | 4.08 |
| | 28-JAN-06 | 3006 | InRm Amenity Tax | 0.17 |
| | 28-JAN-06 | VM | Visa/MasterCard | 4.25- |

This charge was received after
you had checked out of the hotel

***For Authorization Purposes Only***
xxxx06246
Auth Date    Code    Authorized
28-JAN-06   035673       4.25

** continued on the next page **

ROYAL HAWAIIAN HOTEL
CHARGE
GSA  14

Ms Romana Samad
FOLIO  4542539   23-JAN-06
*Signature on file*
SIGNATURE

ROOM       DEPART       AGENT
3006       28-JAN-06    RHFDWY

I AGREE TO REMAIN PERSONALLY LIABLE FOR THE PAYMENT OF THIS ACCOUNT IF
THE CORPORATION, OR OTHER THIRD PARTY BILLED, FAILS TO PAY ALL OR PART OF
THESE CHARGES.

**Sheraton**

SHERATON ACTS AS AGENT FOR KYO-YA HOTELS & RESORTS LP. DBA THE ROYAL HAWAIIAN





061A8435D46A4805A500

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox.
Password is expense.

**Expense Report:** New Berry Trial - Airfare
**Business Purpose:** New Berry Trial - Airfare

| | | |
|---|---|---|
| **Employee Name:** R. O. Samad | **Date Filed:** | 2/14/2006 |
| **Employee ID:** 25061 | **Report Total:** | $637.37 |
| | **Firm Paid:** | $0.00 |
| | **Amount Due Employee:** | $637.37 |

Signature _Romana Olivia M Samad_

Date _2/14/06_

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|---|
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/7/2006 | Airfare | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $637.37 | $637.37 |

Attach required receipts and file according to Accounting Instructions for your location.

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.



&lt;mjones@besttravel.com&gt;
02/07/2006 11:27 AM

To &lt;osamad@kirkland.com&gt;

cc &lt;bcarrera@kirkland.com&gt;

bcc

Subject Honolulu Itinerary 23FEB-12MAR / ETKT CONFIRMATION

```
   60 BIESTERFIELD ROAD                    DIMK4
   ELK GROVE VILLAGE IL 60007 847-981-0080  7730    FEB 07 2006ITIN
   WWW.BESTTRAVEL.COM                               PAGE:01

                  VIEW YOUR TRIP ONLINE AT HTTP://WWW.VIEWTRIP.COM
   SAMAD/ROMANA M                          APOLLO RES NBR: NGSKQA

   KIRKLAND AND ELLIS LLP                  ROMANA SAMAD
   200 EAST RANDOLPH                       777 S. FIGUEROA STREET
   CHICAGO IL   60601                      35
                                           LOS ANGELES CA 90017

  PLEASE REVIEW FOR ACCURACY. CALL WITHIN 1 BUSINESS DAY IF INCORRECT.
  23 FEB 06 - THURSDAY
  UNITED       81 COACH CLASS                           CONFIRMED
   DEPART TERMINAL- 7
   LV: LOS ANGELES      840A NONSTOP      BOEING 767-300
   AR: HONOLULU         1247P
   ARRIVAL TERMINAL- MAIN/CENTRAL
  SEAT-11J                     FOOD TO PURCHASE-MOVIE       MILES 2556
   FREQ FLYER- UA 00993299430

  12 MAR 06 - SUNDAY
  UNITED       82 COACH CLASS                           CONFIRMED
   DEPART TERMINAL- MAIN/CENTRAL
   LV: HONOLULU         205P NONSTOP      BOEING 767-300
   AR: LOS ANGELES      925P
   ARRIVAL TERMINAL- 7
  SEAT-12A                     FOOD TO PURCHASE-MOVIE       MILES 2556
   FREQ FLYER- UA 00993299430

  FOR 24HR SERVICE SIMPLY CALL 866-KRK-TRVL
  *****UNITED LOCATOR: NGSKQA /TICKET: 1548007876 /PRICE: $637.37
  TOTAL ADD COLLECT ON EXCHANGED TICKET: $399.25
  NON-REFUNDABLE TICKET IS VALID TO EXCHANGE FOR 1YR IF CANCELLED PRIOR
  TO FLIGHT TIME/DATE FOR A FEE UP TO $125 AND CURRENT FARE DIFFERENCE
  ANY CHANGES MAY RESULT IN A HIGHER FARE
  FREQUENT FLYER INFORMATION HAS BEEN RECORDED
  THIS IS A 14 DAY ADVANCE PURCHASE FARE
  NON-REUSABLE IF NOT CANCELLED OR CHANGED PRIOR TO DEPARTURE DATE/TIME
  ********************ELECTRONIC TICKET*************************
  PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN
  THANK YOU FOR USING BEST TRAVEL
```