# EXHIBIT BB

**Berry v. Hawaiian Express**
**Travel, Hotel and Related Expenses for Hearings and Trial for Eric Liebeler**

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|---|---|---|
| 6/30/2004 - 7/2/2004 | Airfare, Hotel, Meals and related costs re attending the Deposition of Wayne Berry. | $2,743.24 |
| 7/8/2004 - 7/9/2004 | Airfare, Hotel, Meals and related costs re attending the Court Hearing in Delaware re Wayne Berry. | $2,386.04 |
| 7/12/2004 - 7/17/2004 | Airfare, Hotel, Meals and related costs re Court Hearing in Hawaii. | $2,943.94 |
| 8/27/2004 - 8/31/2004 | Airfare, Hotel, Meals and related costs re Court Hearing in Hawaii. | $2,771.53 |
| 9/25/2004 - 9/29/2004 | Airfare, Hotel, Meals and related costs re Court Hearing in Hawaii. | $2,499.13 |
| 5/17/2005 - 5/20/2005 | Airfare, Hotel, Meals and related costs re Depositions in Hawaii. | $2,667.71 |
| 6/17/2005 - 6/21/2005 | Airfare, Hotel, Meals and related costs re attending the Hearing re Motion for Summary Judgment. | $2,471.39 |
| 10/9/2005 - 10/11/2005 | Airfare, Hotel, Meals and related costs re attending the Hearing re Court Hearing in Hawaii. | $2,800.76 |
| 12/11/2005 - 12/12/2005 | Airfare, Hotel, Meals and related costs re attending the Hearing re Court Hearing in Hawaii. | $2,081.44 |
| 1/19/2006 - 1/28/2006 | Airfare, Hotel, Meals and related costs re attending and preparing for Trial. | $4,439.68 |
| | **Total** | **$16,960.11** |



F 7 3 B 3 0 F D 4 D C 9 4 E A 2 B A 8 B

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox. Password is expense.

**Expense Report:** Fleming/Berry Deposition
**Business Purpose:** Fleming/Berry Deposition (6/29-7/1)

| | | | |
|---|---|---|---|
| **Employee Name:** | Eric C. Liebeler | **Date Filed:** | 7/2/2004 |
| **Employee ID:** | 5247 | **Report Total:** | $2,743.24 |
| | | **Firm Paid:** | $0.00 |
| | | **Amount Due Employee:** | $2,743.24 |

Signature _____

Date _____7/2/04_____

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|---|
| | | | The Fleming Company - Relief from Stay | | | | |
| 6/23/2004 | Airfare | Attend Deposition | 40575-25 | Los Angeles, CA | U.S. (Dollars) | $1,524.48 | $1,524.48 |
| | | | The Fleming Company - Relief from Stay | | | | |
| 7/1/2004 | Car Rental | Attend Deposition | 40575-25 | Honolulu, HI | U.S. (Dollars) | $143.29 | $143.29 |
| 7/1/2004 | Hotel | Attend Deposition | Office | Honolulu, HI | U.S. (Dollars) | $799.98 | $799.98 |
| 6/29/2004 | Hotel | Attend Deposition | Office | Honolulu, HI | U.S. (Dollars) | $399.99 | $399.99 |
| 6/30/2004 | Hotel | Attend Deposition | Office | Honolulu, HI | U.S. (Dollars) | $399.99 | $399.99 |
| | | | The Fleming Company - Relief from Stay | | | | |

Expense Report - Fleming/Berry Deposition

| Date | Type | Description | Account | Location | Currency | Amount | Total |
|---|---|---|---|---|---|---|---|
| 6/30/2004 | Travel Meal | Travel Meal<br><br>E. Liebeler - K&E - Los Angeles - Partner | 40575-25 | Honolulu, HI | U.S. (Dollars) | $50.00 | $50.00 |
| 6/30/2004 | Internet Access | Attend Deposition<br><br>The Fleming Company - Relief from Stay | 40575-25 | | U.S. (Dollars) | $15.63 | $15.63 |
| 6/30/2004 | Telephone While Traveling | Attend Deposition<br><br>The Fleming Company - Relief from Stay | 40575-25 | | U.S. (Dollars) | $104.86 | $104.86 |
| 6/30/2004 | Parking | Attend Deposition<br><br>The Fleming Company - Relief from Stay | 40575-25 | Honolulu, HI | U.S. (Dollars) | $15.00 | $15.00 |
| 7/2/2004 | Parking | Attend Deposition<br><br>The Fleming Company - Relief from Stay | 40575-25 | Los Angeles, CA | U.S. (Dollars) | $90.00 | $90.00 |

Attach required receipts and file according to Accounting Instructions for your location.

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.

Kahala Mandarin Oriental, Hawaii  07/01/04                Page #   1.

# guest folio

KAHALA
MANDARIN ORIENTAL
HAWAII

Mr & Mrs Eric C Liebeler

777 South Figueroa Street

Los Angeles, CA 90017

USA - WEST

| | |
|---|---|
| Arrival date | 06/29/04 |
| Departure date | 07/01/04 |
| No. in party | 1 |
| Room number | 1016 |
| Rate | 359.00 |
| Account number | 379328 |

Copy of Invoice 230523

| Item | Date | Description | Amount |
|---|---|---|---|
| 00:46 | 06/29 | Room Charge | 359.00 |
| 00:46 | 06/29 | Room Tax | 40.99 |
| 07:34 | 06/30 | Telephone Long Distance #1016 : 310-922-0777 | 23.23 |
| 09:12 | 06/30 | Telephone Local Call #1016 : 800-525-4381 | 0.75 |
| 09:17 | 06/30 | Telephone Long Distance #1016 : 310-922-0777 | 23.23 |
| 09:24 | 06/30 | Telephone Long Distance #1016 : 310-922-0777 | 35.35 |
| 10:30 | 06/30 | Telephone Long Distance #1016 : 650-596-6534 | 20.80 |
| 12:25 | 06/30 | Telephone Local Call #1016 : 800-525-4381 | 0.75 |
| 22:11 | 06/30 | Telephone Local Call #1016 : 800-525-4381 | 0.75 |
| 23:04 | 06/30 | Tokyo, Tokyo dinner 6/30 | 98.33 |
| 00:01 | 06/30 | HSIA line 24 hour internet | 15.63 |
| 00:09 | 06/30 | Room Charge | 359.00 |
| 00:09 | 06/30 | Room Tax | 40.99 |
| 00:09 | 06/30 | Guest Parking | 15.00 |
| 07:52 | 07/01 | Visa Card 4388523041935011    04/05 | 1033.80 |

Balance          0.00

Cashier: PATTI / Time : 07:52:24

GEASON-T16696384

I agree that my liability for this account is now waived and I agree
to be held personally liable in the event that the indicated person,
company or association fails to pay all or part of these charges.

Signature

Kahala Mandarin Oriental, Hawaii, 5000 Kahala Avenue, Honolulu, Hawaii 96816-5498 USA
Telephone (808) 739-8888, Facsimile (808) 739-8800, Reservations (800) 367-2525, E-Mail mohnl-reservations@mohg.com

# BEST
# T R A V E L

60 BIESTERFIELD ROAD
ELK GROVE VILLAGE IL 60007 866-575-8785
HTTP://TRAVEL.KIRKLAND.COM

| ACCT. # | DATE | INVOICE # |
|---|---|---|
| DIMK2 7730 | JUN 23 2004 PAGE: 01 | KL2773 |

VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM

LIEBELER/ERIC C                          APOLLO RES NBR: MOSL8A

KIRKLAND AND ELLIS LLP          **DISTRIBUTED TO**
200 EAST RANDOLPH               ERIC LIEBELER
CHICAGO IL   60601              777 SOUTH FIGUEROA STREET
                                34TH
                                LOS ANGELES CA 90017

---

29 JUN 04 - TUESDAY
UNITED        935 COACH CLASS                          CONFIRMED
  DEPART TERMINAL- 7
  LV: LOS ANGELES        610P NONSTOP      BOEING 767-300
  AR: HONOLULU           845P
  ARRIVAL TERMINAL- M
SEAT 13H                      DINNER-MOVIE                MILES 2553
  FREQ FLYER- UA 00205626115

HERTZ                       1 FULL SIZE2/4 DR   DROP-01JUL   CONFIRMED
PICKUP-HONOLULU             HONOLULU INTL AIRPORT
RATE-        51.99         DAILY       GUARANTEED     EXTRA HR  26.00
MILEAGE-UNL/MI                          CODE-MCLD
                           CONFIRMATION-C59315697C1 CNTR

MANDARIN ORIENTAL           02 NT/S - OUT 01JUL          CONFIRMED
KAHALA MANDARIN ORI         1 ROOM/S              GUARANTEE-CREDIT CARD
5000 KAHALA AVENUE          RATE-        359.00   GUARANTEED
HONOLULU HI 96816-5498      PHONE- 1 808 739 8888
FAX-1 808 739 8800

                           NAME LIEBELER ERIC C
                           CONFIRMATION-16696884
  CANCEL BY 6PM HOTEL TIME ON -26JUN- TO AVOID NO SHOW CHARGES

01 JUL 04 - THURSDAY
UNITED         54 FIRST CLASS                          CONFIRMED
  DEPART TERMINAL- M
  LV: HONOLULU           900P NONSTOP      BOEING 767-300
  AR: LOS ANGELES        511A     ARRIVAL DATE-02 JUL
  ARRIVAL TERMINAL- 7
SEAT  2H                      SNACK-MOVIE                MILES 2553
  FREQ FLYER- UA 00205626115

COMPARED TO THE FULL FARE THIS REPRESENTS A SAVINGS OF $      196.52
FOR 24HR SERVICE SIMPLY CALL 866-KRK-TRVL
$45 SERVICE FEE TICKET NUMBER 9521248770
ANY CHANGES MAY RESULT IN A HIGHER FARE
FREQUENT FLYER INFORMATION HAS BEEN RECORDED
*********************ELECTRONIC TICKET************************
PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN



**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**
ITINERARY



# BEST
## T R A V E L

60 BIESTERFIELD ROAD
ELK GROVE VILLAGE IL 60007 866-575-8785
HTTP://TRAVEL.KIRKLAND.COM

| ACCT. # | DATE | INVOICE # |
|---------|------|-----------|
| DIMK2 7730 | JUN 23 2004 PAGE: 02 | KL2773 |

VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM

LIEBELER/ERIC C                    APOLLO RES NBR: MBSLGA

KIRKLAND AND ELLIS LLP          **DISTRIBUTED TO**
200 EAST RANDOLPH              ERIC LIEBELER
CHICAGO IL    60601            777 SOUTH FIGUEROA STREET
                              34TH
                              LOS ANGELES CA 90017

---

THANK YOU FOR USING BEST TRAVEL
TICKET NUMBER/S:
LIEBELER/ERIC C               7594656751     ELECTRONIC        1479.48
           CARD  VI

AIR TRANSPORTATION    1449.55  TAX        29.93  TTL       1479.48
                               SERVICE FEE              45.00
                               SUB TOTAL               1524.48
                               CREDIT CARD PAYMENT     1524.48
                               AMOUNT DUE                 0.00





**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**
ITINERARY

LAX-CPCS

ENTRY 74  06-29-04 16:14
EXIT  77  07-02-04 05:40
ID NO 358   FEE $ 90.00
LP# CA 4EQD672  SEQ 1146

**ERIC LIEBELER**                                    **CC**
**RR  610830640**  VEH 02698/8326860  #01RN
**CLS G   NVL N    04NBNV**  LIC: HI NNX325
FUEL: 8/8 OUT  8/8 IN
CDP:  41377-KIRKLAND & ELLIS

*Hertz*

RES  C59315697C1/MCLD   /F
PREPARED BY:  0281/HIHONI1
COMPLETED BY: 5446/HIHONI1
RENTED: 06/29/04 21:31 @ HONOLULU INT'L AIRPORT
RETURN: 07/01/04 18:36 @ HONOLULU INT'L AIRPORT

| | | | | |
|---|---|---|---|---|
| PLAN IN: | MCLD | RATE CLASS: | F | |
| PLAN OUT: | MCLD | | | |
| MILEAGE IN | 152 | TR-X MILES | | |
| MILEAGE OUT | 91 | MILES ALLOWED | | |
| MILES DRIVEN | 61 | MILES CHARGED | | |

| | | | |
|---|---|---|---|
| DAYS | 2 @ $ 51.99 / DAY | $ | 103.98 |
| SUBTOTAL | | T$ | 103.98 |
| CONCESSION FEE RECOVERY | | T$ | 11.54 |
| LDW        DECLINED | | | |
| LIS        DECLINED | | | |
| PAI, PEC   DECLINED | | | |
| FUEL & SERVICE $ 3.44 GALLON / TANK CAP 18.0 | | T$ | 15.48 |
| *VEH LIC FEE | | $ | 6.84 |
| TAX     4.166 % ON TAXABLE TTL OF $  131.00 | | $ | 5.45 |
| CHARGED ON  VISA     XXXXXXXXXXXX5011 | | $ | 143.29 |
| RENT FP VISA  XXXXXXXXXXXX5011 | | | |

STATEMENT OF CHARGES - NOT VALID FOR RENTAL



Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox. Password is expense.

**Expense Report:**      Berry Court Hearing
**Business Purpose:**    Berry Court Hearing (7/8-9/04)

| | | |
|---|---|---|
| **Employee Name:** Eric C. Liebeler | **Date Filed:** | 7/12/2004 |
| **Employee ID:** 5247 | **Report Total:** | $2,386.04 |
| | **Firm Paid:** | $0.00 |
| | **Amount Due Employee:** | $2,386.04 |

Signature  _Ł. C. Ł_

Date  _7/11/04_

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|---|
| | | | The Fleming Company - Relief from Stay | | | | |
| 6/30/2004 | Airfare | Court Hearing | 40575-25 | Wilmington, DE | U.S. (Dollars) | $1,650.64 | $1,650.64 |
| | | | The Fleming Company - Relief from Stay | | | | |
| 7/9/2004 | Hotel | Court Hearing | 40575-25 | Wilmington, DE | U.S. (Dollars) | $317.90 | $317.90 |
| | | | The Fleming Company - Relief from Stay | | | | |
| 7/8/2004 | Hotel | Court Hearing | 40575-25 | Wilmington, DE | U.S. (Dollars) | $317.90 | $317.90 |
| | | | The Fleming Company - Relief from Stay | | | | |
| 7/8/2004 | Travel Meal | Travel Meal | 40575-25 | Wilmington, DE | U.S. (Dollars) | $25.00 | $25.00 |
| | | E. Liebeler - K&E - Los Angeles - Partner | | | | | |
| | | | The Fleming Company - Relief from Stay | | | | |
| 7/9/2004 | Travel Meal | Travel Meal | 40575-25 | Wilmington, DE | U.S. (Dollars) | $6.50 | $6.50 |

Expense Report - Berry Court Hearing

E. Liebeler - K&E - Los Angeles - Partner

| Date | Type | Description | | Location | Currency | | |
|---|---|---|---|---|---|---|---|
| | | | The Fleming Company - Relief from Stay | | | | |
| 7/8/2004 | Fax | Faxes received at hotel | 40575-25 | | U.S. (Dollars) | $123.00 | $123.00 |
| | | | The Fleming Company - Relief from Stay | | | | |
| 7/8/2004 | Telephone While Traveling | Court Hearing | 40575-25 | | U.S. (Dollars) | $23.33 | $23.33 |
| | | | The Fleming Company - Relief from Stay | | | | |
| 7/8/2004 | Telephone While Traveling | Court Hearing | 40575-25 | | U.S. (Dollars) | $17.79 | $17.79 |
| | | | The Fleming Company - Relief from Stay | | | | |
| 7/8/2004 | To/From Airport | Court Hearing | 40575-25 | Los Angeles, CA | U.S. (Dollars) | $75.00 | $75.00 |
| | | | The Fleming Company - Relief from Stay | | | | |
| 7/8/2004 | To/From Airport | Court Hearing | 40575-25 | Wilmington, DE | U.S. (Dollars) | $71.88 | $71.88 |
| | | | The Fleming Company - Relief from Stay | | | | |
| 7/9/2004 | To/From Airport | Court Hearing | 40575-25 | Los Angeles, CA | U.S. (Dollars) | $75.00 | $75.00 |

Attach required receipts and file according to Accounting Instructions for your location.

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.

```
07/12/04              BostonCoach Trip Receipt
2:01p                 PHILADELPHIA          SAME

  Trip Receipt for Passenger.... ERIC LIEBELER
  Customer Contact.............. MICHELLE DEMARCO

  Reservation#...... 07080561            Trip Date...... 07/08/04
  Pickup Location... PHILADELPHIA AIRPORT Sched Time..... 17:20
                     UNITED              Pickup Time.... 17:20
  Dropoff Location.. WILMINGTON DE        End Time....... 17:59
                     11TH & MARKET ST     Vechicle Type... SEDN

  Payment Via....... VI

                           Charges
                       Fare............    54.00
                       Service Fee......    9.72
                       Parking..........    3.00
                       Other............    5.16 ( F)

                       Total Charge       71.88

           For Billing Inquiries, please call (800) 672-7676
```



**11TH & MARKET STREETS**
**WILMINGTON, DELAWARE 19801**
302-594-3100 · 800-441-9019

Mr. Eric C Liebeler
C/O BEST TRAVEL AND TOURS INC.
ELK GROVE VILLAGE, IL 60007-3668

```
                                    Room       1227
                                    Person(s)  1
                                    Cashier    39 DOROTA
Arrival     07/08/04                Page       1
Departure   07/09/04                Settlement VA
                                    4388523041935011   04/05
                                    CL #:
```

INFORMATION BILL        Hotel duPont, Wilmington, DE, 07/09/04 09:10

| Date | Text | Room | Charges | Credits |
|------|------|------|---------|---------|
| 07/08 | Room Charge | 1227 | 289.00 | |
| 07/08 | State Lodging Tax | | 23.12 | |
| 07/08 | City Tax | | 5.78 | |
| 07/08 | Room Service CHECK #5456 | | 25.00 | |
| 07/08 | Telephone-Long Dist | | 23.33 | |
| | ->13239334851 | | | |
| 07/08 | Telephone-Long Dist | | 17.79 | |
| | ->13239334851 | | | |
| 07/08 | Faxes 9610 Hold Charges | | 42.00 | |
| 07/08 | Faxes | | 47.00 | |
| | ->incoming fax recv'd 57pgs | | | |
| 07/08 | Faxes | | 34.00 | |
| | ->incoming fax recv'd 44pgs | | | |
| 07/09 | Servibar | | 6.50 | |
| 07/09 | Visa 4388523041935011    04/05 | | | 513.52 |

```
                    Total              513.52      513.52

                    Balance                        0.00 $
```

Signature: _____

Thank you for staying at the Hotel duPont.





