# EXHIBIT CC

**Berry v. Hawaiian Express**

**Travel, Hotel and Related Expenses for Hearings and Trial for Damian Capozzola**

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|---|---|---|
| 6/30/2004 - 7/4/2004 | Airfare, Hotel, Meals and related costs re attending the Deposition of Wayne Berry. | $1,851.31 |
| 7/9/2004 | Airfare, Hotel, Meals and related costs re attending the Deposition of NTI Consulting. | $658.44 |
| 7/14/2004- 7/16/2004 | Airfare, Hotel, Meals and related costs re witness meetings. | $2,069.09 |
| 7/23/2004- 7/26/2004 | Airfare, Hotel, Meals and related costs re Plan Confirmation Hearing. | $3,074.05 |
| 5/16/2005 | Cabfare re travel to airport to attend Wayne Berry Deposition. | $30.00 |
| 5/16/2005 - 5/20/2005 | Airfare, Hotel, Meals and related costs re attending the Deposition of Wayne Berry. | $1,667.54 |
| 6/8/2005 - 6/22/2005 | Airfare, Hotel, Meals and related costs re attending the Hearing re Motion for Summary Judgment. | $1,791.30 |
| 1/19/2006 - 1/31/2006 | Airfare, Hotel, Meals and related costs re attending and preparing for Trial. | $4,027.58 |
| 2/16/2006 - 3/4/2006 | Airfare, Hotel, Meals and related costs re attending and preparing for Trial. | $3,725.18 |
| 3/6/2006 - 3/7/2006 | Airfare, Hotel, Meals and related costs re attending and preparing for Trial. | $1,036.67 |
| | **Total** | **$19,931.16** |

Expense Report - Damian D. Capozzola                                                                 Page 1 of 2

||||||| |||||| ||||| ||||| ||||| |||||
4 8 3 0 8 2 7 4 9 3 B C 4 9 9 9 A B 2 3

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox. Password is expense.

| | |
|---|---|
| **Expense Report:** | Damian D. Capozzola |
| **Business Purpose:** | Travel to Hawaii for Berry Deposition in Fleming/Adversary Proceedings |

| | | | |
|---|---|---|---|
| **Employee Name:** | Damian D. Capozzola | **Date Filed:** | 7/8/2004 |
| **Employee ID:** | 1292 | **Report Total:** | $1,851.31 |
| | | **Firm Paid:** | $0.00 |
| | | **Amount Due Employee:** | $1,851.31 |

Signature _Damian D. Capozzola_

Date _7/8/04_

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|---|
| 6/30/2004 | Airfare | Attend Deposition | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Honolulu, HI | U.S. (Dollars) | $1,164.11 | $1,164.11 |
| 7/2/2004 | Hotel | Attend Deposition | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Honolulu, HI | U.S. (Dollars) | $488.20 | $488.20 |
| 6/30/2004 | Hotel | Attend Deposition | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Honolulu, HI | U.S. (Dollars) | $213.91 | $213.91 |
| 7/1/2004 | Hotel | Attend Deposition | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Honolulu, HI | U.S. (Dollars) | $213.91 | $213.91 |
| 6/30/2004 | Travel Meal | Travel Meal Damian Capozzola - K&E - Partner | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Honolulu, HI | U.S. (Dollars) | $23.65 | $23.65 |
| 6/1/2004 | Telephone While Traveling | Attend Deposition | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | | U.S. (Dollars) | $2.00 | $2.00 |
| 6/30/2004 | Telephone While Traveling | Attend Deposition | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | | U.S. (Dollars) | $5.00 | $5.00 |
| 7/2/2004 | Travel Meal | Travel Meal | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Honolulu, HI | U.S. (Dollars) | $20.73 | $20.73 |

Expense Report - Damian D. Capozzola                                          Page 2 of 2

Damian Capozzola - K&E - Partner

| Date | Type | Description | Matter | Location | Currency | Amount | Total |
|------|------|-------------|--------|----------|----------|--------|-------|
| 7/2/2004 | Telephone While Traveling | Attend Deposition | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | | U.S. (Dollars) | $9.00 | $9.00 |
| 6/30/2004 | Travel Meal | Travel Meal | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Honolulu, HI | U.S. (Dollars) | $25.00 | $25.00 |

Damian Capozzola - K&E - Partner

| Date | Type | Description | Matter | Location | Currency | Amount | Total |
|------|------|-------------|--------|----------|----------|--------|-------|
| 7/2/2004 | Internet Access | Attend Deposition | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | | U.S. (Dollars) | $5.00 | $5.00 |
| 6/30/2004 | To/From Airport | Attend Deposition | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Hermosa Bch, CA | U.S. (Dollars) | $28.00 | $28.00 |
| 6/30/2004 | To/From Airport | Attend Deposition | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Honolulu, HI | U.S. (Dollars) | $30.00 | $30.00 |
| 6/30/2004 | cabfare | To/From Airport | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Honolulu, HI | U.S. (Dollars) | $20.00 | $20.00 |
| 7/1/2004 | cabfare | cabfare | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Honolulu, HI | U.S. (Dollars) | $16.00 | $16.00 |
| 7/1/2004 | cabfare | cabfare | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Honolulu, HI | U.S. (Dollars) | $10.00 | $10.00 |
| 7/1/2004 | cabfare | cabfare | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Honolulu, HI | U.S. (Dollars) | $10.00 | $10.00 |
| 7/4/2004 | To/From Airport | Attend Deposition | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Honolulu, HI | U.S. (Dollars) | $30.00 | $30.00 |
| 7/5/2004 | To/From Airport | Attend Deposition | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Hermosa Bch, CA | U.S. (Dollars) | $25.00 | $25.00 |

Attach required receipts and file according to Accounting Instructions for your location.

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.



**Sheraton Moana Surfrider**

Sheraton Moana Surfrider Hotel
2365 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808-922-3111 Fax: 808-923-0308

GUEST
M/m Renee Capozzola
American Valve And Hyd
77 15th St #3
Hermosa Beac, CA 90254

| | |
|---|---|
| ROOM | 426 |
| RATE | 76.30 |
| NO. PERS. | 2 |
| FOLIO | 3404751      A |
| PAGE | 1 |
| ARRIVE | 30-JUN-04    12:44 |
| DEPART | 04-JUL-04 |
| PAYMENT | AX |

TRAVEL AGENT    CHARGE

Vch/Bkg #

| DATE | REFERENCE | DESCRIPTION | | DEBIT/CREDIT |
|---|---|---|---|---|
| 30-JUN-04 | RT426 | Room | SPG | 192.00 |
| 30-JUN-04 | RT426 | Room Tax | | 7.99 |
| 30-JUN-04 | RT426 | Occupancy Tax | | 13.92 |
| 30-JUN-04 | 178A | 800-225-5288 0001 13:10 | | 1.00 |
| 30-JUN-04 | 180A | 535-5711 0001 13:11 | | 1.00 |
| 30-JUN-04 | 186A | 888-546-7487 0002 13:25 | | 1.00 |
| 30-JUN-04 | 190A | 877-877-1222 0008 13:28 | | 1.00 |
| 30-JUN-04 | 195A | 800-535-2487 0006 13:37 | | 1.00 |
| 30-JUN-04 | 200A | 877-359-7333 0004 13:44 | | 1.00 |
| 30-JUN-04 | 205A | 888-546-7487 0001 13:58 | | 1.00 |
| 30-JUN-04 | 206A | 888-546-7487 0001 14:03 | | 1.00 |
| 30-JUN-04 | 207A | 888-546-7487 0002 14:03 | | 1.00 |
| 30-JUN-04 | 210A | 877-877-1222 0001 14:06 | | 1.00 |
| 30-JUN-04 | 211A | 524-0008 0001 14:07 | | 1.00 |
| 30-JUN-04 | 215A | 877-877-1222 0005 14:07 | | 1.00 |
| 30-JUN-04 | 316A | 888-546-7487 0001 17:58 | | 1.00 |
| 30-JUN-04 | 320A | 888-546-7487 0004 18:00 | | 1.00 |
| 30-JUN-04 | 380A | 888-546-7487 0001 20:41 | | 1.00 |
| 30-JUN-04 | 396A | 800-225-5288 0026 20:46 | | 1.00 |
| 30-JUN-04 | 2293950    3 | Room Service | | 23.65 |
| 30-JUN-04 | 413A | 800-334-3133 0002 22:41 | | 1.00 |
| 30-JUN-04 | 428A | 800-525-4381 0004 23:02 | | 1.00 |
| 01-JUL-04 | RT426 | Room | SPG | 192.00 |
| 01-JUL-04 | RT426 | Room Tax | | 7.99 |
| 01-JUL-04 | RT426 | Occupancy Tax | | 13.92 |
| 01-JUL-04 | 077A | 888-546-7487 0001 08:51 | | 1.00 |
| 01-JUL-04 | 083A | 888-546-7487 0015 08:52 | | 1.00 |
| 01-JUL-04 | 175A | 888-546-7487 0002 13:37 | | 1.00 |
| 01-JUL-04 | 220A | 888-546-7487 0003 16:16 | | 1.00 |
| 01-JUL-04 | 355A | 800-525-4381 0001 23:31 | | 1.00 |
| 01-JUL-04 | 358A | 800-525-4381 0001 23:57 | | 1.00 |
| 02-JUL-04 | 095A | 800-525-4381 0005 09:52 | | 1.00 |

*Handwritten note: "Brackets are personal charges"*

** continued on the next page **

M/m Renee Capozzola          ROOM    DEPART        AGENT
FOLIO  3404751  30-JUN-04       426

I AGREE TO REMAIN PERSONALLY LIABLE FOR THE PAYMENT OF THIS ACCOUNT IF THE CORPORATION, OR OTHER THIRD PARTY BILLED, FAILS TO PAY ALL OR PART OF THESE CHARGES.

Signature

SHERATON ACTS AS AGENT FOR KYO-YA COMPANY, LTD. - HOTEL DIVISION, dba SHERATON MOANA SURFRIDER


**Sheraton**



*Sheraton*
*Moana Surfrider*

Sheraton Moana Surfrider Hotel
2365 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808-922-3111 Fax: 808-923-0308

**GUEST**

M/m Renee Capozzola
American Valve And Hyd
77 15th St #3
Hermosa Beac, CA 90254

| | ROOM | 426 |
|---|---|---|
| | RATE | 76.30 |
| | NO. PERS. | 2 |
| | FOLIO | 3404751   A |
| | PAGE | 2 |
| | ARRIVE | 30-JUN-04  12:44 |
| | DEPART | 04-JUL-04 |
| Vch/Bkg # | PAYMENT | AX |

TRAVEL AGENT CHARGE TO AGENT

| DATE | REFERENCE | | DESCRIPTION | DEBIT/CREDIT |
|---|---|---|---|---|
| 02-JUL-04 | 096A | | 800-225-5288 0003 09:57 | 1.00 |
| 02-JUL-04 | 101A | | 800-225-5288 0004 10:03 | 1.00 |
| 02-JUL-04 | 103A | | 800-225-5288 0002 10:07 | 1.00 |
| 02-JUL-04 | 104A | | 535-5711 0001 10:08 | 1.00 |
| 02-JUL-04 | 16383500 | 1 | Banyan Veranda | 35.73 |
| 02-JUL-04 | 137A | | 800-525-4381 0003 11:25 | 1.00 |
| 02-JUL-04 | 142A | | 888-546-7487 0001 11:38 | 1.00 |
| 02-JUL-04 | 144A | | 877-877-1222 0003 11:38 | 1.00 |
| 02-JUL-04 | 148A | | 800-525-4381 0001 11:46 | 1.00 |
| 02-JUL-04 | 198A | | 800-525-4381 0001 14:32 | 1.00 |
| 02-JUL-04 | 18400710 | 2 | Pool Snack | 20.05 |
| 02-JUL-04 | 18404240 | 2 | Pool Snack | 6.25 |
| 02-JUL-04 | 282A | | 888-546-7487 0001 18:01 | 1.00 |
| 02-JUL-04 | 283A | | 888-546-7487 0002 18:02 | 1.00 |
| 02-JUL-04 | ST23 | | In Room Entertainment | 12.49 |
| 03-JUL-04 | 071A | | 888-546-7487 0003 09:22 | 1.00 |
| 03-JUL-04 | 073A | | 888-546-7487 0005 09:25 | 1.00 |
| 03-JUL-04 | 075A | | 800-525-4381 0001 09:26 | 1.00 |
| 03-JUL-04 | 16452610 | 1 | Banyan Veranda | 37.00 |
| 03-JUL-04 | 250A | | 888-546-7487 0005 18:07 | 1.00 |
| 03-JUL-04 | 251A | | 888-546-7487 0003 18:12 | 1.00 |
| 04-JUL-04 | 066A | | 888-546-7487 0005 08:49 | 1.00 |
| 04-JUL-04 | 426 | | SPG 35% | 6.91 |

Total-Due     598.08
** continued on the next page **

SHERATON MOANA SURFRIDER
CHARGE
CASHIER 27

M/m Renee Capozzola      ROOM      DEPART      AGENT
FOLIO  3404751  30-JUN-04     426

I AGREE TO REMAIN PERSONALLY LIABLE FOR THE PAYMENT OF THIS ACCOUNT IF THE CORPORATION, OR OTHER THIRD PARTY BILLED, FAILS TO PAY ALL OR PART OF THESE CHARGES.



