# EXHIBIT CC

Expense Report - Hawaii Expenses                                                                Page 1 of 4



C 2 F 6 5 F E D C 2 F 7 4 5 A D 8 9 5 4

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox. Password is expense.

**Expense Report:**   Hawaii Expenses
**Business Purpose:**  Berry MSJ Hearing

**Employee Name:**  Damian D. Capozzola          **Date Filed:**          6/22/2005
**Employee ID:**    1292                         **Report Total:**        $1,791.30
                                                 **Firm Paid:**               $0.00
                                                 **Amount Due Employee:** $1,791.30

Signature _____

Date _____

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|------|---------|-------------|---------|------|---------|-------------------|----------------|
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 6/8/2005 | Airfare | Court Hearing | 41445-6 | Honolulu, HI | U.S. (Dollars) | $549.90 | $549.90 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 6/17/2005 | Hotel | Court Hearing | 41445-6 | Honolulu, HI | U.S. (Dollars) | $691.23 | $691.23 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 6/20/2005 | Hotel | Court Hearing | 41445-6 | Honolulu, HI | U.S. (Dollars) | $306.38 | $306.38 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 6/19/2005 | Hotel | Court Hearing | 41445-6 | Honolulu, HI | U.S. (Dollars) | $306.38 | $306.38 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 6/19/2005 | Internet Access | Internet Access | 41445-6 | Honolulu, HI | U.S. (Dollars) | $13.49 | $13.49 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 6/19/2005 | Telephone While Traveling | Telephone Charges | 41445-6 | Honolulu, HI | U.S. (Dollars) | $8.00 | $8.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |

Expense Report - Hawaii Expenses

| Date | Type | Description | Account | Location | Currency | | |
|---|---|---|---|---|---|---|---|
| 6/20/2005 | Internet Access | Internet Access | 41445-6 | Honolulu, HI | U.S. (Dollars) | $13.49 | $13.49 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 6/20/2005 | Telephone While Traveling | Telephone Charges | 41445-6 | Honolulu, HI | U.S. (Dollars) | $1.00 | $1.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 6/21/2005 | Travel Meal | Travel Meal  Damian Capozzola - K&E - Partner | 41445-6 | Honolulu, HI | U.S. (Dollars) | $25.00 | $25.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 6/21/2005 | Telephone While Traveling | Telephone Charges | 41445-6 | Honolulu, HI | U.S. (Dollars) | $2.00 | $2.00 |
| 6/17/2005 | Internet Access | Internet Access | Internet Access 5140-00707 | Honolulu, HI | U.S. (Dollars) | $13.49 | $13.49 |
| 6/18/2005 | Telephone While Traveling | Telephone Charges | Telephone Charges 5140-00481 | Honolulu, HI | U.S. (Dollars) | $2.00 | $2.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 6/17/2005 | Travel Meal | Travel Meal  Damian Capozzola - K&E - Partner | 41445-6 | Honolulu, HI | U.S. (Dollars) | $25.00 | $25.00 |
| 6/18/2005 | Working Group Meal/K&E & Others | Travel Meal with Others  Damian Capozzola - K&E - Partner Sasha Danna - Loyola - Summer Associate | SA Dinner/Evening Ent. 6121-03013 | Honolulu, HI | U.S. (Dollars) | $142.24 | $142.24 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 6/19/2005 | Working Group Meal/K&E & Others | Working Group Meal/K&E & Others  Damian Capozzola - K&E - Partner Sasha Danna - Loyola - Summer Associate | 41445-6 | Honolulu, HI | U.S. (Dollars) | $15.16 | $15.16 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 6/19/2005 | Travel Meal | Travel Meal  Damian Capozzola - K&E - Partner | 41445-6 | Honolulu, HI | U.S. (Dollars) | $50.00 | $50.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 6/19/2005 | Working | Working Group Meal/K&E & Others | 41445-6 | Honolulu, | U.S. | $74.14 | $74.14 |

Expense Report - Hawaii Expenses

| Date | Type | Description | | Matter | Location | Currency | | |
|---|---|---|---|---|---|---|---|---|
| | Group Meal/K&E & Others | | | | HI | (Dollars) | | |
| | | Damian Capozzola - K&E - Partner<br>Eric Liebeler - K&E - Partner<br>Sasha Danna - Loyola - Summer Associate | | | | | | |
| 6/20/2005 | Travel Meal | Working Group Meal/K&E Only<br><br>Damian Capozzola - K&E - Partner | | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Honolulu, HI | U.S. (Dollars) | $3.63 | $3.63 |
| 6/17/2005 | To/From Airport | Court Hearing | | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Los Angeles, CA | U.S. (Dollars) | $25.00 | $25.00 |
| 6/17/2005 | To/From Airport | Court Hearing | | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Honolulu, HI | U.S. (Dollars) | $35.00 | $35.00 |
| 6/18/2005 | cabfare | cabfare | | SA Local Transportation 6121-03023 | Honolulu, HI | U.S. (Dollars) | $10.00 | $10.00 |
| 6/18/2005 | cabfare | cabfare | | SA Local Transportation 6121-03023 | Honolulu, HI | U.S. (Dollars) | $10.00 | $10.00 |
| 6/19/2005 | cabfare | cabfare | | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Honolulu, HI | U.S. (Dollars) | $20.00 | $20.00 |
| 6/19/2005 | cabfare | cabfare | | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Honolulu, HI | U.S. (Dollars) | $18.00 | $18.00 |
| 6/19/2005 | cabfare | cabfare | | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Honolulu, HI | U.S. (Dollars) | $5.00 | $5.00 |
| 6/20/2005 | cabfare | cabfare | | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Honolulu, HI | U.S. (Dollars) | $20.00 | $20.00 |
| 6/20/2005 | cabfare | cabfare | | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Honolulu, HI | U.S. (Dollars) | $20.00 | $20.00 |

Expense Report - Hawaii Expenses

| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
|---|---|---|---|---|---|---|---|
| 6/20/2005 | cabfare | cabfare | 41445-6 | Honolulu, HI | U.S. (Dollars) | $8.00 | $8.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 6/20/2005 | cabfare | cabfare | 41445-6 | Honolulu, HI | U.S. (Dollars) | $12.00 | $12.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 6/21/2005 | To/From Airport | Court Hearing | 41445-6 | Honolulu, HI | U.S. (Dollars) | $35.00 | $35.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 6/22/2005 | To/From Airport | Court Hearing | 41445-6 | Honolulu, HI | U.S. (Dollars) | $22.00 | $22.00 |

**Attach required receipts and file according to Accounting Instructions for your location.**

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.

**Damian Capozzola/Los Angeles/Kirkland-Ellis**

06/17/2005 08:36 PM

To   Dora Silva/Los Angeles/Kirkland-Ellis@K&E

cc

bcc

Subject   Fw: Your E-mail Confirmation from United

For my expense report for this trip... $549.90 for me.

Thanks.

----- Forwarded by Damian Capozzola/Los Angeles/Kirkland-Ellis on 06/17/2005 08:35 PM -----



**United Airlines <United-Airlines@tmr3.com>**

06/07/2005 11:26 PM

To   DCAPOZZOLA@KIRKLAND.COM

cc

Subject   Your E-mail Confirmation from United



Please do not respond to this e-mail.

If you have questions about your reservation, please contact United reservations at 1-800-UNITED-1 within the United States, or your local international reservations office listed below.

# E-Ticket Receipt & Travel Itinerary

Thank you for choosing United!

Your electronic airline ticket is stored in our computer system. As with all airline tickets, your E-Ticket is not transferable to others.

At check-in, you must present a **copy of this receipt** with a valid **photo ID** and the **credit card used for purchase.**

Minimum check-in requirements for flights based on scheduled departure times:
-60 minutes for customers traveling without checked baggage within the U.S.
-90 minutes for customers traveling with checked baggage within the U.S.
-120 minutes for customers traveling on flights with International itineraries.

Reservations are subject to cancellation if you are not checked in and available for

boarding at the gate at least 20 minutes prior to scheduled departure for flights between U.S. cities, to/from Canada, Mexico or the Caribbean; 30 minutes to/from Hawaii; and 30 minutes to/from International points.

Ticket validity is based on fare and point of origin. Refundable tickets are valid for one year from date of issue. Nonrefundable tickets are valid as issued. For travel originating in the U.S., any changes and/or exchanges to a nonrefundable ticket must occur prior to midnight of your current ticketed travel dates or ticket will lose all remaining value. Certain penalties and/or fees may also apply.

To make changes to your reservation within the United States, call 1-800-UNITED-1 (1-800-864-8331).  For up-to-date flight information within the US, call 1-800-824-6200.
Check on united.com.

**E-Ticket Receipt**

| | |
|---|---|
| Reservation No: N6X5K8 | Issued: 08 JUN 05 |
| **Number in Party:  2** | |

| | |
|---|---|
| Name:  CAPOZZOLA/DAMIAN MR | |
| **Ticket No:  0162126532513** | |

| | |
|---|---|
| Name:  CAPOZZOLA/RENEE GRINNELL MRS | |
| **Ticket No:  0162126532514** | |

| Per Passenger | |
|---|---|
| **Base Fare:** | 516.84 USD |
| Tax/Fee/Charge: | 14.16 US |
| | 18.90 XT |
| **Total:** | 549.90 USD |
| Fare Details: | Fare Basis SEA7NA |

FC 17JUN LAX UA HNL 274.42WEA7NA/UAE UA LAX 242.42SEA7NA/UAE USD516.84END ZPLAXHNL XT 6.40ZP 5.00AY 7.50XF LAX 4.5HNL3

---

CAPOZZOLA/DAMIAN MR
PREMIER EXEC 100K
UA 00303217320

**UA 935**          JUN 17
FROM    LOS ANGELES
TO      HONOLULU

**GATE    69A**
DEPARTS AT  5:05 PM

**BOARDS AT  4:25 PM**

**SEAT    3E**

F-CABIN
016 2126532513 CPN 1

---

CAPOZZOLA/DAMIAN MR
PREMIER EXEC 100K
UA 00303217320

**UA 56**          JUN 21
FROM    HONOLULU
TO      LOS ANGELES

**GATE    10**
DEPARTS AT 10:00 PM

**BOARDS AT  9:30 PM**

**SEAT    4C**

F-CABIN
016 2126532513 CPN 2

NONREF-CHG100PLUSFAREDIF-
CXL BY FLT DATE OR NOVALUE

VIXXXXXXXXXXXXX2790 EXP0407/ 65419

## Travel Itinerary

### LOS ANGELES to HONOLULU                                  FRI 17 JUN

| Flight | Departs | Arrives | Class | Seat |
|---|---|---|---|---|
| ✈ UNITED 935 | LOS ANGELES FRI 17 JUN 5:05P Terminal 7 | HONOLULU FRI 17 JUN 7:46P Terminal M | UNITED ECONOMY® | 21A,21B |

**PLEASE CHECK IN AT UNITED AIRLINES TERM 6**

| MP Miles | Meals Served | Equip | Baggage Allowance | Inflight Services |
|---|---|---|---|---|
| 2556 | MEALS FOR SALE | 767 | 2PC | AUDIO |

### HONOLULU to LOS ANGELES                                  TUE 21 JUN

| Flight | Departs | Arrives | Class | Seat |
|---|---|---|---|---|
| ✈ UNITED 56 | HONOLULU TUE 21 JUN 10:00P Terminal M | LOS ANGELES WED 22 JUN 6:14A Terminal 7 | UNITED ECONOMY® | 8D, 8E |

| MP Miles | Meals Served | Equip | Baggage Allowance | Inflight Services |
|---|---|---|---|---|
| 2556 | | 757 | 2PC | AUDIO |

## Important United Information

UNITED ECONOMY PLUS OFFERS UP TO FIVE INCHES EXTRA LEGROOM, VOTED THE BEST PREMIUM ECONOMY CLASS IN THE WORLD.

## Valuable Offers



EASY CHECK-IN KIOSKS LET YOU CHECK IN QUICKLY
OR
REGISTERED UNITED CUSTOMERS CAN CHECK IN ONLINE



*Sheraton*
M*oana Surfrider*

Sheraton Moana Surfrider Hotel
2365 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808-922-3111 Fax: 808-924-4799

| **G U E S T** | Mr Damian** Capozzola<br>American Bar Association/gp<br>77 15th St. #3<br>Hermosa Beac, CA 90254<br><br>Vch/Bkg # | ROOM<br>RATE<br>NO. PERS.<br>FOLIO<br>PAGE<br>ARRIVE<br>DEPART<br>PAYMENT | 683<br>275.00<br>2<br>4031568      A<br>1<br>18-JUN-05   06:40<br>21-JUN-05   17:43<br>AX | **T R A V E L   A G E N T   C H A R G E** |
|---|---|---|---|---|

| DATE | REFERENCE | | DESCRIPTION | | DEBIT/CREDIT |
|---|---|---|---|---|---|
| 17-JUN-05 | 1 | 3 | High Speed Internet Access | | ✓ 12.95 |
| 17-JUN-05 | 1 | 3 | HSIA Tax | | ✓ 0.54 |
| 18-JUN-05 | RT683 | | Room | CORP | 275.00 |
| 18-JUN-05 | RT683 | | Room Tax | | 11.44 |
| 18-JUN-05 | RT683 | | Occupancy Tax | | 19.94 |
| 18-JUN-05 | 030A | | 800-225-5288 0002 06:12 | | ✓ 1.00 |
| 18-JUN-05 | 031A | | 800-225-5288 0002 06:16 | | 1.00 |
| 18-JUN-05 | 3499690 | 2 | Beachside Cafe | | 35.94 |
| 18-JUN-05 | 36503780 | 2 | Pool Snack | | 17.48 |
| 18-JUN-05 | 18508660 | 2 | Pool Snack | | 5.69 |
| 19-JUN-05 | RT683 | | Room | CORP | 275.00 |
| 19-JUN-05 | RT683 | | Room Tax | | 11.44 |
| 19-JUN-05 | RT683 | | Occupancy Tax | | 19.94 |
| 19-JUN-05 | 1 | 1 | High Speed Internet Access | | 12.95 |
| 19-JUN-05 | 1 | 1 | HSIA Tax | | 0.54 |
| 19-JUN-05 | 047A | | 888-546-7487 0002 08:35 | | 1.00 |
| 19-JUN-05 | 048A | | 888-546-7487 0002 08:36 | | 1.00 |
| 19-JUN-05 | 049A | | 888-546-7487 0001 08:38 | | 1.00 |
| 19-JUN-05 | 050A | | 888-546-7487 0002 08:40 | | 1.00 |
| 19-JUN-05 | 091A | | 739-8918 0001 11:42 | | 1.00 |
| 19-JUN-05 | 092A | | 373-3590 0002 11:43 | | 1.00 |
| 19-JUN-05 | 196A | | 373-3590 0006 18:02 | | 1.00 |
| 19-JUN-05 | 197A | | 800-225-5288 0001 18:09 | | 1.00 |
| 19-JUN-05 | SS36 | | In Room Entertainment | | 13.53 |
| 20-JUN-05 | RT683 | | Room | CORP | 275.00 |
| 20-JUN-05 | RT683 | | Room Tax | | 11.44 |
| 20-JUN-05 | RT683 | | Occupancy Tax | | 19.94 |
| 20-JUN-05 | 1 | 2 | High Speed Internet Access | | 12.95 |
| 20-JUN-05 | 1 | 2 | HSIA Tax | | 0.54 |
| 20-JUN-05 | 094A | | 800-525-4381 0002 15:10 | | 1.00 |
| 21-JUN-05 | 16689750 | 1 | Banyan Veranda | | 47.05 |
| 21-JUN-05 | 080A | | 800-225-5288 0002 12:14 | | 1.00 |

** continued on the next page **

Mr Damian** Capozzola        ROOM    DEPART        AGENT
FOLIO  4031568  18-JUN-05    683     21-JUN-05     MSFDJYM

I AGREE TO REMAIN PERSONALLY LIABLE FOR THE PAYMENT OF THIS ACCOUNT
IF THE CORPORATION, OR OTHER THIRD PARTY BILLED, FAILS TO PAY ALL OR
PART OF THESE CHARGES.



