# EXHIBIT DD

**Berry v. Hawaiian Express**
**Travel, Hotel and Related Expenses for Hearings for Melissa M. Dulac**

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|---|---|---|
| 9/23/2004-9/29/2004 | Airfare, Hotel, Meals and related costs re attending and preparing Court Hearing in Hawaii. | $2,927.59 |
| | **Total** | **$2,927.59** |



Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox. Password is expense.

**Expense Report:** Hawaii Trip
**Business Purpose:** Meetings and hearings

**Employee Name:** Melissa M. Dulac
**Employee ID:** 23023

**Date Filed:** 10/5/2004
**Report Total:** $2,937.96
**Firm Paid:** $0.00
**Amount Due Employee:** $2,927.59

Signature [signature]

Date 10-5-04

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|---|
| 9/17/2004 | Airfare | Hearing | Post Confirmation Trust - Corporate Matter, No Third Parties 41445-1 | Honolulu, HA | U.S. (Dollars) | $1,099.11 | $1,099.11 |
| 9/30/2004 | Car Rental | Hearing | Post Confirmation Trust - Corporate Matter, No Third Parties 41445-1 | Honolulu, HA | U.S. (Dollars) | $329.76 | $329.76 |
| 9/29/2004 | Hotel | Hearing | Post Confirmation Trust - Corporate Matter, No Third Parties 41445-1 | Honolulu, HA | U.S. (Dollars) | $1,391.62 | $1,391.62 |
| 9/23/2004 | Hotel | Hearing | Post Confirmation Trust - Corporate Matter, No Third Parties 41445-1 | Honolulu, HA | U.S. (Dollars) | $177.15 | $177.15 |
| 9/24/2004 | Hotel | Hearing | Post Confirmation Trust - Corporate Matter, No Third Parties 41445-1 | Honolulu, HA | U.S. (Dollars) | $177.15 | $177.15 |
| | | | Post Confirmation Trust - Corporate Matter, No | | | | |

| Date | Type | Description | Matter | City | Currency | Amount | Total |
|---|---|---|---|---|---|---|---|
| | | | Third Parties | | | | |
| 9/25/2004 | Hotel | Hearing | 41445-1 | Honolulu, HA | U.S. (Dollars) | $177.15 | $177.15 |
| | | | Post Confirmation Trust - Corporate Matter, No Third Parties | | | | |
| 9/26/2004 | Hotel | Hearing | 41445-1 | Honolulu, HA | U.S. (Dollars) | $177.15 | $177.15 |
| | | | Post Confirmation Trust - Corporate Matter, No Third Parties | | | | |
| 9/27/2004 | Hotel | Hearing | 41445-1 | Honolulu, HA | U.S. (Dollars) | $177.15 | $177.15 |
| | | | Post Confirmation Trust - Corporate Matter, No Third Parties | | | | |
| 9/28/2004 | Hotel | Hearing | 41445-1 | Honolulu, HA | U.S. (Dollars) | $177.15 | $177.15 |
| | | | Post Confirmation Trust - Corporate Matter, No Third Parties | | | | |
| 9/23/2004 | Parking | Hearing | 41445-1 | Honolulu, HA | U.S. (Dollars) | $16.67 | $16.67 |
| | | | Post Confirmation Trust - Corporate Matter, No Third Parties | | | | |
| 9/23/2004 | Internet Access | Hearing | 41445-1 | | U.S. (Dollars) | $77.70 | $77.70 |
| | | | Post Confirmation Trust - Corporate Matter, No Third Parties | | | | |
| 9/24/2004 | Travel Meal | Travel Meal<br>Melissa Dulac - K&E - Attorney | 41445-1 | Honolulu, HA | U.S. (Dollars) | $17.96 | $17.96 |
| | | | Post Confirmation Trust - Corporate Matter, No Third Parties | | | | |
| 9/24/2004 | Parking | Hearing | 41445-1 | Honolulu, HA | U.S. (Dollars) | $16.67 | $16.67 |
| | | | Post Confirmation Trust - Corporate Matter, No Third Parties | | | | |
| 9/25/2004 | Parking | Hearing | 41445-1 | Honolulu, HA | U.S. (Dollars) | $16.67 | $16.67 |
| | | | Post Confirmation Trust - Corporate Matter, No Third Parties | | | | |
| 9/26/2004 | Parking | Hearing | 41445-1 | Honolulu, HA | U.S. (Dollars) | $16.67 | $16.67 |
| | | | Post Confirmation Trust - Corporate Matter, No Third Parties | | | | |
| 9/27/2004 | Parking | Hearing | 41445-1 | Honolulu, HA | U.S. (Dollars) | $16.67 | $16.67 |
| | | | Post Confirmation Trust - Corporate Matter, No Third Parties | | | | |
| 9/28/2004 | Parking | Hearing | 41445-1 | Honolulu, HA | U.S. (Dollars) | $16.67 | $16.67 |
| | | | Post Confirmation Trust - Corporate Matter, No Third Parties | | | | |
| 9/28/2004 | Travel Meal | Travel Meal<br>Melissa Dulac - K&E - Attorney | 41445-1 | Honolulu, HA | U.S. (Dollars) | $30.70 | $30.70 |
| | | | Post Confirmation Trust - Corporate Matter, No Third Parties | | | | |
| 9/27/2004 | Travel | Travel Meal | 41445-1 | Honolulu, | U.S. | $35.44 | $35.44 |

