# EXHIBIT EE

**Berry v. Hawaiian Express**
**Travel, Hotel and Related Expenses for Hearings and Trial for Michael Baumann**

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|---|---|---|
| 2/21/2006-3/7/2006 | Airfare, Hotel, Meals and related costs re attending and the Berry Hawaii Trial. | $6,649.27 |
| | **Total** | **$6,649.27** |



5 D B 2 6 7 0 7 F 1 0 7 4 5 B 7 B 7 2 0

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox. Password is expense.

**Expense Report:** Berry Trial
**Business Purpose:** Berry Hawaii Trial

| | | | |
|---|---|---|---|
| **Employee Name:** | Michael E. Baumann | **Date Filed:** | 3/13/2006 |
| **Employee ID:** | 839 | **Report Total:** | $6,649.27 |
| | | **Firm Paid:** | $0.00 |
| | | **Amount Due Employee:** | $6,649.27 |

Signature _____

Date _____

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|---|
| 2/21/2006 | Airfare | Trial Preparation | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $614.45 | $614.45 |
| 3/13/2006 | Airfare | Trial | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $943.67 | $943.67 |
| 2/21/2006 | Hotel | Trial preparation | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $655.68 | $655.68 |
| | | | Post Confirmation Trust - Berry, | | | | |

| Date | Type | Purpose | Matter | Location | Currency | | |
|------|------|---------|--------|----------|----------|------|------|
| | | | | | Wayne Litigation | | |
| 2/21/2006 | Hotel | Trial preparation | 41445-6 | Honolulu, HI | U.S. (Dollars) | $316.43 | $316.43 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | |
| 2/22/2006 | Hotel | Trial preparation | 41445-6 | Honolulu, HI | U.S. (Dollars) | $316.43 | $316.43 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | |
| 2/21/2006 | Internet Access | Trial preparation | 41445-6 | Honolulu, HI | U.S. (Dollars) | $11.41 | $11.41 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | |
| 2/22/2006 | Internet Access | Trial preparation | 41445-6 | Honolulu, HI | U.S. (Dollars) | $11.41 | $11.41 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | |
| 2/23/2006 | Hotel | Trial preparation | 41445-6 | Honolulu, HI | U.S. (Dollars) | $1,440.00 | $1,440.00 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | |
| 2/23/2006 | Hotel | Trial preparation | 41445-6 | Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | |
| 2/24/2006 | Hotel | Trial preparation | 41445-6 | Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | |
| 2/25/2006 | Hotel | Trial preparation | 41445-6 | Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | |
| 2/26/2006 | Hotel | Trial preparation | 41445-6 | Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | |
| 2/27/2006 | Hotel | Trial preparation | 41445-6 | Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | |
| 2/28/2006 | Hotel | Trial preparation | 41445-6 | Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | |
| 3/1/2006 | Hotel | Trial preparation | 41445-6 | Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | |
| 3/2/2006 | Hotel | Trial preparation | 41445-6 | Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |

| Date | Type | Category | Matter | Location | Currency | Amount | Total |
|---|---|---|---|---|---|---|---|
| 3/1/2006 | Valet/Laundry Services | Laundry | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | U.S. (Dollars) | $28.85 | $28.85 |
| 2/24/2006 | Valet/Laundry Services | Laundry | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | U.S. (Dollars) | $27.08 | $27.08 |
| 2/24/2006 | Valet/Laundry Services | Laundry | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | U.S. (Dollars) | $11.35 | $11.35 |
| 3/3/2006 | Hotel | Trial | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $2,247.74 | $2,247.74 |
| 3/3/2006 | Hotel | Trial | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $477.95 | $477.95 |
| 3/4/2006 | Hotel | Trial | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $477.95 | $477.95 |
| 3/5/2006 | Hotel | Trial | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $477.95 | $477.95 |
| 3/6/2006 | Hotel | Trial | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $477.95 | $477.95 |
| 3/5/2006 | Travel Meal | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $30.00 | $30.00 |

M. Baumann - K&E - Partner

| Date | Type | Category | Matter | Location | Currency | Amount | Total |
|---|---|---|---|---|---|---|---|
| 3/5/2006 | Travel Meal | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $25.00 | $25.00 |

M. Baumann - K&E - Partner

| Date | Type | Category | Matter | Location | Currency | Amount | Total |
|---|---|---|---|---|---|---|---|
| 3/4/2006 | Travel Meal | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $50.00 | $50.00 |

M. Baumann - K&E - Partner

| 3/4/2006 | Travel Meal | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $25.00 | $25.00 |

M. Baumann - K&E - Partner

| 3/4/2006 | Travel Meal | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $17.06 | $17.06 |

M. Baumann - K&E - Partner

| 3/3/2006 | Travel Meal | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $44.75 | $44.75 |

M. Baumann - K&E - Partner

| 3/7/2006 | Travel Meal | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $25.00 | $25.00 |

M. Baumann - K&E - Partner

| 3/6/2006 | Travel Meal | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $25.00 | $25.00 |

M. Baumann - K&E - Partner

| 3/6/2006 | Travel Meal | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $30.00 | $30.00 |

M. Baumann - K&E - Partner

| 3/6/2006 | Travel Meal | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $22.83 | $22.83 |

M. Baumann - K&E - Partner

| 3/6/2006 | Telephone While Traveling | Trial | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | U.S. (Dollars) | $2.00 | $2.00 |

