# EXHIBIT FF

RECEIVED FROM:213'. 18878    12:36    09-23-99    P.02

SENT BY:P.S. & P AND LAWYERS ; 9- 2-99 ; 15:22 ;    LOS ANGELES, CA- Matura & Farrington;# 2/ 3

MATURA / FARRINGTON
668 SOUTH FIGUEROA STREET #2100
LOS ANGELES, CA. 90017

ALLISON L. MAYO (ANDREWS)



(3

## PROFESSIONAL EXPERIENCE

**August 1998 - Present**
PRETTY, SCHROEDER & POPLAWSKI  Sr. Litigation Paralegal
Copyright and Trademark litigation. Large case document management. Maintenance of
calendar for Federal and PTO litigation matters. Assist with all court filings. Research
using Lexis and Westlaw. Assist with all phases of discovery and trial preparation.

**October 1992 - August 1998**
SHELDON & MAK  Paralegal Supervisor/ Sr. Litigation Paralegal
Supervision and training of Paralegal staff and Office Services personnel. Copyright and
Trademark Litigation. Large case document management. File maintenance.
Maintenance of calendar. All phases of discovery. Extensive Federal and State trial
experience including but not limited to trial preparation and attendance at trial. Post trial
and settlement experience. Familiarity with Judicial Council forms and handling of all
State and Federal court filings.

**August, 1987 - October, 1992**
LOEB & LOEB  Litigation Paralegal
Banking, Construction, Trademark & Copyright Litigation. Large case document
management. Computerized litigation support. All phases of discovery. Trial and post
trial experience. Assisted the ACLU on a Capital Punishment defense case.
Training and supervision of paralegal assistants.

**March, 1986 - August 1987**
HILL, BETTS & NASH  Litigation Paralegal
Focus on civil litigation. File maintenance. Document production.
Deposition summarizing. Court filings.

## EDUCATIONAL HISTORY
Pasadena City College - Pasadena, California
Major- Paralegal Sciences
Certificated Legal Assistant - 1986
Degrees -  Associate of Arts and Associate of Science

RECEIVED FROM:2135   8878                                09-23-99   12:37   P.03

SENT BY:P.S. & P AND LAWYERS ; 3- 2-99 ; 15:23 ;   LOS ANGELES. CA→ Matura & Farrington;# 3/ 3

## PROFESSIONAL SKILLS
Lexis, Westlaw, Westlaw 3.0, CDB Infotech, InfoAmerica, Q&A, Corporate
Intelligence, Proforma, DBase, Summation for Windows, Elite Billing Systems,
Wordperfect 6.0 & 8.0, Netscape, DocsOpen

## COMMUNITY AFFILIATIONS
National Notary Association, Los Angeles Paralegal Association, Stand, OneVoice

References Available Upon Request

09-23-99  11:52am  From-MATURA&FARRINGTON      2135338878      T-773  P.03/03  F-806



**KIRKLAND & ELLIS LLP**

**Russell A. Archer**    **Associate**
Los Angeles
rarcher@kirkland.com



T 213-680-8298
F 213-680-8500

**Practice Areas**
- Litigation
- Commercial Litigation
- Tax & Planning
- Tax
- Intellectual Property
- Trademark, Advertising & Copyright Litigation

**Education**
Harvard Law School (J.D., 2004) cum laude

University of California, Los Angeles (B.A., Political Science, 2001) summa cum laude

**Admissions & Qualifications**
2004, California

**KIRKLAND & ELLIS LLP**

## Michael E. Baumann    Partner

Los Angeles
mbaumann@kirkland.com

T 213-680-8424
F 213-680-8500

### Practice Areas
• Litigation

### Professional Profile
Mike Baumann is an equity partner in the law firm of Kirkland & Ellis in Los Angeles and has served as trial and appellate counsel advising and representing major corporate clients in federal and state courts and before arbitrators. Mr. Baumann initially joined Kirkland & Ellis' Washington, D.C. office in 1980 following a clerkship on the United States Court of Appeals, D.C. Circuit. He left the firm in 1984 for a two-year period to accept a political appointment in the senior executive service of the federal government, serving as chief legal counsel of an independent agency. In that position, Mr. Baumann dealt with congress, the administration and the courts on a variety of issues. Mr. Baumann was also appointed to serve as a member of the Administrative Conference of the United States, an organization formed to identify and recommend solutions to the congress and the president regarding the causes of inefficiency, delay and unfairness in administrative proceedings affecting private rights.

In 1990, Mr. Baumann and one other partner from the Washington office of Kirkland & Ellis moved to Los Angeles to open a new office for the firm. The office has grown from four lawyers to more than 100 lawyers.

Mr. Baumann's practice focuses on commercial litigation and actions involving complex issues and high stakes litigation matters.

Most recently, Mr. Baumann was lead trial counsel in the successful prosecution of breach of contract claims against a distributor and the successful defense of fraud claims brought by the distributor. Following a three week jury trial in federal court in Los Angeles, a verdict was returned in favor of Mr. Baumann's client and judgment in the amount of $62.6 million was entered. The case was featured as one of the top ten plaintiff's verdicts of 2004 in the article Taste of Success, and was selected as one of the Top 100 Verdicts of 2004 by the National Law Journal. Mr. Baumann also led the successful defense of multiple injunction actions seeking to enjoin his client from terminating distribution contracts which effectively put the plaintiff about of business. He is currently representing clients in putative class arbitrations in Los Angeles and in defense of a billion dollar claim relating to the restructuring of businesses in South America, Mexico and the Caribbean.

Mr. Baumann currently serves as lead coordinating and trial counsel for threatened and pending actions involving the Telephone Consumer Protection Act, various consumer fraud actions and putative actions involving financing of consumer goods, consumer fraud action claims related to late fees, and a action involving claims arising under Business and Professions Code Section 17200. These cases are currently pending in various state and federal courts in California, Texas, Maryland, Georgia, Alabama, Missouri, Illinois, Mississippi, and Indiana. He also filed an amicus brief in the Supreme Court on behalf of a client regarding class certification in arbitration. Other recent representations involving class actions or consumer fraud actions include defense of putative consumer class actions in Ohio, Alabama, California, Florida, New Jersey and New York and the successful negotiation and resolution of an investigation by a twenty state group of state attorneys general into allegations of consumer fraud. Among the clients represented in these class actions are DIRECTV, Inc., General Motors, Hyundai Motor America, Whirlpool Corporation, ServiceMaster, Inc. and Hughes Electronics.

Mr. Baumann also has tried cases involving technology related disputes in the telecommunications and satellite industry in state and federal courts in California and in arbitrations in California, Illinois and London, England.

Among the issues involved were disputes regarding the specifications and performance of satellite communications systems, air traffic control systems, alleged faulty design and construction of an airport facility in Trinidad, alleged trade secret and misappropriation of trade secrets, trademark disputes and the alleged faulty design and manufacture of integrated circuits used in telecommunications products.

Representative clients include DIRECTV, Inc., Hughes Electronics Corporation, General Motors Corporation, The Boeing Company, Raytheon Company, Hyundai Motor Company, Kraft Foods, Inc., PriceWaterhouse Coopers, Whirlpool Corporation, S.C. Johnson & Sons, Inc., American Home Shield Corporation, ServiceMaster Inc. and Amoco Oil.

**Education**
College of William & Mary (J.D., 1979)

Princeton University (A.B., 1976)

**Clerk & Government Experience**
Law Clerk, U.S. Court of Appeals, District of Columbia Circuit, 1979-1980

**Admissions & Qualifications**
1979, District of Columbia
1990, California

**KIRKLAND & ELLIS LLP**

### Erin N. Brady    Associate
Los Angeles
ebrady@kirkland.com

T 213-680-8225
F 213-680-8500



**Practice Areas**
• Restructuring

**Professional Profile**
Erin N. Brady is an associate in the Firm's restructuring practice in Los Angeles.  Ms. Brady focuses her practice on the representation of debtors in large Chapter 11 reorganization cases, but has also represented creditors' committees, equity committees, individual creditors and interested third-parties.  Ms. Brady has extensive experience in asset sales and acquisitions, bankruptcy-related litigation, Chapter 11 restructurings and numerous adversary proceedings.

