# EXHIBIT GG

**NSanDieg**

| | |
|---|---|
| **From:** | Timothy J. Hogan [tjh@loio.com] |
| **Sent:** | Wednesday, June 29, 2005 4:54 PM |
| **To:** | Thomas Ueno |
| **Cc:** | waynefberry@hotmail.com |
| **Subject:** | Judge Mollway Order Re: Summary Judgment |

Scanned message from Lynch Ich...   Scanned message from Lynch Ich...

```
                She killed a lot of our case. Take a look at the section on
damages.  Do
you think that we need a supplemental report to rebut their guy when
they file a motion saying that we don't get the profits? w
```

Tim

1