# EXHIBIT HH

Civil No. CV03 00385 SOM-LEK
(Copyright)

WAYNE BERRY, a Hawaii citizen;
Plaintiff,

vs.

HAWAIIAN EXPRESS SERVICE, INC., a California corporation; H.E.S. TRANSPORTATION SERVICES, INC., a California corporation; CALIFORNIA PACIFIC CONSOLIDATORS, INC., a California corporation; JEFFREY P. GRAHAM and PETER SCHAUL, California citizens; MARK DILLON and TERESA NOA, BRIAN CHRISTENSEN, Hawaii citizens; FLEMING COMPANIES, INC., an Oklahoma corporation; C & S LOGISTICS OF HAWAII, LLC, a Delaware LLC; C & S WHOLESALE GROCERS, INC., a Vermont corporation; C & S ACQUISITIONS LLC; FOODLAND SUPER MARKET, LIMITED, a Hawaii corporation; HAWAII TRANSFER COMPANY, LIMITED, a Hawaii Corporation, RICHARD COHEN, a New Hampshire citizen ES3, LLC, a Delaware Limited Liability Company, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, JACQUELINE RIO, Hawaii citizens; JESSIE GONZALES, LUIZ RODRIGUES, AL PEREZ and PATRICK HIRAYAMA, California citizens; GUIDANCE SOFTWARE, LLC, a California, LLC; MICHAEL GURZI, a California citizen; ALIX PARTNERS, LLC, a Delaware LLC ; DOE INDIVIDUALS 2-350; DOE PARTNERSHIPS, CORPORATIONS and OTHER DOE ENTITIES 2-20,

Defendants.

Berry v Hawaiian Express Plaintiff Exhibiti 90

## ACTUAL DAMAGES - DIRECT INFRINGEMENT
## BASED ON EULA
## NO LESS THAN $ 2 MILLION EACH

1. FLEMING COMPANIES, INC. ............... $ 2 MILLION DOLLARS

2. MARK DILLON ............... $ 2 MILLION DOLLARS

3. TERESA NOA ............... $ 2 MILLION DOLLARS

4. MELVIN PONCE ............... $ 2 MILLION DOLLARS

5. SONIA PURDY ............... $ 2 MILLION DOLLARS

6. JUSTIN FUKUMOTO ............... $ 2 MILLION DOLLARS

7. ALFREDDA WAIOLAMA ............... $ 2 MILLION DOLLARS

8. JACQUELINE RIO ............... $ 2 MILLION DOLLARS

**TOTAL : $16 MILLION DOLLARS**

# ACTUAL DAMAGES - DIRECT INFRINGEMENT
## BASED ON $1,772 PER CONTAINER
## NO LESS THAN $ 2.7 MILLION EACH

| | |
|---|---|
| 1. FLEMING COMPANIES, INC. | $ 2.7 MILLION DOLLARS |
| 2. MARK DILLON | $ 2.7 MILLION DOLLARS |
| 3. TERESA NOA | $ 2.7 MILLION DOLLARS |
| 4. MELVIN PONCE | $ 2.7 MILLION DOLLARS |
| 5. SONIA PURDY | $ 2.7 MILLION DOLLARS |
| 6. JUSTIN FUKUMOTO | $ 2.7 MILLION DOLLARS |
| 7. ALFREDDA WAIOLAMA | $ 2.7 MILLION DOLLARS |
| 8. JACQUELINE RIO | $ 2.7 MILLION DOLLARS |

**TOTAL  $ 21.6 MILLION DOLLARS**

# FLEMING ACTUAL DAMAGES - VICARIOUS INFRINGEMENT
## BASED EULA
### NO LESS THAN $ 2 MILLION EACH

| | |
|---|---|
| 1. HAWAIIAN EXPRESS SERVICE, INC. | $ 2 MILLION DOLLARS |
| 2. H.E.S. TRANSPORTATION SERVICES, INC. | $ 2 MILLION DOLLARS |
| 3. CALIFORNIA PACIFIC CONSOLIDATORS, INC. | $ 2 MILLION DOLLARS |
| 4. JEFFREY P. GRAHAM | $ 2 MILLION DOLLARS |
| 5. PETER SCHAUL | $ 2 MILLION DOLLARS |
| 6. JESSIE GONZALES | $ 2 MILLION DOLLARS |
| 7. LUIZ RODRIGUES | $ 2 MILLION DOLLARS |
| 8. AL PEREZ | $ 2 MILLION DOLLARS |
| 9. PATRICK HIRAYAMA | $ 2 MILLION DOLLARS |
| 10. MARK DILLON | $ 2 MILLION DOLLARS |
| 11. TERESA NOA | $ 2 MILLION DOLLARS |
| 12. MELVIN PONCE | $ 2 MILLION DOLLARS |
| 13. SONIA PURDY | $ 2 MILLION DOLLARS |
| 14. JUSTIN FUKUMOTO | $ 2 MILLION DOLLARS |
| 15. ALFREDDA WAIOLAMA | $ 2 MILLION DOLLARS |
| 16. JACQUELINE RIO | $ 2 MILLION DOLLARS |
| TOTAL | $ 32 MILLION DOLLARS |

