# EXHIBIT NN

## KIRKLAND & ELLIS FEES SORTED BY CATEGORIES

| | |
|---|---|
| Case Asses., Dev & Admin | $723,364.75 |
| Depositions | $142,447.50 |
| Discovery | $118,512.25 |
| Hearings | $276,254.00 |
| Motions Practice | $851,648.75 |
| Pleadings | $42,075.00 |
| Post-Trial Motions | $90,603.75 |
| Trial Preparation and Attending Trial | $700,678.75 |

**GRAND TOTAL:    $2,945,584.75**

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 8/15/2003 | Eric C. Liebeler | 1.30 | $ 525.00 | $ 682.50 | Review D. Capozzola files re Berry. | Case Asses., Dev & Admin |
| 8/18/2003 | Eric C. Liebeler | 0.50 | $ 525.00 | $ 262.50 | Discuss response to Berry complaint with R. Grossman at Skadden; discuss assumption of defense with R. Wynne, E. Davis and B. Roof | Case Asses., Dev & Admin |
| 8/18/2003 | Michael G. Fatall | 0.20 | $ 375.00 | $ 75.00 | Internal Conference with P. Spingola re complaint filed by Berry against C&S. | Case Asses., Dev & Admin |
| 8/18/2003 | Peter Spingola | 0.30 | $ 375.00 | $ 112.50 | Internal Conference with M. Fatall re complaint filed by W. Berry against C&S; internal conference with R. Tilley re same. | Case Asses., Dev & Admin |
| 8/25/2003 | Eric C. Liebeler | 1.20 | $ 525.00 | $ 630.00 | Berry; telephone conference with L. Smith and C. Birchette re defense strategy. | Case Asses., Dev & Admin |
| 9/3/2003 | Eric C. Liebeler | 2.70 | $ 525.00 | $ 1,417.50 | Telephone conference with R. Grossman and C. Wistreich (C&S) re motion to dismiss re Berry; edit motion to dismiss; conference with C. Birchette, L. Smith, and M. Scott re same; review letter from T. Hogan; conference with L. Smith, C. Birchette, and D. Capozzola re letter; draft and edit response to Hogan letter. | Case Asses., Dev & Admin |
| 9/4/2003 | Damian D. Capozzola | 2.40 | $ 410.00 | $ 984.00 | Review and analyze Hawaiian software issues, including responsive papers filed by Berry. | Case Asses., Dev & Admin |
| 9/9/2003 | Damian D. Capozzola | 3.20 | $ 410.00 | $ 1,312.00 | Communications with T. Hogan re Hawaiian software issues and analysis re same; review and analyze of Hawaiian software issues and draft opposition to motion to transfer, stay, or dismiss. | Case Asses., Dev & Admin |
| 9/9/2003 | Eric C. Liebeler | 0.80 | $ 525.00 | $ 420.00 | Edit letter to T. Hogan re Berry service and pretrial conference issues. | Case Asses., Dev & Admin |
| 9/17/2003 | Eric C. Liebeler | 1.20 | $ 525.00 | $ 630.00 | Review and analyze Hogan letter; discuss response with D. Capozzola; draft letter to Hogan re continuance of hearing. | Case Asses., Dev & Admin |
| 9/18/2003 | Damian D. Capozzola | 0.90 | $ 410.00 | $ 369.00 | Analyze Hawaiian software issues and communications with team members re same. | Case Asses., Dev & Admin |
| 9/23/2003 | Damian D. Capozzola | 0.50 | $ 410.00 | $ 205.00 | Analyze Hawaiian software issues and communications re same. | Case Asses., Dev & Admin |
| 9/24/2003 | Damian D. Capozzola | 0.10 | $ 410.00 | $ 41.00 | Analyze Hawaiian software issues and communications with L. Hosoda re same. | Case Asses., Dev & Admin |
| 9/26/2003 | Damian D. Capozzola | 0.50 | $ 410.00 | $ 205.00 | Analyze Hawaiian software issues. | Case Asses., Dev & Admin |
| 9/27/2003 | Damian D. Capozzola | 0.10 | $ 410.00 | $ 41.00 | Analyze Hawaiian software issues and communications re same. | Case Asses., Dev & Admin |
| 9/29/2003 | Damian D. Capozzola | 0.10 | $ 410.00 | $ 41.00 | Conference with L. Smith re Berry issues. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 10/7/2003 | Shirley S. Cho | 0.30 | $ 445.00 | $ 133.50 | Review letter from T. Hogan re MOR; telephone conference with D. Capozzola re same | Case Asses., Dev & Admin |
| 10/9/2003 | Damian D. Capozzola | 1.00 | $ 410.00 | $ 410.00 | Analyze Hawaii software and accounting issues, and correspond re same | Case Asses., Dev & Admin |
| 10/9/2003 | Shirley S. Cho | 0.10 | $ 445.00 | $ 44.50 | Email correspondence with D. Capozzola re T. Hogan letter | Case Asses., Dev & Admin |
| 10/13/2003 | Antoinette Huerta | 2.00 | $ 90.00 | $ 180.00 | Research and compile documents for attorney review re Berry matter | Case Asses., Dev & Admin |
| 10/13/2003 | Damian D. Capozzola | 1.30 | $ 410.00 | $ 533.00 | Correspond re Hawaii software issues | Case Asses., Dev & Admin |
| 10/13/2003 | Eric C. Liebeler | 0.30 | $ 545.00 | $ 163.50 | Review T. Hogan letter and respond; conference with D. Capozzola re Hawaii strategy | Case Asses., Dev & Admin |
| 10/16/2003 | Damian D. Capozzola | 0.30 | $ 410.00 | $ 123.00 | Analyze and correspondence re order setting aside C&S default in Hawaii litigation | Case Asses., Dev & Admin |
| 10/16/2003 | Eric C. Liebeler | 0.30 | $ 525.00 | $ 157.50 | Edit letter to T. Hogan | Case Asses., Dev & Admin |
| 10/16/2003 | Shirley S. Cho | 0.10 | $ 445.00 | $ 44.50 | Review response to T. Hogan letter from D. Capozzola | Case Asses., Dev & Admin |
| 10/22/2003 | Eric C. Liebeler | 0.80 | $ 545.00 | $ 436.00 | Conference with C. Birchette re strategy for W. Berry litigation | Case Asses., Dev & Admin |
| 10/23/2003 | Eric C. Liebeler | 1.00 | $ 545.00 | $ 545.00 | Discuss Hawaii/Berry strategy with D. Capozzola and C. Birchette | Case Asses., Dev & Admin |
| 10/26/2003 | Damian D. Capozzola | 0.30 | $ 410.00 | $ 123.00 | Communications re Hawaiian software issues | Case Asses., Dev & Admin |
| 10/28/2003 | Damian D. Capozzola | 0.10 | $ 410.00 | $ 41.00 | Review correspondence re Hawaiian software issues | Case Asses., Dev & Admin |
| 10/29/2003 | Richard L. Wynne | 0.30 | $ 670.00 | $ 201.00 | Telephone conference with E. Liebeler re litigation against Berry's employee severance | Case Asses., Dev & Admin |
| 11/3/2003 | Damian D. Capozzola | 0.20 | $ 410.00 | $ 82.00 | Analysis of Hawaiian software issues | Case Asses., Dev & Admin |
| 11/5/2003 | Damian D. Capozzola | 0.20 | $ 410.00 | $ 82.00 | Analysis of Hawaiian software issues | Case Asses., Dev & Admin |
| 11/17/2003 | Damian D. Capozzola | 0.10 | $ 410.00 | $ 41.00 | Correspond with L. Smith re Hawaiian software issues | Case Asses., Dev & Admin |
| 11/19/2003 | Damian D. Capozzola | 0.10 | $ 410.00 | $ 41.00 | Correspond with E. Liebeler re Hawaiian software issues | Case Asses., Dev & Admin |
| 11/24/2003 | Damian D. Capozzola | 0.20 | $ 410.00 | $ 82.00 | Conference and analysis re Hawaiian software issues | Case Asses., Dev & Admin |
| 11/26/2003 | Damian D. Capozzola | 0.70 | $ 410.00 | $ 287.00 | Communications with C&S counsel, M. Scott, L. Smith, and E. Liebeler re Hawaiian software issues | Case Asses., Dev & Admin |
| 12/3/2003 | Damian D. Capozzola | 0.10 | $ 410.00 | $ 41.00 | Communications with L. Hosoda re Hawaiian software issues | Case Asses., Dev & Admin |
