| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 9/28/2004 | Allison Mayo Andrews | 7.50 | $ 200.00 | $ 1,500.00 | Review and revise calendar of events re Berry matters; assist attorney with the preparation of post confirmation mediation statement; review, process and collate incoming case documents. | Case Asses., Dev & Admin |
| 9/28/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications and analysis re Berry injunction hearing, mediation statement, and case developments. | Case Asses., Dev & Admin |
| 9/28/2004 | R. Olivia Samad | 11.50 | $ 285.00 | $ 3,277.50 | Research and analyze caselaw, complete draft of legal argument in Berry Mediation statement. | Case Asses., Dev & Admin |
| 9/29/2004 | Allison Mayo Andrews | 2.00 | $ 200.00 | $ 400.00 | Review, process and collate incoming case documents; assist attorney with preparation of post-confirmation mediation statement. | Case Asses., Dev & Admin |
| 9/29/2004 | Damian D. Capozzola | 3.00 | $ 480.00 | $ 1,440.00 | Review and revise Berry mediation statement and compile exhibits. | Case Asses., Dev & Admin |
| 9/29/2004 | Neal F. San Diego | 4.00 | $ 105.00 | $ 420.00 | Assist in cite checking for filing motion re Post Confirmation Trust re Berry. | Case Asses., Dev & Admin |
| 9/29/2004 | R. Olivia Samad | 10.50 | $ 285.00 | $ 2,992.50 | Finalize Berry mediation brief; finalize memorandum sections re enforcement of judgment provisions in Hawaii law. | Case Asses., Dev & Admin |
| 9/30/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications and analysis re Berry issues. | Case Asses., Dev & Admin |
| 9/30/2004 | R. Olivia Samad | 3.50 | $ 285.00 | $ 997.50 | Complete memorandum re HI judgments, enforcement, attachment proceedings and share with team. | Case Asses., Dev & Admin |
| 10/1/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Communications re Berry mediation statement and Berry developments. | Case Asses., Dev & Admin |
| 10/1/2004 | Melissa M. Dulac | 0.50 | $ 395.00 | $ 197.50 | Review and finalize mediation brief and materials in support of same re W. Berry appeal of estimation order. | Case Asses., Dev & Admin |
| 10/1/2004 | R. Olivia Samad | 3.50 | $ 285.00 | $ 997.50 | Gather and analyze research re ability to foreclose on a cause of action re Berry. | Case Asses., Dev & Admin |
| 10/1/2004 | Richard L. Wynne | 0.50 | $ 695.00 | $ 347.50 | Analyze Berry mediation statement and preparation of e-mail to R. Kors and others. | Case Asses., Dev & Admin |
| 10/4/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications re Berry. | Case Asses., Dev & Admin |
| 10/4/2004 | Neal F. San Diego | 7.50 | $ 105.00 | $ 787.50 | Analyze and prepare correspondence with attachments for coding re Berry; index correspondence with attachment into case management database re Berry. | Case Asses., Dev & Admin |
| 10/5/2004 | Neal F. San Diego | 7.50 | $ 105.00 | $ 787.50 | Analyze and prepare correspondence and pleadings with attachment for indexing; index correspondence and pleadings with attachment into case management database re Berry; image correspondence and pleadings with attachment into database re Berry. | Case Asses., Dev & Admin |
| 10/6/2004 | Neal F. San Diego | 8.50 | $ 105.00 | $ 892.50 | Analyze and prepare correspondence with attachment for indexing re Berry; Index correspondence with attachment into case management database re Berry; image correspondence with attachment into database re Berry. | Case Asses., Dev & Admin |
| 10/7/2004 | Allison Mayo Andrews | 1.75 | $ 200.00 | $ 350.00 | Review, process and collate incoming case documents. | Case Asses., Dev & Admin |
| 10/8/2004 | Allison Mayo Andrews | 0.50 | $ 200.00 | $ 100.00 | Review docket re administrative claims filed by Berry. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 10/8/2004 | Neal F. San Diego | 5.00 | $ 105.00 | $ 525.00 | Analyze and prepare correspondence with attachment to be indexed; index correspondence with attachment into case management database. | Case Asses., Dev & Admin |
| 10/11/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Communications and analysis re Berry briefing and case strategies. | Case Asses., Dev & Admin |
| 10/11/2004 | R. Olivia Samad | 7.75 | $ 285.00 | $ 2,208.75 | Gather caselaw re settlement options through purchase of judgment re Berry. | Case Asses., Dev & Admin |
| 10/12/2004 | Damian D. Capozzola | 2.00 | $ 480.00 | $ 960.00 | Assist E. Liebeler in preparations for Berry mediation. | Case Asses., Dev & Admin |
| 10/12/2004 | Eric C. Liebeler | 2.00 | $ 575.00 | $ 1,150.00 | Berry: Prepare for and conduct mediation hearing. | Case Asses., Dev & Admin |
| 10/12/2004 | R. Olivia Samad | 7.75 | $ 285.00 | $ 2,208.75 | Read and analyze caselaw re settlement options based on California law re Berry. | Case Asses., Dev & Admin |
| 10/13/2004 | R. Olivia Samad | 9.25 | $ 285.00 | $ 2,636.25 | Read and analyze all annotated statutes in California to find instances of foreclosure on a cause of action re Berry matter. | Case Asses., Dev & Admin |
| 10/14/2004 | Antoinette Huerta | 2.00 | $ 105.00 | $ 210.00 | Research and compile documents and information re Berry per attorney requests. | Case Asses., Dev & Admin |
| 10/15/2004 | Eric C. Liebeler | 0.25 | $ 575.00 | $ 143.75 | Draft letter to Hogan re mediation. | Case Asses., Dev & Admin |
| 10/15/2004 | Melissa M. Dulac | 4.50 | $ 395.00 | $ 1,777.50 | Draft letter analyzing claims asserted by W. Berry in bankruptcy and Hawaii litigation and cost of litigation going forward. | Case Asses., Dev & Admin |
| 10/15/2004 | Neal F. San Diego | 7.50 | $ 105.00 | $ 787.50 | Index correspondence with attachments into case management database re Berry; image correspondence with attachments re Berry into database. | Case Asses., Dev & Admin |
| 10/15/2004 | R. Olivia Samad | 5.00 | $ 285.00 | $ 1,425.00 | Analyze statutes in Hawaii pertaining to foreclosures and causes of action; respond to letter from opposing counsel re mediation re Berry matter. | Case Asses., Dev & Admin |
| 10/16/2004 | Melissa M. Dulac | 9.25 | $ 395.00 | $ 3,653.75 | Draft letter analyzing claims asserted by W. Berry in bankruptcy and Hawaii litigation and estimated costs for going forward. | Case Asses., Dev & Admin |
| 10/17/2004 | Melissa M. Dulac | 7.00 | $ 395.00 | $ 2,765.00 | Draft letter analyzing claims asserted by W. Berry in bankruptcy and Hawaii litigation and costs for going forward. | Case Asses., Dev & Admin |
| 10/18/2004 | Allison Mayo Andrews | 1.00 | $ 200.00 | $ 200.00 | Review, process and collate incoming case documents re Fleming/Berry matter. | Case Asses., Dev & Admin |
| 10/18/2004 | Melissa M. Dulac | 9.00 | $ 395.00 | $ 3,555.00 | Draft letter analyzing claims asserted by W. Berry in bankruptcy and in Hawaii litigation and estimate of costs going forward. | Case Asses., Dev & Admin |
