| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 8/3/2004 | Eric C. Liebeler | 5.25 | $ 575.00 | $ 3,018.75 | Berry; review and analyze fair use argument; discuss experts with D. Capozzola; outline arguments for PI opposition. | Motions Practice |
| 8/3/2004 | Melissa M. Dulac | 13.75 | $ 395.00 | $ 5,431.25 | Draft opposition to W. Berry's motion for preliminary injunction; research in support of same; communicate with O. Samad re drafting objections to evidence submitted by W. Berry in support of motion for preliminary injunction. | Motions Practice |
| 8/3/2004 | Raymond F. Roman | 5.00 | $ 105.00 | $ 525.00 | Assist in preparation of Berry opposition to preliminary injunction motion. | Motions Practice |
| 8/4/2004 | Edgar I. Yep | 2.00 | $ 145.00 | $ 290.00 | Assemble and organize exhibits for upcoming opposition to Berry's preliminary injunction motion; draft and edit declaration of M. Dulac in support of motion; check on status of documents for E. Liebeler. | Motions Practice |
| 8/4/2004 | Melissa M. Dulac | 7.00 | $ 395.00 | $ 2,765.00 | Draft opposition to W. Berry's motion for preliminary injunction; research in support re same; draft amended answer to W. Berry's Second Amended Complaint; revise declaration of M. Dulac in support of opposition to motion for preliminary injunction. | Motions Practice |
| 8/4/2004 | R. Olivia Samad | 3.75 | $ 285.00 | $ 1,068.75 | Draft Berry opposition. | Motions Practice |
| 8/4/2004 | Raymond F. Roman | 1.00 | $ 105.00 | $ 105.00 | Assist in preparation of Berry opposition to preliminary injunction motion. | Motions Practice |
| 8/6/2004 | Eric C. Liebeler | 10.25 | $ 575.00 | $ 5,893.75 | Work on Berry stipulation re execution on any claim; edit opposition to PI; review testimony from confirmation hearing; draft letter to T. Hogan; participate in telephone conference re C&S. | Motions Practice |
| 8/6/2004 | Melissa M. Dulac | 0.75 | $ 395.00 | $ 296.25 | Communicate with A. Greenfield re identifying elements of causes of action asserted by W. Berry in Second Amended Complaint; communicate with C. Lhulier re stipulation clarifying order of bankruptcy court lifting stay on request by W. Berry. | Motions Practice |
| 8/8/2004 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications with O. Samad and analysis re Berry evidentiary objections. | Motions Practice |
| 8/9/2004 | Eric C. Liebeler | 7.50 | $ 575.00 | $ 4,312.50 | Edit PI opposition and evidentiary objections. | Motions Practice |
| 8/9/2004 | Melissa M. Dulac | 1.00 | $ 395.00 | $ 395.00 | Communicate with E. Liebeler re opposition to W. Berry's motion for preliminary injunction. | Motions Practice |
| 8/9/2004 | R. Olivia Samad | 4.25 | $ 285.00 | $ 1,211.25 | Modify evidentiary objections in Berry matter based on conversation with D. Capozzola. | Motions Practice |
| 8/10/2004 | Melissa M. Dulac | 4.50 | $ 395.00 | $ 1,777.50 | Revise opposition to motion of W. Berry for issuance of preliminary injunction and supporting papers. | Motions Practice |
| 8/10/2004 | R. Olivia Samad | 9.50 | $ 285.00 | $ 2,707.50 | Prepare Berry evidentiary objections and preliminary injunction opposition. | Motions Practice |
| 8/11/2004 | Allison Mayo Andrews | 6.75 | $ 200.00 | $ 1,350.00 | Assist attorneys with preparation of opposition and supporting documents re Berry preliminary injunction motion. | Motions Practice |
| 8/11/2004 | Antoinette Huerta | 2.75 | $ 105.00 | $ 288.75 | Research and compile information and documents re Berry in preparation of filing motion re evidentiary objections. | Motions Practice |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 8/11/2004 | Antoinette Huerta | 8.75 | $ 105.00 | $ 918.75 | Research and compile exhibits to Fleming's motion re Berry; cite-check and review legal and case cites re Fleming's motion re Berry. | Motions Practice |
| 8/11/2004 | Melissa M. Dulac | 10.25 | $ 395.00 | $ 4,048.75 | Revise opposition to W. Berry's motion for preliminary injunction and identify evidentiary support for opposition; communicate with E. Liebeler re same; communicate with O. Samad re evidentiary objections; communicate with A. Greenberg re drafting memorandum re elements of causes of action asserted by W. Berry in post-petition copyright litigation against Fleming. | Motions Practice |
| 8/11/2004 | Neal F. San Diego | 6.50 | $ 105.00 | $ 682.50 | Assist with opposition to Berry's preliminary injunction motion. | Motions Practice |
| 8/11/2004 | R. Olivia Samad | 0.50 | $ 285.00 | $ 142.50 | Confer with HI co-counsel A. Lopez re compliance with local rules for Berry brief and objections | Motions Practice |
| 8/11/2004 | Raymond F. Roman | 5.00 | $ 105.00 | $ 525.00 | Assist in preparation of opposition of Fleming to W. Berry's motion for issuance of preliminary injunction. | Motions Practice |
| 8/12/2004 | Antoinette Huerta | 4.50 | $ 105.00 | $ 472.50 | Cite-check and assist with preparation of filing Fleming's motion re opposition to preliminary injunction re Berry. | Motions Practice |
| 8/12/2004 | Edgar I. Yep | 5.50 | $ 145.00 | $ 797.50 | Compile documents and prepare for sending via Federal Express, per E. Liebeler and S. Cho; compile and prepare for filing exhibits and documents for opposition motion for M. Dulac. | Motions Practice |
| 8/12/2004 | Melissa M. Dulac | 5.50 | $ 395.00 | $ 2,172.50 | Finalize opposition to W. Berry's motion for preliminary injunction and papers submitted in support of opposition; communicate with A. Lopez re preparation and filing of same. | Motions Practice |
| 8/12/2004 | R. Olivia Samad | 5.00 | $ 285.00 | $ 1,425.00 | Finalize for filing Berry opposition to Prelim Injunction motion and evidentiary objections. | Motions Practice |
| 8/12/2004 | Raymond F. Roman | 3.50 | $ 105.00 | $ 367.50 | Assist with cite checking of Fleming's opposition to Berry's preliminary injunction. | Motions Practice |
| 8/12/2004 | Shirley S. Cho | 1.00 | $ 485.00 | $ 485.00 | Email to S. Loretz re status of Berry appeal; telephone conference with L. Hosoda re same. | Motions Practice |
| 8/13/2004 | Neal F. San Diego | 7.50 | $ 105.00 | $ 787.50 | Update on-site files as correspondence and pleadings with attachments re Berry. | Motions Practice |
| 8/13/2004 | R. Olivia Samad | 0.50 | $ 285.00 | $ 142.50 | Discuss filing of erratas with A. Lopez in Berry matter. | Motions Practice |
| 8/19/2004 | Melissa M. Dulac | 0.25 | $ 395.00 | $ 98.75 | Communicate with T. Hogan re confirmation order. | Motions Practice |
| 8/19/2004 | Neal F. San Diego | 7.50 | $ 105.00 | $ 787.50 | Index correspondence and pleadings with exhibits for Berry deposition; image correspondence and pleadings with exhibits re Berry. | Motions Practice |
| 8/23/2004 | Allison Mayo Andrews | 1.00 | $ 200.00 | $ 200.00 | Analyze and process pleadings re Fleming Berry matter. | Motions Practice |
| 8/23/2004 | Antoinette Huerta | 2.00 | $ 105.00 | $ 210.00 | Compile and print out document received electronically re Berry; update case files with recently received documents re Berry. | Motions Practice |
| 8/23/2004 | Geoffrey A. Richards | 1.00 | $ 540.00 | $ 540.00 | Review Berry appeal materials and alert Berry team to same. | Motions Practice |
