# EXHIBIT OO

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|------|---------------------|--------------|------|--------------|-------------|------------|
| 7/25/2004 | Damian D. Capozzola | 21.50 | $ 480.00 | $ 10,320.00 | Prepare for Berry hearings -- draft witness outlines and communications re same (4.5), review documents (5.5), compile exhibits (7.5), and communications with team members re same and general strategies (4.0). | Hearings |
| 7/26/2004 | Damian D. Capozzola | 11.00 | $ 480.00 | $ 5,280.00 | Prepare for and participate in Berry aspects of confirmation hearing, and follow-up communications re same. | Hearings |
| 7/27/2004 | Damian D. Capozzola | 3.20 | $ 480.00 | $ 1,536.00 | Research Rule 68 and communications re same (.7); communications and analysis re Hawaiian software strategies (2.5). | Case Asses., Dev & Admin |
| 7/27/2004 | Damian D. Capozzola | 2.90 | $ 480.00 | $ 1,392.00 | Communications and analysis in Delaware and on plane re Berry pleadings and strategies. | Case Asses., Dev & Admin |
| 7/28/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications re Berry administrative issues. | Case Asses., Dev & Admin |
| 7/29/2004 | Damian D. Capozzola | 3.00 | $ 480.00 | $ 1,440.00 | Communications and analysis re Hawaiian software issues and analysis of Second Amended Complaint and Preliminary Injunction paper; research re pleadings issues; attention to and communications re logistical Hawaiian software issues. | Pleadings |
| 7/30/2004 | Damian D. Capozzola | 2.00 | $ 480.00 | $ 960.00 | Communications and analysis re Hawaiian software pleadings and discovery issues, prepare for and follow up re team meeting re same; analysis and drafting re Hawaiian software preliminary injunction opposition papers and communications re same. | Motions Practice |
| 7/31/2004 | Damian D. Capozzola | 1.50 | $ 480.00 | $ 720.00 | Communicate and analysis re Hawaiian software issues; review files and prepare chart re license issues, and communications re same. | Motions Practice |
| 8/1/2004 | Damian D. Capozzola | 3.00 | $ 480.00 | $ 1,440.00 | Communications and analysis re post-confirmation work; communications re software license issues; analysis of Hawaiian judges and communications re same. | Case Asses., Dev & Admin |
| 8/2/2004 | Damian D. Capozzola | 2.00 | $ 480.00 | $ 960.00 | Communications and analysis re Hawaiian software briefing and discovery issues; analysis and communications re judges in Hawaiian lawsuit matter. | Case Asses., Dev & Admin |
| 8/3/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 8/7/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Review and analysis of declarations and evidentiary objections re Hawaiian software issues. | Case Asses., Dev & Admin |
| 8/8/2004 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications with O. Samad and analysis re Berry evidentiary objections. | Motions Practice |
| 8/12/2004 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communicateions and analysis re Berry. | Case Asses., Dev & Admin |
| 8/13/2004 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry matter. | Case Asses., Dev & Admin |
| 8/14/2004 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry matter. | Case Asses., Dev & Admin |
| 8/17/2004 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communication and analysis re Berry matter. | Case Asses., Dev & Admin |
| 8/18/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communication and analysis re Berry matter. | Case Asses., Dev & Admin |
| 8/25/2004 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry matter. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 8/26/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Communication and analysis re Berry issues and findings of fact, and communication with M. Dulac re same. | Motions Practice |
| 8/29/2004 | Damian D. Capozzola | 4.00 | $ 480.00 | $ 1,920.00 | Communications with E. Liebeler, M. Dulac, and O. Samad re Berry issues, and analysis re same; assist in preparations for August 30 hearing. | Hearings |
| 8/30/2004 | Damian D. Capozzola | 2.00 | $ 480.00 | $ 960.00 | Communications and analysis re Berry issues and assist in preparations for injunction hearing. | Hearings |
| 8/31/2004 | Damian D. Capozzola | 2.00 | $ 480.00 | $ 960.00 | Review, analysis and communication re Berry matters; communications with E. Liebeler, M. Dulac, O. Samad and S. Toll re Berry matter and analysis re same; analysis and follow-up re Berry case management and calendaring issues. | Case Asses., Dev & Admin |
| 9/1/2004 | Damian D. Capozzola | 2.00 | $ 480.00 | $ 960.00 | Analysis and communications with E. Liebeler, M. Dulac, O. Samad, L. Smith and L. Hosoda and analysis re Berry matter. | Case Asses., Dev & Admin |
| 9/2/2004 | Damian D. Capozzola | 2.00 | $ 480.00 | $ 960.00 | Review and revise motion re experts in Hawaii matter; review and analysis of transcript in Hawaiian software matter. | Motions Practice |
| 9/3/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Review and analysis of draft Dillon declaration and comments re same. | Motions Practice |
| 9/4/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Review and analysis of Berry expert motion, and communications re same. | Motions Practice |
| 9/7/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Communications and analysis re Berry expert motion. | Motions Practice |
| 9/8/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Communications and analysis re Berry motions. | Motions Practice |
| 9/9/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Review and analysis of Berry briefing issues and communications with team members re same. | Motions Practice |
| 9/10/2004 | Damian D. Capozzola | 2.00 | $ 480.00 | $ 960.00 | Communications and analysis re C&S/Berry waiver issues; communications and analysis re motion to shorten time re Berry expert issues and Dillon declaration. | Motions Practice |
| 9/13/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications and analysis re M. Dillon affidavit. | Motions Practice |
| 9/15/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications and analysis re Berry matter. | Case Asses., Dev & Admin |
| 9/16/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications and analysis re Berry matter. | Case Asses., Dev & Admin |
| 9/17/2004 | Damian D. Capozzola | 3.00 | $ 480.00 | $ 1,440.00 | Plan and outline approaches to Berry litigation matter. | Case Asses., Dev & Admin |
| 9/18/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications with E. Liebeler and M. Dulac re Berry planning and staffing issues. | Case Asses., Dev & Admin |
| 9/19/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications and analysis re Berry settlement issues; outline Berry mediation statement. | Case Asses., Dev & Admin |
| 9/20/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications and analysis re Berry hearings. | Hearings |
| 9/21/2004 | Damian D. Capozzola | 3.50 | $ 480.00 | $ 1,680.00 | Communications and analysis re Berry scheduling and staffing issues; analysis and evaluation re Berry injunction hearing strategies and communications with team members re same; review and analysis of Berry supplemental injunction papers. | Motions Practice |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 9/22/2004 | Damian D. Capozzola | 3.00 | $ 480.00 | $ 1,440.00 | Analysis of Berry response papers and upcoming injunction hearing issues; draft mediation statement re Berry matter and communications re related mediation hearing; assist in preparations for September 27-28 injunction Berry hearings and communications re same. | Motions Practice |
| 9/24/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Draft and revise mediation statement for Berry matter; communications and analysis re Berry strategy and administration issues. | Case Asses., Dev & Admin |
| 9/25/2004 | Damian D. Capozzola | 2.00 | $ 480.00 | $ 960.00 | Review and revise mediation statement in Berry matter, and communications re same; communications and analysis re Berry injunction hearing. | Motions Practice |
| 9/28/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications and analysis re Berry injunction hearing, mediation statement, and case developments. | Case Asses., Dev & Admin |
