| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 1/17/2006 | Edgar I. Yep | 3.00 | $ 180.00 | $ 540.00 | Respond to attorney requests re trial preparations. | Trial Preparation and Attending Trial |
| 1/17/2006 | Eric C. Liebeler | 12.00 | $ 625.00 | $ 7,500.00 | Prepare for trial. | Trial Preparation and Attending Trial |
| 1/17/2006 | Neal F. San Diego | 13.25 | $ 135.00 | $ 1,788.75 | Analyze and prepare correspondence and pleading with attachments for indexing (3.0); indexing correspondence and pleadings with attachments into case management database and updating database for use by attorney into upcoming trial (10.25). | Case Asses., Dev & Admin |
| 1/17/2006 | R. Olivia Samad | 11.00 | $ 355.00 | $ 3,905.00 | Review and analyze case law re direct verdict motion, contact attorneys in Chicago re research on profits analysis. | Motions Practice |
| 1/18/2006 | Allison Mayo Andrews | 5.75 | $ 200.00 | $ 1,150.00 | Review, process and collate incoming case documents; create trial binders; prepare evidentiary documents to transmit to M. Beckwith. | Trial Preparation and Attending Trial |
| 1/18/2006 | Damian D. Capozzola | 2.00 | $ 515.00 | $ 1,030.00 | Review and revise witness outlines. | Trial Preparation and Attending Trial |
| 1/18/2006 | Damian D. Capozzola | 8.50 | $ 515.00 | $ 4,377.50 | Draft witness outlines; prepare for and participate in meetings and telephone conferences with J. Kinrich, M. Walker, B. Dechter, E. Liebeler, and L. Smith. | Trial Preparation and Attending Trial |
| 1/18/2006 | Edgar I. Yep | 3.50 | $ 180.00 | $ 630.00 | Respond to attorney requests re trial preparations. | Trial Preparation and Attending Trial |
| 1/18/2006 | Eric C. Liebeler | 10.00 | $ 625.00 | $ 6,250.00 | Prepare for trial. | Trial Preparation and Attending Trial |
| 1/18/2006 | Neal F. San Diego | 5.50 | $ 135.00 | $ 742.50 | Index correspondence with attachments into case management database (4.0); image correspondence with attachments into database (1.5). | Case Asses., Dev & Admin |
| 1/18/2006 | Neal F. San Diego | 5.50 | $ 135.00 | $ 742.50 | Assist in preparation of documents for use by attorneys in Hawaii re trial. | Trial Preparation and Attending Trial |
| 1/18/2006 | R. Olivia Samad | 14.00 | $ 355.00 | $ 4,970.00 | Outline and draft argument for judgment as a matter of law on profits from infringement; research and gather case law for the higher standard required for indirect profits recovery. | Motions Practice |
| 1/19/2006 | Allison Mayo Andrews | 6.00 | $ 200.00 | $ 1,200.00 | Review, process and collate incoming case documents; review and prepare hearing testimony for attorney review and use; review and revise discovery binders. | Case Asses., Dev & Admin |
| 1/19/2006 | Damian D. Capozzola | 3.25 | $ 515.00 | $ 1,673.75 | Travel time (1.0) and review and analysis of motions in limine; preparations for January 20 hearing. | Hearings |
| 1/19/2006 | Damian D. Capozzola | 14.00 | $ 515.00 | $ 7,210.00 | Travel time (1.5); review and analysis of motions in limine and pretrial filings; preparations for January 20 hearing; review and revise witness outlines; communications with team members re trial strategy issues. | Hearings |
| 1/19/2006 | Edgar I. Yep | 4.50 | $ 180.00 | $ 810.00 | Respond to attorney requests re trial preparations. | Trial Preparation and Attending Trial |
| 1/19/2006 | Neal F. San Diego | 4.00 | $ 135.00 | $ 540.00 | Analyze and prepare correspondence with attachments for indexing (1.0): index correspondence with attachments into Lotus notes database (3.0). | Case Asses., Dev & Admin |
| 1/19/2006 | Neal F. San Diego | 3.50 | $ 135.00 | $ 472.50 | Organize and prepare binders re deposition transcript and responses to discovery for use by attorney. | Discovery |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 1/19/2006 | R. Olivia Samad | 8.75 | $ 355.00 | $ 3,106.25 | Outline and draft argument for judgment as a matter of law on the higher standard required for indirect profits recovery. | Motions Practice |
| 1/20/2006 | Allison Mayo Andrews | 17.00 | $ 200.00 | $ 3,400.00 | Review, process and collate incoming case documents; review and prepare deposition testimony and hearing testimony for attorney review and use; review and process evidentiary documents re M. Walker and Guidance Software; assist attorneys with pre-trial requests; assist attorney with JMOL motion. | Trial Preparation and Attending Trial |
| 1/20/2006 | Allison Mayo Andrews | 0.25 | $ 200.00 | $ 50.00 | Assist with pre-trial requests; prepare docs to transmit to Hawaii. | Trial Preparation and Attending Trial |
| 1/20/2006 | Damian D. Capozzola | 15.00 | $ 515.00 | $ 7,725.00 | Prepare for and participate in motion in limine hearing; participate in team meetings and communications and analysis with team members re trial strategy issues; draft outlines and additional pretrial filings. | Hearings |
| 1/20/2006 | Edgar I. Yep | 11.00 | $ 180.00 | $ 1,980.00 | Cite check brief, compile documents to send to Hawaii for upcoming trial. | Motions Practice |
| 1/20/2006 | Eric C. Liebeler | 2.50 | $ 625.00 | $ 1,562.50 | Travel from mainland to Honolulu (billed at half-time). | Hearings |
| 1/20/2006 | Eric C. Liebeler | 4.50 | $ 625.00 | $ 2,812.50 | Prepare for and conduct motions in limine. | Motions Practice |
| 1/20/2006 | Eric C. Liebeler | 7.00 | $ 625.00 | $ 4,375.00 | Prepare for trial. | Trial Preparation and Attending Trial |
| 1/20/2006 | Neal F. San Diego | 2.00 | $ 135.00 | $ 270.00 | Assist in cite checking motion re judgment as a matter of law for use by the attorney. | Motions Practice |
| 1/20/2006 | Neal F. San Diego | 3.50 | $ 135.00 | $ 472.50 | Analyze and answer various e-mail requests from attorneys in preparation to the upcoming trial in Hawaii. | Trial Preparation and Attending Trial |
| 1/20/2006 | Neal F. San Diego | 9.00 | $ 135.00 | $ 1,215.00 | Analyze, obtain and messenger all documents that pertain to expert M. Walker for use by attorney in preparation to upcoming trial. | Trial Preparation and Attending Trial |
| 1/20/2006 | R. Olivia Samad | 15.00 | $ 355.00 | $ 5,325.00 | Research talking points and case law for hearing on motions in limine; research and gather case law re improper expert testimony and lack of evidence for a jury to find profits from infringement in light of hearing results; gather documents re Guidance for hearing. | Motions Practice |
| 1/21/2006 | Allison Mayo Andrews | 5.00 | $ 200.00 | $ 1,000.00 | Assist with witness and trial preparation; field e-mails-mails and respond to various requests. | Trial Preparation and Attending Trial |
| 1/21/2006 | Damian D. Capozzola | 16.50 | $ 515.00 | $ 8,497.50 | Review and revise witness outlines; review and analysis re Guidance production issues and communications re same; prepare for and participate in witness preparation sessions; communications with T. Hogan re various pretrial hearing issues. | Trial Preparation and Attending Trial |
| 1/21/2006 | Edgar I. Yep | 8.50 | $ 180.00 | $ 1,530.00 | Compile documents related to M. Walker to send via messenger to HI for trial team; respond to attorney team requests. | Trial Preparation and Attending Trial |
| 1/21/2006 | Eric C. Liebeler | 13.00 | $ 625.00 | $ 8,125.00 | Prepare for trial. | Trial Preparation and Attending Trial |
| 1/21/2006 | Neal F. San Diego | 1.75 | $ 135.00 | $ 236.25 | Analyze, obtain and messenger all documents that pertains to expert M. Walker for use by attorney during trial. | Trial Preparation and Attending Trial |
| 1/21/2006 | Neal F. San Diego | 8.50 | $ 135.00 | $ 1,147.50 | Analyze and answers all e-mail requests from attorneys in preparation to the upcoming trial. | Trial Preparation and Attending Trial |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 1/21/2006 | R. Olivia Samad | 8.50 | $ 355.00 | $ 3,017.50 | Review motion in limine hearing testimony to determine changes for directed verdict motion; outline and draft motion for judgment as a matter of law re profits based on hearing. | Motions Practice |
| 1/22/2006 | Allison Mayo Andrews | 6.50 | $ 200.00 | $ 1,300.00 | Assist attorneys with witness and trial preparation | Trial Preparation and Attending Trial |
| 1/22/2006 | Damian D. Capozzola | 19.00 | $ 515.00 | $ 9,785.00 | Prepare for and participate in witness preparation sessions with M. Dillon, T. Noa, B. Christensen, and J. Kinrich; review and revise trial outlines; prepare for deposition of T. Ueno; review and revise pleadings re motion in limine issues; communications and analysis re trial logistics. | Trial Preparation and Attending Trial |
| 1/22/2006 | Edgar I. Yep | 5.00 | $ 180.00 | $ 900.00 | Respond to attorney team requests and prepare documents for trial. | Trial Preparation and Attending Trial |
| 1/22/2006 | Edgar I. Yep | 2.25 | $ 180.00 | $ 405.00 | Respond to attorney requests. | Trial Preparation and Attending Trial |
