# EXHIBIT QQ

# KIRKLAND & ELLIS ATTORNEY TIME
Billing Adjustments

| Date | Time Keeper | Hours | Revised Hours | Rate | Description | Categories |
|---|---|---|---|---|---|---|
| 8/15/2003 | Eric C. Liebeler | 2.60 | 1.30 | $ 525.00 | Review D. Capozzola files re Berry. | Case Asses., Dev & Admin |
| 10/23/2003 | Eric C. Liebeler | 2.00 | 1.00 | $ 545.00 | Discuss Hawaii/Berry strategy with D. Capozzola and C. Birchette | Case Asses., Dev & Admin |
| 2/6/2004 | Damian D. Capozzola | 2.70 | 2.00 | $ 480.00 | Analysis of Hawaiian software issues and communications with L. Smith and R. Tilley re same. | Case Asses., Dev & Admin |
| 7/1/2004 | Damian D. Capozzola | 10.00 | 9.70 | $ 480.00 | Prepare for and participate in W. Berry deposition, and follow-up communications re same (9.7). | Depositions |
| 7/2/2004 | Damian D. Capozzola | 1.40 | 1.00 | $480.00 | Communications and analysis re Hawaiian software issues (1.0) | Case Asses., Dev & Admin |
| 7/5/2004 | Damian D. Capozzola | 3.10 | 2.20 | $480.00 | Review and analysis of transcript of W. Berry deposition (1.1); draft and circulate stipulation re Berry issues and communications re same (1.1). | Case Asses., Dev & Admin |
| 7/6/2004 | Melissa M. Dulac | 3.40 | 0.20 | $395.00 | Communicate with D. Capozzola re response to motion of W. Berry for relief from automatic stay (.2). | Case Asses., Dev & Admin |
| 7/6/2004 | Allison Mayo Andrews | 13.40 | 5.60 | $ 200.00 | Assist attorney with preparation of brief and supporting documents re Debtor's objections to Berry's motion re automatic stay. | Motions Practice |
| 7/6/2004 | R. Olivia Samad | 4.30 | 3.30 | $ 285.00 | Research Berry defenses (3.3) | Motions Practice |
| 7/6/2004 | Damian D. Capozzola | 12.50 | 11.00 | $ 480.00 | Communications and analysis re Hawaiian software stipulation and revisions re same (1.7);review and revise Hawaiian software opposition papers and prepare exhibits re same (8.6); communications and analysis re Y Hata deposition and Hawaiian software procedural issues (.7) | Case Asses., Dev & Admin |
| 7/7/2004 | Edgar I. Yep | 8.00 | 7.30 | $ 145.00 | Coordinate with team members to compile, organize and put into binders and folders documents, including cases and statutes from WestLaw re W. Berry for upcoming court hearing (7.3) | Hearings |
| 7/7/2004 | Allison Mayo Andrews | 7.60 | 2.50 | $ 200.00 | Analyze and prepare case documents re Fleming/Berry matter for attorney review and use (2.5) | Case Asses., Dev & Admin |
| 7/7/2004 | Richard L. Wynne | 0.70 | 0.60 | $ 695.00 | Conference with E. Liebeler re Berry argument and issues on software expert (.3); telephone conference with D. Capozzola re Berry's plan motion (.3) | Case Asses., Dev & Admin |
| 7/7/2004 | Damian D. Capozzola | 8.40 | 5.90 | $ 480.00 | Review and revise Berry lift stay opposition papers and communications re same (2.6); review W. Berry Plan Objection and prepare response (1.8); review scheduling materials (.3); review and analysis of J. Lee memorandum re damages (.4); communications with J. Norman re copyright and damages issues (.3); review memorandum on substantial compliance issues (.1); communications with L. Smith and T. Hogan re Hawaiian software issues (.4). | Case Asses., Dev & Admin |

| Date | Time Keeper | Hours | Revised Hours | Rate | Description | Categories |
|---|---|---|---|---|---|---|
| 7/7/2004 | Damian D. Capozzola | 0.30 | 0.20 | $ 480.00 | Review and revise Berry lift stay opposition papers and communications re same (2.6); review W. Berry Plan Objection and prepare response (1.8); review scheduling materials (.3); review and analysis of J. Lee memorandum re damages (.4); communications with J. Norman re copyright and damages issues (.3); review memorandum on substantial compliance issues (.1); communications with L. Smith and T. Hogan re Hawaiian software issues (.4). | Case Asses., Dev & Admin |
| 7/7/2004 | Damian D. Capozzola | 0.30 | 0.20 | $ 480.00 | Analyze Hawaiian software matters. | Case Asses., Dev & Admin |
| 7/8/2004 | Damian D. Capozzola | 8.70 | 4.30 | $ 480.00 | Communications and analysis re Y. Hata (.2); communications and analysis re Hawaiian software issues (3.0); communications re Hawaiian software discovery issues and draft interrogatories (.6); communications with T. Hogan (.5) | Case Asses., Dev & Admin |
| 7/8/2004 | Jeffrey S. Norman | 1.50 | 0.40 | $ 495.00 | Correspond with D. Cappozola and L. Smith re copyright issues | Case Asses., Dev & Admin |
| 7/10/2004 | Damian D. Capozzola | 6.10 | 4.80 | $ 480.00 | Communications with E. Liebeler, M. Dulac, L. Smith, and J. Skidmore re Hawaiian software issues and analysis re same (3.8); review and analysis of communications from T. Hogan (.7); review and analysis of Hawaiian software pleadings (.3). | Case Asses., Dev & Admin |
