# EXHIBIT TT

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|------|-------------------|--------|
| 6/1/2005 | West Publishing-TP,Database Usage 6.05 | $    42.59 |
| 6/1/2005 | West Publishing-TP,Database Usage 6.05 | $    53.79 |
| 6/2/2005 | Fed Exp to:Marty Walker,REDWOOD CITY,CA from:Neal San Diego | $    37.86 |
| 6/2/2005 | West Publishing-TP,Database Usage 6.05 | $     0.24 |
| 6/2/2005 | West Publishing-TP,Database Usage 6.05 | $    21.11 |
| 6/2/2005 | West Publishing-TP,Database Usage 6.05 | $    25.80 |
| 6/2/2005 | West Publishing-TP,Database Usage 6.05 | $   117.68 |
| 6/3/2005 | FEDERAL EXPRESS CORPORATION - Overnight Delivery 05/27/05 - From: W. Adams / To: T. Hogan | $    13.38 |
| 6/3/2005 | Telephone call to:  HONOLULU,HI 808-535-5711 | $     1.00 |
| 6/3/2005 | Telephone call to:  REDWOOD CY,CA 650-743-3449 | $     0.99 |
| 6/3/2005 | West Publishing-TP,Database Usage 6.05 | $     0.10 |
| 6/5/2005 | Telephone call to:  HONG KONG,HK 208-522-5220111 | $     2.44 |
| 6/5/2005 | Telephone call to:  HONOLULU,HI 808-256-5045 | $     1.04 |
| 6/5/2005 | Telephone call to:  HONOLULU,HI 808-535-5711 | $     1.02 |
| 6/6/2005 | Telephone call to:  STATE OF,HI 808-535-5711 | $     1.40 |
| 6/6/2005 | Telephone call to:  CHINA 011-862162568888 | $     1.00 |
| 6/6/2005 | Telephone call to:  HONG KONG 011-85225220111 | $     2.00 |
| 6/6/2005 | Telephone call to:  S SAN,CA 650-587-1852 | $     0.80 |
| 6/6/2005 | Telephone call to:  STATE OF,HI 808-535-5711 | $     0.80 |
| 6/6/2005 | Telephone call to:  HONG KONG 011-85225220111 | $     2.00 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|------|-------------------|--------|
| 6/6/2005 | Telephone call to: REDWOOD CY,CA 650-743-3449 | $ 1.10 |
| 6/6/2005 | Overtime Meals    Allison Mayo Andrews | $ 9.00 |
| 6/8/2005 | Telephone call to: CHINA 011-8641182525000 | $ 1.00 |
| 6/8/2005 | Telephone call to: CHINA 011-8641182525000 | $ 0.50 |
| 6/8/2005 | Telephone call to: STATE OF,HI 808-535-5711 | $ 1.80 |
| 6/8/2005 | Telephone call to: STATE OF,HI 808-535-5711 | $ 1.80 |
| 6/8/2005 | West Publishing-TP,Database Usage 6.05 | $ 89.15 |
| 6/9/2005 | Fax phone charge to 702-777-6565 | $ 1.60 |
| 6/9/2005 | Fax phone charge to 702-777-2360 | $ 1.60 |
| 6/9/2005 | Fax page charge to 702-777-6565 | $ 21.75 |
| 6/9/2005 | Fax page charge to 702-777-2360 | $ 21.75 |
| 6/9/2005 | Fed Exp to:Timothy Hogan,HONOLULU,HI from:Neal San Diego | $ 30.61 |
| 6/9/2005 | Fed Exp to:Anne Lopez,HONOLULU,HI from:R. Olivia Samad | $ 13.94 |
| 6/9/2005 | Library Document Procurement - Nimmer on Copyright. | $ 25.00 |
| 6/9/2005 | West Publishing-TP,Database Usage 6.05 | $ 93.98 |
| 6/10/2005 | Fed Exp to:Marty Walker,REDWOOD CITY,CA from:Neal San Diego | $ 43.53 |
| 6/10/2005 | Fed Exp to:Anne Lopez,HONOLULU,HI from:Damian Capozzola | $ 13.94 |
| 6/10/2005 | Telephone call to: OAHU,HI 808-922-4422 | $ 0.60 |
| 6/10/2005 | Telephone call to: OAHU,HI 808-922-6611 | $ 0.60 |
| 6/10/2005 | Telephone call to: OAHU,HI 808-922-6611 | $ 2.20 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|------|-------------------|--------|
| 6/10/2005 | West Publishing-TP,Database Usage 6.05 | $ 2.87 |
| 6/10/2005 | West Publishing-TP,Database Usage 6.05 | $ 24.48 |
| 6/11/2005 | Telephone call to: WOODSIDE,CA 650-851-4023 | $ 4.38 |
| 6/13/2005 | West Publishing-TP,Database Usage 6.05 | $ 19.28 |
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 05/17/05 Conference call | $ 3.23 |
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 05/28/05 Conference call | $ 26.44 |
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 05/28/05 Conference call | $ 3.34 |
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 05/28/05 Conference call | $ 17.98 |
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 05/29/05 Conference call | $ 12.63 |
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 05/29/05 Conference call | $ 6.79 |
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 05/30/05 Conference call | $ 20.60 |
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 05/31/05 Conference call | $ 3.10 |
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 05/31/05 Conference call | $ 23.46 |
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 06/02/05 Conference call | $ 7.62 |
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 06/03/05 Conference call | $ 20.36 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|------|-------------------|--------|
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 06/05/05 Conference call | $ 13.10 |
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 06/05/05 Conference call | $ 2.50 |
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 06/06/05 Conference call | $ 1.91 |
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 06/08/05 Conference call | $ 0.12 |
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 06/08/05 Conference call | $ 14.77 |
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 06/08/05 Conference call | $ 24.53 |
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 06/11/05 Conference call | $ 6.55 |
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 06/12/05 Conference call | $ 27.99 |
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 06/13/05 Conference call | $ 39.30 |
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 06/13/05 Conference call | $ 1.19 |
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 06/13/05 Conference call | $ 7.98 |
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 06/14/05 Conference call | $ 24.41 |
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 06/14/05 Conference call | $ 4.29 |
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 06/14/05 Conference call | $ 3.93 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|---|---|---|
| 6/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 06/14/05 Conference call | $ 54.11 |
| 6/15/2005 | MIDNITE EXPRESS INTL. COURIER - Outside Messenger Services - 5/26/05 Wendy Adams, San Francisco, CA | $ 223.89 |
