# EXHIBIT UU

Berry v. Hawaiian Express Service, Inc., et. al.
CV00385-SOM-LEK

| PLD # | Title of Motion/Declaration | Date Filed | # of Pgs Exhibits |
|---|---|---|---|
| 319 | Declaration of Melissa M. Dulac in Support of of Opposition to Wayne Berry's Motion for Issuance of Preliminary Injunction; Exhibits A-U | 8/12/2004 | 247 |
| 431 | Declaration of Melissa M. Dulac; Exhibits A-D (Re Fleming Companies, Inc.'s Memorandum in Opposition to Plaintiff Wayne Berry's Motion for Reconsideration of Order Denying Plaintiff Wayne Berry's Motion for Preliminary Injunction, Filed October 8, 2004) | 11/5/2004 | 57 |
| 551 | Declaration of Damian Capozzola; Exhibits A through D (re Opposition to Wayne Berry's Motion for Injunction Pending Appeal) | 4/13/2005 | 58 |
| 597 | Declaration of Martin G. Walker; Exhibit A; Declaration of R. Olivia Samad; Exhibits A-Y | 6/2/2005 | 977 |
| 619 | Declaration of Martin G. Walker; Exhibit A (re Fleming's Reply in Support of Counter-Motion for Summary Judgment or in the Alternative Partial Summary Judgement; Filed on June 9, 2005) | 6/15/2005 | 16 |
| 640 | Declaration of Martin G. Walker in Support of PCT's Memorandum in Opposition to Plaintiff Wayne Berry's Motion for Reconsideration; Exhibits A-H, Declaration of Damian D Capozzola; Exhibits A-Q | 7/22/2005 | 75 |
| 701 | Declaration of Martin G. Walker; Exhibit A; Declaration of Damian Capozzola (re Response of PCT to Plaintiff Wayne Berry's Motion for OSC re Guidance Software) | 11/10/2005 | 130 |
| 682 | Supplemental Declaration of Damain D. Capozzola in Support of Defendant PCT's Motion for Partial Summary Judgment on Damages; Exhibits N through P; Supplemental Declaration of Jeffrey H. Kinrich in Support of Defendnat PCT's Motion for Partial Summary Judgment on Damages; Exhibit A | 11/10/2005 | 14 |
| 731 | Declaration of Damian D. Capozzola in Support of Defendant PCT's Trial Brief; Exhibits A-C | 1/10/2006 | 14 |
| 730 | Declaration of Damian D. Capozzola in Support of Defendant PCT's Response to Plaintiff Wayne Berry's Motion in Limine to Exclude Evidence of Deductible Expenses Barring any Testimony from the PCT's Experts | 1/10/2006 | 91 |
| 729 | Declaration of Damian D. Capozzola in Support of Defendant PCT's Response to Plaintiff Wayne Berry's Motion in Limine to Exclude Expert Testimony of Bradley Dechter | 1/10/2006 | 7 |
| 728 | Declaration of Damian D. Capozzola in Support of Defendant PCT's Response to Plaintiff Wayne Berry's Motion in Limine to Exclude Expert Testimony of Jeffrey Kinrich Regarding Matters not Contained in His Expert Report | 1/10/2006 | 73 |
| 727 | Declaration of Damian Capozzola in Support of Defendant PCT's Trial Brief (Re: Berry) | 1/10/2006 | 14 |
| 737D | Declaration of Damian D. Capozzola in Support of Defendant PCT's Opposition to Wayne Berry's Motion for Permanent Injunction | 1/12/2006 | 1 |
| 749 | Declaration of Martin Walker; Exhibit A (Re: Berry) | 1/23/2006 | 3 |
| 757 | Declaration of Michael E. Baumann (re PCT's Application to Admit Michael E. Baumann, Esq. Pro Hac Vice) | 2/3/2006 | 0 |
| 772 | Declaration of Damian D. Capozzola in Support of PCT's Motion in Limine to Exclude Thomas Ueno | 2/17/2006 | 227 |
| 767 | Declaration of Damian D. Capozzola in Support of PCT's Opposition to Plaintiff Wayne Berry's Motion for Reconsideration or in the Alternative Rule 60(b) Relief for Fraud on the Court; Exhibits A-H; | 2/17/2006 | 63 |
| 767 | Declaration of Martin G. Walker in Support of Response of PCT's to Plaintiff Wayne Berry's Motion for Reconsideration or in the Alternative Rule 60(b) Relief for Fraud on the Court | 2/17/2006 | 12 |

Berry v. Hawaiian Express Service, Inc., et. al.
CV00385-SOM-LEK

| PLD # | Title of Motion/Declaration | Date Filed | # of Pgs Exhibits |
|---|---|---|---|
| 775 | Declaration of Damian D. Capozzola in Support of PCT's Errata re Opposition to Plaintiff Wayne Berry's Motion for Reconsideration or in the Alternative Rule 60(b) Relief for Fraud on the Court; Supplement to Exhibit D; Exhibit I | 2/21/2006 | 13 |
| 786 | Declaration of Damian D. Capozzola in Support of Combined Opposition; Exhibits A-F | 2/23/2006 | 28 |
| 785 | Declaration of Damian D. Capozzola in Support of PCT's Opposition to Plaintiff Wayne Berry's Motion in Limine to Exclude Evidence of Any Testimony of Martin Walker (Plaintiff No. 2) | 2/23/2006 | 0 |
| 787 | Declaration of Martin G. Walker re Berry's Single Reply to Oppositions Filed by Defendants re Motion for Reconsideration or in the Alternative Rule 60 (b) Relief for Fraud on the Court | 2/24/2006 | 3 |
| | **TOTAL PAGES COUNTED IN EXHIBITS ONLY:** | | 2123 |