# EXHIBIT VV



29C0FCF5E733476D9239

Please 'Scan to Desktop' your bar code page and receipts to K&E Expense, expense mailbox.
Password is expense.

**Expense Report:**    Berry Trial Expenses (2nd Trip_
**Business Purpose:**  Berry Trial Expenses (2nd Trip_

| | | | |
|---|---|---|---|
| **Employee Name:** | R. O. Samad | **Date Filed:** | 3/20/2006 |
| **Employee ID:** | 25061 | **Report Total:** | $4,485.82 |
| | | **Firm Paid:** | $0.00 |
| | | **Amount Due Employee:** | $4,485.82 |

Signature _Romany Oliva Samad_

Date _3/22/06_

**Report Remarks:**    Please remove the Movie expense on 3/4 for $11.45, reduce the following meals on 3/03 for $93.12 to $50.00, 3/06 for $119.16 to $50.00.

| Date | Expense | Description | Charged | City | Country | Original Currency | Expense In US$ |
|---|---|---|---|---|---|---|---|
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/20/2006 | Airfare | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $637.37 | $637.37 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/23/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $1,392.11 | $1,392.11 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/23/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/24/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
| 2/25/2006 | Hotel | Trial | 41445-6 | Honolulu, HI | U.S. | $171.59 | $171.59 |

| Date | Type | Description | | Project | Location | | Amount | Amount |
|------|------|-------------|---|---------|----------|---|--------|--------|
| | | | | | | (Dollars) | | |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | |
| 2/26/2006 | Hotel | Trial | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | |
| 2/27/2006 | Hotel | Trial | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | |
| 2/28/2006 | Hotel | Trial | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | |
| 3/2/2006 | Hotel | Trial | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | |
| 3/1/2006 | Hotel | Trial | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $171.59 | $171.59 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | |
| 2/24/2006 | Travel Meal | Travel Meal  Olivia Samad - K&E - Associate | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $2.19 | $2.19 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | |
| 2/25/2006 | Travel Meal | Travel Meal  Olivia Samad - K&E - Associate | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $6.25 | $6.25 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | |
| 2/27/2006 | Travel Meal | Travel Meal  Olivia Samad - K&E - Associate | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $4.38 | $4.38 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | |
| 3/1/2006 | Travel Meal | Travel Meal  Olivia Samad - K&E - Associate | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $2.19 | $2.19 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | |
| 2/26/2006 | Travel Meal | Travel Meal  Olivia Samad - K&E - Associate | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $4.38 | $4.38 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | |
| 3/3/2006 | Hotel | Trial | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $1,539.66 | $1,539.66 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | |
| 3/3/2006 | Hotel | Trial | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $277.41 | $277.41 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | |
| 3/4/2006 | Hotel | Trial | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $277.41 | $277.41 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | |
| 3/5/2006 | Hotel | Trial | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $277.41 | $277.41 |
| | | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | |
| 3/6/2006 | Hotel | Trial | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $277.41 | $277.41 |

| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/7/2006 | Hotel | Trial | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $277.41 | $277.41 |
| 3/4/2006 | Internet Access | Trial | | 41445-6 | | U.S. (Dollars) | $31.90 | $31.90 |
| 3/4/2006 | Travel Meal with Others | Travel Meal with Others | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $82.03 | $82.03 |
| | | O. Samad - K&E - Associate M. Smith - K&E - S. Benson - K&E - Jennifer Blease - K&E - | | | | | | |
| 3/6/2006 | Internet Access | Trial | | 41445-6 | | U.S. (Dollars) | $12.95 | $12.95 |
| 3/7/2006 | Travel Meal | Travel Meal Olivia Samad - K&E - Associate | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $20.52 | $20.52 |
| 3/8/2006 | Overnight Delivery | Fed Ex Shipping Charge | | 41445-6 | | U.S. (Dollars) | $5.21 | $5.21 |
| 2/23/2006 | Travel Meal | Travel Meal Olivia Samad - K&E - Associate | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $6.55 | $6.55 |
| 2/24/2006 | Travel Meal | Travel Meal Olivia Samad - K&E - Associate | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $5.42 | $5.42 |
| 2/24/2006 | Travel Meal | Travel Meal Olivia Samad - K&E - Associate | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $3.54 | $3.54 |
| 2/24/2006 | Travel Meal | Travel Meal Olivia Samad - K&E - Associate | | 41445-6 | Honolulu, HI | U.S. (Dollars) | $22.47 | $22.47 |

Post Confirmation Trust - Berry,

| | | | | Wayne Litigation | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/24/2006 | Travel Meal with Others | Travel Meal with Others | 41445-6 | Honolulu, HI | U.S. (Dollars) | | $10.40 | $10.40 |

Olivia Samad - K&E - Associate
Martin Walker - Expert for Trial -

| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/26/2006 | Travel Meal with Others | Travel Meal with Others | 41445-6 | Honolulu, HI | U.S. (Dollars) | | $129.89 | $129.89 |

M. Baumann - K&E - Partner
Olivia Samad - K&E - Associate
D. Capozzola - K&E - Partner
M. Smith - K&E -
M. Walker - Expert for Trial -
S. Benson - K&E - Secretary to M. Bauman

| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/27/2006 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HI | U.S. (Dollars) | | $8.83 | $8.83 |

Olivia Samad - K&E - Associate

| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/28/2006 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HI | U.S. (Dollars) | | $15.00 | $15.00 |

Olivia Samad - K&E - Associate

| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/4/2006 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HI | U.S. (Dollars) | | $5.00 | $5.00 |

Olivia Samad - K&E - Associate

| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/4/2006 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HI | U.S. (Dollars) | | $23.33 | $23.33 |

Olivia Samad - K&E - Associate

| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/4/2006 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HI | U.S. (Dollars) | | $2.86 | $2.86 |

Olivia Samad - K&E - Associate

| | | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/4/2006 | Travel Meal | Travel Meal | 41445-6 | Honolulu, HI | U.S. (Dollars) | | $18.77 | $18.77 |

