# EXHIBIT WW

# "RESERVED"