# EXHIBIT XX

# OVERALL SUMMARY: K&E FEES AND COSTS

## $3,402,965.59

### Attorneys' Fees and Expenses

| Attorney | Fees | Expenses | Totals |
|---|---|---|---|
| Baumann | $71,520.00 | $6,649.27 | $78,169.27 |
| Capozzola | $1,039,461.00 | $19,931.16 | $1,059,392.16 |
| Dulac | $178,715.50 | $2,927.59 | $181,643.09 |
| Liebeler | $489,743.25 | $16,960.11 | $506,703.36 |
| Samad | $517,759.00 | $10,090.99 | $527,849.99 |
| Other K&E | $648,386.00 | $5,466.39 | $653,852.39 |
| Subtotals | $2,945,584.75 | $62,025.51 | $3,007,610.26 |

| Experts | | | Totals |
|---|---|---|---|
| Johnson | $ 600.00 | | $ 600.00 |
| Kinrich | 96,460.85 | | 96,460.85 |
| Walker | 199,563.77 | | 199,563.77 |
| Subtotals | 296,624.62 | | $ 296,624.62 |

### Other Soft Costs

| | | | |
|---|---|---|---|
| Other soft costs | | | $65,391.42 |
| Subtotal before Taxable Costs | | | $3,369,626.30 |

### Taxable Costs

| | | Fees | Totals |
|---|---|---|---|
| Reporter Fees | Deposition | $19,392.38 | $30,948.91 |
| | Trial | $11,556.53 | |
| Outside Printing | | $2,178.08 | |
| Copying Costs | | $212.30 | |
| Subtotals | | | $33,339.29 |
| GRAND TOTAL | | | $3,402,965.59 |

### Attorneys' Fees By Category

| | Totals |
|---|---|
| Case Asses., Dev & Admin | $723,364.75 |
| Depositions | $142,447.50 |
| Discovery | $118,512.25 |
| Hearings | $276,254.00 |
| Motions Practice | $851,648.75 |
| Pleadings | $42,075.00 |
| Post-Trial Motions | $90,603.75 |
| Trial Prep and Attending Trial | $700,678.75 |
| Totals: | $2,945,584.75 |