March 25, 2004

The Fleming Company
1945 Lakepoint Drive
P. O. Box 2993
Lewisville, TX  75029

ATTN:  Archie Dykes



**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601
FEIN 36-1326630

Inv.# 2761964

---

IN THE MATTER OF      **Adversary Proceedings & Contested Matter
File No. 40575-0003**

For legal services rendered through February 29, 2004
(see attached Description of Legal Services for detail)          $ 121,741.00

For disbursements incurred through February 29, 2004
(see attached Description of Expenses for detail)                $ 8,648.29

Total for legal services rendered and expenses incurred          $ 130,389.29

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

### Summary of Hours Billed

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Richard S Berger | 3.80 | 655.00 | 2,489.00 |
| Erin N Brady | 4.00 | 360.00 | 1,440.00 |
| Damian D Capozzola | 66.00 | 480.00 | 31,680.00 |
| Shirley S Cho | 6.20 | 465.00 | 2,883.00 |
| Christopher Frost | 8.20 | 415.00 | 3,403.00 |
| Marjon E Ghasemi | 2.10 | 405.00 | 850.50 |
| Steven R Kotarba | .50 | 440.00 | 220.00 |
| Eric C Liebeler | 34.10 | 575.00 | 19,607.50 |
| Sydne J Michel | 19.20 | 480.00 | 9,216.00 |
| James B Ransom | 1.70 | 415.00 | 705.50 |
| Romana O Samad | 4.90 | 235.00 | 1,151.50 |
| Greer N Shaw | 45.30 | 415.00 | 18,799.50 |
| Laura Thomas | 6.00 | 360.00 | 2,160.00 |
| Richard L Wynne | 15.40 | 695.00 | 10,703.00 |
| Andrew J Groesch | 4.00 | 210.00 | 840.00 |
| David Hernandez | 4.00 | 135.00 | 540.00 |
| Antoinette Huerta | 46.50 | 105.00 | 4,882.50 |
| Allison Mayo Andrews | 10.30 | 185.00 | 1,905.50 |
| Michael G Najjarpour | .60 | 120.00 | 72.00 |
| Raymond F Roman | 11.50 | 105.00 | 1,207.50 |
| Denise Wymore | .80 | 210.00 | 168.00 |
| Edgar I Yep | 10.00 | 105.00 | 1,050.00 |
| Thomas Augspurger | 3.00 | 270.00 | 810.00 |
| Duy Q Doan | 2.00 | 185.00 | 370.00 |
| Julia Galyen | 5.80 | 270.00 | 1,566.00 |
| Kenneth Robling | 4.80 | 270.00 | 1,296.00 |
| James R Strohl | 11.50 | 150.00 | 1,725.00 |
| **Total** | 332.20 | | $ 121,741.00 |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

