# EXHIBIT YY

# August 2004
# Part 13 of 31

The Fleming Company
Legal Service for the Period Ending August 23, 2004
October 5, 2004

### Description of Legal Services

| Date | Name | Hours | Description |
|---|---|---|---|
| 7/28/04 | Melissa M Dulac | 7.75 | Research re potential arguments for opposition to W. Berry's motion for preliminary injunction. |
| 7/28/04 | Richard L Wynne | 0.75 | Analyze Berry claim issues, procedural status of Hawaii litigation vs. later bankruptcy court proceedings, and memorandum to A. Huber and E. Liebeler on how to proceed. |
| 7/28/04 | Damian D Capozzola | 0.50 | Communications re Berry administrative issues (NTI signature page and files being shipped). |
| 7/29/04 | Melissa M Dulac | 8.00 | Research re potential arguments to make in opposition to W. Berry's motion for preliminary injunction; begin drafting opposition to same. |
| 7/29/04 | Antoinette Huerta | 2.50 | Assist with preparation of materials re Berry re hearing materials for attorney team. |
| 7/29/04 | Richard L Wynne | 0.75 | Telephone conference with D. Capozzola, E. Liebeler, Hawaii counsel and R. Hertzberg re settlement ideas. |
| 7/29/04 | Romana O Samad | 1.00 | Confer with co-counsel in HI re pro hac vice applications, declarations and order and prepare documents for signing. |
| 7/29/04 | Neal F San Diego | 5.00 | Index correspondence and pleadings for Berry deposition. |
| 7/29/04 | Neal F San Diego | 3.25 | Image correspondence and pleadings attachment re Berry. |
| 7/29/04 | Damian D Capozzola | 3.00 | Communications and analysis re Hawaiian software issues and analysis of Second Amended Complaint and Preliminary Injunction papers; research re pleadings issues; attention to and communications re logistical Hawaiian software issues; communications re |

K&E 11043604.1

The Fleming Company
Legal Service for the Period Ending August 23, 2004
October 5, 2004

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | insurance issues. |
| 7/29/04 | Eric C Liebeler | 2.00 | Participate in telephone conference re Berry issues to do; participate in telephone conference re Rule 68 analysis and potential offer. |
| 7/30/04 | Melissa M Dulac | 2.00 | Draft outline for opposition to W. Berry's motion for preliminary injunction; communicate with E. Liebeler, D. Capozzola, and O. Samad re same. |
| 7/30/04 | Richard L Wynne | 1.00 | Telephone conference with team to prepare for final fee application; telephone conference with D. Capozzola re Hogan and order on objection to claim and e-mail re same. |
| 7/30/04 | Romana O Samad | 3.25 | Finalize pro hac vice applications for HI; confer with M. Dulac, D. Capozzola, E. Liebeler re opposing Berry's Preliminary Injunction and drafting of evidentiary objections. |
| 7/30/04 | Neal F San Diego | 5.00 | Index correspondence including attachment for Berry deposition. |
| 7/30/04 | Damian D Capozzola | 2.00 | Communications and analysis re Hawaiian software pleadings and discovery issues, prepare for and follow-up re team meeting re same; analysis and drafting re Hawaiian software preliminary injunction opposition papers and communications re same. |
| 7/30/04 | Anne Huber | 0.50 | Review W. Berry estimation order, lift stay order and send email to team after discussing with D. Capozzola |
| 7/31/04 | Romana O Samad | 1.25 | Analyze all documents in Berry's Preliminary Injunction motion. |

K&E 11043604.1                                      2

The Fleming Company
Legal Service for the Period Ending August 23, 2004
October 5, 2004

