# EXHIBIT YY

# September 2004
# Part 14 of 31

Post Confirmation Trust
Legal Service for the Period Ending September 30, 2004
November 8, 2004

### Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/24/04 | Allison Mayo Andrews | 2.00 | Review Delaware local rules re pre-trial requirements; review, process and collate incoming case documents. |
| 8/24/04 | Neal F San Diego | 7.50 | Index correspondence including attachments to Berry hearing. |
| 8/24/04 | Eric C Liebeler | 0.75 | Berry:  Work on Y. Hata discovery issues. |
| 8/25/04 | Melissa M Dulac | 0.25 | Communicate with T. Hogan re stipulation to withdraw subpoenas issued to Y. Hata. |
| 8/25/04 | Allison Mayo Andrews | 12.00 | Review and process case documents re Fleming Berry matter; assist attorney with preparation for hearing re Berry's preliminary injunction motion. |
| 8/25/04 | Antoinette Huerta | 9.00 | Assist with preparations for upcoming hearing re Berry; research and compile materials re Berry preliminary injunction motion for E. Liebeler and M. Dulac. |
| 8/25/04 | Raymond F Roman | 7.50 | Assist in preparation of Berry's motion for issuance of preliminary injunction and evidentiary objection binders in preparation of hearing scheduled for August 30, 2004. |
| 8/25/04 | Damian D Capozzola | 0.25 | Communications and analysis re Berry. |
| 8/26/04 | Melissa M Dulac | 12.75 | Prepare for hearing re W. Berry's motion for preliminary injunction; communicate with E. Liebeler, O. Samad, D. Capozzola, L. Smith, A. Lopez, A. Andrews, A. Huerta, and E. Yep re same. |
| 8/26/04 | Allison Mayo Andrews | 10.50 | Review and process case documents re Fleming Berry |

K&E 11043907.1

Post Confirmation Trust
Legal Service for the Period Ending September 30, 2004
November 8, 2004

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | matter; assist attorney with preparation for hearing re Berry's preliminary injunction motion (Berry/HEX). |
| 8/26/04 | Antoinette Huerta | 11.25 | Assist with preparations for upcoming hearing re Berry; research and compile materials re Berry preliminary injunction motion for E. Liebeler and M. Dulac; compile electronically sent materials from local counsel re Berry; prepare file copies of Fleming / Berry matter for processing into main files received from local counsel electronically. |
| 8/26/04 | Raymond F Roman | 9.50 | Assist in preparation of Berry's motion for issuance of preliminary injunction and evidentiary objection binders in preparation of hearing scheduled for August 30, 2004 which also consisted of pulling cases for E. Liebeler. |
| 8/26/04 | Romana O Samad | 14.00 | Prepare all materials for preliminary injunction hearing on Monday; draft evidentiary responses to Berry's reply. |
| 8/26/04 | Neal F San Diego | 7.50 | Index correspondence including attachments for Berry hearing; image correspondence and pleadings with exhibits re Berry. |
| 8/26/04 | Damian D Capozzola | 1.00 | Communications and analysis re Berry issues and findings of fact, and communications with M. Dulac re same. |
| 8/26/04 | Eric C Liebeler | 4.50 | Prepare for Berry PI hearing. |
| 8/27/04 | Melissa M Dulac | 3.00 | Prepare for hearing re W. Berry's motion for preliminary injunction; draft letter to T. Hogan re |

K&E 11043907.1

Post Confirmation Trust
Legal Service for the Period Ending September 30, 2004
November 8, 2004

