# EXHIBIT YY

# October 2004
# Part 15 of 31

Post Confirmation Trust
Legal Service for the Period Ending October 31, 2004
December 8, 2004

**Description of Legal Services**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/19/04 | Eric C Liebeler | 1.50 | Prepare for Dillon and Berry testimony for preliminary injunction hearing (Berry). |
| 10/01/04 | Melissa M Dulac | 0.50 | Review and finalize mediation brief and materials in support of same re W. Berry appeal of estimation order. |
| 10/01/04 | Richard L Wynne | 0.50 | Analyze Berry mediation statement and preparation of e-mail to R. Kors and others. |
| 10/01/04 | Romana O Samad | 3.50 | Gather and analyze research re ability to foreclose on a cause of action re Berry. |
| 10/01/04 | Damian D Capozzola | 1.00 | Communications re Berry mediation statement and Berry developments. |
| 10/04/04 | Neal F San Diego | 7.50 | Analyze and prepare correspondence with attachments for coding re Berry; index correspondence with attachment into case management database re Berry. |
| 10/04/04 | Damian D Capozzola | 0.50 | Communications re Berry. |
| 10/05/04 | Melissa M Dulac | 1.00 | Review and analyze drafts of briefs to be submitted in opposition to post-trial motions filed by W. Berry. |
| 10/05/04 | Romana O Samad | 0.75 | Analysis of Berry judgment. |
| 10/05/04 | Neal F San Diego | 7.50 | Analyze and prepare correspondence and pleadings with attachment for indexing; index correspondence and pleadings with attachment into case management database re Berry; image correspondence and pleadings with attachment into database re Berry. |
| 10/05/04 | Eric C Liebeler | 0.25 | Discuss discovery issues with local counsel (Berry). |
| 10/06/04 | Neal F San Diego | 8.50 | Analyze and prepare correspondence with attachment for indexing re Berry; Index correspondence with attachment |

Post Confirmation Trust
Legal Service for the Period Ending October 31, 2004
December 8, 2004

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | into case management database re Berry; image correspondence with attachment into database re Berry. |
| 10/07/04 | Melissa M Dulac | 0.75 | Review and revise briefs in opposition to post-trial motions filed by W. Berry. |
| 10/07/04 | Allison Mayo Andrews | 1.75 | Review, process and collate incoming case documents. |
| 10/08/04 | Melissa M Dulac | 8.50 | Review and revise briefs in opposition to post-trial motions filed by W. Berry; communicate with D. Capozzola and A. Lopez re same. |
| 10/08/04 | Allison Mayo Andrews | 0.50 | Review docket re administrative claims filed by Berry. |
| 10/08/04 | Romana O Samad | 2.25 | Work with S. Cho, legal assistants and Berry team to evaluate and strategize response to Berry's latest administrative claim. |
| 10/08/04 | Neal F San Diego | 5.00 | Analyze and prepare correspondence with attachment to be indexed; index correspondence with attachment into case management database. |
| 10/08/04 | Damian D Capozzola | 0.50 | Communications and analysis re oppositions to Berry motions in pre-trial litigation. |
| 10/11/04 | Melissa M Dulac | 1.00 | Review and analyze order denying W. Berry's motion for preliminary injunction. |
| 10/11/04 | Erin N Brady | 0.50 | Consider issues re Berry administrative claim. |
| 10/11/04 | Romana O Samad | 7.75 | Gather caselaw re settlement options through purchase of judgement re Berry. |
| 10/11/04 | Damian D Capozzola | 1.00 | Communications and analysis re Berry briefing and case strategies. |
| 10/11/04 | Eric C Liebeler | 1.00 | Prepare for mediation; review preliminary injunction ruling. |

K&E 11044152.1

Post Confirmation Trust
Legal Service for the Period Ending October 31, 2004
December 8, 2004

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/12/04 | Romana O Samad | 7.75 | Read and analyze caselaw re settlement options based on California law re Berry. |
| 10/12/04 | Damian D Capozzola | 2.00 | Assist E. Liebeler in preparations for Berry mediation. |
| 10/12/04 | Eric C Liebeler | 2.00 | Berry:  Prepare for and conduct mediation hearing. |
| 10/13/04 | Shirley S Cho | 0.50 | Telephone conference with B. Folse re Berry claims. |
| 10/13/04 | Romana O Samad | 9.25 | Read and analyze all annotated statutes in California to find instances of foreclosure on a cause of action re Berry matter. |
| 10/14/04 | Melissa M Dulac | 2.00 | Draft letter analyzing claims asserted by W. Berry in bankruptcy and in Hawaii litigation. |
| 10/14/04 | Antoinette Huerta | 2.00 | Research and compile documents and information re Berry per attorney requests. |
| 10/14/04 | Romana O Samad | 10.25 | Work with A. Lopez, L. Hosoda, legal assistants, to gather all documents related to pleadings due on October 22 re Berry matter. |
| 10/14/04 | Neal F San Diego | 2.00 | Assist in preparation of documents for use of attorney re Berry. |
| 10/15/04 | Melissa M Dulac | 4.50 | Draft letter analyzing claims asserted by W. Berry in bankruptcy and Hawaii litigation and cost of litigation going forward. |
| 10/15/04 | Romana O Samad | 5.00 | Analyze statutes in Hawaii pertaining to foreclosures and causes of action; respond to letter from opposing counsel re mediation re Berry matter. |
| 10/15/04 | Neal F San Diego | 7.50 | Index correspondence with attachments into case management database re Berry; image correspondence with attachments re Berry into database. |

K&E 11044152.1

Post Confirmation Trust
Legal Service for the Period Ending October 31, 2004
December 8, 2004

