# EXHIBIT YY

# November/December 2004
# Part 16 of 31

Post Confirmation Trust for
Legal Services for the Period Ending November 30, 2004
December 29, 2004

### Description of Legal Services

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 11/01/04 | 7.00 | Melissa M Dulac | Draft opposition to W. Berry motion for reconsideration of order denying motion for preliminary injunction; research in support of same. |
| 11/03/04 | 2.25 | Melissa M Dulac | Draft requests for production and interrogatories to W. Berry; research re validity of administrative claim for shortfall in volume discount contract. |
| 11/04/04 | 4.75 | Melissa M Dulac | Research re validity of administrative claim for shortfall amount on pre-petition volume discount contract; draft summary of research re same and send to R. Wynne and E. Liebeler; communicate with E. Liebeler re new administrative claims filed by W. Berry; edit opposition to W. Berry motion for reconsideration of preliminary injunction order; draft declaration of M. Dulac in support of same; communicate with A. Andrews re obtaining exhibits in support of same; communicate with D. Capozzola and E. Liebeler re discovery to propound on W. Berry. |
| 11/04/04 | 7.75 | Allison Mayo Andrews | Review, process and collate incoming case documents; review discovery responses and prepare for attorney use re same; assist attorney with preparation of brief in Berry matter; prepare deposition binders. |
| 11/04/04 | 13.50 | Neal F San Diego | Analyze and prepare correspondence and pleadings with attachment for indexing re Berry (3.0); index correspondence and pleadings with attachment into case management database re Berry (7.5); image correspondence and pleadings with attachments to database re Berry (3.0). |
| 11/05/04 | 3.25 | Melissa M Dulac | Finalize brief in opposition to W. |

Post Confirmation Trust for
Legal Services for the Period Ending November 30, 2004
December 29, 2004

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | Berry motion for reconsideration of order denying preliminary injunction; finalize Dulac Declaration and exhibits in support of same; communicate with A. Lopez and L. Smith re same; communicate with E. Liebeler re discovery to propound on W. Berry and Y. Hata; revise discovery to propound on Y. Hata; draft document requests to Y. Hata. |
| 11/08/04 | 2.25 | Melissa M Dulac | Review and analyze portion of APA re indemnification; communicate with D. Capozzola re same; review and analyze documents produced by Accounts Payable Specialists in support of proof of general unsecured claim; communicate with E. Brady re same. |
| 11/08/04 | .50 | Eric C Liebeler | Draft letter to T. Hogan re mediation; discuss same with R. Kors; resolve other discovery issues. |
| 11/08/04 | 1.25 | Eric C Liebeler | Review Foodland pleadings on discovery issues and Berry's response. |
| 11/08/04 | .75 | Eric C Liebeler | Review and edit outbound discovery. |
| 11/09/04 | 2.25 | Melissa M Dulac | Communicate with E. Brady re background of unsecured claim filed by APS; review and analyze documents filed in W. Berry Hawaii litigation re Foodland's auditing contract with APS; communicate with O. Samad re identifying discovery motions filed in W. Berry post-petition litigation. |
| 11/09/04 | .25 | Eric C Liebeler | Berry: Review correspondence. |
| 11/10/04 | 2.50 | Melissa M Dulac | Communicate with S. McFarland re October 6 administrative claim filed by W. Berry and obtaining discovery re same; communicate with E. Brady and L. Smith re background of unsecured claim filed by Accounts Payable Specialists; communicate with L. Hosoda re role of J. Kleban. |

Post Confirmation Trust for
Legal Services for the Period Ending November 30, 2004
December 29, 2004

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 11/10/04 | 9.50 | Allison Mayo Andrews | Review, process and collate incoming case documents; prepare players list for Berry matter; revise calendar of events; deposition scheduling for Target matter; revise exhibit binders; revise Fleming/Target privilege log; analyze case documents re preference claims. |
| 11/10/04 | 6.25 | Romana O Samad | Fleming/Berry; Work with co-counsel to analyze and fill in gaps in discovery records. |
| 11/10/04 | 1.00 | Eric C Liebeler | Berry: Analyze administrative claims; work on HI discovery issues. |
| 11/11/04 | 4.00 | Melissa M Dulac | Communicate with S. McFarland re options for obtaining discovery from W. Berry re October 6 administrative claim and filing non-substantive objection to Berry June 9 administrative claim due to amendment of same; review and analyze October 6 administrative claim; communicate with team re strategy for going forward with responding to amended administrative claim; communicate with E. Brady and R. Mersky re unsecured claim filed by Accounts Payable Specialists; communicate with O. Samad and A. Andrews re status of discovery pleadings in post-petition case. |
| 11/11/04 | 9.00 | Allison Mayo Andrews | Review, process and collate incoming case documents; revise deposition exhibit binders; prepare case documents for attorney review and use re upcoming depositions; review case documents re Berry matter. |
| 11/11/04 | 5.50 | Romana O Samad | Fleming/Berry; Work with legal assistant team to index and complete our records in preparation for propounding discovery. |
| 11/11/04 | 1.25 | Eric C Liebeler | Berry: Analyze administrative claims; |

