February 25, 2005

Post Confirmation Trust for
Fleming Companies, Inc.
5801 N. Broadway Ext Ste 100
Oklahoma City, OK  73118

ATTN:  Steve Eaton

**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601
FEIN 36-1326630

Inv.# 2885042

---

IN THE MATTER OF         **Berry, Wayne Litigation**
                         **File No. 41445-0006**

For legal services rendered through January 31, 2005
(see attached Description of Legal Services for detail)                $ 56,942.50

For disbursements incurred through January 31, 2005
(see attached Description of Expenses for detail)                         $ 211.72

Total for legal services rendered and expenses incurred              $ 57,154.22

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2005
February 25, 2005

## Summary of Hours Billed

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Erin N Brady | 3.25 | 420.00 | 1,365.00 |
| Damian D Capozzola | 2.00 | 480.00 | 960.00 |
| Shirley S Cho | 2.00 | 520.00 | 1,040.00 |
| Melissa M Dulac | 46.00 | 410.00 | 18,860.00 |
| Michael G Fatall | 5.25 | 430.00 | 2,257.50 |
| Eric C Liebeler | 27.25 | 575.00 | 15,668.75 |
| Romana O Samad | 17.75 | 295.00 | 5,236.25 |
| Richard L Wynne | 4.25 | 725.00 | 3,081.25 |
| Allison Mayo Andrews | 1.25 | 195.00 | 243.75 |
| Neal F San Diego | 72.50 | 110.00 | 7,975.00 |
| Edgar I Yep | 1.50 | 170.00 | 255.00 |
| **Total** | 183.00 | | $ 56,942.50 |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2005
February 25, 2005

