# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

777 S. Figueroa Street, Suite 3700
Los Angeles, California 90017

FEIN 36-1326630

March 21, 2005

Post Confirmation Trust
Castellammare Advisors, LLC
232 Quadro Vecchio Drive
Pacific Palisades, CA  90272

ATTN:  Robert A. Kors

                                                    Invoice # 2889110

---

IN THE MATTER OF        **Berry, Wayne Litigation**
                        **File No. 41445-0006**


For legal services rendered through February 28, 2005
(see attached Description of Legal Services for detail)        $  109,250.00


Less: Courtesy Discount                                       -$   12,903.75


Adjusted legal services                                        $   96,346.25


For disbursements incurred through February 28, 2005
(see attached Description of Expenses for detail)              $    2,668.90


Total for legal services rendered and expenses incurred        $   99,015.15

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

## Summary of Hours Billed

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| Erin N Brady | 16.25 | 420.00 | 6,825.00 |
| Damian D Capozzola | 21.50 | 480.00 | 10,320.00 |
| Melissa M Dulac | 32.00 | 410.00 | 13,120.00 |
| Eric C Liebeler | 34.00 | 575.00 | 19,550.00 |
| Romana O Samad | 88.50 | 295.00 | 26,107.50 |
| Richard L Wynne | .50 | 725.00 | 362.50 |
| Allison Mayo Andrews | 56.75 | 195.00 | 11,066.25 |
| Neal F San Diego | 72.50 | 110.00 | 7,975.00 |
| Edgar I Yep | 6.00 | 170.00 | 1,020.00 |
| **Total** | 328.00 | | $ 96,346.25 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

