KOBAYASHI, SUGITA & GODA
LEX R. SMITH            3485-0
THOMAS H. YEE        7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No.  (808) 539-8799
Email: lrs@ksglaw.com

KIRKLAND & ELLIS LLP
Michael E. Baumann (CA Bar No. 145830)
Damian D. Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email: mbaumann@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; ) | CIVIL NO. CV03-00385 SOM-LEK |
| ) | (Copyright) |
| ) | |
| Plaintiff, ) | |
| ) | **DECLARATION OF DAMIAN D.** |
| vs. ) | **CAPOZZOLA IN SUPPORT OF** |
| ) | **DEFENDANT PCT'S MOTION FOR** |
| ) | **ATTORNEYS' FEES AND COSTS** |
| HAWAIIAN EXPRESS SERVICE, ) | PART 11 |
| ) | |
| (Caption Continued) ) | Judge:       Hon. Susan O. Mollway |