**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

777 S. Figueroa Street, Suite 3700
Los Angeles, California 90017

FEIN 36-1326630

July 14, 2005

Post Confirmation Trust for
Fleming Companies, Inc.
5801 N. Broadway Ext Ste 100
Oklahoma City, OK  73118

ATTN:  Steve Eaton

Invoice # 2935438

---

IN THE MATTER OF      **Berry, Wayne Litigation**
                      **File No. 41445-0006**


For legal services rendered through June 30, 2005
(see attached Description of Legal Services for detail)      $   150,470.00

Less: Courtesy Discount                                     -$    12,660.00

Adjusted legal services                                      $   137,810.00

For disbursements incurred through June 30, 2005
(see attached Description of Expenses for detail)            $    14,809.58

Total for legal services rendered and expenses incurred      $   152,619.58

Post Confirmation Trust for
Legal Services for the Period Ending June 30, 2005
July 14, 2005

## Summary of Hours Billed

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Damian D Capozzola | 125.75 | 480.00 | 60,360.00 |
| Eric C Liebeler | 65.00 | 575.00 | 37,375.00 |
| Romana O Samad | 26.50 | 295.00 | 7,817.50 |
| Allison Mayo Andrews | 42.00 | 195.00 | 8,190.00 |
| Neal F San Diego | 196.00 | 110.00 | 21,560.00 |
| Edgar I Yep | 14.75 | 170.00 | 2,507.50 |
| **Total** | 470.00 | | $ 137,810.00 |

Post Confirmation Trust for
Legal Services for the Period Ending June 30, 2005
July 14, 2005

## Description of Legal Services

| Date | Hours | Name | Description |
|---|---|---|---|
| 6/01/05 | 3.25 | Edgar I Yep | Research, compile documents and prepare exhibits for upcoming court filing. |
| 6/01/05 | 9.25 | Allison Mayo Andrews | Assist attorneys with preparation of opposition to motion for summary judgment and supporting documents re same; review and process incoming case documents. |
| 6/01/05 | 7.50 | Romana O Samad | Work on summary judgment motion. |
| 6/01/05 | 14.50 | Neal F San Diego | Assist in preparation of motion for summary judgment and exhibits. |
| 6/01/05 | 12.25 | Damian D Capozzola | Communications and analysis re expert issues; review and revise summary judgment papers; compile and prepare exhibits. |
| 6/02/05 | 5.00 | Edgar I Yep | Review, search and identify exhibits for Summary Judgment motion; other research projects per O. Samad and D. Capozzola re same. |
| 6/02/05 | 5.50 | Allison Mayo Andrews | Assist attorneys with preparation of opposition to motion for summary judgment and support documents. |
| 6/02/05 | 9.50 | Romana O Samad | Finalize summary judgment motion, cite check, and work with A. Lopez to get it filed. |
| 6/02/05 | 15.50 | Neal F San Diego | Assist in preparation and filing of motion for summary judgment with exhibits. |
| 6/02/05 | 14.00 | Damian D Capozzola | Review and revise summary judgment brief and prepare exhibits and declarations; communications re filing; communications with M. Walker; communications with T. Hogan; communications with B. Dechter. |

Post Confirmation Trust for
Legal Services for the Period Ending June 30, 2005
July 14, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| 6/02/05 | 7.75 | Eric C Liebeler | Edit summary judgment motion and evidentiary objections. |
| 6/03/05 | 1.50 | Edgar I Yep | Prepare and send via electronic mail documents re Professor Johnson. |
| 6/03/05 | 3.50 | Neal F San Diego | Obtain and organize complete set of documents into binders for use by attorneys re motion for summary judgment with exhibits. |
| 6/03/05 | 7.50 | Neal F San Diego | Analyze and obtain documents re expert M. Walker for production. |
| 6/03/05 | 3.50 | Damian D Capozzola | Communications and analysis re defendants' summary judgment filings; communications with B. Dechter and analysis re expert issues. |
| 6/03/05 | 2.00 | Eric C Liebeler | Review co-defense counsel's motions for summary judgment; review and respond to Berry correspondence. |
| 6/05/05 | 1.25 | Damian D Capozzola | Communications with L. Smith and B. Dechter re expert report; review and revise same. |
| 6/06/05 | 4.00 | Allison Mayo Andrews | Review, process and collate incoming case documents; analyze and prepare summary judgment documents for attorney review and use; analyze case documents re asset purchase agreement re Fleming & C&S; prepare for attorney review and use. |
| 6/06/05 | 9.00 | Neal F San Diego | Organize and prepare a complete set of documents filed by all parties for use by attorneys re motion for summary judgment. |
| 6/06/05 | 2.50 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 6/06/05 | 4.25 | Damian D Capozzola | Communications and analysis re B. Dechter expert report, case management and strategy issues, summary judgment filings, and J. Kinrich expert report; |

