# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

777 S. Figueroa Street, Suite 3700
Los Angeles, California 90017

FEIN 36-1326630

August 29, 2005

Post Confirmation Trust for
Fleming Companies, Inc.
5801 N. Broadway Ext Ste 100
Oklahoma City, OK  73118

ATTN:  Steve Eaton

**Invoice # 2941068**

---

IN THE MATTER OF     **Berry, Wayne Litigation
                      File No. 41445-0006**


| | |
|---|---:|
| For legal services rendered through July 31, 2005<br>(see attached Description of Legal Services for detail) | $  107,442.50 |
| Less: Courtesy Discount | -$    1,690.00 |
| Adjusted legal services | $  105,752.50 |
| For disbursements incurred through July 31, 2005<br>(see attached Description of Expenses for detail) | $    4,574.51 |
| Total for legal services rendered and expenses incurred | $  110,327.01 |

Post Confirmation Trust for
Legal Services for the Period Ending July 31, 2005
August 29, 2005

## Summary of Hours Billed

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| Damian D Capozzola | 114.50 | 480.00 | 54,960.00 |
| Eric C Liebeler | 38.50 | 575.00 | 22,137.50 |
| Romana O Samad | 20.50 | 340.00 | 6,970.00 |
| Jason Caiafa | 29.00 | 175.00 | 5,075.00 |
| Neal F San Diego | 151.00 | 110.00 | 16,610.00 |
| **Total** | 353.50 | | $ 105,752.50 |

Post Confirmation Trust for
Legal Services for the Period Ending July 31, 2005
August 29, 2005

### Description of Legal Services

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 7/01/05 | 5.50 | Neal F San Diego | Index correspondence with attachments into Lotus notes database. |
| 7/01/05 | .25 | Damian D Capozzola | Communications and analysis re case management and strategy issues. |
| 7/04/05 | 7.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.5); index correspondence with attachments into case management database (4.0); image correspondence with attachments into database (2.0). |
| 7/05/05 | 7.50 | Neal F San Diego | Index correspondence with attachments into Lotus notes database (4.5); image correspondence with attachments into database (3.0). |
| 7/05/05 | .25 | Damian D Capozzola | Communications and analysis re case management and strategy issues. |
| 7/05/05 | 1.75 | Eric C Liebeler | Review correspondence; draft and edit responses; prepare for conference before discovery master. |
| 7/06/05 | 7.50 | Neal F San Diego | Analyze and prepare pleadings with attachments for indexing (1.0); index pleadings with attachments into case management database (4.0); image pleadings with attachments into database (2.5). |
| 7/06/05 | .50 | Damian D Capozzola | Review and analysis of discovery and post summary judgment communications from and to T. Hogan. |
| 7/06/05 | 4.25 | Eric C Liebeler | Review additional lunatic correspondence from T. Hogan; discuss responses with D. Capozzola and L. Smith; research damages issues for T. Veno deposition. |
| 7/07/05 | 7.50 | Neal F San Diego | Index correspondence and pleadings with |

Page      3

Post Confirmation Trust for
Legal Services for the Period Ending July 31, 2005
August 29, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | attachments into case management database. |
| 7/07/05 | 1.25 | Damian D Capozzola | Communications with experts re recent and upcoming developments; communications with E. Liebeler re case management and strategy issues; communications with O. Samad and A. Andrews re scheduling issues. |
| 7/08/05 | .25 | Romana O Samad | Research rules for recovery fees as the prevailing party. |
| 7/08/05 | 4.00 | Neal F San Diego | Index correspondence with attachments into Lotus notes database. |
| 7/08/05 | 6.00 | Damian D Capozzola | Review Ueno and Kinrich reports; draft and revise outline for Ueno deposition; communications and analysis re scheduling, case management, and strategy issues; prepare for and participate in conference call; analysis re discovery issues; communications with T. Ueno and prepare materials for production; communications with T. Hogan. |
| 7/08/05 | 1.00 | Eric C Liebeler | Prepare for and participate in conference call with discovery master. |
| 7/09/05 | 3.00 | Damian D Capozzola | Communications and analysis with T. Hogan; communications with team members and analysis re status report to discovery master and Ueno deposition issues. |
| 7/11/05 | 7.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.5); index correspondence with attachments into case management database (6.0). |
| 7/11/05 | 5.75 | Damian D Capozzola | Communications with J. Kinrich, K. Gold, and L. Smith re damages issues; communications and analysis re case management and strategy issues; review and revise communications to C. Matsui and T. Hogan; communications with M. |

