**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

777 S. Figueroa Street, Suite 3700
Los Angeles, California 90017

FEIN 36-1326630

October 4, 2005

Post Confirmation Trust for
Fleming Companies, Inc.
5801 N. Broadway Ext Ste 100
Oklahoma City, OK  73118

ATTN:  Steve Eaton

Invoice # 2948764

---

IN THE MATTER OF          **Berry, Wayne Litigation**
                          **File No. 41445-0006**


For legal services rendered through August 31, 2005
(see attached Description of Legal Services for detail)          $    80,077.50


Less: Courtesy Discount                                          -$     1,873.75


Adjusted legal services                                          $    78,203.75


For disbursements incurred through August 31, 2005
(see attached Description of Expenses for detail)                $     4,808.40


Total for legal services rendered and expenses incurred          $    83,012.15

Post Confirmation Trust for
Legal Services for the Period Ending August 31, 2005
October 4, 2005

## Summary of Hours Billed

| Timekeeper | Hours | Rate | Amount |
|---|---:|---:|---:|
| Wendy K Adams | 3.25 | 225.00 | 731.25 |
| Damian D Capozzola | 116.00 | 480.00 | 55,680.00 |
| Eric C Liebeler | 11.00 | 575.00 | 6,325.00 |
| Romana O Samad | 9.50 | 340.00 | 3,230.00 |
| Neal F San Diego | 111.25 | 110.00 | 12,237.50 |
| **Total** | 251.00 | | $ 78,203.75 |

Post Confirmation Trust for
Legal Services for the Period Ending August 31, 2005
October 4, 2005

## Description of Legal Services

| Date | Hours | Name | Description |
|---|---|---|---|
| 8/01/05 | 7.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.5); index correspondence with attachments into case management database (6.0). |
| 8/01/05 | 3.75 | Damian D Capozzola | Communications and analysis re APS claim and reconsideration issues; revise summary judgment motion. |
| 8/02/05 | 7.50 | Neal F San Diego | Index correspondence and pleadings with attachments into Lotus notes database. |
| 8/02/05 | 5.25 | Damian D Capozzola | Communications with M. Walker, E. Liebeler, and L. Smith re reconsideration issues; review and analysis of Berry reply re reconsideration and analysis re potential surreply; revise summary judgment motion re damages and communications with team members re same. |
| 8/02/05 | 1.50 | Eric C Liebeler | Review Berry's reply on reconsideration. |
| 8/03/05 | 7.50 | Neal F San Diego | Index correspondence with attachments into Lotus notes database (5.5); image correspondence with attachments into database (2.0). |
| 8/03/05 | 5.25 | Damian D Capozzola | Communications with M. Walker, E. Liebeler, and L. Smith re reconsideration issues and potential surreply; communications with O. Samad and analysis re APS matter; review and revise summary judgment motion re damages issues. |
| 8/04/05 | 7.50 | Neal F San Diego | Analyze and prepare pleadings with attachments for indexing (1.5); index pleadings with attachments into case management database (6.0). |

Post Confirmation Trust for
Legal Services for the Period Ending August 31, 2005
October 4, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| 8/04/05 | 2.00 | Damian D Capozzola | Draft APS discovery and motion re Rule 68 issues. |
| 8/04/05 | 6.75 | Damian D Capozzola | Review and revise summary judgment motion, and legal research re same; draft appeal reply; analysis and communications re APS matter, and draft discovery re same; communications with M. Walker and analysis re technical issues; review T. Ueno deposition transcript and communications with T. Hogan re production of documents. |
| 8/05/05 | 7.50 | Neal F San Diego | Index correspondence with attachments into case management database (5.0); image correspondence with attachments into database (2.5). |
| 8/05/05 | 4.25 | Damian D Capozzola | Review and revise APS motion re Rule 68 issues; review and analysis of APS data and exhibits re Rule 68 motion. |
| 8/05/05 | 2.50 | Damian D Capozzola | Draft declarations of D. Capozzola and B. Christensen, and communications re same; review and revise APS motion. |
| 8/06/05 | 3.00 | Damian D Capozzola | Communications with E. Liebeler and analysis re APS issue; revise declaration exhibits; draft and revise discovery to serve on APS and communications re same; analysis re Rule 2004 motions and communications re same. |
| 8/06/05 | 1.25 | Damian D Capozzola | Draft letter to R. Mersky; communications with team members re APS issue. |
| 8/07/05 | .25 | Damian D Capozzola | Communications and analysis re APS issues. |
| 8/08/05 | 3.50 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 8/08/05 | 4.75 | Damian D Capozzola | Review appellate materials and draft outline; review and analysis of relevant cases; communications with R. |

