October 24, 2005

Post Confirmation Trust for
Fleming Companies, Inc.
5801 N. Broadway Ext Ste 100
Oklahoma City, OK  73118

ATTN:  Steve Eaton

**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

FEIN 36-1326630

Inv.# 2961758

---

IN THE MATTER OF        Berry, Wayne Litigation
                        File No. 41445-0006

| | |
|---|---:|
| For legal services rendered through September 30, 2005 (see attached Description of Legal Services for detail) | $ 55,618.75 |
| For disbursements incurred through September 30, 2005 (see attached Description of Expenses for detail) | $ 2,254.89 |
| Total for legal services rendered and expenses incurred | $ 57,873.64 |

Post Confirmation Trust for
Legal Services for the Period Ending September 30, 2005
October 24, 2005

## Summary of Hours Billed

| Timekeeper | Hours | Rate | Amount |
|---|---:|---:|---:|
| Erin N Brady | 9.25 | 455.00 | 4,208.75 |
| Damian D Capozzola | 61.00 | 515.00 | 31,415.00 |
| Eric C Liebeler | 4.50 | 625.00 | 2,812.50 |
| Romana O Samad | 19.50 | 340.00 | 6,630.00 |
| Richard L Wynne | 2.50 | 775.00 | 1,937.50 |
| Allison Mayo Andrews | 1.00 | 200.00 | 200.00 |
| Neal F San Diego | 76.50 | 110.00 | 8,415.00 |
| **Total** | **174.25** | | **$ 55,618.75** |

Post Confirmation Trust for
Legal Services for the Period Ending September 30, 2005
October 24, 2005

## Description of Legal Services

| Date | Hours | Name | Description |
|---|---|---|---|
| 9/01/05 | 1.50 | Erin N Brady | Review, analyze and comment on Berry objection to proof of claim; research re basis for abstention. |
| 9/01/05 | .50 | Romana O Samad | Review local rules and send original declarations via fed ex to comply with local rules. |
| 9/01/05 | 4.00 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.0); index correspondence with attachments into case management database (3.0). |
| 9/02/05 | 4.00 | Neal F San Diego | Index pleadings with attachments into case management database (1.5); image pleadings with attachment into database (2.5). |
| 9/02/05 | .25 | Damian D Capozzola | Communications and analysis re case management and strategy issues. |
| 9/06/05 | 1.50 | Erin N Brady | Review and analyze draft objection to Berry claims; research case law re bringing litigated claims to bankruptcy court for allowance. |
| 9/06/05 | 5.00 | Neal F San Diego | Index pleadings with attachments into case management database (4.0); image pleadings with attachments into database (1.0). |
| 9/06/05 | 3.25 | Damian D Capozzola | Communications and analysis re case management and strategy issues; review and revise brief re administrative claims, and select and prepare exhibits re same; analysis of statutory provisions and communications with E. Brady re same. |
| 9/06/05 | .75 | Eric C Liebeler | Discuss administrative claims with E. Brady, D. Capozzola. |
| 9/07/05 | 4.00 | Neal F San Diego | Index correspondence with attachments |

Post Confirmation Trust for
Legal Services for the Period Ending September 30, 2005
October 24, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| | | | into case management database (3.0); image correspondence with attachments into database (1.0). |
| 9/07/05 | .50 | Damian D Capozzola | Revise administrative claim objection; communications with L. Smith, J. Kinrich, and M. Walker re case management and strategy issues. |
| 9/08/05 | 4.00 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 9/08/05 | .25 | Damian D Capozzola | Communications with L. Smith and A. Teranishi re case management and strategy matters. |
| 9/09/05 | 1.50 | Erin N Brady | Telephone conference with G. Shaw re settlement authority; review plan and PCT Agreement re same; review memorandum re same; draft email to E. Liebeler, R. Wynne and G. Shaw are settlement authority issues; discuss same with R. Wynne. |
| 9/09/05 | 5.00 | Neal F San Diego | Index correspondence with attachments into case management database (4.0); image correspondence with attachments into database (1.0). |
| 9/11/05 | .25 | Damian D Capozzola | Review discovery appeal from W. Berry re F-1 issues. |
| 9/12/05 | 3.00 | Neal F San Diego | Index correspondence with attachments into Lotus notes database. |
| 9/12/05 | 1.50 | Damian D Capozzola | Communications with L. Smith re Guidance production; prepare for and participate in conference call with R. Mersky and O. Samad re APS claim, and communications with team members re same; review W. Berry brief re F-1 project and communications re response. |
| 9/13/05 | 4.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.0); index correspondence with attachments into case management database (3.5). |

