December 9, 2005

Post Confirmation Trust for
Fleming Companies, Inc.
5801 N. Broadway Ext Ste 100
Oklahoma City, OK  73118

ATTN:  Steve Eaton

**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601
FEIN 36-1326630

Inv.# 2970417

---

IN THE MATTER OF        **Berry, Wayne Litigation**
                        **File No. 41445-0006**


For legal services rendered through October 31, 2005
(see attached Description of Legal Services for detail)          $ 69,620.00


For disbursements incurred through October 31, 2005
(see attached Description of Expenses for detail)                $ 3,700.95


Total for legal services rendered and expenses incurred          $ 73,320.95

Post Confirmation Trust for
Legal Services for the Period Ending October 31, 2005
December 9, 2005

## Summary of Hours Billed

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Erin N Brady | .50 | 455.00 | 227.50 |
| Damian D Capozzola | 61.50 | 515.00 | 31,672.50 |
| Eric C Liebeler | 43.00 | 625.00 | 26,875.00 |
| Romana O Samad | 9.75 | 340.00 | 3,315.00 |
| Richard L Wynne | .50 | 775.00 | 387.50 |
| Allison Mayo Andrews | 1.75 | 200.00 | 350.00 |
| Neal F San Diego | 61.75 | 110.00 | 6,792.50 |
| **Total** | 178.75 | | $ 69,620.00 |

Post Confirmation Trust for
Legal Services for the Period Ending October 31, 2005
December 9, 2005

## Description of Legal Services

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 10/03/05 | 4.00 | Neal F San Diego | Index pleadings with attachments into case management database (3.0); image pleadings with attachments into database (1.0). |
| 10/03/05 | 1.00 | Damian D Capozzola | Communications and analysis re Guidance materials and production and re summary judgment filing. |
| 10/04/05 | 2.50 | Neal F San Diego | Organize and prepare binders for use by D. Capozzola re motion for summary judgment. |
| 10/04/05 | 2.00 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 10/04/05 | 1.50 | Damian D Capozzola | Communications and analysis re summary judgment filings and prepare for hearing. |
| 10/05/05 | 2.00 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 10/05/05 | 3.00 | Neal F San Diego | Analyze and prepare a binder re authorities for use by D. Capozzola. |
| 10/05/05 | 3.00 | Damian D Capozzola | Communications and analysis re Guidance production and F1 issues; prepare materials for summary judgment hearing. |
| 10/05/05 | 1.25 | Eric C Liebeler | Work on discovery issues. |
| 10/06/05 | 2.00 | Neal F San Diego | Index pleadings with attachments into case management database. |
| 10/06/05 | .75 | Damian D Capozzola | Communications and analysis re Guidance materials and Matsui order re same; complete materials for summary judgment hearing; analysis re C&S issues. |
| 10/07/05 | 3.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.5); index correspondence with attachments into |

Post Confirmation Trust for
Legal Services for the Period Ending October 31, 2005
December 9, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | case management database (2.0). |
| 10/07/05 | .25 | Damian D Capozzola | Communications and analysis re case management and strategy issues. |
| 10/07/05 | 4.75 | Eric C Liebeler | Prepare for summary judgment hearing. |
| 10/09/05 | 7.50 | Eric C Liebeler | Prepare for summary judgment hearing; travel to Honolulu. |
| 10/10/05 | 1.75 | Damian D Capozzola | Communications and analysis re summary judgment hearing generally and profits apportionment issues in particular. |
| 10/10/05 | 11.50 | Eric C Liebeler | Prepare for summary judgment hearing. |
| 10/11/05 | .50 | Romana O Samad | Go over issues in reply brief for upcoming hearing. |
| 10/11/05 | 3.50 | Neal F San Diego | Index pleadings with attachments into case management database (2.5); image pleadings with attachments into database (1.0). |
| 10/11/05 | .50 | Damian D Capozzola | Communications with E. Liebeler and analysis re summary judgment hearing. |
| 10/11/05 | 1.00 | Damian D Capozzola | Communications and analysis re summary judgment hearing and offer of judgment strategies. |
| 10/11/05 | 10.50 | Eric C Liebeler | Prepare for and conduct summary judgment hearing; return to Los Angeles. |
| 10/12/05 | .50 | Richard L Wynne | Telephone conference with E. Liebeler re Berry hearing. |
| 10/12/05 | 1.50 | Damian D Capozzola | Review pleadings re F-1 issues and revise response, and communications re same. |
| 10/12/05 | 1.50 | Eric C Liebeler | Edit discovery briefs. |
| 10/13/05 | 1.25 | Damian D Capozzola | Review and revise F-1 response brief and communications re same. |

