December 28, 2005

Post Confirmation Trust for
Fleming Companies, Inc.
5801 N. Broadway Ext Ste 100
Oklahoma City, OK 73118

ATTN: Steve Eaton

**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601
FEIN 36-1326630

Inv.# 2984338

---

IN THE MATTER OF   Berry, Wayne Litigation
File No. 41445-0006

| | |
|---|---|
| For legal services rendered through November 30, 2005 (see attached Description of Legal Services for detail) | $ 67,877.50 |
| For disbursements incurred through November 30, 2005 (see attached Description of Expenses for detail) | $ 2,035.20 |
| Total for legal services rendered and expenses incurred | $ 69,912.70 |

Post Confirmation Trust for
Legal Services for the Period Ending November 30, 2005
December 28, 2005

## Summary of Hours Billed

| Timekeeper | Hours | Rate | Amount |
|---|---:|---:|---:|
| Damian D Capozzola | 83.75 | 515.00 | 43,131.25 |
| Eric C Liebeler | 7.00 | 625.00 | 4,375.00 |
| Romana O Samad | 27.00 | 340.00 | 9,180.00 |
| Richard L Wynne | 1.75 | 775.00 | 1,356.25 |
| Allison Mayo Andrews | .50 | 200.00 | 100.00 |
| Neal F San Diego | 88.50 | 110.00 | 9,735.00 |
| **Total** | 208.50 | | $ 67,877.50 |

Post Confirmation Trust for
Legal Services for the Period Ending November 30, 2005
December 28, 2005

## Description of Legal Services

| Date | Hours | Name | Description |
|---|---|---|---|
| 11/01/05 | 3.00 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 11/01/05 | 2.25 | Damian D Capozzola | Communications and analysis re e-mails from T. Hogan, Guidance software issues, and trial preparation issues. |
| 11/02/05 | 1.25 | Damian D Capozzola | Communications re correspondence from T. Hogan; analysis of and attention to Guidance production issues. |
| 11/02/05 | .50 | Eric C Liebeler | Discuss case status with Core-Mark. |
| 11/03/05 | .25 | Richard L Wynne | Analyze D. Capozzola letter to S. Loretz re Hawaii litigation. |
| 11/03/05 | 3.50 | Neal F San Diego | Index pleadings with attachments into case management database. |
| 11/03/05 | 1.00 | Damian D Capozzola | Finalize draft of jury instructions and communications re same; communications and analysis re scheduling and staffing issues; review communications from T. Hogan and analysis and internal communications re same; analysis re profits issues and communications with J. Kinrich re same. |
| 11/04/05 | 4.50 | Neal F San Diego | Organize and prepare documents for use by attorney as exhibits to letter brief for the discovery master. |
| 11/04/05 | 2.75 | Damian D Capozzola | Communications re B. Dechter travel and testimony issues; review and revise letter to C. Matsui and select exhibits re same; review and analysis of Berry motion re Guidance OSC and draft response. |
| 11/04/05 | .50 | Eric C Liebeler | Review settlement offer; discus with L. Smith. |
| 11/07/05 | 3.50 | Neal F San Diego | Index correspondence with attachments |

Post Confirmation Trust for
Legal Services for the Period Ending November 30, 2005
December 28, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| | | | into case management database. |
| 11/07/05 | 4.75 | Damian D Capozzola | Draft outline and response to Berry motion and related documents re Guidance OSC and select exhibits for response; communications with L. Smith and M. Walker re same. |
| 11/08/05 | .50 | Allison Mayo Andrews | Analysis of declarations of W. Berry for testimony for attorney review and use. |
| 11/08/05 | .75 | Romana O Samad | Review J. Mollway's rules re jury instructions analyze and create instructions for trial. |
| 11/08/05 | 2.00 | Neal F San Diego | Document search re Berry's declaration for use by expert M. Walker. |
| 11/08/05 | 3.75 | Damian D Capozzola | Communications and analysis re revisions to Guidance OSC opposition and related Walker supplemental report; review and revise jury instructions. |
| 11/09/05 | 4.50 | Neal F San Diego | Index correspondence with attachments into Lotus notes database. |
| 11/09/05 | 3.25 | Damian D Capozzola | Review and revise jury instructions; communications with M. Walker and L. Smith re Guidance OSC opposition. |
| 11/10/05 | 5.00 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.5); index correspondence with attachments into case management database (3.5). |
| 11/10/05 | 2.00 | Damian D Capozzola | Review L. Smith draft of Guidance opposition and communications re same. |
| 11/11/05 | .25 | Richard L Wynne | Telephone conference with D. Capozzola and R. Cobb re C&S and Target meetings on sale issues. |
| 11/11/05 | 4.00 | Neal F San Diego | Index correspondence and pleadings with attachments into case management database. |

