# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

777 S. Figueroa Street, Suite 3700
Los Angeles, California 90017

FEIN 36-1326630

January 18, 2006

Post Confirmation Trust for
Fleming Companies, Inc.
5801 N. Broadway Ext Ste 100
Oklahoma City, OK  73118

ATTN:  Steve Eaton

**Invoice # 2992544**

---

IN THE MATTER OF          **Berry, Wayne Litigation
File No. 41445-0006**

| | |
|---|---:|
| For legal services rendered through December 31, 2005 (see attached Description of Legal Services for detail) | $  188,742.50 |
| Less: Courtesy Discount | -$   10,200.00 |
| Adjusted legal services | $  178,542.50 |
| For disbursements incurred through December 31, 2005 (see attached Description of Expenses for detail) | $    6,347.93 |
| Total for legal services rendered and expenses incurred | $  184,890.43 |

K&E 192397.1

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2005
January 18, 2006

## Summary of Hours Billed

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Damian D Capozzola | 116.25 | 515.00 | 59,868.75 |
| Eric C Liebeler | 38.25 | 625.00 | 23,906.25 |
| Glen G Mastroberte | 18.00 | 375.00 | 6,750.00 |
| Romana O Samad | 148.50 | 340.00 | 50,490.00 |
| Richard L Wynne | .50 | 775.00 | 387.50 |
| Allison Mayo Andrews | 55.25 | 200.00 | 11,050.00 |
| Raymond F Roman | 5.00 | 110.00 | 550.00 |
| Kamran Salour | 20.00 | 175.00 | 3,500.00 |
| Neal F San Diego | 97.75 | 110.00 | 10,752.50 |
| Edgar I Yep | 64.50 | 175.00 | 11,287.50 |
| **Total** | 564.00 | | $ 178,542.50 |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2005
January 18, 2006

## Description of Legal Services

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 11/26/05 | 3.00 | Kamran Salour | Research Ninth Circuit infringement case law that goes against joint and several liability proposition set forth in Columbia Pictures Television v. Krypton Broadcasting of Birmingham, Inc., et al., 106 F.3d 284 (9th Cir. 1997). |
| 11/27/05 | 5.00 | Kamran Salour | Research infringement case law that goes against joint and several liability proposition set forth in Columbia Pictures Television v. Krypton Broadcasting of Birmingham, Inc., et al., 106 F.3d 284 (9th Cir. 1997). |
| 11/30/05 | 2.00 | Kamran Salour | Research Ninth Circuit and Hawaii tort case law that goes against joint and several liability proposition set forth in Columbia Pictures Television v. Krypton Broadcasting of Birmingham, Inc., et al., 106 F.3d 284 (9th Cir. 1997). |
| 12/01/05 | 4.00 | Neal F San Diego | Obtain and organize a binder re Motion in Limine for use by attorney for upcoming trial. |
| 12/01/05 | 4.00 | Damian D Capozzola | Communications and analysis re case management and strategy issues; review and revise pretrial documents and communications with team members re same; review and analysis re Feltner and related cases. |
| 12/02/05 | .50 | Richard L Wynne | Analyze summary judgment order re new trial. |
| 12/02/05 | 4.00 | Romana O Samad | Continue to gather documents and records for factual basis of injunction opposition; investigate facts re Best Yet milk. |
| 12/02/05 | 3.00 | Neal F San Diego | Index correspondence with attachments |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2005
January 18, 2006

