March 8, 2006

Post Confirmation Trust for
Fleming Companies, Inc.
5801 N. Broadway Ext Ste 100
Oklahoma City, OK  73118

ATTN:  Steve Eaton

**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601
FEIN 36-1326630

Inv.# 3005443

---

IN THE MATTER OF          Berry, Wayne Litigation
                         File No. 41445-0006

For legal services rendered through January 31, 2006
(see attached Description of Legal Services for detail)            $ 407,133.75

For disbursements incurred through January 31, 2006
(see attached Description of Expenses for detail)                 $ 26,701.30

Total for legal services rendered and expenses incurred           $ 433,835.05

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

## Summary of Hours Billed

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Damian D Capozzola | 247.75 | 515.00 | 127,591.25 |
| Elizabeth M Kim | 2.00 | 260.00 | 520.00 |
| Eric C Liebeler | 157.25 | 625.00 | 98,281.25 |
| Romana O Samad | 259.25 | 355.00 | 92,033.75 |
| Heiko Schultz | 5.75 | 495.00 | 2,846.25 |
| Richard L Wynne | 4.75 | 775.00 | 3,681.25 |
| Steven A Haskins | 7.00 | 260.00 | 1,820.00 |
| Allison Mayo Andrews | 203.75 | 200.00 | 40,750.00 |
| Neal F San Diego | 122.75 | 135.00 | 16,571.25 |
| Edgar I Yep | 127.75 | 180.00 | 22,995.00 |
| Bibliographic Research | .25 | 175.00 | 43.75 |
| **Total** | 1,138.25 | | $ 407,133.75 |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