**11TH & MARKET STREETS**
**WILMINGTON, DELAWARE 19801**
302-594-3100 · 800-441-9019

Mr. Eric C Liebeler
C/O BEST TRAVEL AND TOURS INC.
ELK GROVE VILLAGE, IL 60007-3668

| | |
|---|---|
| Room | 1227 |
| Person(s) | 1 |
| Cashier | 39 DOROTA |
| Page | 2 |
| Settlement VA | |
| 4388523041935011 | 04/05 |
| CL #: | |

Arrival    07/08/04
Departure  07/09/04

I N V O I C E   N O.  363826    Hotel duPont, Wilmington, DE, 07/09/04 09:1

| Date | Text | Room | Charges | Credits |
|------|------|------|---------|---------|

We look forward to your next visit.



# BEST TRAVEL

60 BIESTERFIELD ROAD
ELK GROVE VILLAGE IL 60007 866-575-8785
HTTP://TRAVEL.KIRKLAND.COM

| ACCT. # | DATE | INVOICE # |
|---------|------|-----------|
| DWEIT 7730 | JUN 30 2004 PAGE: 01 | KL2802 |

VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM

LIEBELER/ERIC C                    APOLLO RES NBR: NV4GV2

**DISTRIBUTED TO**

KIRKLAND AND ELLIS LLP            ERIC LIEBELER
200 EAST RANDOLPH                 777 SOUTH FIGUEROA STREET
CHICAGO IL   60601                LOS ANGELES CA 90017

---

08 JUL 04 - THURSDAY
UNITED      94 COACH CLASS                           CONFIRMED
  DEPART TERMINAL- 7
  LV: LOS ANGELES      855A NONSTOP     AIRBUS A319 JET
  AR: PHILADELPHIA     511P
  ARRIVAL TERMINAL- D
SEAT- 9C                    BREAKFAST-MOVIE              MILES 2395
  FREQ FLYER- UA 00205626115

PREFERRED HOTELS        01 NT/S - OUT 09JUL          CONFIRMED
HOTEL DUPONT            1 ROOM/S              GUARANTEE-CREDIT CARD
11TH AND MARKET STREET  RATE-      289.00    GUARANTEED
WILMINGTON DE 19801     PHONE-302 594-3100
FAX-302 656-2145

                       NAME-LIEBELER ERIC C
                       CONFIRMATION-1087320303
** HOTEL CANCEL POLICY -BY 4PM SAME DAY OF ARRIVAL

09 JUL 04 - FRIDAY
UNITED      99 COACH CLASS                           CONFIRMED
  DEPART TERMINAL- D
  LV: PHILADELPHIA     635P NONSTOP     AIRBUS A319 JET
  AR: LOS ANGELES      926P
  ARRIVAL TERMINAL- 7
SEAT- 8C                    DINNER-MOVIE               MILES 2395
  FREQ FLYER- UA 00205626115

---

COMPARED TO THE FULL FARE THIS REPRESENTS A SAVINGS OF $     986.92
FOR 24HR SERVICE SIMPLY CALL 866-KRK-TRVL
** UA LOCATOR NV4GV2
$21 SERVICE FEE TICKET NUMBER 2521385579
ANY CHANGES MAY RESULT IN A HIGHER FARE
FREQUENT FLYER INFORMATION HAS BEEN RECORDED
***********************ELECTRONIC TICKET***********************
PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN
THANK YOU FOR USING BEST TRAVEL
TICKET NUMBER/S:
LIEBELER/ERIC C          7594656780      ELECTRONIC        1751.08
            CARD  VI





**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**
ITINERARY

# BEST TRAVEL

60 BIESTERFIELD ROAD
ELK GROVE VILLAGE IL 60007 866-575-8785
HTTP://TRAVEL.KIRKLAND.COM

| ACCT. # | DATE | INVOICE # |
|---------|------|-----------|
| DWEIT 7730 | JUN 30 2004 PAGE: 02 | KL2802 |

VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM

LIEBELER/ERIC C                          APOLLO RES NBR: NV4GV2

**DISTRIBUTED TO**

KIRKLAND AND ELLIS LLP               ERIC LIEBELER
200 EAST RANDOLPH                    777 SOUTH FIGUEROA STREET
CHICAGO IL    60601                  LOS ANGELES CA 90017

---

AIR TRANSPORTATION      1610.12  TAX      140.96  TTL      1751.08
                                 SERVICE FEE                 21.00
                                 SUB TOTAL                 1772.08
                                 CREDIT CARD PAYMENT       1772.08
                                 AMOUNT DUE                   0.00





**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**
ITINERARY

# BEST TRAVEL

60 BIESTERFIELD ROAD
ELK GROVE VILLAGE IL 60007 866-575-8785
HTTP://TRAVEL.KIRKLAND.COM

| ACCT. # | DATE | INVOICE # |
|---|---|---|
| DIMSH 7730 | JUL 09 2004 PAGE: 01 | KL2836 |

VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM

LIEBELER/ERIC C                              APOLLO RES NBR: S554DS

**DISTRIBUTED TO**

KIRKLAND AND ELLIS LLP              ERIC LIEBELER
200 EAST RANDOLPH                   777 SOUTH FIGUEROA STREET
CHICAGO IL   60601                  34TH
                                    LOS ANGELES CA 90017

---

09 JUL 04 - FRIDAY
US AIRWAYS     19 FIRST CLASS                        CONFIRMED
  DEPART TERMINAL- B
  LV: PHILADELPHIA      315P NONSTOP      321
  AR: LOS ANGELES       548P
  ARRIVAL TERMINAL- 1
                          LUNCH                   MILES 2395
* AIRPORT CHECK IN


FOR 24HR SERVICE SIMPLY CALL 866-KRK-TRVL
$45 SERVICE FEE TICKET NUMBER 9521385603
ANY CHANGES MAY RESULT IN A HIGHER FARE
*****************************ELECTRONIC TICKET*****************************
PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN
THANK YOU FOR USING BEST TRAVEL
TICKET NUMBER/S:
LIEBELER/ERIC C              7594656814      ELECTRONIC      709.10
                CARD   VI


    AIR TRANSPORTATION      650.23 TAX      58.87  TTL      709.10
                                  SERVICE FEE              45.00
                                  SUB TOTAL               754.10
                                  CREDIT CARD PAYMENT     754.10-
                                  AMOUNT DUE                0.00





**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**
**ITINERARY**

Expense Report - Court Hearing (Berry)
Page 1 of 3



8 C C A B E 3 3 C E 5 2 4 2 F F A 7 2 6

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox.
Password is expense.

**Expense Report:** Court Hearing (Berry)
**Business Purpose:** Court Hearing (Berry)

| | |
|---|---|
| **Employee Name:** Eric C. Liebeler | |
| **Employee ID:** 5247 | |

**Date Filed:** 7/20/2004
**Report Total:** $2,943.94
**Firm Paid:** $0.00
**Amount Due Employee:** $2,943.94

Signature _____

Date _____7.20.04_____

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|---|
| | | | The Fleming Company - Relief from Stay | | | | |
| 7/12/2004 | Airfare | Court Hearing | 40575-25 | Honolulu, HI | U.S. (Dollars) | $1,149.82 | $1,149.82 |
| | | | The Fleming Company - Relief from Stay | | | | |
| 7/17/2004 | Hotel | Court Hearing | 40575-25 | Honolulu, HI | U.S. (Dollars) | $1,453.98 | $1,453.98 |
| | | | The Fleming Company - Relief from Stay | | | | |
| 7/14/2004 | Hotel | Court Hearing | 40575-25 | Honolulu, HI | U.S. (Dollars) | $484.66 | $484.66 |
| | | | The Fleming Company - Relief from Stay | | | | |
| 7/15/2004 | Hotel | Court Hearing | 40575-25 | Honolulu, HI | U.S. (Dollars) | $484.66 | $484.66 |
| | | | The Fleming Company - Relief from Stay | | | | |
| 7/16/2004 | Hotel | Court Hearing | 40575-25 | Honolulu, HI | U.S. (Dollars) | $484.66 | $484.66 |
| | | | The Fleming Company - Relief from Stay | | | | |
| 7/14/2004 | Travel Meal | Travel Meal | 40575-25 | Honolulu, HI | U.S. (Dollars) | $18.85 | $18.85 |

E. Liebeler - K&E - Los Angeles - Partner

Expense Report - Court Hearing (Berry)                                    Page 2 of 3

| Date | Type | Description | Vendor | Location | Currency | Amount | Amount |
|---|---|---|---|---|---|---|---|
| 7/15/2004 | Travel Meal | Travel Meal | The Fleming Company - Relief from Stay 40575-25 | Honolulu, HI | U.S. (Dollars) | $50.00 | $50.00 |
| | | E. Liebeler - K&E - Los Angeles - Partner | | | | | |
| 7/16/2004 | Travel Meal | Travel Meal | The Fleming Company - Relief from Stay 40575-25 | Honolulu, HI | U.S. (Dollars) | $50.00 | $50.00 |
| | | E. Liebeler - K&E - Los Angeles - Partner | | | | | |
| 7/16/2004 | Travel Meal | Travel Meal | The Fleming Company - Relief from Stay 40575-25 | Honolulu, HI | U.S. (Dollars) | $27.70 | $27.70 |
| | | E. Liebeler - K&E - Los Angeles - Partner | | | | | |
| 7/15/2004 | Fax | Fax | The Fleming Company - Relief from Stay 40575-25 | | U.S. (Dollars) | $0.83 | $0.83 |
| 7/15/2004 | Telephone While Traveling | Court Hearing | The Fleming Company - Relief from Stay 40575-25 | | U.S. (Dollars) | $0.75 | $0.75 |
| 7/15/2004 | Internet Access | Court Hearing | The Fleming Company - Relief from Stay 40575-25 | | U.S. (Dollars) | $15.63 | $15.63 |
| 7/16/2004 | Internet Access | Court Hearing | The Fleming Company - Relief from Stay 40575-25 | | U.S. (Dollars) | $15.63 | $15.63 |
| 7/16/2004 | Telephone While Traveling | Court Hearing | The Fleming Company - Relief from Stay 40575-25 | | U.S. (Dollars) | $0.75 | $0.75 |
| 7/14/2004 | To/From Airport | Court Hearing | The Fleming Company - Relief from Stay 40575-25 | Los Angeles, CA | U.S. (Dollars) | $80.00 | $80.00 |
| 7/17/2004 | To/From Airport | Court Hearing | The Fleming Company - Relief from Stay 40575-25 | Los Angeles, CA | U.S. (Dollars) | $80.00 | $80.00 |

Expense Report - Court Hearing (Berry)

Attach required receipts and file according to Accounting Instructions for your location.

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.

# BEST TRAVEL

60 DIESTERFIELD ROAD
ELK GROVE VILLAGE IL 60007 866-575-8785
HTTP://TRAVEL.KIRKLAND.COM

| ACCT. # | DATE | INVOICE # |
|---|---|---|
| DST23 7730 | JUL 12 2004 PAGE: 01 | KL2844 |

VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM

LIEBELER/ERIC C                              APOLLO RES NBR: X27WGE

KIRKLAND AND ELLIS LLP
200 EAST RANDOLPH
CHICAGO IL   60601

**DISTRIBUTED TO**
ERIC LIEBELER
777 SOUTH FIGUEROA STREET
34TH
LOS ANGELES CA 90017

---

14 JUL 04 - WEDNESDAY
UNITED        55 COACH CLASS                              CONFIRMED
 DEPART TERMINAL- 7
 LV: LOS ANGELES        1140A NONSTOP       BOEING 747-300
 AR: HONOLULU           216P
 ARRIVAL TERMINAL- M
 SEAT-14H                        LUNCH-MOVIE                    MILES 2553
 FREQ FLYER- UA 00205626115

MANDARIN ORIENTAL          03 NT/S - OUT 17JUL              CONFIRMED
KAHALA MANDARIN ORI        1 ROOM/S               GUARANTEE-CREDIT CARD
5000 KAHALA AVENUE         RATE-      435.00      GUARANTEED
HONOLULU HI US             PHONE-1 1-732-8888
FAX-1 808-739-8800
                           NAME-LIEBELER ERIC C
                           CONFIRMATION-16807887
 CANCEL 72 HOURS PRIOR TO ARRIVAL TO AVOID NO SHOW CHARGES

17 JUL 04 - SATURDAY
UNITED        52 COACH CLASS                              CONFIRMED
 DEPART TERMINAL- M
 LV: HONOLULU           105P NONSTOP       BOEING 747-300
 AR: LOS ANGELES        929P
 ARRIVAL TERMINAL- 7
 SEAT-11H                        LUNCH-MOVIE                    MILES 2553
 FREQ FLYER- UA 00205626115


COMPARED TO THE FULL FARE THIS REPRESENTS A SAVINGS OF $     571.18
FOR 24HR SERVICE SIMPLY CALL 866-KRK-TRVL
$45 SERVICE FEE TICKET NUMBER 9521565660
*************************ELECTRONIC TICKET***********************
PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN
ANY CHANGES MAY RESULT IN A HIGHER FARE
FREQUENT FLYER INFORMATION HAS BEEN RECORDED
THANK YOU FOR USING BEST TRAVEL
TICKET NUMBER/S:
LIEBELER/ERIC C
              CARD  VI      7594656822      ELECTRONIC      1104.82



**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**
ITINERARY



# BEST
## TRAVEL

60 BIESTERFIELD ROAD
ELK GROVE VILLAGE IL 60007 866-575-8735
HTTP://TRAVEL.KIRKLAND.COM

| ACCT. # | DATE | INVOICE # |
|---------|------|-----------|
| DBT23 7730 | JUL 12 2004 PAGE: 02 | KL2344 |

VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM

LIEBELER/ERIC C                          APOLLO RES NBR: X27WGE

KIRKLAND AND ELLIS LLP          DISTRIBUTED TO
200 EAST RANDOLPH              ERIC LIEBELER
CHICAGO IL   60601             777 SOUTH FIGUEROA STREET
                               34TH
                               LOS ANGELES CA 90017

---

```
AIR TRANSPORTATION      1075.00  TAX      29.82  TTL      1104.82
                                 SERVICE FEE              45.00
                                 SUB TOTAL               1149.82
                                 CREDIT CARD PAYMENT     1149.82
                                 AMOUNT DUE                 0.00
```





**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**
ITINERARY

# TIM'S LIMO COMPANY

Panorama City, Ca 91402

Res# (818) 893-2859   Pager# (818) 727-4569

TCP 8648-P

DAY ___

PICK-UP DATE 7/9/04   PICK-UP TIME 9:30 AM PM ✓

PICK-UP LOCATION United Air El 99

CLIENT Mr Erick Lieberler

TELEPHONE ( ) ___   DATE ___

BOOKED BY ___

DRIVER TO 1211 Hi Point

TIME IN CAR ___   TIME OUT ___

START MILEAGE ___   END MILEAGE ___

DRIVER Tim   INITIAL ___

QUOTE $ 80.00   PER HOUR ___ PER MILE ___
HOUR ___ MILES ___
TOTAL ___
15% GRATUITY ___
TOTAL ___

CASH ___ CHARGE ___ TO BE BILLED ___

REMARKS ___

---

# TIM'S LIMO COMPANY

Panorama City, Ca 91402

Res# (818) 893-2859   Pager# (818) 727-4569

TCP 8648-P

DAY ___

PICK-UP DATE 7/14/04   PICK-UP TIME 9:30 AM PM ✓

PICK-UP LOCATION 1211 Hi Point

CLIENT Mr Erick Lieberler

TELEPHONE ( ) ___   DATE ___

BOOKED BY ___

DRIVER TO LAX

TIME IN CAR ___   TIME OUT ___

START MILEAGE ___   END MILEAGE ___

DRIVER Tim   INITIAL ___

QUOTE $ 80.00   PER HOUR ___ PER MILE ___
HOUR ___ MILES ___
TOTAL ___
15% GRATUITY ___
TOTAL ___

CASH ___ CHARGE ___ TO BE BILLED ___

REMARKS ___

3 of 4

## TIM'S LIMO COMPANY

Res: (818) 893-2859  Pager: (818) 727-4569

Panorama City, Ca 91402

TCP 8648-P

DAY _____

PICK-UP DATE: 7/17/04  PICK-UP TIME: 9:30 AM

PICK-UP LOCATION: United Air Fl. 52

CLIENT: Mr. Erick Libberley

TELEPHONE: ( _____ )  ( _____ )

BOOKED BY: _____  DATE _____

DRIVE TO: 1211 HiPoiNT

TIME IN CAR: _____  TIME OUT _____

START MILEAGE: _____  END MILEAGE _____

DRIVER: Tim  INITIAL _____

QUOTE $80.00  PER HOUR _____  PER MILE _____
                HOUR _____  MILES _____
                TOTAL _____
                15% GRATUITY _____
                TOTAL _____

CASH _____  CHARGE _____  TO BE BILLED _____

REMARKS _____

---

## TIM'S LIMO COMPANY

Res: (818) 893-2859  Pager: (818) 727-4569

Panorama City, Ca 91402

TCP 8648-P

DAY _____

PICK-UP DATE: 7/22/04  PICK-UP TIME: 4:45 PM

PICK-UP LOCATION: United Air Fl.