Signature
SHERATON ACTS AS AGENT FOR KYO-YA COMPANY, LTD. - HOTEL DIVISION, dba SHERATON MOANA SURFRIDER



*Sheraton*
*Moana Surfrider*

Sheraton Moana Surfrider Hotel
2365 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808-922-3111 Fax: 808-923-0308

| G U E S T | M/m Renee Capozzola<br>American Valve And Hyd<br>77 15th St #3<br>Hermosa Beac, CA 90254 | ROOM 426<br>RATE 76.30<br>NO. PERS. 2<br>FOLIO 3404751 A<br>PAGE 3<br>ARRIVE 30-JUN-04 12:44<br>DEPART 04-JUL-04<br>PAYMENT AX | T R A V E L   C H A R G E   A G E N T |
|---|---|---|---|

Vch/Bkg #

| DATE | REFERENCE | DESCRIPTION | DEBIT/CREDIT |
|---|---|---|---|

EXPENSE REPORT SUMMARY

| Date | Room | Food | Beverage | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 30-JUN-04 | 213.91 | 19.75 | 0.00 | 21.90 | 255.56 | 0.00 |
| 01-JUL-04 | 213.91 | 0.00 | 0.00 | 6.00 | 219.91 | 0.00 |
| 02-JUL-04 | 0.00 | 54.75 | 0.00 | 31.77 | 86.52 | 0.00 |
| 03-JUL-04 | 0.00 | 29.50 | 0.00 | 12.50 | 42.00 | 0.00 |
| 04-JUL-04 | 0.00 | 0.00 | 0.00 | 5.91- | 5.91- | 0.00 |
| Total | 427.82 | 104.00 | 0.00 | 66.26 | 598.08 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest you have earned at least 450
Starpoints for this visit G50444480596.

| M/m Renee Capozzola | ROOM | DEPART | AGENT |
|---|---|---|---|
| FOLIO 3404751 30-JUN-04 | 426 | | |

I AGREE TO REMAIN PERSONALLY LIABLE FOR THE PAYMENT OF THIS ACCOUNT
IF THE CORPORATION, OR OTHER THIRD PARTY BILLED, FAILS TO PAY ALL OR
PART OF THESE CHARGES.

**Sheraton**

Signature
SHERATON ACTS AS AGENT FOR KYO-YA COMPANY, LTD. - HOTEL DIVISION, dba SHERATON MOANA SURFRIDER

*1164.11*

Lena Prodan/Los
Angeles/Kirkland-Ellis
06/24/2004 12:14 PM

To  Damian Capozzola/Los Angeles/Kirkland-Ellis@K&E

cc

bcc

Subject  Fw: Mr Capozzola 6/30 Trip On Hold

the difference in refundable v. non is only $26 due to availability. i'm holding this on a refundable fare $1119. *11 + 45 in*

----- Forwarded by Lena Prodan/Los Angeles/Kirkland-Ellis on 06/24/2004 12:13 PM -----



"Mary Lou Miller"
<mmiller@besttravel.com>
06/24/2004 12:00 PM

To  Lena Prodan/Los Angeles/Kirkland-Ellis@K&E

cc

Subject  Mr Capozzola 6/30 Trip On Hold

60 BIESTERFIELD ROAD              DIMK2
ELK GROVE VILLAGE IL 60007 847-981-0080  7730    JUN 24 2004ITIN
WWW.BESTTRAVEL.COM              PAGE:01

VIEW YOUR TRIP ONLINE AT HTTP://WWW.VIEWTRIP.COM
CAPOZZOLA/DAMIAN D              APOLLO RES NBR: SFZ2X8

KIRKLAND AND ELLIS LLP        DAMIAN CAPOZZOLA
200 EAST RANDOLPH             777 SOUTH FIGUEROA STREET
CHICAGO IL  60601             LOS ANGELES CA 90017

PLEASE REVIEW FOR ACCURACY. CALL WITHIN 1 BUSINESS DAY IF INCORRECT.
30 JUN 04 - WEDNESDAY
UNITED        53 COACH CLASS              CONFIRMED
  DEPART TERMINAL- 7
  LV: LOS ANGELES    850A NONSTOP    BOEING 767-300
  AR: HONOLULU    1134A
  ARRIVAL TERMINAL- M
  SEAT-12A          BREAKFAST-MOVIE        MILES 2556
  FREQ FLYER- UA 00303217320

SHERATON          01 NT/S - OUT 01JUL        CONFIRMED
SHERATON PRINCESS K    1 ROOM/S / 1 KING    GUARANTEE-CREDIT CARD
120 KAIULANI AVE      RATE-    135.00  GUARANTEED
HONOLULU HI 96815      PHONE-808-922-5811
FAX-808-931-4577
        NAME-CAPOZZOLA DAMIAN D

GUEST NO.G5044480596
CONFIRMATION-C201177555
CANCEL BY 6PM HOTEL TIME TO AVOID NO SHOW CHARGES

01 JUL 04 - THURSDAY
UNITED       54 COACH CLASS                    CONFIRMED
 DEPART TERMINAL- M
 LV: HONOLULU        900P NONSTOP    BOEING 767-300
 AR: LOS ANGELES       511A    ARRIVAL DATE-02 JUL
 ARRIVAL TERMINAL- 7
 SEAT-16J               MOVIE              MILES 2556
  FREQ FLYER- UA 00303217320

FOR 24HR SERVICE SIMPLY CALL 866-KRK-TRVL
ANY CHANGES MAY RESULT IN A HIGHER FARE
FREQUENT FLYER INFORMATION HAS BEEN RECORDED
*************************ELECTRONIC TICKET*************************
PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN
THANK YOU FOR USING BEST TRAVEL

Date 06 / 30 / 04

Amount $20

*Thank You*

---

6/30/04

**AMPCO EXPRESS: 831-2023** $30

Airport Hotel

**ALOHA AND MAHALO!**

アロハ・マハロ

YOUR TAXI NUMBER IS

あなたのタクシー番号

LOST AND FOUND CALL: 836-6547

紛失物・発見物のお問い合わせ

---

**HMSHost**
La Salsa T7
Los Angeles Int'l Airport

1402 Maria

- - - - - - - - - - - - - - - - - - - - - - - - -
CHK 8909 JUN30'04  8:13AM  GST 3

1 BTL WATER 25oz          2.69
1 POWERADE               2.99
1 REG 20oz COKE BT        2.00
1 BRKFST BURRITO          6.99
  SALSA GRINGA
1 BRKFST BURRITO          6.99
  SALSA GRINGA
1 BRKFST BURRITO          6.99
  SALSA GRINGA
1 REG CHORIZO             0.79

  Subtotal              30.13
  Tax                    2.49
  Amt Paid              32.62
  XXXXXXXXXXX1003        XX/XX
  AMEX    A3 37*         32.62

**Your order number is: 8909**

Bill $25
to client

Breakfast
06/30/04

---

**Taxi Fare Receipt**

Date 6/30/04        Time:
From: Hotel
To: Office
Fare: $20        Tip:
Total:

For Taxi Control, please call 733-2542.

---

**TAXIFARE RECEIPT**

Date 7/1/04
Time
From Hotel
To Office

FARE $ 16
Luggage $
Tip $
TOTAL $
Driver
Car No.

**The CAB**
738 Kaheka Street, Suite 201
Honolulu, Hawaii 96814
Ph: (808) 943-0000,

**Taxi Fare Receipt**

Date: 7/1/04            Time: _____
From: offu
To: Dinner
Fare: _____        Tip: _____
Total: $10

For Taxi Control, please call 733-2542

---

Internet                5.00

7/3/04

Green Internet Cafu
Aresa Green

---

**The CAB**
738 Kaheka Street, Suite 201
Honolulu, Hawaii 96814
Ph: (808) 943-0000,

**Taxi Fare Receipt**

                         9:18am
Driver: TC          Time: 9:40 Am
From: MOANA Sheyton
To: AVIS AirPort
Fare: _____        Tip: _____
Total: 30.00

For Taxi Control, please call 733-2542

---

From        LAx
To          Home
Driver _____
Cab No. _____
Date 7/5/04   Amount 25—

---

**TAXI FARE RECEIPT**

Date 7/1/04
Time _____
From Dinner
To Hotel

FARE $ 10
Luggage $
Tip $
TOTAL $

Driver _____
Car No. _____

Expense Report - Damian D. Capozzola



**B F 7 9 9 F 0 8 4 3 F D 4 B 1 3 B 4 9 E**

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox. Password is expense.

**Expense Report:**       Damian D. Capozzola
**Business Purpose:**    July 9, 2004 Trip to Portland, Oregon for NTI Deposition Re Fleming/Adversary Proceedings

| | | | |
|---|---|---|---|
| **Employee Name:** | Damian D. Capozzola | **Date Filed:** | 7/12/2004 |
| **Employee ID:** | 1292 | **Report Total:** | $658.44 |
| | | **Firm Paid:** | $0.00 |
| | | **Amount Due Employee:** | $658.44 |

Signature  *[signature]*

Date  7/12/04

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|---|
| 7/9/2004 | Airfare | Attend Deposition | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Portland, OR | U.S. (Dollars) | $500.32 | $500.32 |
| 7/9/2004 | Travel Meal | Travel Meal  Damian Capozzola - K&E - Partner | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Portland, OR | U.S. (Dollars) | $22.25 | $22.25 |
| 7/9/2004 | Travel Meal | Travel Meal  Damian Capozzola - K&E - Partner | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Portland, OR | U.S. (Dollars) | $14.99 | $14.99 |
| 7/9/2004 | Travel Meal | Travel Meal  Damian Capozzola - K&E - Partner | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Portland, OR | U.S. (Dollars) | $7.43 | $7.43 |
| 7/9/2004 | Travel Meal | Travel Meal  Damian Capozzola - K&E - Partner | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Portland, OR | U.S. (Dollars) | $3.45 | $3.45 |
| 7/9/2004 | To/From Airport | Attend Deposition | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Portland, OR | U.S. (Dollars) | $32.00 | $32.00 |

Expense Report - Damian D. Capozzola                                                    Page 2 of 2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7/9/2004 | To/From Airport | Attend Deposition | The Fleming Company - Adversary Proceedings & Contested Matter<br>40575-3 | Portland, OR | U.S. (Dollars) | $32.00 | $32.00 |
| 7/9/2004 | To/From Airport | Attend Deposition | The Fleming Company - Adversary Proceedings & Contested Matter<br>40575-3 | Portland, OR | U.S. (Dollars) | $21.00 | $21.00 |
| 7/9/2004 | To/From Airport | Attend Deposition | The Fleming Company - Adversary Proceedings & Contested Matter<br>40575-3 | Portland, OR | U.S. (Dollars) | $25.00 | $25.00 |

**Attach required receipts and file according to Accounting Instructions for your location.**

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.