Signature



*Sheraton*
*Moana Surfrider*

Sheraton Moana Surfrider Hotel
2365 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808-922-3111 Fax: 808-924-4799

```
G   Mr Damian** Capozzola          ROOM      683                    T
U   American Bar Association/gp     RATE      275.00                 A
E   77 15th St. #3                  NO. PERS. 2                      G
S   Hermosa Beac, CA 90254          FOLIO     4031568    A           E
T                                   PAGE      2                      N
                                    ARRIVE    18-JUN-05   06:40      T
    Vch/Bkg #                       DEPART    21-JUN-05   17:43      C
                                    PAYMENT   AX                     H
                                                                     A
                                                                     R
                                                                     G
                                                                     E
```

| DATE | REFERENCE | | DESCRIPTION | DEBIT/CREDIT |
|---|---|---|---|---|
| 21-JUN-05 | 081A | | 800-525-4381 0001 12:15 | 1.00 |
| 21-JUN-05 | 35698350 | 2 | Beach Bar | 13.15 |
| 21-JUN-05 | 18700660 | 2 | Pool Snack | 5.00 |
| 21-JUN-05 | 36700730 | 2 | Pool Snack | 8.24 |
| 21-JUN-05 | 06/21/05 | | Late Checkout | 25.00 |
| 21-JUN-05 | 06/21/05 | | Room Tax | 1.04 |
| 21-JUN-05 | 06/21/05 | | SPG 35% | 28.14- |
| 21-JUN-05 | AX | | American Express | 1116.59- |

*(handwritten: 41445-6, no bill)*

```
            ***For Authorization Purposes Only***
            xxxx31003
            Auth Date    Code     Authorized
            18-JUN-05   126234     1000.00
            18-JUN-05   185643      142.94
                      Total-Due              0.00
```

```
EXPENSE REPORT SUMMARY
Date          Room      Food    Beverage    Other     Total    Payment
17-JUN-05     0.00      0.00       0.00     13.49     13.49      0.00
18-JUN-05   306.38     34.20      13.90     13.01    367.49      0.00
19-JUN-05   306.38      0.00       0.00     35.02    341.40      0.00
20-JUN-05   306.38      0.00       0.00     14.49    320.87      0.00
21-JUN-05    26.04     46.20      13.90     12.80-    73.34   1116.59-
Total       945.18     80.40      27.80     63.21   1116.59   1116.59-
```

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest you have earned at least 2794
Starpoints for this visit G50444480596.

```
Mr Damian** Capozzola           ROOM      DEPART        AGENT
FOLIO  4031568   18-JUN-05       683      21-JUN-05      MSFDJYM
```

Signature

I AGREE TO REMAIN PERSONALLY LIABLE FOR THE PAYMENT OF THIS ACCOUNT
IF THE CORPORATION, OR OTHER THIRD PARTY BILLED, FAILS TO PAY ALL OR
PART OF THESE CHARGES.

**Sheraton**

SHERATON ACTS AS AGENT FOR KYO YA COMPANY LTD., HOTEL DIVISION dba SHERATON MOANA SURFRIDER

**All Connections Limousine**
*Airport Car Service*

Notes LAX

24 Hour Service
- 310-542-5050
800-218-6000

Date 6/17/05       Amount $ 25

Unit#_____       Driver _____

---

**TAXI RECEIPT**     CAB #_____

Date 6 / 17 /200 5     Time _____ am/pm

From Horolulu cirpt _____

To shereton _____

Fare $ 35    Baggage $____    TOTAL $____

Driver

**THANKS FOR SENDING ME BUSINESS**

---

```
**WOLFGANG PUCKS FOOD COUNTER**
         CA1 SERVICES
CHECK:       1057
SERVER:     77 NANCY
DATE:       JUN17'05   4:09PM
CARD TYPE:  VISA
ACCT #:     XXXXXXXXXXXX2790
EXP DATE:   XX/XX
AUTH CODE:  43133

TOTAL:           28.24
           Bill $25

    TIP  $_____


    TOTAL  $_____


-----------------------------------
         SIGNATURE
```

---

**Taxi Fare Receipt**

Date: 6/18/05     Time: _____

From: Hotel

To: Kobe

Fare: _____    Tip: _____

Total: $10

For Taxi Control, please call 733-2542.

---

dinner 6/18/05   danna
                 Capy Nola 41

```
*****************************************
DATE 6/18/05              TIME 8:28PM
MID 000001953168


      KOBE STEAK HOUSE
    1841 ALA MOANA BLVD.
        HONOLULU,
          96815
        941-4444

VISA       XXXXXXXXXXXXXXX2790 S
AUTH 086111  TBL 15A   CHECK  107909
PURCHASE         DINING       KEAHI


AMOUNT                    117.35
TAX                         4.89
                       -----------
SUBTOTAL  $      122.24

   TIP  $.... 20..

 TOTAL  $....142.24

     CUSTOMER COPY
***************************************
```

---

**Taxi Fare Receipt**

Date: 6/18/05     Time: _____

From: Kobe

To: Hotel

Fare: _____    Tip: _____

Total: $10

For Taxi Control, please call 733-2542.

**Taxifare Receipt**

Date 6/19 Time _____

From _office_

To _hotel_

Driver _____

Cab # _____

Fare $20

Tip _____

Total _____

***Charley's Taxi***
& Limousine  Est. 1938
**531-1333**
or call toll-free 1-877-531-1333
680 Ala Moana Blvd., Suite 303
Honolulu, HI 96813
Motor Vehicle Control 733-2530

---

**Taxifare Receipt**

Date 6/19/05 Time _____

From _Hotel_

To _Lex's_

Driver _____

Cab # _____

Fare _____

Tip _____

Total $18

***Charley's Taxi***
& Limousine  Est. 1938
**531-1333**
or call toll-free 1-877-531-1333
680 Ala Moana Blvd., Suite 303
Honolulu, HI 96813
Motor Vehicle Control 733-2530

---

**The CAB**
738 Kahaka Street, Suite 201
Honolulu, Hawaii 96814
Ph: (808) 845-0000

Taxi Fare Receipt

Date: 6/19/05          Time: _____

From: _Hotel_

To: _dinner_

Fare: $5          Tip: _____

Total: _____

For Taxi Control, please call 733-2542

---

Fo_ Damel Capozzola

**JACK IN THE BOX.**

EAT IN  # 361

Tel (808) 523-9884          JIB# 8227
06/19/05                    12:37:05 PM
                    Emp   cindy
1 Chkn Faj +MD FF         5.98
  Sub Med Sea
  Med Drink
1 SW Chkn Pita            3.59
1 Chikn Fajita            3.39
1 Med Drink               1.59
        SubTotal         14.55
        Tax               0.61

        Total            15.16
        CASH             20.00
        Change            4.84

Thank you for your visit
        337061

JW504

---

B.ll $50

TIKI'S GRILL & BAR
Restaurant
CREDIT CARD VOUCHER
--------------------------------
CHECK:      **1136**
TABLE:      **171/1**
SERVER:     120 John
DATE:       JUN19'05  7:24PM
CARD TYPE:  Visa
ACCT #:     XXXXXXXXXXXX2790
EXP DATE:   XX/XX
AUTH CODE:  084061
RESEARCH:   000000000000
  DAMIAN D CAPOZZOLA

SUBTOTAL:       46.34

Gratuity: $_____ 8 ._____

Total     $_____ 54 . 34

--------------------------------
Signature: _____
********************************
Please Retain The Unsigned Copy
      For Your Records.
********************************

*J. Mer Lieber*
*Diane Walker*

```
KEONI'S BY KEO'S
2375 KUHIO AVENUE
HONOLULU, HAWAII  96815
   (808) 922-9888
   #200015134
      Sale

Server: 18
ID: 15134395              Ref #:    0024
06/19/05                      21:57:04
Batch #: 977


VISA

2790                    Exp: 04/07

Appr Code: 016831       Invoice#: 000024

Amount:                     $ 62.14

Tip:                          12—


Total:                       74.14


Tip Table provided for your convenience:
   15% =    9.32
   20% =   12.42
   25% =   15.53
I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher)

Signature: _____
        CAPOZZOLA/ DAMIAN D

Top copy-Merchant; Bottom copy-Customer

        THANK YOU!
```

**Taxifare Receipt**

Date 6/20/05 Time _____
From Hotel
To Office
Driver _____
Cab # _____
Fare $20
Tip _____
Total _____

**Charley's Taxi** *& Limousine* Est. 1938
**531-1333**
or call toll-free 1-877-531-1333
680 Ala Moana Blvd., Suite 303
Honolulu, HI 96813
Motor Vehicle Control 733-2530

**Taxifare Receipt**

Date 6/20/05 Time _____
From office - Marty Walker
To Airport
Driver _____
Cab # _____
Fare $20
Tip _____
Total _____

**Charley's Taxi** *& Limousine* Est. 1938
**531-1333**
or call toll-free 1-877-531-1333
680 Ala Moana Blvd., Suite 303
Honolulu, HI 96813
Motor Vehicle Control 733-2530

**Taxifare Receipt**

Date 6/20/05 Time _____
From Hotel
To Dinner
Driver _____
Cab # _____
Fare $8
Tip _____
Total _____

**Charley's Taxi** *& Limousine* Est. 1938
**531-1333**
or call toll-free 1-877-531-1333
680 Ala Moana Blvd., Suite 303
Honolulu, HI 96813
Motor Vehicle Control 733-2530

**Taxi Fare Receipt**

Date: 6/20/05 _____ Time: _____
From: Diane
To: Hotel
Fare: $12 Tip: _____
Total: _____
For Taxi Control, please call 733-2542.

```
        ABC STORE #25
  Honolulu, Hawaii  (808) 591-2550

        GATORADE FROST        1.99 T
   MR   DP SINGLE NO TAX       .05
        FEE SINGLE NO TAX      .01
        BIG BAG CRACKERS       .99 T
        CHIQUITA BANANA        .45 T
   ** TAX   .14 BAL          3.63

      $  CASH               20.00
      $  CHANGE             16.37

  6/20/05 08:11 0025 35 6523 41325
  **Save your receipts for FREE GIFTS**
     Visit us at WWW.ABCSTORES.COM
```

**Taxifare Receipt**

Date 6/21/05  Time _____

From Hotel _____

To Airport _____

Driver _____

Cab # _____

Fare $35

Tip _____

Total _____

***Charley's Taxi***
*& Limousine*    Est. 1938

**531-1333**
or call toll-free **1-877-531-1333**

680 Ala Moana Blvd., Suite 303
Honolulu, HI 96813
Motor Vehicle Control 733-2530

# TRIP RECORD

```
06-22-05                    06:01

CAB #   1042              Stand
Company IN                 5

Paid   : 2.50
Receipt : 12300346       Serial: 484696
```

**AUTHORIZED TAXICAB SUPERVISION, INC.**
9468 Alverstone Avenue
Los Angeles, CA 90045
Tel: (323) 776-5324

PLEASE RETAIN THIS RECEIPT FOR YOUR RECORDS

**AUTHORIZED LAX TAXICAB RECEIPT**

THE SUM OF $22  DATE 6/22/05

FROM LAX TO Home

CITY _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

***TO ALL PASSENGERS***

Keep this slip for your records. There is a $2.50
surcharge on all trips originating at the airport.
Passengers are to pay $2.50 airport surcharge.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## VOID IF DETACHED

Expense Report - Berry Trial Expenses                                                                    Page 1 of 5



C O C F D 0 4 8 5 B B F 4 0 5 7 A E 5 8

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox. Password is expense.