| Date | Type | Description | Matter | Location | Currency | Amount | Amount |
|---|---|---|---|---|---|---|---|
| | Meal | Melissa Dulac - K&E - Attorney | | HA | (Dollars) | | |
| 9/29/2004 | Travel Meal | Travel Meal<br>Melissa Dulac - K&E - Attorney | Post Confirmation Trust - Corporate Matter, No Third Parties<br>41445-1 | Honolulu, HA | U.S. (Dollars) | $22.23 | $22.23 |
| 9/28/2004 | Travel Meal | Travel Meal<br>Melissa Dulac - K&E - Attorney | Post Confirmation Trust - Corporate Matter, No Third Parties<br>41445-1 | Honolulu, HA | U.S. (Dollars) | $18.06 | $18.06 |
| 9/28/2004 | Travel Meal | Travel Meal<br>Melissa Dulac - K&E - Attorney | Post Confirmation Trust - Corporate Matter, No Third Parties<br>41445-1 | Honolulu, HA | U.S. (Dollars) | $7.21 | $7.21 |
| 9/28/2004 | Travel Meal | Travel Meal<br>Melissa Dulac - K&E - Attorney | Post Confirmation Trust - Corporate Matter, No Third Parties<br>41445-1 | Honolulu, HA | U.S. (Dollars) | $9.03 | $9.03 |
| 9/23/2004 | Travel Meal | Travel Meal<br>Melissa Dulac - K&E - Attorney | Post Confirmation Trust - Corporate Matter, No Third Parties<br>41445-1 | Honolulu, HA | U.S. (Dollars) | $1.99 | $1.99 |
| 9/24/2004 | Travel Meal | Travel Meal<br>Melissa Dulac - K&E - Attorney | Post Confirmation Trust - Corporate Matter, No Third Parties<br>41445-1 | Honolulu, HA | U.S. (Dollars) | $24.73 | $24.73 |
| 9/24/2004 | Travel Meal | Travel Meal<br>Melissa Dulac - K&E - Attorney | Post Confirmation Trust - Corporate Matter, No Third Parties<br>41445-1 | Honolulu, HA | U.S. (Dollars) | $13.08 | $13.08 |
| 9/25/2004 | Travel Meal | Travel Meal<br>Melissa Dulac - K&E - Attorney | Post Confirmation Trust - Corporate Matter, No Third Parties<br>41445-1 | Honolulu, HA | U.S. (Dollars) | $32.04 | $32.04 |
| 9/26/2004 | Travel Meal | Travel Meal<br>Melissa Dulac - K&E - Attorney | Post Confirmation Trust - Corporate Matter, No Third Parties<br>41445-1 | Honolulu, HA | U.S. (Dollars) | $3.92 | $3.92 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/29/2004 | Postage | Shipped boxes back to office | Post Confirmation Trust - Corporate Matter, No Third Parties 41445-1 | | U.S. (Dollars) | $17.71 | $17.71 |
| 9/29/2004 | Parking | Hearing | Post Confirmation Trust - Corporate Matter, No Third Parties 41445-1 | Honolulu, HA | U.S. (Dollars) | $24.00 | $24.00 |

Attach required receipts and file according to Accounting Instructions for your location.

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.