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/6/2006 | Internet Access | Trial | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | U.S. (Dollars) | $12.95 | $12.95 |
| 3/5/2006 | Valet/Laundry Services | Laundry | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | U.S. (Dollars) | $26.35 | $26.35 |
| 2/23/2006 | Travel Meal with Others | Travel Meal with Others | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $145.51 | $145.51 |

M. Baumann - K&E - Partner
S. Benson - K&E - Secretary
O. Samad - K&E - Associate
Marty Walker - Brass Rat Group - Expert Witness

| 2/25/2006 | Travel Meal with Others | Travel Meal with Others | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $200.50 | $200.50 |
|---|---|---|---|---|---|---|---|

S. Benson - K&E - Secretary
O. Samad - K&E - Associate
D. Cappozola - K&E - Partner
Tom Yee - Kobashi, Sugita & Goda - Associate (local counsel)
Marty Walker - Brass Rat Group - Expert Witness
Brian Christensen - - Witness
Lyle Hosoda - Hosoda & Associates - Partner
Raina Mead - Hosoda & Associates - Associate
Lex Smith - Kobayashi, Sugita & Goda - Partner
Brenda Sakamoto - Kobayashi, Sugita & Goda - Secretary
J. Keane - Kobayashi, Sugita & Goda - Secretary

| 2/25/2006 | Travel Meal with Others | Travel Meal with Others | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $28.50 | $28.50 |
|---|---|---|---|---|---|---|---|

M. Baumann - K&E - Partner
S. Benson - K&E - Secretary
O. Samad - K&E - Associate

| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/28/2006 | Travel Meal with Others | Travel Meal with Others | 41445-6 | Honolulu, HI | U.S. (Dollars) | | $195.42 | $195.42 |

M. Baumann - K&E - Partner
S. Benson - K&E - Secretary
O. Samad - K&E - Associate
D. Cappozola - K&E - Partner
Tom Yee - Kobashi, Sugita & Goda - Associate (local counsel)
Marty Walker - Brass Rat Group - Expert Witness
Jeffrey Kinrich - Analysis Group, Inc. - Expert Witness
Teresa Noa - - Witness
Brian Christensen - - Witness
Brad Dechter - - Witness
Mathew Smith - K&E - Sr. Trial Tech. Support
Lyle Hosoda - Hosoda & Associates - Partner
Raina Mead - Hosoda & Associates - Associate

| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/21/2006 | Tips | Hotel Bellman | 41445-6 | | U.S. (Dollars) | | $5.00 | $5.00 |

| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/21/2006 | cabfare | Honolulu Airport to Prince Hawaii Hotel | 41445-6 | Honolulu, HI | U.S. (Dollars) | | $45.00 | $45.00 |

| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/22/2006 | cabfare | 999 Bishop to Hawaii Price | 41445-6 | Honolulu, HI | U.S. (Dollars) | | $14.00 | $14.00 |

| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/22/2006 | cabfare | Hotel Hawaii | 41445-6 | Honolulu, | U.S. | | $20.80 | $20.80 |

| | | Prince to 999 Bishop | | HI | (Dollars) | | |
|---|---|---|---|---|---|---|---|
| 2/23/2006 | cabfare | Hawaii Prince Hotel to 999 Bishop | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $20.00 | $20.00 |
| 3/3/2006 | cabfare | Executive Center to Hilton | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $18.00 | $18.00 |
| 3/7/2006 | cabfare | LAX to home | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Los Angeles, CA | U.S. (Dollars) | $38.00 | $38.00 |
| 3/7/2006 | cabfare | Hilton to 999 Bishop | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $17.00 | $17.00 |

Attach required receipts and file according to Accounting Instructions for your location.

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.



**T R A V E L**

) BIESTERFIELD ROAD
LK GROVE VILLAGE IL 60007 866-575-8785
TTP://TRAVEL.KIRKLAND.COM

| ACCT# | DATE | INVOICE# |
|-------|------|----------|
| DINSH 7730 | MAR 07 2006 | KLD450 |

PAGE# 01

VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM

JMANN/MICHAEL F                    APOLLO RES NBR: L4LHH

### DISTRIBUTED TO

RKLAND AND ELLIS LLP            MICHAEL BAUMANN
) EAST RANDOLPH                777 SOUTH FIGUEROA STREET
ICAGO IL   60601              38TH
                              LOS ANGELES CA 90017

---

 MAR 06 · TUESDAY
ITED        84 FIRST CLASS                          CONFIRMED
EPART TERMINAL · MAIN/CENTRAL
/# HONOLULU            940P NONSTOP      BOEING 767 300
R# LOS ANGELES         448A      ARRIVAL DATE 08 MAR
RRIVAL TERMINAL · 7
AT · 5H                SNACK MOVIE              MILES 2556
REQ FLYER UA     00083532272


R 24HR SERVICE SIMPLY CALL 866-KRK TRVL
S SERVICE FEE TICKET NUMBER 2325341535
Y CHANGES MAY RESULT IN A HIGHER FARE
EQUENT FLYER INFORMATION HAS BEEN RECORDED
**************ELECTRONIC TICKET*************************
EASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN
NNK YOU FOR USING BEST TRAVEL
CKET NUMBER/S:
JMANN/MICHAEL F              1552021047      ELECTRONIC       898.67
              CARD VI