**Education**
Pepperdine University School of Law (J.D., 2001) *summa cum laude*, Dean's List, American Jurisprudence Award
Notes & Comment Editor, Pepperdine Law Review

Cardinal Stritch University (B.A., 1998) *summa cum laude*

**Admissions & Qualifications**
2001, California

**Courts**
Supreme Court of California
Central District of California
Northern District of California

**Memberships & Affiliations**
State Bar of California
American Bar Association, Business Law Section
Los Angeles County Bar Association
Women Lawyers Association of Los Angeles
American Bankruptcy Institute

**Other Distinctions**
Publications:

"Two Systems Divided By A Common Language: US Chapter 11 -v- English Administration- A Practical Comparison," *ABI International Insolvency Symposium,* September 23, 2005

"Determining the Proper Pleading Standard Under the Private Securities Litigation Reform Act of 1995 After In re Silicon Valley," 28 *Pepperdine Law Reivew,* 2000



# KIRKLAND & ELLIS LLP

**Damian D. Capozzola**    **Partner**
Los Angeles
dcapozzola@kirkland.com

T 213-680-8653
F 213-680-8500



**Practice Areas**
- Commercial Litigation
- Environmental
- Class Action, Mass Tort & Toxic Tort Litigation
- Restructuring
- Trademark, Advertising & Copyright Litigation

**Professional Profile**
As a litigation partner in the Los Angeles office, Damian Capozzola has handled a variety of matters for a broad spectrum of clients, including some of the world's largest defense contractors, food manufacturers, and telecommunications companies.  During 2002-2003 his work for one of K&E's venture capital clients contributed to a favorable 12-0 jury verdict, and he also first-chaired an arbitration matter to a successful resolution.  During 2004-2005 Mr. Capozzola handled various litigation matters spinning out of one of the ten largest bankruptcies in history, including a software copyright matter in which he was primarily responsible for developing the fact and expert discovery for and authoring a successful summary adjudication motion that effectively disposed of the majority of plaintiff's case.  At the trial of the remaining claims, which he second-chaired, the jury awarded plaintiff only $57,000 of his claimed damages of well over $50 million.

Mr. Capozzola has also handled a range of environmental issues, from mass tort litigation to multi-party mediations to advising clients on discrete issues. Finally, Mr. Capozzola has extensive experience in taking and defending depositions and assisting in the preparation of expert reports, and he is one of the chairpersons of the Trial Advocacy Prosecution Program in which K&E prosecutes misdemeanors for the local cities of Hermosa Beach and Redondo Beach. His pro bono work in this regard has been featured in numerous local newspapers including an article from The Beach Reporter entitled Prosecutors Tap Local Lawyers.

**Education**
University of Virginia School of Law (J.D., 1996)

University of California, Santa Barbara (B.A., 1993) Phi Beta Kappa, 1993
Male Scholar-Athlete of the Year

**Admissions & Qualifications**
1996, California

**Courts**
1997, District of Arizona
1996, Central District of California
1999, Eighth Circuit
1999, Ninth Circuit

**Memberships & Affiliations**
Member, Board of Managers, Los Angeles YMCA, December, 2005 - present
Italian-American Lawyers' Association, Los Angeles, California

**Seminars**
"Technology and the Effective Deposition," presented at LiveNote/RealLegal 2005 Partners Conference, San Francisco, CA, November 5, 2005

**KIRKLAND & ELLIS LLP**

### Shirley S. Cho    **Partner**
Los Angeles
scho@kirkland.com

T 213-680-8242
F 213-680-8500

**Practice Areas**
• Restructuring

**Professional Profile**
Ms. Cho concentrates her practice on the representation of corporations in financial distress, secured and unsecured creditors, purchasers of assets, and boards of directors during Chapter 11 proceedings as well as out-of-court negotiations.

In October 2004, the Chicago/Midwest Chapter of theTurnaround Management Association honored Kirkland & Ellis with an award for "Transaction of the Year" for their management of the Chapter 11 reorganization of Conseco, Inc.  Ms. Cho was part of the team of attorneys that was recognized for their success in managing the lengthy asset disposition process that resulted in a favorable outcome for Conseco.

Ms. Cho's representation of Conseco was mentioned in the article, "Big Suits: Conseco Bankruptcy" in *The American Lawyer*.

Her work on behalf of Fleming was highlighted in the June 7, 2004 issue of the *Troubled Company Reporter*.

**Education**
University of California, Hastings College of the Law (J.D., 1997)
Senior Notes Editor, Hastings International and Comparative Law Review

University of California, Berkeley (B.A., Political Science, 1994) magna cum laude

**Clerk & Government Experience**
Law Clerk to the Honorable John E. Ryan, United States Bankruptcy Court, Central District of California, 1997-1998

**Representative Matters**
In re Fleming Companies, Inc. (District of Delaware), Co-Counsel to Debtors.  Represent parent and 28 subsidiaries in sale of nation's largest wholesale food distribution business and reorganization of one of nation's largest convenience-store distribution businesses.  Represent Post Confirmation Trust of the estates of Fleming Companies, Inc.

In re Conseco, Inc. (Northern District of Illinois), Co-Counsel to Debtors. Represent finance subsidiary debtor company of this publicly-traded company in a $1 billion+ sale of assets, which was reported to be the largest cash-only sale in Chapter 11 history.

In re Pryor Resources, Inc. (District of Delaware), Co-Counsel to Debtors.

Represent rights of secured and unsecured creditors in several Chapter 11 proceedings such as:  In re KPC Global Care; In re Rampage Retailing, Inc., In re Sterling Healthcare Cop., In re SunHealthcare, In re Tri-Union, In re Total Tires, In re Charger, Inc., In re Diet of Workshop of Boston.

**Admissions & Qualifications**
1997, California
2002, New York

**Courts**
Central District of California
Eastern District of New York
Southern District of California
Southern District of New York
Northern District of California

**Other Distinctions**

**Publications/Articles:**

Ms. Cho has co-authored several papers pertaining to troubled companies, including:

"A Model for Canadian Cross-Border Insolvency: Core-Mark International, Inc.," The Bankruptcy Strategist, April 1, 2005.

"U.S.-Canadian Cross-Border Insolvencies-- A Survey of Recent Ancillary Proceedings", Canadian-American Symposium on Cross-Border Insolvency Law, Toronto, Ontario, Canada, February 11, 2005.

"The Zone of Insolvency: When Has a Company Entered Into It, and Once There, What Are the Board's Duties?," Bankruptcy 2002: Views From The Bench, Washington, D.C., September 20, 2002.

"The Danger Zone: Fiduciary Duty Issues Impacting Directors and Officers in the Zone of Insolvency and Beyond," CLE International Conference entitled "Strategies for Distressed Companies Conference," San Francisco, CA, November 2001.

"What To Do When Your Payor Goes Under," American Hospitals & Health Systems Law Institute Conference, 2000

"Continuing Economic Reform in the People's Republic of China: Bankruptcy Legislation Leads the Way," 19 Hastings International & Comparative Law Review 739 (1996)

**Prior Experience**
Foley & Lardner, 1998-2001
United States Department of Justice, Civil Division, Summer 1996

**KIRKLAND & ELLIS LLP**

**Dawn H. Dawson**   Associate
Chicago
ddawson@kirkland.com

T 312-861-2325
F 312-861-2200



**Practice Areas**
• Intellectual Property
• Biotechnology, Pharmaceutical & Life Science
• Information Technology Transactions
• Internet & E-Commerce
• Outsourcing
• Patent Infringement Litigation

**Professional Profile**
As an associate in the Intellectual Property Department in the Chicago office, Dawn H. Dawson has worked on complex commercial cases involving patent, trade secret, antitrust, trademark, copyright and related matters. Prior to joining Kirkland & Ellis, Ms. Dawson was the Technology Transfer Administrator at St. Jude Children's Research Hospital where she drafted and negotiated contracts for the protection and commercialization of intellectual property developed there.  Ms. Dawson had previously worked in St. Jude's Immunology Department where she assisted in a project to develop a polyvalent vaccine to the HIV virus.  Dawn authored the article, Supreme Court Reaffirms the Broad Scope of Patentable Subject Matter, which appeared in the Spring 2002 issue of the K&E intellectual property publication, *Biotech Update*.