# FLEMING ACTUAL DAMAGES - VICARIOUS INFRINGEMENT
## BASED ON $1,772 PER CONTAINER
## NO LESS THAN $ 2.7 MILLION EACH

| | |
|---|---|
| 1. HAWAIIAN EXPRESS SERVICE, INC. | $ 2.7 MILLION DOLLARS |
| 2. H.E.S. TRANSPORTATION SERVICES, INC. | $ 2.7 MILLION DOLLARS |
| 3. CALIFORNIA PACIFIC CONSOLIDATORS, INC. | $ 2.7 MILLION DOLLARS |
| 4. JEFFREY P. GRAHAM | $ 2.7 MILLION DOLLARS |
| 5. PETER SCHAUL | $ 2.7 MILLION DOLLARS |
| 6. JESSIE GONZALES | $ 2.7 MILLION DOLLARS |
| 7. LUIZ RODRIGUES | $ 2.7 MILLION DOLLARS |
| 8. AL PEREZ | $ 2.7 MILLION DOLLARS |
| 9. PATRICK HIRAYAMA | $ 2.7 MILLION DOLLARS |
| 10. MARK DILLON | $ 2.7 MILLION DOLLARS |
| 11. TERESA NOA | $ 2.7 MILLION DOLLARS |
| 12. MELVIN PONCE | $ 2.7 MILLION DOLLARS |
| 13. SONIA PURDY | $ 2.7 MILLION DOLLARS |
| 14. JUSTIN FUKUMOTO | $ 2.7 MILLION DOLLARS |
| 15. ALFREDDA WAIOLAMA | $ 2.7 MILLION DOLLARS |
| 16. JACQUELINE RIO | $ 2.7 MILLION DOLLARS |

**TOTAL   $ 43.2 MILLION DOLLARS**

# DEFENDANT'S PROFITS
## FLEMING'S GROSS RECEIPTS – BASED ON "MOR"

The defendant's gross revenue is all of the defendant's receipts from the use of a work containing or using the copyrighted work. The plaintiff has the burden of proving the defendant's gross revenue by a preponderance of the evidence.

**1. GROSS REVENUE (10 WEEKS) = $ 2.3 BILLION DOLLARS**

Expenses are all operating costs and production costs incurred in producing the defendant's gross revenue. The defendant has the burden of proving the defendant's expenses by a preponderance of the evidence.

**2. OPERATING AND PRODUCTION COSTS = $ _____ DOLLARS**

Unless you find that a portion of the profit from the use of a work containing or using the copyrighted work is attributable to factors other than use of the copyrighted work, all of the profit is to be attributed to the infringement. The defendant has the burden of proving the portion or percentage of the profit, if any, attributable to factors other than infringing the copyrighted work.

**3. REVENUE NOT ATTIBUTABLE TO INFRINGING = $ _____ DOLLARS**

## ANSWER

**FLEMING'S PROFITS = #1 - #2 - #3 = $ _____ DOLLARS**

# DEFENDANT'S PROFITS

## FLEMING'S GROSS RECEIPTS – BASED ON "PRO FORMA" & KINRICH EXHIBIT 5

The defendant's gross revenue is all of the defendant's receipts from the use of a work containing or using the copyrighted work. The plaintiff has the burden of proving the defendant's gross revenue by a preponderance of the evidence.

**1. GROSS REVENUE (10 WEEKS) = $ 60 MILLION DOLLARS**

Expenses are all operating costs and production costs incurred in producing the defendant's gross revenue. The defendant has the burden of proving the defendant's expenses by a preponderance of the evidence.

**2. OPERATING AND PRODUCTION COSTS = $ _____ DOLLARS**

Unless you find that a portion of the profit from the use of a work containing or using the copyrighted work is attributable to factors other than use of the copyrighted work, all of the profit is to be attributed to the infringement. The defendant has the burden of proving the portion or percentage of the profit, if any, attributable to factors other than infringing the copyrighted work.

**3. REVENUE NOT ATTIBUTABLE TO INFRINGING = $ _____ DOLLARS**

## ANSWER

**FLEMING'S PROFITS = #1 - #2 - #3 = $ _____ DOLLARS**

# DAMAGE SUMMARY

**Fleming**
- Actual Damages – Direct Infringement $ _____
- Actual Damages – Vicarious Infringement $ _____
- Fleming's Profits $ _____
- **Fleming Total** $ _____

**Mark Dillon**
- Actual Damages – Direct Infringement $ _____

**Teresa Noa**
- Actual Damages – Direct Infringement $ _____

**Melvin Ponce**
- Actual Damages – Direct Infringement $ _____

**Sonia Purdy**
- Actual Damages – Direct Infringement $ _____

**Justin Fukumoto**
- Actual Damages – Direct Infringement $ _____

**Alfreeda Waiolama**
- Actual Damages – Direct Infringement $ _____

**Jacqueline Rio**
- Actual Damages – Direct Infringement $ _____