| 12/4/2003 | Damian D. Capozzola | 0.10 | $ 410.00 | $ 41.00 | Correspond with L. Hosoda re Hawaiian software issues | Case Asses., Dev & Admin |
| 12/9/2003 | Damian D. Capozzola | 0.30 | $ 410.00 | $ 123.00 | Analysis of Hawaiian software issues and communications re same | Case Asses., Dev & Admin |
| 12/10/2003 | Damian D. Capozzola | 0.30 | $ 410.00 | $ 123.00 | Analysis of Hawaiian software issues and communications re same | Case Asses., Dev & Admin |
| 12/12/2003 | Damian D. Capozzola | 0.10 | $ 410.00 | $ 41.00 | Analysis of Hawaiian software issues | Case Asses., Dev & Admin |
| 12/16/2003 | Damian D. Capozzola | 0.30 | $ 410.00 | $ 123.00 | Analysis of Hawaiian software issues and communications with E. Liebeler re same | Case Asses., Dev & Admin |
| 12/17/2003 | Damian D. Capozzola | 0.70 | $ 410.00 | $ 287.00 | Communications and analysis re Hawaiian software issues | Case Asses., Dev & Admin |
| 12/19/2003 | Damian D. Capozzola | 0.10 | $ 410.00 | $ 41.00 | Communications and analysis regarding Hawaiian software issues | Case Asses., Dev & Admin |
| 1/4/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Analysis and communications re Hawaiian software issues. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|------|-------------------|--------------|------|--------------|-------------|------------|
| 1/5/2004 | Damian D. Capozzola | 0.10 | $ 480.00 | $ 48.00 | Communications re Hawaiian software issues. | Case Asses., Dev & Admin |
| 1/13/2004 | Damian D. Capozzola | 0.80 | $ 480.00 | $ 384.00 | Communications re Hawaiian software issues. | Case Asses., Dev & Admin |
| 1/14/2004 | Damian D. Capozzola | 1.40 | $ 480.00 | $ 672.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 1/14/2004 | Richard L. Wynne | 0.10 | $ 695.00 | $ 69.50 | Telephone conference with D. Capozzola re Berry in Hawaii. | Case Asses., Dev & Admin |
| 1/15/2004 | Damian D. Capozzola | 1.80 | $ 480.00 | $ 864.00 | Communications re Hawaiian software issues. | Case Asses., Dev & Admin |
| 1/17/2004 | Damian D. Capozzola | 0.30 | $ 480.00 | $ 144.00 | Communications with R. Tilley re Hawaiian software issues. | Case Asses., Dev & Admin |
| 1/18/2004 | Damian D. Capozzola | 0.30 | $ 480.00 | $ 144.00 | Analysis and communications with S. Cho and R. Tilley re Hawaiian software issues. | Case Asses., Dev & Admin |
| 1/20/2004 | Damian D. Capozzola | 0.30 | $ 480.00 | $ 144.00 | Analysis and communications re Hawaiian software issues. | Case Asses., Dev & Admin |
| 1/22/2004 | Damian D. Capozzola | 0.10 | $ 480.00 | $ 48.00 | Communications re Hawaiian software issues. | Case Asses., Dev & Admin |
| 1/23/2004 | Antoinette Huerta | 4.50 | $ 105.00 | $ 472.50 | Research, compile and assemble materials re Berry matter for D. Capozzola and G. Shaw for review. | Case Asses., Dev & Admin |
| 1/23/2004 | Damian D. Capozzola | 1.10 | $ 480.00 | $ 528.00 | Communications with G. Shaw, J. Baer, T. Hogan, and L. Hosoda re Hawaiian software issues. | Case Asses., Dev & Admin |
| 1/23/2004 | Greer Shaw | 1.10 | $ 415.00 | $ 456.50 | Review and analyze "End User License Agreement" between W. Berry and Fleming Foods, Inc. | Case Asses., Dev & Admin |
| 1/26/2004 | Damian D. Capozzola | 0.20 | $ 480.00 | $ 96.00 | Communications with T. Hogan re Berry objection. | Case Asses., Dev & Admin |
| 1/27/2004 | Damian D. Capozzola | 0.40 | $ 480.00 | $ 192.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 1/30/2004 | Damian D. Capozzola | 0.10 | $ 480.00 | $ 48.00 | Communications re Hawaiian software issues. | Case Asses., Dev & Admin |
| 2/6/2004 | Damian D. Capozzola | 1.20 | $ 480.00 | $ 576.00 | Analysis of Hawaiian software issues and communications with L. Smith and R. Tilley re same. | Case Asses., Dev & Admin |
| 2/6/2004 | Damian D. Capozzola | 0.80 | $ 480.00 | $ 384.00 | Research and communications re procedural issues re same. | Case Asses., Dev & Admin |
| 2/9/2004 | Damian D. Capozzola | 4.50 | $ 480.00 | $ 2,160.00 | Analysis of Hawaiian software issues and communications re same. | Case Asses., Dev & Admin |
| 2/10/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Analysis of Hawaiian software issues and communications re same. | Case Asses., Dev & Admin |
| 2/12/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 2/13/2004 | Damian D. Capozzola | 0.10 | $ 480.00 | $ 48.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 2/14/2004 | Damian D. Capozzola | 0.10 | $ 480.00 | $ 48.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 2/16/2004 | Damian D. Capozzola | 0.20 | $ 480.00 | $ 96.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 2/17/2004 | Damian D. Capozzola | 0.60 | $ 480.00 | $ 288.00 | Communications with M. Scott and L. Smith re Hawaiian software issues. | Case Asses., Dev & Admin |
| 2/23/2004 | Damian D. Capozzola | 0.30 | $ 480.00 | $ 144.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 2/24/2004 | Damian D. Capozzola | 0.40 | $ 480.00 | $ 192.00 | Prepare and participate in communications with M. Scott and K. Fuhrman re DSD and Hawaiian software issues. | Case Asses., Dev & Admin |
| 2/25/2004 | Damian D. Capozzola | 0.30 | $ 480.00 | $ 144.00 | Review and analysis of Hawaiian software issues and communications re same. | Case Asses., Dev & Admin |
| 2/26/2004 | Damian D. Capozzola | 0.10 | $ 480.00 | $ 48.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 2/27/2004 | Damian D. Capozzola | 0.10 | $ 480.00 | $ 48.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|------|-------------------|-------------|------|-------------|-------------|------------|
| 3/2/2004 | Damian D. Capozzola | 0.30 | $ 480.00 | $ 144.00 | Communication with M. Scott, L. Smith, and L. Hosoda re Hawaiian software issues. | Case Asses., Dev & Admin |
| 3/3/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Analysis and communications re Hawaiian software issues. | Case Asses., Dev & Admin |
| 3/4/2004 | Damian D. Capozzola | 0.20 | $ 480.00 | $ 96.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 3/5/2004 | Damian D. Capozzola | 0.10 | $ 480.00 | $ 48.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 3/8/2004 | Damian D. Capozzola | 0.10 | $ 480.00 | $ 48.00 | Communications re Hawaiian software issues. | Case Asses., Dev & Admin |
| 3/16/2004 | Damian D. Capozzola | 0.10 | $ 480.00 | $ 48.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 3/25/2004 | Damian D. Capozzola | 0.70 | $ 480.00 | $ 336.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 3/27/2004 | Damian D. Capozzola | 0.10 | $ 480.00 | $ 48.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 3/28/2004 | Damian D. Capozzola | 0.40 | $ 480.00 | $ 192.00 | Analysis and communications re Hawaiian software issues. | Case Asses., Dev & Admin |