| 10/18/2004 | Neal F. San Diego | 2.00 | $ 105.00 | $ 210.00 | Index correspondence with attachments into Lotus notes database. | Case Asses., Dev & Admin |
| 10/18/2004 | R. Olivia Samad | 12.00 | $ 285.00 | $ 3,420.00 | Research Hawaiian debtors discovery and settlement options; work with A. Andrews re document management re Berry matter. | Case Asses., Dev & Admin |
| 10/19/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Review and analysis of Berry injunction order and communications with V. Limongelli re same; communications and analysis re Berry discovery issues. | Case Asses., Dev & Admin |
| 10/19/2004 | Melissa M. Dulac | 7.50 | $ 395.00 | $ 2,962.50 | Draft letter analyzing claims asserted by W. Berry in bankruptcy and Hawaii litigation and estimate of costs going forward. | Case Asses., Dev & Admin |
| 10/19/2004 | R. Olivia Samad | 7.50 | $ 285.00 | $ 2,137.50 | Continue ongoing research into Hawaiian debtors discovery and statutes re foreclosure and settlement options re Berry. | Case Asses., Dev & Admin |
| 10/21/2004 | Richard L. Wynne | 0.50 | $ 695.00 | $ 347.50 | Telephone conference with E. Liebeler re Berry; telephone conference with R. Kors re Berry. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 10/26/2004 | Allison Mayo Andrews | 12.00 | $ 200.00 | $ 2,400.00 | Review, process and collate incoming case documents; prepare documents to transmit to V. Limongelli; prepare evidentiary documents for attorney review and use; prepare discovery responses re same. | Case Asses., Dev & Admin |
| 10/26/2004 | Neal F. San Diego | 6.00 | $ 105.00 | $ 630.00 | Index correspondence and pleadings with attachment into case management database re Berry. | Case Asses., Dev & Admin |
| 10/27/2004 | Neal F. San Diego | 3.00 | $ 105.00 | $ 315.00 | Index correspondence with attachment into case management database. | Case Asses., Dev & Admin |
| 10/29/2004 | Neal F. San Diego | 5.00 | $ 105.00 | $ 525.00 | Index correspondence with attachment into case management database. | Case Asses., Dev & Admin |
| 11/4/2004 | Neal F. San Diego | 13.50 | $ 105.00 | $ 1,417.50 | Analyze and prepare correspondence and pleadings with attachment for indexing re Berry (3.0); index correspondence and pleadings with attachment into case management database re Berry (7.5); image correspondence and pleadings with attachments to database re Berry (3.0). | Case Asses., Dev & Admin |
| 11/8/2004 | Eric C. Liebeler | 0.50 | $ 575.00 | $ 287.50 | Draft letter to T. Hogan re mediation; discuss same with R. Kors; resolve other discovery issues. | Case Asses., Dev & Admin |
| 11/9/2004 | Eric C. Liebeler | 0.25 | $ 575.00 | $ 143.75 | Berry: Review correspondence. | Case Asses., Dev & Admin |
| 11/10/2004 | Allison Mayo Andrews | 9.50 | $ 200.00 | $ 1,900.00 | Review, process and collate incoming case documents; prepare players list for Berry matter; revise calendar of events | Case Asses., Dev & Admin |
| 11/12/2004 | Allison Mayo Andrews | 1.00 | $ 200.00 | $ 200.00 | Review and revise calendar of events re Berry matter; analyze case documents re Berry matter. | Case Asses., Dev & Admin |
| 11/12/2004 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry matters. | Case Asses., Dev & Admin |
| 11/12/2004 | Neal F. San Diego | 7.50 | $ 105.00 | $ 787.50 | Analyze and prepare correspondence and pleadings with attachments for indexing; index correspondence with attachments into case management database re Berry; image correspondence and pleadings with attachments into database re Berry. | Case Asses., Dev & Admin |
| 11/15/2004 | Allison Mayo Andrews | 9.75 | $ 200.00 | $ 1,950.00 | Review, process and collate incoming case documents; revise concordance database; revise exhibit binders; revise calendar of events re Berry litigation; analyze and prepare Berry case documents for attorney review and use. | Case Asses., Dev & Admin |
| 11/16/2004 | Eric C. Liebeler | 1.00 | $ 575.00 | $ 575.00 | Berry: Work on settlement issues. | Case Asses., Dev & Admin |
| 11/18/2004 | Eric C. Liebeler | 2.25 | $ 575.00 | $ 1,293.75 | Berry: Analyze new administrative claim; discuss indemnification provisions with M. Dulac; review discovery issues; work on reconsideration issues. | Case Asses., Dev & Admin |
| 11/18/2004 | Neal F. San Diego | 6.00 | $ 105.00 | $ 630.00 | Indexing correspondence and pleadings with attachments into case management database re Berry matter. | Case Asses., Dev & Admin |
| 11/19/2004 | Eric C. Liebeler | 1.00 | $ 575.00 | $ 575.00 | Berry: Multiple e-mails re settlement and potential response to Hogan letter. | Case Asses., Dev & Admin |
| 11/19/2004 | Melissa M. Dulac | 0.25 | $ 395.00 | $ 98.75 | Communicate with S. Cho re W. Berry's October 6 administrative claims. | Case Asses., Dev & Admin |
| 11/19/2004 | R. Olivia Samad | 7.00 | $ 285.00 | $ 1,995.00 | Gather and analyze research on privilege. | Case Asses., Dev & Admin |
| 11/20/2004 | Eric C. Liebeler | 1.25 | $ 575.00 | $ 718.75 | Berry: E-mails to R. Kors, T. Hogan, R. Wynne re settlement/analysis. | Case Asses., Dev & Admin |
| 11/22/2004 | Eric C. Liebeler | 0.50 | $ 575.00 | $ 287.50 | Berry: Analyze indemnity obligations. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 11/22/2004 | Neal F. San Diego | 7.50 | $ 105.00 | $ 787.50 | Analyze and prepare correspondence with attachments for indexing re Berry (1.5); index correspondence with attachments into case management database re Berry (4.0); image correspondence with attachments into database re Berry (2.0). | Case Asses., Dev & Admin |
| 11/23/2004 | Eric C. Liebeler | 1.50 | $ 575.00 | $ 862.50 | Berry: Work on indemnity/settlement issues; telephone conference with R. Kors re same. | Case Asses., Dev & Admin |
| 12/1/2004 | Erin N. Brady | 1.75 | $ 405.00 | $ 708.75 | Investigate issues re W. Barry administrative claim docketing; draft email memo re same. | Case Asses., Dev & Admin |
| 12/1/2004 | Neal F. San Diego | 2.00 | $ 105.00 | $ 210.00 | Berry: Analyze and prepare correspondence with attachments to be indexed; Berry: Index correspondence with attachments into case management database. | Case Asses., Dev & Admin |
| 12/2/2004 | Neal F. San Diego | 3.00 | $ 105.00 | $ 315.00 | Berry: Analyze and prepare pleadings with attachments for indexing; Berry: Index pleadings with attachments into case management database. | Case Asses., Dev & Admin |
| 12/6/2004 | Shirley S. Cho | 0.25 | $ 485.00 | $ 121.25 | Review Berry objection and email to M. Dulac re same. | Case Asses., Dev & Admin |
| 12/7/2004 | Allison Mayo Andrews | 0.25 | $ 200.00 | $ 50.00 | Revise players list re Berry litigation. | Case Asses., Dev & Admin |
| 12/7/2004 | Neal F. San Diego | 4.50 | $ 105.00 | $ 472.50 | Berry: Index correspondence with attachments into case management database; Berry: Image correspondence with attachments into case management database. | Case Asses., Dev & Admin |