| 8/23/2004 | Melissa M. Dulac | 0.25 | $ 395.00 | $ 98.75 | Draft argument in support of final fee application. | Motions Practice |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 8/23/2004 | Neal F. San Diego | 7.50 | $ 105.00 | $ 787.50 | Index correspondence including attachments for Berry hearing. | Motions Practice |
| 8/25/2004 | Allison Mayo Andrews | 12.00 | $ 200.00 | $ 2,400.00 | Review and process case documents re Fleming Berry matter; assist attorney with preparation for hearing re Berry's preliminary injunction motion. | Motions Practice |
| 8/25/2004 | Antoinette Huerta | 9.00 | $ 105.00 | $ 945.00 | Assist with preparations for upcoming hearing re Berry; research and compile materials re Berry preliminary injunction motion for E. Liebeler and M. Dulac. | Motions Practice |
| 8/25/2004 | Raymond F. Roman | 7.50 | $ 105.00 | $ 787.50 | Assist in preparation of Berry's motion for issuance of preliminary injunction and evidentiary objection binders in preparation of hearing scheduled for Aug. 30, 2004. | Motions Practice |
| 8/26/2004 | Antoinette Huerta | 11.25 | $ 105.00 | $ 1,181.25 | Assist with preparations for upcoming hearing re Berry; research and compile materials re Berry preliminary injunction motion for E. Liebeler and M. Dulac; compile electronically sent materials from local counsel re Berry; prepare file copies of Fleming/Berry matter for processing into main files received from local counsel electronically. | Motions Practice |
| 8/26/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Communication and analysis re Berry issues and findings of fact, and communication with M. Dulac re same. | Motions Practice |
| 8/26/2004 | Melissa M. Dulac | 12.75 | $ 395.00 | $ 5,036.25 | Prepare for hearing re W. Berry's motion for preliminary injunction; communicate with E. Liebeler, O. Samad, D. Capozzola, L. Smith, A. Lopez, A. Andrews, A. Huerta and E. Yep re same. | Motions Practice |
| 8/26/2004 | Neal F. San Diego | 7.50 | $ 105.00 | $ 787.50 | Index correspondence including attachments for Berry hearing; image correspondence and pleadings with exhibits re Berry. | Motions Practice |
| 8/26/2004 | R. Olivia Samad | 14.00 | $ 285.00 | $ 3,990.00 | Prepare all materials for preliminary injunction hearing on Monday; draft evidentiary responses to Berry's reply. | Motions Practice |
| 8/26/2004 | Raymond F. Roman | 9.50 | $ 105.00 | $ 997.50 | Assist in preparation of Berry's motion for issuance of preliminary injunction and evidentiary objection binders in preparation of hearing scheduled for Aug. 30, 2004 which is also consisted of pulling cases for E. Liebeler. | Motions Practice |
| 8/27/2004 | Allison Mayo Andrews | 7.50 | $ 200.00 | $ 1,500.00 | Review and prepare case materials re Fleming/Berry matter for attorney review and use; assist attorney with preparation for 8/30/04 hearing; review, process and collate incoming case documents; prepare hearing binders for attorney review and use. | Motions Practice |
| 8/27/2004 | Antoinette Huerta | 6.00 | $ 105.00 | $ 630.00 | Update main files and database with pleadings re Berry matter; prepare materials for D. Capozzola re Fleming's opposition to Berry's motion for preliminary injunction; update hearing database with recently received electronic transcripts. | Motions Practice |
| 8/27/2004 | Neal F. San Diego | 2.00 | $ 105.00 | $ 210.00 | Index correspondence including attachments for Berry hearing. | Motions Practice |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 8/30/2004 | Melissa M. Dulac | 1.50 | $ 395.00 | $ 592.50 | Draft counter designation of items to be included in record on appeal re W. Berry's appeal of estimation order. | Motions Practice |
| 9/1/2004 | Melissa M. Dulac | 0.50 | $ 395.00 | $ 197.50 | Communicate with E. Liebeler re motion for special master and possible ways of resolving Berry's claims. | Motions Practice |
| 9/2/2004 | Antoinette Huerta | 3.00 | $ 105.00 | $ 315.00 | Research information re Berry matter and update main files and database with recently received electronic transcripts and pleadings. | Motions Practice |
| 9/2/2004 | Damian D. Capozzola | 2.00 | $ 480.00 | $ 960.00 | Review and revise motion re experts in Hawaii matter; review and analysis of transcript in Hawaiian software matter. | Motions Practice |
| 9/3/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Review and analysis of draft Dillon declaration and comments re same. | Motions Practice |
| 9/3/2004 | Melissa M. Dulac | 6.25 | $ 395.00 | $ 2,468.75 | Research re appointing special master; draft motion to appoint special master; communicate with D. Capozzola re same. | Motions Practice |
| 9/4/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Review and analysis of Berry expert motion, and communications re same. | Motions Practice |
| 9/7/2004 | Allison Mayo Andrews | 4.50 | $ 200.00 | $ 900.00 | Assist attorney with preparation of motion to be filed in the Berry Hawaii litigation. | Motions Practice |
| 9/7/2004 | Antoinette Huerta | 4.50 | $ 105.00 | $ 472.50 | Research and compile information re Berry in preparation of filing of motion; assist in filing fo motion re Berry. | Motions Practice |
| 9/7/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Communications and analysis re Berry expert motion. | Motions Practice |
| 9/7/2004 | Eric C. Liebeler | 2.00 | $ 575.00 | $ 1,150.00 | (Berry) Review and edit Dillon declaration; work on scheduling issues. | Motions Practice |
| 9/7/2004 | R. Olivia Samad | 8.00 | $ 285.00 | $ 2,280.00 | Review and analyze Dillon's deposition transcript for Dillon declaration for affidavit to be submitted to court; communicate with L. Hosoda, A. Lopez and E. Liebeler re Dillon declaration. | Motions Practice |
| 9/8/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Communications and analysis re Berry motions. | Motions Practice |
| 9/9/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Review and analysis of Berry briefing issues and communications with team members re same. | Motions Practice |
| 9/9/2004 | Eric C. Liebeler | 0.25 | $ 575.00 | $ 143.75 | Discuss service issues with L. Hosoda (Berry). | Motions Practice |
| 9/9/2004 | Eric C. Liebeler | 1.00 | $ 575.00 | $ 575.00 | (Berry) Review post trial motions practice in prepetition case. | Motions Practice |
| 9/10/2004 | Allison Mayo Andrews | 4.00 | $ 200.00 | $ 800.00 | Prepare evidentiary documents for production; review, process and collate incoming case documents. | Motions Practice |
| 9/10/2004 | Damian D. Capozzola | 2.00 | $ 480.00 | $ 960.00 | Communications and analysis re C&S/Berry waiver issues; communications and analysis re motion to shorten time re Berry expert issues and Dillon declaration. | Motions Practice |
| 9/10/2004 | R. Olivia Samad | 7.25 | $ 285.00 | $ 2,066.25 | Gather cases re copyright law and relationship to foreclosure proceedings; find exhibits from first trial to be used in Dillon affidavit. | Motions Practice |
| 9/13/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications and analysis re M. Dillon affidavit. | Motions Practice |
| 9/13/2004 | Melissa M. Dulac | 2.50 | $ 395.00 | $ 987.50 | Research re whether court may consider new evidence on motion for permanent injunction after jury has rendered its verdict. | Motions Practice |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 9/16/2004 | Melissa M. Dulac | 1.00 | $ 395.00 | $ 395.00 | Communicate with E. Liebeler re preparing for continued preliminary injunction hearing re W. Berry; communicate with L. Smith and A. Lopez re post-trial motions to be noticed in W. Berry case before Judge King. | Motions Practice |