| 9/29/2004 | Damian D. Capozzola | 3.00 | $ 480.00 | $ 1,440.00 | Review and revise Berry mediation statement and compile exhibits. | Case Asses., Dev & Admin |
| 9/30/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications and analysis re Berry issues. | Case Asses., Dev & Admin |
| 10/1/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Communications re Berry mediation statement and Berry developments. | Case Asses., Dev & Admin |
| 10/4/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications re Berry. | Case Asses., Dev & Admin |
| 10/8/2004 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications and analysis re oppositions to Berry motions in pre-trial litigation. | Motions Practice |
| 10/11/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Communications and analysis re Berry briefing and case strategies. | Case Asses., Dev & Admin |
| 10/12/2004 | Damian D. Capozzola | 2.00 | $ 480.00 | $ 960.00 | Assist E. Liebeler in preparations for Berry mediation. | Case Asses., Dev & Admin |
| 10/19/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Review and analysis of Berry injunction order and communications with V. Limongelli re same; communications and analysis re Berry discovery issues. | Case Asses., Dev & Admin |
| 10/20/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Analysis re Berry matter and revisions to deposit reply. | Motions Practice |
| 10/21/2004 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Review and revise Berry prepetition appellate reply briefing and communications re same. | Motions Practice |
| 11/12/2004 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry matters. | Case Asses., Dev & Admin |
| 12/16/2004 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | E-mails re discovery and other parties' pleadings. | Discovery |
| 12/21/2004 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | E-mails and analysis re discovery issues and other parties' pleadings. | Discovery |
| 12/23/2004 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re discovery and other parties' pleadings. | Discovery |
| 12/28/2004 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry issues. | Case Asses., Dev & Admin |
| 12/29/2004 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry issues. | Case Asses., Dev & Admin |
| 12/30/2004 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry matter. | Case Asses., Dev & Admin |
| 1/5/2005 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications and analysis re Berry discovery and motions. | Pleadings |
| 1/7/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry issues. | Case Asses., Dev & Admin |
| 1/8/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry matter. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 1/10/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry matter. | Case Asses., Dev & Admin |
| 1/11/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry issues. | Case Asses., Dev & Admin |
| 1/18/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re other parties' summary judgment motions and other Berry issues. | Case Asses., Dev & Admin |
| 1/31/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry briefing issues. | Case Asses., Dev & Admin |
| 2/1/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re recent orders and correspondence in Berry matter. | Motions Practice |
| 2/2/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry pleadings and discovery. | Case Asses., Dev & Admin |
| 2/8/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry discovery issues. | Discovery |
| 2/10/2005 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications with M. Dulac and O. Samad re Berry matter and transition issues; communications and analysis re Berry collection of judgment opposition. | Motions Practice |
| 2/11/2005 | Damian D. Capozzola | 1.25 | $ 480.00 | $ 600.00 | Prepare for and participate in team meeting re Berry issues. | Case Asses., Dev & Admin |
| 2/22/2005 | Damian D. Capozzola | 3.50 | $ 480.00 | $ 1,680.00 | Communications with E. Liebeler and O. Samad re pending Berry motions; review and analysis re same; outline response papers. | Motions Practice |
| 2/23/2005 | Damian D. Capozzola | 1.75 | $ 480.00 | $ 840.00 | Communications and analysis re Berry motions. | Motions Practice |
| 2/24/2005 | Damian D. Capozzola | 4.00 | $ 480.00 | $ 1,920.00 | Review and analysis of Berry motions and revise letter brief reply re same; communications with team members re same. | Motions Practice |
| 2/25/2005 | Damian D. Capozzola | 0.75 | $ 480.00 | $ 360.00 | Review and revise letter briefs re Berry matter, and communications with E. Liebeler and O. Samad re same. | Motions Practice |
| 2/28/2005 | Damian D. Capozzola | 4.50 | $ 480.00 | $ 2,160.00 | Review and analysis of Berry motions and draft response papers; communications with E. Liebeler and O. Samad re same. | Case Asses., Dev & Admin |
| 3/1/2005 | Damian D. Capozzola | 1.25 | $ 480.00 | $ 600.00 | Communications and analysis re case management and discovery issues. | Discovery |
| 3/2/2005 | Damian D. Capozzola | 4.00 | $ 480.00 | $ 1,920.00 | Communications and analysis re discovery and case management issues; review and analysis of pleadings and discovery. | Case Asses., Dev & Admin |
| 3/3/2005 | Damian D. Capozzola | 2.75 | $ 480.00 | $ 1,320.00 | Review and revise opposition to Berry's request for leave to seek injunction, and communications with E. Liebeler re same; communications re software code expert. | Case Asses., Dev & Admin |
| 3/4/2005 | Damian D. Capozzola | 3.75 | $ 480.00 | $ 1,800.00 | Search for and analysis re potential software analysis experts and communications re same; communications with L. Smith re correspondence with T. Hogan and discovery issues; communications with O. Samad and analysis re Hawaii and Delaware motions. | Case Asses., Dev & Admin |
| 3/7/2005 | Damian D. Capozzola | 2.00 | $ 480.00 | $ 960.00 | Communications with team members and analysis re correspondence from Guidance Software and T. Hogan; communications re scheduling and case management issues. | Case Asses., Dev & Admin |
| 3/8/2005 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Communications and analysis re hearing and preparations re same. | Hearings |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|------|-------------------|--------------|------|--------------|-------------|------------|
| 3/9/2005 | Damian D. Capozzola | 3.75 | $ 480.00 | $ 1,800.00 | Communications and analysis re Berry discovery and case schedule; analysis of Guidance indemnity request and communications with E. Liebeler and G. Murphy re same; review court order on employee defendants' summary judgment motion and outline arguments for summary judgment. | Case Asses., Dev & Admin |
| 3/10/2005 | Damian D. Capozzola | 4.25 | $ 480.00 | $ 2,040.00 | Communications and analysis re Guidance indemnity and summary judgment issues; communications and analysis re Berry correspondence; communications and analysis re Matsui request for information and C&S server issues; communications and analysis re discovery issues; review previous discovery papers and outline additional contention interrogatories. | Motions Practice |
| 3/11/2005 | Damian D. Capozzola | 5.00 | $ 480.00 | $ 2,400.00 | Review second amended verified complaint and draft outline for discovery and summary judgment; communications with team members re same; communications with opposing counsel; review previous discovery and outline new discovery, and communications with team members re same. | Motions Practice |
| 3/14/2005 | Damian D. Capozzola | 3.50 | $ 480.00 | $ 1,680.00 | Communications and analysis re expert retention and protective order issues; communications with O. Samad and analysis re summary judgment papers and correspondence from T. Hogan and C. Matsui; outline response re profits discovery. | Case Asses., Dev & Admin |
| 3/15/2005 | Damian D. Capozzola | 10.00 | $ 480.00 | $ 4,800.00 | Draft and respond to letters to C. Matsui re EULA and protective order issues; communications and analysis re M. Walker; prepare for and participate in telephone conference with T. Hogan re protective order, and review and revise same; review and revise summary judgment motion; draft and revise opposition to profits based discovery; review and analysis of Brown Bag v. Symantec opinion; communications and analysis re Guidance indemnity issues. | Case Asses., Dev & Admin |