| 1/22/2006 | Eric C. Liebeler | 13.00 | $ 625.00 | $ 8,125.00 | Prepare for trial. | Trial Preparation and Attending Trial |
| 1/22/2006 | Neal F. San Diego | 6.00 | $ 135.00 | $ 810.00 | Analyze and answers all e-mail requests from attorney in preparation to upcoming trial. | Trial Preparation and Attending Trial |
| 1/22/2006 | R. Olivia Samad | 8.50 | $ 355.00 | $ 3,017.50 | Cite check, finalize and distribute motion for judgment as a matter of law for comment. | Motions Practice |
| 1/22/2006 | Richard L. Wynne | 0.75 | $ 775.00 | $ 581.25 | Telephone conference with R. Kors re status of all issues, mainly administrative claim guarantee issue and Berry trial. | Case Asses., Dev & Admin |
| 1/22/2006 | Richard L. Wynne | 0.50 | $ 775.00 | $ 387.50 | Telephone conference with E. Liebeler re Berry trial issues. | Case Asses., Dev & Admin |
| 1/23/2006 | Allison Mayo Andrews | 11.00 | $ 200.00 | $ 2,200.00 | Assist with preparation of joint trial exhibit list; assist with jury selection chart; review, process and collate incoming case documents; assist attorneys with trial preparation. | Trial Preparation and Attending Trial |
| 1/23/2006 | Damian D. Capozzola | 15.50 | $ 515.00 | $ 7,982.50 | Prepare for trial; review and revise witness outlines; gather and prepare exhibits; team meetings re outlines, openings, and | Trial Preparation and Attending Trial |
| 1/23/2006 | Edgar I. Yep | 12.50 | $ 180.00 | $ 2,250.00 | Respond to attorney team requests for trial documents. | Trial Preparation and Attending Trial |
| 1/23/2006 | Eric C. Liebeler | 13.00 | $ 625.00 | $ 8,125.00 | Prepare for trial. | Trial Preparation and Attending Trial |
| 1/23/2006 | Neal F. San Diego | 6.50 | $ 135.00 | $ 877.50 | Analyze and prepare correspondence with attachments for indexing; index correspondence with attachments into case management database. | Case Asses., Dev & Admin |
| 1/23/2006 | Neal F. San Diego | 1.50 | $ 135.00 | $ 202.50 | Prepare spreadsheet re juror information for use by attorney to the trial proceeding. | Trial Preparation and Attending Trial |
| 1/23/2006 | Neal F. San Diego | 1.25 | $ 135.00 | $ 168.75 | Assist and answers all e-mail requests from attorney in preparation to upcoming trial proceedings. | Trial Preparation and Attending Trial |
| 1/23/2006 | Neal F. San Diego | 5.00 | $ 135.00 | $ 675.00 | Assist and answer all e-mail requests from attorney in preparation to upcoming trial in Hawaii. | Trial Preparation and Attending Trial |
| 1/23/2006 | R. Olivia Samad | 19.00 | $ 355.00 | $ 6,745.00 | Review and analyze prior Berry testimony for cross-examination materials, prepare files for trial, travel. | Trial Preparation and Attending Trial |
| 1/24/2006 | Allison Mayo Andrews | 7.50 | $ 200.00 | $ 1,500.00 | Review, process and collate case documents; file maintenance; conference with attorney re status of trial; respond to attorney requests. | Trial Preparation and Attending Trial |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 1/24/2006 | Damian D. Capozzola | 12.00 | $ 515.00 | $ 6,180.00 | Prepare for and participate in jury selection and trial; analysis of continuance and strategy meetings with team members. | Trial Preparation and Attending Trial |
| 1/24/2006 | Edgar I. Yep | 4.50 | $ 180.00 | $ 810.00 | Respond to attorney team requests for trial documents. | Trial Preparation and Attending Trial |
| 1/24/2006 | Eric C. Liebeler | 6.50 | $ 625.00 | $ 4,062.50 | Prepare for and conduct trial. | Trial Preparation and Attending Trial |
| 1/24/2006 | Neal F. San Diego | 7.00 | $ 135.00 | $ 945.00 | Analyze and prepare correspondence with attachments for indexing (1.0); index correspondence with attachments into case management database (5.0); image correspondence with attachments into database (1.0). | Trial Preparation and Attending Trial |
| 1/24/2006 | Neal F. San Diego | 3.50 | $ 135.00 | $ 472.50 | Assist and answers all e-mail requests from attorney in preparation to trial proceedings. | Trial Preparation and Attending Trial |
| 1/24/2006 | R. Olivia Samad | 12.50 | $ 355.00 | $ 4,437.50 | Finalize all exhibits for trial; attend trial; strategize with trial team re continuance and discovery issues. | Trial Preparation and Attending Trial |
| 1/24/2006 | Richard L. Wynne | 0.50 | $ 775.00 | $ 387.50 | Telephone conference with E. Liebeler re Berry trial. | Case Asses., Dev & Admin |
| 1/24/2006 | Richard L. Wynne | 0.25 | $ 775.00 | $ 193.75 | Telephone conference with R. Kors re Berry trial. | Case Asses., Dev & Admin |
| 1/25/2006 | Allison Mayo Andrews | 6.25 | $ 200.00 | $ 1,250.00 | Review, process and collate case documents; revise calendar of events. | Case Asses., Dev & Admin |
| 1/25/2006 | Damian D. Capozzola | 11.75 | $ 515.00 | $ 6,051.25 | Review Guidance production and documents pertaining to M. Walker; assist in transfer of materials to T. Hogan; review J. Borja deposition; meet with employees and review FCS. | Trial Preparation and Attending Trial |
| 1/25/2006 | Edgar I. Yep | 4.00 | $ 180.00 | $ 720.00 | Compile documents necessary for attorney team; respond to attorney team requests. | Trial Preparation and Attending Trial |
| 1/25/2006 | Eric C. Liebeler | 9.00 | $ 625.00 | $ 5,625.00 | Work with witnesses; solve discovery issues; prepare for trial. | Trial Preparation and Attending Trial |
| 1/25/2006 | Neal F. San Diego | 7.50 | $ 135.00 | $ 1,012.50 | Analyze and prepare correspondence with attachments for indexing (1.0); index correspondence with attachments into Lotus notes database (5.0); image correspondence with attachments into database (1.5). | Case Asses., Dev & Admin |
| 1/25/2006 | R. Olivia Samad | 10.00 | $ 355.00 | $ 3,550.00 | Work with opposing counsel on trial exhibit binders and conform our set with his; preserve all trial work; look through Guidance material. | Trial Preparation and Attending Trial |
| 1/26/2006 | Allison Mayo Andrews | 4.00 | $ 200.00 | $ 800.00 | Research deposition and hearing transcripts; review and process case documents; review deposition transcripts. | Trial Preparation and Attending Trial |
| 1/26/2006 | Damian D. Capozzola | 10.50 | $ 515.00 | $ 5,407.50 | Meet with T. Hogan and supervise production of Guidance materials with M. Walker; meetings with M. Dillon and T. Noa and design exhibits; review and revise trial outlines; supervise documentation preservation process; communications with team members and analysis re trial strategy issues. | Trial Preparation and Attending Trial |
| 1/26/2006 | Edgar I. Yep | 2.50 | $ 180.00 | $ 450.00 | Compile documents necessary for attorney team; respond to attorney team requests; coordinate with court transcribing company retrieval of necessary transcripts and videos. | Trial Preparation and Attending Trial |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 1/26/2006 | Eric C. Liebeler | 5.00 | $ 625.00 | $ 3,125.00 | Prepare for trial. | Trial Preparation and Attending Trial |
| 1/26/2006 | Neal F. San Diego | 7.50 | $ 135.00 | $ 1,012.50 | Analyze and prepare correspondence and pleadings with attachments for indexing; index correspondence and pleadings with attachments into case management database. | Case Asses., Dev & Admin |
| 1/26/2006 | R. Olivia Samad | 8.00 | $ 355.00 | $ 2,840.00 | Procure original certified transcripts of prior trial; contact court reporter for depositions for which we do not have originals, prepare exhibit binders and copies for trial box based on conformed binders from opposing counsel. | Trial Preparation and Attending Trial |
| 1/27/2006 | Damian D. Capozzola | 9.50 | $ 515.00 | $ 4,892.50 | Review and analysis of materials produced to plaintiff; meetings with employees to review and revise outlines and prepare supplemental exhibits; communications with T. Hogan re document production issues. | Trial Preparation and Attending Trial |
| 1/27/2006 | Neal F. San Diego | 7.50 | $ 135.00 | $ 1,012.50 | Index correspondence with attachments into case management database (5.5); image correspondence with attachments into database (2.0). | Case Asses., Dev & Admin |
| 1/27/2006 | R. Olivia Samad | 9.00 | $ 355.00 | $ 3,195.00 | Finalize exhibit boxes based on documents from opposing counsel; pack all trial boxes for storage in HI and all working files to be sent to LA; work with employee witness and her counsel re data for FCS demonstration. | Trial Preparation and Attending Trial |
| 1/28/2006 | R. Olivia Samad | 6.00 | $ 355.00 | $ 2,130.00 | Review and flag discovery responses for impeachment materials for cross-examination; travel. | Trial Preparation and Attending Trial |
| 1/29/2006 | Damian D. Capozzola | 3.25 | $ 515.00 | $ 1,673.75 | Review and analysis of J. Borja deposition; draft and revise outline for T. Noa; review B. Dechter deposition and calendar. | Trial Preparation and Attending Trial |