| 7/12/2004 | R. Olivia Samad | 9.80 | 8.50 | $ 285.00 | Review Berry pleadings and research argument re informal proofs of claim | Case Asses., Dev & Admin |
| 7/12/2004 | Damian D. Capozzola | 9.70 | 7.00 | $ 480.00 | Prepare for and participate in conference calls re Hawaiian software issues and strategies, and other communications and analysis re same (4.5); review and revise Hawaiian software pleadings, and research and communications with team members re same (2.5). | Case Asses., Dev & Admin |
| 7/13/2004 | Richard L. Wynne | 1.00 | 0.80 | $ 695.00 | Telephone conference with E. Liebeler and D. Capozzola re settlement offer to Berry (.4); preparation of Berry settlement offer (.2); preparation of Berry settlement proposal (.2). | Case Asses., Dev & Admin |
| 7/13/2004 | Damian D. Capozzola | 9.60 | 9.40 | $ 480.00 | Communications and analysis re Hawaiian pleadings and strategies (7.4); review and analysis of pleadings in Hawaiian software matter (2.0). | Case Asses., Dev & Admin |
| 7/14/2004 | Allison Mayo Andrews | 12.00 | 1.80 | $ 200.00 | Deposition coordination re Y. Hata in Fleming/Berry litigation (1.0); assist attorney with preparation of exhibits for hearing on 7/26/04 (.8). | Depositions |
| 7/14/2004 | Richard L. Wynne | 2.10 | 0.40 | $ 695.00 | Preparation of reply to Berry's settlement proposal (.2); analyze Hogan counter-offer re Berry (.2). | Case Asses., Dev & Admin |
| 7/14/2004 | Damian D. Capozzola | 8.70 | 7.20 | $ 480.00 | Review and analysis of Hawaiian software pleadings, draft pleadings and letter brief, compile exhibits, and communications re same. | Case Asses., Dev & Admin |
| 7/15/2004 | Allison Mayo Andrews | 15.60 | 8.60 | $ 200.00 | Assist attorney with preparation of response and supporting affidavit re Berry's plan objection. | Motions Practice |

| Date | Time Keeper | Hours | Revised Hours | Rate | Description | Categories |
|---|---|---|---|---|---|---|
| 7/15/2004 | Richard L. Wynne | 3.40 | 2.30 | $ 695.00 | Revision of Berry reply brief (.4); telephone conference with R. Cobb re Berry and settlement ideas (.2); revision of Berry reply brief (.9); telephone conferences with E. Liebeler and D. Capozzola re Berry reply brief (multiple calls) (.8). | Case Asses., Dev & Admin |
| 7/15/2004 | Damian D. Capozzola | 12.00 | 9.00 | $ 480.00 | Analysis of Hawaiian software pleadings, review and revise same, and prepare declaration and supporting exhibits (7.1); analysis re Hawaiian software discovery issues (.5); analysis re Hawaiian software case management and strategy issues (1.4). | Case Asses., Dev & Admin |
| 7/19/2004 | Allison Mayo Andrews | 11.00 | 7.00 | $ 200.00 | Analyze and prepare case documents re Fleming/Berry matter for attorney review and use (7.0). | Case Asses., Dev & Admin |
| 7/19/2004 | Antoinette Huerta | 7.50 | 5.50 | $ 105.00 | Research and compile listing of materials re Berry for upcoming hearing on July 26, 2004 (5.5). | Hearings |
| 7/19/2004 | Richard L. Wynne | 3.00 | 1.50 | $ 695.00 | Telephone conference with B. Roof and G. Richards re C&S settlement issues (.4); telephone conference with R. Hertzberg and E. Liebeler re Berry issues, RFS motion, estimation, confirmation objections and settlement (.7); analyze Berry RFS reply papers (.4). | Case Asses., Dev & Admin |
| 7/19/2004 | Neal F. San Diego | 12.80 | 3.00 | $ 105.00 | Analyze and prepare documents re Berry for coding (3.0) | Case Asses., Dev & Admin |
| 7/19/2004 | Damian D. Capozzola | 5.50 | 5.30 | $ 480.00 | Communications and analysis re Hawaiian software issues (5.3). | Case Asses., Dev & Admin |
| 7/20/2004 | Allison Mayo Andrews | 7.60 | 6.60 | $ 200.00 | Analyze and process incoming case documents (2.6); analyze and prepare case documents re Fleming/Berry matter for attorney review and use (2.5); prepare case documents re plan confirmation for attorney review and use (1.5). | Hearings |
| 7/20/2004 | Antoinette Huerta | 6.00 | 4.00 | $ 105.00 | Assemble and prepare Berry pleadings for shipping in preparation of hearing on July 26, 2004 (4.0). | Hearings |
| 7/20/2004 | Damian D. Capozzola | 4.40 | 0.20 | $ 480.00 | Communications with T. Hogan (.2). | Case Asses., Dev & Admin |
| 7/21/2004 | Edgar I. Yep | 9.00 | 6.50 | $ 145.00 | Compile and organize into binders, documents re Berry filing from 7/19/04 (3.0); compile, organize and put into binders, exhibits from all Berry-related filings for D. Capozzola (3.5). | Hearings |
| 7/21/2004 | Damian D. Capozzola | 8.40 | 7.00 | $ 480.00 | Draft and revise briefing on Hawaiian software issues (7.0). | Motions Practice |