| 6/15/2005 | DDS DOCUMENT DUPLICATION SERVICE - Outside Copy/Binding Services - Heavy litigation copies | $ 327.54 |
| 6/15/2005 | Telephone call to: OAHU,HI 808-922-6611 | $ 1.40 |
| 6/15/2005 | West Publishing-TP,Database Usage 6.05 | $ 0.16 |
| 6/15/2005 | West Publishing-TP,Database Usage 6.05 | $ 22.64 |
| 6/15/2005 | West Publishing-TP,Database Usage 6.05 | $ 73.20 |
| 6/16/2005 | West Publishing-TP,Database Usage 6.05 | $ 1.93 |
| 6/17/2005 | Telephone call to: OAHU,HI 808-524-0233 | $ 1.00 |
| 6/17/2005 | Telephone call to: OAHU,HI 808-943-0005 | $ 1.00 |
| 6/17/2005 | Telephone call to: OAHU,HI 808-922-6611 | $ 0.80 |
| 6/18/2005 | Telephone call to: OAHU,HI 808-923-7311 | $ 1.40 |
| 6/18/2005 | Telephone call to: OAHU,HI 808-922-3111 | $ 0.60 |
| 6/18/2005 | Telephone call to: OAHU,HI 808-922-3111 | $ 0.60 |
| 6/18/2005 | Telephone call to: OAHU,HI 808-922-3111 | $ 1.80 |
| 6/18/2005 | Telephone call to: OAHU,HI 808-922-3111 | $ 1.40 |
| 6/18/2005 | Fax phone charge to 808-921-5255 | $ 2.00 |
| 6/18/2005 | Fax phone charge to 808-931-7098 | $ 3.20 |
| 6/18/2005 | Fax page charge to 808-921-5255 | $ 22.50 |
| 6/18/2005 | Fax page charge to 808-931-7098 | $ 29.25 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|---|---|---|
| 6/18/2005 | Telephone call to:  REDWOOD CY,CA 650-743-3449 | $       1.23 |
| 6/18/2005 | Telephone call to:  WOODSIDE,CA 650-851-4023 | $       1.58 |
| 6/19/2005 | Telephone call to:  REDWOOD CY,CA 650-743-3449 | $       1.10 |
| 6/19/2005 | West Publishing-TP,Database Usage 6.05 | $       0.12 |
| 6/19/2005 | West Publishing-TP,Database Usage 6.05 | $     14.31 |
| 6/20/2005 | Telephone call to:  STATE OF,HI 808-535-5711 | $       0.60 |
| 6/20/2005 | Fax page charge to 808-539-8799 | $       0.75 |
| 6/20/2005 | West Publishing-TP,Database Usage 6.05 | $       0.06 |
| 6/21/2005 | Telephone call to:  REDWOOD CY,CA 650-743-3449 | $       1.43 |
| 6/21/2005 | Telephone call to:  REDONDO,CA 310-318-0345 | $       1.93 |
| 6/22/2005 | Fed Exp to:Marty Walker,REDWOOD CITY,CA from:Neal San Diego | $     12.05 |
| 6/22/2005 | West Publishing-TP,Database Usage 6.05 | $     42.24 |
| 6/23/2005 | DDS DOCUMENT DUPLICATION SERVICE - Outside Copy/Binding Services - Heavy litigation copies | $   300.23 |
| 6/23/2005 | LOS ANGELES COUNTY LAW LIBRARY - Information Broker Doc/Svcs - La County Law Library book/article request, month ending 6/23/05 | $     15.90 |
| 6/23/2005 | West Publishing-TP,Database Usage 6.05 | $   457.70 |
| 6/24/2005 | West Publishing-TP,Database Usage 6.05 | $   190.14 |
| 6/25/2005 | West Publishing-TP,Database Usage 6.05 | $     13.10 |
| 6/27/2005 | MIDNITE EXPRESS INTL. COURIER - Outside Messenger Services - 6/16/05 Anne Lopez, Honolulu, HI - Airbill # P0379633 | $   294.13 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|------|-------------------|--------|
| 6/29/2005 | Fax phone charge to 011-689603301 | $ 9.00 |
| 6/29/2005 | Fax phone charge to 011-689603301 | $ 3.00 |
| 6/29/2005 | Fax phone charge to 011-689603301 | $ 3.00 |
| 6/29/2005 | Fax phone charge to 011-689603301 | $ 4.00 |
| 6/29/2005 | Fax phone charge to 011-689603301 | $ 4.00 |
| 6/29/2005 | Fax phone charge to 011-689603301 | $ 3.00 |
| 6/29/2005 | Fax phone charge to 011-689603301 | $ 4.00 |
| 6/29/2005 | Fax phone charge to 011-689603301 | $ 4.00 |
| 6/29/2005 | Fax phone charge to 011-689603301 | $ 3.00 |
| 6/29/2005 | Fax page charge to 011-689603301 | $ 15.75 |
| 6/29/2005 | Fax page charge to 011-689603301 | $ 6.75 |
| 6/29/2005 | Fax page charge to 011-689603301 | $ 6.00 |
| 6/29/2005 | Fax page charge to 011-689603301 | $ 7.50 |
| 6/29/2005 | Fax page charge to 011-689603301 | $ 7.50 |
| 6/29/2005 | Fax page charge to 011-689603301 | $ 6.75 |
| 6/29/2005 | Fax page charge to 011-689603301 | $ 7.50 |
| 6/29/2005 | Fax page charge to 011-689603301 | $ 7.50 |
| 6/29/2005 | Fax page charge to 011-689603301 | $ 5.25 |
| 6/30/2005 | Fax phone charge to 011-689603301 | $ 2.00 |
| 6/30/2005 | Fax page charge to 011-689603301 | $ 2.25 |
| 6/30/2005 | LEXISNEXIS - Computer Database Research - LexisNexis Database Usage for June, 2005 | $ 28.41 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|---|---|---|
| 7/1/2005 | Fax phone charge to 011-689603301 | $ 1.00 |
| 7/1/2005 | Fax page charge to 011-689603301 | $ 0.75 |
| 7/1/2005 | DHL EXPRESS (USA), INC. - Overnight Delivery - 06/21/05 from Kobayashi & Sugita & Goda Honolulu, Hi to D. Capozzola | $ 105.32 |
| 7/1/2005 | DHL EXPRESS (USA), INC. - Overnight Delivery - 06/21/05 from Kobayashi & Sugita & Goda Honolulu, Hi to D. Capozzola | $ 112.72 |
| 7/1/2005 | DHL EXPRESS (USA), INC. - Overnight Delivery - 06/21/05 from Kobayashi & Sugita & Goda Honolulu, Hi to D. Capozzola | $ 112.72 |
| 7/1/2005 | DHL EXPRESS (USA), INC. - Overnight Delivery - 06/21/05 from Kobayashi & Sugita & Goda Honolulu, Hi to D. Capozzola | $ 112.72 |
| 7/1/2005 | DHL EXPRESS (USA), INC. - Overnight Delivery - 06/21/05 from Kobayashi & Sugita & Goda Honolulu, Hi to D. Capozzola | $ 138.86 |
| 7/7/2005 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage, 4/1/05 to 6/30/05 Neal San Diego | $ 16.32 |
| 7/7/2005 | PACER SERVICE CENTER - Computer Database Research, Pacer Database Usage, 4/1/05 to 6/30/05 Edgar Yep | $ 17.68 |
| 7/7/2005 | Telephone call to: PALO ALTO,CA 650-331-0200 | $ 1.23 |
| 7/8/2005 | Fed Exp to:THOMAS VENO,HONOLULU,HI from:ALLISON ANDREWS | $ 34.54 |
| 7/9/2005 | Telephone call to: REDWOOD CY,CA 650-743-3449 | $ 1.29 |
| 7/10/2005 | Telephone call to: LOSANGELES,CA 213-248-1212 | $ 0.93 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|------|-------------------|--------|
| 7/11/2005 | Fed Exp to:TIMOTHY HUGAN,HONOLULU,HI from:ALLISON ANDREWS | $ 27.64 |
| 7/12/2005 | Telephone call to:  S SAN,CA 650-743-3449 | $ 0.60 |
| 7/12/2005 | Telephone call to:  STATE OF,HI 808-535-5711 | $ 1.20 |
| 7/13/2005 | Telephone call to:  STATE OF,HI 808-535-5711 | $ 0.80 |
| 7/13/2005 | Telephone call to:  STATE OF,HI 808-535-5711 | $ 1.40 |