Olivia Samad - K&E - Associate

| 3/5/2006 | Travel Meal | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $9.32 | $9.32 |
|---|---|---|---|---|---|---|---|

Olivia Samad - K&E - Associate

| 3/5/2006 | Travel Meal | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $27.92 | $27.92 |
|---|---|---|---|---|---|---|---|

Olivia Samad - K&E - Associate

| 3/6/2006 | Travel Meal | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $5.73 | $5.73 |
|---|---|---|---|---|---|---|---|

Olivia Samad - K&E - Associate

| 3/6/2006 | Travel Meal | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $14.89 | $14.89 |
|---|---|---|---|---|---|---|---|

Olivia Samad - K&E - Associate

| 3/6/2006 | Travel Meal | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $10.37 | $10.37 |
|---|---|---|---|---|---|---|---|

Olivia Samad - K&E - Associate

| 3/8/2006 | Travel Meal | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Los Angeles, CA | U.S. (Dollars) | $2.86 | $2.86 |
|---|---|---|---|---|---|---|---|

Olivia Samad - K&E - Associate

| 3/12/2006 | Travel Meal | Travel Meal | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | Honolulu, HI | U.S. (Dollars) | $5.00 | $5.00 |
|---|---|---|---|---|---|---|---|

Olivia Samad - K&E - Associate

| 3/3/2006 | Other | Groceries during trial | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | U.S. (Dollars) | $93.12 | $93.12 |
|---|---|---|---|---|---|---|---|

Olivia Samad - K&E - Associate

| 3/6/2006 | Other | Groceries During Trial | Post Confirmation Trust - Berry, Wayne Litigation 41445-6 | | U.S. | $119.16 | $119.16 |
|---|---|---|---|---|---|---|---|

(Dollars)

Olivia Samad - K&E - Associate

| Date | Type | | | | | | | |
|------|------|--|--|--|--|--|--|--|
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | | |
| 2/23/2006 | cabfare | Boston Coach Service | 41445-6 | Los Angeles, CA | U.S. (Dollars) | $149.25 | $149.25 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | | |
| 2/23/2006 | cabfare | cabfare | 41445-6 | Honolulu, HI | U.S. (Dollars) | $35.00 | $35.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | | |
| 3/3/2006 | cabfare | cabfare | 41445-6 | Honolulu, HI | U.S. (Dollars) | $22.00 | $22.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | | |
| 3/3/2006 | cabfare | cabfare | 41445-6 | Honolulu, HI | U.S. (Dollars) | $45.00 | $45.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | | |
| 3/12/2006 | cabfare | cabfare | 41445-6 | Los Angeles, CA | U.S. (Dollars) | $81.00 | $81.00 |
| | | | Post Confirmation Trust - Berry, Wayne Litigation | | | | | |
| 3/12/2006 | cabfare | cabfare | 41445-6 | Honolulu, HI | U.S. (Dollars) | $44.00 | $44.00 |

**Attach required receipts and file according to Accounting Instructions for your location.**

© 2002 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.

*New Berry Expense 2nd Trial* (handwritten)

## MBNA Net Access: Account Snapshot - Microsoft Internet Explorer provided by Verizon Online

File  Edit  View  Favorites  Tools  Help

Back   Search  Favorites  Media

Address https://www.mbnanetaccess.com/NASApp/NetAccess/AccountSnapshotDisplay?ACCTID=3216