## Description of Legal Services

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 2/01/04 | 4.00 | Antoinette Huerta | Update main adversary matter files with electronically sent correspondence, pleadings, evidentiary documents and other attachments for period between 01/16 - 01/21/2004 (3.5); update deposition database with electronically received depositions (.5). |
| 2/01/04 | .10 | Richard L Wynne | Telephone conference with S. Cho re deposition issues and E. Liebeler re Price Choppers. |
| 2/02/04 | 6.00 | Edgar I Yep | Prepare documents to send via Federal Express to Delaware for upcoming DSD hearing (4.5); compile documents and prepare for possible court filing, per D. Capozzola re continuing upcoming hearing (1.5). |
| 2/02/04 | 3.00 | Allison Mayo Andrews | Prepare evidentiary material to transmit to Hartley Martyn (1.0); review, process and collate incoming case documents(2.0) |
| 2/02/04 | 1.20 | Christopher Frost | Analyze issues re and revise Gorman Foods settlement and communicate with M. Boley re same. |
| 2/02/04 | 4.00 | Antoinette Huerta | Draft correspondence and prepare depositions of P. Huffard, M. Scott and E. Stenger for delivery to counsel (2.0); assist with compiling documents for attorney review per D. Capozzola, E. Liebeler and M. Dulac (1.0); research and compile case information and documents re E-Z Mart, Price Chopper Foods, BHB and Larry's Foods (1.0). |
| 2/02/04 | 4.90 | Romana O Samad | Research cases and draft section for motion for continuance. |
| 2/02/04 | 3.00 | Thomas Augspurger | Preparation for and telephone |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | conference with G. Richards re potential adversary action (.5); research and draft adversary complaint for turnover of estate property (2.5). |
| 2/02/04 | .20 | Laura Thomas | Office conference with D. Capozzola re DSD injunction appeal. |
| 2/02/04 | 6.30 | Greer N Shaw | Continue research re subject matter and personal jurisdiction issues implicated by action against retailer with whom Fleming had an exclusive supply arrangement (2.0); research re courts' interpretation and application of 28 U.S.C. Section 1334(e) and 28 U.S.C. Section 1409 (4.3). |
| 2/02/04 | 5.30 | Damian D Capozzola | Communications with R. Wynne, E. Liebeler, R. Rochford, M. Scott, and Farris plaintiffs counsel re hearing scheduling issues (.8); communications with L. Thomas re DSD appeal issues (.1); communications re Scozio's issues (.1); communications with T. Kramer re Miami discovery issues (.3); analysis of materials produced to DSD plaintiffs, prepare additional materials for production, and communications re same (2.3); correspondence with H. Martyn re DSD hearing issues (1.7). |
| 2/02/04 | .60 | Sydne J Michel | Review and analyze subpoena re Affiliated Foods Southwest (.4); review and analyze related correspondence (.2). |
| 2/02/04 | .10 | Sydne J Michel | Review correspondence re GLN settlement issues. |
| 2/02/04 | 2.00 | Sydne J Michel | Draft 30(b)(6) deposition outlines for GLN and Kimballs. |
| 2/02/04 | .20 | Sydne J Michel | Draft correspondence to W. White re retailers' motion to compel. |
| 2/03/04 | 2.00 | Duy Q Doan | Repair corrupted disk drive containing |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | DTSSearchEmail data sent from client for attorney review. |
| 2/03/04 | .20 | Erin N Brady | Update S. Kutnick re status of litigation claims. |
| 2/03/04 | 1.00 | Antoinette Huerta | Draft correspondence and prepare depositions of P. Huffard, M. Scott and E. Stenger for sending to counsel. |
| 2/03/04 | .40 | Richard L Wynne | Telephone conference with M. Scott re DSD issues. |
| 2/03/04 | .20 | Richard S Berger | Communications with C. Lhulier, S. McFarland and S. Cho re cancellation of hearing dates on Retailers Omnibus Motion. |
| 2/03/04 | .60 | Richard S Berger | Multiple conferences with S. Michel re proposed settlement of Retailers Omnibus Motion and Fleming participation in settlement. |
| 2/03/04 | .50 | Richard S Berger | Communications to and from R. Lapowsky and R. Wynne re settlement of Retailers Omnibus Motion. |
| 2/03/04 | 8.00 | Greer N Shaw | Review and analyze documents received from client pertinent to potential action against Fleming contract partner (6.5); revise draft complaint to incorporate change of venue (1.5). |
| 2/03/04 | 10.50 | Damian D Capozzola | Review and revise motion for continuance of DSD hearing, and communications re same (2.0); communications with opposing counsel re witness designations (.4); analysis of Bradford Plaza issues and communications re same (.3); communications re Scozio's issues (.1); review CDs and produced materials and prepare witness examination outlines for February 5 hearing (7.7). |
| 2/03/04 | .20 | James B Ransom | Review and analyze memorandum re upcoming critical dates. |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 2/03/04 | 1.10 | Sydne J Michel | Respond to correspondence from R. Lapowsky and R. Berger re GLN/AWG settlement (.4); review and analyze proposed settlement (.4); telephone conference with B. Folse re settlement and accounts receivable issues (.3). |
| 2/03/04 | .20 | Sydne J Michel | Draft memorandum to McAfee and Taft re status of retailer depositions. |
| 2/03/04 | .80 | Sydne J Michel | Telephone conference with R. Tilley re AWG/GLN settlement issues (.2); review documents re accounts receivable issues proposed in settlement (.6). |
| 2/04/04 | .50 | Edgar I Yep | Prepare documents to send electronically to Delaware re adversary matters. |
| 2/04/04 | 6.50 | Antoinette Huerta | Prepare evidentiary documents for production re Farris matter (3.0); prepare depositions for attorney distribution re P. Huffard, M. Scott and E. Stenger (1.5); research information re E-Z Mart re administrative claim issues (2.0). |
| 2/04/04 | 3.60 | Richard L Wynne | Telephone conference with T. Stenger and M. Scott re DSD settlement (.3); telephone conference with D. Capozzola re DSD settlement (.3); telephone conference with T. Stenger re settlement negotiations (.4); telephone conference with D. Capozzola re settlement negotiations (.3); telephone conference with opposing counsel re DSD settlement negotiations and with J. Sprayregen re settlement ideas (2.0); telephone conference with T. Stenger and M. Scott re DSD settlement constructs (.3). |
| 2/04/04 | 3.10 | Laura Thomas | Review and analyze record in DSD injunction appeal to prepare draft of appeal. |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 2/04/04 | 4.30 | Greer N Shaw | Complete review of documents pertinent to Fleming's relationship with retailer (2.5); review research results regarding Texas breach of contract and fraud causes of action (1.8). |
| 2/04/04 | 13.90 | Damian D Capozzola | Communications with J. Cotter, D. Alexander, M. Scott, and R. Rochford re witness hearing outlines, review and revise same, and otherwise prepare for February 5 hearing (10.3); settlement negotiations with opposing counsel and document settlement (3.6). |
| 2/04/04 | 2.70 | Sydne J Michel | Review contract documents for retailers re lease rejection issues in GLN settlement. |
| 2/04/04 | .10 | Sydne J Michel | Draft memorandum to J. Zimmerman re Fox Foods' lease rejection issues. |
| 2/05/04 | 1.00 | Antoinette Huerta | Prepare deposition transcripts. |
| 2/05/04 | .30 | Richard S Berger | Review communications from B. Folse and R. Tilley re settlement of Retailers Omnibus Motion. |
| 2/05/04 | 2.00 | Greer N Shaw | Review and analyze research regarding Texas breach of contract and fraud claims. |
| 2/05/04 | 4.30 | Damian D Capozzola | Negotiations with opposing counsel re DSD settlement and document same, and communications re settlement issues (2.5); prepare for and attend February 5 DSD hearing (1.3); communications with M. Scott re preference actions and deduction actions (.5). |
| 2/05/04 | 1.10 | Sydne J Michel | Review and respond to correspondence from B. Folse and R. Tilley re deposition notices for retailers re retailers' motion to compel (.6); review related pleadings (.5). |
| 2/05/04 | 1.70 | Sydne J Michel | Review documents re accounts receivables and DSD shipments re |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | retailers' settlement issues. |
| 2/05/04 | .30 | Sydne J Michel | Draft memorandum to L. Thomas re 5 Rivers' 9019 motion. |
| 2/05/04 | 1.20 | Sydne J Michel | Draft memorandum re Kelley Foods' 9019 motion and settlement issues. |
| 2/05/04 | .40 | Sydne J Michel | Draft and respond to correspondence from R. Berger and R. Tilley re retailers' settlement issues. |
| 2/06/04 | .20 | Shirley S Cho | Telephone conference with I. Kharasch re litigation matters. |
| 2/06/04 | 7.50 | Greer N Shaw | Revise draft complaint to incorporate analysis of documents received from client (3.1); research regarding Texas law action (1.2); research regarding timing and details of performance under, and termination of, supply contract (3.2). |
| 2/06/04 | 2.70 | Damian D Capozzola | Communications with T. Kramer re Food Value discovery (.3); communications and analysis re CHEP issues (.3); communications re DSD class settlement procedures (.1); analysis of Hawaiian software issues and communications with L. Smith and R. Tilley re same (1.2); research and communications re procedural issues re same (.8). |
| 2/09/04 | 1.80 | Allison Mayo Andrews | Prepare documents in response to Bedford Plaza's first request for production of documents to Fleming. |
| 2/09/04 | 2.50 | Antoinette Huerta | Assist with preparation of evidentiary documents re Bradford Plaza (1.0); research re E-Z Mart matter in preparation for 9019 motion (1.5). |