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/31/04 | Damian D Capozzola | 1.50 | Communications and analysis re Hawaiian software issues; review files and prepare chart re license issues, and communications re same. |
| 8/01/04 | Melissa M Dulac | 2.75 | Draft opposition to W. Berry's motion for preliminary injunction; research in support of same. |
| 8/01/04 | Damian D Capozzola | 3.00 | Communications and analysis re post-confirmation work; communications re software license issues; analysis of Hawaiian judges and communications re same. |
| 8/02/04 | Melissa M Dulac | 11.00 | Draft opposition to W. Berry's motion for preliminary injunction; research in support of same. |
| 8/02/04 | Romana O Samad | 10.00 | Analyze pleadings to prepare Berry evidentiary objections; review local rules re filing of evidentiary objections; research judgements in HI; analyze data documents for Berry production. |
| 8/02/04 | Damian D Capozzola | 2.00 | Communications and analysis re Hawaiian software briefing and discovery issues; analysis and communications re judges in Hawaiian lawsuit matter. |
| 8/02/04 | Eric C Liebeler | 2.00 | Work on opposition to preliminary injunction. |
| 8/03/04 | Edgar I Yep | 3.00 | Assemble and organize exhibits for upcoming Opposition to Berry's Preliminary Injunction motion; create Declaration of M. Dulac in Support of Motion. |
| 8/03/04 | Melissa M Dulac | 13.75 | Draft opposition to W. Berry's motion for preliminary injunction; research in support of same; communicate with O. Samad re drafting objections to evidence submitted by W. Berry in support of motion for |

K&E 11043604.1                                    3

The Fleming Company
Legal Service for the Period Ending August 23, 2004
October 5, 2004

| Date | Name | Hours | Description |
|------|------|-------|-------------|
|  |  |  | preliminary injunction. |
| 8/03/04 | Allison Mayo Andrews | 5.00 | Assist attorneys with the preparation of opposition and supporting documents re Berry preliminary injunction motion. |
| 8/03/04 | Raymond Roman | 5.00 | Assist in preparation of Berry opposition to preliminary injunction motion. |
| 8/03/04 | Damian D Capozzola | 1.00 | Communications and analysis re Hawaiian software issues. |
| 8/03/04 | Eric C Liebeler | 5.25 | Berry: Review and analyze fair use argument; discuss experts with D. Capozzola; outline arguments for PI opposition. |
| 8/04/04 | Edgar I Yep | 2.00 | Assemble and organize exhibits for upcoming Opposition to Berry's Preliminary Injunction motion; draft and edit Declaration of M. Dulac in Support of Motion; check on status of documents for E. Liebeler in N.Y.. |
| 8/04/04 | Melissa M. Dulac | 7.00 | Draft opposition to W. Berry's motion for preliminary injunction; research in support of same; draft amended answer to W. Berry's second amended complaint; revise declaration of M. Dulac in support of opposition to motion for preliminary injunction. |
| 8/04/04 | Raymond F. Roman | 1.00 | Assist in preparation of Berry opposition to preliminary injunction motion. |
| 8/04/04 | Romana O. Samad | 3.75 | Draft Berry opposition. |
| 8/05/04 | Neal F San Diego | 7.50 | Index correspondence including attachments for Berry hearing. |
| 8/05/04 | Damian D Capozzola | 0.25 | Voicemails and e-mails re Berry issues. |
| 8/06/04 | Melissa M Dulac | 0.75 | Communicate with A. Greenfield re identifying elements of causes of action asserted by W. Berry in second amended |

K&E 11043604.1                                4

The Fleming Company
Legal Service for the Period Ending August 23, 2004
October 5, 2004