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | withdrawal of Y. Hata subpoenas. |
| 8/27/04 | Allison Mayo Andrews | 7.50 | Review and prepare case materials re Fleming/Berry matter for attorney review and use; assist attorney with preparation for 8/30/04 hearing; review, process and collate incoming case documents; prepare hearing binders for attorney review and use. |
| 8/27/04 | Antoinette Huerta | 6.00 | Update main files and database with pleadings re Berry matter; prepare materials for D. Capozzola re Fleming's opposition to Berry's motion for preliminary injunction; update hearing database with recently received electronic transcripts. |
| 8/27/04 | Neal F San Diego | 2.00 | Index correspondence including attachments for Berry hearing. |
| 8/27/04 | Eric C Liebeler | 9.75 | Prepare for preliminary injunction hearing while en route to Hawaii. |
| 8/28/04 | Melissa M Dulac | 1.50 | Prepare for hearing re W. Berry's motion for preliminary injunction; communicate with O. Samad D. Capozzola, and E. Liebeler re same. |
| 8/28/04 | Eric C Liebeler | 7.75 | Prepare for preliminary injunction hearing re Berry. |
| 8/29/04 | Romana O Samad | 11.25 | Research, analyze and propose argument to make in response to Judge's bench comments in Berry. |
| 8/29/04 | Damian D Capozzola | 4.00 | Communications with E. Liebeler, M. Dulac, and O. Samad re Berry issues, and analysis re same; assist in preparations for August 30 hearing. |
| 8/29/04 | Eric C Liebeler | 15.50 | Prepare for preliminary injunction hearing; meet |

Post Confirmation Trust
Legal Service for the Period Ending September 30, 2004
November 8, 2004

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | with L. Hosada, L. Smith, M. Dillon; telephone conference with D. Capozzola re same. |
| 8/30/04 | Melissa M Dulac | 1.50 | Draft counterdesignation of items to be included in record on appeal re W. Berry's appeal of estimation order. |
| 8/30/04 | Romana O Samad | 3.50 | Work on Berry documents for hearing; communicate with law clerk re HI judgment research. |
| 8/30/04 | Damian D Capozzola | 2.00 | Communications and analysis re Berry issues and assist in preparations for injunction hearing. |
| 8/30/04 | Eric C Liebeler | 7.75 | Prepare for and conduct preliminary injunction hearing. |
| 8/31/04 | Melissa M Dulac | 1.00 | Communicate with E. Liebeler, D. Capozzola, and O. Samad re August 30 hearing and status of various matters re W. Berry. |
| 8/31/04 | Romana O Samad | 4.50 | Meet with Berry trial team re preparations for next hearing; communicate with co-counsel re transcripts and preparation of direct examination; review and analyze exhibits to prepare declaration of direct examination. |
| 8/31/04 | Neal F San Diego | 7.50 | Index correspondence including attachments for Berry hearing; image correspondence and pleadings with exhibits re Berry. |
| 8/31/04 | Damian D Capozzola | 2.00 | Review, analysis, and communications, re Berry matters; communications with E. Liebeler, M. Dulac, O. Samad, and S. Toll re Berry matter and analysis re same; analysis and follow-up re Berry case management and calendaring issues. |

Post Confirmation Trust
Legal Service for the Period Ending September 30, 2004
November 8, 2004

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/31/04 | Eric C Liebeler | 3.00 | Prepare for and conduct team meeting on preliminary injunction hearing. |
| 9/01/04 | Melissa M Dulac | 0.50 | Communicate with E. Liebeler re motion for special master and possible ways of resolving Berry's claims. |
| 9/01/04 | Allison Mayo Andrews | 7.50 | Review, process and collate incoming case documents; prepare case documents for attorney review and use; prepare case documents to transmit to co-counsel re Fleming/Berry matter. |
| 9/01/04 | Neal F San Diego | 7.00 | Analyze and prepare documents for coding; index documents into case management database; image documents re same. |
| 9/01/04 | Damian D Capozzola | 2.00 | Analysis and communications with E. Liebeler, M. Dulac, O. Samad, L. Smith, and L. Hosoda and analysis re Berry matter. |
| 9/02/04 | Antoinette Huerta | 3.00 | Research information re Berry matter and update main files and database with recently received electronic transcripts and pleadings. |
| 9/02/04 | Romana O Samad | 1.00 | Prepare and check binders for Berry litigation, communicate with co-counsel in litigation re Berry. |
| 9/02/04 | Damian D Capozzola | 2.00 | Review and revise motion re experts in Hawaii matter; review and analysis of transcript in Hawaiian software matter. |
| 9/03/04 | Melissa M Dulac | 6.25 | Research re appointing special master; draft motion to appoint special master; communicate with D. Capozzola re same. |
| 9/03/04 | Romana O Samad | 1.00 | Prepare items and exhibits for Dillon deposition in Berry litigation. |