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/15/04 | Eric C Liebeler | 0.25 | Draft letter to Hogan re mediation. |
| 10/16/04 | Melissa M Dulac | 9.25 | Draft letter analyzing claims asserted by W. Berry in bankruptcy and Hawaii litigation and estimated costs for going forward. |
| 10/17/04 | Melissa M Dulac | 7.00 | Draft letter analyzing claims asserted by W. Berry in bankruptcy and Hawaii litigation and costs for going forward. |
| 10/17/04 | Eric C Liebeler | 2.25 | Berry:  Edit reply to deposit motion in prepetition case. |
| 10/18/04 | Melissa M Dulac | 9.00 | Draft letter analyzing claims asserted by W. Berry in bankruptcy and in Hawaii litigation and estimate of costs going forward. |
| 10/18/04 | Allison Mayo Andrews | 1.00 | Review, process and collate incoming case documents re Fleming/Berry matter. |
| 10/18/04 | Romana O Samad | 12.00 | Research Hawaiian debtors discovery and settlement options; work with A. Andrews re document management re Berry matter. |
| 10/18/04 | Neal F San Diego | 2.00 | Index correspondence with attachments into Lotus notes database. |
| 10/19/04 | Melissa M Dulac | 7.50 | Draft letter analyzing claims asserted by W. Berry in bankruptcy and Hawaii litigation and estimate of costs going forward. |
| 10/19/04 | Romana O Samad | 7.50 | Continue ongoing research into Hawaiian debtors discovery and statutes re foreclosure and settlement options re Berry. |
| 10/19/04 | Damian D Capozzola | 1.00 | Review and analysis of Berry injunction order and communications with V. Limongelli re same; communications and analysis re Berry discovery issues. |

- 4 -

Post Confirmation Trust
Legal Service for the Period Ending October 31, 2004
December 8, 2004

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/20/04 | Melissa M Dulac | 2.00 | Communicate with A. Lopez re drafts of reply briefs in support of Fleming's post-trial motions in pre-petition suit brought by W. Berry; review and analyze opposition briefs filed by W. Berry to post-trial motions filed by Fleming in pre-petition suit. |
| 10/20/04 | Damian D Capozzola | 1.00 | Analysis re Berry matter and revisions to deposit reply. |
| 10/21/04 | Melissa M Dulac | 1.75 | Communicate with E. Liebeler re analysis of indemnity obligations from Fleming Post-Confirmation Trust to C&S re W. Berry; review and analyze post-trial reply briefs to be filed on October 22 in pre-petition suit brought by W. Berry. |
| 10/21/04 | Richard L Wynne | 0.50 | Telephone conference with E. Liebeler re Berry; telephone conference with R. Kors re Berry claims settlement. |
| 10/21/04 | Damian D Capozzola | 1.00 | Review and revise Berry prepetition appellate reply briefing and communications re same. |
| 10/22/04 | Melissa M Dulac | 1.00 | Review, analyze, and revise drafts of reply briefs to be filed in support of post-trial motions in pre-petition litigation brought by W. Berry. |
| 10/25/04 | Melissa M Dulac | 1.25 | Draft requests for production to W. Berry; research re negotiation history of indemnification provisions in C&S asset purchase agreement and side letter re W. Berry. |
| 10/26/04 | Melissa M Dulac | 1.75 | Research re history of negotiations of indemnity provisions in C&S asset purchase agreement and side letter re W. Berry; communicate with team re identifying special master and W. Berry's motion for reconsideration of order denying preliminary injunction. |

- 5 -

Post Confirmation Trust
Legal Service for the Period Ending October 31, 2004
December 8, 2004

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/26/04 | Allison Mayo Andrews | 12.00 | Review, process and collate incoming case documents; prepare documents to transmit to V. Limongelli; prepare evidentiary documents for attorney review and use; prepare discovery responses re same. |
| 10/26/04 | Neal F San Diego | 6.00 | Index correspondence and pleadings with attachment into case management database re Berry. |
| 10/27/04 | Neal F San Diego | 3.00 | Index correspondence with attachment into case management database. |
| 10/28/04 | Melissa M Dulac | 3.25 | Draft opposition to Berry's motion for reconsideration of order denying motion for reconsideration; research in support of same. |
| 10/28/04 | Romana O Samad | 1.00 | Fleming/PCT-correspond with co-counsel and M. Dulac re research for pleadings in Berry matter. |
| 10/29/04 | Melissa M Dulac | 5.50 | Draft opposition to Berry motion for reconsideration of order denying motion for preliminary injunction; research in support of same. |
| 10/29/04 | Neal F San Diego | 5.00 | Index correspondence with attachment into case management database. |
| 10/30/04 | Melissa M Dulac | 1.00 | Draft opposition to motion of W. Berry for reconsideration of order denying motion for preliminary injunction; research in support of same. |
| 10/31/04 | Melissa M Dulac | 6.25 | Draft opposition to W. Berry motion for reconsideration of order denying motion for preliminary injunction; research in support of same. |

| | 230.25 | | **TOTAL HOURS** |

K&E 11044152.1

Post Confirmation Trust
Legal Service for the Period Ending October 31, 2004
December 8, 2004

## Description of Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 9/24/04 | Telephone call to:  HONOLULU,HI 808-535-5711 | 1.00 |
| 10/21/04 | Fax page charge to 808-528-4997 | 1.50 |
| 10/26/04 | Fed Exp to:VICTOR LIMONGELLI,PASADENA,CA from:ALLISON ANDREWS | 14.24 |
| | **Total Expenses** | **$ 16.74** |