Post Confirmation Trust for
Legal Services for the Period Ending November 30, 2004
December 29, 2004

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | work on discovery. |
| 11/12/04 | 1.00 | Melissa M Dulac | Draft objection to W. Berry's June 9 administrative claim as having been amended. |
| 11/12/04 | 9.50 | Allison Mayo Andrews | Deposition preparation re Duppler; review and revise calendar of events re Berry matter; analyze case documents re Berry matter; coordination with S. Crowton re same; revise privilege log re Fleming/Target matter; review process and collate incoming case documents. |
| 11/12/04 | 7.50 | Neal F San Diego | Analyze and prepare correspondence and pleadings with attachments for indexing; index correspondence with attachments into case management database re Berry; image correspondence and pleadings with attachments into database re Berry. |
| 11/12/04 | .75 | Damian D Capozzola | Communications and analysis re Berry, Target, and Choy matters. |
| 11/15/04 | 3.00 | Melissa M Dulac | Communicate with E. Liebeler re analysis of settlement possibilities of St. Paul Pioneer Press administrative claim; revise objection to Berry's June 9 administrative claim; communicate with A. Andrews re case calendar; review and analyze CD provided by C&S containing logistics information; communicate with counsel for B. Christensen re preparing for deposition of B. Christensen; communicate with O. Samad re to what extent current communications with former high-level employee are protected by attorney-client privilege. |
| 11/15/04 | 9.75 | Allison Mayo Andrews | Review, process and collate incoming case documents; revise concordance database; revise exhibit binders; revise calendar of events re Berry litigation; analyze and prepare Berry |

Post Confirmation Trust for
Legal Services for the Period Ending November 30, 2004
December 29, 2004

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | case documents for attorney review and use. |
| 11/15/04 | 2.25 | Eric C Liebeler | Berry: Review pleadings on motion for reconsideration; work on discovery issues. |
| 11/16/04 | 1.00 | Eric C Liebeler | Berry: Work on settlement issues. |
| 11/17/04 | .75 | Melissa M Dulac | Review and analyze reply of W. Berry in support of motion for reconsideration of preliminary injunction order; identify potential bases for objecting to October 6 amended administrative claim filed by W. Berry. |
| 11/17/04 | 4.50 | Romana O Samad | Analyze Foodland's motion in Berry matter; analyze and resolve discovery gaps with legal assistant and co-counsel. |
| 11/18/04 | 4.25 | Melissa M Dulac | Analyze possible bases for objection to W. Berry's October 6 administrative claims; communicate with E. Brady and S. Cho re same; communicate with E. Liebeler re settlement strategy re St. Paul Pioneer Press. |
| 11/18/04 | 7.25 | Romana O Samad | Research privilege issues to prepare for depositions of former employees in Berry matter. |
| 11/18/04 | 6.00 | Neal F San Diego | Indexing correspondence and pleadings with attachments into case management database re Berry matter. |
| 11/18/04 | 2.25 | Eric C Liebeler | Berry: Analyze new administrative claim; discuss indemnification provisions with M. Dulac; review discovery issues; work on reconsideration issues. |
| 11/19/04 | .25 | Melissa M Dulac | Communicate with S. Cho re W. Berry's October 6 administrative claims. |
| 11/19/04 | 7.00 | Romana O Samad | Gather and analyze research on privilege. |

Post Confirmation Trust for
Legal Services for the Period Ending November 30, 2004
December 29, 2004

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 11/19/04 | 1.00 | Eric C Liebeler | Berry: Multiple e-mails re settlement and potential response to Hogan letter. |
| 11/20/04 | 1.25 | Eric C Liebeler | Berry: E-mails to R. Kors, T. Hogan, R. Wynne re settlement/analysis. |
| 11/22/04 | 10.00 | Edgar I Yep | Search for and compile documents re B. Christensen for upcoming deposition in Berry matter; compile documents for upcoming Minnesota depositions; update and organize files re Target and Berry matters. |
| 11/22/04 | 7.00 | Melissa M Dulac | Draft letter to J. Frank re settlement counter offer; draft discovery to propound on W. Berry re October 6 administrative claim; draft letter to W. Berry enclosing proposed discovery; communicate with B. Folse re unsecured claim filed by Accounts Payable Specialists. |
| 11/22/04 | 7.50 | Romana O Samad | Draft analysis and recommendations re attorney client privilege in deposition context. |
| 11/22/04 | 7.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing re Berry (1.5); index correspondence with attachments into case management database re Berry (4.0); image correspondence with attachments into database re Berry (2.0). |
| 11/22/04 | .50 | Eric C Liebeler | Berry: Analyze indemnity obligations. |
| 11/23/04 | 1.50 | Melissa M Dulac | Communicate with S. Cho re settlement negotiations with St. Paul Pioneer Press; communicate with J. Frank re settlement of administrative claim and pre-petition claim filed by St. Paul Pioneer Press; draft letter to T. Hogan enclosing discovery re October 6 administrative claim filed by W. Berry; draft requests for production, requests for admission, and interrogatories to |