## Description of Legal Services

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 1/03/05 | .75 | Edgar I Yep | Search for date of entry information requested by O. Samad re Berry motions in Hawaii case; research Federal Rules of Appellate Procedure for Notice of Appeal timing and advise team re findings. |
| 1/03/05 | 6.00 | Romana O Samad | Search docket, calendar and research appealable issues in King's post-judgment opinions. |
| 1/04/05 | 1.25 | Melissa M Dulac | Communicate with T. Hogan re potential protective order to govern production of particular documents; communicate with E. Liebeler re same. |
| 1/04/05 | 7.50 | Neal F San Diego | Analyze and prepare pleadings including attachments for indexing (1.0); index pleadings including attachments into case management database (4.0); image pleadings including attachments into database re Berry (2.5). |
| 1/05/05 | .25 | Edgar I Yep | Search court website for potential orders entered re Berry. |
| 1/05/05 | 5.50 | Melissa M Dulac | Communicate with J. O'Neill and S. Cho re Rule 2004 motion re W. Berry; review contents of CD created by M. Dillon; identify discovery issues to discuss with defense counsel and discovery master; communicate with E. Liebeler re same. |
| 1/05/05 | .50 | Shirley S Cho | Strategize re Berry 2004 motion with M. Dulac and J. O'Neill; follow up re entry of stipulation expunging duplicate claims. |
| 1/05/05 | 4.50 | Romana O Samad | Analyze and confer re discovery issues; prepare for telephone conference with co-defendants re same. |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2005
February 25, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 1/05/05 | 4.00 | Neal F San Diego | Index correspondence including attachments into Lotus notes database. |
| 1/05/05 | .50 | Damian D Capozzola | Communications and analysis re Berry discovery and motions. |
| 1/06/05 | .25 | Allison Mayo Andrews | Prepare calendar of events |
| 1/06/05 | 4.50 | Romana O Samad | Confer with E. Liebeler, L. Hosada, L. Smith re discovery issues and strategies before special master; follow up with issues and documents for tomorrow's hearing before Matsui; review case documents re same. |
| 1/06/05 | 3.00 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 1/07/05 | 2.75 | Melissa M Dulac | Review and analyze potential bases for objections to administrative claims filed by W. Berry; communicate with E. Liebeler, D. Capozzola, and S. Cho re same; communicate with E. Liebeler re discovery conference with special master; communicate with T. Hogan re protective order to govern production of particular documents in Hawaii and Delaware litigation. |
| 1/07/05 | .25 | Richard L Wynne | Telephone conference with R. Hertzberg and R. Kors re Berry 2004 motion hearing and objections. |
| 1/07/05 | 1.00 | Romana O Samad | Review administrative claims in Berry litigation. |
| 1/07/05 | 2.50 | Neal F San Diego | Image correspondence and pleadings including attachments into case management database. |
| 1/07/05 | .25 | Damian D Capozzola | Communications and analysis re Berry issues. |
| 1/07/05 | 3.75 | Eric C Liebeler | Prepare for and conduct call with Hawaii special master; participate in call re admin claims; edit Hogan draft of letter to Matsui; edit protective |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2005
February 25, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | order. |
| 1/08/05 | .25 | Damian D Capozzola | Communications and analysis re Berry matter. |
| 1/10/05 | 4.00 | Melissa M Dulac | Communicate with E. Liebeler re summary of discovery conference drafted by T. Hogan; review and analyze interrogatory responses of W. Berry; communicate with J. O'Neill re modification of Rule 2004 motion to resolve portion re interrogatories; draft protective order to govern discovery in Hawaii litigation. |
| 1/10/05 | 2.50 | Neal F San Diego | Index correspondence including attachments into case management database. |
| 1/10/05 | .25 | Damian D Capozzola | Communications and analysis re Berry matter. |
| 1/10/05 | 2.75 | Eric C Liebeler | Work on protective order and other discovery issues; prepare for summary judgment hearing. |
| 1/11/05 | 7.25 | Melissa M Dulac | Draft and revise stipulated confidentiality order; communicate with T. Hogan and other defense counsel re same; communicate with E. Liebeler re discovery issues; draft letter to C. Matsui re discovery conference. |
| 1/11/05 | .50 | Richard L Wynne | Analyze Berry judgment and fee award. |
| 1/11/05 | 1.00 | Romana O Samad | Deal with correspondence on Berry matter in Hawaii litigation. |
| 1/11/05 | 4.00 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.0); index correspondence with attachments into Lotus notes database (3.0). |
| 1/11/05 | .25 | Damian D Capozzola | Communications and analysis re Berry issues. |
| 1/11/05 | 1.25 | Eric C Liebeler | Attempt to negotiate protective order. |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2005
February 25, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 1/12/05 | 2.75 | Melissa M Dulac | Review and analyze opposition to Rule 2004 motion filed by W. Berry; communicate with T. Hogan re hearings scheduled for January 18, 2005; communicate with A. Andrews re preparing materials for January 18 hearings. |
| 1/12/05 | 1.00 | Allison Mayo Andrews | Prepare hearing binder re 2004 motion. |
| 1/12/05 | 4.00 | Neal F San Diego | Index correspondence with attachments into case management database (3.0); image correspondence with attachments into database (1.0). |
| 1/12/05 | 1.50 | Eric C Liebeler | Opposition; draft correspondence to T. Hogan. |
| 1/13/05 | 1.50 | Melissa M Dulac | Communicate with J. Morgan re proposed stipulated confidentiality order; review and analyze diagram constructed by M. Dillon re logistics network; review and analyze supplemental disclosure re damages filed by W. Berry. |
| 1/14/05 | 4.25 | Melissa M Dulac | Communicate with T. Hogan re hearing on motion for protective order and Rule 2004 motion; draft letter brief to C. Matsui re electronic copies of Berry's 1993 and 2003 software; research re "publication" of work as defined by Copyright Act. |
| 1/17/05 | .25 | Melissa M Dulac | Review and analyze motion for protective order filed by W. Berry in bankruptcy court. |
| 1/17/05 | 3.00 | Eric C Liebeler | Prepare for summary judgment hearing. |
| 1/17/05 | 3.50 | Eric C Liebeler | Prepare for 2004 hearing. |
| 1/18/05 | 1.75 | Melissa M Dulac | Review and analyze inclinations issued by Judge Mollway re motions for summary judgment; communicate with E. Liebeler and D. Capozzola re same; communicate |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2005
February 25, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | with E. Liebeler re case strategy. |
| 1/18/05 | .50 | Romana O Samad | Research and calendar appeal dates; correspond with case team re options re APS claim. |