## Description of Legal Services

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 1/13/05 | .50 | Richard L Wynne | Analyze objection by Berry to PCT motion and telephone conference with E. Liebeler re hearing and Berry objections. |
| 2/01/05 | 1.00 | Melissa M Dulac | Revise letter brief to C. Matsui re discovery. |
| 2/01/05 | .25 | Damian D Capozzola | Communications and analysis re recent orders and correspondence in Berry matter. |
| 2/02/05 | 1.00 | Melissa M Dulac | Draft discovery to Y. Hata; communicate with L. Smith and A. Lopez re same. |
| 2/02/05 | 7.50 | Neal F San Diego | Analyze, prepare and maintaining files re correspondence, pleadings and discovery with attachments. |
| 2/02/05 | .25 | Damian D Capozzola | Communications and analysis re Berry pleadings and discovery. |
| 2/02/05 | .25 | Eric C Liebeler | Edit letter to T. Hogan. |
| 2/03/05 | 1.00 | Melissa M Dulac | Communicate with T. Hogan re withdrawing motion for protective order and preparing proposed order denying motion for discovery; communicate with J. O'Neill re same; prepare proposed order denying motion for discovery. |
| 2/03/05 | 4.00 | Neal F San Diego | Analyze, prepare and maintaining files re pleadings and discovery with attachments. |
| 2/04/05 | 1.00 | Edgar I Yep | Compile and prepare documents used as exhibits for letter brief re 2003 FCS. |
| 2/04/05 | 4.75 | Melissa M Dulac | Review and analyze motion filed by W. Berry for immediate collection of judgment re pre-petition lawsuit; communicate with team members re same. |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 2/04/05 | 6.00 | Neal F San Diego | Analyze, prepare and maintaining files re correspondence, pleadings and discovery with attachments. |
| 2/04/05 | .25 | Damian D Capozzola | Communications and analysis re Berry motion to collect on pre-petition judgment. |
| 2/06/05 | 2.25 | Melissa M Dulac | Review and analyze motion filed by W. Berry for immediate collection of judgment re pre-petition lawsuit; review papers re W. Berry's motion to lift the automatic stay; review transcripts re same. |
| 2/07/05 | 8.00 | Melissa M Dulac | Communicate with team members re research in support of objection to motion filed by W. Berry for immediate collection of judgment; draft objection to same. |
| 2/07/05 | 4.00 | Erin N Brady | Review Berry motion; review and analyze background documents; telephone conference with M. Dulac and S. Cho re opposition; review research re jurisdiction to consider discharge issue; |
| 2/07/05 | .75 | Shirley S Cho | Review Berry motion and telephone conference with M. Dulac re same (0.75 Hrs at No Charge). |
| 2/07/05 | .50 | Richard L Wynne | Analyze Berry motion for execution; conference with S. Cho re theories for reply to Berry motion (0.50 Hrs. at No Charge). |
| 2/07/05 | 3.00 | Romana O Samad | Legal research and contact Rachel Mersky re APS. |
| 2/07/05 | 3.50 | F Wade Ackerman | Research issues for M. Dulac re inconsistent court orders and interpretation thereof (3.5 Hrs. at No Charge). |
| 2/07/05 | .25 | Damian D Capozzola | Communications with M. Dulac and O. Samad and analysis re Berry and APS |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | issues. |
| 2/08/05 | 2.25 | Melissa M Dulac | Draft objection to motion filed by W. Berry for immediate collection of pre-petition judgment. |
| 2/08/05 | 1.00 | Allison Mayo Andrews | Review, process and collate incoming case documents; review docket re Berry's motion re procedures regarding collecting non-dischargeable final judgment. |
| 2/08/05 | 7.50 | Erin N Brady | Draft and revise discharge related arguments for opposition brief; review background documents re same; conference with W. Ackerman re research collection of judgment from co-debtor. |
| 2/08/05 | 1.00 | Romana O Samad | Work with M. Dulac re transition issues regarding APS and other matters related to Berry litigation (1.00 Hr. at No Charge). |
| 2/08/05 | 1.75 | F Wade Ackerman | Research procedural due process issues requiring defendant to have notice and be heard before judgment is entered against in regards to liability of reorganized debtors to judgment against PCT; for E. Brady (1.75 Hrs. at No Charge. |
| 2/08/05 | 3.25 | F Wade Ackerman | Research substantive consolidation and enforceability of nondischargeable claims; for E. Brady (3.25 Hrs. at No Charge). |
| 2/08/05 | 1.50 | F Wade Ackerman | Research joint administration and substantive consolidation in regards to liability of reorganized debtors to judgment against PCT; for E. Brady (1.50 Hrs. at No Charge). |
| 2/08/05 | .25 | Damian D Capozzola | Communications and analysis re Berry discovery issues. |
| 2/08/05 | 1.50 | Eric C Liebeler | Work on discovery issues; try to resolve Y. Hata discovery issue |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | informally. |
| 2/09/05 | 8.75 | Melissa M Dulac | Draft objection to motion filed by W. Berry for immediate collection of post-petition judgment; revise calendar drafted by A. Andrews re critical case dates. |
| 2/09/05 | 1.50 | Allison Mayo Andrews | Review, process and collate incoming case documents; revise calendar of events and players list. |
| 2/09/05 | 4.50 | Erin N Brady | Research re discharge for opposition brief; comment on revised draft of same; meeting with W. Ackerman re research for Berry brief; draft and revise discharge section of brief. |
| 2/09/05 | .50 | Richard L Wynne | Revision of Berry reply papers (0.50 Hrs. at No Charge). |
| 2/09/05 | 2.75 | F Wade Ackerman | Research issues re interpretation of court orders especially when done in relation to entire record, transcript, or intention of the court for M. Dulac (2.75 Hrs. at No. Charge). |
| 2/09/05 | 3.00 | F Wade Ackerman | Research issues re res judicata, virtual representation for E. Brady (3.0 Hrs. at No Charge). |
| 2/09/05 | 2.25 | F Wade Ackerman | Research Supreme Court's Martin v. Wilkes and significant citing history to determine when judgments can bind on non-parties (2.25 Hrs. at No Charge). |
| 2/09/05 | 7.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing; index correspondence with attachments into case management database; image correspondence with attachments into database. |
| 2/09/05 | 3.75 | Eric C Liebeler | Work on opposition to motion to collect judgment. |
| 2/10/05 | 3.00 | Melissa M Dulac | Communicate with E. Liebeler re draft |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | of objection to motion filed by W. Berry for immediate collection of pre-petition judgment; revise same per comments of E. Liebeler. |
| 2/10/05 | 4.25 | Allison Mayo Andrews | Review, process and collate incoming case documents; assist attorney with preparation of PCT's objections to Berry's motion; assist attorney with preparation for meeting; prepare case documents re same. |
| 2/10/05 | .75 | Shirley S Cho | Review and revise Berry objection (0.75 Hrs. at No Charge). |
| 2/10/05 | 3.00 | Romana O Samad | Confer with M. Dulac re all open issues in Berry matter. |
| 2/10/05 | .50 | F Wade Ackerman | Read and review M. Dulac's motion re confirming my research and case cites that were included in the brief (0.50 Hrs. at No Charge). |
| 2/10/05 | .50 | Damian D Capozzola | Communications with M. Dulac and O. Samad re Berry matter and transition issues; communications and analysis re Berry collection of judgment opposition. |
| 2/10/05 | 1.75 | Eric C Liebeler | Research and analyze opposition to Berry's motion to collect. |
| 2/11/05 | 2.00 | Allison Mayo Andrews | Review, process and collate incoming case documents; revise players list. |
| 2/11/05 | .25 | Erin N Brady | Review draft of Berry response and comment on same. |
| 2/11/05 | .50 | Richard L Wynne | Revision to Berry Reply (0.50 Hrs. at No Charge). |
| 2/11/05 | 4.50 | Romana O Samad | Confer with team re loose ends and upcoming deadlines, transition for M. Dulac's departure (4.50 Hrs. at No Charge). |
| 2/11/05 | 4.00 | Neal F San Diego | Index pleadings and discovery with |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | attachments into case management database; image pleadings and discovery with attachments into database. |