Page    4

Post Confirmation Trust for
Legal Services for the Period Ending June 30, 2005
July 14, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
|  |  |  | communications with M. Walker re software files. |
| 6/06/05 | 1.25 | Eric C Liebeler | Review correspondence from T. Hogan; discuss reply with L. Smith; review R. Dechter expert report. |
| 6/07/05 | 2.00 | Allison Mayo Andrews | Review, process and collate incoming case documents. |
| 6/07/05 | 2.00 | Romana O Samad | Revise concise statement of facts; work with co-counsel for filing amendment. |
| 6/07/05 | 7.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.5); index correspondence with attachments into Lotus notes database (6.0). |
| 6/08/05 | 1.75 | Allison Mayo Andrews | Review, process and collate incoming case documents; process incoming deposition transcripts; analyze and prepare case documents for attorney review and use. |
| 6/08/05 | 2.00 | Romana O Samad | Help prepare for upcoming expert depositions. |
| 6/08/05 | 6.75 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 6/08/05 | 8.00 | Damian D Capozzola | Review and analysis of T. Ueno report and prepare for telephone conferences with J. Kinrich, K. Gold, and L. Smith re same; communications and analysis re case management issues; review M. Walker documents and communications re production issues; draft letter to C. Matsui. |
| 6/09/05 | 1.50 | Allison Mayo Andrews | Review, process and collate incoming case documents. |
| 6/09/05 | 1.00 | Romana O Samad | Make all arrangements for filing on Monday and responding to opposition. |
| 6/09/05 | 7.00 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (2.0); index |

Post Confirmation Trust for
Legal Services for the Period Ending June 30, 2005
July 14, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| | | | correspondence with attachments into Lotus notes database (5.0). |
| 6/09/05 | 5.00 | Damian D Capozzola | Review M. Walker documents and prepare for production; communications and analysis re case management and strategy issues; draft and revise letter to send to C. Matsui re discovery issues; review summary judgment briefing and select cases for E. Liebeler binder; communications with K. Gold; communications re APS claim; communications re Berry summary judgment reply papers. |
| 6/10/05 | 3.00 | Allison Mayo Andrews | Review, process and collate incoming case documents; assist with preparation of summary judgment binders for attorney use. |
| 6/10/05 | .25 | Romana O Samad | Coordinate filing and reply with D. Capozzola and co-counsel; receive, review and analyze opposition. |
| 6/10/05 | 7.00 | Neal F San Diego | Organize documents for use by attorneys and expert M. Walker re Berry's response to motion for summary judgment. |
| 6/10/05 | 2.50 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 6/10/05 | 8.00 | Damian D Capozzola | Review Berry summary judgment reply papers and draft surreply; communications with M. Walker and team members re same. |
| 6/11/05 | .25 | Romana O Samad | Review and analyze and provide comments for outline of our response to Berry?s Opposition. |
| 6/11/05 | 7.25 | Damian D Capozzola | Review and analyze Berry summary judgment papers; draft surreply outline and evidentiary objections; communications with M. Walker and team members re same. |

Post Confirmation Trust for
Legal Services for the Period Ending June 30, 2005
July 14, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| 6/12/05 | 2.00 | Damian D Capozzola | Communications with M. Walker re draft expert report; review and revise same. |
| 6/13/05 | 4.00 | Allison Mayo Andrews | Review, process and collate incoming case documents; prepare case documents for attorney review and use. |
| 6/13/05 | 10.00 | Neal F San Diego | Analyze and prepare correspondence and pleadings with attachments for indexing (2.0); indexing correspondence and pleadings with attachments into case management database (8.0). |
| 6/13/05 | 10.50 | Damian D Capozzola | Review and revise summary judgment reply papers; communications with M. Walker and L. Smith re M. Walker re supplemental expert report; communications with K. Gold re financial expert report; research re de minimis doctrine; communications and analysis re HEX good faith settlement issues. |
| 6/14/05 | 2.50 | Romana O Samad | Review and analyze motions re summary judgment and discovery rulings. |
| 6/14/05 | 7.50 | Neal F San Diego | Indexing correspondence with attachments into Lotus notes database. |
| 6/14/05 | 7.25 | Damian D Capozzola | Communications and analysis re Walker expert report and summary judgment reply papers; communications with E. Liebeler and review and revise same; analysis of Newton v. Diamond case; communications with J. Kinrich, K. Gold, and L. Smith re Kinrich expert report; review and revise same; communications and analysis re case management and scheduling issues; review M. Dillon affidavit and communications re same. |
| 6/14/05 | 4.00 | Eric C Liebeler | Edit summary judgment reply. |
| 6/15/05 | 8.50 | Neal F San Diego | Organize and obtain documents for use by attorneys to upcoming trial re summary judgment. |