Post Confirmation Trust for
Legal Services for the Period Ending July 31, 2005
August 29, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | Walker and analysis of technical issues. |
| 7/11/05 | 2.75 | Eric C Liebeler | Discuss expert issue with D. Capozzola; edit letter to special master; telephone conference re Guidance image production and privilege issues; respond to Hogan's email. |
| 7/12/05 | 7.50 | Neal F San Diego | Index correspondence with attachments into case management database (5.5); image correspondence with attachments into database (2.0). |
| 7/12/05 | 2.00 | Damian D Capozzola | Communications and analysis re discovery and Guidance issues. |
| 7/12/05 | 1.75 | Eric C Liebeler | Review and analyze Berry's motion for reconsideration. |
| 7/13/05 | 7.50 | Neal F San Diego | Analyze and prepare pleadings and correspondence with attachments for indexing (2.0); index pleadings and correspondence with attachments into Lotus notes database (5.5). |
| 7/13/05 | 4.00 | Damian D Capozzola | Communications with M. Walker and L. Smith re, and analysis re, motion for reconsideration; review and analysis of reconsideration motion; draft outline for response papers. |
| 7/14/05 | .50 | Romana O Samad | Confer with D. Capozzola re damages research. |
| 7/14/05 | 6.50 | Neal F San Diego | Index correspondence and pleadings with attachments into case management database. |
| 7/14/05 | 1.00 | Neal F San Diego | Organize and prepare exhibits from P. Johnson's deposition for use by co-counsel, A. Lopez. |
| 7/14/05 | 7.00 | Jason Caiafa | Conference with D. Capozzola re Berry's claim for damages; review plaintiff's expert report; review court order; review background materials; research |

Post Confirmation Trust for
Legal Services for the Period Ending July 31, 2005
August 29, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | copyright infringement damages |
| 7/14/05 | 7.50 | Damian D Capozzola | Review motion for consideration; communications with M. Walker, L. Smith, R. Mead, and M. Dillon re same; communications with J. Caiafa re damages research and Ueno deposition issues. |
| 7/15/05 | 7.50 | Neal F San Diego | Index correspondence with attachments into Lotus notes database (5.5); image correspondence with attachments into database (2.0). |
| 7/15/05 | 8.50 | Jason Caiafa | Research liability for partial infringement; research causation requirements between damages and infringement; research indirect profit disgorgement. |
| 7/15/05 | 6.25 | Damian D Capozzola | Communications and analysis re expert discovery and reconsideration issues; review and analysis of Ueno and Kinrich reports and prepare materials for Ueno deposition; review and analysis of prior Ueno testimony. |
| 7/18/05 | 7.00 | Romana O Samad | Research, gather and analyze legal standard for motion for reconsideration. |
| 7/18/05 | 5.50 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 7/18/05 | 10.50 | Jason Caiafa | Draft memorandum re Fleming's possible liability for use of a derivative product (Berry's FCS) |
| 7/18/05 | 6.25 | Damian D Capozzola | Communications with M. Walker and L. Smith, and analysis re Guidance issues; review and analysis of Ueno deposition and trial testimony, draft Ueno deposition outline, and communications with E. Liebeler re same; communications with K. Gold re economic issues; communications with O. Samad and J. Caiafa re reconsideration and |