Post Confirmation Trust for
Legal Services for the Period Ending August 31, 2005
October 4, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| | | | Mead re B. Christensen declaration and APS issues. |
| 8/08/05 | 4.50 | Damian D Capozzola | Review appellate materials and draft reply brief; communications and analysis re APS issues and Rule 2004 issues. |
| 8/09/05 | 1.50 | Neal F San Diego | Index pleadings with attachments into case management database. |
| 8/09/05 | 8.25 | Damian D Capozzola | Draft appellate brief; communications with R. Mead re. B. Christensen declaration and APS issues; review Guidance filing re discovery issues. |
| 8/10/05 | 6.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.5); index correspondence with attachments into case management database (5.0). |
| 8/10/05 | 5.50 | Damian D Capozzola | Draft and revise appeal brief; communications and analysis re B. Christensen. |
| 8/10/05 | .25 | Eric C Liebeler | Review correspondence. |
| 8/11/05 | 2.00 | Damian D Capozzola | Communications and analysis re Berry bankruptcy claims; communications and analysis re reconsideration issues; communications and analysis re document production issues. |
| 8/11/05 | .25 | Eric C Liebeler | Review order; discuss with client and team. |
| 8/12/05 | 2.50 | Neal F San Diego | Index pleadings with attachments into Lotus notes database. |
| 8/12/05 | 10.00 | Damian D Capozzola | Communications and analysis re reconsideration order and case management issues; review and revise appellate reply; review letter from T. Hogan re F1 project and communications with team members re same, and begin drafting response; communications and analysis re documents produced by T. |

Post Confirmation Trust for
Legal Services for the Period Ending August 31, 2005
October 4, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| | | | Ueno. |
| 8/12/05 | 1.50 | Eric C Liebeler | Review appeal brief. |
| 8/13/05 | 5.25 | Damian D Capozzola | Draft objection re Berry administrative claims; draft response to Berry letter re F-1 project and communications re same. |
| 8/15/05 | 6.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.0); index correspondence with attachments into Lotus notes database (5.5). |
| 8/15/05 | 2.25 | Damian D Capozzola | Communications with T. Hogan and team members re T. Ueno documents, and letter to L. Chong re same. |
| 8/15/05 | 1.75 | Eric C Liebeler | Work on discovery issue. |
| 8/16/05 | 7.50 | Neal F San Diego | Index correspondence with attachments into case management database (5.5); image correspondence with attachments into database (2.0). |
| 8/16/05 | 3.75 | Damian D Capozzola | Review and revise letter to C. Matsui; communications and analysis re Ueno documents; review and revise letter to C. Matsui, and prepare and compile exhibits re same; review and analysis of letter from R. Fujichaku and communications with L. Smith re same; communications with O. Samad and analysis re APS matter. |
| 8/17/05 | 2.00 | Romana O Samad | Review citations and prepare document for filing. |
| 8/17/05 | 1.50 | Neal F San Diego | Index pleadings with attachments into case management database. |
| 8/17/05 | 5.00 | Neal F San Diego | Assist in preparation of response brief to the 9th circuit. |
| 8/17/05 | 4.75 | Damian D Capozzola | Communications with counsel and analysis re Hilo Fish, discovery, and Ueno deposition issues; communications |