Post Confirmation Trust for
Legal Services for the Period Ending September 30, 2005
October 24, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| 9/14/05 | 2.00 | Romana O Samad | Check status of 9th Circuit appeal, review dockets for cross appeal docket nos. 05-15223 and 05-15347; review all local rules and calendar our response date to oppose Berry?s appeal in Hawaii District Court. |
| 9/14/05 | 3.00 | Neal F San Diego | Index correspondence with attachments into Lotus notes database. |
| 9/14/05 | 5.25 | Damian D Capozzola | Analysis and communications re prepetition appeal issues; review and revise objection to administrative claim and communications with E. Liebeler and E. Brady re same; research re administrative claim and Reading Co. issues; communications with T. Hogan re administrative claims and potential stipulation. |
| 9/15/05 | .25 | Erin N Brady | Review email correspondence re Hogan response to Stipulation. |
| 9/15/05 | .50 | Romana O Samad | Work with A. Teranishi re whether L.R. 74.1 applies to cases where Magistrate has not adopted the Master's order from 8/29. |
| 9/15/05 | 3.50 | Neal F San Diego | Index pleadings with attachments into case management database (2.5); image pleadings with attachments into database (1.0). |
| 9/15/05 | 1.00 | Neal F San Diego | Organize and prepare a binder for use by D. Capozzola re W. Berry's opposition on motion for summary judgment re damages. |
| 9/15/05 | 3.25 | Damian D Capozzola | Review Berry appeal re F-1 issues and draft response; analysis and communications re Berry reply to summary judgment motion. |
| 9/15/05 | 2.75 | Damian D Capozzola | Review and analysis of Berry summary judgment opposition; complete and circulate draft response re F-1 appeal. |

Post Confirmation Trust for
Legal Services for the Period Ending September 30, 2005
October 24, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| 9/16/05 | 2.50 | Neal F San Diego | Index pleadings with attachments into case management database. |
| 9/16/05 | 2.00 | Neal F San Diego | Organize, prepare and deliver 2 copy sets of W. Berry's response and opposition re motion for summary judgment for use by expert, J. Kinrich. |
| 9/16/05 | 2.00 | Damian D Capozzola | Revise objection re administrative claims and communications re completed draft. |
| 9/16/05 | 1.00 | Eric C Liebeler | Review Berry's opposition to PCT's summary judgment motion re damages. |
| 9/17/05 | 1.00 | Erin N Brady | Review, analyze and comment on Berry claim objection; exchange emails with D. Capozzola re same. |
| 9/17/05 | .25 | Damian D Capozzola | Communications and analysis re administrative claim objection. |
| 9/18/05 | 3.50 | Erin N Brady | Revise Berry objection; research re procedural amendment issues; analyze proofs of claim; analyze issues and arguments for objection. |
| 9/18/05 | .50 | Richard L Wynne | Analyze Berry objection to claim. |
| 9/18/05 | .50 | Romana O Samad | Research when appeal re pre-petition hearing is likely to occur in 9th Circuit. |
| 9/19/05 | .25 | Romana O Samad | Review correspondence re plaintiff?s premature appeal re F-1 issues |
| 9/19/05 | 2.50 | Neal F San Diego | Image correspondence with attachments into case management database. |
| 9/19/05 | 1.00 | Damian D Capozzola | Review and revise administrative claims objection and communications with E. Brady re same. |
| 9/20/05 | .25 | Richard L Wynne | Telephone conference with D. Capozzola re Berry objection and E. Liebeler re Berry objection. |

Post Confirmation Trust for
Legal Services for the Period Ending September 30, 2005
October 24, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 9/20/05 | 1.00 | Romana O Samad | Review all the documents filed by plaintiff to strategize response. |
| 9/20/05 | 1.50 | Damian D Capozzola | Review and revise administrative claim objection. |
| 9/20/05 | 3.25 | Damian D Capozzola | Review Berry summary judgment materials and draft e-mail to team members re issues for reply; communications and analysis re administrative claim objection. |
| 9/21/05 | .50 | Richard L Wynne | Telephone conference with E. Brady and D. Capozzola re issues on berry administrative claim objection. |
| 9/21/05 | .50 | Richard L Wynne | Analyze administrative claim objection. |
| 9/21/05 | .25 | Richard L Wynne | Telephone conference with D. Capozzola and E. Liebeler re litigation extensions. |
| 9/21/05 | .50 | Romana O Samad | Gather all briefing for summary judgment hearing. |
| 9/21/05 | 1.00 | Neal F San Diego | Organize and prepare documents for use by O. Samad re motion for partial summary judgment on damages. |
| 9/21/05 | 4.75 | Damian D Capozzola | Review and revise administrative claim objection and prepare exhibits; communications re case management and strategy issues; communications with J. Kinrich and K. Gold re Berry summary judgment opposition; review and analysis of Berry summary judgment exhibits. |
| 9/22/05 | .50 | Romana O Samad | Update case deadlines and calendar with A. Andrews |
| 9/22/05 | 3.50 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 9/22/05 | 2.25 | Damian D Capozzola | Review and analysis of Berry summary judgment opposition supporting |