Post Confirmation Trust for
Legal Services for the Period Ending October 31, 2005
December 9, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 10/14/05 | .50 | Damian D Capozzola | Communications and analysis re discovery and Guidance issues. |
| 10/16/05 | .50 | Eric C Liebeler | Review and analyze bills. |
| 10/17/05 | 1.00 | Damian D Capozzola | Analysis and communications with L. Smith and M. Walker re Guidance production issues. |
| 10/18/05 | 2.00 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 10/18/05 | 2.50 | Neal F San Diego | Organize and prepare a binder re administrative claims filed by W. Berry for use by E. Liebeler to upcoming hearing on 10/27/2005. |
| 10/18/05 | 1.00 | Damian D Capozzola | Communications and analysis re summary judgment, discovery, and Delaware objection issues. |
| 10/18/05 | 5.50 | Eric C Liebeler | Study F-1 discovery motions in response to call from court; conduct telephone conference with Judge Mollway; discuss jury procedure analysis with D. Capozzola and client. |
| 10/19/05 | .75 | Allison Mayo Andrews | Review court orders; revise calendar of events re same. |
| 10/19/05 | .50 | Erin N Brady | Review Berry response to administrative objection. |
| 10/19/05 | 4.50 | Romana O Samad | Research and draft bench brief re election of damages. |
| 10/19/05 | 4.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.5); index correspondence with attachments into case management database (3.0). |
| 10/19/05 | 3.00 | Damian D Capozzola | Revise supplemental submission re statutory damages; communications with team members, analysis, and research re same. |
| 10/19/05 | 4.25 | Damian D Capozzola | Communications and analysis re Feltner |

Post Confirmation Trust for
Legal Services for the Period Ending October 31, 2005
December 9, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | issues and supplemental briefing; communications and analysis re Guidance and F-1 issues; review and analysis of Delaware pleadings and communications re same. |
| 10/20/05 | 4.75 | Romana O Samad | Finalize, proof and file Berry bench memo. |
| 10/20/05 | 5.50 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 10/20/05 | 4.75 | Damian D Capozzola | Review and revise submission re statutory damages  and communications with team members and analysis re same; communications re October 27 hearing in Delaware. |
| 10/21/05 | 2.50 | Neal F San Diego | Index pleadings with attachments into case management database. |
| 10/21/05 | 2.25 | Damian D Capozzola | Review and analysis of communications from T. Hogan and draft responses re same; review pleadings and prepare for October 27 Delaware hearing. |
| 10/22/05 | .75 | Damian D Capozzola | Review and analysis of Guidance reconsideration and DE hearing materials. |
| 10/24/05 | 5.00 | Neal F San Diego | Index correspondence with attachments into case management database (4.0); image correspondence with attachments into database (1.0). |
| 10/24/05 | 1.25 | Neal F San Diego | Organize and obtain all discovery responses by Berry for use by attorney. |
| 10/24/05 | 4.75 | Damian D Capozzola | Draft outline of response re Guidance reconsideration issues and communications with E. Liebeler, L. Smith, and M. Walker re same; review and analysis of summary judgment order and communications with team members re same and related case management and strategy issues. |