Post Confirmation Trust for
Legal Services for the Period Ending November 30, 2005
December 28, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| 11/11/05 | 2.50 | Damian D Capozzola | Communications with M. Walker, L. Smith, and E. Liebeler re Guidance OSC issues and unallocated cluster issues; review and revise jury instructions. |
| 11/11/05 | 2.75 | Damian D Capozzola | Draft and revise pretrial statement. |
| 11/12/05 | .25 | Damian D Capozzola | Communications re Berry pretrial statement and case management issues. |
| 11/13/05 | .25 | Damian D Capozzola | Communications and analysis re case management and trial preparation issues. |
| 11/14/05 | .75 | Richard L Wynne | Analyze October 27 transcript re Munalfo and Berry. |
| 11/14/05 | 5.00 | Neal F San Diego | Analyze and prepare a list of all motions filed for use by attorney to prepare for upcoming trial. |
| 11/14/05 | 2.75 | Damian D Capozzola | E-mails with L. Smith and A. Teranishi re pleadings and case management issues; oversee D. Silva re jury instructions; review and revise pretrial statement and communications re same. |
| 11/15/05 | 1.00 | Romana O Samad | Gather all filed documents related to briefings on injunctions. |
| 11/15/05 | 2.50 | Neal F San Diego | Obtain and prepare documents re preliminary injunction for use by O. Samad to prepare for a response. |
| 11/15/05 | 3.00 | Neal F San Diego | Revise list of motions issued during the post petition for use by attorney in preparation for upcoming trial. |
| 11/15/05 | 3.25 | Damian D Capozzola | Analysis of trial preparation issues and communications re same; review and revise jury instructions. |
| 11/16/05 | 2.00 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 11/16/05 | 4.00 | Neal F San Diego | Index correspondence and pleadings with |

Post Confirmation Trust for
Legal Services for the Period Ending November 30, 2005
December 28, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| | | | attachments into Lotus notes database. |
| 11/16/05 | 1.00 | Damian D Capozzola | Communications and analysis re trial preparation issues. |
| 11/16/05 | 1.00 | Damian D Capozzola | Review and revise pretrial documents; analysis re trial preparation issues. |
| 11/17/05 | 2.50 | Romana O Samad | Review and analyze prior injunction briefing for J. Mollway. |
| 11/17/05 | 6.00 | Neal F San Diego | Analyze and prepare correspondence and pleadings with attachments for indexing (1.5); index correspondence and pleadings with attachments into case management database (4.5). |
| 11/17/05 | 2.25 | Damian D Capozzola | Draft pretrial documents and communications re same; review and revise jury instructions. |
| 11/18/05 | 2.50 | Romana O Samad | Research and analyze legal standard for permanent versus preliminary injunction in copyright cases. |
| 11/18/05 | 6.00 | Neal F San Diego | Analyze and prepare correspondence and pleadings with attachments for indexing (1.0); index correspondence and pleadings with attachments into case management database (4.0); image correspondence and pleadings with attachments into database (1.0). |
| 11/18/05 | 2.00 | Damian D Capozzola | Prepare for and participate in conference call and communications re trial preparation issues, and analysis re same. |
| 11/18/05 | 1.75 | Eric C Liebeler | Review pleadings. |
| 11/19/05 | 3.00 | Neal F San Diego | Organize and prepare binders re Jury Instructions for use by E. Liebeler, D. Capozzola, L. Smith and L. Hosoda for the upcoming trial. |
| 11/19/05 | 4.00 | Neal F San Diego | Update case management database for use and review by attorney for the upcoming |

Post Confirmation Trust for
Legal Services for the Period Ending November 30, 2005
December 28, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| | | | trial. |
| 11/19/05 | 2.25 | Damian D Capozzola | Review and revise jury instructions and communications with team members re same; communications re and review Guidance OSC motion; analysis of and attention to scheduling issues. |
| 11/20/05 | 4.50 | Damian D Capozzola | Review and analysis of Guidance OSC reply papers and communications with L. Smith and M. Walker re same; review and analysis of October 11, 2005 summary judgment transcript; review and revise pretrial documents, and analysis and communications with team members re trial preparation issues. |
| 11/21/05 | 5.50 | Neal F San Diego | Index pleadings with attachments into Lotus notes database (4.0); image pleadings with attachment into database (1.5). |
| 11/21/05 | 2.75 | Damian D Capozzola | Prepare, review, and revise pretrial documents, trial brief, and motions in limine; prepare for and participate in conference call re Guidance OSC issues. |
| 11/21/05 | 1.00 | Damian D Capozzola | Draft and revise trial brief; e-mail to summer clerks re trial research projects. |
| 11/22/05 | 4.25 | Romana O Samad | Review and analyze prior injunctions orders from 9th circuit and Judge King in preparation for our opposition. |
| 11/22/05 | 4.00 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 11/22/05 | .75 | Damian D Capozzola | Communications with team members and analysis re pretrial preparation issues. |
| 11/23/05 | 2.00 | Neal F San Diego | Analyze and obtain cases cited for use by O. Samad in response to Berry's injunction motion. |
| 11/23/05 | 1.00 | Damian D Capozzola | Review and revise jury instructions and |