| Date | Hours | Name | Description |
|---|---|---|---|
| | | | into case management database (2.0); image correspondence with attachments into database (1.0). |
| 12/02/05 | .50 | Neal F San Diego | Prepare and deliver a copy of B. Christensen's deposition transcript to expert witness, J. Kinrich, for his review. |
| 12/02/05 | 4.25 | Damian D Capozzola | Draft and revise budget for December and January; draft and revise pretrial documents; analysis re profits and B. Christensen witness issues. |
| 12/04/05 | 3.00 | Kamran Salour | Research case law for standard re indirect profit award under §504(b). |
| 12/04/05 | 1.25 | Damian D Capozzola | Communications and analysis re case management and strategy issues; review and revise pretrial documents. |
| 12/05/05 | 6.00 | Romana O Samad | Confer with team re pretrial motions, statement and profits materials, communicate with team re proper format of pretrial statement, review and edit filings. |
| 12/05/05 | 2.00 | Neal F San Diego | Research documents re affidavit of W. Cohen of Pepper Hamilton for use by attorney. |
| 12/05/05 | 3.00 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.0); index correspondence with attachment into case management database (2.0). |
| 12/05/05 | 4.25 | Damian D Capozzola | Communications and analysis re case management and strategy issues; review and revise pretrial documents and prepare Pretrial Statement for filing; analysis of T. Hogan e-mail re Pepper Hamilton payment and communications re same. |
| 12/05/05 | 2.50 | Eric C Liebeler | Review and respond to correspondence from counsel; edit pretrial statement; work on motions practice. |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2005
January 18, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 12/06/05 | .50 | Allison Mayo Andrews | Review and process incoming case documents; confer with attorney re pretrial deadlines and scheduling. |
| 12/06/05 | 2.50 | Neal F San Diego | Organize and e-mail electronic versions of documents with bates labels PCT-B 00001 to 00379 to co-counsel in Hawaii, as per D. Capozzola's requests. |
| 12/06/05 | 1.50 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 12/06/05 | 4.00 | Kamran Salour | Draft brief re district court judge erred in not granting PCT summary judgment with respect to Berry's claim for indirect profits under §504(b). |
| 12/06/05 | 8.75 | Damian D Capozzola | Review and revise budget spreadsheet and draft budget letter text, and communications with E. Liebeler re same (5.5); communications with L. Smith and L. Hosoda re B. Christensen and profits issues; review and analysis of Berry's pretrial statement, and communications re same (3.25). |
| 12/07/05 | 2.50 | Edgar I Yep | Search and compile documents from Berry Pretrial statement. |
| 12/07/05 | 7.50 | Allison Mayo Andrews | Review and process incoming case documents; review plaintiffs pre-trial statement; analyze and prepare evidentiary documents referenced in the statement; prepare for attorney review and use for preparation of objections. |
| 12/07/05 | 12.25 | Neal F San Diego | Organize and prepare binders of exhibits from W. Berry's final pretrial statement for use by attorneys re upcoming trial. |
| 12/07/05 | 4.75 | Damian D Capozzola | Communications and analysis re case management and strategy issues; review and analysis of Berry pretrial statement and draft e-mail re same; analysis of injunction and |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2005
January 18, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | indemnification issues; review and revise motion to exclude T. Ueno. |
| 12/08/05 | 6.50 | Allison Mayo Andrews | Review, process and collate incoming case documents; analysis of evidentiary documents received; preparation of same for attorney review and use. |
| 12/08/05 | 5.00 | Raymond F Roman | Prepare CHEP documents to send off-site. |
| 12/08/05 | 4.00 | Neal F San Diego | Analyze and prepare preparation binder for use by E. Liebeler re motion in limine to exclude T. Ueno. |
| 12/08/05 | 2.00 | Neal F San Diego | Analyze and prepare exhibit binders re W. Berry's final pretrial statement for use by attorneys. |
| 12/08/05 | 1.00 | Neal F San Diego | Organize and prepare copies of documents with bates numbers PCT-B 00001 through 00379 for use by co-counsel, L. Smith and L. Hosoda. |
| 12/08/05 | 3.00 | Kamran Salour | Revise and finalize brief re district court judge erred in not granting PCT summary judgment with respect to Berry's claim for indirect profits under §504(b). |
| 12/08/05 | 5.00 | Damian D Capozzola | Review and revise motion to exclude T. Ueno and circulate same; review and revise motion to exclude P. Johnson; communications with M. Walker and L. Smith and analysis re technical issues and actual damages; communications with team members re B. Christensen and T. Noa witness preparation issues. |
| 12/09/05 | 3.75 | Allison Mayo Andrews | Review, process and collate incoming case documents; update files and review revised database. |
| 12/09/05 | 3.50 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 12/09/05 | 2.25 | Damian D Capozzola | Communications and analysis re trial |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2005
January 18, 2006