## Description of Legal Services

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 12/02/05 | .25 | Bibliographic Research | Bibliographic Research re Background information on Ninth Circuit case Columbia Pictures v. Krypton Broadcasting. |
| 1/01/06 | 1.00 | Romana O Samad | Prepare files, work on exhibit exchange and motions in limine. |
| 1/01/06 | 1.00 | Damian D Capozzola | Communications and analysis re trial exhibits; review and analysis of motions in limine. |
| 1/02/06 | 10.25 | Edgar I Yep | Final fact and cite check of MIL briefs; compile and organize exhibits; send electronically to Hawaii counsel. |
| 1/02/06 | 14.00 | Romana O Samad | Finalize and prepare all exhibits, work on witness list, draft motion in limine re Johnson's testimony, draft of injunction opposition, enter edits from E. Liebeler. |
| 1/02/06 | .25 | Damian D Capozzola | Communications re motions in limine. |
| 1/02/06 | 7.75 | Eric C Liebeler | Edit motions in limine. |
| 1/03/06 | 7.50 | Edgar I Yep | Prepare MIL documents for sending to local HI counsel for filing. |
| 1/03/06 | 8.75 | Allison Mayo Andrews | Assist attorney with preparation of motions in limine; review, process and collate incoming case documents. |
| 1/03/06 | 11.00 | Romana O Samad | Finalize all motions in limine for filing, review and provide comments for motions drafted by co-defendants, finalize and file joint witness list. |
| 1/03/06 | 1.00 | Damian D Capozzola | Communications with O. Samad re motions in limine; analysis of damages issues and draft Kinrich outline. |
| 1/03/06 | 8.00 | Eric C Liebeler | Edit motions in limine. |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 1/04/06 | 5.00 | Allison Mayo Andrews | Review, process and collate incoming case documents; file maintenance. |
| 1/04/06 | 6.00 | Romana O Samad | Review all motions in limine from opposing counsel; analyze, review and distribute initial thoughts for comment as to how to oppose each one; contact and supervise law clerks re specific research issues raised by motions. |
| 1/04/06 | 2.50 | Damian D Capozzola | Review W. Berry deposition transcripts; e-mails with team members re case management and trial strategy issues; review and analysis of Berry's trial exhibits; communications with T. Hogan re jury instructions and analysis re same. |
| 1/05/06 | 1.50 | Edgar I Yep | Respond to attorney team requests. |
| 1/05/06 | 9.00 | Allison Mayo Andrews | Review, process and collate incoming case documents; revise calendar of events; prepare trial exhibit binders for attorney use. |
| 1/05/06 | .75 | Richard L Wynne | Analyze order denying summary judgment in preparation for E. Liebeler meeting and R. Kors meeting. |
| 1/05/06 | 1.50 | Richard L Wynne | Conference with E. Liebeler re Berry preference cases. |
| 1/05/06 | 11.50 | Romana O Samad | Prepare objections to trial exhibits; re-serve expert report to opposing counsel, collaborate with E. Liebeler, D. Capozzola, and co-counsel in Hawaii re tasks; analyze and provide information to experts based on productions from opposing counsel. |
| 1/05/06 | 2.00 | Damian D Capozzola | E-mails with team members re case management and trial preparation issues; communications with opposing counsel; review motions in limine filed by Berry and outline responses. |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 1/05/06 | 4.50 | Eric C Liebeler | Prepare for trial. |
| 1/06/06 | 7.50 | Allison Mayo Andrews | Analyze and prepare trial exhibits for attorney review and use; review process and collate incoming case documents. |
| 1/06/06 | 7.50 | Romana O Samad | Analyze electronic copies of Berry's exhibits and distribute to team; communicate with expert re metadata; supervise and provide guidance to law clerks re research for motions. |
| 1/06/06 | 1.00 | Damian D Capozzola | Review motions in limine filed by Berry and outline responses. |
| 1/06/06 | 3.50 | Damian D Capozzola | E-mails, jury instructions, MILs. |
| 1/06/06 | 5.00 | Eric C Liebeler | Draft and edit responses to motions in limine. |
| 1/07/06 | 6.25 | Romana O Samad | Draft opposition to injunction motion. |
| 1/07/06 | 3.25 | Damian D Capozzola | Communications and analysis re case management and trial preparation issues; draft response to Berry MIL re Dechter and communications with law clerks re same. |
| 1/08/06 | 8.00 | Allison Mayo Andrews | Assist attorneys with preparation of oppositions to motions in limine and trial brief. |
| 1/08/06 | 12.00 | Romana O Samad | Research and draft sections of oppositions to motions in limine and circulate for comments; draft objections to trial exhibits and circulate for comments. |
| 1/08/06 | 3.50 | Damian D Capozzola | Review and revise MIL opposition re J. Kinrich and deductible expenses; communications with team members re same. |
| 1/09/06 | 11.00 | Edgar I Yep | Cite checking, pulling exhibits and preparing Opposition papers for upcoming court filing; respond to attorney team requests re MIL |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | oppositions. |
| 1/09/06 | 16.00 | Allison Mayo Andrews | Assist attorneys with preparation of oppositions to motions in limine and trial brief and objections to evidence. |
| 1/09/06 | 14.25 | Romana O Samad | Prepare trial brief, statement of the case, jury instructions, oppositions to motions in limine; confer with witness and draft declaration in support of the PCT's opposition to the motion for injunction. |
| 1/09/06 | 7.25 | Damian D Capozzola | Communications with team members and analysis re case management and trial strategy issues; review and revise MIL opposition re deductible expenses; review plaintiffs' exhibits and complete table of comments; review and revise injunction opposition; communications with T. Hogan re jury instructions and analysis re jury verdict form. |
| 1/09/06 | 3.00 | Damian D Capozzola | Communications with team members and analysis re case management and trial strategy issues; review and revise MIL opposition re deductible expenses; review plaintiffs' exhibits and complete table of comments; review and revise injunction opposition; communications with T. Hogan re jury instructions and analysis re jury verdict form. |
| 1/10/06 | 9.50 | Edgar I Yep | Final checking, editing and preparing documents to send to local counsel for filing. |
| 1/10/06 | 11.25 | Allison Mayo Andrews | Assist attorneys with preparation of oppositions to motions in limine and supporting documents, trial brief, objections to evidence, and jury instructions. |
| 1/10/06 | 15.75 | Romana O Samad | Finalize objections to Berry's trial exhibits; cite check and finalize five |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | documents and oppositions to motions in limine for filing. |
| 1/10/06 | 1.00 | Steven A Haskins | Research elements of res judicata and draft language for brief listing elements. |
| 1/10/06 | 4.00 | Steven A Haskins | Research the legal maxim that courts will not take action on orders that will not accomplish anything and draft language based on language for brief. |
| 1/10/06 | 2.00 | Steven A Haskins | Research vicarious infringement claim on issue of whether settlement with direct infringer precludes action for vicarious infringement and draft brief language based on research. |
| 1/10/06 | 2.00 | Elizabeth M Kim | Research vicarious infringement and res judicata. |
| 1/10/06 | 16.00 | Damian D Capozzola | Review and revise motions in limine; prepare motions in limine, jury instructions, concise statement, and other items for filing; communications with team members re case management and trial strategy issues. |
| 1/10/06 | 4.00 | Eric C Liebeler | Edit motion in limine oppositions. |
| 1/11/06 | 11.00 | Allison Mayo Andrews | Review, process and collate incoming case documents; prepare hearing binders re motions in limine; prepare case documents for attorney and client review and use. |
| 1/11/06 | 10.00 | Romana O Samad | Cite check PCT's opposition to Berry's motion for permanent injunction, gather all exhibits and prepare declaration; finalize supporting documents to memorandum in support of the PCT's opposition to Berry's motion for permanent injunction; circulate for comments. |
| 1/11/06 | 4.75 | Damian D Capozzola | Communications and analysis re case management and trial preparation |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | issues; review and analysis of Berry's pretrial filings; prepare binder of materials for R. Kors; review and revise injunction opposition and related declaration. |
| 1/11/06 | 2.00 | Eric C Liebeler | Prepare for trial. |
| 1/12/06 | 10.75 | Edgar I Yep | Compile, organize and prepare documents re Motions in Limine for attorney binder sets; respond to attorney team requests. |
| 1/12/06 | 15.25 | Allison Mayo Andrews | Review, process and collate incoming case documents; assist attorney with preparation of opposition to injunction motion; assist attorneys with preparation for trial. |
| 1/12/06 | 10.00 | Romana O Samad | Review and comment on C&S's opposition to Berry's motion for permanent injunction; finalize and file C&S' and PCT's Memo in Opposition to Plaintiff's Permanent Injunction Motion, Declaration of Brian Christiansen and Exhibit A, Declaration of Damian Capozzola and Exhibits A - H, and the Certificates of Service. |