CLIENT: Mrs. Conrad Libberler

TELEPHONE: ( _____ )  ( _____ )

BOOKED BY: _____  DATE _____

DRIVE TO: 1211 HiPoiNT

TIME IN CAR: _____  TIME OUT _____

START MILEAGE: _____  END MILEAGE _____

DRIVER: Timothy  INITIAL _____

QUOTE $80.00  PER HOUR _____  PER MILE _____
                HOUR _____  MILES _____
                TOTAL _____
                15% GRATUITY _____
                TOTAL _____

CASH _____  CHARGE _____  TO BE BILLED _____

REMARKS _____

4 of 4

**KAHALA MANDARIN ORIENTAL HAWAII** ℠

Kahala Mandarin Oriental, Hawaii, 07/17/04                Page #   1

# guest folio

Mr & Mrs Eric C Liebeler
777 South Figueroa Street
Los Angeles, CA 90017
USA - WEST

| | |
|---|---|
| Arrival date | 07/14/04 |
| Departure date | 07/17/04 |
| No. in party | 2 |
| Room number | 0422 |
| Rate | 435.00 |
| Account number | 381661 |

Copy of Invoice231908

| Item | Date | Description | Amount |
|---|---|---|---|
| 20:27 | 07/14 | Telephone Local Call #422 : 738-0060 | 0.75 |
| 21:38 | 07/14 | Room Service Dinner #422 : CHECK #4902 | 18.85 |
| 00:17 | 07/14 | Room Charge | 435.00 |
| 00:17 | 07/14 | Room Tax | 49.66 |
| 00:17 | 07/14 | Guest Parking | 15.00 |
| 06:50 | 07/15 | Plumeria Breakfast #422 : CHECK #1315 | 62.60 |
| 08:32 | 07/15 | Business Center #0422 : CHECK #3276 | 0.83 |
| 13:30 | 07/15 | Telephone Local Call #422 : 564-8124 | 0.75 |
| 14:25 | 07/15 | Plumeria Lunch #422 : CHECK #1075 | 35.73 |
| 00:34 | 07/15 | HSIA line 24hr Internet | 15.63 |
| 01:25 | 07/15 | Room Charge | 435.00 |
| 01:25 | 07/15 | Room Tax | 49.66 |
| 01:25 | 07/15 | Guest Parking | 15.00 |
| 08:07 | 07/16 | Plumeria Breakfast #422 : CHECK #1210 | 51.75 |
| 12:01 | 07/16 | Cabanas Lunch #422 : CHECK #3672 | 37.51 |
| 13:43 | 07/16 | Telephone Local Call #422 : 791-3791 | 0.75 |
| 16:25 | 07/16 | Personal Bar #422 : CHECK #6931 | 7.04 |
| 19:01 | 07/16 | Room Service Dinner #422 : CHECK #4650 | 20.66 |
| 00:43 | 07/16 | HSIA line 24hr Internet | 15.63 |
| 01:20 | 07/16 | Room Charge | 435.00 |
| 01:20 | 07/16 | Room Tax | 49.66 |
| 01:20 | 07/16 | Guest Parking | 15.00 |
| 08:03 | 07/17 | Plumeria Breakfast #422 : CHECK #1060 | 140.83 |
| 11:09 | 07/17 | Mastercard XXXXXXXXXXX3621   03/05 | 1908.29 |
| | | Balance | 0.00 |

*[handwritten: 484.66]*

Cashier: TRICHARD / Time : 11:09:58
CORAC T16807887, rm move to 3RB 7/17

*[handwritten: deletions are family stuff → do not expense]*

I agree that my liability for this account is now waived and I agree
to be held personally liable in the event that the indicated person,
company or association fails to pay all or part of these charges.

Signature

*[handwritten: E]*

Kahala Mandarin Oriental, Hawaii, 5000 Kahala Avenue, Honolulu, Hawaii 96816-5498 USA
Telephone (808) 739-8888, Facsimile (808) 739-8800, Reservations (800) 367-2525, E-Mail mohnl-reservations@mohg.com



1 7 C F 4 E 5 6 0 7 A 3 4 6 5 F A F C 0

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox.
Password is expense.

**Expense Report:** Berry Hearing
**Business Purpose:** Berry Hearing

| | | | |
|---|---|---|---|
| **Employee Name:** Eric C. Liebeler | **Date Filed:** | 9/1/2004 |
| **Employee ID:** 5247 | **Report Total:** | $2,771.53 |
| | **Firm Paid:** | $0.00 |
| | **Amount Due Employee:** | $2,771.53 |

Signature _____

Date  9/1/04 _____

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|---|
| 8/6/2004 | Airfare | Court Hearing | The Fleming Company - Post-Confirmation PreEffective Date Task 40575-41 | Honolulu, HI | U.S. (Dollars) | $1,125.82 | $1,125.82 |
| 8/30/2004 | Car Rental | Court Hearing | The Fleming Company - Post-Confirmation PreEffective Date Task 40575-41 | Honolulu, HI | U.S. (Dollars) | $254.69 | $254.69 |
| 8/29/2004 | Hotel | Court Hearing | The Fleming Company - Post-Confirmation PreEffective Date Task 40575-41 | Honolulu, HI | U.S. (Dollars) | $199.44 | $199.44 |
| 8/28/2004 | Hotel | Court Hearing | The Fleming Company - Post-Confirmation PreEffective Date Task 40575-41 | Honolulu, HI | U.S. (Dollars) | $199.44 | $199.44 |
| | | | The Fleming Company - Post-Confirmation PreEffective Date Task | | | | |

| Date | Type | Description | | Account | Location | | Amount | Total |
|---|---|---|---|---|---|---|---|---|
| 8/30/2004 | Hotel | Court Hearing | | 40575-41 | Honolulu, HI | U.S. (Dollars) | $782.16 | $782.16 |
| 8/27/2004 | Hotel | Court Hearing | The Fleming Company - Post-Confirmation PreEffective Date Task | 40575-41 | Honolulu, HI | U.S. (Dollars) | $260.72 | $260.72 |
| 8/28/2004 | Hotel | Court Hearing | The Fleming Company - Post-Confirmation PreEffective Date Task | 40575-41 | Honolulu, HI | U.S. (Dollars) | $260.72 | $260.72 |
| 8/29/2004 | Hotel | Court Hearing | The Fleming Company - Post-Confirmation PreEffective Date Task | 40575-41 | Honolulu, HI | U.S. (Dollars) | $260.72 | $260.72 |
| 8/27/2004 | Travel Meal | Travel Meal | The Fleming Company - Post-Confirmation PreEffective Date Task  Eric Liebeler - K&E-Los Angeles - Partner | 40575-41 | Honolulu, HI | U.S. (Dollars) | $50.00 | $50.00 |
| 8/29/2004 | Travel Meal | Travel Meal | The Fleming Company - Post-Confirmation PreEffective Date Task  E. Liebeler - K&E - Los Angeles - Partner | 40575-41 | Honolulu, HI | U.S. (Dollars) | $17.49 | $17.49 |
| 8/30/2004 | Travel Meal | Travel Meal | The Fleming Company - Post-Confirmation PreEffective Date Task  Eric Liebeler - K&E-Los Angeles - Partner | 40575-41 | Honolulu, HI | U.S. (Dollars) | $25.77 | $25.77 |
| 8/27/2004 | Internet Access | Court Hearing | The Fleming Company - Post-Confirmation PreEffective Date Task | 40575-41 | | U.S. (Dollars) | $38.85 | $38.85 |
| 8/27/2004 | Telephone While Traveling | Court Hearing | The Fleming Company - Post-Confirmation PreEffective Date Task | 40575-41 | | U.S. (Dollars) | $14.77 | $14.77 |
| 8/28/2004 | Telephone While Traveling | Court Hearing | The Fleming Company - Post-Confirmation PreEffective Date Task | 40575-41 | | U.S. (Dollars) | $43.22 | $43.22 |
| 8/29/2004 | Telephone While Traveling | Court Hearing | The Fleming Company - Post-Confirmation PreEffective Date Task | 40575-41 | | U.S. (Dollars) | $27.96 | $27.96 |

| Date | Expense | Purpose | Task | Location | Currency | Amount | Total |
|---|---|---|---|---|---|---|---|
| 8/30/2004 | Telephone While Traveling | Court Hearing | The Fleming Company - Post-Confirmation PreEffective Date Task 40575-41 | | U.S. (Dollars) | $16.35 | $16.35 |
| 8/27/2004 | Parking | Court Hearing | The Fleming Company - Post-Confirmation PreEffective Date Task 40575-41 | Honolulu, HI | U.S. (Dollars) | $16.67 | $16.67 |
| 8/27/2004 | To/From Airport | Court Hearing | The Fleming Company - Post-Confirmation PreEffective Date Task 40575-41 | Los Angeles, CA | U.S. (Dollars) | $80.00 | $80.00 |
| 8/28/2004 | Parking | Court Hearing | The Fleming Company - Post-Confirmation PreEffective Date Task 40575-41 | Los Angeles, CA | U.S. (Dollars) | $16.67 | $16.67 |
| 8/29/2004 | Parking | Court Hearing | The Fleming Company - Post-Confirmation PreEffective Date Task 40575-41 | Los Angeles, CA | U.S. (Dollars) | $16.67 | $16.67 |
| 8/31/2004 | cabfare | cabfare | The Fleming Company - Post-Confirmation PreEffective Date Task 40575-41 | Los Angeles, CA | U.S. (Dollars) | $45.00 | $45.00 |

Attach required receipts and file according to Accounting Instructions for your location.

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.

# BEST
## T R A V E L

60 BIESTERFIELD ROAD
ELK GROVE VILLAGE IL 60007 866-575-8785
HTTP://TRAVEL.KIRKLAND.COM

| ACCT. # | DATE | INVOICE # |
|---------|------|-----------|
| DWEIT 7730 | AUG 06 2004 | KL2999 |

PAGE: 01

VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM
APOLLO RES NBR: R8SFT6

LIEBELER/ERIC C

**DISTRIBUTED TO**

KIRKLAND AND ELLIS LLP          ERIC LIEBELER
200 EAST RANDOLPH               777 SOUTH FIGUEROA STREET
CHICAGO IL   60601              LOS ANGELES CA 90017

---

27 AUG 04 - FRIDAY
UNITED       57 COACH CLASS                                    CONFIRMED
  DEPART TERMINAL- 7
  LV: LOS ANGELES      215P NONSTOP      BOEING 767-300
  AR: HONOLULU         453P
  ARRIVAL TERMINAL- M
SEAT-11B                    DINNER-MOVIE                       MILES 2553
  FREQ FLYER- UA 00205626115

30 AUG 04 - MONDAY
UNITED       54 COACH CLASS                                    CONFIRMED
  DEPART TERMINAL- M
  LV: HONOLULU         845P NONSTOP      BOEING 767-300
  AR: LOS ANGELES      456A      ARRIVAL DATE 31 AUG
  ARRIVAL TERMINAL- 7
SEAT-12B                    MOVIE-MOVIE- MILES 2553
  FREQ FLYER- UA 00205626115


COMPARED TO THE FULL FARE THIS REPRESENTS A SAVINGS OF $     571.18
FOR 24HR SERVICE SIMPLY CALL 866-KRK-TRVL
$21 SERVICE FEE TICKET NUMBER 9521835071
ANY CHANGES MAY RESULT IN A HIGHER FARE
FREQUENT FLYER INFORMATION HAS BEEN RECORDED
THANK YOU FOR USING BEST TRAVEL
********************ELECTRONIC TICKET*****************************
PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN
TICKET NUMBER/S:
LIEBELER/ERIC C            1211455939      ELECTRONIC      1104.82
          CARD  VI


AIR TRANSPORTATION      1075.00  TAX      29.82  TTL     1104.82
                                 SERVICE FEE            21.00
                                 SUB TOTAL            1125.82
                                 CREDIT CARD PAYMENT  1125.82
                                 AMOUNT DUE               0.00





**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**
ITINERARY

# BEST
## TRAVEL

60 BIESTERFIELD ROAD
ELK GROVE VILLAGE IL 60007 866-575-8785
HTTP://TRAVEL.KIRKLAND.COM

| ACCT. # | DATE | INVOICE # |
|---------|------|-----------|
| DWEIT 7730 | AUG 06 2004 | KL2989 |

PAGE: 01

VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM

LIEBELER/ERIC C                          APOLLO RES NBR: R8SFT6

**DISTRIBUTED TO**

KIRKLAND AND ELLIS LLP              ERIC LIEBELER
200 EAST RANDOLPH                   777 SOUTH FIGUEROA STREET
CHICAGO IL  60601                   LOS ANGELES CA 90017

27 AUG 04 - FRIDAY
UNITED          57 COACH CLASS                          CONFIRMED
  DEPART TERMINAL- 7
  LV: LOS ANGELES     215P NONSTOP     BOEING 767-300
  AR: HONOLULU        453P
  ARRIVAL TERMINAL- M
SEAT-11B              DINNER-MOVIE              MILES 2553
  FREQ FLYER- UA 00205626115

30 AUG 04 - MONDAY
UNITED          54 COACH CLASS                          CONFIRMED
  DEPART TERMINAL- M
  LV: HONOLULU        845P NONSTOP     BOEING 767-300
  AR: LOS ANGELES     456A     ARRIVAL DATE 31 AUG
  ARRIVAL TERMINAL- 7
SEAT-12B              MOVIE-MOVIE- MILES 2553
  FREQ FLYER- UA 00205626115


COMPARED TO THE FULL FARE THIS REPRESENTS A SAVINGS OF $    571.18
FOR 24HR SERVICE SIMPLY CALL 866-KRK-TRVL
$21 SERVICE FEE TICKET NUMBER 9521835071
ANY CHANGES MAY RESULT IN A HIGHER FARE
FREQUENT-FLYER INFORMATION-HAS BEEN RECORDED
THANK YOU FOR USING BEST TRAVEL
**********************ELECTRONIC TICKET***************************
PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN
TICKET NUMBER/S:
LIEBELER/ERIC C           1211455939     ELECTRONIC     1104.82
              CARD  VI


AIR TRANSPORTATION     1075.00  TAX       29.82  TTL       1104.82
                                SERVICE FEE               21.00
                                SUB TOTAL                1125.82
                                CREDIT CARD PAYMENT      1125.82
                                AMOUNT DUE                 0.00





MEMBER
(ASTA)

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**
*INVOICE*

```
        HONOLULU INT'L AIRPORT
RENTAL RECORD:           668803704
ERIC LIEBELER
COMPLETED BY:                  4970
RENTED: HONOLULU INT'L AIRPORT
R
ENTAL: 08/27/04    17:25
RETURN: 08/30/04    18:08
MILES IN: 09929  OUT: 09883
MILES DRIVEN:   46
PLAN IN/OUT: WEBE   /WEBE
CLS: V

  3 DAYS         67.99   203.97
SUBTOTAL                 203.97
CONCESSION FEE RECOVERY   22.64
FUEL & SVC MI @  .181     8.33
TX 4.166% ON   234.94     9.79
•VEH LIC FEE              9.96
NET DUE                  254.69
PAID BY: VISA
CREDIT CARD #: XXXXXXXXXXXX5011
```

Thank you for renting from

**Hertz**

From ___LAX → home_____

To_____ $ 45 _____

Driver_____

Cab No._____

Date _____ Amount _____

*Room Bill*
*- Berry*
*PI*
*hearing*



# RENAISSANCE.
## ILIKAI.WAIKIKI HOTEL
### HONOLULU, HAWAII

1777 Ala Moana Boulevard, Honolulu, Hawaii 96815
Telephone 808-949-3811 Fax 808-947-4523

| | |
|---|---|
| MR. ERIC LIEBELER | Room No. :  1720 |
| 777 SOUTH FIGUEROA ST #3400 | Arrival  :  08/27/04 |
| LOS ANGELES, CA 90017 | Departure:  08/30/04 |
| USA | |

## S T A T E M E N T

Renaissance Ilikai Hotel Waikiki, 08/30/04/16:54:21 RF/1

| Date | Reference | Charge | Credit |
|---|---|---|---|
| 08/27 | -Corporate Rate | 234.00 | |
| 08/27 | Room Tax 7.25% | 16.97 | |
| 08/27 | G.E. Tax 4.166% | 9.75 | |
| 08/27 | Room Svc Dinner CHECK #3067 | 54.96 | |
| 08/27 | Parking | 16.00 | |
| 08/27 | Parking Tax | 0.67 | |
| 08/27 | Wayport Internet Charges | 38.85 | |
| | ->#1720 : InternetSvc | | |
| 08/27 | Long Distance Telephone | 14.77 | |
| | ->#71720: 323-933-4851 | | |
| 08/28 | -Corporate Rate | 234.00 | |
| 08/28 | Room Tax 7.25% | 16.97 | |
| 08/28 | G.E. Tax 4.166% | 9.75 | |
| 08/28 | Parking | 16.00 | |
| 08/28 | Parking Tax | 0.67 | |
| 08/28 | Long Distance Telephone | 43.22 | |
| | ->#71720: 323-933-4851 | | |
| 08/29 | -Corporate Rate | 234.00 | |
| 08/29 | Room Tax 7.25% | 16.97 | |
| 08/29 | G.E. Tax 4.166% | 9.75 | |
| 08/29 | Canoe's Breakfast CHECK #8482 | 17.49 | |
| 08/29 | Parking | 16.00 | |
| 08/29 | Parking Tax | 0.67 | |
| 08/29 | Long Distance Telephone | 11.61 | |
| | ->#71720: 323-933-4851 | | |

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____



# RENAISSANCE®
## ILIKAI WAIKIKI HOTEL
### HONOLULU, HAWAII

1777 Ala Moana Boulevard, Honolulu, Hawaii 96815
Telephone 808-949-3811 Fax 808-947-4523

MR. ERIC LIEBELER
777 SOUTH FIGUEROA ST #3400
LOS ANGELES, CA 90017
USA

Room No. :    1720
Arrival  :    08/27/04
Departure:    08/30/04

S T A T E M E N T

Renaissance Ilikai Hotel Waikiki, 08/30/04/16:54/21 RF/2

| Date | Reference | Charge | Credit |
|------|-----------|--------|--------|
| 08/29 | Long Distance Telephone | 16.35 | |
| | ->#71720: 310-922-0777 | | |
| 08/30 | Room Svc Breakfast CHECK #3171 | 25.77 | |
| 08/30 | Long Distance Telephone | 16.35 | |
| | ->#71720: 323-933-4851 | | |
| 08/30 | Visa Card 4388523041935011    04/05 | | 1071.54 |
| | Total | 1071.54 | 1071.54 |
| | Balance | | 0.00 USD |

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

*Conf room @ Hotel*
*for witness prep*
*meeting*

*EL*
*L. Hosoda*
*L. Smith*
*M. Dillon*



# RENAISSANCE.
## ILIKAI.WAIKIKI HOTEL
### HONOLULU, HAWAII

1777 Ala Moana Boulevard, Honolulu, Hawaii 96815
Telephone 808-949-3811 Fax 808-947-4523

```
MR. ERIC LIEBELER                    Room No. :   2443
777 SOUTH FIGUEROA ST #3400          Arrival  :   08/29/04
LOS ANGELES, CA 90017                Departure:   08/29/04
USA
```

D U P L I C A T E   307693

Renaissance Ilikai Hotel Waikiki, 08/29/04/21:31:27 WM/1

| Date  | Reference | | Charge | Credit |
|-------|-----------|--|--------|--------|
| 08/29 | -Corporate Rate | | 179.00 | |
| 08/29 | Room Tax 7.25% | | 12.98 | |
| 08/29 | G.E. Tax 4.166% | | 7.46 | |
| 08/29 | Visa Card 4388523041935011 | 04/05 | | 199.44 |
| | Total | | 199.44 | 199.44 |
| | Balance | | | 0.00 USD |

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. [The credit card company will bill in the usual manner.] If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month [ANNUAL RATE 18%], or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox. Password is expense.