The Paradies Shops
Portland Airport
Portland, Oregon

| | |
|---|---|
| BOTTLED BEVERAGES | 1.95 |
| SNACKS | 0.75 t |
| SNACKS | 0.75 t |
| TOTAL | $3.4 |
| CASH | $20.00 |
| CHANGE | $16.55 |

MS 3                ASSOC, ASSOC
/09/2004   05:42PM    0430 03 1141 5228

Thank You for Shopping at
The Paradies Shops
Portland Airport

---

# KELLS

Kells Irish Restaurant & Pub
112 SW 2nd Ave
Portland, OR 97204

04:12:11PM 07/09/04 Fri
Chk#00079 Tbl: 04 Srv: Eilis R.

** VISA **

Cardholder: CAPOZZOLA/ DAMIAN D
Acct#xxxxxxxxxxxxx2790 Exp: xx/xx
q#37 Appr#009116 Ref#419123787385

Purchases:       22.25
Tip: _____ 7.75

TOTAL: _____ 30

CUSTOMER COPY

This receipt is for your records.
Enter the tip and total amounts from
the merchant copy onto this receipt.

Thank You!

Tip Guide for $22.25

15%=$3.34  18%=$4.01  20%=$4.45

---

**GREEN TRANSPORTATION, LLC**
10118 E. Burnside • Portland, OR 97216
www.greentrans.com
Date 7/9/04
FROM Office
TO Airport PDX
FARE AMOUNT $ 32
RECEIVED FROM
DRIVER

---

**GREEN TRANSPORTATION, LLC**
10118 E. Burnside • Portland, OR 97216
www.greentrans.com
Date 7/9/04
FROM Airport Pdx
TO Office
FARE AMOUNT $ 32
RECEIVED FROM
DRIVER

---

**CAB FARE RECEIPT**
Amount $ 310 25  13 95  Date 7/9
Trip From 73 3223
To
Cab No. Driver 2332

```
            HMSHost
          Starbucks T8
    Los Angeles Int'l Airport

5566 Nancy

CHK 2591 JUL09 '04  9:12AM  GST

1 YOGURT                 2.29
1 BTL WATER 25oz         2.69
1 BAGEL CINN RAISN       2.29
1 MFN BANANA NUT         2.29
1 VAN BEAN CRM FRP       4.29

   Subtotal             13.85
   Tax                   1.14
   Amt Paid          14.99
   XXXXXXXXXXXXX2790    XX.XX
   VISA     AO 4*       14.99
```



```
        KELLS
   Irish Restaurant & Pub
        112 SW 2nd
     Ring (503)227-4057
      www.kellsirish.com
   Gift Cards Available
   For Any Denomination

--- 07/09/04 04:06p ---
03:00p Server:Eilis R.    (Master)
00079 Table#04            Cust
           ITEM           PRIC
   Lemonade               2.0
   Iced Tea               2.
   Fish & Chips           9.0
   ChxCurry&Chips         7.
   1Scoop Ice cre         1.5

        Total Purchases  22.25
 AMOUNT DUE: 22.2
        Failte
```

```
        Hudson News
     Portland Intl Airport

Store:197

Beverage NT          1.95
Candy                1.99
Candy                3.49

Sale Total           7.43

Cash                20.00

Change              12.57

** If you were not totally  **
** pleased, call 1-800-492-0644 **

TRN# 839248    07/09/04    12:07 PM
Terminal: 03, Reword 01, Cashier 00026
```

**PACIFIC YELLOW TAXI**

Fast Dependable Service
Advanced Reservations Welcome

**310-318-0003**  Home→LAX

Date: 7/9/04    Amount: 25

Cab No: _____

# BEST
## TRAVEL

60 BIESTERFIELD ROAD
ELK GROVE VILLAGE IL 60007 866-575-8785
HTTP://TRAVEL.KIRKLAND.COM

| ACCT. # | DATE | INVOICE # |
|---|---|---|
| DIMB8 7730 | JUL 07 2004 PAGE: 01 | KL2824 |

VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM
CAPOZZOLA/DAMIAN D                          APOLLO RES NBR: XZC4GW

**DISTRIBUTED TO**

KIRKLAND AND ELLIS LLP          DAMIAN CAPOZZOLA
200 EAST RANDOLPH                777 SOUTH FIGUEROA STREET
CHICAGO IL   60601               LOS ANGELES CA 90017

---

09 JUL 04 - FRIDAY
UNITED    6516 COACH CLASS OPERATED BYUNITED EXPRESS/SKY CONFIRMED
 DEPART TERMINAL- 3
 LV: LOS ANGELES       950A NONSTOP     CANADAIR JET
 AR: PORTLAND ORE      1210P
SEAT- 2D                                          MILES  825
 FREQ FLYER- UA 00303217320

UNITED    1239 COACH CLASS                     CONFIRMED
 LV: PORTLAND ORE      658P NONSTOP    BOEING 757 JET
 AR: LOS ANGELES       913P
 ARRIVAL TERMINAL- 7
SEAT-26F                                          MILES  825
 FREQ FLYER- UA 00303217320


COMPARED TO THE FULL FARE THIS REPRESENTS A SAVINGS OF $      484.68
FOR 24HR SERVICE SIMPLY CALL 866 -KRK-TRVL
$45 SERVICE FEE TICKET NUMBER 9521385594
ANY CHANGES MAY RESULT IN A HIGHER FARE
FREQUENT FLYER INFORMATION HAS BEEN RECORDED
THANK YOU FOR USING BEST TRAVEL
***********************ELECTRONIC TICKET************************
PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN
TICKET NUMBER/S:
CAPOZZOLA/DAMIAN D              7594656802      ELECTRONIC       455.32
                CARD  VI


   AIR TRANSPORTATION      404.76  TAX      50.56  TTL      455.32
                                  SERVICE FEE            45.00
                                  SUB TOTAL            500.32
                                  CREDIT CARD PAYMENT  500.32
                                  AMOUNT DUE              0.00





**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**
ITINERARY



# BEST TRAVEL

60 BIESTERFIELD ROAD
ELK GROVE VILLAGE IL 60007 866-575-8785
HTTP://TRAVEL.KIRKLAND.COM

| ACCT. # | DATE | INVOICE # |
|---|---|---|
| DIMD8 7730 | JUL 07 2004 PAGE: 01 | KL2824 |

VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM

CAPOZZOLA/DAMIAN D                          APOLLO RES NBR: XZC4GW

**DISTRIBUTED TO**

KIRKLAND AND ELLIS LLP            DAMIAN CAPOZZOLA
200 EAST RANDOLPH                 777 SOUTH FIGUEROA STREET
CHICAGO IL   60601               LOS ANGELES CA 90017


09 JUL 04 - FRIDAY
UNITED     6516 COACH CLASS OPERATED BYUNITED EXPRESS/SKY CONFIRMED
 DEPART TERMINAL- 8
 LV: LOS ANGELES      950A NONSTOP     CANADAIR JET
 AR: PORTLAND ORE     1210P
SEAT- 2D                                         MILES  825
 FREQ FLYER- UA 00303217320

UNITED     1239 COACH CLASS                      CONFIRMED
 LV: PORTLAND ORE     650P NONSTOP     BOEING 757 JET
 AR: LOS ANGELES      913P
 ARRIVAL TERMINAL- 7
SEAT-26F                                         MILES  825
 FREQ FLYER- UA 00303217320


COMPARED TO THE FULL FARE THIS REPRESENTS A SAVINGS OF $    484.68
FOR 24HR SERVICE SIMPLY CALL 866 KRK-TRVL
$45 SERVICE FEE TICKET NUMBER 9521385594
ANY CHANGES MAY RESULT IN A HIGHER FARE
FREQUENT FLYER INFORMATION HAS BEEN RECORDED
THANK YOU FOR USING BEST TRAVEL
*********************ELECTRONIC TICKET*********************
PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN
TICKET NUMBER/S:
CAPOZZOLA/DAMIAN D          7594656802      ELECTRONIC        455.32
          CARD  VI


    AIR TRANSPORTATION      404.76  TAX      50.56  TTL      455.32
                            SERVICE FEE               45.00
                            SUB TOTAL                500.32
                            CREDIT CARD PAYMENT      500.32
                            AMOUNT DUE                 0.00





**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**
**INVOICE**



Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox. Password is expense.

**Expense Report:** Damian D. Capozzola
**Business Purpose:** Trip to Honolulu for Witness Meeting re Fleming

| | | | |
|---|---|---|---|
| **Employee Name:** | Damian D. Capozzola | **Date Filed:** | 7/19/2004 |
| **Employee ID:** | 1292 | **Report Total:** | $2,069.09 |
| | | **Firm Paid:** | $0.00 |
| | | **Amount Due Employee:** | $2,069.09 |

Signature _____

Date __7/19/04__

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|---|
| 7/14/2004 | Airfare | Witness Meeting | The Fleming Company - Adversary Proceedings & Contested Matter<br>40575-3 | Los Angeles, CA | U.S. (Dollars) | $1,149.82 | $1,149.82 |
| 7/14/2004 | Hotel | Witness Meeting | The Fleming Company - Adversary Proceedings & Contested Matter<br>40575-3 | Honolulu, HI | U.S. (Dollars) | $654.42 | $654.42 |
| 7/12/2004 | Hotel | Witness Meeting | The Fleming Company - Adversary Proceedings & Contested Matter<br>40575-3 | Honolulu, HI | U.S. (Dollars) | $311.96 | $311.96 |
| 7/13/2004 | Hotel | Witness Meeting | The Fleming Company - Adversary Proceedings & Contested Matter<br>40575-3 | Honolulu, HI | U.S. (Dollars) | $311.96 | $311.96 |
| 7/14/2004 | Telephone While Traveling | Witness Meeting | The Fleming Company - Adversary Proceedings & Contested Matter<br>40575-3 | Honolulu, HI | U.S. (Dollars) | $4.00 | $4.00 |
| 7/14/2004 | Travel Meal | Travel Meal<br>Damian Capozzola - K&E - Partner | The Fleming Company - Adversary Proceedings & Contested Matter<br>40575-3 | Honolulu, HI | U.S. (Dollars) | $22.50 | $22.50 |
| 7/15/2004 | Telephone While Traveling | Witness Meeting | The Fleming Company - Adversary Proceedings & Contested Matter<br>40575-3 | Honolulu, HI | U.S. (Dollars) | $4.00 | $4.00 |
| 7/14/2004 | Travel Meal | Travel Meal | The Fleming Company - Adversary Proceedings & Contested Matter<br>40575-3 | Honolulu, HI | U.S. | $19.77 | $19.77 |