**Expense Report:**  Berry Trial Expenses
**Business Purpose:**  Honolulu Expenses

**Employee Name:** Damian D. Capozzola
**Employee ID:** 1292

**Date Filed:**                     2/1/2006
**Report Total:**               $4,027.58
**Firm Paid:**                        $0.00
**Amount Due Employee:**  $4,027.58

Signature _Dan C_____

Date _Feb 1, 2006_____

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|------|---------|-------------|---------|------|---------|-------------------|----------------|
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/19/2006 | Airfare | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $418.50 | $418.50 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/19/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $3,114.34 | $3,114.34 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/19/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $325.88 | $325.88 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/20/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $325.88 | $325.88 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/21/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $325.88 | $325.88 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/22/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $325.88 | $325.88 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/23/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $325.88 | $325.88 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/24/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. | $325.88 | $325.88 |

| Date | Type | Description | | Matter | Location | Currency | Amount | Total |
|------|------|-------------|--|--------|----------|----------|--------|-------|
| | | | | | | (Dollars) | | |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/25/2006 | Hotel | Trial | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $325.88 | $325.88 |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/26/2006 | Hotel | Trial | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $325.88 | $325.88 |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/27/2006 | Hotel | Trial | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $325.88 | $325.88 |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/20/2006 | Travel Meal | Travel Meal | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $30.08 | $30.08 |
| | | Damian Capozzola - K&E - Partner | | | | | | |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/21/2006 | Travel Meal | Travel Meal | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $42.11 | $42.11 |
| | | Damian Capozzola - K&E - Partner | | | | | | |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/24/2006 | Travel Meal | Travel Meal | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $8.50 | $8.50 |
| | | Damian Capozzola - K&E - Partner | | | | | | |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/24/2006 | Internet Access | Internet Access | | 41445-6 | | U.S. (Dollars) | $8.22 | $8.22 |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/26/2006 | Travel Meal | Travel Meal | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $34.27 | $34.27 |
| | | Damian Capozzola - K&E - Partner | | | | | | |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/26/2006 | Telephone While Traveling | Telephone Charges | | 41445-6 | | U.S. (Dollars) | $6.00 | $6.00 |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/27/2006 | Internet Access | Internet Access | | 41445-6 | | U.S. (Dollars) | $4.11 | $4.11 |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/27/2006 | Telephone While Traveling | Telephone Charges | | 41445-6 | | U.S. (Dollars) | $5.00 | $5.00 |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/27/2006 | Travel Meal | Travel Meal | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $18.91 | $18.91 |
| | | Damian Capozzola - K&E - Partner | | | | | | |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/27/2006 | Internet Access | Internet Access | | 41445-6 | | U.S. (Dollars) | $4.11 | $4.11 |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 1/27/2006 | Telephone While | Telephone Charges | | 41445-6 | | U.S. (Dollars) | $15.00 | $15.00 |

Expense Report - Berry Trial Expenses

Page 3 of 5

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Traveling | | | | | | |
| 1/28/2006 | Telephone While Traveling | Telephone Charges | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | U.S. (Dollars) | $1.00 | $1.00 |
| 1/28/2006 | Internet Access | Internet Access | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | U.S. (Dollars) | $4.11 | $4.11 |
| 1/19/2006 | Travel Meal | Travel Meal  Damian Capozzola - K&E - Partner | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $8.73 | $8.73 |
| 1/19/2006 | Travel Meal | Travel Meal  Damian Capozzola - K&E - Partner | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Los Angeles, CA | U.S. (Dollars) | $10.26 | $10.26 |
| 1/20/2006 | Travel Meal | Travel Meal  Damian Capozzola - K&E - Partner | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $7.06 | $7.06 |
| 1/21/2006 | Travel Meal | Travel Meal  Damian Capozzola - K&E - Partner | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $16.47 | $16.47 |
| 1/24/2006 | Travel Meal | Travel Meal  Damian Capozzola - K&E - Partner | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $8.80 | $8.80 |
| 1/25/2006 | Travel Meal | Travel Meal  Damian Capozzola - K&E - Partner | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $14.56 | $14.56 |
| 1/30/2006 | Travel Meal | Travel Meal  Damian Capozzola - K&E - Partner | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $4.75 | $4.75 |
| 1/19/2006 | Telephone While | Telephone Charges | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | U.S. (Dollars) | $25.00 | $25.00 |

Expense Report - Berry Trial Expenses

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Traveling | | | | | | |
| 1/29/2006 | Internet Access | Internet Access | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | | U.S. (Dollars) | $4.11 | $4.11 |
| 1/29/2006 | Telephone While Traveling | Telephone Charges | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | | U.S. (Dollars) | $34.00 | $34.00 |
| 1/19/2006 | cabfare | cabfare | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Honolulu, HI | U.S. (Dollars) | $16.00 | $16.00 |
| 1/19/2006 | cabfare | cabfare | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Honolulu, HI | U.S. (Dollars) | $25.00 | $25.00 |
| 1/19/2006 | cabfare | cabfare | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Los Angeles, CA | U.S. (Dollars) | $30.00 | $30.00 |
| 1/20/2006 | cabfare | cabfare | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Honolulu, HI | U.S. (Dollars) | $20.00 | $20.00 |
| 1/20/2006 | cabfare | cabfare | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Honolulu, HI | U.S. (Dollars) | $20.00 | $20.00 |
| 1/23/2006 | cabfare | cabfare | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Honolulu, HI | U.S. (Dollars) | $20.00 | $20.00 |
| 1/24/2006 | cabfare | cabfare | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Honolulu, HI | U.S. (Dollars) | $20.00 | $20.00 |
| 1/25/2006 | cabfare | cabfare | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Honolulu, HI | U.S. (Dollars) | $20.00 | $20.00 |
| 1/25/2006 | cabfare | cabfare | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Honolulu, HI | U.S. (Dollars) | $20.00 | $20.00 |

Expense Report - Berry Trial Expenses

| Date | | | | | | | | |
|------|---------|---------|----------------------------------------------------|--------|--------------------|----------------|--------|--------|
| 1/26/2006 | cabfare | cabfare | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $20.00 | $20.00 |
| 1/27/2006 | cabfare | cabfare | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $20.00 | $20.00 |
| 1/27/2006 | cabfare | cabfare | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $20.00 | $20.00 |
| 1/30/2006 | cabfare | cabfare | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $25.00 | $25.00 |
| 1/30/2006 | cabfare | cabfare | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $20.00 | $20.00 |
| 1/30/2006 | cabfare | cabfare | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $40.00 | $40.00 |
| 1/31/2006 | cabfare | cabfare | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Los Angeles, CA | U.S. (Dollars) | $25.00 | $25.00 |

Attach required receipts and file according to Accounting Instructions for your location.

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.

Damian Capozzola/Los
Angeles/Kirkland-Ellis

01/12/2006 04:59 PM

To   Dora Silva/Los Angeles/Kirkland-Ellis@K&E

cc

bcc

Subject   Fw: Your E-mail Confirmation from United

Dora, please keep for expensing my trip to Hawaii later.

$357.70 + $60.80 = $418.50 airfare.  Thanks.

## Damian D. Capozzola | KIRKLAND & ELLIS LLP
777 South Figueroa St., Floor 37  | Los Angeles, CA 90017
213.680.8653 PHONE | 213.448.2709 MOBILE | 213.680.8500 FACSIMILE

dcapozzola@kirkland.com | www.kirkland.com/dcapozzola

----- Forwarded by Damian Capozzola/Los Angeles/Kirkland-Ellis on 01/12/2006 04:58 PM -----



United Airlines
<United-Airlines@tmr3.com>

01/12/2006 04:51 PM

To   DCAPOZZOLA@KIRKLAND.COM

cc

Subject   Your E-mail Confirmation from United



Please do not respond to this e-mail.

If you have questions about your reservation, please contact United reservations at 1-800-UNITED-1 within the United States, or your local international reservations office listed below.

# E-Ticket Receipt & Revised Travel Itinerary

Thank you for choosing United!

This document is for reference only.

Your electronic airline ticket is stored in our computer system. As with all airline tickets, your E-Ticket is not transferable to others.

At check-in, you must present a **copy of this receipt** with a valid **photo ID** and the

**credit card used for purchase.**

Minimum check-in requirements for flights based on scheduled departure times:
-60 minutes for customers traveling without checked baggage within the U.S.
-90 minutes for customers traveling with checked baggage within the U.S.
-120 minutes for customers traveling on flights with International itineraries.

Reservations are subject to cancellation if you are not checked in and available for boarding at the gate at least 20 minutes prior to scheduled departure for flights between U.S. cities, to/from Canada, Mexico or the Caribbean; 30 minutes to/from Hawaii; and 30 minutes to/from International points.

Ticket validity is based on fare and point of origin. Refundable tickets are valid for one year from date of issue. Nonrefundable tickets are valid as issued. For travel originating in the U.S., any changes and/or exchanges to a nonrefundable ticket must occur prior to midnight of your current ticketed travel dates or ticket will lose all remaining value. Certain penalties and/or fees may also apply.

To make changes to your reservation within the United States, call 1-800-UNITED-1 (1-800-864-8331). For up-to-date flight information within the US, call 1-800-824-6200.
Check on united.com.

## E-Ticket Receipt

| Reservation No: P1LKX6 | Issued: 12 JAN 06 |
|---|---|
| **Number in Party:  1** | |

| Name:  CAPOZZOLA/DAMIAN MR | |
|---|---|
| **Ticket No:**  0162135736817 | **Mileage** |

**\*\*\*100K MILE FLYER\*\*\***

| Per Passenger | |
|---|---|
| **Base Fare:** | 323.90 USD |
| Tax/Fee/Charge | 14.70 US |
| | 19.10 XT |
| **Total:** | 357.70 USD |
| **Fare Details:** | Fare Basis TE7NR3 |

FC LAX UA HNL 161.95TE7NR3 UA LAX 161.95TE7NR3 USD323.90END UA ZPLAXHNL XT5.00AY7.50XF LAX4.5HNL3 A/C 60.80USD SVC100.00USD

NONREF-CHG100PLUSFAREDIF
CXL BY FLT DATE OR NOVALUE

.BAXXXXXXXXXXXX2790/ 16590 EF AXXXXXXXXXXXX1003 EX0162132731550
OR DENRR 27OCT05

## Revised Travel Itinerary

### LOS ANGELES to HONOLULU                                    THU 19 JAN

| Flight | Departs | Arrives | Class |
|---|---|---|---|
| ✈UNITED 81 | LOS ANGELES THU 19 JAN 8:40A Terminal 7 | HONOLULU U THU 19 JAN 12:48P Terminal M | UNITED ECONOMY® |

**PLEASE CHECK IN AT UNITED AIRLINES TERM 6**

| MP Miles | Meals Served | Equip | Baggage Allowance | Inflight Services |
|---|---|---|---|---|
| 2556 | MEALS FOR SALE | 767 | 2PC | AUDIO |

### HONOLULU to LOS ANGELES                                    MON 30 JAN

| Flight | Departs | Arrives | Class |
|---|---|---|---|
| ✈UNITED 84 | HONOLULU MON 30 JAN 9:50P Terminal M | LOS ANGELES TUE 31 JAN 4:59A Terminal 7 | UNITED ECONOMY® |

| MP Miles | Meals Served | Equip | Baggage Allowance | Inflight Services |
|---|---|---|---|---|
| 2556 | | 767 | 2PC | AUDIO |

## Tickets Exchanged

**Name:** CAPOZZOLA/DAMIAN MR
**Ticket No:** 0162132731550

Ticket

## Summary

| | Per Passenger | Total |
|---|---|---|
| Balance Due: | | 39.20 USD |
| Service Charge: | | 100.00 USD |
| Total Balance Due: | | 60.80 USD |
| Balance Paid By: | BAXXXXXXXXXXXX2790/ 16590 EF AXXXXXXXXXXXX1003 EX0162132731550 OR DENRR 27OCT05 | |



Important United Information



Valuable Offers

©2002 United Air Lines, Inc.

If you would prefer not to receive further messages from this sender, please click on the following Internet link and confirm your request:

You will receive one additional e-mail message confirming your removal.



**THE ROYAL HAWAIIAN**
*Waikiki*

Royal Hawaiian Hotel
2259 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808 923-7311 Fax: 808 931-7098

| | | |
|---|---|---|
| **G U E S T** | M/M Damian/Renee Capozzola<br>American Bar Association/gp<br>714 11th St<br>Hermosa Beac, CA 90254 | ROOM<br>RATE                3003<br>NO. PERS.      292.50<br>FOLIO            2<br>PAGE            4539069    A<br>ARRIVE          1<br>DEPART          19-JAN-06   22:53<br>PAYMENT       28-JAN-06   13:33<br>AX |

T R A V E L   A G E N T   C H A R G E   T O

Vch/Bkg #

| DATE | REFERENCE | | DESCRIPTION | DEBIT/CREDIT |
|---|---|---|---|---|
| 19-JAN-06 | RT3003 | | Room                              CORP | 292.50 |
| 19-JAN-06 | RT3003 | | General Excise Tax-4.16% | 12.17 |
| 19-JAN-06 | RT3003 | | Occupancy Tax-7.25% | 21.21 |
| 20-JAN-06 | RT3003 | | Room                              CORP | 292.50 |
| 20-JAN-06 | RT3003 | | General Excise Tax-4.16% | 12.17 |
| 20-JAN-06 | RT3003 | | Occupancy Tax-7.25% | 21.21 |
| 20-JAN-06 | 221930680 | 3 | In Room Dining | 30.08 |
| 21-JAN-06 | RT3003 | | Room                              CORP | 292.50 |
| 21-JAN-06 | RT3003 | | General Excise Tax-4.16% | 12.17 |
| 21-JAN-06 | RT3003 | | Occupancy Tax-7.25% | 21.21 |
| 21-JAN-06 | 221987910 | 3 | In Room Dining | 37.86 |
| 21-JAN-06 | 3003 | | InRm Bottle Water Sales | 4.08 |
| 21-JAN-06 | 3003 | | InRm Amenity Tax | 0.17 |
| 22-JAN-06 | RT3003 | | Room                              CORP | 292.50 |
| 22-JAN-06 | RT3003 | | General Excise Tax-4.16% | 12.17 |
| 22-JAN-06 | RT3003 | | Occupancy Tax-7.25% | 21.21 |
| 23-JAN-06 | RT3003 | | Room                              CORP | 292.50 |
| 23-JAN-06 | RT3003 | | General Excise Tax-4.16% | 12.17 |
| 23-JAN-06 | RT3003 | | Occupancy Tax-7.25% | 21.21 |
| 24-JAN-06 | RT3003 | | Room                              CORP | 292.50 |
| 24-JAN-06 | RT3003 | | General Excise Tax-4.16% | 12.17 |
| 24-JAN-06 | RT3003 | | Occupancy Tax-7.25% | 21.21 |
| 24-JAN-06 | 398629 | | InRm Bottle Water Sales | 8.16 |
| 24-JAN-06 | 398629 | | InRm Amenity Tax | 0.34 |
| 24-JAN-06 | 1 | 3 | High Speed Internet Access | 3.95 |
| 24-JAN-06 | 1 | 3 | HSIA Tax | 0.16 |
| 24-JAN-06 | 1 | 3 | High Speed Internet Access | 3.95 |
| 24-JAN-06 | 1 | 3 | HSIA Tax | 0.16 |
| 25-JAN-06 | RT3003 | | Room                              CORP | 292.50 |
| 25-JAN-06 | RT3003 | | General Excise Tax-4.16% | 12.17 |
| 25-JAN-06 | RT3003 | | Occupancy Tax-7.25% | 21.21 |
| 26-JAN-06 | RT3003 | | Room                              CORP | 292.50 |

                    ** continued on the next page **

| | | | |
|---|---|---|---|
| M/M Damian/Renee Capozzola | ROOM | DEPART | AGENT |
| FOLIO   4539069   19-JAN-06 | 3003 | 28-JAN-06 | RHEDMLR |

SIGNATURE

I AGREE TO REMAIN PERSONALLY LIABLE FOR THE PAYMENT OF THIS ACCOUNT IF THE CORPORATION, OR OTHER THIRD PARTY BILLED, FAILS TO PAY ALL OR PART OF THESE CHARGES.