RENAISSANCE®
ILIKAI.WAIKIKI HOTEL

HONOLULU, HAWAII

1777 Ala Moana Boulevard, Honolulu, Hawaii 96815
Telephone 808-949-3811 Fax 808-947-4523

MS. M MELISSA DULAC
14819 MAGNOLIA BLVD #4
SHERMAN OAKS, CA 91403
USA

Room No. : 0403
Arrival : 09/23/04
Departure: 09/29/04

MRW No. : 059998435

INVOICE 313822

Renaissance Ilikai Hotel Waikiki, 09/29/04/12:56/28 MI/1

| Date | Reference | Charge | Credit |
|---|---|---|---|
| 09/23 | -National Discount | 159.00 | |
| 09/23 | Room Tax 7.25% | 11.53 | |
| 09/23 | G.E. Tax 4.166% | 6.62 | |
| 09/23 | Parking | 16.00 | |
| 09/23 | Parking Tax | 0.67 | |
| 09/23 | Wayport Internet Charges ->#403 : InternetSvc | 77.70 | |
| 09/24 | -National Discount | 159.00 | |
| 09/24 | Room Tax 7.25% | 11.53 | |
| 09/24 | G.E. Tax 4.166% | 6.62 | |
| 09/24 | Room Svc Breakfast | 17.96 | |
| 09/24 | Parking | 16.00 | |
| 09/24 | Parking Tax | 0.67 | |
| 09/25 | -National Discount | 159.00 | |
| 09/25 | Room Tax 7.25% | 11.53 | |
| 09/25 | G.E. Tax 4.166% | 6.62 | |
| 09/25 | Parking | 16.00 | |
| 09/25 | Parking Tax | 0.67 | |
| 09/26 | -National Discount | 159.00 | |
| 09/26 | Room Tax 7.25% | 11.53 | |
| 09/26 | G.E. Tax 4.166% | 6.62 | |
| 09/26 | Parking | 16.00 | |
| 09/26 | Parking Tax | 0.67 | |
| 09/27 | -National Discount | 159.00 | |
| 09/27 | Room Tax 7.25% | 11.53 | |

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X ______________________________

# RENAISSANCE®
## ILIKAI.WAIKIKI HOTEL
HONOLULU, HAWAII

1777 Ala Moana Boulevard, Honolulu, Hawaii 96815
Telephone 808-949-3811 Fax 808-947-4523

MS. M MELISSA DULAC
14819 MAGNOLIA BLVD #4
SHERMAN OAKS, CA 91403
USA

Room No. : 0403
Arrival : 09/23/04
Departure: 09/29/04

MRW No. : 059998435

I N V O I C E 313822

Renaissance Ilikai Hotel Waikiki, 09/29/04/12:56/28 MI/2

| Date | Reference | Charge | Credit |
|---|---|---|---|
| 09/27 | G.E. Tax 4.166% | 6.62 | |
| 09/27 | Room Svc Dinner CHECK #4344 | 35.44 | |
| 09/27 | Parking | 16.00 | |
| 09/27 | Parking Tax | 0.67 | |
| 09/28 | -National Discount | 159.00 | |
| 09/28 | Room Tax 7.25% | 11.53 | |
| 09/28 | G.E. Tax 4.166% | 6.62 | |
| 09/28 | Paddles All Day CHECK #3574 | 18.06 | |
| 09/28 | Paddles All Day CHECK #3553 | 9.03 | |
| 09/28 | Room Svc Dinner CHECK #4403 | 30.70 | |
| 09/28 | Parking | 16.00 | |
| 09/28 | Parking Tax | 0.67 | |
| 09/28 | Movies - In Room ->#403 : VIDEO VOD 2074 | 10.37 | |
| 09/29 | Canoe's Breakfast CHECK #3548 | 22.23 | |
| 09/29 | Paddles All Day CHECK #3604 | 7.21 | |
| 09/29 | Diners Club ->XXXXXXXXXX4108 XX/XX | | 1391.62 |
| | Total | 1391.62 | 1391.62 |
| | Balance | | 0.00 USD |

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X ______



RENAISSANCE®
ILIKAI WAIKIKI HOTEL
HONOLULU, HAWAII

1777 Ala Moana Boulevard, Honolulu, Hawaii 96815
Telephone 808-949-3811 Fax 808-947-4523

MS. M MELISSA DULAC
14819 MAGNOLIA BLVD #4
SHERMAN OAKS, CA 91403
USA

Room No. : 0403
Arrival : 09/23/04
Departure: 09/29/04

MRW No. : 059998435

I N V O I C E 313822

Renaissance Ilikai Hotel Waikiki, 09/29/04/12:56/28 MI/3

| Date | Reference | Charge | Credit |
|---|---|---|---|

Your Marriott Rewards points/miles earned for this stay will be credited to your account and will appear on your next statement.
To check your balance or view member exclusive offers,log on to www.marriottrewards.com or call US 801-468-4000!