AIR TRANSPORTATION    882.31 TAX    16.36  TTL            898.67
                            SERVICE FEE             45.00
                            SUB TOTAL              943.67
                            CREDIT CARD PAYMENT    943.67
                            AMOUNT DUE               0.00


the global travel company

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**
ITINERARY


M E M B E R
**ASTA**
American Society
of Travel Agents

# BEST
## TRAVEL

D BIESTERFIELD ROAD
K GROVE VILLAGE, IL 60007  866 575 8785
HTTP://TRAVEL.KIRKLAND.COM

| ACCT# | DATE | INVOICE# |
|---|---|---|
| DIMC2 7730 | FEB 16 2006 PAGE: 01 | KL5040 |

VIEW YOUR TRIP ONLINE AT WWW.VIEWTRIP.COM

JMANN/MICHAEL E                                APOLLO RES NBR: KO2WLY

RKLAND AND ELLIS LLP              **DISTRIBUTED TO**
D EAST RANDOLPH                   MICHAEL DAUMANN
ICAGO IL   60601                  777 SOUTH FIGUEROA STREET
                                  38TH
                                  LOS ANGELES CA 90017

---

FEB 06   TUESDAY
ITED        81 COACH CLASS                                    CONFIRMED
EPART TERMINAL  7
V: LOS ANGELES       840A NONSTOP      BOEING 767 300
R: HONOLULU          1247P
RRIVAL TERMINAL  MAIN/CENTRAL
AT  16H              FOOD TO PURCHASE MOVIE          MILES 2556
REQ FLYER  UA    00083532272

MAR 06   SUNDAY
ITED        82 COACH CLASS                                    CONFIRMED
EPART TERMINAL  MAIN/CENTRAL
V: HONOLULU          205P NONSTOP      BOEING 767 300
R: LOS ANGELES       229P
RRIVAL TERMINAL  7
AT  15D              FOOD TO PURCHASE MOVIE          MILES 2556
REQ FLYER  UA    00083532272

MPARED TO THE FULL FARE THIS REPRESENTS A SAVINGS OF $    609.16
R 24HR SERVICE SIMPLY CALL 866 KIRK TRVL
S SERVICE FEE TICKET NUMBER 95208652525
Y CHANGES MAY RESULT IN A HIGHER FARE
EQUENT FLYER INFORMATION HAS BEEN RECORDED
**********************ELECTRONIC TICKET*******************************
EASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN
ANK YOU FOR USING BEST TRAVEL
CKET NUMBER/S:
JMANN/MICHAEL E                 1548007915      ELECTRONIC      1160.84
            CARD VI

                                                   - 591.33

AIR TRANSPORTATION    1126.80  TAX      34.04  TTL       1160.84
                               SERVICE FEE              45.00
                               SUB TOTAL             1205.84
                               CREDIT CARD PAYMENT   1205.84
                               AMOUNT DUE               0.00

                              new total   refund  591.39
                                        —    614.45

MEMBER
ASTA
American Society
of Travel Agents

# Hilton
## Hawaiian Village

2005 Kalia Road • Honolulu, Hawaii 96815
Phone (808) 949-4321 • Fax (808) 951-5458
Reservations
www.hilton.com or 1 800 HILTONS

**Name & Address**

BAUMANN, MICHAEL E
KIRKLAND AND ELLIS
777 S FIGUEROA ST
LOS ANGELES, CA 900175800
US

Room      D1673/RRMVU1
Arrival Date      03/02/06 10:10PM
Departure Date      03/07/06

Adult/Child      2/2
Room Rate      429.00

RATE PLAN      LV4

HH# 342348558 SILVER
AL: UA  #00088532279
BONUS AL:      CAR:

Confirmation Number : 3231595575

03/07/06      PAGE      1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|------|-------------|-----|---------|---------|---------|---------|
| 03/02/06 | GUEST ROOM | MFUNTA | 9284965 | $429.00 | *not changed* | |
| 03/02/06 | ROOM TAX | MFUNTA | 9284965 | $31.10 | | |
| 03/02/06 | GENERAL EXCISE TAX | MFUNTA | 9284965 | $17.85 | | |
| 03/03/06 | *TAPA CAFE' | LINTR | 9286060 | $44.75 | *Dinner* | |
| 03/03/06 | *HAU TREE BAR | LINTR | 9288086 | $30.96 | | |
| 03/03/06 | GUEST ROOM | CKUDO | 9291863 | $429.00 | | |
| 03/03/06 | ROOM TAX | CKUDO | 9291863 | $31.10 | | |
| 03/03/06 | GENERAL EXCISE TAX | CKUDO | 9291863 | $17.85 | | |
| 03/04/06 | *TAPA CAFE' | LINTR | 9296735 | $52.93 | *Bfast - Billed 25.00* | |
| 03/04/06 | *HAU TREE BAR | LINTR | 9297976 | $17.00 | *Lunch* | |
| 03/04/06 | *RAINBOW LANAI | LINTR | 9300396 | $128.60 | *Dinner Billed 50.00* | |
| 03/04/06 | GUEST ROOM | KMURA | 9302126 | $429.00 | | |
| 03/04/06 | ROOM TAX | KMURA | 9302126 | $31.10 | | |
| 03/04/06 | GENERAL EXCISE TAX | KMURA | 9302126 | $17.85 | | |
| 03/05/06 | *TAPA CAFE' | LINTR | 9305302 | $51.64 | *Bkfast Billed 25.00* | |
| 03/05/06 | *TROPICS BAR | LINTR | 9307784 | $61.34 | *Lunch - Billed 30.0⁰* | |
| 03/05/06 | LAUNDRY | KHUNT | 9308616 | $18.12 | | |
| 03/05/06 | LAUNDRY | KHUNT | 9308617 | $8.23 | *26.35* | |
| 03/05/06 | GUEST ROOM | KMURA2 | 9310278 | $429.00 | | |
| 03/05/06 | ROOM TAX | KMURA2 | 9310278 | $31.10 | | |
| 03/05/06 | GENERAL EXCISE TAX | KMURA2 | 9310278 | $17.85 | | |
| 03/06/06 | | DPROSC | 9315346 | $5.00 | *Telephone* | |
| 03/06/06 | EXT-#D1673 L 927-2510 L 001 09:45 | LINTR | 9315435 | $1.00 | | |
| 03/06/06 | *TAPA CAFE' | LINTR | 9315479 | $50.91 | *Bkfast - Billed 30.00* | |
| 03/06/06 | HIGH SPEED INTERNET | LINTR | 9315482 | $12.95 | *Telephone* | |
| 03/06/06 | EXT-#D1673 L 524-3700 L 002 14:49 | LINTR | 9317431 | $1.00 | | |
| 03/06/06 | *HAU TREE BAR | LINTR | 9317813 | $22.83 | *Lunch* | |