**Education**
University of Illinois College of Law (J.D., 2001) summa cum laude, Order of the Coif
Associate Editor, University of Illinois Law Review, Articles Editor, University of Illinois Journal of Law, Technology & Public Policy

University of Memphis (B.S., Biology, 1994) summa cum laude, Biology Faculty Award
Undergraduate Research Scholar, Undergraduate Research Fellowship sponsored by Merck, Best Student Paper Award, Tennessee Academy of Sciences, 1993

**Admissions & Qualifications**
2001, Illinois

**Memberships & Affiliations**
American Bar Association
Chicago Bar Association

**Other Distinctions**
Publications:

Dawn H. Dawson, Note, The Final Frontier: Right of Publicity in Fictional Characters, U. ILL. L. REV. 685 (2001)

Hurwitz, J.L., Soike, K.F., Sangster, M.Y., Portner, A., Sealy, R.E., Dawson, D.H., and Coleclough, C.: Intranasal Sendai Virus Vaccine Protects African Green Monkeys From Infection with Human Parainfluenza Virus-Type One. Vaccine 1997;15:533-540

Rencher, S.D., Slobod, K., Dawson, D.H., Lockey, T.D., and Hurwitz, J.L.: Does the Key to a Successful HIV Type 1 Vaccine Lie Among the Envelope Sequences of Infected Individuals? AIDS Res Hum Retroviruses 1995;9:1131-1133

**Prior Experience**
Technology Transfer Administrator, St. Jude Children's Research Hospital
Research Technician, St. Jude Children's Research Hospital



# Melissa M. Dulac
## Associate, Litigation
Los Angeles, California

t: 213-680-8319
f: 213-680-8500
mdulac@kirkland.com

- **Professional Profile**

Melissa M. Dulac is an associate in the litigation group of Kirkland & Ellis LLP. Melissa focuses her practice on commercial litigation and white collar criminal defense. She has represented individuals and major corporate clients in diverse industries in state and federal court.

- **Education**

Loyola University Los Angeles Law School (J.D., 2000) American Society of Writers on Legal Subjects Award, recipient 2000; National Association of Women Lawyers Award, recipient 2000; Dean's List, 1997-2000; Order of the Coif; Sayre Macneil Scholar, 1998-2000; Alpha Sigma Nu, 2000; First Honors Award, Legal Research & Writing; First Honors Award, Legal History; Editor-in-Chief, Loyola of Los Angeles Law Review, 1999-2000

Northwestern University (B.A., History, 1997) Departmental Honors

- **Clerk & Government Experience**

Law Clerk to the Honorable Ronald S. W. Lew, 2000-2001

- **Admissions/Qualifications**

2000, California

- **Courts**

United States District Court for the Central District of California

United States Court of Appeals for the Ninth Circuit

California Courts (Superior, Appeal, Supreme)

- **Memberships & Affiliations**

American Bar Association

Los Angeles County Bar Association

Young Lawyers Division of the ABA White Collar Crime Committee, West Coast Regional Subcommittee

Women Lawyers Association of Los Angeles

- **Prior Employment Experience**

O'Melveny & Myers, 2001-2003

O'Neill, Lysaght & Sun LLP



# Michael G. Fatall
## Partner, Intellectual Property
Chicago, Illinois

t: 312-861-3292
f: 312-861-2200
mfatall@kirkland.com

- **Professional Profile**

Michael Fatall is a partner in the Chicago office of the intellectual property group. Michael focuses his practice on intellectual property and technology transactions and counseling. Michael's transaction experience includes software, trademark, technology and patent licensing, strategic marketing, reseller and OEM agreements, intellectual property holding company agreements and other intellectual property-related commercial agreements (such as manufacturing, supply, distribution and technology services agreements). Michael also handles and negotiates intellectual property aspects of mergers, acquisitions, private equity and venture capital financing and other forms of corporate and financing transactions.

Areas of intellectual property and commercial law in which Michael has counseling experience include advising clients on aspects of use, protection and defense of intellectual property (such as protection and maintenance of a client's global trademark and domain name portfolio), risks associated with the application of federal and state franchise laws, rights and liabilities associated with the use and transferability of intellectual property in bankruptcy-related transactions, online privacy issues and advising international clients on U.S. intellectual property and contract law aspects of U.S.-based commercial transactions.

Michael has also lectured on intellectual property aspects of corporate transactions at the Kirkland Institute of Corporate Practice (KICP) and presented at internal training seminars on topics including intellectual property issues in bankruptcy, franchising, joint ventures and strategic alliances and selection of company names, trademarks and servicemarks.

Michael co-authored the article, "Assignability of Intellectual Property Licenses in Bankruptcy: Navigating the Murky Waters of Section 365" from the Fall 2002 issue of ABA's Intellectual Property Law Newsletter. He also co-authored the article, "After the Fall: What Happens to IP Licenses During Bankruptcy" published in the August 2002 issue of IP Worldwide.

Michael was mentioned in the article, "Big Suits: Conseco Bankruptcy" from the March 2003 issue of The American Lawyer.

- **Education**

Northwestern University (J.D., 1997)

University of Kansas (B.A., Psychology, 1991)

- **Admissions/Qualifications**

1997, Illinois

- **Courts**

U.S. District Court, Northern District of Illinois

- **Memberships & Affiliations**

American Bar Association

Chicago Bar Association

- **Other Distinctions**

Publications:

Assignability of Intellectual Property Licenses in Bankruptcy: Navigating the Murky Waters of Section 365, ABA Intellectual Property Law Newsletter (Fall 2002)

After the Fall: What Happens to IP Licenses During Bankruptcy, IP Worldwide (August 2002)

Michael was mentioned in the article Big Suits: Conseco Bankruptcy from the March 2003 issue of the American Lawyer.

- **Prior Employment Experience**

Grippo & Elden 1998-2000

Burke, Weaver & Prell 1997-1998

**Antoinette D. Huerta**



---

**WORK EXPERIENCE:**
December 1998 – Present

**Verboon, Whitaker & Peter, LLP**
**Legal Assistant**
Critically involved in all aspects of litigation including
marketing of new cases, creating and maintaining
extensive databases, and distributing funds to clients
- Prepare and revise legal documents
- Legal research
- Serve as Case Administrator for Central Valley office under the
  direction of Senior Partner and Associate Attorney
- Draft correspondence to clients updating them on the status of their
  case
- Coordinate and schedule plaintiffs and defense experts for
  inspections and testing
- Calendar court appearances
- Database management
- Schedule and make flight arrangements
- Build and maintain professional rapport with several hundred
  clients

Aug. 1997 – Dec. 1998

**Hunt, Ortmann, Blasco, Palffy & Rossell, Inc.**
**Senior File Clerk**
Oversaw entire filing system including the maintenance of files for
several attorneys and partners
- Supervised file clerks
- Created and maintained document depositories
- Filed legal documents with courts
- Legal research
- Ordered supplies for the entire office

**EDUCATION:**

**University of Southern California**
Bachelors of Science, Public Policy and Management
Minor, Environmental Issues

**ACTIVITIES:**

**USC Debate Squad,** Three year member on scholarship 1994-97
**Excellence in Education,** Co-Founder/Director 1995-97
**Trojan Gavel,** President 1997
**Jeopardy Program,** Tutor for L.A.P.D., 1996-1997

**AWARDS:**

"Most Valuable Squad Member" -USC Debate Squad 1997
"Award for Excellence in Leadership" –USC 1997
"Special Senior Recognition" –USC 1996-1997
"Certificate of Appreciation for Service"-Mayor, Richard Riordan 1997
"Finalist" -USC Team Debate, Spring Champs 1997

**SKILLS:**

Lexis-Nexis; Westlaw; Internet and E-mail proficient; Excel; Access;
Microsoft Office; Typing speed 60 wpm; Trilingual, Spanish, French

*References Available Upon Request



# Eric C. Liebeler
## Partner, Commercial Litigation
Los Angeles, California

t: 213-680-8484
f: 213-680-8500
eliebeler@kirkland.com

- **Summary Work Experience**

1995-present    Partner, Commercial Litigation

1990-1995    Associate

1989-1990    Judicial Clerk, The Honorable J.L. Edmondson

United States Court of Appeals for the Eleventh Circuit

- **Principal Practice Areas**

Trial practice and client counseling in contracts, copyright, products liability, mergers & acquisitions matters in state and federal courts.  Seven trials.