| 3/29/2004 | Damian D. Capozzola | 0.30 | $ 480.00 | $ 144.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 3/30/2004 | Damian D. Capozzola | 0.30 | $ 480.00 | $ 144.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 3/31/2004 | Damian D. Capozzola | 1.10 | $ 480.00 | $ 528.00 | Analysis and communications re Hawaiian software issues. | Case Asses., Dev & Admin |
| 4/5/2004 | Damian D. Capozzola | 0.20 | $ 480.00 | $ 96.00 | Analysis and communications re Hawaiian software issues. | Case Asses., Dev & Admin |
| 4/6/2004 | Damian D. Capozzola | 0.20 | $ 480.00 | $ 96.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 4/7/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 4/8/2004 | Damian D. Capozzola | 0.70 | $ 480.00 | $ 336.00 | Prepare for and participate in conferences re Hawaiian software issues, including calls with J. Baer and T. Hogan. | Case Asses., Dev & Admin |
| 4/9/2004 | Damian D. Capozzola | 0.10 | $ 480.00 | $ 48.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 4/12/2004 | Damian D. Capozzola | 0.10 | $ 480.00 | $ 48.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 4/13/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 4/14/2004 | Damian D. Capozzola | 0.60 | $ 480.00 | $ 288.00 | Communications with T. Hogan and others and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 4/15/2004 | Damian D. Capozzola | 0.20 | $ 480.00 | $ 96.00 | Hawaiian software issues. | Case Asses., Dev & Admin |
| 4/19/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Prepare for and participate in telephone conference with T. Hogan and E. Gartenlaub re Hawaiian software issues. | Case Asses., Dev & Admin |
| 4/21/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Review and analysis of Hawaiian software communications and issues and communications re same. | Case Asses., Dev & Admin |
| 4/22/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 4/23/2004 | Damian D. Capozzola | 1.70 | $ 480.00 | $ 816.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 4/26/2004 | Damian D. Capozzola | 2.50 | $ 480.00 | $ 1,200.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 4/26/2004 | Melissa M. Dulac | 1.50 | $ 360.00 | $ 540.00 | Communicate with D. Capozzola re background of Berry matter; review and analyze historical matters re same; draft estimation procedures motion for anticipated Berry administrative claim. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|------|-------------------|--------------|------|--------------|-------------|------------|
| 4/27/2004 | Antoinette Huerta | 1.00 | $ 105.00 | $        105.00 | Print out electronically received correspondence and evidentiary documents; update case files. | Case Asses., Dev & Admin |
| 4/28/2004 | Damian D. Capozzola | 0.30 | $ 480.00 | $        144.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 4/29/2004 | Damian D. Capozzola | 1.90 | $ 480.00 | $        912.00 | Review and revise estimation procedures papers and communications with team members re same. | Case Asses., Dev & Admin |
| 4/30/2004 | Antoinette Huerta | 1.50 | $ 105.00 | $        157.50 | Research; compile information per attorney request re Berry; review docket re same matter. | Case Asses., Dev & Admin |
| 4/30/2004 | Damian D. Capozzola | 0.10 | $ 480.00 | $         48.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 5/1/2004 | Damian D. Capozzola | 0.10 | $ 480.00 | $         48.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 5/2/2004 | Damian D. Capozzola | 0.30 | $ 480.00 | $        144.00 | Review and revise estimation motion papers and communications re same. | Case Asses., Dev & Admin |
| 5/3/2004 | Allison Mayo Andrews | 1.00 | $ 185.00 | $        185.00 | Analysis of case documents re W. Berry. | Case Asses., Dev & Admin |
| 5/3/2004 | Damian D. Capozzola | 0.10 | $ 480.00 | $         48.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 5/4/2004 | Damian D. Capozzola | 0.10 | $ 480.00 | $         48.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 5/5/2004 | Damian D. Capozzola | 0.10 | $ 480.00 | $         48.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 5/6/2004 | Damian D. Capozzola | 0.40 | $ 480.00 | $        192.00 | Communications with L. Smith, E. Liebeler, and M. Scott re Hawaiian software issues. | Case Asses., Dev & Admin |
| 5/6/2004 | Eric C. Liebeler | 0.50 | $ 575.00 | $        287.50 | Discuss strategy for Berry litigation with D. Capozzola and R. Wynne. | Case Asses., Dev & Admin |
| 5/7/2004 | Damian D. Capozzola | 0.80 | $ 480.00 | $        384.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 5/10/2004 | Damian D. Capozzola | 0.10 | $ 480.00 | $         48.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 5/10/2004 | Richard L. Wynne | 0.10 | $ 695.00 | $         69.50 | Telephone conference with D. Capozzola re Berry claim. | Case Asses., Dev & Admin |
| 5/12/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $        480.00 | Review and revise papers re Hawaiian | Case Asses., Dev & Admin |
| 5/13/2004 | Damian D. Capozzola | 2.30 | $ 480.00 | $      1,104.00 | Communications and analysis re Hawaiian software issues and attention to issues. | Case Asses., Dev & Admin |
| 5/13/2004 | Melissa M. Dulac | 1.70 | $ 360.00 | $        612.00 | Communicate with R. Wynne and D. Capozzola re motion for administrative claim and strategy for obtaining estimation of administrative claim to be filed by W. Berry. | Case Asses., Dev & Admin |
| 5/14/2004 | Damian D. Capozzola | 1.20 | $ 480.00 | $        576.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 5/16/2004 | Damian D. Capozzola | 1.10 | $ 480.00 | $        528.00 | Communications and analysis re Hawaiian software issues and revise estimation papers. | Case Asses., Dev & Admin |
| 5/17/2004 | Damian D. Capozzola | 2.40 | $ 480.00 | $      1,152.00 | Communications and analysis re Hawaiian software issues, analysis of indemnity issues, and draft and revise estimation papers. | Case Asses., Dev & Admin |
| 5/18/2004 | Allison Mayo Andrews | 2.00 | $ 185.00 | $        370.00 | Analysis and process case documents re Berry matter. | Case Asses., Dev & Admin |
| 5/18/2004 | Damian D. Capozzola | 2.40 | $ 480.00 | $      1,152.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 5/19/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $        240.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 5/20/2004 | Damian D. Capozzola | 0.30 | $ 480.00 | $ 144.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 5/24/2004 | Damian D. Capozzola | 0.30 | $ 480.00 | $ 144.00 | Coordinate research needed re Hawaiian software research issues. | Case Asses., Dev & Admin |