| 12/8/2004 | Neal F. San Diego | 4.50 | $ 105.00 | $ 472.50 | Berry: Analyze and prepare correspondence with attachments to be indexed; Berry: Index correspondence with attachments into case management database. | Case Asses., Dev & Admin |
| 12/9/2004 | Allison Mayo Andrews | 0.50 | $ 200.00 | $ 100.00 | Prepare calendar of events. | Case Asses., Dev & Admin |
| 12/9/2004 | Neal F. San Diego | 2.50 | $ 105.00 | $ 262.50 | Analyze and prepare correspondence with attachments for indexing; index correspondence with attachments into case management database. | Case Asses., Dev & Admin |
| 12/9/2004 | Shirley S. Cho | 0.50 | $ 485.00 | $ 242.50 | Coordinate resolution to Berry claim objection. | Case Asses., Dev & Admin |
| 12/10/2004 | Eric C. Liebeler | 2.00 | $ 575.00 | $ 1,150.00 | Draft letter to T. Hogan. | Case Asses., Dev & Admin |
| 12/10/2004 | Shirley S. Cho | 1.50 | $ 485.00 | $ 727.50 | Strategize re resolution of claim objection; draft stipulation; telephone conferences with M. Dulac re same; telephone conferences with B. Folse re same; telephone conferences with E. Liebeler re same. | Case Asses., Dev & Admin |
| 12/13/2004 | Allison Mayo Andrews | 1.00 | $ 200.00 | $ 200.00 | Review, process and collate incoming case documents; revise player's list. | Case Asses., Dev & Admin |
| 12/13/2004 | Eric C. Liebeler | 1.00 | $ 575.00 | $ 575.00 | Work on stipulation, discovery and strategy. | Case Asses., Dev & Admin |
| 12/13/2004 | Melissa M. Dulac | 1.00 | $ 395.00 | $ 395.00 | Communicate with S. McFarland and T. Hogan re stipulation to withdraw non-substantive objection to June 9 administrative claim filed by W. Berry | Case Asses., Dev & Admin |
| 12/13/2004 | Shirley S. Cho | 0.25 | $ 485.00 | $ 121.25 | Review email correspondence re Berry stipulation. | Case Asses., Dev & Admin |
| 12/14/2004 | Eric C. Liebeler | 0.75 | $ 575.00 | $ 431.25 | Edit letter to special master. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 12/14/2004 | Melissa M. Dulac | 1.00 | $ 395.00 | $ 395.00 | Communicate with S. McFarland re stipulation to expunge duplicate claims and withdraw non-substantive objection to June 9 administrative claim; review and analyze correspondence received from T. Hogan re discovery propounded by PCT; communicate with S. Cho re procedure for litigating Hawaii action in name of PCT rather than Fleming Companies, Inc. | Case Asses., Dev & Admin |
| 12/14/2004 | Neal F. San Diego | 4.00 | $ 105.00 | $ 420.00 | Analyze and prepare correspondence with attachments for indexing; index correspondence with attachments into case management database. | Case Asses., Dev & Admin |
| 12/15/2004 | Allison Mayo Andrews | 1.00 | $ 200.00 | $ 200.00 | Review, process and collate incoming case documents. | Case Asses., Dev & Admin |
| 12/15/2004 | Neal F. San Diego | 4.00 | $ 105.00 | $ 420.00 | Index pleadings with attachments into case management database re Berry; image pleadings with attachments into database re Berry. | Case Asses., Dev & Admin |
| 12/16/2004 | Neal F. San Diego | 2.00 | $ 105.00 | $ 210.00 | Index correspondence with attachments into case management database. | Case Asses., Dev & Admin |
| 12/17/2004 | Allison Mayo Andrews | 1.50 | $ 200.00 | $ 300.00 | Review incoming case documents; review pleading and discovery files. | Case Asses., Dev & Admin |
| 12/17/2004 | Neal F. San Diego | 3.50 | $ 105.00 | $ 367.50 | Research and review database re comparing Hawaii counsel list of pleadings and our file to compile list of documents needed for case management database. | Case Asses., Dev & Admin |
| 12/20/2004 | Edgar I. Yep | 1.00 | $ 145.00 | $ 145.00 | Search for documents requested by M. Dulac and coordinate with Hawaii counsel to get documents forwarded to us. | Case Asses., Dev & Admin |
| 12/20/2004 | Richard L. Wynne | 0.25 | $ 695.00 | $ 173.75 | Telephone conference with R. Kors re Berry objection. | Case Asses., Dev & Admin |
| 12/21/2004 | Neal F. San Diego | 5.00 | $ 105.00 | $ 525.00 | Research and review database re comparing Hawaii counsel list of pleadings and our file to compile list of documents needed re Berry. | Case Asses., Dev & Admin |
| 12/21/2004 | Richard L. Wynne | 0.25 | $ 695.00 | $ 173.75 | Telephone conference with E. Liebeler re Berry issues. | Case Asses., Dev & Admin |
| 12/22/2004 | Neal F. San Diego | 3.00 | $ 105.00 | $ 315.00 | Research and review database re comparing Hawaii counsel list of pleadings and our file to compile list of documents needed. | Case Asses., Dev & Admin |
| 12/22/2004 | Richard L. Wynne | 0.25 | $ 695.00 | $ 173.75 | Telephone conference with L. Mandel re Hogan letter. | Case Asses., Dev & Admin |
| 12/23/2004 | Richard L. Wynne | 0.25 | $ 695.00 | $ 173.75 | Telephone conference with T. Hogan re PCT issues. | Case Asses., Dev & Admin |
| 12/23/2004 | Richard L. Wynne | 0.50 | $ 695.00 | $ 347.50 | Telephone conference with E. Liebeler re Berry litigation; telephone conference with L. Mandel re Berry claim. | Case Asses., Dev & Admin |
| 12/27/2004 | Neal F. San Diego | 7.00 | $ 105.00 | $ 735.00 | Analyze and prepare correspondence with attachments for indexing; index correspondence with attachments into case management database. | Case Asses., Dev & Admin |
| 12/28/2004 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry issues. | Case Asses., Dev & Admin |
| 12/28/2004 | Neal F. San Diego | 7.50 | $ 105.00 | $ 787.50 | Analyze and prepare pleadings with attachments for indexing; index pleadings with attachments into case management database; image pleadings with attachments into database re Berry. | Case Asses., Dev & Admin |
| 12/28/2004 | Richard L. Wynne | 0.25 | $ 695.00 | $ 173.75 | Telephone conference with L. Mandel re T. Hogan; analyze Berry court ruling. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 12/29/2004 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry issues. | Case Asses., Dev & Admin |
| 12/29/2004 | Shirley S. Cho | 0.25 | $ 485.00 | $ 121.25 | Review email from M. Dulac re Wayne Berry; email correspondence with L. Price re Fleming Foods in response to Berry issue. | Case Asses., Dev & Admin |
| 12/30/2004 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry matter. | Case Asses., Dev & Admin |
| 12/30/2004 | Melissa M. Dulac | 2.00 | $ 395.00 | $ 790.00 | Communicate with E. Liebeler and S. Cho re Rule 2004 motion; revise Rule 2004 motion; communicate with J. O'Neill re same. | Case Asses., Dev & Admin |
| 12/30/2004 | Neal F. San Diego | 3.50 | $ 105.00 | $ 367.50 | Index correspondence and pleadings with attachments into Lotus notes database re Berry. | Case Asses., Dev & Admin |
| 1/4/2005 | Melissa M. Dulac | 1.25 | $ 410.00 | $ 512.50 | Communicate with T. Hogan re potential protective order to govern production of particular documents; communicate with E. Liebeler re same. | Case Asses., Dev & Admin |