| 9/17/2004 | Eric C. Liebeler | 2.25 | $ 575.00 | $ 1,293.75 | Review Dillon affidavit; outline tasks for preliminary injunction hearing; review letter from mediator; plan mediation brief with team (Berry). | Motions Practice |
| 9/17/2004 | Melissa M. Dulac | 0.25 | $ 395.00 | $ 98.75 | Communicate with A. Lopez re post-trial motions in pre-petition litigation filed by W. Berry. | Motions Practice |
| 9/20/2004 | Melissa M. Dulac | 0.50 | $ 395.00 | $ 197.50 | Prepare for continued preliminary injunction hearing re W. Berry. | Motions Practice |
| 9/21/2004 | Damian D. Capozzola | 3.50 | $ 480.00 | $ 1,680.00 | Communications and analysis re Berry scheduling and staffing issues; analysis and evaluation re Berry injunction hearing strategies and communications with team members re same; review and analysis of Berry supplemental injunction papers. | Motions Practice |
| 9/21/2004 | Melissa M. Dulac | 1.75 | $ 395.00 | $ 691.25 | Communicate with E. Liebeler and D. Capozzola re scheduling, case organization, and strategy re W. Berry; prepare for continued preliminary injunction hearing re W. Berry. | Motions Practice |
| 9/22/2004 | Antoinette Huerta | 2.00 | $ 105.00 | $ 210.00 | Research and compile information and documents re Berry per attorney request. | Motions Practice |
| 9/22/2004 | Damian D. Capozzola | 3.00 | $ 480.00 | $ 1,440.00 | Analysis of Berry response papers and upcoming injunction hearing issues; draft mediation statement re Berry matter and communications re related mediation hearing; assist in preparations for September 27-28 injunction Berry hearings and communications re same. | Motions Practice |
| 9/22/2004 | Eric C. Liebeler | 2.75 | $ 575.00 | $ 1,581.25 | Prepare for special master motion; organize documents and evidence for PI hearing; participate in mediation conference call. | Motions Practice |
| 9/22/2004 | Melissa M. Dulac | 0.50 | $ 395.00 | $ 197.50 | Prepare for continued preliminary injunction hearing re W. Berry. | Motions Practice |
| 9/23/2004 | Antoinette Huerta | 4.00 | $ 105.00 | $ 420.00 | Research and compile documents re Berry motion re appointment of special master per attorney request. | Motions Practice |
| 9/23/2004 | Melissa M. Dulac | 5.50 | $ 395.00 | $ 2,172.50 | Review and analyze affidavit filed by W. Berry on September 20 for continued preliminary injunction hearing; prepare for meeting with M. Dillon re same; travel to Honolulu, HI from Los Angeles, CA. | Motions Practice |
| 9/24/2004 | Melissa M. Dulac | 8.00 | $ 395.00 | $ 3,160.00 | Research re effect of rejection of contract on continued existence of contract in Third Circuit; research re standard for proving copyright infringement in Ninth Circuit; communicate with M. Dillon, L. Hosoda, R. Mead, and L. Smith re Berry affidavit; prepare for continued preliminary injunction hearing re W. Berry. | Motions Practice |
| 9/25/2004 | Damian D. Capozzola | 2.00 | $ 480.00 | $ 960.00 | Review and revise mediation statement in Berry matter, and communications re same; communications and analysis re Berry injunction hearing. | Motions Practice |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 9/27/2004 | Eric C. Liebeler | 12.00 | $ 575.00 | $ 6,900.00 | Prepare for and conduct motion on special master; prepare for preliminary injunction hearing. | Motions Practice |
| 9/29/2004 | Melissa M. Dulac | 4.50 | $ 395.00 | $ 1,777.50 | Review and analyze motion for summary judgment drafted by L. Hosoda and affidavit of M. Dillon in support of same; communicate with L. Hosoda re same; travel from Honolulu, HI to Los Angeles, CA. | Motions Practice |
| 9/30/2004 | Melissa M. Dulac | 0.50 | $ 395.00 | $ 197.50 | Review revised affidavit of M. Dillon to be filed in support of motion for summary judgment brought by M. Dillon, T. Noa, and B. Christensen. | Motions Practice |
| 10/5/2004 | Melissa M. Dulac | 1.00 | $ 395.00 | $ 395.00 | Review and analyze drafts of briefs to be submitted in opposition to post-trial motions filed by W. Berry. | Motions Practice |
| 10/5/2004 | R. Olivia Samad | 0.75 | $ 285.00 | $ 213.75 | Analysis of Berry judgment. | Motions Practice |
| 10/7/2004 | Melissa M. Dulac | 0.75 | $ 395.00 | $ 296.25 | Review and revise briefs in opposition to post-trial motions filed by W. Berry. | Motions Practice |
| 10/8/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications and analysis re oppositions to Berry motions in pre-trial litigation. | Motions Practice |
| 10/8/2004 | Melissa M. Dulac | 8.50 | $ 395.00 | $ 3,357.50 | Review and revise briefs in opposition to post-trial motions filed by W. Berry; communicate with D. Capozzola and A. Lopez re same. | Motions Practice |
| 10/8/2004 | R. Olivia Samad | 2.25 | $ 285.00 | $ 641.25 | Work with S. Cho, legal assistants and Berry team to evaluate and strategize response to Berry's latest administrative claim. | Motions Practice |
| 10/11/2004 | Eric C. Liebeler | 1.00 | $ 575.00 | $ 575.00 | Prepare for mediation; review preliminary injunction ruling. | Motions Practice |
| 10/11/2004 | Erin N. Brady | 0.50 | $ 405.00 | $ 202.50 | Consider issues re Berry administrative claim. | Motions Practice |
| 10/11/2004 | Melissa M. Dulac | 1.00 | $ 395.00 | $ 395.00 | Review and analyze order denying W. Berry's motion for preliminary injunction. | Motions Practice |
| 10/13/2004 | Shirley S. Cho | 0.50 | $ 485.00 | $ 242.50 | Telephone conference with B. Folse re Berry claims. | Motions Practice |
| 10/14/2004 | Melissa M. Dulac | 2.00 | $ 395.00 | $ 790.00 | Draft letter analyzing claims asserted by W. Berry in bankruptcy and in Hawaii litigation. | Motions Practice |
| 10/14/2004 | Neal F. San Diego | 2.00 | $ 105.00 | $ 210.00 | Assist in preparation of documents for use of attorney re Berry. | Motions Practice |
| 10/14/2004 | R. Olivia Samad | 10.25 | $ 285.00 | $ 2,921.25 | Work with A. Lopez, L. Hosoda, legal assistants, to gather all documents related to pleadings due on October 22 re Berry matter. | Motions Practice |
| 10/17/2004 | Eric C. Liebeler | 2.25 | $ 575.00 | $ 1,293.75 | Berry: Edit reply to deposit motion in prepetition case. | Motions Practice |
| 10/20/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Analysis re Berry matter and revisions to deposit reply. | Motions Practice |
| 10/20/2004 | Melissa M. Dulac | 2.00 | $ 395.00 | $ 790.00 | Communicate with A. Lopez re drafts of reply briefs in support of Fleming's post-trial motions in pre-petition suit brought by W. Berry; review and analyze opposition briefs filed by W. Berry to post-trial motions filed by Fleming in pre-petition suit. | Motions Practice |
| 10/21/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Review and revise Berry prepetition appellate reply briefing and communications re same. | Motions Practice |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|------|--------------------|--------------|------|--------------|-------------|------------|