| 3/16/2005 | Damian D. Capozzola | 8.00 | $ 480.00 | $ 3,840.00 | Draft and revise letter to C. Matsui re protective order issues, and review and compile supporting exhibits re same; communications re same and re Berry allegations re milk production; review and analysis of profits issues and communications re same. | Motions Practice |
| 3/17/2005 | Damian D. Capozzola | 3.25 | $ 480.00 | $ 1,560.00 | Communications and analysis with team members re discovery and motion practice issues; review and revise discovery to propound. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate/hr | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 3/18/2005 | Damian D. Capozzola | 5.00 | $ 480.00 | $ 2,400.00 | Communications with A. Lopez re interrogatory responses; prepare materials to send to M. Walker and communications re same; review and analysis of copyright infringement cases; communications with L. Smith and D. Bickford re document production issues; review and analysis of orders and exhibits; outline response re profits discovery and communications re same. | Case Asses., Dev & Admin |
| 3/18/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry discovery and expert issues. | Discovery |
| 3/21/2005 | Damian D. Capozzola | 7.50 | $ 480.00 | $ 3,600.00 | Review and revise profits response; communications and analysis re expert and deposition scheduling issues; draft and revise letter to C. Matsui re Y. Hata; draft and revise summary judgment brief and communications re research re same; review and analysis of revised plaintiff expert reports. | Motions Practice |
| 3/22/2005 | Damian D. Capozzola | 8.25 | $ 480.00 | $ 3,960.00 | Draft subpoenas for plaintiffs' experts; review and analysis of plaintiff expert reports; communications with T. Hogan re expert issues; draft subpoenas and notices of deposition for plaintiffs' experts; review and analysis of discovery served by Guidance, and communications re same; review and analysis of derivative cases and communications with J. Norman re same. | Discovery |
| 3/23/2005 | Damian D. Capozzola | 7.00 | $ 480.00 | $ 3,360.00 | Communications and analysis re pleading and discovery issues, Guidance indemnity issues, and expert discovery issues; prepare for and participate in conference call re same; draft letter to C. Matsui re pending discovery motions; revise summary judgment motion and research re same. | Discovery |
| 3/24/2005 | Damian D. Capozzola | 8.25 | $ 480.00 | $ 3,960.00 | Draft and revise summary judgment motion, and research re same; review and analysis of communications, pleadings, and discovery responses from Berry; review CDs of C&S data and communications and analysis re expert and document production issues. | Case Asses., Dev & Admin |
| 3/25/2005 | Damian D. Capozzola | 5.50 | $ 480.00 | $ 2,640.00 | Communications with M. Walker re case background; review correspondence from T. Hogan; draft and revise summary judgment motion; review and revise brief on profits discovery, and prepare for filing and service; communications with O. Samad re T. Ueno (plaintiff's economics expert). | Case Asses., Dev & Admin |
| 3/26/2005 | Damian D. Capozzola | 3.00 | $ 480.00 | $ 1,440.00 | Review and revise summary judgment motion; communications with E. Liebeler, O. Samad, and R. Archer re same; communications with R. Archer and analysis re research issues. | Case Asses., Dev & Admin |
| 3/27/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications with E. Liebeler and R. Archer re summary judgment motion. | Motions Practice |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|------|--------------------|--------------|------|--------------|-------------|------------|
| 3/28/2005 | Damian D. Capozzola | 9.50 | $ 480.00 | $ 4,560.00 | Review and revise summary judgment motion; communications and analysis re trade secret and copyright registration research issues; communications with M. Walker and analysis re expert issues; review and analysis of Agare Systems summary judgment pleadings (re derivative infringement); review previous Johnson reports and communications with M. Walker re same; review and analysis of Berry motion for relief from case management schedule and communications with O. Samad re same. | Motions Practice |
| 3/29/2005 | Damian D. Capozzola | 11.25 | $ 480.00 | $ 5,400.00 | Review and revise summary judgment draft, and communications with E. Liebeler, R. Archer, and O. Samad re same; review and analysis of transcripts of previous hearings in front of Judge Mollway; communications with L. Hosoda and analysis re expert report issues; communications with M. Walker and analysis re expert issues; prepare for and participate in telephone conference with L. Smith, J. Norman, and K. Schweickart re expert and derivative issues; communications with O. Samad re Ueno issues. | Motions Practice |
| 3/30/2005 | Damian D. Capozzola | 10.00 | $ 480.00 | $ 4,800.00 | Review and revise summary judgment motion and supporting papers; research re conspiracy issues; communications with L. Hosoda and analysis re expert issues; communications and analysis re Guidance discovery issues. | Motions Practice |
| 4/1/2005 | Damian D. Capozzola | 1.75 | $ 480.00 | $ 840.00 | Review and revise summary judgment papers; communications with team members re same. | Motions Practice |
| 4/5/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry discovery and scheduling issues. | Case Asses., Dev & Admin |
| 4/6/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | E-mails and analysis re expert issues. | Case Asses., Dev & Admin |
| 4/7/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry discovery and expert issues. | Discovery |
| 4/8/2005 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications and analysis re Berry expert and discovery issues. | Discovery |
| 4/9/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry expert and discovery issues. | Discovery |
| 4/10/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re Berry discovery and expert issues. | Discovery |
| 4/11/2005 | Damian D. Capozzola | 3.50 | $ 480.00 | $ 1,680.00 | Communications and analysis re injunction and expert issues; conference call and analysis re summary judgment issues; preparations for April 12 hearing. | Hearings |
| 4/12/2005 | Damian D. Capozzola | 9.50 | $ 480.00 | $ 4,560.00 | Prepare for and participate in hearing re protective order and financial discovery issues, and communications with team members re same; review and analysis of protective order and profits discovery issues; communications with M. Walker and analysis of expert issues; review Apple Computer opinion. | Hearings |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|------|-------------------|--------------|------|--------------|-------------|------------|
| 4/13/2005 | Damian D. Capozzola | 2.25 | $ 480.00 | $ 1,080.00 | Communications re and analysis of Matsui's orders and expert and discovery issues. | Case Asses., Dev & Admin |
| 4/14/2005 | Damian D. Capozzola | 8.75 | $ 480.00 | $ 4,200.00 | Review and analysis of Matsui orders; communications with team members and analysis re case management strategies; draft agenda for conference call re same, and participate in conference call; conference with D. Bickford and L. Smith re document production issues. | Case Asses., Dev & Admin |
| 4/15/2005 | Damian D. Capozzola | 6.75 | $ 480.00 | $ 3,240.00 | Communications and analysis re discovery and expert issues; analysis of indemnity issues; prepare for and participate in status conference with court and follow-up conferences with counsel; disclose M. Walker; communications with B. Dechter. | Discovery |
| 4/18/2005 | Damian D. Capozzola | 8.00 | $ 480.00 | $ 3,840.00 | Communications and analysis re discovery and motions issues; review cases re de minimis exception; prepare for and participate in meeting with M. Walker re expert report and related issues; review and analysis of W. Berry affidavit. | Discovery |