| 1/30/2006 | Allison Mayo Andrews | 7.25 | $ 200.00 | $ 1,450.00 | File maintenance; review process and collate case files; revise calendar of events. | Case Asses., Dev & Admin |
| 1/30/2006 | Damian D. Capozzola | 7.00 | $ 515.00 | $ 3,605.00 | Prepare for and participate in status conference; meet with witnesses to review and revise witness outlines and prepare exhibits; review and revise case management calendar and attention to scheduling issues. | Hearings |
| 1/30/2006 | Neal F. San Diego | 6.00 | $ 135.00 | $ 810.00 | Index correspondence with attachments into Lotus notes database (5.0); image correspondence with attachments into database (1.0). | Case Asses., Dev & Admin |
| 1/30/2006 | Neal F. San Diego | 1.50 | $ 135.00 | $ 202.50 | Prepare evidentiary documents with bates numbers PCT-B MW 02763 to 02866 for use by attorney. | Discovery |
| 1/30/2006 | R. Olivia Samad | 0.25 | $ 355.00 | $ 88.75 | Get confirmation from court reporter, Jan Floate, who did the depositions of Dillon, Waiolama, Christensen, and Rio that she turned over all originals and exhibits to opposing counsel. | Trial Preparation and Attending Trial |
| 1/30/2006 | Richard L. Wynne | 0.50 | $ 775.00 | $ 387.50 | Analyze Berry trial update. | Case Asses., Dev & Admin |
| 1/31/2006 | Allison Mayo Andrews | 6.00 | $ 200.00 | $ 1,200.00 | File maintenance; review process and collate case files; prepare evidentiary documents for attorney review and use. | Case Asses., Dev & Admin |
| 1/31/2006 | Damian D. Capozzola | 3.50 | $ 515.00 | $ 1,802.50 | Communications and analysis re case management and trial preparation issues; review and revise witness outlines. | Trial Preparation and Attending Trial |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 1/31/2006 | Eric C. Liebeler | 4.00 | $ 625.00 | $ 2,500.00 | Review and organize discovery issues and trial preparation. | Trial Preparation and Attending Trial |
| 1/31/2006 | Neal F. San Diego | 5.50 | $ 135.00 | $ 742.50 | Analyze and prepare correspondence with attachments for indexing (1.0); index correspondence with attachments into case management database (4.5). | Case Asses., Dev & Admin |
| 1/31/2006 | R. Olivia Samad | 2.00 | $ 355.00 | $ 710.00 | Receive 9 boxes of documents; work with legal team to supplement our files. | Case Asses., Dev & Admin |
| 02/01/06 | Allison Mayo Andrews | 6.25 | $ 200.00 | $ 1,250.00 | Review and process case documents received from HI counsel. Review and revise trial exhibit binders; review, process and collate incoming case documents. | Trial Preparation and Attending Trial |
| 02/01/06 | Damian D. Capozzola | 2.5 | $ 515.00 | $ 1,287.50 | Communications and analysis re expert scheduling and case management issues; unpack boxes from Hawaii and integrate into trial preparation; communications with T. Hogan, V. Limongelli, and M. Walker re recently produced Guidance files. | Trial Preparation and Attending Trial |
| 02/01/06 | Edgar I. Yep | 1.5 | $ 180.00 | $ 270.00 | Compile documents from attorney team requests. | Trial Preparation and Attending Trial |
| 02/01/06 | Neal F. San Diego | 7.5 | $ 135.00 | $ 1,012.50 | Analyze and prepare correspondence with attachments for indexing (1.5); index correspondence with attachments into Lotus notes database (6.0). | Case Asses., Dev & Admin |
| 02/01/06 | R. Olivia Samad | 1 | $ 355.00 | $ 355.00 | Meet with trial team re Berry case and tasks for pre-trial preparation. | Trial Preparation and Attending Trial |
| 02/02/06 | Allison Mayo Andrews | 6 | $ 200.00 | $ 1,200.00 | Review, process and collate case documents; respond to a attorney requests; prepare case documents for attorney review and use. | Trial Preparation and Attending Trial |
| 02/02/06 | Damian D. Capozzola | 5 | $ 515.00 | $ 2,575.00 | Communications and analysis re case management and attorney transition issues. | Trial Preparation and Attending Trial |
| 02/02/06 | Edgar I. Yep | 3 | $ 180.00 | $ 540.00 | Respond to attorney team requests re organizing trial prep documents. | Trial Preparation and Attending Trial |
| 02/02/06 | Neal F. San Diego | 7.5 | $ 135.00 | $ 1,012.50 | Analyze and prepare correspondence with attachments for indexing (1.5); index correspondence with attachments into case management database (5.0); image correspondence with attachments into database (1.0). | Case Asses., Dev & Admin |
| 02/02/06 | R. Olivia Samad | 2 | $ 355.00 | $ 710.00 | Work with legal team and local counsel to bring M. Baumann up to speed on case with materials and pro hac vice forms. | Trial Preparation and Attending Trial |
| 02/03/06 | Allison Mayo Andrews | 2 | $ 200.00 | $ 400.00 | Respond to email requests; process case documents. | Case Asses., Dev & Admin |
| 02/03/06 | Damian D. Capozzola | 7.5 | $ 515.00 | $ 3,862.50 | Prepare for trial; review and revise outlines; discussions with M. Baumann and O. Samad; attention to document production issues and communications from T. Hogan. | Trial Preparation and Attending Trial |
| 02/03/06 | Edgar I. Yep | 7.5 | $ 180.00 | $ 1,350.00 | Prepare documents for trial preparation for M. Baumann. | Trial Preparation and Attending Trial |
| 02/03/06 | Neal F. San Diego | 5.5 | $ 135.00 | $ 742.50 | Organize and prepare binders re motion in limine and expert report for use by attorney to upcoming trial. | Trial Preparation and Attending Trial |
| 02/03/06 | R. Olivia Samad | 3 | $ 355.00 | $ 1,065.00 | Meet with M. Baumann re case; prepare and file pro hac vice application and work with local counsel re other changes to Berry in preparation for end-of-month trial. | Trial Preparation and Attending Trial |
| 02/03/06 | Richard L. Wynne | 2.5 | $ 775.00 | $ 1,937.50 | Conference with R. Kors and E. Liebeler and M. Baumann re Berry and preference cases. | Trial Preparation and Attending Trial |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 02/05/06 | Damian D. Capozzola | 0.5 | $ 515.00 | $ 257.50 | Communications and analysis re scheduling and case management issues. | Trial Preparation and Attending Trial |
| 02/06/06 | Allison Mayo Andrews | 8.25 | $ 200.00 | $ 1,650.00 | Review, process and collate incoming case documents; prepare case documents for attorney review and use; revise trial exhibit binders. | Trial Preparation and Attending Trial |
| 02/06/06 | Damian D. Capozzola | 7.75 | $ 515.00 | $ 3,991.25 | Communications and analysis re case management and trial strategy matters; communications with M. Walker, T. Hogan, and others re electronic production issues; meetings with M. Baumann. | Trial Preparation and Attending Trial |
| 02/06/06 | Edgar I. Yep | 3 | $ 180.00 | $ 540.00 | Compile documents requested by D. Capozzola; modify/edit spreadsheet exhibit 93 for D. Capozzola. | Trial Preparation and Attending Trial |
| 02/06/06 | Neal F. San Diego | 2.5 | $ 135.00 | $ 337.50 | Index correspondence with attachments into case management database. | Case Asses., Dev & Admin |
| 02/06/06 | Neal F. San Diego | 2 | $ 135.00 | $ 270.00 | Analyze and prepare binder re juror summary for use by counsel re upcoming trial. | Trial Preparation and Attending Trial |
| 02/06/06 | Neal F. San Diego | 3 | $ 135.00 | $ 405.00 | Analyze and prepare documents re outline of T. Ueno and Berry cross examination for use by counsel to trial. | Trial Preparation and Attending Trial |
| 02/06/06 | R. Olivia Samad | 8 | $ 355.00 | $ 2,840.00 | Meet with E. Yep and A. Andrews re files and updating team; confer with M. Baumann and D. Capozzola re upcoming deadlines, review JMOL motion and standards re indirect profits. | Motions Practice |
| 02/07/06 | Allison Mayo Andrews | 7 | $ 200.00 | $ 1,400.00 | Review, process and collate incoming case documents; prepare case documents for attorney review and use. | Trial Preparation and Attending Trial |
| 02/07/06 | Damian D. Capozzola | 9.25 | $ 515.00 | $ 4,763.75 | Prepare for and participate in meeting with M. Baumann, J. Kinrich, and K. Gold; communications with M. Walker and T. Hogan re electronic discovery issues. | Trial Preparation and Attending Trial |
| 02/07/06 | Edgar I. Yep | 4.25 | $ 180.00 | $ 765.00 | Search for documents per D. Capozzola re documents to T. Hogan; review binders for M. Baumann. | Trial Preparation and Attending Trial |
| 02/07/06 | Neal F. San Diego | 2 | $ 135.00 | $ 270.00 | Index correspondence with attachments into Lotus notes database. | Case Asses., Dev & Admin |
| 02/07/06 | Neal F. San Diego | 6 | $ 135.00 | $ 810.00 | Organize and prepare documents for use and review by M. Baumann re Berry. | Trial Preparation and Attending Trial |
| 02/07/06 | R. Olivia Samad | 1 | $ 355.00 | $ 355.00 | Discuss trial preparations with D. Capozzola and S. Bensen. | Trial Preparation and Attending Trial |
| 02/07/06 | Richard L. Wynne | 0.25 | $ 775.00 | $ 193.75 | Telephone conference with E. Liebeler re transition issues on Berry. | Trial Preparation and Attending Trial |