| 7/23/2004 | Damian D. Capozzola | 4.70 | 4.30 | $ 480.00 | Issues; communications and analysis re Hawaiian software issues and strategies (4.3). | Case Asses., Dev & Admin |
| 7/24/2004 | Damian D. Capozzola | 17.50 | 17.40 | $ 480.00 | Prepare for Berry hearings -- draft witness outlines (3.5), review documents (5.5), compile exhibits (5.5), and communications with team members re same and general strategies (2.9). | Hearings |
| 7/27/2004 | Damian D. Capozzola | 4.00 | 2.90 | $ 480.00 | Communications and analysis in Delaware and on plane re Berry pleadings and strategies (2.9). | Case Asses., Dev & Admin |
| 7/28/2004 | Damian D. Capozzola | 3.75 | 0.50 | $ 480.00 | Communications re Berry administrative issues (NTI signature page and files being shipped). | Case Asses., Dev & Admin |
| 7/29/2004 | Antoinette Huerta | 7.50 | 2.50 | $ 105.00 | Assist with preparation of materials re Berry re hearing materials for attorney team. | Hearings |

| Date | Time Keeper | Hours | Revised Hours | Rate | Description | Categories |
|---|---|---|---|---|---|---|
| 7/29/2004 | R. Olivia Samad | 5.25 | 1.00 | $ 285.00 | Confer with co-counsel in HI re pro hac vice applications, declarations and order and prepare documents for signing | Motions Practice |
| 7/29/2004 | Damian D. Capozzola | 6.75 | 3.00 | $ 480.00 | Communications and analysis re Hawaiian software issues and analysis of Second Amended Complaint and Preliminary Injunction papers; research re pleadings issues; attention to and communications re logistical Hawaiian software issues; communications re insurance issues. | Case Asses., Dev & Admin |
| 7/30/2004 | Richard L. Wynne | 3.75 | 1.00 | $ 695.00 | Telephone conference with team to prepare for final fee application; telephone conference with D. Capozzola re Hogan and order on objection to claim and e-mail re same. | Case Asses., Dev & Admin |
| 7/30/2004 | R. Olivia Samad | 7.50 | 3.25 | $ 285.00 | Finalize pro hac vice applications for HI; confer with M. Dulac, D. Capozzola, E. Liebeler re opposing Berry's Preliminary Injunction and drafting of evidentiary objections. | Motions Practice |
| 7/30/2004 | Damian D. Capozzola | 4.75 | 2.00 | $ 480.00 | Communications and analysis re Hawaiian software pleadings and discovery issues, prepare for and follow-up re team meeting re same; analysis and drafting re Hawaiian software preliminary injunction opposition papers and communications re same | Case Asses., Dev & Admin |
| 7/30/2004 | Anne Huber | 1.75 | 0.50 | $ 615.00 | Review W. Berry estimation order, lift stay order and send email to team after discussing with D. Capozzola | Case Asses., Dev & Admin |
| 7/31/2004 | R. Olivia Samad | 2.50 | 1.25 | $ 285.00 | Analyze all documents in Berry's Preliminary Injunction motion. | Case Asses., Dev & Admin |
| 8/1/2004 | Damian D. Capozzola | 6.00 | 3.00 | $ 480.00 | Communications and analysis re post-confirmation work; communications re software license issues; analysis of Hawaiian judges and communications re same. | Case Asses., Dev & Admin |
| 8/2/2004 | R. Olivia Samad | 13.75 | 10.00 | $ 285.00 | Analyze pleadings to prepare Berry evidentiary objections; review local rules re filing of evidentiary objections; research judgements in HI; analyze data documents for Berry production | Case Asses., Dev & Admin |
| 8/2/2004 | Damian D. Capozzola | 5.75 | 2.00 | $ 480.00 | Communications and analysis re Hawaiian software briefing and discovery issues; analysis and communications re judges in Hawaiian lawsuit matter. | Case Asses., Dev & Admin |
| 8/2/2004 | Eric C. Liebeler | 6.50 | 2.00 | $ 575.00 | Work on opposition to preliminary injunction. | Motions Practice |
| 8/3/2004 | Edgar I. Yep | 10.00 | 3.00 | $ 145.00 | Assemble and organize exhibits for upcoming Opposition to Berry's Preliminary Injunction motion; create Declaration of M. Dulac in Support of Motion. | Motions Practice |
| 8/3/2004 | Allison Mayo Andrews | 14.25 | 5.00 | $ 200.00 | Assist attorneys with the preparation of opposition and supporting documents re Berry preliminary injunction motion. | Motions Practice |
| 8/3/2004 | Raymond Roman | 13.75 | 5.00 | $ 105.00 | Assist in preparation of Berry opposition to preliminary injunction motion. | Motions Practice |
| 8/3/2004 | Damian D. Capozzola | 6.00 | 1.00 | $ 480.00 | Communications and analysis re Hawaiian software issues. | Case Asses., Dev & Admin |
| 8/4/2004 | Edgar I. Yep | 5.50 | 2.00 | $ 145.00 | Assemble and organize exhibits for upcoming Opposition to Berry's Preliminary Injunction motion; draft and edit Declaration of M. Dulac in Support of Motion; check on status of documents for E. Liebeler in N.Y.. | Motions Practice |