| 7/13/2005 | Overnight Delivery - Refund | $ (2.00) |
| 7/13/2005 | Overnight Delivery - Refund | $ (2.00) |
| 7/13/2005 | Overnight Delivery - Refund | $ (2.00) |
| 7/14/2005 | Telephone call to:  STATE OF,HI 808-535-5711 | $ 6.60 |
| 7/14/2005 | Telephone call to:  S SAN,CA 650-331-0200 | $ 2.60 |
| 7/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 06/15/05 Conference call | $ 13.10 |
| 7/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 06/16/05 Conference call | $ 23.82 |
| 7/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 06/16/05 Conference call | $ 10.01 |
| 7/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 06/16/05 Conference call | $ 13.82 |
| 7/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 06/16/05 Conference call | $ 4.89 |
| 7/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 06/17/05 Conference call | $ 12.86 |
| 7/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 07/08/05 Conference call | $ 7.62 |
| 7/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 07/11/05 Conference call | $ 6.43 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|------|-------------------|--------|
| 7/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 07/11/05 Conference call | $ 8.93 |
| 7/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 07/13/05 Conference call | $ 4.37 |
| 7/14/2005 | West Publishing-TP,Database Usage 7.05 | $ 36.40 |
| 7/15/2005 | Telephone call to:  S SAN,CA 650-743-3449 | $ 2.00 |
| 7/15/2005 | West Publishing-TP,Database Usage 7.05 | $ 47.45 |
| 7/18/2005 | Telephone call to:  S SAN,CA 650-331-0200 | $ 3.20 |
| 7/18/2005 | Telephone call to:  STATE OF,HI 808-535-5711 | $ 2.20 |
| 7/18/2005 | Fed Exp to:Marty Walker,PALO ALTO,CA from:Neal San Diego | $ 25.55 |
| 7/18/2005 | West Publishing-TP,Database Usage 7.05 | $ 66.41 |
| 7/19/2005 | Telephone call to:  STATE OF,HI 808-535-5711 | $ 4.80 |
| 7/19/2005 | Telephone call to:  S SAN,CA 650-331-0200 | $ 4.60 |
| 7/19/2005 | Telephone call to:  STATE OF,HI 808-535-5711 | $ 0.80 |
| 7/19/2005 | West Publishing-TP,Database Usage 7.05 | $ 11.61 |
| 7/19/2005 | West Publishing-TP,Database Usage 7.05 | $ 61.32 |
| 7/19/2005 | West Publishing-TP,Database Usage 7.05 | $ 46.13 |
| 7/20/2005 | Fed Exp to:Lex Smith,HONOLULU,HI from:Neal San Diego | $ 51.90 |
| 7/20/2005 | West Publishing-TP,Database Usage 7.05 | $ 9.25 |
| 7/20/2005 | Telephone call to:  PALO ALTO,CA 650-331-0200 | $ 1.50 |
| 7/20/2005 | Telephone call to:  PALO ALTO,CA 650-331-0200 | $ 0.91 |
| 7/20/2005 | Telephone call to:  HONOLULU,HI 808-535-5711 | $ 1.53 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|---|---|---|
| 7/21/2005 | Telephone call to: S SAN,CA 650-331-0200 | $ 13.80 |
| 7/21/2005 | Telephone call to: STATE OF,HI 808-535-5711 | $ 11.20 |
| 7/21/2005 | Telephone call to: S SAN,CA 650-851-4023 | $ 1.00 |
| 7/21/2005 | Telephone call to: STATE OF,HI 808-535-5711 | $ 1.00 |
| 7/21/2005 | West Publishing-TP,Database Usage 7.05 | $ 172.49 |
| 7/22/2005 | Telephone call to: S SAN,CA 650-331-0200 | $ 3.20 |
| 7/22/2005 | Telephone call to: S SAN,CA 650-331-0200 | $ 1.00 |
| 7/22/2005 | Telephone call to: STATE OF,HI 808-535-5711 | $ 0.60 |
| 7/22/2005 | Telephone call to: S SAN,CA 650-331-0200 | $ 10.80 |
| 7/22/2005 | Telephone call to: S SAN,CA 650-331-0200 | $ 1.80 |
| 7/22/2005 | FedEx, Anne Lopez,HONOLULU,HI from:Neal San Diego | $ 30.33 |
| 7/22/2005 | West Publishing-TP,Database Usage 7.05 | $ 33.57 |
| 7/22/2005 | West Publishing-TP,Database Usage 7.05 | $ 109.21 |
| 7/22/2005 | Telephone call to: PALO ALTO,CA 650-331-0200 | $ 2.40 |
| 7/25/2005 | CD-ROM Master | $ 30.00 |
| 7/26/2005 | Telephone, Telephone call to: STATE OF,HI 808-535-5711 | $ 4.00 |
| 7/26/2005 | Telephone, Telephone call to: S SAN,CA 650-331-0200 | $ 0.80 |
| 7/26/2005 | Telephone call to: S SAN,CA 650-331-0200 | $ 3.80 |
| 7/26/2005 | Telephone call to: S SAN,CA 650-331-0200 | $ 5.60 |
| 7/27/2005 | Telephone call to: STATE OF,HI 808-535-5711 | $ 1.20 |
| 7/27/2005 | Telephone, Telephone call to: S SAN,CA 650-331-0200 | $ 0.80 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|------|-------------------|--------|
| 7/28/2005 | Telephone call to: STATE OF,HI 808-535-5741 | $ 0.60 |
| 7/28/2005 | West Publishing-TP,Database Usage 7.05 | $ 0.15 |
| 7/28/2005 | Telephone call to: PALO ALTO,CA 650-331-0200 | $ 2.10 |
| 7/29/2005 | Fed Exp to:Lex R. Smith,HONOLULU,HI from:Lauren Van Meter | $ 13.81 |
| 8/1/2005 | Telephone call to: S SAN,CA 650-743-3449 | $ 0.60 |
| 8/2/2005 | Telephone call to: S SAN,CA 650-743-3449 | $ 0.80 |
| 8/2/2005 | Computer Database Research, 8.05 | $ 47.29 |
| 8/3/2005 | Computer Database Research, 8.05 | $ 17.23 |
| 8/4/2005 | Telephone call to: STATE OF,HI 808-535-5711 | $ 0.60 |
| 8/4/2005 | Computer Database Research, 8.05 | $ 67.34 |
| 8/4/2005 | Telephone call to: HONOLULU,HI 808-535-5711 | $ 1.04 |
| 8/4/2005 | Telephone call to: HONOLULU,HI 808-256-5045 | $ 1.38 |
| 8/4/2005 | Telephone call to: HONOLULU,HI 808-256-5045 | $ 2.80 |
| 8/5/2005 | CD-ROM Duplicates | $ 15.00 |
| 8/8/2005 | Computer Database Research, 8.05 | $ 19.20 |
| 8/9/2005 | Computer Database Research, 8.05 | $ 13.54 |
| 8/12/2005 | Computer Database Research, 8.05 | $ 6.37 |
| 8/13/2005 | Computer Database Research, 8.05 | $ 42.88 |
| 8/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 07/19/05 Conference call | $ 8.93 |
| 8/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 07/20/05 Conference call | $ 1.08 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|------|-------------------|--------|
| 8/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 07/20/05 Conference call | $ 9.05 |
| 8/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 07/21/05 Conference call | $ 7.27 |
| 8/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 07/21/05 Conference call | $ 12.15 |
| 8/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 07/21/05 Conference call | $ 0.96 |
| 8/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 08/02/05 Conference call | $ 6.31 |