Click to view my rewards account

| Recent Activity | | | | | | Next Statement Closing Date: M |
|---|---|---|---|---|---|---|
| Posting Date | Transaction Date | Ref# | Card Type | Category | Transactions | Charges |
| | | | | | ***** POSTED TRANSACTIONS ***** | *+ #238.* |
| 02/20/2006 | 02/07/2006 | 1033 | MC | C | UNITED - LOS ANGELES CA | $399.25 |
| 02/20/2006 | 02/18/2006 | 2668 | MC | C | UNION 76 00041Q65 - BALDWIN PARK CA | $18.00 |
| 02/20/2006 | 02/18/2006 | 6879 | MC | C | BIG LOTS #040600040650 - LA PUENTE CA | $11.88 |
| 02/20/2006 | | 6979 | MC | | WAL-MART #1941 - GLENDORA CA | |
| 02/21/2006 | 02/20/2006 | 8897 | MC | C | GRC PROACTIV SOLUTION - 800-235-6050 CA - MAIL/PHONE | $29.69 |
| 02/24/2006 | 02/23/2006 | 7866 | MC | C | #SMARTBARGAINS.COM - 866-692-2742 MA | $57.93 |
| 02/25/2006 | 02/23/2006 | 8281 | MC | C | HMS HOST HNL AIRPT #20 - HONOLULU HI | $6.55 |
| 02/27/2006 | 02/24/2006 | 0076 | MC | C | JAMBA JUICE FINANCIAL - HONOLULU HI | $3.54 |
| 02/27/2006 | 02/24/2006 | 1078 | MC | C | DOWN TO EARTH NATUR - HONOLULU HI | $22.47 |
| 02/28/2006 | 02/26/2006 | 0864 | MC | C | DON HO S ISLAND GRILL - HONOLULU HI | $129.89 |
| 02/28/2006 | 02/27/2006 | 0300 | MC | C | T-MOBILE RH6 - 800-937-8997 WA | $94.08 |
| 02/28/2006 | 02/27/2006 | 3187 | MC | C | BOSTON COACH - 8006727676 MA | $149.25 |
| 03/01/2006 | 02/27/2006 | 0008 | MC | C | SUBWAY PIONEER LLC - HONOLULU HI | $8.83 |
| 03/01/2006 | 02/27/2006 | 4735 | MC | C | LONGS DRUG STORES #020 - HONOLULU HI | $12.47 |
| 03/02/2006 | 03/01/2006 | 0283 | MC | C | #NATURES NUTRITION - BRICK NJ | $41.42 |
| 03/02/2006 | 03/01/2006 | 8648 | MC | C | GOLDS GYM DOWNTOWN LA - LOS ANGELES CA | $27.00 |
| 03/03/2006 | 03/01/2006 | 1309 | MC | C | ROSS STORES #446 - HONOLULU HI | $26.03 |
| 03/06/2006 | 03/03/2006 | 0312 | MC | C | HEAVEN ON EARTH - HONOLULU HI | $93.12 |
| 03/06/2006 | 03/03/2006 | 6015 | MC | C | EXECUTIVE CENTRE HOTEL - HONOLULU HI | $1,392.11 |
| 03/07/2006 | 03/04/2006 | 0335 | MC | C | ABC STORES #36 - HONOLULU HI | $18.77 |
| 03/07/2006 | 03/04/2006 | 0569 | MC | C | HATSUHANA HONOLULU HI | $23.99 |
| 03/07/2006 | 03/05/2006 | 0206 | MC | C | BESTSELLERS BOOKS & MU - HONOLULU HI | $1.04 |
| 03/07/2006 | 03/05/2006 | 0182 | MC | C | HANAJUBAN - HONOLULU HI | $9.92 |
| 03/07/2006 | 03/05/2006 | 8685 | MC | C | NATIONAL AUDUBON SOCIE - NEW YORK NY | $15.00 |
| 03/08/2006 | 03/05/2006 | 5713 | MC | C | DOS CHOLOS - HALEIWA HI | $27.92 |
| 03/08/2006 | 03/06/2006 | 4807 | MC | C | STARBUCKS FINANCIAL PL - HONOLULU HI | $5.73 |
| 03/08/2006 | 03/06/2006 | 6988 | MC | C | ROUND TABLE PIZZA - HH - HONOLULU CA | $10.37 |
| 03/08/2006 | 03/06/2006 | 5831 | MC | C | ROSS STORES #446 - HONOLULU HI | $59.34 |
| 03/08/2006 | 03/06/2006 | 0340 | MC | C | HEAVEN ON EARTH - HONOLULU HI | $119.16 |
| 03/10/2006 | 03/08/2006 | 4494 | MC | C | CJS NEW YORK STYLE DEL - HONOLULU CA | $2.86 |
| 03/10/2006 | 03/09/2006 | 3234 | MC | C | T-MOBILE RH6 - 800-937-8997 WA | $38.50 |
| 03/10/2006 | 03/09/2006 | 8560 | MC | C | HILTON HOTELS - HONOLULU HI | $1,551.11 |
| 03/11/2006 | 03/09/2006 | 6032 | MC | C | BISHOP MUSEUM VISITORS - HONOLULU HI | $14.95 |
| 03/11/2006 | 03/09/2006 | 4176 | MC | C | LONGS DRUG STORES #185 - HONOLULU HI | $20.59 |
| | | | | | ***** TEMPORARY AUTHORIZATIONS ***** | |
| | 03/10/2006 | TEMP | | | BANGKOK CHEF - 808 585 8839 | $45.97 |

*Groceries* (handwritten)  *No recu* (handwritten)

| 03/11/2006 | TEMP | GEORGE WILLIAMS - HONOLULU | $1.00 |
| 03/11/2006 | TEMP | GREEK MARINA - HONOLULU | $10.24 |
| 03/11/2006 | TEMP | GREEK MARINA - HONOLULU | $2.86 |
| 03/12/2006 | TEMP | MACY S WEST #162 - HONOLULU | $36.09 |

Start

 Olivia Samad/Los
Angeles/Kirkland-Ellis

03/13/2006 12:09 PM

To    Brianna Carrera/Los Angeles/Kirkland-Ellis@K&E

cc

bcc

Subject    Expenses on Credit card

Bri,

I can't seem to print, so here's a printscreen for now.  Hope this is enough.  Please make sure all Honolulu expenses are expensed.  Boston Coach is on there.

Thanks,
Olivia

**R. Olivia Samad | Kirkland & Ellis LLP**
777 S. FIGUEROA STREET • 35TH FLOOR | LOS ANGELES, CA 90017 | WWW.KIRKLAND.COM
(213) 680-8248 **DIRECT** | (213) 808-8112 **FAX** | OSAMAD@KIRKLAND.COM **EMAIL**



Brianna Carrera/Los
Angeles/Kirkland-Ellis
02/21/2006 12:04 PM

To    Olivia Samad/Los Angeles/Kirkland-Ellis@K&E

cc

bcc

Subject   Fw: Romana Samad travel Feb 23 to Honolulu


**N. Brianna Carrera | Legal Secretary | Kirkland & Ellis LLP**
777 S. FIGUEROA STREET • 35TH FLOOR | LOS ANGELES, CA 90017 | WWW.KIRKLAND.COM
(213) 680-8423 **DIRECT** | (213) 680-8500 **FAX** | BCARRERA@KIRKLAND.COM


----- Forwarded by Brianna Carrera/Los Angeles/Kirkland-Ellis on 02/21/2006 12:04 PM -----



"Lorraine Hertel"
<lhertel@besttravel.com>
02/21/2006 02:05 PM

To    <bcarrera@kirkland.com>

cc

Subject   Romana Samad travel Feb 23 to Honolulu


60 BIESTERFIELD ROAD            DIMK4
ELK GROVE VILLAGE IL 60007 847-981-0080   7730    FEB 21 2006ITIN
WWW.BESTTRAVEL.COM                    PAGE:01

VIEW YOUR TRIP ONLINE AT HTTP://WWW.VIEWTRIP.COM
SAMAD/ROMANA M                    APOLLO RES NBR: NGSKQA

KIRKLAND AND ELLIS LLP            ROMANA SAMAD
200 EAST RANDOLPH                777 S. FIGUEROA STREET
CHICAGO IL  60601            35
                LOS ANGELES CA 90017