| 2/09/04 | .10 | Shirley S Cho | Telephone conference with W. Disse re 9019. |
| 2/09/04 | 4.80 | Kenneth Robling | Conduct legal research re securities claims (2.1); analyze issues re |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | securities claims and draft motion re same (2.7). |
| 2/09/04 | 4.00 | David Hernandez | Review SOFA/Schedules for information and list of current/former directors and officers re Fleming Company, including affiliates and subsidiaries (2.4); locate requested information, PDF and forward documents to requesting attorney re same (1.6). |
| 2/09/04 | .60 | Marjon E Ghasemi | Review various documents in preparation of Farmlands Foods and Country Home Bakers complaint. |
| 2/09/04 | 4.30 | Green N Shaw | Revise draft complaint against retailer to incorporate all elements of breach of contract and fraud claims (3.3); communicate with D. Capozzola, L. Smith, and L. Hosoda re W. Berry claims and settlement strategy (1.0). |
| 2/09/04 | 7.20 | Damian D Capozzola | Communications re Target complaint and analysis re same (.6); analysis and correspondence re Bradford Plaza discovery, and prepare written responses re same (.7); analysis and communications re CHUP issues (.4); analysis of Hawaiian software issues and communications re same (4.5); analysis and communications re document retention issues (.4); communications re DSD settlement issues (.3); analysis of utility issues and communications re same (.3). |
| 2/09/04 | .50 | Andrew J Groesch | Research lists of former and present directors and officers and send to R. Berger. |
| 2/09/04 | .30 | Sydne J Michel | Review and analyze subpoena from AWG to Affilitate Foods Southwest re GLN/Kimballs documents. |
| 2/10/04 | 1.30 | James R Strohl | Review dockets from various bankruptcies re settlement agreements in adversary proceedings. |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 2/10/04 | .20 | Laura Thomas | Office conference and telephone conference with A. Huerta re disposition of DSD documents. |
| 2/10/04 | 2.30 | Greer N Shaw | Revise draft complaint against retailer to incorporate comments of D. Capozzola and to change venue. |
| 2/10/04 | 2.40 | Damian D Capozzola | Review and revise Target complaint and communications re same (1.4); communications re Bradford Plaza production issues (.2); analysis and communications re retention issues (.1); analysis of Hawaiian software issues and communications re same (.5); analysis of and communications re subpoenas to vendor brokers (.2). |
| 2/11/04 | .30 | Shirley S Cho | Review Best Yet reply to arbitration and email to S. McFarland re same. |
| 2/11/04 | .60 | James R Strohl | Review bankruptcy dockets re settlement agreements in adversary proceedings. |
| 2/11/04 | .40 | James R Strohl | Review K-mart docket re settlement agreement with Fleming company. |
| 2/11/04 | 1.50 | Greer N Shaw | Communicate with D. Bickford re revisions to draft complaint (.3); revise draft complaint to incorporate comments (1.2). |
| 2/11/04 | .10 | Damian D Capozzola | Communications re DSD settlement issues. |
| 2/12/04 | 3.50 | Allison Mayo Andrews | Review of incoming case documents received from PRG Shultz; conference with attorney re same; (2.5) review case documents re Price Choppers (1.0) |
| 2/12/04 | .50 | Raymond F Roman | Team meeting re task strategy. |
| 2/12/04 | .30 | Richard L Wynne | Analyze chart of objections to refinance (.2); analyze letter to W. Cohen re D&O investigation (.1). |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 2/12/04 | .50 | James R Strohl | Review brief re cite checking documents. |
| 2/12/04 | .80 | Damian D Capozzola | Communications and analysis re Hawaiian software issues (.5); communications re DSD settlement issues (.3). |
| 2/13/04 | 6.00 | Antoinette Huerta | Research, compile and assemble, all documents and disks produced re Price Chopper Foods to be sent to arbitration counsel. |
| 2/13/04 | 6.50 | Raymond F Roman | Review and organize case information from data base in preparation of class action complaint binders for attorneys A. McKinnon and M. Dulac. |
| 2/13/04 | .80 | Denise Wymore | Review email from S. Cho re opposition (.1); pacer search re same (.6); email to S. Cho forwarding same (.1). |
| 2/13/04 | .60 | Michael G Najjarpour | Locate relevant ERATA pages in specific motion. |
| 2/13/04 | .40 | Greer N Shaw | Communicate with B. Folse et al. re draft complaint against retailer. |
| 2/13/04 | .10 | Damian D Capozzola | Communications and analysis re Hawaiian software issues. |
| 2/13/04 | .40 | Andrew J Groesch | Multiple telephone conferences with L. Chang re settlement template and status of entity as a Debtor. |
| 2/14/04 | .10 | Damian D Capozzola | Communications and analysis re Hawaiian software issues. |
| 2/15/04 | 4.50 | Raymond F Roman | Review and organize case information from data base in preparation of class action complaint binders for attorneys A. MacKinnon and M. Dulac. |
| 2/16/04 | 4.70 | Greer N Shaw | Communicate with B. Folse and D. Bickford re draft complaint against vendor (1.0); revise draft complaint to incorporate comments of B. Folse and D. Bickford (3.7). |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 2/16/04 | .20 | Damian D Capozzola | Communications and analysis re Hawaiian software issues. |
| 2/16/04 | 6.80 | Eric C Liebeler | Review and analyze CHEP adversary (6.1); review and analyze consolidation issues (.7). |
| 2/17/04 | 3.00 | Edgar I Yep | Search for and compile evidentiary documents to be used as exhibits in upcoming complaint re Target (2.0); search on court docket and compile documents re Zurich, Travelers and Hartford for J. Ransom (1.0). |
| 2/17/04 | 7.50 | Antoinette Huerta | Prepare materials to send to counsel re Price Chopper Foods (2.5); research information re Hartford, Travelers and Zurich (1.0); research re Del Monte / Heinz (3.5); research case information re expert information (.5). |
| 2/17/04 | .20 | Shirley S Cho | Research facts for Target complaint. |
| 2/17/04 | .20 | James R Strohl | E-mail correspondence with K. Fuhrman and A. Groesch re payment of vendor invoice. |
| 2/17/04 | 1.50 | Greer N Shaw | Communicate with B. Folse, D. Bickford, and D. Capozzola re draft complaint against retailer (.5); revise draft complaint to incorporate comments raised in discussion (.7); communicate with E. Yep re exhibits to draft complaint (.3). |
| 2/17/04 | 3.20 | Damian D Capozzola | Communications and analysis re Target complaint, and review and revise same (2.4); communications re CHEP constructive trust issues (.1); communications with M. Gage re document retention issues (.1); communications with M. Scott and L. Smith re Hawaiian software issues (.6). |
| 2/17/04 | 6.10 | Eric C Liebeler | Edit Target complaint (3.1); revise and edit consolidation motion (1.2); review |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | Dunigan Fuels papers (1.5); discuss with S. Cho (.3). |
| 2/17/04 | 1.50 | James B Ransom | Review and analyze Zurich motion to dismiss complaint for avoidance and recovery of preferential transfers. |
| 2/17/04 | 1.60 | Sydne J Michel | Review and analyze correspondence re 9019 motion for Grace Foods (.2); review related pleadings and contract documents (1.4). |
| 2/17/04 | .70 | Sydne J Michel | Respond to correspondence re Fox Foods' 9019 motion (.1); review and analyze related pleadings and contract documents (.6). |
| 2/18/04 | 4.50 | Antoinette Huerta | Prepare materials to send to counsel re arbitration. |
| 2/18/04 | 1.30 | Greer N Shaw | Revise draft complaint to incorporate comments of E. Liebeler (.8); review and analyze retailer's objection to Fleming's motion for approval of sale to C&S, and communicate with D. Capozzola re same (.5). |
| 2/18/04 | 2.80 | Damian D Capozzola | Review and revise Target complaint, and communications re same (2.1); communications re Sara Lee and Farris Produce DSD settlements (.3); communications re Scozio's matter (.4). |
| 2/18/04 | .70 | Sydne J Michel | Draft correspondence to S. McFarland, R. Berger and D. Capozzola re retailers' motion to compel (.2); draft memorandum re status of retailers' case (.5). |
| 2/18/04 | .30 | Sydne J Michel | Review and analyze notice of withdrawal in Fox Foods and related documents. |
| 2/19/04 | .50 | Steven R Kotarba | Finalize stipulation re Columbia Marketing. |
| 2/19/04 | 3.50 | Antoinette Huerta | Prepare Price Chopper case materials for sending to counsel re arbitration. |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 2/19/04 | 1.50 | James R Strohl | Create service list re terminated employee contracts. |
| 2/19/04 | 1.10 | Laura Thomas | Review correspondence files of Price Chopper's for transmittal to McAffee. |
| 2/19/04 | .30 | Richard S Berger | Letter to all counsel in Greenwich declaratory relief case re service of documents. |
| 2/19/04 | .40 | Richard S Berger | Review of responses in Greenwich declaratory relief case and memorandum to J. Hermes re missing AIG response. |
| 2/19/04 | .30 | Richard S Berger | Review and analysis of reply to Greenwich amended counterclaim. |
| 2/19/04 | 1.20 | Greer N Shaw | Review draft complaint and local rules in preparation for filing. |
| 2/19/04 | 3.70 | Damian D Capozzola | Review and revise Target complaint and communications re same (1.2); research re statute of limitations issues (.7); analysis of OCP order and communications re same (.1); review and revise proposed DSD settlement and communications re same (1.5); communications re Acosta and Advantage subpoenas (.2). |
| 2/19/04 | 1.60 | Andrew J Groesch | Research backup to Fleming claim against Kmart (1.2); pull and distribute claim to team (.1); office conference with S. Kotarba re Dunigan fuels records (.3). |