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | complaint; communicate with C. Lhulier re stipulation clarifying order of bankruptcy court lifting stay on request by W. Berry. |
| 8/06/04 | Eric C Liebeler | 10.25 | Work on Berry stipulation re execution on any claim; edit opposition to PI; review testimony from confirmation hearing; draft letter to T. Hogan; participate in telephone conference re C&S. |
| 8/07/04 | Damian D Capozzola | 0.50 | Review and analysis of declarations and evidentiary objections re Hawaiian software issues. |
| 8/08/04 | Damian D Capozzola | 0.25 | Communications with O. Samad and analysis re Berry evidentiary objections. |
| 8/09/04 | Edgar I Yep | 1.00 | Prepare electronically pages re W. Berry deposition to send to Hawaii counsel to request signature pages and entire deposition for upcoming court filing. |
| 8/09/04 | Melissa M Dulac | 1.00 | Communicate with E. Liebeler re opposition to W. Berry's motion for preliminary injunction. |
| 8/09/04 | Antoinette Huerta | 1.00 | Research and compile information and documents re Berry. |
| 8/09/04 | Richard L Wynne | 0.25 | Telephone conference with E. Liebeler re litigation vs. Berry, appeal and motion to dismiss. |
| 8/09/04 | Romana O Samad | 4.25 | Modify evidentiary objections in Berry matter based on conversation with D. Capozzola. |
| 8/09/04 | Eric C Liebeler | 7.50 | Edit PI opposition and evidentiary objections. |
| 8/09/04 | Geoffrey A Richards | 0.25 | Attention to multiple wind-down issues, including C&S, lease rejections, task list revisions and updates, Berry pleading |

The Fleming Company
Legal Service for the Period Ending August 23, 2004
October 5, 2004

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | review. |
| 8/10/04 | Melissa M Dulac | 4.50 | Revise opposition to motion of W. Berry for issuance of preliminary injunction and supporting papers. |
| 8/10/04 | Romana O Samad | 9.50 | Prepare Berry evidentiary objections and Preliminary Injunction opposition. |
| 8/10/04 | Neal F San Diego | 7.50 | Update on-site files such as correspondence and pleadings with attachment re Berry. |
| 8/10/04 | Eric C Liebeler | 1.00 | Finalize Berry evidentiary objections; work on GECC financing issue related to Berry. |
| 8/11/04 | Melissa M Dulac | 10.25 | Revise opposition to W. Berry's motion for preliminary injunction and identify evidentiary support for opposition; communicate with E. Liebeler re same; communicate with O. Samad re evidentiary objections; communicate with A. Greenberg re drafting memorandum re elements of causes of action asserted by W. Berry in post-petition copyright litigation against Fleming. |
| 8/11/04 | Antoinette Huerta | 8.75 | Research and compile exhibits to Fleming's motion re Berry; cite-check and review legal and case cites re Fleming's motion re Berry. |
| 8/11/04 | Raymond F Roman | 5.00 | Assist with preparation of opposition of Fleming to W. Berry's motion for issuance of preliminary injunction. |
| 8/11/04 | Richard L Wynne | 0.25 | Telephone conference with E. Liebeler re Berry appeal and motion to dismiss. |
| 8/11/04 | Romana O Samad | 0.50 | Confer with HI co-counsel A. Lopez re compliance with local rules for Berry brief and |

The Fleming Company
Legal Service for the Period Ending August 23, 2004
October 5, 2004

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | objections. |
| 8/11/04 | Neal F San Diego | 6.50 | Assist with opposition to Berry's preliminary injunction motion. |
| 8/11/04 | Neal F San Diego | 7.50 | Index correspondence including attachments for Berry hearing. |
| 8/11/04 | Eric C Liebeler | 0.25 | Review Berry letter. |
| 8/12/04 | Edgar I Yep | 5.50 | Compile documents and prepare for sending via Federal Express, per E. Liebeler and S. Cho; compile and prepare for filing exhibits and documents for Opposition Motion for M. Dulac. |
| 8/12/04 | Melissa M Dulac | 5.50 | Finalize opposition to W. Berry's motion for preliminary injunction and papers submitted in support of opposition; communicate with A. Lopez re preparation and filing of same. |
| 8/12/04 | Antoinette Huerta | 4.50 | Cite-check and assist with preparation of filing Fleming's motion re opposition to preliminary injunction re Berry. |
| 8/12/04 | Raymond F Roman | 3.50 | Assist with cit checking of Fleming's opposition to Beryr's preliminary injunction. |
| 8/12/04 | Shirley S Cho | 1.00 | E-mail to S. Loretz re status of Berry appeal; telephone conference with L. Hosoda re same. |
| 8/12/04 | Romana O Samad | 5.00 | Finalize for filing Berry Opposition to Prelim Injunction Motion and Evidentiary Objections. |
| 8/12/04 | Neal F San Diego | 8.00 | Index correspondence including attachments for Berry hearing. |
| 8/12/04 | Damian D Capozzola | 0.75 | Communications and analysis re Berry. |
| 8/12/04 | Eric C Liebeler | 2.00 | Work on Berry/GECC financing issues; summarize Berry issues |