K&E 11043907.1

Post Confirmation Trust
Legal Service for the Period Ending September 30, 2004
November 8, 2004

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/03/04 | Damian D Capozzola | 1.00 | Review and analysis of draft Dillon declaration and comments re same. |
| 9/04/04 | Damian D Capozzola | 1.00 | Review and analysis of Berry expert motion, and communications re same. |
| 9/07/04 | Melissa M Dulac | 8.00 | Analyze second amended complaint to determine potential bases for motion for judgment on the pleadings; research re appointment of special master; draft motion for appointment of special master. |
| 9/07/04 | Allison Mayo Andrews | 4.50 | Assist attorney with preparation of motion to be filed in the Berry Hawaii litigation; review, process and collate incoming case documents. |
| 9/07/04 | Antoinette Huerta | 4.50 | Research and compile information re Berry in preparation of filing of motion; assist with filing of motion re Berry. |
| 9/07/04 | Romana O Samad | 8.00 | Review and analyze Dillon's deposition transcripts for Dillon declaration for affidavit to be submitted to court; communicate with L. Hosada, A. Lopez and E. Liebeler re Dillon declaration. |
| 9/07/04 | Damian D Capozzola | 1.00 | Communications and analysis re Berry expert motion. |
| 9/07/04 | Eric C Liebeler | 2.00 | (Berry) Review and edit Dillon declaration; work on scheduling issues. |
| 9/08/04 | Antoinette Huerta | 3.00 | Research and compile transcripts per attorney requests re Berry. |
| 9/08/04 | Romana O Samad | 4.50 | Research and analyze options re enforcement of HI judgments. |
| 9/08/04 | Damian D Capozzola | 1.00 | Communications and analysis |

K&E 11043907.1

Post Confirmation Trust
Legal Service for the Period Ending September 30, 2004
November 8, 2004

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | re Berry motions. |
| 9/09/04 | Melissa M Dulac | 5.00 | Analyze second amended complaint filed by W. Berry to determine potential bases for motion for judgment on the pleadings. |
| 9/09/04 | Romana O Samad | 8.75 | Research HI state law on attachment of judgments and liens. |
| 9/09/04 | Damian D Capozzola | 1.00 | Review and analysis of Berry briefing issues and communications with team members re same. |
| 9/09/04 | Eric C Liebeler | 0.25 | Discuss service issues with L. Hosoda (Berry). |
| 9/09/04 | Eric C Liebeler | 1.00 | (Berry) Review post-trial motions practice in prepetition case. |
| 9/10/04 | Allison Mayo Andrews | 4.00 | Prepare evidentiary documents for production; review, process and collate incoming case documents. |
| 9/10/04 | Romana O Samad | 7.25 | Gather cases re copyright law and relationship to foreclosure proceedings; find exhibits from first trial to be used in Dillon affidavit. |
| 9/10/04 | Damian D Capozzola | 2.00 | Communications and analysis re C&S / Berry waiver issues; communications and analysis re motion to shorten time re Berry expert issues and Dillon declaration. |
| 9/13/04 | Melissa M Dulac | 2.50 | Research re whether court may consider new evidence on motion for permanent injunction after jury has rendered its verdict. |
| 9/13/04 | Allison Mayo Andrews | 3.00 | Assist attorney with preparation of discovery responses and production of documents re same. |
| 9/13/04 | Romana O Samad | 8.50 | Research and gather caselaw re assignment of judgments; |

K&E 11043907.1

Post Confirmation Trust
Legal Service for the Period Ending September 30, 2004
November 8, 2004