Post Confirmation Trust for
Legal Services for the Period Ending November 30, 2004
December 29, 2004

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | serve on W. Berry re October 6 administrative claim. |
| 11/23/04 | 2.00 | Romana O Samad | Answer questions and research follow up issues raised by litigation team re privilege research; work with E. Yep re discovery documents in Berry matter. |
| 11/23/04 | 1.50 | Eric C Liebeler | Berry: Work on indemnity/settlement issues; telephone conference with R. Kors re same. |
| 11/24/04 | 1.25 | Melissa M Dulac | Communicate with E. Liebeler re discovery to propound on W. Berry re October 6 administrative claim; revise discovery to propound on W. Berry re same; revise letter to T. Hogan enclosing discovery to W. Berry; communicate with L. Hosoda and L. Smith re same. |
| 11/24/04 | .50 | Eric C Liebeler | Berry: Edit outgoing discovery. |
| 11/29/04 | .50 | Melissa M Dulac | Communicate with B. Folse re responding to APS unsecured claim; communicate with L. Hosoda re B. Christensen deposition. |
| 11/29/04 | 1.00 | Romana O Samad | Work with legal assistant team to organize documents related to Berry discovery. |
| 11/29/04 | 1.00 | Eric C Liebeler | Berry: Review pleadings and orders; analyze indemnity issue. |
| 11/30/04 | 4.25 | Melissa M Dulac | Communicate with B. Christensen re documentation refuting unsecured claim of APS; communicate with O. Samad re researching statute of limitations argument to assert against APS unsecured claim; communicate with B. Folse re possible objections to APS claim; communicate with E. Brady re same; communicate with J. Muskovich re evaluating pre-petition claim filed by St. Paul Pioneer Press; communicate with J. Frank re status of same; review |

Post Confirmation Trust for
Legal Services for the Period Ending November 30, 2004
December 29, 2004

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | and analyze documents produced by APS re unsecured claim; review and analyze correspondence received from T. Hogan re discovery propounded to W. Berry; communicate with team members re letter received from T. Hogan. |
| 11/30/04 | 4.00 | Romana O Samad | Analyze $60 million claim filed by APS with M. Dulac; call client re same; research available objections to claim. |
| | 204.00 | | TOTAL HOURS |

Post Confirmation Trust for
Legal Services for the Period Ending November 30, 2004
December 29, 2004