| 1/18/05 | 11.50 | Neal F San Diego | Analyze and prepare pleadings and discovery with attachments received from the office of A. Lopez, for indexing (3.0); index correspondence and pleadings with attachments into case management database (8.5). |
| 1/18/05 | .25 | Damian D Capozzola | Communications and analysis re other parties' summary judgment motions and other Berry issues. |
| 1/18/05 | 5.50 | Eric C Liebeler | Prepare for and conduct hearings in Delaware and Hawaii; both telephonically; review summary judgment pleadings. |
| 1/19/05 | .50 | Edgar I Yep | Upload hearing transcript to LiveNote database and prepare copy of transcript for M. Dulac. |
| 1/19/05 | .50 | Melissa M Dulac | Communicate with E. Liebeler and others re protective order to govern production of software created by W. Berry. |
| 1/19/05 | 12.50 | Neal F San Diego | Analyze and prepare pleadings and discovery with attachments received from the office of A. Lopez, for indexing (2.0); index pleadings and discovery with attachments into case management database (8.0); image pleadings and discovery with attachments into database (2.5). |
| 1/19/05 | 2.25 | Eric C Liebeler | Review Berry proposed protection order; discuss with M. Dulac. |
| 1/20/05 | 11.50 | Neal F San Diego | Analyze and prepare pleadings and discovery with attachments received from the office of A. Lopez, for indexing (3.0); index pleadings and |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2005
February 25, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | discovery with attachments into Lotus notes database (6.0); image pleadings and discovery with attachments into database (2.5). |
| 1/21/05 | 1.00 | Melissa M Dulac | Communicate with E. Brady, S. Cho, and E. Liebeler re response to letter from T. Hogan re liquidation and collection of W. Berry's pre-petition unsecured claim; research re procedures for notifying Copyright Office of judgment re infringement. |
| 1/21/05 | .50 | Shirley S Cho | Strategize re response to Berry letter re threat to collect on judgment. |
| 1/21/05 | .75 | Richard L Wynne | Telephone conference with S. Cho re reply to Hogan; analyze Berry threatening letter, copies of judgment and prior orders and review all for reply. |
| 1/21/05 | 9.50 | Neal F San Diego | Analyze and prepare pleadings with attachment for indexing (2.0); index pleadings with attachments into case management database (6.0); image pleadings with attachments into database (1.5). |
| 1/24/05 | 1.00 | Melissa M Dulac | Communicate with E. Brady and M. John re claims filed by W. Berry and notice provided re unsecured claims bar date; revise letter to T. Hogan re liquidation of pre-petition judgment. |
| 1/24/05 | 3.00 | Erin N Brady | Draft letter to T. Hogan re prepetition judgment; factual research re same; telephone conferences with M. Dulac re same. |
| 1/24/05 | .25 | Shirley S Cho | Email with M. Dulac and E. Brady re Berry. |
| 1/25/05 | 4.50 | Melissa M Dulac | Review and revise draft correspondence from L. Smith to C. Matsui; revise letter brief to C. Matsui re production of software and implementation of |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2005
February 25, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | protective order; communicate with E. Liebeler re same; research re applicability of 17 U.S.C. section 201(e); communicate with M. Fatall and E. Liebeler re same. |
| 1/25/05 | 1.25 | Eric C Liebeler | Edit letter to discovery master. |
| 1/26/05 | 1.75 | Melissa M Dulac | Communicate with E. Liebeler, S. Cho, and E. Brady re arguments to raise against attempted liquidation of pre-petition judgment; communicate with M. Fatall re judicial interpretation of 17 U.S.C. section 201(e) and purpose behind enactment; communicate with A. Lopez re filing notice of appeal of denial of post-trial motions. |
| 1/26/05 | .25 | Erin N Brady | Review and revise proposed Hogan letter; telephone conference with M. Dulac and S. Cho re same. |
| 1/26/05 | 2.00 | Michael G Fatall | Conferences with M. Dulac re plaintiff's argument re Section 201(e) of the Copyright Act; conference with J. Norman re same; begin legal research and analysis re same. |
| 1/26/05 | .50 | Shirley S Cho | Review and strategize re Berry response letter with E. Brady, M. Dulac and R. Wynne. |
| 1/26/05 | .25 | Richard L Wynne | Analyze T. Hogan correspondence and reply. |
| 1/26/05 | .25 | Richard L Wynne | Revision of response to Hogan. |
| 1/27/05 | 4.00 | Melissa M Dulac | Revise letter brief to C. Matsui; communicate with M. Fatall re argument re 17 U.S.C. section 201(e); research re same. |
| 1/27/05 | 2.25 | Michael G Fatall | Continued legal research re Section 201(e) of copyrights Act, Berry's arguments re same; draft and send e-mail to M. Dulac re analysis and proposed response to argument for |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2005
February 25, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | inclusion in letter brief. |
| 1/27/05 | .50 | Richard L Wynne | Analyze Target sale objection and telephone conference with D. Capozzola re their assertions. |
| 1/28/05 | 1.00 | Michael G Fatall | Review and analysis of draft letter brief re 201(e) issue, discovery dispute; additional legal research and analysis re same; provide comments to M. Dulac re same. |
| 1/28/05 | .25 | Shirley S Cho | Strategize re response to Hogan letter. |
| 1/28/05 | .75 | Richard L Wynne | Analyze T. Hogan reply re judgment; analyze T. Hogan correspondence and prior orders re Berry. |
| 1/28/05 | .25 | Richard L Wynne | Telephone conference with S. Cho re Berry judgment requests and prior court orders. |
| 1/28/05 | .25 | Romana O Samad | Follow up with co-counsel re Berry correspondence and motions for summary judgment. |
| 1/28/05 | 2.50 | Eric C Liebeler | Edit letter to T. Hogan; review correspondence and orders; analyze collectibility of prepetition claim. |
| 1/30/05 | 1.00 | Melissa M Dulac | Review and analyze order from J. Mollway granting in part and denying in part motions for summary judgment; review and analyze proposed correspondence to T. Hogan. |
| 1/31/05 | 1.00 | Melissa M Dulac | Communicate with L. Hosoda re correspondence with T. Hogan; communicate with T. Hogan re status of motion for protective order; review and analyze transcript of hearing re motion for discovery pursuant to Rule 2004. |
| 1/31/05 | .75 | Richard L Wynne | Analyze draft summary judgment reply and conference with S. and D. Capozzola re same. |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2005
February 25, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 1/31/05 | .25 | Damian D Capozzola | Communications and analysis re Berry briefing issues. |
| | 183.00 | | TOTAL HOURS |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2005
February 25, 2005