| 2/11/05 | 1.25 | Damian D Capozzola | Prepare for and participate in team meeting re Berry issues. |
| 2/11/05 | 3.00 | Eric C Liebeler | Edit opposition to motion to collect. |
| 2/14/05 | 7.25 | Allison Mayo Andrews | Review, process and collate incoming case documents; assist attorney with preparation of objection to motion of Berry re procedures to collect non-dischargeable final judgment. |
| 2/14/05 | 4.50 | Romana O Samad | Work on objection; gather exhibits, fill in factual cites (4.5 Hrs. at No Charge). |
| 2/14/05 | 7.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing; index correspondence with attachments into case management database; image correspondence with attachments into database. |
| 2/14/05 | .25 | Damian D Capozzola | Communications and analysis re Berry appeal and discovery issues. |
| 2/14/05 | 6.00 | Eric C Liebeler | Edit opposition to Berry's collection motion. |
| 2/15/05 | 5.00 | Edgar I Yep | Compile and prepare documents for court filing re Objection to Berry's Collection Motion; research court docket re appeal in Hawaii case. |
| 2/15/05 | 7.00 | Allison Mayo Andrews | Assist attorney with preparation of objection to order establishing procedures for non-non-dischargable final judgment; review, process and collate incoming case documents |
| 2/15/05 | 7.75 | Romana O Samad | Prepare filing re Berry's collection motion, correspond with S. Cho and others re 2004 motion; prepare order; work with local counsel to file |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
|  |  |  | statement of issues on appeal (7.75 Hrs. at No Charge). |
| 2/15/05 | 6.25 | Neal F San Diego | Index correspondence with attachments into case management database; image correspondence with attachments into database. |
| 2/15/05 | 1.75 | Damian D Capozzola | Communications and analysis re Berry appeal issues; review and revise declaration for filing re collection opposition. |
| 2/16/05 | 3.50 | Allison Mayo Andrews | Review, process and collate incoming case documents; review court orders and local rules and revise calendar of events re same. |
| 2/16/05 | 1.50 | Romana O Samad | Confer with co-counsel re upcoming appeal issues and conduct research re same. |
| 2/16/05 | .25 | Damian D Capozzola | Communications and analysis re appellate issues. |
| 2/17/05 | 3.50 | Romana O Samad | Pull items for upcoming hearing. |
| 2/17/05 | 4.50 | Neal F San Diego | Prepare and organize binder for use by E. Liebeler for upcoming 02/22/05 hearing. |
| 2/17/05 | .25 | Damian D Capozzola | Communications and analysis re Berry appellate and discovery issues. |
| 2/17/05 | 1.75 | Eric C Liebeler | Review Berry briefs in preparation for argument on motion to collect. |
| 2/17/05 | 1.75 | Eric C Liebeler | Review Berry briefs in preparation for argument on motion to collect. |
| 2/18/05 | 3.75 | Allison Mayo Andrews | Review, process and collate incoming case documents; prepare case documents for attorney review and use. |
| 2/18/05 | 7.00 | Romana O Samad | Gather discovery related correspondence, pull all cases and briefing for protective order issues. |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 2/18/05 | 7.50 | Neal F San Diego | Analyze and prepare pleadings and correspondence with attachments for indexing; index pleadings and correspondence with attachments into case management database; image pleadings and correspondence with attachments into database. |
| 2/18/05 | .25 | Damian D Capozzola | Communications and analysis re appellate and case management issues. |
| 2/19/05 | 1.25 | Romana O Samad | Review all documents relating to Y. Hata subpoena and the protective order issues (1.25 Hrs. at No Charge). |
| 2/21/05 | .25 | Richard L Wynne | Correspondence with E. Liebeler re Berry Motion, hearing and court ruling (0.25 Hrs. at No Charge). |
| 2/21/05 | 1.50 | Romana O Samad | Gather and analyze all pleadings and correspondence related to the discovery requests to Berry in preparation for reply and opposition to Berry's motion to quash (1.5 Hrs. at No Charge). |
| 2/21/05 | 2.00 | Eric C Liebeler | Prepare for argument on motion. |
| 2/22/05 | 4.75 | Allison Mayo Andrews | Review and prepare case documents to transmit to co-counsel; revise calendar of events; research court rules re same; process incoming case documents. |
| 2/22/05 | 5.50 | Romana O Samad | Work with A. Lopez and A. Andrews to calendar briefing schedule; address Y. Hata depo; meet with E. Liebeler and D. Capozzola re reply for Motion to Compel; prepare transcripts for appeal; begin researching reply in support of our motion to compel production. |
| 2/22/05 | 3.50 | Damian D Capozzola | Communications with E. Liebeler and O. Samad re pending Berry motions; review and analysis re same; outline response papers. |
| 2/22/05 | 3.00 | Eric C Liebeler | Prepare for and conduct argument on |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| | | | Berry's motion to collect. |
| 2/23/05 | 2.50 | Allison Mayo Andrews | Review, process and collate incoming case documents; file maintenance; prepare deposition binders for attorney review and use. |
| 2/23/05 | 11.00 | Romana O Samad | Work on reply and motion to quash; confer with D. Capozzola re same. |
| 2/23/05 | 7.25 | Neal F San Diego | Analyze and prepare pleadings with attachments for indexing; index pleadings with attachments into Lotus notes database; image pleadings with attachments into database. |
| 2/23/05 | 1.75 | Damian D Capozzola | Communications and analysis re Berry motions. |
| 2/23/05 | 3.00 | Eric C Liebeler | Work on software issues; review Berry's supplemental brief. |
| 2/24/05 | 4.25 | Allison Mayo Andrews | Review, process and collate incoming case documents; file maintenance. |
| 2/24/05 | 14.50 | Romana O Samad | Draft and distribute letter postponing the Y. Hata deposition; complete legal research for reply, analyze cases. |
| 2/24/05 | 3.50 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 2/24/05 | 4.00 | Damian D Capozzola | Review and analysis of Berry motions and revise letter brief reply re same; communications with team members re same. |
| 2/24/05 | 1.25 | Damian D Capozzola | Communications with B. Reynolds re discovery issues; review and revise S. Hyytinen deposition designations; communications with team members re designations and case management issues. |
| 2/24/05 | 3.25 | Eric C Liebeler | Edit reply brief on discovery motion. |
| 2/25/05 | 7.50 | Allison Mayo Andrews | Assist attorney with preparation of |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | reply briefs; revise players list; process incoming case documents. |
| 2/25/05 | 14.00 | Romana O Samad | Prepare draft of reply for final edits; gather and analyze caselaw re motion to quash; confer with clerk of special master Matsui re procedures for filing. |
| 2/25/05 | 4.00 | Neal F San Diego | Analyze and prepare pleadings with attachments for indexing; index pleadings with attachments into case management database. |
| 2/25/05 | .75 | Damian D Capozzola | Review and revise letter briefs re Berry matter, and communications with E. Liebeler and O. Samad re same. |
| 2/26/05 | 12.00 | Romana O Samad | Draft opposition to motion to quash. |
| 2/27/05 | 3.00 | Eric C Liebeler | Edit Berry discovery brief. |
| 2/28/05 | 7.50 | Allison Mayo Andrews | Assist attorney with preparation of reply briefs; process incoming case documents. |
| 2/28/05 | 13.50 | Romana O Samad | Finalize and file two briefs in Berry case; work on calendaring issues; work with co-counsel on missing discovery issues. |
| 2/28/05 | 3.00 | Neal F San Diego | Cite check case law for use by attorney re reply on motion to quash re Berry. |
| 2/28/05 | 2.50 | Joslyn M Edwards | Meet with A. Andrews on project assignment; cite check brief; prepare exhibits for same (2.50 Hrs. at No Charge). |
| 2/28/05 | 4.50 | Damian D Capozzola | Review and analysis of Berry motions and draft response papers; communications with E. Liebeler and O. Samad re same. |