Post Confirmation Trust for
Legal Services for the Period Ending June 30, 2005
July 14, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| 6/15/05 | 6.00 | Neal F San Diego | Indexing correspondence with attachments into case management database. |
| 6/15/05 | 7.75 | Damian D Capozzola | Review and revise reply brief filing and related papers and communications with team members and M. Walker re same; prepare for and participate in conference call with J. Kinrich, K. Gold, and L. Smith; communications and analysis re hearing preparations. |
| 6/16/05 | 5.00 | Edgar I Yep | Compile and prepare documents for upcoming Summary Judgment hearing. |
| 6/16/05 | 6.00 | Allison Mayo Andrews | Review, process and collate incoming case documents; prepare hearing binders for MSJ hearing; coordination for preparation of demonstrative exhibits. |
| 6/16/05 | 14.75 | Neal F San Diego | Organize and obtain documents for use by attorneys to the upcoming trial re summary judgment for Berry. |
| 6/16/05 | 7.75 | Damian D Capozzola | Communications and analysis re case management and strategy issues re Berry matter, and revise case calendar; prepare for and participate in telephone conference with J. Kinrich re expert report; communications with L. Smith and M. Walker re software, hearing argument, and demonstrative exhibit issues; communications with Ninth Circuit clerk and T. Hogan re appellate briefing issues; review parties' briefing materials and prepare for summary judgment hearing. |
| 6/16/05 | 5.50 | Eric C Liebeler | Analyze Dillon queries and break down Berry's claims; analyze registration claims and arguments; gather documents for summary judgment hearing; review Walker supplemental report; review other parties' reply pleadings on summary judgment. |

Post Confirmation Trust for
Legal Services for the Period Ending June 30, 2005
July 14, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| 6/17/05 | 1.00 | Allison Mayo Andrews | Review and collate incoming case documents; telephone to and from copy vendors in HI to coordinate preparation of demonstrative exhibits. |
| 6/17/05 | 1.50 | Damian D Capozzola | Travel time when unable to work (.75); draft discovery re trade secret issues; review and analysis of Judge Mollway's inclinations and communications with team members re same. |
| 6/17/05 | 2.25 | Damian D Capozzola | Communications and analysis re Berry summary judgment hearing and related preparations; conference call with L. Smith and M. Walker re exhibits; travel time when unable to work (.75). |
| 6/17/05 | 13.00 | Eric C Liebeler | Prepare for summary judgment hearing; travel to Honolulu. |
| 6/18/05 | .50 | Romana O Samad | Read and review J. Mollway?s inclination in preparation for summary judgment hearing on Monday. |
| 6/18/05 | .50 | Damian D Capozzola | Communications and analysis with team members re Judge Mollway's inclinations and summary judgment hearing strategies. |
| 6/18/05 | 7.00 | Eric C Liebeler | Prepare for summary judgment hearing. |
| 6/19/05 | 6.00 | Damian D Capozzola | Participate in meetings and preparations for Berry summary judgment hearing. |
| 6/19/05 | 6.50 | Eric C Liebeler | Prepare for summary judgment hearing. |
| 6/20/05 | 4.25 | Damian D Capozzola | Prepare for and participate in Berry summary judgment hearing; communications with team members and analysis re follow-up issues stemming from hearing. |
| 6/20/05 | 6.75 | Eric C Liebeler | Prepare for and conduct summary judgment hearing. |
| 6/21/05 | 7.50 | Neal F San Diego | Index correspondence with attachments |