Post Confirmation Trust for
Legal Services for the Period Ending July 31, 2005
August 29, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | damages research issues and analysis re same; review reconsideration motion and draft outline. |
| 7/19/05 | 7.00 | Romana O Samad | Review and analyze outline to opposition; draft argument re legal standards; look into whether judgment has been entered to start the clock on attorney?s fees motions; research and draft the standard for late-developed discovery and motions for consideration. |
| 7/19/05 | 7.50 | Neal F San Diego | Index correspondence with attachments into Lotus notes database (5.5); image correspondence with attachments into database (2.0). |
| 7/19/05 | 3.00 | Jason Caiafa | Finalize memorandum re Fleming's possible liability for damages; prepare binder for deposition. |
| 7/19/05 | 12.75 | Damian D Capozzola | Review motion for reconsideration and draft opposition outline and opposition; communications with team members and M. Walker re same; communications and analysis re Ueno deposition issues, and review documents re same; communications with T. Hogan. |
| 7/19/05 | 1.50 | Eric C Liebeler | Prepare for Veno deposition. |
| 7/20/05 | .50 | Romana O Samad | Receive and review appeal brief and excerpts of record, forward to files. |
| 7/20/05 | 1.75 | Neal F San Diego | Organize and prepare documents for use by co-counsel L. Smith. |
| 7/20/05 | 7.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (2.0); index correspondence with attachments into case management database (5.5). |
| 7/20/05 | 9.00 | Damian D Capozzola | Review and revise reconsideration opposition, draft supporting documents, and compile exhibits; communications with M. Walker and team members and |

Post Confirmation Trust for
Legal Services for the Period Ending July 31, 2005
August 29, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | analysis re technical issues; communications and analysis re economic issues and prepare for Ueno deposition; review and analysis of Berry appellate brief. |
| 7/20/05 | 6.75 | Eric C Liebeler | Edit opposition to reconsideration motion; prepare for Veno deposition; review/edit correspondence to T. Hogan. |
| 7/21/05 | 2.00 | Romana O Samad | Do legal research to respond to appeal brief. |
| 7/21/05 | 7.50 | Neal F San Diego | Index correspondence with attachments into case management database (5.0); image correspondence with attachments into database (2.5). |
| 7/21/05 | 11.00 | Damian D Capozzola | Review and revise reconsideration opposition; communications with M. Walker and L. Smith re M. Walker supplemental report; prepare for deposition of T. Ueno and communications with E. Liebeler and L. Smith re same. |
| 7/21/05 | 7.25 | Eric C Liebeler | Prepare for Veno deposition; work on reconsideration opposition. |
| 7/22/05 | 3.00 | Romana O Samad | Correspond with to A. Lopez, D. Capozzola re today?s filing; review appeal brief. |
| 7/22/05 | 6.50 | Neal F San Diego | Index correspondence and pleadings with attachments into Lotus notes database. |
| 7/22/05 | 2.75 | Neal F San Diego | Assist in preparing exhibits for filing re opposition to plaintiff's motion for reconsideration. |
| 7/22/05 | 10.25 | Damian D Capozzola | Review and revise motion for reconsideration opposition, and related M. Walker supplemental report and other supporting papers; communications re T. Ueno deposition. |
| 7/22/05 | 9.50 | Eric C Liebeler | Prepare for and conduct Veno deposition |

Post Confirmation Trust for
Legal Services for the Period Ending July 31, 2005
August 29, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | (telephone). |
| 7/24/05 | 1.00 | Damian D Capozzola | Review and analysis of Fleming appellate brief and Berry response. |
| 7/25/05 | 7.50 | Neal F San Diego | Index correspondence with attachments into Lotus notes database (5.5); image correspondence with attachments into database (2.0). |
| 7/25/05 | 6.50 | Damian D Capozzola | Review and analysis of Berry appellate brief and related papers; communications and analysis re reconsideration motion and discovery issues; communications and analysis re APS unsecured claim; review and analysis of Ueno deposition transcript; review M. Walker CD and communications re same. |
| 7/25/05 | .75 | Eric C Liebeler | Review Hogan correspondence; draft response. |
| 7/26/05 | 7.50 | Neal F San Diego | Analyze and prepare pleadings and correspondence with attachments for indexing (2.0); index pleadings and correspondence with attachments into case management database (5.5). |
| 7/26/05 | 6.00 | Damian D Capozzola | Review and analysis of Ueno deposition transcript and communications with team members re same; analysis of summary judgment motion and related scheduling issues; communications with M. Walker re discovery issues; communications re expert billing issues; review e-mails from T. Hogan, and communications with M. Walker and team members and analysis e-mails from T. Hogan and reconsideration issues. |
| 7/26/05 | .75 | Eric C Liebeler | Review Veno transcript; work on damages summary judgment motion; review correspondence. |
| 7/27/05 | .25 | Romana O Samad | Share analysis and all cases with D. Capozzola. |