Post Confirmation Trust for
Legal Services for the Period Ending August 31, 2005
October 4, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| | | | with team members re appeal issues; review and revise appeal brief; communications and analysis re F-1 documentation. |
| 8/18/05 | 4.50 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 8/18/05 | 2.00 | Damian D Capozzola | Review and revise appeal brief, prepare for filing, and communications with team members re same; communications with J. Kinrich and analysis of Ueno issues; review and analysis of summary judgment brief and related papers, and communications re same. |
| 8/19/05 | 3.25 | Wendy K Adams | Attention to finalization, filing and service of Appellant's Reply and Response Brief of Fleming Companies, Inc.; conferences with D. Capozzola and F. Carlow re same. |
| 8/19/05 | 7.25 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.5); index correspondence with attachments into case management database (5.75). |
| 8/19/05 | .75 | Damian D Capozzola | Communications re appeal filing; draft declaration for J. Kinrich and communications re same. |
| 8/21/05 | 1.00 | Damian D Capozzola | Review and revise Berry summary judgment motion and draft related declaration. |
| 8/22/05 | 2.50 | Romana O Samad | Research issues for Summary Judgment motion and draft short memo. |
| 8/22/05 | 5.50 | Damian D Capozzola | Review and revise summary judgment brief and communications with E. Liebeler re same. |
| 8/22/05 | 5.25 | Damian D Capozzola | Communications and analysis re T. Ueno reports; review and revise summary judgment filing and related papers, and communications with E. Liebeler re same. |

Post Confirmation Trust for
Legal Services for the Period Ending August 31, 2005
October 4, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| 8/22/05 | 4.25 | Eric C Liebeler | Edit summary judgment brief. |
| 8/23/05 | 3.00 | Romana O Samad | Work on research question for Berry Summary Judgment Motion. |
| 8/23/05 | 1.50 | Neal F San Diego | Index pleadings with attachments into case management database. |
| 8/23/05 | 6.00 | Damian D Capozzola | Review and revise summary judgment brief and communications with E. Liebeler re same; review and analysis of cases re damages and causation; draft supporting documents (statement of facts, notice of motion and motion); communications with J. Kinrich re draft motion. |
| 8/23/05 | 1.50 | Eric C Liebeler | Edit summary judgment brief. |
| 8/24/05 | 2.00 | Romana O Samad | Finalize brief for filing. |
| 8/24/05 | 4.50 | Neal F San Diego | Assist in preparation of PCT's motion for summary judgment. |
| 8/24/05 | 4.00 | Neal F San Diego | Index correspondence with attachments into Lotus notes database. |
| 8/24/05 | 7.25 | Damian D Capozzola | Review and revise summary judgment brief and related papers, and prepare for filing; communications with L. Smith, A. Teranishi, E. Liebeler, and O. Samad re same and case management and strategy issues.. |
| 8/25/05 | 4.00 | Neal F San Diego | Index correspondence with attachments into case management database (2.0); image correspondence with attachments into database (2.0). |
| 8/25/05 | .25 | Damian D Capozzola | Communications re case management issues. |
| 8/26/05 | 4.00 | Neal F San Diego | Index correspondence with attachments into case management database (3.0); image correspondence with attachments into database (1.0). |

Post Confirmation Trust for
Legal Services for the Period Ending August 31, 2005
October 4, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| 8/26/05 | .25 | Damian D Capozzola | Communications and analysis re case management and strategy issues. |
| 8/29/05 | 1.50 | Damian D Capozzola | Communications and analysis re case management and strategy issues, executing on copyright, and discovery sanctions order issued against Berry. |
| 8/30/05 | 7.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.5); index correspondence with attachments into Lotus notes database (4.0); image correspondence with attachments into database (2.0). |
| 8/30/05 | .25 | Damian D Capozzola | Communications and analysis re Berry appeal of sanctions order and case management issues. |
| 8/31/05 | 2.00 | Neal F San Diego | Index pleadings with attachments into case management database. |
| 8/31/05 | .75 | Damian D Capozzola | Analysis and communications with E. Liebeler and L. Smith re case management and strategy issues; communications re file maintenance issues. |
| 251.00 | | | TOTAL HOURS |

Post Confirmation Trust for
Legal Services for the Period Ending August 31, 2005
October 4, 2005