Post Confirmation Trust for
Legal Services for the Period Ending September 30, 2005
October 24, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| | | | materials and communications with J. Kinrich re same; analysis and communications with L. Smith re case management and strategy issues; communications with L. Smith and M. Walker re document production issues. |
| 9/23/05 | 4.00 | Neal F San Diego | Index correspondence with attachments into Lotus notes database (3.0); image correspondence with attachments into database (1.0). |
| 9/23/05 | 5.00 | Damian D Capozzola | Review and analysis of Berry summary judgment opposition and communications re reply; communications with J. Kinrich, K. Gold, and L. Smith re same. |
| 9/24/05 | 2.00 | Damian D Capozzola | Draft outline for Berry reply brief and communications re same. |
| 9/25/05 | 5.00 | Damian D Capozzola | Draft Berry summary judgment reply; communications with team members and analysis re same. |
| 9/25/05 | 2.75 | Eric C Liebeler | Work on summary judgment reply. |
| 9/26/05 | 2.50 | Romana O Samad | Research law prohibiting amending complaint, question of fact generated by contradictions by expert, and court's power to control its calendar. |
| 9/26/05 | 3.50 | Neal F San Diego | Analyze and prepare correspondence and pleadings for indexing (1.5); index correspondence with attachments into case management database (2.0). |
| 9/26/05 | 2.75 | Damian D Capozzola | Review and revise Berry summary judgment reply and communications with team members re same; communications with L. Smith and M. Walker re document production issues. |
| 9/27/05 | .50 | Richard L Wynne | Analyze Berry PCT summary judgment motion. |
| 9/27/05 | .25 | Romana O Samad | Research 9th Circuit rules re oral argument and notice of counsel. |

Post Confirmation Trust for
Legal Services for the Period Ending September 30, 2005
October 24, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| 9/27/05 | 4.00 | Neal F San Diego | Index correspondence and pleadings with attachments into case management database. |
| 9/27/05 | 3.50 | Damian D Capozzola | Communications with team members re summary judgment reply; conference calls with L. Smith, J. Kinrich, and K. Gold re reply report; review and revise summary judgment reply. |
| 9/28/05 | 1.00 | Allison Mayo Andrews | Assist with preparation of summary judgment reply brief. |
| 9/28/05 | 1.00 | Romana O Samad | Research issue of one statutory recovery. |
| 9/28/05 | 2.00 | Neal F San Diego | Cite check PCT's reply memo in support of partial motion for partial summary judgment on damages. |
| 9/28/05 | 4.00 | Neal F San Diego | Index correspondence with attachments into Lotus notes database (3.0); image correspondence with attachments into database (1.0). |
| 9/28/05 | 3.50 | Damian D Capozzola | Review and revise summary judgment reply papers; conference call with L. Smith, J. Kinrich, and K. Gold re same. |
| 9/29/05 | 6.00 | Romana O Samad | Begin cite and fact-checking brief; research congressional history of statute; research and draft sections on other tort actions under Hawaii law. |
| 9/29/05 | 3.50 | Neal F San Diego | Cite and factual check PCT's reply memo in support of partial motion for partial summary judgment. |
| 9/29/05 | 1.50 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 9/29/05 | 5.75 | Damian D Capozzola | Communications re case management issues; revise summary judgment reply and related papers and prepare for filing. |

Post Confirmation Trust for
Legal Services for the Period Ending September 30, 2005
October 24, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| 9/30/05 | 4.00 | Romana O Samad | Finalize all document for filing. |
| 9/30/05 | 1.50 | Neal F San Diego | Final cite checking for PCT's reply memo re partial motion for partial summary judgment. |
| 9/30/05 | 1.25 | Damian D Capozzola | Finalize Berry brief for filing; analysis and communications with L. Smith and M. Walker re Guidance Software and document production issues. |
| | 174.25 | | TOTAL HOURS |

Post Confirmation Trust for
Legal Services for the Period Ending September 30, 2005
October 24, 2005