Post Confirmation Trust for
Legal Services for the Period Ending October 31, 2005
December 9, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 10/25/05 | 4.50 | Damian D Capozzola | Draft response to Berry reconsideration motion re Guidance issues and communications with team members re same; prepare for and participate in telephone conference with M. Walker and L. Smith re reconsideration and Guidance issues; review and analysis re Berry written discovery responses and communications re same. |
| 10/26/05 | 1.00 | Allison Mayo Andrews | Review, process and collate incoming case documents; review files re B. Dechter expert report. |
| 10/26/05 | 1.00 | Neal F San Diego | Research expert report of B. Dechter with signature for use by attorney. |
| 10/26/05 | 3.50 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 10/26/05 | 8.75 | Damian D Capozzola | Draft reconsideration opposition and communications re same; review communications from T. Hogan; communications with E. Liebeler and other team members re case management and strategy issues; communications with V. Limongelli and M. Walker re Guidance production issues; communications with L. Smith and analysis re copyright deposit issues; review and analysis of injunction and contempt motions filed by Berry and communications with team members re same; prepare for hearing re administrative claims. |
| 10/27/05 | 4.50 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 10/27/05 | 6.50 | Damian D Capozzola | Prepare for and participate in hearing re administrative claims; attention to calendaring and case management issues; communications with M. Walker, V. Limongelli, and L. Smith re Guidance issues and analysis re 4.6 gig cluster issues; communications with B. Dechter re scheduling issues. |

Post Confirmation Trust for
Legal Services for the Period Ending October 31, 2005
December 9, 2005

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 10/28/05 | 4.50 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 10/28/05 | 1.75 | Damian D Capozzola | Communications with T. Hogan re Guidance motion; communications with V. Limongelli, M. Walker, and L. Smith re materials produced by Guidance; communications with E. Liebeler and L. Smith re case management and strategy issues; review and analysis of present and past injunction motions. |
| 10/29/05 | .75 | Damian D Capozzola | Communications with E. Liebeler and analysis re case management and strategy issues; review 9th Circuit jury instructions. |
| 10/31/05 | 2.50 | Neal F San Diego | Image correspondence with attachments into case management database. |
| 10/31/05 | 4.50 | Damian D Capozzola | Communications and analysis re Guidance Software and 4.6 gig cluster issues; analysis of and attention to trial preparation and scheduling issues; prepare jury instructions; review communications from T. Hogan and draft responses. |
| | 178.75 | | TOTAL HOURS |

Post Confirmation Trust for
Legal Services for the Period Ending October 31, 2005
December 9, 2005

## Description of Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 7/07/05 | Telephone call to:  PALO ALTO,CA 650-331-0200 | 1.23 |
| 7/09/05 | Telephone call to:  REDWOOD CY,CA 650-743-3449 | 1.29 |
| 7/10/05 | Telephone call to:  LOSANGELES,CA 213-248-1212 | .93 |
| 7/20/05 | Telephone call to:  PALO ALTO,CA 650-331-0200 | 1.50 |
| 7/20/05 | Telephone call to:  PALO ALTO,CA 650-331-0200 | .91 |
| 7/20/05 | Telephone call to:  HONOLULU,HI 808-535-5711 | 1.53 |
| 7/22/05 | Telephone call to:  PALO ALTO,CA 650-331-0200 | 2.40 |
| 7/28/05 | Telephone call to:  PALO ALTO,CA 650-331-0200 | 2.10 |
| 8/04/05 | Telephone call to:  HONOLULU,HI 808-535-5711 | 1.04 |
| 8/04/05 | Telephone call to:  HONOLULU,HI 808-256-5045 | 1.38 |
| 8/04/05 | Telephone call to:  HONOLULU,HI 808-256-5045 | 2.80 |
| 9/29/05 | FedEx, Ann Teranishi,HONOLULU,HI from:Neal San Diego | 14.13 |
| 9/30/05 | LEXISNEXIS - Computer Database Research - LexisNexis Datebese Usage for September, 2005 | 25.99 |
| 10/03/05 | Telephone, Telephone call to:  STATE OF,HI 808-535-5711 | .60 |
| 10/03/05 | Telephone call to:  S SAN,CA 650-331-0200 | 2.80 |
| 10/03/05 | Telephone call to:  STATE OF,HI 808-535-5711 | 2.40 |
| 10/03/05 | Postage | 5.63 |
| 10/03/05 | FedEx, Ann Teranishi,HONOLULU,HI from:Damian Capozzola | 14.44 |
| 10/05/05 | Telephone, Telephone call to:  STATE OF,HI 808-535-5711 | .60 |
| 10/05/05 | Telephone call to:  STATE OF,HI 808-535-5711 | 1.20 |
| 10/05/05 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage, 7/1/05 to 9/30/05 Jennifer Ballinger | .40 |