Page    7

Post Confirmation Trust for
Legal Services for the Period Ending November 30, 2005
December 28, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| | | | communications with team members re same and case management issues. |
| 11/23/05 | 1.25 | Eric C Liebeler | Review pleadings and draft jury instructions. |
| 11/24/05 | 7.75 | Damian D Capozzola | Review and revise jury instructions and communications re same; review and analysis of witness topics and profits issues, and communications re same; research, draft, and revise trial brief, and communications with L. Smith, L. Hosoda, O. Samad, and K. Salour re same. |
| 11/25/05 | .25 | Damian D Capozzola | Communications and analysis re pretrial filings and research issues. |
| 11/26/05 | 2.75 | Damian D Capozzola | Communications with K. Salour and L. Smith and analysis re research issues; draft motions in limine re excluding T. Ueno and P. Johnson. |
| 11/27/05 | 4.25 | Damian D Capozzola | Draft, research, review, and revise motions in limine and trial brief; communications with team members re case management and strategy issues. |
| 11/28/05 | 3.00 | Romana O Samad | Research and gather copyright case law for to oppose motion for injunction. |
| 11/28/05 | 4.00 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 11/28/05 | 3.25 | Damian D Capozzola | Communications and analysis with team members re trial preparation and briefing issues; draft, research, review and revise trial brief and motions in limine. |
| 11/28/05 | 2.50 | Damian D Capozzola | Review and revise trial brief and motions in limine on plane home from Hawaii. |
| 11/29/05 | 8.00 | Romana O Samad | Research and analyze case law for opposition to injunction. |

Post Confirmation Trust for
Legal Services for the Period Ending November 30, 2005
December 28, 2005

| Date | Hours | Name | Description |
|---|---|---|---|
| 11/29/05 | 3.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.0); index correspondence with attachments into case management database (2.5). |
| 11/29/05 | 5.75 | Damian D Capozzola | Communications and analysis re Guidance hearing and scheduling issues; review and revise pretrial documents; communications with B. Dechter and analysis re same; review and analysis of Johnson deposition transcript. |
| 11/29/05 | 3.00 | Eric C Liebeler | Prepare for trial. |
| 11/30/05 | .50 | Richard L Wynne | Conference with E. Liebeler and D. Capozzola re Berry trial, motions in limine, arguments and witness strategy. |
| 11/30/05 | 5.00 | Romana O Samad | Perform additional research to find 9th circuit cases where the court required a showing of irreparable harm for a permanent injunction; gather all cases cited by Berry to support his position that plaintiff needs only to show liability to get a permanent injunction. |
| 11/30/05 | 4.00 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 11/30/05 | 6.00 | Damian D Capozzola | Communications and analysis re Guidance hearing and prepetition trial issues; review and revise pretrial documents; analysis and communications re trial strategy and planning issues. |
| | 208.50 | | TOTAL HOURS |

Post Confirmation Trust for
Legal Services for the Period Ending November 30, 2005
December 28, 2005

## Description of Expenses

| Date | Description | Amount |
|---|---|---|
| 5/16/05 | Local Transportation, Damian Capozzola, cabfare, Honolulu, Hawaii, 05/16/05, (Attend Deposition), supplement | 30.00 |
| 7/19/05 | Overtime Meals - Attorney, R. Samad, Overtime Meal-Attorney, Los Angeles, CA 07/19/05, (Document Preparation) | 39.07 |
| 9/06/05 | West Publishing, 9.05 | 8.24 |
| 9/14/05 | West Publishing, 9.05 | 26.09 |
| 9/16/05 | West Publishing, 9.05 | 28.49 |
| 9/18/05 | West Publishing, 9.05 | 148.11 |
| 9/19/05 | West Publishing, 9.05 | 57.87 |
| 9/23/05 | West Publishing, 9.05 | 34.51 |
| 9/24/05 | West Publishing, 9.05 | 45.81 |
| 9/25/05 | West Publishing, 9.05 | 118.82 |
| 9/26/05 | West Publishing, 9.05 | 77.11 |
| 9/28/05 | West Publishing, 9.05 | 38.67 |
| 9/28/05 | West Publishing, 9.05 | 62.26 |
| 9/29/05 | West Publishing, 9.05 | 25.40 |
| 9/29/05 | West Publishing, 9.05 | 74.64 |
| 9/30/05 | West Publishing, 9.05 | 16.63 |
| 10/05/05 | Library Document Procurement, Library Document Procurement - Nimmer on Copyright Sections 14.02[A], 14.02[B], 14.03[C], 14.03[D], 14.04[E], 14.04[F]. | 25.00 |
| 10/05/05 | Library Document Procurement, Library Document Procurement - Federal Practice or Procedure Section 2737. | 25.00 |
| 10/07/05 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center usage, 7/05 to 9/05, Edgar Yep | .80 |
| 10/11/05 | Telephone call to: HONOLULU,HI 808-256-5045 | .95 |
| 10/11/05 | Telephone call to: PALO ALTO,CA 650-331-0200 | 1.38 |
| 10/11/05 | Telephone call to: LOSANGELES,CA 213-896-4544 | 1.09 |
| 10/14/05 | GENESYS CONFERENCING, INC. - Telephone - 09/27/05 Conference call | 6.41 |
| 10/14/05 | GENESYS CONFERENCING, INC. - Telephone - 09/28/05 Conference call | 11.90 |
| 10/14/05 | GENESYS CONFERENCING, INC. - Telephone - 09/30/05 Conference call | 2.61 |
| 10/17/05 | Telephone call to: PALO ALTO,CA | .96 |