| Date | Hours | Name | Description |
|---|---|---|---|
| | | | preparation and damages computation issues. |
| 12/10/05 | 2.75 | Damian D Capozzola | Draft, research, review, and revise motions in limine; communications with team members re same. |
| 12/11/05 | 4.75 | Damian D Capozzola | Draft, research, review, and revise motions in limine, primarily motion to exclude or limit Johnson; communications with team members re same and case management issues. |
| 12/11/05 | 6.00 | Eric C Liebeler | Prepare for Berry pretrial conference; travel from Los Angeles to Honolulu. |
| 12/12/05 | 1.50 | Allison Mayo Andrews | Review, process and collate incoming case documents. |
| 12/12/05 | 4.75 | Romana O Samad | Research motions in limine to exclude plaintiff's expert, Johnson, and research court's ability to limit terminology used in trial. |
| 12/12/05 | 1.50 | Neal F San Diego | Analyze and search for Berry's exhibits re Dillon's testimony on 09/28/2004 hearing re preliminary injunction. |
| 12/12/05 | 2.50 | Neal F San Diego | Organize and prepare binder re Berry's responses to Fleming's discovery for use by attorney. |
| 12/12/05 | 3.25 | Damian D Capozzola | Communications and analysis re injunction and staffing issues; communications re budget and pretrial conference issues; prepare for and participate in conference call with T. Noa, J. Kinrich, and others. |
| 12/12/05 | 11.75 | Eric C Liebeler | Prepare for and conduct Berry pretrial conference; travel from Honolulu to Los Angeles. |
| 12/13/05 | 7.00 | Romana O Samad | Draft motions in limine re Johnson, willfulness and research instances where courts excluded expert testimony for failure to properly investigate. |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2005
January 18, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 12/13/05 | 2.00 | Neal F San Diego | Organize and deliver package re M. Dillon's deposition transcript to J. Kinrich for his review. |
| 12/13/05 | 1.00 | Neal F San Diego | Analyze and search for T. Noa's email used by T. Hogan as an exhibit, for use by D. Capozzola. |
| 12/13/05 | 2.00 | Neal F San Diego | Organize and prepare cases for use by O. Samad re opposition to Berry injunction. |
| 12/13/05 | 7.50 | Damian D Capozzola | Communications and analysis re case management and strategy issues; review and revise jury instructions; review and revise motions in limine and communications with O. Samad re same. |
| 12/14/05 | 6.00 | Romana O Samad | Complete draft of motion in limine to exclude Johnson, cite check and finalize for comment. |
| 12/14/05 | 4.75 | Neal F San Diego | Perform cite checking re motion in limine to exclude Johnson's testimony for use by O. Samad to upcoming trial. |
| 12/14/05 | 2.00 | Damian D Capozzola | Draft and revise motions in limine and communications with team members re same and case management and strategy issues. |
| 12/14/05 | 2.00 | Damian D Capozzola | Communications and analysis re case management and strategy issues; review and revise motions in limine and jury instructions. |
| 12/15/05 | 1.00 | Allison Mayo Andrews | Review and process incoming case documents. |
| 12/15/05 | 7.00 | Romana O Samad | Draft, cite check and finalize motions in limine on excluding terminology re willfulness and excluding expert testimony not based on thorough investigation. |
| 12/15/05 | 2.50 | Neal F San Diego | Index correspondence with attachments |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2005
January 18, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | into case management database. |
| 12/15/05 | 5.00 | Neal F San Diego | Cite check briefs re motion in limine for use by attorney re upcoming trial. |
| 12/15/05 | 3.25 | Damian D Capozzola | Review and revise motions in limine; communications and analysis re case management and strategy issues; review and revise jury instructions and communications with O. Samad and K. Salour re related research projects; communications with J. Kinrich re profits issues. |