| 1/12/06 | 7.25 | Damian D Capozzola | Review and analysis of Berry motion in limine oppositions and trial brief, and draft summaries re same; communications re revisions to injunction opposition; communications and analysis re trial strategy issues, including HEX issues. |
| 1/12/06 | 4.00 | Eric C Liebeler | Review and analyze court's order; review Berry's motions in limine; review Berry's trial exhibits. |
| 1/13/06 | 8.50 | Edgar I Yep | Respond to attorney team requests; compile cases/authorities and organize binder. |
| 1/13/06 | 8.00 | Allison Mayo Andrews | Assist attorneys with preparation for trial; compile case documents for attorney review and use; analyze |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | authorities and prepare same for attorney review and use. |
| 1/13/06 | 2.00 | Romana O Samad | Confer with D. Capozzola re directed verdict re profits; work with legal assistant to prepare documents for hearing on motions in limine. |
| 1/13/06 | 9.25 | Damian D Capozzola | Communications re pretrial filings and analysis re trial strategy issues; prepare for and participate in meeting with B. Dechter (and L. Smith via telephone); draft B. Dechter examination outline. |
| 1/14/06 | 2.25 | Damian D Capozzola | Review Kinrich materials and draft examination outline. |
| 1/14/06 | 5.00 | Eric C Liebeler | Prepare for trial. |
| 1/15/06 | 3.00 | Allison Mayo Andrews | Review, process and collate case documents; assist attorneys with witness preparation. |
| 1/15/06 | 5.50 | Romana O Samad | Research cases re profits; research legal standard in 9th circuit for directed verdict. |
| 1/15/06 | 6.75 | Damian D Capozzola | Review Kinrich materials and draft examination outline; communications with M. Walker and team members and analysis re trial strategy and logistics issues; draft witness outlines for Berry, Ueno, Walker, and Christensen. |
| 1/15/06 | 2.50 | Damian D Capozzola | Review and analysis of Berry depositions and draft cross-examination outlines. |
| 1/15/06 | 6.50 | Eric C Liebeler | Review exhibits; prepare for trial. |
| 1/16/06 | 7.50 | Edgar I Yep | Compile W. Berry Declarations for binder; edit Excel exhibits of Plaintiff's Ex. 93. |
| 1/16/06 | 8.00 | Allison Mayo Andrews | Review, process and collate incoming |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | case documents; prepare case binders for attorney use; assist attorneys with witness preparation and trial preparation. |
| 1/16/06 | 9.75 | Damian D Capozzola | Review and analysis of deposition transcripts and trial documents; draft outlines; prepare for and participate in conference with J. Kinrich and K. Gold; communications with E. Liebeler, L. Smith, and L. Hosoda re case management and trial strategy issues. |
| 1/16/06 | 11.00 | Eric C Liebeler | Prepare for trial. |
| 1/17/06 | 3.00 | Edgar I Yep | Respond to attorney requests re trial preparations. |
| 1/17/06 | 10.50 | Allison Mayo Andrews | Review, process and collate incoming case documents; revise hearing binders; assist attorneys with preparation for trial; prepare case documents to transmit to Hawaii counsel. |
| 1/17/06 | 11.00 | Romana O Samad | Review and analyze case law re direct verdict motion, contact attorneys in Chicago re research on profits analysis. |
| 1/17/06 | 13.25 | Neal F San Diego | Analyze and prepare correspondence and pleading with attachments for indexing (3.0); indexing correspondence and pleadings with attachments into case management database and updating database for use by attorney into upcoming trial (10.25). |
| 1/17/06 | 9.00 | Damian D Capozzola | Prepare for and participate in meeting with B. Dechter; analysis and communications re case management and trial strategy issues; draft and revise trial outlines; communications with T. Hogan re subpoena issues. |
| 1/17/06 | .75 | Damian D Capozzola | Review Berry depositions and draft witness outlines. |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 1/17/06 | 12.00 | Eric C Liebeler | Prepare for trial. |
| 1/18/06 | 3.50 | Edgar I Yep | Respond to attorney requests re trial preparations. |
| 1/18/06 | 5.75 | Allison Mayo Andrews | Review, process and collate incoming case documents; create trial binders; prepare evidentiary documents to transmit to M. Beckwith. |
| 1/18/06 | 14.00 | Romana O Samad | Outline and draft argument for judgment as a matter of law on profits from infringement; research and gather case law for the higher standard required for indirect profits recovery. |
| 1/18/06 | 5.50 | Neal F San Diego | Index correspondence with attachments into case management database (4.0); image correspondence with attachments into database (1.5). |
| 1/18/06 | 5.50 | Neal F San Diego | Assist in preparation of documents for use by attorneys in Hawaii re trial. |
| 1/18/06 | 2.00 | Damian D Capozzola | Review and revise witness outlines. |
| 1/18/06 | 8.50 | Damian D Capozzola | Draft witness outlines; prepare for and participate in meetings and telephone conferences with J. Kinrich, M. Walker, B. Dechter, E. Liebeler, and L. Smith. |
| 1/18/06 | 10.00 | Eric C Liebeler | Prepare for trial. |
| 1/19/06 | 4.50 | Edgar I Yep | Respond to attorney requests re trial preparations. |
| 1/19/06 | 6.00 | Allison Mayo Andrews | Review, process and collate incoming case documents; review and prepare hearing testimony for attorney review and use; review and revise discovery binders. |
| 1/19/06 | 8.75 | Romana O Samad | Outline and draft argument for judgment as a matter of law on the higher standard required for indirect profits recovery. |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 1/19/06 | 4.00 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.0): index correspondence with attachments into Lotus notes database (3.0). |
| 1/19/06 | 3.50 | Neal F San Diego | Organize and prepare binders re deposition transcript and responses to discovery for use by attorney. |
| 1/19/06 | 3.25 | Damian D Capozzola | Travel time (1.0) and review and analysis of motions in limine; preparations for January 20 hearing. |
| 1/19/06 | 14.00 | Damian D Capozzola | Travel time (1.5): review and analysis of motions in limine and pretrial filings; preparations for January 20 hearing; review and revise witness outlines; communications with team members re trial strategy issues. |
| 1/20/06 | 11.00 | Edgar I Yep | Cite check brief, compile documents to send to Hawaii for upcoming trial. |
| 1/20/06 | 17.00 | Allison Mayo Andrews | Review, process and collate incoming case documents; review and prepare deposition testimony and hearing testimony for attorney review and use; review and process evidentiary documents re M. Walker and Guidance Software; assist attorneys with pre-trial requests; assist attorney with JMOL motion. |
| 1/20/06 | .25 | Allison Mayo Andrews | Assist with pre-trial requests; prepare docs to transmit to Hawaii. |
| 1/20/06 | 15.00 | Romana O Samad | Research talking points and case law for hearing on motions in limine; research and gather case law re improper expert testimony and lack of evidence for a jury to find profits from infringement in light of hearing results; gather documents re Guidance for hearing. |
| 1/20/06 | 3.50 | Neal F San Diego | Analyze and answer various e-mail requests from attorneys in preparation |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | to the upcoming trial in Hawaii. |
| 1/20/06 | 9.00 | Neal F San Diego | Analyze, obtain and messenger all documents that pertain to expert M. Walker for use by attorney in preparation to upcoming trial. |
| 1/20/06 | 2.00 | Neal F San Diego | Assist in cite checking motion re judgment as a matter of law for use by the attorney. |
| 1/20/06 | 15.00 | Damian D Capozzola | Prepare for and participate in motion in limine hearing; participate in team meetings and communications and analysis with team members re trial strategy issues; draft outlines and additional pretrial filings. |
| 1/20/06 | 2.50 | Eric C Liebeler | Travel from mainland to Honolulu (billed at half-time). |
| 1/20/06 | 7.00 | Eric C Liebeler | Prepare for trial. |
| 1/20/06 | 4.50 | Eric C Liebeler | Prepare for and conduct motions in limine. |
| 1/21/06 | 8.50 | Edgar I Yep | Compile documents related to M. Walker to send via messenger to HI for trial team; respond to attorney team requests. |
| 1/21/06 | 5.00 | Allison Mayo Andrews | Assist with witness and trial preparation; field e-mails-mails and respond to various requests. |
| 1/21/06 | 8.50 | Romana O Samad | Review motion in limine hearing testimony to determine changes for directed verdict motion; outline and draft motion for judgment as a matter of law re profits based on hearing. |
| 1/21/06 | 1.75 | Neal F San Diego | Analyze, obtain and messenger all documents that pertains to expert M. Walker for use by attorney during trial. |
| 1/21/06 | 8.50 | Neal F San Diego | Analyze and answers all e-mail requests |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | from attorneys in preparation to the upcoming trial. |