**Expense Report:**  Berry Hearing
**Business Purpose:**  Berry Hearing (Honolulu)

**Employee Name:** Eric C. Liebeler
**Employee ID:**  5247

| | |
|---|---|
| **Date Filed:** | 9/30/2004 |
| **Report Total:** | $2,499.13 |
| **Firm Paid:** | $0.00 |
| **Amount Due Employee:** | $2,499.13 |

Signature

Date    9.30.04

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|------|---------|-------------|---------|------|---------|-------------------|----------------|
| 9/16/2004 | Airfare | Court Hearing | Post Confirmation Trust - Corporate Matter, No Third Parties<br>41445-1 | Los Angeles, CA | U.S. (Dollars) | $1,125.82 | $1,125.82 |
| 9/29/2004 | Hotel | Court Hearing | Post Confirmation Trust - Corporate Matter, No Third Parties<br>41445-1 | Honolulu, HI | U.S. (Dollars) | $842.28 | $842.28 |
| 9/25/2004 | Hotel | Court Hearing | Post Confirmation Trust - Corporate Matter, No Third Parties<br>41445-1 | Honolulu, HI | U.S. (Dollars) | $210.57 | $210.57 |
| 9/26/2004 | Hotel | Court Hearing | Post Confirmation Trust - Corporate Matter, No Third Parties<br>41445-1 | Honolulu, HI | U.S. (Dollars) | $210.57 | $210.57 |
| 9/27/2004 | Hotel | Court Hearing | Post Confirmation Trust - Corporate Matter, No Third Parties<br>41445-1 | Honolulu, HI | U.S. (Dollars) | $210.57 | $210.57 |

Expense Report - Berry Hearing

Page 2 of 3

| Date | Type | Description | Matter | Location | | Amount | Amount |
|------|------|-------------|--------|----------|--|--------|--------|
| 9/28/2004 | Hotel | Court Hearing | Post Confirmation Trust - Corporate Matter, No Third Parties 41445-1 | Honolulu, HI | U.S. (Dollars) | $210.57 | $210.57 |
| 9/25/2004 | Travel Meal | Travel Meal<br>Eric Liebeler - K&E - Partner | Post Confirmation Trust - Corporate Matter, No Third Parties 41445-1 | Honolulu, HI | U.S. (Dollars) | $39.82 | $39.82 |
| 9/26/2004 | Travel Meal | Travel Meal<br>Eric Liebeler - K&E - Partner | Post Confirmation Trust - Corporate Matter, No Third Parties 41445-1 | Honolulu, HI | U.S. (Dollars) | $33.54 | $33.54 |
| 9/27/2004 | Travel Meal | Travel Meal<br>E. Liebeler - K&E - Los Angeles - Partner | Post Confirmation Trust - Corporate Matter, No Third Parties 41445-1 | Honolulu, HI | U.S. (Dollars) | $21.23 | $21.23 |
| 9/28/2004 | Travel Meal with Others | Travel Meal with Others<br>E. Liebeler - K&E - Los Angeles - Partner<br>Melissa Dulac - K&E-Los Angeles - Associate<br>L. Smith - - Local Counsel<br>L. Hosoda - - Counsel for Dillon<br>M. Dillon - - Witness | Post Confirmation Trust - Corporate Matter, No Third Parties 41445-1 | Honolulu, HI | U.S. (Dollars) | $140.10 | $140.10 |
| 9/25/2004 | Internet Access | Court Hearing | Post Confirmation Trust - Corporate Matter, No Third Parties 41445-1 | | U.S. (Dollars) | $38.85 | $38.85 |
| 9/27/2004 | Telephone While Traveling | Court Hearing | Post Confirmation Trust - Corporate Matter, No Third Parties 41445-1 | | U.S. (Dollars) | $29.54 | $29.54 |
| 9/28/2004 | Internet Access | Court Hearing | Post Confirmation Trust - Corporate Matter, No Third Parties 41445-1 | | U.S. (Dollars) | $12.95 | $12.95 |
| 9/25/2004 | To/From Airport | Court Hearing | Post Confirmation Trust - Corporate Matter, No Third Parties 41445-1 | Honolulu, HI | U.S. (Dollars) | $20.00 | $20.00 |

| | | | Post Confirmation Trust - Corporate Matter, No Third Parties | | | | |
|---|---|---|---|---|---|---|---|
| 9/25/2004 | To/From Airport | Court Hearing | 4 1445-1 | Los Angeles, CA | U.S. (Dollars) | $80.00 | $80.00 |
| | | | Post Confirmation Trust - Corporate Matter, No Third Parties | | | | |
| 9/29/2004 | To/From Airport | Court Hearing | 4 1445-1 | Honolulu, HI | U.S. (Dollars) | $35.00 | $35.00 |
| | | | Post Confirmation Trust - Corporate Matter, No Third Parties | | | | |
| 9/29/2004 | To/From Airport | Court Hearing | 4 1445-1 | Los Angeles, CA | U.S. (Dollars) | $80.00 | $80.00 |

Attach required receipts and file according to Accounting Instructions for your location.

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.



"Michelle Campbell"
<mkcampbell@besttravel.com
>

09/16/2004 06:29 PM

To <mdemarco@kirkland.com>

cc

bcc

Subject 25sep trip

Michele,
Complimentary upgrades have been requested.

60 BIESTERFIELD ROAD            DWEIT
ELK GROVE VILLAGE IL 60007 847-981-0080  7730   SEP 16 2004ITIN
WWW.BESTTRAVEL.COM              PAGE:01

VIEW YOUR TRIP ONLINE AT HTTP://WWW.VIEWTRIP.COM
LIEBELER/ERIC C              APOLLO RES NBR: XXD49G

KIRKLAND AND ELLIS LLP        ERIC LIEBELER
200 EAST RANDOLPH             777 SOUTH FIGUEROA STREET
CHICAGO IL  60601            LOS ANGELES CA 90017

PLEASE REVIEW FOR ACCURACY. CALL WITHIN 1 BUSINESS DAY IF INCORRECT.

25 SEP 04 - SATURDAY
UNITED     55 COACH CLASS                 CONFIRMED
DEPART TERMINAL- 7
LV: LOS ANGELES   1130A NONSTOP   752
AR: HONOLULU      206P
ARRIVAL TERMINAL- MAIN/CENTRAL
SEAT- 9D          LUNCH-MOVIE             MILES 2553
FREQ FLYER- UA 00205626115

RENAISSANCE HOTELS      04 NT/S - OUT 29SEP       CONFIRMED
RENAISSANCE ILIKAI      1 ROOM/S     GUARANTEE-CREDIT CARD
1777 ALA MOANA BLVD     RATE-    189.00  GUARANTEED
HONOLULU OAHU HI        PHONE-808 949-3811
FAX-808 947-4523
                  NAME-LIEBELER ERIC C
               CONFIRMATION-82568099
CANCEL POLICY IS 3 DAYS PRIOR TO ARRIVAL

29 SEP 04 - WEDNESDAY
UNITED    934 COACH CLASS                CONFIRMED
DEPART TERMINAL- MAIN/CENTRAL
LV: HONOLULU      800A NONSTOP   BOEING 767-300
AR: LOS ANGELES   420P

ARRIVAL TERMINAL- 7
SEAT-15H                BREAKFAST-MOVIE              MILES 2553
FREQ FLYER- UA 00205626115

COMPARED TO THE FULL FARE THIS REPRESENTS A SAVINGS OF $    571.18
FOR 24HR SERVICE SIMPLY CALL 866-KRK-TRVL
$21 SERVICE FEE TICKET NUMBER 9522543417
** UNITED ** /  LOCATOR: XXD49G
E-TICKET NBR: 1215073557 / PRICE:$ 1104.82
ANY CHANGES MAY RESULT IN A HIGHER FARE
FREQUENT FLYER INFORMATION HAS BEEN RECORDED
************************ELECTRONIC TICKET**************************
PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN
THANK YOU FOR USING BEST TRAVEL

  AIR TRANSPORTATION    1075.00  TAX     29.82  TTL    1104.82

  60 BIESTERFIELD ROAD        DWEIT
  ELK GROVE VILLAGE IL 60007 847-981-0080  7730   SEP 16 2004ITIN
  WWW.BESTTRAVEL.COM                PAGE:02

            VIEW YOUR TRIP ONLINE AT HTTP://WWW.VIEWTRIP.COM
  LIEBELER/ERIC C                APOLLO RES NBR: XXD49G

  KIRKLAND AND ELLIS LLP        ERIC LIEBELER
  200 EAST RANDOLPH          777 SOUTH FIGUEROA STREET
  CHICAGO IL  60601         LOS ANGELES CA 90017

 PLEASE REVIEW FOR ACCURACY. CALL WITHIN 1 BUSINESS DAY IF INCORRECT.

              SERVICE FEE         21.00
              SUB TOTAL          1125.82
              CREDIT CARD PAYMENT     1125.82-
              AMOUNT DUE            0.00

hotel → aiport    $35.00



**Taxi & Tour**

☎ (808) _____

_____
Your Driver

_____          _____
Cab No.                  Your Driver's Company

---

100 BISHOP STREET STE 108
HONOLULU, HAWAII  96813
(808) 524-0004
#200068802
**Sale**

Server:  172
ID: 69862320          Ref #:   0036
03/28/04                    14:28:23
Batch #: 061

VISA
5011
Appr Code: 028255   Inv#: 000388
Amount:                    $ 115.10
Tip:                         25
                    ==================
Total:              140

Customer Copy



# RENAISSANCE.
## ILIKAI. WAIKIKI HOTEL
### HONOLULU, HAWAII

1777 Ala Moana Boulevard, Honolulu, Hawaii 96815
Telephone 808-949-3811·Fax 808-947-4523

```
MR. ERIC LIEBELER                    Room No.  :    2216
777 S FIGUEROA ST APT 3400           Arrival   :    09/25/04
LOS ANGELES, CA 90017                Departure:     09/29/04
USA
```

## S T A T E M E N T

Renaissance Ilikai Hotel Waikiki, 09/28/04/22:06/ NA/1

| Date  | Reference | Charge | Credit |
|-------|-----------|--------|--------|
| 09/25 | -Corporate Rate | 189.00 | |
| 09/25 | Room Tax 7.25% | 13.70 | |
| 09/25 | G.E. Tax 4.166% | 7.87 | |
| 09/25 | Room Svc Dinner CHECK #4248 | 39.82 | |
| 09/25 | Wayport Internet Charges | 38.85 | |
|       | ->#2216 : InternetSvc | | |
| 09/25 | Movies - In Room | 10.37 | |
|       | ->#2216 : VIDEO VOD 2070 | | |
| 09/26 | -Corporate Rate | 189.00 | |
| 09/26 | Room Tax 7.25% | 13.70 | |
| 09/26 | G.E. Tax 4.166% | 7.87 | |
| 09/26 | Canoe's Breakfast CHECK #3133 | 33.54 | |
| 09/27 | -Corporate Rate | 189.00 | |
| 09/27 | Room Tax 7.25% | 13.70 | |
| 09/27 | G.E. Tax 4.166% | 7.87 | |
| 09/27 | Canoe's Breakfast CHECK #3272 | 21.23 | |
| 09/27 | Long Distance Telephone | 11.61 | |
|       | ->#72216: 323-933-4851 | | |
| 09/27 | Long Distance Telephone | 17.93 | |
|       | ->#72216: 310-922-0777 | | |
| 09/28 | -Corporate Rate | 189.00 | |
| 09/28 | Room Tax 7.25% | 13.70 | |
| 09/28 | G.E. Tax 4.166% | 7.87 | |
| 09/28 | Wayport Internet Charges | 12.95 | |
|       | ->#2216 : InternetSvc | | |

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged
to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above.
[The credit card company will bill in the usual manner.] If for any reason the credit card company does not make payment on this account, you will owe us such amount.
If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the
rate of 1.5% per month [ANNUAL RATE 18%], or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



# RENAISSANCE.
## ILIKAI. WAIKIKI HOTEL
### HONOLULU, HAWAII

1777 Ala Moana Boulevard, Honolulu, Hawaii 96815
Telephone 808-949-3811 Fax 808-947-4523

```
MR. ERIC LIEBELER                    Room No.  :   2216
777 S FIGUEROA ST APT 3400           Arrival   :   09/25/04
LOS ANGELES, CA 90017                Departure:    09/29/04
USA
```

## S T A T E M E N T

Renaissance Ilikai Hotel Waikiki, 09/28/04/22:06/ NA/2

| Date | Reference | Charge | Credit |
|------|-----------|--------|--------|
|      | Total     | 1028.58 |        |
|      | Balance   | 1028.58 USD |    |

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____



D 2 5 0 F 7 1 3 0 1 6 E 4 4 F 7 9 2 A A

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox.
Password is expense.

**Expense Report:**  Eric C. Liebeler
**Business Purpose:**  Depositions in Honolulu, HI on Berry v. Fleming

| | | | |
|---|---|---|---|
| **Employee Name:** Eric C. Liebeler | | **Date Filed:** | 6/2/2005 |
| **Employee ID:** 5247 | | **Report Total:** | $2,667.71 |
| | | **Firm Paid:** | $0.00 |
| | | **Amount Due Employee:** | $2,667.71 |

Signature _Eric Liebeler_

Date _6/13/05_

**Report Remarks:**  Please combine the hotel room rate and hotel taxes a single entry per day, also
reduce the amount for the meal on 5/18 for $71.64 to $50.00.

---

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|---|
| 5/12/2005 | Airfare | Attend Deposition | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $1,175.43 | $1,175.43 |
| 5/20/2005 | Car Rental | Attend Deposition | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $194.05 | $194.05 |
| 5/20/2005 | Hotel | Attend Deposition | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $1,118.23 | $1,118.23 |
| 5/17/2005 | Hotel | Attend Deposition | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $317.22 | $317.22 |

Expense Report - Eric C. Liebeler

| Date | Type | Description | Account | Location | Currency | Amount | Amount |
|---|---|---|---|---|---|---|---|
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 5/18/2005 | Hotel | Attend Deposition | 41445-6 | Honolulu, HI | U.S. (Dollars) | $317.22 | $317.22 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 5/19/2005 | Hotel | Attend Deposition | 41445-6 | Honolulu, HI | U.S. (Dollars) | $317.22 | $317.22 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 5/17/2005 | Parking | Attend Deposition | 41445-6 | Honolulu, HI | U.S. (Dollars) | $15.00 | $15.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 5/17/2005 | Internet Access | Attend Deposition | 41445-6 | | U.S. (Dollars) | $25.90 | $25.90 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 5/17/2005 | Hotel Tax | | 41445-6 | | U.S. (Dollars) | $1.08 | $1.08 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 5/18/2005 | Parking | Attend Deposition | 41445-6 | Honolulu, HI | U.S. (Dollars) | $15.00 | $15.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 5/18/2005 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HI | U.S. (Dollars) | $21.99 | $21.99 |
| | | E. Liebeler - K&E - Los Angeles - Partner | | | | | |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 5/19/2005 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HI | U.S. (Dollars) | $23.99 | $23.99 |
| | | E. Liebeler - K&E - Los Angeles - Partner | | | | | |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 5/19/2005 | Internet Access | Attend Deposition | 41445-6 | | U.S. (Dollars) | $13.61 | $13.61 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 5/18/2005 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HI | U.S. (Dollars) | $50.00 | $50.00 |
| | | E. Liebeler - K&E - Los Angeles - Partner | | | | | |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 5/17/2005 | Other | Hotel Tips | 41445-6 | | U.S. (Dollars) | $10.00 | $10.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 5/20/2005 | Other | Tips | 41445-6 | | U.S. (Dollars) | $10.00 | $10.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 5/17/2005 | To/From Airport | Attend Deposition | 41445-6 | Honolulu, HI | U.S. (Dollars) | $65.00 | $65.00 |

Expense Report - Eric C. Liebeler

| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
|---|---|---|---|---|---|---|---|
| 5/20/2005 | Parking | Attend Deposition | 41445-6 | Honolulu, HI | U.S. (Dollars) | $30.00 | $30.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 5/20/2005 | To/From Airport | Attend Deposition | 41445-6 | Honolulu, HI | U.S. (Dollars) | $65.00 | $65.00 |

Attach required receipts and file according to Accounting Instructions for your location.

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.

 **Lupe Carrera/Los Angeles/Kirkland-Ellis**
06/06/2005 04:30 PM

To  Lena Prodan/Los Angeles/Kirkland-Ellis@K&E

cc

bcc

Subject  E. Liebeler -$2689.23

Please combine the hotel room rate and hotel taxes a single entry per day, also reduce the amount for the meal on 5/18 for $71.64 to $50.00. Travel meals are limited to $50.00 per person. Then print, sign, date, rescan and resubmit for approval.