Damian Capozzola - K&E - Partner

| Date | Type | Description | | Matter | Location | Currency | | Amount |
|---|---|---|---|---|---|---|---|---|
| 7/15/2004 | Travel Meal with Others | Travel Meal with Others<br><br>Damian Capozzola - K&E - Partner<br>Eric Liebeler - K&E - Partner | The Fleming Company - Adversary Proceedings & Contested Matter | 40575-3 | Honolulu, HI | U.S. (Dollars) | $30.00 | $30.00 |
| 7/15/2004 | Travel Meal | Travel Meal<br><br>Damian Capozzola - K&E - Partner | The Fleming Company - Adversary Proceedings & Contested Matter | 40575-3 | Honolulu, HI | U.S. (Dollars) | $7.97 | $7.97 |
| 7/16/2004 | Travel Meal | Travel Meal<br><br>Damian Capozzola - K&E - Partner | The Fleming Company - Adversary Proceedings & Contested Matter | 40575-3 | Honolulu, HI | U.S. (Dollars) | $9.24 | $9.24 |
| 7/16/2004 | Travel Meal | Travel Meal<br><br>Damian Capozzola - K&E - Partner | The Fleming Company - Adversary Proceedings & Contested Matter | 40575-3 | Honolulu, HI | U.S. (Dollars) | $15.90 | $15.90 |
| 7/16/2004 | Travel Meal | Travel Meal<br><br>Damian Capozzola - K&E - Partner | The Fleming Company - Adversary Proceedings & Contested Matter | 40575-3 | Honolulu, HI | U.S. (Dollars) | $7.97 | $7.97 |
| 7/16/2004 | Travel Meal with Others | Travel Meal with Others<br><br>Damian Capozzola - K&E - Partner<br>Eric Liebeler - K&E - Partner | The Fleming Company - Adversary Proceedings & Contested Matter | 40575-3 | Honolulu, HI | U.S. (Dollars) | $10.00 | $10.00 |
| 7/14/2004 | To/From Airport | Witness Meeting | The Fleming Company - Adversary Proceedings & Contested Matter | 40575-3 | Honolulu, HI | U.S. (Dollars) | $25.00 | $25.00 |
| 7/14/2004 | To/From Airport | Witness Meeting | The Fleming Company - Adversary Proceedings & Contested Matter | 40575-3 | Honolulu, HI | U.S. (Dollars) | $20.00 | $20.00 |
| 7/14/2004 | cabfare | cabfare | The Fleming Company - Adversary Proceedings & Contested Matter | 40575-3 | Honolulu, HI | U.S. (Dollars) | $17.00 | $17.00 |
| 7/15/2004 | cabfare | cabfare | The Fleming Company - Adversary Proceedings & Contested Matter | 40575-3 | Honolulu, HI | U.S. (Dollars) | $20.00 | $20.00 |
| 7/15/2004 | cabfare | cabfare | The Fleming Company - Adversary Proceedings & Contested Matter | 40575-3 | Honolulu, HI | U.S. (Dollars) | $20.00 | $20.00 |

| 7/16/2004 | cabfare | cabfare | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Honolulu, HI | U.S. (Dollars) | $22.00 | $22.00 |
| 7/16/2004 | To/From Airport | Witness Meeting | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Honolulu, HI | U.S. (Dollars) | $20.00 | $20.00 |
| 7/17/2004 | To/From Airport | Witness Meeting | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Honolulu, HI | U.S. (Dollars) | $20.00 | $20.00 |

Attach required receipts and file according to Accounting Instructions for your location.

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.

**TAXI RECEIPT**    CAB # _____  ✓

Date 7/14/2004    Time _____ am/pm

From A-port

To office

Fare $ 20    Baggage $_____    TOTAL $_____

SEND ME LOADS    Driver

---

# The CAB
### Hawaii's Largest Island Wide Fleet
### 24-Hour Dispatch Service/Fast & Friendly
## 422-2222

Driver: 7/14/04  $17  (illegible)    Cab # _____

Signature Cab Holdings, Inc.

X

---

```
         HMSHost
        La Salsa T7
   Los Angeles Int'l Airport

1402 Maria
--------------------------------
CHK 7277 JUL14'04  8:15AM  GST 1


 1 BRKFST BURRITO        6.99
    SALSA GRINGA
 1 BRKFST BURRITO        6.99
    SALSA GRINGA
 1 REG CHORIZO           0.79
 1 VASA WATER 1 LTR      3.49

   Subtotal             18.26
   Tax                   1.51
   Amt Paid           19.77
   XXXXXXXXXXXX2790     XX/XX
   VISA       A0 4*     19.77

 Your order number is: 7277
```

---

Date 7/14/04    Amount 25  ✓

From Home

To LAx

Customer _____

Cab No. _____    Driver _____

Security _____

BY LAW, DRIVER HAS OPTION TO COLLECT IN ADVANCE    X

**Papa John's International**

### THANK YOU FOR CHOOSING
### PAPA JOHN'S PIZZA HAWAII

Driver: 1813 - Robin Keoseng

Cut Here!!

**Papa John's International**

0715/0058    07:17P
Out: 07:28P    Elap: 10:48
535-5697
DAMIAN
999 BISHOP ST
HONOLULU, HI  96813
FIRST HAWAIIAN BANK BUILDING CALL!!
Sector: J6

| | | |
|---|---|---|
| 1  14 - OPXC | | 21.97 |
| 1  14 - NTXC | | 8.99 |

20992L - $20.99 2 LG 1 TOP

COUP:    6.99        TAX:    1.00
TOTAL:   24.97

PAID CASH:    0.00

BALANCE DUE:    24.97

*$30*

Cut Here!!

---

Jamba Juice
130 Merchant St.
Honolulu, HI 96813
(808) 585-8359

Host: Hanzo                07/15/
DAMIEN                        8:10

Mango-A-Go-Go Orig          4.10
Boost Immunity
Grn n' Carrot               1.75
Honey Berry Bran            1.75

Sub Total                   7.65
Tax                         0.32

To Go Total                 7.97

CASH                       20.00

Thanks For Choosing
Jamba Juice!!

---

**TheCAB**            Taxi Fare Receipt
738 Kaheka Street, Suite 201
Honolulu, Hawaii 96814
Ph: (808) 943-0000
Date: 7/15 _____ Time: _____
From: _____
To: Office
Fare: Hotel  $20  Tip: _____
Total: _____
For Taxi Control, please call 733-2542

---

**TheCAB**            Taxi Fare Receipt
738 Kaheka Street, Suite 201
Honolulu, Hawaii 96814
Ph: (808) 943-0000
Date: 7/15/07 _____ Time: _____
From: Hotel
To: Office
Fare: 20  Tip: _____
Total: _____
For Taxi Control, please call 733-2542.



DATE: 7-16-04
TO: Aiph
FROM: Sky
FARE: 2000

HMSHOST
STARBUCKS COFFEE
HONOLULU INT'L AIRPORT

4132 Karina

CHK 8883 JUL16'04  7:36PM  GST 3

1 WATER VASA 1ltr        3.29
2 COOKIES                5.58

SUBTOTAL                 8.87
TAX                      0.37
AMOUNT PAID              9.24
CASH                    20.00
CHANGE DUE              10.76

---

Expeditor Printer #1

1186 LEONARDO

CHK  5814                 GST 0

1  ANGUS  BURG

2  WPR  CHICKN

1  FRZ  COKE    R

JUL16'04  7:34PM

Your order number is: 5814

---

HMSHOST
BURGER KING AS4
HONOLULU INT'L AIRPORT

186 LEONARDO

CHK 5814 JUL16'04  7:34PM

1 ANGUS BURG            4.49
1 WHPR CHICKN           4.29
1 WHPR CHICKN           4.29
1 FROZEN COKE           2.19
                WITH FOOD PURCHASE.
SUBTOTAL DETAILS ON BACK.  15.26
TAX     VER DETALLES AL DORSO.  0.64
AMOUNT PAID            15.90
XXXXXXXXXXXX2790       XX/XX
VISA       AO 4*       15.90

Your order number is: 5814

```
              Jamba Juice
            130 Merchant St.
            Honolulu, HI 96813
              (808) 585-8359

Host: Nicole              07/16/2004
AMIEN                       7:48 AM
                              30045

Mango-A-Go-Go Orig            4.15
  Boost Immunity
Honey Berry Bran              1.75
Grin n' Carrot               1.75

Sub Total                     7.65
Tax                           0.32

To Go Total                   7.97

CASH                         10.00

            Thanks For Choosing
              Jamba Juice!!
```

**Taxi Fare Receipt**

Date: 7/16/04          Time: _____

From: Hotel

To: Nice

Fare: $22    Tip: _____

Total: _____

For Taxi Control, please call 733-2542.

---

**800-521-8294**
**www.taxi4u.com**
Driver's Owned & Operated

INDEPENDENT TAXI COMPANY

Date 7/17    Time _____    Cab# _____
Driver _____    Meter _____    Total 20
From Up
To _____

For Inquiries, Complaints, Or Lost Items Please Call: 323-666-0040
Driver May Request Payment Or Deposit In Advance



**W**

HONOLULU

DIAMOND HEAD

Mr. Damian Capozzola
77·15th Street #3
Hermosa Beach, CA 90254
UNITED STATES

| | | | |
|---|---|---|---|
| | | Room | 0521 |
| Arrival | 07/14/04 | Cashier | 36 |
| Departure | 07/16/04 | Page | 1 |
| | | SPG Member | 50444480 |
| | | Airline Member | |

S T A T E M E N T    W Honolulu Diamond Head, 07/16/04

| Date | Text | Room | Charges | Credits |
|------|------|------|---------|---------|
| 07/14 | Room Charge | 0521 | 280.00 | |
| 07/14 | Excise Tax 4.16% | | 11.66 | |
| 07/14 | Room Tax 7.25% | | 20.30 | |
| 07/14 | Telephone Long Distance | | 2.00 | |
| | ->#7521 : 800-525-4381 | | | |
| 07/14 | Telephone Long Distance | | 2.00 | |
| | ->#7521 : 888-546-7487 | | | |
| 07/14 | Lodgenet/Web TV Internet | | ~~13.53~~  *No Bill* | |
| | ->#521  : VIDEO 37965SERVIC | | | |
| 07/14 | DHG Room Service | | 22.50 | |
| | ->#0521 : CHECK #2484 | | | |
| 07/15 | Room Charge | | 280.00 | |
| 07/15 | Excise Tax 4.16% | | 11.66 | |
| 07/15 | Room Tax 7.25% | | 20.30 | |
| 07/15 | Telephone - Local | | 2.00 | |
| | ->#7521 : 422-2222 L | | | |
| 07/16 | Telephone - Local | | 2.00 | |
| | ->#7521 : 422-2222 L | | | |

| | | | |
|---|---|---|---|
| | Total | 667.95 | |
| | Balance | 667.95 USD | |

*-13.53*

*654.42*

X

# BEST
## TRAVEL

60 BIESTERFIELD ROAD
ELK GROVE VILLAGE IL 60007 866-575-8785
HTTP://TRAVEL.KIRKLAND.COM

| ACCT. # | DATE | INVOICE # |
|---|---|---|
| DIMK2 7730 | JUL 12 2004 PAGE: 01 | KL2843 |

VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM
CAPOZZOLA/DAMIAN D                        APOLLO RES NBR: Z76X1C

KIRKLAND AND ELLIS LLP
200 EAST RANDOLPH
CHICAGO IL   60601

**DISTRIBUTED TO**
DAMIAN CAPOZZOLA
777 SOUTH FIGUEROA STREET
LOS ANGELES CA 90017

---

14 JUL 04 - WEDNESDAY                                    CONFIRMED
UNITED        53 COACH CLASS
  DEPART TERMINAL- 7
  LV: LOS ANGELES        850A NONSTOP        BOEING 767-300
  AR: HONOLULU          1134A
  ARRIVAL TERMINAL- M
SEAT-12J                    BREAKFAST MOVIE              MILES 2553
  FREQ FLYER- UA 00303217320

16 JUL 04 - FRIDAY                                       CONFIRMED
UNITED        54 COACH CLASS
  DEPART TERMINAL- M
  LV: HONOLULU          845P NONSTOP        BOEING 767-300
  AR: LOS ANGELES        456A     ARRIVAL DATE-17 JUL
  ARRIVAL TERMINAL- 7
SEAT-15A                    MOVIE                        MILES 2553
  FREQ FLYER- UA 00303217320


COMPARED TO THE FULL FARE THIS REPRESENTS A SAVINGS OF $      571.18
FOR 24HR SERVICE SIMPLY CALL 866-KRK-TRVL
$45 SERVICE FEE TICKET NUMBER 9521385609
ANY CHANGES MAY RESULT IN A HIGHER FARE
FREQUENT FLYER INFORMATION HAS BEEN RECORDED
**************************ELECTRONIC TICKET******************************
PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN
THANK YOU FOR USING BEST TRAVEL
TICKET NUMBER/S:
CAPOZZOLA/DAMIAN D            7594656821      ELECTRONIC      1104.82
              CARD  VI


   AIR TRANSPORTATION      1075.00  TAX      29.82  TTL      1104.82
                                    SERVICE FEE              45.00
                                    SUB TOTAL              1149.82
                                    CREDIT CARD PAYMENT    1149.82-
                                    AMOUNT DUE                0.00





Expense Report - Damian D. Capozzola                                    Page 1 of 4



**B 0 8 4 1 8 4 F 3 E F A 4 C C A B C 0 E**

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox.
Password is expense.