SHERATON ACTS AS AGENT FOR KYO-YA HOTELS & RESORTS LP. DBA THE ROYAL HAWAIIAN



**THE ROYAL HAWAIIAN**
*Waikiki*

Royal Hawaiian Hotel
2259 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808 923-7311 Fax: 808 931-7098

| GUEST | | |
|---|---|---|
| | ROOM | |
| | RATE | 3003 |
| M/M Damian/Renee Capozzola | NO. PERS. | 292.50 |
| American Bar Association/gp | FOLIO | 2 |
| 714 11th St | PAGE | 4539069    A |
| Hermosa Beac, CA 90254 | ARRIVE | 2 |
| | DEPART | 19-JAN-06    22:53 |
| Vch/Bkg # | PAYMENT | 28-JAN-06    13:33 |
| | | AX |

TRAVEL AGENT CHARGE TO

| DATE | REFERENCE | | DESCRIPTION | DEBIT/CREDIT |
|---|---|---|---|---|
| 26-JAN-06 | RT3003 | | General Excise Tax-4.16% | 12.17 |
| 26-JAN-06 | RT3003 | | Occupancy Tax-7.25% | 21.21 |
| 26-JAN-06 | 221236370 | 3 | In Room Dining | 34.27 |
| 26-JAN-06 | 015A | | 800-225-5288 0001 08:49 | 1.00 |
| 26-JAN-06 | 016A | | 524-3700 0001 08:51 | 1.00 |
| 26-JAN-06 | 017A | | 800-225-5288 0002 08:52 | 1.00 |
| 26-JAN-06 | 023A | | 800-525-4381 0003 09:00 | 1.00 |
| 26-JAN-06 | 025A | | 800-525-4381 0004 09:04 | 1.00 |
| 26-JAN-06 | 026A | | 888-546-7487 0002 09:08 | 1.00 |
| 27-JAN-06 | RT3003 | | Room           CORP | 292.50 |
| 27-JAN-06 | RT3003 | | General Excise Tax-4.16% | 12.17 |
| 27-JAN-06 | RT3003 | | Occupancy Tax-7.25% | 21.21 |
| 27-JAN-06 | 1 | 1 | High Speed Internet Access | 3.95 |
| 27-JAN-06 | 1 | 1 | HSIA Tax | 0.16 |
| 27-JAN-06 | 019A | | 888-546-7487 0001 09:07 | 1.00 |
| 27-JAN-06 | 020A | | 888-546-7487 0001 09:07 | 1.00 |
| 27-JAN-06 | 021A | | 888-546-7487 0006 09:09 | 1.00 |
| 27-JAN-06 | 029A | | 888-546-7487 0004 10:09 | 1.00 |
| 27-JAN-06 | 030A | | 888-546-7487 0001 10:14 | 1.00 |
| 27-JAN-06 | 222302750 | 2 | Beach Club Cafe | 18.91 |
| 27-JAN-06 | 070A | | 888-546-7487 0007 15:19 | 1.00 |
| 27-JAN-06 | 071A | | 888-625-4990 0010 15:27 | 1.00 |
| 27-JAN-06 | 073A | | 922-1700 0003 15:36 | 1.00 |
| 27-JAN-06 | 077A | | 800-328-6242 0008 15:38 | 1.00 |
| 27-JAN-06 | 092A | | 888-546-7487 0001 16:16 | 1.00 |
| 27-JAN-06 | 093A | | 888-546-7487 0002 16:17 | 1.00 |
| 27-JAN-06 | 095A | | 888-546-7487 0009 16:18 | 1.00 |
| 27-JAN-06 | 127A | | 888-546-7487 0001 18:24 | 1.00 |
| 27-JAN-06 | 135A | | 927-2510 0003 20:08 | 1.00 |
| 27-JAN-06 | 1 | 3 | High Speed Internet Access | 3.95 |
| 27-JAN-06 | 1 | 3 | HSIA Tax | 0.16 |
| 27-JAN-06 | 139A | | 922-2121 0002 20:31 | 1.00 |

** continued on the next page **

M/M Damian/Renee Capozzola        ROOM        DEPART        AGENT
FOLIO   4539069   19-JAN-06        3003        28-JAN-06        RHFDMLB

I AGREE TO REMAIN PERSONALLY LIABLE FOR THE PAYMENT OF THIS ACCOUNT IF THE CORPORATION, OR OTHER THIRD PARTY BILLED, FAILS TO PAY ALL OR PART OF THESE CHARGES.

SIGNATURE



SHERATON ACTS AS AGENT FOR KYO-YA HOTELS & RESORTS LP. DBA THE ROYAL HAWAIIAN



**THE ROYAL HAWAIIAN**
*Waikiki*

Royal Hawaiian Hotel
2259 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808 923-7311 Fax: 808 931-7098

```
G                    ROOM                         T
                     RATE       3003              A  A
U   M/M Damian/Renee Capozzola   NO. PERS. 292.50  V  G
E   American Bar Association/gp  FOLIO     2        E  N
S   714 11th St                  PAGE      4539069 A  L  T
T   Hermosa Beac, CA 90254       ARRIVE    3        C  T
                                 DEPART    19-JAN-06 22:53  H  O
                                 PAYMENT   28-JAN-06 13:33  A
        Vch/Bkg #                          AX              R
                                                            G
                                                            E
```

| DATE | REFERENCE | DESCRIPTION | DEBIT/CREDIT |
|---|---|---|---|
| 27-JAN-06 | 140A | 373-7990 0001 20:33 | 1.00 |
| 27-JAN-06 | 141A | 955-6333 0001 20:35 | 1.00 |
| 27-JAN-06 | 142A | 256-5045 0002 20:37 | 1.00 |
| 27-JAN-06 | 143A | 921-7066 0001 20:39 | 1.00 |
| 27-JAN-06 | 144A | 921-7066 0001 20:48 | 1.00 |
| 28-JAN-06 | 048A | 922-1700 0002 12:18 | 1.00 |
| 28-JAN-06 | 1      2 | High Speed Internet Access | 3.95 |
| 28-JAN-06 | 1      2 | HSIA Tax | 0.16 |
| 28-JAN-06 | AX | American Express | 3114.34- |

```
                 ***For Authorization Purposes Only***
                 xxxx32001
                 Auth Date    Code    Authorized
                 19-JAN-06   149494    3000.00
                 19-JAN-06   129223     584.68


                          Total Charges          3114.34
                          Total Credits           3114.34-
                          Balance Due                0.00
                   ** continued on the next page **
```

M/M Damian/Renee Capozzola          ROOM     DEPART       AGENT
FOLIO   4539069   19-JAN-06          3003     28-JAN-06    RHFDMLB

I AGREE TO REMAIN PERSONALLY LIABLE FOR THE PAYMENT OF THIS ACCOUNT IF
THE CORPORATION, OR OTHER THIRD PARTY BILLED, FAILS TO PAY ALL OR PART OF
THESE CHARGES.



SIGNATURE

SHERATON ACTS AS AGENT FOR KYO-YA HOTELS & RESORTS LP, DBA THE ROYAL HAWAIIAN



**THE ROYAL HAWAIIAN**
*Waikiki*

Royal Hawaiian Hotel
2259 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808 923-7311 Fax: 808 931-7098

```
G          ROOM                        T
U          RATE      3003              R A
E    M/M Damian/Renee Capozzola   NO. PERS.  292.50    A G
S    American Bar Association/gp  FOLIO     2          V E
T    714 11th St                 PAGE      4539069  A  E N
     Hermosa Beac, CA 90254       ARRIVE    4          L T
                                  DEPART    19-JAN-06  22:53   C
     Vch/Bkg #                    PAYMENT   28-JAN-06  13:33   H T
                                            AX                 A O
                                                               R
                                                               G
                                                               E
```

| DATE | REFERENCE | DESCRIPTION | DEBIT/CREDIT |
|------|-----------|-------------|--------------|

EXPENSE REPORT SUMMARY

| Date | Room Rev | Room Tx | Food | Bev | Other | Total | Payment |
|------|----------|---------|------|-----|-------|-------|---------|
| 19-JAN-06 | 292.50 | 33.38 | 0.00 | 0.00 | 0.00 | 325.88 | 0.00 |
| 20-JAN-06 | 292.50 | 33.38 | 22.50 | 0.00 | 7.58 | 355.96 | 0.00 |
| 21-JAN-06 | 292.50 | 33.38 | 29.00 | 0.00 | 13.11 | 367.99 | 0.00 |
| 22-JAN-06 | 292.50 | 33.38 | 0.00 | 0.00 | 0.00 | 325.88 | 0.00 |
| 23-JAN-06 | 292.50 | 33.38 | 0.00 | 0.00 | 0.00 | 325.88 | 0.00 |
| 24-JAN-06 | 292.50 | 33.38 | 0.00 | 0.00 | 16.72 | 342.60 | 0.00 |
| 25-JAN-06 | 292.50 | 33.38 | 0.00 | 0.00 | 0.00 | 325.88 | 0.00 |
| 26-JAN-06 | 292.50 | 33.38 | 26.00 | 0.00 | 14.27 | 366.15 | 0.00 |
| 27-JAN-06 | 292.50 | 33.38 | 15.75 | 0.00 | 31.38 | 373.01 | 0.00 |
| 28-JAN-06 | 0.00 | 0.00 | 0.00 | 0.00 | 5.11 | 5.11 | 3114.34- |
| Total | 2632.50 | 300.42 | 93.25 | 0.00 | 88.17 | 3114.34 | 3114.34- |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest you have earned at least 8257 Starpoints for this visit G50444480596.

| M/M Damian/Renee Capozzola | ROOM | DEPART | AGENT |
|---|---|---|---|
| FOLIO  4539069  19-JAN-06 | 3003 | 28-JAN-06 | RHFDMLB |

I AGREE TO REMAIN PERSONALLY LIABLE FOR THE PAYMENT OF THIS ACCOUNT IF
THE CORPORATION, OR OTHER THIRD PARTY BILLED, FAILS TO PAY ALL OR PART OF
THESE CHARGES.

SIGNATURE

SHERATON ACTS AS AGENT FOR KYO-YA HOTELS & RESORTS LP. DBA THE ROYAL HAWAIIAN



w honolulu
2885 kalakaua avenue
honolulu, hi 96815
808 922 1700



**W**
HONOLULU
DIAMOND HEAD

| guest | | room | 1225 | | travel |
|---|---|---|---|---|---|
| Mr Damian Capozzola | | rate | 305.00 | | agent |
| American Bar Association/sp | | no. pers | 2 | | |
| 77 15th St. 3 | | folio | 44649 | A | |
| Hermosa Beac, CA 90254 | | page | 1 | | charge |
| United States | | arrive | 28-JAN-06 | 13:29 | to |
| | | depart | 30-JAN-06 | | |
| | | payment | AX | | |

| DATE | REFERENCE | DESCRIPTION | CHARGES/CREDITS |
|---|---|---|---|
| 29-JAN-06 | RT1225 | Room Charge | 305.00 |
| 29-JAN-06 | RT1225 | State Tax | 12.71 |
| 29-JAN-06 | RT1225 | Occupancy/Tourism | 22.11 |
| 29-JAN-06 | 011A | 927-2510 0002 10:36 | 2.00 |
| 29-JAN-06 | S964 | Internet Service In Room | 4.11 |
| 29-JAN-06 | 012A | 256-5045 0001 11:56 | 2.00 |
| 29-JAN-06 | 013A | 800-225-5288 0001 11:58 | 2.00 |
| 29-JAN-06 | 014A | 800-525-4381 0002 11:58 | 2.00 |
| 29-JAN-06 | 015A | 888-546-7487 0001 12:00 | 2.00 |
| 29-JAN-06 | 016A | 888-546-7487 0006 14:27 | 2.00 |
| 29-JAN-06 | 023A | 888-546-7487 0002 17:31 | 2.00 |
| 30-JAN-06 | 006A | 888-546-7487 0001 08:14 | 2.00 |
| 30-JAN-06 | 007A | 888-625-4990 0002 09:17 | 2.00 |
| 30-JAN-06 | 008A | 888-625-4990 0003 09:19 | 2.00 |
| 30-JAN-06 | 010A | 888-546-7487 0024 10:29 | 2.00 |
| 30-JAN-06 | 011A | 888-546-7487 0001 11:06 | 2.00 |
| 30-JAN-06 | 012A | 800-756-1000 0001 11:15 | 2.00 |
| 30-JAN-06 | 013A | 800-756-1000 0004 11:16 | 2.00 |
| 30-JAN-06 | 014A | 888-546-7487 0046 11:35 | 2.00 |
| 30-JAN-06 | 015A | 800-756-1000 0005 12:33 | 2.00 |
| 30-JAN-06 | 019A | 800-756-1000 0003 16:38 | 2.00 |
| 30-JAN-06 | . | Honor Bar | 5.00 |
| 30-JAN-06 | . | Honor Bar | 5.00 |
| 30-JAN-06 | . | Honor Bar | 4.00 |
| 30-JAN-06 | AX | American Express | 391.93- |

```
                    Total Charges        391.93
                    Total Credits        391.93-
                      Balance Due           0.00
            ** continued on the next page **
```

*bill client*
*$38.11*

Mr Damian Capozzola
FOLIO  44649    28-JAN-06

HMSHost
La Salsa T7
Los Angeles Int'l Airport

5967 Keisha
- - - - - - - - - - - - - - - - - - - - - - - - - - -
CHK 3614 JAN19'06  7:50AM  GST 1

1 BRKFST TACO            6.49
    SALSA MEXICANA
1 POWERADE               2.99

  Subtotal               9.48
  Tax                    0.78
  Amt Paid          10.26
  XXXXXXXXXXXX2790      XX/XX
  VISA       AO 4*      10.26

**Your order number is: 3614**

## All Connections
### Airport Car Service

        310-214-8040 (Hnere)
        800-218-6000  LAx

Date 1/19/d     Amount $ 30

Unit#_____  Driver_____

*The Royal Hawaiian*
W A I K I K I

1/19

Cab

ojju → Hotel

$16

---

**JACK IN THE BOX.**

CARRY OUT   # 148
Tel(808) 523-9884          JIB# 8227
01/19/06              01:15:23 PM
                    Emp  CRESTINA

1 Chikn Fajita           3.39
1 Asian Chx Sld          4.99
    SubTotal             8.38
    Tax                  0.35

  Total                  8.73
  CASH                  10.00
  Change                 1.27

Thank you for your visit
  . 101948

                            JW504

TAXIFARE RECEIPT
Date 1/19/06 Time_____
From  Airport
To    ojju
Fare $ 25  Tip $_____
Lugg.$____ TOTAL$_____
. . . . . . . . . . . . . . . . . . . . . . . . . . .

If **YOU** direct call my Ph.
**Waikiki to Airport**
**$5 OFF**
 **(808) 256-8294**
**ONE DAY BEFORE RESERVATION**
Thank you calls again! Cab#_____

---

**From the desk of Damian Capozzola**

1/19/06

$25 phone call (airphone)

no receipt

## Taxi Receipt

Date  *1/20/06*  Cab No. _____
From  *Htl*  To  *Ofc*
Fare _____  Lugg. _____  Tip _____
Total  *$20*  Driver: _____
### Thankyou calls again!