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X ______________________________



"Margie Jones" <mjones@besttravel.com>
09/17/2004 04:18 PM

To <mdulac@kirkland.com>
cc <klawson@kirkland.com>
bcc
Subject Honolulu Itinerary 23-29SEP

```
 60 BIESTERFIELD ROAD                          DIMBG
 ELK GROVE VILLAGE IL 60007 847-981-0080      7730     SEP 17 2004ITIN
 WWW.BESTTRAVEL.COM                                    PAGE:01

                VIEW YOUR TRIP ONLINE AT HTTP://WWW.VIEWTRIP.COM
DULAC/MELISSA M                                 APOLLO RES NBR: KOSQPS

KIRKLAND AND ELLIS LLP                     MELISSA DULAC
200 EAST RANDOLPH                          777 SOUTH FIGUEROA STREET
CHICAGO IL    60601                        LOS ANGELES CA 90017

PLEASE REVIEW FOR ACCURACY. CALL WITHIN 1 BUSINESS DAY IF INCORRECT.
23 SEP 04 - THURSDAY
AMERICAN      297 COACH CLASS                                    CONFIRMED
 DEPART TERMINAL- 4
 LV: LOS ANGELES         510P NONSTOP      BOEING 757 JET
 AR: HONOLULU            743P
 ARRIVAL TERMINAL- MAIN/CENTRAL
SEAT-10A                          DINNER-MOVIE                     MILES 2553
 FREQ FLYER- AA     45X5Y06

 HERTZ                       1 INTERMED 2/4 DR   DROP-29SEP   CONFIRMED
 PICKUP-HONOLULU             HONOLULU INTL AIRPORT
 RATE-       254.99          WEEKLY      GUARANTEED
                                         CODE-MCLW     EXTRA DAY
                             CONFIRMATION-C6790815993 OSI
 TOTAL BASE RATE: 255.00 USD APPROXIMATELY $255.00 USD

 RENAISSANCE HOTELS          06 NT/S - OUT 29SEP            CONFIRMED
 RENAISSANCE ILIKAI          1 ROOM/S           GUARANTEE-CREDIT CARD
 1777 ALA MOANA BLVD         RATE-        159.00  GUARANTEED
 HONOLULU OAHU HI            PHONE-808 949-3811
 FAX-808 947-4523
                             NAME-DULAC MELISSA M
                             CONFIRMATION-82985576
 HOTEL GTE FOR LATE ARRIVAL.  PLEASE CANCEL PRIOR TO 6PM 20SEP04
 TO AVOID NO-SHOW BILLING.

29 SEP 04 - WEDNESDAY
AMERICAN      284 COACH CLASS                                    CONFIRMED
 DEPART TERMINAL- MAIN/CENTRAL
 LV: HONOLULU            250P NONSTOP      BOEING 767-300
 AR: LOS ANGELES        1108P
 ARRIVAL TERMINAL- 4
SEAT-13J                          LUNCH-MOVIE                      MILES 2553
 FREQ FLYER- AA     45X5Y06

COMPARED TO THE FULL FARE THIS REPRESENTS A SAVINGS OF $     621.89
FOR 24HR SERVICE SIMPLY CALL 866-KRK-TRVL
$45 SERVICE FEE TICKET NUMBER 9522543425
***AMERICAN LOCATOR:  IIOEDJ /TICKET:  1215073570 /PRICE:  $1054.11
```

NON-REFUNDABLE TICKET IS VALID TO EXCHANGE FOR 1YR IF CANCELLED PRIOR

60 BIESTERFIELD ROAD DIMBG
ELK GROVE VILLAGE IL 60007 847-981-0080 7730 SEP 17 2004ITIN
WWW.BESTTRAVEL.COM PAGE:02

VIEW YOUR TRIP ONLINE AT HTTP://WWW.VIEWTRIP.COM
DULAC/MELISSA M APOLLO RES NBR: K0SQPS

KIRKLAND AND ELLIS LLP
200 EAST RANDOLPH
CHICAGO IL 60601

MELISSA DULAC
777 SOUTH FIGUEROA STREET
LOS ANGELES CA 90017

PLEASE REVIEW FOR ACCURACY. CALL WITHIN 1 BUSINESS DAY IF INCORRECT.
TO FLIGHT TIME/DATE FOR A FEE UP TO $125 AND CURRENT FARE DIFFERENCE
ANY CHANGES MAY RESULT IN A HIGHER FARE
FREQUENT FLYER INFORMATION HAS BEEN RECORDED
NON-REUSABLE IF NOT CANCELLED OR CHANGED PRIOR TO DEPARTURE DATE/TIME
*********************ELECTRONIC TICKET*************************
PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN
THANK YOU FOR USING BEST TRAVEL