## Zip-Out Check-Out® & Departure Information

**Good Morning !** We hope you enjoyed your stay. With Zip-Out Check-Out ®
there is no need to stop at the Front Desk to check out.
For any charges after your account was prepared, you may:
- pay at the time of purchase
- charge purchases to your account, then see the Front Desk for an updated statement

Simply call extension 50 and tell us when you are ready to depart. Your account
will be checked out and you may use this statement as your receipt. Feel free to
leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any
questions regarding your account.*

**Check-out is 11am.** We are pleased to offer several options for guests who may have
a later departure time, including complimentary hospitality rooms and luggage storage
assistance. In addition, for a nominal fee, the Luana Lounge at the Mandara Spa
offers locker rooms, sauna, steam room, pool, jacuzzi, and use of their Fitness Center.
Please call extension 77713 for details.

| DATE OF CHARGE | FOLIO NO./CHECK NO. 987498  A |
|----------------|-------------------------------|
| AUTHORIZATION | INITIAL. |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |



MAHALO

# Hilton
## Hawaiian Village

2005 Kalia Road • Honolulu, Hawaii 96815
Phone (808) 949-4321 • Fax (808) 951-5458
Reservations
www.hilton.com or 1 800 HILTONS

| Name & Address |
|---|

BAUMANN, MICHAEL E
KIRKLAND AND ELLIS
777 S FIGUEROA ST
LOS ANGELES, CA 900175800
US

Room          D1673/RRMVU1
Arrival Date   03/02/06 10:10PM
Departure Date 03/07/06

Adult/Child   2/2
Room Rate     429.00

RATE PLAN          LV4

HH# 342348558 SILVER
AL: UA  #00088532279

BONUS AL:          CAR:

Confirmation Number : 3231595575

03/07/06     PAGE     2








| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 03/06/06 | *RAINBOW LANAI | LINTR | 9318862 | $26.90 | Dinner | |
| 03/06/06 | GUEST ROOM | CKUDO | 9319727 | $429.00 | | |
| 03/06/06 | ROOM TAX | CKUDO | 9319727 | $31.10 | | |
| 03/06/06 | GENERAL EXCISE TAX | CKUDO | 9319727 | $17.85 | | |
| | WILL BE SETTLED TO VS *6584 | | | | | $2,923.97 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

*Hilton HHonors (R) stays post to your account within 72 hours of checkout.
To check your earnings for this stay or any other stay at more than 2,700
hotels worldwide visit www.hiltonhhonors.com.*

*Thank you for choosing Hilton. Please visit us at hilton.com to view our
best available Net Direct rates, plan a special vacation getaway or select a
convenient location for your next business trip.*

## Zip-Out Check-Out® & Departure Information

**Good Morning !** We hope you enjoyed your stay. With Zip-Out Check-Out ®
there is no need to stop at the Front Desk to check out.
For any charges after your account was prepared, you may:

- pay at the time of purchase
- charge purchases to your account, then see the Front Desk for an updated statement
Simply call extension 50 and tell us when you are ready to depart.  Your account
will be checked out and you may use this statement as your receipt.  Feel free to
leave your key(s) in the room. *Please call the Front Desk if you wish to extend your stay or if you have any
questions regarding your account.*

**Check-out is 11am.**  We are pleased to offer several options for guests who may have
a later departure time, including complimentary hospitality rooms and luggage storage
assistance.  In addition, for a nominal fee, the Luana Lounge at the Mandara Spa
offers locker rooms, sauna, steam room, pool, jacuzzi, and use of their Fitness Center.
**Please call extension 77713 for details.**

| DATE OF CHARGE | FOLIO NO./CHECK NO. 987498  A |
|---|---|
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

# Hilton
## Hawaiian Village

2005 Kalia Road • Honolulu, Hawaii 96815
Phone (808) 949-4321 • Fax (808) 951-5458
Reservations
www.hilton.com or 1 800 HILTONS

| Name & Address | |
|---|---|

BAUMANN, THERESA

Room          D1673/RRMVU1
Arrival Date  03/02/06 10:10PM
Departure Date 03/07/06

Adult/Child   2/2
Room Rate

RATE PLAN     LV4

HH#
AL:
BONUS AL:            CAR:

Confirmation Number : 3231595575

03/07/06    PAGE    1



| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 03/06/06 | KAHUNA DOGS AT TAPA POOL | JLANZA | 9319021 | $19.00 | | |
| | WILL BE SETTLED TO VS *6584 | | | | | $19.00 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |





## Zip-Out Check-Out®& Departure Information

**Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out ®
there is no need to stop at the Front Desk to check out.**
For any charges after your account was prepared, you may:
- pay at the time of purchase
- charge purchases to your account, then see the Front Desk for an updated statement
Simply call extension 50 and tell us when you are ready to depart.  Your account
will be checked out and you may use this statement as your receipt.  Feel free to
leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any
questions regarding your account.*
**Check-out is 11am.  We are pleased to offer several options for guests who may have
a later departure time, including complimentary hospitality rooms and luggage storage
assistance.  In addition, for a nominal fee, the Luana Lounge at the Mandara Spa
offers locker rooms, sauna, steam room, pool, jacuzzi, and use of their Fitness Center.
Please call extension 77713 for details.**

| DATE OF CHARGE | FOLIO NO./CHECK NO. 995668  A |
|---|---|
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |





**The CAB** — Taxi Fare Receipt
738 Kaheka Street, Suite 201
Honolulu, Hawaii 96814
Ph: (808) 943-0000
Date: 2/22/06    Time:
From: 999 S King
To: Hawaii Prince
Fare:    Tip:
Total: $14.00
For Taxi control, please call 733-2542

**TAXIFARE RECEIPT**
Date 2/23    Time:
From Prince Hawaii Hotel
To 999 Bishop
Driver
Cab No.
Fare 18.00
Tip 2.00
TOTAL 20.00
FOR COMPLAINTS CALL 733-2530

**Taxifare Receipt** — Charley's Taxi & Limousine Est. 1938
531-1333
or call toll-free 1-877-531-1333
680 Ala Moana Blvd., Suite 303
Honolulu, HI 96813
Motor Vehicle Control 733-2530
Date 02/21/06    Time
From Hi Prince
To
Driver
Cab # 128
Fare
Tip
Total 17

From LAX
To Hice
Driver
Cab No.
Date 3/7    Amount 38.00

**TAXIFARE RECEIPT**
Date 3/22/06    Time 8:00am
From Hawaii Prince Hawaii
To 999 Bishop St
Driver
Cab No.
Fare 17.80
Tip 3.00
TOTAL 20.80
FOR COMPLAINTS CALL 733-2530

**The CAB** — Taxi Fare Receipt
738 Kaheka Street, Suite 201
Honolulu, Hawaii 96814
Ph: (808) 943-0000
Date: 2/21    Time:
From: Airport
To: Hilil
Fare: 45.00    Tip:
Total:
For Taxi control, please call 733-2542

Gordon Biersch Brewery
Honolulu
1 Aloha Tower
Honolulu, HI 96813
808-599-4877
Sr.ve: Kurt
Tbl: 171/1
DOB: 02/25/20C6
02/26/20...
8/80112
8388?:
Exp:11...
XXXXXXXXXA6584
...ic card present: BAUMANN MICHAEL
...al: 072143
Amount: 23.50
+ Tip: 5
= Total: 28.50

Taxi Fare Receipt [The CAB]





HAWAII

www.resortquesthawaii.com

EXECUTIVE CENTRE HOTEL
WWW.RQEXECUTIVECENTRE.COM
1088 BISHOP STREET
HONOLULU                    HI      96813
8085393000

**Email: info@resortquesthawaii.com**

MR MICHAEL BAUMANN
714 11TH ST

HERMOSA BEACH CA 90254 US

| | |
|---|---|
| Statement Date | Package Plan          1 |
| 03-03-06 | |
| Folio Number | |
| **5527R** | **00000607.00** |
| Status/Room No. | |
| CO    3912 | JAS |

| Transaction Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 02-23-06 | R#3912 | ROOM CHARGE | 154.00 | |
| 02-23-06 | TX3912 | ROOM TAX | 11.17 | |
| 02-23-06 | TE3912 | GEN EXCISE TAX - ROOM | 6.42 | |
| 02-24-06 | LACKU | LAUNDRY | 27.08 | |
| 02-24-06 | LACKU | LAUNDRY | 11.35 | |
| 02-24-06 | R#3912 | ROOM CHARGE | 154.00 | |
| 02-24-06 | TX3912 | ROOM TAX | 11.17 | |
| 02-24-06 | TE3912 | GEN EXCISE TAX - ROOM | 6.42 | |
| 02-25-06 | R#3912 | ROOM CHARGE | 154.00 | |
| 02-25-06 | TX3912 | ROOM TAX | 11.17 | |
| 02-25-06 | TE3912 | GEN EXCISE TAX - ROOM | 6.42 | |
| 02-26-06 | IFDYY | IN ROOM FOOD & BEVERAGE | 2.50 | |
| 02-26-06 | TIDYY | GE TAX - F&B IN ROOM | .10 | |
| 02-26-06 | R#3912 | ROOM CHARGE | 154.00 | |
| 02-26-06 | TX3912 | ROOM TAX | 11.17 | |
| 02-26-06 | TE3912 | GEN EXCISE TAX - ROOM | 6.42 | |
| 02-27-06 | R#3912 | ROOM CHARGE | 154.00 | |
| 02-27-06 | TX3912 | ROOM TAX | 11.17 | |
| 02-27-06 | TE3912 | GEN EXCISE TAX - ROOM | 6.42 | |
| 02-28-06 | R#3912 | ROOM CHARGE | 154.00 | |
| 02-28-06 | TX3912 | ROOM TAX | 11.17 | |
| 02-28-06 | TE3912 | GEN EXCISE TAX - ROOM | 6.42 | |
| 03-01-06 | LACKU | LAUNDRY | 28.85 | |
| 03-01-06 | R#3912 | ROOM CHARGE | 154.00 | |