Argued appeals before the U.S. Courts of Appeals for the Fifth, Ninth and Federal Circuits and the California Court of Appeals.

- **Representative Experience**

CCT v. Lockheed:
Principal architect and second-chair of seven-week jury trial in complex commercial breach-of-contract, fraud, and intentional interference claim stemming from a teaming agreement to upgrade mission computers on the B-1B bomber aircraft.  Representing plaintiff, received $64.5 million jury verdict.

  - Jury found for plaintiffs on all claims, including punitive damages.

  - Case listed in American Lawyer's  "Top Ten Verdicts for the First Quarter 2001 (June, 2001) and Corporate Counsel Magazine's "Getting Slammed:  20 Largest Verdicts to Hit Corporations During First Half of 2001 (August 2001).

- Trial court reduced damages to $34 million; this amount upheld on Lockheed's appeal.

<u>In Re Fleming:</u>
Lead litigation counsel for debtors in multi-billion dollar bankruptcy. Conducted three full trials and numerous injunction and other evidentiary hearings. Successfully litigated objections to reorganization plan. Currently lead litigation counsel on hundreds of preference, overpayment and deduction claims. Representations include:

- <u>Berry vs. Fleming</u>: Obtained summary judgment on numerous copyright and related claims. Plaintiff asserted hundreds of millions of dollars' worth of claims; only *de minimis* claims survived.

- <u>Fleming v. Target</u>: Represent the Fleming Post-Confirmation Trust on breach-of-contract and related claims.

<u>Star Milling v. Solar Aquafarms:</u>
Lead trial counsel of three-week trial in breach-of-contract and negligent misrepresentation case for subsidiary of Chiquita Brands. Represented defendant and counterclaimant.

- Obtained complete defense verdict, and significant recovery (including full attorney's fees) on counterclaim.

<u>G.E. Capital v. DIRECTV</u>
Second-chair at eight-week jury trial in the District of Connecticut in complex commercial breach-of-contract case.

- Case lost; settled on appeal.

<u>Kemp v. Kraft:</u>
Lead counsel defending Kraft in breach of contract action relating to a $20 million asset sale. Obtained summary judgment on two of three claims; third claim settled for a nominal sum.

<u>DEP Corp. v. S.C. Johnson & Son, Inc.:</u>
Represented S.C. Johnson in action involving $45 million sale of two hair care brands. Obtained summary judgment on five of six claims. Sixth claim settled for a nominal sum.

<u>T&P Custom Marketing v. Estornell:</u>
Successfully defended subsidiary of Chiquita Brands in breach of contract and tort case related to importation of grape juice concentrate.

<u>Tipton v. General Motors:</u>
Obtained defense verdict in products liability action involving inertial unlatching of restraint system. Lead counsel on successful resolution of appeal.

<u>Ameritec v. Ameritech:</u>
Represented Ameritech in breach of contract and unfair competition case arising from selection of new corporate logo.  After bench trial in Central District of California, achieved complete defense verdict, including substantial attorneys' fee award.

- **Education**

Duke University School of Law, J.D., 1989
      Article Editor, Duke Law Journal

Massachusetts Institute of Technology, B.S., Political Science 1985

Case 1:03-cv-00385-DAE-LEK    Document 882-8    Filed 03/23/2006    Page 20 of 40

**KIRKLAND & ELLIS LLP**

**Glen G. Mastroberte**    **Associate**
Los Angeles
gmastroberte@kirkland.com



T 213-680-8287
F 213-680-8500

**Practice Areas**
• Commercial Litigation

**Education**
University of California, Los Angeles School of Law (J.D., 2002) Order of the Coif
Symposium Editor, University of California, Los Angeles Law Review

London Business School (Masters in Finance, 2004)

University of Arizona, Eller School of Business (B.S., Accounting & Finance, 1997) magna cum laude

**Clerk & Government Experience**
Honorable Arthur L. Alarcón, U.S. Court of Appeals, 9th Circuit, Los Angeles, California, Judicial Extern
Senator John S. McCain, Tucson, Arizona, Congressional Aide

**Admissions & Qualifications**
2003, California



**KIRKLAND & ELLIS LLP**

### Jeffery S. Norman    Partner
Chicago
jnorman@kirkland.com


T 312-861-2042
F 312-861-2200



**Practice Areas**
- Corporate
- Private Company
- Corporate Finance
- Private Equity/Venture Capital
- Intellectual Property
- Information Technology Transactions
- Internet & E-Commerce
- Patent Infringement Litigation
- Strategic Alliances
- Trademark, Advertising & Copyright Litigation

**Professional Profile**
Jeff Norman is a partner whose practice is focused on complex technology-related transactions and litigation counseling. Jeff's experience includes international and domestic transactions such as joint ventures, research and development, manufacturing, patent and other technology licensing, software development and licensing, structuring of bankruptcy remote vehicles to protect intellectual property, information transfer and exchange, outsourcing, and private equity and venture capital investments. Jeff's litigation counseling experience includes software patent litigation, copyright litigation, and general commercial litigation. Jeff is an experienced C language programmer, and has co-authored several peer-reviewed articles in the area of artificial intelligence and legal reasoning.

Jeff has commented on patent infringement issues and open-source code in numerous articles, including the following:

Court Blocks Microsoft's Chimney in Longhorn
*eWeek.com*

SCO Seeks More Code from IBM
*InfoWorld.com*

Linux for Desktops: Some Analysts Say Usage Data Inflated
*Investor's Business Daily*

IBM Seeks to Force SCO's Hand in Lawsuit
*Computerworld.com*
*InfoWorld.com*

Software Organization Rebuffs SCO Subpoena
*InfoWorld.com*
*LinuxWorld.com*

Eolas patent rejected, but decision not seen as final
*InfoWorld.com*

The Myths of Open-Source
*CIO Magazine*

**Education**
Washington University School of Law (J.D., 1992) Order of the Coif; Dean's Honor Scholar Award
Law Review Associate Editor, Washington University Law Quarterly

University of Chicago, Graham School (Certificate in E-Business Strategy, 2000)

Washington University (A.B., Political Science, 1989) Upper-level coursework in computer science, engineering and physics

**Admissions & Qualifications**

1992, Illinois

**Memberships & Affiliations**
Member of the Intellectual Property Law, Science and Technology, and
Antitrust Sections of the American Bar Association

Member of the Electronic Commerce Division of the Science and
Technology Section of the American Bar Association

**Other Distinctions**
PUBLICATIONS:

William A. Streff & Jeffery S. Norman, Courts, UCC Tackle Shrink-Wrap
Licenses, N.Y. LAW JOURNAL, October 14, 1997, at S6

Ronald P. Loui, Jeffery S. Norman et al., Progress on Room 5: A Testbed for
Public Interactive Semi-Formal Legal Argumentation, 1997 PROCEEDINGS
OF THE SIXTH INTERNATIONAL CONFERENCE ON ARTIFICIAL
INTELLIGENCE AND LAW 207

Ronald P. Loui & Jeffery S. Norman, Rationales and Argument Moves, 3
ARTIFICIAL INTELLIGENCE AND LAW 159 (1995)

Ronald P. Loui, Jeffery S. Norman et al., Computing Specificity, 93-03
WASHINGTON UNIVERSITY COMPUTER SCIENCE TECHNICAL
REPORT (1993)

Ronald P. Loui, Jeffery S. Norman et al., A Design for Reasoning with
Policies, Precedents, and Rationales, 1993 PROCEEDINGS OF THE
FOURTH INTERNATIONAL CONFERENCE ON ARTIFICIAL
INTELLIGENCE AND LAW 202

Jeffery S. Norman, Comment, The Seventh Circuit Allows Bankrupt Debtors
a Fresh Start with their Former Spouse's Property - In re Sanderfoot, 889
F.2d 598 (7th Cir. 1990), 69 WASH. U.L.Q. 645 (1991)

SPEAKING ENGAGEMENTS:

Speaker, Intellectual Property Issues, PLI Acquiring or Selling the Privately
Held Company (April 2005 and July 2005)

Guest Lecturer, Intellectual Property Issues in Business and Technology,
University of Chicago Graduate School of Business (Winter 2001 - Winter
2005)

Moderator, Digital Rights Management and Content Distribution, Digital
Frontier Conference, Kellogg School of Management (January 2003)

Speaker, Privacy Law, Minnesota CLE Computer Law Institute (October
2000)

Guest Lecturer, Copyright and Computer Law, John Marshall Law School
(February 2000)

Speaker, Legal and Regulatory Concerns in E-Commerce: Liability and IP
Laws, WebSec Conference (San Francisco, 1999)

Speaker, Copyright in the Digital Environment, PLI Basics of Copyright Law
Conference (Chicago, 1999)

Panelist, Internet and E-Commerce, PricewaterhouseCoopers' General
Counsel Forum, (Chicago, 1999)

**KIRKLAND & ELLIS LLP**

### Geoffrey A. Richards    Partner

Chicago
grichards@kirkland.com

T 312-861-2131
F 312-861-2200

**Practice Areas**
• Restructuring

**Professional Profile**
Geoffrey A. Richards is a partner in the Firm's
restructuring practice.  Mr. Richards' experience includes
representing debtors, secured and unsecured creditors,
asset purchasers, landlords and other parties in interest in bankruptcy
proceedings as well as borrowers and lenders in out-of-court proceedings.
His debtor practice includes representing companies in the manufacturing,
airline, distribution, trucking and telecommunications industries in all aspects
of their bankruptcy cases, including debtor-in-possession and cash collateral
agreements, assets sales and reorganization plan structuring, confirmation
and implementation.

Articles in which Mr. Richards has been quoted or his representations have
been profiled include:

Fleming Says Working to Settle Dispute with Wisconsin
*The Associated Press*
June 9, 2004

Lawyers Say Fleming Wants to Keep Convenience-Store Unit
*The Associated Press*
November 26, 2003

Judge to Decide Ingersoll Retiree Panel Next Week
*Rockford Register Star*
May 22, 2003

Fleming Wins Approval to Tap into $150 Million Loan
*Bloomberg*
April 22, 2003

Big Suits: UAL Bankruptcy
*The American Lawyer*
February 2003

Big Suits: Firms United
*The National Law Journal*
December 23, 2002

Stations Holding Can Sell Benedek
*The Daily Deal*
September 26, 2002

Humphreys: Maker of Belts, Wallets in Chapter 11
*Crain's Chicago Business*
April 23, 2001

His representation of Foster & Gallagher and its subsidiaries in their Chapter
11 proceedings has been mentioned in numerous articles, including *The
Grand Rapids Press* article entitled, "Michigan Bulb Parent to Speed
Bankruptcy."

**Education**
Northwestern University School of Law; Brooklyn Law School (J.D., 1995)

University of Wisconsin-Madison (B.A., 1992)

**Representative Matters**
Representing The Fleming Companies and Core-Mark, the United States'

largest distributors of consumable goods, and their subsidiaries ($17 billion in consolidated revenue) in all aspects of their Chapter 11 restructuring

Representing United Airlines, Inc., the world's second largest air carrier, and its affiliates ($16 billion in consolidated revenue) in their Chapter 11 restructuring

Represented Stations Holding Company, Inc., owner of Benedek Broadcasting Co., in its Chapter 11 case and merger into a publicly traded media company

Represented Jarden Corporation in its successful acquisition of Diamond Brands, Inc.

Represented AmeriServe Food Distribution, North America's largest foodservice distributor to chain restaurants, and its 12 subsidiaries ($9.0 billion in consolidated revenue) in their Chapter 11 cases

Represented Foster & Gallagher, Inc., an employee-owned direct marketer of consumer products, and its 22 subsidiaries ($400 million in consolidated revenue)  in their Chapter 11 cases

Represented Harnischfeger Industries, Inc., a global manufacturer of pulp machinery and mining equipment, and its 60 subsidiaries ($3.0 billion in consolidated revenue)  in their Chapter 11 restructuring

Represented Greenwich Capital Financial Products, Inc. in the negotiation and documentation of a $300 million debtor-in-possession financing facility to United Companies Financial Corp., a sub-prime home equity lender ($6.0 billion in consolidated revenue)

Represented DavCo Restaurants, Inc., the world's largest Wendy's franchisee, in its restructuring activities

**Admissions & Qualifications**
1995, Illinois

**Courts**
District Court for the Central District of Illinois
District Court for the Northern District of Illinois
District Court for the Western District of Wisconsin

**Memberships & Affiliations**
Trustee - The Hill School, 1998-2004
Trustee - Ronald McDonald House, 1990-1993
Director - Ambassador House, 2000-2004
Director - River North Dance Company, 2003-present

American Bankruptcy Institute
Chicago Bar Association
INSOL

**Other Distinctions**

**Teaching Distinctions**

Adjunct Professor of Law, Northwestern University School of Law, "Corporate Restructuring: Business Workouts and Reorganizations," 2001, 2003-2004

Guest Lecturer, Northwestern University School of Law, "Managing Corporate Assets," Summer 2002

**Publications**

"No More Blue Light Specials?; Critical Vendor Payments after Kmart," Co-authored with Richard Cieri and Samuel Blatnick; presented at 2005 William J. O'Neill Great Lakes Regional Bankruptcy Institute

"Hot Topics in Cases Involving Distressed Companies," Co-authored with James Sprayregen and Jonathan Friedland, presented at Northwestern University School of Law Corporate Law Institute Program, Fall 2003

"Turning Sour Grapes into Fine Wine: Resolving Israeli-American Disputes Through Litigation and Arbitration," co-authored with James Sprayregen and presented at the American Bankruptcy Institute, Cross-Border Program in Israel, February 1999

"Absolute Assignments of Rent and Cash Collateral: State Law and Bankruptcy Law Collide. Who Wins?," co-authored with David Heller and Michael Molinaro and presented at American Bankruptcy Institute, Washington, D.C. Spring 1997 Conference

## RAYMOND F. ROMAN



**OBJECTIVE:**    To obtain a challenging position with a growing company where I can utilize my knowledge and skills as a tool to contribute to the organization's success and assist in my professional growth.

**EXPERIENCE:**

04/99 – present    Contract Temporary Employee:  Jr. Paralegal/Project Assistant

02/98 – 4/99    **Sonnenschein Nath & Rosenthal, Los Angeles, CA**
Title: Project Assistant/Jr. Paralegal

*Responsibilities:*    Case management administration which included filing of all pleading, discovery, correspondence and miscellaneous documents; war room organization; prepared and filed all deposition transcripts, manuscripts and exhibits; bates stamped documents and prepared them for document production; assisted with trial work and trial preparation, worked closely with attorneys and lead paralegals on several case projects; prepared post-trial binders

9/96 – 10/97    **Mayer, Brown & Platt**, Los Angeles, CA
Title: Document Clerk

*Responsibilities:*    Calendaring, case management administration which included filing of all pleading, discovery, correspondence and miscellaneous documents; war room organization; prepared and filed all deposition transcripts, manuscripts and exhibits; assisted with secretarial overflow work which included preparing documents and exhibits for court filings; bates stamped documents and prepared them for document production; prepared subpoenas and various other related documents for paralegals; assisted with trial work and trial preparation, worked closely with attorneys during trial consisting of organization of supplies, exhibits, exhibit lists, updated all necessary pleading, discovery and correspondence files for attorneys, prepared trial binders, exhibit binders, witness binders, post-trial binders, court order binders and went on court runs for attorneys when needed; assisted docket clerk with processing of all incoming mail, faxes and court filings, and handled distribution of same; prepared Avery labels for all case-related files which included setting up, typing and printing; general clerical work; paralegal assistant.

| | |
|---|---|
| 4/93 - 8/96 | **Gabriel, Madsen & Zaks**, Glendale, CA<br>Supervisor: Ana Whale<br>Title: Legal Clerk |
| *Responsibilities:* | Calendaring, opening new files; assisted billing department with accounts payables and receivables; process service of subpoenas; oversee office supplies; run firm errands; file court documents; very flexible assisting support staff and attorneys when needed; back up phones; translation of documents from English to Spanish and vice-versa. |
| 10/91 - 12/93 | **Staples**, Alhambra, CA<br>Supervisor: Ed Herrera<br>Title: Stocker/cashier |
| *Responsibilities:* | Stock items; work cash registers; operate office machines, i.e., facsimile and replicating machines; train new employees; supervise floor. |