| 5/25/2004 | Damian D. Capozzola | 0.40 | $ 480.00 | $ 192.00 | Communications and analysis re Hawaiian software matter. | Case Asses., Dev & Admin |
| 5/26/2004 | Damian D. Capozzola | 0.60 | $ 480.00 | $ 288.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 5/27/2004 | Damian D. Capozzola | 0.10 | $ 480.00 | $ 48.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 5/29/2004 | Damian D. Capozzola | 0.30 | $ 480.00 | $ 144.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 5/30/2004 | Damian D. Capozzola | 0.10 | $ 480.00 | $ 48.00 | Analysis of calendaring and case management issues. | Case Asses., Dev & Admin |
| 6/1/2004 | Damian D. Capozzola | 1.60 | $ 480.00 | $ 768.00 | Research and analysis re copyright and confirmation issues, and communications re same. | Case Asses., Dev & Admin |
| 6/1/2004 | Damian D. Capozzola | 0.10 | $ 480.00 | $ 48.00 | Communications re Hawaiian software case management issues. | Case Asses., Dev & Admin |
| 6/2/2004 | Antoinette Huerta | 2.00 | $ 105.00 | $ 210.00 | Research and compile case documents re Berry per attorney request. | Case Asses., Dev & Admin |
| 6/2/2004 | Antoinette Huerta | 2.00 | $ 105.00 | $ 210.00 | Prepare index of documents re Berry per attorney request. | Case Asses., Dev & Admin |
| 6/2/2004 | Damian D. Capozzola | 4.70 | $ 480.00 | $ 2,256.00 | Communications and analysis re Hawaiian software matter, including review of related cases and statutes and draft case outline re same. | Case Asses., Dev & Admin |
| 6/2/2004 | Richard L. Wynne | 0.40 | $ 695.00 | $ 278.00 | Analyze D. Capozzola memorandum re Berry litigation. | Case Asses., Dev & Admin |
| 6/3/2004 | Antoinette Huerta | 4.00 | $ 105.00 | $ 420.00 | Research and compile information re Berry per attorney request. | Case Asses., Dev & Admin |
| 6/3/2004 | Damian D. Capozzola | 3.80 | $ 480.00 | $ 1,824.00 | Analysis re Hawaiian software issues, review and analysis of injunction exhibits, and review and revise case outline. | Case Asses., Dev & Admin |
| 6/3/2004 | Eric C. Liebeler | 2.10 | $ 575.00 | $ 1,207.50 | Review and analyze Berry case overview. | Case Asses., Dev & Admin |
| 6/3/2004 | Eric C. Liebeler | 0.60 | $ 575.00 | $ 345.00 | Discuss same with D. Capozzola. | Case Asses., Dev & Admin |
| 6/4/2004 | Damian D. Capozzola | 1.50 | $ 480.00 | $ 720.00 | Review and analysis of Berry documents and correspondence. | Case Asses., Dev & Admin |
| 6/7/2004 | Damian D. Capozzola | 3.10 | $ 480.00 | $ 1,488.00 | Review and revise Berry case outline and review and analyze Berry documents, and communications and analysis re Hawaiian software strategy issues. | Case Asses., Dev & Admin |
| 6/7/2004 | Edgar I. Yep | 4.50 | $ 145.00 | $ 652.50 | Review and print materials from CD received from local counsel in Berry matter and prepare binder for D. Capozzola. | Case Asses., Dev & Admin |
| 6/8/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Communications (with R. Wynne, E. Liebeler, M. Scott, L. Smith, and others) and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 6/8/2004 | Damian D. Capozzola | 0.40 | $ 480.00 | $ 192.00 | Communications with E. Kim re research project. | Case Asses., Dev & Admin |
| 6/8/2004 | Richard L. Wynne | 0.40 | $ 695.00 | $ 278.00 | Telephone conference with D. Capozzola and E. Liebeler re Berry issues. | Case Asses., Dev & Admin |
| 6/8/2004 | Richard L. Wynne | 0.40 | $ 695.00 | $ 278.00 | Analyze Berry documents and e-mails. | Case Asses., Dev & Admin |
| 6/8/2004 | Shirley S. Cho | 0.10 | $ 465.00 | $ 46.50 | Telephone conference with D. Capozzola re Berry. | Case Asses., Dev & Admin |
| 6/9/2004 | Damian D. Capozzola | 0.20 | $ 480.00 | $ 96.00 | Communications re privilege issues. | Case Asses., Dev & Admin |
| 6/9/2004 | Damian D. Capozzola | 3.20 | $ 480.00 | $ 1,536.00 | Communications and analysis re Hawaiian software issues, review and revise outline, and assemble key documents. | Case Asses., Dev & Admin |
| 6/9/2004 | Damian D. Capozzola | 1.90 | $ 480.00 | $ 912.00 | Analysis and communications re additional independent experts. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 6/9/2004 | Richard L. Wynne | 1.30 | $ 695.00 | $ 903.50 | Telephone conference with M. Scott, E. Liebeler and D. Capozzola re Berry preliminary injunction motion, factual background, legal issues raised, confirmation and plan objections response. | Case Asses., Dev & Admin |
| 6/10/2004 | Damian D. Capozzola | 2.50 | $ 480.00 | $ 1,200.00 | Communications with team members and analysis re data retention and expert issues re Hawaiian software matter. | Case Asses., Dev & Admin |
| 6/10/2004 | Damian D. Capozzola | 2.50 | $ 480.00 | $ 1,200.00 | Communications with non K&E personnel re date retention and expert issues in Hawaiian software matter. | Case Asses., Dev & Admin |
| 6/10/2004 | Richard L. Wynne | 0.30 | $ 695.00 | $ 208.50 | Conference with D. Capozzola re Berry litigation. | Case Asses., Dev & Admin |
| 6/11/2004 | Allison Mayo Andrews | 1.60 | $ 185.00 | $ 296.00 | Prepare case documents re Fleming/Berry for attorney review and use. | Case Asses., Dev & Admin |
| 6/11/2004 | Damian D. Capozzola | 0.80 | $ 480.00 | $ 384.00 | Prepare and participate in telephone conference with R. Wynne and R. Hertzberg re Hawaiian software issues. | Case Asses., Dev & Admin |
| 6/11/2004 | Damian D. Capozzola | 0.10 | $ 480.00 | $ 48.00 | Communications from T. Hogan. | Case Asses., Dev & Admin |
| 6/11/2004 | Damian D. Capozzola | 0.20 | $ 480.00 | $ 96.00 | Communications with non K&E personnel re Hawaiian software data retention issues. | Case Asses., Dev & Admin |
| 6/14/2004 | Damian D. Capozzola | 2.40 | $ 480.00 | $ 1,152.00 | Prepare for and participate in analysis re Guidance and Hawaiian software issues. | Case Asses., Dev & Admin |
| 6/16/2004 | Antoinette Huerta | 3.30 | $ 105.00 | $ 346.50 | Research and compile documents and information re Berry for attorney review. | Case Asses., Dev & Admin |
| 6/16/2004 | Damian D. Capozzola | 2.20 | $ 480.00 | $ 1,056.00 | Analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 6/17/2004 | Damian D. Capozzola | 3.80 | $ 480.00 | $ 1,824.00 | Communications and analysis re Hawaiian software issues and data retention issues. | Case Asses., Dev & Admin |
| 6/17/2004 | Richard L. Wynne | 0.40 | $ 695.00 | $ 278.00 | Telephone conference with E. Liebeler and D. Capozzola re Lex Smith. | Case Asses., Dev & Admin |
| 6/18/2004 | Antoinette Huerta | 1.00 | $ 105.00 | $ 105.00 | Research and compile information re Berry per attorney request. | Case Asses., Dev & Admin |
| 6/18/2004 | Damian D. Capozzola | 6.00 | $ 480.00 | $ 2,880.00 | Communications and analysis re Hawaiian software and data retention issues, review and analysis of recent pleadings, and draft deposition notice for W. Berry. | Case Asses., Dev & Admin |