| 1/4/2005 | Neal F. San Diego | 7.50 | $ 110.00 | $ 825.00 | Analyze and prepare pleadings including attachments for indexing (1.0); index pleadings including attachments into case management database (4.0); image pleadings including attachments into database re Berry (2.5). | Case Asses., Dev & Admin |
| 1/5/2005 | Edgar I. Yep | 0.25 | $ 170.00 | $ 42.50 | Search court website for potential orders entered re Berry. | Case Asses., Dev & Admin |
| 1/5/2005 | Neal F. San Diego | 4.00 | $ 110.00 | $ 440.00 | Index correspondence including attachments into Lotus notes database. | Case Asses., Dev & Admin |
| 1/6/2005 | Allison Mayo Andrews | 0.25 | $ 195.00 | $ 48.75 | Prepare calendar of events | Case Asses., Dev & Admin |
| 1/6/2005 | Neal F. San Diego | 3.00 | $ 110.00 | $ 330.00 | Index correspondence with attachments into case management database. | Case Asses., Dev & Admin |
| 1/7/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry issues. | Case Asses., Dev & Admin |
| 1/7/2005 | Eric C. Liebeler | 3.75 | $ 575.00 | $ 2,156.25 | Prepare for and conduct call with Hawaii special master; participate in call re admin claims; edit Hogan draft of letter to Matsui; edit protective order. | Case Asses., Dev & Admin |
| 1/7/2005 | Neal F. San Diego | 2.50 | $ 110.00 | $ 275.00 | Image correspondence and pleadings including attachments into case management database. | Case Asses., Dev & Admin |
| 1/7/2005 | R. Olivia Samad | 1.00 | $ 295.00 | $ 295.00 | Review administrative claims in Berry litigation. | Case Asses., Dev & Admin |
| 1/7/2005 | Richard L. Wynne | 0.25 | $ 725.00 | $ 181.25 | Telephone conference with R. Hertzberg and R. Kors re Berry 2004 motion hearing and objections. | Case Asses., Dev & Admin |
| 1/8/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry matter. | Case Asses., Dev & Admin |
| 1/10/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry matter. | Case Asses., Dev & Admin |
| 1/10/2005 | Neal F. San Diego | 2.50 | $ 110.00 | $ 275.00 | Index correspondence including attachments into case management database. | Case Asses., Dev & Admin |
| 1/11/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry issues. | Case Asses., Dev & Admin |
| 1/11/2005 | Eric C. Liebeler | 1.25 | $ 575.00 | $ 718.75 | Attempt to negotiate protective order. | Case Asses., Dev & Admin |
| 1/11/2005 | Neal F. San Diego | 4.00 | $ 110.00 | $ 440.00 | Analyze and prepare correspondence with attachments for indexing (1.0); index correspondence with attachments into Lotus notes database (3.0). | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 1/11/2005 | R. Olivia Samad | 1.00 | $ 295.00 | $ 295.00 | Deal with correspondence on Berry matter in Hawaii litigation. | Case Asses., Dev & Admin |
| 1/11/2005 | Richard L. Wynne | 0.50 | $ 725.00 | $ 362.50 | Analyze Berry judgment and fee award. | Case Asses., Dev & Admin |
| 1/12/2005 | Neal F. San Diego | 4.00 | $ 110.00 | $ 440.00 | Index correspondence with attachments into case management database (3.0); image correspondence with attachments into database (1.0). | Case Asses., Dev & Admin |
| 1/13/2005 | Melissa M. Dulac | 1.50 | $ 410.00 | $ 615.00 | Communicate with J. Morgan re proposed stipulated confidentiality order; review and analyze diagram constructed by M. Dillon re logistics network; review and analyze supplemental disclosure re damages filed by W. Berry. | Case Asses., Dev & Admin |
| 1/13/2005 | Richard L. Wynne | 0.50 | $ 725.00 | $ 362.50 | Analyze objection by Berry to PCT motion and telephone conference with E. Liebeler re hearing and Berry objections. | Case Asses., Dev & Admin |
| 1/18/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re other parties' summary judgment motions and other Berry issues. | Case Asses., Dev & Admin |
| 1/18/2005 | Melissa M. Dulac | 1.75 | $ 410.00 | $ 717.50 | Review and analyze inclinations issued by Judge Mollway re motions for summary judgment; communicate with E. Liebeler and D. Capozzola re same; communicate with E. Liebeler re case strategy. | Case Asses., Dev & Admin |
| 1/18/2005 | Neal F. San Diego | 11.50 | $ 110.00 | $ 1,265.00 | Analyze and prepare pleadings and discovery with attachments received from the office of A. Lopez, for indexing (3.0); index correspondence and pleadings with attachments into case management database (8.5). | Case Asses., Dev & Admin |
| 1/19/2005 | Eric C. Liebeler | 2.25 | $ 575.00 | $ 1,293.75 | Review Berry proposed protection order; discuss with M. Dulac. | Case Asses., Dev & Admin |
| 1/19/2005 | Melissa M. Dulac | 0.50 | $ 410.00 | $ 205.00 | Communicate with E. Liebeler and others re protective order to govern production of software created by W. Berry. | Case Asses., Dev & Admin |
| 1/19/2005 | Neal F. San Diego | 12.50 | $ 110.00 | $ 1,375.00 | Analyze and prepare pleadings and discovery with attachments received from the office of A. Lopez, for indexing (2.0); index pleadings and discovery with attachments into case management database (8.0); image pleadings and discovery with attachments into database (2.5). | Case Asses., Dev & Admin |
| 1/20/2005 | Neal F. San Diego | 11.50 | $ 110.00 | $ 1,265.00 | Analyze and prepare pleadings and discovery with attachments received from the office of A. Lopez, for indexing (3.0); index pleadings and discovery with attachments into Lotus notes database (6.0); image pleadings and discovery with attachments into database (2.5). | Case Asses., Dev & Admin |
| 1/21/2005 | Melissa M. Dulac | 1.00 | $ 410.00 | $ 410.00 | Communicate with E. Brady, S. Cho, and E. Liebeler re response to letter from T. Hogan re liquidation and collection of W. Berry's pre-petition unsecured claim; research re procedures for notifying Copyright Office of judgment re infringement. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 1/21/2005 | Neal F. San Diego | 9.50 | $ 110.00 | $ 1,045.00 | Analyze and prepare pleadings with attachment for indexing (2.0); index pleadings with attachments into case management database (6.0); image pleadings with attachments into database (1.5). | Case Asses., Dev & Admin |
| 1/21/2005 | Richard L. Wynne | 0.75 | $ 725.00 | $ 543.75 | Telephone conference with S. Cho re reply to Hogan; analyze Berry threatening letter, copies of judgment and prior orders and review all for reply. | Case Asses., Dev & Admin |
| 1/21/2005 | Shirley S. Cho | 0.50 | $ 520.00 | $ 260.00 | Strategize re response to Berry letter re threat to collect on judgment. | Case Asses., Dev & Admin |
| 1/24/2005 | Erin N. Brady | 3.00 | $ 420.00 | $ 1,260.00 | Draft letter to T. Hogan re pre-petition judgment; factual research re same; telephone conferences with M. Dulac re same. | Case Asses., Dev & Admin |
| 1/24/2005 | Melissa M. Dulac | 1.00 | $ 410.00 | $ 410.00 | Communicate with E. Brady and M. John re claims filed by W. Berry and notice provided re unsecured claims bar date; revise letter to T. Hogan re liquidation of pre-petition judgment. | Case Asses., Dev & Admin |
| 1/24/2005 | Shirley S. Cho | 0.25 | $ 520.00 | $ 130.00 | Email with M. Dulac and E. Brady re Berry. | Case Asses., Dev & Admin |