| 10/21/2004 | Melissa M. Dulac | 1.75 | $ 395.00 | $ 691.25 | Communicate with E. Liebeler re analysis of indemnity obligations from Fleming Post-Confirmation Trust to C&S re W. Berry; review and analyze post-trial reply briefs to be filed on October 22 in pre-petition suit brought by W. Berry. | Motions Practice |
| 10/26/2004 | Melissa M. Dulac | 1.75 | $ 395.00 | $ 691.25 | Research re history of negotiations of indemnity provisions in C&S asset purchase agreement and side letter re W. Berry; communicate with team re identifying special master and W. Berry's motion for reconsideration of order denying preliminary injunction. | Motions Practice |
| 10/28/2004 | Melissa M. Dulac | 3.25 | $ 395.00 | $ 1,283.75 | Draft opposition to Berry's motion for reconsideration of order denying motion for reconsideration; research in support of same. | Motions Practice |
| 10/28/2004 | R. Olivia Samad | 1.00 | $ 285.00 | $ 285.00 | Fleming/PCT-correspond with co-counsel and M. Dulac re research for pleadings in Berry matter. | Motions Practice |
| 10/29/2004 | Melissa M. Dulac | 5.50 | $ 395.00 | $ 2,172.50 | Draft opposition to Berry motion for reconsideration of order denying motion for preliminary injunction; research in support of same. | Motions Practice |
| 10/30/2004 | Melissa M. Dulac | 1.00 | $ 395.00 | $ 395.00 | Draft opposition to motion of W. Berry for reconsideration of order denying motion for preliminary injunction; research in support of same. | Motions Practice |
| 10/31/2004 | Melissa M. Dulac | 6.25 | $ 395.00 | $ 2,468.75 | Draft opposition to W. Berry motion for reconsideration of order denying motion for preliminary injunction; research in support of same. | Motions Practice |
| 11/1/2004 | Melissa M. Dulac | 7.00 | $ 395.00 | $ 2,765.00 | Draft opposition to W. Berry motion for reconsideration of order denying motion for preliminary injunction; research in support of same. | Motions Practice |
| 11/4/2004 | Melissa M. Dulac | 4.75 | $ 395.00 | $ 1,876.25 | Research re validity of administrative claim for shortfall amount on pre-petition volume discount contract; draft summary of research re same and send to R. Wynne and E. Liebeler; communicate with E. Liebeler re new administrative claims filed by W. Berry; edit opposition to W. Berry motion for reconsideration of preliminary injunction order; draft declaration of M. Dulac in support of same; communicate with A. Andrews re obtaining exhibits in support of same; communicate with D. Capozzola and E. Liebeler re discovery to propound on W. Berry. | Motions Practice |
| 11/5/2004 | Melissa M. Dulac | 3.25 | $ 395.00 | $ 1,283.75 | Finalize brief in opposition to W. Berry motion for reconsideration of order denying preliminary injunction; finalize Dulac Declaration and exhibits in support of same; communicate with A. Lopez and L. Smith re same; communicate with E. Liebeler re discovery to propound on W. Berry and Y. Hata; revise discovery to propound on Y. Hata; draft document requests to Y. Hata. | Motions Practice |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 11/10/2004 | Melissa M. Dulac | 2.50 | $ 395.00 | $ 987.50 | Communicate with S. McFarland re October 6 administrative claim filed by W. Berry and obtaining discovery re same; communicate with E. Brady and L. Smith re background of unsecured claim filed by Accounts Payable Specialists; communicate with L. Hosoda re role of J. Kleban. | Motions Practice |
| 11/11/2004 | Melissa M. Dulac | 1.50 | $ 395.00 | $ 592.50 | Communicate with S. McFarland re options for obtaining discovery from W. Berry re October 6 administrative claim and filing non-substantive objection to Berry June 9 administrative claim due to amendment of same; review and analyze October 6 administrative claim; communicate with team re strategy for going forward with responding to amended administrative claim; communicate with O. Samad and A. Andrews re status of discovery pleadings in post-petition case. | Motions Practice |
| 11/12/2004 | Melissa M. Dulac | 1.00 | $ 395.00 | $ 395.00 | Draft objection to W. Berry's June 9 administrative claim as having been amended. | Motions Practice |
| 11/15/2004 | Eric C. Liebeler | 2.25 | $ 575.00 | $ 1,293.75 | Berry: Review pleadings on motion for reconsideration; work on discovery issues. | Motions Practice |
| 11/17/2004 | Melissa M. Dulac | 0.75 | $ 395.00 | $ 296.25 | Review and analyze reply of W. Berry in support of motion for reconsideration of preliminary injunction order; identify potential bases for objecting to October 6 amended administrative claim filed by W. Berry. | Motions Practice |
| 11/17/2004 | R. Olivia Samad | 4.50 | $ 285.00 | $ 1,282.50 | Analyze Foodland's motion in Berry matter; analyze and resolve discovery gaps with legal assistant and co-counsel. | Motions Practice |
| 11/18/2004 | Melissa M. Dulac | 1.50 | $ 395.00 | $ 592.50 | Analyze possible bases for objection to W. Berry's October 6 administrative claims; communicate with E. Brady and S. Cho re same. | Motions Practice |
| 12/1/2004 | Melissa M. Dulac | 0.25 | $ 395.00 | $ 98.75 | Communicate with E. Brady re multiple claims purportedly filed by W. Berry on October 6. | Motions Practice |
| 12/3/2004 | Edgar I. Yep | 3.50 | $ 145.00 | $ 507.50 | Search and compile documents requested by O. Samad re Motion to Reconsider the Preliminary Injunction and CD re Berry. | Motions Practice |
| 12/17/2004 | R. Olivia Samad | 2.00 | $ 285.00 | $ 570.00 | Research law re audits of debtor. | Motions Practice |
| 12/20/2004 | Melissa M. Dulac | 1.25 | $ 395.00 | $ 493.75 | Communicate with E. Liebeler and A. Lopez re joinder and statements of no position re motions for summary judgment filed by Dillon, Foodland, and Hawaii Transfer; communicate with E. Liebeler re response to T. Hogan's December 11 correspondence; revise response to T. Hogan's December 11 correspondence. | Motions Practice |
| 12/22/2004 | Melissa M. Dulac | 0.25 | $ 395.00 | $ 98.75 | Communicate with S. McFarland re deadline for filing Rule 2004 motion to obtain discovery from W. Berry. | Motions Practice |
| 12/22/2004 | Richard L. Wynne | 0.25 | $ 695.00 | $ 173.75 | Analyze T. Hogan objection to PCT distribution motion and telephone conference with L. Mandel re same. | Motions Practice |
| 12/28/2004 | Melissa M. Dulac | 9.25 | $ 395.00 | $ 3,653.75 | Draft Rule 2004 motion to obtain discovery from W. Berry; communicate with T. Hogan re requested discovery. | Motions Practice |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 12/29/2004 | Melissa M. Dulac | 6.25 | $ 395.00 | $ 2,468.75 | Communicate with E. Liebeler re Rule 2004 motion; revise per edits of E. Liebeler; identify exhibits to support motion; communicate with E. Yep re exhibits; draft declaration of M. Dulac; communicate with J. O'Neill re Dulac declaration and accompanying exhibits; communicate with S. Cho and R. Wynne re Rule 2004 motion. | Motions Practice |
| 12/30/2004 | Shirley S. Cho | 1.00 | $ 485.00 | $ 485.00 | Review and revise rule 2004 motion; telephone conference with M. Dulac and E. Liebeler re same. | Motions Practice |
| 1/5/2005 | Shirley S. Cho | 0.50 | $ 520.00 | $ 260.00 | Strategize re Berry 2004 motion with M. Dulac and J. O'Neill; follow up re entry of stipulation expunging duplicate claims. | Motions Practice |