| 4/19/2005 | Damian D. Capozzola | 10.25 | $ 480.00 | $ 4,920.00 | Participate in meeting with M. Walker; communications with J. Norman and analysis re expert report issues; communications with T. Hogan re discovery matters; review and revise summary judgment papers and communications with team members re same; draft outline of assignments; communications with L. Smith re case strategies. | Case Asses., Dev & Admin |
| 4/20/2005 | Damian D. Capozzola | 7.75 | $ 480.00 | $ 3,720.00 | Communications and analysis re discovery and pleadings issues; review orders from the court and correspondence from T. Hogan, and draft responses re same; communications and analysis re expert retention and disclosure issues; review and revise summary judgment motion and research re same; review and analysis of discovery responses and summary judgment motion from plaintiff; draft Board summary for R. Kors. | Case Asses., Dev & Admin |
| 4/21/2005 | Damian D. Capozzola | 9.50 | $ 480.00 | $ 4,560.00 | Review and analysis of Berry summary judgment motion and discovery responses; prepare for and participate in conference calls re same; telephone conference with T. Noa; review and analysis of Guidance Software summary judgment motion; communications with T. Hogan re discovery and production issues; communications re expert retention issues. | Discovery |
| 4/22/2005 | Damian D. Capozzola | 10.00 | $ 480.00 | $ 4,800.00 | Review and analysis of Berry summary judgment papers and communications with M. Walker and team members re same; communications re protective order issues; prepare for and participate in conference with Mr. Matsui; analysis re scheduling issues and communications with L. Smith and other team members re same; discovery meet and confer with T. Hogan and analysis of related discovery issues. | Motions Practice |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|------|-------------------|--------------|------|--------------|-------------|------------|
| 4/23/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications with L. Smith and analysis re Berry scheduling and motion issues. | Motions Practice |
| 4/24/2005 | Damian D. Capozzola | 3.75 | $ 480.00 | $ 1,800.00 | Communications with L. Smith and T. Hogan re discovery and scheduling issues, and analysis re same; attention to expert retention issues and communications re same; draft 56(f) motion for continuance. | Discovery |
| 4/24/2005 | Damian D. Capozzola | 1.25 | $ 480.00 | $ 600.00 | Draft Rule 56(f) motion. | Motions Practice |
| 4/25/2005 | Damian D. Capozzola | 9.00 | $ 480.00 | $ 4,320.00 | Draft Rule 56(f) motion and communications re same; analysis re and communications with E. Liebeler, L. Smith, and L. Hosoda re strategy and case management issues; communications re and attention to discovery and production issues; communications with M. Walker and analysis re expert issues. | Motions Practice |
| 4/26/2005 | Damian D. Capozzola | 10.25 | $ 480.00 | $ 4,920.00 | Communications and analysis re Berry case management and strategy issues; review and revise 56(f) motion and related papers; communications with M. Walker and L. Smith re expert issues; communications with T. Hogan re discovery and production issues; communications with Guidance re after-image; review report of T. Ueno and prepare for and participate in meeting with J. Kinrich, E. Liebeler, and K. Gold; attention to and communications re scheduling issues. | Motions Practice |
| 4/27/2005 | Damian D. Capozzola | 9.75 | $ 480.00 | $ 4,680.00 | Review and revise 56(f) motion and related papers  and compile exhibits; communications with team members re same; communications with T. Hogan re T. Ueno and meet and confer issues; attention to and analysis re case management and strategy issues. | Motions Practice |
| 4/28/2005 | Damian D. Capozzola | 7.00 | $ 480.00 | $ 3,360.00 | Review and analysis of Y. Hata documents and communications with E. Liebeler and L. Smith re same; review and analysis of C&S indemnity issues; communications with D. Bickford re financial issues; communications with M. Walker re FCS and assignment issues; communications with L. Smith re revisions to scheduling order and attention to same; review materials for forwarding to J. Kinrich. | Case Asses., Dev & Admin |
| 4/29/2005 | Damian D. Capozzola | 2.75 | $ 480.00 | $ 1,320.00 | Communications with experts and team members re discovery and scheduling issues; research and analysis re jury verdict issues. | Discovery |
| 4/30/2005 | Damian D. Capozzola | 2.00 | $ 480.00 | $ 960.00 | Communications with L. Smith and V. Limongelli re discovery issues; review correspondence and draft letter to C. Matsui re Guidance software materials; draft discovery to propound on plaintiff. | Discovery |
| 5/1/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications with L. Smith re discovery issues. | Discovery |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|------|--------------------|--------------|------|--------------|-------------|------------|
| 5/2/2005 | Damian D. Capozzola | 7.25 | $ 480.00 | $ 3,480.00 | Communications with E. Liebeler, L. Smith and L. Hosoda re discovery and scheduling issues, and analysis re same; communications with T. Hogan; communications with M. Walker and J. Kinrich re expert issues; prepare for and participate in conference calls re hearing with Judge Mollway; review and analysis of documents produced by Guidance Software and Y. Hata. | Discovery |
| 5/3/2005 | Damian D. Capozzola | 5.00 | $ 480.00 | $ 2,400.00 | Communications and analysis re discovery and scheduling issues; communications with T. Hogan; communications with J. Kinrich and M. Walker; prepare for and participate in conference call with M. Walker, L. Smith, and L. Hosoda; review and analysis of Y. Hata and Guidance documents and communications re same; review and analysis of Berry affidavit re spoliation. | Case Asses., Dev & Admin |
| 5/4/2005 | Damian D. Capozzola | 7.25 | $ 480.00 | $ 3,480.00 | Communications and analysis re scheduling and strategy issues; review and revise protective order appeal opposition, compile exhibits, draft declaration for L. Smith, and communications re filing; review and comment on Iowa Telecom response; prepare for and participate in telephone conference with M. Walker. | Case Asses., Dev & Admin |
| 5/5/2005 | Damian D. Capozzola | 5.75 | $ 480.00 | $ 2,760.00 | Research re exclusion of witnesses from depositions and communications with T. Hogan re same; communications and analysis re deposition scheduling and case management issues; communications with M. Walker re expert issues. | Case Asses., Dev & Admin |
| 5/6/2005 | Damian D. Capozzola | 2.75 | $ 480.00 | $ 1,320.00 | Prepare for and participate in conference with M. Walker re spoliation issues; communications with team members re same; communications with T. Hogan, communications re and attention to deposition scheduling issues. | Discovery |
| 5/8/2005 | Damian D. Capozzola | 2.00 | $ 480.00 | $ 960.00 | Draft response to T. Hogan e-mail re depositions; draft Y. Hata deposition outline. | Depositions |
| 5/9/2005 | Damian D. Capozzola | 4.25 | $ 480.00 | $ 2,040.00 | Communications with T. Hogan and team members re discovery and scheduling issues; draft Hogan issue list for E. Liebeler; communications with M. Walker; review Y. Hata documents and prepare for deposition. | Discovery |
| 5/10/2005 | Damian D. Capozzola | 6.00 | $ 480.00 | $ 2,880.00 | Review and revise Hogan issue list for E. Liebeler and communications re same; scheduling communications and strategy analysis with team members re Berry matter; communications with M. Walker, L. Hosoda, and R. Mead re expert issues; prepare for and participate in conference call with M. Walker and team members; review and revise appellate brief. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 5/11/2005 | Damian D. Capozzola | 5.00 | $ 480.00 | $ 2,400.00 | Communications with K. Gold and D. Bickford re economics issues; communications with E. Liebeler re staffing issues; prepare for and participate in conference call with M. Walker; prepare for depositions; review order from Judge Mollway re protective order issues; communications with team members and analysis re case strategies. | Case Asses., Dev & Admin |