| 02/08/06 | Allison Mayo Andrews | 5.75 | $ 200.00 | $ 1,150.00 | Review, process and collate incoming case documents; review and process production documents. | Case Asses., Dev & Admin |
| 02/08/06 | Damian D. Capozzola | 2.5 | $ 515.00 | $ 1,287.50 | Communications and analysis re profit issues; communications with M. Walker and T. Hogan re electronic discovery issues. | Trial Preparation and Attending Trial |
| 02/08/06 | Neal F. San Diego | 4.5 | $ 135.00 | $ 607.50 | Analyze and prepare correspondence with attachments for indexing (1.0); index correspondence with attachments into case management database (3.5). | Case Asses., Dev & Admin |
| 02/08/06 | Neal F. San Diego | 2 | $ 135.00 | $ 270.00 | Organize and prepare discovery binder for use by attorney for upcoming trial. | Trial Preparation and Attending Trial |
| 02/08/06 | R. Olivia Samad | 3 | $ 355.00 | $ 1,065.00 | Review discovery responses and trial objections. | Trial Preparation and Attending Trial |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 02/09/06 | Allison Mayo Andrews | 10.5 | $ 200.00 | $ 2,100.00 | Review, process and collate incoming case documents; prepare witness binders for attorney review and use; prepare exhibit binders; review and process evidentiary documents; prepare documents to transmit to Hawaii for trial. | Trial Preparation and Attending Trial |
| 02/09/06 | Damian D. Capozzola | 9 | $ 515.00 | $ 4,635.00 | Communications and analysis re case management and strategy issues; review and analysis of T. Ueno depositions and reports; review and analysis of trial exhibits; review and revise witness outlines; communications and analysis re discovery issues. | Trial Preparation and Attending Trial |
| 02/09/06 | Edgar I. Yep | 6.5 | $ 180.00 | $ 1,170.00 | Compile documents for attorney team (transcripts for M. Baumann and additional documents for D. Capozzola. | Trial Preparation and Attending Trial |
| 02/09/06 | Neal F. San Diego | 3.25 | $ 135.00 | $ 438.75 | Analyze and prepare correspondence with attachments for indexing (1.75); image correspondence with attachments into case management database (1.5). | Case Asses., Dev & Admin |
| 02/09/06 | Neal F. San Diego | 4.25 | $ 135.00 | $ 573.75 | Index correspondence and pleadings with attachments into Lotus notes database. | Case Asses., Dev & Admin |
| 02/09/06 | Neal F. San Diego | 3 | $ 135.00 | $ 405.00 | Analyze and compare documents against the case management database for use in production. | Discovery |
| 02/09/06 | Neal F. San Diego | 1 | $ 135.00 | $ 135.00 | Research document for use by attorney for production. | Trial Preparation and Attending Trial |
| 02/09/06 | R. Olivia Samad | 7.5 | $ 355.00 | $ 2,662.50 | Research evidentiary rules and other issues for trial; supervise and work legal team and secretaries re trial preparations. | Trial Preparation and Attending Trial |
| 02/10/06 | Allison Mayo Andrews | 13.75 | $ 200.00 | $ 2,750.00 | Revise witness binders; analyze and prepare evidentiary documents for supplemental production; telephone to and from W. Thomas re preparation of Trial Max database for use at trial; review and process incoming case documents. | Trial Preparation and Attending Trial |
| 02/10/06 | Damian D. Capozzola | 8 | $ 515.00 | $ 4,120.00 | Prepare for and participate in meeting with M. Baumann, J. Kinrich, and K. Gold re Ueno report and cross-examination; communications with M. Baumann and team members and analysis re case management and trial strategy issues; review and prepare documents for production and communications with legal assistants re same; review and analysis of Rule 60 motion. | Trial Preparation and Attending Trial |
| 02/10/06 | Neal F. San Diego | 4.75 | $ 135.00 | $ 641.25 | Index correspondence with attachments into case management database. | Case Asses., Dev & Admin |
| 02/10/06 | Neal F. San Diego | 10 | $ 135.00 | $ 1,350.00 | Analyze and organize exhibit documents re outline for direct examination of W. Berry, T. Ueno, T. Noa, B. Christensen, M. Dillon, J. Kinrich and B. Dechter for use by attorney. | Trial Preparation and Attending Trial |
| 02/11/06 | Damian D. Capozzola | 5.75 | $ 515.00 | $ 2,961.25 | Review Berry Rule 60 motion and draft response outline; communications with team members re same and trial preparation issues. | Motions Practice |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 02/12/06 | Damian D. Capozzola | 6.5 | $ 515.00 | $ 3,347.50 | Review and analysis of Rule 60 motion and communications re same; prepare for and participate in meeting with M. Baumann, J. Kinrich, and K. Gold; revise time management spreadsheet; review and analysis of trial exhibits. | Motions Practice |
| 02/13/06 | Allison Mayo Andrews | 9.75 | $ 200.00 | $ 1,950.00 | Review process and collate incoming case documents; review and revise Kinrich witness file; prepare discovery documents for attorney review and use. | Case Asses., Dev & Admin |
| 02/13/06 | Bibliographic Research | 0.25 | $ 185.00 | $ 46.25 | Bibliographic Research re Filing deadlines for an offer of judgment in a copyright infringement case. | Trial Preparation and Attending Trial |
| 02/13/06 | Damian D. Capozzola | 8.25 | $ 515.00 | $ 4,248.75 | Review and revise time management schedule; review and analysis of trial exhibits; communications with team members re case management and trial strategy issues; communications with T. Hogan re expert discovery and document production issues; participate in group call re Logistics Data Org.xls. | Trial Preparation and Attending Trial |
| 02/13/06 | Edgar I. Yep | 8.5 | $ 180.00 | $ 1,530.00 | Compile documents requested by attorney team; search for and distribute documents necessary for trial prep; review court docket for pleading update project. | Case Asses., Dev & Admin |
| 02/13/06 | Neal F. San Diego | 5.5 | $ 135.00 | $ 742.50 | Index correspondence with attachments into Lotus notes database. | Case Asses., Dev & Admin |
| 02/13/06 | Neal F. San Diego | 3.25 | $ 135.00 | $ 438.75 | Analyze and research evidentiary documents for use by attorney. | Case Asses., Dev & Admin |
| 02/13/06 | Neal F. San Diego | 1 | $ 135.00 | $ 135.00 | Organize and prepare a discovery binder re Berry for use by D. Capozzola to upcoming trial. | Trial Preparation and Attending Trial |
| 02/13/06 | Richard L. Wynne | 0.5 | $ 775.00 | $ 387.50 | Telephone conference with D. Capozzola re Berry. | Trial Preparation and Attending Trial |
| 02/14/06 | Allison Mayo Andrews | 8.25 | $ 200.00 | $ 1,650.00 | Review, process and collate incoming case documents; review and process evidentiary documents produced to Hogan; prepare case documents for attorney review and use. | Case Asses., Dev & Admin |
| 02/14/06 | Damian D. Capozzola | 12 | $ 515.00 | $ 6,180.00 | Review and analysis of exhibits; communications with T. Hogan re discovery issues; prepare for and participate in team meetings re trial strategy and witness outline issues; review and revise draft of opposition to Rule 60 motion and communications with team members re same. | Trial Preparation and Attending Trial |
| 02/14/06 | Edgar I. Yep | 4 | $ 180.00 | $ 720.00 | Search for and distribute documents to attorney team for trial prep. | Trial Preparation and Attending Trial |
| 02/14/06 | Neal F. San Diego | 9.5 | $ 135.00 | $ 1,282.50 | Analyze and prepare pleadings with attachment for indexing (3.0); index pleadings with attachments into case management database (4.0); image pleadings with attachments into database (2.5). | Case Asses., Dev & Admin |
| 02/14/06 | R. Olivia Samad | 7 | $ 355.00 | $ 2,485.00 | Work on matters with co counsel to prepare for trial; help with expert preparation; draft memorandum re offer of judgment. | Trial Preparation and Attending Trial |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 02/15/06 | Allison Mayo Andrews | 9.25 | $ 200.00 | $ 1,850.00 | Telephone conferences with Matt Smith re preparation of Trial Max database for trial; review, process and collate incoming case documents; prepare case documents for attorney review and use. | Trial Preparation and Attending Trial |
| 02/15/06 | Damian D. Capozzola | 5.5 | $ 515.00 | $ 2,832.50 | Review and revise draft opposition to Rule 60 motion; communications with M. Walker re same; communications with T. Hogan re discovery issues; communications and analysis re case management and trial strategy issues. | Motions Practice |
| 02/15/06 | Damian D. Capozzola | 1.75 | $ 515.00 | $ 901.25 | Review and analysis of plaintiff's exhibits (at home) and prepare witness examination questions. | Trial Preparation and Attending Trial |
| 02/15/06 | Edgar I. Yep | 3 | $ 180.00 | $ 540.00 | Search for and compile documents for attorney team re trial prep. | Trial Preparation and Attending Trial |
| 02/15/06 | Neal F. San Diego | 4.5 | $ 135.00 | $ 607.50 | Index correspondence with attachments into case management database (3.0); image correspondence with attachments into database (1.5). | Case Asses., Dev & Admin |