| Date | Time Keeper | Hours | Revised Hours | Rate | Description | Categories |
|---|---|---|---|---|---|---|
| 8/4/2004 | Raymond Roman | 2.75 | 1.00 | $ 105.00 | Assist in preparation of Berry opposition to preliminary injunction motion. | Motions Practice |
| 8/4/2004 | R. Olivia Samad | 7.50 | 3.75 | $ 285.00 | Draft Berry opposition. | Motions Practice |
| 8/5/2004 | Damian D. Capozzola | 1.00 | 0.25 | $ 480.00 | Voicemails and e-mails re Berry issues. | Case Asses., Dev & Admin |
| 8/9/2004 | Edgar I. Yep | 2.00 | 1.00 | $ 145.00 | Prepare electronically pages re W. Berry deposition to send to Hawaii counsel to request signature pages and entire deposition for upcoming court filing. | Motions Practice |
| 8/9/2004 | Melissa M. Dulac | 3.00 | 1.00 | $ 395.00 | Communicate with E. Liebeler re opposition to W. Berry's motion for preliminary injunction. | Motions Practice |
| 8/9/2004 | Antoinette Huerta | 3.50 | 1.00 | $ 105.00 | Research and compile information and documents re Berry. | Motions Practice |
| 8/9/2004 | Richard L. Wynne | 0.75 | 0.25 | $ 695.00 | Telephone conference with E. Liebeler re litigation vs. Berry, appeal and motion to dismiss. | Case Asses., Dev & Admin |
| 8/9/2004 | R. Olivia Samad | 8.50 | 4.25 | $ 285.00 | Modify evidentiary objections in Berry matter based on conversation with D. Capozzola. | Pleadings |
| 8/9/2004 | Geoffrey A Richards | 2.50 | 0.25 | $ 540.00 | Attention to multiple wind-down issues, including C&S, lease rejections, task list revisions and updates, Berry pleading review. | Case Asses., Dev & Admin |
| 8/10/2004 | Eric C. Liebeler | 6.50 | 1.00 | $ 575.00 | Finalize Berry evidentiary objections; work on GECC financing issue related to Berry. | Pleadings |
| 8/11/2004 | Raymond Roman | 13.50 | 5.00 | $ 105.00 | Assist with preparation of opposition of Fleming to W. Berry's motion for issuance of preliminary injunction. | Motions Practice |
| 8/11/2004 | Richard L. Wynne | 2.75 | 0.25 | $ 695.00 | Telephone conference with E. Liebeler re Berry appeal and motion to dismiss. | Case Asses., Dev & Admin |
| 8/11/2004 | R. Olivia Samad | 11.25 | 0.50 | $ 285.00 | Confer with HI co-counsel A. Lopez re compliance with local rules for Berry brief and objections. | Case Asses., Dev & Admin |
| 8/11/2004 | Eric C. Liebeler | 5.25 | 0.25 | $ 575.00 | Review Berry letter. | Case Asses., Dev & Admin |
| 8/12/2004 | Shirley S Cho | 4.75 | 1.00 | $ 485.00 | E-mail to S. Loretz re status of Berry appeal; telephone conference with L. Hosoda re same. | Case Asses., Dev & Admin |
| 8/12/2004 | Eric C. Liebeler | 7.50 | 2.00 | $ 575.00 | Work on Berry/GECC financing issues; summarize Berry issues for Core-Mark; review Berry appeal calendar. | Case Asses., Dev & Admin |
| 8/13/2004 | R. Olivia Samad | 2.00 | 0.50 | $ 285.00 | Discuss filing of erratas with Anne Lopez in Berry matter. | Case Asses., Dev & Admin |
| 8/13/2004 | Damian D. Capozzola | 0.75 | 0.25 | $ 480.00 | Communications and analysis re Berry. | Case Asses., Dev & Admin |
| 8/14/2004 | Damian D. Capozzola | 0.50 | 0.25 | $ 480.00 | Communications and analysis re Berry matters. | Case Asses., Dev & Admin |
| 8/17/2004 | Erin N Brady | 3.25 | 1.00 | $ 405.00 | Research re Berry's ability to bootstrap confirmation appeal to estimation appeal. | Motions Practice |
| 8/17/2004 | Damian D. Capozzola | 0.50 | 0.25 | $ 480.00 | Communications and analysis. | Case Asses., Dev & Admin |
| 8/18/2004 | Damian D. Capozzola | 1.50 | 0.50 | $ 480.00 | Communications and analysis re Berry matters. | Case Asses., Dev & Admin |
| 8/23/2004 | Melissa M. Dulac | 3.00 | 1.50 | $ 395.00 | Communicate with E. Liebeler re withdrawing subpoenas issued to Y. Hata; draft stipulation re withdrawal of Y. Hata subpoenas; communicate with T. Hogan re same. | Case Asses., Dev & Admin |
| 8/23/2004 | Allison Mayo Andrews | 7.50 | 1.00 | $ 200.00 | Analyze and process pleadings re Fleming Berry matter. | Case Asses., Dev & Admin |
| 8/23/2004 | Antoinette Huerta | 9.25 | 2.00 | $ 105.00 | Compile and print out documents received electronically; update case files with recently received documents. | Case Asses., Dev & Admin |

| Date | Time Keeper | Hours | Revised Hours | Rate | Description | Categories |
|---|---|---|---|---|---|---|
| 8/23/2004 | Geoffrey A Richards | 5.00 | 1.00 | $ 540.00 | Review Berry appeal materials and alert Berry team to same. | Case Asses., Dev & Admin |
| 8/24/2004 | Allison Mayo Andrews | 7.50 | 2.00 | $ 200.00 | Review Delaware local rules re pre-trial requirements; review, process and collate incoming case documents. | Case Asses., Dev & Admin |