| 8/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 08/03/05 Conference call | $ 1.55 |
| 8/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 08/03/05 Conference call | $ 4.86 |
| 8/15/2005 | Fax phone charge to 808-528-4997 | $ 0.80 |
| 8/15/2005 | Fax page charge to 808-539-8799 | $ 9.00 |
| 8/15/2005 | Fax page charge to 808-524-3838 | $ 9.00 |
| 8/15/2005 | Fax page charge to 808-528-4997 | $ 9.00 |
| 8/15/2005 | Fax page charge to 808-523-8899 | $ 9.00 |
| 8/15/2005 | Fax page charge to 808-528-4997 | $ 6.75 |
| 8/15/2005 | LIVENOTE INC - Court Reporter Fee/Deposition - Deposition of Thomas Ueno on 7/22/05 | $ 349.75 |
| 8/17/2005 | Computer Database Research,  8.05 | $ 179.65 |
| 8/18/2005 | Telephone call to: PHLADELPHA,PA 610-443-1400 | $ 8.60 |
| 8/18/2005 | FedEx, Wendy K. Adams,SAN FRANCISCO, CA from:R. Olivia Samad | $ 47.25 |
| 8/19/2005 | Telephone call to: PHLADELPHA,PA 610-443-1400 | $ 3.40 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|---|---|---|
| 8/19/2005 | WHITMONT LEGAL TECHNOLOGIES, INC. - Outside Copy/Binding Services - Fleming Reply Brief - 9th circuit | $ 82.89 |
| 8/22/2005 | Fax phone charge to 212-255-5858 | $ 2.80 |
| 8/22/2005 | Fax page charge to 212-255-5858 | $ 51.75 |
| 8/22/2005 | Computer Database Research,  8.05 | $ 5.82 |
| 8/23/2005 | Fax phone charge to 212-255-5858 | $ 1.40 |
| 8/23/2005 | Fax page charge to 212-255-5858 | $ 13.50 |
| 8/23/2005 | Fax page charge to 212-921-5212 | $ 5.25 |
| 8/23/2005 | Fax page charge to 310-798-8926 | $ 6.00 |
| 8/24/2005 | WESTERN MESSENGER - Outside Messenger Services - 8/19/05 Appeals 9th circuit, San Francisco, CA | $ 17.25 |
| 8/24/2005 | Computer Database Research,  8.05 | $ 15.53 |
| 8/24/2005 | Computer Database Research,  8.05 | $ 74.81 |
| 8/26/2005 | FEDERAL EXPRESS CORPORATION - Overnight Delivery- 08/19/05 - From: F. Carlow/ To: T. Hogan | $ 16.09 |
| 8/29/2005 | Telephone, Telephone call to: SANFRNCSCO,CA 415-556-9800 | $ 1.00 |
| 8/29/2005 | Telephone call to:  STATE OF,HI 808-535-5711 | $ 0.60 |
| 8/31/2005 | FedEx, Ann Teranishi,HONOLULU,HI from:Neal San Diego | $ 14.06 |
| 9/6/2005 | Fed Exp to:Ann Teranishi,HONOLULU,HI from:Damian Capozzola | $ 14.13 |
| 9/6/2005 | West Publishing,  9.05 | $ 8.24 |
| 9/14/2005 | Telephone call to:  OAHU,HI 808-528-0100 | $ 0.80 |
| 9/14/2005 | West Publishing,  9.05 | $ 26.09 |
| 9/16/2005 | West Publishing,  9.05 | $ 28.49 |
| 9/18/2005 | West Publishing,  9.05 | $ 148.11 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|---|---|---|
| 9/19/2005 | West Publishing, 9.05 | $ 57.87 |
| 9/21/2005 | Fax Charge, 562-795-5821 | $ 0.75 |
| 9/22/2005 | Telephone, Telephone call to: S SAN,CA 650-331-0200 | $ 1.20 |
| 9/23/2005 | Telephone, Telephone call to: STATE OF,HI 808-535-5711 | $ 5.80 |
| 9/23/2005 | West Publishing, 9.05 | $ 34.51 |
| 9/24/2005 | West Publishing, 9.05 | $ 45.81 |
| 9/25/2005 | West Publishing, 9.05 | $ 118.82 |
| 9/26/2005 | West Publishing, 9.05 | $ 77.11 |
| 9/27/2005 | Telephone, Telephone call to: STATE OF,HI 808-535-5711 | $ 0.60 |
| 9/28/2005 | West Publishing, 9.05 | $ 38.67 |
| 9/28/2005 | West Publishing, 9.05 | $ 62.26 |
| 9/29/2005 | FedEx, Ann Teranishi,HONOLULU,HI from:Neal San Diego | $ 14.13 |
| 9/29/2005 | West Publishing, 9.05 | $ 25.40 |
| 9/29/2005 | West Publishing, 9.05 | $ 74.64 |
| 9/30/2005 | Fax Charge, 312-280-1748 | $ 2.25 |
| 9/30/2005 | Fax Charge, 312-280-1748 | $ 2.25 |
| 9/30/2005 | LEXISNEXIS - Computer Database Research - LexisNexis Databese Usage for September, 2005 | $ 25.99 |
| 9/30/2005 | West Publishing, 9.05 | $ 16.63 |
| 10/3/2005 | Telephone, Telephone call to: STATE OF,HI 808-535-5711 | $ 0.60 |
| 10/3/2005 | Telephone call to: S SAN,CA 650-331-0200 | $ 2.80 |
| 10/3/2005 | Telephone call to: STATE OF,HI 808-535-5711 | $ 2.40 |
| 10/3/2005 | Postage | $ 5.63 |
| 10/3/2005 | FedEx, Ann Teranishi,HONOLULU,HI from:Damian Capozzola | $ 14.44 |
| 10/3/2005 | West Publishing, 10.05 | $ 5.28 |
| 10/5/2005 | Telephone, Telephone call to: STATE OF,HI 808-535-5711 | $ 0.60 |
| 10/5/2005 | Telephone call to: STATE OF,HI 808-535-5711 | $ 1.20 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|------|-------------------|--------|
| 10/5/2005 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage, 7/1/05 to 9/30/05 Jennifer Ballinger | $ 0.40 |
| 10/5/2005 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage, 7/1/05 to 9/30/05 Neal San Diego | $ 181.28 |
| 10/5/2005 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage, 7/1/05 to 9/30/05 Allison Mayo Andrews | $ 0.32 |
| 10/5/2005 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage, 7/1/05 to 9/30/05 Adam Gorman | $ 4.08 |
| 10/5/2005 | Library Document Procurement, Library Document Procurement - Nimmer on Copyright Sections 14.02[A], 14.02[B], 14.03[C], 14.03[D], 14.04[E], 14.04[F]. | $ 25.00 |
| 10/5/2005 | Library Document Procurement, Library Document Procurement - Federal Practice or Procedure Section 2737. | $ 25.00 |
| 10/5/2005 | West Publishing, 10.05 | $ 36.47 |
| 10/7/2005 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center usage, 7/05 to 9/05, Edgar Yep | $ 0.80 |
| 10/8/2005 | Telephone, Damian Capozzola, Cellular Service, Cingular, 9/9/05-10/8/05, 10/08/05, (Telephone Charges) | $ 6.16 |
| 10/9/2005 | Telephone, Eric Liebeler, Internet Access, Hotel, 10/09/05, 10/09/05, (Court Hearing) | $ 26.98 |
| 10/9/2005 | Travel Expense, Eric Liebeler, Hotel, Honolulu, HA, 10/09/05, (Court Hearing) | $ 310.84 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|---|---|---|
| 10/9/2005 | Airfare, Eric Liebeler, Airfare, Honolulu, HA, 10/09/05 to 10/11/05, (Court Hearing) | $    1,456.61 |
| 10/9/2005 | Transportation to/from airport, Eric Liebeler, To/From Airport, Los Angeles, 10/09/05, (Court Hearing) | $    65.00 |
| 10/11/2005 | Telephone call to:  HONOLULU,HI 808-256-5045 | $    0.95 |
| 10/11/2005 | Telephone call to:  PALO ALTO,CA 650-331-0200 | $    1.38 |