PLEASE REVIEW FOR ACCURACY. CALL WITHIN 1 BUSINESS DAY IF INCORRECT.
23 FEB 06 - THURSDAY
 TOUR

            BOSTON COACH SERVICE
            AIRPORT REGULATIONS REQUIRE YOU CALL FOR
            PICKUP INSTRUCTIONS.  PHONE: 800-672-7676
            CANCELATION POLICY:1HR PRIOR TO PICKUP TIME
            CONFIRMATION NUMBER:  02233703 / ALISTER
            PICK UP: 23FEB AT: 6:00AM
            FROM:  1901 WEST FARLINGTON ST
            FROM:  WEST COVINA CA  91790

TO: LOS ANGELES AIRPORT
QUOTED COST:$59.00 P/H  1 1/2 HR MIN PLUS T

UNITED    81 COACH CLASS                    CONFIRMED
DEPART TERMINAL- 7
LV: LOS ANGELES    840A NONSTOP    BOEING 767-300
AR: HONOLULU    1247P
ARRIVAL TERMINAL- MAIN/CENTRAL
SEAT-11J            FOOD TO PURCHASE-MOVIE    MILES 2556
FREQ FLYER- UA    00993299430

12 MAR 06 - SUNDAY
UNITED    82 COACH CLASS                    CONFIRMED
DEPART TERMINAL- MAIN/CENTRAL
LV: HONOLULU    205P NONSTOP    BOEING 767-300
AR: LOS ANGELES    925P
ARRIVAL TERMINAL- 7
SEAT-12A            FOOD TO PURCHASE-MOVIE    MILES 2556
FREQ FLYER- UA    00993299430

FOR 24HR SERVICE SIMPLY CALL 866-KRK-TRVL
*****UNITED LOCATOR:  NGSKQA /TICKET:  1548007876 /PRICE:  $637.37
TOTAL ADD COLLECT ON EXCHANGED TICKET:  $399.25
UNITED AIRLINES RECORD LOCATOR: NGSKQA
PLEASE REVIEW FOR ACCURACY
CALL WITH-IN 1 BUSINESS DAY IF INCORRECT
NON-REFUNDABLE TICKET IS VALID TO EXCHANGE FOR 1YR IF CANCELLED
PRIOR

60 BIESTERFIELD ROAD            DIMK4
ELK GROVE VILLAGE IL 60007 847-981-0080  7730    FEB 21 2006ITIN
WWW.BESTTRAVEL.COM                PAGE:02

VIEW YOUR TRIP ONLINE AT HTTP://WWW.VIEWTRIP.COM
SAMAD/ROMANA M                APOLLO RES NBR: NGSKQA

KIRKLAND AND ELLIS LLP        ROMANA SAMAD
200 EAST RANDOLPH            777 S. FIGUEROA STREET
CHICAGO IL  60601        35
            LOS ANGELES CA 90017

PLEASE REVIEW FOR ACCURACY. CALL WITHIN 1 BUSINESS DAY IF INCORRECT.
TO FLIGHT TIME/DATE FOR A FEE UP TO $125 AND CURRENT FARE DIFFERENCE
ANY CHANGES MAY RESULT IN A HIGHER FARE
FREQUENT FLYER INFORMATION HAS BEEN RECORDED

THIS IS A 14 DAY ADVANCE PURCHASE FARE
NON-REUSABLE IF NOT CANCELLED OR CHANGED PRIOR TO DEPARTURE
DATE/TIME
*********************ELECTRONIC TICKET*************************
PLEASE PRESENT PHOTO ID AT LEAST 2 HOURS PRIOR TO FLIGHT FOR CHECK IN
THANK YOU FOR USING BEST TRAVEL
NO CAR OR HOTEL REQUESTED





# RESORTQUEST.

## HAWAII

www.resortquesthawaii.com

EXECUTIVE CENTRE HOTEL
WWW.RQEXECUTIVECENTRE.COM
1088 BISHOP STREET
HONOLULU          HI    96813
8085393000

Email: info@resortquesthawaii.com

**MS OLIVIA SAMAD**
714 11TH ST

HERMOSA BEACH  CA  90254  US

| | |
|---|---|
| Statement Date | Package Plan          1 |
| 03-03-06 | |
| Folio Number | |
| **5527S** | 00000607.00 |
| Status/Room No. | |
| CO    3208 | BVM |

| Transaction Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 02-23-06 | R#3208 | ROOM CHARGE | 154.00 | |
| 02-23-06 | TX3208 | ROOM TAX | 11.17 | |
| 02-23-06 | TE3208 | GEN EXCISE TAX - ROOM | 6.42 | |
| 02-24-06 | IFCKU | IN ROOM FOOD & BEVERAGE | 2.10 | meals |
| 02-24-06 | TICKU | GE TAX - F&B IN ROOM | .09 | |
| 02-24-06 | R#3208 | ROOM CHARGE | 154.00 | |
| 02-24-06 | TX3208 | ROOM TAX | 11.17 | |
| 02-24-06 | TE3208 | GEN EXCISE TAX - ROOM | 6.42 | |
| 02-25-06 | IFDYY | IN ROOM FOOD & BEVERAGE | 6.00 | meals |
| 02-25-06 | TIDYY | GE TAX - F&B IN ROOM | .25 | |
| 02-25-06 | R#3208 | ROOM CHARGE | 154.00 | |
| 02-25-06 | TX3208 | ROOM TAX | 11.17 | |
| 02-25-06 | TE3208 | GEN EXCISE TAX - ROOM | 6.42 | |
| 02-26-06 | IFDYY | IN ROOM FOOD & BEVERAGE | 4.20 | meals |
| 02-26-06 | TIDYY | GE TAX - F&B IN ROOM | .18 | |
| 02-26-06 | R#3208 | ROOM CHARGE | 154.00 | |
| 02-26-06 | TX3208 | ROOM TAX | 11.17 | |
| 02-26-06 | TE3208 | GEN EXCISE TAX - ROOM | 6.42 | |
| 02-27-06 | IFEDL | IN ROOM FOOD & BEVERAGE | 4.20 | meals |
| 02-27-06 | TIEDL | GE TAX - F&B IN ROOM | .18 | |
| 02-27-06 | R#3208 | ROOM CHARGE | 154.00 | |
| 02-27-06 | TX3208 | ROOM TAX | 11.17 | |
| 02-27-06 | TE3208 | GEN EXCISE TAX - ROOM | 6.42 | |
| 02-28-06 | R#3208 | ROOM CHARGE | 154.00 | |

CONTINUED ON PAGE  2

**FOR RESERVATIONS INFORMATION, PLEASE CALL TOLL FREE: (866) 774-2924**
**WEBSITE:  http://www.resortquesthawaii.com**

**BALANCE DUE**

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any or the full amount of these charges.  I also agree that all charges contained in this account are correct and any disputes or request of copies of charges must be made within five days after my departure.