| 2/19/04 | .20 | Sydne J Michel | Draft memorandum to S. McFarland re February 24 and 27 hearing dates (.1); review correspondence from L. Jones re same (.1). |
| 2/20/04 | .40 | Shirley S Cho | Review and provide comments to 9019 motion re termination of FSA agreements. |
| 2/20/04 | 2.90 | James R Strohl | Create spreadsheet re contact |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Hours | Name | Description |
|---|---|---|---|
| | | | information for purchasers of Fleming assets. |
| 2/20/04 | 5.80 | Julia Galyen | Review and analyze conflicts searches re subsidiaries of adversary defendants (4.5); update master list re same (1.3). |
| 2/20/04 | .60 | Laura Thomas | Review files to be sent to J. Bocock for Price Choppers. |
| 2/20/04 | 1.00 | Damian D Capozzola | Communications and analysis re Target adversary complaint (.7); communications and analysis re other calendaring and case management issues (.3). |
| 2/20/04 | 1.50 | Andrew J Groesch | Correspondence with S. Cho re drafting claim withdrawal template (.2); draft notice of proof of claim withdrawal template (1.3). |
| 2/23/04 | 4.00 | Antoinette Huerta | Prepare correspondence and materials to be sent to counsel re Price Chopper Foods re arbitration. |
| 2/23/04 | 1.10 | Shirley S Cho | Review and revise Price Chopper's stipulation (.3); telephone conference with S. McFarland re same (.1); email correspondence with J. Bocock re same (.2); review Dunigan settlement (.5). |
| 2/23/04 | .80 | Laura Thomas | Exchange e-mails with S. Cho and J. Bocock re stipulation for Price Choppers (.2); review stipulation and send out to C. Kunz (.5); review letter to J. Bocock enclosing documents (.1). |
| 2/23/04 | .30 | Richard S Berger | Review Lapowsky e-mail re problems with rejection notice re settlement of Omnibus Motion. |
| 2/23/04 | .40 | Richard S Berger | Conference with R. Friedman re GLN settlement. |
| 2/23/04 | 1.00 | Damian D Capozzola | Review and revise Farris Produce DSD settlement papers and communications re |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | same (.5); communications re Target lawsuit and research re same (.2); communications and analysis re Hawaiian software issues (.3). |
| 2/23/04 | .40 | Sydne J Michel | Review and analyze correspondence from T. Slingluff and C. Ferry re AWI settlement (.3); draft memorandum to R. Tilley re same (.1). |
| 2/24/04 | .50 | Edgar I Yep | Search document database for pleadings re Target (example of rights to intervene document), per D. Capozzola (.4); search for and send electronically Gorman settlement to C. Frost (.1). |
| 2/24/04 | .50 | Christopher Frost | Draft letter to M. Boley re Gorman settlement and communicate with M. Boley re same. |
| 2/24/04 | 1.00 | Antoinette Huerta | Research and compile information re E-Z Mart. |
| 2/24/04 | .30 | Shirley S Cho | Telephone conference with R. Mullis re litigation (.1); review summary re same (.2). |
| 2/24/04 | 3.30 | Richard L Wynne | Analyze Canadian counsel documents re foreign case issues on revenue rule (.3); analyze Hegenbarth motion to amend (.2); analyze objections to consolidation motion (.5); analyze 9019 motions for hearing (.4); revision of CHEP reply brief (.3); telephone conference with E. Liebeler re reply brief on CHEP (.2); telephone conference with A. Paris re case management order (.2); telephone conference with B. Roof and E. Liebeler re issues with CHEP litigation (.4); conference with E. Liebeler re CHEP argument (.3); revision of CHEP reply on preliminary injunction (.4); telephone conference with D. Capozzola re target intervention (.1). |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 2/24/04 | 2.10 | James R Strohl | Edit spreadsheet re pending litigation. |
| 2/24/04 | 1.50 | Marjon E Ghasemi | Draft third motion to extend removal period and order re same. |
| 2/24/04 | .30 | Richard S Berger | Communications to and from M. Najjarpour re status of Fleming v. Jackson Capital litigation. |
| 2/24/04 | 2.80 | Damian D Capozzola | Prepare for and participate in communications with M. Scott and K. Fuhrman re DSD and Hawaiian software issues (.4); review and revise Farris DSD settlement and communications with M. Scott, E. Liebeler, and H. Martyn re same (.8); communications re Jubilee issues (.1); communications re Bradford Plaza issues (.3); communications re Hegenbarth issues (.4); communications re Target adversary proceeding (.3); draft Target discovery (.5). |
| 2/24/04 | 5.50 | Eric C Liebeler | Telephone conference re CHEP preliminary injunction (.4); edit CHEP preliminary injunction opposition (5.1). |
| 2/24/04 | 2.10 | Sydne J Michel | Telephone conference with R. Tilley re AWI settlement issues (.2); review and analyze settlement agreement and related contract documents (1.8); review correspondence from R. Tilley re same (.1). |
| 2/24/04 | .20 | Sydne J Michel | Review issues re Kelly Foods' settlement. |
| 2/25/04 | 1.00 | Antoinette Huerta | Assist with updating military contracts matter with evidentiary documents (.5); research and compile information re E-Z Mart (.5). |
| 2/25/04 | .20 | Shirley S Cho | Review letter and motion from K. Wilcher re defense costs. |
| 2/25/04 | .80 | Richard L Wynne | Analyze CHEP reply brief (.4); analyze CHEP brief and conference call with E. |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | Liebeler and J. Hunter re same (.4). |
| 2/25/04 | .70 | Richard L Wynne | Telephone conference with R. Friedman, Best Yet counsel, re continuance (.3); telephone conference with S. Cho re Barry Foods issues (.2); telephone conference with J. Stang re Barry Foods issues (.2). |
| 2/25/04 | 2.00 | James R Strohl | Edit chart re potential litigation. |
| 2/25/04 | 2.90 | Damian D Capozzola | Review and revise Farris DSD settlement and communications with Tech Department and H. Martyn re same (.2); analysis of and communications with M. Scott, T. Stenger, and E. Liebeler re mixed reclamation and DSD claims (.3); review and analysis of Hawaiian software issues and communications re same (.3); communications and analysis re Target complaint (.1); draft Target discovery and communications re same (1.9); communications re Sara Lee DSD settlement (.1). |
| 2/25/04 | 2.50 | Eric C Liebeler | Edit CHEP constructive trust preliminary injunction brief (2.0); conference call re same (.5). |
| 2/25/04 | .20 | Sydne J Michel | Review and respond to correspondence re EZ-Mart 9019 motion. |
| 2/26/04 | .60 | Christopher Frost | Draft proposed order re Khoury lift stay request. |
| 2/26/04 | 2.10 | Christopher Frost | Draft Rule 9019 Motion to approve the Gorman Foods settlement. |
| 2/26/04 | .30 | Christopher Frost | Communicate with J. D'Anna re Patricia Hall's potential suit against Yes!Less Food Stores. |
| 2/26/04 | 1.20 | Shirley S Cho | Review 9019 motions (.8); telephone conference with W. Disse re same (.2); email correspondence with L. Thomas re Price Choppers stipulation (.2). |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 2/26/04 | 3.60 | Richard L Wynne | Telephone conference with team re legal issues (1.0); telephone conference with B. Roof re CHEP hearing preparation (.4); telephone conference with E. Liebeler re CHEP hearing preparation (.2); preparation of joint status report and telephone conferences with J. Sprayregen re same (2.0). |
| 2/26/04 | .60 | Damian D Capozzola | Communications and analysis re Target complaint (.1), DSD settlement (.1), Bradford Plaza (.1), military issues (.1), Hawaiian software issues (.1), and Hegenbarth issues (.1). |
| 2/26/04 | .60 | Eric C Liebeler | Review filings made by Dunigan Fuels. |
| 2/27/04 | 2.00 | Allison Mayo Andrews | Review, process and collate incoming case documents. |
| 2/27/04 | 3.50 | Christopher Frost | Draft Rule 9019 Motion and Proposed Order re Gorman settlement. |
| 2/27/04 | 2.00 | Erin N Brady | Review CHEP USA case file (1.0); draft CHEP USA settlement motion (1.0). |
| 2/27/04 | .90 | Shirley S Cho | Telephone conference with A. Paris and J. McMahon re EZ Mart (.2); review email from J. McMahon re same (.1); email correspondence with R. Saunders re settlement summaries needed (.2); email correspondence with R. Tilley and M. Ghasemi re settlement motions for filing (.3); email to L. Mandel re same (.1). |
| 2/27/04 | .90 | Richard L Wynne | Telephone conference with M. Sharp, B. Roof and J. Hunter re CHEP issues. |
| 2/27/04 | 1.00 | Richard L Wynne | Telephone conference with B. Roof and J. Kayes re CHEP litigation and preparation and strategy (.5); preparation of W. Cohen reply (.5). |
| 2/27/04 | .20 | Richard S Berger | Review memorandum from AWI re settlement of accounts receivable claims. |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 2/27/04 | .40 | Damian D Capozzola | Communications and analysis re Hegenbarth issues (.1), DSD settlement issues (.1), Hawaiian software issues (.1), and Bradford Plaza issues (.1). |
| 2/27/04 | 7.10 | Eric C Liebeler | Review CHEP administrative claim (.5); prepare for CHEP preliminary injunction motion hearing (6.6). |
| 2/29/04 | 1.80 | Erin N Brady | Revise CHEP USA 9019 motion (.8); revise CHEP USA settlement order (.4); correspond with J. Hunter re terms of settlement (.2); analyze issues re 9019 motion (.4). |
| 2/29/04 | 1.30 | Shirley S Cho | Review and revise two settlement motions (1.0); review and revise Cruco settlement motion for filing (.3). |
| 2/29/04 | .70 | Richard L Wynne | Analyze Albertsons opinion (.3); revision of CHEP settlement documents (.4). |
| 2/29/04 | 5.50 | Eric C Liebeler | Edit CHEP motion. |
| | 332.20 | | TOTAL HOURS |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