K&E 11043604.1                                 7

The Fleming Company
Legal Service for the Period Ending August 23, 2004
October 5, 2004

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | for Core-Mark; review Berry appeal calendar. |
| 8/13/04 | Antoinette Huerta | 5.00 | Update hearing database and main files with recently received hearing transcripts; and distribute electronically to requesting attorneys; update main files with electronically received documents re Berry. |
| 8/13/04 | Romana O Samad | 0.50 | Discuss filing of erratas with Anne Lopez in Berry matter. |
| 8/13/04 | Neal F San Diego | 7.50 | Update on-site files as correspondence and pleadings with attachments re Berry. |
| 8/13/04 | Damian D Capozzola | 0.25 | Communications and analysis re Berry. |
| 8/14/04 | Damian D Capozzola | 0.25 | Communications and analysis re Berry matters. |
| 8/16/04 | Neal F San Diego | 7.50 | Index correspondence and pleading with exhibits for Berry deposition; image correspondence and pleading with exhibits re Berry. |
| 8/17/04 | Allison Mayo Andrews | 3.50 | Review, process and collate incoming case documents; file maintenance re Fleming Berry matter. |
| 8/17/04 | Erin N Brady | 1.00 | Research re Berry's ability to bootstrap confirmation appeal to estimation appeal. |
| 8/17/04 | Damian D Capozzola | 0.25 | Communications and analysis. |
| 8/18/04 | Erin N Brady | 1.50 | Review and analyze cases re Berry's ability to bootstrap time estimation appeal to untimely confirmation appeal. |
| 8/18/04 | Damian D Capozzola | 0.50 | Communications and analysis re Berry matters. |
| 8/19/04 | Melissa M Dulac | 0.25 | Communicate with T. Hogan re confirmation order. |
| 8/19/04 | Neal F San Diego | 7.50 | Index correspondence and pleadings with exhibits for |

K&E 11043604.1                                     8

The Fleming Company
Legal Service for the Period Ending August 23, 2004
October 5, 2004

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | Berry deposition; image correspondence and pleadings with exhibits re Berry. |
| 8/23/04 | Melissa M Dulac | 1.50 | Communicate with E. Liebeler re withdrawing subpoenas issued to Y. Hata; draft stipulation re withdrawal of Y. Hata subpoenas; communicate with T. Hogan re same. |
| 8/23/04 | Melissa M Dulac | 0.25 | Draft argument in support of final fee application. |
| 8/23/04 | Allison Mayo Andrews | 1.00 | Analyze and process pleadings re Fleming Berry matter. |
| 8/23/04 | Antoinette Huerta | 2.00 | Compile and print out documents received electronically; update case files with recently received documents. |
| 8/23/04 | Neal F San Diego | 7.50 | Index correspondence including attachments for Berry hearing. |
| 8/23/04 | Eric C Liebeler | 1.75 | Berry: Work on appeal designation issues; work on Y. Hata discovery issues. |
| | | **310.00** | **TOTAL HOURS** |

The Fleming Company
Legal Service for the Period Ending August 23, 2004
October 5, 2004

## Description of Expenses

| Date | Description | Amount |
|------|-------------|-------:|
| 7/28/04 | Telephone call to: STATE OF,HI 808-535-5711 | .96 |
| 8/06/04 | Fax page charge to 808-528-4997 | 1.50 |
| 8/12/04 | Telephone call to: OAHU,HI 808-524-3700 | .96 |
| 8/12/04 | Telephone call to: OAHU,HI 808-539-8700 | 2.40 |
| 8/12/04 | Telephone call to: OAHU,HI 808-539-8700 | 7.68 |
| 8/12/04 | Telephone call to: OAHU,HI 808-524-3700 | .72 |
| | **Total Expenses** | **$ 14.22** |