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | telephone conference with co-counsel re Dillon affidavit. |
| 9/13/04 | Damian D Capozzola | 0.50 | Communications and analysis re M. Dillon affidavit. |
| 9/14/04 | Melissa M Dulac | 3.25 | Prepare anticipated budget for litigation of administrative claim filed by copyright litigation filed by W. Berry. |
| 9/14/04 | Romana O Samad | 6.25 | Read and analyze research re judgment, enforcement procedures and copyright law. |
| 9/15/04 | Melissa M Dulac | 4.50 | Prepare budget for defending against copyright claims asserted by W. Berry in litigation filed in federal court; communicate with L. Hosoda re preparing for continued preliminary injunction hearing re W. Berry. |
| 9/15/04 | Richard L Wynne | 0.50 | Analyze Berry settlement e-mails and preparation of outline of settlement offer to R. Kors and Slatkin top 75 debtors; telephone conference with D. Capozzola re Berry settlement. |
| 9/15/04 | Romana O Samad | 6.25 | Read and analyze research re copyright law and judicial liens. |
| 9/15/04 | Neal F San Diego | 7.50 | Analyze docket report re Berry and update entries from case management database. |
| 9/15/04 | Damian D Capozzola | 0.50 | Communications and analysis re Berry matters. |
| 9/16/04 | Melissa M Dulac | 1.00 | Communicate with E. Liebeler re preparing for continued preliminary injunction hearing re W. Berry and settlement possibilities for administrative claim filed by St. Paul Pioneer Press; communicate with L. Smith and A. Lopez re post-trial |

- 8 -

Post Confirmation Trust
Legal Service for the Period Ending September 30, 2004
November 8, 2004

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | motions to be noticed in W. Berry case before Judge King. |
| 9/16/04 | Romana O Samad | 6.75 | Continue to research Hawaii and Ninth Circuit law re assignments and enforcement of judgments. |
| 9/16/04 | Damian D Capozzola | 0.50 | Communications and analysis re Berry matters. |
| 9/16/04 | Eric C Liebeler | 1.50 | Summarize settlement history; review and analyze settlement proposal; review motions practice on pre-petition litigation (Berry). |
| 9/17/04 | Melissa M Dulac | 0.50 | Communicate with A. Lopez re post-trial motions in pre-petition litigation filed by W. Berry. |
| 9/17/04 | Antoinette Huerta | 5.00 | Review and update main files with recently received electronic documents re Berry. |
| 9/17/04 | Richard L Wynne | 0.25 | Analyze Berry mediation letter and numerous e-mails re same. |
| 9/17/04 | Romana O Samad | 7.50 | Research and gather case law re assignment of rights of actions/choses/champertous assignment in California, Hawaii. |
| 9/17/04 | Damian D Capozzola | 3.00 | Plan and outline approaches to Berry litigation matters. |
| 9/17/04 | Eric C Liebeler | 2.25 | Review Dillon affidavit; outline tasks for preliminary injunction hearing; review letter from mediator; plan mediation brief with team (Berry). |
| 9/18/04 | Damian D Capozzola | 0.50 | Communications with E. Liebeler and M. Dulac re Berry planning and staffing issues. |
| 9/19/04 | Damian D Capozzola | 0.50 | Communications and analysis re Berry settlement issues; outline Berry mediation statement. |

Post Confirmation Trust
Legal Service for the Period Ending September 30, 2004
November 8, 2004

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/20/04 | Melissa M Dulac | 0.50 | Prepare for continued preliminary injunction hearing re W. Berry. |
| 9/20/04 | Allison Mayo Andrews | 9.00 | Review, process and collate incoming case documents; review and revise case documents re Berry litigation; prepare for attorney review and use. |
| 9/20/04 | Antoinette Huerta | 4.00 | Research and compile information and documents from local counsel re Berry matter. |
| 9/20/04 | Romana O Samad | 7.25 | Work with co-counsel and team re letter from J. Mollway in the Berry matter; continue research and analysis of cases and statutes to evaluate possible settlement strategy; schedule conference call to deal with litigation issues in Berry matters; confer with D. Capozzola re judgment research. |
| 9/20/04 | Damian D Capozzola | 0.50 | Communications and analysis re Berry hearings. |
| 9/21/04 | Melissa M Dulac | 1.75 | Communicate with E. Liebeler and D. Capozzola re scheduling, case organization, and strategy re W. Berry; prepare for continued preliminary injunction hearing re W. Berry. |
| 9/21/04 | Allison Mayo Andrews | 2.00 | Prepare calendar of events re Berry matter; review, process and collate incoming case documents. |
| 9/21/04 | Romana O Samad | 2.00 | Confer with trial team re assignments and new developments; communicate with M. Dulac to collaborate on open issues in Berry matter and upcoming deadlines. |
| 9/21/04 | Damian D Capozzola | 3.50 | Communications and analysis |