## Description of Expenses

| Date | Description | Amount |
|------|-------------|-------:|
| 10/08/04 | West Publishing-TP,Database Usage 10.04 | 56.87 |
| 10/12/04 | West Publishing-TP,Database Usage 10.04 | 45.09 |
| 10/13/04 | West Publishing-TP,Database Usage 10.04 | 65.74 |
| 10/17/04 | West Publishing-TP,Database Usage 10.04 | 146.83 |
| 10/18/04 | West Publishing-TP,Database Usage 10.04 | 104.60 |
| 10/19/04 | West Publishing-TP,Database Usage 10.04 | 93.48 |
| 10/19/04 | West Publishing-TP,Database Usage 10.04 | 23.71 |
| 10/20/04 | West Publishing-TP,Database Usage 10.04 | 45.51 |
| 10/20/04 | West Publishing-TP,Database Usage 10.04 | 26.33 |
| 10/21/04 | West Publishing-TP,Database Usage 10.04 | 9.44 |
| 10/22/04 | West Publishing-TP,Database Usage 10.04 | 9.29 |
| 10/26/04 | R. Samad, Internet Access, 10/26/04, (Telephone Charges) | 11.87 |
| 10/27/04 | R. Samad, Internet Access, 10/27/04, (Telephone Charges) | 13.93 |
| 10/27/04 | Scanned Images | .90 |
| 10/28/04 | R. Samad, Internet Access, 10/28/04, (Telephone Charges) | 9.96 |
| 10/29/04 | R. Samad, Internet Access, 10/29/04, (Telephone Charges) | 19.62 |
| 10/29/04 | West Publishing-TP,Database Usage 10.04 | 98.81 |
| 10/30/04 | West Publishing-TP,Database Usage 10.04 | 20.74 |
| 11/01/04 | Fed Exp to:JULIE SKIDMORE,DETROIT,MI from:Melissa M. Dulac | 44.27 |
| 11/04/04 | Standard Copies | 2.30 |
| 11/04/04 | Scanned Images | .60 |
| 11/04/04 | Allison Mayo Andrews, Other Trial Expense, Banquet Room, Minneapolis, MN, 11/04/04, (Deposition Preparation) | 177.74 |
| 11/04/04 | Allison Mayo Andrews, Other Trial Expense, Banquet Room, Minneapolis, MN, 11/04/04, (Deposition Preparation) | 456.88 |
| 11/04/04 | Overtime Meals     Allison Mayo Andrews | 9.00 |
| 11/08/04 | Scanned Images | .30 |
| 11/08/04 | Postage | .37 |
| 11/10/04 | Telephone call to:  OAHU,HI 808-539-8700 | 1.92 |
| 11/10/04 | Fed Exp to:ROBERT REYNOLDS,MORAGA,CA from:ALLISON ANDREWS | 84.08 |
| 11/10/04 | Fed Exp to:DANA BICKFORD,DALLAS,TX from:ALLISON ANDREWS | 82.14 |
| 11/11/04 | Standard Copies | .10 |
| 11/11/04 | Standard Copies | .70 |

Post Confirmation Trust for
Legal Services for the Period Ending November 30, 2004
December 29, 2004

| Date | Description | Amount |
|------|-------------|--------|
| 11/11/04 | Fed Exp to:ROBERT REYNOLDS,MORAGA,CA from:ALLISON ANDREWS | 56.06 |
| 11/12/04 | Standard Copies | 43.90 |
| 11/12/04 | Standard Copies | .20 |
| 11/12/04 | Standard Copies | 10.60 |
| 11/12/04 | Standard Copies | 8.10 |
| 11/12/04 | Standard Copies | .60 |
| 11/12/04 | Scanned Images | 2.10 |
| 11/12/04 | Overtime Meals     Allison Mayo Andrews | 9.00 |
| 11/15/04 | Standard Copies | 17.70 |
| 11/15/04 | Scanned Images | 2.25 |
| 11/16/04 | Fax page charge to 312-269-1747 | .75 |
| 11/16/04 | Postage | .37 |
| 11/18/04 | Telephone call to:  OAHU,HI 808-524-3700 | 3.12 |
| 11/18/04 | Fax page charge to 312-269-1747 | .75 |
| 11/18/04 | Standard Copies | 69.80 |
| 11/18/04 | Standard Copies | 15.10 |
| 11/18/04 | Standard Copies | 1.40 |
| 11/18/04 | Scanned Images | .30 |
| 11/18/04 | Scanned Images | .15 |
| 11/18/04 | Overtime Meals     Romana O Samad | 9.00 |
| 11/21/04 | Overtime Transportation     Romana O Samad | 18.75 |
| 11/22/04 | Fax page charge to 312-269-1747 | .75 |
| 11/22/04 | Standard Copies | .70 |
| 11/22/04 | Standard Copies | .20 |
| 11/23/04 | Telephone call to:  CHICAGO,IL 312-269-8062 | .72 |
| 11/30/04 | Scanned Images | .75 |