## Description of Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 12/19/04 | West Publishing-TP,Database Usage 12.04 | 16.21 |
| 12/28/04 | Binding | 10.50 |
| 12/28/04 | Binding | 7.00 |
| 12/28/04 | Tabs/Indexes/Dividers | 12.60 |
| 12/28/04 | Tabs/Indexes/Dividers | 11.20 |
| 12/28/04 | Tabs/Indexes/Dividers | 9.50 |
| 12/28/04 | West Publishing-TP,Database Usage 12.04 | 14.81 |
| 12/29/04 | West Publishing-TP,Database Usage 12.04 | 17.05 |
| 1/03/05 | Scanned Images | .15 |
| 1/04/05 | Scanned Images | 4.65 |
| 1/05/05 | Standard Copies | .80 |
| 1/06/05 | Telephone call to:  STATE OF,DE 302-778-6407 | 1.00 |
| 1/06/05 | Scanned Images | 1.95 |
| 1/07/05 | Telephone call to:  STATE OF,HI 808-256-5045 | .60 |
| 1/07/05 | Telephone call to:  BRITTON,OK 405-841-5681 | 9.60 |
| 1/10/05 | PACER SERVICE CENTER - Computer Database Research, Pacer Database Usage 10/1/04 to 12/31/04 for Neal San Diego | 2.17 |
| 1/11/05 | Fax page charge to 808-528-4997 | 1.50 |
| 1/11/05 | Fax page charge to 808-528-4997 | 1.50 |
| 1/11/05 | Fax page charge to 808-539-8799 | 1.50 |
| 1/11/05 | Fax page charge to 808-531-7585 | 1.50 |
| 1/11/05 | Fax page charge to 805-988-8387 | 1.50 |
| 1/11/05 | Fax page charge to 808-536-5869 | 1.50 |
| 1/11/05 | Fax page charge to 808-524-3838 | 1.50 |
| 1/11/05 | Fax page charge to 248-358-2740 | 1.50 |
| 1/11/05 | Fax page charge to 808-547-5880 | 1.50 |
| 1/11/05 | Fax page charge to 808-599-2979 | 1.50 |
| 1/11/05 | Scanned Images | .45 |
| 1/12/05 | Standard Copies | 2.80 |
| 1/13/05 | Telephone call to:  OAHU,HI 808-528-8200 | 1.20 |
| 1/14/05 | GENESYS CONFERENCING, INC. - Telephone - 01/06/05 Conference call | 18.34 |
| 1/14/05 | Standard Copies | 4.70 |
| 1/16/05 | R. Samad, Overtime Meal-Attorney, Los Angeles, CA 01/16/05, (Overtime Meals) | 10.72 |
| 1/17/05 | Scanned Images | .60 |
| 1/18/05 | Scanned Images | 1.50 |
| 1/19/05 | Overtime Meals        Allison Mayo Andrews | 9.00 |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2005
February 25, 2005

| Date | Description | | Amount |
|------|-------------|--|--------|
| 1/20/05 | Overtime Meals | Allison Mayo Andrews | 9.00 |
| 1/21/05 | Overtime Meals | Allison Mayo Andrews | 9.00 |
| 1/24/05 | Standard Copies | | 4.50 |
| 1/26/05 | Fax page charge to 808-528-4997 | | 2.25 |
| 1/26/05 | Standard Copies | | 1.60 |
| 1/26/05 | Scanned Images | | .60 |
| 1/26/05 | Postage | | .37 |
| 1/27/05 | Standard Copies | | .30 |

        Total Expenses        $ 211.72