| | | |
|---|---|---|
| 328.00 | | TOTAL HOURS |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

## Description of Expenses

| Date | Description | Amount |
|------|-------------|-------:|
| 12/15/04 | JAN FLOATE, RPR, CSR - Court Reporter Fee/Deposition - Deposition transcript of Brian Christensen, Jacqueline Rio and Alfredda Waiolama taken on December 06, 2004 at Honolulu Hawaii. | 713.45 |
| 1/10/05 | Standard Copies | .80 |
| 1/10/05 | Standard Copies | 1.50 |
| 1/10/05 | Standard Copies | 1.20 |
| 1/10/05 | Standard Copies | 2.70 |
| 1/10/05 | Standard Copies | .40 |
| 1/10/05 | Standard Copies | .40 |
| 1/10/05 | Standard Copies | .40 |
| 1/10/05 | Standard Copies | .30 |
| 1/10/05 | Standard Copies | .30 |
| 1/10/05 | Standard Copies | .80 |
| 1/10/05 | Standard Copies | .20 |
| 1/10/05 | Standard Copies | .30 |
| 1/10/05 | Standard Copies | .30 |
| 1/10/05 | Standard Copies | .20 |
| 1/10/05 | Standard Copies | 3.40 |
| 1/10/05 | Standard Copies | 3.40 |
| 1/10/05 | Standard Copies | 4.90 |
| 1/10/05 | Standard Copies | 4.40 |
| 1/10/05 | Standard Copies | .40 |
| 1/10/05 | Standard Copies | .80 |
| 1/10/05 | Standard Copies | .80 |
| 1/10/05 | Standard Copies | 17.60 |
| 1/10/05 | Standard Copies | 22.00 |
| 1/10/05 | Standard Copies | 19.60 |
| 1/10/05 | Standard Copies | 13.20 |
| 1/10/05 | Standard Copies | .10 |
| 1/10/05 | Standard Copies | .10 |
| 1/10/05 | Standard Copies | .60 |
| 1/10/05 | Standard Copies | .70 |
| 1/10/05 | Standard Copies | .10 |
| 1/10/05 | Standard Copies | 2.80 |
| 1/10/05 | Standard Copies | 7.60 |
| 1/10/05 | Standard Copies | 2.80 |
| 1/10/05 | Standard Copies | 3.60 |
| 1/10/05 | Standard Copies | 4.00 |
| 1/10/05 | Standard Copies | 3.60 |
| 1/10/05 | Standard Copies | 12.90 |
| 1/10/05 | Standard Copies | 1.30 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Description | Amount |
|------|-------------|-------:|
| 1/10/05 | Standard Copies | 5.50 |
| 1/10/05 | Standard Copies | 5.50 |
| 1/10/05 | Standard Copies | 1.40 |
| 1/10/05 | Standard Copies | 8.50 |
| 1/11/05 | Standard Copies | .10 |
| 1/11/05 | Standard Copies | 2.20 |
| 1/11/05 | Standard Copies | 7.30 |
| 1/11/05 | Standard Copies | 2.10 |
| 1/11/05 | Standard Copies | 1.00 |
| 1/11/05 | Standard Copies | 3.70 |
| 1/11/05 | Standard Copies | .20 |
| 1/11/05 | Standard Copies | .30 |
| 1/11/05 | Standard Copies | .30 |
| 1/11/05 | Standard Copies | .40 |
| 1/11/05 | Standard Copies | .30 |
| 1/11/05 | Standard Copies | .30 |
| 1/11/05 | Standard Copies | .30 |
| 1/11/05 | Standard Copies | 1.80 |
| 1/11/05 | Standard Copies | 1.00 |
| 1/11/05 | Standard Copies | 1.10 |
| 1/11/05 | Standard Copies | 1.50 |
| 1/11/05 | Standard Copies | .40 |
| 1/11/05 | Standard Copies | 1.40 |
| 1/11/05 | Standard Copies | .30 |
| 1/11/05 | Standard Copies | 1.20 |
| 1/11/05 | Standard Copies | 1.30 |
| 1/11/05 | Standard Copies | 1.30 |
| 1/11/05 | Standard Copies | 1.30 |
| 1/11/05 | Standard Copies | 1.30 |
| 1/11/05 | Standard Copies | 1.30 |
| 1/11/05 | Standard Copies | 5.00 |
| 1/11/05 | Standard Copies | 1.10 |
| 1/11/05 | Standard Copies | .30 |
| 1/11/05 | Standard Copies | .60 |
| 1/11/05 | Standard Copies | .60 |
| 1/11/05 | Standard Copies | .60 |
| 1/11/05 | Standard Copies | .60 |
| 1/11/05 | Standard Copies | .60 |
| 1/11/05 | Standard Copies | .60 |
| 1/11/05 | Standard Copies | .80 |
| 1/11/05 | Standard Copies | 2.40 |
| 1/11/05 | Standard Copies | 2.00 |
| 1/11/05 | Standard Copies | 2.00 |
| 1/11/05 | Standard Copies | 2.00 |
| 1/11/05 | Standard Copies | 2.00 |
| 1/11/05 | Standard Copies | 1.50 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Description | Amount |
|------|-------------|-------:|
| 1/11/05 | Standard Copies | .70 |
| 1/11/05 | Standard Copies | .80 |
| 1/11/05 | Standard Copies | 1.40 |
| 1/11/05 | Standard Copies | .70 |
| 1/11/05 | Standard Copies | .80 |
| 1/11/05 | Standard Copies | 1.60 |
| 1/11/05 | Standard Copies | 1.00 |
| 1/11/05 | Standard Copies | 1.00 |
| 1/11/05 | Standard Copies | .90 |
| 1/11/05 | Standard Copies | .60 |
| 1/11/05 | Standard Copies | .60 |
| 1/11/05 | Standard Copies | .60 |
| 1/11/05 | Standard Copies | .70 |
| 1/11/05 | Standard Copies | .70 |
| 1/11/05 | Standard Copies | .70 |
| 1/11/05 | Standard Copies | .70 |
| 1/11/05 | Standard Copies | .70 |
| 1/11/05 | Standard Copies | .80 |
| 1/11/05 | Standard Copies | 1.30 |
| 1/11/05 | Standard Copies | .50 |
| 1/11/05 | Standard Copies | 1.20 |
| 1/11/05 | Standard Copies | .40 |
| 1/11/05 | Standard Copies | .40 |
| 1/11/05 | Standard Copies | 3.50 |
| 1/11/05 | Standard Copies | 1.20 |
| 1/11/05 | Standard Copies | 1.60 |
| 1/11/05 | Standard Copies | 2.00 |
| 1/11/05 | Standard Copies | 1.40 |
| 1/11/05 | Standard Copies | 1.60 |
| 1/11/05 | Standard Copies | 1.20 |
| 1/11/05 | Standard Copies | 1.30 |
| 1/11/05 | Standard Copies | .80 |
| 1/11/05 | Standard Copies | 1.40 |
| 1/11/05 | Standard Copies | 1.00 |
| 1/11/05 | Standard Copies | 1.00 |
| 1/11/05 | Standard Copies | 1.00 |
| 1/11/05 | Standard Copies | 2.30 |
| 1/11/05 | Standard Copies | 2.50 |
| 1/11/05 | Standard Copies | .60 |
| 1/11/05 | Standard Copies | 1.10 |
| 1/11/05 | Standard Copies | .70 |
| 1/11/05 | Standard Copies | .70 |
| 1/11/05 | Standard Copies | 1.10 |
| 1/11/05 | Standard Copies | 1.10 |
| 1/11/05 | Standard Copies | 1.20 |
| 1/11/05 | Standard Copies | 1.30 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Description | Amount |
|------|-------------|--------|
| 1/11/05 | Standard Copies | 1.40 |
| 1/11/05 | Standard Copies | 5.80 |
| 1/11/05 | Standard Copies | 1.60 |
| 1/11/05 | Standard Copies | .50 |
| 1/11/05 | Standard Copies | .90 |
| 1/11/05 | Standard Copies | 4.30 |
| 1/11/05 | Standard Copies | 1.90 |
| 1/11/05 | Standard Copies | .10 |
| 1/11/05 | Standard Copies | 3.60 |
| 1/11/05 | Standard Copies | 1.40 |
| 1/11/05 | Standard Copies | .70 |
| 1/11/05 | Standard Copies | .30 |
| 1/11/05 | Standard Copies | .60 |
| 1/11/05 | Standard Copies | .70 |
| 1/11/05 | Standard Copies | .70 |
| 1/11/05 | Standard Copies | .70 |
| 1/11/05 | Standard Copies | 1.90 |
| 1/11/05 | Standard Copies | 1.10 |
| 1/11/05 | Standard Copies | .30 |
| 1/11/05 | Standard Copies | .30 |
| 1/11/05 | Standard Copies | .40 |
| 1/11/05 | Standard Copies | 2.10 |
| 1/11/05 | Standard Copies | 3.00 |
| 1/11/05 | Standard Copies | .50 |
| 1/11/05 | Standard Copies | 7.80 |
| 1/11/05 | Standard Copies | 1.50 |
| 1/11/05 | Standard Copies | 11.20 |
| 1/11/05 | Standard Copies | 1.00 |
| 1/11/05 | Standard Copies | .80 |
| 1/11/05 | Standard Copies | 1.40 |
| 1/11/05 | Standard Copies | .60 |