Post Confirmation Trust for
Legal Services for the Period Ending June 30, 2005
July 14, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| | | | into case management database. |
| 6/21/05 | 1.00 | Damian D Capozzola | Communications and analysis re Berry case management and strategy issues; communications re expert billing issues. |
| 6/21/05 | 6.00 | Eric C Liebeler | Return to Los Angeles. |
| 6/22/05 | 1.00 | Allison Mayo Andrews | Prepare case material re Ueno and Kinrich for attorney review and use. |
| 6/22/05 | 9.50 | Neal F San Diego | Analyze and prepare correspondence and pleadings for indexing (2.5); index correspondence and pleadings with attachments into case management database (7.0). |
| 6/22/05 | 5.25 | Damian D Capozzola | Communications and analysis re case management and strategy issues; communications re expert billing issues; communications with T. Hogan re expert discovery issues; communications re Guidance DVD and M. Walker review re same; review T. Ueno deposition transcripts from other matters and prepare deposition outline. |
| 6/22/05 | 1.75 | Eric C Liebeler | Work on deposition scheduling; discuss results of hearing with R. Wynne, client. |
| 6/23/05 | 5.00 | Neal F San Diego | Prepare and organize documents re T. Ueno's expert report, footnoted materials, exhibits, depositions and trial transcripts for use by E. Liebeler. |
| 6/23/05 | 4.50 | Neal F San Diego | Index correspondence with attachments into Lotus notes database. |
| 6/23/05 | 2.50 | Damian D Capozzola | Communications and analysis re case management and strategy issues; analysis of calendar and communications re same; review Ueno deposition materials and Ueno and Kinrich reports, and prepare deposition preparation |

Post Confirmation Trust for
Legal Services for the Period Ending June 30, 2005
July 14, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| | | | materials re same. |
| 6/23/05 | .75 | Damian D Capozzola | Review and revise Ueno deposition outline and communications with team members re Ueno issues. |
| 6/24/05 | 1.00 | Allison Mayo Andrews | Review, process and collate incoming case documents; prepare 9th cir brief and excerpts to transmit to co-counsel. |
| 6/24/05 | 5.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.5); index correspondence with attachments into case management database (4.0). |
| 6/24/05 | 1.75 | Eric C Liebeler | Analyze prospects of Sun Square summary judgment. |
| 6/25/05 | .50 | Damian D Capozzola | Communications and analysis re case management and strategy issues. |
| 6/27/05 | 1.00 | Allison Mayo Andrews | Review, process and collate incoming case documents; review T. Ueno depositions; prepare for attorney review and use. |
| 6/27/05 | 6.50 | Neal F San Diego | Index correspondence and pleadings with attachments into Lotus notes database. |
| 6/27/05 | 1.00 | Neal F San Diego | Obtain documents to supplement E. Liebeler's binder re T. Ueno, for his review. |
| 6/27/05 | .25 | Damian D Capozzola | Communications re and analysis of case management and strategy issues. |
| 6/28/05 | 9.50 | Neal F San Diego | Analyze and prepare correspondence and pleadings with attachments for indexing (2.0); index correspondence and pleadings with attachments into case management database (7.5). |
| 6/28/05 | .50 | Damian D Capozzola | Communications re and analysis of case management and strategy issues and summary judgment order. |
| 6/29/05 | 1.00 | Allison Mayo Andrews | Review, process and collate incoming |

Post Confirmation Trust for
Legal Services for the Period Ending June 30, 2005
July 14, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| | | | case documents. |
| 6/29/05 | 1.00 | Romana O Samad | Review and analyze summary judgment order, discuss ramifications in bankruptcy court for administrative claim with S. Cho; correspond with Marty Walker, our expert, re summary judgment order. |
| 6/29/05 | 9.50 | Neal F San Diego | Index correspondence with attachments into case management database (7.0); image correspondence with attachments into database (2.5). |
| 6/29/05 | 1.25 | Damian D Capozzola | Analysis and communications re summary judgment order and case management and strategy issues |
| 6/29/05 | 1.75 | Eric C Liebeler | Discuss claim objections with S. Cho; review correspondence; analyze summary judgment order. |
| 6/30/05 | 7.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.5); index correspondence with attachments into case management database (6.0). |
| 6/30/05 | .50 | Damian D Capozzola | Communications and analysis of case management and strategy issues. |
| | 470.00 | | TOTAL HOURS |

Post Confirmation Trust for
Legal Services for the Period Ending June 30, 2005
July 14, 2005