Post Confirmation Trust for
Legal Services for the Period Ending July 31, 2005
August 29, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 7/27/05 | 7.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.0); index correspondence with attachments into Lotus notes database (6.5). |
| 7/27/05 | 4.75 | Damian D Capozzola | Communications with L. Smith and M. Walker re reconsideration and discovery issues, and analysis re same; analysis of iterations of logistics databases and communications re same; review and analysis of previous M. Walker reports. |
| 7/28/05 | 7.50 | Neal F San Diego | Analyze and prepare correspondence and pleadings with attachment for indexing (1.5); index correspondence and pleadings with attachments into case management database (6.0). |
| 7/28/05 | .75 | Damian D Capozzola | Communications with M. Walker and team members and analysis re reconsideration and technical issues. |
| 7/28/05 | .50 | Eric C Liebeler | Work on damage analysis issues. |
| 7/29/05 | 5.00 | Neal F San Diego | Index correspondence with attachments into case management database (3.5); image correspondence with attachments into database (1.5). |
| 7/29/05 | 2.75 | Damian D Capozzola | Communications and analysis re discovery and reconsideration issues; review and analysis of Berry administrative claims and communications re same; review and analysis of APS claim and communications re same. |
| 7/30/05 | 5.00 | Damian D Capozzola | Draft summary judgment motion re vicarious liability and damages issues, and communications re same and related issues. |
| 7/31/05 | 1.75 | Damian D Capozzola | Review appellate papers and draft outline for response. |

Post Confirmation Trust for
Legal Services for the Period Ending July 31, 2005
August 29, 2005

    353.50                         TOTAL HOURS

Post Confirmation Trust for
Legal Services for the Period Ending July 31, 2005
August 29, 2005

## Description of Expenses

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 4/27/05 | Telephone call to: HONOLULU,HI<br>808-256-5045 | 1.00 |
| 4/30/05 | Telephone call to: PASADENA,CA<br>626-229-9191 | .98 |
| 5/04/05 | Telephone call to: HONOLULU,HI<br>808-256-5045 | 1.27 |
| 5/06/05 | Telephone call to: HONOLULU,HI<br>808-535-5741 | 1.02 |
| 5/06/05 | Telephone call to: HONOLULU,HI<br>808-782-5051 | 1.04 |
| 5/12/05 | Telephone call to: WOODSIDE,CA<br>650-851-4023 | 1.13 |
| 5/13/05 | Telephone call to: HONOLULU,HI<br>808-535-5711 | 1.40 |
| 5/13/05 | Telephone call to: HONOLULU,HI<br>808-256-5045 | 1.09 |
| 5/13/05 | Telephone call to: WOODSIDE,CA<br>650-851-4058 | 1.18 |
| 5/13/05 | Telephone call to: LONG BEACH,CA<br>562-682-3944 | .91 |
| 5/13/05 | Telephone call to: LOSANGELES,CA<br>213-896-4544 | .95 |
| 5/15/05 | Telephone call to: REDWOOD CY,CA<br>650-743-3449 | .99 |
| 5/17/05 | Telephone call to: SAN MONICA,CA<br>310-902-3874 | 1.33 |
| 5/19/05 | Telephone call to: LOSANGELES,CA<br>213-248-1212 | 5.76 |
| 5/22/05 | Telephone call to: REDWOOD CY,CA<br>650-743-3449 | .97 |
| 5/25/05 | Telephone call to: S SAN,CA<br>650-743-3449 | .80 |
| 5/29/05 | Telephone call to: HONOLULU,HI<br>808-256-5045 | 1.04 |
| 5/29/05 | Telephone call to: HONOLULU,HI<br>808-927-2510 | 1.02 |
| 5/31/05 | Telephone call to: FRANCE<br>011-33698953014 | .50 |
| 5/31/05 | Telephone call to: FRANCE<br>011-33698953014 | .50 |
| 5/31/05 | Telephone call to: FRANCE<br>011-33698953014 | .50 |
| 5/31/05 | Telephone call to: MOBILE,FR | 2.55 |