## Description of Expenses

| Date | Description | Amount |
|---|---|---:|
| 4/26/05 | Telephone call to: NEWYORKCTY,NY 212-478-0661 | 8.40 |
| 4/26/05 | Telephone call to: NEWYORKCTY,NY 212-735-3000 | 4.00 |
| 8/01/05 | Telephone call to: S SAN,CA 650-743-3449 | .60 |
| 8/02/05 | Telephone call to: S SAN,CA 650-743-3449 | .80 |
| 8/02/05 | Lillian Lai, Working Group Meal/K&E Only, Los Angeles, CA, 08/02/05, (Trial preparation) | 22.81 |
| 8/04/05 | Telephone call to: STATE OF,HI 808-535-5711 | .60 |
| 8/14/05 | GENESYS CONFERENCING, INC. - Telephone - 07/19/05 Conference call | 8.93 |
| 8/14/05 | GENESYS CONFERENCING, INC. - Telephone - 07/20/05 Conference call | 1.08 |
| 8/14/05 | GENESYS CONFERENCING, INC. - Telephone - 07/20/05 Conference call | 9.05 |
| 8/14/05 | GENESYS CONFERENCING, INC. - Telephone - 07/21/05 Conference call | 7.27 |
| 8/14/05 | GENESYS CONFERENCING, INC. - Telephone - 07/21/05 Conference call | 12.15 |
| 8/14/05 | GENESYS CONFERENCING, INC. - Telephone - 07/21/05 Conference call | .96 |
| 8/14/05 | GENESYS CONFERENCING, INC. - Telephone - 08/02/05 Conference call | 6.31 |
| 8/14/05 | GENESYS CONFERENCING, INC. - Telephone - 08/03/05 Conference call | 1.55 |
| 8/14/05 | GENESYS CONFERENCING, INC. - Telephone - 08/03/05 Conference call | 4.86 |
| 8/15/05 | Fax phone charge to 808-528-4997 | .80 |
| 8/15/05 | Fax page charge to 808-539-8799 | 9.00 |
| 8/15/05 | Fax page charge to 808-524-3838 | 9.00 |
| 8/15/05 | Fax page charge to 808-528-4997 | 9.00 |
| 8/15/05 | Fax page charge to 808-523-8899 | 9.00 |
| 8/15/05 | Fax page charge to 808-528-4997 | 6.75 |
| 8/15/05 | LIVENOTE INC - Court Reporter Fee/Deposition - Deposition of Thomas Ueno on 7/22/05 | 349.75 |
| 8/15/05 | LIVENOTE INC - Court Reporter Fee/Deposition - Deposition of Thomas Ueno in Hawaii | 2,440.35 |

Post Confirmation Trust for
Legal Services for the Period Ending August 31, 2005
October 4, 2005

| Date | Description | Amount |
|---|---|---|
| 8/18/05 | Telephone call to: PHLADELPHA,PA 610-443-1400 | 8.60 |
| 8/19/05 | Telephone call to: PHLADELPHA,PA 610-443-1400 | 3.40 |
| 8/19/05 | WHITMONT LEGAL TECHNOLOGIES, INC. - Outside Copy/Binding Services - Fleming Reply Brief - 9th circuit | 82.89 |
| 8/22/05 | Fax phone charge to 212-255-5858 | 2.80 |
| 8/22/05 | Fax page charge to 212-255-5858 | 51.75 |
| 8/23/05 | Fax phone charge to 212-255-5858 | 1.40 |
| 8/23/05 | Fax page charge to 212-255-5858 | 13.50 |
| 8/23/05 | Fax page charge to 212-921-5212 | 5.25 |
| 8/23/05 | Fax page charge to 310-798-8926 | 6.00 |
| 8/24/05 | Damian Capozzola, Cellular Service, Cingular, 7/9/05-8/8/05, 08/24/05, (Telephone Charges) | 5.44 |
| | Color Copies | 84.00 |
| | Standard Copies | 1,565.90 |
| | Scanned Images | 54.45 |
| | **Total Expenses** | **$ 4,808.40** |