## Description of Expenses

| Date | Description | Amount |
|---|---|---|
| 6/16/05 | Overtime Meals    Edgar I Yep | 9.00 |
| 7/14/05 | West Publishing-TP,Database Usage  7.05 | 36.40 |
| 7/15/05 | West Publishing-TP,Database Usage  7.05 | 47.45 |
| 7/18/05 | West Publishing-TP,Database Usage  7.05 | 66.41 |
| 7/19/05 | West Publishing-TP,Database Usage  7.05 | 11.61 |
| 7/19/05 | West Publishing-TP,Database Usage  7.05 | 61.32 |
| 7/19/05 | West Publishing-TP,Database Usage  7.05 | 46.13 |
| 7/20/05 | West Publishing-TP,Database Usage  7.05 | 9.25 |
| 7/21/05 | West Publishing-TP,Database Usage  7.05 | 172.49 |
| 7/22/05 | FedEx, Anne Lopez,HONOLULU,HI from:Neal San Diego | 30.33 |
| 7/22/05 | West Publishing-TP,Database Usage  7.05 | 33.57 |
| 7/22/05 | West Publishing-TP,Database Usage  7.05 | 109.21 |
| 7/26/05 | Telephone, Telephone call to:  STATE OF,HI 808-535-5711 | 4.00 |
| 7/26/05 | Telephone, Telephone call to:  S SAN,CA 650-331-0200 | .80 |
| 7/27/05 | Telephone, Telephone call to:  S SAN,CA 650-331-0200 | .80 |
| 7/28/05 | West Publishing-TP,Database Usage  7.05 | .15 |
| 8/02/05 | Computer Database Research,  8.05 | 47.29 |
| 8/03/05 | Computer Database Research,  8.05 | 17.23 |
| 8/04/05 | Computer Database Research,  8.05 | 67.34 |
| 8/05/05 | CD-ROM Duplicates | 15.00 |
| 8/08/05 | Computer Database Research,  8.05 | 19.20 |
| 8/09/05 | Telephone, Damian Capozzola, Cellular Service, Cingular, 8/9/05-9/8/05, 08/09/05, (Telephone Charges) | 4.40 |
| 8/09/05 | Computer Database Research,  8.05 | 13.54 |
| 8/12/05 | Computer Database Research,  8.05 | 6.37 |
| 8/13/05 | Computer Database Research,  8.05 | 42.88 |
| 8/17/05 | Computer Database Research,  8.05 | 179.65 |
| 8/18/05 | FedEx, Wendy K. Adams,SAN FRANCISCO, CA from:R. Olivia    Samad | 47.25 |
| 8/22/05 | Computer Database Research,  8.05 | 5.82 |
| 8/24/05 | WESTERN MESSENGER - Outside Messenger Services - 8/19/05 Appeals 9th circuit, San Francisco, CA | 17.25 |
| 8/24/05 | Computer Database Research,  8.05 | 15.53 |
| 8/24/05 | Computer Database Research,  8.05 | 74.81 |
|  | Tabs/Indexes/Dividers | 61.50 |
| 8/26/05 | FEDERAL EXPRESS CORPORATION - Overnight Delivery- 08/19/05 - From: F. Carlow/ | 16.09 |

Post Confirmation Trust for
Legal Services for the Period Ending September 30, 2005
October 24, 2005.

| Date | Description | Amount |
|---|---|---|
| 8/28/05 | To: T. Hogan<br>Telephone, Damian Capozzola, Cellular Service, Cingular, 7/29/05-8/28/05, 08/28/05, (Telephone Charges) | 1.98 |
| 8/29/05 | Telephone, Telephone call to: SANFRNCSCO,CA 415-556-9800 | 1.00 |
| 8/31/05 | FedEx, Ann Teranishi,HONOLULU,HI from:Neal San Diego | 14.06 |
| 9/06/05 | Fed Exp to:Ann Teranishi,HONOLULU,HI from:Damian Capozzola | 14.13 |
|  | Color Copies | 390.00 |
| 9/14/05 | Telephone call to: OAHU,HI 808-528-0100 | .80 |
| 9/21/05 | Fax Charge, 562-795-5821 | .75 |
| 9/22/05 | Telephone, Telephone call to: S SAN,CA 650-331-0200 | 1.20 |
| 9/23/05 | Telephone, Telephone call to: STATE OF,HI 808-535-5711 | 5.80 |
| 9/27/05 | Telephone, Telephone call to: STATE OF,HI 808-535-5711 | .60 |
|  | Scanned Images | 44.40 |
| 9/30/05 | Fax Charge, 312-280-1748 | 2.25 |
| 9/30/05 | Fax Charge, 312-280-1748 | 2.25 |
|  | Standard Copies | 485.60 |
|  | **Total Expenses** | **$ 2,254.89** |