Post Confirmation Trust for
Legal Services for the Period Ending October 31, 2005
December 9, 2005

| Date | Description | Amount |
|------|-------------|-------:|
| 10/05/05 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage, 7/1/05 to 9/30/05 Neal San Diego | 181.28 |
| 10/05/05 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage, 7/1/05 to 9/30/05 Allison Mayo Andrews | .32 |
| 10/05/05 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage, 7/1/05 to 9/30/05 Adam Gorman | 4.08 |
| 10/08/05 | Telephone, Damian Capozzola, Cellular Service, Cingular, 9/9/05-10/8/05, 10/08/05, (Telephone Charges) | 6.16 |
| 10/09/05 | Telephone, Eric Liebeler, Internet Access, Hotel, 10/09/05, 10/09/05, (Court Hearing) | 26.98 |
| 10/09/05 | Travel Expense, Eric Liebeler, Hotel, Honolulu, HA, 10/09/05, (Court Hearing) | 310.84 |
| 10/09/05 | Airfare, Eric Liebeler, Airfare, Honolulu, HA, 10/09/05 to 10/11/05, (Court Hearing) | 1,456.61 |
| 10/09/05 | Transportation to/from airport, Eric Liebeler, To/From Airport, Los Angeles, 10/09/05, (Court Hearing) | 65.00 |
| 10/09/05 | Travel Meals, Eric Liebeler, Travel Meal, Honolulu, HA, 10/09/05, (Court Hearing) | 22.59 |
| 10/09/05 | Car Rental, Eric Liebeler, Car Rental, Honolulu, HA, 10/09/05 to 10/11/05, (Court Hearing) | 142.27 |
| 10/09/05 | Other Travel Expenses, Eric Liebeler, Parking, Honolulu, HA, 10/09/05, (Court Hearing) | 15.00 |
| 10/10/05 | Telephone, Eric Liebeler, Telephone While Traveling, Hotel, 10/10/05, 10/10/05, (Court Hearing) | 148.08 |
| 10/10/05 | Telephone, Eric Liebeler, Telephone While Traveling, Hotel, 10/11/05, 10/10/05, (Court Hearing) | 49.00 |
| 10/10/05 | Travel Expense, Eric Liebeler, Hotel, Honolulu, HA, 10/10/05, (Court Hearing) | 310.84 |
| 10/10/05 | Travel Meals, Eric Liebeler, Travel Meal, Honolulu, HA, 10/10/05, (Court Hearing) | 23.49 |
| 10/10/05 | Travel Meals, Eric Liebeler, Travel Meal, Honolulu, HA, 10/10/05, (Court Hearing) | 59.12 |

Post Confirmation Trust for
Legal Services for the Period Ending October 31, 2005
December 9, 2005

| Date | Description | Amount |
|------|-------------|--------|
| 10/10/05 | Other Travel Expenses, Eric Liebeler, Parking, Honolulu, HA, 10/10/05, (Court Hearing) | 15.00 |
| 10/11/05 | Travel Expense, Eric Liebeler, Hotel, Honolulu, HA, 10/11/05, (Court Hearing) | 78.12 |
| 10/11/05 | Transportation to/from airport, Eric Liebeler, To/From Airport, Los Angeles, 10/11/05, (Court Hearing) | 65.00 |
| 10/11/05 | Travel Meals, Eric Liebeler, Travel Meal, Honolulu, HA, 10/11/05, (Court Hearing) | 12.82 |
| 10/14/05 | Telephone call to: S SAN,CA 650-331-0200 | .80 |
| 10/20/05 | Telephone call to: STATE OF,HI 808-256-5045 | .80 |
| 10/26/05 | Telephone call to: STATE OF,HI 808-535-5711 | 1.00 |
| 10/26/05 | Telephone call to: S SAN,CA 650-331-0200 | 1.60 |
|  | Scanned Images | 7.65 |
| 10/27/05 | Telephone call to: S SAN,CA 650-331-0200 | 2.80 |
| 10/27/05 | Telephone call to: S SAN,CA 650-331-0200 | .60 |
| 10/28/05 | Telephone call to: STATE OF,HI 808-535-5711 | .60 |
| 10/28/05 | Telephone call to: STATE OF,HI 808-535-5711 | .80 |
| 10/28/05 | Telephone call to: S SAN,CA 650-743-3449 | .80 |
|  | Standard Copies | 605.60 |
|  | Total Expenses | $ 3,700.95 |