Post Confirmation Trust for
Legal Services for the Period Ending November 30, 2005
December 28, 2005

| Date | Description | Amount |
|---|---|---|
| 10/31/05 | LEXISNEXIS - Computer Database Research - LexisNexis Database Usage for October, 2005  650-331-0200 | 21.94 |
| 11/01/05 | Fax Charge, 310-888-6388 | 1.50 |
| 11/02/05 | Telephone call to: S SAN,CA 650-331-0200 | .80 |
| 11/02/05 | FedEx, Marty Walker,PALO ALTO,CA from:Neal San Diego | 11.69 |
| 11/07/05 | Telephone call to: IDABEL,OK 405-286-9860 | 1.40 |
| 11/08/05 | Telephone, Damian Capozzola, Cellular Service, Cingular, 10/9/05-11/8/05, 11/08/05, (Telephone Charges) | 7.26 |
| 11/10/05 | FedEx, Ann Teranishi,HONOLULU,HI from:Damian Capozzola | 15.00 |
| 11/14/05 | GENESYS CONFERENCING, INC. - Telephone - 10/17/05 Conference call | .71 |
| 11/14/05 | GENESYS CONFERENCING, INC. - Telephone - 10/17/05 Conference call | 4.72 |
| 11/14/05 | GENESYS CONFERENCING, INC. - Telephone - 10/24/05 Conference call | 3.03 |
| 11/14/05 | GENESYS CONFERENCING, INC. - Telephone - 10/25/05 Conference call | 6.48 |
| 11/14/05 | GENESYS CONFERENCING, INC. - Telephone - 10/27/05 Conference call | 3.73 |
| 11/14/05 | GENESYS CONFERENCING, INC. - Telephone - 11/09/05 Conference call | 10.14 |
| 11/14/05 | GENESYS CONFERENCING, INC. - Telephone - 11/10/05 Conference call | 9.83 |
| 11/16/05 | Telephone call to: STATE OF,HI 808-535-5711 | 1.40 |
| 11/16/05 | Telephone call to: OAHU,HI 808-528-0100 | 1.60 |
| 11/16/05 | FedEx, Marty Walker,PALO ALTO,CA from:Neal San Diego | 12.14 |
| 11/19/05 | FedEx, Lex Smith,HONOLULU,HI from:Neal San Diego | 32.94 |
| 11/19/05 | FedEx, Eric Liebeler- Hotel Guest, HONOLULU,HI from:Neal San Diego | 32.94 |
| 11/19/05 | FedEx, Lyle Hosoda,HONOLULU,HI from:Neal San Diego | 32.94 |
| 11/19/05 | Overtime Transportation, Neal San Diego, Personal Car Mileage, 2471 Loy Lane, Los Angeles to 777 S. Figueroa St., 11/19/05, (Overtime Transportation). | 9.22 |

Post Confirmation Trust for
Legal Services for the Period Ending November 30, 2005
December 28, 2005

| Date | Description | Amount |
|---|---|---|
| 11/19/05 | 19.46 miles travelled Overtime Meals - Attorney, Damian Capozzola, Overtime Meal-Attorney, Los Angeles, CA, 11/19/05, (Overtime Meals) | 12.43 |
|  | Scanned Images | 27.00 |
| 11/21/05 | CYNTHIA TANDO FAZIO - Court Reporter Fee/Deposition - Hearing transcript | 40.64 |
| 11/30/05 | Telephone call to: STATE OF,HI 808-535-5711 | .80 |
|  | Standard Copies | 825.10 |
|  | Total Expenses | $ 2,035.20 |