| 12/15/05 | 2.75 | Damian D Capozzola | Review and revise motions in limine (at home). |
| 12/16/05 | 5.50 | Romana O Samad | Researched legal issues in motion in limine to exclude plaintiff testimony where plaintiff is not an expert. |
| 12/16/05 | 3.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.5); index correspondence with attachments into case management database (3.5). |
| 12/16/05 | 5.25 | Damian D Capozzola | Review and revise motions in limine and communications re same; review and revise jury instructions. |
| 12/17/05 | 8.00 | Edgar I Yep | Review MIL briefs and compile exhibits; draft declarations. |
| 12/17/05 | 7.00 | Glen G Mastroberte | Draft motion in limine to exclude testimony of W. Berry. |
| 12/17/05 | 4.50 | Damian D Capozzola | Review and revise jury instructions; review and revise motions in limine and communications with G. Mastroberte and E. Yep re same. |
| 12/18/05 | 6.25 | Glen G Mastroberte | Research and draft motion in limine to exclude Berry testimony. |
| 12/18/05 | 7.00 | Romana O Samad | Work with D. Capozzola to complete motions in limine. |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2005
January 18, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 12/18/05 | 1.25 | Damian D Capozzola | Review and revise motions in limine, and communications re same; attention to witness outline and exhibit selection issues (at home). |
| 12/18/05 | 2.50 | Damian D Capozzola | Review and revise motions in limine (at office); communications with O. Samad re same and staffing issues. |
| 12/19/05 | 4.50 | Edgar I Yep | Review briefs, compile documents and organize motion in limine binder and exhibits. |
| 12/19/05 | 6.00 | Allison Mayo Andrews | Assist attorneys with preparation of motions in limine and supporting documents. |
| 12/19/05 | 4.75 | Glen G Mastroberte | Research, draft, and revise motion in limine to exclude testimony of W. Berry. |
| 12/19/05 | 9.00 | Romana O Samad | Research open issues re motions in limine. Finalize exhibits for distribution. |
| 12/19/05 | 4.00 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 12/19/05 | 2.50 | Neal F San Diego | Organize documents re motion for injunction filed in Delaware and send to T. Yee as per D. Capozzola's request, via e-mail. |
| 12/19/05 | 1.00 | Neal F San Diego | Image correspondence with attachments into case management database. |
| 12/19/05 | 2.00 | Damian D Capozzola | Review and revise motions in limine; communications with T. Hogan re jury instructions. (Working at home). |
| 12/19/05 | 3.75 | Damian D Capozzola | Communications and analysis re jury instructions and motions in limine, and review and revise same. |
| 12/20/05 | 6.00 | Edgar I Yep | Edit and compile information for Declarations re MIL briefs; cite check MIL re Berry and MIL re Dillon. |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2005
January 18, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 12/20/05 | 8.00 | Allison Mayo Andrews | Review ,process and collate incoming case documents; assist attorney with preparation of motions in limine and supporting documents; prepare binder of testimony for attorney review and use. |
| 12/20/05 | 8.00 | Romana O Samad | Finish motion to exclude testimony from Mark Dillon; cite check all motions in limine and circulate to co-counsel for comment. |
| 12/20/05 | 4.00 | Neal F San Diego | Organize and prepare documents for use by attorneys to upcoming trial. |
| 12/20/05 | 5.00 | Neal F San Diego | Index correspondence and pleadings with attachments into case management database. |
| 12/20/05 | 3.00 | Neal F San Diego | Cite check brief re Motion in Limine to exclude expert T. Ueno for use in trial. |