| 1/21/06 | 16.50 | Damian D Capozzola | Review and revise witness outlines; review and analysis re Guidance production issues and communications re same; prepare for and participate in witness preparation sessions; communications with T. Hogan re various pretrial hearing issues. |
| 1/21/06 | 13.00 | Eric C Liebeler | Prepare for trial. |
| 1/22/06 | 5.00 | Edgar I Yep | Respond to attorney team requests and prepare documents for trial. |
| 1/22/06 | 2.25 | Edgar I Yep | Respond to attorney requests. |
| 1/22/06 | 6.50 | Allison Mayo Andrews | Assist attorneys with witness and trial preparation |
| 1/22/06 | .75 | Richard L Wynne | Telephone conference with R. Kors re status of all issues, mainly administrative claim guarantee issue and Berry trial. |
| 1/22/06 | .50 | Richard L Wynne | Telephone conference with E. Liebeler re Berry trial issues. |
| 1/22/06 | 8.50 | Romana O Samad | Cite check, finalize and distribute motion for judgment as a matter of law for comment. |
| 1/22/06 | 6.00 | Neal F San Diego | Analyze and answers all e-mail requests from attorney in preparation to upcoming trial. |
| 1/22/06 | 19.00 | Damian D Capozzola | Prepare for and participate in witness preparation sessions with M. Dillon, T. Noa, B. Christensen, and J. Kinrich; review and revise trial outlines; prepare for deposition of T. Ueno; review and revise pleadings re motion in limine issues; communications and analysis re trial logistics. |
| 1/22/06 | 13.00 | Eric C Liebeler | Prepare for trial. |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 1/23/06 | 12.50 | Edgar I Yep | Respond to attorney team requests for trial documents. |
| 1/23/06 | 11.00 | Allison Mayo Andrews | Assist with preparation of joint trial exhibit list; assist with jury selection chart; review, process and collate incoming case documents; assist attorneys with trial preparation. |
| 1/23/06 | 19.00 | Romana O Samad | Review and analyze prior Berry testimony for cross-examination materials, prepare files for trial, travel. |
| 1/23/06 | 1.50 | Neal F San Diego | Prepare spreadsheet re juror information for use by attorney to the trial proceeding. |
| 1/23/06 | 6.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing; index correspondence with attachments into case management database. |
| 1/23/06 | 1.25 | Neal F San Diego | Assist and answers all e-mail requests from attorney in preparation to upcoming trial proceedings. |
| 1/23/06 | 5.00 | Neal F San Diego | Assist and answer all e-mail requests from attorney in preparation to upcoming trial in Hawaii. |
| 1/23/06 | 15.50 | Damian D Capozzola | Prepare for trial; review and revise witness outlines; gather and prepare exhibits; team meetings re outlines, openings, and strategies. |
| 1/23/06 | 13.00 | Eric C Liebeler | Prepare for trial. |
| 1/23/06 | 5.75 | Heiko Schultz | Assist in analysis of potential jurors; research issue re waiver of issues for motion for judgment as a matter of law. |
| 1/24/06 | 4.50 | Edgar I Yep | Respond to attorney team requests for trial documents. |
| 1/24/06 | 7.50 | Allison Mayo Andrews | Review, process and collate case |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | documents; file maintenance; conference with attorney re status of trial; respond to attorney requests. |
| 1/24/06 | .50 | Richard L Wynne | Telephone conference with E. Liebeler re Berry trial. |
| 1/24/06 | .25 | Richard L Wynne | Telephone conference with R. Kors re Berry trial. |
| 1/24/06 | 12.50 | Romana O Samad | Finalize all exhibits for trial; attend trial; strategize with trial team re continuance and discovery issues. |
| 1/24/06 | 7.00 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.0); index correspondence with attachments into case management database (5.0); image correspondence with attachments into database (1.0). |
| 1/24/06 | 3.50 | Neal F San Diego | Assist and answers all e-mail requests from attorney in preparation to trial proceedings. |
| 1/24/06 | 12.00 | Damian D Capozzola | Prepare for and participate in jury selection and trial; analysis of continuance and strategy meetings with team members. |
| 1/24/06 | 6.50 | Eric C Liebeler | Prepare for and conduct trial. |
| 1/25/06 | 4.00 | Edgar I Yep | Compile documents necessary for attorney team; respond to attorney team requests. |
| 1/25/06 | 6.25 | Allison Mayo Andrews | Review, process and collate case documents; revise calendar of events. |
| 1/25/06 | 10.00 | Romana O Samad | Work with opposing counsel on trial exhibit binders and conform our set with his; preserve all trial work; look through Guidance material. |
| 1/25/06 | 7.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.0); index correspondence with attachments into |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | Lotus notes database (5.0); image correspondence with attachments into database (1.5). |
| 1/25/06 | 11.75 | Damian D Capozzola | Review Guidance production and documents pertaining to M. Walker; assist in transfer of materials to T. Hogan; review J. Borja deposition; meet with employees and review FCS. |
| 1/25/06 | 9.00 | Eric C Liebeler | Work with witnesses; solve discovery issues; prepare for trial. |
| 1/26/06 | 2.50 | Edgar I Yep | Compile documents necessary for attorney team; respond to attorney team requests; coordinate with court transcribing company retrieval of necessary transcripts and videos. |
| 1/26/06 | 4.00 | Allison Mayo Andrews | Research deposition and hearing transcripts; review and process case documents; review deposition transcripts. |
| 1/26/06 | 8.00 | Romana O Samad | Procure original certified transcripts of prior trial; contact court reporter for depositions for which we do not have originals, prepare exhibit binders and copies for trial box based on conformed binders from opposing counsel. |
| 1/26/06 | 7.50 | Neal F San Diego | Analyze and prepare correspondence and pleadings with attachments for indexing; index correspondence and pleadings with attachments into case management database. |
| 1/26/06 | 10.50 | Damian D Capozzola | Meet with T. Hogan and supervise production of Guidance materials with M. Walker; meetings with M. Dillon and T. Noa and design exhibits; review and revise trial outlines; supervise documentation preservation process; communications with team members and analysis re trial strategy issues. |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 1/26/06 | 5.00 | Eric C Liebeler | Prepare for trial. |
| 1/27/06 | 9.00 | Romana O Samad | Finalize exhibit boxes based on documents from opposing counsel; pack all trial boxes for storage in HI and all working files to be sent to LA; work with employee witness and her counsel re data for FCS demonstration. |
| 1/27/06 | 7.50 | Neal F San Diego | Index correspondence with attachments into case management database (5.5); image correspondence with attachments into database (2.0). |
| 1/27/06 | 9.50 | Damian D Capozzola | Review and analysis of materials produced to plaintiff; meetings with employees to review and revise outlines and prepare supplemental exhibits; communications with T. Hogan re document production issues. |
| 1/28/06 | 6.00 | Romana O Samad | Review and flag discovery responses for impeachment materials for cross-examination; travel. |
| 1/29/06 | 3.25 | Damian D Capozzola | Review and analysis of J. Borja deposition; draft and revise outline for T. Noa; review B. Dechter deposition and calendar. |
| 1/30/06 | 7.25 | Allison Mayo Andrews | File maintenance; review process and collate case files; revise calendar of events. |
| 1/30/06 | .50 | Richard L Wynne | Analyze Berry trial update. |
| 1/30/06 | .25 | Romana O Samad | Get confirmation from court reporter, Jan Floate, who did the depositions of Dillon, Waiolama, Christensen, and Rio that she turned over all originals and exhibits to opposing counsel. |
| 1/30/06 | 1.50 | Neal F San Diego | Prepare evidentiary documents with bates numbers PCT-B MW 02763 to 02866 for use by attorney. |
| 1/30/06 | 6.00 | Neal F San Diego | Index correspondence with attachments |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | into Lotus notes database (5.0); image correspondence with attachments into database (1.0). |
| 1/30/06 | 7.00 | Damian D Capozzola | Prepare for and participate in status conference; meet with witnesses to review and revise witness outlines and prepare exhibits; review and revise case management calendar and attention to scheduling issues. |
| 1/31/06 | 6.00 | Allison Mayo Andrews | File maintenance; review process and collate case files; prepare evidentiary documents for attorney review and use. |
| 1/31/06 | 2.00 | Romana O Samad | Receive 9 boxes of documents; work with legal team to supplement our files. |
| 1/31/06 | 5.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.0); index correspondence with attachments into case management database (4.5). |
| 1/31/06 | 3.50 | Damian D Capozzola | Communications and analysis re case management and trial preparation issues; review and revise witness outlines. |
| 1/31/06 | 4.00 | Eric C Liebeler | Review and organize discovery issues and trial preparation. |
| | 1,138.25 | | TOTAL HOURS |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