Thanks





# THE ROYAL HAWAIIAN
*Waikiki*

**Royal Hawaiian Hotel**
2259 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808 923-7311 Fax: 808 931-7098

G
U   Mr Eric Liebeler
E
S   777 S Figueroa Street
T   Los Angeles, CA 90017
    United States

    Vch/Bkg #

| | | | |
|---|---|---|---|
| ROOM | 484 | | |
| RATE | 285.00 | | |
| NO. PERS. | 1 | | |
| FOLIO | 4019164 | A | |
| PAGE | 1 | | |
| ARRIVE | 17-MAY-05 | 20:51 | |
| DEPART | 20-MAY-05 | 18:50 | |
| PAYMENT | VM | | |

T
R
A   Best Travel & Tours Inc
V   60 Biesterfield RD
E
L   Elk Grove Vill, IL 60007
C
H
A
R
G
E

| DATE | REFERENCE | | DESCRIPTION | DEBIT/CREDIT |
|---|---|---|---|---|
| 17-MAY-05 | 484 | | Parking | 15.00 ✓ |
| 17-MAY-05 | RT484 | | Room          SPG | 285.00 |
| 17-MAY-05 | RT484 | | General Excise Tax-4.16% | 11.86 |
| 17-MAY-05 | RT484 | | Occupancy Tax-7.25% | 20.66 |
| 17-MAY-05 | 1 | 3 | High Speed Internet Access | 25.90 ✓ |
| 17-MAY-05 | 1 | 3 | HSIA Tax | 1.08 ✓ |
| 18-MAY-05 | 484 | | Parking | 15.00 ✓ |
| 18-MAY-05 | RT484 | | Room          SPG | 285.00 |
| 18-MAY-05 | RT484 | | General Excise Tax-4.16% | 11.86 |
| 18-MAY-05 | RT484 | | Occupancy Tax-7.25% | 20.66 |
| 18-MAY-05 | 221685770 | 1 | In Room Dining | 21.99 ✓ |
| 18-MAY-05 | 215725760 | 3 | Surf Room | 71.64 ✓ |
| 19-MAY-05 | RT484 | | Room          SPG | 285.00 |
| 19-MAY-05 | RT484 | | General Excise Tax-4.16% | 11.89 |
| 19-MAY-05 | RT484 | | Occupancy Tax-7.25% | 20.66 |
| 19-MAY-05 | 221737680 | 1 | In Room Dining | 23.99 ✓ |
| 19-MAY-05 | 1 | 3 | High Speed Internet Access | 12.95 ✓ |
| 19-MAY-05 | 1 | 3 | HSIA Tax | 0.54 ✓ |
| 20-MAY-05 | VM | | Visa/MasterCard | 1140.65- |

***For Authorization Purposes Only***
xxxx35011

| Auth Date | Code | Authorized |
|---|---|---|
| 17-MAY-05 | 002564 | 1539.00 |

                    Total-Due                    0.00

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest you have earned at least 2808
Starpoints for this visit G715158997.

| | | | |
|---|---|---|---|
| Mr Eric Liebeler | ROOM | DEPART | AGENT |
| FOLIO  4019164  17-MAY-05 | 484 | 20-MAY-05 | RHFDCM |

I AGREE TO REMAIN PERSONALLY LIABLE FOR THE PAYMENT OF THIS ACCOUNT IF THE CORPORATION,
OR OTHER THIRD PARTY BILLED, FAILS TO PAY ALL OR PART OF THESE CHARGES.

```
FIRST
HAWAIIAN
CENTER  ◄◄


    PAID
       1#
  06··136№
  05-05·►4DT
 ⊙19-14:53EX
  05-05·►4DT
 ⊙19-08:46EN
  A···30.00$
```

## ECL

ER- Need bill from
    Royal Hawaiian

plane

Tim 2x

Parking- attached

Misc tips 20

Rental car- attached.

```
        HONOLULU INT'L AIRPORT
  RENTAL RECORD:          572149270
  ERIC LIEBELER
  COMPLETED BY:                3915
  RENTED:  HONOLULU INT'L AIRPORT
  RENTAL:   05/17/05   16:46
  RETURN:   05/20/05   06:35
  MILES IN: 04377  OUT: 04321
  MILES DRIVEN:   56
  PLAN IN/OUT: 4971A  /4971A
  CLS: C

   3 DAYS        51.00    153.00
  SUBTOTAL                153.00
  CONCESSION FEE RECOVERY  16.98
  FUEL & SVC MI @  .123     6.89
  TX 4.166% ON  176.87      7.37
  *VEH LIC FEE              9.81
  NET DUE                 194.05
  PAID BY:  VISA
  CREDIT CARD #: XXXXXXXXXXX5011

   Thank you for renting from
       Hertz
```

# BEST TRAVEL

60 BIESTERFIELD ROAD
ELK GROVE VILLAGE IL 60007 866-575-8785
HTTP://TRAVEL.KIRKLAND.COM

| ACCT# | DATE | INVOICE # |
|-------|------|-----------|
| DIMB8 7730 | MAY 12 2005 | KL4133 |
| | PAGE 01 | |

VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM

LIEBELER/ERIC C                           APOLLO RES NBR: TN854G

**DISTRIBUTED TO**

KIRKLAND AND ELLIS LLP              ERIC LIEBELER
200 EAST RANDOLPH                   777 SOUTH FIGUEROA STREET
CHICAGO IL  60601                   34TH
                                    LOS ANGELES CA 90017

---

17 MAY 05 - TUESDAY                                        CONFIRMED
UNITED       57
  DEPART TERMINAL - 7
  LV: LOS ANGELES        1204 NONSTOP      BOEING 767-300
  AR: HONOLULU           406P
  ARRIVAL TERMINAL: MAIN/CENTRAL
SEAT  4E                  LUNCH-MOVIE                    MILES 2554
  FREQ FLYER- UA 00205626115

HERTZ                     1 INTERMED 2/4 DR   DROP 21MAY   CONFIRMED
PICKUP HONOLULU           HONOLULU INTL AIRPORT
RATE      51.00           DAILY    QUOTED      EXTRA HR   26.00
MILEAGE UNL/MI                     CODE CR
                          CONFIRMATION C9161921112 CNTR

HOTEL                     04 NT/S - OUT 21MAY            CONFIRMED
THE ROYAL HAWAIIAN        ROOM/S
2259 KALAKAUA AVENUE
HONOLULU HI 96815         PHONE 808-923-7311
                          CONFIRMATION 4019164

21 MAY 05 - SATURDAY
UNITED       54                                          CONFIRMED
  DEPART TERMINAL - MAIN/CENTRAL
  LV: HONOLULU           900P NONSTOP      BOEING 767-300
  AR: LOS ANGELES        512A    ARRIVAL DATE-22 MAY
  ARRIVAL TERMINAL - 7
SEAT  4D                  SNACK-MOVIE                    MILES 2554
  FREQ FLYER- UA 00205626115


COMPARED TO THE FULL FARE THIS REPRESENTS A SAVINGS OF $     378.57
FOR 24HR SERVICE SIMPLY CALL 866-KRK-TRVL
$45 SERVICE FEE TICKET NUMBER 9626234889
ANY CHANGES MAY RESULT IN A HIGHER FARE
FREQUENT FLYER INFORMATION HAS BEEN RECORDED
THANK YOU FOR USING BEST TRAVEL
***********************ELECTRONIC TICKET*******************************
PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN

MEMBER
ASTA



**BEST**
T R A V E L

60 DIESTERFIELD ROAD
ELK GROVE VILLAGE IL 60007 866-575-3785
HTTP://TRAVEL.KIRKLAND.COM

| ACCT.# | DATE | INVOICE # |
|---|---|---|
| DIMLG 7730 | MAY 12 2005 | KL4133 |
| | PAGE 02 | |

VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM
LIEBELER/ERIC C                    APOLLO RES NBR: TNR546

**DISTRIBUTED TO**

KIRKLAND AND ELLIS LLP            ERIC LIEBELER
200 EAST RANDOLPH                 777 SOUTH FIGUEROA STREET
CHICAGO IL   60601                34TH
                                  LOS ANGELES CA 90017

---

TICKET NUMBER/S:
LIEBELER/ERIC C                  1231851606    ELECTRONIC        1130.43
                 CARD  VI

    AIR TRANSPORTATION     1097.20  TAX      33.23  TTL      1130.43
                                    SERVICE FEE               45.00
                                    SUB TOTAL                1175.43
                                    CREDIT CARD PAYMENT      1175.43
                                    AMOUNT DUE                  0.00

MEMBER
ASTA
American Society
of Travel Agents

6-24

||||||||||||||||||||||||||||||||||||||||||||||||||||

**B 7 D 1 7 4 2 4 8 F 1 9 4 D 7 C 9 1 8 4**

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox.
Password is expense.

**Expense Report:** Eric C. Liebeler
**Business Purpose:** Travel to Honolulu, HI for Summary Judgment Hearing on PCT/Berry
June 17 thru June 21

| | | | |
|---|---|---|---|
| **Employee Name:** | Eric C. Liebeler | **Date Filed:** | 6/24/2005 |
| **Employee ID:** | 5247 | **Report Total:** | $2,471.39 |
| | | **Firm Paid:** | $0.00 |
| | | **Amount Due Employee:** | $2,471.39 |

Signature _____

Date _____

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|---|
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 6/15/2005 | Airfare | Court Hearing | 41445-6 | Honolulu, HI | U.S. (Dollars) | $1,175.43 | $1,175.43 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 6/21/2005 | Car Rental | Court Hearing | 41445-6 | Honolulu, HI | U.S. (Dollars) | $255.52 | $255.52 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 6/19/2005 | Hotel | Court Hearing | 41445-6 | Honolulu, HI | U.S. (Dollars) | $841.26 | $841.26 |
| | Notes: | Only 2 days of the Hotel charges are billed to the client (6/19 and 6/20) | | | | | |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 6/19/2005 | Hotel | Court Hearing | 41445-6 | Honolulu, HI | U.S. (Dollars) | $339.80 | $339.80 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |

Expense Report - Eric C. Liebeler

| Date | Type | Description | Matter | Location | Currency | Amount | Amount |
|---|---|---|---|---|---|---|---|
| 6/20/2005 | Hotel | Court Hearing | 41445-6 | Honolulu, HI | U.S. (Dollars) | $339.80 | $339.80 |
| 6/19/2005 | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation Travel Meal Eric Liebeler – K&E-Los Angeles – Partner | 41445-6 | Honolulu, HI | U.S. (Dollars) | $30.08 | $30.08 |
| 6/19/2005 | Telephone While Traveling | Post Confirmation Trust - Berry, Wayne Litigation Court Hearing | 41445-6 | Honolulu, HI | U.S. (Dollars) | $13.76 | $13.76 |
| 6/19/2005 | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation Travel Meal E. Liebeler – K&E - Los Angeles - Partner | 41445-6 | Honolulu, HI | U.S. (Dollars) | $23.73 | $23.73 |
| 6/19/2005 | Parking | Post Confirmation Trust - Berry, Wayne Litigation Court Hearing | 41445-6 | Honolulu, HI | U.S. (Dollars) | $15.00 | $15.00 |
| 6/20/2005 | Telephone While Traveling | Post Confirmation Trust - Berry, Wayne Litigation Court Hearing | 41445-6 | Honolulu, HI | U.S. (Dollars) | $1.00 | $1.00 |
| 6/20/2005 | Internet Access | Post Confirmation Trust - Berry, Wayne Litigation Court Hearing | 41445-6 | Honolulu, HI | U.S. (Dollars) | $13.49 | $13.49 |
| 6/20/2005 | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation Travel Meal E. Liebeler – K&E - Los Angeles - Partner | 41445-6 | Honolulu, HI | U.S. (Dollars) | $21.99 | $21.99 |
| 6/20/2005 | Telephone While Traveling | Post Confirmation Trust - Berry, Wayne Litigation Court Hearing | 41445-6 | Honolulu, HI | U.S. (Dollars) | $10.51 | $10.51 |
| 6/20/2005 | Telephone While Traveling | Post Confirmation Trust - Berry, Wayne Litigation Court Hearing | 41445-6 | Honolulu, HI | U.S. (Dollars) | $17.10 | $17.10 |
| 6/19/2005 | Parking | Post Confirmation Trust - Berry, Wayne Litigation Court Hearing | 41445-6 | Honolulu, HI | U.S. (Dollars) | $15.00 | $15.00 |
| 6/18/2005 | Travel Meal with Others | Post Confirmation Trust - Berry, Wayne Litigation Travel Meal with Others Eric Liebeler – K&E – Partner L. Hosoda - Co-Counsel - | 41445-6 | Honolulu, HI | U.S. (Dollars) | $49.18 | $49.18 |

Expense Report - Eric C. Liebeler

R. Mead - Co-Counsel -

| Date | Type | Description | Matter | Location | Currency | Amount | Amount |
|------|------|-------------|--------|----------|----------|--------|--------|
| 6/19/2005 | Other | Tips | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | U.S. (Dollars) | $10.00 | $10.00 |
| 6/20/2005 | Other | Tips | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | U.S. (Dollars) | $10.00 | $10.00 |
| 6/17/2005 | To/From Airport | Court Hearing | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $65.00 | $65.00 |
| 6/21/2005 | To/From Airport | Court Hearing | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $65.00 | $65.00 |

**Attach required receipts and file according to Accounting Instructions for your location.**

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.

BEST TRAVEL AND TOURS INC.
8600 W. BRYN MAWR
CHICAGO, IL 60631

INVOICE #: KL0004254
Date: 6/15/2005
Account: 7730
Page #: 1
PNR Locator: MX1D88

Kirkland & Ellis LLP
200 East Randolph
Chicago IL 60601

| Traveler | Tkt#/Cf# | Tvl Dt | Itinerary | | Pymt Due | By | Invoiced Amt | Booked Amt |
|---|---|---|---|---|---|---|---|---|
| LIEBELER/ERIC C | 1236420305 | 06/17/05 | LAX-HNL-LAX | | 06/15/05 | P | 1130.43 | |
| VI XXXXXXXXXXXXXX35011 | | | United Airlines | | | | | |

| Airline | Flight | Origin | Destination | Depart | Arrive | Depart |
|---|---|---|---|---|---|---|
| United Airlines | 0057 | Los Angeles CA | Honolulu HI | 0145P | 0426P | 06/17/05 |
| United Airlines | 0824 | Honolulu HI | Los Angeles CA | 0355P | 1220A | 06/20/05 |

| Traveler | Tkt#/Cf# | Tvl Dt | Itinerary | Pymt Due | By | Invoiced Amt | Booked Amt |
|---|---|---|---|---|---|---|---|
| LIEBELER/ERIC C | 9526888540 | 06/15/05 | ARC Processed Fee | 06/15/05 | P | 45.00 | |
| VI XXXXXXXXXXXXXX35011 | | | Travel Agency Fee | | | | |
| LIEBELER/ERIC C | C94908736E | 06/17/05 | HERTZ | 06/15/05 | P | | 153.00 |
| VI XXXXXXXXXXXXXX35011 | | | Hertz Rent A Car | | | | |
| LIEBELER/ERIC C | C821228822 | 06/17/05 | SHERATON ROYAL HAWA | 06/15/05 | P | | 915.00 |
| VI XXXXXXXXXXXXXX35011 | | | Sheraton | | | | |

| | | Invoiced Amt | Booked Amt |
|---|---|---|---|
| Total Amount of Invoice | | 1175.43 | 1068.00 |
| Less CC Payments or Payments not yet due | | 1175.43 | |
| Less Cash Payments Received | | 0.00 | |
| Net Amount Due | | 0.00 | |

Best Travel would like to take this opportunity
to thank you for your valued Business
* * HOTEL AND CAR TOTALS ARE INFORMATIONAL ONLY * *

HONOLULU INT'L AIRPORT
RENTAL RECORD: 5911746.8,
ERIC LIEBELER
COMPLETED BY:
RENTED: HONOLULU INT'L AIRPORT    3915
RENTAL: 06/17/05    17:24
RETURN: 06/21/05    05:57
MILES IN: 07330  OUT: 07259
MILES DRIVEN: 71
PLAN IN/OUT: 4971A  /4971A
CLS: C

```
4 DAYS        51.00   204.00
SUBTOTAL              204.00
CONCESSION FEE RECOVERY  22.64
FUEL & SVC 3.700 GL 7/8   6.11
TX 4.166% ON 232.75      9.69
*VEH LIC FEE            13.08
NET DUE               255.52
PAID BY: VISA
CREDIT CARD #: XXXXXXXXXX0411
```

Thank you for renting from
**Hertz**

---

✓          PCA | Berry
            ECL
            Hosoda
            Mead

Gordon Biersch Brewery
Honolulu
1 Aloha Tower
Honolulu, HI 96813
808-599-4877

Server: Timothy                DOB: 06/18/2005
02:08 PM                           06/18/2005
Table 62/1                          1/10038

MASTERCARD                        1048609
Card #XXXXXXXXXXXX0956         Exp:0107
Magnetic card present: LIEBELER ERIC C
Approval: 073857

Amount:         43.18

Tip:  _$6_____

= Total: _____

X _____
Approval: 073857     EL LH RDPM

GB Nauka Private Room
and catering available for
your special parties and event
Please call our Events and
Catering Consultant @ 387-5674
"We Throw a Great Party!"

Guest Copy



# THE ROYAL HAWAIIAN
*Waikiki*

Royal Hawaiian Hotel
2259 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808 923-7311 Fax: 808 931-7098

| | | |
|---|---|---|
| **GUEST** | Mr Eric Liebeler<br><br>777 South Figeroa Street<br>Los Angeles, CA 90017<br>United States<br><br>Vch/Bkg # | ROOM 7000<br>RATE 305.00<br>NO. PERS. 1<br>FOLIO 4092040 A<br>PAGE 1<br>ARRIVE 17-JUN-05 20:36<br>DEPART 21-JUN-05<br>PAYMENT VM | **TRAVEL AGENT CHARGE**<br>Best Travel & Tours Inc<br>60 Biesterfield RD<br><br>Elk Grove Vill, IL 60007 |

| DATE | REFERENCE | | DESCRIPTION | DEBIT/CREDIT |
|------|-----------|--|-------------|--------------|
| 17-JUN-05 | 7000 | | Parking | 15.00 |
| 17-JUN-05 | RT7000 | | Room            SPG | 305.00 |
| 17-JUN-05 | RT7000 | | General Excise Tax-4.16% | 12.69 |
| 17-JUN-05 | RT7000 | | Occupancy Tax-7.25% | 22.11 |
| 17-JUN-05 | 1 | 3 | High Speed Internet Access | 12.95 |
| 17-JUN-05 | 1 | 3 | HSIA Tax | 0.54 |
| 17-JUN-05 | 221463550 | 3 | In Room Dining | 42.90 |
| 18-JUN-05 | 7000 | | Parking | 15.00 |
| 18-JUN-05 | RT7000 | | Room            SPG | 305.00 |
| 18-JUN-05 | RT7000 | | General Excise Tax-4.16% | 12.69 |
| 18-JUN-05 | RT7000 | | Occupancy Tax-7.25% | 22.11 |
| 18-JUN-05 | 221477870 | 1 | In Room Dining | 30.08 |
| 18-JUN-05 | 1 | 3 | High Speed Internet Access | 12.95 |
| 18-JUN-05 | 1 | 3 | HSIA Tax | 0.54 |
| 19-JUN-05 | 7000 | | Parking | 15.00 |
| 19-JUN-05 | RT7000 | | Room            SPG | 305.00 |
| 19-JUN-05 | RT7000 | | General Excise Tax-4.16% | 12.69 |
| 19-JUN-05 | RT7000 | | Occupancy Tax-7.25% | 22.11 |
| 19-JUN-05 | 221550280 | 1 | In Room Dining | 30.08 |
| 19-JUN-05 | 054A | | 213-248-1212 0003 10:23 | 13.76 |
| 19-JUN-05 | 221583970 | 2 | In Room Dining | 23.73 |
| 20-JUN-05 | 7000 | | Parking | 15.00 |
| 20-JUN-05 | RT7000 | | Room            SPG | 305.00 |
| 20-JUN-05 | RT7000 | | General Excise Tax-4.16% | 12.69 |
| 20-JUN-05 | RT7000 | | Occupancy Tax-7.25% | 22.11 |
| 20-JUN-05 | 011A | | 800-525-4381 0004 05:28 | 1.00 |
| 20-JUN-05 | 1 | 1 | High Speed Internet Access | 12.95 |
| 20-JUN-05 | 1 | 1 | HSIA Tax | 0.54 |
| 20-JUN-05 | 221612020 | 1 | In Room Dining | 21.99 |
| 20-JUN-05 | 168A | | 323-933-5543 0001 16:46 | 10.51 |
| 20-JUN-05 | 200A | | 323-933-5543 0005 18:37 | 17.10 |
| 21-JUN-05 | VM | | Visa/MasterCard | 1650.82 |

*(handwritten annotation: "only bill 2 days to PCT")*

                    ** continued on the next page **


Mr Eric Liebeler                  ROOM     DEPART        AGENT
FOLIO  4092040  17-JUN-05         7000

I AGREE TO REMAIN PERSONALLY LIABLE FOR THE PAYMENT OF THIS ACCOUNT IF THE CORPORATION,
OR OTHER THIRD PARTY BILLED, FAILS TO PAY ALL OR PART OF THESE CHARGES.