**Expense Report:**   Damian D. Capozzola
**Business Purpose:**   Travel to Wilmington, Delaware for Fleming hearings

| | | | |
|---|---|---|---|
| **Employee Name:** | Damian D. Capozzola | **Date Filed:** | 7/27/2004 |
| **Employee ID:** | 1292 | **Report Total:** | $3,087.04 |
| | | **Firm Paid:** | $0.00 |
| | | **Amount Due Employee:** | $3,074.05 |

Signature _Dan C._

Date _07/28/04_

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|---|
| 7/23/2004 | Airfare | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $663.20 | $663.20 |
| 7/26/2004 | Hotel | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $824.19 | $824.19 |
| | **Notes:** | Hotel Charges for Fleming Witness Mark Dillon. | | | | | |
| 7/26/2004 | Travel Meal | Travel Meal  Mark Dillon - - Fleming Witness | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $72.60 | $72.60 |
| 7/26/2004 | Fax | Faxes Sent from Hotel | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $16.00 | $16.00 |

Expense Report - Damian D. Capozzola

| Date | Type | Purpose | Matter | Location | Currency | Amount | Amount |
|------|------|---------|--------|----------|----------|--------|--------|
| 7/26/2004 | Telephone While Traveling | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $12.25 | $12.25 |
| 7/25/2004 | Hotel | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $229.90 | $229.90 |
| 7/25/2004 | Travel Meal | Travel Meal Mark Dillon - - Fleming Witness | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $69.00 | $69.00 |
| 7/25/2004 | Telephone While Traveling | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $7.82 | $7.82 |
| 7/25/2004 | Telephone While Traveling | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $69.89 | $69.89 |
| 7/25/2004 | Parking | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $14.00 | $14.00 |
| 7/24/2004 | Hotel | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $229.90 | $229.90 |
| 7/24/2004 | Telephone While Traveling | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $34.41 | $34.41 |
| 7/24/2004 | Telephone While Traveling | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $7.82 | $7.82 |
| 7/24/2004 | Telephone While Traveling | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $46.60 | $46.60 |
| 7/24/2004 | Parking | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $14.00 | $14.00 |
| 7/26/2004 | Hotel | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $526.96 | $526.96 |

Expense Report - Damian D. Capozzola.

**Notes:**   Hotel Charges for Fleming Witness Teresa Noa.

| Date | Type | | Account | Location | Currency | | |
|------|------|------|---------|----------|----------|---|---|
| 7/26/2004 | Telephone While Traveling | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $11.14 | $11.14 |
| 7/25/2004 | Hotel | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $229.90 | $229.90 |
| 7/25/2004 | Telephone While Traveling | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $32.20 | $32.20 |
| 7/24/2004 | Hotel | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $229.90 | $229.90 |
| 7/24/2004 | Travel Meal | Travel Meal Teresa Noa - Fleming Witness - | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $14.90 | $14.90 |
| 7/24/2004 | Telephone While Traveling | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $8.92 | $8.92 |
| 7/27/2004 | Hotel | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $829.89 | $829.89 |
| 7/23/2004 | Hotel | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $174.90 | $174.90 |
| 7/24/2004 | Hotel | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $174.90 | $174.90 |
| 7/25/2004 | Hotel | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $174.90 | $174.90 |
| 7/26/2004 | Hotel | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | Wilmington, DE | U.S. (Dollars) | $174.90 | $174.90 |
| 7/27/2004 | Internet Access | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | | U.S. (Dollars) | $9.95 | $9.95 |
| 7/25/2004 | Internet Access | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter 40575-3 | | U.S. (Dollars) | $9.95 | $9.95 |

Expense Report - Damian D. Capozzola

| Date | Type | Purpose | | Location | Currency | Amount | Total |
|---|---|---|---|---|---|---|---|
| 7/23/2004 | Internet Access | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter<br>40575-3 | U.S. (Dollars) | | $9.95 | $9.95 |
| 7/23/2004 | Hotel | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter<br>40575-3 | Wilmington, DE | U.S. (Dollars) | $87.45 | $87.45 |

**Notes:** Early departure fee of $79.50 + taxes of 6.36 and 1.59

| Date | Type | Purpose | | Location | Currency | Amount | Total |
|---|---|---|---|---|---|---|---|
| 7/23/2004 | Working Group Meal/K&E Only | Working Group Meal/K&E Only | The Fleming Company - Adversary Proceedings & Contested Matter<br>40575-3 | Wilmington, DE | U.S. (Dollars) | $34.00 | $34.00 |

Damian Capozzola - K&E - Partner
Olivia Samad - K&E - Associate

| 7/24/2004 | Working Group Meal/K&E Only | Working Group Meal/K&E Only | The Fleming Company - Adversary Proceedings & Contested Matter<br>40575-3 | Wilmington, DE | U.S. (Dollars) | $35.00 | $35.00 |

Damian Capozzola - K&E - Partner
Olivia Samad - K&E - Associate

| 7/27/2004 | Working Group Meal/K&E Only | Working Group Meal/K&E Only | The Fleming Company - Adversary Proceedings & Contested Matter<br>40575-3 | Wilmington, DE | U.S. (Dollars) | $31.19 | $31.19 |

Damian Capozzola - K&E - Partner
Eric Liebeler - K&E - Partner
Olivia Samad - K&E - Associate

| 7/24/2004 | To/From Airport | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter<br>40575-3 | Wilmington, DE | U.S. (Dollars) | $76.88 | $76.88 |

| 7/27/2004 | Parking | Court Hearing | The Fleming Company - Adversary Proceedings & Contested Matter<br>40575-3 | Wilmington, DE | U.S. (Dollars) | $65.73 | $65.73 |

Attach required receipts and file according to Accounting Instructions for your location.

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.

http://keexpense/expense/customsolution/XmsPrintCustomReceipt.asp?UniqueJS=185232...    7/28/2004

Lena Prodan/Los
Angeles/Kirkland-Ellis

07/20/2004 11:59 AM

To    Olivia Samad/Los Angeles/Kirkland-Ellis@K&E

cc    Damian Capozzola/Los Angeles/Kirkland-Ellis@K&E

bcc

Subject    Fw: Damian Capozzola e-ticketed travel Jul 23 to
Philadelphia

----- Forwarded by Lena Prodan/Los Angeles/Kirkland-Ellis on 07/20/2004 11:59 AM -----



"Lorraine Hertel"
<lhertel@besttravel.com>

07/13/2004 03:19 PM

To    Damian Capozzola/Los Angeles/Kirkland-Ellis@K&E

cc    Lena Prodan/Los Angeles/Kirkland-Ellis@K&E

Subject    Damian Capozzola e-ticketed travel Jul 23 to Philadelphia

60 BIESTERFIELD ROAD            DBT23
ELK GROVE VILLAGE IL 60007 847-981-0080  7730    JUL 13 2004ITIN
WWW.BESTTRAVEL.COM                    PAGE:01

VIEW YOUR TRIP ONLINE AT HTTP://WWW.VIEWTRIP.COM
CAPOZZOLA/DAMIAN D              APOLLO RES NBR: LL7GFC

KIRKLAND AND ELLIS LLP          DAMIAN CAPOZZOLA
200 EAST RANDOLPH              777 SOUTH FIGUEROA STREET
CHICAGO IL   60601            LOS ANGELES CA 90017

PLEASE REVIEW FOR ACCURACY. CALL WITHIN 1 BUSINESS DAY IF INCORRECT.
23 JUL 04 - FRIDAY
UNITED        96 COACH CLASS                CONFIRMED
DEPART TERMINAL- 7
LV: LOS ANGELES        100P NONSTOP    AIRBUS A319 JET
AR: PHILADELPHIA      917P
ARRIVAL TERMINAL- D
SEAT- 8A              LUNCH-MOVIE            MILES 2395
FREQ FLYER- UA 00303217320

TOUR

BOSTON COACH SERVICE
AIRPORT REGULATIONS REQUIRE YOU CALL FOR
PICKUP INSTRUCTIONS.  PHONE:: 800-672-7676
CANCELATION POLICY:1HR PRIOR TO PICKUP TIME
CONFIRMATION NUMBER:  07235672

PICK UP: 23JUL AT: 917PM
FROM: PHILADELPHIA AIRPORT
TO: SHERATON SUITES WILMINGTON DE
MEET DRIVER IN BAGGAGE CLAIM BY
PAY PHONES BOTTOM OF ESCALATOR

SHERATON          07 NT/S - OUT 30JUL        CONFIRMED
SHERATON SUITES WIL     7 ROOM/S / 1 KING    GUARANTEE-CREDIT CARD
422 DELAWARE AVENUE      RATE-     159.00  GUARANTEED
WILMINGTON DE 19801      PHONE-302-654-8300
FAX-302-654-6036
              NAME-CAPOZZOLA DAMIAN D
CORP ID-32132
              CONFIRMATION-C821180078
CANCEL BY 6PM HOTEL TIME TO AVOID NO SHOW CHARGES

60 BIESTERFIELD ROAD           DBT23
ELK GROVE VILLAGE IL 60007 847-981-0080   7730    JUL 13 2004ITIN
WWW.BESTTRAVEL.COM               PAGE:02

     VIEW YOUR TRIP ONLINE AT HTTP://WWW.VIEWTRIP.COM
CAPOZZOLA/DAMIAN D          APOLLO RES NBR: LL7GFC

KIRKLAND AND ELLIS LLP        DAMIAN CAPOZZOLA
200 EAST RANDOLPH            777 SOUTH FIGUEROA STREET
CHICAGO IL   60601          LOS ANGELES CA 90017

PLEASE REVIEW FOR ACCURACY. CALL WITHIN 1 BUSINESS DAY IF INCORRECT.
30 JUL 04 - FRIDAY
UNITED     99 COACH CLASS              CONFIRMED
DEPART TERMINAL- D
LV: PHILADELPHIA    635P NONSTOP    AIRBUS A319 JET
AR: LOS ANGELES      926P
ARRIVAL TERMINAL- 7
SEAT- 9F          DINNER-MOVIE          MILES 2395
FREQ FLYER- UA 00303217320

COMPARED TO THE FULL FARE THIS REPRESENTS A SAVINGS OF $  2119.80
FOR 24HR SERVICE SIMPLY CALL 866-KRK-TRVL
$45 SERVICE FEE TICKET NUMBER 9521565671
**UNITED  LOCATOR:LL7GFC /E-TICKET NBR:016 7598923377 /PRICE $618.20
*********************ELECTRONIC TICKET************************
PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN
ANY CHANGES MAY RESULT IN A HIGHER FARE
FREQUENT FLYER INFORMATION HAS BEEN RECORDED

THANK YOU FOR USING BEST TRAVEL

```
AIR TRANSPORTATION    556.28  TAX     61.92  TTL     618.20
                      SERVICE FEE     45.00
                      SUB TOTAL      663.20
                      CREDIT CARD PAYMENT    663.20-
                      AMOUNT DUE        0.00
```

**BOSTONCOACH®**
A FIDELITY INVESTMENTS® COMPANY
1-800-672-7676

Reservation No. `723 5672`

Driver No. `425`

Date: `072304`

☑ Sedan
☐ Dedicated
☐ Group Transportation

Passenger: CAPOZZOLA   DAMIAN

Pick-Up: PI A UA 96

Drop-Off: Wilmington, De SHERATON Suites    TRANSPORT Capozz. Samad

Change In Destination:

Scheduled Pick-Up `23:22`

B.C.L. Time

Ride Start (Code 6) `00:06`

Ride End (Code 7) `12:34`

+5.00 Tip

Tolls

Parking `3.00`

Other (Please List)

TOTAL AMOUNT `3.00`

Stops en Route

Start Time

End Time

Location

CUSTOMER COPY

I HAVE REVIEWED THE ABOVE INFORMATION AND AGREE THAT IT IS CORRECT.