THE CAB
738 KAHEKA ST SUITE 201
HONOLULU HAWAII 96814
808 422 2222

DATE:                  2006/01/20
DROP-OFF TIME:         08:57
TRIP ID:               674588
LOCATION:              203600-9995675
CAR NUMBER:            0078
AUTH:                  PAY OK

FARE ($):              16.85
EXTRA ($):             3.15
SUBTTL ($):            20.00

TIP ($):_____

TOTAL ($):_____

MAHALO FOR USING
THECAB

CUSTOMER'S COPY

## Taxifare Receipt
Date  *1/20/06*  Time  *for*
From  *Ofc*  *Htl*
To  *Htl*
Driver _____
Cab # _____
Fare _____
Tip _____
Total  *$20*

### Charley's Taxi
*& Limousine*  Est. 1938
## 531-1333
or call toll-free 1-877-531-1333
680 Ala Moana Blvd., Suite 303
Honolulu, HI 96813
Motor Vehicle Control 733-2530

### JACK IN THE BOX.

CARRY OUT  # 151

Tel (808) 523-9884              JIB# 8227
01/20/06                       12:13:13 PM
                          Emp    Meriam
  2 Chikn Fajita               6.78
              SubTotal         6.78
              Tax              0.28
              Total            7.06
              CASH            20.00
              Change          12.94

Thank you for your visit
              102251
                                    JW504

** STARBUCKS COFFEE COMPANY **

STARBUCKS FINANCIAL PLAZ#33019
HONOLULU    HI96813

1 BOTTLE MILK              1.75
1 HAWAII BOTTLE FEE        0.01
1 BOTTLE DEPOSIT           0.05
1 Odwalla Superfood        3.75
1 CHINESE CHIX SALA        5.50
1 WRAP, VEG W/TOMAT        4.75
SUBTOTAL                  15.81
  SALES TAX 4.166%         0.66
TOTAL                     16.47
CASH                      20.00
CHANGE DUE                 3.53

33019 01A1 699840  000013321M
01/21/06              09:04
    MAHALO FOR VISITING
STARBUCKS FINANCIAL PLAZA

Jamba Juice
130 Merchant St.
Honolulu, HI 96813
(808) 585-8359

Host: Tarah                    01/24/2006
DAMIEN                          7:19 AM
                                  10009

Strawberry Nirvana Orig          4.55
  Extra Immunity Boost           0.50
  Boost Soy Protein
Sunrise Strawberry Sixt          3.40

Sub Total                        8.45
Tax                              0.35

To Go Total                      8.80

CASH                            20.00

Thanks For Choosing
Jamba Juice!

---

TheCAB                          Taxi Fare Receipt
738 Kaheka Street, Suite 201
Honolulu, Hawaii 96814
Ph (808) 943-0000        1/24

Date: _____    Time: _____

From: _____ Keku-offce _____

To: _____ $20 _____

Fare: _____  Tip: _____

Total: _____
        For Taxi control, please call 733-2542

---

QUIZNOS SUB 1670
808 536 2999

ORDER # 01264

2 RG TRKY RANCH          13.98

TAKE-OUT

                    $     13.98
TAX TOTAL           $      0.58
TOTAL               $     14.56

CASH                $     20.00

CHANGE              $      5.44

1350        COUNTER      JAN.25,2006
            REG1-AM       11:59

Customer comments call 866-4TOASTED
Visit us at www.quiznos.com

---

OLI OLI
タクシー

DATE 1/25/06  TIME ____
月日          時間

FROM $20
乗車地

TO
下車地  Hotel - Office

DRIVER ____
運転手名

CAR # ____
車の番号

TAXI          FARE $ ____
              料金
FARE
              TIPS $ ____
              チップ
RECEIPT       TOTAL $ ____
              合計

---

**Taxifare Receipt**

Date 1/25/06  Time ____
From Bishop
To Hotel
Driver Daryl
Cab # 61
          Fare   20
          Tip    ____
          Total  ____

**Charley's Taxi**
& Limousine   Est. 1935
**531-1333**
or call toll-free 1-877-531-1333
680 Ala Moana Blvd., Suite 303
Honolulu, HI 96813
Motor Vehicle Control 733-2530

---

**Taxi Receipt**

Date 1/27/06  Time ____  Cab No. ____

From Hotel          To Office

Fare ____  Lugg ____  Tip ____

Total 20  Driver ____

**Thank you call again**

---

**Taxi Fare Receipt**

Date 1/26/06  Time: _____

From: Hotel

To: Office          $20

Fare: _____  Tip: _____

Total: _____
        For Taxi Control, please call 733-2542.

## Taxi Fare Receipt

Date: 1/27/06 _____ Time: _____

From: Office _____

To: H.H _____

Fare: $20 _____ Tip: _____

Total: _____

For Taxi Control, please call 733-2542.

---

01-31-06                     05:38

CAB #   1206
Company IN

| Stand |
| 7 |

Paid  :  2.50
Receipt : 13224179          Serial:  431733

## AUTHORIZED TAXICAB SUPERVISION, INC.

9468 Alverstone Avenue
Los Angeles, CA 90045
Tel: (323) 776-5324

**PLEASE RETAIN THIS RECEIPT FOR YOUR RECORDS**

### AUTHORIZED LAX TAXICAB RECEIPT

THE SUM OF 25 _____ DATE 1/31/06

FROM LAX TO House _____

CITY Hermosa Beach _____

### TO ALL PASSENGERS

Keep this slip for your records. There is a $2.50
surcharge on all trips originating at the airport.
Passengers are to pay $2.50 airport surcharge.

## VOID IF DETACHED

## TRIP RECORD

---

## Taxifare Receipt

Date 1/30/06 Time _____

From Office _____

To Hilton _____

Driver _____

Cab # 20

Fare _____

Tip _____

Total _____

### Charley's Taxi
*& Limousine*  Est. 1938

**531-1333**
or call toll-free 1-877-531-1333
680 Ala Moana Blvd., Suite 303
Honolulu, HI 96813
Motor Vehicle Control 733-2530

---

THE CAB
738 KAHEKA ST SUITE 201
HONOLULU HAWAII 96814
808 422 2222

DATE:                    2006/01/30
PICK-UP TIME:            08:18
DROP-OFF TIME:           08:39
TRIP ID:                 696827
LOCATION:                203600-9995675
CAR NUMBER:              0699
AUTH:                    PAY OK

FARE  ($):               25.00
EXTRA ($):               0.00
SUBTTL ($):              25.00

TIP ($): _____

TOTAL ($): _____

---

```
ALOHA From Your Blind Vendors
     Store # 3 - Diamond Head

REG 1  01/30/06 Trx# 598591  Time 20:30
Cashier 232      Name Magdalena

1 SKITTLES-SMOOTHIE MIX      1.00
1 SOBE ADRENALINE RUSH       2.75
1 CHEWY SPREE                1.00

3 Items          Subtotal    4.75
                 Total       4.75

*** Cash ***                 5.00-
     Change                   .25
```

---

RECEIPT

DATE 1/30/06                No. 551967

FROM THE CAB

$60.00

_____ DOLLARS

○ FOR RENT
○ FOR          B.11 $40

| ACCT. |  | ○ CASH | FROM | TO |
| PAID |  | ○ CHECK |  |  |
| DUE |  | ○ MONEY ORDER | BY |  |

2501



Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox. Password is expense.

**Expense Report:**   Hawaii Trip
**Business Purpose:**   Berry Trial

| | | |
|---|---|---|
| **Employee Name:** | Damian D. Capozzola | |
| **Employee ID:** | 1292 | |

| | |
|---|---|
| **Date Filed:** | 3/6/2006 |
| **Report Total:** | $3,725.18 |
| **Firm Paid:** | $0.00 |
| **Amount Due Employee:** | $3,725.18 |

Signature _____ DDC - renborit _____

Date _____ 3/10/06 _____

**Report Remarks:**   Please combine the hotel room rate and hotel taxes as a single entry per day.

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|---|
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/16/2006 | Airfare | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $563.70 | $563.70 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/20/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $1,086.59 | $1,086.59 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/20/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $356.51 | $356.51 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/21/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $356.51 | $356.51 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/22/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $356.51 | $356.51 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/22/2006 | Internet Access | Trial | 41445-6 | | U.S. (Dollars) | $4.11 | $4.11 |

| Date | Type | Description | Matter | Location | Currency | Amount | Total |
|---|---|---|---|---|---|---|---|
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/22/2006 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HI | U.S. (Dollars) | $12.95 | $12.95 |
| | | Damian Capozzola - K&E - Partner | | | | | |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/23/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $1,389.74 | $1,389.74 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/26/2006 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HI | U.S. (Dollars) | $1.30 | $1.30 |
| | | Damian Capozzola - K&E - Partner | | | | | |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/27/2006 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HI | U.S. (Dollars) | $6.09 | $6.09 |
| | | Damian Capozzola - K&E - Partner | | | | | |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/28/2006 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HI | U.S. (Dollars) | $4.84 | $4.84 |
| | | Damian Capozzola - K&E - Partner | | | | | |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 3/1/2006 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HI | U.S. (Dollars) | $3.49 | $3.49 |
| | | Damian Capozzola - K&E - Partner | | | | | |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 3/2/2006 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HI | U.S. (Dollars) | $1.30 | $1.30 |
| | | Damian Capozzola - K&E - Partner | | | | | |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 3/2/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 3/1/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/28/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/27/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/26/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/25/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/24/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/23/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |

| Date | Type | Description | | Matter | Location | Currency | Amount | Total |
|------|------|-------------|--|--------|----------|----------|--------|-------|
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/16/2006 | Travel Meal | Travel Meal | Damian Capozzola - K&E - Partner | 41445-6 | Honolulu, HI | U.S. (Dollars) | $20.75 | $20.75 |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/20/2006 | Travel Meal | Travel Meal | Damian Capozzola - K&E - Partner | 41445-6 | Honolulu, HI | U.S. (Dollars) | $15.00 | $15.00 |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/20/2006 | Travel Meal | Travel Meal | Damian Capozzola - K&E - Partner | 41445-6 | Honolulu, HI | U.S. (Dollars) | $46.39 | $46.39 |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/20/2006 | Travel Meal | Travel Meal | Damian Capozzola - K&E - Partner | 41445-6 | Honolulu, HI | U.S. (Dollars) | $7.41 | $7.41 |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/21/2006 | Travel Meal | Travel Meal | Damian Capozzola - K&E - Partner | 41445-6 | Honolulu, HI | U.S. (Dollars) | $6.37 | $6.37 |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/21/2006 | Working Group Meal/K&E Only | Working Group Meal/K&E Only | Damian Capozzola - K&E - Partner<br>Samantha Benson - K&E - Secretary<br>Michael Baumann - K&E - Partner | 41445-6 | Honolulu, HI | U.S. (Dollars) | $71.27 | $71.27 |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/22/2006 | Travel Meal | Travel Meal | Damian Capozzola - K&E - Partner | 41445-6 | Honolulu, HI | U.S. (Dollars) | $9.05 | $9.05 |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/22/2006 | Working Group Meal/K&E Only | Working Group Meal/K&E Only | Damian Capozzola - K&E - Partner<br>Samantha Benson - K&E - Secretary<br>Michael Baumann - K&E - Partner | 41445-6 | Honolulu, HI | U.S. (Dollars) | $45.02 | $45.02 |

Post Confirmation Trust - Berry, Wayne

Expense Report - Hawaii Trip

| Date | Type | Description | | Litigation/Matter | Location | Currency | Amount | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/23/2006 | Travel Meal | Travel Meal | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $6.77 | $6.77 |
| | | Damian Capozzola - K&E - Partner | | | | | | |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/23/2006 | Travel Meal | Travel Meal | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $8.23 | $8.23 |
| | | Damian Capozzola - K&E - Partner | | | | | | |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/23/2006 | Travel Meal | Travel Meal | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $5.15 | $5.15 |
| | | Damian Capozzola - K&E - Partner | | | | | | |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/24/2006 | Travel Meal | Travel Meal | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $11.62 | $11.62 |
| | | Damian Capozzola - K&E - Partner | | | | | | |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/24/2006 | Travel Meal | Travel Meal | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $6.76 | $6.76 |
| | | Damian Capozzola - K&E - Partner | | | | | | |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/24/2006 | Travel Meal | Travel Meal | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $7.27 | $7.27 |
| | | Damian Capozzola - K&E - Partner | | | | | | |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/25/2006 | Travel Meal | Travel Meal | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $5.00 | $5.00 |
| | | Damian Capozzola - K&E - Partner | | | | | | |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/26/2006 | Travel Meal | Travel Meal | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $5.20 | $5.20 |
| | | Damian Capozzola - K&E - Partner | | | | | | |
| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/26/2006 | Working Group Meal/K&E & Others | Working Group Meal/K&E & Others | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $70.45 | $70.45 |
| | | Damian Capozzola - K&E - Partner Olivia Samad - K&E - Associate Michael Baumann - K&E - Partner Lex Smith - KSG firm - Attorney | | | | | | |

Expense Report - Hawaii Trip

Lyle Hosoda - Hosoda firm - Attorney
Tom Yee - KSG firm - Attorney
Raina Mead - Hosoda firm - Attorney

| Date | Type | Description | Matter | Location | Currency | Amount | Amount |
|---|---|---|---|---|---|---|---|
| 2/28/2006 | Travel Meal | Travel Meal<br><br>Damian Capozzola - K&E - Partner | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Honolulu, HI | U.S. (Dollars) | $9.17 | $9.17 |
| 3/3/2006 | Travel Meal | Travel Meal<br><br>Damian Capozzola - K&E - Partner | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Honolulu, HI | U.S. (Dollars) | $6.77 | $6.77 |
| 2/16/2006 | Internet Access | Trial | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | | U.S. (Dollars) | $20.55 | $20.55 |
| 2/27/2006 | Internet Access | Trial | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | | U.S. (Dollars) | $19.95 | $19.95 |
| 2/16/2006 | cabfare | cabfare | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Honolulu, HI | U.S. (Dollars) | $30.00 | $30.00 |
| 2/17/2006 | cabfare | cabfare | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Honolulu, HI | U.S. (Dollars) | $35.00 | $35.00 |
| 2/17/2006 | cabfare | cabfare | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Honolulu, HI | U.S. (Dollars) | $17.00 | $17.00 |
| 2/17/2006 | cabfare | cabfare | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Honolulu, HI | U.S. (Dollars) | $17.00 | $17.00 |
| 2/20/2006 | cabfare | cabfare | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Honolulu, HI | U.S. (Dollars) | $17.00 | $17.00 |
| 2/20/2006 | cabfare | cabfare | Post Confirmation Trust - Berry, Wayne Litigation<br>41445-6 | Honolulu, HI | U.S. (Dollars) | $7.00 | $7.00 |

Post Confirmation Trust - Berry, Wayne Litigation

Expense Report - Hawaii Trip

| Date | | | | Location | Currency | | |
|------|---|---|---|---|---|---|---|
| 2/20/2006 | cabfare | cabfare | 41445-6 | Honolulu, HI | U.S. (Dollars) | $15.00 | $15.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/21/2006 | cabfare | cabfare | 41445-6 | Honolulu, HI | U.S. (Dollars) | $17.00 | $17.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/21/2006 | cabfare | cabfare | 41445-6 | Honolulu, HI | U.S. (Dollars) | $17.00 | $17.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/22/2006 | cabfare | cabfare | 41445-6 | Honolulu, HI | U.S. (Dollars) | $17.00 | $17.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/22/2006 | cabfare | cabfare | 41445-6 | Honolulu, HI | U.S. (Dollars) | $15.00 | $15.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/23/2006 | cabfare | cabfare | 41445-6 | Honolulu, HI | U.S. (Dollars) | $22.00 | $22.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 3/3/2006 | cabfare | cabfare | 41445-6 | Honolulu, HI | U.S. (Dollars) | $30.00 | $30.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 3/4/2006 | cabfare | cabfare | 41445-6 | Los Angeles, CA | U.S. (Dollars) | $25.00 | $25.00 |

Attach required receipts and file according to Accounting Instructions for your location.