| | | | | | |
|---|---|---|---|---|---|
| AIR TRANSPORTATION | 1024.30 | TAX | 29.81 | TTL | 1054.11 |
| | | SERVICE FEE | | | 45.00 |
| | | SUB TOTAL | | | 1099.11 |
| | | CREDIT CARD PAYMENT | | | 1099.11- |
| | | AMOUNT DUE | | | 0.00 |

 Print out a copy of this receipt.

Direct All Inquiries to:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES
TAX Id: 13-1938568
MELISSA M DULAC
KIRKLAND & ELLIS
14819 MAGNOLIA BLVD #4
SHERMAN OAKS, CA 91403
UNITED STATES

# INVOICE

REPRINT

Rental Agreement No: 591527893
Invoice Date: 2004-09-30
Document: 904014978993
Account No.: **********4108 DCL
Reservation ID: C6790815993
CDP NO.: 41377
CDP Name: KIRKLAND & ELLIS
NO. 1 Club: XXXXXXXX
IATA/TACO: 14635375

**RENTAL DETAILS**
Renter: MELISSA M DULAC
Car Description: MALIBU NNG306

Group: Charged C Rented YC Reserved C
Rate Plan In: MCLW Rate Plan Out: MCLW
Rented On: 2004-09-23 20:27
02601-11 HONOLULU AP OAHU, HI
Returned On: 2004-09-29 14:15
02601-11 HONOLULU AP OAHU, HI
Miles In/Out/Driven: 4,069 - 4,004 = 65
Miles Allowed/Charged:
TR-X Miles Driven:

**ADDITIONAL CHARGES**

**MISCELLANEOUS CHARGES/CREDITS**

THANK YOU FOR RENTING FROM HERTZ

**RENTAL CHARGES**

| | | | |
|---|---|---|---|
| WEEKS | 1 @ | 254.99 | 254.99 |
| SUBTOTAL | | | 254.99 |
| FUEL & SERVICE | | | 13.76 |
| AIRPORT FEE | | | 28.30 |
| TAX | | 4.16% | 12.37 |
| TOTAL CHARGES | | | 309.42 USD |
| VEHICLE LICENSE FEE | | | 2.34 |
| MOTOR VEHICLE LEASE TAX | | | 18.00 |
| AMOUNT DUE | | | 329.76 USD |

AMOUNT BILLED TO ACCOUNT: 329.76 USD

Billing Inquiries:
Phone: 800-654-4173
FAX: 405-290-2899
E-mail: CUSTOMER_SERVICE@HERTZ.COM




Foodland
FOOD, FAMILY & FRIENDS.

Store Director - Jon Kashiwabara

FOODLAND HAWAII KAI #15
7192 Kalanianaole Hwy.
Honolulu, HI 96825
(808) 395-3131

REG 1 09/24/04 Trx# 350297 Time 20:46
ST 15 Cashier 108 Ariane

| | | |
|---|---|---|
| 1 ALOHA LOW SALT SHOYU | 1.69 | TF |
| 1 FMST PROFILE SKIM MILK | 2.49 | TF |
| 1 KR PHIL CREAM CHEESE #120 | .99 | TF |
| 1 UNCLE BEN READY WHL GRAIN | 2.19 | TF |
| 1 SO-ONO-TROP MANGO DELIGHT | 2.99 | TF |
| 1 AMSTEL LIGHT BOTTLES | 6.99 | T M |
| 1 POKE, AHI FRESH | 6.41 | TF |

7 Items Subtotal 23.75
Tax .98
Total 24.73

*** Credit Cards *** 24.73-
VISA

You Saved with your Maika`i Card 1.50
(Maika`i items indicated with 'M')

Maika`i No.F42214727578

TRANSACTION: SALE (S)
CARD: VISA #: *************1393
EXP. DATE: 08/05
SEQ. #:
AUTH. #: 025707 AUTO
LOCATION ID: 30,145,10

TOTAL CHARGE AMOUNT: 24.73
TOTAL SALE AMOUNT: 24.73

Foodland
FOOD, FAMILY & FRIENDS.