CONTINUED ON PAGE  2

**FOR RESERVATIONS INFORMATION, PLEASE CALL TOLL FREE: (866) 774-2924**
**WEBSITE: http://www.resortquesthawaii.com**                    **BALANCE DUE**

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company
or association fails to pay for any or the full amount of these charges.  I also agree that all charges contained in this account are correct
and any disputes or request of copies of charges must be made within five days after my departure.

SIGNATURE X_____

ResortQuest Hawaii, LLC, 2155 Kalakaua Ave., 5th Floor, Honolulu, HI 96815-2398



# RESORTQUEST.
## HAWAII

www.resortquesthawaii.com

EXECUTIVE CENTRE HOTEL
WWW.RQEXECUTIVECENTRE.COM
1088 BISHOP STREET
HONOLULU                    HI    96813
8085393000

Email: info@resortquesthawaii.com

**MR MICHAEL BAUMANN**
714 11TH ST

HERMOSA BEACH  CA  90254  US

| | |
|---|---|
| Statement Date | Package Plan        2 |
| 03-03-06 | |
| Folio Number | |
| **5527R** | **00000607.00** |
| Status/Room No. | |
| CO    3912 | JAS |

| Transaction Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 03-01-06 | TX3912 | ROOM TAX | 11.17 | |
| 03-01-06 | TE3912 | GEN EXCISE TAX - ROOM | 6.42 | |
| 03-02-06 | R#3912 | ROOM CHARGE | 154.00 | |
| 03-02-06 | TX3912 | ROOM TAX | 11.17 | |
| 03-02-06 | TE3912 | GEN EXCISE TAX - ROOM | 6.42 | |
| 03-03-06 | VI1257 | XXXXXXXXXXX6584 | | 1442.60 |
| | | VISA - PRIOR SALE | | |
| | | Auth:007610Ref:00021964 | | |
| | | Merch#:67272220013 | | |

MAHALO FOR SELECTING RESORTQUEST HAWAII (FORMERLY ASTON HAWAII).

**FOR RESERVATIONS INFORMATION, PLEASE CALL TOLL FREE: (866) 774-2924**
**WEBSITE: http://www.resortquesthawaii.com**

**BALANCE DUE**

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any or the full amount of these charges.  I also agree that all charges contained in this account are correct and any disputes or request of copies of charges must be made within five days after my departure.

**.00**

SIGNATURE X_____



**HAWAII PRINCE HOTEL WAIKIKI**
AND GOLF CLUB

100 HOLOMOANA STREET
HONOLULU, HAWAII 96815
TEL: (808) 956-1111   FAX: (808) 946-0811

| | | |
|---|---|---|
| **G U E S T** | Michael Baumann<br>Kirland & Ellis<br>777 S Figueroa Street<br>37th Flr<br>Los Angeles, CA 90017<br>United States<br>Vch/Bkg # | ROOM<br>RATE         1219<br>NO. PERS.    284.00<br>FOLIO        1<br>PAGE         1599211    A<br>ARRIVE       1<br>DEPART       21-FEB-06   13:44<br>PAYMENT      23-FEB-06   07:54<br>             VM |

T R A V E L   A G E N T
C H A R G E   T O

| DATE | REFERENCE | DESCRIPTION | CHARGES • CREDITS |
|---|---|---|---|
| 21-FEB-06 | RT1219 | Room/Package/Taxes | 316.43 |
| 21-FEB-06 | DEPOSIT | Deposit Applied | 295.84- |
| 21-FEB-06 | 032A | High Speed Internet | 11.41 |
| 21-FEB-06 | S620 | In Room Services | 14.57 |
| 22-FEB-06 | RT1219 | Room/Package/Taxes | 316.43 |
| 22-FEB-06 | 080A | High Speed Internet | 11.41 |
| 22-FEB-06 | S232 | In Room Services | 14.57 |
| 23-FEB-06 | VM | Visa/Mastercard | 388.98- |

```
***For Authorization Purposes Only***
xxxx06584
Auth Date    Code    Authorized
21-FEB-06    043015    250.72
22-FEB-06    091079    138.26
             Total-Due          0.00
```

EXPENSE REPORT SUMMARY

| Date | Room&Tax | Food/Bev | Parking | Telephone | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 21-FEB-06 | 272.33 | 0.00 | 0.00 | 11.41 | 58.67 | 342.41 | 295.84- |
| 22-FEB-06 | 272.33 | 0.00 | 0.00 | 11.41 | 58.67 | 342.41 | 0.00 |
| 23-FEB-06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 388.98- |
| Total | 544.66 | 0.00 | 0.00 | 22.82 | 117.34 | 684.82 | 684.82- |

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that
the indicated person, company or association fails to pay for any part or the full amount of these charges.