**EDUCATION:**

| | |
|---|---|
| 6/94 - present | **Cal State Los Angeles**, Los Angeles, CA<br>*Major:* Spanish<br>*Goal:* Extensive course in Spanish translation and interpretation of civil and criminal terminology. Broad and extensive studies of Spanish language to include Spanish classical literature as well as technical legal jargon. |

**SKILLS:**

- Experience with various office machines, i.e., facsimile, photocopier (Kodak 2110 and 2085 machines), velobind machine, meridian telephone system, postage meter
- Software - Microsoft, Corel WordPerfect 8.1, IBM, AutoCAD, Windows 3.1, Word Perfect for Windows 5.2, 6.1, SoftSolutions, MS-DOS, Lotus Notes, CompuLaw, Microsoft Word 97
- Bilingual-speak, read and write fluent Spanish
- Professional demeanor, work well alone as well as with others
- Highly motivated, organized, detail oriented and good team player

**HOBBIES:**

I play on City League Semi-Pro Soccer teams, participated in firm basketball and softball teams; coach girls AYSO soccer team

*References available upon request*

**Kamran Salour**

| | |
|---|---|
| **EDUCATION** | **Emory University School of Law**, Atlanta, GA |
| | Candidate for Juris Doctor Degree, May 2006 |
| | *GPA:*          3.459/Top 25% of Class |
| | *Honors:*      Dean's List, Fall '03 |
| | *Activities:*   TI:GER Program-collaborate with Ph.D. and MBA students to solve IP |
| | protection issues in practical setting. August'04-May'06 |
| | Moot Court (will audition Fall '04) |
| | |
| | **University of California Los Angeles**, Los Angeles, CA |
| | Bachelor of Science Degree in Microbiology and Molecular Genetics, June 2001 |
| | *Honors:*      National Dean's List Award, March 2000 |
| | *Activities:*   Student Research Program |
| | Developmental Disabilities Immersion Program (DDIP) |

**LEGAL
EXPERIENCE**   **The Richards Law Firm, L.L.C.**, Atlanta, GA
*Law Clerk.* Co-authored several reply briefs, including reply to a motion to request sanctions. Researched various areas of tax law and drafted memoranda for several issues in preparation of trial. Improve research and writing skills through recurring feedback on performance. Invited to continue employment beyond summer. June 2004-Present

**Atlanta Legal Aid Society, Inc. /Georgia Legal Services Program**, Atlanta, GA
*Law Clerk.* Collaborated with attorneys to revise legal information. Developed relationships through extensive attorney and client contact. July 2004-August 2004

**Jean Padberg & Associates, P.C.**, Atlanta, GA
*Legal Assistant.* Conducted research into emerging areas of immigration law. Corresponded directly with clients and prepared paperwork for cases. Obtained insight into legal profession through regular discussions with attorney. May 2004-August 2004

**NON-LEGAL
EXPERIENCE**   **Balboa Life & Casualty**, Simi Valley, CA
*Quality Assurance/Team Leader.* Processed homeowner insurance policies. Maintained regular correspondence with agents. Tested implementation of Optical Character Recognition (OCR). Trained and supervised new hires. August 2002-August 2003

**Alabama Air**, Huntsville, AL
*Independent Distributor/Trainer.* Presented product in homes throughout Northern Alabama. Generated and scheduled own appointments. Conducted week-long training sessions for new hires. February 2002-August 2002

**CDT Imports**, Huntsville, AL
*Independent Distributor/Team Leader.* Sold products to businesses door-to-door. Assisted new hires with closing techniques. October 2001-February 2002

**Autism Partnership**, Seal Beach, CA
*Tutor.* Devised and orchestrated Lovas-style behavior modification trials for 4-year-old with Autism. Emphasized communication temptation, development of pretend play, and the reduction of self-stimulatory outbursts.  October 2000-October 2001

**PUBLICATIONS**
*Neuroscience Letters*, June 2000, *Pacific State Archives*, September 2000

**PERSONAL INTERESTS**
Writing, Weightlifting, and Documentaries.

**KIRKLAND & ELLIS LLP**

## R. Olivia Samad    Associate
Los Angeles
osamad@kirkland.com

T 213-680-8248
F 213-680-8500

### Practice Areas
- Intellectual Property
- Litigation
- International Arbitration & ADR

### Professional Profile
Olivia Samad is a litigation associate in the Los Angeles office. Prior to law school, she worked in journalism and the telecommunications industry. During law school, she focused on alternative dispute resolution, and was a national finalist in environmental negotiation, and was on one of five American teams at the United Nations-sponsored International Commercial Arbitration Competition in Vienna.

### Education
Georgetown University Law Center (J.D., 2003) Dean's Scholar
Barrister's Council, Alternative Dispute Resolution Team, International Commercial Arbitration Team

Stanford University (A.B., Economics & Public Policy, 1998)
Thesis on relationship between economic development policies and women's legal rights awarded Best paper in social sciences

### Clerk & Government Experience
Summer Clerk for the Honorable Alex Kozinski, United States Court of Appeals for the Ninth Circuit

### Admissions & Qualifications
2003, California

### Other Distinctions
Taught course on "U.S. Legal Discourse" to foreign lawyers, international LLM students.
Worked on Human Rights Watch Publication on personal status laws of Muslim Women in the E.U.

### Prior Experience
U.S. General Accounting Office, Los Angeles - International Trade and Law Analyst
External Affairs/Government Relations, Pacific Bell
Emerging Products Manager, SBC Telecommunications
CNN, Assignment Desk, Los Angeles Bureau

### Languages
Bengali



**MatrixLegal**
213.627.0330                                                    **CONFIDENTIAL**

## NEAL FLOYD D. SAN DIEGO

**POSITION DESIRED:**    Entry-Level Paralegal

**EDUCATION:**    -California State University (L.A.)
　　　　　　　　　Paralegal Certificate Program (ABA Approved)

　　　　　　　　　-Manila Central University (Philippines)
　　　　　　　　　B.S.B.A. - Major in Accounting ( Graduate )

**SKILLS:**    Quickbooks Pro, Corel WordPerfect, Microsoft Word, Excel,
　　　　　　Westlaw, Outlook Express E-mail, Window, Internet.
　　　　　　**Notary Public.**

**CONTINUING EDUCATION:**

June 2002 to Present :    Attended seminars for certification and passed the state
　　　　　　　　　license exam for Fire and Casualty Broker-Agent , & Life
　　　　　　　　　Insurance Agent License; attended H&R Block class for
　　　　　　　　　Tax Preparation; presently doing home study class (United
　　　　　　　　　Educational Services) for my Real Estate Broker's license.

**WORK EXPERIENCE:**

Jan. 23, 1995 to June 21,2002:

　　　Company :    **Howarth & Smith Law Firm**
　　　Position:    Accounting Personnel
　　　Duties:    Assisted paralegals and attorneys working on document retrievals,
　　　　　　　research, and computations of interests for the clients settled cases.
　　　　　　　Posting of records regarding billable and contingent clients.
　　　　　　　In charge of client cost analysis; Responsible for all the accounts
　　　　　　　payable process of the company; Handle senior partner's personal
　　　　　　　accounting including bank reconciliation; deposits and cash
　　　　　　　receipts; monthly reporting to the external accountants.

June 1990 to July 1994:

　　　Company :    **Benos Fashion (Home Office)**
　　　Position:    Accounts Payable Clerk
　　　Duties:    Process heavy volume of invoices from manufacturers; run
　　　　　　　computer generated checks for payables every week; hand write

Page 2
Neal Floyd San Diego

checks for approved request; allocate monthly statements received
from vendors; prepare month end reporting for accounting
supervisor; answer heavy phone calls; filing of records and paid
bills.