| 6/22/2004 | Damian D. Capozzola | 8.80 | $ 480.00 | $ 4,224.00 | Communications and analysis re Hawaiian software issues, including responses to plaintiffs' papers and data retention issues, and communications with T. Hogan. | Case Asses., Dev & Admin |
| 6/23/2004 | Damian D. Capozzola | 0.30 | $ 480.00 | $ 144.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 6/23/2004 | Damian D. Capozzola | 7.80 | $ 480.00 | $ 3,744.00 | Review and revise papers re Hawaiian software issues, and communications re same. | Case Asses., Dev & Admin |
| 6/23/2004 | Richard L. Wynne | 0.30 | $ 695.00 | $ 208.50 | Telephone conference with D. Capozzola re Berry papers. | Case Asses., Dev & Admin |
| 6/25/2004 | Richard L. Wynne | 1.00 | $ 695.00 | $ 695.00 | Telephone conference with D. Capozzola, S. Cho, A. Huber and J. Baer re to do list on Berry. | Case Asses., Dev & Admin |
| 6/26/2004 | Damian D. Capozzola | 0.70 | $ 480.00 | $ 336.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 6/27/2004 | Damian D. Capozzola | 1.50 | $ 480.00 | $ 720.00 | Analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 6/27/2004 | Damian D. Capozzola | 4.40 | $ 480.00 | $ 2,112.00 | Analysis re Hawaiian software issues and draft communications and papers re same. | Case Asses., Dev & Admin |
| 6/28/2004 | Antoinette Huerta | 2.00 | $ 105.00 | $ 210.00 | Assist with updating case files to reflect recently received correspondence, pleadings and case documents re Berry. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|------|-------------------|--------------|------|--------------|-------------|------------|
| 6/28/2004 | Damian D. Capozzola | 2.50 | $ 480.00 | $ 1,200.00 | Communications and analysis re Hawaiian software factual and legal issues. | Case Asses., Dev & Admin |
| 6/28/2004 | Damian D. Capozzola | 1.60 | $ 480.00 | $ 768.00 | Communications with OCUC and reclamation committee representatives re Hawaiian software issues. | Case Asses., Dev & Admin |
| 6/28/2004 | Edgar I. Yep | 0.40 | $ 145.00 | $ 58.00 | Coordinate update of D. Capozzola's electronic files. | Case Asses., Dev & Admin |
| 6/28/2004 | Neal F. San Diego | 1.00 | $ 105.00 | $ 105.00 | Analyze and prepare documents re Berry for coding. | Case Asses., Dev & Admin |
| 6/28/2004 | Neal F. San Diego | 2.00 | $ 105.00 | $ 210.00 | Index documents into Lotus notes database. | Case Asses., Dev & Admin |
| 6/28/2004 | Neal F. San Diego | 2.00 | $ 105.00 | $ 210.00 | Image documents re same. | Case Asses., Dev & Admin |
| 6/29/2004 | Edgar I. Yep | 0.30 | $ 145.00 | $ 43.50 | Prepare and send electronically documents to S. McFarland re service of pleadings in Hawaii, per local counsel. | Case Asses., Dev & Admin |
| 6/29/2004 | R. Olivia Samad | 7.00 | $ 235.00 | $ 1,645.00 | Research and analyze Hawaii law on tortious interference with contract. | Case Asses., Dev & Admin |
| 6/29/2004 | Richard L. Wynne | 1.20 | $ 695.00 | $ 834.00 | Telephone conference with OCC and Kirkland team re Berry status, update and strategy. | Case Asses., Dev & Admin |
| 6/30/2004 | Jeffrey S. Norman | 1.00 | $ 495.00 | $ 495.00 | Initial review transcript of first day of trial testimony of W. Berry. | Case Asses., Dev & Admin |
| 7/1/2004 | Michael G. Fatall | 1.70 | $ 415.00 | $ 705.50 | Review and analysis of motion for judgment re damages in Berry infringement case (.7); e-mail conferences with D. Capozzola re Berry deposition review prior deposition re damages issues (1.0) | Case Asses., Dev & Admin |
| 7/2/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Communications and analysis re Hawaiian software issues (1.0) | Case Asses., Dev & Admin |
| 7/2/2004 | Michael G. Fatall | 0.70 | $ 415.00 | $ 290.50 | Analysis of research re copyright issues. | Case Asses., Dev & Admin |
| 7/5/2004 | Damian D. Capozzola | 2.20 | $ 480.00 | $ 1,056.00 | Review and analysis of transcript of W. Berry deposition (1.1); draft and circulate stipulation re Berry issues and communications re same (1.1) | Case Asses., Dev & Admin |
| 7/5/2004 | Richard L. Wynne | 0.30 | $ 695.00 | $ 208.50 | Telephone conference with D. Capozzola re Berry settlement. | Case Asses., Dev & Admin |
| 7/5/2004 | Shirley S. Cho | 0.20 | $ 485.00 | $ 97.00 | Review Berry stipulation. | Case Asses., Dev & Admin |
| 7/6/2004 | R. Olivia Samad | 3.30 | $ 285.00 | $ 940.50 | Research Berry defenses (3.3) | Case Asses., Dev & Admin |
| 7/6/2004 | Richard L. Wynne | 1.20 | $ 695.00 | $ 834.00 | Telephone conference with E. Liebeler re Berry deposition and opposition to his motion and settlement ideas (.3); telephone conference with D. Capozzola re Berry stipulation (.2); telephone conference with D. Capozzola re Berry stipulation and review of stipulation (two calls) (.2); telephone conference with R. Hertzberg re Berry settlement stipulation, possible response to Berry and preparation for hearing (.2); telephone conference with E.Liebeler re Berry motion hearing preparation (.3). | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 7/7/2004 | Damian D. Capozzola | 5.90 | $ 480.00 | $ 2,832.00 | Review and revise Berry lift stay opposition papers and communications re same (2.6); review W. Berry Plan Objection and prepare response (1.8); review scheduling materials (.3); review and analysis of J. Lee memorandum re damages (.4); communications with J. Norman re copyright and damages issues (.3); review memorandum on substantial compliance issues (.1); communications with L. Smith and T. Hogan re Hawaiian software issues (.4). | Case Asses., Dev & Admin |
| 7/7/2004 | Damian D. Capozzola | 0.15 | $ 480.00 | $ 72.00 | Analyze Hawaiian software issues. | Case Asses., Dev & Admin |
| 7/7/2004 | Jeffrey S. Norman | 3.30 | $ 495.00 | $ 1,633.50 | Review copyright research (2.0); telephone conference with D. Capozzola re same (.2); office conference with M. Fatall re additional research (.3); review memo by J. Lee on copyright damages generally (.8). | Case Asses., Dev & Admin |
| 7/7/2004 | Richard L. Wynne | 0.60 | $ 695.00 | $ 417.00 | Conference with E. Liebeler re Berry argument and issues on software expert (.3); telephone conference with D. Capozzola re Berry's plan motion (.3). | Case Asses., Dev & Admin |
| 7/8/2004 | Jeffrey S. Norman | 0.40 | $ 495.00 | $ 198.00 | Correspond with D. Capozzola and L. Smith re copyright issues. | Case Asses., Dev & Admin |
| 7/8/2004 | Michael G. Fatall | 7.50 | $ 415.00 | $ 3,112.50 | Legal research and analysis of copyright issues (2.0); conferences with D. Milligan, J. Norman re copyright research results and strategy re same (3.5); review, analysis and revise memorandum to litigation team, D. Capozzola re same (2.0). | Case Asses., Dev & Admin |