| 1/26/2005 | Erin N. Brady | 0.25 | $ 420.00 | $ 105.00 | Review and revise proposed Hogan letter; telephone conference with M. Dulac and S. Cho re same. | Case Asses., Dev & Admin |
| 1/26/2005 | Richard L. Wynne | 0.25 | $ 725.00 | $ 181.25 | Analyze T. Hogan correspondence and reply. | Case Asses., Dev & Admin |
| 1/26/2005 | Richard L. Wynne | 0.25 | $ 725.00 | $ 181.25 | Revision of response to Hogan. | Case Asses., Dev & Admin |
| 1/26/2005 | Shirley S. Cho | 0.50 | $ 520.00 | $ 260.00 | Review and strategize re Berry response letter with E. Brady, M. Dulac and R. Wynne. | Case Asses., Dev & Admin |
| 1/28/2005 | Eric C. Liebeler | 1.25 | $ 575.00 | $ 718.75 | Edit letter to T. Hogan. | Case Asses., Dev & Admin |
| 1/28/2005 | R. Olivia Samad | 0.25 | $ 295.00 | $ 73.75 | Follow up with co-counsel re Berry correspondence and motions for summary judgment. | Case Asses., Dev & Admin |
| 1/28/2005 | Richard L. Wynne | 0.75 | $ 725.00 | $ 543.75 | Analyze T. Hogan reply re judgment; analyze T. Hogan correspondence and prior orders re Berry. | Case Asses., Dev & Admin |
| 1/28/2005 | Richard L. Wynne | 0.25 | $ 725.00 | $ 181.25 | Telephone conference with S. Cho re Berry judgment requests and prior court orders. | Case Asses., Dev & Admin |
| 1/28/2005 | Shirley S. Cho | 0.25 | $ 520.00 | $ 130.00 | Strategize re response to Hogan letter. | Case Asses., Dev & Admin |
| 1/31/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry briefing issues. | Case Asses., Dev & Admin |
| 2/2/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry pleadings and discovery. | Case Asses., Dev & Admin |
| 2/2/2005 | Eric C. Liebeler | 0.25 | $ 575.00 | $ 143.75 | Edit letter to T. Hogan. | Case Asses., Dev & Admin |
| 2/2/2005 | Neal F. San Diego | 7.50 | $ 110.00 | $ 825.00 | Analyze, prepare and maintaining files re correspondence, pleadings and discovery with attachments. | Case Asses., Dev & Admin |
| 2/3/2005 | Neal F. San Diego | 4.00 | $ 110.00 | $ 440.00 | Analyze, prepare and maintaining files re pleadings and discovery with attachments. | Case Asses., Dev & Admin |
| 2/4/2005 | Neal F. San Diego | 6.00 | $ 110.00 | $ 660.00 | Analyze, prepare and maintaining files re correspondence, pleadings and discovery with attachments. | Case Asses., Dev & Admin |
| 2/7/2005 | Erin N. Brady | 4.00 | $ 420.00 | $ 1,680.00 | Review Berry motion; review and analyze background documents; telephone conference with M. Dulac and S. Cho re opposition; review research re jurisdiction to consider discharge issue; | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 2/9/2005 | Allison Mayo Andrews | 1.50 | $ 195.00 | $ 292.50 | Review, process and collate incoming case documents; revise calendar of events and players list. | Case Asses., Dev & Admin |
| 2/9/2005 | Neal F. San Diego | 7.50 | $ 110.00 | $ 825.00 | Analyze and prepare correspondence with attachments for indexing; index correspondence with attachments into case management database; image correspondence with attachments into database. | Case Asses., Dev & Admin |
| 2/10/2005 | Allison Mayo Andrews | 4.25 | $ 195.00 | $ 828.75 | Review, process and collate incoming case documents; assist attorney with preparation of PCT's objections to Berry's motion; assist attorney with preparation for meeting; prepare case documents re same. | Case Asses., Dev & Admin |
| 2/10/2005 | R. Olivia Samad | 3.00 | $ 295.00 | $ 885.00 | Confer with M. Dulac re all open issues in Berry matter. | Case Asses., Dev & Admin |
| 2/11/2005 | Allison Mayo Andrews | 2.00 | $ 195.00 | $ 390.00 | Review, process and collate incoming case documents; revise players list. | Case Asses., Dev & Admin |
| 2/11/2005 | Damian D. Capozzola | 1.25 | $ 480.00 | $ 600.00 | Prepare for and participate in team meeting re Berry issues. | Case Asses., Dev & Admin |
| 2/11/2005 | Neal F. San Diego | 4.00 | $ 110.00 | $ 440.00 | Index pleadings and discovery with attachments into case management database; image pleadings and discovery with attachments into database. | Case Asses., Dev & Admin |
| 2/14/2005 | Neal F. San Diego | 7.50 | $ 110.00 | $ 825.00 | Analyze and prepare correspondence with attachments for indexing; index correspondence with attachments into case management database; image correspondence with attachments into database. | Case Asses., Dev & Admin |
| 2/15/2005 | Neal F. San Diego | 6.25 | $ 110.00 | $ 687.50 | Index correspondence with attachments into case management database; image correspondence with attachments into database. | Case Asses., Dev & Admin |
| 2/16/2005 | Allison Mayo Andrews | 3.50 | $ 195.00 | $ 682.50 | Review, process and collate incoming case documents; review court orders and local rules and revise calendar of events re same. | Case Asses., Dev & Admin |
| 2/18/2005 | Neal F. San Diego | 7.50 | $ 110.00 | $ 825.00 | Analyze and prepare pleadings and correspondence with attachments for indexing; index pleadings and correspondence with attachments into case management database; image pleadings and correspondence with attachments into database. | Case Asses., Dev & Admin |
| 2/22/2005 | Allison Mayo Andrews | 4.75 | $ 195.00 | $ 926.25 | Review and prepare case documents to transmit to co-counsel; revise calendar of events; research court rules re same; process incoming case documents. | Case Asses., Dev & Admin |
| 2/23/2005 | Allison Mayo Andrews | 2.50 | $ 195.00 | $ 487.50 | Review, process and collate incoming case documents; file maintenance; prepare deposition binders for attorney review and use. | Case Asses., Dev & Admin |
| 2/23/2005 | Neal F. San Diego | 7.25 | $ 110.00 | $ 797.50 | Analyze and prepare pleadings with attachments for indexing; index pleadings with attachments into Lotus notes database; image pleadings with attachments into database. | Case Asses., Dev & Admin |
| 2/24/2005 | Allison Mayo Andrews | 4.25 | $ 195.00 | $ 828.75 | Review, process and collate incoming case documents; file maintenance. | Case Asses., Dev & Admin |
| 2/24/2005 | Neal F. San Diego | 3.50 | $ 110.00 | $ 385.00 | Index correspondence with attachments into case management database. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 2/25/2005 | Allison Mayo Andrews | 7.50 | $ 195.00 | $ 1,462.50 | Assist attorney with preparation of reply briefs; revise players list; process incoming case documents. | Case Asses., Dev & Admin |
| 2/25/2005 | Neal F. San Diego | 4.00 | $ 110.00 | $ 440.00 | Analyze and prepare pleadings with attachments for indexing; index pleadings with attachments into case management database. | Case Asses., Dev & Admin |
| 2/28/2005 | Damian D. Capozzola | 4.50 | $ 480.00 | $ 2,160.00 | Review and analysis of Berry motions and draft response papers; communications with E. Liebeler and O. Samad re same. | Case Asses., Dev & Admin |