| 1/7/2005 | Melissa M. Dulac | 2.75 | $ 410.00 | $ 1,127.50 | Review and analyze potential bases for objections to administrative claims filed by W. Berry; communicate with E. Liebeler, D. Capozzola, and S. Cho re same; communicate with E. Liebeler re discovery conference with special master; communicate with T. Hogan re protective order to govern production of particular documents in Hawaii and Delaware litigation. | Motions Practice |
| 1/12/2005 | Allison Mayo Andrews | 1.00 | $ 195.00 | $ 195.00 | Prepare hearing binder re 2004 motion. | Motions Practice |
| 1/12/2005 | Eric C. Liebeler | 1.50 | $ 575.00 | $ 862.50 | Opposition; draft correspondence to T. Hogan. | Motions Practice |
| 1/12/2005 | Melissa M. Dulac | 2.75 | $ 410.00 | $ 1,127.50 | Review and analyze opposition to Rule 2004 motion filed by W. Berry; communicate with T. Hogan re hearings scheduled for January 18, 2005; communicate with A. Andrews re preparing materials for January 18 hearings. | Motions Practice |
| 1/14/2005 | Melissa M. Dulac | 4.25 | $ 410.00 | $ 1,742.50 | Communicate with T. Hogan re hearing on motion for protective order and Rule 2004 motion; draft letter brief to C. Matsui re electronic copies of Berry's 1993 and 2003 software; research re publication of work as defined by Copyright Act. | Motions Practice |
| 1/17/2005 | Melissa M. Dulac | 0.25 | $ 410.00 | $ 102.50 | Review and analyze motion for protective order filed by W. Berry in bankruptcy court. | Motions Practice |
| 1/26/2005 | Melissa M. Dulac | 1.75 | $ 410.00 | $ 717.50 | Communicate with E. Liebeler, S. Cho, and E. Brady re arguments to raise against attempted liquidation of pre-petition judgment; communicate with M. Fatall re judicial interpretation of 17 U.S.C. section 201(e) and purpose behind enactment; communicate with A. Lopez re filing notice of appeal of denial of post-trial motions. | Motions Practice |
| 1/26/2005 | Michael G. Fatall | 2.00 | $ 430.00 | $ 860.00 | Conferences with M. Dulac re plaintiff's argument re Section 201(e) of the Copyright Act; conference with J. Norman re same; begin legal research and analysis re same. | Motions Practice |
| 1/27/2005 | Melissa M. Dulac | 4.00 | $ 410.00 | $ 1,640.00 | Revise letter brief to C. Matsui; communicate with M. Fatall re argument re 17 U.S.C. section 201(e); research re same. | Motions Practice |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 1/27/2005 | Michael G. Fatall | 2.25 | $ 430.00 | $ 967.50 | Continued legal research re Section 201(e) of copyrights Act, Berry's arguments re same; draft and send e-mail to M. Dulac re analysis and proposed response to argument for inclusion in letter brief. | Motions Practice |
| 1/28/2005 | Michael G. Fatall | 1.00 | $ 430.00 | $ 430.00 | Review and analysis of draft letter brief re 201(e) issue, discovery dispute; additional legal research and analysis re same; provide comments to M. Dulac re same. | Motions Practice |
| 1/30/2005 | Melissa M. Dulac | 1.00 | $ 410.00 | $ 410.00 | Review and analyze order from J. Mollway granting in part and denying in part motions for summary judgment; review and analyze proposed correspondence to T. Hogan. | Motions Practice |
| 1/31/2005 | Melissa M. Dulac | 1.00 | $ 410.00 | $ 410.00 | Communicate with L. Hosoda re correspondence with T. Hogan; communicate with T. Hogan re status of motion for protective order; review and analyze transcript of hearing re motion for discovery pursuant to Rule 2004. | Motions Practice |
| 1/31/2005 | Richard L. Wynne | 0.75 | $ 725.00 | $ 543.75 | Analyze draft summary judgment reply and conference with S. and D. Capozzola re same. | Motions Practice |
| 2/1/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re recent orders and correspondence in Berry matter. | Motions Practice |
| 2/3/2005 | Melissa M. Dulac | 1.00 | $ 410.00 | $ 410.00 | Communicate with T. Hogan re withdrawing motion for protective order and preparing proposed order denying motion for discovery; communicate with J. O'Neill re same; prepare proposed order denying motion for discovery. | Motions Practice |
| 2/4/2005 | Edgar I. Yep | 1.00 | $ 170.00 | $ 170.00 | Compile and prepare documents used as exhibits for letter brief re 2003 FCS. | Motions Practice |
| 2/6/2005 | Melissa M. Dulac | 1.25 | $ 410.00 | $ 512.50 | Review papers re W. Berry's motion to lift the automatic stay; review transcripts re same. | Motions Practice |
| 2/7/2005 | Melissa M. Dulac | 8.00 | $ 410.00 | $ 3,280.00 | Communicate with team members re research in support of objection to motion filed by W. Berry for immediate collection of judgment; draft objection to same. | Motions Practice |
| 2/8/2005 | Allison Mayo Andrews | 1.00 | $ 195.00 | $ 195.00 | Review, process and collate incoming case documents; review docket re Berry's motion re procedures regarding collecting non-dischargeable final judgment. | Motions Practice |
| 2/8/2005 | Erin N. Brady | 7.50 | $ 420.00 | $ 3,150.00 | Draft and revise discharge related arguments for opposition brief; review background documents re same; conference with W. Ackerman re research collection of judgment from co-debtor. | Motions Practice |
| 2/8/2005 | Melissa M. Dulac | 2.25 | $ 410.00 | $ 922.50 | Draft objection to motion filed by W. Berry for immediate collection of pre-petition judgment. | Motions Practice |
| 2/9/2005 | Eric C. Liebeler | 3.75 | $ 575.00 | $ 2,156.25 | Work on opposition to motion to collect judgment. | Motions Practice |
| 2/9/2005 | Erin N. Brady | 4.50 | $ 420.00 | $ 1,890.00 | Research re discharge for opposition brief; comment on revised draft of same; meeting with W. Ackerman re research for Berry brief; draft and revise discharge section of brief. | Motions Practice |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 2/9/2005 | Melissa M. Dulac | 8.75 | $ 410.00 | $ 3,587.50 | Draft objection to motion filed by W. Berry for immediate collection of post-petition judgment; revise calendar drafted by A. Andrews re critical case dates. | Motions Practice |
| 2/10/2005 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications with M. Dulac and O. Samad re Berry matter and transition issues; communications and analysis re Berry collection of judgment opposition. | Motions Practice |
| 2/10/2005 | Eric C. Liebeler | 1.75 | $ 575.00 | $ 1,006.25 | Research and analyze opposition to Berry's motion to collect. | Motions Practice |
| 2/10/2005 | Melissa M. Dulac | 3.00 | $ 410.00 | $ 1,230.00 | Communicate with E. Liebeler re draft of objection to motion filed by W. Berry for immediate collection of pre-petition judgment; revise same per comments of E. Liebeler. | Motions Practice |
| 2/11/2005 | Eric C. Liebeler | 3.00 | $ 575.00 | $ 1,725.00 | Edit opposition to motion to collect. | Motions Practice |
| 2/11/2005 | Erin N. Brady | 0.25 | $ 420.00 | $ 105.00 | Review draft of Berry response and comment on same. | Motions Practice |
| 2/14/2005 | Allison Mayo Andrews | 7.25 | $ 195.00 | $ 1,413.75 | Review, process and collate incoming case documents; assist attorney with preparation of objection to motion of Berry re procedures to collect non-dischargeable final judgment. | Motions Practice |
| 2/14/2005 | Eric C. Liebeler | 6.00 | $ 575.00 | $ 3,450.00 | Edit opposition to Berry's collection motion. | Motions Practice |
| 2/15/2005 | Allison Mayo Andrews | 7.00 | $ 195.00 | $ 1,365.00 | Assist attorney with preparation of objection to order establishing procedures for non-non-dischargable final judgment; review, process and collate incoming case documents | Motions Practice |