| 5/12/2005 | Damian D. Capozzola | 3.00 | $ 480.00 | $ 1,440.00 | Communications and analysis re case management and strategy issues; communications with T. Hogan and team members re 2003 FCS production; review and analysis of communications from M. Dillon, and prepare for and participate in conference call with M. Walker re same; review Y. Hata documents and prepare for depositions. | Case Asses., Dev & Admin |
| 5/13/2005 | Damian D. Capozzola | 3.25 | $ 480.00 | $ 1,560.00 | Communications with team members re case management and strategy issues; communications with counsel re depositions; analysis of M. Dillon communications; communications with M. Walker, J. Kinrich, and B. Dechter and analysis re expert issues; communications with T. Hogan. | Case Asses., Dev & Admin |
| 5/13/2005 | Damian D. Capozzola | 3.25 | $ 480.00 | $ 1,560.00 | Communications and analysis re Y. Hata and Berry depositions and strategies. | Depositions |
| 5/14/2005 | Damian D. Capozzola | 0.75 | $ 480.00 | $ 360.00 | Communications and analysis re Berry case management and strategy issues. | Case Asses., Dev & Admin |
| 5/15/2005 | Damian D. Capozzola | 3.75 | $ 480.00 | $ 1,800.00 | Communications and analysis re Berry scheduling and strategy issues; review Y. Hata documents and prepare for depositions. | Depositions |
| 5/16/2005 | Damian D. Capozzola | 12.50 | $ 480.00 | $ 6,000.00 | Review Y. Hata and Berry materials; prepare for depositions; communications with M. Walker and team members re case strategy issues. | Case Asses., Dev & Admin |
| 5/17/2005 | Damian D. Capozzola | 16.00 | $ 480.00 | $ 7,680.00 | Prepare for and participate in Y. Hata deposition; draft outline for E. Liebeler and communications re same; communications with team members and analysis re Berry and Johnson depositions and case strategy issues. | Depositions |
| 5/18/2005 | Damian D. Capozzola | 13.25 | $ 480.00 | $ 6,360.00 | Prepare for and participate in Berry deposition; draft motion to compel re Y. Hata documents; communications with M. Walker and team members re case management and deposition strategy issues. | Depositions |
| 5/19/2005 | Damian D. Capozzola | 13.00 | $ 480.00 | $ 6,240.00 | Prepare for and participate in Berry and Johnson depositions; draft motion to compel; communications with team members re motions and summary judgment issues; communications and analysis re appeal. | Depositions |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|------|-------------------|-------------|------|-------------|-------------|-----------|
| 5/23/2005 | Damian D. Capozzola | 10.75 | $ 480.00 | $ 5,160.00 | Communications with experts; communications with L. Hosoda re summary judgment issues; communications with S. Danna and analysis re evidentiary objections (.5); prepare for and participate in meeting M. Walker re expert declaration, and review and revise same; communications with K. Gold; communications with T. Hogan re Y. Hata documents and B. Dechter; review Apple case and revise outline for summary judgment papers. | Case Asses., Dev & Admin |
| 5/24/2005 | Damian D. Capozzola | 9.75 | $ 480.00 | $ 4,680.00 | Work with M. Walker on expert report; revise and circulate reply re B. Dechter and Y. Hata documents. | Discovery |
| 5/25/2005 | Damian D. Capozzola | 9.00 | $ 480.00 | $ 4,320.00 | Communications with B. Dechter and M. Walker; review and revise M. Walker draft report and communications re same; attention to scheduling issues; review and revise summary judgment opposition. | Case Asses., Dev & Admin |
| 5/26/2005 | Damian D. Capozzola | 5.50 | $ 480.00 | $ 2,640.00 | Communications re expert and summary judgment issues. | Motions Practice |
| 5/27/2005 | Damian D. Capozzola | 1.50 | $ 480.00 | $ 720.00 | Communications and analysis re discovery issues and Master's orders; communications re expert issues. | Discovery |
| 5/28/2005 | Damian D. Capozzola | 8.25 | $ 480.00 | $ 3,960.00 | Communications with T. Hogan re discovery and case management issues; prepare for and participate in conference calls with M. Walker and L. Smith re expert report; review and revise summary judgment papers, including evidentiary objections. | Case Asses., Dev & Admin |
| 5/29/2005 | Damian D. Capozzola | 4.25 | $ 480.00 | $ 2,040.00 | Communications with O. Samad and analysis re summary judgment papers, and review and revise same; prepare for and participate in conference call with L. Smith and M. Walker. | Case Asses., Dev & Admin |
| 5/30/2005 | Damian D. Capozzola | 10.25 | $ 480.00 | $ 4,920.00 | Review and revise summary judgment papers, and communications with O. Samad re same; review and analysis of Berry and Johnson deposition transcripts; prepare for and participate in communications with M. Walker, L. Smith, and L. Hosoda re M. Walker report; communications and analysis re case management and strategy issues. | Case Asses., Dev & Admin |
| 5/31/2005 | Damian D. Capozzola | 9.50 | $ 480.00 | $ 4,560.00 | Communications and analysis re Walker expert report and summary judgment papers; review and revise same; draft letter brief re compelling production of electronic list of files; review and analysis of P. Johnson deposition transcript. | Discovery |
| 6/1/2005 | Damian D. Capozzola | 12.25 | $ 480.00 | $ 5,880.00 | Communications and analysis re expert issues; review and revise summary judgment papers; compile and prepare exhibits. | Motions Practice |
| 6/2/2005 | Damian D. Capozzola | 14.00 | $ 480.00 | $ 6,720.00 | Review and revise summary judgment brief and prepare exhibits and declarations; communications re filing; communications with M. Walker; communications with T. Hogan; communications with B. Dechter. | Motions Practice |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|------|-------------------|--------------|------|--------------|-------------|------------|
| 6/3/2005 | Damian D. Capozzola | 3.50 | $ 480.00 | $ 1,680.00 | Communications and analysis re defendants' summary judgment filings; communications with B. Dechter and analysis re expert issues. | Motions Practice |
| 6/5/2005 | Damian D. Capozzola | 1.25 | $ 480.00 | $ 600.00 | Communications with L. Smith and B. Dechter re expert report; review and revise same. | Motions Practice |
| 6/6/2005 | Damian D. Capozzola | 4.25 | $ 480.00 | $ 2,040.00 | Communications and analysis re B. Dechter expert report, case management and strategy issues, summary judgment filings, and J. Kinrich expert report; communications with M. Walker re software files. | Case Asses., Dev & Admin |
| 6/8/2005 | Damian D. Capozzola | 8.00 | $ 480.00 | $ 3,840.00 | Review and analysis of T. Ueno report and prepare for telephone conferences with J. Kinrich, K. Gold, and L. Smith re same; communications and analysis re case management issues; review M. Walker documents and communications re production issues; draft letter to C. Matsui. | Case Asses., Dev & Admin |
| 6/9/2005 | Damian D. Capozzola | 4.00 | $ 480.00 | $ 1,920.00 | Review M. Walker documents and prepare for production; communications and analysis re case management and strategy issues; draft and revise letter to send to C. Matsui re discovery issues; review summary judgment briefing and select cases for E. Liebeler binder; communications re Berry summary judgment reply papers. | Case Asses., Dev & Admin |
| 6/10/2005 | Damian D. Capozzola | 8.00 | $ 480.00 | $ 3,840.00 | Review Berry summary judgment reply papers and draft surreply; communications with M. Walker and team members re same. | Motions Practice |
| 6/11/2005 | Damian D. Capozzola | 7.25 | $ 480.00 | $ 3,480.00 | Review and analyze Berry summary judgment papers; draft surreply outline and evidentiary objections; communications with M. Walker and team members re same. | Motions Practice |
| 6/12/2005 | Damian D. Capozzola | 2.00 | $ 480.00 | $ 960.00 | Communications with M. Walker re draft expert report; review and revise same. | Case Asses., Dev & Admin |
| 6/13/2005 | Damian D. Capozzola | 10.50 | $ 480.00 | $ 5,040.00 | Review and revise summary judgment reply papers; communications with M. Walker and L. Smith re M. Walker re supplemental expert report; communications with K. Gold re financial expert report; research re de minimis doctrine; communications and analysis re HEX good faith settlement issues. | Motions Practice |