| 02/15/06 | Neal F. San Diego | 3.5 | $ 135.00 | $ 472.50 | Organize and prepare prepetition hearing transcripts compiled into a CD for use by D. Capozzola for upcoming trial. | Trial Preparation and Attending Trial |
| 02/15/06 | R. Olivia Samad | 18 | $ 355.00 | $ 6,390.00 | Outline brief for motion in limine. | Motions Practice |
| 02/16/06 | Allison Mayo Andrews | 4.75 | $ 200.00 | $ 950.00 | Review, process and collate incoming case documents; assist attorney with preparation of JMOL motion. | Trial Preparation and Attending Trial |
| 02/16/06 | Damian D. Capozzola | 6.5 | $ 515.00 | $ 3,347.50 | Travel time when unable to work (0.75); Review and revise drafts of Rule 60 opposition and Ueno motion in limine, and communications with team members re same (5.75). | Motions Practice |
| 02/16/06 | Damian D. Capozzola | 3 | $ 515.00 | $ 1,545.00 | Travel time when unable to work (1.25); review and revise drafts of Rule 60 opposition and Ueno motion in limine (1.75). | Motions Practice |
| 02/16/06 | Damian D. Capozzola | 3.75 | $ 515.00 | $ 1,931.25 | Communications with experts and analysis re forthcoming reports. | Trial Preparation and Attending Trial |
| 02/16/06 | Edgar I. Yep | 2 | $ 180.00 | $ 360.00 | Assist attorney team with continued trial preparation of materials. | Trial Preparation and Attending Trial |
| 02/16/06 | Neal F. San Diego | 3 | $ 135.00 | $ 405.00 | Cite check brief re memorandum in support of defendant PCT's motion in limine to exclude T. Ueno. | Motions Practice |
| 02/16/06 | Neal F. San Diego | 5 | $ 135.00 | $ 675.00 | Cite check brief re motion for judgment as a matter of law on all claims for profits and damages. | Motions Practice |
| 02/16/06 | R. Olivia Samad | 14.75 | $ 355.00 | $ 5,236.25 | Draft motion in limine; research issues for Rule 60 opposition. | Motions Practice |
| 02/17/06 | Allison Mayo Andrews | 12.25 | $ 200.00 | $ 2,450.00 | Assist attorneys with preparation of opposition to Rule 60(b) motion and MIL re Ueno. | Motions Practice |
| 02/17/06 | Bibliographic Research | 0.25 | $ 185.00 | $ 46.25 | Bibliographic Research re Locate written materials regarding a party's duty to develop evidence or pursue discovery. | Motions Practice |
| 02/17/06 | Damian D. Capozzola | 11.25 | $ 515.00 | $ 5,793.75 | Review and revise MIL re Ueno and Rule 60 opposition, and prepare same and related papers for filing. | Motions Practice |
| 02/17/06 | Edgar I. Yep | 9.5 | $ 135.00 | $ 1,282.50 | Compile and prepare to send electronically exhibits for court filing; assist in the sending to HI the Rule 60 Opposition. | Motions Practice |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 02/17/06 | Neal F. San Diego | 6 | $ 135.00 | $ 810.00 | Cite check opposition to Berry motion for reconsideration or in the alternative rule 60(b) relief for fraud on the court. | Motions Practice |
| 02/17/06 | Neal F. San Diego | 2 | $ 135.00 | $ 270.00 | Pull exhibits for D. Capozzola's declaration in support of pct's motion in limine to exclude T. Ueno. | Motions Practice |
| 02/17/06 | Neal F. San Diego | 7.75 | $ 135.00 | $ 1,046.25 | Organize and prepare all the final version of materials filed by all parties for use by attorneys for upcoming trial. | Trial Preparation and Attending Trial |
| 02/17/06 | R. Olivia Samad | 14.5 | $ 355.00 | $ 5,147.50 | Finalize and file briefs for motion in limine and rule 60 and all documents that go with it. | Motions Practice |
| 02/18/06 | Damian D. Capozzola | 0.25 | $ 515.00 | $ 128.75 | Communications and analysis re Rule 60 and Ueno MIL issues. | Motions Practice |
| 02/18/06 | Neal F. San Diego | 5.25 | $ 135.00 | $ 708.75 | Organize and prepare for use by attorneys all the motions filed by all parties re rule 60(b) and motion in limine to exclude T. Ueno. | Motions Practice |
| 02/18/06 | R. Olivia Samad | 0.5 | $ 355.00 | $ 177.50 | Communicate re trial preparations with tech support. | Trial Preparation and Attending Trial |
| 02/19/06 | Damian D. Capozzola | 2.5 | $ 515.00 | $ 1,287.50 | Review and analysis of Rule 60 opposition and reply papers, and communications with team members re same. | Motions Practice |
| 02/20/06 | Allison Mayo Andrews | 8 | $ 200.00 | $ 1,600.00 | Prepare witness binders; review and revise hearing binders; prepare trial documents for attorney review and use. | Trial Preparation and Attending Trial |
| 02/20/06 | Damian D. Capozzola | 7.75 | $ 515.00 | $ 3,991.25 | Review and analysis of trial exhibits; communications with team members re discovery and trial strategy issues; review and analysis of recent briefing and prepare for February 24 hearing; communications with opposing counsel re discovery issues. | Trial Preparation and Attending Trial |
| 02/20/06 | Edgar I. Yep | 7.25 | $ 180.00 | $ 1,305.00 | Compile and prepare binders re Rule 60 motion and MIL re Ueno to be sent to HI; search for documents requested by attorney team. | Motions Practice |
| 02/20/06 | Michael Baumann | 8 | $ 745.00 | $ 5,960.00 | Prepare for and participate in trial activities. | Trial Preparation and Attending Trial |
| 02/20/06 | Neal F. San Diego | 5.25 | $ 135.00 | $ 708.75 | Assist in preparation of witness binders for depositions and upcoming trial. | Trial Preparation and Attending Trial |
| 02/20/06 | R. Olivia Samad | 2.5 | $ 355.00 | $ 887.50 | Review and organize documents and answer LA questions re materials for trial; review Berry's discovery requests for information re experts. | Trial Preparation and Attending Trial |
| 02/21/06 | Allison Mayo Andrews | 8 | $ 200.00 | $ 1,600.00 | Review, process and collate incoming case documents; prepare case documents to transmit to Hawaii for attorney use at trial; analysis and preparation of evidentiary documents. | Trial Preparation and Attending Trial |
| 02/21/06 | Damian D. Capozzola | 12 | $ 515.00 | $ 6,180.00 | Review and analysis of Rule 60 motion and hearing preparations; review documents and prepare witness outlines; meetings with team members re strategy and scheduling issues. | Motions Practice |
| 02/21/06 | Edgar I. Yep | 5 | $ 180.00 | $ 900.00 | Prepare documents re Rule 60 motion to send to client; respond to attorney team requests; research pleadings and court orders for description of PCT/Fleming, per O. Samad. | Motions Practice |
| 02/21/06 | Michael Baumann | 8 | $ 745.00 | $ 5,960.00 | Prepare for and participate in trial activities. | Trial Preparation and Attending Trial |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 02/21/06 | Neal F. San Diego | 1 | $ 135.00 | $ 135.00 | Analyze and prepare documents to update the case management database. | Case Asses., Dev & Admin |
| 02/21/06 | Neal F. San Diego | 5 | $ 135.00 | $ 675.00 | Prepare evidentiary documents for production re J. Kinrich and K. Gold. | Trial Preparation and Attending Trial |
| 02/21/06 | Neal F. San Diego | 5 | $ 135.00 | $ 675.00 | Analyze and prepare documents for production re J. Kinrich and K. Gold. | Trial Preparation and Attending Trial |
| 02/21/06 | R. Olivia Samad | 14 | $ 355.00 | $ 4,970.00 | Research and analyze various issues, prepare for trial and travel; communicate with M. Smith re trial technology. | Trial Preparation and Attending Trial |
| 02/22/06 | Allison Mayo Andrews | 7.5 | $ 200.00 | $ 1,500.00 | Review trial exhibits; review and process expert reports; assist with preparation for 2/24 hearing; review and process of incoming case documents; review court orders revise binder re same. | Trial Preparation and Attending Trial |
| 02/22/06 | Damian D. Capozzola | 13.25 | $ 515.00 | $ 6,823.75 | Review and analysis of Berry motions in limine and draft responses; meetings with witnesses and co-counsel and prepare testimony; communications and analysis re case management and strategy issues. | Trial Preparation and Attending Trial |
| 02/22/06 | Edgar I. Yep | 8.25 | $ 180.00 | $ 1,485.00 | Respond to attorney team requests for documents for trial preparation; research court docket and in-house document database for documents requested; prepare documents for sending via Federal Express. | Trial Preparation and Attending Trial |
| 02/22/06 | Michael Baumann | 8 | $ 745.00 | $ 5,960.00 | Prepare for and participate in trial activities. | Trial Preparation and Attending Trial |
| 02/22/06 | Neal F. San Diego | 2 | $ 135.00 | $ 270.00 | Cite check motion re judgment as a matter of law for use by O. Samad. | Motions Practice |
| 02/22/06 | Neal F. San Diego | 7 | $ 135.00 | $ 945.00 | Organize and prepare court orders binder re Berry for use by attorney to upcoming trial. | Trial Preparation and Attending Trial |
| 02/22/06 | Neal F. San Diego | 1.5 | $ 135.00 | $ 202.50 | Organize and update lotus notes database for preparation to upcoming trial. | Trial Preparation and Attending Trial |