| 8/25/2004 | Damian D. Capozzola | 1.00 | 0.25 | $ 480.00 | Communications and analysis re Berry. | Case Asses., Dev & Admin |
| 8/26/2004 | Damian D. Capozzola | 1.75 | 1.00 | $ 480.00 | Communications and analysis re Berry issues and findings of fact, and communications with M. Dulac re same. | Case Asses., Dev & Admin |
| 8/27/2004 | Melissa M. Dulac | 6.00 | 3.00 | $ 395.00 | Prepare for hearing re W. Berry's motion for preliminary injunction; draft letter to T. Hogan re withdrawal of Y. Hata subpoenas. | Hearings |
| 8/27/2004 | Antoinette Huerta | 8.50 | 6.00 | $ 105.00 | Update main files and database with pleadings re Berry matter; prepare materials for D. Capozzola re Fleming's opposition to Berry's motion for preliminary injunction; update hearing database with recently received electronic transcripts. | Case Asses., Dev & Admin |
| 8/30/2004 | Melissa M. Dulac | 7.00 | 1.50 | $ 395.00 | Draft counterdesignation of items to be included in record on appeal re W. Berry's appeal of estimation order. | Case Asses., Dev & Admin |
| 8/30/2004 | Damian D. Capozzola | 8.00 | 2.00 | $ 480.00 | Communications and analysis re Berry issues and assist in preparations for injunction hearing. | Hearings |
| 8/31/2004 | Melissa M. Dulac | 2.00 | 1.00 | $ 395.00 | Communicate with E. Liebeler, D. Capozzola, and O. Samad re August 30 hearing and status of various matters re W. Berry. | Hearings |
| 8/31/2004 | Damian D. Capozzola | 8.75 | 2.00 | $ 480.00 | Review, analysis, and communications, re Berry matters; communications with E. Liebeler, M. Dulac, O. Samad, and S. Toll re Berry matter and analysis re same; analysis and follow-up re Berry case management and calendaring issues. | Case Asses., Dev & Admin |
| 9/1/2004 | Damian D. Capozzola | 8.00 | 2.00 | $ 480.00 | Analysis and communications with E. Liebeler, M. Dulac, O. Samad, L. Smith, and L. Hosoda and analysis re Berry matter. | Case Asses., Dev & Admin |
| 9/2/2004 | Antoinette Huerta | 9.75 | 3.00 | $ 105.00 | Research information re Berry matter and update main files and database with recently received electronic transcripts and pleadings. | Case Asses., Dev & Admin |
| 9/2/2004 | R. Olivia Samad | 2.00 | 1.00 | $ 285.00 | Prepare and check binders for Berry litigation, communicate with co-counsel in litigation re Berry. | Case Asses., Dev & Admin |
| 9/2/2004 | Damian D. Capozzola | 8.25 | 2.00 | $ 480.00 | Review and revise motion re experts in Hawaii matter; review and analysis of transcript in Hawaiian software matter. | Case Asses., Dev & Admin |
| 9/3/2004 | R. Olivia Samad | 3.00 | 1.00 | $ 285.00 | Prepare items and exhibits for Dillon deposition in Berry litigation. | Depositions |
| 9/3/2004 | Damian D. Capozzola | 7.00 | 1.00 | $ 480.00 | Review and analysis of draft Dillon declaration and comments re same. | Motions Practice |
| 9/7/2004 | Allison Mayo Andrews | 9.50 | 4.50 | $ 200.00 | Assist attorney with preparation of motion to be filed in the Berry Hawaii litigation; review, process and collate incoming case documents. | Motions Practice |
| 9/7/2004 | Antoinette Huerta | 11.50 | 4.50 | $ 105.00 | Research and compile information re Berry in preparation of filing of motion; assist with filing of motion re Berry. | Motions Practice |
| 9/7/2004 | Damian D. Capozzola | 9.50 | 1.00 | $ 480.00 | Communications and analysis re Berry expert motion. | Motions Practice |
| 9/8/2004 | Antoinette Huerta | 9.25 | 3.00 | $ 105.00 | Research and compile transcripts per attorney requests re Berry. | Case Asses., Dev & Admin |

| Date | Time Keeper | Hours | Revised Hours | Rate | Description | Categories |
|---|---|---|---|---|---|---|
| 9/8/2004 | Damian D. Capozzola | 10.75 | 1.00 | $ 480.00 | Communications and analysis re Berry motions. | Motions Practice |
| 9/9/2004 | Damian D. Capozzola | 9.50 | 1.00 | $ 480.00 | Review and analysis of Berry briefing issues and communications with team members re same. | Motions Practice |
| 9/10/2004 | Allison Mayo Andrews | 8.00 | 4.00 | $ 200.00 | Prepare evidentiary documents for production; review, process and collate incoming case documents. | Discovery |
| 9/10/2004 | Damian D. Capozzola | 8.50 | 2.00 | $ 480.00 | Communications and analysis re C&S / Berry waiver issues; communications and analysis re motion to shorten time re Berry expert issues and Dillon declaration. | Case Asses., Dev & Admin |
| 9/13/2004 | Melissa M. Dulac | 4.75 | 2.50 | $ 395.00 | Research re whether court may consider new evidence on motion for permanent injunction after jury has rendered its verdict. | Motions Practice |