| 10/11/2005 | Telephone call to: LOSANGELES,CA 213-896-4544 | $    1.09 |
| 10/14/2005 | Telephone call to: S SAN,CA 650-331-0200 | $    0.80 |
| 10/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 09/27/05 Conference call | $    6.41 |
| 10/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 09/28/05 Conference call | $    11.90 |
| 10/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 09/30/05 Conference call | $    2.61 |
| 10/17/2005 | Telephone call to:  PALO ALTO,CA 650-331-0200 | $    0.96 |
| 10/18/2005 | West Publishing, 10.05 | $    2.86 |
| 10/19/2005 | West Publishing, 10.05 | $    2.01 |
| 10/19/2005 | West Publishing, 10.05 | $    183.34 |
| 10/20/2005 | Telephone call to:  STATE OF,HI 808-256-5045 | $    0.80 |
| 10/21/2005 | West Publishing, 10.05 | $    6.02 |
| 10/26/2005 | Telephone call to:  STATE OF,HI 808-535-5711 | $    1.00 |
| 10/26/2005 | Telephone call to: S SAN,CA 650-331-0200 | $    1.60 |
| 10/27/2005 | Telephone call to: S SAN,CA 650-331-0200 | $    2.80 |
| 10/27/2005 | Telephone call to: S SAN,CA 650-331-0200 | $    0.60 |
| 10/27/2005 | West Publishing, 10.05 | $    43.12 |
| 10/28/2005 | Telephone call to:  STATE OF,HI 808-535-5711 | $    0.60 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|---|---|---|
| 10/28/2005 | Telephone call to: STATE OF,HI 808-535-5711 | $ 0.80 |
| 10/28/2005 | Telephone call to: S SAN,CA 650-743-3449 | $ 0.80 |
| 10/31/2005 | LEXISNEXIS - Computer Database Research - LexisNexis Database Usage for October, 2005 | $ 21.94 |
| 11/1/2005 | Fax Charge, 310-888-6388 | $ 1.50 |
| 11/2/2005 | Telephone call to: S SAN,CA 650-331-0200 | $ 0.80 |
| 11/2/2005 | FedEx, Marty Walker,PALO ALTO,CA from:Neal San Diego | $ 11.69 |
| 11/2/2005 | CD-ROM Duplicates | $ 45.00 |
| 11/7/2005 | Telephone call to: IDABEL,OK 405-286-9860 | $ 1.40 |
| 11/7/2005 | Telephone call to: REDWOOD CY,CA 650-743-3449 | $ 1.02 |
| 11/7/2005 | Telephone call to: HONOLULU,HI 808-256-5045 | $ 1.47 |
| 11/7/2005 | West Publishing, 11.05 | $ 0.91 |
| 11/8/2005 | Telephone, Damian Capozzola, Cellular Service, Cingular, 10/9/05-11/8/05, 11/08/05, (Telephone Charges) | $ 7.26 |
| 11/8/2005 | Telephone call to: PALO ALTO,CA 650-331-0200 | $ 1.19 |
| 11/9/2005 | Telephone call to: REDWOOD CY,CA 650-743-3449 | $ 1.37 |
| 11/9/2005 | Telephone call to: PASADENA,CA 626-229-9191 | $ 0.95 |
| 11/10/2005 | FedEx, Ann Teranishi,HONOLULU,HI from:Damian Capozzola | $ 15.00 |
| 11/11/2005 | Telephone call to: PALO ALTO,CA 650-331-0200 | $ 1.01 |
| 11/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 10/17/05 Conference call | $ 0.71 |
| 11/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 10/17/05 Conference call | $ 4.72 |

11046197_1.xls

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|---|---|---|
| 11/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 10/24/05 Conference call | $ 3.03 |
| 11/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 10/25/05 Conference call | $ 6.48 |
| 11/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 10/27/05 Conference call | $ 3.73 |
| 11/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 11/09/05 Conference call | $ 10.14 |
| 11/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 11/10/05 Conference call | $ 9.83 |
| 11/16/2005 | Telephone call to: STATE OF,HI 808-535-5711 | $ 1.40 |
| 11/16/2005 | Telephone call to: OAHU,HI 808-528-0100 | $ 1.60 |
| 11/16/2005 | FedEx, Marty Walker,PALO ALTO,CA from:Neal San Diego | $ 12.14 |
| 11/18/2005 | Telephone call to: STATE OF,HI 808-256-5045 | $ 2.20 |
| 11/18/2005 | Telephone call to: STATE OF,HI 808-256-5045 | $ 0.60 |
| 11/19/2005 | FedEx, Lex Smith,HONOLULU,HI from:Neal San Diego | $ 32.94 |
| 11/19/2005 | FedEx, Eric Liebeler- Hotel Guest, HONOLULU,HI from:Neal San Diego | $ 32.94 |
| 11/19/2005 | FedEx, Lyle Hosoda,HONOLULU,HI from:Neal San Diego | $ 32.94 |
| 11/20/2005 | Telephone call to: HONOLULU,HI 808-256-5045 | $ 1.79 |
| 11/20/2005 | Telephone call to: REDWOOD CY,CA 650-743-3449 | $ 1.08 |
| 11/20/2005 | Telephone call to: PASADENA,CA 626-229-9191 | $ 0.95 |
| 11/20/2005 | West Publishing, 11.05 | $ 3.38 |
| 11/21/2005 | Telephone call to: OAHU,HI 808-533-0102 | $ 0.60 |
| 11/23/2005 | West Publishing, 11.05 | $ 2.98 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|------|-------------------|--------|
| 11/23/2005 | West Publishing, 11.05 | $ 85.91 |
| 11/24/2005 | West Publishing, 11.05 | $ 79.20 |
| 11/25/2005 | West Publishing, 11.05 | $ 152.46 |
| 11/26/2005 | West Publishing, 11.05 | $ 609.83 |
| 11/27/2005 | West Publishing, 11.05 | $ 271.02 |
| 11/28/2005 | West Publishing, 11.05 | $ 55.03 |
| 11/28/2005 | West Publishing, 11.05 | $ 57.57 |
| 11/29/2005 | Telephone call to: WASHINGTON,DC 202-828-9867 | $ 5.20 |
| 11/29/2005 | West Publishing, 11.05 | $ 6.39 |
| 11/30/2005 | Telephone call to:  STATE OF,HI 808-535-5711 | $ 0.80 |
| 11/30/2005 | LEXISNEXIS - Computer Database Research - Lexis- Nexis database usage for November, 2005 | $ 497.53 |
| 11/30/2005 | West Publishing, 11.05 | $ 19.94 |
| 11/30/2005 | West Publishing, 11.05 | $ 213.52 |
| 12/1/2005 | Telephone call to:  REDWOOD CY,CA 650-743-3449 | $ 1.35 |
| 12/1/2005 | Telephone call to:  HONOLULU,HI 808-256-5045 | $ 1.72 |
| 12/1/2005 | Telephone call to:  HONOLULU,HI 808-535-5711 | $ 6.65 |
| 12/1/2005 | Telephone call to:  REDWOOD CY,CA 650-743-3449 | $ 1.07 |
| 12/1/2005 | West Publishing, 12.05 | $ 14.82 |
| 12/2/2005 | West Publishing, 12.05 | $ 10.70 |
| 12/5/2005 | West Publishing, 12.05 | $ 183.29 |
| 12/6/2005 | CD-ROM Master | $ 60.00 |
| 12/7/2005 | West Publishing, 12.05 | $ 4.91 |
| 12/8/2005 | Telephone call to:  STATE OF,HI 808-535-5711 | $ 2.40 |
| 12/8/2005 | Telephone call to:  S SAN,CA 650-331-0200 | $ 2.20 |
| 12/8/2005 | Telephone call to:  S SAN,CA 650-331-0200 | $ 1.60 |
| 12/8/2005 | FedEx, Lex Smith,HONOLULU,HI from:Neal San Diego | $ 37.51 |
| 12/8/2005 | FedEx, Lyle Hosoda,HONOLULU,HI from:Neal San Diego | $ 37.51 |