SIGNATURE X

ResortQuest Hawaii, LLC, 2155 Kalakaua Ave., 5th Floor, Honolulu, HI 96815-2398



# RESORTQUEST.
## HAWAII

www.resortquesthawaii.com

EXECUTIVE CENTRE HOTEL
WWW.RQEXECUTIVECENTRE.COM
1088 BISHOP STREET
HONOLULU                    HI    96813
8085393000

Email: info@resortquesthawaii.com

MS OLIVIA SAMAD
714 11TH ST

HERMOSA BEACH  CA  90254  US

| | |
|---|---|
| Statement Date | Package Plan           2 |
| 03-03-06 | |
| Folio Number | |
| **5527S** | **00000607.00** |
| Status/Room No. | |
| CO   3208 | BVM |

| Transaction Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 02-28-06 | TX3208 | ROOM TAX | 11.17 | |
| 02-28-06 | TE3208 | GEN EXCISE TAX - ROOM | 6.42 | |
| 03-01-06 | IFCKU | IN ROOM FOOD & BEVERAGE | 2.10 | *meals* |
| 03-01-06 | TICKU | GE TAX - F&B IN ROOM | .09 | |
| 03-01-06 | R#3208 | ROOM CHARGE | 154.00 | |
| 03-01-06 | TX3208 | ROOM TAX | 11.17 | |
| 03-01-06 | TE3208 | GEN EXCISE TAX - ROOM | 6.42 | |
| 03-02-06 | R#3208 | ROOM CHARGE | 154.00 | |
| 03-02-06 | TX3208 | ROOM TAX | 11.17 | |
| 03-02-06 | TE3208 | GEN EXCISE TAX - ROOM | 6.42 | |
| 03-03-06 | MC1441 | XXXXXXXXXXX6246 | | 1392.11 |
| | | MASTER CARD - PRIOR SALE | | |
| | | Auth:055585Ref:00021970 | | |
| | | Merch#:67272220013 | | |

MAHALO FOR SELECTING RESORTQUEST HAWAII (FORMERLY ASTON HAWAII).

**FOR RESERVATIONS INFORMATION, PLEASE CALL TOLL FREE: (866) 774-2924**
**WEBSITE: http://www.resortquesthawaii.com**

**BALANCE DUE**

.00

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any or the full amount of these charges. I also agree that all charges contained in this account are correct and any disputes or request of copies of charges must be made within five days after my departure.

SIGNATURE X

ResortQuest Hawaii, LLC, 2155 Kalakaua Ave., 5th Floor, Honolulu, HI 96815-2398

# Hilton
## Hawaiian Village

2005 Kalia Road • Honolulu, Hawaii 96815
Phone (808) 949-4321 • Fax (808) 951-5458
Reservations
www.hilton.com or 1 800 HILTONS

**Name & Address**

SAMAD, R OLIVIA
KIRKLAND & ELLIS LLP
777 S FIGUEROA ST
LOS ANGELES, CA 90017-5800
US

| | |
|---|---|
| Room | T553/D2LG |
| Arrival Date | 03/03/06  5:10PM |
| Departure Date | 03/08/06 |
| Adult/Child | 1/0 |
| Room Rate | 249.00 |

RATE PLAN          LV5

HH# 661888687 BLUE
AL:  UA  #00993299430
BONUS AL:          CAR:

CONFIRMATION NUMBER : 3231225855

03/08/06      PAGE      1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 03/03/06 | GUEST ROOM | CKUDO | 9294894 | $249.00 | Room charge | |
| 03/03/06 | ROOM TAX | CKUDO | 9294894 | $18.05 | | |
| 03/03/06 | GENERAL EXCISE TAX | CKUDO | 9294894 | $10.36 | | |
| 03/04/06 | HIGH SPEED INTERNET | LINTR | 9297962 | $31.90 | Internet | |
| 03/04/06 | *TROPICS BAR | LINTR | 9298858 | $82.03 | Client Team Lunch | |
| 03/04/06 | IN ROOM MOVIE | LINTR | 9300849 | $11.45 | entertainment | |
| 03/04/06 | GUEST ROOM | KMURA2 | 9304617 | $249.00 | Room Charge | |
| 03/04/06 | ROOM TAX | KMURA2 | 9304617 | $18.05 | | |
| 03/04/06 | GENERAL EXCISE TAX | KMURA2 | 9304617 | $10.36 | | |
| 03/05/06 | GUEST ROOM | KMURA2 | 9313245 | $249.00 | Room charge | |
| 03/05/06 | ROOM TAX | KMURA2 | 9313245 | $18.05 | | |
| 03/05/06 | GENERAL EXCISE TAX | KMURA2 | 9313245 | $10.36 | Internet | |
| 03/06/06 | HIGH SPEED INTERNET | LINTR | 9318570 | $12.95 | | |
| 03/06/06 | GUEST ROOM | CKUDO | 9322857 | $249.00 | Room charge | |
| 03/06/06 | ROOM TAX | CKUDO | 9322857 | $18.05 | | |
| 03/06/06 | GENERAL EXCISE TAX | CKUDO | 9322857 | $10.36 | | |
| 03/07/06 | *RAINBOW ROOM SERVICE | LINTR | 9328229 | $20.52 | Meals | |
| 03/07/06 | GUEST ROOM | CKUDO | 9331912 | $249.00 | Room Charge | |
| 03/07/06 | ROOM TAX | CKUDO | 9331912 | $18.05 | | |
| 03/07/06 | GENERAL EXCISE TAX | CKUDO | 9331912 | $10.36 | Shipping | |
| 03/08/06 | XEROX BUSINESS CENTER | SESPIN | 9334525 | $5.21 | | |
| 03/08/06 | MC *6246 | JCASTI | 9334589 | | $1,551.11 | |
| | BALANCE | | | | | $0.00 |