## Description of Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 12/09/03 | GREENEBAUM DOLL & MCDONALD PLLC - Professional Fees - Attorney service re Flemings Co | 117.88 |
| 12/30/03 | Telephone call to: LOSANGELES,CA 213-680-8488 | 23.25 |
| 12/30/03 | Telephone call to: LOSANGELES,CA 213-680-8488 | 5.64 |
| 12/30/03 | Telephone call to: WILMINGTON,DE 302-467-4430 | 7.49 |
| 12/30/03 | Telephone call to: LOSANGELES,CA 213-680-8242 | 5.65 |
| 12/30/03 | Telephone call to: LOSANGELES,CA 213-680-8488 | 13.88 |
| 12/30/03 | Telephone call to: BERKELEY,CA 510-847-5384 | 5.64 |
| 12/31/03 | Telephone call to: LOSANGELES,CA 213-680-8488 | 22.47 |
| 12/31/03 | Telephone call to: LOSANGELES,CA 213-680-8488 | 7.69 |
| 12/31/03 | Telephone call to: LOSANGELES,CA 213-680-8488 | 23.53 |
| 1/02/04 | West Publishing-TP,Database Usage   1.04 | 22.10 |
| 1/04/04 | West Publishing-TP,Database Usage   1.04 | 67.68 |
| 1/05/04 | Telephone call to: MIAMI,FL 305-205-9265 | .84 |
| 1/05/04 | Tabs/Indexes/Dividers | 2.40 |
| 1/05/04 | Tabs/Indexes/Dividers | 2.80 |
| 1/05/04 | Tabs/Indexes/Dividers | 13.80 |
| 1/05/04 | Tabs/Indexes/Dividers | 6.00 |
| 1/06/04 | Telephone call to: NEW YORK,NY 212-416-6356 | 1.76 |
| 1/06/04 | Telephone call to: NEW YORK,NY 212-416-6356 | 1.66 |
| 1/06/04 | West Publishing-TP,Database Usage   1.04 | 9.86 |
| 1/06/04 | West Publishing-TP,Database Usage   1.04 | 14.79 |
| 1/07/04 | West Publishing-TP,Database Usage   1.04 | 2.78 |
| 1/08/04 | Fed Exp from: LOS ANGELES,CA | 35.86 |
| 1/09/04 | Binding | 35.00 |
| 1/09/04 | Fed Exp from: LOS ANGELES,CA | 44.17 |
| 1/11/04 | PARCELS/PHILADELPHIA - Information Broker Doc/Svcs. Documents regarding Case #01-18812 for M. Yapan, 1/16/04 | 92.00 |
| 1/12/04 | Tabs/Indexes/Dividers | 2.60 |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Description | Amount |
|------|-------------|--------|
| 1/12/04 | Tabs/Indexes/Dividers | 3.00 |
| 1/13/04 | GREENEBAUM DOLL & MCDONALD PLLC - Professional Fees - Attorney service February, 04 | 147.35 |
| 1/13/04 | West Publishing-TP,Database Usage  1.04 | 4.67 |
| 1/15/04 | Tabs/Indexes/Dividers | 2.40 |
| 1/15/04 | West Publishing-TP,Database Usage  1.04 | 15.85 |
| 1/15/04 | West Publishing-TP,Database Usage  1.04 | 33.95 |
| 1/16/04 | Fed Exp to: LOS ANGELES,CA | 48.18 |
| 1/18/04 | West Publishing-TP,Database Usage  1.04 | 42.76 |
| 1/19/04 | Fed Exp to: CLEVELAND,OH | 15.72 |
| 1/20/04 | Telephone call to:  OKLA CITY,OK 405-627-7428 | .82 |
| 1/20/04 | Binding | 17.50 |
| 1/20/04 | Tabs/Indexes/Dividers | 5.00 |
| 1/20/04 | Fed Exp to: WILMINGTON,DE | 241.08 |
| 1/20/04 | Fed Exp to: WILMINGTON,DE | 195.60 |
| 1/20/04 | Fed Exp to: WILMINGTON,DE | 195.60 |
| 1/20/04 | Fed Exp to: WILMINGTON,DE | 130.40 |
| 1/20/04 | Fed Exp to: WILMINGTON,DE | 130.40 |
| 1/20/04 | Fed Exp to: WILMINGTON,DE | 163.00 |
| 1/20/04 | West Publishing-TP,Database Usage  1.04 | 65.18 |
| 1/20/04 | Overtime Meals      Allison Mayo Andrews | 9.00 |
| 1/21/04 | Fed Exp to: WILMINGTON,DE | 56.17 |
| 1/21/04 | West Publishing-TP,Database Usage  1.04 | .49 |
| 1/21/04 | West Publishing-TP,Database Usage  1.04 | 25.01 |
| 1/22/04 | West Publishing-TP,Database Usage  1.04 | 28.80 |
| 1/23/04 | Telephone call to:  HONOLULU,HI 808-524-3700 | 1.82 |
| 1/23/04 | Binding | 3.50 |
| 1/23/04 | Tabs/Indexes/Dividers | 4.50 |
| 1/23/04 | Tabs/Indexes/Dividers | 6.50 |
| 1/23/04 | Postage | 1.11 |
| 1/23/04 | Fed Exp to: WILMINGTON,DE | 26.62 |
| 1/23/04 | Fed Exp to: KANSAS CITY,MO | 25.64 |
| 1/23/04 | Fed Exp to: PHILADELPHIA,PA | 43.44 |
| 1/23/04 | Fed Exp to: CHERRY HILL,NJ | 26.62 |
| 1/23/04 | Fed Exp to: SACRAMENTO,CA | 8.83 |
| 1/23/04 | Fed Exp to: TUCSON,AZ | 8.83 |
| 1/23/04 | Fed Exp to:CLERK OF COURT,FAIRFIELD,CA | 8.83 |
| 1/23/04 | Fed Exp to:CLERK OF COURT,TUCSON,AZ | 8.83 |
| 1/24/04 | Telephone call to:  LOSANGELES,CA 213-248-1212 | 1.46 |
| 1/26/04 | Fed Exp to: CLEVELAND,OH | 17.19 |
| 1/26/04 | Fed Exp to: WILMINGTON,DE | 62.70 |
| 1/27/04 | Telephone call to:  PEABODY,MA | 3.94 |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Description | Amount |
|------|-------------|--------|
| | 978-239-0310 | |
| 1/27/04 | Telephone call to: BERKELEY,CA<br>510-847-5384 | 1.42 |
| 1/27/04 | Fed Exp to: CLEVELAND,OH | 10.44 |
| 1/27/04 | Overtime Meals    Mario Aguillon | 9.00 |
| 1/27/04 | Overtime Meals    Allison Mayo Andrews | 9.00 |
| 1/28/04 | Telephone call to: NEW YORK,NY<br>212-508-1658 | 1.04 |
| 1/28/04 | Telephone call to: NEW YORK,NY<br>212-909-6241 | 1.05 |
| 1/28/04 | Telephone call to: NEW YORK,NY<br>212-508-1601 | 6.78 |
| 1/28/04 | Tabs/Indexes/Dividers | 2.80 |
| 1/29/04 | Binding | 3.50 |
| 1/29/04 | Tabs/Indexes/Dividers | 19.50 |
| 1/29/04 | Tabs/Indexes/Dividers | 2.00 |
| 1/29/04 | Fed Exp to: CLEVELAND,OH | 10.44 |
| 1/29/04 | Fed Exp to: OKLAHOMA CITY,OK | 29.83 |
| 1/29/04 | Fed Exp to: OKLAHOMA CITY,OK | 29.83 |
| 1/29/04 | Fed Exp to: ELMWOOD PARK,IL | 16.98 |
| 1/29/04 | West Publishing-TP,Database Usage  1.04 | 21.10 |
| 1/30/04 | West Publishing-TP,Database Usage  1.04 | 12.84 |
| 1/31/04 | Fed Exp to: CLEVELAND,OH | 56.17 |
| 1/31/04 | Fed Exp to: NEW YORK,NY | 17.03 |
| 1/31/04 | LEXISNEXIS - Computer Database Research<br>- LexisNexis Database Usage for January,<br>2004 | 174.39 |
| 2/01/04 | Telephone call to: GRD PR,TX<br>214-647-7617 | .50 |
| 2/01/04 | Telephone call to: GRD PR,TX<br>214-647-7617 | .50 |
| 2/01/04 | Telephone call to: GRD PR,TX<br>214-647-7617 | 1.74 |
| 2/01/04 | Telephone call to: GRD PR,TX<br>214-647-7617 | 5.48 |
| 2/01/04 | AT&T TELECONFERENCE SERVICES -<br>Telephone, Teleconference chgs., A.<br>Paris, 1/04 | 85.83 |
| 2/01/04 | Standard Copies | .10 |
| 2/01/04 | Standard Copies | .80 |