K&E 11043907.1

Post Confirmation Trust
Legal Service for the Period Ending September 30, 2004
November 8, 2004

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | re Berry scheduling and staffing issues; analysis and evaluation re Berry injunction hearing strategies and communications with team members re same; review and analysis of Berry supplemental injunction papers. |
| 9/22/04 | Melissa M Dulac | 0.50 | Prepare for continued preliminary injunction hearing re W. Berry. |
| 9/22/04 | Allison Mayo Andrews | 7.00 | Review, process and collate incoming case documents; process evidentiary documents received from client; revise calendar of events re Berry. |
| 9/22/04 | Antoinette Huerta | 2.00 | Research and compile information and documents re Berry per attorney request. |
| 9/22/04 | Romana O Samad | 0.50 | Order treatises on bankruptcy and foreclosure and communicate with library staff to gather additional materials from Ninth circuit jurisdictions; work with co-counsel re problems with the appointment of a special master. |
| 9/22/04 | Damian D Capozzola | 3.00 | Analysis of Berry response papers and upcoming injunction hearing issues; draft mediation statement re Berry matter and communications re related mediation hearing; assist in preparations for September 27-28 injunction Berry hearings and communications re same. |
| 9/22/04 | Eric C Liebeler | 2.75 | Prepare for special master motion; organize documents and evidence for PI hearing; participate in mediation conference call. |
| 9/23/04 | Melissa M Dulac | 5.50 | Review and analyze affidavit filed by W. Berry on |

Post Confirmation Trust
Legal Service for the Period Ending September 30, 2004
November 8, 2004

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | September 20 for continued preliminary injunction hearing; prepare for meeting with M. Dillon re same; travel to Honolulu, HI from Los Angeles, CA. |
| 9/23/04 | Antoinette Huerta | 4.00 | Research and compile documents re Berry motion re appointment of special master per attorney request. |
| 9/23/04 | Romana O Samad | 1.00 | Draft outline of process for enforcing a judgment in Hawaii. |
| 9/24/04 | Melissa M Dulac | 8.00 | Research re standard for proving copyright infringement in Ninth Circuit; communicate with M. Dillon, L. Hosoda, R. Mead, and L. Smith re Berry affidavit; prepare for continued preliminary injunction hearing re W. Berry. |
| 9/24/04 | Antoinette Huerta | 2.00 | Update main files with electronically received documents re Berry matter. |
| 9/24/04 | Romana O Samad | 3.50 | Work with local counsel re gathering all relevant procedural rules for Hawaii judgment enforcement; gather additional resources and confer with library staff re same. |
| 9/24/04 | Damian D Capozzola | 1.00 | Draft and revise mediation statement for Berry matter; communications and analysis re Berry strategy and administration issues. |
| 9/25/04 | Melissa M Dulac | 3.50 | Prepare for hearing re W. Berry's request for preliminary injunction. |
| 9/25/04 | Damian D Capozzola | 2.00 | Review and revise mediation statement in Berry matter, and communications re same; communications and analysis re Berry injunction hearing. |
| 9/25/04 | Eric C Liebeler | 5.50 | Prepare for preliminary |

K&E 11043907.1

Post Confirmation Trust
Legal Service for the Period Ending September 30, 2004
November 8, 2004