Total Expenses                         $ 1,936.24

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2004
February 3, 2005

## Description of Legal Services

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 12/01/04 | .50 | Melissa M Dulac | Communicate with E. Brady re multiple claims purportedly filed by W. Berry on October 6; communicate with O. Samad re results of research re statute of limitations applicable to claim filed by APS. |
| 12/01/04 | 1.75 | Erin N Brady | Investigate issues re W. Barry administrative claim docketing; draft email memo re same. |
| 12/01/04 | 2.00 | Neal F San Diego | Berry: Analyze and prepare correspondence with attachments to be indexed; Berry: Index correspondence with atttachments into case management database. |
| 12/02/04 | 3.00 | Neal F San Diego | Berry: Analyze and prepare pleadings with attachments for indexing; Berry: Index pleadings with attachments into case management database. |
| 12/03/04 | 3.50 | Edgar I Yep | Search and compile documents requested by O. Samad re Motion to Reconsider the Preliminary Injunction and CD re Berry. |
| 12/03/04 | 9.00 | Romana O Samad | Prepare for Christensen deposition; make arrangements with M. Dulac, L. Hosoda; arrange travel for next day; gather documents and exhibits with E. Yep and A. Andrews. |
| 12/04/04 | 10.00 | Romana O Samad | Review and analyze all documents related to deposition and prepare questions for witness preparation while traveling; travel time when unable to work. |
| 12/05/04 | 4.50 | Romana O Samad | Prepare for deposition with L. Hosoda and B. Christensen; work with L. Hosoda re issues that arose in preparation session. |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2004
February 3, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 12/06/04 | .25 | Shirley S Cho | Review Berry objection and email to M. Dulac re same. |
| 12/06/04 | 9.00 | Romana O Samad | Confer with L. Hosoda and L. Smith re privilege issues; defend depositions of Brian Christensen, Jacqueline Rio, and Fredda Waiolama. |
| 12/06/04 | .25 | William G Cross | Pull complaint re Wayne Berry for S. Cho. |
| 12/07/04 | .25 | Allison Mayo Andrews | Revise players list re Berry litigation. |
| 12/07/04 | 10.00 | Romana O Samad | Analyze and compile notes of deposition; travel time while unable to work. |
| 12/07/04 | 11.25 | Neal F San Diego | Berry: Index correspondence with attachments into case management database; Berry: Image correspondence with attachments into case management database; Target: Analyze and prepare correspondence and pleadings with attachments to be indexed; Target: Index correspondence and pleadings with attachments into case management database; Target: Image correspondence and pleadings with attachments into case management database. |
| 12/08/04 | 1.00 | Melissa M Dulac | Draft letter to T. Hogan re discovery propounded re October 6 administrative claim. |
| 12/08/04 | 1.00 | Allison Mayo Andrews | Prepare case documents to transmit to special master Matsui Chung. |
| 12/08/04 | 2.00 | Romana O Samad | Communicate with Brian Christensen, L. Hosoda and A. Lopez re deposition, transcriptions and other related arrangements;  follow up with B. Christensen re administrative claim filed in Delaware. |
| 12/08/04 | 4.50 | Neal F San Diego | Berry: Analyze and prepare correspondence with attachments to be |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2004
February 3, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | indexed; Berry: Index correspondence with attachments into case management database. |
| 12/09/04 | 2.50 | Melissa M Dulac | Draft letter to T. Hogan re discovery propounded re October 6 claim; review and analyze responses of W. Berry to requests for production; review and analyze W. Berry's response to PCT's non-substantive objection to June 9 administrative claim; communicate with S. Terbush re pre-petition claim filed by St. Paul Pioneer Press. |
| 12/09/04 | .50 | Allison Mayo Andrews | Prepare calendar of events. |
| 12/09/04 | .50 | Shirley S Cho | Coordinate resolution to Berry claim objection. |
| 12/09/04 | 2.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing; index correspondence with attachments into case management database. |
| 12/10/04 | 4.75 | Melissa M Dulac | Draft letter to T. Hogan re discovery propounded re October 6 administrative claim; communicate with E. Liebeler, B. Folse, and S. Cho re best strategy re non-substantive objection to W. Berry's June 9 claim; communicate with T. Hogan re withdrawing non-substantive objection; communicate with T. Hogan re response to discovery propounded re October 6 administrative claim; communicate with S. Terbush re analysis of pre-petition claim filed by St. Paul Pioneer Press. |
| 12/10/04 | 1.50 | Shirley S Cho | Strategize re resolution of claim objection; draft stipulation; telephone conferences with M. Dulac re same; telephone conferences with B. Folse re same; telephone conferences with E. Liebeler re same. |
| 12/10/04 | 2.00 | Eric C Liebeler | Draft letter to T. Hogan. |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2004
February 3, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 12/13/04 | 1.00 | Melissa M Dulac | Communicate with S. McFarland and T. Hogan re stipulation to withdraw non-substantive objection to June 9 administrative claim filed by W. Berry; review and analyze research compiled by S. Terbush re pre-petition claim filed by St. Paul Pioneer Press. |
| 12/13/04 | 1.00 | Allison Mayo Andrews | Review, process and collate incoming case documents; revise player's list. |
| 12/13/04 | .25 | Shirley S Cho | Review email correspondence re Berry stipulation. |
| 12/13/04 | 1.00 | Romana O Samad | Work with legal assistant to organize exhibits for depositions. |
| 12/13/04 | 1.00 | Eric C Liebeler | Work on stipulation, discovery and strategy. |
| 12/14/04 | 1.00 | Melissa M Dulac | Communicate with S. McFarland re stipulation to expunge duplicate claims and withdraw non-substantive objection to June 9 administrative claim; review and analyze correspondence received from T. Hogan re discovery propounded by PCT; communicate with S. Cho re procedure for litigating Hawaii action in name of PCT rather than Fleming Companies, Inc. |
| 12/14/04 | 4.00 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing; index correspondence with attachments into case management database. |
| 12/14/04 | .75 | Eric C Liebeler | Edit letter to special master. |
| 12/15/04 | 1.00 | Allison Mayo Andrews | Review, process and collate incoming case documents. |
| 12/15/04 | 4.00 | Neal F San Diego | Index pleadings with attachments into case management database re Berry; image pleadings with attachments into database re Berry. |