| 1/11/05 | Standard Copies | 1.30 |
| 1/11/05 | Standard Copies | 1.20 |
| 1/11/05 | Standard Copies | .60 |
| 1/11/05 | Standard Copies | 1.90 |
| 1/11/05 | Standard Copies | .10 |
| 1/11/05 | Standard Copies | 1.50 |
| 1/11/05 | Standard Copies | 3.00 |
| 1/11/05 | Standard Copies | 3.50 |
| 1/11/05 | Standard Copies | 3.20 |
| 1/11/05 | Standard Copies | 6.60 |
| 1/11/05 | Standard Copies | 3.80 |
| 1/11/05 | Standard Copies | 6.00 |
| 1/11/05 | Standard Copies | .10 |
| 1/11/05 | Standard Copies | .50 |
| 1/11/05 | Standard Copies | 3.70 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Description | Amount |
|------|-------------|--------|
| 1/11/05 | Standard Copies | .70 |
| 1/11/05 | Standard Copies | .40 |
| 1/11/05 | Standard Copies | .90 |
| 1/11/05 | Standard Copies | .60 |
| 1/11/05 | Standard Copies | .40 |
| 1/11/05 | Standard Copies | 1.10 |
| 1/11/05 | Standard Copies | 1.80 |
| 1/11/05 | Standard Copies | 2.40 |
| 1/11/05 | Standard Copies | .70 |
| 1/11/05 | Standard Copies | .60 |
| 1/11/05 | Standard Copies | .20 |
| 1/11/05 | Standard Copies | 4.70 |
| 1/11/05 | Standard Copies | .10 |
| 1/11/05 | Standard Copies | .10 |
| 1/11/05 | Standard Copies | .50 |
| 1/11/05 | Standard Copies | .50 |
| 1/11/05 | Standard Copies | .60 |
| 1/11/05 | Standard Copies | 2.60 |
| 1/11/05 | Standard Copies | 6.40 |
| 1/11/05 | Standard Copies | .60 |
| 1/11/05 | Standard Copies | .40 |
| 1/11/05 | Standard Copies | 1.10 |
| 1/11/05 | Standard Copies | 1.80 |
| 1/11/05 | Standard Copies | 2.40 |
| 1/11/05 | Standard Copies | .60 |
| 1/11/05 | Standard Copies | .70 |
| 1/11/05 | Standard Copies | .20 |
| 1/11/05 | Standard Copies | 4.70 |
| 1/11/05 | Standard Copies | .10 |
| 1/11/05 | Standard Copies | .50 |
| 1/11/05 | Standard Copies | .10 |
| 1/11/05 | Standard Copies | .50 |
| 1/11/05 | Standard Copies | .60 |
| 1/11/05 | Standard Copies | 2.60 |
| 1/11/05 | Standard Copies | 2.00 |
| 1/11/05 | Standard Copies | 6.40 |
| 1/11/05 | Standard Copies | 5.20 |
| 1/11/05 | Standard Copies | 1.10 |
| 1/11/05 | Standard Copies | 2.20 |
| 1/11/05 | Standard Copies | .70 |
| 1/11/05 | Standard Copies | .10 |
| 1/11/05 | Standard Copies | .10 |
| 1/11/05 | Standard Copies | .20 |
| 1/11/05 | Standard Copies | .60 |
| 1/11/05 | Standard Copies | .10 |
| 1/11/05 | Standard Copies | .10 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Description | Amount |
|------|-------------|--------|
| 1/11/05 | Standard Copies | .60 |
| 1/11/05 | Standard Copies | 2.10 |
| 1/11/05 | Standard Copies | 1.10 |
| 1/11/05 | Standard Copies | 1.60 |
| 1/11/05 | Standard Copies | 20.30 |
| 1/11/05 | Standard Copies | 4.10 |
| 1/11/05 | Standard Copies | .60 |
| 1/11/05 | Standard Copies | .50 |
| 1/11/05 | Standard Copies | .70 |
| 1/11/05 | Standard Copies | 1.50 |
| 1/11/05 | Standard Copies | .40 |
| 1/11/05 | Standard Copies | .80 |
| 1/11/05 | Standard Copies | .50 |
| 1/11/05 | Standard Copies | .60 |
| 1/11/05 | Standard Copies | 1.80 |
| 1/11/05 | Standard Copies | 1.20 |
| 1/11/05 | Standard Copies | .30 |
| 1/11/05 | Standard Copies | .40 |
| 1/11/05 | Standard Copies | 1.50 |
| 1/11/05 | Standard Copies | .70 |
| 1/11/05 | Standard Copies | .80 |
| 1/11/05 | Standard Copies | 3.70 |
| 1/11/05 | Standard Copies | 1.60 |
| 1/11/05 | Standard Copies | .80 |
| 1/11/05 | Standard Copies | 1.60 |
| 1/11/05 | Standard Copies | .80 |
| 1/11/05 | Standard Copies | .40 |
| 1/11/05 | Standard Copies | .40 |
| 1/11/05 | Standard Copies | .10 |
| 1/11/05 | Standard Copies | 1.70 |
| 1/11/05 | Standard Copies | 2.50 |
| 1/11/05 | Standard Copies | .20 |
| 1/11/05 | Standard Copies | 1.40 |
| 1/11/05 | Standard Copies | .60 |
| 1/11/05 | Standard Copies | 2.80 |
| 1/11/05 | Standard Copies | 1.30 |
| 1/11/05 | Standard Copies | 1.30 |
| 1/11/05 | Standard Copies | 2.00 |
| 1/11/05 | Standard Copies | 2.60 |
| 1/11/05 | Standard Copies | 3.30 |
| 1/11/05 | Standard Copies | 2.60 |
| 1/11/05 | Standard Copies | 3.30 |
| 1/11/05 | Standard Copies | .50 |
| 1/11/05 | Standard Copies | 11.00 |
| 1/11/05 | Standard Copies | 28.00 |
| 1/11/05 | Standard Copies | 8.70 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Description | | Amount |
|------|-------------|---|--------|
| 1/11/05 | Standard Copies | | .70 |
| 1/11/05 | Standard Copies | | 1.10 |
| 1/11/05 | Standard Copies | | 1.00 |
| 1/11/05 | Standard Copies | | .60 |
| 1/11/05 | Standard Copies | | .50 |
| 1/11/05 | Standard Copies | | 3.90 |
| 1/11/05 | Standard Copies | | .70 |
| 1/11/05 | Standard Copies | | 2.90 |
| 1/11/05 | Standard Copies | | .70 |
| 1/11/05 | Standard Copies | | 1.70 |
| 1/11/05 | Standard Copies | | 5.70 |
| 1/11/05 | Standard Copies | | 1.70 |
| 1/11/05 | Standard Copies | | 3.00 |
| 1/11/05 | Standard Copies | | 1.00 |
| 1/11/05 | Standard Copies | | 2.90 |
| 1/11/05 | Standard Copies | | .10 |
| 1/11/05 | Standard Copies | | .30 |
| 1/11/05 | Standard Copies | | 2.00 |
| 1/11/05 | Standard Copies | | 6.50 |
| 1/11/05 | Standard Copies | | .30 |
| 1/11/05 | Standard Copies | | .40 |
| 1/11/05 | Standard Copies | | .40 |
| 1/11/05 | Standard Copies | | 1.40 |
| 1/11/05 | Standard Copies | | 1.50 |
| 1/11/05 | Standard Copies | | .10 |
| 1/11/05 | Standard Copies | | .40 |
| 1/11/05 | Standard Copies | | .70 |
| 1/11/05 | Standard Copies | | 11.30 |
| 1/17/05 | West Publishing-TP,Database Usage | 1.05 | 55.27 |
| 1/18/05 | West Publishing-TP,Database Usage | 1.05 | 11.20 |
| 1/25/05 | West Publishing-TP,Database Usage | 1.05 | 74.98 |
| 1/26/05 | West Publishing-TP,Database Usage | 1.05 | 16.94 |
| 1/27/05 | West Publishing-TP,Database Usage | 1.05 | 81.94 |
| 1/27/05 | West Publishing-TP,Database Usage | 1.05 | 1.93 |
| 1/28/05 | West Publishing-TP,Database Usage | 1.05 | 36.64 |
| 2/04/05 | Standard Copies | | 2.10 |
| 2/04/05 | Standard Copies | | 2.50 |
| 2/04/05 | Standard Copies | | .10 |
| 2/04/05 | Standard Copies | | .60 |
| 2/04/05 | Standard Copies | | 81.80 |
| 2/04/05 | Standard Copies | | .20 |
| 2/04/05 | Standard Copies | | .30 |
| 2/04/05 | Standard Copies | | .20 |
| 2/04/05 | Standard Copies | | .10 |
| 2/04/05 | Standard Copies | | .60 |
| 2/04/05 | Standard Copies | | 1.60 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Description | Amount |
|------|-------------|--------|
| 2/04/05 | Standard Copies | 2.20 |
| 2/04/05 | Standard Copies | .50 |
| 2/04/05 | Standard Copies | .60 |
| 2/04/05 | Standard Copies | .10 |
| 2/04/05 | Standard Copies | 2.80 |
| 2/04/05 | Standard Copies | .80 |
| 2/04/05 | Standard Copies | .30 |
| 2/04/05 | Standard Copies | .10 |