## Description of Expenses

| Date | Description | Amount |
|---|---|---|
| 3/21/05 | CD-ROM Duplicates | 30.00 |
| 3/23/05 | CD-ROM Duplicates | 30.00 |
| 3/28/05 | CD-ROM Duplicates | 30.00 |
|  | Binding | 19.25 |
| 4/13/05 | CD-ROM Duplicates | 30.00 |
| 4/15/05 | CD-ROM Duplicates | 30.00 |
| 4/15/05 | CD-ROM Duplicates | 30.00 |
| 5/01/05 | DESOTO CAB COOPERATIVE, INC. - Local Transportation - 05/27/05 | 10.35 |
| 5/01/05 | DESOTO CAB COOPERATIVE, INC. - Local Transportation - 05/27/05 | 10.35 |
| 5/03/05 | West Publishing-TP,Database Usage  5.05 | 113.66 |
| 5/04/05 | West Publishing-TP,Database Usage  5.05 | 45.19 |
| 5/05/05 | West Publishing-TP,Database Usage  5.05 | 74.73 |
| 5/06/05 | CD-ROM Duplicates | 45.00 |
| 5/09/05 | West Publishing-TP,Database Usage  5.05 | 64.60 |
| 5/10/05 | West Publishing-TP,Database Usage  5.05 | 2.09 |
| 5/13/05 | West Publishing-TP,Database Usage  5.05 | 2.30 |
| 5/14/05 | West Publishing-TP,Database Usage  5.05 | 39.73 |
| 5/16/05 | West Publishing-TP,Database Usage  5.05 | 28.09 |
| 5/16/05 | West Publishing-TP,Database Usage  5.05 | 141.59 |
|  | Tabs/Indexes/Dividers | 36.00 |
| 5/17/05 | West Publishing-TP,Database Usage  5.05 | 44.69 |
| 5/17/05 | West Publishing-TP,Database Usage  5.05 | 72.30 |
| 5/17/05 | West Publishing-TP,Database Usage  5.05 | 355.42 |
| 5/18/05 | West Publishing-TP,Database Usage  5.05 | 3.44 |
| 5/18/05 | West Publishing-TP,Database Usage  5.05 | 142.85 |
| 5/24/05 | West Publishing-TP,Database Usage  5.05 | .95 |
| 5/24/05 | West Publishing-TP,Database Usage  5.05 | 15.17 |
| 5/25/05 | West Publishing-TP,Database Usage  5.05 | 6.78 |
| 5/25/05 | West Publishing-TP,Database Usage  5.05 | 25.20 |
| 5/25/05 | West Publishing-TP,Database Usage  5.05 | 57.73 |
| 5/25/05 | West Publishing-TP,Database Usage  5.05 | 42.63 |
| 5/26/05 | West Publishing-TP,Database Usage  5.05 | 4.53 |
| 5/26/05 | West Publishing-TP,Database Usage  5.05 | 9.11 |
| 5/26/05 | West Publishing-TP,Database Usage  5.05 | 23.88 |
| 5/30/05 | West Publishing-TP,Database Usage  5.05 | 60.33 |
| 5/31/05 | Information Broker Doc/Svcs, IEE Enterprise License charges through May 2005 | 70.00 |
| 6/01/05 | Fax page charge to 011-33490563112 | .75 |
| 6/01/05 | Fed Exp to:Marty Walker,REDWOOD CITY,CA from:Neal San Diego | 16.58 |

Post Confirmation Trust for
Legal Services for the Period Ending June 30, 2005
July 14, 2005

| Date | Description | Amount |
|---|---|---:|
| 6/01/05 | Damian Capozzola, Working Group Meal/K&E Only, Los Angeles, CA, 06/01/05, (Overtime Meals) | 29.49 |
| 6/02/05 | Fed Exp to:Marty Walker,REDWOOD CITY,CA from:Neal San Diego | 37.86 |
| 6/02/05 | Overtime Meals     Dora J Silva | 9.00 |
| 6/02/05 | Overtime Meals     Neal F San Diego | 9.00 |
| 6/02/05 | Dora J Silva - SECRETARY SUPPORT | 125.52 |
| 6/02/05 | Dora J Silva - SECRETARY SUPPORT | 50.21 |
| 6/03/05 | FEDERAL EXPRESS CORPORATION - Overnight Delivery- 05/27/05 - From: W. Adams / To: T. Hogan | 13.38 |
| 6/03/05 | Overtime Meals     Neal F San Diego | 9.00 |
| 6/06/05 | Telephone call to:  STATE OF,HI 808-535-5711 | 1.40 |
| 6/06/05 | Telephone call to:  CHINA 011-862162568888 | 1.00 |
| 6/06/05 | Telephone call to:  HONG KONG 011-85225220111 | 2.00 |
| 6/06/05 | Telephone call to:  S SAN,CA 650-587-1852 | .80 |
| 6/06/05 | Telephone call to:  STATE OF,HI 808-535-5711 | .80 |
| 6/06/05 | Telephone call to:  HONG KONG 011-85225220111 | 2.00 |
| 6/06/05 | Overtime Meals     Neal F San Diego | 9.00 |
| 6/08/05 | Telephone call to:  CHINA 011-8641182525000 | 1.00 |
| 6/08/05 | Telephone call to:  CHINA 011-8641182525000 | .50 |
| 6/08/05 | Telephone call to:  STATE OF,HI 808-535-5711 | 1.80 |
| 6/08/05 | Telephone call to:  STATE OF,HI 808-535-5711 | 1.80 |
| 6/08/05 | Damian Capozzola, Airfare, Honolulu, HI, 06/17/05 to 06/21/05, (Court Hearing) | 549.90 |
| 6/09/05 | Damian Capozzola, Cellular Service, Cingular, 5/9/05-6/8/05, 06/09/05, (Telephone Charges) | 12.92 |
| 6/09/05 | Fax phone charge to 702-777-6565 | 1.60 |
| 6/09/05 | Fax phone charge to 702-777-2360 | 1.60 |
| 6/09/05 | Fax page charge to 702-777-6565 | 21.75 |
| 6/09/05 | Fax page charge to 702-777-2360 | 21.75 |
| 6/09/05 | Fed Exp to:Timothy Hogan,HONOLULU,HI from:Neal San Diego | 30.61 |
| 6/09/05 | Fed Exp to:Anne Lopez,HONOLULU,HI | 13.94 |