Post Confirmation Trust for
Legal Services for the Period Ending July 31, 2005
August 29, 2005

| Date | Description | | Amount |
|------|-------------|---|--------|
| | 203-369-8953014 | | |
| 6/01/05 | Telephone call to:  FRANCE | | .50 |
| | 011-33698953014 | | |
| 6/01/05 | Telephone call to:  FRANCE | | .50 |
| | 011-33698953014 | | |
| 6/01/05 | Telephone call to:  MOBILE,FR | | 5.28 |
| | 203-369-8953014 | | |
| 6/01/05 | Telephone call to:  LOSANGELES,CA | | 1.01 |
| | 213-896-4544 | | |
| 6/01/05 | West Publishing-TP,Database Usage | 6.05 | .06 |
| 6/01/05 | West Publishing-TP,Database Usage | 6.05 | 42.59 |
| 6/01/05 | West Publishing-TP,Database Usage | 6.05 | 53.79 |
| 6/02/05 | West Publishing-TP,Database Usage | 6.05 | .24 |
| 6/02/05 | West Publishing-TP,Database Usage | 6.05 | 21.11 |
| 6/02/05 | West Publishing-TP,Database Usage | 6.05 | 25.80 |
| 6/02/05 | West Publishing-TP,Database Usage | 6.05 | 117.68 |
| 6/03/05 | Telephone call to:  HONOLULU,HI | | 1.00 |
| | 808-535-5711 | | |
| 6/03/05 | Telephone call to:  REDWOOD CY,CA | | .99 |
| | 650-743-3449 | | |
| 6/03/05 | West Publishing-TP,Database Usage | 6.05 | .10 |
| 6/05/05 | Telephone call to:  HONG KONG,HK | | 2.44 |
| | 208-522-5220111 | | |
| 6/05/05 | Telephone call to:  HONOLULU,HI | | 1.04 |
| | 808-256-5045 | | |
| 6/05/05 | Telephone call to:  HONOLULU,HI | | 1.02 |
| | 808-535-5711 | | |
| 6/06/05 | Telephone call to:  REDWOOD CY,CA | | 1.10 |
| | 650-743-3449 | | |
| 6/06/05 | Overtime Meals     Allison Mayo Andrews | | 9.00 |
| 6/08/05 | West Publishing-TP,Database Usage  6.05 | | 89.15 |
| 6/09/05 | Library Document Procurement - Nimmer on | | 25.00 |
| | Copyright. | | |
| 6/09/05 | West Publishing-TP,Database Usage  6.05 | | 93.98 |
| 6/10/05 | Telephone call to:  OAHU,HI | | .60 |
| | 808-922-4422 | | |
| 6/10/05 | Telephone call to:  OAHU,HI | | .60 |
| | 808-922-6611 | | |
| 6/10/05 | Telephone call to:  OAHU,HI | | 2.20 |
| | 808-922-6611 | | |
| 6/10/05 | West Publishing-TP,Database Usage | 6.05 | 2.87 |
| 6/10/05 | West Publishing-TP,Database Usage | 6.05 | 24.48 |
| 6/11/05 | Telephone call to:  WOODSIDE,CA | | 4.38 |
| | 650-851-4023 | | |
| 6/13/05 | West Publishing-TP,Database Usage  6.05 | | 19.28 |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | | 3.23 |