| 12/20/05 | 5.00 | Damian D Capozzola | Review and revise motions in limine and jury instructions; communications with team members re case management and trial preparation issues; communications with T. Hogan re jury instructions and scheduling issues. |
| 12/20/05 | 1.50 | Damian D Capozzola | Review and revise motions in limine; attention to and analysis re exhibit and demonstrative issues. (Working at home). |
| 12/21/05 | 4.50 | Edgar I Yep | Compile and re-organize motions in limine exhibits and edit Declaration. |
| 12/21/05 | 7.00 | Allison Mayo Andrews | Prepare supporting evidence re motions in limine; review, process and collate incoming case documents. |
| 12/21/05 | 9.00 | Romana O Samad | Work on exhibits to all motions in limine, work with T. Yee to coordinate motions, provide him with our combined exhibit list. |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2005
January 18, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 12/21/05 | 5.00 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.0); index correspondence with attachments into case management database (4.0). |
| 12/21/05 | 7.75 | Damian D Capozzola | Communications and analysis re exhibit and demonstrative issues; review and analysis of case materials and select exhibits; conference call with M. Walker re Access issues; communications with O. Samad re motion in limine issues; draft list of exhibits to exchange. |
| 12/22/05 | 1.50 | Edgar I Yep | Review and edit Motions In Limine briefs and check for appropriate exhibit cites, since declarations have been consolidated to one. |
| 12/22/05 | 7.00 | Allison Mayo Andrews | Assist with the preparation of opposition to preliminary injunction motion; review and process evidentiary documents; prepare for attorney review and use; review, process and collate incoming case documents. |
| 12/22/05 | 6.25 | Romana O Samad | Work with legal assistants to finalize exhibit lists for motions in limine and gather all Berry documents for review by D. Capozzola; manage staff and make arrangements here and with co-counsel on holiday support to work on trial exhibits. |
| 12/22/05 | 3.00 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 12/22/05 | 3.00 | Neal F San Diego | Factual check brief for use by attorney re upcoming trial. |
| 12/22/05 | 3.25 | Neal F San Diego | Image correspondence with attachments into case management database. |
| 12/22/05 | 1.00 | Damian D Capozzola | Prepare for and participate in telephone conference with L. Hosoda, R. Mead, and M. Walker re demonstrative development. |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2005
January 18, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 12/22/05 | 3.75 | Damian D Capozzola | Communications with T. Hogan re and attention to jury instructions; communications with M. Walker re demonstrative preparation issues; communications with O. Samad re case management issues; draft witness outlines and select exhibits. |
| 12/23/05 | 1.00 | Edgar I Yep | Respond to attorney team requests; meet with team re Trial Exhibit List project. |
| 12/23/05 | 6.50 | Allison Mayo Andrews | Review, process and collate incoming case documents; file maintenance; review and prepare expert testimony for attorney review and use; assist with pre-trial preparation. |
| 12/23/05 | 7.00 | Romana O Samad | Research motion in limine re financial expert; write statement of facts and pull factual citations for opposition to injunction; make arrangements for overtime secretarial help on Monday and investigate options for mailing and exhibit preparation with vendors in Los Angeles versus Hawaii. |
| 12/23/05 | 9.00 | Damian D Capozzola | Prepare for and participate in telephone conferences with L. Smith, J. Kinrich, K. Gold, M. Walker, L. Hosoda, R. Mead, M. Dillon, and T. Noa re demonstrative presentations; review and analysis re exhibits for production, and prepare list re same; communications with E. Liebeler and analysis re case management and strategy issues. |