## Description of Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 9/28/05 | Overtime Meals, Neal F San Diego | 12.00 |
| 11/07/05 | West Publishing, 11.05 | .91 |
| 11/18/05 | Overtime Meals, Neal F San Diego | 12.00 |
| 11/20/05 | West Publishing, 11.05 | 3.38 |
| 11/23/05 | West Publishing, 11.05 | 2.98 |
| 11/23/05 | West Publishing, 11.05 | 85.91 |
| 11/24/05 | West Publishing, 11.05 | 79.20 |
| 11/25/05 | West Publishing, 11.05 | 152.46 |
| 11/26/05 | West Publishing, 11.05 | 609.83 |
| 11/27/05 | West Publishing, 11.05 | 271.02 |
| 11/28/05 | West Publishing, 11.05 | 55.03 |
| 11/28/05 | West Publishing, 11.05 | 57.57 |
| 11/29/05 | West Publishing, 11.05 | 6.39 |
| 11/30/05 | LIVENOTE INC - Court Reporter Fee/Deposition - Deposition transcript of Jeffrey Thomas | 1,677.97 |
| 11/30/05 | West Publishing, 11.05 | 19.94 |
| 11/30/05 | West Publishing, 11.05 | 213.52 |
| 12/01/05 | Telephone call to:  REDWOOD CY,CA 650-743-3449 | 1.35 |
| 12/01/05 | Telephone call to:  HONOLULU,HI 808-256-5045 | 1.72 |
| 12/01/05 | Telephone call to:  HONOLULU,HI 808-535-5711 | 6.65 |
| 12/01/05 | Telephone call to:  REDWOOD CY,CA 650-743-3449 | 1.07 |
| 12/01/05 | West Publishing, 12.05 | 14.82 |
| 12/02/05 | West Publishing, 12.05 | 10.70 |
| 12/05/05 | West Publishing, 12.05 | 183.29 |
| 12/07/05 | West Publishing, 12.05 | 4.91 |
| 12/07/05 | Overtime Meals, Edgar I Yep | 6.00 |
| 12/07/05 | Overtime Meals, Neal F San Diego | 12.00 |
| 12/08/05 | West Publishing, 12.05 | 2.49 |
| 12/09/05 | West Publishing, 12.05 | 31.78 |
| 12/09/05 | BLUEBIRD OFFICE SUPPLIES - Miscellaneous Office Expenses - 12/09/05 Binders | 27.15 |
| 12/10/05 | West Publishing, 12.05 | 62.02 |
| 12/11/05 | West Publishing, 12.05 | 118.96 |
| 12/12/05 | West Publishing, 12.05 | 2.29 |
| 12/12/05 | West Publishing, 12.05 | 160.59 |
| 12/13/05 | West Publishing, 12.05 | 26.02 |
| 12/13/05 | West Publishing, 12.05 | 18.17 |
| 12/13/05 | West Publishing, 12.05 | 51.40 |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Description | Amount |
|------|-------------|--------|
| 12/13/05 | West Publishing, 12.05 | 70.67 |
| 12/14/05 | Telephone call to:  HONOLULU,HI 808-256-5045 | .96 |
| 12/14/05 | West Publishing, 12.05 | 73.81 |
| 12/15/05 | West Publishing, 12.05 | 20.82 |
| 12/15/05 | West Publishing, 12.05 | 529.45 |
| 12/16/05 | West Publishing, 12.05 | 25.04 |
| 12/17/05 | West Publishing, 12.05 | 44.75 |
| 12/17/05 | West Publishing, 12.05 | 31.75 |
| 12/19/05 | Telephone call to:  LOSANGELES,CA 213-896-4544 | .91 |
| 12/19/05 | West Publishing, 12.05 | 44.43 |
| 12/20/05 | West Publishing, 12.05 | 38.92 |
| 12/20/05 | West Publishing, 12.05 | 49.25 |
| 12/20/05 | West Publishing, 12.05 | 268.17 |
| 12/20/05 | Overtime Meals,  Neal F San Diego | 12.00 |
| 12/20/05 | Secretarial Overtime, Cheryl Harris - Revisions to Brief | 44.90 |
| 12/21/05 | Telephone call to:  STATE OF,HI 808-256-5045 | .60 |
| 12/22/05 | West Publishing, 12.05 | 23.58 |
| 12/22/05 | Overtime Meals,  Neal F San Diego | 12.00 |
| 12/23/05 | Telephone call to:  OAHU,HI 808-539-8700 | .60 |
| 12/23/05 | Telephone call to:  STATE OF,HI 808-256-5045 | 8.20 |
| 12/26/05 | West Publishing, 12.05 | 30.09 |
| 12/26/05 | Overtime Meals,  Mark S Shuttlesworth | 12.00 |
| 12/26/05 | Secretarial Overtime, Mark S Shuttlesworth - Work on exhibit list | 269.40 |
| 12/27/05 | Damian Capozzola, Internet Access, 12/27/05, (Internet Access) | 22.50 |
| 12/28/05 | Damian Capozzola, Internet Access, 12/28/05, (Internet Access) | 10.00 |
| 12/28/05 | Telephone call to:  OAHU,HI 808-528-9721 | 2.40 |
| 12/28/05 | FEDERAL EXPRESS CORPORATION - Overnight Delivery - 12/20/05 Hotel guest E. Liebeler, Whistler, CA | 28.26 |
| 12/28/05 | West Publishing, 12.05 | 36.43 |
| 12/28/05 | R. Samad, Meals, Overtime Meal-Attorney, Los Angeles, CA, 12/28/05, (Trial preparation) | 19.55 |
| 12/29/05 | Damian Capozzola, Telephone While Traveling, 12/29/05, (Telephone Charges) | 13.50 |
| 12/29/05 | Damian Capozzola, Internet Access, | 10.00 |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Description | Amount |
|------|-------------|--------|
| | 12/29/05, (Internet Access) | |
| 12/29/05 | Telephone call to:  STATE OF,HI 808-535-5729 | 3.80 |
| 12/29/05 | Telephone call to:  S SAN,CA 650-743-3449 | 2.20 |
| 12/29/05 | Telephone call to:  MALDIVES 011-9606660666 | 19.00 |
| 12/29/05 | Telephone call to:  OAHU,HI 808-528-9721 | 3.60 |
| 12/29/05 | Edgar Yep, Meals, Working Group Meal/K&E Only, Los Angeles, CA, 12/29/05, (Document Preparation) | 26.81 |
| 12/30/05 | Damian Capozzola, Telephone While Traveling, 12/30/05, (Telephone Charges) | 6.75 |
| 12/30/05 | Damian Capozzola, Internet Access, 12/30/05, (Internet Access) | 10.00 |
| 12/30/05 | Damian Capozzola, Internet Access, 12/30/05, (Internet Access) | 14.00 |
| 12/30/05 | Telephone call to:  STATE OF,HI 808-535-5711 | 1.60 |
| 12/30/05 | WEST - Information Broker Doc/Svcs - WCXP Federal record center fee | 159.00 |
| 12/30/05 | WEST - Information Broker Doc/Svcs - WCXP court staff time | 37.50 |
| 12/30/05 | WEST - Information Broker Doc/Svcs - WCXP copy fee | 7.31 |
| 12/30/05 | WEST - Information Broker Doc/Svcs - WCXP email delivery charge | 20.00 |
| 12/30/05 | West Publishing, 12.05 | 31.17 |
| 12/30/05 | West Publishing, 12.05 | 150.33 |
| 1/02/06 | R. Samad, Meals, Working Group Meal/K&E Only, Los Angeles, CA, 01/02/06, (Trial preparation) | 25.87 |
| 1/03/06 | Telephone call to:  STATE OF,HI 808-535-5729 | .80 |
| 1/03/06 | Damian Capozzola, Internet Access, 01/03/06, (Internet Access) | 7.50 |
| 1/03/06 | Fed Exp to:REWSMartin Walker,PALO ALTO,CA from:Dora Silva | 8.09 |
| 1/04/06 | Damian Capozzola, Internet Access, 01/04/06, (Internet Access) | 2.50 |
| 1/05/06 | Damian Capozzola, Internet Access, 01/05/06, (Internet Access) | 5.00 |
| 1/06/06 | Telephone call to:  S SAN,CA 650-331-0200 | .60 |
| 1/06/06 | Damian Capozzola, Internet Access, | 32.24 |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Description | Amount |
|------|-------------|--------|
| | 01/06/06, (Internet Access) | |
| 1/06/06 | PACER SERVICE CENTER - Computer Database Research, Pacer Database Usage Quarterly, 10/1/05 to 12/31/05 Neal San Diego | 81.52 |
| 1/06/06 | PACER SERVICE CENTER - Computer Database Research, Pacer Database Usage Quarterly, 10/1/05 to 12/31/05 Allison Mayo Andrews | .16 |
| 1/06/06 | PACER SERVICE CENTER - Computer Database Research, Pacer Database Usage Quarterly, 10/1/05 to 12/31/05 Jennifer Ballinger | 2.80 |
| 1/09/06 | Telephone call to:  STATE OF,HI 808-535-5729 | 3.40 |
| 1/09/06 | Damian Capozzola, Internet Access, 01/09/06, (Internet Access) | 4.99 |