Signature
SHERATON ACTS AS AGENT FOR KYO-YA COMPANY, LTD. - HOTEL DIVISION dba THE ROYAL HAWAIIAN



Royal Hawaiian Hotel
2259 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808 923-7311 Fax: 808 931-7098

# THE ROYAL HAWAIIAN
*Waikiki*

| | | | | |
|---|---|---|---|---|
| **G** | Mr Eric Liebeler | ROOM | 7000 | **T R A V E L** Best Travel & Tours Inc |
| **U** | | RATE | 305.00 | 60 Biesterfield RD |
| **E** | 777 South Figeroa Street | NO. PERS. | 1 | |
| **S** | Los Angeles, CA 90017 | FOLIO | 4092040    A | Elk Grove Vill, IL 60007 |
| **T** | United States | PAGE | 2 | **C H A R G E** |
| | | ARRIVE | 17-JUN-05    20:36 | |
| | Vch/Bkg # | DEPART | 21-JUN-05 | |
| | | PAYMENT | VM | |

| DATE | REFERENCE | DESCRIPTION | DEBIT/CREDIT |
|---|---|---|---|
| | ***For Authorization Purposes Only*** | | |
| | xxxx00956 | | |
| | Auth Date    Code    Authorized | | |
| | 17-JUN-05  639326    1235.25 | | |
| | 17-JUN-05  974150     409.51 | | |
| | Total-Due | 0.00 | |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest you have earned at least 4106
Starpoints for this visit G715158997.

| Mr Eric Liebeler | | ROOM | DEPART | AGENT |
|---|---|---|---|---|
| FOLIO  4092040  17-JUN-05 | | 7000 | | |

I AGREE TO REMAIN PERSONALLY LIABLE FOR THE PAYMENT OF THIS ACCOUNT IF THE CORPORATION,
OR OTHER THIRD PARTY BILLED, FAILS TO PAY ALL OR PART OF THESE CHARGES.

Signature
SHERATON ACTS AS AGENT FOR KYO-YA COMPANY, LTD. - HOTEL DIVISION, dba THE ROYAL HAWAIIAN



```
3 7 4 D 6 0 7 9 4 3 C 3 4 5 0 9 9 F 8 D
```

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox. Password is expense.

**Expense Report:** Honolulu 10 9 05
**Business Purpose:** Berry Summary Judgment

**Employee Name:** Eric C. Liebeler          **Date Filed:**        10/14/2005
**Employee ID:** 5247                        **Report Total:**       $2,800.76
                                             **Firm Paid:**             $0.00
                                             **Amount Due Employee:** $2,800.76

Signature _____

Date      10/14/05

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|------|---------|-------------|---------|------|---------|-------------------|----------------|
| 10/9/2005 | Airfare | Court Hearing | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HA | U.S. (Dollars) | $1,456.61 | $1,456.61 |
| 10/9/2005 | Car Rental | Court Hearing | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HA | U.S. (Dollars) | $142.27 | $142.27 |
| 10/9/2005 | Hotel | Court Hearing | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HA | U.S. (Dollars) | $1,071.88 | $1,071.88 |
| 10/9/2005 | Hotel | Court Hearing | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HA | U.S. (Dollars) | $310.84 | $310.84 |
| 10/10/2005 | Hotel | Court Hearing | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HA | U.S. (Dollars) | $310.84 | $310.84 |

| Date | Type | | Description | | Location | Currency | | |
|---|---|---|---|---|---|---|---|---|
| 10/9/2005 | Internet Access | Court Hearing | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | | U.S. (Dollars) | $26.98 | $26.98 |
| 10/9/2005 | Travel Meal | Travel Meal  E. Liebeler - K&E - Los Angeles - Partner | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | Honolulu, HA | U.S. (Dollars) | $22.59 | $22.59 |
| 10/9/2005 | Parking | Court Hearing | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | Honolulu, HA | U.S. (Dollars) | $15.00 | $15.00 |
| 10/11/2005 | Hotel | Court Hearing | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | Honolulu, HA | U.S. (Dollars) | $78.12 | $78.12 |
| 10/10/2005 | Telephone While Traveling | Court Hearing | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | | U.S. (Dollars) | $148.08 | $148.08 |
| 10/10/2005 | Telephone While Traveling | Court Hearing | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | | U.S. (Dollars) | $49.00 | $49.00 |
| 10/10/2005 | Travel Meal | Travel Meal  E. Liebeler - K&E - Los Angeles - Partner | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | Honolulu, HA | U.S. (Dollars) | $23.49 | $23.49 |
| 10/10/2005 | Travel Meal | Travel Meal  Eric Liebeler - K&E-Los Angeles - Partner | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | Honolulu, HA | U.S. (Dollars) | $59.12 | $59.12 |
| 10/11/2005 | Travel Meal | Travel Meal  E. Liebeler - K&E - Los Angeles - Partner | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | Honolulu, HA | U.S. (Dollars) | $12.82 | $12.82 |
| 10/10/2005 | Parking | Court Hearing | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | Honolulu, HA | U.S. (Dollars) | $15.00 | $15.00 |
| 10/9/2005 | To/From Airport | Court Hearing | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | Los Angeles | U.S. (Dollars) | $65.00 | $65.00 |

Post Confirmation Trust - Berry,

Expense Report - Honolulu 10 9 05                                                                          Page 3 of 3

| | | | Wayne Litigation | | | | |
|---|---|---|---|---|---|---|---|
| 10/11/2005 | To/From Airport | Court Hearing | 41445-6 | Los Angeles | U.S. (Dollars) | $65.00 | $65.00 |

Attach required receipts and file according to Accounting Instructions for your location.

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.



**"Michelle Gemini"**
**<mgemini@besttravel.com>**
09/28/2005 02:53 PM

To  <jmeadows@kirkland.com>

cc

bcc

Subject  10/9 E-TICKET CONFIRMATION

```
60 BIESTERFIELD ROAD                    DIMM3
ELK GROVE VILLAGE IL 60007 847-981-0080  7730    SEP 28 2005ITIN
WWW.BESTTRAVEL.COM                               PAGE:01

           VIEW YOUR TRIP ONLINE AT HTTP://WWW.VIEWTRIP.COM
LIEBELER/ERIC C                          APOLLO RES NBR: V2D1DW

KIRKLAND AND ELLIS LLP                   ERIC LIEBELER
200 EAST RANDOLPH                        777 SOUTH FIGUEROA STREET
CHICAGO IL   60601                       34TH
                                         LOS ANGELES CA 90017

PLEASE REVIEW FOR ACCURACY. CALL WITHIN 1 BUSINESS DAY IF INCORRECT.
09 OCT 05 - SUNDAY
UNITED         57 FIRST DISC                            CONFIRMED
  DEPART TERMINAL- 7
  LV: LOS ANGELES     355P NONSTOP    752
  AR: HONOLULU        635P
  ARRIVAL TERMINAL- MAIN/CENTRAL
SEAT- 4B                     DINNER-MOVIE           MILES 2556
  FREQ FLYER- UA 00205626115

  HERTZ                    1 FULL SIZE2/4 DR  DROP-11OCT   CONFIRMED
  PICKUP-HONOLULU          HONOLULU INTL AIRPORT
  RATE-      55.00         DAILY     QUOTED      EXTRA HR  28.00
  MILEAGE-UNL/MI                     CODE-CR
                          CONFIRMATION-D0552282298 CNTR

  SHERATON                 02 NT/S - OUT 11OCT         CONFIRMED
  SHERATON ROYAL HAWA      1 ROOM/S / 1 KING    GUARANTEE-CREDIT CARD
  2259 KALAKAUA AVENUE     RATE-      279.00   GUARANTEED
  HONOLULU HI 96815        PHONE-808 923-7311
  FAX-808 931-7098
                          NAME-LIEBELER ERIC C
                          GUEST NO.A715158997
                          CONFIRMATION-C011244273
  CANCEL BY 6PM HOTEL TIME 72 HOURS PRIOR TO ARRIVAL TO AVOID CHARGES

11 OCT 05 - TUESDAY
UNITED         52 FIRST DISC                            CONFIRMED
  DEPART TERMINAL- MAIN/CENTRAL
  LV: HONOLULU       100P NONSTOP    BOEING 767-300
  AR: LOS ANGELES    925P
  ARRIVAL TERMINAL- 7
SEAT- 2F                     LUNCH-MOVIE           MILES 2556
  FREQ FLYER- UA 00205626115

COMPARED TO THE FULL FARE THIS REPRESENTS A SAVINGS OF $     327.39
FOR 24HR SERVICE SIMPLY CALL 866-KRK-TRVL
$45 SERVICE FEE TICKET NUMBER 9528476834
*** UNITED     RECORD LOCATOR: *** V2D1DW
```

```
TICKET: 0161244973523   PRICE: $1411.61
ANY CHANGES MAY RESULT IN A HIGHER FARE

FREQUENT FLYER INFORMATION HAS BEEN RECORDED
***********************ELECTRONIC TICKET***************************
PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN
THANK YOU FOR USING BEST TRAVEL

    AIR TRANSPORTATION      1378.30  TAX      33.31  TTL      1411.61
                                     SERVICE FEE               45.00
                                     SUB TOTAL               1456.61
                                     CREDIT CARD PAYMENT     1456.61-
                                     AMOUNT DUE                 0.00
```



"Christine Ginn"
<cginn@besttravel.com>
10/11/2005 03:44 PM

To   '"Joyce Meadows'" <jmeadows@kirkland.com>,
     <eliebeler@kirkland.com>

cc

bcc

Subject   10/11 Updated E-ticket Confirmation

```
   60 BIESTERFIELD ROAD                    DIMM3
   ELK GROVE VILLAGE IL 60007 847-981-0080 7730     OCT 11 2005ITIN
   WWW.BESTTRAVEL.COM                               PAGE:01

                 VIEW YOUR TRIP ONLINE AT HTTP://WWW.VIEWTRIP.COM
   LIEBELER/ERIC C                         APOLLO RES NBR: V2D1DW

   KIRKLAND AND ELLIS LLP                  ERIC LIEBELER
   200 EAST RANDOLPH                       777 SOUTH FIGUEROA STREET
   CHICAGO IL    60601                     34TH
                                           LOS ANGELES CA 90017

 PLEASE REVIEW FOR ACCURACY. CALL WITHIN 1 BUSINESS DAY IF INCORRECT.
   11 OCT 05 - TUESDAY
   UNITED        54 FIRST DISC                         CONFIRMED
    DEPART TERMINAL- MAIN/CENTRAL
    LV: HONOLULU          900P NONSTOP     752
    AR: LOS ANGELES       512A    ARRIVAL DATE-12 OCT
    ARRIVAL TERMINAL- 7
    SEAT~ 6B                  SNACK-MOVIE             MILES 2556
     FREQ FLYER- UA 00205626115
      SEATING UPON AIRPORT CHECK IN ONLY

   FOR 24HR SERVICE SIMPLY CALL 866-KRK-TRVL
   $45 SERVICE FEE TICKET NUMBER 9528476834
   *** UNITED     RECORD LOCATOR: *** V2D1DW
   TICKET: 0161244973523   PRICE: $1411.61
   ANY CHANGES MAY RESULT IN A HIGHER FARE
   FREQUENT FLYER INFORMATION HAS BEEN RECORDED
   *********************ELECTRONIC TICKET*************************
   PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN
   THANK YOU FOR USING BEST TRAVEL

                              SERVICE FEE            45.00
```



**THE ROYAL HAWAIIAN**
Waikiki

Royal Hawaiian Hotel
2259 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808 923-7311 Fax: 808 931-7098

| G U E S T | Mr Eric Liebeler<br><br>777 S Figueroa St Apt 3460<br>Los Angeles, CA 90017<br>United States<br>Vch/Bkg # | ROOM<br>RATE<br>NO. PERS.<br>FOLIO<br>PAGE<br>ARRIVE<br>DEPART<br>PAYMENT | 354<br>279.00<br>1<br>4312812    A<br>1<br>09-OCT-05  20:32<br>11-OCT-05  18:00<br>VM | T R A V E L  C H A R G E  T O | A G E N T | Best Travel & Tours Inc<br>60 Biesterfield RD<br>Elk Grove Vill, IL 60007 |

| DATE | REFERENCE | | DESCRIPTION | | DEBIT/CREDIT |
|------|-----------|---|-------------|---|--------------|
| 09-OCT-05 | 550 | | Parking | | 15.00 |
| 09-OCT-05 | RT550 | | Room | SPG | 279.00 |
| 09-OCT-05 | RT550 | | General Excise Tax-4.16% | | 11.61 |
| 09-OCT-05 | RT550 | | Occupancy Tax-7.25% | | 20.23 |
| 09-OCT-05 | 1 | 3 | High Speed Internet Access | | 25.90 |
| 09-OCT-05 | 1 | 3 | HSIA Tax | | 1.08 |
| 09-OCT-05 | 221701170 | 3 | In Room Dining | | 22.59 |
| 10-OCT-05 | 550 | | Parking | | 15.00 |
| 10-OCT-05 | RT550 | | Room | SPG | 279.00 |
| 10-OCT-05 | RT550 | | General Excise Tax-4.16% | | 11.61 |
| 10-OCT-05 | RT550 | | Occupancy Tax-7.25% | | 20.23 |
| 10-OCT-05 | 080A | | 202-828-9867 0001 07:47 | | 10.51 |
| 10-OCT-05 | 083A | | 202-828-9867 0015 07:58 | | 33.59 |
| 10-OCT-05 | 097A | | 800-525-4381 0002 08:52 | | 1.00 |
| 10-OCT-05 | 129A | | 800-525-4381 0029 10:28 | | 1.00 |
| 10-OCT-05 | 135A | | 323-933-5543 0004 11:24 | | 15.45 |
| 10-OCT-05 | 209729150 | 2 | Mai Tai Bar | | 23.49 |
| 10-OCT-05 | 143A | | 213-680-8242 0019 12:59 | | 40.19 |
| 10-OCT-05 | 149A | | 213-680-8653 0002 14:42 | | 12.16 |
| 10-OCT-05 | 152A | | 213-448-2709 0005 15:05 | | 17.10 |
| 10-OCT-05 | 221750160 | 3 | In Room Dining | | 59.12 |
| 10-OCT-05 | 228A | | 323-933-5543 0005 21:24 | | 17.08 |
| 11-OCT-05 | 010A | | 213-680-8653 0017 06:48 | | 36.84 |
| 11-OCT-05 | 221773290 | 1 | In Room Dining | | 12.82 |
| 11-OCT-05 | 00354 | | Late Check-Out | | 75.00 |
| 11-OCT-05 | 00354 | | Xtra Rev GE Tax-4.16% | | 3.12 |
| 11-OCT-05 | 131A | | 310-614-8754 0002 16:02 | | 12.16 |
| | Total-Due | | | | 1071.88 |

** continued on the next page **

Mr Eric Liebeler                    ROOM    DEPART        AGENT
FOLIO   4312812   09-OCT-05         354

SIGNATURE

I AGREE TO REMAIN PERSONALLY LIABLE FOR THE PAYMENT OF THIS ACCOUNT IF THE CORPORATION, OR OTHER THIRD PARTY BILLED, FAILS TO PAY ALL OR PART OF THESE CHARGES.

**Sheraton**

SHERATON ACTS AS AGENT FOR KYO-YA HOTELS & RESORTS LP, DBA THE ROYAL HAWAIIAN



**THE ROYAL HAWAIIAN**

Royal Hawaiian Hotel
2259 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808 923-7311 Fax: 808 931-7098

| | | | |
|---|---|---|---|
| **G** | ROOM | | **T** **A** |
| **U** | RATE | 354 | **R** **G** |
| | NO. PERS. | 279.00 | **A** **E** |
| Mr Eric Liebeler | FOLIO | 1 | **V** **E** Best Travel & Tours Inc |
| | PAGE | 4312812    A | **N** 60 Biesterfield RD |
| **S** 777 S Figueroa St Apt 3460 | ARRIVE | 2 | **E** **C** Elk Grove Vill, IL 60007 |
| **T** Los Angeles, CA 90017 | DEPART | 09-OCT-05   20:32 | **H** **T** |
| United States | PAYMENT | 11-OCT-05   18:00 | **A** **O** |
| Vch/Pkg # | | VM | **R** **G** **E** |

| DATE | REFERENCE | DESCRIPTION | DEBIT/CREDIT |
|---|---|---|---|

EXPENSE REPORT SUMMARY

| Date | Room Rev | Room Tx | Food | Bev | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 09-OCT-05 | 279.00 | 31.84 | 16.25 | 0.00 | 48.32 | 375.41 | 0.00 |
| 10-OCT-05 | 279.00 | 31.84 | 64.50 | 0.00 | 181.19 | 556.53 | 0.00 |
| 11-OCT-05 | 75.00 | 0.00 | 7.25 | 0.00 | 57.69 | 139.94 | 0.00 |
| Total | 633.00 | 63.68 | 88.00 | 0.00 | 287.20 | 1071.88 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest you have earned at least 2539
Starpoints for this visit G715158997.

| | | | |
|---|---|---|---|
| Mr Eric Liebeler | ROOM | DEPART | AGENT |
| FOLIO  4312812   09-OCT-05 | 354 | | |

I AGREE TO REMAIN PERSONALLY LIABLE FOR THE PAYMENT OF THIS ACCOUNT IF
THE CORPORATION, OR OTHER THIRD PARTY BILLED, FAILS TO PAY ALL OR PART OF
THESE CHARGES.