Would you like a receipt faxed?   Fax #: (213) 808 - 8022

Comments

Terms and Conditions
(information at the end of the next business day)

lunch
Capozzola
Samad

HMSHost
Home Turf Bar T6
Los Angeles Int'l Airport
CHECK:     6412
TABLE:     43/1
SERVER:    4146 Salai
DATE:      JUL23'04  1:37PM
CARD TYPE: VISA      AO 4*
  T #:     XXXXXXXXXXX2790
  DATE:    XX/XX
 H CODE:   023108
     DAMIAN D CAPOZZOLA

 SUBTOTAL:        27.03

              + 6.97

  al          34

  nature _____

 agree to pay above
amount according to card
issuer agreement.

lunch
Capozzola
Samad



**Grotto Pizza**
the legendary taste
Grotto Pizza - PA AVENUE
Delivery

60 Delivery

3462  JUL24'04 12:48AM

```
1 LARGE PIZZA         9.95
   ONION             1.95
   MUSHROOM          1.95
1 LARGE PIZZA        9.95
   TOMATO            1.95
   MUSHROOM          1.95
   EXTRA CHEESE      1.95
DELIVERY SVC CHG      1.00
Subtotal           29.65
Service Charge       1.00
12:48 AMOUNT DUE  $30.65
```

L xCh, Tom, Mush
L mush, On

Cash

+ tip
35
7/23
dinner Comple
Samo

ORDER TAKER:

DRIVER:

NAME: Damian

PHONE: 654-8300

ADDRESS: Sheraton Suites
Rm 1102

DIRECTIONS:

Cabti dime 7/26
$12

*Brkfast  Cappzzla*
*Lichela*

JET ROCK *Sams*
PHILADELPHIA AIRPORT TERMINAL D
PHILADELPHIA, PA 19153
119 REBECCA

------------------------------------
23/1        2322        GST 3
    JUL27'04 10:46AM
------------------------------------

  3 TOMATO JUICE        5.55
  2 WATER               0.00
  2 BRKFST BRRITO      11.90
  1 LG PEPSI            2.25
  1 PHILLY STEAK        9.45
    Subtotal           29.15
    Tax                 2.04
    Payment Due     **31.19**
IF YOU'RE IN THE AREA, CHECK OUT
    PHILLY'S NEWEST LANDMARK


    SAMMY'S BAR B QUE
 EAT IN - TAKE OUT - COLD BEER
  AUTHENTIC PECAN SMOKED BBQ

 1143-51 NORTH DELAWARE AVENUE
 1/2 MILE NORTH OF SPRING GARDEN
        215-291-9922


ALL-STAR PARKING
6141 CENTURY BLVD
LOS ANGLS, CA 90045

BATCH: 545
S-A-L-E-S  D-R-A-F-T
75318964
181289807000

REF:  0011
CD TYPE: VISA
TR TYPE: PURCHASE
DATE:   JUL 27, 04  15:35:31


TOTAL          $65.73

ACCT: 4388575479072790      EXP: 04/07
AP: 027689
NAME:  DAMIAN D CAPOZZOLA


CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER


THANKS FOR USING VISA


X -------------------------------------



11TH & MARKET STREETS
WILMINGTON, DELAWARE 19801
302-594-3100 · 800-441-9019

Mr. Mark Dillon
C/O BEST TRAVEL AND TOURS INC.
ELK GROVE VILLAGE, IL 60007-3668

|                  |              |
|------------------|--------------|
| Room             | 1025         |
| Person(s)        | 1            |
| Cashier          | 20 ROSLYN    |
| Page             | 1            |
| Settlement       | VA           |
| 4388575479072790 | 04/07        |
| CL #:            |              |

Arrival     07/24/04
Departure   07/26/04

Copy of Invoice   365008        Hotel duPont, Wilmington, DE, 07/26/04 15:20

| Date  | Text | Room | Charges | Credits |
|-------|------|------|---------|---------|
|       |      | 1025 |         |         |
| 07/24 | Room Charge |  | 209.00 |  |
| 07/24 | State Lodging Tax |  | 16.72 |  |
| 07/24 | City Tax |  | 4.18 |  |
| 07/24 | Telephone-Long Dist |  | 34.41 |  |
|       | ->18089517478 |  |  |  |
| 07/24 | Telephone-Long Dist |  | 7.82 |  |
|       | ->18089517478 |  |  |  |
| 07/24 | Telephone-Long Dist |  | 46.60 |  |
|       | ->18089517478 |  |  |  |
| 07/24 | Parking - Overnight |  | 14.00 |  |
| 07/25 | Room Charge |  | 209.00 |  |
| 07/25 | State Lodging Tax |  | 16.72 |  |
| 07/25 | City Tax |  | 4.18 |  |
| 07/25 | Green Room CHECK #763 |  | 69.00 |  |
| 07/25 | Telephone-Long Dist |  | 7.82 |  |
|       | ->18089517478 |  |  |  |
| 07/25 | Telephone-Long Dist |  | 69.89 |  |
|       | ->18089517478 |  |  |  |
| 07/25 | Parking - Overnight |  | 14.00 |  |
| 07/25 | Visa 4388575479072790 | 04/07 |  | 332.73 |
| 07/26 | Green Room CHECK #818 |  | 72.60 |  |
| 07/26 | Telephone-Long Dist |  | 12.25 |  |
|       | ->18089517478 |  |  |  |
| 07/26 | Faxes |  | 16.00 |  |
| 07/26 | Visa 4388575479072790 | 04/07 |  | 491.46 |
| | Total |  | 824.19 | 824.19 |



Case 1:03-cv-00385-DAE-LEK   Document 882-4   Filed 03/23/2006   Page 38 of 55



**11TH & MARKET STREETS**
**WILMINGTON, DELAWARE 19801**
302-594-3100 · 800-441-9019

Ms. Teresa Noa
1814 Poki Street
n. 401
Honolulu, HI 96832

| | |
|---|---|
| Room | 0736 |
| Person(s) | 1 |
| Cashier | 39 DOROTA |
| Page | 1 |
| Settlement | VA |
| 4388575479072790 | 04/07 |
| CL #: | |

Arrival      07/24/04
Departure    07/26/04

Copy of Invoice  365007        Hotel duPont, Wilmington, DE, 07/26/04 14:27

| Date | Text | Room | Charges | Credits |
|---|---|---|---|---|
| | | 0736 | 209.00 ✓ | |
| 07/24 | Room Charge | | | |
| 07/24 | State Lodging Tax | | 16.72 ✓ | |
| 07/24 | City Tax | | 4.18 ✓ | |
| 07/24 | Room Service CHECK #5171 | | 14.90 ✓ | |
| 07/24 | Telephone-Long Dist | | 8.92 ✓ | |
| | ->13195238181 | | 209.00 ✓ | |
| 07/25 | Room Charge | | 16.72 ✓ | |
| 07/25 | State Lodging Tax | | 4.18 ✓ | |
| 07/25 | City Tax | | 32.20 ✓ | |
| 07/25 | Telephone-Long Dist | | | |
| | ->13195273021 | | | 253.72 |
| 07/25 | Visa 4388575479072790 | 04/07 | | |
| 07/26 | Telephone-Long Dist | | 11.14 | |
| | ->15635710858 | | | 273.24 |
| 07/26 | Visa 4388575479072790 | 04/07 | | |
| | Total | | 526.96 | 526.96 |
| | Balance | | | 0.00 $ |

Signature: _____





# Sheraton Suites
## WILMINGTON
## DELAWARE

422 DELAWARE AVENUE, WILMINGTON, DE 19801     TEL [302] 654-8300     FAX [302] 654-6036     SHERATON.COM/SUITESWILMINGTON

| | | | |
|---|---|---|---|
| **G** Damian Capozzola | ROOM | 1102 | T |
| **U** | RATE | 159.00 | R A |
| **E** 77 15th St Apt3 | NO. PERS. | 1 | V G E E |
| **S** Redondo Beac, CA 90254 | FOLIO | 532716    A | L N T |
| **T** United States | PAGE | 1 | |
| | ARRIVE | 23-JUL-04   00:52 | C H |
| | DEPART | 27-JUL-04   09:34 | A R G E |
| | PAYMENT | AX | T O |

| DATE | REFERENCE | DESCRIPTION | DEBIT CREDIT |
|---|---|---|---|
| 23-JUL-04 | 5834 | High Speed Internet Access | 9.95 ✓ |
| 23-JUL-04 | RT1102 | Suite Charge | 159.00 ✓ |
| 23-JUL-04 | RT1102 | State Occupancy Tax | 12.72 ✓ |
| 23-JUL-04 | RT1102 | City Occupancy Tax | 3.18 ✓ |
| 24-JUL-04 | RT1102 | Suite Charge | 159.00 ✓ |
| 24-JUL-04 | RT1102 | State Occupancy Tax | 12.72 ✓ |
| 24-JUL-04 | RT1102 | City Occupancy Tax | 3.18 ✓ |
| 25-JUL-04 | RT1102 | Suite Charge | 159.00 ✓ |
| 25-JUL-04 | RT1102 | State Occupancy Tax | 12.72 ✓ |
| 25-JUL-04 | RT1102 | City Occupancy Tax | 3.18 ✓ |
| 25-JUL-04 | 5835 | High Speed Internet Access | 9.95 ✓ |
| 26-JUL-04 | S795 | In Room Movies | ~~12.99~~ ✓ |
| 26-JUL-04 | RT1102 | Suite Charge | 159.00 ✓ |
| 26-JUL-04 | RT1102 | State Occupancy Tax | 12.72 ✓ |
| 26-JUL-04 | RT1102 | City Occupancy Tax | 3.18 ✓ |
| 27-JUL-04 | 5876 | High Speed Internet Access | 9.95 ✓ |
| 27-JUL-04 | 07.27.04 | Early Departure Fee | 79.50 — |
| 27-JUL-04 | 07.27.04 | State Occupancy Tax | 6.36 |
| 27-JUL-04 | 07.27.04 | City Occupancy Tax | 1.59 |
| 27-JUL-04 | AX | American Express | 829.89- |

***For Authorization Purposes Only***
xxxxxxxxxxxxx1003
Auth Date    Code    Authorized
23-JUL-04   120892      1446.90
         Total-Due              0.00
** continued on the next page **

*(handwritten)* 816.90 to client

I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges.

_____

signature

MEMBER OF 🅖 STARWOOD PREFERRED GUEST



# Sheraton Suites
## WILMINGTON
### DELAWARE

422 DELAWARE AVENUE, WILMINGTON, DE 19801     TEL [302] 654-8300     FAX [302] 654-6036     SHERATON.COM/SUITESWILMINGTON

**G** Damian Capozzola  
**U**  
**E** 77 15th St Apt3  
**S** Redondo Beac, CA 90254  
**T** United States

| | |
|---|---|
| ROOM | 1102 |
| RATE | 159.00 |
| NO. PERS. | 1 |
| FOLIO | 532716     A |
| PAGE | 2 |
| ARRIVE | 23-JUL-04   00:52 |
| DEPART | 27-JUL-04   09:34 |
| PAYMENT | AX |

T R A V E L     A G E N T

C H A R G E     T O

| DATE | REFERENCE | DESCRIPTION | DEBIT CREDIT |
|---|---|---|---|

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Telephone | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 23-JUL-04 | 174.90 | 0.00 | 0.00 | 9.95 | 184.85 | 0.00 |
| 24-JUL-04 | 174.90 | 0.00 | 0.00 | 0.00 | 174.90 | 0.00 |
| 25-JUL-04 | 174.90 | 0.00 | 0.00 | 9.95 | 184.85 | 0.00 |
| 26-JUL-04 | 174.90 | 0.00 | 0.00 | 12.99 | 187.89 | 0.00 |
| 27-JUL-04 | 0.00 | 0.00 | 0.00 | 97.40 | 97.40 | 829.89- |
| Total | 699.60 | 0.00 | 0.00 | 130.29 | 829.89 | 829.89- |

I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges.

_____

signature

As a Starwood Preferred Guest you have earned at least 2294
Starpoints for this visit G80444480596.