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.





**United Airlines**
**<United-Airlines@tmr3.com>**

02/23/2006 04:26 PM

**To** DCAPOZZOLA@KIRKLAND.COM

**cc**

**bcc**

**Subject** Your E-mail Confirmation from United





Please do not respond to this e-mail.

If you have questions about your reservation, please contact United reservations at 1-800-UNITED-1 within the United States, or your local international reservations office listed below.

# Service Charge Receipt

Thank you for choosing United!

Per your request a change has been made to your itinerary and the below applicable service charge has been charged to your credit card account.

Service charges are non refundable.

| Reservation No: | M8VF8A | Issued: | FEBRUARY 23 2006 |
|---|---|---|---|
| Number in Party: | 1 | Receipt Requested: | FEBRUARY 23 2006 |
| Name: | CAPOZZOLA/DAMIAN | SST No: | 0164066997268 |

## HONOLULU to LOS ANGELES                                     FRI 3 MAR

| Flight | Departs | Arrives | Class | Seat |
|---|---|---|---|---|
| **✈UNITED** 86 | HONOLULU FRI 3 MAR 10:40P Terminal M | LOS ANGELES SAT 4 MAR 5:46A Terminal 7 | UNITED ECONOMY® | 9F |

| MP Miles | Meals Served | Equip | Inflight Services |
|----------|--------------|-------|-------------------|
| 2556 | | 757 | MOVIE |
| | | | NON-SMOKING |

| | Per Passenger | Total |
|---|---|---|
| Service Charge | USD 100.00 | USD 100.00 |
| Form of Payment: | BAXXXXXXXXXXXX0128 | |

If you would prefer not to receive further messages from this sender, please click on the following Internet link and confirm your request:

Click here for www link

You will receive one additional e-mail message confirming your removal.



**Sheraton Waikiki**
RESORT
WAIKĪKĪ BEACH

Sheraton Waikiki Hotel
2255 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808-922-4422 Fax: 808-923-8785

| GUEST | | | | | | TRAVEL AGENT | |
|---|---|---|---|---|---|---|---|
| | Mr Damian/renee Capozzola | ROOM | 2021 | | | CHARGE TO | |
| | American Bar Association/gp | RATE | | | | | |
| | 714 11th Street | NO. PERS. | 2 | | | | Starwood Preferred Guest |
| | Hermosa Beac, CA 90254 | FOLIO | 4585703 | A | | | Reimbursement Department |
| | | PAGE | 1 | | | | 1705 Center Creek0Drive |
| | Vch/Bkg # 71428346 | ARRIVE | 16-FEB-06 | 01:02 | | | Austin, TX 78754 |
| | | DEPART | 20-FEB-06 | | | | |
| | | PAYMENT | American | | | | |

| DATE | REFERENCE | | DESCRIPTION | DEBIT/CREDIT |
|---|---|---|---|---|
| 16-FEB-06 | 1 | 1 | HSIA Tax | 0.16 |
| 17-FEB-06 | 314510020 | 1 | Room Service | 8.29 |
| 17-FEB-06 | 165A | | 888-625-4990 0017 08:56 | 1.00 |
| 17-FEB-06 | 177A | | 800-742-3333 0014 09:14 | 1.00 |
| 18-FEB-06 | 1 | 2 | High Speed Internet Access | 3.95 |
| 18-FEB-06 | 1 | 2 | HSIA Tax | 0.16 |
| 18-FEB-06 | 1 | 3 | High Speed Internet Access | 3.95 |
| 18-FEB-06 | 1 | 3 | HSIA Tax | 0.16 |
| 19-FEB-06 | 1 | 1 | High Speed Internet Access | 3.95 |
| 19-FEB-06 | 1 | 1 | HSIA Tax | 0.16 |
| 19-FEB-06 | 2021 | | Round Table Pizza | 34.47 |
| 19-FEB-06 | 141A | | 239-5579 0001 12:54 | 1.00 |
| 19-FEB-06 | 145A | | 239-5579 0001 12:58 | 1.00 |
| 19-FEB-06 | 147A | | 262-2555 0002 13:00 | 1.00 |
| 19-FEB-06 | 152A | | 356-1800 0002 13:11 | 1.00 |
| 19-FEB-06 | 160A | | 800-505-8956 0001 13:19 | 1.00 |
| 19-FEB-06 | 1 | 2 | High Speed Internet Access | 3.95 |
| 19-FEB-06 | 1 | 2 | HSIA Tax | 0.16 |
| 19-FEB-06 | 174A | | 239-5579 0001 13:57 | 1.00 |
| 19-FEB-06 | 177A | | 779-0452 0002 13:59 | 1.00 |
| 19-FEB-06 | 179A | | 800-505-8956 0001 14:07 | 1.00 |
| 19-FEB-06 | 302704390 | 3 | Wine & Spirits | 8.22 |
| 19-FEB-06 | 1 | 3 | High Speed Internet Access | 3.95 |
| 19-FEB-06 | 1 | 3 | HSIA Tax | 0.16 |
| 19-FEB-06 | SS73 | | On Command | 13.53 |
| 20-FEB-06 | 093A | | 800-746-3743 0001 08:51 | 1.00 |
| 20-FEB-06 | 150A | | 888-546-7487 0001 10:23 | 1.00 |
| 20-FEB-06 | AX | | American Express | 101.17- |

***For Authorization Purposes Only***
xxxx32001
Auth Date    Code    Authorized
** continued on the next page **

$4.11 x5=

$20.55

Mr Damian/renee Capozzola       ROOM       DEPART       AGENT
FOLIO    4585703    16-FEB-06        2021

SIGNATURE

I AGREE TO REMAIN PERSONALLY LIABLE FOR THE PAYMENT OF THIS ACCOUNT IF THE CORPORATION OR OTHER THIRD PARTY BILLED, FAILS TO PAY ALL OR PART OF THESE CHARGES

SHERATON ACTS AS AGENT FOR STARWOOD HOTELS & RESORTS LP. DBA SHERATON WAIKIKI





**Sheraton Waikiki**
RESORT
WAIKĪKĪ BEACH

Sheraton Waikiki Hotel
2255 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808-922-4422 Fax: 808-923-8785

| | | |
|---|---|---|
| **G U E S T** | Mr Damian/renee Capozzola<br>American Bar Association/gp<br>714 11th Street<br>Hermosa Beac, CA 90254<br><br>Vch/Bkg # 71428346 | ROOM 2021<br>RATE<br>NO. PERS. 2<br>FOLIO 4585703   A<br>PAGE<br>ARRIVE 16-FEB-06  01:02<br>DEPART 20-FEB-06<br>PAYMENT AX |

**T R A V E L   A G E N T   C H A R G E**
Starwood Preferred Guest
Reimbursement Department
1705 Center Creek Drive
Austin, TX 78754

| DATE | REFERENCE | DESCRIPTION | DEBIT/CREDIT |
|---|---|---|---|
| 16-FEB-06 | 117853 | 10.00 | |
| 17-FEB-06 | 148897 | 10.00 | |
| 18-FEB-06 | 182726 | 10.00 | |
| 19-FEB-06 | 123724 | 59.17 | |
| | | Total Charges | 101.17 |
| | | Total Credits | 101.17- |
| | | Balance Due | 0.00 |





Mr Damian/renee Capozzola        ROOM   DEPART      AGENT
FOLIO  4585703  16-FEB-06         2021

I AGREE TO REMAIN PERSONALLY LIABLE FOR THE PAYMENT OF THIS ACCOUNT IF
THE CORPORATION, OR OTHER THIRD PARTY BILLED, FAILS TO PAY ALL OR PART OF
THESE CHARGES.

SIGNATURE

SHERATON ACTS AS AGENT FOR KYO-YA HOTELS & RESORTS LP, DBA SHERATON WAIKIKI



**Sheraton Waikiki**
RESORT
WAIKĪKĪ BEACH

Sheraton Waikiki Hotel
2255 Kalakaua Avenue
Honolulu, HI 96815
Tel: 808-922-4422 Fax: 808-923-8785

G
U
E
S
T

Mr Damian Capozzola

77 15th St. #3
Hermosa Beac, CA 90254

Vch/Bkg #

| | | |
|---|---|---|
| ROOM | 2021 | |
| RATE | 320.00 | |
| NO. PERS. | 1 | |
| FOLIO | 4589168 | A |
| PAGE | 1 | |
| ARRIVE | 20-FEB-06 | 10:53 |
| DEPART | 23-FEB-06 | |
| PAYMENT | AX | |

T R A V E L   A G E N T

C H A R G E   T O

| DATE | REFERENCE | | DESCRIPTION | DEBIT/CREDIT |
|---|---|---|---|---|
| 20-FEB-06 | RT2021 | | General Excise Tax-4.16% | 13.31 |
| 20-FEB-06 | RT2021 | | Occupancy Tax-7.25% | 23.20 |
| 21-FEB-06 | RT2021 | | Room          RACK | 320.00 |
| 21-FEB-06 | RT2021 | | General Excise Tax-4.16% | 13.31 |
| 21-FEB-06 | RT2021 | | Occupancy Tax-7.25% | 23.20 |
| 22-FEB-06 | 1 | 1 | High Speed Internet Access | 3.95 |
| 22-FEB-06 | 1 | 1 | HSIA Tax | 0.16 |
| 22-FEB-06 | RT2021 | | Room          RACK | 320.00 |
| 22-FEB-06 | RT2021 | | General Excise Tax-4.16% | 13.31 |
| 22-FEB-06 | RT2021 | | Occupancy Tax-7.25% | 23.20 |
| 22-FEB-06 | 302858680 | 1 | Wine & Spirits | 8.70 |
| 23-FEB-06 | AX | | American Express | 1086.59- |

***For Authorization Purposes Only***
xxxx32019

| Auth Date | Code | Authorized |
|---|---|---|
| 20-FEB-06 | 588203 | 1152.00 |

Total Charges       1082.34
Total Credits       1086.59-
Balance Due            4.25-

+Webe 4.25



As a Starwood Preferred Guest you have earned at least 2897
Starpoints for this visit G50444480596.

Mr Damian Capozzola        ROOM    DEPART      AGENT
FOLIO  4589168  20-FEB-06   2021

I AGREE TO REMAIN PERSONALLY LIABLE FOR THE PAYMENT OF THIS ACCOUNT IF
THE CORPORATION, OR OTHER THIRD PARTY BILLED, FAILS TO PAY ALL OR PART OF
THESE CHARGES.



SIGNATURE

SHERATON ACTS AS AGENT FOR KYO-YA HOTELS & RESORTS LP. DBA SHERATON WAIKIKI





## HAWAII

www.resortquesthawaii.com

EXECUTIVE CENTRE HOTEL
WWW.RQEXECUTIVECENTRE.COM
1088 BISHOP STREET
HONOLULU                    HI    96813
8085393000

Email: info@resortquesthawaii.com

**MR DAMIAN CAPOZZOLA**
714 11TH ST

HERMOSA BEACH  CA  90254  US

| | |
|---|---|
| Statement Date | Package Plan    1 |
| 03-03-06 | |
| Folio Number | |
| 5527Q | 00000607.00 |
| Status/Room No. | |
| CO    1509 | DYY |

| Transaction Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 02-23-06 | R#2201 | ROOM CHARGE | 154.00 | |
| 02-23-06 | TX2201 | ROOM TAX | 11.17 | |
| 02-23-06 | TE2201 | GEN EXCISE TAX - ROOM | 6.42 | |
| 02-24-06 | R#2201 | ROOM CHARGE | 154.00 | |
| 02-24-06 | TX2201 | ROOM TAX | 11.17 | |
| 02-24-06 | TE2201 | GEN EXCISE TAX - ROOM | 6.42 | |
| 02-25-06 | R#1509 | ROOM CHARGE | 154.00 | |
| 02-25-06 | TX1509 | ROOM TAX | 11.17 | |
| 02-25-06 | TE1509 | GEN EXCISE TAX - ROOM | 6.42 | |
| 02-26-06 | IFDYY | IN ROOM FOOD & BEVERAGE | 1.25 | |
| 02-26-06 | TIDYY | GE TAX - F&B IN ROOM | .05 | |
| 02-26-06 | R#1509 | ROOM CHARGE | 154.00 | |
| 02-26-06 | TX1509 | ROOM TAX | 11.17 | |
| 02-26-06 | TE1509 | GEN EXCISE TAX - ROOM | 6.42 | |
| 02-27-06 | IFEDL | IN ROOM FOOD & BEVERAGE | 5.85 | |
| 02-27-06 | TIEDL | GE TAX - F&B IN ROOM | .24 | |
| 02-27-06 | R#1509 | ROOM CHARGE | 154.00 | |
| 02-27-06 | TX1509 | ROOM TAX | 11.17 | |
| 02-27-06 | TE1509 | GEN EXCISE TAX - ROOM | 6.42 | |
| 02-28-06 | IFDYY | IN ROOM FOOD & BEVERAGE | 4.65 | |
| 02-28-06 | TIDYY | GE TAX - F&B IN ROOM | .19 | |
| 02-28-06 | R#1509 | ROOM CHARGE | 154.00 | |
| 02-28-06 | TX1509 | ROOM TAX | 11.17 | |
| 02-28-06 | TE1509 | GEN EXCISE TAX - ROOM | 6.42 | |

CONTINUED ON PAGE  2

**FOR RESERVATIONS INFORMATION, PLEASE CALL TOLL FREE: (866) 774-2924**
**WEBSITE:  http://www.resortquesthawaii.com**

**BALANCE DUE**

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company
or association fails to pay for any or the full amount of these charges.  I also agree that all charges contained in this account are correct
and any disputes or request of copies of charges must be made within five days after my departure.