Store Director - Jon Kashiwabara

FOODLAND HAWAII KAI #15
7192 Kalanianaole Hwy.
Honolulu, HI 96825
(808) 395-3131

REG 2 09/24/04 Trx# 211790 Time 15:48
ST 15 Cashier 109 Anela

| | | |
|---|---|---|
| 2 CRYSTAL GEY ALP @ 2.55 | 5.10 | TF |
| 1 CRYSTAL GYS ALPINE WATER | 1.35 | TF |
| 1 Grocery | 2.35 | TF |
| 1 KASUGAI RSTD WASABI GREEN | 2.25 | TF |
| 1 NN ALMOST BARE-BEIG MIST | 3.49 | T |
| 1 NN CONTROL PANTY #SG5 BEI | 3.89 | T |
| 1 PEOPLE MAGAZINE | 3.29 | T |
| 1 BAGEL SINGLE | .89 | TF |

Subtract

9 Items Subtotal 22.61
Tax .94
Total 23.55

*** Credit Cards *** 23.55-
MAST

13.08

Maika`i No.F42214727578

TRANSACTION: SALE (S)
CARD: MAST #: *************9599
EXP. DATE: 04/06
SEQ. #:
AUTH. #: 004926 AUTO
LOCATION ID: 30,145,10

TOTAL CHARGE AMOUNT: 23.55
TOTAL SALE AMOUNT: 23.55

SHANGHAI BISTRO
TIME 8:24PM
TIP $ 6.00
TOTAL $ 32.04
CUSTOMER COPY

Copyright © 2001, 2002, ImageTag, Inc. All rights reserved. Patent Pending. KwikPaper is a trademark of ImageTag, Inc. 201-011

WESTIN LAX
GARAGE
5400 W. CENTURY BLVD.
LOS ANGELES, CA 90045
310-216-5858

MERCHANT 000199008203 301 09/29/04 19:25

TICKET 123
0 0#VISA 4388575250-391393 08/05
REC# 006
AUTH CODE 030285
RETRIEVAL 000000098035212

SALE $24.00

TIP $______

TOTAL AMOUNT $24.00

X [signature]
THANK YOU MELISSA DULAC

THANK YOU!

I AGREE TO PAY ABOVE TOTAL AMOUNT

shipped back to office
boxes

SALES DRAFT

WATSON BUSINESS CENTER
1777 ALA MOANA STE 107
HONOLULU, HI 96815
TERMINAL 1765106

102204063998
09/29/04 11:27AM
VSXXXXXXXXXXXX1393
AUTH. TRANS. ID 014273772247988
INVOICE 13005 H02
AUTH. CODE 029384

SALE AMOUNT $17.71

MELISSA M DULAC

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

ABC STORE #56
Honolulu, Hawaii (808) 591-2550

subtract

| | | |
|---|---|---|
| WALKERS BUTTER SB | 1.09 T | |
| GILLETTE RAZOR | 5.85 T | |
| TROP MANGO DELITE | 3.49 T | |
| $* TAX .43 | BAL | 10.86 |

| | | |
|---|---|---|
| VF $ | VISA | 10.86 |
| | CHANGE | .00 |

Merchant ID: 000200043308

| | |
|---|---|
| Account Number | XXXXXXXXXXXX1393 |
| Expiration Date | 08/05 |
| Card Type | VISA |
| Authorization # | 027142 |

Customer MELISSA M DULAC

SALE 10.86

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

CUSTOMER COPY

9/26/04 21:23 0056 33 5333 40126
**Save your receipts for FREE GIFTS**
Visit us at WWW.ABCSTORES.COM

Hudson Group
Los Angeles Airport
Los Angeles, CA 90045

Store:499

| | | |
|---|---|---|
| Beverage NT | 1.99 | D3 |
| Sale Total | 1.99 | |
| Cash | 10.00 | |
| Change | 8.01 | |

COMMENTS \ INQUIRIES? (800) 326-7711
WWW.HUDSONGROUP.COM THANK YOU!

TRN# 083574 09/23/04 4:45 PM
Terminal# 12, Drawer# 01, Cshr Cristy

tips or to reorder: www.kwikstuff.com
Copyright © 2001, 2002, ImageTag, Inc. All rights reserved. Patent Pending. KwikPaper is a trademark of ImageTag, Inc. 201-011