_____
SIGNATURE

| | | | |
|---|---|---|---|
| Michael Baumann | ROOM | DEPART | AGENT |
| FOLIO  1599211   21-FEB-06 | 1219 | 23-FEB-06 | PRS |

# INDIGO RESTAURANT

(808) 521-2900

SERVER: CORRALES
CHECK #A2033     TABLE: 32
DATE: 02-23-06     TIME: 06:54PM

MERCHANT # 000680406173

CARDMEMBER: MICHAEL BAUMANN
VISA  :  ***********6584
EXP   :  **/**

PURCHASES ........$    125.51

TIP ..............$_____

TOTAL ............$___145.51

# GUEST COPY

AUTHORIZATION# 012948

Driver CopyORDER #442071 (Continued)                                    Page 2



# Room Service In Paradise, Inc.

670 Auahi St, Suite A-9
Honolulu, HI 96813
(808) 941-3463 Phone (808) 535-5483 Fax
www.941Dine.com

**Advance Order
442071 Version-1**

## *Advance Order Driver Copy*

**Deliver To**

**Kobayashi Sugita and Goda Atto**
**999 Bishop St.**
**2600**
**Honolulu HI 96813**
**(808) 539-8700**

S. Beretania St.
Downtown
H-2, G-2
Deliver To: Samantha
In Room/Ext: 535-5632
10

**Order Information**

| | |
|---|---|
| Date | 02/25/2006 |
| Operator | Lex |
| Driver | None |
| Target Delivery | 01:25 PM |
| Order Complete | |

| Quantity | Description | Price |
|---|---|---|
| **FROM Delivery Service** | | |
| *** 17 *** | #916: Utensils        ($0.20 each) | 3.40 |
| **FROM Greek Corner** | | |
| *** 8 *** | #15: Chicken Sandwich    ($7.95 each) | 63.60 |
| | *Greek Fries* | |
| *** 7 *** | #14: Beef and Lamb Sandwich  ($7.95 each) | 55.65 |
| | *Greek Fries* | |
| *** 3 *** | #9: Greek Salad       ($6.95 each) | 20.85 |
| | *Dressing on the Side* | |
| *** 4 *** | #4: Hommos         ($5.95 each) | 23.80 |
| | *Comes with Pita Bread* | |

| | |
|---|---|
| Restaurant Total | 163.90 |
| House Total | 3.40 |
| Container Fee | 0.00 |
| Delivery Fee | 6.99 |
| Gas Surcharge | 0.70 |
| Hotel Surcharge | 0.00 |
| Discount | 0.00 |
| Sales Tax | 7.28 |
| Order Total | 182.27 |
| Driver Tip | 18.23 |
| Grand Total | 200.50 |
| Cash Amount | 0.00 |
| Check Amount | 0.00 |
| Card Amount | 200.50 |
| Gift Certificates | 0.00 |
| Other Amount | 0.00 |
| Amount Charged | 0.00 |
| Driver Collect | 200.50 |

### *** Driver Instructions ***
(PERM: 26TH FLOOR.)   (TEMP: Utensils for 17.  Please deliver asap.)

by Credit Card:
200.50
el Boumann
x-xxxx-xxxx-6584
1108
020271

4388 5230 4999 6584   442071

10/05   11/08
MICHEL E BAUMANN
00088532279

DATE 2/25   GK
AUTHORIZATION NO.  REFERENCE NO.
6584

ROOM SERVICE IN PARADISE INC

5321240

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| | | 200 50 |
| | TAX | |
| SALES SLIP | TIP | |
| | MISC | |
| | TOTAL | 200 50 |

CUSTOMER COPY

PURCHASER SIGN HERE
X *Michael Boumann*

Cardholder acknowledges receipt of goods and/or services in the amount
of the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the issuer.

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

443053 Version-1

# Room Service In Paradise, Inc.

670 Auahi St, Suite A-9
Honolulu, HI 96813
(808) 941-3463 Phone (808) 535-5483 Fax
www.941Dine.com

## Driver Copy

**Deliver To**

Kobayashi Sugita and Goda Atto
999 Bishop St.
2600
Honolulu HI 96813
(808) 539-8700

S. Beretania St.
Downtown
H-2, G-2
Deliver To: Samantha
In Room/Ext:: ext. 632
11

**Order Information**

| | |
|---|---|
| Date | 02/28/2006 |
| Operator | Jeanne |
| Driver | None |
| Target Delivery | 08:03 PM |
| Order Complete | |

| Quantity | Description | Price |
|---|---|---|
| FROM California Pizza Kitchen: Ala Moana | | |
| 1 | #126: Wild Mushroom Pizza | 12.49 |
| | *ADD GARLIC CHICKEN* | |
| 1 | #127: Sicilian Pizza | 11.99 |
| 1 | #28: Original BBQ Chicken Pizza | 11.49 |
| 1 | #13: Thai Crunch Salad (Entree) | 12.49 |
| 1 | #21: BBQ Chicken Chop Salad (Entrée) | 11.49 |
| *** 2 *** | #47: Goat Cheese w/ Roasted Peppers F **($10.99 each)** | 21.98 |
| 1 | #22: BBQ Chicken Chop Salad (Half) | 7.49 |
| 1 | #60: Fettuccine w/ Garlic Cream Sauce | 10.49 |
| 1 | #17: Original Chopped Salad (Entrée) | 10.99 |
| | *Add Garbonzo Beans* | |
| 1 | #17: Original Chopped Salad (Entrée) | 10.99 |
| 1 | #108: Field Greens (Half) | 6.99 |
| *** 3 *** | #42: Thai Chicken Pizza **($11.49 each)** | 34.47 |

| | |
|---|---|
| Restaurant Total | 163.35 |
| House Total | 0.00 |
| Container Fee | 0.00 |
| Delivery Fee | 6.50 |
| Gas Surcharge | 0.70 |
| Hotel Surcharge | 0.00 |
| Discount | 0.00 |
| Sales Tax | 7.10 |
| Order Total | 177.66 |
| Driver Tip | 17.76 |
| Grand Total | 195.42 |
| Cash Amount | 0.00 |
| Check Amount | 0.00 |
| Card Amount | 195.42 |
| Gift Certificates | 0.00 |
| Other Amount | 0.00 |
| Amount Charged | 0.00 |
| Driver Collect | 195.42 |