**SALARY:**          Negotiable

**REFERENCE:**       Available upon request

KIRKLAND & ELLIS LLP

**Karen A. Schweickart**    Associate
Chicago
kschweickart@kirkland.com



T 312-861-3255
F 312-861-2200

**Practice Areas**
- Intellectual Property
- Outsourcing

**Education**
University of Chicago Law School (J.D., 2003) Honors, Order of the Coif, Meacham Scholar
University of Chicago Law Review

University of California, Berkeley (B.A., History, 1995) Phi Beta Kappa, Phi Alpha Theta - History Honors Society

**Admissions & Qualifications**
2003, Illinois

**Prior Experience**
Account Executive, Harbinger Corporation
Summer Associate, Sidley, Austin, Brown & Wood
Summer Associate, Crosby, Heafey, Roach & May

**KIRKLAND & ELLIS LLP**

**Greer N. Shaw**    **Partner**
Los Angeles
gnshaw@kirkland.com

T 213-680-8240
F 213-680-8500
C 213-344-6226



**Practice Areas**
- Patent Infringement Litigation
- Trademark, Advertising & Copyright Litigation
- Commercial Litigation
- Appellate Litigation

**Professional Profile**
Greer N. Shaw is a partner in the Los Angeles office, where he focuses his practice on intellectual property and general litigation matters. He has extensive experience with patent infringement litigation, including cases involving medical devices, pharmaceuticals, computer peripherals, polymeric adhesives, semiconductor manufacturing equipment, DVD players, and exercise equipment. In the trademark area, he has handled several cases, most recently for clients in the financial services industry. In addition to intellectual property matters, he has handled a wide variety of matters in state and federal courts at the trial and appellate levels, including securities fraud actions, federal constitutional matters, non-competition and trade secret disputes, and general commercial litigation.

**Education**
Boston University School of Law (J.D., 1997) magna cum laude
Managing Editor, Boston University Law Review

University of California, Berkeley (B.A., Political Economy of Industrial Societies, 1993)

**Clerk & Government Experience**
Law Clerk to the Honorable Bailey Aldrich, United States Court of Appeals for the First Circuit

**Representative Matters**
Currently representing defendant DVD manufacturer in an antitrust case involving claims of unlawful patent pooling.

Currently counseling plaintiff inventor with respect to licensing patent portfolio relating to spinal fusion technology.

Represented defendant pharmaceutical manufacturer in a patent infringement case involving combination analgesics. The court granted summary judgment of invalidity due to obviousness.

Represented defendant manufacturer of semiconductor manufacturing equipment in a patent infringement case involving ion implantation devices employing radio frequency linear accelerator technology. The jury returned a verdict of noninfringement.

Represented plaintiff orthodontic products manufacturer in a patent infringement case involving light-activated polymeric adhesives with color-changing properties. The case settled by a consent judgment including admissions of infringement and a permanent injunction.

Represented defendant manufacturer in a patent infringement case involving data mirroring and RAID (redundant array of inexpensive discs) technology. The case settled favorably.

Represented plaintiff medical device manufacturer in a patent infringement case involving endoscopic devices using band ligation technology. The case settled favorably.

Represented plaintiff, a large banking institution, in a trademark infringement case involving bank names. The jury returned a favorable verdict.

Represented defendant, a large banking institution, in a trademark infringement case involving credit card products. The court granted

summary judgment of noninfringement.

**Admissions & Qualifications**
1998, California
1997, Massachusetts

**Courts**
District of Massachusetts
Central District of California
Southern District of California
United States Court of Appeals for the First Circuit
United States Court of Appeals for the Federal Circuit

**Seminars**
June 25, 2004:  Fifth Annual Technology Law Conference, Pepperdine
University School of Law.  Sponsored by the Association of Corporate
Counsel.  Mr. Shaw presented on topics concerning False Designation of
Origin and Willful Patent Infringement.

**Prior Experience**
Associate, Goodwin Procter LLP, 1998-2003

# Peter M. Spingola

## Associate, Intellectual Property
Chicago, Illinois

t: 312-861-2009
f: 312-861-2200
peter_spingola@chicago.kirkland.com

- **Professional Profile**

Peter Spingola is an associate in the intellectual property group focusing on intellectual property and technology related transactions, including software, trademark, patent and technology licensing. Peter also advises clients on the intellectual property and technology issues that arise in mergers, acquisitions, divestitures, and other forms of corporate and finance transactions.

- **Education**

IIT/Chicago-Kent College of Law (J.D., 1997) with Highest Honors, Order of the Coif

Dartmouth College (B.A., 1993)

**KIRKLAND & ELLIS LLP**

### Richard L. Wynne    Partner
Los Angeles
rwynne@kirkland.com

T 213-680-8202
F 213-680-8500

**Practice Areas**
• Restructuring

**Professional Profile**
Richard Wynne is the leader of Kirkland's rapidly expanding West Coast restructuring practice in our Los Angeles office. Rick is an ABC (American Board of Certification) Certified Business Bankruptcy Attorney, and is listed in The K&A Restructuring Register as one of the top 72 lawyers in the United States who "practice in the restructuring, reorganization, insolvency and bankruptcy arenas."

Recently, Rick was named a "Southern California Super Lawyer" after a wide-ranging nomination and polling process conducted by *Law & Politics* and published by *Los Angeles* magazine and *Southern California Super Lawyers* magazine. He was also listed as a leading lawyer in Insolvency and Restructuring in the 2006 edition of "The Guide to the World's Leading Financial Law Firms."

In October 2004, the Chicago/Midwest Chapter of theTurnaround Management Association honored Kirkland & Ellis with an award for Transaction of the Year for their management of the Chapter 11 reorganization of Conseco, Inc. Rick Wynne was part of the team of attorneys that was recognized for their success in managing the lengthy asset disposition process that resulted in a favorable outcome for Conseco.

Rick was featured in The M & A Journal article, A Six-Month Frenzy. He was also mentioned in the article Big Suits: Conseco Bankruptcy. Rick's representation of the creditor's committee in the Reed Slatkin Investment Fund bankruptcy was highlighted in the Bankruptcy Court Decisions article, Decision Lets Creditors' Counsel Stay in Fraud Fight. Rick shared his opinion of the Sarbanes-Oxley Act in the article, Officer Liability Could Become Common Bankruptcy Issue from Bankruptcy Court Decisions. Rick's representation of Centis Inc. is highlighted in the press release Centis Bankruptcy Plan Confirmed by Court. He was also quoted in the articles, Chicago Firm Acquires Bankruptcy Boutique and Wynne Spiegel Itkin Joins Kirkland & Ellis regarding Wynne Spiegel Itkin's move to Kirkland's Los Angeles office. The Los Angeles Business Journal featured him as one of the best and most sought after L.A. professionals in the article, White Knights in Pinstripe Suits.

A frequent writer and speaker on bankruptcy-related topics, his work has been featured in various journals, magazines, and seminars (click to view):

A Model for Canadian Cross-Border Insolvency
*The Bankruptcy Strategist*

Corporate Stewardship in the New Millennium
*Financier Worldwide Magazine's 2003 Global Restructuring & Insolvency Review*

The Coin of the Realm
*Los Angeles Lawyer*

The UNCITRAL Rule on Cross-Border Insolvency
*Los Angeles Lawyer*

Reorganizing in a Fish Bowl: Public Access vs. Protecting Confidential Information
*American Bankruptcy Law Journal*

LBO's: Legal Binding Obligations or Looting Business Opportunities

*Norton Bankruptcy Law Adviser*

Qualified Retirement Plan Benefits and the Debtor Participant in the Ninth
Circuit in Light of the U.S. Supreme Court's Ruling in Patterson v. Shumate
*California Bankruptcy Journal*

Sports Franchises and Bankruptcy Law
*ABI Bankruptcy Battleground West*

**Education**
Columbia Law School (J.D., 1982)

Parker School of Foreign and Comparative Law, Columbia University (1983)

Indiana University (B.A., 1979) with Distinction

**Admissions & Qualifications**
1982, New Jersey
1983, New York
1985, California

**Courts**
United States Supreme Court
Second Circuit Court of Appeals
Ninth Circuit Court of Appeals
Northern District of California
Southern District of California
Central District of California
District of New Jersey
Eastern District of New York
Southern District of New York