| 7/8/2004 | Richard L. Wynne | 2.50 | $ 695.00 | $ 1,737.50 | Analyze Berry objection to confirmation plan, relief motion, debtors reply re plan relief motion, OCC reply, D. Capozzola declaration and all exhibits, Berry motion for preliminary injunction and all exhibits, Berry deposition transcript and exhibits. | Case Asses., Dev & Admin |
| 7/10/2004 | Damian D. Capozzola | 4.80 | $ 480.00 | $ 2,304.00 | Communications with E. Liebeler, M. Dulac, L. Smith, and J. Skidmore re Hawaiian software issues and analysis re same (3.8); review and analysis of communications from T. Hogan (.7); review and analysis of Hawaiian software pleadings (.3). | Case Asses., Dev & Admin |
| 7/11/2004 | Damian D. Capozzola | 6.30 | $ 480.00 | $ 3,024.00 | Communications from T. Hogan and analysis and communications with other counsel re same (1.5); review, analyze, and revise Hawaiian software pleadings and communications with E. Liebeler and M. Dulac re same (2.9); analysis of 17 USC 106 issues and communications re same (.7); print and process documents for production to T. Hogan (1.2). | Case Asses., Dev & Admin |
| 7/11/2004 | Jeffrey S. Norman | 1.10 | $ 495.00 | $ 544.50 | Correspond with L. Smith and D. Capozzola re copyright damages and liability theories asserted by Berry. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 7/12/2004 | Damian D. Capozzola | 7.00 | $ 480.00 | $ 3,360.00 | Prepare for and participate in conference calls re Hawaiian software issues and strategies, and other communications and analysis re same (4.5); review and revise Hawaiian software pleadings, and research and communications with team members re same (2.5). | Case Asses., Dev & Admin |
| 7/12/2004 | Damian D. Capozzola | 0.30 | $ 480.00 | $ 144.00 | Analyze Berry issues. | Case Asses., Dev & Admin |
| 7/12/2004 | Michael G. Fatall | 0.50 | $ 415.00 | $ 207.50 | Review e-mails from D. Capozzola re other 106 violation arguments brought by Berry. | Case Asses., Dev & Admin |
| 7/12/2004 | R. Olivia Samad | 8.50 | $ 285.00 | $ 2,422.50 | Review Berry pleadings and research argument re informal proofs of claim. | Case Asses., Dev & Admin |
| 7/12/2004 | Richard L. Wynne | 1.30 | $ 695.00 | $ 903.50 | Telephone conference with R. Hertzberg, J. Skidmore and E. Liebeler re Berry case, strategy and facts, to do list on depositions and possible settlement scenarios. | Case Asses., Dev & Admin |
| 7/13/2004 | Damian D. Capozzola | 9.40 | $ 480.00 | $ 4,512.00 | Communications and analysis re Hawaiian software pleadings and strategies (7.4); review and analysis of pleadings in Hawaiian software matter (2.0). | Case Asses., Dev & Admin |
| 7/13/2004 | Damian D. Capozzola | 0.40 | $ 480.00 | $ 192.00 | Analyze Berry issues. | Case Asses., Dev & Admin |
| 7/13/2004 | Richard L. Wynne | 0.80 | $ 695.00 | $ 556.00 | Telephone conference with E. Liebeler and D. Capozzola re settlement offer to Berry (.4); preparation of Berry settlement offer (.2); preparation of Berry settlement proposal (.2). | Case Asses., Dev & Admin |
| 7/14/2004 | Richard L. Wynne | 0.40 | $ 695.00 | $ 278.00 | Preparation of reply to Berry's settlement proposal (.2); analyze Hogan counter-offer re Berry (.2). | Case Asses., Dev & Admin |
| 7/16/2004 | Damian D. Capozzola | 8.90 | $ 480.00 | $ 4,272.00 | Communications and analysis with E. Liebeler and L. Smith re Hawaiian software issues (2.5); review and revise Hawaiian software brief re plan confirmation support (3.0); prepare for and participate in witness preparation sessions (3.4). | Case Asses., Dev & Admin |
| 7/17/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Review prepetition Hawaiian software trial transcripts (.3); communications and analysis re Hawaiian software strategy issues (.2). | Case Asses., Dev & Admin |
| 7/17/2004 | Richard L. Wynne | 0.50 | $ 695.00 | $ 347.50 | Telephone conference with J. Sprayregen re Berry settlement idea (.1); preparation of e-mail re possible Berry settlement outline (.4). | Case Asses., Dev & Admin |
| 7/18/2004 | Richard L. Wynne | 0.70 | $ 695.00 | $ 486.50 | Telephone conference with R. Cobb and R. Hertzberg re Berry settlement issues (.4); telephone conference with T. Hogan, R. Cobb and R. Hertzberg re possible settlement issues (.3). | Case Asses., Dev & Admin |
| 7/19/2004 | Damian D. Capozzola | 5.30 | $ 480.00 | $ 2,544.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 7/19/2004 | Neal F. San Diego | 3.00 | $ 105.00 | $ 315.00 | Analyze and prepare documents re Berry for coding. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 7/19/2004 | Richard L. Wynne | 1.50 | $ 695.00 | $ 1,042.50 | Telephone conference with B. Roof and G. Richards re C&S settlement issues (.4); telephone conference with R. Hertzberg and E. Liebeler re Berry issues, RFS motion, estimation, confirmation objections and settlement (.7); analyze Berry RFS reply papers (.4). | Case Asses., Dev & Admin |
| 7/20/2004 | Damian D. Capozzola | 0.20 | $ 480.00 | $ 96.00 | Communications with T. Hogan. | Case Asses., Dev & Admin |
| 7/20/2004 | Michael G. Fatall | 0.80 | $ 415.00 | 332.00 | Review and analysis of Berry briefs (.6); e-mail to D. Capozzola, E. Yep re same (.2). | Case Asses., Dev & Admin |
| 7/20/2004 | Richard L. Wynne | 0.10 | $ 695.00 | 69.50 | Telephone conference with R. Hertzberg and J. Skidmore re new Berry filings. | Case Asses., Dev & Admin |
| 7/21/2004 | Damian D. Capozzola | 7.00 | $ 480.00 | $ 3,360.00 | Draft and revise briefing on Hawaiian software issues (7.0). | Case Asses., Dev & Admin |
| 7/23/2004 | Damian D. Capozzola | 4.30 | $ 480.00 | $ 2,064.00 | Communications and analysis re Hawaiian software issues and strategies. | Case Asses., Dev & Admin |
| 7/27/2004 | Damian D. Capozzola | 3.20 | $ 480.00 | $ 1,536.00 | Research Rule 68 and communications re same (.7); communications and analysis re Hawaiian software strategies (2.5). | Case Asses., Dev & Admin |
| 7/27/2004 | Damian D. Capozzola | 2.90 | $ 480.00 | $ 1,392.00 | Communications and analysis in Delaware and on plane re Berry pleadings and strategies. | Case Asses., Dev & Admin |
| 7/28/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | 240.00 | Communications re Berry administrative issues. | Case Asses., Dev & Admin |
| 7/28/2004 | Richard L. Wynne | 0.25 | $ 695.00 | 173.75 | Analyze Berry claim issues, procedural status of Hawaii litigation vs. later bankruptcy court proceedings, and memorandum to A. Huber and E. Liebeler on how to proceed. | Case Asses., Dev & Admin |
| 7/29/2004 | Eric C. Liebeler | 2.00 | $ 575.00 | 1,150.00 | Participate in telephone conference re Berry issues to do; participate in telephone conference re Rule 68 analysis and potential offer. | Case Asses., Dev & Admin |