| 3/1/2005 | Allison Mayo Andrews | 2.50 | $ 195.00 | $ 487.50 | Review, process and collate incoming case documents; revise players list. | Case Asses., Dev & Admin |
| 3/1/2005 | Neal F. San Diego | 4.00 | $ 110.00 | $ 440.00 | Analyze and prepare correspondence with attachments for indexing (1.0); index correspondence with attachments into case management database (3.0). | Case Asses., Dev & Admin |
| 3/2/2005 | Allison Mayo Andrews | 6.00 | $ 195.00 | $ 1,170.00 | Review, process and collate incoming case documents; prepare preliminary injunction documents for attorney review and use. | Case Asses., Dev & Admin |
| 3/2/2005 | Damian D. Capozzola | 4.00 | $ 480.00 | $ 1,920.00 | Communications and analysis re discovery and case management issues; review and analysis of pleadings and discovery. | Case Asses., Dev & Admin |
| 3/2/2005 | Neal F. San Diego | 3.50 | $ 110.00 | $ 385.00 | Index pleadings with attachments into lotus notes database (2.5); image pleadings with attachments into database (1.0). | Case Asses., Dev & Admin |
| 3/2/2005 | Neal F. San Diego | 2.00 | $ 110.00 | $ 220.00 | Prepare and organize transcripts and court orders for use by E. Liebeler re Berry. | Case Asses., Dev & Admin |
| 3/3/2005 | Allison Mayo Andrews | 1.75 | $ 195.00 | $ 341.25 | Review, process and collate incoming case documents; prepare case documents for attorney review and use. | Case Asses., Dev & Admin |
| 3/3/2005 | Damian D. Capozzola | 2.75 | $ 480.00 | $ 1,320.00 | Review and revise opposition to Berry's request for leave to seek injunction, and communications with E. Liebeler re same; communications re software code expert. | Case Asses., Dev & Admin |
| 3/3/2005 | Neal F. San Diego | 4.50 | $ 110.00 | $ 495.00 | Analyze and prepare correspondence with attachments for indexing (1.0); index correspondence with attachments into case management database (3.5). | Case Asses., Dev & Admin |
| 3/3/2005 | R. Olivia Samad | 0.30 | $ 295.00 | $ 88.50 | Work with legal assistant to update calendar and files (3). | Case Asses., Dev & Admin |
| 3/4/2005 | Allison Mayo Andrews | 1.00 | $ 195.00 | $ 195.00 | Review and process incoming documents; prepare documents for attorney review and use. | Case Asses., Dev & Admin |
| 3/4/2005 | Damian D. Capozzola | 3.75 | $ 480.00 | $ 1,800.00 | Search for and analysis re potential software analysis experts and communications re same; communications with L. Smith re correspondence with T. Hogan and discovery issues; communications with O. Samad and analysis re Hawaii and Delaware motions. | Case Asses., Dev & Admin |
| 3/4/2005 | Neal F. San Diego | 4.50 | $ 110.00 | $ 495.00 | Index correspondence with attachments into case management database (2.5); image correspondence with attachments into database (2.0). | Case Asses., Dev & Admin |
| 3/7/2005 | Allison Mayo Andrews | 7.00 | $ 195.00 | $ 1,365.00 | Review, process and collate incoming case documents; preparation of case documents for attorney review and use; review and revise calendar of events; review court rules re same; meeting with O. Samad re same. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 3/7/2005 | Damian D. Capozzola | 2.00 | $ 480.00 | $ 960.00 | Communications with team members and analysis re correspondence from Guidance Software and T. Hogan; communications re scheduling and case management issues. | Case Asses., Dev & Admin |
| 3/7/2005 | Neal F. San Diego | 4.50 | $ 110.00 | $ 495.00 | Analyze and prepare pleadings with attachments for indexing (.50); index pleadings with attachments into database (4.0). | Case Asses., Dev & Admin |
| 3/8/2005 | Allison Mayo Andrews | 3.00 | $ 195.00 | $ 585.00 | Review, process and collate incoming case documents; revise calendar of events; meeting with O. Samad re same. | Case Asses., Dev & Admin |
| 3/8/2005 | Neal F. San Diego | 5.50 | $ 110.00 | $ 605.00 | Index correspondence and pleadings with attachments into case management database (4.0); image correspondence and pleadings with attachments into database (1.5). | Case Asses., Dev & Admin |
| 3/9/2005 | Allison Mayo Andrews | 2.50 | $ 195.00 | $ 487.50 | Review, process and collate incoming case documents. | Case Asses., Dev & Admin |
| 3/9/2005 | Damian D. Capozzola | 3.75 | $ 480.00 | $ 1,800.00 | Communications and analysis re Berry discovery and case schedule; analysis of Guidance indemnity request and communications with E. Liebeler and G. Murphy re same; review court order on employee defendants' summary judgment motion and outline arguments for summary judgment. | Case Asses., Dev & Admin |
| 3/9/2005 | Eric C. Liebeler | 1.00 | $ 575.00 | $ 575.00 | Conduct conference call with defense counsel; work on Guidance indemnity issues. | Case Asses., Dev & Admin |
| 3/9/2005 | Neal F. San Diego | 3.50 | $ 110.00 | $ 385.00 | Analyze and prepare correspondence with attachments for indexing (.50); index correspondence with attachments into Lotus notes database (3.0). | Case Asses., Dev & Admin |
| 3/10/2005 | Allison Mayo Andrews | 2.00 | $ 195.00 | $ 390.00 | Review and process case documents; prepare transcripts to transmit to A. Lopez; finalize calendar of events; prepare for distribution. | Case Asses., Dev & Admin |
| 3/10/2005 | Neal F. San Diego | 4.00 | $ 110.00 | $ 440.00 | Index correspondence with attachments into case management database (3.0); image correspondence with attachments into database (1.0). | Case Asses., Dev & Admin |
| 3/10/2005 | R. Olivia Samad | 3.00 | $ 295.00 | $ 885.00 | Confer with Mark Dillon, Berry team, and counsel for C&S and individual employees re Matsui's letter re software and prepare for same (1); research and gather cases re conspiracy and RICO charges for summary judgment motion (2). | Case Asses., Dev & Admin |
| 3/11/2005 | Eric C. Liebeler | 1.25 | $ 575.00 | $ 718.75 | Read email traffic; participate in conference call re discovery. | Case Asses., Dev & Admin |
| 3/11/2005 | Neal F. San Diego | 7.50 | $ 110.00 | $ 825.00 | Analyze and prepare pleadings and correspondence with attachments for indexing (1.5); index pleadings and correspondence with attachments into case management database (5.0); image pleadings and correspondence with attachments into database (1.0). | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 3/14/2005 | Damian D. Capozzola | 3.50 | $ 480.00 | $ 1,680.00 | Communications and analysis re expert retention and protective order issues; communications with O. Samad and analysis re summary judgment papers and correspondence from T. Hogan and C. Matsui; outline response re profits discovery. | Case Asses., Dev & Admin |
| 3/14/2005 | Eric C. Liebeler | 3.00 | $ 575.00 | $ 1,725.00 | Review Hogan's changes to protective order; review Guidance indemnity letter; review Hogan's reply brief; review Guidance disclosures. | Case Asses., Dev & Admin |
| 3/14/2005 | Neal F. San Diego | 5.00 | $ 110.00 | $ 550.00 | Index correspondence with attachments into case management database (4.0); image correspondence with attachments into database (1.0). | Case Asses., Dev & Admin |