| 2/15/2005 | Edgar I. Yep | 5.00 | $ 170.00 | $ 850.00 | Compile and prepare documents for court filing re Objection to Berry's Collection Motion. | Motions Practice |
| 2/17/2005 | Eric C. Liebeler | 1.75 | $ 575.00 | $ 1,006.25 | Review Berry briefs in preparation for argument on motion to collect. | Motions Practice |
| 2/17/2005 | Eric C. Liebeler | 1.75 | $ 575.00 | $ 1,006.25 | Review Berry briefs in preparation for argument on motion to collect. | Motions Practice |
| 2/22/2005 | Damian D. Capozzola | 3.50 | $ 480.00 | $ 1,680.00 | Communications with E. Liebeler and O. Samad re pending Berry motions; review and analysis re same; outline response papers. | Motions Practice |
| 2/22/2005 | R. Olivia Samad | 5.00 | $ 295.00 | $ 1,475.00 | Work with A. Lopez and A. Andrews to calendar briefing schedule; address Y. Hata depo; meet with E. Liebeler and D. Capozzola re reply for Motion to Compel; begin researching reply in support of our motion to compel production. | Motions Practice |
| 2/23/2005 | Damian D. Capozzola | 1.75 | $ 480.00 | $ 840.00 | Communications and analysis re Berry motions. | Motions Practice |
| 2/23/2005 | Eric C. Liebeler | 3.00 | $ 575.00 | $ 1,725.00 | Work on software issues; review Berry's supplemental brief. | Motions Practice |
| 2/23/2005 | R. Olivia Samad | 11.00 | $ 295.00 | $ 3,245.00 | Work on reply and motion to quash; confer with D. Capozzola re same. | Motions Practice |
| 2/24/2005 | Damian D. Capozzola | 4.00 | $ 480.00 | $ 1,920.00 | Review and analysis of Berry motions and revise letter brief reply re same; communications with team members re same. | Motions Practice |
| 2/24/2005 | Eric C. Liebeler | 3.25 | $ 575.00 | $ 1,868.75 | Edit reply brief on discovery motion. | Motions Practice |
| 2/24/2005 | R. Olivia Samad | 14.50 | $ 295.00 | $ 4,277.50 | Draft and distribute letter postponing the Y. Hata deposition; complete legal research for reply, analyze cases. | Motions Practice |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 2/25/2005 | Damian D. Capozzola | 0.75 | $ 480.00 | $ 360.00 | Review and revise letter briefs re Berry matter, and communications with E. Liebeler and O. Samad re same. | Motions Practice |
| 2/25/2005 | R. Olivia Samad | 14.00 | $ 295.00 | $ 4,130.00 | Prepare draft of reply for final edits; gather and analyze caselaw re motion to quash; confer with clerk of special master Matsui re procedures for filing. | Motions Practice |
| 2/26/2005 | R. Olivia Samad | 12.00 | $ 295.00 | $ 3,540.00 | Draft opposition to motion to quash. | Motions Practice |
| 2/27/2005 | Eric C. Liebeler | 3.00 | $ 575.00 | $ 1,725.00 | Edit Berry discovery brief. | Motions Practice |
| 2/28/2005 | Allison Mayo Andrews | 7.50 | $ 195.00 | $ 1,462.50 | Assist attorney with preparation of reply briefs; process incoming case documents. | Motions Practice |
| 2/28/2005 | Neal F. San Diego | 3.00 | $ 110.00 | $ 330.00 | Cite check case law for use by attorney re reply on motion to quash re Berry. | Motions Practice |
| 2/28/2005 | R. Olivia Samad | 13.50 | $ 295.00 | $ 3,982.50 | Finalize and file two briefs in Berry case; work on calendaring issues; work with co-counsel on missing discovery issues. | Motions Practice |
| 3/1/2005 | Eric C. Liebeler | 5.00 | $ 575.00 | $ 2,875.00 | Review Berry injunction motion and draft response. | Motions Practice |
| 3/2/2005 | Eric C. Liebeler | 7.75 | $ 575.00 | $ 4,456.25 | Edit opposition to ex parte motion to seek injunction. | Motions Practice |
| 3/2/2005 | R. Olivia Samad | 9.50 | $ 295.00 | $ 2,802.50 | Prepare filing for tomorrow, calendaring; review and analyze all correspondence for March 9, 2005 response. | Motions Practice |
| 3/7/2005 | R. Olivia Samad | 4.75 | $ 295.00 | $ 1,401.25 | Gather and analyze documents for motion for summary judgment (4.75). | Motions Practice |
| 3/8/2005 | R. Olivia Samad | 4.25 | $ 295.00 | $ 1,253.75 | Calendar deadlines for upcoming briefings (1.0); follow up with hearing before Matsui (.5); review and analyze summary judgment order (2.75). | Motions Practice |
| 3/10/2005 | Damian D. Capozzola | 4.25 | $ 480.00 | $ 2,040.00 | Communications and analysis re Guidance indemnity and summary judgment issues; communications and analysis re Berry correspondence; communications and analysis re Matsui request for information and C&S server issues; communications and analysis re discovery issues; review previous discovery papers and outline additional contention interrogatories. | Motions Practice |
| 3/11/2005 | Damian D. Capozzola | 5.00 | $ 480.00 | $ 2,400.00 | Review second amended verified complaint and draft outline for discovery and summary judgment; communications with team members re same; communications with opposing counsel; review previous discovery and outline new discovery, and communications with team members re same. | Motions Practice |
| 3/11/2005 | R. Olivia Samad | 4.00 | $ 295.00 | $ 1,180.00 | Research cases re summary judgment and copyright actions (2.4); analyze order and strategize with team re approach (1); confer with co-counsel re Matsui's expert and the review of C&S's facilities(.6). | Motions Practice |
| 3/12/2005 | R. Olivia Samad | 10.50 | $ 295.00 | $ 3,097.50 | Review summary judgment motions by other co-defendants (4); review court orders and findings for PCT's summary judgment motion (4); research legal standards for dismissal and review cases for contributory infringement argument (2.5). | Motions Practice |
| 3/13/2005 | R. Olivia Samad | 8.75 | $ 295.00 | $ 2,581.25 | Draft motion for summary judgment. | Motions Practice |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 3/14/2005 | R. Olivia Samad | 12.50 | $ 295.00 | $ 3,687.50 | Draft motion for summary judgment and confer with D. Capozzola re fair use argument (11.5); work with co-counsel re correspondence from Friday and issues re C&S server (1). | Motions Practice |
| 3/15/2005 | Allison Mayo Andrews | 5.00 | $ 195.00 | $ 975.00 | Assist attorney with preparation of motion for summary judgment; review, process and collate incoming case documents. | Motions Practice |
| 3/15/2005 | Neal F. San Diego | 5.75 | $ 110.00 | $ 632.50 | Cite check brief for use by O. Samad re opposition to Berry's motion. | Motions Practice |
| 3/15/2005 | R. Olivia Samad | 3.00 | $ 295.00 | $ 885.00 | Review correspondence files from M. Dulac's computer for motion for summary judgment (2); work with co-counsel re latest filings (0.5); confer with D. Capozzola re summary judgment (0.5). | Motions Practice |
| 3/16/2005 | Damian D. Capozzola | 8.00 | $ 480.00 | $ 3,840.00 | Draft and revise letter to C. Matsui re protective order issues, and review and compile supporting exhibits re same; communications re same and re Berry allegations re milk production; review and analysis of profits issues and communications re same. | Motions Practice |
| 3/17/2005 | R. Olivia Samad | 1.00 | $ 295.00 | $ 295.00 | Work on Summary Judgment Motion with D. Capozzola (0.5); review and add recent filings, motions and appeal order to calendar (0.5). | Motions Practice |