| 6/14/2005 | Damian D. Capozzola | 7.25 | $ 480.00 | $ 3,480.00 | Communications and analysis re Walker expert report and summary judgment reply papers; communications with E. Liebeler and review and revise same; analysis of Newton v. Diamond case; communications with J. Kinrich, K. Gold, and L. Smith re Kinrich expert report; review and revise same; communications and analysis re case management and scheduling issues; review M. Dillon affidavit and communications re same. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 6/15/2005 | Damian D. Capozzola | 7.75 | $ 480.00 | $ 3,720.00 | Review and revise reply brief filing and related papers and communications with team members and M. Walker re same; prepare for and participate in conference call with J. Kinrich, K. Gold, and L. Smith; communications and analysis re hearing preparations. | Case Asses., Dev & Admin |
| 6/16/2005 | Damian D. Capozzola | 6.00 | $ 480.00 | $ 2,880.00 | Communications and analysis re case management and strategy issues re Berry matter, and revise case calendar; prepare for and participate in telephone conference with J. Kinrich re expert report; communications with L. Smith and M. Walker re software, hearing argument, and demonstrative exhibit issues; review parties' briefing materials and prepare for summary judgment hearing. | Case Asses., Dev & Admin |
| 6/17/2005 | Damian D. Capozzola | 0.75 | $ 480.00 | $ 360.00 | draft discovery re trade secret issues; review and analysis of Judge Mollway's inclinations and communications with team members re same. | Case Asses., Dev & Admin |
| 6/17/2005 | Damian D. Capozzola | 1.50 | $ 480.00 | $ 720.00 | Communications and analysis re Berry summary judgment hearing and related preparations; conference call with L. Smith and M. Walker re exhibits. | Case Asses., Dev & Admin |
| 6/18/2005 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications and analysis with team members re Judge Mollway's inclinations and summary judgment hearing strategies. | Case Asses., Dev & Admin |
| 6/19/2005 | Damian D. Capozzola | 6.00 | $ 480.00 | $ 2,880.00 | Participate in meetings and preparations for Berry summary judgment hearing. | Hearings |
| 6/20/2005 | Damian D. Capozzola | 4.25 | $ 480.00 | $ 2,040.00 | Prepare for and participate in Berry summary judgment hearing; communications with team members and analysis re follow-up issues stemming from hearing. | Hearings |
| 6/21/2005 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Communications and analysis re Berry case management and strategy issues; communications re expert billing issues. | Case Asses., Dev & Admin |
| 6/22/2005 | Damian D. Capozzola | 5.25 | $ 480.00 | $ 2,520.00 | Communications and analysis re case management and strategy issues; communications re expert billing issues; communications with T. Hogan re expert discovery issues; communications re Guidance DVD and M. Walker review re same; review T. Ueno deposition transcripts from other matters and prepare deposition outline. | Depositions |
| 6/23/2005 | Damian D. Capozzola | 2.50 | $ 480.00 | $ 1,200.00 | Communications and analysis re case management and strategy issues; analysis of calendar and communications re same; review Ueno deposition materials and Ueno and Kinrich reports, and prepare deposition preparation materials re same. | Case Asses., Dev & Admin |
| 6/23/2005 | Damian D. Capozzola | 0.75 | $ 480.00 | $ 360.00 | Review and revise Ueno deposition outline and communications with team members re Ueno issues. | Depositions |
| 6/25/2005 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications and analysis re case management and strategy issues. | Case Asses., Dev & Admin |
| 6/27/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications re and analysis of case management and strategy issues. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|------|-------------------|--------------|------|--------------|-------------|------------|
| 6/28/2005 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications re and analysis of case management and strategy issues and summary judgment order. | Case Asses., Dev & Admin |
| 6/29/2005 | Damian D. Capozzola | 1.25 | $ 480.00 | $ 600.00 | Analysis and communications re summary judgment order and case management and strategy issues | Motions Practice |
| 6/30/2005 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Communications and analysis of case management and strategy issues. | Case Asses., Dev & Admin |
| 7/1/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re case management and strategy issues. | Case Asses., Dev & Admin |
| 7/5/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re case management and strategy issues. | Case Asses., Dev & Admin |
| 7/6/2005 | Damian D. Capozzola | 0.50 | $ 480.00 | $ 240.00 | Review and analysis of discovery and post summary judgment communications from and to T. Hogan. | Motions Practice |
| 7/7/2005 | Damian D. Capozzola | 1.25 | $ 480.00 | $ 600.00 | Communications with experts re recent and upcoming developments; communications with E. Liebeler re case management and strategy issues; communications with O. Samad and A. Andrews re scheduling issues. | Case Asses., Dev & Admin |
| 7/8/2005 | Damian D. Capozzola | 6.00 | $ 480.00 | $ 2,880.00 | Review Ueno and Kinrich reports; draft and revise outline for Ueno deposition; communications and analysis re scheduling, case management, and strategy issues; prepare for and participate in conference call; analysis re discovery issues; communications with T. Ueno and prepare materials for production; communications with T. Hogan. | Depositions |
| 7/9/2005 | Damian D. Capozzola | 3.00 | $ 480.00 | $ 1,440.00 | Communications and analysis with T. Hogan; communications with team members and analysis re status report to discovery master and Ueno deposition issues. | Case Asses., Dev & Admin |
| 7/11/2005 | Damian D. Capozzola | 5.75 | $ 480.00 | $ 2,760.00 | Communications with J. Kinrich, K. Gold, and L. Smith re damages issues; communications and analysis re case management and strategy issues; review and revise communications to C. Matsui and T. Hogan; communications with M. Walker and analysis of technical issues. | Case Asses., Dev & Admin |
| 7/12/2005 | Damian D. Capozzola | 2.00 | $ 480.00 | $ 960.00 | Communications and analysis re discovery and Guidance issues. | Discovery |
| 7/13/2005 | Damian D. Capozzola | 4.00 | $ 480.00 | $ 1,920.00 | Communications with M. Walker and L. Smith re, and analysis re, motion for reconsideration; review and analysis of reconsideration motion; draft outline for response papers. | Case Asses., Dev & Admin |
| 7/14/2005 | Damian D. Capozzola | 7.50 | $ 480.00 | $ 3,600.00 | Review motion for consideration; communications with M. Walker, L. Smith, R. Mead, and M. Dillon re same; communications with J. Caiafa re damages research and Ueno deposition issues. | Motions Practice |
| 7/15/2005 | Damian D. Capozzola | 6.25 | $ 480.00 | $ 3,000.00 | Communications and analysis re expert discovery and reconsideration issues; review and analysis of Ueno and Kinrich reports and prepare materials for Ueno deposition; review and analysis of prior Ueno testimony. | Depositions |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|------|--------------------|--------------|------|--------------|-------------|------------|
| 7/18/2005 | Damian D. Capozzola | 6.25 | $ 480.00 | $ 3,000.00 | Communications with M. Walker and L. Smith, and analysis re Guidance issues; review and analysis of Ueno deposition and trial testimony, draft Ueno deposition outline, and communications with E. Liebeler re same; communications with K. Gold re economic issues; communications with O. Samad and J. Caiafa re reconsideration and damages research issues and analysis re same; review reconsideration motion and draft outline. | Case Asses., Dev & Admin |
| 7/19/2005 | Damian D. Capozzola | 12.75 | $ 480.00 | $ 6,120.00 | Review motion for reconsideration and draft opposition outline and opposition; communications with team members and M. Walker re same; communications and analysis re Ueno deposition issues, and review documents re same; communications with T. Hogan. | Motions Practice |