| 02/22/06 | R. Olivia Samad | 10.5 | $ 355.00 | $ 3,727.50 | Research and analyze judgment as a matter of law re profits, judicial notice and other items for trial. | Motions Practice |
| 02/23/06 | Allison Mayo Andrews | 6.75 | $ 200.00 | $ 1,350.00 | Prepare case documents for attorney review and use; process incoming case documents; review case files produced by Ueno; review court orders per attorney request; assist HI trial team as requested. | Trial Preparation and Attending Trial |
| 02/23/06 | Damian D. Capozzola | 13 | $ 515.00 | $ 6,695.00 | Review Berry filings and prepare PCT filings; prepare for February 24 hearing; prepare for and participate in witness preparation sessions; review exhibits and review and revise witness outlines. | Motions Practice |
| 02/23/06 | Edgar I. Yep | 2.5 | $ 180.00 | $ 450.00 | Respond to attorney team requests re trial preparation. | Trial Preparation and Attending Trial |
| 02/23/06 | Michael Baumann | 8 | $ 745.00 | $ 5,960.00 | Prepare for and participate in trial activities. | Trial Preparation and Attending Trial |
| 02/23/06 | Neal F. San Diego | 2 | $ 135.00 | $ 270.00 | Index correspondence with attachments into case management database. | Case Asses., Dev & Admin |
| 02/23/06 | Neal F. San Diego | 2 | $ 135.00 | $ 270.00 | Analyze and obtain exhibits for D. Capozzola's motion re opposition to Berry's motion in limine to exclude J. Kinrich's testimony and evidence. | Motions Practice |
| 02/23/06 | Neal F. San Diego | 3.5 | $ 135.00 | $ 472.50 | Cite check motion re judgment as a matter of law for use by attorney. | Motions Practice |
| 02/23/06 | R. Olivia Samad | 18 | $ 355.00 | $ 6,390.00 | Prepare for trial, review documents and travel. | Trial Preparation and Attending Trial |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 02/24/06 | Allison Mayo Andrews | 9.5 | $ 200.00 | $ 1,900.00 | Review and process incoming case documents; review and revise deposition chart; analyze trial exhibits; prepare to transmit to HI trial team; review deposition testimony per attorney request; assist with various attorney requests re preparation for trial. | Trial Preparation and Attending Trial |
| 02/24/06 | Damian D. Capozzola | 14.5 | $ 515.00 | $ 7,467.50 | Review and revise witness outlines and team meetings re same; review new Berry exhibits and prepare objections; prepare materials for trial and oversee staff re same; review and analysis of motions for pretrial hearing and prepare arguments re same. | Trial Preparation and Attending Trial |
| 02/24/06 | Edgar I. Yep | 7 | $ 180.00 | $ 1,260.00 | Edit exhibit analysis chart; search deposition database per D. Capozzola; respond to attorney team requests. | Trial Preparation and Attending Trial |
| 02/24/06 | Michael Baumann | 8 | $ 745.00 | $ 5,960.00 | Prepare for and participate in trial activities. | Trial Preparation and Attending Trial |
| 02/24/06 | Neal F. San Diego | 3 | $ 135.00 | $ 405.00 | Index correspondence with attachments into lotus notes database. | Case Asses., Dev & Admin |
| 02/24/06 | Neal F. San Diego | 1 | $ 135.00 | $ 135.00 | Index correspondence with attachments into case management database. | Case Asses., Dev & Admin |
| 02/24/06 | Neal F. San Diego | 4 | $ 135.00 | $ 540.00 | Analyze and prepare deposition chart re all deponents and their exhibits for use by attorney to upcoming trial. | Trial Preparation and Attending Trial |
| 02/24/06 | R. Olivia Samad | 15.5 | $ 355.00 | $ 5,502.50 | Prepare for trial. | Trial Preparation and Attending Trial |
| 02/25/06 | Allison Mayo Andrews | 5.75 | $ 200.00 | $ 1,150.00 | Process case documents; file maintenance; revise exhibit chart re objections; prepare deposition exhibits for attorney use; review Fleming evidentiary documents re Flex Pro plan. | Trial Preparation and Attending Trial |
| 02/25/06 | Damian D. Capozzola | 14 | $ 515.00 | $ 7,210.00 | Review and analysis of trial exhibits; prepare for and participate in meetings with witnesses; review and revise examination outlines; analysis and communications re trial strategy and case management issues. | Trial Preparation and Attending Trial |
| 02/25/06 | Edgar I. Yep | 4.25 | $ 180.00 | $ 765.00 | Respond to attorney team requests for documents re trial preparation. | Trial Preparation and Attending Trial |
| 02/25/06 | R. Olivia Samad | 14 | $ 355.00 | $ 4,970.00 | Review all MIL outcomes and cross reference exhibits; research and draft pocket brief re Texarkana litigation; research issue and claim preclusion re license. | Motions Practice |
| 02/26/06 | Damian D. Capozzola | 14 | $ 515.00 | $ 7,210.00 | Meet with witnesses; review documents and refine examinations for trial; prepare for 2/27 hearing. | Trial Preparation and Attending Trial |
| 02/26/06 | Edgar I. Yep | 5 | $ 180.00 | $ 900.00 | Respond to attorney team requests re trial preparation. | Trial Preparation and Attending Trial |
| 02/26/06 | Neal F. San Diego | 6.25 | $ 135.00 | $ 843.75 | Assist attorneys in Hawaii in preparation for the upcoming trial. | Trial Preparation and Attending Trial |
| 02/26/06 | R. Olivia Samad | 13 | $ 355.00 | $ 4,615.00 | Prepare for hearing and trial, work on joint defense and privilege research, work with witnesses. | Trial Preparation and Attending Trial |
| 02/27/06 | Allison Mayo Andrews | 16.75 | $ 200.00 | $ 3,350.00 | Review, process and collate incoming case documents; review and prepare deposition exhibits; assist with preparation of joint stipulation re exhibits; assist attorneys as requested. | Trial Preparation and Attending Trial |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 02/27/06 | Damian D. Capozzola | 16 | $ 515.00 | $ 8,240.00 | Review and revise witness outlines; review and analysis of documents and revise exhibits; meetings with witnesses and team members; prepare for and participate in pretrial hearing. | Trial Preparation and Attending Trial |
| 02/27/06 | Edgar I. Yep | 7.5 | $ 180.00 | $ 1,350.00 | Provide support to trial team; search for and send documents via pdf; edit documents and send via pdf. | Trial Preparation and Attending Trial |
| 02/27/06 | Michael Baumann | 8 | $ 745.00 | $ 5,960.00 | Prepare for and participate in trial activities. | Trial Preparation and Attending Trial |
| 02/27/06 | Neal F. San Diego | 3.5 | $ 135.00 | $ 472.50 | Cite check motion re joint defense privilege for use by O. Samad. | Motions Practice |
| 02/27/06 | Neal F. San Diego | 7.5 | $ 135.00 | $ 1,012.50 | Analyze and prepare correspondence and pleadings with attachments for indexing (2.0); index correspondence and pleadings with attachments into case management database (4.0); image correspondence and pleadings with attachments into database (1.5). | Trial Preparation and Attending Trial |
| 02/27/06 | R. Olivia Samad | 24 | $ 355.00 | $ 8,520.00 | Hearing and preparation for same; trial preparation and research issues re special verdicts, local rules, the end user license agreement; research and coordinate drafting of judgment as a matter of law on vicarious liability. | Trial Preparation and Attending Trial |
| 02/27/06 | Richard L. Wynne | 0.5 | $ 775.00 | $ 387.50 | Analyze order re motion to reconsider. | Motions Practice |
| 02/28/06 | Allison Mayo Andrews | 10 | $ 200.00 | $ 2,000.00 | Assist attorney with preparation of trial briefs; review and process case documents; research data produced by plaintiff; receive and process case data for attorney use at trial. | Trial Preparation and Attending Trial |
| 02/28/06 | Damian D. Capozzola | 17 | $ 515.00 | $ 8,755.00 | Prepare for and participate in trial; meet with witnesses and review and revise examination outlines. | Trial Preparation and Attending Trial |
| 02/28/06 | Edgar I. Yep | 3.25 | $ 180.00 | $ 585.00 | Provide support to trial team; search for and send documents via pdf; edit documents and send via pdf. | Trial Preparation and Attending Trial |
| 02/28/06 | Edgar I. Yep | 3.75 | $ 180.00 | $ 675.00 | Respond to attorney requests re trial preparation. | Trial Preparation and Attending Trial |
| 02/28/06 | Michael Baumann | 8 | $ 745.00 | $ 5,960.00 | Prepare for and participate in trial activities. | Trial Preparation and Attending Trial |
| 02/28/06 | Neal F. San Diego | 12 | $ 135.00 | $ 1,620.00 | Analyze and prepare correspondence an pleadings with attachments for indexing (3.0); index correspondence and pleadings with attachments into Lotus notes database (7.0); image correspondence and pleadings with attachments into database (2.0). | Trial Preparation and Attending Trial |
| 02/28/06 | R. Olivia Samad | 20 | $ 355.00 | $ 7,100.00 | Trial and trial preparation, draft and finalize bench briefs re license agreement, other software joint judgment as a matter of law and review discovery responses for cross examination of plaintiff. | Trial Preparation and Attending Trial |
| 3/1/2006 | Allison Mayo Andrews | 3.5 | $ 200.00 | $ 700.00 | Review, process and collate incoming case documents; assist with trial preparation. | Trial Preparation and Attending Trial |