| 9/13/2004 | Allison Mayo Andrews | 9.00 | 3.00 | $ 200.00 | Assist attorney with preparation of discovery responses and production of documents re same. | Discovery |
| 9/13/2004 | Damian D. Capozzola | 13.25 | 0.50 | $ 480.00 | Communications and analysis re M. Dillon affidavit. | Motions Practice |
| 9/15/2004 | Richard L. Wynne | 3.50 | 0.50 | $ 695.00 | Analyze Berry settlement e-mails and preparation of outline of settlement offer to R. Kors and Slatkin top 75 debtors; telephone conference with D. Capozzola re Berry settlement. | Case Asses., Dev & Admin |
| 9/15/2004 | Damian D. Capozzola | 12.50 | 0.50 | $ 480.00 | Communications and analysis re Berry matters. | Case Asses., Dev & Admin |
| 9/16/2004 | Melissa M. Dulac | 2.00 | 1.00 | $ 395.00 | Communicate with E. Liebeler re preparing for continued preliminary injunction hearing re W. Berry; communicate with L. Smith and A. Lopez re post-trial motions to be noticed in W. Berry case before Judge King. | Hearings |
| 9/16/2004 | Damian D. Capozzola | 11.00 | 0.50 | $ 480.00 | Communications and analysis re Berry matters. | Case Asses., Dev & Admin |
| 9/17/2004 | Damian D. Capozzola | 9.25 | 3.00 | $ 480.00 | Plan and outline approaches to Berry litigation matters. | Case Asses., Dev & Admin |
| 9/18/2004 | Damian D. Capozzola | 1.25 | 0.50 | $ 480.00 | Communications with E. Liebeler and M. Dulac re Berry planning and staffing issues. | Case Asses., Dev & Admin |
| 9/19/2004 | Damian D. Capozzola | 1.75 | 0.50 | $ 480.00 | Communications and analysis re Berry settlement issues; outline Berry mediation statement. | Case Asses., Dev & Admin |
| 9/20/2004 | Antoinette Huerta | 8.25 | 4.00 | $ 105.00 | Research and compile information and documents from local counsel re Berry matter. | Case Asses., Dev & Admin |
| 9/20/2004 | Damian D. Capozzola | 5.50 | 0.50 | $ 480.00 | Communications and analysis re Berry hearings. | Case Asses., Dev & Admin |
| 9/21/2004 | Allison Mayo Andrews | 9.00 | 2.00 | $ 200.00 | Prepare calendar of events re Berry matter; review, process and collate incoming case documents. | Case Asses., Dev & Admin |
| 9/21/2004 | Damian D. Capozzola | 7.75 | 3.50 | $ 480.00 | Communications and analysis re Berry scheduling and staffing issues; analysis and evaluation re Berry injunction hearing strategies and communications with team members re same; review and analysis of Berry supplemental injunction papers. | Hearings |
| 9/22/2004 | Antoinette Huerta | 8.25 | 2.00 | $ 105.00 | Research and compile information and documents re Berry per attorney request. | Case Asses., Dev & Admin |

| Date | Time Keeper | Hours | Revised Hours | Rate | Description | Categories |
|---|---|---|---|---|---|---|
| 9/22/2004 | Damian D. Capozzola | 5.75 | 3.00 | $ 480.00 | Analysis of Berry response papers and upcoming injunction hearing issues; draft mediation statement re Berry matter and communications re related mediation hearing; assist in preparations for September 27-28 injunction Berry hearings and communications re same. | Hearings |
| 9/23/2004 | Antoinette Huerta | 8.75 | 4.00 | $ 105.00 | Research and compile documents re Berry motion re appointment of special master per attorney request. | Motions Practice |
| 9/24/2004 | Antoinette Huerta | 8.50 | 2.00 | $ 105.00 | Update main files with electronically received documents re Berry matter. | Case Asses., Dev & Admin |
| 9/24/2004 | Damian D. Capozzola | 3.50 | 1.00 | $ 480.00 | Draft and revise mediation statement for Berry matter; communications and analysis re Berry strategy and administration issues. | Motions Practice |
| 9/28/2004 | Damian D. Capozzola | 3.00 | 0.50 | $ 480.00 | Communications and analysis re Berry injunction hearing, mediation statement, and case developments. | Hearings |
| 9/29/2004 | Allison Mayo Andrews | 9.50 | 2.00 | $ 200.00 | Review, process and collate incoming case documents; assist attorney with preparation of post-confirmation mediation statement. | Motions Practice |
| 9/29/2004 | Damian D. Capozzola | 7.25 | 3.00 | $ 480.00 | Review and revise Berry mediation statement and compile exhibits. | Motions Practice |
| 9/30/2004 | Damian D. Capozzola | 8.00 | 0.50 | $ 480.00 | Communications and analysis re Berry issues. | Case Asses., Dev & Admin |
| 10/1/2004 | Damian D. Capozzola | 3.50 | 1.00 | $ 480.00 | Communications re Berry mediation statement and Berry developments. | Case Asses., Dev & Admin |
| 10/1/2004 | Richard L. Wynne | 1.75 | 0.50 | $ 695.00 | Analyze Berry mediation statement and preparation of e-mail to R. Kors and others. | Case Asses., Dev & Admin |
| 10/4/2004 | Damian D. Capozzola | 4.00 | 0.50 | $ 480.00 | Communications re Berry. | Case Asses., Dev & Admin |