| 12/8/2005 | West Publishing, 12.05 | $ 2.49 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|------|-------------------|--------|
| 12/9/2005 | Telephone call to: STATE OF,HI 808-535-5711 | $ 1.00 |
| 12/9/2005 | West Publishing, 12.05 | $ 31.78 |
| 12/9/2005 | BLUEBIRD OFFICE SUPPLIES - Miscellaneous Office Expenses - 12/09/05 Binders | $ 27.15 |
| 12/10/2005 | West Publishing, 12.05 | $ 62.02 |
| 12/11/2005 | West Publishing, 12.05 | $ 118.96 |
| 12/12/2005 | Telephone call to: STATE OF,HI 808-256-5045 | $ 0.80 |
| 12/12/2005 | West Publishing, 12.05 | $ 2.29 |
| 12/12/2005 | West Publishing, 12.05 | $ 160.59 |
| 12/13/2005 | West Publishing, 12.05 | $ 26.02 |
| 12/13/2005 | West Publishing, 12.05 | $ 18.17 |
| 12/13/2005 | West Publishing, 12.05 | $ 51.40 |
| 12/13/2005 | West Publishing, 12.05 | $ 70.67 |
| 12/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 11/18/05 Conference call | $ 2.53 |
| 12/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 11/21/05 Conference call | $ 2.33 |
| 12/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 11/30/05 Conference call | $ 0.92 |
| 12/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 11/30/05 Conference call | $ 10.64 |
| 12/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 12/08/05 Conference call | $ 11.97 |
| 12/14/2005 | GENESYS CONFERENCING, INC. - Telephone - 12/08/05 Conference call | $ 1.48 |
| 12/14/2005 | Telephone call to: HONOLULU,HI 808-256-5045 | $ 0.96 |
| 12/14/2005 | West Publishing, 12.05 | $ 73.81 |
| 12/15/2005 | Telephone call to: WILMINGTON,DE 302-656-8162 | $ 1.40 |
| 12/15/2005 | WORLDWIDE NETWORK, INC. - Outside Messenger Services - 12/13/05 USDC, Los Angeles, CA | $ 61.10 |
| 12/15/2005 | West Publishing, 12.05 | $ 20.82 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|------|-------------------|--------|
| 12/15/2005 | West Publishing, 12.05 | $ 529.45 |
| 12/16/2005 | West Publishing, 12.05 | $ 25.04 |
| 12/17/2005 | Telephone call to: STATE OF,HI 808-382-3698 | $ 1.60 |
| 12/17/2005 | West Publishing, 12.05 | $ 44.75 |
| 12/17/2005 | West Publishing, 12.05 | $ 31.75 |
| 12/19/2005 | Telephone call to: LOSANGELES,CA 213-896-4544 | $ 0.91 |
| 12/19/2005 | West Publishing, 12.05 | $ 44.43 |
| 12/20/2005 | West Publishing, 12.05 | $ 38.92 |
| 12/20/2005 | West Publishing, 12.05 | $ 49.25 |
| 12/20/2005 | West Publishing, 12.05 | $ 268.17 |
| 12/21/2005 | Telephone call to: OAHU,HI 808-539-8700 | $ 2.40 |
| 12/21/2005 | Telephone call to: S SAN,CA 650-331-0200 | $ 4.00 |
| 12/21/2005 | Telephone call to: STATE OF,HI 808-256-5045 | $ 0.60 |
| 12/22/2005 | Telephone call to: STATE OF,HI 808-256-5045 | $ 0.60 |
| 12/22/2005 | West Publishing, 12.05 | $ 23.58 |
| 12/23/2005 | Telephone call to: STATE OF,HI 808-535-5729 | $ 1.40 |
| 12/23/2005 | Telephone call to: OAHU,HI 808-539-8700 | $ 0.60 |
| 12/23/2005 | Telephone call to: STATE OF,HI 808-256-5045 | $ 8.20 |
| 12/26/2005 | West Publishing, 12.05 | $ 30.09 |
| 12/28/2005 | Telephone call to: OAHU,HI 808-528-9721 | $ 2.40 |
| 12/28/2005 | FEDERAL EXPRESS CORPORATION - Overnight Delivery - 12/20/05 Hotel guest E. Liebeler, Whistler, CA | $ 28.26 |
| 12/28/2005 | West Publishing, 12.05 | $ 36.43 |
| 12/29/2005 | Telephone call to: STATE OF,HI 808-535-5729 | $ 3.80 |
| 12/29/2005 | Telephone call to: S SAN,CA 650-743-3449 | $ 2.20 |
| 12/29/2005 | Telephone call to: MALDIVES 011-9606660666 | $ 19.00 |
| 12/29/2005 | Telephone call to: OAHU,HI 808-528-9721 | $ 3.60 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|------|-------------------|--------|
| 12/30/2005 | Telephone call to: STATE OF,HI 808-535-5711 | $ 1.60 |
| 12/30/2005 | WEST - Information Broker Doc/Svcs - WCXP Federal record center fee | $ 159.00 |
| 12/30/2005 | WEST - Information Broker Doc/Svcs - WCXP court staff time | $ 37.50 |
| 12/30/2005 | WEST - Information Broker Doc/Svcs - WCXP copy fee | $ 7.31 |
| 12/30/2005 | WEST - Information Broker Doc/Svcs - WCXP email delivery charge | $ 20.00 |
| 12/30/2005 | West Publishing, 12.05 | $ 31.17 |
| 12/30/2005 | West Publishing, 12.05 | $ 150.33 |
| 12/31/2005 | ACE MESSENGER & ATTORNEY SERVICE, INC. - Outside Messenger Services - 12/29/05 Residence of E. Liebeler, Los Angeles, CA | $ 30.00 |
| 12/31/2005 | COURTEXPRESS.COM - Calendar/Court Services Obtain documents form USDC | $ 187.75 |
| 1/1/2006 | West Publishing, 1.06 | $ 172.83 |
| 1/2/2006 | West Publishing, 1.06 | $ 174.24 |
| 1/3/2006 | Telephone call to: STATE OF,HI 808-535-5729 | $ 0.80 |
| 1/3/2006 | Fed Exp to:REWSMartin Walker,PALO ALTO,CA from:Dora Silva | $ 8.09 |
| 1/3/2006 | CD-ROM Duplicates | $ 30.00 |
| 1/3/2006 | West Publishing, 1.06 | $ 35.15 |
| 1/3/2006 | West Publishing, 1.06 | $ 102.38 |
| 1/3/2006 | West Publishing, 1.06 | $ 134.78 |
| 1/4/2006 | West Publishing, 1.06 | $ 3.44 |
| 1/6/2006 | Telephone call to: S SAN,CA 650-331-0200 | $ 0.60 |
| 1/6/2006 | PACER SERVICE CENTER - Computer Database Research, Pacer Database Usage Quarterly, 10/1/05 to 12/31/05 Neal San Diego | $ 81.52 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|---|---|---|
| 1/6/2006 | PACER SERVICE CENTER - Computer Database Research, Pacer Database Usage Quarterly, 10/1/05 to 12/31/05 Allison Mayo Andrews | $ 0.16 |
| 1/6/2006 | PACER SERVICE CENTER - Computer Database Research, Pacer Database Usage Quarterly, 10/1/05 to 12/31/05 Jennifer Ballinger | $ 2.80 |
| 1/7/2006 | West Publishing,  1.06 | $ 297.29 |
| 1/8/2006 | West Publishing,  1.06 | $ 33.36 |
| 1/8/2006 | West Publishing,  1.06 | $ 221.48 |
| 1/8/2006 | West Publishing,  1.06 | $ 474.38 |
| 1/9/2006 | Telephone call to:  STATE OF,HI 808-535-5729 | $ 3.40 |
| 1/9/2006 | Telephone call to:  STATE OF,HI 808-554-4297 | $ 1.80 |
| 1/9/2006 | West Publishing,  1.06 | $ 65.28 |
| 1/9/2006 | West Publishing,  1.06 | $ 62.64 |
| 1/9/2006 | West Publishing,  1.06 | $ 79.63 |
| 1/10/2006 | Telephone call to:  STATE OF,HI 808-535-5729 | $ 2.60 |
| 1/10/2006 | Telephone call to:  OAHU,HI 808-528-9721 | $ 0.80 |
| 1/10/2006 | Fax Telephone Charge, 619-233-6464 | $ 0.80 |
| 1/10/2006 | Fax Charge, 619-233-6464 | $ 9.00 |