ACCOUNT NO.
MC *6246

| | | |
|---|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. | |
| 03/05/06 | 995657 A | |

CARD MEMBER NAME
SAMAD, R OLIVIA

| AUTHORIZATION | INITIAL |
|---|---|
| 015019 | |

ESTABLISHMENT NO. & LOCATION    ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

PURCHASES & SERVICES

MAHALO FOR CHOOSING THE HILTON HAWAIIAN VILLAGE BEACH RESORT & SPA. WE LOOK FORWARD TO YOUR RETURN! VISIT US AT HILTONHAWAIIANVILLAGE.COM FOR INFORMATION AND RESERVATIONS. ALOHA, AND MAHALO!

TAXES

TIPS & MISC.

TOTAL AMOUNT

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

PAYMENT DUE UPON RECEIPT

The Hilton Family
Hilton
CONRAD HOTELS
DoubleTree
EMBASSY SUITES HOTELS
Hampton
Hilton Garden Inn
Hilton Grand Vacations Club
HOMEWOOD SUITES Hilton
USA Official Sponsor

O. Samad notes +
receipts associa
w/ Hilton hotel bill

3/4/06 – Lunch w/
Client & trial team
M. Smith, S. Benson,
Jennifer Blease,
O. Samad

FedEx
handling
(Client
charges)

3/8 – FedEx
handling
charge

**YOUR RECEIPT**
**THANK YOU**
**CALL AGAIN**

**XEROX**
BUSINESS SERVICES
PHONE: 808-949-0656
FAX: 808-951-5458

REG  03-08-2006 10:56
DAY    MCH01   261707

```
1 FEDEX    T1    $5.00
  TA1             $5.00
  TX1             $0.21
  TL            $5.21
  RM CHG          $5.21
```

THANK YOU
PLEASE COME
AGAIN

```
LOWENA

SNACKS      *3.25T1
SNACKS      *1.95T1
            *0.22T1
_____
TOTAL *5.42
AMOUNT  *20.00
CHANGE  *14.58

      PM 3-31  0150
```

O. Sawad
Berry Trial
41445-000

2/24/06

Lunch...
not sure
which day.
(pre-trial time)



HMSHOST
BURGER KING AS4
HONOLULU INTL AIRP
SANDWICH

069 NENA FOOD PURCHASE
SEE DETAILS ON BACK
CHK 8863 FEB23'06AL 1:08PM

```
 1 CMB WHP JR     R      3.01
     FRENCH FRIES  R      1.59
     SODA FTN 21          1.69

     SUBTOTAL             6.29
     TAX                  0.26
     AMOUNT PAID         6 55
 XXXXXXXXXXXX6246         XX/XX
     MSTRCARD  A1 5*      6.55
```

Your order number is: 8863

**RECEIPT**

From: Airport

To: Honolulu

Fare: 35.00

Date: 2/23/06

Time:

Driver: ROBERT MINGUS "Mahalo!!"

*Breakfast*

Jamba Juice
130 Merchant St.
Honolulu, HI 96813
(808) 585-8359

Server: Kuuipo                          DOB: 02/24/2006
07:54 AM                                     02/24/2006
OLIVIA/1                                       1/10010

MasterCard                                    1048584
Card #XXXXXXXXXXXX6246             Exp:1007
Magnetic card present: SAMAD ROMANA M
Approval: 005811

                              Amount:        3.54


SIGNATURE :_____


Customer Copy

*Dinner
+ breakfast
for next days*

# Down to Earth

```
        DOWN TO EARTH
         Honolulu Store
      2525 South King Street
       Ph (808) 947-7678
       Honolulu, HI  96826


 Ticket# 1-592052      User: RAMIREZG
 2/24/06   8:16 pm      Station: 402
 ------------------------------------
 Description             Brand
 Item #      Qty   Price     Total
 ------------------------------------
 BANANA CONV
 1000007719   1.23   0.99      1.22
 CHOCOLATE SHAKE
 1000000195   1.00   3.99      3.99
 FRESH MEX BURRITO
 1000000164   1.00   5.99      5.99
 WM STRAWBERRY YOGURT   BROWNCOW
 1000010739   1.00   1.39      1.39
 WM STRAWBERRY YOGURT   BROWNCOW
 1000010739   1.00   1.39      1.39
 WM STRAWBERRY YOGURT   BROWNCOW
 1000010739   1.00   1.39      1.39
 SILK SOYMILK UNSWEETENED WHITEWAVE
 1000010599   1.00   2.89      2.89
 GRANOLA HONEY GONE NUT   BREADSHOP
 1000010167   1.19   2.79      3.32

                       -----------
 Subtotal                   21.58
 Tax                         0.89
                       -----------
 Total                      22.47
                       ===========
 Payments
 CreditCard                 22.47
 XXXXXXXXXXXX6246



     Honolulu Walk-in customer
```