| 2/01/04 | MATRIX LEGAL, LLC. - Outside Paralegal<br>Assistance San Diego, Neal w/e 02/06/04 | 2,029.84 |
| 2/01/04 | Yolanda C Wallace - SECRETARY SUPPORT | 200.84 |
| 2/02/04 | Telephone call to: BRITTON,OK<br>405-841-8401 | .50 |
| 2/02/04 | Telephone call to: MIAMI,FL | 1.00 |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Description | Amount |
|------|-------------|--------|
| | 305-416-9998 | |
| 2/02/04 | Fax phone charge to 011-39094223522 | 1.90 |
| 2/02/04 | Fax page charge to 302-652-1111 | 1.50 |
| 2/02/04 | Fax page charge to 202-965-3063 | 1.50 |
| 2/02/04 | Fax page charge to 212-822-5411 | 1.50 |
| 2/02/04 | Fax page charge to 212-822-5411 | .75 |
| 2/02/04 | Fax page charge to 216-861-4703 | .75 |
| 2/02/04 | Fax page charge to 305-416-6848 | .75 |
| 2/02/04 | Fax page charge to 212-530-5219 | 1.50 |
| 2/02/04 | Fax page charge to 216-861-4703 | 1.50 |
| 2/02/04 | Fax page charge to 011-39094223522 | .75 |
| 2/02/04 | Fax page charge to 916-851-3770 | 1.50 |
| 2/02/04 | Fax page charge to 212-530-5219 | .75 |
| 2/02/04 | Standard Copies | .70 |
| 2/02/04 | Standard Copies | .60 |
| 2/02/04 | Standard Copies | .10 |
| 2/02/04 | Standard Copies | 3.30 |
| 2/02/04 | Standard Copies | 4.20 |
| 2/02/04 | Standard Copies | .70 |
| 2/02/04 | Standard Copies | 60.80 |
| 2/02/04 | Standard Copies | .20 |
| 2/02/04 | Standard Copies | 1.80 |
| 2/02/04 | Standard Copies | 1.20 |
| 2/02/04 | Standard Copies | .30 |
| 2/02/04 | Standard Copies | 35.50 |
| 2/02/04 | Standard Copies | .20 |
| 2/02/04 | Standard Copies | .80 |
| 2/02/04 | Standard Copies | .30 |
| 2/02/04 | Standard Copies | .80 |
| 2/02/04 | Standard Copies | .60 |
| 2/02/04 | Standard Copies | .50 |
| 2/02/04 | Standard Copies | 1.50 |
| 2/02/04 | Standard Copies | 5.80 |
| 2/02/04 | Standard Copies | 1.70 |
| 2/02/04 | Standard Copies | 2.10 |
| 2/02/04 | Standard Copies | 9.20 |
| 2/02/04 | Scanned Images | .15 |
| 2/02/04 | Scanned Images | .60 |
| 2/02/04 | Scanned Images | 6.45 |
| 2/02/04 | Scanned Images | 1.65 |
| 2/02/04 | Standard Copies NY | 9.60 |
| 2/02/04 | Postage | .37 |
| 2/02/04 | Fed Exp to:CLERK OF COURT,HACKENSACK,NJ | 10.49 |
| 2/02/04 | Fed Exp to: WILMINGTON,DE | 83.49 |
| 2/02/04 | Fed Exp to: WILMINGTON,DE | 83.49 |
| 2/02/04 | Fed Exp to: WILMINGTON,DE | 83.49 |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Description | Amount |
|------|-------------|--------|
| 2/02/04 | Fed Exp to: WILMINGTON,DE | 83.49 |
| 2/02/04 | Fed Exp to: WILMINGTON,DE | 88.49 |
| 2/02/04 | Fed Exp to: WILMINGTON,DE | 83.49 |
| 2/02/04 | Fed Exp to: WILMINGTON,DE | 83.49 |
| 2/02/04 | Fed Exp to: NEW YORK,NY | 22.33 |
| 2/02/04 | Fed Exp to: DALLAS,TX | 19.37 |
| 2/02/04 | Fed Exp to: HOUSTON,TX | 38.40 |
| 2/02/04 | Fed Exp to: HOUSTON,TX | 38.40 |
| 2/02/04 | Fed Exp to: CLEVELAND,OH | 10.49 |
| 2/02/04 | Fed Exp to: HOUSTON,TX | 38.40 |
| 2/03/04 | Telephone call to:  DALLAS,TX 214-725-0872 | .75 |
| 2/03/04 | Damian Capozzola, Telephone While Traveling, 02/03/04, (Hearing) | 15.00 |
| 2/03/04 | Damian Capozzola, Internet Access, 02/03/04, (Hearing) | 9.95 |
| 2/03/04 | Telephone call to:  DALLAS NE,TX 972-906-1120 | .50 |
| 2/03/04 | Telephone call to:  TREMONTON,UT 801-257-1840 | .50 |
| 2/03/04 | Fax page charge to 212-822-5411 | .75 |
| 2/03/04 | Fax page charge to 215-568-6603 | .75 |
| 2/03/04 | Fax page charge to 302-467-4450 | .75 |
| 2/03/04 | Standard Copies | 11.60 |
| 2/03/04 | Standard Copies | 1.40 |
| 2/03/04 | Standard Copies | .40 |
| 2/03/04 | Standard Copies | 1.40 |
| 2/03/04 | Standard Copies | .10 |
| 2/03/04 | Standard Copies | .10 |
| 2/03/04 | Standard Copies | .30 |
| 2/03/04 | Standard Copies | .10 |
| 2/03/04 | Standard Copies | 6.60 |
| 2/03/04 | Standard Copies | .30 |
| 2/03/04 | Standard Copies | 3.80 |
| 2/03/04 | Standard Copies | .70 |
| 2/03/04 | Standard Copies | .70 |
| 2/03/04 | Standard Copies | .40 |
| 2/03/04 | Standard Copies | .40 |
| 2/03/04 | Standard Copies | .20 |
| 2/03/04 | Standard Copies | .40 |
| 2/03/04 | Standard Copies | 1.10 |
| 2/03/04 | Standard Copies | .30 |
| 2/03/04 | Standard Copies | .60 |
| 2/03/04 | Standard Copies | .60 |
| 2/03/04 | Standard Copies | 1.80 |
| 2/03/04 | Standard Copies | 109.40 |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Description | Amount |
|------|-------------|--------|
| 2/03/04 | Standard Copies | 41.50 |
| 2/03/04 | Scanned Images | .45 |
| 2/03/04 | Scanned Images | .30 |
| 2/03/04 | Scanned Images | .45 |
| 2/03/04 | Fed Exp to: NEW YORK CITY,NY | 34.18 |
| 2/04/04 | Damian Capozzola, Internet Access, 02/04/04, (Hearing) | 9.95 |
| 2/04/04 | Telephone call to:  EASTERN,MD 410-580-4549 | .50 |
| 2/04/04 | Telephone call to:  STATE OF,DE 302-559-3679 | .50 |
| 2/04/04 | Telephone call to:  STATE OF,DE 302-778-6426 | .75 |
| 2/04/04 | Telephone call to:  NORTHEAST,PA 570-344-1266 | .50 |
| 2/04/04 | Fax page charge to 215-851-8383 | .75 |
| 2/04/04 | Standard Copies | 408.80 |
| 2/04/04 | Standard Copies | 222.00 |
| 2/04/04 | Standard Copies | 1.50 |
| 2/04/04 | Standard Copies | .40 |
| 2/04/04 | Standard Copies | .80 |
| 2/04/04 | Standard Copies | .20 |
| 2/04/04 | Standard Copies | .10 |
| 2/04/04 | Standard Copies | .80 |
| 2/04/04 | Standard Copies | .10 |
| 2/04/04 | Scanned Images | 7.35 |
| 2/04/04 | Scanned Images | .60 |
| 2/04/04 | Scanned Images | 2.25 |
| 2/04/04 | Scanned Images | 3.45 |
| 2/04/04 | Scanned Images | 3.45 |
| 2/04/04 | Scanned Images | 4.05 |
| 2/04/04 | Scanned Images | .60 |
| 2/04/04 | Scanned Images | 2.10 |
| 2/04/04 | Fed Exp to:MATTHEWW MORRIS,NEW YORK,NY from:STEVE BLEDSDE | 37.42 |
| 2/04/04 | Fed Exp to:JULIE M SKIDMORE,DETROIT,MI from:STEVE BLEDSOE | 34.78 |