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | injunction hearing. |
| 9/26/04 | Melissa M Dulac | 9.00 | Communicate with E. Liebeler re strategy for continued preliminary injunction hearing; prepare for same; communicate with E. Liebeler, L. Hosoda and L. Smith re motion for appointment of special master. |
| 9/26/04 | Eric C Liebeler | 7.75 | Prepare for preliminary injunction hearing. |
| 9/27/04 | Melissa M Dulac | 16.50 | Communicate with E. Liebeler, L. Hosoda, and L. Smith re motion for appointment of special master; attend hearing re same; prepare M. Dillon for testimony at continued preliminary injunction hearing; communicate with E. Liebeler, L. Hosoda, and L. Smith re same; draft materials to be used in preparation for or during continued preliminary injunction hearing. |
| 9/27/04 | Allison Mayo Andrews | 2.00 | Review, process and collate incoming case documents; prepare calendar of events re Berry matter. |
| 9/27/04 | Romana O Samad | 14.00 | Gather and analyze all Hawaii statutes re enforcement, attachments, levies and liens; confer with co-counsel re procedural rules for perfecting an interest; research relationship between state judicial liens and federal copyright law. |
| 9/27/04 | Eric C Liebeler | 12.00 | Prepare for and conduct motion on special master; prepare for preliminary injunction hearing. |
| 9/28/04 | Melissa M Dulac | 6.50 | Prepare for and attend continued hearing re W. Berry's request for preliminary injunction; |

K&E 11043907.1

Post Confirmation Trust
Legal Service for the Period Ending September 30, 2004
November 8, 2004

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | communicate with E. Liebeler, L. Hosoda, L. Smith  D. Capozzola, and M. Dillon re same. |
| 9/28/04 | Allison Mayo Andrews | 7.50 | Review and revise calendar of events re Berry matters; assist attorney with the preparation of post confirmation mediation statement; review, process and collate incoming case documents. |
| 9/28/04 | Romana O Samad | 11.50 | Research and analyze caselaw, complete draft of legal argument in Berry Mediation statement. |
| 9/28/04 | Damian D Capozzola | 0.50 | Communications and analysis re Berry injunction hearing, mediation statement, and case developments. |
| 9/28/04 | Eric C Liebeler | 13.75 | Prepare for and conduct preliminary injunction hearing; meet with L. Smith and L. Hosoda. |
| 9/29/04 | Melissa M Dulac | 4.50 | Review and analyze motion for summary judgment drafted by L. Hosoda and affidavit of M. Dillon in support of same; communicate with L. Hosoda re same; travel from Honolulu, HI to Los Angeles, CA. |
| 9/29/04 | Allison Mayo Andrews | 2.00 | Review, process and collate incoming case documents; assist attorney with preparation of post-confirmation mediation statement. |
| 9/29/04 | Romana O Samad | 10.50 | Finalize Berry mediation brief; finalize memorandum sections re enforcement of judgment provisions in Hawaii law. |
| 9/29/04 | Neal F San Diego | 4.00 | Assist in cite checking for filing motion re Post Confirmation Trust re Berry. |
| 9/29/04 | Damian D Capozzola | 3.00 | Review and revise Berry mediation statement and |

- 14 -

Post Confirmation Trust
Legal Service for the Period Ending September 30, 2004
November 8, 2004

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | compile exhibits. |
| 9/30/04 | Melissa M Dulac | 0.50 | Review revised affidavit of M. Dillon to be filed in support of motion for summary judgment brought by M. Dillon, T. Noa, and B. Christensen. |
| 9/30/04 | Romana O Samad | 3.50 | Complete memorandum re HI judgments, enforcement, attachment proceedings and share with team. |
| 9/30/04 | Damian D Capozzola | 0.50 | Communications and analysis re Berry issues. |
| | | 593.50 | **TOTAL HOURS** |

K&E 11043907.1

Post Confirmation Trust
Legal Service for the Period Ending September 30, 2004
November 8, 2004