| 12/16/04 | .25 | Melissa M Dulac | Communicate with A. Lopez re filing |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2004
February 3, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | joinders or statements of no position to dispositive motions scheduled to be heard on January 18. |
| 12/16/04 | 2.00 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 12/16/04 | .25 | Damian D Capozzola | E-mails re discovery and other parties' pleadings. |
| 12/17/04 | 1.50 | Allison Mayo Andrews | Review incoming case documents; review pleading and discovery files. |
| 12/17/04 | 2.00 | Romana O Samad | Research law re audits of debtor. |
| 12/17/04 | 3.50 | Neal F San Diego | Research and review database re comparing Hawaii counsel list of pleadings and our file to compile list of documents needed for case management database. |
| 12/19/04 | 2.50 | Melissa M Dulac | Draft letter to T. Hogan re discovery propounded by PCT; communicate with team members re same; review and analyze motion for summary judgment filed by individual C&S defendants to determine whether to submit joinder. |
| 12/20/04 | 1.00 | Edgar I Yep | Search for documents requested by M. Dulac and coordinate with Hawaii counsel to get documents forwarded to us. |
| 12/20/04 | 1.25 | Melissa M Dulac | Communicate with E. Liebeler and A. Lopez re joinder and statements of no position re motions for summary judgment filed by Dillon, Foodland, and Hawaii Transfer; communicate with E. Liebeler re response to T. Hogan's December 11 correspondence; revise response to T. Hogan's December 11 correspondence. |
| 12/20/04 | .25 | Richard L Wynne | Telephone conference with R. Kors re Berry objection. |
| 12/20/04 | 1.00 | Romana O Samad | Work with co-counsel re gaps in |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2004
February 3, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| | | | discovery; review and analyze Christensen deposition transcripts. |
| 12/21/04 | .25 | Melissa M Dulac | Draft response to T. Hogan's December 21 letter. |
| 12/21/04 | .25 | Richard L Wynne | Telephone conference with E. Liebeler re Berry issues. |
| 12/21/04 | 2.00 | Romana O Samad | Work with co-counsel and legal assistant re transfer of documents for discovery issues; review and analyze remaining deposition transcripts. |
| 12/21/04 | 5.00 | Neal F San Diego | Research and review database re comparing Hawaii counsel list of pleadings and our file to compile list of documents needed re Berry. |
| 12/21/04 | .25 | Damian D Capozzola | E-mails and analysis re discovery issues and other parties' pleadings. |
| 12/22/04 | 1.00 | Edgar I Yep | Review depositions that arrived and coordinate copying and incorporating into existing deposition binder set and database. |
| 12/22/04 | .25 | Melissa M Dulac | Communicate with S. McFarland re deadline for filing Rule 2004 motion to obtain discovery from W. Berry. |
| 12/22/04 | .25 | Richard L Wynne | Telephone conference with L. Mandel re Hogan letter. |
| 12/22/04 | .25 | Richard L Wynne | Analyze T. Hogan objection to PCT distribution motion and telephone conference with L. Mandel re same. |
| 12/22/04 | 2.00 | Romana O Samad | Work with co-counsel and outside vendor to complete discovery documents for Berry. |
| 12/22/04 | 3.00 | Neal F San Diego | Research and review database re comparing Hawaii counsel list of pleadings and our file to compile list of documents needed. |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2004
February 3, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 12/23/04 | .25 | Richard L Wynne | Telephone conference with T. Hogan re PCT issues. |
| 12/23/04 | .50 | Richard L Wynne | Telephone conference with E. Liebeler re Berry litigation; telephone conference with L. Mandel re Berry claim. |
| 12/23/04 | .25 | Damian D Capozzola | Communications and analysis re discovery and other parties' pleadings. |
| 12/27/04 | 3.50 | Edgar I Yep | Prepare and update Berry deposition and exhibits binder sets. |
| 12/27/04 | 1.00 | Melissa M Dulac | Draft Rule 2004 motion to obtain discovery from W. Berry. |
| 12/27/04 | 1.00 | Romana O Samad | Create, review binders of all Berry-related deposition transcripts. |
| 12/27/04 | 7.00 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing; index correspondence with attachments into case management database. |
| 12/28/04 | 9.25 | Melissa M Dulac | Draft Rule 2004 motion to obtain discovery from W. Berry; communicate with T. Hogan re requested discovery. |
| 12/28/04 | .25 | Richard L Wynne | Telephone conference with L. Mandel re T. Hogan; analyze Berry court ruling. |
| 12/28/04 | 3.00 | Romana O Samad | Review and analyze J. King's post-trial opinions and research potential appeal issues. |
| 12/28/04 | 7.50 | Neal F San Diego | Analyze and prepare pleadings with attachments for indexing; index pleadings with attachments into case management database; image pleadings with attachments into database re Berry. |
| 12/28/04 | .25 | Damian D Capozzola | Communications and analysis re Berry issues. |
| 12/29/04 | 2.00 | Edgar I Yep | Prepare exhibits to forward to M. Dulac |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2004
February 3, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | for upcoming filing. |
| 12/29/04 | 6.25 | Melissa M Dulac | Communicate with E. Liebeler re Rule 2004 motion; revise per edits of E. Liebeler; identify exhibits to support motion; communicate with E. Yep re exhibits; draft declaration of M. Dulac; communicate with J. O'Neill re Dulac declaration and accompanying exhibits; communicate with S. Cho and R. Wynne re Rule 2004 motion. |
| 12/29/04 | .25 | Shirley S Cho | Review email from M. Dulac re Wayne Berry; email correspondence with L. Price re Fleming Foods in response to Berry issue. |
| 12/29/04 | 4.00 | Romana O Samad | Research 9th circuit appeal procedures. |
| 12/29/04 | .25 | Damian D Capozzola | Communications and analysis re Berry issues. |
| 12/30/04 | 2.00 | Melissa M Dulac | Communicate with E. Liebeler and S. Cho re Rule 2004 motion; revise Rule 2004 motion; communicate with J. O'Neill re same. |
| 12/30/04 | 1.00 | Shirley S Cho | Review and revise rule 2004 motion; telephone conference with M. Dulac and E. Liebeler re same. |
| 12/30/04 | 2.00 | Romana O Samad | Find entry dates for orders disposing of post-trial motions; research procedural rules for counting appeal deadlines. |
| 12/30/04 | 3.50 | Neal F San Diego | Index correspondence and pleadings with attachments into Lotus notes database re Berry. |
| 12/30/04 | .25 | Damian D Capozzola | Communications and analysis re Berry matter. |
| | 188.25 | | TOTAL HOURS |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2004
February 3, 2005