| 2/04/05 | Standard Copies | .30 |
| 2/04/05 | Standard Copies | .50 |
| 2/04/05 | Standard Copies | .10 |
| 2/04/05 | Standard Copies | .10 |
| 2/04/05 | Standard Copies | .20 |
| 2/04/05 | Standard Copies | .40 |
| 2/04/05 | Standard Copies | .50 |
| 2/04/05 | Standard Copies | .10 |
| 2/04/05 | Standard Copies | .10 |
| 2/04/05 | Standard Copies | .10 |
| 2/04/05 | Standard Copies | .10 |
| 2/04/05 | Standard Copies | .10 |
| 2/04/05 | Standard Copies | .10 |
| 2/04/05 | Standard Copies | .50 |
| 2/04/05 | Standard Copies | 5.20 |
| 2/04/05 | Standard Copies | 1.80 |
| 2/04/05 | Postage | 3.85 |
| 2/04/05 | Fed Exp to:Clyde Wm. Matsui,HONOLULU,HI from:Melissa M. Dulac | 13.63 |
| 2/06/05 | Standard Copies | .20 |
| 2/06/05 | Standard Copies | .30 |
| 2/06/05 | Standard Copies | .60 |
| 2/06/05 | Standard Copies | 3.80 |
| 2/07/05 | Standard Copies | .10 |
| 2/07/05 | Standard Copies | 3.70 |
| 2/07/05 | Standard Copies | .60 |
| 2/07/05 | Standard Copies | .10 |
| 2/07/05 | Standard Copies | 1.10 |
| 2/07/05 | Standard Copies | .10 |
| 2/07/05 | Standard Copies | .10 |
| 2/07/05 | Standard Copies | .20 |
| 2/07/05 | Standard Copies | .20 |
| 2/07/05 | Standard Copies | .20 |
| 2/07/05 | Standard Copies | .30 |
| 2/07/05 | Standard Copies | .60 |
| 2/07/05 | Standard Copies | 3.80 |
| 2/07/05 | Standard Copies | .10 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Description | Amount |
|------|-------------|--------|
| 2/07/05 | Standard Copies | .10 |
| 2/07/05 | Standard Copies | .50 |
| 2/07/05 | Standard Copies | 5.20 |
| 2/07/05 | Standard Copies | 1.80 |
| 2/07/05 | Standard Copies | .20 |
| 2/07/05 | Standard Copies | .20 |
| 2/07/05 | Standard Copies | .10 |
| 2/07/05 | Standard Copies | .10 |
| 2/07/05 | Standard Copies | .20 |
| 2/07/05 | Standard Copies | .10 |
| 2/07/05 | Standard Copies | .60 |
| 2/07/05 | Standard Copies | 1.50 |
| 2/07/05 | Standard Copies | .30 |
| 2/07/05 | Standard Copies | 1.20 |
| 2/07/05 | Standard Copies | 2.10 |
| 2/07/05 | Standard Copies | 1.70 |
| 2/07/05 | Standard Copies | 2.30 |
| 2/07/05 | Standard Copies | 7.60 |
| 2/07/05 | Standard Copies | 8.40 |
| 2/07/05 | Standard Copies | 3.70 |
| 2/07/05 | Standard Copies | 7.30 |
| 2/07/05 | Standard Copies | .10 |
| 2/07/05 | Standard Copies | 1.60 |
| 2/07/05 | Standard Copies | 1.30 |
| 2/07/05 | Standard Copies | 1.60 |
| 2/07/05 | Standard Copies | .70 |
| 2/08/05 | Standard Copies | 5.60 |
| 2/08/05 | Standard Copies | 3.50 |
| 2/08/05 | Standard Copies | 1.40 |
| 2/08/05 | Standard Copies | .20 |
| 2/08/05 | Standard Copies | .80 |
| 2/08/05 | Standard Copies | 1.50 |
| 2/08/05 | Standard Copies | 2.60 |
| 2/08/05 | Standard Copies | .30 |
| 2/08/05 | Standard Copies | 1.50 |
| 2/08/05 | Standard Copies | 1.30 |
| 2/08/05 | Standard Copies | .10 |
| 2/08/05 | Standard Copies | .60 |
| 2/08/05 | Standard Copies | .40 |
| 2/08/05 | Standard Copies | .60 |
| 2/08/05 | Standard Copies | .60 |
| 2/08/05 | Standard Copies | .10 |
| 2/08/05 | Standard Copies | .10 |
| 2/08/05 | Standard Copies | .60 |
| 2/08/05 | Standard Copies | .30 |
| 2/08/05 | Standard Copies | .30 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Description | Amount |
|------|-------------|--------|
| 2/08/05 | Standard Copies | .30 |
| 2/08/05 | Standard Copies | .30 |
| 2/08/05 | Standard Copies | .30 |
| 2/08/05 | Standard Copies | .10 |
| 2/08/05 | Standard Copies | .10 |
| 2/08/05 | Standard Copies | .20 |
| 2/08/05 | Standard Copies | 3.70 |
| 2/08/05 | Standard Copies | .20 |
| 2/08/05 | Standard Copies | .10 |
| 2/08/05 | Standard Copies | .20 |
| 2/08/05 | Standard Copies | .20 |
| 2/08/05 | Standard Copies | .20 |
| 2/08/05 | Standard Copies | 1.40 |
| 2/08/05 | Standard Copies | .10 |
| 2/08/05 | Standard Copies | .30 |
| 2/08/05 | Standard Copies | 2.20 |
| 2/08/05 | Fed Exp to:Gene Kim,LOS ANGELES,CA from:Erin N. Brady | 16.60 |
| 2/08/05 | Fed Exp to:Kee W. Ha,LOS ANGELES,CA from:Erin N. Brady | 16.60 |
| 2/08/05 | Fed Exp to:Super 1 Hannam, Inc.,LOS ANGELES,CA from:Erin N. Brady | 16.60 |
| 2/08/05 | Fed Exp to:Kevin K. Haah,LOS ANGELES,CA from:Erin N. Brady | 6.60 |
| 2/09/05 | Standard Copies | .20 |
| 2/09/05 | Standard Copies | 1.00 |
| 2/09/05 | Standard Copies | 1.40 |
| 2/09/05 | Standard Copies | .70 |
| 2/09/05 | Standard Copies | .10 |
| 2/09/05 | Standard Copies | 1.40 |
| 2/09/05 | Standard Copies | .10 |
| 2/09/05 | Standard Copies | 1.30 |
| 2/09/05 | Standard Copies | .30 |
| 2/09/05 | Standard Copies | 11.00 |
| 2/09/05 | Standard Copies | .20 |
| 2/09/05 | Standard Copies | 1.80 |
| 2/10/05 | Standard Copies | .80 |
| 2/10/05 | Standard Copies | .10 |
| 2/10/05 | Standard Copies | 1.20 |
| 2/10/05 | Standard Copies | .40 |
| 2/10/05 | Standard Copies | .20 |
| 2/10/05 | Standard Copies | .30 |
| 2/10/05 | Standard Copies | 1.40 |
| 2/10/05 | Standard Copies | 1.20 |
| 2/10/05 | Standard Copies | 1.60 |
| 2/10/05 | Standard Copies | .50 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Description | Amount |
|------|-------------|--------|
| 2/10/05 | Standard Copies | .90 |
| 2/10/05 | Standard Copies | .80 |
| 2/10/05 | Standard Copies | 1.10 |
| 2/10/05 | Standard Copies | .20 |
| 2/10/05 | Standard Copies | 1.40 |
| 2/10/05 | Standard Copies | .10 |
| 2/10/05 | Standard Copies | 4.10 |
| 2/10/05 | Standard Copies | 4.10 |
| 2/10/05 | Standard Copies | .30 |
| 2/10/05 | Standard Copies | .40 |
| 2/10/05 | Standard Copies | .30 |
| 2/10/05 | Standard Copies | 23.40 |
| 2/10/05 | Standard Copies | .10 |
| 2/10/05 | Standard Copies | 1.40 |
| 2/10/05 | Standard Copies | .10 |
| 2/10/05 | Standard Copies | 1.40 |
| 2/10/05 | Standard Copies | .30 |
| 2/10/05 | Standard Copies | 1.30 |
| 2/10/05 | Standard Copies | 1.80 |
| 2/10/05 | Standard Copies | 5.80 |
| 2/10/05 | Standard Copies | 1.10 |
| 2/10/05 | Standard Copies | .10 |
| 2/10/05 | Standard Copies | .10 |
| 2/10/05 | Standard Copies | .10 |
| 2/10/05 | Standard Copies | .10 |
| 2/10/05 | Standard Copies | .10 |
| 2/10/05 | Standard Copies | .10 |
| 2/10/05 | Standard Copies | .10 |
| 2/10/05 | Standard Copies | .10 |
| 2/10/05 | Standard Copies | 5.20 |
| 2/10/05 | Standard Copies | 2.50 |
| 2/10/05 | Standard Copies | .70 |
| 2/11/05 | Standard Copies | 3.10 |
| 2/11/05 | Standard Copies | 5.10 |
| 2/11/05 | Standard Copies | .90 |
| 2/11/05 | Standard Copies | 1.30 |
| 2/11/05 | Standard Copies | 1.30 |
| 2/11/05 | Standard Copies | 2.30 |
| 2/11/05 | Standard Copies | 2.30 |
| 2/11/05 | Standard Copies | 2.30 |
| 2/11/05 | Standard Copies | .20 |
| 2/11/05 | Standard Copies | .30 |
| 2/11/05 | Standard Copies | .10 |