Post Confirmation Trust for
Legal Services for the Period Ending June 30, 2005
July 14, 2005

| Date | Description | Amount |
|------|-------------|-------:|
| | from: R. Olivia Samad | |
| 6/10/05 | Fed Exp to: Marty Walker, REDWOOD CITY, CA from: Neal San Diego | 43.53 |
| 6/10/05 | Fed Exp to: Anne Lopez, HONOLULU, HI from: Damian Capozzola | 13.94 |
| 6/15/05 | MIDNITE EXPRESS INTL. COURIER - Outside Messenger Services - 5/26/05 Wendy Adams, San Francisco, CA | 223.89 |
| 6/15/05 | Eric Liebeler, Airfare, Honolulu, HI, 06/17/05 to 06/21/05, (Court Hearing) | 1,175.43 |
| 6/15/05 | DDS DOCUMENT DUPLICATION SERVICE - Outside Copy/Binding Services - Heavy litigation copies | 327.54 |
| 6/15/05 | Overtime Meals   Neal F San Diego | 9.00 |
| 6/16/05 | Overtime Meals   Neal F San Diego | 9.00 |
| 6/17/05 | Telephone call to: OAHU, HI 808-524-0233 | 1.00 |
| 6/17/05 | Telephone call to: OAHU, HI 808-943-0005 | 1.00 |
| 6/17/05 | Damian Capozzola, To/From Airport, Los Angeles, CA, 06/17/05, (Court Hearing) | 25.00 |
| 6/17/05 | Damian Capozzola, To/From Airport, Honolulu, HI, 06/17/05, (Court Hearing) | 35.00 |
| 6/17/05 | Eric Liebeler, To/From Airport, Honolulu, HI, 06/17/05, (Court Hearing) | 65.00 |
| 6/17/05 | Sasha Danna, To/From Airport, Honolulu, HI, 06/17/05, (Court Hearing) | 38.00 |
| 6/17/05 | Damian Capozzola, Travel Meal, Honolulu, HI, 06/17/05, (Court Hearing) | 25.00 |
| 6/18/05 | Telephone call to: OAHU, HI 808-923-7311 | 1.40 |
| 6/18/05 | Telephone call to: OAHU, HI 808-922-3111 | .60 |
| 6/18/05 | Telephone call to: OAHU, HI 808-922-3111 | .60 |
| 6/18/05 | Telephone call to: OAHU, HI 808-922-3111 | 1.80 |
| 6/18/05 | Telephone call to: OAHU, HI 808-922-3111 | 1.40 |
| 6/18/05 | Fax phone charge to 808-921-5255 | 2.00 |
| 6/18/05 | Fax phone charge to 808-931-7098 | 3.20 |
| 6/18/05 | Fax page charge to 808-921-5255 | 22.50 |
| 6/18/05 | Fax page charge to 808-931-7098 | 29.25 |
| 6/18/05 | Sasha Danna, cabfare, Honolulu, HI, 06/18/05, (Court Hearing) | 14.00 |
| 6/18/05 | Eric Liebeler, Travel Meal with Others, | 49.18 |