Post Confirmation Trust for
Legal Services for the Period Ending July 31, 2005
August 29, 2005

| Date | Description | Amount |
|------|-------------|--------|
| | 05/17/05 Conference call | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | 26.44 |
| | 05/28/05 Conference call | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | 3.34 |
| | 05/28/05 Conference call | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | 17.98 |
| | 05/28/05 Conference call | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | 12.63 |
| | 05/29/05 Conference call | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | 6.79 |
| | 05/29/05 Conference call | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | 20.60 |
| | 05/30/05 Conference call | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | 3.10 |
| | 05/31/05 Conference call | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | 23.46 |
| | 05/31/05 Conference call | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | 7.62 |
| | 06/02/05 Conference call | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | 20.36 |
| | 06/03/05 Conference call | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | 13.10 |
| | 06/05/05 Conference call | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | 2.50 |
| | 06/05/05 Conference call | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | 1.91 |
| | 06/06/05 Conference call | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | .12 |
| | 06/08/05 Conference call | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | 14.77 |
| | 06/08/05 Conference call | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | 24.53 |
| | 06/08/05 Conference call | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | 6.55 |
| | 06/11/05 Conference call | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | 27.99 |
| | 06/12/05 Conference call | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | 39.30 |
| | 06/13/05 Conference call | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | 1.19 |
| | 06/13/05 Conference call | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | 7.98 |
| | 06/13/05 Conference call | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | 24.41 |
| | 06/14/05 Conference call | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | 4.29 |

Post Confirmation Trust for
Legal Services for the Period Ending July 31, 2005
August 29, 2005

| Date | Description | | Amount |
|------|-------------|--|-------:|
| | 06/14/05 Conference call | | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | | 3.93 |
| | 06/14/05 Conference call | | |
| 6/14/05 | GENESYS CONFERENCING, INC. - Telephone - | | 54.11 |
| | 06/14/05 Conference call | | |
| 6/15/05 | Telephone call to: OAHU,HI | | 1.40 |
| | 808-922-6611 | | |
| 6/15/05 | West Publishing-TP,Database Usage | 6.05 | .16 |
| 6/15/05 | West Publishing-TP,Database Usage | 6.05 | 22.64 |
| 6/15/05 | West Publishing-TP,Database Usage | 6.05 | 73.20 |
| 6/16/05 | West Publishing-TP,Database Usage | 6.05 | 1.93 |
| 6/16/05 | Overtime Meals    Allison Mayo Andrews | | 9.00 |
| 6/17/05 | Telephone call to: OAHU,HI | | .80 |
| | 808-922-6611 | | |
| 6/18/05 | Telephone call to: REDWOOD CY,CA | | 1.23 |
| | 650-743-3449 | | |
| 6/18/05 | Telephone call to: WOODSIDE,CA | | 1.58 |
| | 650-851-4023 | | |
| 6/19/05 | Telephone call to: REDWOOD CY,CA | | 1.10 |
| | 650-743-3449 | | |
| 6/19/05 | West Publishing-TP,Database Usage | 6.05 | .12 |
| 6/19/05 | West Publishing-TP,Database Usage | 6.05 | 14.31 |
| 6/20/05 | West Publishing-TP,Database Usage | 6.05 | .06 |
| 6/21/05 | Telephone call to: REDWOOD CY,CA | | 1.43 |
| | 650-743-3449 | | |
| 6/21/05 | Telephone call to: REDONDO,CA | | 1.93 |
| | 310-318-0345 | | |
| 6/21/05 | Overtime Meals    Allison Mayo Andrews | | 9.00 |
| 6/22/05 | West Publishing-TP,Database Usage | 6.05 | 42.24 |
| 6/23/05 | West Publishing-TP,Database Usage | 6.05 | 457.70 |
| 6/24/05 | West Publishing-TP,Database Usage | 6.05 | 190.14 |
| 6/25/05 | West Publishing-TP,Database Usage | 6.05 | 13.10 |
| 6/28/05 | Damian Capozzola, Telephone While | | 31.87 |
| | Traveling, 06/28/05, (Telephone Charges) | | |
| 6/28/05 | Overtime Meals    Neal F San Diego | | 9.00 |
| 6/29/05 | Overtime Meals    Neal F San Diego | | 9.00 |
| 6/30/05 | ADMINISTRATIVE SERVICES COOPERATIVE, INC | | 43.30 |
| | - Local Transportation - 06/21/05 - | | |
| | From: LAX / To: home | | |
| 6/30/05 | LEXISNEXIS - Computer Database Research | | 28.41 |
| | - LexisNexis Database Usage for June, | | |
| | 2005 | | |
| 7/01/05 | Fax phone charge to 011-689603301 | | 1.00 |
| 7/01/05 | Fax page charge to 011-689603301 | | .75 |
| 7/01/05 | DHL EXPRESS (USA), INC. - Overnight | | 105.32 |
| | Delivery - 06/21/05 from Kobayashi & | | |