| 12/24/05 | 2.00 | Romana O Samad | Complete draft of opposition to injunction for comment from D. Capozzola. |
| 12/24/05 | .50 | Damian D Capozzola | Prepare for and participate in conference call with M. Walker and L. Smith re expert demonstrative issues. |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2005
January 18, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 12/25/05 | .50 | Romana O Samad | Correspond with local counsel re missing exhibits in preparation for Tuesday's exhibit exchange. |
| 12/26/05 | 5.25 | Edgar I Yep | Review emails re Trial Exhibit List project; compile potential trial exhibits for E. Liebeler; respond to attorney team requests; re-letter exhibits to Motions in Limine briefs per consolidated declaration. |
| 12/26/05 | 10.50 | Romana O Samad | Work with E. Yep and co-counsel in Hawaii to prepare Trial Ex. exchange. |
| 12/26/05 | .25 | Damian D Capozzola | Review draft of injunction opposition brief and communications with O. Samad re same. |
| 12/27/05 | 5.00 | Edgar I Yep | Compile documents for upcoming Motions in Limine; respond to attorney requests re Trial exhibits and motions in limine documents. |
| 12/27/05 | 12.50 | Romana O Samad | Finalize trial exhibits; research caselaw for motions. |
| 12/27/05 | .75 | Damian D Capozzola | Communications and analysis re exhibit preparation and case management issues. |
| 12/27/05 | 4.50 | Eric C Liebeler | Edit motions in limine; telephone conference with J. Kinrich and others re testimony. |
| 12/28/05 | 7.50 | Edgar I Yep | Compile and prepare binder re motions in limine for E. Liebeler; reorganize exhibits and edit briefs for correct exhibit cites. |
| 12/28/05 | 9.00 | Romana O Samad | Draft motion in limine re Ueno, handle calendaring and case management with co-counsel. |
| 12/28/05 | 1.00 | Damian D Capozzola | Communications and analysis re exhibit preparation and case management issues. |
| 12/28/05 | 6.00 | Eric C Liebeler | Edit motions in limine; review exhibits and exhibit list. |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2005
January 18, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 12/29/05 | 12.50 | Edgar I Yep | Cite check and assure correct exhibits with briefs; compile documents for E. Liebeler binder. |
| 12/29/05 | 16.50 | Romana O Samad | Work on Ueno and Berry motions in limine, witness list, communicate with M. Walker re motion in limine and create declaration, review trial exhibits, manage upcoming deadlines with co-counsel and staff. |
| 12/29/05 | 1.25 | Damian D Capozzola | Review jury instructions and communications re same; communications and analysis re trial preparation issues. |
| 12/29/05 | .50 | Damian D Capozzola | Prepare for and participate in call with T. Hogan. |
| 12/29/05 | 7.50 | Eric C Liebeler | Edit motions in limine. |
| 12/30/05 | 6.25 | Edgar I Yep | Compile exhibits for Motions in Limine and Injunction motion; send exhibits electronically to Hawaii counsel; prepare exhibit list and L. Smith declaration. |
| 12/30/05 | 7.00 | Romana O Samad | Research information to exclude latest Ueno supplemental report; communicate same with J. Kinrich; follow up with L. Smith re stipulations of exhibits. |
| 12/30/05 | 1.75 | Damian D Capozzola | Prepare for and participate in call with T. Hogan re jury instructions and draft summary e-mail re same; e-mails with team members re case management and strategy issues. |
| 12/31/05 | 4.00 | Romana O Samad | Draft motions in limine regarding Dillon's prior testimony and regarding willful infringement, circulate for comments. |
| 12/31/05 | .25 | Damian D Capozzola | E-mails re case management and trial preparation issues. |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2005
January 18, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
|      | 564.00 |     | TOTAL HOURS |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2005
January 18, 2006