| 1/09/06 | Telephone call to:  STATE OF,HI 808-554-4297 | 1.80 |
| 1/09/06 | RESTAURANTS DOOR 2 DOOR, INC - Working Meals/K&E Only - 01/09/06 Dinner for meeting | 68.84 |
| 1/09/06 | Overtime Meals, Allison Mayo Andrews | 12.00 |
| 1/10/06 | Telephone call to:  STATE OF,HI 808-535-5729 | 2.60 |
| 1/10/06 | Telephone call to:  OAHU,HI 808-528-9721 | .80 |
| 1/10/06 | Fax Telephone Charge, 619-233-6464 | .80 |
| 1/10/06 | Fax Charge, 619-233-6464 | 9.00 |
| 1/10/06 | Fax Charge, 619-233-6464 | 6.75 |
| 1/10/06 | Damian Capozzola, Meals, Working Group Meal/K&E Only, Los Angeles, CA, 01/10/06, (Overtime Meals) | 86.86 |
| 1/11/06 | Telephone call to:  STATE OF,HI 808-535-5729 | 5.40 |
| 1/11/06 | Telephone call to:  OAHU,HI 808-524-3700 | 1.40 |
| 1/11/06 | Fed Exp to:Robert A. Kors,PACIFIC PALISADES,CA from:Damian Capozzola | 12.25 |
| 1/12/06 | Telephone call to:  S SAN,CA 650-331-0200 | .60 |
| 1/12/06 | Telephone call to:  STATE OF,HI 808-535-5711 | 1.20 |
| 1/12/06 | Telephone call to:  STATE OF,HI 808-535-5711 | 1.20 |
| 1/12/06 | Telephone call to:  S SAN,CA | .60 |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Description | Amount |
|------|-------------|--------|
| | 650-743-3449 | |
| 1/12/06 | Overtime Meals, Allison Mayo Andrews | 12.00 |
| 1/12/06 | Overtime Meals, Robert A Garcia | 12.00 |
| 1/13/06 | Fed Exp to:anThomas H. Yee, Esq.,HONOLULU,HI from:Brianna Carrera | 14.96 |
| 1/13/06 | Overtime Meals, Paulette Hinchen | 12.00 |
| 1/13/06 | Overtime Meals, Robert A Garcia | 12.00 |
| 1/14/06 | GENESYS CONFERENCING, INC. - Telephone - 12/21/05 Conference call | 4.36 |
| 1/14/06 | GENESYS CONFERENCING, INC. - Telephone - 12/21/05 Conference call | 3.95 |
| 1/14/06 | GENESYS CONFERENCING, INC. - Telephone - 12/22/05 Conference call | 1.28 |
| 1/14/06 | GENESYS CONFERENCING, INC. - Telephone - 12/22/05 Conference call | 5.78 |
| 1/14/06 | GENESYS CONFERENCING, INC. - Telephone - 12/23/05 Conference call | 8.24 |
| 1/14/06 | GENESYS CONFERENCING, INC. - Telephone - 12/23/05 Conference call | 4.02 |
| 1/14/06 | GENESYS CONFERENCING, INC. - Telephone - 12/23/05 Conference call | 13.24 |
| 1/14/06 | GENESYS CONFERENCING, INC. - Telephone - 12/24/05 Conference call | 4.51 |
| 1/14/06 | GENESYS CONFERENCING, INC. - Telephone - 12/26/05 Conference call | .08 |
| 1/14/06 | GENESYS CONFERENCING, INC. - Telephone - 12/26/05 Conference call | 17.82 |
| 1/14/06 | GENESYS CONFERENCING, INC. - Telephone - 12/27/05 Conference call | 1.06 |
| 1/14/06 | GENESYS CONFERENCING, INC. - Telephone - 01/10/06 Conference call | 2.12 |
| 1/14/06 | GENESYS CONFERENCING, INC. - Telephone - 01/10/06 Conference call | 2.48 |
| 1/14/06 | GENESYS CONFERENCING, INC. - Telephone - 01/11/06 Conference call | 1.84 |
| 1/14/06 | GENESYS CONFERENCING, INC. - Telephone - 01/11/06 Conference call | 2.75 |
| 1/15/06 | Telephone call to: S SAN,CA 650-331-0200 | 1.00 |
| 1/15/06 | ADMINISTRATIVE SERVICES COOPERATIVE, INC - Local Transportation - 01/10/06 - From: work / To: home | 129.49 |
| 1/16/06 | Telephone call to: S SAN,CA 650-331-0200 | .80 |
| 1/17/06 | Telephone call to: S SAN,CA 650-331-0200 | 1.40 |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Description | Amount |
|------|-------------|--------|
| 1/17/06 | Telephone call to: OAHU,HI 808-927-2510 | .60 |
| 1/17/06 | Fed Exp to:SHOMER YEE,HONOLULU,HI from:ALLISON ANDNEWS | 78.51 |
| 1/17/06 | Damian Capozzola, Meals, Working Group Meal/K&E Only, Los Angeles, CA, 01/17/06, (Overtime Meals) | 81.20 |
| 1/18/06 | Postage | 4.14 |
| 1/18/06 | Fed Exp to:Lex R. Smith,HONOLULU,HI from:Damian Capozzola | 56.71 |
| 1/18/06 | Fed Exp to:Lex R. Smith,HONOLULU,HI from:Damian Capozzola | 56.71 |
| 1/18/06 | Fed Exp to:Lex R. Smith,HONOLULU,HI from:Damian Capozzola | 56.71 |
| 1/18/06 | Fed Exp to:MICHAEL BECKWIT,OKLAHOMA CITY,OK from:ALLISON ANDRENS | 23.73 |
| 1/18/06 | Fed Exp to:Lex Smith,HONOLULU,HI from:Lena Prodan | 49.76 |
| 1/19/06 | Damian Capozzola, Telephone While Traveling, 01/19/06, (Telephone Charges) | 25.00 |
| 1/19/06 | Fed Exp to:Capozzola c/o Lex R. Smith HONOLULU,HI from:Dora Silva | 27.69 |
| 1/19/06 | Damian Capozzola, Transportation, cabfare, Honolulu, HI, 01/19/06, (Trial) | 16.00 |
| 1/19/06 | Damian Capozzola, Transportation, cabfare, Honolulu, HI, 01/19/06, (Trial) | 25.00 |
| 1/19/06 | Damian Capozzola, Transportation, cabfare, Los Angeles, CA, 01/19/06, (Trial) | 30.00 |
| 1/19/06 | Damian Capozzola, Hotel, Honolulu, HI, 01/19/06, (Trial) | 325.88 |
| 1/19/06 | Eric Liebeler, Hotel, Honolulu, HA, 01/19/06, (Trial) | 312.23 |
| 1/19/06 | Damian Capozzola, Airfare, Honolulu, HI, 01/19/06 to 01/31/06, (Trial) | 418.50 |
| 1/19/06 | Eric Liebeler, Transportation, To/From Airport, Los Angeles, CA, 01/19/06, (Trial) | 85.00 |
| 1/19/06 | Damian Capozzola, Meals, Travel Meal, Honolulu, HI, 01/19/06, (Trial) | 8.73 |
| 1/19/06 | Damian Capozzola, Meals, Travel Meal, Los Angeles CA, 01/19/06, (Trial) | 10.26 |
| 1/20/06 | Eric Liebeler, Internet Access, Hotel, 1/19-1/25 06, 01/20/06, (Trial) | 67.45 |
| 1/20/06 | Eric Liebeler, Telephone While Traveling, Hotel, 1/20/06, 01/20/06, | 2.00 |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Description | Amount |
|------|-------------|--------|
| | (Trial) | |
| 1/20/06 | Fed Exp to:Olivia Samad c/o Thomas Yee HONOLULU,HI from:Brianna Carrera | 50.76 |
| 1/20/06 | Fed Exp to:Olivia Samad c/o Thomas Yee HONOLULU,HI from:Brianna Carrera | 71.99 |
| 1/20/06 | Fed Exp to:Olivia Samad c/o Thomas Yee HONOLULU,HI from:Brianna Carrera | 65.24 |
| 1/20/06 | Fed Exp to:Olivia Samad c/o Thomas Yee HONOLULU,HI from:Brianna Carrera | 51.77 |
| 1/20/06 | Damian Capozzola, Transportation, cabfare, Honolulu, HI, 01/20/06, (Trial) | 20.00 |
| 1/20/06 | Damian Capozzola, Transportation, cabfare, Honolulu, HI, 01/20/06, (Trial) | 20.00 |
| 1/20/06 | Damian Capozzola, Hotel, Honolulu, HI, 01/20/06, (Trial) | 325.88 |
| 1/20/06 | Eric Liebeler, Hotel, Honolulu, HA, 01/20/06, (Trial) | 312.23 |
| 1/20/06 | Damian Capozzola, Meals, Travel Meal, Honolulu, HI, 01/20/06, (Trial) | 30.08 |
| 1/20/06 | Damian Capozzola, Meals, Travel Meal, Honolulu, HI, 01/20/06, (Trial) | 7.06 |
| 1/20/06 | R. Samad, Meals, Working Group Meal/K&E Only, Los Angeles, CA, 01/20/06, (Trial Preparation) | 70.71 |
| 1/21/06 | Damian Capozzola, Hotel, Honolulu, HI, 01/21/06, (Trial) | 325.88 |
| 1/21/06 | Eric Liebeler, Hotel, Honolulu, HA, 01/21/06, (Trial) | 312.23 |
| 1/21/06 | Damian Capozzola, Meals, Travel Meal, Honolulu, HI, 01/21/06, (Trial) | 42.11 |
| 1/21/06 | Damian Capozzola, Meals, Travel Meal, Honolulu, HI, 01/21/06, (Trial) | 16.47 |