SIGNATURE

SHERATON ACTS AS AGENT FOR KYO-YA HOTELS & RESORTS LP. DBA THE ROYAL HAWAIIAN



Joyce Meadows/Los
Angeles/Kirkland-Ellis
10/07/2005 03:02 PM

To   "Timothy Lewis" <timslimo3@nextel.blackberry.net>

cc

bcc

Subject   Fw: Reservations for Eric Liebeler

Tim, these dates are for Eric:

Sun., Oct. 9          2:15 p.m.          pick up at home to LAX  United Flight #57 3:55 p.m.}  65⁻ᵗᵈ

~~Tues., Oct. 11~~    ~~9:25 p.m.~~      pick up at LAX to home  United Flight #52  65⁻ᵗᵈ
Wed.   12              5:12 a.m

Thanks so much.

Joyce Meadows
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, California 90017
Tel:  213-680-8534
Fax:  213-680-8500

```
           HONOLULU INT'L AIRPORT
RENTAL RECORD:            659161856
ERIC LIEBELER
COMPLETED BY:                 3133
RENTED:  HONOLULU INT'L AIRPORT
RENTAL:   10/09/05   19:36
RETURN:   10/11/05   18:37
MILES IN: 12618  OUT: 12581
MILES DRIVEN:    37
PLAN IN/OUT: 4971A  /4971A
CLS: F


MISe DAY ta =9Y11%   6.80
NET DUE                142.27
PAID BY: VISA
CREDIT C
```

ECL

Fleming/Berg Summary judgment

Hotel Lill
Air fare
Tim 2x
Rental Car

Copyright © 2001, 2002. ImageTag, Inc. All rights reserved. Patent Pending. KwikPaper is a trademark of ImageTag, Inc. 201-011

Expense Report - Eric Liebeler



4 D 3 B B 3 F F 7 D 7 B 4 0 4 0 8 8 6 D

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox.
Password is expense.

**Expense Report:**  Eric Liebeler
**Business Purpose:**  Travel to Honolulu, HI for PCT/Berry Hearing on December 11, 2005

| | | |
|---|---|---|
| **Employee Name:** Eric C. Liebeler | **Date Filed:** | 12/19/2005 |
| **Employee ID:** 5247 | **Report Total:** | $2,081.44 |
| | **Firm Paid:** | $0.00 |
| | **Amount Due Employee:** | $2,081.44 |

Signature _Eric Liebeler_

Date _12/19/05_

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|---|
| 12/11/2005 | Airfare | Hearing | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $1,471.42 | $1,471.42 |
| 12/11/2005 | Car Rental | Hearing | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $72.91 | $72.91 |
| 12/12/2005 | Hotel | Hearing | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $358.11 | $358.11 |
| 12/11/2005 | Hotel | Hearing | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $300.23 | $300.23 |
| 12/11/2005 | Parking | Hearing | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. | $15.00 | $15.00 |

(Dollars)

| Date | Type | | Matter | | | Amount | Amount |
|------|------|--|--------|--|--|--------|--------|
| 12/11/2005 | Internet Access | Hearing | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | U.S. (Dollars) | $12.95 | $12.95 |
| 12/11/2005 | Travel Meal | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $29.93 | $29.93 |

E. Liebeler - K&E - Los Angeles - Partner

| Date | Type | | Matter | | | Amount | Amount |
|------|------|--|--------|--|--|--------|--------|
| 12/11/2005 | To/From Airport | Hearing | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $85.00 | $85.00 |
| 12/12/2005 | Parking | Hearing | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $9.00 | $9.00 |
| 12/12/2005 | To/From Airport | Hearing | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $85.00 | $85.00 |

Attach required receipts and file according to Accounting Instructions for your location.

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.

# BEST TRAVEL

60 CHESTERFIELD ROAD
ELK GROVE VILLAGE, IL 60007 866-875-8785
HTTP://TRAVEL.KIRKLAND.COM

| ACCT.# | DATE | INVOICE # |
|--------|------|-----------|
| DLHIEB /7730 | DEC 05 2005 PAGE: 01 | KI 5043 |

VIEW YOUR TRIP ONLINE AT WWW.VLKNSTOP.COM

LIEBELER/ERIC C                          APOLLO RES NBR: 033KJM

KIRKLAND AND ELLIS LLP
200 EAST RANDOLPH
CHICAGO IL  60601

**DISTRIBUTED TO**
ERIC C LIEBELER
777 SOUTH FIGUEROA STREET
34TH
LOS ANGELES CA 90017

---

11 DEC 05 · SUNDAY
UNITED        57 FIRST DISC                                    CONFIRMED
DEPART TERMINAL · 7
LV: LOS ANGELES        355P NONSTOP        712
AR: HONOLULU          743P
ARRIVAL TERMINAL · MAIN/CENTRAL
SAT· 2B                DINNER· MOVIE                          MILES 2556
FREQ FLYER · UA 002056261115

HERTZ              1 FULL S37E274 DR   DROP· 12DEC   CONFIRMED
PICKUP HONOLULU    HONOLULU INTL AIRPORT
RATE·       55.00  DAILY       QUOTED      EXTRA HR  28.00
MILEAGE UNL/MI                 CODE·CR
                   CONFIRMATION· H2931548908·CNTR

SHERATON           01 NT/S · OUT 12DEC                CONFIRMED
SHERATON ROYAL HAWA  1 ROOM/S / 1 KING   GUARANTEE·CREDIT CARD
2259 KALAKAUA AVENUE  RATE·      262.00   GUARANTEED
HONOLULU HI 96815  PHONE·808·923·7311
FAX·808·931·7098
                   NAME·LIEBELER ERIC C
                   GUEST NO.A71513B227
CORP ID·32132
                   CONFIRMATION·C581254574
CANCELLATION IS BY 6PM  HOTEL TIME ON  09DEC · TO AVOID NO SHOW CHARGES

12 DEC 05 · MONDAY
UNITED        52 COACH CLASS                                 CONFIRMED
DEPART TERMINAL · MAIN/CENTRAL
LV: HONOLULU          205P NONSTOP        BOEING 767·300
AR: LOS ANGELES       922P
ARRIVAL TERMINAL · 7
SAT· 21D              FOOD TO PURCHASE· MOVIE                 MILES 2556
FREQ FLYER · UA 002056261115

COMPARED TO THE FULL FARE, THIS REPRESENTS A SAVINGS OF $      469.47
FOR 24HR SERVICE SIMPLY CALL 866·KIRK·TRVL
45 SERVICE FEE TICKET NUMBER 9520264770
**********************ELECTRONIC TICKET**************************
PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN



**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**
**ITINERARY**



# BEST TRAVEL

T R A V E L

[illegible address lines]
ELK GROVE VILLAGE IL 60007 866-575-5788
HTTP://TRAVEL.KIRKLAND.COM

| ACCT.# | DATE | INVOICE # |
|---|---|---|
| 7720 | DEC 06 2005 PAGE 01 | 051642 |

VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM

LIEBELER/ERIC C                                      APOLLO RES NBR: Q3BQRH

KIRKLAND AND ELLIS LLP                    **DISTRIBUTED TO**
200 EAST RANDOLPH                         ERIC LIEBELER
CHICAGO IL 60601                          777 SOUTH FIGUEROA STREET
                                          34TH
                                          LOS ANGELES CA 90017

---

**1 DEC 05   SUNDAY**
UNITED          57 FIRST DISC                              CONFIRMED
DEPART TERMINAL 7
LV: LOS ANGELES        946A NONSTOP        752
AR: HONOLULU           138P
ARRIVAL TERMINAL  MAIN/CENTRAL
SEAT- 2B                      DINNER MOVIE                 MILES 2556
FREQ FLYER  UA 00203626115

HERTZ              1 FULL SIZE 2/4 DR    FROM 1DEC      CONFIRMED
PICKUP HONOLULU             HONOLULU INTL AIRPORT
RATE       55.00           DAILY        QUOTED        EXTRA HR  28.00
MILEAGE UNLIMIT                         CONF CR
                   CONFIRMATION H2001486008 DATE

SHERATON           01 NTS    OUT 02DEC               CONFIRMED
SHERATON ROYAL HAWA        1 ROOM/S / 1 KING      GUARANTEE CREDIT CARD
2259 KALAKAUA AVENUE       RATE       362.00       GUARANTEED
HONOLULU HI 96815          PHONE 808-922-7003
FAX 808-931-7098
                           NAME: LIEBELER ERIC C
                           GUEST NO. A7051892?/
CORP ID 32192
                           CONFIRMATION C58124497?
CANCELLATION IS BY 4PM  HOTEL TIME ON  02DEC  TO AVOID NO SHOW CHARGES

**2 DEC 05   MONDAY**
UNITED          52 COACH CLASS                            CONFIRMED
DEPART TERMINAL  MAIN/CENTRAL
LV: HONOLULU           205P NONSTOP     DOB 1130 767 300
AR: LOS ANGELES        2122
ARRIVAL TERMINAL  7
EAR 2TB                      FOOD TO PURCHASE MOVIE        MILES 2556
FREQ FLYER  UA 00203626115


COMPARED TO THE FULL FARE THIS REPRESENTS A SAVINGS OF $      589.17
OR OUR SERVICE SIMPLY CALL 866 KIRK TRVL
.45 SERVICE FEE  TICKET NUMBER 9420024770
*********************ELECTRONIC TICKET***********************
PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN

# BEST
### T R A V E L

60 BIESTERFIELD ROAD
ELK GROVE VILLAGE IL 60007 866-575-8785
HTTP://TRAVEL.KIRKLAND.COM

| ACCT# | DATE | INVOICE # |
|-------|------|-----------|
| UTR88 7730 | DEC 05 2005 PAGE 02 | KL5043 |

VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM

LIEBELER/ERIC C                          APOLLO RES NBR: Q3BKJM

KIRKLAND AND ELLIS LLP                   **DISTRIBUTED TO**
200 EAST RANDOLPH                        ERIC LIEBELER
CHICAGO IL  60601                        777 SOUTH FIGUEROA STREET
                                         34TH
                                         LOS ANGELES CA 90017

ANY CHANGES MAY RESULT IN A HIGHER FARE
FREQUENT FLYER INFORMATION HAS BEEN RECORDED
THANK YOU FOR USING BEST TRAVEL
TICKET NUMBER/S:
LIEBELER/ERIC C                    1543792803      ELECTRONIC       1289.53
            CARD  VI

AIR TRANSPORTATION     1256.25  TAX        33.28  TTL        1289.53
                                SERVICE FEE             45.00
                                SUB TOTAL             1334.53
                                CREDIT CARD PAYMENT   1334.53-
                                AMOUNT DUE               0.00



**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**
**ITINERARY**



# BEST
## TRAVEL

60 WESTERFIELD ROAD
ELK GROVE VILLAGE IL 60007 866-575-8780
HTTP://TRAVEL.KIRKLAND.COM

| ACCT.# | DATE | INVOICE # |
|--------|------|-----------|
| OTHER 7700 | DEC 01 2005 PAGE 02 | KL5043 |

VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM

ZIEGLER/ERIC C                               APOLLO REC NBR: Q38KJM

DISTRIBUTED TO
KIRKLAND AND ELLIS LLP                ERIC ZIEGLER
200 EAST RANDOLPH                     777 SOUTH FIGUEROA STREET
CHICAGO IL   60601                    34TH
                                      LOS ANGELES CA 90017

ANY CHANGES MAY RESULT IN A HIGHER FARE
FREQUENT FLYER INFORMATION HAS BEEN RECORDED
THANK YOU FOR USING BEST TRAVEL
TICKET NUMBER/S:
ZIEGLER/ERIC C                 1543799800      ELECTRONIC        1289.50
                CARD VI

   AIR TRANSPORTATION     1256.25  TAX      33.25  TTL      1289.50
                                            SERVICE FEE       45.00
                                            SUB TOTAL       1334.50
                                            CREDIT CARD PAYMENT 1334.50
                                            AMOUNT DUE          0.00

MEMBER
ASTA
American Society
of Travel Agents

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**
INVOICE

```
            HONOLULU INT'L AIRPORT
RENTAL RECORD:              104590824
ERIC LIEBELER
COMPLETED BY:                   3915
RENTED:  HONOLULU INT'L AIRPORT
RENTAL:  12/11/05   21:05
RETURN:  12/12/05   13:13
MILES IN: 07618  OUT: 07591
MILES DRIVEN:   27
PLAN IN/OUT: 4971A  /4971A
CLS: F


  1 DAYS          55.00    55.00
SUBTOTAL                   55.00
CONCESSION FEE RECOVERY     6.11
FUEL & SVC MI @ .208        5.62
TX 4.166% ON    66.73       2.77
*VEH LIC FEE                3.41
NET DUE                    72.91
PAID BY:  VISA
CREDIT CARD #: XXXXXXXXXXXX5011


   Thank you for renting from
```

# Hertz

---

```
  FIRST
  HAWAIIAN
  CENTER

     PAID
        1A
  05.   .33 N4
  05-12-•10T
 012-40:26 EX
  05-12-•10T
 012-09:02 EN
 A···9.00$
 ···9.00$
```



**THE ROYAL HAWAIIAN**
*Waikiki*

Royal Hawaiian Hotel
2259 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808 923-7311 Fax: 808 931-7098

| | | | |
|---|---|---|---|
| **G** Mr Eric Liebeler | ROOM | 268 | **T R A V E L** **C H A R G E** Best Travel & Tours Inc |
| **U** Kirkland And Ellis/sp | RATE | 269.00 | 260 Biesterfield RD |
| **E** 777 South Figueroa Street | NO. PERS. | 1 | |
| **S** Los Angeles, CA 90017 | FOLIO | 4452187    A | Elk Grove Vill, IL 60007 |
| **T** United States | PAGE | 1 | |
| | ARRIVE | 11-DEC-05   21:46 | |
| Vch/Bkg # | DEPART | 12-DEC-05 | |
| | PAYMENT | VM | |

| DATE | REFERENCE | | DESCRIPTION | DEBIT/CREDIT |
|---|---|---|---|---|
| 11-DEC-05 | 268 | | Parking | 15.00 |
| 11-DEC-05 | RT268 | | Room              CORP | 269.00 |
| 11-DEC-05 | RT268 | | General Excise Tax-4.16% | 11.19 |
| 11-DEC-05 | RT268 | | Occupancy Tax-7.25% | 19.50 |
| 11-DEC-05 | 1 | 3 | High Speed Internet Access | 12.95 |
| 11-DEC-05 | 1 | 3 | HSIA Tax | 0.54 |
| 11-DEC-05 | 221573540 | 3 | In Room Dining | 29.93 |
| | | | Total-Due          358.11 | |

EXPENSE REPORT SUMMARY

| Date | Room Rev | Room Tx | Food | Bev | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 11-DEC-05 | 269.00 | 30.69 | 15.95 | 4.75 | 37.72 | 358.11 | 0.00 |
| Total | 269.00 | 30.69 | 15.95 | 4.75 | 37.72 | 358.11 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest you have earned at least 855
Starpoints for this visit P715158997.

| | | | |
|---|---|---|---|
| Mr Eric Liebeler | ROOM | DEPART | AGENT |
| FOLIO  4452187  11-DEC-05 | 268 | | |

I AGREE TO REMAIN PERSONALLY LIABLE FOR THE PAYMENT OF THIS ACCOUNT IF THE CORPORATION,
OR OTHER THIRD PARTY BILLED, FAILS TO PAY ALL OR PART OF THESE CHARGES.

Signature

SHERATON ACTS AS AGENT FOR KYO-YA COMPANY, LTD. - HOTEL DIVISION, dba THE ROYAL HAWAIIAN

Expense Report - Honolulu 1 19 06                                    Page 1 of 4



F 2 1 9 5 5 2 C E 5 3 3 4 B D 9 A 3 E 1

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox.
Password is expense.

**Expense Report:**   Honolulu 1 19 06
**Business Purpose:** Trial

| | |
|---|---|
| **Employee Name:** Eric C. Liebeler | **Date Filed:** 2/6/2006 |
| **Employee ID:** 5247 | **Report Total:** $4,439.68 |
| | **Firm Paid:** $0.00 |
| | **Amount Due Employee:** $4,439.68 |

Signature _____

Date  2/6/06 _____

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|---|
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/28/2006 | Airfare | Trial | 41445-6 | Honolulu, HA | U.S. (Dollars) | $876.45 | $876.45 |
| | Notes: | This is for the return flight from Honolulu to Los Angeles only. The outbound flight is not charged. | | | | | |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/26/2006 | Car Rental | Trial | 41445-6 | Honolulu, HA | U.S. (Dollars) | $389.97 | $389.97 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/19/2006 | Hotel | Trial | 41445-6 | Honolulu, HA | U.S. (Dollars) | $3,003.26 | $3,003.26 |
| 1/19/2006 | Hotel | Trial | 41445-6 | Honolulu, HA | U.S. (Dollars) | $312.23 | $312.23 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |

Expense Report - Honolulu 1 19 06

| Date | Type | Description | Matter | Location | Currency | | Amount |
|---|---|---|---|---|---|---|---|
| 1/20/2006 | Hotel | Trial | 41445-6 | Honolulu, HA | U.S. (Dollars) | $312.23 | $312.23 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/21/2006 | Hotel | Trial | 41445-6 | Honolulu, HA | U.S. (Dollars) | $312.23 | $312.23 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/22/2006 | Hotel | Trial | 41445-6 | Honolulu, HA | U.S. (Dollars) | $312.23 | $312.23 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/23/2006 | Hotel | Trial | 41445-6 | Honolulu, HA | U.S. (Dollars) | $312.23 | $312.23 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/24/2006 | Hotel | Trial | 41445-6 | Honolulu, HA | U.S. (Dollars) | $312.23 | $312.23 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/25/2006 | Hotel | Trial | 41445-6 | Honolulu, HA | U.S. (Dollars) | $312.23 | $312.23 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/20/2006 | Internet Access | Trial | 41445-6 | | U.S. (Dollars) | $67.45 | $67.45 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/20/2006 | Telephone While Traveling | Trial | 41445-6 | | U.S. (Dollars) | $2.00 | $2.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/21/2006 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HA | U.S. (Dollars) | $33.37 | $33.37 |

E. Liebeler - K&E - Los Angeles - Partner

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/21/2006 | Valet/Laundry Services | Hotel Laundry | 41445-6 | | U.S. (Dollars) | $75.00 | $75.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/22/2006 | Telephone While Traveling | Trial | 41445-6 | | U.S. (Dollars) | $10.49 | $10.49 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/23/2006 | Telephone While Traveling | Trial | 41445-6 | | U.S. (Dollars) | $23.58 | $23.58 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/23/2006 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HA | U.S. (Dollars) | $39.36 | $39.36 |

Eric Liebeler - K&E-Los Angeles - Partner

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/23/2006 | Telephone While Traveling | Trial | 41445-6 | | U.S. (Dollars) | $86.83 | $86.83 |

| 1/24/2006 | Travel Meal | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HA | U.S. (Dollars) | $24.99 | $24.99 |
|---|---|---|---|---|---|---|---|

Eric Liebeler - K&E-Los Angeles - Partner

| 1/24/2006 | Valet/Laundry Services | Hotel Laundry | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | U.S. (Dollars) | $16.67 | $16.67 |
|---|---|---|---|---|---|---|---|

| 1/24/2006 | Telephone While Traveling | Trial | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | U.S. (Dollars) | $47.38 | $47.38 |
|---|---|---|---|---|---|---|---|

| 1/24/2006 | Travel Meal with Others | Travel Meal with Others | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HA | U.S. (Dollars) | $243.54 | $243.54 |
|---|---|---|---|---|---|---|---|

Eric Liebeler - K&E-Los Angeles - Partner
D. Capozzola - K&E - Los Angeles - Partner
Olivia Samad - K&E-Los Angeles - Associate
Jeff Kenridge - Expert Witness -

| 1/25/2006 | Travel Meal | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HA | U.S. (Dollars) | $49.23 | $49.23 |
|---|---|---|---|---|---|---|---|

Eric Liebeler - K&E - Partner

| 1/25/2006 | Telephone While Traveling | Trial | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | U.S. (Dollars) | $42.40 | $42.40 |
|---|---|---|---|---|---|---|---|

| 1/25/2006 | Travel Meal | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HA | U.S. (Dollars) | $30.37 | $30.37 |
|---|---|---|---|---|---|---|---|

Eric Liebeler - K&E-Los Angeles - Partner

| 1/22/2006 | Travel Meal | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HA | U.S. (Dollars) | $24.99 | $24.99 |
|---|---|---|---|---|---|---|---|

Eric Liebeler - K&E - Partner

| 1/19/2006 | To/From Airport | Trial | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Los Angeles, CA | U.S. (Dollars) | $85.00 | $85.00 |
|---|---|---|---|---|---|---|---|

| 1/28/2006 | To/From Airport | Trial | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Los Angeles, CA | U.S. (Dollars) | $85.00 | $85.00 |
|---|---|---|---|---|---|---|---|

Attach required receipts and file according to Accounting Instructions for your location.