MEMBER OF ⊛ STARWOOD PREFERRED GUEST

7/28/04 11:27:18          Fax (617) 381-7636          Page 1 of 2

To:       DAMIAN CAPOZZOLA
Company:
Voice:
Fax:      12136808500
E-mail:

From:         BostonCoach Customer Relations Department
Company:  BostonCoach
Voice:          800-672-7676
Fax:
E-mail:         customer_care@bostoncoach.com

Subject:        "Using a touch tone phone you can obtain receipts 24 hours
                a day, 7 days a week, through our (new) voice response
                unit. Simply call 800.672.7676 prompt #3, enter your 8
                digit reservation number and your 10 digit fax number.
                Your receipt will be faxed immediately."

Date:       July 28, 2004

Pages:    2 (including this page)

---

Attached are the requested BostonCoach trip receipts.  SEDANS cancelled less
than ONE HOUR prior to pick up time  will be billed at full fare.  BostonCoach
Customer Relations Department, 800-672-7676 Prompt 4    Receipts are also
available online and via email.  Please see www.bostoncoach.com for details.

```
07/28/04                 BostonCoach Trip Receipt
11:27a                   PHILADELPHIA         SAME
```

Trip Receipt for Passenger.... DAMIAN CAPOZZOLA
Customer Contact............. LORRAINE

| | |
|---|---|
| Reservation#...... 07235672 | Trip Date....... 07/24/04 |
| Pickup Location... PHILADELPHIA AIRPORT | Sched Time..... 00:05 |
| UNITED | Pickup Time.... 00:05 |
| Dropoff Location.. WILMINGTON DE | End Time....... 00:32 |
| DELAWARE AVE | Vechicle Type... SEDN |

Payment Via....... VI

**Charges**

```
                        Fare............    54.00
                        Service Fee......    9.72
                        Parking..........    3.00
                        Other...........     5.16  ( F)
                                            ÍÍÍÍÍÍÍÍÍ
                        Total Charge        71.88
```

For Billing Inquiries, please call (800) 672-7676



**699D3E74B6384CD2BEE1**

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox. Password is expense.

**Expense Report:**   Cab Fare
**Business Purpose:**   Deposition in Hawaii-Berry case

| | | | |
|---|---|---|---|
| **Employee Name:** | Damian D. Capozzola | **Date Filed:** | 11/21/2005 |
| **Employee ID:** | 1292 | **Report Total:** | $30.00 |
| | | **Firm Paid:** | $0.00 |
| | | **Amount Due Employee:** | $30.00 |

Signature _____

Date   11/21/05  _____

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|---|
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 5/16/2005 | cabfare | cabfare | 41445-6 | Honolulu, Hawaii | U.S. (Dollars) | $30.00 | $30.00 |

Attach required receipts and file according to Accounting Instructions for your location.

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.

05/16/05
Hono - LAX
$30

Expense Report - Hawaii Trip

**E 4 7 4 6 7 5 4 F 6 8 B 4 5 A 0 9 9 C 5**

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox. Password is expense.

**Expense Report:**    Hawaii Trip
**Business Purpose:**  Berry Depositions

**Employee Name:**  Damian D. Capozzola
**Employee ID:**    1292

**Date Filed:**              5/25/2005
**Report Total:**            $1,667.54
**Firm Paid:**                   $0.00
**Amount Due Employee:**  $1,667.54

Signature

Date    6/6/05

**Report Remarks:**  Please combine the hotel room rate and hotel taxes a single entry per day

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|------|---------|-------------|---------|------|---------|-------------------|----------------|
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 5/16/2005 | Airfare | Attend Deposition | 41445-6 | Honolulu, Hawaii | U.S. (Dollars) | $671.20 | $671.20 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 5/16/2005 | Hotel | Attend Deposition | 41445-6 | Honolulu, Hawaii | U.S. (Dollars) | $231.73 | $231.73 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 5/17/2005 | Travel Meal | Travel Meal  Damian Capozzola - K&E - Partner | 41445-6 | Honolulu, Hawaii | U.S. (Dollars) | $12.59 | $12.59 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 5/17/2005 | Telephone While Traveling | Attend Deposition | 41445-6 | | U.S. (Dollars) | $3.00 | $3.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |

Expense Report - Hawaii Trip

Page 2 of 3

| Date | Type | Description | Account | Location | Currency | Amount | Amount |
|------|------|-------------|---------|----------|----------|--------|--------|
| 5/16/2005 | Hotel | Attend Deposition | 41445-6 | Honolulu, Hawaii | U.S. (Dollars) | $216.14 | $216.14 |
| | | Post Confirmation Trust - Berry, Wayne Litigation | | | | | |
| 5/18/2005 | Hotel | Attend Deposition | 41445-6 | Honolulu, Hawaii | U.S. (Dollars) | $278.55 | $278.55 |
| | | Post Confirmation Trust - Berry, Wayne Litigation | | | | | |
| 5/18/2005 | Hotel | Attend Deposition | 41445-6 | Honolulu, Hawaii | U.S. (Dollars) | $278.55 | $278.55 |
| 5/19/2005 | Hotel | Attend Deposition | 41445-6 | Honolulu, Hawaii | U.S. (Dollars) | $286.41 | $286.41 |
| | | Post Confirmation Trust - Berry, Wayne Litigation | | | | | |
| 5/19/2005 | Telephone While Traveling | Attend Deposition | 41445-6 | | U.S. (Dollars) | $5.00 | $5.00 |
| | | Post Confirmation Trust - Berry, Wayne Litigation | | | | | |
| 5/20/2005 | Telephone While Traveling | Attend Deposition | 41445-6 | | U.S. (Dollars) | $4.00 | $4.00 |
| | | Post Confirmation Trust - Berry, Wayne Litigation | | | | | |
| 5/19/2005 | Hotel | Attend Deposition | 41445-6 | Honolulu, Hawaii | U.S. (Dollars) | $277.41 | $277.41 |
| | | Post Confirmation Trust - Berry, Wayne Litigation | | | | | |
| 5/16/2005 | Travel Meal | Travel Meal  Damian Capozzola - K&E - Partner | 41445-6 | Honolulu, Hawaii | U.S. (Dollars) | $18.35 | $18.35 |
| | | Post Confirmation Trust - Berry, Wayne Litigation | | | | | |
| 5/16/2005 | Travel Meal | Travel Meal  Damian Capozzola - K&E - Partner | 41445-6 | Honolulu, Hawaii | U.S. (Dollars) | $6.23 | $6.23 |
| | | Post Confirmation Trust - Berry, Wayne Litigation | | | | | |
| 5/16/2005 | Travel Meal | Travel Meal  Damian Capozzola - K&E - Partner | 41445-6 | Honolulu, Hawaii | U.S. (Dollars) | $49.40 | $49.40 |
| | | Post Confirmation Trust - Berry, Wayne Litigation | | | | | |
| 5/17/2005 | Travel Meal | Travel Meal  Damian Capozzola - K&E - Partner | 41445-6 | Honolulu, Hawaii | U.S. (Dollars) | $10.21 | $10.21 |
| | | Post Confirmation Trust - Berry, Wayne Litigation | | | | | |
| 5/18/2005 | Travel Meal | Travel Meal  Damian Capozzola - K&E - Partner | 41445-6 | Honolulu, Hawaii | U.S. (Dollars) | $7.06 | $7.06 |

Post Confirmation Trust - Berry, Wayne

Expense Report - Hawaii Trip
Page 3 of 3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Litigation | | | | | |
| 5/18/2005 | Travel Meal | Travel Meal | 41445-6 | Honolulu, Hawaii | U.S. (Dollars) | $25.00 | $25.00 |
| | | Damian Capozzola - K&E - Partner | | | | | |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | | |
| 5/19/2005 | Travel Meal | Travel Meal | 41445-6 | Honolulu, Hawaii | U.S. (Dollars) | $10.21 | $10.21 |
| | | Damian Capozzola - K&E - Partner | | | | | |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | | |
| 5/19/2005 | Travel Meal | Travel Meal | 41445-6 | Honolulu, Hawaii | U.S. (Dollars) | $3.69 | $3.69 |
| | | Damian Capozzola - K&E - Partner | | | | | |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | | |
| 5/19/2005 | Travel Meal | Travel Meal | 41445-6 | Honolulu, Hawaii | U.S. (Dollars) | $30.00 | $30.00 |
| | | Damian Capozzola - K&E - Partner | | | | | |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | | |
| 5/16/2005 | cabfare | cabfare | 41445-6 | Honolulu, Hawaii | U.S. (Dollars) | $20.00 | $20.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | | |
| 5/17/2005 | cabfare | cabfare | 41445-6 | Honolulu, Hawaii | U.S. (Dollars) | $17.00 | $17.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | | |
| 5/20/2005 | cabfare | cabfare | 41445-6 | Honolulu, Hawaii | U.S. (Dollars) | $2.50 | $2.50 |

**Attach required receipts and file according to Accounting Instructions for your location.**

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.

# BEST
## T R A V E L

60 BIESTERFIELD ROAD
ELK GROVE VILLAGE IL 60007 866 575 8785
HTTP://TRAVEL.KIRKLAND.COM

| ACCT.# | DATE | INVOICE# |
|---|---|---|
| DINBG 7730 | MAY 05 2005 | KL4118 |
| | PAGE: 01 | |

VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM

CAPOZZOLA/DAMIAN D                          APOLLO RES NBR: JKMDV4

### DISTRIBUTED TO

KIRKLAND AND ELLIS LLP                  DAMIAN CAPOZZOLA
200 EAST RANDOLPH                       777 SOUTH FIGUEROA STREET
CHICAGO IL   60601                      LOS ANGELES CA 90017

---

16 MAY 05 - MONDAY
UNITED        57 COACH CLASS                              CONFIRMED
DEPART TERMINAL  7
LV: LOS ANGELES      1250P NONSTOP       BOEING 767-300
AR: HONOLULU         406P
ARRIVAL TERMINAL - MAIN/CENTRAL
SEAT 16J              LUNCH-MOVIE          *& Room for Monty the travel*          MILES 2556
FREQ FLYER UA 00303217320

SHERATON              04 NT/S - OUT 20MAY                CONFIRMED
SHERATON PRINCESS K   1 ROOM/S / 1 KING    GUARANTEED CREDIT CARD
120 KAIULANI AVE      RATE      196.00     GUARANTEED
HONOLULU HI 26815     PHONE 808 922 3811
FAX 808 931 4577

                      NAME CAPOZZOLA DAMIAN D

                      CONFIRMATION C471222950

HOTEL OTB FOR LATE ARRIVAL.  PLEASE CANCEL PRIOR TO 6PM 13MAY05
TO AVOID NO-SHOW BILLING.