SIGNATURE X

ResortQuest Hawaii, LLC, 2155 Kalakaua Ave., 5th Floor, Honolulu, HI 96815-2398



# RESORTQUEST.

## HAWAII

www.resortquesthawaii.com

EXECUTIVE CENTRE HOTEL
WWW.RQEXECUTIVECENTRE.COM
1088 BISHOP STREET
HONOLULU            HI    96813
8085393000

Email: info@resortquesthawaii.com

MR DAMIAN CAPOZZOLA
714 11TH ST

HERMOSA BEACH  CA  90254  US

| | | |
|---|---|---|
| Statement Date | Package Plan | 2 |
| 03-03-06 | | |
| Folio Number | | |
| 5527Q | 00000607.00 | |
| Status/Room No. | | |
| CO    1509 | DYY | |

| Transaction Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 03-01-06 | IFCKU | IN ROOM FOOD & BEVERAGE | 3.35 | |
| 03-01-06 | TICKU | GE TAX - F&B IN ROOM | .14 | |
| 03-01-06 | R#1509 | ROOM CHARGE | 154.00 | |
| 03-01-06 | TX1509 | ROOM TAX | 11.17 | |
| 03-01-06 | TE1509 | GEN EXCISE TAX - ROOM | 6.42 | |
| 03-02-06 | IFDYY | IN ROOM FOOD & BEVERAGE | 1.25 | |
| 03-02-06 | TIDYY | GE TAX - F&B IN ROOM | .05 | |
| 03-02-06 | R#1509 | ROOM CHARGE | 154.00 | |
| 03-02-06 | TX1509 | ROOM TAX | 11.17 | |
| 03-02-06 | TE1509 | GEN EXCISE TAX - ROOM | 6.42 | |
| 03-03-06 | VI1551 | XXXXXXXXXXX2790 | | 1389.74 |
| | | VISA - PRIOR SALE | | |
| | | Auth:024643Ref:00021980 | | |
| | | Merch#:67272220013 | | |

MAHALO FOR SELECTING RESORTQUEST HAWAII (FORMERLY ASTON HAWAII).

**FOR RESERVATIONS INFORMATION, PLEASE CALL TOLL FREE: (866) 774-2924**
**WEBSITE: http://www.resortquesthawaii.com**

**BALANCE DUE**

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any or the full amount of these charges. I also agree that all charges contained in this account are correct and any disputes or request of copies of charges must be made within five days after my departure.

**.00**

SIGNATURE X

ResortQuest Hawaii, LLC, 2155 Kalakaua Ave., 5th Floor, Honolulu, HI 96815-2398

**A & A TRANSPORTATION**
Fast Dependable Service

310-545-3040
*Advanced Reservations Welcome*    Cab + A-

Date: 2/16/06    Amount: $30

PLEASE PRINT

Taxi Co.: Roberts

Co. Phone: _____

Operator: _____

Control #: _____   Cab #: _____

---

**TAXICAB  FARE  RECEIPT**

Date: 2-17-06   Time: _____ AM PM

Pick Up: Airport

Drop Off: Sheraton

| FARE | $ | _____ |
| BAGGAGE | $ | _____ |
| TIP./ | $ | _____ |
| TOTAL | $ | 35.00 |

Operator's Signature: MAHALO, _____

If you have any unresolved complaint,
please call 733-2530.

---

HMSHost
La Salsa T7
Los Angeles Int'l Airport

8 57 Edith Munoz

CK 7480  FEB16 '06  6:22PM  GST 1

| 1 FAJITA TACO | 8.49 |
|   SALSA MEXICANA | |
| 1 CHKN GRMT BURITO | 7.99 |
|   SALSA MEXICANA | |
| 1 REG 32oz SODA FT | 2.69 |

Subtotal        19.17
Tax              1.58
Amt Paid        20.75
XXXXXXXXXXXX0128    XX/XX
VISA      AO 4*    20.75

Your order number is: 7480

---

The**CAB**                Taxi Fare Receipt
738 Kaheka Street, Suite 201
Honolulu, Hawaii 96814
Ph: (808) 943-0000

Date: 2/17/06        Time: _____

From: Hotel

To: Office

Fare: $17        Tip: _____

Total: _____

For Taxi control, please call 733-2542.

---

**Taxi Fare Receipt**

Date: 2/17/06        Time: _____

From: Office

To: Cab

Fare: $17        Tip: _____

Total: _____

For Taxi Control, please call 733-2542.

## Taxi Fare Receipt

Date: 2/20          Time: _____

From: Hotel _____

To: MZ _____

Fare: $17          Tip: _____

Total: _____

For Taxi Control, please call 733-2542.

## Taxi Fare Receipt

Date: 2/20/06          Time: _____

From: Hotel _____

To: restaurant dinner _____

Fare: $7          Tip: _____

Total: _____

For Taxi Control, please call 733-2542.

# TheCAB

**Hawaii's Largest Island Wide Fleet**
**24-Hour Dispatch Service/Fast & Friendly**

# 422-2222

Driver: _____     Cab # 535

Signature Cab Holdings, Inc.

---

```
       TIKI'S GRILL & BAR
          Restaurant
      CREDIT CARD VOUCHER
--------------------------------
CHECK:        2856
TABLE:        2227
SERVER:       154 Matthew
DATE:         FEB20'06  6:40PM
CARD TYPE:    Visa
ACCT #:       XXXXXXXXXXXX2790
EXP DATE:     XX/XX
AUTH CODE:    036740
RESEARCH:     000000000000
        DAMIAN D CAPOZZOLA

SUBTOTAL:          38.39

Gratuity: $_____  8

Total     $_____  46.39

Signature:
*********************************
Please Retain The Unsigned Copy
       For Your Records.
*********************************
```

---

```
    2255 Kalakaua Avenue
     Honolulu, HI 96815
        808-922-4422


RI R              3027808
                  Table 870
02/20/06 7:54 PM  Guests
Gest Num:  1             W &

  PWERD FRT PNCH    2.50
  PWERD MTN BLST    2.50
  NV-OAT GRANOLA    2.00
                  ------------
         SubTotal    7.00
         Taxes...    0.29
         HI Dep Fee  0.12

    Please pay this amount
    Total 7.41
```

---

```
      Hooters of Honolulu
      101 Ala Moana Blvd
        Honolulu, Hi

er: Nakia          02/20/200
a 33/1             12:59
ts: 1                  300

on Brisk Lemonade      2.4
ered Chicken Sand      8.

ete Subtotal          11.

Total                 11.
                       0.

    Balance Due       11.8
Thank you for visiting us.
```
+tip
$15

## Taxi Fare Receipt

Date: 2/21/0C    Time: _____

From: Ktu

To: Mz

Fare: _____    Tip: _____

Total: _____    $17

For Taxi Control, please call 733-2542.

## Taxi Fare Receipt

Date: 2/21/06    Time: _____

From: Mz

To: Ktu

Fare: $17    Tip: _____

Total: _____

For Taxi Control, please call 733-2542.

---

**Wine&Spirits**
Sheraton
2255 Kalakaua Avenue
Honolulu, HI 96815
808-922-4422

                    30280591
NIE K           Table 8702
02/21/06 9:44 AM    Guests    0
Num:  1                   W & S

N-OAT GRANOLA       1.00
WERD LEMN LME       2.50
WERD FRT PNCH       2.50
---------------------------
            SubTotal    6.00
            Taxes...    0.25
        HI Dep Fee      0.12

            Please pay this amount



PALOMINO
66 QUEEN ST MEZZANI
HONOLULU, HI 96813
TERMINAL #1

S-A-L-E-S  D-R-A-F-T
BATCH: 229            212160515994
    SERVER: 21

DATE:  FEB 21, 06 21:02:39
REF #:  9001
CD TYPE: VISA
TR TYPE: PURCHASE

AMOUNT              $59.27

TIP                 12—

TOTAL               71.27

ACCT:       2790      EXP: **/**
AP:  070027
NAME: DAMIAN D CAPOZZOLA

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

THANKS FOR USING VISA

X _____

TOP COPY-MERCHANT  BOTTOM COPY-CUSTOMER

**BLIMPIE**
SUBS & SALADS
BISHOP SQUARE
PHONE(808)525-7827

DATE 02/22/2006 WED   TIME 12:47

12" CLUB T1          $6.99
12" EXTRA CHEESE T1  $0.70
REFILL T1            $1.00
TAXI                 $0.36
TOTAL                $9.05
CASH                $20.00
CHANGE              $10.95
CLERK 1      021714  81805

**The CAB**
738 Kaheka Street, Suite 201
Honolulu, Hawaii 96814
Ph: (808) 943-0000

Taxi Fare Receipt

Date: 2/22/06          Time: _____

From: Htl

To: Ofc

Fare: _____          Tip: _____

Total: _____ $17

For Taxi Control, please call 733-2542

---

**The CAB**
738 Kaheka Street, Suite 201
Honolulu, Hawaii 96814
Ph: (808) 943-0000

Taxi Fare Receipt

Date: _____          Time: 2/22/06

From: KING & BISHOP STREET

To: WAIKIKI

Fare: $15.00          Tip: _____

Total: _____

For Taxi control, please call 733-2542

---

CAFE ONE PASTA
1001 BISHOP STREET STE 108
HONOLULU, HAWAII 96813
(808) 524-0004
#200068882

**Sale**

Server: 161
ID: 68882320      Ref #:   0002
02/22/06          17:55:05
Batch #: 787

VISA
2790

Appr Code: 034780   Inv#: 000026

Amount:          $ 38.02

Tip:                   7

Total:          45.02

---

Jamba Juice
130 Merchant St.
Honolulu, HI 96813
(808) 585-8359

Shayne                    DOB: 02/23/200
                          02/23/200
                          3/3006

                          314578
XXXXXXXXXX2001          Exp:120
c card present: CAPOZZOLA DD
527587

Amount:          6.7

RE :                    + oth

Jamba Juice Copy        breakfast
                        no
                        receipt

$8.23
no receipt              htl

                        $15

2/23/06  Lunch
$5.15 no receipt

---

**Taxi Receipt**

Date 2/23/06  Time _____  Cab No. _____

From Sheraton  To Downtown hotel/boys

Fare $22  Lugg _____  Tip _____

Total _____  Driver _____

**Thank you call again**

**BLIMPIE**
**SUBS & SALADS**
BISHOP SQUARE
PHONE(808)525-7827

02-24-06

2   09:24
002  7804

05   -3.59  I
05   -1.75  I
07   -0.95  I
05   -0.50  I
07   -1.29  I
07   -2.29  I
07   -0.79  I
     -11.16 TA I
     -0.46 TX I

     -11.62  TL
     -12.00 MA TD
     -0.38  CG

DATE 02/24/2006 FRI   TIME 12:21

12'' TURKEY T1        $6.49
TAX1                  $0.27
TOTAL                 $6.76
CASH                 $22.00
CHANGE               $15.24
CLERK 1     021544    81805

2/25/06

$5
Snacks

**JACK IN THE BOX.**

CARRY OUT   # 224

Tel(808) 523-9884       JIB# 8227
02/26/06              09:42:25 AM
                      Emp    janean

1 Asian Chx Sld        4.99
        SubTotal       4.99
        Tax            0.21

        Total          5.20
        CASH          21.00

        Change        15.80

Thank you for your visit
213124

#5.
Snacks -
no receipt

---

CARRY OUT   # 218

523-9884              JIB# 8227
                      06:36:40 PM
                      Emp    janean

kn Pita                3.59
kn Fajita              3.39
        SubTotal       6.98
        Tax            0.29

        Total          7.27
        CASH           8.00

        Change         0.73

Thank you for your visit
210916

2/27/06

PC
Anywhere
$19.95

Jamba Juice
130 Merchant St.
Honolulu, HI 96813
(808) 585-8359

Server: Ponai             DOB: 02/28/2006
AM                        02/28/2006
ORDER/1                   1/10002

                          1048577
#XXXXXXXXXXXX2790         Exp:0807
Credit card present: CAPOZZOLA  DAMIAN D
Approval: 059598

                Amount:        9.17

SIGNATURE : _____

Customer Copy

580?

*Lunch for team*
*Bauman Coppa Scared*
*Smith*
*Yee*
*Hossain*
*Meal # 1*
*D*

```
[[ CUT & WRAP ]]
[ CUSTOMER RECEIPT ]

Hawaii Pizza Hut
      Liliha
  516 N Kuakini St
     643-1111


  DELIVERY #19


  *** NEW CUSTOMER ***
02-26-2006        TAKEN: 1:28 PM

TEL: 535-5641
Name: Brenda
Addr: 999 Bishop St
26 Flr (Honolulu)
Map: D7

    - - - - - - - -

1 LRG THIN Cheese Pizza    18.99
1 LRG THIN Pep Mus         21.79
1 LRG THIN Supreme         22.99
1 LRG THIN Veg Lov         22.99
1 L Spec $3.00            -14.79
1 L Spec $3.00            -19.99

     SUB TOTAL            51.98
     DELIVERY CHARGE       1.25
     SALES TAX             2.22
     TOTAL               55.45
(VISA)
    - - - - - - - -       +15

Note:                     70.45
Business: Kobayahsi, Sugita, and Gota
KRH :)

Auth code: 027222
VISA Act: XXXXXXXXXXXX2790  Expiry: 040
7
  Operator:
  Order #: 19
```

## Taxi Fare Receipt

Date: 3/3/06 _____ Time: _____

From: Dinner — Office - Airport _____

To: _____

Fare: $30 _____ Tip: _____

Total: _____

For Taxi Control, please call 733-2542.

Cab# _____ Date 3/4/06 Acct# _____

Meter _____ Other _____ Total 25

From _____ Uan → Kane

To _____

Passenger _____

Driver _____

Signature _____

L.A. Checker Cab Co. 11003 Hawthorne Blvd. Lennox, CA 90304

```
             Jamba Juice
           130 Merchant St.
          Honolulu, HI 96813
            (808) 585-8359

Host: Priscilla              03/03/2006
DAMIEN                        7:03 AM
                                20013

Mighty Cherry Charger Org        4.55
  Boost Immunity
Honey Berry Bran                 1.95

Sub Total                        6.50
Tax                              0.27

To Go Total                      6.77

Cash                             7.00

           Thanks For Choosing
            Jamba Juice!!
```



2 8 E 4 7 7 F 9 3 8 7 7 4 4 6 9 8 D 4 9

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox. Password is expense.