**Payment by Credit Card:**
195.42
Michael Boumann
VISA xxxx-xxxx-xxxx-6584
1108
004122

BEST TRAVEL AND TOURS INC.
INVOICE #: KL0005340
8600 W. BRYN MAWR
Date: 2/16/2006
CHICAGO, IL  60631
Account: 7730

Page #: 1

PNR Locator: K09WLY

Kirkland & Ellis LLP
200 East Randolph
Chicago  IL  60601

| Due | Traveler By | Tkt#/Cf# Invoiced Amt | Tvl Dt Booked Amt | Itinerary | Pymt |
|---|---|---|---|---|---|
| P | BAUMANN/MICHAEL E 1160.84 | 1548007915 | 02/21/06 | LAX-HNL-LAX | 02/16/06 |
|  | VI XXXXXXXXXXXXXX06584 |  |  | UNITED AIRLINES |  |

| Depart Arrive | Airline | Flight Depart | Origin | Destination |
|---|---|---|---|---|
| 0840A 1247P | UNITED AIRLINES | 0081 02/21/06 | Los Angeles CA | Honolulu HI |
| 0205P 0925P | UNITED AIRLINES | 0082 03/12/06 | Honolulu HI | Los Angeles CA |

| Due | Traveler | Tkt#/Cf# | Tvl Dt | Itinerary | Pymt |
|---|---|---|---|---|---|
| P | BAUMANN/MICHAEL E -614.45 | 1548007915 | 03/12/06 | HNL-LAX | 02/27/06 |
|  | VI XXXXXXXXXXXXXX06584 |  |  | UNITED AIRLINES |  |

| Depart Arrive | Airline | Flight Depart | Origin | Destination |
|---|---|---|---|---|
| 0205P 0925P | UNITED AIRLINES | 0082 03/12/06 | Honolulu HI | Los Angeles CA |

| Due | Traveler | Tkt#/Cf# | Tvl Dt | Itinerary | Pymt |
|---|---|---|---|---|---|
| P | BAUMANN/MICHAEL E 45.00 | 9520852525 | 02/16/06 | ARC Processed Fee | 02/16/06 |
|  | VI XXXXXXXXXXXXXX06584 |  |  | Travel Agency Fee |  |

Total Amount of Invoice                                                        59
    Less CC Payments or Payments not yet due                   59
    Less Cash Payments Received                                          0

        Net Amount Due                                                           0

                    Best Travel  would like to take this opportunity

to thank you for your valued Business
* * HOTEL AND CAR TOTALS ARE  INFORMATIONAL  ONLY * *

| DATE | INVOICE # |
|------|-----------|
| FEB 17 2006 PAGE: 01 | 815340 |

WWW.VIEWTOP.COM
APOLLO RES NBR: KOCULY

**DISTRIBUTED TO**
MICHAEL BAUMANN
777 SOUTH FIGUEROA STREET
38TH
LOS ANGELES CA 90017

TUESDAY
B1 COACH CLASS
DEPART TERMINAL
V: LOS ANGELES
R: HONOLULU                840A NONSTOP                    CONFIRMED
ARRIVAL TERMINAL   1247P
AT 18H             MAIN/CENTRAL           BOEING 767 300
REQ FLYER  UA
                    0008B5332279          FOOD TO PURCHASE, MOVIE
                                                              MILES 2506

MAR 06   SUNDAY
B2 COACH CLASS
DEPART TERMINAL  MAIN/CENTRAL
V: HONOLULU                205P NONSTOP                     CONFIRMED
R: LOS ANGELES
ARRIVAL TERMINAL  7       228P          BOEING 767 300
AT 15D
REQ FLYER  UA
                    0008B5332272          FOOD TO PURCHASE, MOVIE
                                                              MILES 2506  /8.67

FARED THE FULL FARE  THIS REPRESENTS A SAVINGS OF $
24HR SVICE SIMPLY CALL 866 KRK TRVL
SERVICE TICKET NUMBER 9520852525
CHANGMAY RESULT IN A HIGHER FARE                          609.16
QUENT IN  INFORMATION HAS BEEN RECORDED
***********ELECTRONIC TICKET*****************              .67
ASE PRE                                                     .00
CK YOU   PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN   .67
KET NUMBE                                                  .67
MANN/MIC E                                                 0.00

      CARD  VI       15480075535          ELECTRONIC

                                                          1160.84

II TRANSATION
              1126.80   TAX          34.04   ITL
                        SERVICE FEE              1160.84
                        SUB TOTAL                45.00
                        CREDIT CARD PAYMENT      1205.84
                        AMOUNT DUE               1205.84
                                                 0.00