**Memberships & Affiliations**
American Bankruptcy Institute
American Bar Association
Los Angeles Bankruptcy Forum
Financial Lawyers Conference
Los Angeles County Bar Association

**Other Distinctions**
Offices:

California Bankruptcy Journal, Editor, 1993-present

American Bar Association Litigation Section
--Bankruptcy and Insolvency Committee, Co-Chairman, Programs, 1992-
1994

Los Angeles County Bar Association
--Chairman, Bankruptcy Committee, 1995-1996
--Chairman, Mediation Subcommittee, 1994-1995
--Chairman, Lobbying Committee, Bankruptcy Judgeship Act, Testified
before the House of Representatives' Judiciary Committee

Certifications:

Business Bankruptcy; American Bankruptcy Board of Certification

Certified Mediator, Bankruptcy Court for the Central District of California,
1995-present

**Seminars**
"Solemn Promise or Past Sin?  Implications of Pension Terminations," ABI
2005 Winter Leadership Conference, December 1-3, 2005

"Doing It The Hard Way: Reverse Cramdown and Contested Confirmation
Hearings," 79th Annual Meeting of the National Conference of Bankruptcy
Judges, November 4, 2005

"What Bankruptcy and International Lawyers Need to Know About Chapter
15," Los Angeles County Bar Association, Commercial Law and Bankruptcy
Section, September 28, 2005

"What Every Business Lawyer Needs to Know About the Recent Amendments to the Bankruptcy Code," Beverly Hills Bar Association, Bankruptcy, Business, Litigation, Real Estate and the Taxation Law Section Joint Dinner Program, September 22, 2005

"Successful Strategies for Restructuring Troubled Companies," Eighth Annual Conference on Corporate Reorganizations, Chicago, IL, June 2005

Los Angeles Bankruptcy Forum, "To Ship or Not to Ship? That is the Question: Representing Vendors in Bankruptcy," December 6, 2004

The Financial Lawyers Conference, "Current Ethical Issues Facing Commercial and Bankruptcy Professionals Representing Debtors, Creditors and Lenders in the Zone of Insolvency," October 2004

"SEC Enforcement Strategies," ABI Annual Spring Meeting, Washington, D.C., April 2004

"Failure of Corporate Stewardship," INSOL International Annual Conference, September 2003

"M&A Issues: Buy-side Dynamics," ABI Annual Investment Banking Program, June 2003

"Operating a Business in the Zone of Insolvency," ABA Section of Litigation Program, January 2003

"Negotiating Ethics: An Oxymoron," Financial Lawyers Conference, November 2002

"Liability and Causes of Action Involving Directors and Officers," 76th Annual Meeting of the National Conference of Bankruptcy Judges, October 2002

"Creative Uses of ADR in Bankruptcy," ABI Bankruptcy Battleground West, March 2001

"The Criminal Process vs. the Bankruptcy Process," ABI Bankruptcy Battleground West, March 2000

"Reorganizing in a Fish Bowl: Practical Lessons in Media Relations, Client Control and Protecting Confidential Information" 73rd Annual Meeting of the National Conference of Bankruptcy Judges, October 1999

"Franchise Reorganization Cases," ABI Bankruptcy Battleground West, March 1999

"Remembering Who the Client is - Effective Representation of Creditors and Creditors' Committees in Business Cases," ABI Bankruptcy Battleground West, March 1998

"Lights, Camera, Action: Issues in High Profile Bankruptcy Cases," Los Angeles Bankruptcy Forum, March 1998

"Cross Border Insolvency Problems and Solutions," Los Angeles County Bar Association, December 1997

"Recent Developments, Ninth Circuit Bankruptcy Symposium," February 1997

"Assignments: Absolute or Non-Absolute Cash Collateral or Not Some Musings on the State of the Fight," November 1996

"Alternative Dispute Resolution and Mediation," Arthur Andersen's Corporate Recovery Services Scottsdale Conference, September 1996

"Musical Chairs and Ethical Battles: Changing Firms, Multiple Roles and Disinterestedness," American Bankruptcy Institute, March 1996

"Mediation in Bankruptcy," Federal Bar Association, October 1995

"Reconcilable Differences: Mediation and Arbitration in Bankruptcy Courts," Los Angeles County Bar Association, April 1995

"Current Developments in Chapter 11," American Bankruptcy Institute, Third Annual Bankruptcy Battleground West, March 1995

"Chapter 11 in Five Short Acts," UCLA Anderson School of Management, Executive MBA Symposium, 1995

"The New Federalism in Multinational Insolvencies," National Conference of Bankruptcy Judges, American Bar Association Business Bankruptcy Committee Program, October 1994

"Some Faith, Some Credit: Recent Developments in Multinational Insolvencies," Commercial Insolvency in the Americas Symposium, Spring 1994

"Real Estate Workouts & Insolvency: The Debtor Perspective," Executive Enterprises, Inc. Seminar, San Diego, CA Spring 1994

"Reversal of Fortune: Fraudulent Conveyance Laws," Los Angeles County Bar Association, Spring 1994

"Pending Chapter 11 Legislation: SB 540," Los Angeles County Bar Association Fall 1993

"Sex, Lies & Bankruptcy: Intro to Chapter 11," American Bar Association Annual Meeting, 1993 Los Angeles County Bar Association, 1992

"Bankruptcy Litigation," American Bar Association, Litigation Section Annual Meeting, 1991

"LBO's: Legal Binding Obligations or Looting Business Opportunities," Los Angeles County Bar Association, Beverly Hills Bar Association, Infocast Seminars, 1990-1991

**Prior Experience**
Shareholder, Wynne Spiegel Itkin, A Law Corporation, Los Angeles, CA, 1995-2001

Managing Shareholder, 1988-1994, Shareholder, 1988-1995, Associate, 1985-1988, Levene & Eisenberg, P.C., Los Angeles, CA

Associate, Kronish, Lieb, Shainswit, Weiner & Hellman, New York, NY, 1984-1985

Associate, Windels, Marx, Davies & Ives, New York, NY, 1982-1984

# EDGAR I. YEP

## SUMMARY OF QUALIFICATIONS
- Organized and computer literate.
- Project coordinating experience.

## COMPUTER SKILLS
- Experience with IBM and Macintosh computers
- Working knowledge of:    Word, Excel, Access, PowerPoint, Outlook, WordPerfect, PageMaker, Internet Explorer, Netscape

## EDUCATION
**University of California, Berkeley -- BA - August 1990**

## RELEVANT EXPERIENCE
**Volt Services Group** – Huntington Beach & Brea, CA
Staffing Specialist                                                        08/98-02/00
- Recruit, interview and recommend qualified candidates for temporary and permanent positions.
- Research and resolve payroll issues, unemployment claims and work injury reports.

**S. Brooks & Associates** - Portland, OR
Sales/Service Coordinator                                              11/97-07/98
- Recruit, interview and recommend qualified candidates for temporary and permanent positions.
- Main accounts: Wacker Siltronics, Hewlett-Packard
- Internal technology specialist (ie. Web page development, computer troubleshooting, etc.).

**WaferTech, LLC** - Camas, WA
Recruiting Administrator (temporary position through Volt Services Group)    09/97-10/97
- Performed "initial screen" of resumes and referred to appropriate managers.
- Entered resume information into database and created reports.
- Assisted in Job Fair preparation. (i.e. creating flyers, forms and shipping material)
- Prepared material for Training Manager.

**Management Recruiters International** - Vancouver, WA
Project Coordinator (short-term assignment—2 weeks)                  08/97
- Contacted individuals and performed in-depth interview to "qualify" them for particular positions.

**UCLA** - Los Angeles, CA
School of Engineering & Applied Science Career Planning Office/Career Center
Career Counselor/Co-op Coordinator                                   01/94 - 06/97
Career Advisor                                                        11/92 - 12/93
- Counseled students and alumni on job-related issues.
- Hired and supervised three student assistants for the 1996 Career Fair.
- Prepared questions and interviewed candidates as member of Career Center search committee.
- Coordinate the Cooperative Education Program for the School of Engineering:
     -Match employer positions with appropriate students.

**Career Advancement Centers** - Los Angeles, CA
V. R. C./Job Developer                                                10/90 - 09/92

References available upon request.