| 7/29/2004 | Neal F. San Diego | 5.00 | $ 105.00 | 525.00 | Index correspondence and pleadings for Berry deposition. | Case Asses., Dev & Admin |
| 7/29/2004 | Neal F. San Diego | 3.25 | $ 105.00 | 341.25 | Image correspondence and pleadings with attachments re Berry. | Case Asses., Dev & Admin |
| 7/29/2004 | R. Olivia Samad | 1.00 | $ 285.00 | 285.00 | Confer with co-counsel in HI re pro hac vice applications, declarations and order and prepare documents for signing. | Case Asses., Dev & Admin |
| 7/29/2004 | Richard L. Wynne | 0.75 | $ 695.00 | 521.25 | Telephone conference with D. Capozzola, E. Liebeler, Hawaii counsel and R. Hertzberg re settlement ideas. | Case Asses., Dev & Admin |
| 7/30/2004 | Neal F. San Diego | 5.00 | $ 105.00 | 525.00 | Index correspondence including attachments for Berry deposition. | Case Asses., Dev & Admin |
| 7/30/2004 | Richard L. Wynne | 0.50 | $ 695.00 | 347.50 | Telephone conference with D. Capozzola re Hogan and order on objection to claim and e-mail re same. | Case Asses., Dev & Admin |
| 8/1/2004 | Damian D. Capozzola | 3.00 | $ 480.00 | $ 1,440.00 | Communications and analysis re post-confirmation work; communications re software license issues; analysis of Hawaiian judges and communications re same. | Case Asses., Dev & Admin |
| 8/2/2004 | Damian D. Capozzola | 2.00 | $ 480.00 | $ 960.00 | Communications and analysis re Hawaiian software briefing and discovery issues; analysis and communications re judges in Hawaiian lawsuit matter. | Case Asses., Dev & Admin |
| 8/3/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | 480.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 8/5/2004 | Neal F. San Diego | 7.50 | $ 105.00 | 787.50 | Index correspondence including attachments for Berry hearing. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 8/5/2004 | R. Olivia Samad | 0.25 | $ 285.00 | $ 71.25 | Voicemails and e-mails re Berry issues. | Case Asses., Dev & Admin |
| 8/7/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Review and analysis of declarations and evidentiary objections re Hawaiian software issues. | Case Asses., Dev & Admin |
| 8/9/2004 | Antoinette Huerta | 1.00 | $ 105.00 | $ 105.00 | Research and compile information and documents re Berry. | Case Asses., Dev & Admin |
| 8/9/2004 | Edgar I. Yep | 1.00 | $ 145.00 | $ 145.00 | Prepare electronically pages re W. Berry deposition to send to Hawaii counsel to request signature pages and entire deposition for upcoming court filing. | Case Asses., Dev & Admin |
| 8/9/2004 | Geoffrey A. Richards | 0.25 | $ 540.00 | $ 135.00 | Attention to multiple wind-down issues including Berry pleading review. | Case Asses., Dev & Admin |
| 8/9/2004 | Richard L. Wynne | 0.25 | $ 695.00 | $ 173.75 | Telephone conference with E. Liebeler re litigation vs. Berry, appeal and motion to dismiss. | Case Asses., Dev & Admin |
| 8/10/2004 | Eric C. Liebeler | 1.00 | $ 575.00 | $ 575.00 | Finalize Berry evidentiary objections; work on GECC financing issue related to Berry. | Case Asses., Dev & Admin |
| 8/10/2004 | Neal F. San Diego | 7.50 | $ 105.00 | $ 787.50 | Update on-site files such as correspondence and pleadings with attachment re Berry. | Case Asses., Dev & Admin |
| 8/11/2004 | Eric C. Liebeler | 0.25 | $ 575.00 | $ 143.75 | Review Berry letter. | Case Asses., Dev & Admin |
| 8/11/2004 | Neal F. San Diego | 7.50 | $ 105.00 | $ 787.50 | Index correspondence including attachments for Berry hearing. | Case Asses., Dev & Admin |
| 8/11/2004 | Richard L. Wynne | 0.25 | $ 695.00 | $ 173.75 | Telephone conference with E. Liebeler re Berry appeal and motion to dismiss. | Case Asses., Dev & Admin |
| 8/12/2004 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communicateions and analysis re Berry. | Case Asses., Dev & Admin |
| 8/12/2004 | Eric C. Liebeler | 2.00 | $ 575.00 | $ 1,150.00 | Work on Berry / GECC financing issues; summarize Berry issues for Core-Mark; review Berry appeal calendar. | Case Asses., Dev & Admin |
| 8/13/2004 | Allison Mayo Andrews | 7.25 | $ 200.00 | $ 1,450.00 | Review, process and collate incoming case documents; analyze and prepare case documents for attorney review and use; review vendor invoices prepare data for attorney use. | Case Asses., Dev & Admin |
| 8/13/2004 | Antoinette Huerta | 5.00 | $ 105.00 | $ 525.00 | Update hearing database and main files with recently received hearing transcripts; and distribute electronically to requesting attorneys; update main files with electronically received documents re Berry. | Case Asses., Dev & Admin |
| 8/13/2004 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry matter. | Case Asses., Dev & Admin |
| 8/14/2004 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry matter. | Case Asses., Dev & Admin |
| 8/17/2004 | Allison Mayo Andrews | 3.50 | $ 200.00 | $ 700.00 | Review, process and collate incoming case documents; file maintenance re Fleming / Berry matter. | Case Asses., Dev & Admin |
| 8/17/2004 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communication and analysis re Berry matter. | Case Asses., Dev & Admin |
| 8/18/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communication and analysis re Berry matter. | Case Asses., Dev & Admin |
| 8/24/2004 | Neal F. San Diego | 7.50 | $ 105.00 | $ 787.50 | Index correspondence including attachments to Berry hearing. | Case Asses., Dev & Admin |
| 8/25/2004 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry matter. | Case Asses., Dev & Admin |
| 8/31/2004 | Damian D. Capozzola | 2.00 | $ 480.00 | $ 960.00 | Review, analysis and communication re Berry matters; communications with E. Liebeler, M. Dulac, O. Samad and S. Toll re Berry matter and analysis re same; analysis and follow-up re Berry case management and calendaring issues. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|------|-------------------|-------------|------|-------------|-------------|-----------|
| 9/1/2004 | Allison Mayo Andrews | 7.50 | $ 200.00 | $ 1,500.00 | Review, process and collate incoming case documents; prepare case documents for attorney review and use; prepare case documents to transmit to co-counsel re Fleming/Berry matter. | Case Asses., Dev & Admin |
| 9/1/2004 | Damian D. Capozzola | 2.00 | $ 480.00 | $ 960.00 | Analysis and communications with E. Liebeler, M. Dulac, O. Samad, L. Smith and L. Hosoda and analysis re Berry matter. | Case Asses., Dev & Admin |
| 9/1/2004 | Neal F. San Diego | 7.00 | $ 105.00 | $ 735.00 | Analyze and prepare documents for coding; index documents into case management database; image documents re same. | Case Asses., Dev & Admin |