| 3/15/2005 | Damian D. Capozzola | 10.00 | $ 480.00 | $ 4,800.00 | Draft and respond to letters to C. Matsui re EULA and protective order issues; communications and analysis re M. Walker; prepare for and participate in telephone conference with T. Hogan re protective order, and review and revise same; review and revise summary judgment motion; draft and revise opposition to profits based discovery; review and analysis of Brown Bag v. Symantec opinion; communications and analysis re Guidance indemnity issues. | Case Asses., Dev & Admin |
| 3/15/2005 | Eric C. Liebeler | 2.25 | $ 575.00 | $ 1,293.75 | Review extensive correspondence; review discovery responses; edit letter to master; review sample valuations; review discovery. | Case Asses., Dev & Admin |
| 3/16/2005 | Allison Mayo Andrews | 1.50 | $ 195.00 | $ 292.50 | Review, process and collate incoming case documents; calendar events. | Case Asses., Dev & Admin |
| 3/16/2005 | Eric C. Liebeler | 2.50 | $ 575.00 | $ 1,437.50 | Review correspondence; edit letter re protective order. | Case Asses., Dev & Admin |
| 3/16/2005 | Richard L. Wynne | 0.25 | $ 725.00 | $ 181.25 | Analyze Berry settlement issue. | Case Asses., Dev & Admin |
| 3/17/2005 | Damian D. Capozzola | 3.25 | $ 480.00 | $ 1,560.00 | Communications and analysis with team members re discovery and motion practice issues; review and revise discovery to propound. | Case Asses., Dev & Admin |
| 3/17/2005 | Neal F. San Diego | 8.50 | $ 110.00 | $ 935.00 | Analyze and prepare correspondence with attachments for indexing (1.5); index correspondence with attachment into case management database (5.5); image correspondence with attachments into database (1.5). | Case Asses., Dev & Admin |
| 3/18/2005 | Allison Mayo Andrews | 3.00 | $ 195.00 | $ 585.00 | Prepare data for attorney review and use; prepare documents to transmit to M. Walker; process incoming case documents. | Case Asses., Dev & Admin |
| 3/18/2005 | Damian D. Capozzola | 5.00 | $ 480.00 | $ 2,400.00 | Communications with A. Lopez re interrogatory responses; prepare materials to send to M. Walker and communications re same; review and analysis of copyright infringement cases; communications with L. Smith and D. Bickford re document production issues; review and analysis of orders and exhibits; outline response re profits discovery and communications re same. | Case Asses., Dev & Admin |
| 3/18/2005 | Neal F. San Diego | 6.00 | $ 110.00 | $ 660.00 | Prepare and organize transcripts and pleadings sent to expert M. Walker for his review. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 3/18/2005 | Neal F. San Diego | 2.00 | $ 110.00 | $ 220.00 | Index correspondence with attachments into case management database. | Case Asses., Dev & Admin |
| 3/21/2005 | Russell A. Archer | 3.25 | $ 245.00 | $ 796.25 | Research and draft elements of causes of action memorandum for plaintiff's second amended complaint. | Case Asses., Dev & Admin |
| 3/22/2005 | Allison Mayo Andrews | 0.50 | $ 195.00 | $ 97.50 | Review and process case documents; revise calendar of events. | Case Asses., Dev & Admin |
| 3/22/2005 | Eric C. Liebeler | 1.00 | $ 575.00 | $ 575.00 | Work on indemnification issues; review extensive correspondence. | Case Asses., Dev & Admin |
| 3/22/2005 | Jeffrey S. Norman | 2.00 | $ 520.00 | $ 1,040.00 | Conduct telephone conference with D. Capozzola re derivative works. | Case Asses., Dev & Admin |
| 3/23/2005 | Eric C. Liebeler | 0.75 | $ 575.00 | $ 431.25 | Edit letter to special master. | Case Asses., Dev & Admin |
| 3/23/2005 | R. Olivia Samad | 3.00 | $ 295.00 | $ 885.00 | Review recent motions by co-defendants and plaintiff and draft and file a statement of no position for the Ponce motion for summary judgment (2.5); participate in conference call re discovery and Berry's Motion for relief from scheduling order (0.5). | Case Asses., Dev & Admin |
| 3/23/2005 | Russell A. Archer | 3.25 | $ 245.00 | $ 796.25 | Research case law on limitations on indemnity when co-defendant refuses to cooperate in the litigation. | Case Asses., Dev & Admin |
| 3/24/2005 | Allison Mayo Andrews | 1.00 | $ 195.00 | $ 195.00 | Review, process and collate incoming case documents. | Case Asses., Dev & Admin |
| 3/24/2005 | Damian D. Capozzola | 8.25 | $ 480.00 | $ 3,960.00 | Draft and revise summary judgment motion, and research re same; review and analysis of communications, pleadings, and discovery responses from Berry; review CDs of C&S data and communications and analysis re expert and document production issues. | Case Asses., Dev & Admin |
| 3/24/2005 | Jeffrey S. Norman | 1.00 | $ 520.00 | $ 520.00 | Conduct telephone conference with K. Schweickart re derivative works research projects. | Case Asses., Dev & Admin |
| 3/24/2005 | Karen A. Schweickart | 0.50 | $ 295.00 | $ 147.50 | Consult with J. Norman re background on derivative work research. | Case Asses., Dev & Admin |
| 3/24/2005 | Neal F. San Diego | 3.50 | $ 110.00 | $ 385.00 | Index correspondence with attachments into case management database. | Case Asses., Dev & Admin |
| 3/25/2005 | Damian D. Capozzola | 5.50 | $ 480.00 | $ 2,640.00 | Communications with M. Walker re case background; review correspondence from T. Hogan; draft and revise summary judgment motion; review and revise brief on profits discovery, and prepare for filing and service; communications with O. Samad re T. Ueno (plaintiff's economics expert). | Case Asses., Dev & Admin |
| 3/25/2005 | Eric C. Liebeler | 0.75 | $ 575.00 | $ 431.25 | Edit letter to special master. | Case Asses., Dev & Admin |
| 3/25/2005 | Neal F. San Diego | 1.50 | $ 110.00 | $ 165.00 | Image correspondence with attachments into case management database. | Case Asses., Dev & Admin |
| 3/26/2005 | Damian D. Capozzola | 3.00 | $ 480.00 | $ 1,440.00 | Review and revise summary judgment motion; communications with E. Liebeler, O. Samad, and R. Archer re same; communications with R. Archer and analysis re research issues. | Case Asses., Dev & Admin |
| 3/28/2005 | Allison Mayo Andrews | 5.00 | $ 195.00 | $ 975.00 | Analyze and prepare case documents for attorney review and use; review, process and collate incoming case documents. | Case Asses., Dev & Admin |
| 3/28/2005 | Jeffrey S. Norman | 3.50 | $ 520.00 | $ 1,820.00 | Review copyright cases from research done by K. Schweickart; correspond with D. Capozzola re copyright and trade secret overlap. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 3/28/2005 | Karen A. Schweickart | 2.75 | $ 295.00 | $ 811.25 | Legal research re copyrightable expressions in computer context; begin draft of questions for local counsel. | Case Asses., Dev & Admin |
| 3/28/2005 | Russell A. Archer | 1.25 | $ 245.00 | $ 306.25 | Research Hawaii statutory law re ethical constraints in discovery and case law re trade secret damage requirement. | Case Asses., Dev & Admin |