| 3/21/2005 | Damian D. Capozzola | 7.50 | $ 480.00 | $ 3,600.00 | Review and revise profits response; communications and analysis re expert and deposition scheduling issues; draft and revise letter to C. Matsui re Y. Hata; draft and revise summary judgment brief and communications re research re same; review and analysis of revised plaintiff expert reports. | Motions Practice |
| 3/23/2005 | Neal F. San Diego | 7.50 | $ 110.00 | $ 825.00 | Prepare and organize documents and exhibits re T. Ueno's report for use by O. Samad. | Motions Practice |
| 3/24/2005 | Eric C. Liebeler | 4.00 | $ 575.00 | $ 2,300.00 | Review Berry's summary judgment motion and attachments; edit letter brief on profits. | Motions Practice |
| 3/25/2005 | R. Olivia Samad | 3.50 | $ 295.00 | $ 1,032.50 | Create expert binder with all reports; publications and sources for their opinion (3.0); confer with D. Capozzola re strategy for sections of summary judgment motion (.5). | Motions Practice |
| 3/27/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications with E. Liebeler and R. Archer re summary judgment motion. | Motions Practice |
| 3/27/2005 | Russell A. Archer | 2.00 | $ 245.00 | $ 490.00 | Research summary judgment/dismissal as a sanction for severe discovery violations for Fleming's summary judgment brief. | Motions Practice |
| 3/28/2005 | Damian D. Capozzola | 9.50 | $ 480.00 | $ 4,560.00 | Review and revise summary judgment motion; communications and analysis re trade secret and copyright registration research issues; communications with M. Walker and analysis re expert issues; review and analysis of Agare Systems summary judgment pleadings (re derivative infringement); review previous Johnson reports and communications with M. Walker re same; review and analysis of Berry motion for relief from case management schedule and communications with O. Samad re same. | Motions Practice |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 3/28/2005 | Eric C. Liebeler | 6.00 | $ 575.00 | $ 3,450.00 | Review and edit summary judgment draft. | Motions Practice |
| 3/28/2005 | Russell A. Archer | 1.25 | $ 245.00 | $ 306.25 | Research case law re trade secret misappropriation in light of copyright registration. | Motions Practice |
| 3/29/2005 | Damian D. Capozzola | 11.25 | $ 480.00 | $ 5,400.00 | Review and revise summary judgment draft, and communications with E. Liebeler, R. Archer, and O. Samad re same; review and analysis of transcripts of previous hearings in front of Judge Mollway; communications with L. Hosoda and analysis re expert report issues; communications with M. Walker and analysis re expert issues; prepare for and participate in telephone conference with L. Smith, J. Norman, and K. Schweickart re expert and derivative issues; communications with O. Samad re Ueno issues. | Motions Practice |
| 3/29/2005 | Eric C. Liebeler | 1.50 | $ 575.00 | $ 862.50 | Work on summary judgment issues. | Motions Practice |
| 3/29/2005 | Karen A. Schweickart | 2.25 | $ 295.00 | $ 663.75 | Prepare for and attend telephone conference with J. Norman, D. Capozzola and L. Smith re derivative work research; consult with D. Capozzola re de minimus research; consult with J. Norman re expert outline and additional research needed; review communications from D. Capozzola, J. Norman and L. Smith re licensing arguments. | Motions Practice |
| 3/29/2005 | R. Olivia Samad | 13.00 | $ 295.00 | $ 3,835.00 | Research and analyze legal arguments and case law for new sections of summary judgment motion. | Motions Practice |
| 3/29/2005 | Russell A. Archer | 3.00 | $ 245.00 | $ 735.00 | Research case law on copyright damages and derivative works protection. | Motions Practice |
| 3/30/2005 | Damian D. Capozzola | 10.00 | $ 480.00 | $ 4,800.00 | Review and revise summary judgment motion and supporting papers; research re conspiracy issues; communications with L. Hosoda and analysis re expert issues; communications and analysis re Guidance discovery issues. | Motions Practice |
| 3/30/2005 | Dawn H. Dawson | 2.25 | $ 375.00 | $ 843.75 | Research re de minimis modification of copyrighted work. | Motions Practice |
| 3/30/2005 | Jeffrey S. Norman | 2.75 | $ 520.00 | $ 1,430.00 | Copyright and derivative works research; review and comment on instructions for expert. | Motions Practice |
| 3/30/2005 | Karen A. Schweickart | 0.25 | $ 295.00 | $ 73.75 | Consult with D. Dawson re legal research re de minimis changes to copyrighted work; legal research re de minimis changes to copyrighted work; consult with J. Norman re expert report and timing. | Motions Practice |
| 3/30/2005 | R. Olivia Samad | 10.25 | $ 295.00 | $ 3,023.75 | Draft new sections of summary judgment motion. | Motions Practice |
| 3/30/2005 | Russell A. Archer | 1.00 | $ 245.00 | $ 245.00 | Research case law re copyright damages and derivative work protection for summary judgment brief. | Motions Practice |
| 3/31/2005 | Dawn H. Dawson | 12.50 | $ 375.00 | $ 4,687.50 | Continue research re de minimis modification of a copyrighted work; prepare for and participate in teleconference with local counsel, J. Norman and K. Schweickart. | Motions Practice |
| 3/31/2005 | Eric C. Liebeler | 3.25 | $ 575.00 | $ 1,868.75 | Work on summary judgment motion. | Motions Practice |

| Date | Attorney/Paralegals | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 3/31/2005 | Jeffrey S. Norman | 3.50 | $ 520.00 | $ 1,820.00 | Review derivative works research memo; office conference with K. Schweickart re same; conduct telephone conference with D. Dawson re same; conduct telephone conference with re derivative works expert report. | Motions Practice |
| 3/31/2005 | Karen A. Schweickart | 7.75 | $ 295.00 | $ 2,286.25 | Draft expert guidelines; attend telephone conference with D. Capozzola, J. Norman, and L. Smith re expert guidelines and de minimis research. | Motions Practice |
| 3/31/2005 | Neal F. San Diego | 4.00 | $ 110.00 | $ 440.00 | Prepare and organize exhibit binder re PCT's motion for summary judgment. | Motions Practice |
| 3/31/2005 | R. Olivia Samad | 9.75 | $ 295.00 | $ 2,876.25 | Prepare exhibits, research fair use as a defense to trade secrets as well as other research for PCT's motion for summary judgment (6.75); research, gather and analyze law for our opposition to Berry's motion for relief from scheduling order (3). | Motions Practice |
| 4/1/2005 | Allison Mayo Andrews | 2.50 | $ 195.00 | $ 487.50 | Assist attorney with preparation of opposition to motion; review, process and collate incoming case documents. | Motions Practice |
| 4/1/2005 | Damian D. Capozzola | 1.75 | $ 480.00 | $ 840.00 | Review and revise summary judgment papers; communications with team members re same. | Motions Practice |
| 4/1/2005 | Neal F. San Diego | 8.50 | $ 110.00 | $ 935.00 | Assist in filing opposition to Berry's motion for relief from scheduling order. | Motions Practice |
| 4/1/2005 | R. Olivia Samad | 8.00 | $ 295.00 | $ 2,360.00 | Draft opposition to Berry's motion to extend time; create all related documents for filing; distribute for comments from co-defendants; file in Hawaii. | Motions Practice |
| 4/1/2005 | Russell A. Archer | 0.50 | $ 245.00 | $ 122.50 | Research case law on statutory copyright damages. | Motions Practice |
| 4/6/2005 | Eric C. Liebeler | 4.25 | $ 575.00 | $ 2,443.75 | Review Berry's injunction motion; outline and draft response. | Motions Practice |