| 7/20/2005 | Damian D. Capozzola | 8.00 | $ 480.00 | $ 3,840.00 | Review and revise reconsideration opposition, draft supporting documents, and compile exhibits; communications with M. Walker and team members and analysis re technical issues; communications and analysis re economic issues and prepare for Ueno deposition. | Motions Practice |
| 7/21/2005 | Damian D. Capozzola | 11.00 | $ 480.00 | $ 5,280.00 | Review and revise reconsideration opposition; communications with M. Walker and L. Smith re M. Walker supplemental report; prepare for deposition of T. Ueno and communications with E. Liebeler and L. Smith re same. | Motions Practice |
| 7/22/2005 | Damian D. Capozzola | 10.25 | $ 480.00 | $ 4,920.00 | Review and revise motion for reconsideration opposition, and related M. Walker supplemental report and other supporting papers; communications re T. Ueno deposition. | Motions Practice |
| 7/25/2005 | Damian D. Capozzola | 6.50 | $ 480.00 | $ 3,120.00 | Communications and analysis re reconsideration motion and discovery issues; review and analysis of Ueno deposition transcript; review M. Walker CD and communications re same. | Discovery |
| 7/26/2005 | Damian D. Capozzola | 6.00 | $ 480.00 | $ 2,880.00 | Review and analysis of Ueno deposition transcript and communications with team members re same; analysis of summary judgment motion and related scheduling issues; communications with M. Walker re discovery issues; communications re expert billing issues; review e-mails from T. Hogan, and communications with M. Walker and team members and analysis e-mails from T. Hogan and reconsideration issues. | Case Asses., Dev & Admin |
| 7/27/2005 | Damian D. Capozzola | 4.75 | $ 480.00 | $ 2,280.00 | Communications with L. Smith and M. Walker re reconsideration and discovery issues, and analysis re same; analysis of iterations of logistics databases and communications re same; review and analysis of previous M. Walker reports. | Case Asses., Dev & Admin |
| 7/28/2005 | Damian D. Capozzola | 0.75 | $ 480.00 | $ 360.00 | Communications with M. Walker and team members and analysis re reconsideration and technical issues. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|------|-------------------|--------------|------|--------------|-------------|------------|
| 7/29/2005 | Damian D. Capozzola | 2.00 | $ 480.00 | $ 960.00 | Communications and analysis re discovery and reconsideration issues; review and analysis of Berry administrative claims and communications re same. | Case Asses., Dev & Admin |
| 7/30/2005 | Damian D. Capozzola | 5.00 | $ 480.00 | $ 2,400.00 | Draft summary judgment motion re vicarious liability and damages issues, and communications re same and related issues. | Motions Practice |
| 8/2/2005 | Damian D. Capozzola | 5.25 | $ 480.00 | $ 2,520.00 | Communications with M. Walker, E. Liebeler, and L. Smith re reconsideration issues; review and analysis of Berry reply re reconsideration and analysis re potential surreply; revise summary judgment motion re damages and communications with team members re same. | Case Asses., Dev & Admin |
| 8/3/2005 | Damian D. Capozzola | 5.00 | $ 480.00 | $ 2,400.00 | Communications with M. Walker, E. Liebeler, and L. Smith re reconsideration issues and potential surreply; review and revise summary judgment motion re damages issues. | Case Asses., Dev & Admin |
| 8/4/2005 | Damian D. Capozzola | 3.00 | $ 480.00 | $ 1,440.00 | Review and revise summary judgment motion, and legal research re same; communications with M. Walker and analysis re technical issues; review T. Ueno deposition transcript and communications with T. Hogan re production of documents. | Motions Practice |
| 8/9/2005 | Damian D. Capozzola | 1.25 | $ 480.00 | $ 600.00 | Review Guidance filing re discovery issues. | Discovery |
| 8/11/2005 | Damian D. Capozzola | 2.00 | $ 480.00 | $ 960.00 | Communications and analysis re Berry bankruptcy claims; communications and analysis re reconsideration issues; communications and analysis re document production issues. | Case Asses., Dev & Admin |
| 8/12/2005 | Damian D. Capozzola | 7.00 | $ 480.00 | $ 3,360.00 | Communications and analysis re reconsideration order and case management issues; review letter from T. Hogan re F1 project and communications with team members re same, and begin drafting response; communications and analysis re documents produced by T. Ueno. | Motions Practice |
| 8/13/2005 | Damian D. Capozzola | 5.25 | $ 480.00 | $ 2,520.00 | Draft objection re Berry administrative claims; draft response to Berry letter re F-1 project and communications re same. | Motions Practice |
| 8/15/2005 | Damian D. Capozzola | 2.25 | $ 480.00 | $ 1,080.00 | Communications with T. Hogan and team members re T. Ueno documents, and letter to L. Chong re same. | Case Asses., Dev & Admin |
| 8/16/2005 | Damian D. Capozzola | 2.50 | $ 480.00 | $ 1,200.00 | Review and revise letter to C. Matsui; communications and analysis re Ueno documents; review and revise letter to C. Matsui, and prepare and compile exhibits re same; review and analysis of letter from R. Fujichaku and communications with L. Smith re same. | Discovery |
| 8/17/2005 | Damian D. Capozzola | 2.50 | $ 480.00 | $ 1,200.00 | Communication with counsel and analysis re Ueno deposition issues; communications and analysis re F-1 documentation. | Depositions |
| 8/18/2005 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Communications with J. Kinrich and analysis of Ueno issues; review and analysis of summary judgment brief and related papers, and communications re same. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 8/21/2005 | Damian D. Capozzola | 1.00 | $ 480.00 | $ 480.00 | Review and revise Berry summary judgment motion and draft related declaration. | Motions Practice |
| 8/22/2005 | Damian D. Capozzola | 5.50 | $ 480.00 | $ 2,640.00 | Review and revise summary judgment brief and communications with E. Liebeler re same. | Motions Practice |
| 8/22/2005 | Damian D. Capozzola | 5.25 | $ 480.00 | $ 2,520.00 | Communications and analysis re T. Ueno reports; review and revise summary judgment filing and related papers, and communications with E. Liebeler re same. | Motions Practice |
| 8/23/2005 | Damian D. Capozzola | 6.00 | $ 480.00 | $ 2,880.00 | Review and revise summary judgment brief and communications with E. Liebeler re same; review and analysis of cases re damages and causation; draft supporting documents (statement of facts, notice of motion and motion); communications with J. Kinrich re draft motion. | Motions Practice |
| 8/24/2005 | Damian D. Capozzola | 7.25 | $ 480.00 | $ 3,480.00 | Review and revise summary judgment brief and related papers, and prepare for filing; communications with L. Smith, A. Teranishi, E. Liebeler, and O. Samad re same and case management and strategy issues.. | Motions Practice |
| 8/25/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications re case management issues. | Case Asses., Dev & Admin |
| 8/26/2005 | Damian D. Capozzola | 0.25 | $ 480.00 | $ 120.00 | Communications and analysis re case management and strategy issues. | Case Asses., Dev & Admin |
| 8/31/2005 | Damian D. Capozzola | 0.75 | $ 480.00 | $ 360.00 | Analysis and communications with E. Liebeler and L. Smith re case management and strategy issues; communications re file maintenance issues. | Case Asses., Dev & Admin |
| 9/2/2005 | Damian D. Capozzola | 0.25 | $ 515.00 | $ 128.75 | Communications and analysis re case management and strategy issues. | Case Asses., Dev & Admin |
| 9/6/2005 | Damian D. Capozzola | 3.25 | $ 515.00 | $ 1,673.75 | Communications and analysis re case management and strategy issues; review and revise brief re administrative claims, and select and prepare exhibits re same; analysis of statutory provisions and communications with E. Brady re same. | Case Asses., Dev & Admin |
| 9/7/2005 | Damian D. Capozzola | 0.50 | $ 515.00 | $ 257.50 | Revise administrative claim objection; communications with L. Smith, J. Kinrich, and M. Walker re case management and strategy issues. | Motions Practice |
| 9/8/2005 | Damian D. Capozzola | 0.25 | $ 515.00 | $ 128.75 | Communications with L. Smith and A. Teranishi re case management and strategy matters. | Case Asses., Dev & Admin |