| 3/1/2006 | Damian D. Capozzola | 16.75 | $ 515.00 | $ 8,626.25 | Prepare for and participate in trial; review and revise witness outlines. | Trial Preparation and Attending Trial |
| 3/1/2006 | Edgar I. Yep | 13 | $ 180.00 | $ 2,340.00 | Search for documents; prepare documents and send electronically; provide assistance to trial team. | Trial Preparation and Attending Trial |
| 3/1/2006 | Michael Baumann | 8 | $ 745.00 | $ 5,960.00 | Prepare for and participate in trial activities. | Trial Preparation and Attending Trial |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 3/1/2006 | Neal F. San Diego | 5.5 | $ 135.00 | $ 742.50 | Index correspondence with attachments into Lotus notes database (4.0); image correspondence with attachments into database (1.5). | Case Asses., Dev & Admin |
| 3/1/2006 | Neal F. San Diego | 3.5 | $ 135.00 | $ 472.50 | Cite check and pull exhibits for motion re trial brief to limit software at issue in this case to access database not crystal report, for use by attorney for trial. | Motions Practice |
| 3/1/2006 | R. Olivia Samad | 19 | $ 355.00 | $ 6,745.00 | Trial and trial preparation, draft bench briefs re JMOL re causation to profits and actual damages, work with expert re Crystal Reports evidence for trial; correspond with T. Hogan re 9th Cir. Model jury instructions | Trial Preparation and Attending Trial |
| 3/2/2006 | Allison Mayo Andrews | 8.5 | $ 200.00 | $ 1,700.00 | Assist attorneys with preparation of exhibits and declarations for trial testimony; review, process and collate case documents re same | Trial Preparation and Attending Trial |
| 3/2/2006 | Damian D. Capozzola | 17 | $ 515.00 | $ 8,755.00 | Prepare for and participate in trial; prepare for rebuttal examinations and closings. | Trial Preparation and Attending Trial |
| 3/2/2006 | Michael Baumann | 8 | $ 745.00 | $ 5,960.00 | Prepare for and participate in trial activities. | Trial Preparation and Attending Trial |
| 3/2/2006 | Neal F. San Diego | 7.75 | $ 135.00 | $ 1,046.25 | Analyze and prepare correspondence with attachments for indexing (1.5); index correspondence with attachments into case management database (6.25). | Case Asses., Dev & Admin |
| 3/2/2006 | Neal F. San Diego | 1 | $ 135.00 | $ 135.00 | Assist attorneys in preparation for trial. | Trial Preparation and Attending Trial |
| 3/2/2006 | R. Olivia Samad | 17 | $ 355.00 | $ 6,035.00 | Trial and trial preparation; work on jury instructions with defendants' counsel, and also confer with opposing counsel and judge re same; draft written objections to Jury instructions per D. Capozzola. | Trial Preparation and Attending Trial |
| 3/3/2006 | Damian D. Capozzola | 9.75 | $ 515.00 | $ 5,021.25 | Prepare for and participate in trial; communications and analysis re statutory damage and verdict issues; review and analysis of injunction materials and communications re same. | Trial Preparation and Attending Trial |
| 3/3/2006 | Michael Baumann | 8 | $ 745.00 | $ 5,960.00 | Prepare for and participate in trial activities. | Trial Preparation and Attending Trial |
| 3/3/2006 | Neal F. San Diego | 7.5 | $ 135.00 | $ 1,012.50 | Index correspondence and pleadings with attachments into case management database (6.0); image correspondence and pleadings with attachments into database (1.5). | Case Asses., Dev & Admin |
| 3/3/2006 | R. Olivia Samad | 8 | $ 355.00 | $ 2,840.00 | Trial and trial preparation | Trial Preparation and Attending Trial |
| 3/4/2006 | Damian D. Capozzola | 0.5 | $ 515.00 | $ 257.50 | Communications and analysis re trial and verdict issues; communications and analysis re injunction hearing preparation. | Trial Preparation and Attending Trial |
| 3/5/2006 | Damian D. Capozzola | 0.25 | $ 515.00 | $ 128.75 | Communications and analysis re injunction hearing preparation. | Hearings |
| 3/6/2006 | Damian D. Capozzola | 2 | $ 515.00 | $ 1,030.00 | Review and analysis of injunction papers; communications re same and re trial issues. | Case Asses., Dev & Admin |
| 3/6/2006 | Damian D. Capozzola | 4.75 | $ 515.00 | $ 2,446.25 | Review and analysis of injunction papers; prepare for injunction hearing and trial. | Hearings |
| 3/6/2006 | Michael Baumann | 8 | $ 745.00 | $ 5,960.00 | Prepare for and participate in trial activities. | Trial Preparation and Attending Trial |
| 3/6/2006 | Neal F. San Diego | 5 | $ 135.00 | $ 675.00 | Index correspondence with attachments into Lotus notes database. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 3/6/2006 | Neal F. San Diego | 2.5 | $ 135.00 | $ 337.50 | Organize and obtain all cases cited on pct's trial brief for use by attorney re permanent injunction hearing. | Hearings |
| 3/6/2006 | R. Olivia Samad | 9 | $ 355.00 | $ 3,195.00 | Trial preparation and preservation of evidence; conference call with co-counsel regarding injunction hearing and statutory damages, stacking provisions and trial briefs; arrange and prepare for same. | Trial Preparation and Attending Trial |
| 3/7/2006 | Allison Mayo Andrews | 2 | $ 200.00 | $ 400.00 | Review, process and collate incoming case documents; prepare hearing transcripts for distribution; telephone from HI re jury verdict | Case Asses., Dev & Admin |
| 3/7/2006 | Damian D. Capozzola | 1.5 | $ 515.00 | $ 772.50 | Travel time back to Los Angeles when unable to work on case or other matters. | Case Asses., Dev & Admin |
| 3/7/2006 | Damian D. Capozzola | 7.75 | $ 515.00 | $ 3,991.25 | Prepare for and participate in injunction hearing and jury verdict reading; communications and analysis re attorneys' fees and related follow-up issues. | Hearings |
| 3/7/2006 | Michael Baumann | 8 | $ 745.00 | $ 5,960.00 | Prepare for and participate in trial activities. | Trial Preparation and Attending Trial |
| 3/7/2006 | Neal F. San Diego | 7.5 | $ 135.00 | $ 1,012.50 | Index correspondence with attachments into case management database (5.0); image correspondence with attachments into database (2.5) | Case Asses., Dev & Admin |
| 3/7/2006 | R. Olivia Samad | 8 | $ 355.00 | $ 2,840.00 | Trial, trial preparation, injunction hearing, jury instructions and wait for verdict; research and analyze post-trial deadlines. | Trial Preparation and Attending Trial |
| 3/8/2006 | Allison Mayo Andrews | 0.5 | $ 200.00 | $ 100.00 | Review and process incoming case documents. | Case Asses., Dev & Admin |
| 3/8/2006 | Damian D. Capozzola | 0.5 | $ 515.00 | $ 257.50 | Communications with L. Smith and M. Walker re evidence preservation issues. | Case Asses., Dev & Admin |
| 3/8/2006 | Neal F. San Diego | 7.5 | $ 135.00 | $ 1,012.50 | Analyze and prepare pleadings and correspondence with attachments for indexing (2.0); index pleadings and correspondence with attachments into Lotus notes database (4.0); image pleadings and correspondence with attachments into database (1.5). | Case Asses., Dev & Admin |
| 3/8/2006 | R. Olivia Samad | 2 | $ 355.00 | $ 710.00 | Trial documents and preserve work product; supervise and oversee shipments to LA office. | Case Asses., Dev & Admin |
| 3/9/2006 | Allison Mayo Andrews | 2.25 | $ 200.00 | $ 450.00 | Review, process and collate incoming case documents; contact accounting department re obtaining all attorney time & costs in preparation of memorandum of fees and costs; begin analysis of data for same. | Case Asses., Dev & Admin |
| 3/9/2006 | Damian D. Capozzola | 0.75 | $ 515.00 | $ 386.25 | Communications and analysis re jury verdict and potential post-trial motion issues. | Case Asses., Dev & Admin |
| 3/9/2006 | Neal F. San Diego | 7.5 | $ 135.00 | $ 1,012.50 | Index correspondence with attachments into case management database (5.0); image correspondence with attachments into database (2.5). | Case Asses., Dev & Admin |
| 3/10/2006 | Allison Mayo Andrews | 2.25 | $ 200.00 | $ 450.00 | Review, process and collate incoming case documents. | Case Asses., Dev & Admin |
| 3/10/2006 | Damian D. Capozzola | 1 | $ 515.00 | $ 515.00 | Communications and analysis re post-judgment and fees issues. | Case Asses., Dev & Admin |
| 3/11/2006 | Damian D. Capozzola | 0.5 | $ 515.00 | $ 257.50 | Communications and analysis re discovery master's fees and case management issues. | Case Asses., Dev & Admin |
| 3/13/2006 | Damian D. Capozzola | 0.75 | $ 515.00 | $ 386.25 | Communications and analysis re discovery master's fees; communications with J. Kinrich re trial follow-up issues. | Case Asses., Dev & Admin |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 3/13/2006 | R. Olivia Samad | 7 | $ 355.00 | $ 2,485.00 | Work with A. Andrews and E. Yep, gather documents and precedent for motion for fees. | Post-Trial Motions |
| 3/14/2006 | Damian D. Capozzola | 1.25 | $ 515.00 | $ 643.75 | Communications with R. Kors, M. Baumann, and R. Wynne re post-trial motions and strategies; analysis and communications re fee issues. | Case Asses., Dev & Admin |