| 10/8/2004 | Allison Mayo Andrews | 4.50 | 0.50 | $ 200.00 | Review docket re administrative claims filed by Berry. | Case Asses., Dev & Admin |
| 10/8/2004 | Damian D. Capozzola | 4.00 | 0.50 | $ 480.00 | Communications and analysis re oppositions to Berry motions in pre-trial litigation. | Motions Practice |
| 10/11/2004 | Damian D. Capozzola | 8.00 | 1.00 | $ 480.00 | Communications and analysis re Berry briefing and case strategies. | Case Asses., Dev & Admin |
| 10/11/2004 | Erin N Brady | 4.00 | 0.50 | $ 405.00 | Consider issues re Berry administrative claim. | Case Asses., Dev & Admin |
| 10/12/2004 | Damian D. Capozzola | 7.00 | 2.00 | $ 480.00 | Assist E. Liebeler in preparations for Berry mediation. | Hearings |
| 10/13/2004 | Shirley S Cho | 4.75 | 0.50 | $ 485.00 | Telephone conference with B. Folse re Berry claims. | Case Asses., Dev & Admin |
| 10/14/2004 | Antoinette Huerta | 9.75 | 2.00 | $ 105.00 | Research and compile documents and information re Berry per attorney requests. | Case Asses., Dev & Admin |
| 10/18/2004 | Allison Mayo Andrews | 11.00 | 1.00 | $ 200.00 | Review, process and collate incoming case documents re Fleming/Berry matter. | Case Asses., Dev & Admin |
| 10/19/2004 | Damian D. Capozzola | 8.50 | 1.00 | $ 480.00 | Review and analysis of Berry injunction order and communications with V. Limongelli re same; communications and analysis re Berry discovery issues. | Case Asses., Dev & Admin |
| 10/20/2004 | Damian D. Capozzola | 5.75 | 1.00 | $ 480.00 | Analysis re Berry matter and revisions to deposit reply. | Case Asses., Dev & Admin |
| 10/21/2004 | Damian D. Capozzola | 3.50 | 1.00 | $ 480.00 | Review and revise Berry prepetition appellate reply briefing and communications re same. | Pleadings |
| 10/21/2004 | Richard L. Wynne | 1.50 | 0.50 | $ 695.00 | Telephone conference with E. Liebeler re Berry; telephone conference with R. Kors re Berry claims settlement. | Case Asses., Dev & Admin |

| Date | Time Keeper | Hours | Revised Hours | Rate | Description | Categories |
|---|---|---|---|---|---|---|
| 10/25/2004 | Melissa M. Dulac | 2.50 | 1.25 | $ 395.00 | Draft requests for production to W. Berry; research re negotiation history of indemnification provisions in C&S asset purchase agreement and side letter re W. Berry. | Discovery |
| 11/9/2004 | Melissa M. Dulac | 2.25 | 0.75 | $ 395.00 | communicate with O. Samad re identifying discovery motions filed in W. Berry post-petition litigation. | Discovery |
| 11/12/2004 | Allison Mayo Andrews | 9.50 | 1.00 | $ 200.00 | Review and revise calendar of events re Berry matter; analyze case documents re Berry matter. | Case Asses., Dev & Admin |
| 11/12/2004 | Damian D. Capozzola | 0.75 | 0.25 | $ 480.00 | Communications and analysis re Berry matters. | Case Asses., Dev & Admin |
| 11/23/2004 | Melissa M. Dulac | 1.50 | 0.75 | $ 395.00 | Draft letter to T. Hogan enclosing discovery re October 6 administrative claim filed by W. Berry; draft requests for production, requests for admission, and interrogatories to serve on W. Berry re October 6 administrative claim. | Discovery |
| 11/30/2004 | Melissa M. Dulac | 4.25 | 2.00 | $ 395.00 | Review and analyze correspondence received from T. Hogan re discovery propounded to W. Berry; communicate with team members re letter received from T. Hogan. | Discovery |
| 12/1/2004 | Melissa M. Dulac | 0.50 | 0.25 | $ 395.00 | Communicate with E. Brady re multiple claims purportedly filed by W. Berry on October 6. | Case Asses., Dev & Admin |
| 12/9/2004 | Melissa M. Dulac | 2.50 | 2.20 | $ 395.00 | Draft letter to T. Hogan re discovery propounded re October 6 claim; review and analyze responses of W. Berry to requests for production; review and analyze W. Berry's response to PCT's non-substantive objection to June 9 administrative claim. | Discovery |
| 12/10/2004 | Melissa M. Dulac | 4.75 | 4.50 | $ 395.00 | Draft letter to T. Hogan re discovery propounded re October 6 administrative claim; communicate with E. Liebeler, B. Folse, and S. Cho re best strategy re non-substantive objection to W. Berry's June 9 claim; communicate with T. Hogan re withdrawing non-substantive objection; communicate with T. Hogan re response to discovery propounded re October 6 administrative claim. | Discovery |
| 1/28/2005 | Eric C. Liebeler | 2.50 | 1.25 | $ 575.00 | Edit letter to T. Hogan. | Case Asses., Dev & Admin |
| 2/6/2005 | Melissa M. Dulac | 2.25 | 1.25 | $ 410.00 | Review papers re W. Berry's motion to lift the automatic stay; review transcripts re same. | Motions Practice |