| 1/10/2006 | Fax Charge, 619-233-6464 | $ 6.75 |
| 1/10/2006 | West Publishing,  1.06 | $ 33.25 |
| 1/10/2006 | West Publishing,  1.06 | $ 91.39 |
| 1/10/2006 | West Publishing,  1.06 | $ 150.43 |
| 1/10/2006 | West Publishing,  1.06 | $ 696.77 |
| 1/11/2006 | Telephone call to:  STATE OF,HI 808-535-5729 | $ 5.40 |
| 1/11/2006 | Telephone call to:  OAHU,HI 808-524-3700 | $ 1.40 |
| 1/11/2006 | Fed Exp to:Robert A. Kors,PACIFIC PALISADES,CA from:Damian Capozzola | $ 12.25 |
| 1/12/2006 | Telephone call to:  S SAN,CA 650-331-0200 | $ 0.60 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|------|-------------------|--------|
| 1/12/2006 | Telephone call to: STATE OF,HI 808-535-5711 | $ 1.20 |
| 1/12/2006 | Telephone call to: STATE OF,HI 808-535-5711 | $ 1.20 |
| 1/12/2006 | Telephone call to: S SAN,CA 650-743-3449 | $ 0.60 |
| 1/12/2006 | West Publishing, 1.06 | $ 26.37 |
| 1/13/2006 | Fed Exp to:anThomas H. Yee, Esq.,HONOLULU,HI from:Brianna Carrera | $ 14.96 |
| 1/13/2006 | West Publishing, 1.06 | $ 136.61 |
| 1/14/2006 | GENESYS CONFERENCING, INC. - Telephone - 12/21/05 Conference call | $ 4.36 |
| 1/14/2006 | GENESYS CONFERENCING, INC. - Telephone - 12/21/05 Conference call | $ 3.95 |
| 1/14/2006 | GENESYS CONFERENCING, INC. - Telephone - 12/22/05 Conference call | $ 1.28 |
| 1/14/2006 | GENESYS CONFERENCING, INC. - Telephone - 12/22/05 Conference call | $ 5.78 |
| 1/14/2006 | GENESYS CONFERENCING, INC. - Telephone - 12/23/05 Conference call | $ 8.24 |
| 1/14/2006 | GENESYS CONFERENCING, INC. - Telephone - 12/23/05 Conference call | $ 4.02 |
| 1/14/2006 | GENESYS CONFERENCING, INC. - Telephone - 12/23/05 Conference call | $ 13.24 |
| 1/14/2006 | GENESYS CONFERENCING, INC. - Telephone - 12/24/05 Conference call | $ 4.51 |
| 1/14/2006 | GENESYS CONFERENCING, INC. - Telephone - 12/26/05 Conference call | $ 0.08 |
| 1/14/2006 | GENESYS CONFERENCING, INC. - Telephone - 12/26/05 Conference call | $ 17.82 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|------|-------------------|--------|
| 1/14/2006 | GENESYS CONFERENCING, INC. - Telephone - 12/27/05 Conference call | $ 1.06 |
| 1/14/2006 | GENESYS CONFERENCING, INC. - Telephone - 01/10/06 Conference call | $ 2.12 |
| 1/14/2006 | GENESYS CONFERENCING, INC. - Telephone - 01/10/06 Conference call | $ 2.48 |
| 1/14/2006 | GENESYS CONFERENCING, INC. - Telephone - 01/11/06 Conference call | $ 1.84 |
| 1/14/2006 | GENESYS CONFERENCING, INC. - Telephone - 01/11/06 Conference call | $ 2.75 |
| 1/15/2006 | Telephone call to:  S SAN,CA 650-331-0200 | $ 1.00 |
| 1/16/2006 | Telephone call to:  S SAN,CA 650-331-0200 | $ 0.80 |
| 1/17/2006 | Telephone call to:  S SAN,CA 650-331-0200 | $ 1.40 |
| 1/17/2006 | Telephone call to:  OAHU,HI 808-927-2510 | $ 0.60 |
| 1/17/2006 | Fed Exp to:SHOMER YEE,HONOLULU,HI from:ALLISON ANDNEWS | $ 78.51 |
| 1/17/2006 | West Publishing,  1.06 | $ 60.84 |
| 1/18/2006 | Postage | $ 4.14 |
| 1/18/2006 | Fed Exp to:Lex R. Smith,HONOLULU,HI from:Damian Capozzola | $ 56.71 |
| 1/18/2006 | Fed Exp to:Lex R. Smith,HONOLULU,HI from:Damian Capozzola | $ 56.71 |
| 1/18/2006 | Fed Exp to:Lex R. Smith,HONOLULU,HI from:Damian Capozzola | $ 56.71 |
| 1/18/2006 | Fed Exp to:MICHAEL BECKWIT,OKLAHOMA CITY,OK from:ALLISON ANDRENS | $ 23.73 |
| 1/18/2006 | Fed Exp to:Lex Smith,HONOLULU,HI from:Lena Prodan | $ 49.76 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|------|-------------------|--------|
| 1/19/2006 | Fed Exp to:Capozzola c/o Lex R. Smith HONOLULU,HI from:Dora Silva | $ 27.69 |
| 1/19/2006 | West Publishing, 1.06 | $ 23.12 |
| 1/19/2006 | West Publishing, 1.06 | $ 613.62 |
| 1/20/2006 | Fed Exp to:Olivia Samad c/o Thomas Yee HONOLULU,HI from:Brianna Carrera | $ 50.76 |
| 1/20/2006 | Fed Exp to:Olivia Samad c/o Thomas Yee HONOLULU,HI from:Brianna Carrera | $ 71.99 |
| 1/20/2006 | Fed Exp to:Olivia Samad c/o Thomas Yee HONOLULU,HI from:Brianna Carrera | $ 65.24 |
| 1/20/2006 | Fed Exp to:Olivia Samad c/o Thomas Yee HONOLULU,HI from:Brianna Carrera | $ 51.77 |
| 1/20/2006 | CD-ROM Duplicates | $ 45.00 |
| 1/20/2006 | West Publishing, 1.06 | $ 32.15 |
| 1/20/2006 | West Publishing, 1.06 | $ 42.06 |
| 1/20/2006 | West Publishing, 1.06 | $ 99.50 |
| 1/20/2006 | West Publishing, 1.06 | $ 210.33 |
| 1/21/2006 | West Publishing, 1.06 | $ 2.28 |
| 1/22/2006 | Telephone call to: OAHU,HI 808-923-7311 | $ 1.60 |
| 1/22/2006 | CD-ROM Duplicates | $ 15.00 |
| 1/22/2006 | West Publishing, 1.06 | $ 167.34 |
| 1/23/2006 | Fed Exp to:Olivia Samad c/o Lex Smith HONOLULU,HI from:Neal San Diego | $ 49.76 |
| 1/23/2006 | DOWNTOWN REPROGRAPHICS - Outside Copy/Binding Services Lit copies | $ 525.61 |
| 1/23/2006 | DOWNTOWN REPROGRAPHICS - Outside Copy/Binding Services-Medium Lit Copies | $ 265.00 |
| 1/26/2006 | Telephone call to: OAHU,HI 808-638-7838 | $ 0.60 |
| 1/26/2006 | Telephone call to: OAHU,HI 808-637-2568 | $ 3.20 |
| 1/26/2006 | Telephone call to: ATLANTA,GA 404-728-8787 | $ 1.60 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|---|---|---|
| 1/30/2006 | Fax Telephone Charge, 808-673-0448 | $ 1.00 |
| 1/30/2006 | Fax Charge, 808-673-0448 | $ 21.00 |
| 1/30/2006 | Fed Exp from:N M/MOlivia Samad,LOS ANGELES,CA to:Brenda Sakamoto | $ 45.00 |
| 1/30/2006 | Fed Exp from:toOlivia Samad,LOS ANGELES,CA to:Brenda Sakamoto | $ 22.99 |
| 1/30/2006 | Fed Exp from:toOlivia Samad,LOS ANGELES,CA to:Brenda Sakamoto | $ 22.99 |
| 1/30/2006 | Fed Exp from:toOlivia Samad,LOS ANGELES,CA to:Brenda Sakamoto | $ 22.99 |
| 1/30/2006 | Fed Exp from:toOlivia Samad,LOS ANGELES,CA to:Brenda Sakamoto | $ 22.99 |
| 1/30/2006 | Fed Exp from:toOlivia Samad,LOS ANGELES,CA to:Brenda Sakamoto | $ 22.99 |
| 1/30/2006 | Fed Exp from:toOlivia Samad,LOS ANGELES,CA to:Brenda Sakamoto | $ 22.99 |
| 1/30/2006 | Fed Exp from:toOlivia Samad,LOS ANGELES,CA to:Brenda Sakamoto | $ 22.99 |
| 1/30/2006 | Fed Exp from:toOlivia Samad,LOS ANGELES,CA to:Brenda Sakamoto | $ 16.18 |
| 1/31/2006 | Fed Exp from:toDamian Capozzola,LOS ANGELES,CA to:Brenda Sakamoto | $ 25.49 |