Cash — 2/28

$5 on plane for breakfast

$10 -dinner

Executive Centre Hotel

*Dinner*

**DON HO**
Aloha Tower Market Place
**1—808—528—0807**

SUN FEBRUARY 26,2006
**CHECK #833320—1**
TABLE #12

| | | |
|---|---|---|
| 2 Kona Longboard | | $8.00 |
| 1 COORS LIGHT | | $3.75 |
| 1 ICETEA | | $2.00 |
| 2 QUESADILLA | | $15.90 |
| 1 KALUA SPRING ROLL | | $8.95 |
| 1 LETTUCE WRAPS | | $6.95 |
| 1 CHIX SALAD | | $9.95 |
| 1 CAESAR | | $6.95 |
| 1 CAESAR W CHX | | $8.95 |
| 1 CHIX PIZZA | | $13.95 |
| 1 RIBEYE | | $20.95 |
| 1 W/ CHIX | | $4.00 |
| SUB-TOTAL | : | $110.30 |
| TAX | : | $4.59 |
| **TOTAL** | | **$114.89** |

Time: 21:19     1 CUSTOMER

Mahalo

YOU HAVE BEEN SERVED
BY : Allison

*Dinner*

TRANSACTION RECORD

**DON HO**
Aloha Tower Market Place
**1—808—528—0807**

CARD TYPE:MC EFT
Nu.:***********6246
ENTRY:SWIPED
AUTHORIZATION:025029
STORE #:0
TERMINAL:1
REFERENCE:833320

PURCHASE          **$114.89**

TIP          _____

TOTAL          129.89

THANK YOU
FEBRUARY 26,2006 21:21:51
Server's name : Allison
CUSTOMER COPY

*Lunch*

. . . . . . . . . . . . . . . . . . . . . . .
SUBWAY PIONEER LLC
900 FORT STREET
HONOLULU HI 96813
808-541-9933

C O P Y
02/27/2006  16:06
Sale:

Transaction #              9
Card Type:     MasterCard
Acc:     ************6246
Entry:            Swiped
Sale:            8.83
Reference No.: 823254628
Auth.Code:        055306
Response:APPROVAL 055306
Sequence Number:    3216

Berry/OT meal

California Pizza Kitchen
7th Street #121
Los Angeles, CA 90017
213-228-8500

Server:              DOB: 03/16/2006
08:58 PM                  03/16/2006
Olivia/1                 22/220148

Mastercard              23068795
Card #XXXXXXXXXXXX6246
Magnetic card present: SAMAD
ROMANA M
Approval: 055836

        Amount:          18.12

      + Tip: _____

    = Total: ___18.12___

X _____
Approval: 055836

        CUSTOMER COPY



*Dinner + Groceries*

HEAVEN ON EARTH
1050 Alakea St.
Honolulu, HI 96813
(808)599-5501
Fax:(808)599-5502
WWW.HEAVENONEARTHHAWAII.COM

DATE: 3/3/2006 4:15:58 PM

REFERENCE NUMBER: 6235
PAYING CLIENT # : Q77507

ACCOUNT:      XXXXXXXXXXXX6246      10/07
CARD TYPE:    Master Card
TRAN TYPE:    SALE
AUTH CODE:    015158

              AMOUNT:        $78.12
        TIP  AMOUNT:         $15.00

TOTAL AMOUNT CHARGED:        $93.12

CUSTOMER COPY

*Breakfast*
*3/4/06*

CJ'S N.Y. DELI&RESTAURANT

808-942-0027
Dine In      03/04/2006      1:23P
Trans 000295898

Order  119
Server:   Take
Guest:

L. Side, Bagel              $  2.75
                    ---------------
            Sub Total       $  2.75
            Coupon          $  0.00
            Sub Total       $  2.75
            Tax             $  0.11
            Total           $  2.86
            Paid            $  2.86
            Change          $  0.00

CASH

********WE HOPE TO SEE YOU SOON!********
***IT'S BEE... YOU***

*Breakfast*
*3/4/06 &*
*3/5/06*

# ABC STORE #36
Honolulu, Hawaii (808) 591-2550

```
        B&J ICE CREAM          4.99 T
        PINEAPPLE              2.99 T
        NAKED FOOD JUICE       3.99 T
MR      DP SINGLE NO TAX        .05
        FEE SINGLE NO TAX       .01
   1 @ 6/35.00
        H/H TIKI 8 OZ          5.99 T
     $* TAX         .75  BAL  18.77

VF   $  MASTERCARD           18.77
        CHANGE                  .00


Merchant ID: 000200043057

Account Number        XXXXXXXXXXXX6246
Expiration Date            10/07
Card Type              MASTERCARD
Authorization #            035229

Customer ROMANA M SAMAD

SALE                         18.77

   I AGREE TO PAY ABOVE TOTAL AMOUNT
   ACCORDING TO CARD ISSUER AGREEMENT

           CUSTOMER COPY
```

O. Samed
+
3. Benson

**Taxi Fare Receipt**

Date: 3/3/06 (Fri)    Time: 5pm

From: Honolulu (work)

To: Waikiki (hotel)

Fare: 20.00    Tip: 2

Total: 22.00

For Taxi Control, please call 733-2542.

Cab - 3/3/06   KSG        Hilton   ①
                work       hotel
★ $20 → ~~Hotel~~ to ~~Waikiki~~
         (Sam Benson & Me)

★ $25 → Waikiki to Downtown
              (dinner)

★ $20 → Downtown to Waikiki

★ (no receipts)

snack

```
DATE  03/04/2006  SAT

ENG              $5.00
TOTAL            $5.00
CASH             $5.00
CLERK 01      No.67879
TIME 15:18         00
```

```
          HATSUHANA
     HILTON HAWAIIAN VILLAGE
        (808) 946-8287

GCK# 77                      IN
  0 GUESTS  TAKE-OUT    SRVR
  1 SUSH ALA      19.90
  1 MISO SOUP      2.50
     -------------------------
        SBTL            22.40
        FDTX    22.40
     -------------------------
        TXTL      .93
     TOTL      23.33
=====================================
 CSHR          OPEN 21:18
  3594 21:18 #01 MAR.04'06
```