| 2/05/04 | Standard Copies | 1.00 |
| 2/05/04 | Standard Copies | 2.70 |
| 2/05/04 | Damian Capozzola, cabfare, Delaware, 02/05/04, (Hearing) | 10.00 |
| 2/06/04 | Telephone call to:  MIAMI,FL 305-416-9998 | .50 |
| 2/06/04 | Telephone call to:  CHICAGO,IL 312-876-8025 | .50 |
| 2/06/04 | Telephone call to:  LITTLEROCK,AR | 4.24 |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Description | Amount |
|------|-------------|--------|
| | 501-688-8800 | |
| 2/06/04 | Telephone call to:  OAHU,HI | 1.25 |
| | 808-539-8700 | |
| 2/06/04 | Standard Copies | .30 |
| 2/06/04 | Standard Copies | .20 |
| 2/06/04 | Scanned Images | 1.35 |
| 2/06/04 | Scanned Images | 1.35 |
| 2/06/04 | Overtime Transportation, J. Strohl, 12/30/03 | 12.50 |
| 2/09/04 | Telephone call to:  DETROIT,MI 313-393-7331 | .50 |
| 2/09/04 | Telephone call to:  DETROIT,MI 313-393-7331 | 1.99 |
| 2/09/04 | Telephone call to:  WILMINGTON,DE 302-428-3181 | 1.00 |
| 2/09/04 | Telephone call to:  BYRON,OK 405-474-5660 | .50 |
| 2/09/04 | Telephone call to:  OAHU,HI 808-539-8700 | .75 |
| 2/09/04 | Telephone call to:  OAHU,HI 808-539-8700 | .50 |
| 2/09/04 | Telephone call to:  OAHU,HI 808-539-8700 | 1.00 |
| 2/09/04 | Telephone call to:  OAHU,HI 808-524-3700 | 3.49 |
| 2/09/04 | Telephone call to:  OAHU,HI 808-539-8700 | 3.24 |
| 2/09/04 | Fax phone charge to 808-524-3838 | 1.49 |
| 2/09/04 | Fax page charge to 808-524-3838 | 11.25 |
| 2/09/04 | Standard Copies | 29.00 |
| 2/09/04 | Standard Copies | 1.50 |
| 2/09/04 | Standard Copies | 1.80 |
| 2/09/04 | Standard Copies | 8.00 |
| 2/09/04 | Standard Copies | 14.40 |
| 2/09/04 | Standard Copies | .40 |
| 2/09/04 | Scanned Images | .45 |
| 2/09/04 | Scanned Images | 1.95 |
| 2/09/04 | Scanned Images | .15 |
| 2/09/04 | Scanned Images | .15 |
| 2/09/04 | Scanned Images | .15 |
| 2/09/04 | Fed Exp to:JEFFREY KURTZMAN,PHILADELPHIA,PA from:ALLISON ANDREWS | 15.79 |
| 2/09/04 | Fed Exp to:RICHARD COBB,WILMINGTON,DE from:ALLISON ANDREWS | 15.79 |
| 2/09/04 | Overtime Meals    Allison Mayo Andrews | 9.00 |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Description | Amount |
|------|-------------|--------|
| 2/09/04 | Yolanda C Wallace - SECRETARY SUPPORT | 163.18 |
| 2/10/04 | Telephone call to:  NEWYORKCTY,NY 212-416-8220 | 3.53 |
| 2/10/04 | Standard Copies | .10 |
| 2/10/04 | Scanned Images | 1.20 |
| 2/10/04 | Scanned Images | 2.40 |
| 2/10/04 | Scanned Images | 1.65 |
| 2/10/04 | Scanned Images | .45 |
| 2/10/04 | Scanned Images | .45 |
| 2/10/04 | Fed Exp to:STEVE BLEDSOE,LOS ANGELES,CA from:PAUL HUFFARD | 9.25 |
| 2/10/04 | J&J COURT TRANSCRIBERS, INC. - Court Reporter Fee/Deposition - Hearing transcript for 8/14/03 | 161.10 |
| 2/11/04 | Fax page charge to 313-393-7449 | 1.50 |
| 2/11/04 | Fax page charge to 313-731-1560 | 2.25 |
| 2/11/04 | Fax page charge to 214-840-2180 | 2.25 |
| 2/11/04 | Standard Copies | 1.00 |
| 2/11/04 | Scanned Images | .90 |
| 2/11/04 | Scanned Images | 1.35 |
| 2/11/04 | Fed Exp to:STEVE BLEDSOE,LOS ANGELES,CA from:TED STENGER | 10.06 |
| 2/12/04 | Fed Exp to:MATT MORRIS, ESQ.,NEW YORK,NY from:ED YEP | 18.88 |
| 2/13/04 | Standard Copies | 29.60 |
| 2/13/04 | Standard Copies | 300.60 |
| 2/13/04 | Standard Copies | 2.60 |
| 2/13/04 | Scanned Images | 1.80 |
| 2/13/04 | Scanned Images | 1.80 |
| 2/13/04 | Scanned Images | 3.75 |
| 2/13/04 | Scanned Images | 6.15 |
| 2/13/04 | Scanned Images | .75 |
| 2/13/04 | Scanned Images | 1.80 |
| 2/13/04 | Scanned Images | 3.45 |
| 2/13/04 | Scanned Images | 2.70 |
| 2/13/04 | Scanned Images | 1.65 |
| 2/13/04 | Scanned Images | 2.25 |
| 2/14/04 | GENESYS CONFERENCING, INC. - Telephone - 01/19/04 Conference call | 22.51 |
| 2/14/04 | GENESYS CONFERENCING, INC. - Telephone - 02/09/04 Conference call | 23.34 |
| 2/15/04 | ACE MESSENGER & ATTORNEY SERVICE, INC. - Outside Messenger Services - 2/02/04 Residence of Eric Liebeler, Rancho Park, CA | 36.50 |
| 2/15/04 | ADMINISTRATIVE SERVICES COOPERATIVE, INC | 114.31 |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Description | Amount |
|------|-------------|--------|
| | - Local Transportation - 02/09/04 -<br>FROM: WORK / TO: HOME | |
| 2/15/04 | MATRIX LEGAL, LLC. - Outside Paralegal<br>Assistance San Diego, Neal w/e 02/15/04 | 157.50 |
| 2/16/04 | Telephone call to:  WILMINGTON,DE<br>302-428-3181 | .50 |
| 2/17/04 | Telephone call to:  OAHU,HI<br>808-539-8700 | .75 |
| 2/17/04 | Telephone call to:  DALLAS,TX<br>214-969-4900 | .50 |
| 2/17/04 | Standard Copies | 6.30 |
| 2/17/04 | Standard Copies | .60 |
| 2/17/04 | Standard Copies | .10 |
| 2/17/04 | Standard Copies | .10 |
| 2/17/04 | Standard Copies | 1.70 |
| 2/17/04 | Scanned Images | 1.05 |
| 2/17/04 | Scanned Images | 1.05 |
| 2/17/04 | Scanned Images | 1.35 |
| 2/18/04 | Telephone call to:  GRD PR,TX<br>214-647-7500 | 1.00 |
| 2/18/04 | Telephone call to:  DALLAS NE,TX<br>972-906-2180 | 1.25 |
| 2/18/04 | Telephone call to:  DALLAS,TX<br>214-220-7787 | 2.24 |
| 2/18/04 | Telephone call to:  OMAHA,NE<br>402-341-3070 | 1.00 |
| 2/18/04 | Standard Copies | .70 |
| 2/19/04 | Telephone call to:  NEWORLEANS,LA<br>504-584-9253 | .50 |
| 2/19/04 | Standard Copies | 2.60 |
| 2/19/04 | Standard Copies | .20 |
| 2/19/04 | Standard Copies | 2.60 |
| 2/19/04 | Standard Copies | 3.90 |
| 2/19/04 | Standard Copies | 5.00 |
| 2/19/04 | Standard Copies | .10 |
| 2/19/04 | Scanned Images | 4.95 |
| 2/19/04 | Scanned Images | 2.40 |
| 2/19/04 | Scanned Images | 2.40 |
| 2/19/04 | Scanned Images | .90 |
| 2/19/04 | Scanned Images | .75 |
| 2/19/04 | Scanned Images | .60 |
| 2/19/04 | Scanned Images | .90 |
| 2/19/04 | Scanned Images | .75 |
| 2/19/04 | Scanned Images | .30 |
| 2/19/04 | Scanned Images | .30 |
| 2/19/04 | Postage | 3.33 |