## Description of Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 6/29/04 | Telephone call to: HONOLULU,HI 808-535-5711 | 1.43 |
| 6/30/04 | Telephone call to: HONOLULU,HI 808-535-5771 | 1.17 |
| 7/02/04 | Telephone call to: HONOLULU,HI 808-524-2090 | 1.17 |
| 7/02/04 | Telephone call to: HONOLULU,HI 808-524-2090 | .81 |
| 7/02/04 | Telephone call to: HONOLULU,HI 808-528-9721 | 1.00 |
| 7/09/04 | Telephone call to: HONOLULU,HI 808-523-1920 | 1.53 |
| 7/09/04 | Telephone call to: HONOLULU,HI 808-535-5711 | 1.55 |
| 7/09/04 | Telephone call to: HONOLULU,HI 808-523-1920 | 1.55 |
| 7/09/04 | Telephone call to: HONOLULU,HI 808-528-4997 | 1.51 |
| 7/09/04 | Telephone call to: HONOLULU,HI 808-528-0100 | 1.58 |
| 7/09/04 | Telephone call to: HONOLULU,HI 808-535-5711 | 1.55 |
| 7/09/04 | Telephone call to: HONOLULU,HI 808-535-5711 | 1.51 |
| 7/14/04 | Telephone call to: HONOLULU,HI 808-535-5711 | .96 |
| 7/23/04 | Telephone call to: | 2.14 |

Post Confirmation Trust
Legal Service for the Period Ending September 30, 2004
November 8, 2004

| Date | Description | Amount |
|------|-------------|--------|
| | HONOLULU,HI 808-528-9721 | |
| 8/26/04 | Telephone call to: OAHU,HI 808-539-8700 | .96 |
| 8/27/04 | Telephone call to: OAHU,HI 808-539-8700 | 1.20 |
| 8/27/04 | Telephone call to: OAHU,HI 808-927-2510 | .72 |
| 8/27/04 | Fax page charge to 808-528-4997 | .75 |
| 8/27/04 | Fax page charge to 808-528-4690 | .75 |
| 8/30/04 | Fax phone charge to 808-539-8700 | 6.00 |
| 8/30/04 | Fax phone charge to 808-947-4523 | 1.20 |
| 8/30/04 | Fax phone charge to 808-539-8799 | 1.92 |
| 8/30/04 | Fax page charge to 808-947-4523 | 2.25 |
| 8/30/04 | Fax page charge to 808-539-8700 | 25.50 |
| 8/30/04 | Fax page charge to 808-947-4523 | 7.50 |
| 8/30/04 | Fax page charge to 808-539-8799 | 8.25 |
| 8/30/04 | Fed Exp from:ERIC C LIEBELER,LOS ANGELES,CA to:ANNE E LOPEZ | 22.26 |
| 8/30/04 | Fed Exp from:ERIC C LIEBELER,LOS ANGELES,CA to:ANNE E LOPEZ | 39.48 |
| 9/01/04 | Telephone call to: STATE OF,HI 808-535-5741 | 5.28 |
| 9/07/04 | Telephone call to: STATE OF,HI 808- | 3.12 |

K&E 11043907.1

Post Confirmation Trust
Legal Service for the Period Ending September 30, 2004
November 8, 2004

| Date | Description | Amount |
|------|-------------|--------|
| | 535-5741 | |
| 9/07/04 | Telephone call to: OAHU,HI 808-524-3700 | 3.36 |
| 9/08/04 | Fax phone charge to 808-524-3838 | .96 |
| 9/08/04 | Fax page charge to 808-524-3838 | 13.50 |
| 9/13/04 | Telephone call to: OAHU,HI 808-524-3700 | .96 |
| 9/20/04 | Telephone call to: OAHU,HI 808-524-3700 | 1.44 |
| 9/24/04 | Telephone call to: STATE OF,HI 808-535-5741 | 2.64 |
| 9/28/04 | Fax phone charge to 808-947-4523 | 2.64 |
| 9/28/04 | Fax page charge to 808-947-4523 | 19.50 |
| 9/30/04 | Telephone call to: OAHU,HI 808-927-2510 | .72 |

**Total Expenses**                                    **$ 192.32**

K&E 11043907.1