## Description of Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 11/25/04 | West Publishing-TP,Database Usage 11.04 | 14.94 |
| 12/01/04 | Eric Liebeler, Airfare, Wilmington, DE, 12/08/04 to 12/09/04, (Attend Deposition) | 639.20 |
| 12/03/04 | Telephone call to: SANBARBARA,CA 805-563-6867 | 2.02 |
| 12/03/04 | Telephone call to: OAHU,HI 808-927-2510 | 1.20 |
| 12/04/04 | R. Samad, Internet Access, 12/4-12/6, 12/04/04, (Attend Deposition), Internet Charges while staying at hotel | 25.90 |
| 12/04/04 | R. Samad, Hotel, Honolulu, HI, 12/04/04, (Attend Deposition), Room Charges | 199.44 |
| 12/04/04 | R. Samad, Airfare, Honolulu, HI, 12/04/04 to 12/07/04, (Attend Deposition), Airfare to Hawaii to attend Christensen depo | 1,152.82 |
| 12/04/04 | R. Samad, To/From Airport, Los Angeles, CA, 12/04/04, (Attend Deposition), Boston Coach | 107.97 |
| 12/04/04 | R. Samad, Travel Meal, Honolulu, HI, 12/04/04, (Attend Deposition) | 49.90 |
| 12/04/04 | R. Samad, Travel Meal, Honolulu, HI, 12/04/04, (Attend Deposition), Meal | 6.75 |
| 12/04/04 | R. Samad, Car Rental, Honolulu, HI, 12/04/04 to 12/07/04, (Attend Deposition), Car Rental while attending deposition | 226.75 |
| 12/04/04 | R. Samad, Parking, Honolulu, HI, 12/04/04, (Attend Deposition), Parking at hotel 12/4-12/6 | 50.01 |
| 12/05/04 | R. Samad, Hotel, Honolulu, HI, 12/05/04, (Attend Deposition), Room Charges | 199.44 |
| 12/05/04 | R. Samad, Travel Meal, Honolulu, HI, 12/05/04, (Attend Deposition), Room Service | 22.77 |
| 12/06/04 | Standard Copies | .50 |
| 12/06/04 | R. Samad, Hotel, Honolulu, HI, 12/06/04, (Attend Deposition), Room Charges | 199.44 |
| 12/07/04 | R. Samad, Other, 12/07/04, (Attend Deposition), Gas for car rental | 13.89 |
| 12/08/04 | Eric Liebeler, Telephone While Traveling, 12/08/04, (Attend Deposition) | 36.66 |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2004
February 3, 2005