| 2/11/05 | Standard Copies | .10 |
| 2/11/05 | Standard Copies | .30 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Description | Amount |
|------|-------------|--------|
| 2/11/05 | Standard Copies | 1.00 |
| 2/11/05 | Standard Copies | 1.20 |
| 2/11/05 | Standard Copies | 2.70 |
| 2/11/05 | Standard Copies | 3.80 |
| 2/11/05 | Standard Copies | 7.50 |
| 2/11/05 | Standard Copies | .10 |
| 2/14/05 | Standard Copies | 5.70 |
| 2/14/05 | Standard Copies | 2.50 |
| 2/14/05 | Standard Copies | 3.80 |
| 2/14/05 | Standard Copies | 1.50 |
| 2/14/05 | Standard Copies | .10 |
| 2/14/05 | Standard Copies | .20 |
| 2/14/05 | Standard Copies | 1.40 |
| 2/14/05 | Standard Copies | .20 |
| 2/14/05 | Standard Copies | 1.30 |
| 2/14/05 | Standard Copies | 1.30 |
| 2/14/05 | Standard Copies | .10 |
| 2/14/05 | Standard Copies | .10 |
| 2/14/05 | Standard Copies | .20 |
| 2/14/05 | Standard Copies | .20 |
| 2/14/05 | Standard Copies | .20 |
| 2/14/05 | Standard Copies | .20 |
| 2/14/05 | Standard Copies | .10 |
| 2/14/05 | Standard Copies | 26.70 |
| 2/14/05 | Standard Copies | .10 |
| 2/14/05 | Standard Copies | 1.30 |
| 2/14/05 | Standard Copies | 1.30 |
| 2/14/05 | Standard Copies | 1.30 |
| 2/14/05 | Standard Copies | .30 |
| 2/14/05 | Standard Copies | 3.80 |
| 2/14/05 | Standard Copies | .20 |
| 2/14/05 | Standard Copies | .20 |
| 2/14/05 | Standard Copies | .30 |
| 2/15/05 | Telephone call to:   STATE OF,HI 808-535-5741 | .60 |
| 2/15/05 | Standard Copies | 1.30 |
| 2/15/05 | Standard Copies | 35.90 |
| 2/16/05 | Standard Copies | .20 |
| 2/17/05 | Telephone call to:   OAHU,HI 808-541-1330 | 1.20 |
| 2/17/05 | Standard Copies | .50 |
| 2/17/05 | Standard Copies | .50 |
| 2/17/05 | Standard Copies | 1.70 |
| 2/17/05 | Standard Copies | 1.30 |
| 2/17/05 | Standard Copies | .40 |
| 2/17/05 | Standard Copies | .90 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Description | Amount |
|------|-------------|--------|
| 2/17/05 | Standard Copies | 1.10 |
| 2/17/05 | Standard Copies | .80 |
| 2/17/05 | Standard Copies | 1.10 |
| 2/17/05 | Standard Copies | 1.00 |
| 2/17/05 | Standard Copies | .30 |
| 2/17/05 | Standard Copies | .30 |
| 2/17/05 | Standard Copies | .10 |
| 2/17/05 | Standard Copies | .10 |
| 2/17/05 | Standard Copies | .10 |
| 2/17/05 | Standard Copies | .30 |
| 2/17/05 | Standard Copies | .10 |
| 2/17/05 | Standard Copies | .10 |
| 2/17/05 | Standard Copies | .10 |
| 2/17/05 | Standard Copies | 2.70 |
| 2/17/05 | Standard Copies | .30 |
| 2/17/05 | Standard Copies | .50 |
| 2/17/05 | Standard Copies | .20 |
| 2/17/05 | Standard Copies | .30 |
| 2/17/05 | Standard Copies | .20 |
| 2/17/05 | Standard Copies | 7.00 |
| 2/17/05 | Standard Copies | .10 |
| 2/18/05 | Standard Copies | .20 |
| 2/18/05 | Standard Copies | 5.40 |
| 2/18/05 | Standard Copies | 7.00 |
| 2/18/05 | Standard Copies | .10 |
| 2/18/05 | Standard Copies | .10 |
| 2/18/05 | Standard Copies | .10 |
| 2/18/05 | Standard Copies | .10 |
| 2/18/05 | Standard Copies | 1.70 |
| 2/18/05 | Standard Copies | 1.30 |
| 2/18/05 | Standard Copies | 2.10 |
| 2/18/05 | Standard Copies | .60 |
| 2/18/05 | Standard Copies | .80 |
| 2/18/05 | Standard Copies | 1.30 |
| 2/18/05 | Standard Copies | 1.70 |
| 2/18/05 | Standard Copies | 1.80 |
| 2/18/05 | Standard Copies | 1.90 |
| 2/18/05 | Standard Copies | 2.10 |
| 2/18/05 | Standard Copies | .20 |
| 2/18/05 | Standard Copies | .50 |
| 2/18/05 | Standard Copies | .60 |
| 2/18/05 | Standard Copies | 1.60 |
| 2/18/05 | Standard Copies | 1.80 |
| 2/18/05 | Standard Copies | .90 |
| 2/18/05 | Standard Copies | 1.20 |
| 2/18/05 | Standard Copies | 2.00 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Description | Amount |
|------|-------------|--------|
| 2/18/05 | Standard Copies | .40 |
| 2/18/05 | Standard Copies | .20 |
| 2/18/05 | Standard Copies | .10 |
| 2/21/05 | Standard Copies | 1.40 |
| 2/21/05 | Standard Copies | .20 |
| 2/21/05 | Standard Copies | 1.40 |
| 2/21/05 | RIS LEGAL SERVICES INC d/b/a - Information Broker Doc/Svcs - Obtain docuements for Olivia Samad | 122.50 |
| 2/22/05 | Telephone call to: STATE OF HI 808-535-5741 | .60 |
| 2/22/05 | Standard Copies | 7.60 |
| 2/22/05 | Standard Copies | .40 |
| 2/22/05 | Standard Copies | .20 |
| 2/22/05 | Standard Copies | 1.50 |
| 2/22/05 | Standard Copies | .40 |
| 2/22/05 | Standard Copies | .30 |
| 2/22/05 | Standard Copies | .40 |
| 2/22/05 | Standard Copies | .10 |
| 2/22/05 | Standard Copies | .20 |
| 2/22/05 | Standard Copies | .20 |
| 2/22/05 | Standard Copies | .50 |
| 2/22/05 | Standard Copies | 1.80 |
| 2/22/05 | Standard Copies | 5.20 |
| 2/22/05 | Standard Copies | .20 |
| 2/22/05 | Standard Copies | .10 |
| 2/22/05 | Standard Copies | .10 |
| 2/22/05 | Standard Copies | .10 |
| 2/22/05 | Standard Copies | .30 |
| 2/22/05 | Standard Copies | .10 |
| 2/22/05 | Standard Copies | .50 |
| 2/22/05 | Standard Copies | .10 |
| 2/22/05 | Standard Copies | .10 |
| 2/22/05 | Standard Copies | .10 |
| 2/22/05 | Standard Copies | .20 |
| 2/22/05 | Standard Copies | .20 |
| 2/22/05 | Standard Copies | .20 |
| 2/22/05 | Standard Copies | .20 |
| 2/22/05 | Standard Copies | .20 |
| 2/22/05 | Standard Copies | .30 |
| 2/23/05 | Standard Copies | .20 |
| 2/23/05 | Standard Copies | .10 |
| 2/23/05 | Standard Copies | .40 |
| 2/23/05 | Standard Copies | .40 |
| 2/23/05 | Standard Copies | .10 |
| 2/23/05 | Standard Copies | .10 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Description | Amount |
|------|-------------|--------|
| 2/23/05 | Standard Copies | .10 |
| 2/23/05 | Standard Copies | .60 |
| 2/23/05 | Standard Copies | .30 |
| 2/23/05 | Standard Copies | .10 |
| 2/23/05 | Standard Copies | .80 |
| 2/23/05 | Standard Copies | .30 |
| 2/23/05 | Standard Copies | .10 |
| 2/23/05 | Standard Copies | .30 |
| 2/23/05 | Standard Copies | .90 |
| 2/23/05 | Standard Copies | 1.30 |
| 2/23/05 | Standard Copies | .10 |
| 2/23/05 | Standard Copies | .10 |
| 2/23/05 | Standard Copies | .20 |
| 2/23/05 | Standard Copies | .20 |
| 2/24/05 | Telephone call to:  STATE OF HI 808-535-5741 | 2.00 |
| 2/24/05 | Standard Copies | .10 |
| 2/24/05 | Standard Copies | .10 |
| 2/24/05 | Standard Copies | .30 |
| 2/24/05 | Standard Copies | .50 |
| 2/24/05 | Standard Copies | .20 |
| 2/24/05 | Standard Copies | .30 |
| 2/24/05 | Standard Copies | .20 |
| 2/24/05 | Standard Copies | 4.00 |
| 2/24/05 | Standard Copies | .20 |
| 2/24/05 | Standard Copies | .70 |
| 2/24/05 | Standard Copies | .30 |
| 2/24/05 | Standard Copies | .60 |
| 2/24/05 | Standard Copies | .20 |
| 2/24/05 | Standard Copies | .30 |