Post Confirmation Trust for  
Legal Services for the Period Ending June 30, 2005  
July 14, 2005

| Date | Description | Amount |
|---|---|---:|
| 6/18/05 | Lauren R Van Meter - SECRETARY SUPPORT Honolulu, HI, 06/18/05, (Court Hearing) | 37.68 |
| 6/19/05 | Damian Capozzola, Internet Access, Honolulu, HI, 06/19/05, (Internet Access) | 13.49 |
| 6/19/05 | Damian Capozzola, Telephone While Traveling, Honolulu, HI, 06/19/05, (Telephone Charges) | 8.00 |
| 6/19/05 | Eric Liebeler, Telephone While Traveling, Honolulu, HI, 06/19/05, (Court Hearing) | 13.76 |
| 6/19/05 | Damian Capozzola, cabfare, Honolulu, HI, 06/19/05 (Court Hearing) | 20.00 |
| 6/19/05 | Damian Capozzola, cabfare, Honolulu, HI, 06/19/05 (Court Hearing) | 18.00 |
| 6/19/05 | Damian Capozzola, cabfare, Honolulu, HI, 06/19/05 (Court Hearing) | 5.00 |
| 6/19/05 | Sasha Danna, cabfare, Honolulu, HI, 06/19/05, (Court Hearing) | 8.00 |
| 6/19/05 | Damian Capozzola, Hotel, Honolulu, HI, 06/19/05, (Court Hearing) | 306.38 |
| 6/19/05 | Eric Liebeler, Hotel, Honolulu, HI, 06/19/05, (Court Hearing) | 339.80 |
| 6/19/05 | Sasha Danna, Hotel, Honolulu, HI, 06/19/05, (Court Hearing) | 231.73 |
| 6/19/05 | Damian Capozzola, Travel Meal, Honolulu, HI, 06/19/05, (Court Hearing) | 50.00 |
| 6/19/05 | Eric Liebeler, Travel Meal, Honolulu, HI, 06/19/05, (Court Hearing) | 30.08 |
| 6/19/05 | Eric Liebeler, Travel Meal, Honolulu, HI, 06/19/05, (Court Hearing) | 23.73 |
| 6/19/05 | Sasha Danna, Travel Meal, Honolulu, HI, 06/19/05, (Court Hearing) | 5.83 |
| 6/19/05 | Eric Liebeler, Other, 06/19/05, (Court Hearing) | 10.00 |
| 6/19/05 | Eric Liebeler, Parking, Honolulu, HI, 06/19/05, (Court Hearing) | 15.00 |
| 6/19/05 | Eric Liebeler, Parking, Honolulu, HI, 06/19/05, (Court Hearing) | 15.00 |
| 6/19/05 | Damian Capozzola, Working Group Meal/K&E & Others Honolulu, HI, 06/19/05, (Court Hearing) | 15.16 |
| 6/19/05 | Damian Capozzola, Working Group Meal/K&E & Others Honolulu, HI, 06/19/05, (Court Hearing) | 74.14 |
| 6/20/05 | Telephone call to: STATE OF,HI | .60 |

Post Confirmation Trust for
Legal Services for the Period Ending June 30, 2005
July 14, 2005

| Date | Description | Amount |
|---|---|---:|
| 6/20/05 | 808-535-5711<br>Damian Capozzola, Internet Access, Honolulu, HI, 06/20/05, (Internet Access) | 13.49 |
| 6/20/05 | Damian Capozzola, Telephone While Traveling, Honolulu, HI, 06/20/05, (Telephone Charges) | 1.00 |
| 6/20/05 | Eric Liebeler, Telephone While Traveling, Honolulu, HI, 06/20/05, (Court Hearing) | 1.00 |
| 6/20/05 | Eric Liebeler, Internet Access, Honolulu, HI, 06/20/05, (Court Hearing) | 13.49 |
| 6/20/05 | Eric Liebeler, Telephone While Traveling, Honolulu, HI, 06/20/05, (Court Hearing) | 10.51 |
| 6/20/05 | Eric Liebeler, Telephone While Traveling, Honolulu, HI, 06/20/05, (Court Hearing) | 17.10 |
| 6/20/05 | Fax page charge to 808-539-8799 | .75 |
| 6/20/05 | Damian Capozzola, cabfare, Honolulu, HI, 06/20/05 (Court Hearing) | 20.00 |
| 6/20/05 | Damian Capozzola, cabfare, Honolulu, HI, 06/20/05 (Court Hearing) | 20.00 |
| 6/20/05 | Damian Capozzola, cabfare, Honolulu, HI, 06/20/05 (Court Hearing) | 8.00 |
| 6/20/05 | Damian Capozzola, cabfare, Honolulu, HI, 06/20/05 (Court Hearing) | 12.00 |
| 6/20/05 | Damian Capozzola, Hotel, Honolulu, HI, 06/20/05, (Court Hearing) | 306.38 |
| 6/20/05 | Eric Liebeler, Hotel, Honolulu, HI, 06/20/05, (Court Hearing) | 339.80 |
| 6/20/05 | Sasha Danna, Hotel, Honolulu, HI, 06/20/05, (Court Hearing) | 231.73 |
| 6/20/05 | Damian Capozzola, Travel Meal, Honolulu, HI, 06/20/05, (Court Hearing) | 3.63 |
| 6/20/05 | Eric Liebeler, Travel Meal, Honolulu, HI, 06/20/05, (Court Hearing) | 21.99 |
| 6/20/05 | Sasha Danna, Travel Meal, Honolulu, HI, 06/20/05, (Court Hearing) | 5.99 |
| 6/20/05 | Eric Liebeler, Other, 06/20/05, (Court Hearing) | 10.00 |
| 6/21/05 | Damian Capozzola, Telephone While Traveling, Honolulu, HI, 06/21/05, (Telephone Charges) | 2.00 |
| 6/21/05 | Damian Capozzola, To/From Airport, Honolulu, HI, 06/21/05, (Court Hearing) | 35.00 |