Post Confirmation Trust for
Legal Services for the Period Ending July 31, 2005
August 29, 2005

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|------|------|------|
| | Sugita & Goda Honolulu, Hi to D. Capozzola | |
| 7/01/05 | DHL EXPRESS (USA), INC. - Overnight Delivery - 06/21/05 from Kobayashi & Sugita & Goda Honolulu, Hi to D. Capozzola | 112.72 |
| 7/01/05 | DHL EXPRESS (USA), INC. - Overnight Delivery - 06/21/05 from Kobayashi & Sugita & Goda Honolulu, Hi to D. Capozzola | 112.72 |
| 7/01/05 | DHL EXPRESS (USA), INC. - Overnight Delivery - 06/21/05 from Kobayashi & Sugita & Goda Honolulu, Hi to D. Capozzola | 112.72 |
| 7/01/05 | DHL EXPRESS (USA), INC. - Overnight Delivery - 06/21/05 from Kobayashi & Sugita & Goda Honolulu, Hi to D. Capozzola | 138.86 |
| 7/07/05 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage, 4/1/05 to 6/30/05 Neal San Diego | 16.32 |
| 7/07/05 | PACER SERVICE CENTER - Computer Database Research, Pacer Database Usage, 4/1/05 to 6/30/05 Edgar Yep | 17.68 |
| 7/08/05 | Damian Capozzola, Cellular Service, Cingular, 6/9/05-7/8/05, 07/08/05, (Telephone Charges) | 5.28 |
| 7/08/05 | Fed Exp to:THOMAS VENO,HONOLULU,HI from:ALLISON ANDREWS | 34.54 |
| 7/11/05 | Fed Exp to:TIMOTHY HUGAN,HONOLULU,HI from:ALLISON ANDREWS | 27.64 |
| 7/12/05 | Telephone call to:  S SAN,CA 650-743-3449 | .60 |
| 7/12/05 | Telephone call to:   STATE OF,HI 808-535-5711 | 1.20 |
| 7/13/05 | Telephone call to:   STATE OF,HI 808-535-5711 | .80 |
| 7/13/05 | Telephone call to:   STATE OF,HI 808-535-5711 | 1.40 |
| 7/13/05 | Overnight Delivery - Refund | -2.00 |
| 7/13/05 | Overnight Delivery - Refund | -2.00 |
| 7/13/05 | Overnight Delivery - Refund | -2.00 |
| 7/14/05 | Telephone call to:   STATE OF,HI 808-535-5711 | 6.60 |
| 7/14/05 | Telephone call to:  S SAN,CA 650-331-0200 | 2.60 |