## Description of Expenses

| Date | Description | Amount |
|------|-------------|-------:|
| 7/26/05 | Telephone call to: S SAN,CA 650-331-0200 | 3.80 |
| 7/26/05 | Telephone call to: S SAN,CA 650-331-0200 | 5.60 |
| 8/29/05 | Telephone call to: STATE OF,HI 808-535-5711 | .60 |
| 10/03/05 | West Publishing, 10.05 | 5.28 |
| 10/05/05 | West Publishing, 10.05 | 36.47 |
| 10/18/05 | West Publishing, 10.05 | 2.86 |
| 10/19/05 | West Publishing, 10.05 | 2.01 |
| 10/19/05 | West Publishing, 10.05 | 183.34 |
| 10/21/05 | West Publishing, 10.05 | 6.02 |
| 10/27/05 | West Publishing, 10.05 | 43.12 |
| 11/02/05 | CD-ROM Duplicates | 45.00 |
| 11/07/05 | Telephone call to: REDWOOD CY,CA 650-743-3449 | 1.02 |
| 11/07/05 | Telephone call to: HONOLULU,HI 808-256-5045 | 1.47 |
| 11/08/05 | Telephone call to: PALO ALTO,CA 650-331-0200 | 1.19 |
| 11/09/05 | Telephone call to: REDWOOD CY,CA 650-743-3449 | 1.37 |
| 11/09/05 | Telephone call to: PASADENA,CA 626-229-9191 | .95 |
| 11/11/05 | Telephone call to: PALO ALTO,CA 650-331-0200 | 1.01 |
| 11/18/05 | Telephone call to: STATE OF,HI 808-256-5045 | 2.20 |
| 11/18/05 | Telephone call to: STATE OF,HI 808-256-5045 | .60 |
| 11/20/05 | Telephone call to: HONOLULU,HI 808-256-5045 | 1.79 |
| 11/20/05 | Telephone call to: REDWOOD CY,CA 650-743-3449 | 1.08 |
| 11/20/05 | Telephone call to: PASADENA,CA 626-229-9191 | .95 |
| 11/21/05 | Telephone call to: OAHU,HI 808-533-0102 | .60 |
| | Tabs/Indexes/Dividers | 34.50 |
| | Postage | .37 |
| 11/29/05 | Telephone call to: WASHINGTON,DC 202-828-9867 | 5.20 |
| 11/30/05 | LEXISNEXIS - Computer Database Research | 497.53 |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2005
January 18, 2006

| Date | Description | Amount |
|------|-------------|--------|
| | - Lexis- Nexis database usage for November, 2005 | |
| 12/07/05 | HAWAII STATE BAR ASSOCIATION - Filing Fees - Pro Hac dues for Eric Liebeler for Hawaii State Bar in connection with PCT/Berry case | 650.00 |
| 12/08/05 | Telephone call to:   STATE OF,HI 808-535-5711 | 2.40 |
| 12/08/05 | Telephone call to:  S SAN,CA 650-331-0200 | 2.20 |
| 12/08/05 | Telephone call to:  S SAN,CA 650-331-0200 | 1.60 |
| 12/08/05 | FedEx, Lex Smith,HONOLULU,HI from:Neal San Diego | 37.51 |
| 12/08/05 | FedEx, Lyle Hosoda,HONOLULU,HI from:Neal San Diego | 37.51 |
| 12/09/05 | Telephone call to:   STATE OF,HI 808-535-5711 | 1.00 |
| 12/11/05 | Telephone, Eric Liebeler, Internet Access, 12/11/05. (Hearing) | 12.95 |
| 12/11/05 | Travel Expense, Eric Liebeler, Hotel, Honolulu, HI, 12/11/05. (Hearing) | 300.23 |
| 12/11/05 | Airfare, Eric Liebeler, Airfare, Honolulu, HI, 12/11/05 to 12/12/05. (Hearing) | 1,471.42 |
| 12/11/05 | Transportation to/from airport, Eric Liebeler, To/From Airport, Honolulu, HI, 12/11/05. (Hearing) | 85.00 |
| 12/11/05 | Travel Meals, Eric Liebeler, Travel Meal, Honolulu, HI, 12/11/05. (Hearing) | 29.93 |
| 12/11/05 | Car Rental, Eric Liebeler, Car Rental, Honolulu, HI, 12/11/05 to 12/12/05. (Hearing) | 72.91 |
| 12/11/05 | Other Travel Expenses, Eric Liebeler, Parking, Honolulu, HI, 12/11/05. (Hearing) | 15.00 |
| 12/12/05 | Telephone call to:   STATE OF,HI 808-256-5045 | .80 |
| 12/12/05 | Transportation to/from airport, Eric Liebeler, To/From Airport, Honolulu, HI, 12/12/05. (Hearing) | 85.00 |
| 12/12/05 | Other Travel Expenses, Eric Liebeler, Parking, Honolulu, HI, 12/12/05. (Hearing) | 9.00 |
| 12/14/05 | GENESYS CONFERENCING, INC. - Telephone - 11/18/05 Conference call | 2.53 |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2005
January 18, 2006