| 1/21/06 | Eric Liebeler, Meals, Travel Meal, Honolulu, HA, 01/21/06, (Trial) | 33.37 |
| 1/21/06 | Eric Liebeler, Other, Valet/Laundry Services, 01/21/06, (Trial) | 75.00 |
| 1/21/06 | Neal San Diego, Personal Car Mileage, 2471 Loy Lane, L.A. 90041 to 777 S. Figueroa St., 01/21/06 (Overtime Transportation), 19.46 miles travelled | 8.46 |
| 1/21/06 | Neal San Diego, Transportation, Parking, Los Angeles, CA, 01/21/06, (Overtime Transportation) | 5.00 |
| 1/22/06 | Telephone call to:  OAHU,HI 808-923-7311 | 1.60 |
| 1/22/06 | Eric Liebeler, Telephone While | 10.49 |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Description | Amount |
|------|-------------|--------|
| | Traveling, Hotel, 1/22/06, 01/22/06, (Trial) | |
| 1/22/06 | Damian Capozzola, Hotel, Honolulu, HI, 01/22/06, (Trial) | 325.88 |
| 1/22/06 | Eric Liebeler, Hotel, Honolulu, HA, 01/22/06, (Trial) | 312.23 |
| 1/22/06 | Eric Liebeler, Meals, Travel Meal, Honolulu, HA, 01/22/06, (Trial) | 24.99 |
| 1/22/06 | Neal San Diego, Personal Car Mileage, 2471 Loy Lane, L.A. 90041 to 777 S. Figueroa St., 01/22/06 (Overtime Transportation), 19.46 miles travelled | 8.46 |
| 1/23/06 | R. Samad, Internet Access, Royal Hawaiian Hotel, 01/23/06, (Trial) | 21.75 |
| 1/23/06 | Eric Liebeler, Telephone While Traveling, Hotel, 1/23/06, 01/23/06, (Trial) | 86.83 |
| 1/23/06 | Eric Liebeler, Telephone While Traveling, Hotel, 1/23/06, 01/23/06, (Trial) | 23.58 |
| 1/23/06 | Fed Exp to:Olivia Samad c/o Lex Smith HONOLULU,HI from:Neal San Diego | 49.76 |
| 1/23/06 | Damian Capozzola, Transportation, cabfare, Honolulu, HI, 01/23/06, (Trial) | 20.00 |
| 1/23/06 | Damian Capozzola, Hotel, Honolulu, HI, 01/23/06, (Trial) | 325.88 |
| 1/23/06 | R. Samad, Hotel, Honolulu, HI, 01/23/06, (Trial) | 362.08 |
| 1/23/06 | Eric Liebeler, Hotel, Honolulu, HA, 01/23/06, (Trial) | 312.23 |
| 1/23/06 | R. Samad, Airfare, Honolulu, HI, 01/23/06 to 01/28/06, (Trial), Airfare to HI for Trial | 412.71 |
| 1/23/06 | R. Samad, Transportation, To/From Airport, Honolulu, HI, 01/23/06, (Trial) | 28.00 |
| 1/23/06 | R. Samad, Meals, Travel Meal, Honolulu, HI, 01/23/06, (Trial) | 6.55 |
| 1/23/06 | Eric Liebeler, Meals, Travel Meal, Honolulu, HA, 01/23/06, (Trial) | 39.36 |
| 1/23/06 | DOWNTOWN REPROGRAPHICS - Outside Copy/Binding Services Lit copies | 525.61 |
| 1/23/06 | DOWNTOWN REPROGRAPHICS - Outside Copy/Binding Services- Medium Lit Copies | 265.00 |
| 1/24/06 | Damian Capozzola, Internet Access, 01/24/06, (Internet Access) | 8.22 |
| 1/24/06 | Eric Liebeler, Telephone While | 47.38 |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Description | Amount |
|------|-------------|--------|
| | Traveling, Hotel, 1/24/06, 01/24/06, (Trial) | |
| 1/24/06 | Damian Capozzola, Transportation, cabfare, Honolulu, HI, 01/24/06, (Trial) | 20.00 |
| 1/24/06 | Damian Capozzola, Hotel, Honolulu, HI, 01/24/06, (Trial) | 325.88 |
| 1/24/06 | R. Samad, Hotel, Honolulu, HI, 01/24/06, (Trial) | 362.08 |
| 1/24/06 | Eric Liebeler, Hotel, Honolulu, HA, 01/24/06, (Trial) | 312.23 |
| 1/24/06 | Damian Capozzola, Meals, Travel Meal, Honolulu, HI, 01/24/06, (Trial) | 8.50 |
| 1/24/06 | Damian Capozzola, Meals, Travel Meal, Honolulu, HI, 01/24/06, (Trial) | 8.80 |
| 1/24/06 | Eric Liebeler, Meals, Travel Meal, Honolulu, HA, 01/24/06, (Trial) | 24.99 |
| 1/24/06 | Eric Liebeler, Meals, Travel Meal with Others, Honolulu, HA, 01/24/06, (Trial) | 243.54 |
| 1/24/06 | Eric Liebeler, Other, Valet/Laundry Services, 01/24/06, (Trial) | 16.67 |
| 1/24/06 | RESTAURANTS DOOR 2 DOOR, INC - Working Meals/K&E Only - 01/24/06 Dinner for meeting | 30.81 |
| 1/25/06 | Eric Liebeler, Telephone While Traveling, Hotel, 1/25/06, 01/25/06, (Trial) | 42.40 |
| 1/25/06 | Damian Capozzola, Transportation, cabfare, Honolulu, HI, 01/25/06, (Trial) | 20.00 |
| 1/25/06 | Damian Capozzola, Transportation, cabfare, Honolulu, HI, 01/25/06, (Trial) | 20.00 |
| 1/25/06 | R. Samad, Transportation, cabfare, Honolulu, HI, 01/25/06, (Trial) | 16.00 |
| 1/25/06 | R. Samad, Transportation, cabfare, Honolulu, HI, 01/25/06, (Trial) | 20.00 |
| 1/25/06 | Damian Capozzola, Hotel, Honolulu, HI, 01/25/06, (Trial) | 325.88 |
| 1/25/06 | R. Samad, Hotel, Honolulu, HI, 01/25/06, (Trial) | 362.08 |
| 1/25/06 | Eric Liebeler, Hotel, Honolulu, HA, 01/25/06, (Trial) | 312.23 |
| 1/25/06 | Damian Capozzola, Meals, Travel Meal, Honolulu, HI, 01/25/06, (Trial) | 14.56 |
| 1/25/06 | R. Samad, Meals, Travel Meal, Honolulu, HI, 01/25/06, (Trial) | 31.56 |
| 1/25/06 | R. Samad, Meals, Travel Meal, Honolulu, HI, 01/25/06, (Trial) | 24.79 |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Description | Amount |
|------|-------------|--------|
| 1/25/06 | Eric Liebeler, Meals, Travel Meal, Honolulu, HA, 01/25/06, (Trial) | 49.23 |
| 1/25/06 | Eric Liebeler, Meals, Travel Meal, Honolulu, HA, 01/25/06, (Trial) | 30.37 |
| 1/26/06 | Telephone call to:  OAHU,HI 808-638-7838 | .60 |
| 1/26/06 | Telephone call to:  OAHU,HI 808-637-2568 | 3.20 |
| 1/26/06 | Telephone call to:  ATLANTA,GA 404-728-8787 | 1.60 |
| 1/26/06 | Damian Capozzola, Telephone While Traveling, 01/26/06, (Telephone Charges) | 6.00 |
| 1/26/06 | Damian Capozzola, Transportation, cabfare, Honolulu, HI, 01/26/06, (Trial) | 20.00 |
| 1/26/06 | R. Samad, Transportation, cabfare, Honolulu, HI, 01/26/06, (Trial) | 20.00 |
| 1/26/06 | Damian Capozzola, Hotel, Honolulu, HI, 01/26/06, (Trial) | 325.88 |
| 1/26/06 | R. Samad, Hotel, Honolulu, HI, 01/26/06, (Trial) | 362.08 |
| 1/26/06 | Damian Capozzola, Meals, Travel Meal, Honolulu, HI, 01/26/06, (Trial) | 34.27 |
| 1/26/06 | Eric Liebeler, Car Rental, Honolulu, HA, 01/20/06 to 01/25/06, (Trial) | 389.97 |
| 1/27/06 | Damian Capozzola, Internet Access, 01/27/06, (Internet Access) | 4.11 |
| 1/27/06 | Damian Capozzola, Telephone While Traveling, 01/27/06, (Telephone Charges) | 15.00 |
| 1/27/06 | Damian Capozzola, Internet Access, 01/27/06, (Internet Access) | 4.11 |
| 1/27/06 | Damian Capozzola, Telephone While Traveling, 01/27/06, (Telephone Charges) | 5.00 |
| 1/27/06 | Damian Capozzola, Transportation, cabfare, Honolulu, HI, 01/27/06, (Trial) | 20.00 |
| 1/27/06 | Damian Capozzola, Transportation, cabfare, Honolulu, HI, 01/27/06, (Trial) | 20.00 |
| 1/27/06 | R. Samad, Transportation, cabfare, Honolulu, HI, 01/27/06, (Trial) | 20.00 |
| 1/27/06 | Damian Capozzola, Hotel, Honolulu, HI, 01/27/06, (Trial) | 325.88 |
| 1/27/06 | R. Samad, Hotel, Honolulu, HI, 01/27/06, (Trial) | 362.08 |
| 1/27/06 | Damian Capozzola, Meals, Travel Meal, Honolulu, HI, 01/27/06, (Trial) | 18.91 |
| 1/27/06 | R. Samad, Meals, Travel Meal, Honolulu, HI, 01/27/06, (Trial) | 13.71 |