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.

# BEST TRAVEL

*WAITING FOR REFUND ON* *1/19 OUTBOUND*

60 CHESTERFIELD ROAD
ELK GROVE VILLAGE IL 60007 866-575-8785
HTTP://TRAVEL.KIRKLAND.COM

| ACCT.# | DATE | INVOICE # |
|--------|------|-----------|
| $948.79 | | |
| 0IMC2 7730 | JAN 04 2006 | KL5126 |
| | PAGE: 01 | |

VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM

ZIEGLER/ERIC C                    APOLLO RES NBR: VQQC2Q

**DISTRIBUTED TO**

KIRKLAND AND ELLIS LLP          ERIC LIEBELER
200 EAST RANDOLPH              777 SOUTH FIGUEROA STREET
CHICAGO IL  60601             34TH
                             LOS ANGELES CA 90017

12 JAN 06   THURSDAY
UNITED        88 FIRST CLASS                        CONFIRMED
  DEPART TERMINAL: 7
  LV: LOS ANGELES      1245P NONSTOP     BOEING 767-300
  AR: HONOLULU         430P
  ARRIVAL TERMINAL: MAIN/CENTRAL
  SEAT: 2B               LUNCH-MOVIE                 MILES: 2556
  FREQ FLYER  UA 00205626115

HERTZ            1 INTERM'D 2/4 DR   DROP:28JAN   CONFIRMED
PICKUP:HONOLULU     HONOLULU INTL AIRPORT
RATE:    306.00     WEEKLY     QUOTED
MILEAGE:UNL/HT          CODE:CR       EXTRA DAY 51.00
                    CONFIRMATION:D1534104270 CNTR.

SHERATON          02 NT/S   OUT 28JAN              CONFIRMED
SHERATON ROYAL HANA    1 ROOM/S / 1 KING   GUARANTEE-CREDIT CARD
2352 KALAKAUA AVENUE   RATE:     280.25   GUARANTEED
HONOLULU HI 96815      PHONE:808 923 7311
FAX:808 931-7098
                   NAME:LIEBELER ERIC C
                   GUEST NO.A7131:98227
CORP ID 32132
                   CONFIRMATION:C941257547
CANCEL BY  4PM HOTEL TIME ON 16JAN  TO AVOID PENALTIES

28 JAN 06   SATURDAY
UNITED        82 FIRST CLASS                        CONFIRMED
  DEPART TERMINAL: MAIN/CENTRAL
  LV: HONOLULU         205P NONSTOP     BOEING 767-300
  AR: LOS ANGELES      926P
  ARRIVAL TERMINAL: 7
  SEAT: 5D               DINNER-MOVIE                MILES: 2556
  FREQ FLYER  UA 00205626115

COMPARED TO THE FULL FARE THIS REPRESENTS A SAVINGS OF $    129.76
FOR 24HR SERVICE SIMPLY CALL 866-KRK-TRVL
UNITED AIRLINES RECORD LOCATOR: VQQC2Q
$45 SERVICE FEE TICKET NUMBER 2920566202
FREQUENT FLYER INFORMATION HAS BEEN RECORDED

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**
ITINERARY


MEMBER ASTA



BEST TRAVEL

| ACCT.# | DATE | INVOICE # |
|--------|------|-----------|
| OIMC2 7730 | JAN 04 2006 | KL5126 |

60 CHESTERFIELD ROAD
ELK GROVE VILLAGE IL 60007 866-579-8785
HTTP://TRAVEL.KIRKLAND.COM

PAGE: 02

VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM

LIEDELER/ERIC C                     APOLLO RES NBR: VDQC2Q
                                    **DISTRIBUTED TO**

KIRKLAND AND ELLIS LLP              ERIC LIEDELER
200 EAST RANDOLPH                   777 SOUTH FIGUEROA STREET
CHICAGO IL   60601                  34TH
                                    LOS ANGELES CA 90017

ANY CHANGES MAY RESULT IN A HIGHER FARE
*****************************ELECTRONIC TICKET*****************************
PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN
THANK YOU FOR USING BEST TRAVEL
TICKET NUMBER/S:
LIEDELER/ERIC C               1540792901      ELECTRONIC      1780.24
            CARD  VI

AIR TRANSPORTATION      1746.02  TAX      34.22  TTL.      1780.24
                                 SERVICE FEE                  45.00
                                 SUB TOTAL                  1825.24
                                 CREDIT CARD PAYMENT        1825.24
                                 AMOUNT DUE                    0.00

MEMBER
ASTA
American Society
of Travel Agents



**"Christine Ginn"**
<cginn@besttravel.com>
01/25/2006 02:03 PM

To  "'Lena Prodan'" <lprodan@kirkland.com>

cc

bcc

Subject  1/26 Revised E-ticket confirmation

```
  60 BIESTERFIELD ROAD                    DIMC2
  ELK GROVE VILLAGE IL 60007 847-981-0080  7730    JAN 25 2006ITIN
  WWW.BESTTRAVEL.COM                               PAGE:01
              VIEW YOUR TRIP ONLINE AT HTTP://WWW.VIEWTRIP.COM
  LIEBELER/ERIC C                         APOLLO RES NBR: VDQC2Q

  KIRKLAND AND ELLIS LLP                  ERIC LIEBELER
  200 EAST RANDOLPH                       777 SOUTH FIGUEROA STREET
  CHICAGO IL   60601                      34TH
                                          LOS ANGELES CA 90017

  PLEASE REVIEW FOR ACCURACY. CALL WITHIN 1 BUSINESS DAY IF INCORRECT.
  26 JAN 06 - THURSDAY
  UNITED      934 FIRST CLASS                          CONFIRMED
   DEPART TERMINAL- MAIN/CENTRAL
   LV: HONOLULU         730A NONSTOP     BOEING 767-300
   AR: LOS ANGELES      243P
   ARRIVAL TERMINAL- 7
  SEAT- 3B                     BREAKFAST-MOVIE          MILES 2556
   FREQ FLYER- UA 00205626115

  FOR 24HR SERVICE SIMPLY CALL 866-KRK-TRVL
  UNITED AIRLINES RECORD LOCATOR: VDQC2Q
  $45 SERVICE FEE TICKET NUMBER 9520566902
  FREQUENT FLYER INFORMATION HAS BEEN RECORDED
  ANY CHANGES MAY RESULT IN A HIGHER FARE
  *******************ELECTRONIC TICKET*************************
  PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN
  THANK YOU FOR USING BEST TRAVEL

                          SERVICE FEE           45.00
```

ADD $85×2
FOR TIM

TICKET CHANGED:

TOTAL AIRFARE
ON RETURN ONLY
ON 1/26/06 =
$876.45

OUTBOUND CANCELLED



"Timothy Lewis"
&lt;timslimo3@nextel.blackberry
.net&gt;

01/06/2006 05:18 AM

To  "Lena Prodan" &lt;lprodan@kirkland.com&gt;

cc

bcc

Subject  Re: January 19 (Thursday) Reservation for Eric Liebeler

Okay, thanks for the info, I will take care of him.
-----Original Message-----
From: Lena Prodan &lt;lprodan@kirkland.com&gt;
Date: Thu, 5 Jan 2006 14:09:40
To:timslimo3@nextel.blackberry.net
Subject: January 19 (Thursday) Reservation for Eric Liebeler

Please pick up Eric from the office on January 19 (Thursday) @ 10:45 AM and
drop off at LAX/United
Please pick up Eric on January 28 (Saturday) @ 9:26 PM coming in on flight
#82.   Thanks.
 Lena Prodan | Kirkland & Ellis LLP
777 S. Figueroa St., Suite 3400 | Los Angeles, CA 90017
 DD 213.680.8247 | MAIN 213.680.8400 | FAX 213.680.8500


*********************************************************** The information
contained in this communication is confidential, may be attorney-client
privileged, may constitute inside information, and is intended only for the
use of the addressee.  It is the property of Kirkland & Ellis LLP or Kirkland
& Ellis International LLP.  Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited and may be unlawful.
If you have received this  communication in error, please notify us
immediately by return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof, including all attachments.
*********************************************************
BlackBerry service provided by Nextel

```
            HONOLULU INT'L AIRPORT
    RENTAL RECORD:            122011374
    ERIC LIEBELER
    COMPLETED BY:                 3915
    RENTED:  HONOLULU INT'L AIRPORT
    RENTAL:   01/20/06   07:50
    RETURN:   01/26/06   06:17
    MILES IN: 02440  OUT: 02369
    MILES DRIVEN:    71
    PLAN IN/OUT: 4971A  /4971A
    CLS: C

      1 WEEKS        306.00   306.00
    SUBTOTAL                  306.00
    CONCESSION FEE RECOVERY    38.97
    FUEL & SVC MI @  .207      14.70
    TX  4.166% ON    354.67    14.78
    *VEH LIC FEE              -20.52
    NET DUE                   389.97
    PAID BY:  VISA
    CREDIT CARD #: XXXXXXXXXXX5011

        Thank you for renting from.

             Hertz
```



**THE ROYAL HAWAIIAN**
*Waikiki*

Royal Hawaiian Hotel    41445-6
2259 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808 923-7311 Fax: 808 931-7098

**G U E S T**

Eric Liebeler
Kirkland And Ellis/sp
777 S Figueroa St
Los Angeles, CA 90017
United States

Vch/Bkg #

ROOM
RATE            3890
NO. PERS.       280.25
FOLIO           1
PAGE            4509858    A
                1
ARRIVE          19-JAN-06    17:58
DEPART          01-FEB-06
PAYMENT         VM

**TRAVEL AGENT CHARGE TO**

Best Travel & Tours Inc
60 Biesterfield RD

Elk Grove Vill, IL 60007

| DATE | REFERENCE | | DESCRIPTION | DEBIT/CREDIT |
|------|-----------|---|-------------|--------------|
| 19-JAN-06 | RT3890 | | Room                CORP | 280.25 |
| 19-JAN-06 | RT3890 | | General Excise Tax-4.16% | 11.66 |
| 19-JAN-06 | RT3890 | | Occupancy Tax-7.25% | 20.32 |
| 20-JAN-06 | RT3890 | | Room                CORP | 280.25 |
| 20-JAN-06 | RT3890 | | General Excise Tax-4.16% | 11.66 |
| 20-JAN-06 | RT3890 | | Occupancy Tax-7.25% | 20.32 |
| 20-JAN-06 | 1 | 1 | High Speed Internet Access | 64.75 |
| 20-JAN-06 | 1 | 1 | HSIA Tax | 2.70 |
| 20-JAN-06 | 147A | | 800-525-4381 0002 22:36 | 1.00 |
| 20-JAN-06 | 148A | | 800-334-3133 0002 22:38 | 1.00 |
| 21-JAN-06 | RT3890 | | Room                CORP | 280.25 |
| 21-JAN-06 | RT3890 | | General Excise Tax-4.16% | 11.66 |
| 21-JAN-06 | RT3890 | | Occupancy Tax-7.25% | 20.32 |
| 21-JAN-06 | 221983030 | 3 | In Room Dining | |
| 21-JAN-06 | 3890 | | Guest Laundry | 30.73 |
| 21-JAN-06 | 3890 | | Guest Laundry | 44.27 |
| 22-JAN-06 | RT3890 | | Room                CORP | 280.25 |
| 22-JAN-06 | RT3890 | | General Excise Tax-4.16% | 11.66 |
| 22-JAN-06 | RT3890 | | Occupancy Tax-7.25% | 20.32 |
| 22-JAN-06 | 221052410 | 1 | In Room Dining | |
| 22-JAN-06 | 139A | | 213-448-2709 0001 22:29 | 10.49 |
| 23-JAN-06 | RT3890 | | Room                CORP | 280.25 |
| 23-JAN-06 | RT3890 | | General Excise Tax-4.16% | 11.66 |
| 23-JAN-06 | RT3890 | | Occupancy Tax-7.25% | 20.32 |
| 23-JAN-06 | 015A | | 952-656-1235 0009 07:05 | 23.58 |
| 23-JAN-06 | 221102750 | 1 | In Room Dining | |
| 23-JAN-06 | 016A | | 312-861-2246 0001 07:14 | 10.49 |
| 23-JAN-06 | 017A | | 312-925-8050 0002 07:15 | 12.13 |
| 23-JAN-06 | 018A | | 312-925-8050 0002 07:17 | 12.13 |
| 23-JAN-06 | 023A | | 323-933-5543 0019 07:23 | 39.95 |
| 23-JAN-06 | 169A | | 213-448-2709 0002 23:07 | 12.13 |
| 24-JAN-06 | RT3890 | | Room                CORP | 280.25 |

** continued on the next page **

Eric Liebeler
FOLIO  4509858  19-JAN-06

ROOM      DEPART        AGENT
3890

I AGREE TO REMAIN PERSONALLY LIABLE FOR THE PAYMENT OF THIS ACCOUNT IF
THE CORPORATION, OR ANY THIRD PARTY BILLED, FAILS TO PAY ALL OR PART OF
THESE CHARGES.

SIGNATURE



SHERATON ACTS AS AGENT FOR KYO-YA HOTELS & RESORTS LP. DBA THE ROYAL HAWAIIAN



**THE ROYAL HAWAIIAN**
Waikiki

Royal Hawaiian Hotel
2259 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808 923-7311 Fax: 808 931-7098

**GUEST**

Eric Liebeler
Kirkland And Ellis/sp
777 S Figueroa St
Los Angeles, CA 90017
United States

Vch/Bkg #

ROOM RATE 3890
NO. PERS. 280.25
FOLIO 1
PAGE 4509858  A
2
ARRIVE 19-JAN-06  17:58
DEPART 01-FEB-06
PAYMENT VM

**TRAVEL AGENT CHARGE TO**

Best Travel & Tours Inc
60 Biesterfield RD

Elk Grove Vill, IL 60007

| DATE | REFERENCE | | DESCRIPTION | | DEBIT/CREDIT |
|------|-----------|---|-------------|---|--------------|
| 24-JAN-06 | RT3890 | | General Excise Tax-4.16% | | 11.66 |
| 24-JAN-06 | RT3890 | | Occupancy Tax-7.25% | | 20.32 |
| 24-JAN-06 | 221149020 | 1 | In Room Dining | | |
| 24-JAN-06 | 3890 | | Guest Laundry | | 16.67 |
| 24-JAN-06 | 099A | | 818-703-6140 0016 18:39 | | 35.24 |
| 24-JAN-06 | 102A | | 213-361-5556 0002 19:17 | | 12.14 |
| 24-JAN-06 | 215182770 | 3 | Surf Room | | 243.54 |
| 25-JAN-06 | RT3890 | | Room | CORP | 280.25 |
| 25-JAN-06 | RT3890 | | General Excise Tax-4.16% | | 11.66 |
| 25-JAN-06 | RT3890 | | Occupancy Tax-7.25% | | 20.32 |
| 25-JAN-06 | 215192370 | 1 | Surf Room | | 49.23 |
| 25-JAN-06 | 015A | | 213-448-2709 0005 09:09 | | 17.10 |
| 25-JAN-06 | 107A | | 302-594-3100 0010 21:27 | | 25.30 |
| 25-JAN-06 | SS65 | | Movies/Short Features | | 11.45 |
| 25-JAN-06 | 221232140 | 3 | In Room Dining | | |
| 26-JAN-06 | VM | | Visa/MasterCard | | 3014.71- |

***For Authorization Purposes Only***
xxxx00956

| Auth Date | Code | Authorized |
|-----------|------|------------|
| 20-JAN-06 | 108993 | 2810.07 |
| 21-JAN-06 | 328148 | 533.46 |
| 22-JAN-06 | 862269 | 1408.69 |
| 24-JAN-06 | 183337 | 814.01 |

Total Charges       3014.71
Total Credits       3014.71-
Balance Due            0.00

l Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest you have earned at least 7776
Starpoints for this visit P715158997.

Eric Liebeler                    ROOM    DEPART      AGENT
FOLIO  4509858  19-JAN-06        3890

I AGREE TO REMAIN PERSONALLY LIABLE FOR THE PAYMENT OF THIS ACCOUNT IF
THE CORPORATION, OR OTHER THIRD PARTY BILLED, FAILS TO PAY ALL OR PART OF
THESE CHARGES.



SIGNATURE

SHERATON ACTS AS AGENT FOR KYO-YA HOTELS & RESORTS LP. DBA THE ROYAL HAWAIIAN