20 MAY 05 - FRIDAY
UNITED        934 COACH CLASS                             CONFIRMED
DEPART TERMINAL- MAIN/CENTRAL
LV: HONOLULU         745A NONSTOP       BOEING 767-300
AR: LOS ANGELES      406P
ARRIVAL TERMINAL - 7
SEAT 13A              BREAKFAST-MOVIE                     MILES 2556
FREQ FLYER UA 00303217320

---

COMPARED TO THE FULL FARE THIS REPRESENTS A SAVINGS OF $    1082.80
FOR 24HR SERVICE SIMPLY CALL 866 KRK-TRVL
$45 SERVICE FEE TICKET NUMBER 9524154439
NON-REFUNDABLE TICKET IS VALID TO EXCHANGE FOR 1YR IF CANCELLED PRIOR
TO FLIGHT TIME/DATE FOR A FEE UP TO $125 AND CURRENT FARE DIFFERENCE
ANY CHANGES MAY RESULT IN A HIGHER FARE
FREQUENT FLYER INFORMATION HAS BEEN RECORDED
THIS IS A 7 DAY ADVANCE PURCHASE FARE
NON REUSABLE IF NOT CANCELLED OR CHANGED PRIOR TO DEPARTURE DATE/TIME
***********************ELECTRONIC TICKET***********************
PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN



**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION
ITINERARY**





**BEST**
T R A V E L

60 BIESTERFIELD ROAD
ELK GROVE VILLAGE IL 60007 866-575-8785
HTTP://TRAVEL.KIRKLAND.COM

| ACCT.# | DATE | INVOICE# |
|---|---|---|
| 0TH0G 7730 | MAY 05 2005 | KL4118 |

PAGE: 02

VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM
CAPOZZOLA/DAMIAN O                         APOLLO RES NBR: JKM0V4

**DISTRIBUTED TO**

KIRKLAND AND ELLIS LLP              DAMIAN CAPOZZOLA
200 EAST RANDOLPH                  777 SOUTH FIGUEROA STREET
CHICAGO IL    60601                LOS ANGELES CA 90017

---

THANK YOU FOR USING BEST TRAVEL
TICKET NUMBER/S:
CAPOZZOLA/DAMIAN D            1231564591        ELECTRONIC         626.20
             CARD  VI


    AIR TRANSPORTATION       593.12  TAX       33.08   TTL       626.20
                                     SERVICE FEE                  45.00
                                     SUB TOTAL                   671.20
                                     CREDIT CARD PAYMENT         671.20
                                     AMOUNT DUE                    0.00

MEMBER
ASTA



**Sheraton Princess Kaiulani**

                    Sheraton Princess Kaiulani
                    120 Kaiulani Avenue
                    Honolulu, HI 96815
                    Tel: 808-922-5811 Fax: 808-931-4577

| | | | | |
|---|---|---|---|---|
| **G** | | ROOM | 752 | **T** Best Travel & Tours Inc |
| **U** | Damian Capozzola | RATE | 194.00 | **R** 60 Biesterfield RD |
| **E** | Radius | NO. PERS. | 1 | **A** |
| **S** | 77 15th St Apt 3 | FOLIO | 4006835   A | **V** Elk Grove Vill, IL 60007 |
| **T** | Redondo Beac, CA 90254 | PAGE | 1 | **E** |
| | United States | ARRIVE | 16-MAY-05  23:15 | **L** |
| | | DEPART | 17-MAY-05  09:08 | **C** |
| | Vch/Bkg # | PAYMENT | AX | **H** |

| DATE | REFERENCE | DESCRIPTION | DEBIT/CREDIT |
|---|---|---|---|
| 16-MAY-05 | RT752 | Room            CORP | 194.00 |
| 16-MAY-05 | RT752 | Room Tax | 8.07 |
| 16-MAY-05 | RT752 | Occupancy Tax | 14.07 |
| 17-MAY-05 | 116633130   1 | Room Service | 12.59 |
| 17-MAY-05 | 031A | 800-897-9581 0007 07:00 | 1.00 |
| 17-MAY-05 | 041A | 866-779-0774 0009 07:07 | 1.00 |
| 17-MAY-05 | 045A | 800-525-4381 0002 07:19 | 1.00 |
| 17-MAY-05 | AX | American Express | 231.73- |

```
***For Authorization Purposes Only***
xxxx31003
Auth Date    Code    Authorized
16-MAY-05   568455      931.20
            Total-Due              0.00
```

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest you have earned at least 413
Starpoints for this visit 50444480596.

| | | | |
|---|---|---|---|
| Damian Capozzola | ROOM | DEPART | AGENT |
| FOLIO  4006835  16-MAY-05 | 752 | 17-MAY-05 | PKFDJR |

_____
Signature

I AGREE TO REMAIN PERSONALLY LIABLE FOR THE PAYMENT OF
THIS ACCOUNT IF THE CORPORATION, OR OTHER THIRD PARTY
BILLED, FAILS TO PAY ALL OR PART OF THESE CHARGES.





ASTON EXECUTIVE CENTRE
1088 BISHOP STREET
HONOLULU, HI 96813
(808)539-3000

MR DAMIAN CAPOZZOLA
77 15TH STREET
#3
HUNTINGTON BEACH  CA  90254  US

Statement Date
05-19-05
Folio Number
5458T    00000544.00 PAGE   1
CO:2407                      ANS

| Transaction Date | Reference |  | Charges | Credits |
|---|---|---|---|---|
| 05-18-05 | R#2407 | ROOM CHARGE | 250.00 | |
| 05-18-05 | TX2407 | ROOM TAX | 18.13 | |
| 05-18-05 | TE2407 | GEN EXCISE TAX — ROOM | 10.42 | |
| 05-19-05 | VI0706 | XXXXXXXXXXX2790 | | 278.55 |

MAHALO FOR STAYING AT THE EXECUTIVE CENTRE, A RESORTQUEST PROPERTY.
VISIT OUR WEBSITE AT www.RESORTQUEST.COM FOR YOUR FUTURE VACATION NEEDS.

FOR RESERVATIONS INFORMATION, PLEASE CONTACT US AT: (800) 922-7866
OR VISIT US ON OUR WEBSITE : ASTONHOTELS.COM

**BALANCE DUE**
.00

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or
association fails to pay any or the full amount of these charges.  I also agree that all charges contained in this account are correct and any
disputes or requests for copies of charges must be made within five days after my departure.

SIGNATURE **X**



# WAIKIKI BEACH
## RESORT & SPA
### Marriott

```
MR. DAMIAN CAPOZZOLA                    Room No. :    2303
77 15th st apt3                         Arrival  :    05/19/05
hermosa beach, CA 90254                 Departure:    05/20/05
USA                                     Cashier:      45 NL


                                        Invoice #:    503750
```

S T A T E M E N T  Invoice #: 503750

                                                        Page: 1

Waikiki Beach Marriott Resort, 05/20/05:56/45 NL/1

| Date | Reference | Charge | Credit |
|------|-----------|--------|--------|
| 05/19 | Accommodation | 249.00 | |
| 05/19 | General Excise Tax | 10.36 | |
| 05/19 | Room Tax | 18.05 | |
| 05/19 | Local Phone Charge 800-897-9581 | 1.00 | |
| 05/19 | Local Phone Charge 800-897-9581 | 1.00 | |
| 05/19 | Local Phone Charge 800-525-4381 | 1.00 | |
| 05/19 | Local Phone Charge 800-897-9581 | 1.00 | |
| 05/19 | Local Phone Charge 800-897-9581 | 1.00 | |
| 05/20 | Local Phone Charge 800-897-9581 | 1.00 | |
| 05/20 | Local Phone Charge 800-897-9581 | 1.00 | |
| 05/20 | Local Phone Charge 800-897-9581 | 1.00 | |
| 05/20 | Local Phone Charge 800-897-9581 | 1.00 | |
| 05/20 | Visa Card XXXXXXXXXXXX2790    XX/XX | | 286.41 |

```
                    Total         286.41        286.41
                                  ::::::::::::::::::::::::::::
                    Balance                     0.00 USD
```

```
**WOLFGANG PUCKS FOOD COUNTER**
           CA1 SERVICES
          TERMINAL  #  7

62 CLAUDIA
-----------------------/
9936 MAY16'05 12:37PM
-----------------------

  1 ROAST VEG PIZZA        9.25
  1 Fruit Salad            4.35
  1 GATORADE               3.35

    Subtotal              16.95
    Total Tax              1.40
    Total Paid....  18.35
    CASH                  20.00
    Change Owed.....       1.65

Your order number is: 9936
```

```
JACK IN THE BOX

     EAT IN  # 306

(808) 523-9884        JIB# 82
'16/05                04:24:41
                 Emp    bet

1 Chkn Fajita             3.39
1 M Oreo Shake            2.59
     SubTotal             5.98
     Tax                  0.28

     Total                6.2

CASH                     20.00
Change                   13.7

MasterCard & Visa accepted here
   Thank you for your visit
              325706
```

```
    MURPHYS BAR & GRIL
      2 MERCHANT ST
     HONOLULU HI 96813
        808-531-0422
 RC #  0000001498933
 RM ID: 00062195    0
 -----------------------------
  5/16/05          20:15
  J ID: 002
  *********2790
 :WP; *****
   E            REF#: 0
  CH# 0351 AUTH# 005

  UNT            $42
                       7
              ----------
   AL          49.0
              ----------

    APPROVED

   CUSTOMER COPY
```

```
      130 Merchant St.
      Honolulu, HI 96813
        (808) 585-8359
  Christine           05/17/2
 er: Andrew
 N                      9:27
                          30

 in Berry Pizazz Powr      5
 st Energy
   Berry Bran             1
   Strawbrry Fruit Bar    1
 tlicious C.C. Cookie     1

 otal                     5
                          0

 Total                   10

                         21

 Thanks For Choosing
   Jamba Juice!!
```



**JACK IN THE BOX**

CARRY OUT  # 164

1(808) 523-9884              JIB# 8227
05/18/05                    11:53:58 AM
                         Emp  CRESTINA

2 Chkn Fajita               6.78
        SubTotal            6.78
        Tax                 0.28

        Total               7.06

        CASH                8.00
        Change              0.94

MasterCard & Visa accepted here
Thank you for your visit
119264

---

MURPHYS BAR & GRIL
2 MERCHANT ST
HONOLULU HI 96813
808-531-0422
MERC # 0000001498933
TERM ID: 00062195   0

05/18/05        21:49
SRV ID: 002
************2790
EXP: *****
SALE          REF#: 0
BATCH# 0353 AUTH# 0412

AMOUNT       $21

TIP          3.95

TOTAL        25

**APPROVED**

CUSTOMER COPY

---

Jamba Juice
130 Merchant St.
Honolulu, HI 96813
(808) 585-8359

: Nicole              DOB: 05/19
AM                         05/19
I/1                          3/

                             3
XXXXXXXXXXXX2790             Exp
ic card present: CAPOZZOLA DAMIAN D
al: 092698

            Amount:

NURE :_____

Customer Copy

---

**ABC STORE #25**
Honolulu, Hawaii  (808) 591-2550

1 @ 6/3.19
        ALOHA MAID DRINK      .69 T
MR      DP SINGLE NO TAX      .05
        FEE SINGLE NO TAX     .01
        GATORADE PROPEL      1.99 T
MR      DP SINGLE NO TAX      .05
        FEE SINGLE NO TAX     .01
1 @ 6/3.19
        ALOHA MAID DRINK      .69 T
MR      DP SINGLE NO TAX      .05
        FEE SINGLE NO TAX     .01
     $* TAX      .14 BAL     3.69

     $ CASH              20.00
     $ CHANGE            16.31

5/19/05 23:09 0025 31 5815 41354
**Save your receipts for FREE GIFTS**
Visit us at WWW.ABCSTORES.COM

Cheeseburger In Paradise
2500 Kalakaua Ave
Waikiki, H1  96815
808    3731

e:        May 15 05 11:54PM
d Type:    SA/MC
          XXXXXXXXXXXXX2790
  :    04/07
  e:    030034
        9807
  e    2/1
  er:    127 JULIE
  Number: 514009002915
DAMIAN L    CAPOZZOLA

otal:        24.63
             5.37
L:_____ 30

ATURE:_____

**MERCHANT COPY**

---

CAB
KAHEKA ST SUITE 201
OLULU HAWAII 96814
-422-2222

E:                    2005/0
-UP TIME:              0
-OFF TIME:             0

NUMBER: Hotel
        lex S

HER:_____

  :

($):            17
 ($):           0
L ($):          17

---

**TAXI RECEIPT**    CAB #_____

Date 5 /16 /2005    Time _____ am/pm
From Airport_____
To Bar KS9_____
Fare $____ Baggage $____ TOTAL $ 20

WAIKIKI TO AIRPORT          Driver

---

# TRIP RECORD

05-20-05                    15:59

CAB #  6060                 Stand
Company YE                    7

Paid   : 2.50
Receipt : 12167641          Serial: 336850

---

**AUTHORIZED TAXICAB SUPERVISION, INC.**
9468 Alverstone Avenue
Los Angeles, CA 90045
Tel: (323) 776-5324

PLEASE RETAIN THIS RECEIPT FOR YOUR RECORDS
**AUTHORIZED LAX TAXICAB RECEIPT**

THE SUM OF 33_____    DATE 5/20/05
FROM LAX TO W/c pickup Santa Monica
CITY_____

........................................
**TO ALL PASSENGERS**
Keep this slip for your records. There is a $2.50
surcharge on all trips originating at the airport.
Passengers are to pay $2.50 airport surcharge.
........................................

# VOID IF DETACHED