**Expense Report:**  Hawaii Trip
**Business Purpose:**  Berry Trial

**Employee Name:**  Damian D. Capozzola
**Employee ID:**  1292

**Date Filed:**  3/10/2006
**Report Total:**  $1,036.67
**Firm Paid:**  $0.00
**Amount Due Employee:**  $1,036.67

Signature

Date  3/13/06

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|------|---------|-------------|---------|------|---------|-------------------|----------------|
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 3/6/2006 | Airfare | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $674.23 | $674.23 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 3/6/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $188.29 | $188.29 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 3/6/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $188.29 | $188.29 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 3/6/2006 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HI | U.S. (Dollars) | $17.21 | $17.21 |
| | | Damian Capozzola - K&E - Partner | | | | | |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 3/6/2006 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HI | U.S. (Dollars) | $24.90 | $24.90 |
| | | Damian Capozzola - K&E - Partner | | | | | |

| Date | Type | Description | | Matter | Location | Currency | Amount | Total |
|---|---|---|---|---|---|---|---|---|
| 3/7/2006 | Travel Meal | Travel Meal | | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $7.29 | $7.29 |
| | | Damian Capozzola - K&E - Partner | | | | | | |
| 3/7/2006 | Travel Meal | Travel Meal | | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $4.75 | $4.75 |
| | | Damian Capozzola - K&E - Partner | | | | | | |
| 3/6/2006 | cabfare | cabfare | | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Los Angeles, CA | U.S. (Dollars) | $45.00 | $45.00 |
| 3/6/2006 | cabfare | cabfare | | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $25.00 | $25.00 |
| 3/7/2006 | cabfare | cabfare | | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $25.00 | $25.00 |
| 3/7/2006 | cabfare | cabfare | | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $25.00 | $25.00 |

**Attach required receipts and file according to Accounting Instructions for your location.**

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.

 **"Lucy Corona"**
**<lcorona@besttravel.com>**
02/27/2006 03:45 PM

To  <dsilva@kirkland.com>

cc

bcc

Subject  5Mar Capozzola/D E ticket confirmation

```
60 BIESTERFIELD ROAD                    DIMK4
ELK GROVE VILLAGE IL 60007 866-575-8785  7730    FEB 27 2006ITIN
HTTP://TRAVEL.KIRKLAND.COM                       PAGE: 01

              VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM
CAPOZZOLA/DAMIAN D                       APOLLO RES NBR: ZSBV0M

KIRKLAND AND ELLIS LLP              DAMIAN CAPOZZOLA
200 EAST RANDOLPH                   777 SOUTH FIGUEROA STREET
CHICAGO IL  60601                   LOS ANGELES CA 90017

05 MAR 06 - SUNDAY
HAWAIIAN      9 COACH CLASS                         CONFIRMED
 DEPART TERMINAL- 2
 LV: LOS ANGELES       450P NONSTOP     BOEING 767-300
 AR: HONOLULU          840P
 ARRIVAL TERMINAL- INTER-ISLAND
                            DINNER               MILES 2556
 SEAT ASSIGNMENT AT AIRPORT CHECK IN ONLY

ASTON HOTEL            02 NT/S - OUT 07MAR         CONFIRMED
RQ EXECUTIVE CENTRE    1 ROOM/S            GUARANTEE-DEPOSIT
1088 BISHOP STREET     RATE-     169.00   GUARANTEED
HONOLULU HI 96813      PHONE-808 539-3000
FAX-808 523-1088

                      NAME-CAPOZZOLA DAMIAN D
                      CONFIRMATION-AH0011076781
CANCELLATION POLICY:CANCEL 3 DAYS PRIOR TO ARRIVAL
SEAT ASSIGNMENT AT AIRPORT CHECK IN ONLY

07 MAR 06 - TUESDAY
HAWAIIAN      4 COACH CLASS                         CONFIRMED
 DEPART TERMINAL- INTER-ISLAND
 LV: HONOLULU          1125P NONSTOP    BOEING 767-300
 AR: LOS ANGELES       630A    ARRIVAL DATE-08 MAR
 ARRIVAL TERMINAL- 2
                            SNACK                MILES 2556

COMPARED TO THE FULL FARE THIS REPRESENTS A SAVINGS OF $    761.77
FOR 24HR SERVICE SIMPLY CALL 866-KRK-TRVL
HAWAIIAN AIRLINES RECORD LOCATOR: DLZHCX
IF ITINERARY IS INCORRECT  PLEASE CALL WITH-IN 24HOURS
$45 SERVICE FEE TICKET NUMBER 9525341515
*** HA TICKET: 1731548007974  PRICE: $479.23
FREQUENT FLYER INFORMATION MUST BE PRESENTED AT CHECK-IN
NON-REFUNDABLE TICKET IS VALID TO EXCHANGE FOR 1YR IF CANCELLED PRIOR
TO FLIGHT TIME/DATE FOR A FEE UP TO $125 AND CURRENT FARE DIFFERENCE
*********************ELECTRONIC TICKET*************************
PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN
THANK YOU FOR USING BEST TRAVEL
```

```
60 BIESTERFIELD ROAD                      DIMK4
ELK GROVE VILLAGE IL 60007 866-575-8785   7730      FEB 27 2006ITIN
HTTP://TRAVEL.KIRKLAND.COM                           PAGE: 02

             VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM
CAPOZZOLA/DAMIAN D                      APOLLO RES NBR: ZSBV0M

KIRKLAND AND ELLIS LLP          DAMIAN CAPOZZOLA
200 EAST RANDOLPH               777 SOUTH FIGUEROA STREET
CHICAGO IL   60601              LOS ANGELES CA 90017


 AIR TRANSPORTATION      445.40  TAX      33.83  TTL      479.23
                                 SERVICE FEE              45.00
                                 SUB TOTAL               524.23
                                 CREDIT CARD PAYMENT     524.23-
                                 AMOUNT DUE                0.00
```

"michele"
<mkcampbell@besttravel.com
>

03/03/2006 04:52 PM

To <dcapozzola@kirkland.com>

cc <dsilva@kirkland.com>

bcc

Subject ETKT EXCHANGE CONFIRMED FOR 6MAR

Mr. Capozzola,
Just wanted you to know after further searching the rules the change fee
ended up being $125.00 instead of the $75.00 I first quoted you. Sorry about
that. Hope that does not cause a problem.

Mickie

```
  60 BIESTERFIELD ROAD                        DIMK4
  ELK GROVE VILLAGE IL 60007 847-981-0080     7730      MAR 03 2006ITIN
  WWW.BESTTRAVEL.COM                                    PAGE:01

                    VIEW YOUR TRIP ONLINE AT HTTP://WWW.VIEWTRIP.COM
  CAPOZZOLA/DAMIAN D                          APOLLO RES NBR: ZSBV0M

  KIRKLAND AND ELLIS LLP                      DAMIAN CAPOZZOLA
  200 EAST RANDOLPH                           777 SOUTH FIGUEROA STREET
  CHICAGO IL   60601                          LOS ANGELES CA 90017

  PLEASE REVIEW FOR ACCURACY. CALL WITHIN 1 BUSINESS DAY IF INCORRECT.
  06 MAR 06 - MONDAY
  HAWAIIAN       9 COACH CLASS                                  CONFIRMED
    DEPART TERMINAL- 2
    LV: LOS ANGELES      450P NONSTOP     BOEING 767-300
    AR: HONOLULU         840P
    ARRIVAL TERMINAL- INTER-ISLAND
                                DINNER                     MILES 2556
    AIRPORT CK-IN/WE WILL CONTINUE TO CHECK FOR ADVANCE SEAT

    ASTON HOTEL          01 NT/S - OUT 07MAR          CONFIRMED
    RQ EXECUTIVE CENTRE  1 ROOM/S           GUARANTEE-DEPOSIT
    1088 BISHOP STREET   RATE-      169.00  GUARANTEED
    HONOLULU HI 96813    PHONE-808 539-3000
    FAX-808 523-1088
                         NAME-CAPOZZOLA DAMIAN D
                         CONFIRMATION-AH0011076781
    CANCELLATION POLICY:CANCEL 3 DAYS PRIOR TO ARRIVAL
    SEAT ASSIGNMENT AT AIRPORT CHECK IN ONLY
    CANCELLATION POLICY:CANCEL 3 DAYS PRIOR TO ARRIVAL

  07 MAR 06 - TUESDAY
  HAWAIIAN       4 COACH CLASS                                  CONFIRMED
    DEPART TERMINAL- INTER-ISLAND
    LV: HONOLULU        1125P NONSTOP      BOEING 767-300
    AR: LOS ANGELES      630A     ARRIVAL DATE-08 MAR
    ARRIVAL TERMINAL- 2
                                SNACK                     MILES 2556
    AIRPORT CK-IN/WE WILL CONTINUE TO CHECK FOR ADVANCE SEAT

  FOR 24HR SERVICE SIMPLY CALL 866-KRK-TRVL
  IF ITINERARY IS INCORRECT  PLEASE CALL WITH-IN 24HOURS
  AIRLINE ** HAWAIIAN AIR ** / LOCATOR: DLZHCX
  E-TICKET NBR: 1552021055
```

```
**TOTAL ADD COLLECT FOR EXCHANGE...$150.00
HAWAIIAN AIRLINES RECORD LOCATOR: DLZHCX
FREQUENT FLYER INFORMATION MUST BE PRESENTED AT CHECK-IN
NON-REFUNDABLE TICKET IS VALID TO EXCHANGE FOR 1YR IF CANCELLED PRIOR
TO FLIGHT TIME/DATE FOR A FEE UP TO $125 AND CURRENT FARE DIFFERENCE
***********************ELECTRONIC TICKET**************************
PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN

 60 BIESTERFIELD ROAD                   DIMK4
 ELK GROVE VILLAGE IL 60007 847-981-0080  7730    MAR 03 2006ITIN
 WWW.BESTTRAVEL.COM                              PAGE:02

              VIEW YOUR TRIP ONLINE AT HTTP://WWW.VIEWTRIP.COM
CAPOZZOLA/DAMIAN D                      APOLLO RES NBR: ZSBV0M

 KIRKLAND AND ELLIS LLP            DAMIAN CAPOZZOLA
 200 EAST RANDOLPH                 777 SOUTH FIGUEROA STREET
 CHICAGO IL   60601                LOS ANGELES CA 90017

PLEASE REVIEW FOR ACCURACY. CALL WITHIN 1 BUSINESS DAY IF INCORRECT.
THANK YOU FOR USING BEST TRAVEL
```



# RESORTQUEST.
## HAWAII

www.resortquesthawaii.com

EXECUTIVE CENTRE HOTEL
WWW.RQEXECUTIVECENTRE.COM
1088 BISHOP STREET
HONOLULU          HI    96813
8085393000

Email: info@resortquesthawaii.com

**MR DAMIAN D CAPOZZOLA**
77 15TH STREET APT 3

HERMOSA BEACH  CA  90254  US

| | |
|---|---|
| Statement Date | Package Plan          1 |
| 03-07-06 | |
| Folio Number | |
| **552PS** | **00000607.00** |
| Status/Room No. | |
| CO    2406 | BVM |

| Transaction Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 03-06-06 | R#2406 | ROOM CHARGE | 169.00 | |
| 03-06-06 | TX2406 | ROOM TAX | 12.25 | |
| 03-06-06 | TE2406 | GEN EXCISE TAX - ROOM | 7.04 | |
| 03-07-06 | VI0714 | XXXXXXXXXXXX2790 | | 188.29 |
| | | VISA - PRIOR SALE | | |
| | | Auth:026322Ref:00022371 | | |
| | | Merch#:67272220013 | | |

MAHALO FOR SELECTING RESORTQUEST HAWAII (FORMERLY ASTON HAWAII).

**FOR RESERVATIONS INFORMATION, PLEASE CALL TOLL FREE: (866) 774-2924**
WEBSITE:  http://www.resortquesthawaii.com

**BALANCE DUE**
**.00**

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company
or association fails to pay for any or the full amount of these charges.  I also agree that all charges contained in this account are correct
and any disputes or request of copies of charges must be made within five days after my departure.

SIGNATURE X

ResortQuest Hawaii, LLC, 2155 Kalakaua Ave., 5th Floor, Honolulu, HI 96815-2398

From _DOWNTOWN_
To _LAX_
Driver _____
Cab No. _____
Date _3/6/06_  Amount _$45_

## Taxi Receipt

Date _3_ / _6_ /20_06_ Time _____ am/pm
From _HNL_  To _LAX_
Fare _$25_  Lugg. _____  Tip _____
Total _____  Cab # _____
Thank you call again! Ph: _____

```
**WOLFGANG PUCKS FOOD COUNTER**
    DELAWARE NORTH COMPANIES
CHECK:      5566
SERVER:     61 JASMINE
DATE:       MAR06'06  3:40PM
CARD TYPE:  VISA
ACCT #:     XXXXXXXXXXXX2790
EXP DATE:   XX/XX
AUTH CODE:  91674
    DAMIAN D CAPOZZOLA

TOTAL:            17.21

        TIP  $_____

        TOTAL  $_____


------------------------------------
        SIGNATURE
```

```
    SPADA BAR & RESTAURANT
    999 BISHOP ST. #150
    HONOLULU, HI 96813
        Sale
        14                Ref #:
      85334
      16
    360


    XXXXXXXXXX2790
    Code: 010574    Invoice#:

Table provided for your conven
    0x =    2.49
    .5x =   3.73
    9x =    4.98
    Customer Copy
    THANK YOU!
```

Jamba Juice
20 Merchant St.
Honolulu, HI 96813
(808) 585-8359

Host: Pomai                      03/07/2006
DINE IN                           7:05 AM
                                   10007

Strawberry Nirvana Orig            4.55
  Extra Immunity Boost             0.50
  Boost Soy Protein
Honey Berry Bran                   1.95

Sub Total                          7.00
Tax                                0.29

To Go Total                        7.29

Cash                              20.00

Thanks For Choosing
Jamba Juice!!

ALOHA From Your Blind Vendors
Gate 29

REG 1   03/07/06 Trx# 997915  Time 22:38
Cashier 505       Name Jo Ann

  1 ICED CAPPUCCINO              2.00
  1 SOBE ADRENALINE RUSH         2.75

  2 Items            Subtotal    4.75
                     Total       4.75

  *** Cash ***                   5.00-

    Change                        .25

Thank You For Shopping With Us!

## TAXI FAIR RECEIPT

DATE 3/7/06  TIME _____

FROM Office

TO Airport

FARE $25

TIP _____

TOTAL _____

DRIVER _____

CAB# _____

BELL CAB

Cab# _____  Date 3/8/06  Time _____
Meter $ 25  Extras $ ____  Total $ ____
From Up
To Kap
Driver _____
Acct# _____  Confirm# _____
Passenger _____