| 9/2/2004 | R. Olivia Samad | 1.00 | $ 285.00 | $ 285.00 | Prepare and check binders for Berry litigation, communicate with co-counsel in litigation re Berry. | Case Asses., Dev & Admin |
| 9/8/2004 | R. Olivia Samad | 4.50 | $ 285.00 | $ 1,282.50 | Research and analyze options re enforcement of HI judgments. | Case Asses., Dev & Admin |
| 9/9/2004 | R. Olivia Samad | 8.75 | $ 285.00 | $ 2,493.75 | Research HI state law on attachment of judgments and liens. | Case Asses., Dev & Admin |
| 9/13/2004 | R. Olivia Samad | 8.50 | $ 285.00 | $ 2,422.50 | Research and gather caselaw re assignment of judgments; telephone conference with co-counsel re Dillon affidavit. | Case Asses., Dev & Admin |
| 9/14/2004 | Melissa M. Dulac | 1.00 | $ 395.00 | $ 395.00 | Prepare anticipated budget for copyright litigation filed by W. Berry. | Case Asses., Dev & Admin |
| 9/14/2004 | R. Olivia Samad | 6.25 | $ 285.00 | $ 1,781.25 | Read and analyze research re judgment, enforcement procedures and copyright law. | Case Asses., Dev & Admin |
| 9/15/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications and analysis re Berry matter. | Case Asses., Dev & Admin |
| 9/15/2004 | Melissa M. Dulac | 4.50 | $ 395.00 | $ 1,777.50 | Prepare budget for defending against copyright claims asserted by W. Berry in litigation filed in federal court; communicate with L. Hosoda re preparing for continued preliminary injunction hearing re W. Berry. | Case Asses., Dev & Admin |
| 9/15/2004 | Neal F. San Diego | 7.50 | $ 105.00 | $ 787.50 | Analyze docket report re Berry and update entries from case management database. | Case Asses., Dev & Admin |
| 9/15/2004 | R. Olivia Samad | 6.25 | $ 285.00 | $ 1,781.25 | Read and analyze research re copyright law and judicial liens. | Case Asses., Dev & Admin |
| 9/15/2004 | Richard L. Wynne | 0.50 | $ 695.00 | $ 347.50 | Analyze Berry settlement e-mails and preparation of outline of settlement offer to R. Kors and Slatkin top 75 debtors. | Case Asses., Dev & Admin |
| 9/16/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications and analysis re Berry matter. | Case Asses., Dev & Admin |
| 9/16/2004 | Eric C. Liebeler | 1.50 | $ 575.00 | $ 862.50 | Summarize settlement history; review and analyze settlement proposal; review motions practice on pre-petition litigation (Berry). | Case Asses., Dev & Admin |
| 9/16/2004 | R. Olivia Samad | 6.75 | $ 285.00 | $ 1,923.75 | Continue to research Hawaii and Ninth Circuit law re assignments and enforcement of judgments. | Case Asses., Dev & Admin |
| 9/17/2004 | Antoinette Huerta | 2.50 | $ 105.00 | $ 262.50 | Review and update main files with recently received electronic documents re Berry. | Case Asses., Dev & Admin |
| 9/17/2004 | Damian D. Capozzola | 3.00 | $ 480.00 | $ 1,440.00 | Plan and outline approaches to Berry litigation matter. | Case Asses., Dev & Admin |
| 9/17/2004 | R. Olivia Samad | 7.50 | $ 285.00 | $ 2,137.50 | Research and gather case law re assignment of rights of actions/choses/champertous assignment in California, Hawaii. | Case Asses., Dev & Admin |
| 9/17/2004 | Richard L. Wynne | 0.25 | $ 695.00 | $ 173.75 | Analyze Berry mediation letter and numerous e-mails re same. | Case Asses., Dev & Admin |
| 9/18/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications with E. Liebeler and M. Dulac re Berry planning and staffing issues. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 9/19/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications and analysis re Berry settlement issues; outline Berry mediation statement. | Case Asses., Dev & Admin |
| 9/20/2004 | Allison Mayo Andrews | 9.00 | $ 200.00 | $ 1,800.00 | Review, process and collate incoming case documents; review and revise case documents re Berry litigation; prepare for attorney review and use. | Case Asses., Dev & Admin |
| 9/20/2004 | Antoinette Huerta | 4.00 | $ 105.00 | $ 420.00 | Research and compile information and documents from local counsel re Berry matter. | Case Asses., Dev & Admin |
| 9/20/2004 | R. Olivia Samad | 7.25 | $ 285.00 | $ 2,066.25 | Work with co-counsel and team re letter from J. Mollway in the Berry matter; continue research and analysis of cases and statutes to evaluate possible settlement strategy; schedule conference call to deal with litigation issues in Berry matters; confer with D. Capozzola re judgment research. | Case Asses., Dev & Admin |
| 9/21/2004 | Allison Mayo Andrews | 2.00 | $ 200.00 | $ 400.00 | Prepare calendar of events re Berry matter; review, process and collate incoming case documents. | Case Asses., Dev & Admin |
| 9/21/2004 | R. Olivia Samad | 2.00 | $ 285.00 | $ 570.00 | Confer with trial team re assignments and new developments; communicate with M. Dulac to collaborate on open issues in Berry matter and upcoming deadlines. | Case Asses., Dev & Admin |
| 9/22/2004 | Allison Mayo Andrews | 7.00 | $ 200.00 | $ 1,400.00 | Review, process and collate incoming case documents; process evidentiary documents received from client; revise calendar of events re Berry. | Case Asses., Dev & Admin |
| 9/22/2004 | R. Olivia Samad | 0.50 | $ 285.00 | $ 142.50 | Order treatises on bankruptcy and foreclosure and communicate with library staff to gather additional materials from Ninth circuit jurisdictions; work with co-counsel re problems with the appointment of a special master. | Case Asses., Dev & Admin |
| 9/23/2004 | R. Olivia Samad | 1.00 | $ 285.00 | $ 285.00 | Draft outline of process for enforcing a judgment in Hawaii. | Case Asses., Dev & Admin |
| 9/24/2004 | Antoinette Huerta | 2.00 | $ 105.00 | $ 210.00 | Update main files with electronically received documents re Berry matter. | Case Asses., Dev & Admin |
| 9/24/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Draft and revise mediation statement for Berry matter; communications and analysis re Berry strategy and administration issues. | Case Asses., Dev & Admin |
| 9/24/2004 | R. Olivia Samad | 3.50 | $ 285.00 | $ 997.50 | Work with local counsel re gathering all relevant procedural rules for Hawaii judgment enforcement; gather additional resources and confer with library staff re same; analyze land court rules and rules re levy of real property and personal property. | Case Asses., Dev & Admin |
| 9/27/2004 | Allison Mayo Andrews | 2.00 | $ 200.00 | $ 400.00 | Review, process and collate incoming case documents; prepare calendar of events re Berry matter. | Case Asses., Dev & Admin |
| 9/27/2004 | R. Olivia Samad | 14.00 | $ 285.00 | $ 3,990.00 | Gather and analyze all Hawaii statutes re enforcement, attachments, levies and liens; confer with co-counsel re procedural rules for perfecting an interest; research relationship between state judicial liens and federal copyright law. | Case Asses., Dev & Admin |