| 3/29/2005 | Allison Mayo Andrews | 4.00 | $ 195.00 | $ 780.00 | Prepare case documents for attorney review and use; review, process and collate incoming case documents; assist attorney with preparation of motion for summary judgment. | Case Asses., Dev & Admin |
| 3/29/2005 | Jeffrey S. Norman | 3.00 | $ 520.00 | $ 1,560.00 | Review Johnson Expert Report and materials; review Berry filings re Summary Judgment; correspond with D. Capozzola. | Case Asses., Dev & Admin |
| 3/30/2005 | Allison Mayo Andrews | 5.00 | $ 195.00 | $ 975.00 | Prepare case documents for attorney review and use; review, process and collate incoming case documents; assist attorney with preparation of motion for summary judgment. | Case Asses., Dev & Admin |
| 3/30/2005 | Neal F. San Diego | 1.50 | $ 110.00 | $ 165.00 | Analyze and prepare correspondence and pleadings with attachments for indexing. | Case Asses., Dev & Admin |
| 3/30/2005 | Neal F. San Diego | 6.00 | $ 110.00 | $ 660.00 | Prepare and organize the exhibits for the hearing transcript dated 09/28/2004 for use by expert, M. Walker. | Case Asses., Dev & Admin |
| 3/31/2005 | Allison Mayo Andrews | 1.00 | $ 195.00 | $ 195.00 | Review and process incoming case documents. | Case Asses., Dev & Admin |
| 3/31/2005 | Neal F. San Diego | 3.50 | $ 110.00 | $ 385.00 | Index correspondence with attachments into case management database. | Case Asses., Dev & Admin |
| 4/4/2005 | Allison Mayo Andrews | 0.50 | $ 195.00 | $ 97.50 | Review and process incoming case documents. | Case Asses., Dev & Admin |
| 4/4/2005 | Neal F. San Diego | 7.50 | $ 110.00 | $ 825.00 | Analyze and prepare correspondence and pleadings with attachments for indexing (1.5); index correspondence and pleadings with attachments into case management database (5.0); image correspondence and pleadings with attachments into database (1.0). | Case Asses., Dev & Admin |
| 4/4/2005 | R. Olivia Samad | 2.00 | $ 295.00 | $ 590.00 | Review and analyze Hosada's opposition, and rules re filing opposition for Hawaii court. | Case Asses., Dev & Admin |
| 4/5/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry discovery and scheduling issues. | Case Asses., Dev & Admin |
| 4/5/2005 | Neal F. San Diego | 3.00 | $ 110.00 | $ 330.00 | Index correspondence with attachments into Lotus notes database. | Case Asses., Dev & Admin |
| 4/6/2005 | Allison Mayo Andrews | 2.25 | $ 195.00 | $ 438.75 | Review, process and collate incoming case documents; revise calendar of events. | Case Asses., Dev & Admin |
| 4/6/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | E-mails and analysis re expert issues. | Case Asses., Dev & Admin |
| 4/6/2005 | Neal F. San Diego | 2.00 | $ 110.00 | $ 220.00 | Index pleadings with attachments into case management database. | Case Asses., Dev & Admin |
| 4/6/2005 | R. Olivia Samad | 3.25 | $ 295.00 | $ 958.75 | Work with A. Lopez to get the original's replaced for our filing (0.25); calendar and respond to Berry's motion for an injunction while pending appeal (2); work with legal assistant to calendar discovery dates (1). | Case Asses., Dev & Admin |
| 4/7/2005 | Allison Mayo Andrews | 1.50 | $ 195.00 | $ 292.50 | Review, process and collate incoming case documents; review and revise calendar of events; meeting with O. Samad re same. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 4/7/2005 | Neal F. San Diego | 7.50 | $ 110.00 | $ 825.00 | Analyze and prepare correspondence with attachments for indexing (1.5); index correspondence with attachments into case management database (3.0); image correspondence with attachments into database (3.0). | Case Asses., Dev & Admin |
| 4/7/2005 | R. Olivia Samad | 1.50 | $ 295.00 | $ 442.50 | Work with legal assistant to calendar upcoming motions dates. | Case Asses., Dev & Admin |
| 4/8/2005 | Neal F. San Diego | 7.50 | $ 110.00 | $ 825.00 | Index correspondence and pleadings with attachments into case management database (5.5); image correspondence and pleadings with attachments into database (2.0). | Case Asses., Dev & Admin |
| 4/11/2005 | Neal F. San Diego | 7.50 | $ 110.00 | $ 825.00 | Analyze and prepare correspondence with attachments for indexing (1.5); index correspondence with attachments into case management database (3.5); image correspondence with attachments into database (2.5). | Case Asses., Dev & Admin |
| 4/11/2005 | R. Olivia Samad | 2.00 | $ 295.00 | $ 590.00 | Conference call, update calendar; analyze inclinations issued by J. Mollway. | Case Asses., Dev & Admin |
| 4/12/2005 | Allison Mayo Andrews | 2.00 | $ 195.00 | $ 390.00 | Review, process and collate incoming case documents. | Case Asses., Dev & Admin |
| 4/13/2005 | Allison Mayo Andrews | 1.50 | $ 195.00 | $ 292.50 | Review, process and collate incoming case documents; prepare documents for attorney review and use. | Case Asses., Dev & Admin |
| 4/13/2005 | Damian D. Capozzola | 2.25 | $ 480.00 | $ 1,080.00 | Communications re and analysis of Matsui's orders and expert and discovery issues. | Case Asses., Dev & Admin |
| 4/13/2005 | Eric C. Liebeler | 6.00 | $ 575.00 | $ 3,450.00 | Work on mediation issue; edit correspondence; review protective order; work on opposition to interlocutory appeal request. | Case Asses., Dev & Admin |
| 4/14/2005 | Allison Mayo Andrews | 2.00 | $ 195.00 | $ 390.00 | Review, process and collate incoming case documents. | Case Asses., Dev & Admin |
| 4/14/2005 | Damian D. Capozzola | 8.75 | $ 480.00 | $ 4,200.00 | Review and analysis of Matsui orders; communications with team members and analysis re case management strategies; draft agenda for conference call re same, and participate in conference call; conference with D. Bickford and L. Smith re document production issues. | Case Asses., Dev & Admin |
| 4/14/2005 | Neal F. San Diego | 0.50 | $ 110.00 | $ 55.00 | Pdf conformed copies of opposition to Berry's motion for injunction pending appeal filing to O. Samad. | Case Asses., Dev & Admin |
| 4/14/2005 | Neal F. San Diego | 6.00 | $ 110.00 | $ 660.00 | Analyze and prepare correspondence with attachments for indexing (1.5); index correspondence with attachments into case management database (4.5). | Case Asses., Dev & Admin |
| 4/15/2005 | Neal F. San Diego | 6.50 | $ 110.00 | $ 715.00 | Index correspondence with attachments into case management database (5.0); image correspondence with attachments into database (1.5). | Case Asses., Dev & Admin |
| 4/15/2005 | R. Olivia Samad | 1.00 | $ 295.00 | $ 295.00 | Work with co-counsel to finalize and distribute protective order to plaintiff and all parties. | Case Asses., Dev & Admin |
| 4/18/2005 | Neal F. San Diego | 7.50 | $ 110.00 | $ 825.00 | Analyze and prepare pleadings with attachments for indexing (1.5); index pleadings with attachments into case management database (4.0); image pleadings with attachments into database (2.0). | Case Asses., Dev & Admin |