| 4/8/2005 | Eric C. Liebeler | 1.50 | $ 575.00 | $ 862.50 | Work on summary judgment issues. | Motions Practice |
| 4/8/2005 | R. Olivia Samad | 1.00 | $ 295.00 | $ 295.00 | Coordinate work and calendaring with co-counsel; edit motion for summary judgment; work with E. Liebeler re opposition. | Motions Practice |
| 4/11/2005 | Karen A. Schweickart | 0.50 | $ 295.00 | $ 147.50 | Begin review of memorandum in support of motion for summary judgment; communicate with J. Norman re preliminary review of memorandum. | Motions Practice |
| 4/12/2005 | Karen A. Schweickart | 1.75 | $ 295.00 | $ 516.25 | Review memorandum in support of motion for summary judgment; review case law and legal research re unauthorized derivative works; communicate with O. Samad re timing and comments. | Motions Practice |
| 4/12/2005 | R. Olivia Samad | 4.75 | $ 295.00 | $ 1,401.25 | Coordinate with intellectual property attorneys in Chicago re summary judgment motion; work with A. Lopez re filing issues; review, analyze and update calendar. | Motions Practice |
| 4/13/2005 | Karen A. Schweickart | 1.25 | $ 295.00 | $ 368.75 | Consult with J. Norman re de minimis use, fair use and non-derivative work arguments; continue legal research re same. | Motions Practice |
| 4/15/2005 | Karen A. Schweickart | 1.50 | $ 295.00 | $ 442.50 | Begin drafting section of memorandum in support of motion for summary judgment re de minimis use of copyrighted works and authorized derivatives. | Motions Practice |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 4/17/2005 | Karen A. Schweickart | 2.75 | $ 295.00 | $ 811.25 | Complete draft of memorandum section re de minimis use of derivative works for memorandum in support of motion for summary judgment and send to J. Norman. | Motions Practice |
| 4/18/2005 | Karen A. Schweickart | 5.75 | $ 295.00 | $ 1,696.25 | Communicate with J. Norman re memorandum draft; review comments to motion for summary judgment and edit motion accordingly; draft additional discussion of fair use of derivative works; complete comments to motion for summary judgment and send to D. Capozzola. | Motions Practice |
| 4/18/2005 | R. Olivia Samad | 1.25 | $ 295.00 | $ 368.75 | Review and analyze input from intellectual property attorneys in Chicago and input their edits to motion for summary judgment. | Motions Practice |
| 4/19/2005 | Karen A. Schweickart | 1.25 | $ 295.00 | $ 368.75 | Review communications re motion for summary judgment; review opposing expert's report, locate Posner case cited by expert and send to D. Capozzola. | Motions Practice |
| 4/19/2005 | Neal F. San Diego | 2.50 | $ 110.00 | $ 275.00 | Organize and prepare a binder for use by D. Capozzola and O. Samad re memorandum in support of PCT's motion for summary judgment. | Motions Practice |
| 4/19/2005 | R. Olivia Samad | 0.50 | $ 295.00 | $ 147.50 | Work with D. Capozzola re reworking the motion for summary judgment. | Motions Practice |
| 4/20/2005 | Eric C. Liebeler | 1.50 | $ 575.00 | $ 862.50 | Work on indemnity issues; mediation issues. | Motions Practice |
| 4/20/2005 | R. Olivia Samad | 0.25 | $ 295.00 | $ 73.75 | Review Berry's motions filed today. | Motions Practice |
| 4/21/2005 | Eric C. Liebeler | 3.00 | $ 575.00 | $ 1,725.00 | Work on summary judgment issues re Guidance, Berry. | Motions Practice |
| 4/22/2005 | Damian D. Capozzola | 10.00 | $ 480.00 | $ 4,800.00 | Review and analysis of Berry summary judgment papers and communications with M. Walker and team members re same; communications re protective order issues; prepare for and participate in conference with Mr. Matsui; analysis re scheduling issues and communications with L. Smith and other team members re same; discovery meet and confer with T. Hogan and analysis of related discovery issues. | Motions Practice |
| 4/23/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications with L. Smith and analysis re Berry scheduling and motion issues. | Motions Practice |
| 4/24/2005 | Damian D. Capozzola | 1.25 | $ 480.00 | $ 600.00 | Draft Rule 56(f) motion. | Motions Practice |
| 4/25/2005 | Damian D. Capozzola | 9.00 | $ 480.00 | $ 4,320.00 | Draft Rule 56(f) motion and communications re same; analysis re and communications with E. Liebeler, L. Smith, and L. Hosoda re strategy and case management issues; communications re and attention to discovery and production issues; communications with M. Walker and analysis re expert issues. | Motions Practice |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 4/26/2005 | Damian D. Capozzola | 10.25 | $ 480.00 | $ 4,920.00 | Communications and analysis re Berry case management and strategy issues; review and revise 56(f) motion and related papers; communications with M. Walker and L. Smith re expert issues; communications with T. Hogan re discovery and production issues; communications with Guidance re after-image; review report of T. Ueno and prepare for and participate in meeting with J. Kinrich, E. Liebeler, and K. Gold; attention to and communications re scheduling issues. | Motions Practice |
| 4/27/2005 | Damian D. Capozzola | 9.75 | $ 480.00 | $ 4,680.00 | Review and revise 56(f) motion and related papers and compile exhibits; communications with team members re same; communications with T. Hogan re T. Ueno and meet and confer issues; attention to and analysis re case management and strategy issues. | Motions Practice |
| 4/27/2005 | Eric C. Liebeler | 4.00 | $ 575.00 | $ 2,300.00 | Review Berry's appeal on 2003 FCS discovery order; outline and draft response; edit 56(f) opposition. | Motions Practice |
| 5/2/2005 | Eric C. Liebeler | 4.50 | $ 575.00 | $ 2,587.50 | Draft opposition. | Motions Practice |
| 5/3/2005 | Eric C. Liebeler | 5.50 | $ 575.00 | $ 3,162.50 | Draft opposition to Berry's appeal from Special Master's ruling; review numerous Berry letters and affidavits. | Motions Practice |
| 5/10/2005 | R. Olivia Samad | 1.25 | $ 295.00 | $ 368.75 | Confer with L. Smith, D. Capozzola, L. Hosada and expert re exhibits; read and analyze Berry's Motion for Summary Judgment. | Motions Practice |
| 5/13/2005 | Eric C. Liebeler | 3.00 | $ 575.00 | $ 1,725.00 | Work on summary judgment and Berry deposition preparation. | Motions Practice |
| 5/17/2005 | R. Olivia Samad | 16.75 | $ 295.00 | $ 4,941.25 | Revise argument re attorney's fees, revise statement of case and facts. | Motions Practice |
| 5/17/2005 | Russell A. Archer | 2.00 | $ 245.00 | $ 490.00 | Research case law re expert testimony in copyright infringement matters. | Motions Practice |
| 5/24/2005 | Eric C. Liebeler | 3.50 | $ 575.00 | $ 2,012.50 | Work on expert report; draft reply on discovery brief; summary judgment. | Motions Practice |
| 5/26/2005 | Damian D. Capozzola | 5.50 | $ 480.00 | $ 2,640.00 | Communications re expert and summary judgment issues. | Motions Practice |
| 5/28/2005 | R. Olivia Samad | 1.00 | $ 295.00 | $ 295.00 | Review trade secret law and revisions to same section of summary judgment motion. | Motions Practice |
| 5/29/2005 | R. Olivia Samad | 7.00 | $ 295.00 | $ 2,065.00 | Draft and find evidentiary support for Fleming's concise statement of facts in support of our own motion for summary judgment. | Motions Practice |
| 5/30/2005 | Eric C. Liebeler | 2.50 | $ 575.00 | $ 1,437.50 | Work on Walker report and summary judgment. | Motions Practice |