| 9/12/2005 | Damian D. Capozzola | 0.75 | $ 515.00 | $ 386.25 | Communications with L. Smith re Guidance production; review W. Berry brief re F-1 project and communications re response. | Discovery |
| 9/14/2005 | Damian D. Capozzola | 5.25 | $ 515.00 | $ 2,703.75 | Analysis and communications re pre-petition appeal issues; review and revise objection to administrative claim and communications with E. Liebeler and E. Brady re same; research re administrative claim and Reading Co. issues; communications with T. Hogan re administrative claims and potential stipulation. | Case Asses., Dev & Admin |
| 9/15/2005 | Damian D. Capozzola | 3.25 | $ 515.00 | $ 1,673.75 | Review Berry appeal re F-1 issues and draft response; analysis and communications re Berry reply to summary judgment motion. | Motions Practice |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 9/15/2005 | Damian D. Capozzola | 2.75 | $ 515.00 | $ 1,416.25 | Review and analysis of Berry summary judgment opposition; complete and circulate draft response re F-1 appeal. | Motions Practice |
| 9/16/2005 | Damian D. Capozzola | 2.00 | $ 515.00 | $ 1,030.00 | Revise objection re administrative claims and communications re completed draft. | Case Asses., Dev & Admin |
| 9/17/2005 | Damian D. Capozzola | 0.25 | $ 515.00 | $ 128.75 | Communications and analysis re administrative claim objection. | Case Asses., Dev & Admin |
| 9/19/2005 | Damian D. Capozzola | 1.00 | $ 515.00 | $ 515.00 | Review and revise administrative claims objection and communications with E. Brady re same. | Case Asses., Dev & Admin |
| 9/20/2005 | Damian D. Capozzola | 1.50 | $ 515.00 | $ 772.50 | Review and revise administrative claim objection. | Case Asses., Dev & Admin |
| 9/20/2005 | Damian D. Capozzola | 3.25 | $ 515.00 | $ 1,673.75 | Review Berry summary judgment materials and draft e-mail to team members re issues for reply; communications and analysis re administrative claim objection. | Motions Practice |
| 9/21/2005 | Damian D. Capozzola | 4.75 | $ 515.00 | $ 2,446.25 | Review and revise administrative claim objection and prepare exhibits; communications re case management and strategy issues; communications with J. Kinrich and K. Gold re Berry summary judgment opposition; review and analysis of Berry summary judgment exhibits. | Motions Practice |
| 9/22/2005 | Damian D. Capozzola | 2.25 | $ 515.00 | $ 1,158.75 | Review and analysis of Berry summary judgment opposition supporting materials and communications with J. Kinrich re same; analysis and communications with L. Smith re case management and strategy issues; communications with L. Smith and M. Walker re document production issues. | Motions Practice |
| 9/23/2005 | Damian D. Capozzola | 5.00 | $ 515.00 | $ 2,575.00 | Review and analysis of Berry summary judgment opposition and communications re reply; communications with J. Kinrich, K. Gold, and L. Smith re same. | Motions Practice |
| 9/24/2005 | Damian D. Capozzola | 2.00 | $ 515.00 | $ 1,030.00 | Draft outline for Berry reply brief and communications re same. | Motions Practice |
| 9/25/2005 | Damian D. Capozzola | 5.00 | $ 515.00 | $ 2,575.00 | Draft Berry summary judgment reply; communications with team members and analysis re same. | Motions Practice |
| 9/26/2005 | Damian D. Capozzola | 2.75 | $ 515.00 | $ 1,416.25 | Review and revise Berry summary judgment reply and communications with team members re same; communications with L. Smith and M. Walker re document production issues. | Motions Practice |
| 9/27/2005 | Damian D. Capozzola | 3.50 | $ 515.00 | $ 1,802.50 | Communications with team members re summary judgment reply; conference calls with L. Smith, J. Kinrich, and K. Gold re reply report; review and revise summary judgment reply. | Motions Practice |
| 9/28/2005 | Damian D. Capozzola | 3.50 | $ 515.00 | $ 1,802.50 | Review and revise summary judgment reply papers; conference call with L. Smith, J. Kinrich, and K. Gold re same. | Motions Practice |
| 9/29/2005 | Damian D. Capozzola | 5.75 | $ 515.00 | $ 2,961.25 | Communications re case management issues; revise summary judgment reply and related papers and prepare for filing. | Motions Practice |
| 9/30/2005 | Damian D. Capozzola | 1.25 | $ 515.00 | $ 643.75 | Finalize Berry brief for filing (analysis and communications with L. Smith and M. Walker re Guidance Software and document production issues). | Motions Practice |
| 10/3/2005 | Damian D. Capozzola | 1.00 | $ 515.00 | $ 515.00 | Communications and analysis re Guidance materials and production and re summary judgment filing. | Discovery |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Category |
|------|--------------------|--------------|------|--------------|-------------|----------|
| 10/4/2005 | Damian D. Capozzola | 1.50 | $ 515.00 | $ 772.50 | Communications and analysis re summary judgment filings and prepare for hearing. | Hearings |
| 10/5/2005 | Damian D. Capozzola | 3.00 | $ 515.00 | $ 1,545.00 | Communications and analysis re Guidance production and F1 issues; prepare materials for summary judgment hearing. | Hearings |
| 10/6/2005 | Damian D. Capozzola | 0.75 | $ 515.00 | $ 386.25 | Communications and analysis re Guidance materials and Matsui order re same; complete materials for summary judgment hearing; analysis re C&S issues. | Hearings |
| 10/7/2005 | Damian D. Capozzola | 0.25 | $ 515.00 | $ 128.75 | Communications and analysis re case management and strategy issues. | Case Asses., Dev & Admin |
| 10/10/2005 | Damian D. Capozzola | 1.75 | $ 515.00 | $ 901.25 | Communications and analysis re summary judgment hearing generally and profits apportionment issues in particular. | Hearings |
| 10/11/2005 | Damian D. Capozzola | 0.50 | $ 515.00 | $ 257.50 | Communications with E. Liebeler and analysis re summary judgment hearing. | Hearings |
| 10/11/2005 | Damian D. Capozzola | 1.00 | $ 515.00 | $ 515.00 | Communications and analysis re summary judgment hearing and offer of judgment strategies. | Hearings |
| 10/12/2005 | Damian D. Capozzola | 1.50 | $ 515.00 | $ 772.50 | Review pleadings re F-1 issues and revise response, and communications re same. | Pleadings |
| 10/13/2005 | Damian D. Capozzola | 1.25 | $ 515.00 | $ 643.75 | Review and revise F-1 response brief and communications re same. | Pleadings |
| 10/14/2005 | Damian D. Capozzola | 0.50 | $ 515.00 | $ 257.50 | Communications and analysis re discovery and Guidance issues. | Discovery |
| 10/17/2005 | Damian D. Capozzola | 1.00 | $ 515.00 | $ 515.00 | Analysis and communications with L. Smith and M. Walker re Guidance production issues. | Discovery |
| 10/18/2005 | Damian D. Capozzola | 1.00 | $ 515.00 | $ 515.00 | Communications and analysis re summary judgment, discovery, and Delaware objection issues. | Case Asses., Dev & Admin |
| 10/19/2005 | Damian D. Capozzola | 3.00 | $ 515.00 | $ 1,545.00 | Revise supplemental submission re statutory damages; communications with team members, analysis, and research re same. | Case Asses., Dev & Admin |
| 10/19/2005 | Damian D. Capozzola | 4.25 | $ 515.00 | $ 2,188.75 | Communications and analysis re Feltner issues and supplemental briefing; communications and analysis re Guidance and F-1 issues; review and analysis of Delaware pleadings and communications re same. | Pleadings |
| 10/20/2005 | Damian D. Capozzola | 4.75 | $ 515.00 | $ 2,446.25 | Review and revise submission re statutory damages  and communications with team members and analysis re same; communications re October 27 hearing in Delaware. | Hearings |
| 10/21/2005 | Damian D. Capozzola | 2.25 | $ 515.00 | $ 1,158.75 | Review and analysis of communications from T. Hogan and draft responses re same; review pleadings and prepare for October 27 Delaware hearing. | Hearings |
| 10/22/2005 | Damian D. Capozzola | 0.75 | $ 515.00 | $ 386.25 | Review and analysis of Guidance reconsideration and DE hearing materials. | Case Asses., Dev & Admin |
| 10/24/2005 | Damian D. Capozzola | 4.75 | $ 515.00 | $ 2,446.25 | Draft outline of response re Guidance reconsideration issues and communications with E. Liebeler, L. Smith, and M. Walker re same; review and analysis of summary judgment order and communications with team members re same and related case management and strategy issues. | Case Asses., Dev & Admin |