| 3/14/2006 | Neal F. San Diego | 7.5 | $ 135.00 | $ 1,012.50 | Prepare and organize a binder re attorney's fees and costs briefing for use and review by O. Samad; index correspondence with attachments into case management database. | Post-Trial Motions |
| 3/14/2006 | R. Olivia Samad | 11 | $ 355.00 | $ 3,905.00 | Gather cases and research, review prior briefing re motion for attorneys' fees; research whether costs must be incurred under Copyright act. | Post-Trial Motions |
| 3/15/2006 | Allison Mayo Andrews | 4.5 | $ 200.00 | $ 900.00 | Review and process incoming case documentation; review attorney fees and costs; conference with attorneys re same. | Case Asses., Dev & Admin |
| 3/15/2006 | Damian D. Capozzola | 1.25 | $ 515.00 | $ 643.75 | Prepare for and participate in conferences re Berry fees motions; review and analysis of Berry motion papers. | Post-Trial Motions |
| 3/15/2006 | Edgar I. Yep | 3 | $ 180.00 | $ 540.00 | Research court rules for O. Samad; review and compile spreadsheet information re monthly bills/invoices. | Post-Trial Motions |
| 3/15/2006 | Neal F. San Diego | 7.5 | $ 135.00 | $ 1,012.50 | Organize and prepare binders re attorney's fees and costs for use and review by M. Baumann and D. Capozzola; organize and prepare a binder for use and review by O. Samad re second amended verified complaint and motion in limines and exhibits. | Post-Trial Motions |
| 3/15/2006 | R. Olivia Samad | 12 | $ 355.00 | $ 4,260.00 | Draft answer re eligibility for fees under Copyright act, confer with L. Smith re same; seek input from co-counsel and D. Capozzola and M. Baumann re whether to renew or bring post-trial motions; outline motion; meet with A. Andrews, S. Benson, E. Yep re case management and staffing issues; conference call with co-defendants re post trial issues. | Post-Trial Motions |
| 3/16/2006 | Allison Mayo Andrews | 12 | $ 200.00 | $ 2,400.00 | Analyze and process fees and expenses; assist attorney with preparation of motion re same. | Post-Trial Motions |
| 3/16/2006 | Damian D. Capozzola | 1 | $ 515.00 | $ 515.00 | Review and analysis of revised judgment; communications and analysis re fee motions. | Post-Trial Motions |
| 3/16/2006 | Edgar I. Yep | 2.5 | $ 180.00 | $ 450.00 | Review bills/invoices for collecting data for time entry chart. | Post-Trial Motions |
| 3/16/2006 | Neal F. San Diego | 7.5 | $ 135.00 | $ 1,012.50 | Assist in preparation for upcoming filing re attorney's fees and costs; analyze and prepare pleadings with attachments for indexing (1.0); index pleadings with attachments into Lotus notes database (4.0); image pleadings with attachments into database (1.0). | Post-Trial Motions |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 3/16/2006 | R. Olivia Samad | 15 | $ 355.00 | $ 5,325.00 | Review and find support for fact section of motion for fees; research procedural rules regarding whether the Magistrate would hear our motion; work with A. Andrews, E. Yep, N. San Diego on pulling and sorting costs/fees and exhibits for motion; outline motion. | Post-Trial Motions |
| 3/17/2006 | Allison Mayo Andrews | 15.75 | $ 200.00 | $ 3,150.00 | Assist with preparation of motion for attorney fees and costs; analysis of data; prepare summaries re same. | Post-Trial Motions |
| 3/17/2006 | Damian D. Capozzola | 7 | $ 515.00 | $ 3,605.00 | Communications and analysis re fee motions; review bills and select items for claiming; review and revise motion papers. | Post-Trial Motions |
| 3/17/2006 | Edgar I. Yep | 8 | $ 180.00 | $ 1,440.00 | Review bills/invoices and compile data for charts/spreadsheets; coordinate data entry of extracted data chart. | Post-Trial Motions |
| 3/17/2006 | Neal F. San Diego | 14.5 | $ 135.00 | $ 1,957.50 | Assist in preparation for motion re attorney's fees and costs including preparation of spreadsheet. | Post-Trial Motions |
| 3/17/2006 | R. Olivia Samad | 12 | $ 355.00 | $ 4,260.00 | Receive and circulate the Mollway's order re motions for fees and continue to draft motion; work with, supervise and support E. Yep, A. Andrews and N. San Diego in ongoing project re bills; follow up with L. Smith re factual issues and settlement offers for motion (1); confer with D. Capozzola for first time re motion and incorporate his feedback and told to work on post-trial motions as well over the weekend and communicate with him re staffing and case management problems (.25). | Post-Trial Motions |
| 3/18/2006 | Allison Mayo Andrews | 10 | $ 200.00 | $ 2,000.00 | Assist with preparation of motion for attorney fees and costs; analysis of data; prepare summaries re same. | Post-Trial Motions |
| 3/18/2006 | Damian D. Capozzola | 1.25 | $ 515.00 | $ 643.75 | Review bills and select / edit items for claiming; communications with team members re fees and JMOL motions due on March 23. | Post-Trial Motions |
| 3/18/2006 | Edgar I. Yep | 5 | $ 180.00 | $ 900.00 | Review bills/invoices and compile data for charts/spreadsheets; coordinate data entry of extracted data chart. | Post-Trial Motions |
| 3/18/2006 | Neal F. San Diego | 12.75 | $ 135.00 | $ 1,721.25 | Work on factual checking, cite checking and pulling of exhibits re motion for attorney's fees and costs. | Post-Trial Motions |
| 3/18/2006 | R. Olivia Samad | 15.5 | $ 355.00 | $ 5,502.50 | Work with, support and supervise A. Andrews and N. San Diego re gathering support and exhibits for motion for fees, answer questions as they arise; draft motion for fees and begin researching renewed JMOL motion. | Post-Trial Motions |
| 3/19/2006 | Allison Mayo Andrews | 12 | $ 200.00 | $ 2,400.00 | Assist with preparation of motion for attorney fees and costs; analysis of data; prepare summaries re same. | Post-Trial Motions |
| 3/19/2006 | Damian D. Capozzola | 3.25 | $ 515.00 | $ 1,673.75 | Review and revise legal papers and supporting exhibits re motion for fees and costs; communications with O. Samad, A. Andrews, and N. San Diego re same. | Post-Trial Motions |
| 3/19/2006 | Damian D. Capozzola | 2 | $ 515.00 | $ 1,030.00 | Review and revise attorneys fee motion (at home). | Post-Trial Motions |
| 3/19/2006 | Neal F. San Diego | 16.75 | $ 135.00 | $ 2,261.25 | Assist attorneys in preparation for motion re attorneys fees and costs. | Post-Trial Motions |

| Date | Attorney/Paralegal | No. of Hours | Rate | Total Billed | Description | Categories |
|---|---|---|---|---|---|---|
| 3/19/2006 | R. Olivia Samad | 15 | $ 355.00 | $ 5,325.00 | Continue working on fee motion, reviewing fees, supervising legal assistance team and finalizing exhibits and declaration; turnover fee motion to D. Capozzola and start working on other post-trial motions. | Post-Trial Motions |
| 3/20/2006 | Allison Mayo Andrews | 16.75 | $ 200.00 | $ 3,350.00 | Assist with preparation of motion for attorney fees and costs; analysis of data; prepare summaries re same. | Post-Trial Motions |
| 3/20/2006 | Damian D. Capozzola | 9 | $ 515.00 | $ 4,635.00 | Review and revise motion for attorneys' fees and related documents; communications with team members re same; outline objection to Berry administrative claim and communications re same; review and revise motion for JMOL on profits and vicarious liability issues. | Post-Trial Motions |
| 3/20/2006 | Neal F. San Diego | 17 | $ 135.00 | $ 2,295.00 | Assist in preparation for upcoming filing such as creating spreadsheets, gathering documents for exhibits, etc., re motion for attorney's fees and costs. | Post-Trial Motions |
| 3/20/2006 | R. Olivia Samad | 17 | $ 355.00 | $ 6,035.00 | Work with and supervise A. Andrews, D. Silva, N. San Diego, Y. Wallace, C. Harris re motion for fees and costs; write and revise JMOL motion and provide to D. Capozzola; research aspects of fees motion and whether amended judgment changed the deadlines. | Post-Trial Motions |
| 3/21/2006 | Allison Mayo Andrews | 15.5 | $ 200.00 | $ 3,100.00 | Assist with preparation of motion for attorney fees and costs; analysis of data; prepare summaries re same. | Post-Trial Motions |
| 3/21/2006 | Damian D. Capozzola | 9.5 | $ 515.00 | $ 4,892.50 | Review and revise fee and JMOL briefs, declarations, exhibits, and related materials; communications with team members re same. | Post-Trial Motions |
| 3/21/2006 | Neal F. San Diego | 15.00 | $ 135.00 | $ 2,025.00 | Assist in preparation for upcoming filing re motions for attorney's fees and costs re Berry. | Post-Trial Motions |
| 3/21/2006 | R. Olivia Samad | 8 | $ 355.00 | $ 2,840.00 | Work on judgment as a matter of law motion and research legal issues re incomplete date review by expert; review and analyze plaintiff's recent filings, continue to supervise and review bills and charts for fee motion, deal with March time and March expenses for declaration of fees; finalize declaration to renewed JMOL motion. | Post-Trial Motions |
| | | 9176.65 | | $ 2,945,584.75 | | |