| 2/22/2005 | R. Olivia Samad | 5.50 | 5.00 | $ 295.00 | Work with A. Lopez and A. Andrews to calendar briefing schedule; address Y. Hata depo; meet with E. Liebeler and D. Capozzola re reply for Motion to Compel; begin researching reply in support of our motion to compel production. | Motions Practice |
| 3/14/2005 | Damian D. Capozzola | 4.00 | 3.50 | $ 480.00 | Communications and analysis re expert retention and protective order issues; communications with O. Samad and analysis re summary judgment papers and correspondence from T. Hogan and C. Matsui; outline response re profits discovery. | Case Asses., Dev & Admin |

| Date | Time Keeper | Hours | Revised Hours | Rate | Description | Categories |
|---|---|---|---|---|---|---|
| 3/18/2005 | Damian D. Capozzola | 5.00 | 5.50 | $ 480.00 | Communications with A. Lopez re interrogatory responses; prepare materials to send to M. Walker and communications re same; review and analysis of copyright infringement cases; communications with L. Smith and D. Bickford re document production issues; review and analysis of orders and exhibits; outline response re profits discovery and communications re same. | Case Asses., Dev & Admin |
| 5/9/2005 | Allison Mayo Andrews | 3.00 | 2.00 | $ 195.00 | Review, process and collate incoming case documents for attorney review and use; revise calendar of events. | Case Asses., Dev & Admin |
| 5/10/2005 | Allison Mayo Andrews | 3.50 | 1.50 | $ 195.00 | Review, process and collate incoming case documents for attorney review and use; revise calendar of events; telephone conference with A. Lopez re deposition scheduling. | Case Asses., Dev & Admin |
| 5/16/2005 | Damian D. Capozzola | 14.00 | 12.50 | $ 480.00 | Review Y. Hata and Berry materials; prepare for depositions; communications with M. Walker and team members re case strategy issues. | Depositions |
| 5/16/2005 | Edgar I. Yep | 10.00 | 8.00 | $ 170.00 | Compile material for upcoming depositions in Hawaii (Johnson, Berry). | Depositions |
| 5/19/2005 | Damian D. Capozzola | 14.25 | 13.00 | $ 480.00 | Prepare for and participate in Berry and Johnson depositions; draft motion to compel; communications with team members re motions and summary judgment issues; communications and analysis re appeal. | Depositions |
| 5/23/2005 | Edgar I. Yep | 6.00 | 2.00 | $ 170.00 | Compile documents for D. Capozzola re Expert M. Johnson for meeting. | Discovery |
| 5/25/2005 | Damian D. Capozzola | 12.00 | 9.00 | $ 480.00 | Communications with B. Dechter and M. Walker; review and revise M. Walker draft report and communications re same; attention to scheduling issues; review and revise summary judgment opposition. | Case Asses., Dev & Admin |
| 5/26/2005 | Damian D. Capozzola | 11.00 | 5.50 | $ 480.00 | Communications re expert and summary judgment issues. | Motions Practice |
| 6/16/2005 | Damian D. Capozzola | 7.75 | 6.00 | $ 480.00 | Communications and analysis re case management and strategy issues re Berry matter, and revise case calendar; prepare for and participate in telephone conference with J. Kinrich re expert report; communications with L. Smith and M. Walker re software, hearing argument, and demonstrative exhibit issues; review parties' briefing materials and prepare for summary judgment hearing. | Case Asses., Dev & Admin |
| 6/17/2005 | Damian D. Capozzola | 1.50 | 0.75 | $ 480.00 | draft discovery re trade secret issues; review and analysis of Judge Mollway's inclinations and communications with team members re same. | Case Asses., Dev & Admin |
| 6/17/2005 | Damian D. Capozzola | 2.25 | 1.50 | $ 480.00 | Communications and analysis re Berry summary judgment hearing and related preparations; conference call with L. Smith and M. Walker re exhibits. | Case Asses., Dev & Admin |
| 6/24/2005 | Allison Mayo Andrews | 1.00 | 0.75 | $ 195.00 | Review, process and collate incoming case documents. | Case Asses., Dev & Admin |
| 7/29/2005 | Damian D. Capozzola | 2.75 | 2.00 | $ 480.00 | Communications and analysis re discovery and reconsideration issues; review and analysis of Berry administrative claims and communications re same. | Case Asses., Dev & Admin |

| Date | Time Keeper | Hours | Revised Hours | Rate | Description | Categories |
|---|---|---|---|---|---|---|
| 8/3/2005 | Damian D. Capozzola | 5.25 | 5.00 | $ 480.00 | Communications with M. Walker, E. Liebeler, and L. Smith re reconsideration issues and potential surreply; review and revise summary judgment motion re damages issues. | Case Asses., Dev & Admin |
| 11/14/2005 | Richard L. Wynne | 0.75 | 0.25 | $ 775.00 | Analyze October 27 transcript re Berry. | Case Asses., Dev & Admin |
| 1/5/2006 | Richard L. Wynne | 1.50 | 1.00 | $ 775.00 | Conference with E. Liebeler re Berry cases. | Case Asses., Dev & Admin |