| 1/31/2006 | Fed Exp from:toDamian Capozzola,LOS ANGELES,CA to:Brenda Sakamoto | $ 25.49 |
| 1/31/2006 | Fed Exp from:toDamian Capozzola,LOS ANGELES,CA to:Brenda Sakamoto | $ 25.49 |
| 1/31/2006 | Fed Exp from:toDamian Capozzola,LOS ANGELES,CA to:Brenda Sakamoto | $ 25.49 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT | |
|---|---|---|---|
| 1/31/2006 | DOWNTOWN REPROGRAPHICS - Outside Copy/Binding Services - Medium litigation copies | $ | 94.44 |
| 2/1/2006 | Telephone call to: OAHU,HI 808-539-8700 | $ | 0.80 |
| 2/2/2006 | Telephone call to: S SAN,CA 650-743-3449 | $ | 2.80 |
| 2/2/2006 | Telephone call to: STATE OF,HI 808-535-5711 | $ | 2.60 |
| 2/2/2006 | Telephone call to: OAHU,HI 808-927-2510 | $ | 0.60 |
| 2/2/2006 | Postage | $ | 0.39 |
| 2/3/2006 | Telephone call to: STATE OF,HI 808-535-5729 | $ | 0.60 |
| 2/3/2006 | MIDNITE EXPRESS INTL. COURIER - Outside Messenger Services - 1/21/06 Damian Capozzola, Honolulu, HI | $ | 267.08 |
| 2/6/2006 | CD-ROM Duplicates | $ | 30.00 |
| 2/6/2006 | CD-ROM Master | $ | 150.00 |
| 2/6/2006 | Fed Exp to:EYLex Smith,HONOLULU,HI from:Neal San Diego | $ | 25.43 |
| 2/6/2006 | Fed Exp to:egoLyle Hosoda,HONOLULU,HI from:Neal San Diego | $ | 25.43 |
| 2/6/2006 | Fed Exp to:egoMARTIN WALKER,PALO ALTO,CA from:ALLISON ANDREWS | $ | 8.51 |
| 2/6/2006 | Fed Exp to:REWSLEX SMITH,HONOLULU,HI from:ALLISON ANDREWS | $ | 15.03 |
| 2/7/2006 | Telephone call to: S SAN,CA 650-331-0200 | $ | 1.00 |
| 2/7/2006 | Telephone call to: S SAN,CA 650-331-0200 | $ | 0.80 |
| 2/7/2006 | Telephone call to:    951-545-6675 | $ | 1.20 |
| 2/7/2006 | Postage | $ | 0.39 |
| 2/7/2006 | Fed Exp to:REWSThomas Yee,HONOLULU,HI from:Samantha Benson | $ | 15.03 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|------|-------------------|--------|
| 2/7/2006 | Fed Exp to:ensonTimothy J. Hogan,HONOLULU,HI from:Damian Capozzola | $ 15.03 |
| 2/8/2006 | Telephone call to: STATE OF,HI 808-535-5711 | $ 2.60 |
| 2/8/2006 | Telephone call to: S SAN,CA 650-331-0200 | $ 2.40 |
| 2/9/2006 | Telephone call to: S SAN,CA 650-743-3449 | $ 0.60 |
| 2/9/2006 | Telephone call to: STATE OF,HI 808-535-5711 | $ 2.60 |
| 2/9/2006 | Telephone call to: STATE OF,HI 808-535-5711 | $ 0.60 |
| 2/9/2006 | Telephone call to: OAHU,HI 808-539-8700 | $ 1.20 |
| 2/9/2006 | Fax Charge, 808-528-4997 | $ 3.00 |
| 2/9/2006 | Fax Charge, 808-539-8799 | $ 3.00 |
| 2/9/2006 | Fax Charge, 808-524-3838 | $ 3.00 |
| 2/9/2006 | Fax Charge, 626-229-9199 | $ 3.00 |
| 2/9/2006 | Fed Exp to:zzolaBRENDA SAKAMOTO,HONOLULU,HI from:ALLISON ANDREWS | $ 15.03 |
| 2/10/2006 | Telephone call to: S SAN,CA 650-331-0200 | $ 3.00 |
| 2/10/2006 | CD-ROM Duplicates | $ 90.00 |
| 2/12/2006 | Telephone call to: S SAN,CA 650-743-3449 | $ 4.00 |
| 2/13/2006 | Telephone call to: STATE OF,HI 808-535-5641 | $ 0.60 |
| 2/13/2006 | Telephone call to: S SAN,CA 650-331-0200 | $ 0.80 |
| 2/14/2006 | Telephone call to: S SAN,CA 650-331-0200 | $ 0.80 |
| 2/14/2006 | CD-ROM Duplicates | $ 30.00 |
| 2/15/2006 | Telephone call to: STATE OF,HI 808-535-5729 | $ 0.60 |
| 2/15/2006 | Telephone call to: STATE OF,HI 808-535-5641 | $ 0.60 |
| 2/15/2006 | Telephone call to: S SAN,CA 650-331-0200 | $ 4.40 |
| 2/15/2006 | CD-ROM Duplicates | $ 30.00 |
| 2/15/2006 | CD-ROM Master | $ 60.00 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|---|---|---|
| 2/15/2006 | Fed Exp to:Damian Capozzola c/o Lex R. Sm HONOLULU,HI from:Dora Silva | $ 56.97 |
| 2/15/2006 | Fed Exp to:Damian Capozzola c/o Lex R. Sm HONOLULU,HI from:Dora Silva | $ 56.97 |
| 2/15/2006 | Fed Exp to:Damian Capozzola c/o Lex R. Sm HONOLULU,HI from:Dora Silva | $ 56.97 |
| 2/15/2006 | Fed Exp to:Damian Capozzola c/o Lex R. Sm HONOLULU,HI from:Dora Silva | $ 56.97 |
| 2/16/2006 | Telephone call to:  S SAN,CA 650-331-0200 | $ 4.80 |
| 2/16/2006 | Fax Charge, 216-861-4703 | $ 2.25 |
| 2/16/2006 | Fed Exp to:Damian Capozzola c/o Lex R. Sm HONOLULU,HI from:Dora Silva | $ 45.22 |
| 2/16/2006 | Fed Exp to:Damian Capozzola c/o Lex R. Sm HONOLULU,HI from:Dora Silva | $ 47.99 |
| 2/16/2006 | Fed Exp to:Damian Capozzola c/o Lex R. Sm HONOLULU,HI from:Dora Silva | $ 47.99 |
| 2/16/2006 | Fed Exp to:Damian Capozzola c/o Lex R. Sm HONOLULU,HI from:Dora Silva | $ 47.99 |
| 2/17/2006 | Telephone call to:  STATE OF,HI 808-535-5729 | $ 0.60 |
| 2/17/2006 | Telephone call to:  STATE OF,HI 808-535-5755 | $ 1.40 |
| 2/17/2006 | Telephone call to:  STATE OF,HI 808-535-5729 | $ 1.20 |
| 2/21/2006 | Telephone call to:  OAHU,HI 808-927-2510 | $ 1.40 |
| 2/21/2006 | Telephone call to:  OAHU,HI 808-539-3000 | $ 0.80 |
| 2/24/2006 | Telephone call to:  OAHU,HI 808-539-8700 | $ 0.80 |
| 2/24/2006 | Fax Telephone Charge, 808-539-8799 | $ 1.60 |
| 2/24/2006 | Fax Telephone Charge, 808-539-8799 | $ 1.60 |

Berry v. Fleming/PCT
"Soft" Costs

| DATE | DESCRIPTION/PAYOR | AMOUNT |
|---|---|---|
| 2/24/2006 | Fax Charge, 808-539-8799 | $ 39.00 |
| 2/24/2006 | Fax Charge, 808-539-8799 | $ 34.50 |
| | Scanned Images | $ 109.05 |
| | Binding | $ 19.25 |
| | Tabs/Indexes/Dividers | $ 36.00 |
| | Scanned Images | $ 307.20 |
| | Standard Copies | $ 6,204.40 |
| | Postage | $ 0.37 |
| | Binding | $ 66.50 |
| | Tabs/Indexes/Dividers | $ 92.70 |
| | Scanned Images | $ 117.60 |
| | Standard Copies | $ 739.70 |
| | Color Copies | $ 84.00 |
| | Standard Copies | $ 1,565.90 |
| | Scanned Images | $ 54.45 |
| | Tabs/Indexes/Dividers | $ 61.50 |
| | Color Copies | $ 390.00 |
| | Scanned Images | $ 44.40 |
| | Standard Copies | $ 485.60 |
| | Scanned Images | $ 7.65 |
| | Standard Copies | $ 605.60 |
| | Scanned Images | $ 27.00 |
| | Standard Copies | $ 825.10 |
| | Tabs/Indexes/Dividers | $ 34.50 |
| | Postage | $ 0.37 |
| | Fax Charge | $ 9.00 |
| | Scanned Images | $ 375.75 |
| | Standard Copies | $ 1,844.10 |
| | Scanned Images | $ 195.00 |
| | Color Copies or Prints | $ 135.00 |
| | Binding | $ 143.50 |
| | Tabs/Indexes/Dividers | $ 426.30 |
| | Scanned Images | $ 376.20 |
| | Standard Copies or Prints | $ 5,511.10 |

| Total | $ 65,391.42 |
|---|---|