*dinner*
*3/4/06*

*lunch*

```
              HANAJUBAN
          2005 KALIA ROAD
        HONOLULU, HAWAII 96815
            (808) 944-8710

     THANK YOU & PLEASE VISIT US AGAIN!

MERCHANT  :  1000 000018503B75 051
REF NO.   :  231 018 000000017199911
DATE      :  03/05/06  20:47
ACCT NO.  :  XXXXXXXXXXXX6246
TYPE      :  MASTERCARD
CUSTOMER  :  ROMANA SAMAD
AUTH NO.  :  055092 MPLNFPVBB
SERVER    :  0001
```

SALE          $        9.32

TIP           $

TOTAL         $       9.32

*Romana Aliong M*
                  SIGNATURE
*Samad*

```
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER
```

*dinner*

```
***************************************
*            Customer Copy            *
***************************************


              Cholo's
        66-250 Kamehameha Hwy
         Haleiwa, HI  96712
          (808) 637-3059


   Date:          03/05/06
   Time:          4:41 PM
   Server:        35. Kai
   Order:         82764
   Description:   Table W 3

   Card Type:     Visa/MC
   Card No:       ***********6246
   Expires:       1007
   Appr Code:     042132
```

Purchases:  $  22.92

Tip:        $_____ *5.00*

Total:      $_____ *27.92*

SAMAD/ROMANA M

I agree to pay the above total amount
according to the card issuer agreement.

```
** STARBUCKS COFFEE COMPANY **

STARBUCKS FINANCIAL PLAZ#33019
HONOLULU      HI96813

 1 LATTE HOT CHAI TA      3.00
 1 LOWFAT CHOCOLATE       2.50
SUBTOTAL                  5.50
  SALES TAX 4.166%        0.23
TOTAL                     5.73
MASTERCARD                5.73
  CARD#: XXXXXXXXXXXX6246
CHANGE DUE                0.00

33019 01B2 697443  000011712M
03/06/06                 08:40
   MAHALO FOR VISITING
 STARBUCKS FINANCIAL PLAZA
```

*snade/ breakfast*

*lunch /snacks*

# LONGS DRUGS

BISHOP ST. HONOLULU

1037      10   0805   020   010

HAWHST SCNC HNDYPK 1B      14.29 SALE
           SUBTOTAL              14.29

         4.166% TAX               .60
         TOTAL                  14.89

CASH            20.00   CHANGE    5.11

THANK YOU FOR SHOPPING AT LONGS
Live healthy. Live happy. Live Longs.

(03) MARCH 6, 2006            5:0? PM

# TRIP RECORD

03-12-06                           21:26

CAB # **6216**

Company **YE**                    Stand **7**

Paid : **2.50**

Receipt : 13383888          Serial: 745864

**AUTHORIZED TAXICAB SUPERVISION, INC.**

9468 Alverstone Avenue
Los Angeles, CA 90045
Tel: (323) 776-5324

**PLEASE RETAIN THIS RECEIPT FOR YOUR RECORDS**

**AUTHORIZED LAX TAXICAB RECEIPT**

THE SUM OF _81.00_ ____ DATE _3/12/06_

FROM LAX TO _1901 W. Farlington St._

CITY _West Covina_

### TO ALL PASSENGERS

Keep this slip for your records. There is a $2.50
surcharge on all trips originating at the airport.
Passengers are to pay $2.50 airport surcharge.

## VOID IF DETACHED

3/12/06
Cab fare – Honolulu
to airport –
$44.00

$5 Meal on
plane 3/12/06

*dinner*

```
         ROUND TABLE PIZZA
              HILTON
           808-955-0137
      Take Out  03/06/2006        8:32P
           Trans 000573927
Order   63
Server:  Bethany
Guest:   OLIVIA

Per. Orig Guinevere's Garden   $  9.95
                               --------
            Sub Total      $   9.95
            Coupon         $   0.00
            Sub Total      $   9.95
            Tax            $   0.42
            Total          $  10.37

            Paid           $  10.37

            Tip            ------------

            Total            10.37
MASTER CARD

 Account No: 5490********6246
  Approval: 035302

        Delivery 808-955-0137

********DINE-IN OR TAKE-OUT***********
```

*Breakfast*

CJ'S N.Y. DELI&RESTAURANT

808-942-0027
Dine In      03/08/2006      10:52A
Trans 000296964

Order  46
Server:   Take
Guest:  SAMAD/ROMANA M

L   Side, Bagel              $   2.75
                            -----------
            Sub Total        $   2.75
            Coupon           $   0.00
            Sub Total        $   2.75
            Tax              $   0.11
            Total            $   2.86

            Paid             $   2.86

            Tip            _____

            Total            2.86

MASTER CARD

Account No: 5490********6246
  Approval: 055180

********WE HOPE TO SEE YOU SOON!********
***IT'S BEEN OUR PLEASURE SERVING YOU***

```
                            02233703.TXT
ÉÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍ»
°                                                              °
° 03/20/06              BostonCoach Trip Receipt               °
° 5:36p                 LOS ANGELES        -3                  °
°                                                              °
ÇÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ¶
° Trip Receipt for Passenger.... ROMANA SAMAD                 °
° Customer Contact.............. MARGIE/BEST TRAVEL            °
ÇÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ¶
°                                                              °
° Reservation#...... 02233703          Trip Date...... 02/23/06 °
° Pickup Location... COVINA CA          Sched Time.....  6:00   °
°                    1901 W. FARLINGTON Pickup Time....  6:10   °
° Dropoff Location.. LAX                End Time.......  7:00   °
°                    UA 81 FROM HNL 12:47 Vehicle Type... SEDN  °
°                                                              °
° Payment Via....... MC                                        °
°                                                              °
ÇÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ Charges ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ¶
°                    Fare............  110.00                  °
°                    Wait Charge......   7.00                  °
°                    Service Fee......  21.06                  °
°                    Other...........  11.19 (F )              °
°                                    ÍÍÍÍÍÍÍÍ                  °
°                    Total Charge     149.25                  °
ÇÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ¶
°                                                              °
°       For Billing Inquiries, please call (800) 672-7676     °
°       Total price includes a temporary fuel surcharge.      °
°                                                              °
ÈÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍ¼
◻&lOH◻E
```