The Fleming Company
Legal Services for the Period Ending February 29, 2004
March 25, 2004

| Date | Description | Amount |
|------|-------------|--------|
| 2/19/04 | Overtime Meals    Allison Mayo Andrews | 9.00 |
| 2/20/04 | Standard Copies | .10 |
| 2/20/04 | Standard Copies | 1.20 |
| 2/20/04 | Scanned Images | .30 |
| 2/20/04 | Scanned Images | .30 |
| 2/23/04 | Telephone call to:  OKLA CITY,OK 405-552-2256 | .50 |
| 2/23/04 | Telephone call to:  SE CENTRAL,NJ 732-499-3787 | 4.48 |
| 2/23/04 | Standard Copies | .40 |
| 2/23/04 | Standard Copies | .40 |
| 2/23/04 | Standard Copies | .10 |
| 2/23/04 | Standard Copies | 5.80 |
| 2/23/04 | Standard Copies | 1.20 |
| 2/23/04 | Standard Copies | 2.90 |
| 2/23/04 | Fed Exp to:JOSEPH BOCOCK,OKLAHOMA CITY,OK from:ANTONIETTA THERTA | 67.37 |
| 2/24/04 | Telephone call to:  WASHINGTON,DC 202-638-6600 | 1.00 |
| 2/24/04 | Telephone call to:  DALLAS NE,TX 972-906-1120 | 1.99 |
| 2/24/04 | Telephone call to:  WILMINGTON,DE 302-658-9200 | .50 |
| 2/24/04 | Telephone call to:  CLEVELAND,OH 216-861-4700 | .50 |
| 2/24/04 | Telephone call to:  CLEVELAND,OH 216-861-4700 | .75 |
| 2/24/04 | Telephone call to:  BRITTON,OK 405-841-8287 | 1.49 |
| 2/24/04 | Fax page charge to 310-201-0760 | 4.50 |
| 2/24/04 | Standard Copies | 8.90 |
| 2/24/04 | Standard Copies | 2.90 |
| 2/24/04 | Postage | 1.52 |
| 2/25/04 | Telephone call to:  DALLAS NE,TX 972-906-2180 | .50 |
| 2/25/04 | Fax phone charge to 405-841-8149 | 2.74 |
| 2/25/04 | Fax page charge to 405-841-8149 | 18.00 |
| 2/25/04 | Standard Copies | 82.00 |
| 2/25/04 | Standard Copies | 2.00 |
| 2/26/04 | Standard Copies | .10 |
| 2/26/04 | Standard Copies | .20 |
| 2/26/04 | Standard Copies | .30 |
| 2/27/04 | Standard Copies | 1.30 |

Total Expenses          $ 8,648.29