| Date | Description | Amount |
|------|-------------|--------|
| 12/08/04 | Eric Liebeler, Hotel, Wilmington, DE, 12/08/04, (Attend Deposition) | 262.90 |
| 12/08/04 | Eric Liebeler, To/From Airport, Los Angeles, CA, 12/08/04, (Attend Deposition) | 80.00 |
| 12/08/04 | Eric Liebeler, Travel Meal with Others, Wilmington, DE, 12/08/04, (Attend Deposition) | 82.00 |
| 12/09/04 | Eric Liebeler, To/From Airport, Los Angeles, CA, 12/09/04, (Attend Deposition) | 80.00 |
| 12/09/04 | Eric Liebeler, Travel Meal, Wilmington, DE, 12/09/04, (Attend Deposition) | 7.00 |
| 12/09/04 | DOWNTOWN REPROGRAPHICS - Outside Video Services - DVD duplication | 108.25 |
| 12/10/04 | Telephone call to: WILMINGTON,DE 302-655-4200 | .83 |
| 12/13/04 | HAWAII STATE BAR ASSOCIATION - Filing Fees - 2005 Pro Hac Vice Registration for Eric Liebeler | 250.00 |
| 12/14/04 | Fax page charge to 808-528-4997 | 2.25 |
| 12/14/04 | Fax page charge to 808-539-8799 | 2.25 |
| 12/14/04 | Fax page charge to 808-547-5880 | 2.25 |
| 12/14/04 | Fax page charge to 808-531-7585 | 2.25 |
| 12/14/04 | Fax page charge to 805-988-8387 | 2.25 |
| 12/14/04 | Fax page charge to 808-536-5869 | 2.25 |
| 12/14/04 | Fax page charge to 808-524-3838 | 2.25 |
| 12/14/04 | Fax page charge to 248-358-2740 | 2.25 |
| 12/14/04 | Fax page charge to 847-934-6508 | 6.75 |
| 12/14/04 | Standard Copies | 2.30 |
| 12/14/04 | Fed Exp to:Clyde Wm. Matsui,HONOLULU,HI from:Melissa M. Dulac | 24.81 |
| 12/15/04 | Telephone call to: STATE OF,HI 808-535-5741 | 1.00 |
| 12/15/04 | Standard Copies | .30 |
| 12/15/04 | Postage | .37 |
| 12/15/04 | ADMINISTRATIVE SERVICES COOPERATIVE, INC - Local Transportation - 12/03/04 - From: LAX / To: home | 97.50 |
| 12/16/04 | Standard Copies | 1.40 |
| 12/16/04 | Fed Exp to:JAMES LOUSHIN,MINNEAPOLIS,MN from:ALLISON ANDREWS | 107.35 |
| 12/17/04 | Standard Copies | 1.40 |
| 12/21/04 | Scanned Images | .30 |
| 12/22/04 | Telephone call to: STATE OF,HI 808-535-5741 | 2.40 |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2004
February 3, 2005

| Date | Description | Amount |
|------|-------------|--------|
| 12/22/04 | Postage | .37 |
| 12/23/04 | Standard Copies | 380.70 |
| 12/27/04 | Standard Copies | 31.10 |
| 12/28/04 | Standard Copies | 111.50 |
| 12/28/04 | Scanned Images | .90 |
| 12/28/04 | Scanned Images | 1.65 |
| 12/29/04 | Standard Copies | .50 |
| 12/29/04 | Standard Copies | 1.60 |
| 12/29/04 | Scanned Images | 1.20 |
| 12/29/04 | Scanned Images | 1.50 |
| 12/29/04 | Scanned Images | .45 |
| 12/29/04 | Scanned Images | .45 |
| 12/29/04 | Scanned Images | .75 |
| 12/29/04 | Scanned Images | .60 |
| 12/29/04 | Scanned Images | 1.80 |
| 12/29/04 | Scanned Images | 1.05 |
| 12/29/04 | Scanned Images | .60 |
| 12/29/04 | Scanned Images | .45 |
| 12/29/04 | Scanned Images | .45 |
| 12/29/04 | Scanned Images | .45 |
| 12/29/04 | Scanned Images | .45 |
| 12/29/04 | Scanned Images | .45 |
| 12/29/04 | Scanned Images | 12.30 |
| 12/30/04 | Scanned Images | .60 |
| 12/30/04 | Scanned Images | 1.65 |

Total Expenses                    $ 4,637.98