| 2/24/05 | Standard Copies | .10 |
| 2/24/05 | Standard Copies | .30 |
| 2/24/05 | Standard Copies | .20 |
| 2/24/05 | Standard Copies | .10 |
| 2/24/05 | Standard Copies | .20 |
| 2/24/05 | Standard Copies | .20 |
| 2/24/05 | Standard Copies | .50 |
| 2/24/05 | Standard Copies | .50 |
| 2/24/05 | Standard Copies | .50 |
| 2/24/05 | Standard Copies | .60 |
| 2/24/05 | Standard Copies | .30 |
| 2/24/05 | Standard Copies | .20 |
| 2/24/05 | Standard Copies | 28.20 |
| 2/24/05 | Standard Copies | 9.10 |
| 2/24/05 | Standard Copies | .20 |
| 2/24/05 | Standard Copies | .40 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|------|------|------|
| 2/24/05 | Standard Copies | .10 |
| 2/24/05 | Standard Copies | .40 |
| 2/24/05 | Standard Copies | .40 |
| 2/24/05 | Standard Copies | .50 |
| 2/24/05 | Standard Copies | .40 |
| 2/24/05 | Standard Copies | .50 |
| 2/24/05 | Standard Copies | .20 |
| 2/24/05 | Standard Copies | .10 |
| 2/24/05 | Standard Copies | .30 |
| 2/24/05 | Standard Copies | .30 |
| 2/24/05 | Standard Copies | .50 |
| 2/24/05 | Standard Copies | 1.90 |
| 2/24/05 | Standard Copies | 14.40 |
| 2/24/05 | Standard Copies | .20 |
| 2/24/05 | Standard Copies | 1.40 |
| 2/24/05 | Standard Copies | 1.80 |
| 2/24/05 | Standard Copies | 2.60 |
| 2/24/05 | Standard Copies | .80 |
| 2/24/05 | Standard Copies | .80 |
| 2/24/05 | Standard Copies | 3.50 |
| 2/24/05 | Standard Copies | .60 |
| 2/24/05 | Standard Copies | .80 |
| 2/24/05 | Standard Copies | .80 |
| 2/24/05 | Standard Copies | .90 |
| 2/24/05 | Standard Copies | 1.60 |
| 2/25/05 | Fax page charge to 202-349-2215 | 3.75 |
| 2/25/05 | Fax page charge to 202-349-2215 | 3.75 |
| 2/25/05 | Standard Copies | .60 |
| 2/25/05 | Standard Copies | 1.50 |
| 2/25/05 | Standard Copies | 1.60 |
| 2/25/05 | Standard Copies | .50 |
| 2/25/05 | Standard Copies | .40 |
| 2/25/05 | Standard Copies | 1.00 |
| 2/25/05 | Standard Copies | .10 |
| 2/25/05 | Standard Copies | .40 |
| 2/25/05 | Standard Copies | .40 |
| 2/25/05 | Standard Copies | .20 |
| 2/25/05 | Standard Copies | 1.20 |
| 2/25/05 | Standard Copies | 1.30 |
| 2/25/05 | Standard Copies | .10 |
| 2/25/05 | Standard Copies | 1.50 |
| 2/25/05 | Standard Copies | .10 |
| 2/25/05 | Standard Copies | .10 |
| 2/25/05 | Standard Copies | .40 |
| 2/25/05 | Standard Copies | .10 |
| 2/25/05 | Standard Copies | .20 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Description | Amount |
|------|-------------|--------|
| 2/25/05 | Standard Copies | .20 |
| 2/25/05 | Standard Copies | .20 |
| 2/25/05 | Standard Copies | .40 |
| 2/25/05 | Standard Copies | .40 |
| 2/25/05 | Standard Copies | .80 |
| 2/25/05 | Standard Copies | .40 |
| 2/25/05 | Standard Copies | .30 |
| 2/25/05 | Standard Copies | .20 |
| 2/25/05 | Standard Copies | .50 |
| 2/25/05 | Standard Copies | .10 |
| 2/25/05 | Standard Copies | .10 |
| 2/25/05 | Standard Copies | .50 |
| 2/25/05 | Standard Copies | .30 |
| 2/25/05 | Standard Copies | .20 |
| 2/25/05 | Standard Copies | .50 |
| 2/25/05 | Standard Copies | .40 |
| 2/25/05 | Standard Copies | .80 |
| 2/25/05 | Standard Copies | .10 |
| 2/25/05 | Standard Copies | .80 |
| 2/25/05 | Standard Copies | .40 |
| 2/25/05 | Standard Copies | .10 |
| 2/25/05 | Standard Copies | .40 |
| 2/25/05 | Standard Copies | .50 |
| 2/25/05 | Standard Copies | .50 |
| 2/25/05 | Standard Copies | .50 |
| 2/25/05 | Standard Copies | .20 |
| 2/25/05 | Standard Copies | .50 |
| 2/25/05 | Standard Copies | .10 |
| 2/25/05 | Standard Copies | .30 |
| 2/25/05 | Standard Copies | .20 |
| 2/25/05 | Standard Copies | 1.30 |
| 2/25/05 | Standard Copies | .50 |
| 2/25/05 | Standard Copies | .50 |
| 2/25/05 | Standard Copies | .30 |
| 2/25/05 | Standard Copies | .10 |
| 2/25/05 | Standard Copies | .20 |
| 2/25/05 | Standard Copies | .20 |
| 2/25/05 | Standard Copies | 1.50 |
| 2/25/05 | Standard Copies | 1.00 |
| 2/25/05 | Standard Copies | .70 |
| 2/25/05 | Standard Copies | .50 |
| 2/25/05 | Standard Copies | .10 |
| 2/25/05 | Standard Copies | .20 |
| 2/25/05 | Standard Copies | 1.40 |
| 2/25/05 | Standard Copies | .70 |
| 2/26/05 | Standard Copies | .50 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Description | Amount |
|------|-------------|--------|
| 2/27/05 | Standard Copies | .60 |
| 2/27/05 | Standard Copies | 1.00 |
| 2/27/05 | Standard Copies | 1.00 |
| 2/27/05 | R. Samad, Overtime Meal-Attorney, Los Angeles, 02/27/05, (Overtime Meals) | 22.49 |
| 2/28/05 | Fax phone charge to 808-599-2979 | 1.80 |
| 2/28/05 | Fax phone charge to 808-599-2979 | 1.00 |
| 2/28/05 | Fax page charge to 808-599-2979 | 24.75 |
| 2/28/05 | Fax page charge to 808-599-2979 | 12.00 |
| 2/28/05 | Standard Copies | 1.00 |
| 2/28/05 | Standard Copies | 1.00 |
| 2/28/05 | Standard Copies | .90 |
| 2/28/05 | Standard Copies | .90 |
| 2/28/05 | Standard Copies | .80 |
| 2/28/05 | Standard Copies | 1.50 |
| 2/28/05 | Standard Copies | 1.80 |
| 2/28/05 | Standard Copies | 3.50 |
| 2/28/05 | Standard Copies | 1.70 |
| 2/28/05 | Standard Copies | .90 |
| 2/28/05 | Standard Copies | .90 |
| 2/28/05 | Standard Copies | .50 |
| 2/28/05 | Standard Copies | .10 |
| 2/28/05 | Standard Copies | .70 |
| 2/28/05 | Standard Copies | .50 |
| 2/28/05 | Standard Copies | .30 |
| 2/28/05 | Standard Copies | .50 |
| 2/28/05 | Standard Copies | .10 |
| 2/28/05 | Standard Copies | 1.00 |
| 2/28/05 | Standard Copies | 1.00 |
| 2/28/05 | Standard Copies | .40 |
| 2/28/05 | Standard Copies | .10 |
| 2/28/05 | Standard Copies | 5.40 |
| 2/28/05 | Standard Copies | .50 |
| 2/28/05 | Standard Copies | .90 |
| 2/28/05 | Standard Copies | .40 |
| 2/28/05 | Standard Copies | 5.40 |
| 2/28/05 | Standard Copies | .70 |
| 2/28/05 | Standard Copies | .70 |
| 2/28/05 | Standard Copies | .40 |
| 2/28/05 | Standard Copies | .10 |
| 2/28/05 | Standard Copies | 1.00 |
| 2/28/05 | Standard Copies | .70 |
| 2/28/05 | Standard Copies | .70 |
| 2/28/05 | Standard Copies | .70 |
| 2/28/05 | Standard Copies | .50 |
| 2/28/05 | Standard Copies | 1.00 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2005
March 21, 2005

| Date | Description | Amount |
|------|-------------|--------|
| 2/28/05 | Standard Copies | .10 |
| 2/28/05 | Standard Copies | .10 |
| 2/28/05 | Standard Copies | .50 |
| 2/28/05 | Standard Copies | .10 |
| 2/28/05 | Standard Copies | .10 |
| 2/28/05 | Standard Copies | .20 |
| 2/28/05 | Standard Copies | .20 |
| 2/28/05 | Standard Copies | .20 |
| 2/28/05 | Standard Copies | .20 |
| | Scanned Images | 109.05 |
| 2/28/05 | R. Samad, Overtime Meal-Attorney, Los Angeles, 02/28/05, (Overtime Meals) | 18.98 |
| | Total Expenses | $ 2,668.90 |