Page   17

Post Confirmation Trust for
Legal Services for the Period Ending June 30, 2005
July 14, 2005

| Date | Description | Amount |
|---|---|---|
| 6/21/05 | Eric Liebeler, To/From Airport, Honolulu, HI, 06/21/05, (Court Hearing) | 65.00 |
| 6/21/05 | Sasha Danna, To/From Airport, Honolulu, HI, 06/21/05, (Court Hearing) | 38.00 |
| 6/21/05 | Damian Capozzola, Travel Meal, Honolulu, HI, 06/21/05, (Court Hearing) | 25.00 |
| 6/21/05 | Eric Liebeler, Car Rental, Honolulu, HI, 06/17/05 to 06/21/05, (Court Hearing) | 255.52 |
| 6/22/05 | Fed Exp to:Marty Walker,REDWOOD CITY,CA from:Neal San Diego | 12.05 |
| 6/22/05 | Damian Capozzola, To/From Airport, Honolulu, HI, 06/22/05, (Court Hearing) | 22.00 |
| 6/23/05 | DDS DOCUMENT DUPLICATION SERVICE - Outside Copy/Binding Services - Heavy litigation copies | 300.23 |
| 6/23/05 | LOS ANGELES COUNTY LAW LIBRARY - Information Broker Doc/Svcs - La County Law Library book/article request, month ending 6/23/05 | 15.90 |
|  | Scanned Images | 307.20 |
| 6/27/05 | MIDNITE EXPRESS INTL. COURIER - Outside Messenger Services - 6/16/05 Anne Lopez, Honolulu, HI - Airbill # P0379633 | 294.13 |
| 6/29/05 | Fax phone charge to 011-689603301 | 9.00 |
| 6/29/05 | Fax phone charge to 011-689603301 | 3.00 |
| 6/29/05 | Fax phone charge to 011-689603301 | 3.00 |
| 6/29/05 | Fax phone charge to 011-689603301 | 4.00 |
| 6/29/05 | Fax phone charge to 011-689603301 | 4.00 |
| 6/29/05 | Fax phone charge to 011-689603301 | 3.00 |
| 6/29/05 | Fax phone charge to 011-689603301 | 4.00 |
| 6/29/05 | Fax phone charge to 011-689603301 | 4.00 |
| 6/29/05 | Fax phone charge to 011-689603301 | 3.00 |
| 6/29/05 | Fax page charge to 011-689603301 | 15.75 |
| 6/29/05 | Fax page charge to 011-689603301 | 6.75 |
| 6/29/05 | Fax page charge to 011-689603301 | 6.00 |
| 6/29/05 | Fax page charge to 011-689603301 | 7.50 |
| 6/29/05 | Fax page charge to 011-689603301 | 7.50 |
| 6/29/05 | Fax page charge to 011-689603301 | 6.75 |
| 6/29/05 | Fax page charge to 011-689603301 | 7.50 |
| 6/29/05 | Fax page charge to 011-689603301 | 7.50 |
| 6/29/05 | Fax page charge to 011-689603301 | 5.25 |
| 6/30/05 | Fax phone charge to 011-689603301 | 2.00 |
| 6/30/05 | Fax page charge to 011-689603301 | 2.25 |
|  | Standard Copies | 6,204.40 |
|  | Total Expenses | $ 14,809.58 |