Post Confirmation Trust for
Legal Services for the Period Ending July 31, 2005
August 29, 2005

| Date | Description | Amount |
|------|-------------|--------|
| 7/14/05 | GENESYS CONFERENCING, INC. - Telephone - 06/15/05 Conference call | 13.10 |
| 7/14/05 | GENESYS CONFERENCING, INC. - Telephone - 06/16/05 Conference call | 23.82 |
| 7/14/05 | GENESYS CONFERENCING, INC. - Telephone - 06/16/05 Conference call | 10.01 |
| 7/14/05 | GENESYS CONFERENCING, INC. - Telephone - 06/16/05 Conference call | 13.82 |
| 7/14/05 | GENESYS CONFERENCING, INC. - Telephone - 06/16/05 Conference call | 4.89 |
| 7/14/05 | GENESYS CONFERENCING, INC. - Telephone - 06/17/05 Conference call | 12.86 |
| 7/14/05 | GENESYS CONFERENCING, INC. - Telephone - 07/08/05 Conference call | 7.62 |
| 7/14/05 | GENESYS CONFERENCING, INC. - Telephone - 07/11/05 Conference call | 6.43 |
| 7/14/05 | GENESYS CONFERENCING, INC. - Telephone - 07/11/05 Conference call | 8.93 |
| 7/14/05 | GENESYS CONFERENCING, INC. - Telephone - 07/13/05 Conference call | 4.37 |
| 7/14/05 | LYNCH ICHIDA THOMPSON KIM & HIROTA - Court Reporter Fee/Deposition - Reimbursement for deposition of P. Johnson | 600.00 |
| 7/15/05 | Telephone call to: S SAN,CA 650-743-3449 | 2.00 |
| | Postage | .37 |
| 7/18/05 | Telephone call to: S SAN,CA 650-331-0200 | 3.20 |
| 7/18/05 | Telephone call to: STATE OF,HI 808-535-5711 | 2.20 |
| 7/18/05 | Fed Exp to:Marty Walker,PALO ALTO,CA from:Neal San Diego | 25.55 |
| 7/19/05 | Telephone call to: STATE OF,HI 808-535-5711 | 4.80 |
| 7/19/05 | Telephone call to: S SAN,CA 650-331-0200 | 4.60 |
| 7/19/05 | Telephone call to: STATE OF,HI 808-535-5711 | .80 |
| | Binding | 66.50 |
| 7/20/05 | Fed Exp to:Lex Smith,HONOLULU,HI from:Neal San Diego | 51.90 |
| 7/20/05 | STEVE PLATT, CRR, RMR - Court Reporter Fee/Deposition - Berry transcritp of 06/20/05 | 61.38 |
| 7/21/05 | Telephone call to: S SAN,CA | 13.80 |

Post Confirmation Trust for
Legal Services for the Period Ending July 31, 2005
August 29, 2005

| Date | Description | Amount |
|------|-------------|--------|
| | 650-331-0200 | |
| 7/21/05 | Telephone call to:  STATE OF,HI | 11.20 |
| | 808-535-5711 | |
| 7/21/05 | Telephone call to:  S SAN,CA | 1.00 |
| | 650-851-4023 | |
| 7/21/05 | Telephone call to:  STATE OF,HI | 1.00 |
| | 808-535-5711 | |
| 7/22/05 | Telephone call to:  S SAN,CA | 3.20 |
| | 650-331-0200 | |
| 7/22/05 | Telephone call to:  S SAN,CA | 1.00 |
| | 650-331-0200 | |
| 7/22/05 | Telephone call to:  STATE OF,HI | .60 |
| | 808-535-5711 | |
| 7/22/05 | Telephone call to:  S SAN,CA | 10.80 |
| | 650-331-0200 | |
| 7/22/05 | Telephone call to:  S SAN,CA | 1.80 |
| | 650-331-0200 | |
| | Tabs/Indexes/Dividers | 92.70 |
| 7/25/05 | CD-ROM Master | 30.00 |
| | Scanned Images | 117.60 |
| 7/27/05 | Telephone call to:  STATE OF,HI | 1.20 |
| | 808-535-5711 | |
| 7/28/05 | Telephone call to:  STATE OF,HI | .60 |
| | 808-535-5741 | |
| | Standard Copies | 739.70 |
| 7/29/05 | Fed Exp to:Lex R. Smith,HONOLULU,HI | 13.81 |
| | from:Lauren Van Meter | |

Total Expenses                    $ 4,574.51