| Date | Description | Amount |
|------|-------------|--------|
| 12/14/05 | GENESYS CONFERENCING, INC. - Telephone - 11/21/05 Conference call | 2.33 |
| 12/14/05 | GENESYS CONFERENCING, INC. - Telephone - 11/30/05 Conference call | .92 |
| 12/14/05 | GENESYS CONFERENCING, INC. - Telephone - 11/30/05 Conference call | 10.64 |
| 12/14/05 | GENESYS CONFERENCING, INC. - Telephone - 12/08/05 Conference call | 11.97 |
| 12/14/05 | GENESYS CONFERENCING, INC. - Telephone - 12/08/05 Conference call | 1.48 |
| 12/15/05 | Telephone call to: WILMINGTON,DE 302-656-8162 | 1.40 |
| 12/15/05 | WORLDWIDE NETWORK, INC. - Outside Messenger Services - 12/13/05 USDC, Los Angeles, CA | 61.10 |
| 12/17/05 | Telephone call to: STATE OF,HI 808-382-3698 | 1.60 |
| | Fax Charge | 9.00 |
| 12/17/05 | Overtime Transportation, Glen Mastroberte, Personal Car Mileage, Home to Office / Office to Home, 12/17/05, (Overtime Transportation) | 9.22 |
| 12/17/05 | Overtime Meals - Attorney, Glen Mastroberte, Overtime Meal-Attorney, Los Angeles, CA, 12/17/05, (Overtime Meals) | 7.99 |
| 12/18/05 | Overtime Transportation, Glen Mastroberte, Personal Car Mileage, Home to Office / Office to Home, 12/18/05, (Overtime Transportation) | 9.22 |
| 12/18/05 | Overtime Meals - Attorney, Glen Mastroberte, Overtime Meal-Attorney, Los Angeles, CA, 12/18/05, (Overtime Meals) | 10.60 |
| 12/21/05 | Telephone, Damian Capozzola, Cellular Service, Cingular, 11/9/05-12/8/05, 12/21/05, (Telephone Charges) | 6.71 |
| 12/21/05 | Telephone call to: OAHU,HI 808-539-8700 | 2.40 |
| 12/21/05 | Telephone call to: S SAN,CA 650-331-0200 | 4.00 |
| 12/22/05 | Telephone call to: STATE OF,HI 808-256-5045 | .60 |
| 12/22/05 | Telephone, Damian Capozzola, Internet Access, 12/22/05, (Internet Access) | 9.99 |
| 12/22/05 | Overtime Meals - Attorney, Damian Capozzola, Overtime Meal-Attorney, Los Angeles, CA, 12/22/05, (Trial | 27.68 |

Post Confirmation Trust for
Legal Services for the Period Ending December 31, 2005
January 18, 2006

| Date | Description | Amount |
|------|-------------|--------|
| | Preparation) | |
| 12/23/05 | Telephone call to: STATE OF,HI 808-535-5729 | 1.40 |
| 12/26/05 | Other Travel Expenses, Mark Shuttlesworth, Personal Car Mileage, 840 No. Larrabee St./777 So. Figueroa St., 12/26/05. (Trial Preparation) | 11.16 |
| 12/26/05 | Other Travel Expenses, Mark Shuttlesworth, Parking, Los Angeles, CA, 12/26/05. (Trial preparation) | 6.00 |
| | Scanned Images | 375.75 |
| | Standard Copies | 1,844.10 |
| 12/31/05 | ACE MESSENGER & ATTORNEY SERVICE, INC. - Outside Messenger Services - 12/29/05 Residence of E. Liebeler, Los Angeles, CA | 30.00 |
| 12/31/05 | COURTEXPRESS.COM - Calendar/Court Services Obtain documents form USDC | 187.75 |
| | Total Expenses | $ 6,347.93 |