Post Confirmation Trust for
Legal Services for the Period Ending January 31, 2006
March 8, 2006

| Date | Description | Amount |
|------|-------------|--------|
| 1/28/06 | Damian Capozzola, Telephone While Traveling, 01/28/06, (Telephone Charges) | 1.00 |
| 1/28/06 | Damian Capozzola, Internet Access, 01/28/06, (Internet Access) | 4.11 |
| 1/28/06 | Eric Liebeler, Airfare, Honolulu, HA, 01/28/06 to 01/28/06, (Trial) | 876.45 |
| 1/28/06 | R. Samad, Transportation, To/From Airport, Honolulu, HI, 01/28/06, (Trial) | 40.00 |
| 1/28/06 | R. Samad, Transportation, To/From Airport, Los Angeles, CA, 01/28/06, (Trial) | 93.00 |
| 1/28/06 | Eric Liebeler, Transportation, To/From Airport, Los Angeles, CA, 01/28/06, (Trial) | 85.00 |
| 1/29/06 | Damian Capozzola, Internet Access, 01/29/06, (Internet Access) | 4.11 |
| 1/29/06 | Damian Capozzola, Telephone While Traveling, 01/29/06, (Telephone Charges) | 34.00 |
| 1/30/06 | Fax Telephone Charge, 808-673-0448 | 1.00 |
| 1/30/06 | Fax Charge, 808-673-0448 | 21.00 |
|  | Scanned Images | 195.00 |
| 1/30/06 | Damian Capozzola, Transportation, cabfare, Honolulu, HI, 01/30/06, (Trial) | 25.00 |
| 1/30/06 | Damian Capozzola, Transportation, cabfare, Honolulu, HI, 01/30/06, (Trial) | 20.00 |
| 1/30/06 | Damian Capozzola, Transportation, cabfare, Honolulu, HI, 01/30/06, (Trial) | 40.00 |
| 1/30/06 | Damian Capozzola, Meals, Travel Meal, Honolulu, HI, 01/30/06, (Trial) | 4.75 |
| 1/30/06 | STEPHEN B. PLATT, CRR, RMR - Court Reporter Fee/Deposition - Transcript of proceedings held 1/24/06 Berry v.Hawaii Express | 1,396.49 |
|  | Copy | 5,507.50 |
| 1/31/06 | Damian Capozzola, Transportation, cabfare, Los Angeles, CA, 01/31/06, (Trial) | 25.00 |

|  | Total Expenses | $ 26,701.30 |
|--|----------------|-------------|