March 9, 2006

Post Confirmation Trust for
Fleming Companies, Inc.
5801 N. Broadway Ext Ste 100
Oklahoma City, OK  73118

ATTN:  Steve Eaton

**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601
FEIN 36-1326630

Inv.# 3016403

---

IN THE MATTER OF        **Berry, Wayne Litigation**
                        **File No. 41445-0006**


For legal services rendered through February 28, 2006
(see attached Description of Legal Services for detail)          $ 283,635.00


For disbursements incurred through February 28, 2006
(see attached Description of Expenses for detail)                $ 23,475.60


Total for legal services rendered and expenses incurred          $ 307,110.60

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2006
March 9, 2006

## Summary of Hours Billed

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Damian D Capozzola | 240.50 | 515.00 | 123,857.50 |
| Romana O Samad | 213.75 | 355.00 | 75,881.25 |
| Richard L Wynne | 3.75 | 775.00 | 2,906.25 |
| Allison Mayo Andrews | 176.00 | 200.00 | 35,200.00 |
| Neal F San Diego | 196.50 | 135.00 | 26,527.50 |
| Edgar I Yep | 106.50 | 180.00 | 19,170.00 |
| Bibliographic Research | .50 | 185.00 | 92.50 |
| **Total** | 937.50 | | $ 283,635.00 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2006
March 9, 2006

## Description of Legal Services

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 2/01/06 | 1.50 | Edgar I Yep | Compile documents from attorney team requests. |
| 2/01/06 | 6.25 | Allison Mayo Andrews | Review and process case documents received from HI counsel. Review and revise trial exhibit binders; review, process and collate incoming case documents. |
| 2/01/06 | 1.00 | Romana O Samad | Meet with trial team re Berry case and tasks for pre-trial preparation. |
| 2/01/06 | 7.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.5); index correspondence with attachments into Lotus notes database (6.0). |
| 2/01/06 | 2.50 | Damian D Capozzola | Communications and analysis re expert scheduling and case management issues; unpack boxes from Hawaii and integrate into trial preparation; communications with T. Hogan, V. Limongelli, and M. Walker re recently produced Guidance files. |
| 2/02/06 | 3.00 | Edgar I Yep | Respond to attorney team requests re organizing trial prep documents. |
| 2/02/06 | 6.00 | Allison Mayo Andrews | Review, process and collate case documents; respond to a attorney requests; prepare case documents for attorney review and use. |
| 2/02/06 | 2.00 | Romana O Samad | Work with legal team and local counsel to bring M. Baumann up to speed on case with materials and pro hac vice forms. |
| 2/02/06 | 7.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.5); index correspondence with attachments into case management database (5.0); image correspondence with attachments into database (1.0). |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2006
March 9, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 2/02/06 | 5.00 | Damian D Capozzola | Communications and analysis re case management and attorney transition issues. |
| 2/03/06 | 7.50 | Edgar I Yep | Prepare documents for trial preparation for M. Baumann. |
| 2/03/06 | 2.00 | Allison Mayo Andrews | Respond to email requests; process case documents. |
| 2/03/06 | 2.50 | Richard L Wynne | Conference with R. Kors and E. Liebeler and M. Baumann re Berry and preference cases. |
| 2/03/06 | 3.00 | Romana O Samad | Meet with M. Baumann re case; prepare and file pro hac vice application and work with local counsel re other changes to Berry in preparation for end-of-month trial. |
| 2/03/06 | 5.50 | Neal F San Diego | Organize and prepare binders re motion in limine and expert report for use by attorney to upcoming trial. |
| 2/03/06 | 7.50 | Damian D Capozzola | Prepare for trial; review and revise outlines; discussions with M. Baumann and O. Samad; attention to document production issues and communications from T. Hogan. |
| 2/05/06 | .50 | Damian D Capozzola | Communications and analysis re scheduling and case management issues. |
| 2/06/06 | 3.00 | Edgar I Yep | Compile documents requested by D. Capozzola; modify/edit spreadsheet exhibit 93 for D. Capozzola. |
| 2/06/06 | 8.25 | Allison Mayo Andrews | Review, process and collate incoming case documents; prepare case documents for attorney review and use; revise trial exhibit binders. |
| 2/06/06 | 8.00 | Romana O Samad | Meet with E. Yep and A. Andrews re files and updating team; confer with M. Baumann and D. Capozzola re upcoming deadlines, review JMOL motion and |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2006
March 9, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | standards re indirect profits. |
| 2/06/06 | 2.00 | Neal F San Diego | Analyze and prepare binder re juror summary for use by counsel re upcoming trial. |
| 2/06/06 | 2.50 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 2/06/06 | 3.00 | Neal F San Diego | Analyze and prepare documents re outline of T. Ueno and Berry cross examination for use by counsel to trial. |
| 2/06/06 | 7.75 | Damian D Capozzola | Communications and analysis re case management and trial strategy matters; communications with M. Walker, T. Hogan, and others re electronic production issues; meetings with M. Baumann. |
| 2/07/06 | 4.25 | Edgar I Yep | Search for documents per D. Capozzola re documents to T. Hogan; review binders for M. Baumann. |
| 2/07/06 | 7.00 | Allison Mayo Andrews | Review, process and collate incoming case documents; prepare case documents for attorney review and use. |
| 2/07/06 | .25 | Richard L Wynne | Telephone conference with E. Liebeler re transition issues on Berry, Target and C&S. |
| 2/07/06 | 1.00 | Romana O Samad | Discuss trial preparations with D. Capozzola and S. Bensen. |
| 2/07/06 | 6.00 | Neal F San Diego | Organize and prepare documents for use and review by M. Baumann re Berry. |
| 2/07/06 | 2.00 | Neal F San Diego | Index correspondence with attachments into Lotus notes database. |
| 2/07/06 | 9.25 | Damian D Capozzola | Prepare for and participate in meeting with M. Baumann, J. Kinrich, and K. Gold; communications with M. Walker and T. Hogan re electronic discovery issues. |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2006
March 9, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 2/08/06 | 5.75 | Allison Mayo Andrews | Review, process and collate incoming case documents; review and process production documents. |
| 2/08/06 | .25 | Romana O Samad | Communicate re settlement of MKP Transport. |
| 2/08/06 | 3.00 | Romana O Samad | Review discovery responses and trial objections. |
| 2/08/06 | 2.00 | Neal F San Diego | Organize and prepare discovery binder for use by attorney for upcoming trial. |
| 2/08/06 | 4.50 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.0); index correspondence with attachments into case management database (3.5). |
| 2/08/06 | 2.50 | Damian D Capozzola | Communications and analysis re profit issues; communications with M. Walker and T. Hogan re electronic discovery issues. |
| 2/09/06 | 6.50 | Edgar I Yep | Compile documents for attorney team (transcripts for M. Baumann and additional documents for D. Capozzola. |
| 2/09/06 | 10.50 | Allison Mayo Andrews | Review, process and collate incoming case documents; prepare witness binders for attorney review and use; prepare exhibit binders; review and process evidentiary documents; prepare documents to transmit to Hawaii for trial. |
| 2/09/06 | 1.75 | Romana O Samad | Communicate re settlement of Mendota Foods, MFP Financial and Kunzler; and work with legal assistant to close the loop on wayward settlements |
| 2/09/06 | 7.50 | Romana O Samad | Research evidentiary rules and other issues for trial; supervise and work legal team and secretaries re trial preparations. |
| 2/09/06 | 1.00 | Neal F San Diego | Research document for use by attorney |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2006
March 9, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | for production. |
| 2/09/06 | 3.00 | Neal F San Diego | Analyze and compare documents against the case management database for use in production. |
| 2/09/06 | 3.25 | Neal F San Diego | Analyze and prepare correspondence with attachments for indexing (1.75); image correspondence with attachments into case management database (1.5). |
| 2/09/06 | 4.25 | Neal F San Diego | Index correspondence and pleadings with attachments into Lotus notes database. |
| 2/09/06 | 9.00 | Damian D Capozzola | Communications and analysis re case management and strategy issues; review and analysis of T. Ueno depositions and reports; review and analysis of trial exhibits; review and revise witness outlines; communications and analysis re discovery issues. |
| 2/10/06 | 13.75 | Allison Mayo Andrews | Revise witness binders; analyze and prepare evidentiary documents for supplemental production; telephone to and from W. Thomas re preparation of Trial Max database for use at trial; review and process incoming case documents. |
| 2/10/06 | 4.75 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 2/10/06 | 10.00 | Neal F San Diego | Analyze and organize exhibit documents re outline for direct examination of W. Berry, T. Ueno, T. Noa, B. Christensen, M. Dillon, J. Kinrich and B. Dechter for use by attorney. |
| 2/10/06 | 8.00 | Damian D Capozzola | Prepare for and participate in meeting with M. Baumann, J. Kinrich, and K. Gold re Ueno report and cross-examination; communications with M. Baumann and team members and analysis re case management and trial strategy issues; review and prepare documents for production and |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2006
March 9, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | communications with legal assistants re same; review and analysis of Rule 60 motion. |
| 2/11/06 | 5.75 | Damian D Capozzola | Review Berry Rule 60 motion and draft response outline; communications with team members re same and trial preparation issues. |
| 2/12/06 | 6.50 | Damian D Capozzola | Review and analysis of Rule 60 motion and communications re same; prepare for and participate in meeting with M. Baumann, J. Kinrich, and K. Gold; revise time management spreadsheet; review and analysis of trial exhibits. |
| 2/13/06 | 8.50 | Edgar I Yep | Compile documents requested by attorney team; search for and distribute documents necessary for trial prep; review court docket for pleading update project. |
| 2/13/06 | 9.75 | Allison Mayo Andrews | Review process and collate incoming case documents; review and revise Kinrich witness file; prepare discovery documents for attorney review and use. |
| 2/13/06 | .50 | Richard L Wynne | Telephone conference with D. Capozzola re Berry. |
| 2/13/06 | 1.00 | Neal F San Diego | Organize and prepare a discovery binder re Berry for use by D. Capozzola to upcoming trial. |
| 2/13/06 | 5.50 | Neal F San Diego | Index correspondence with attachments into Lotus notes database. |
| 2/13/06 | 3.25 | Neal F San Diego | Analyze and research evidentiary documents for use by attorney. |
| 2/13/06 | .25 | Bibliographic Research | Bibliographic Research re Filing deadlines for an offer of judgment in a copyright infringement case. |
| 2/13/06 | 8.25 | Damian D Capozzola | Review and revise time management schedule; review and analysis of trial exhibits; communications with team |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2006
March 9, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | members re case management and trial strategy issues; communications with T. Hogan re expert discovery and document production issues; participate in group call re Logistics Data Org.xls. |
| 2/14/06 | 4.00 | Edgar I Yep | Search for and distribute documents to attorney team for trial prep. |
| 2/14/06 | 8.25 | Allison Mayo Andrews | Review, process and collate incoming case documents; review and process evidentiary documents produced to Hogan; prepare case documents for attorney review and use. |
| 2/14/06 | 7.00 | Romana O Samad | Work on matters with co counsel to prepare for trial; help with expert preparation; draft memorandum re offer of judgment. |
| 2/14/06 | 9.50 | Neal F San Diego | Analyze and prepare pleadings with attachment for indexing (3.0); index pleadings with attachments into case management database (4.0); image pleadings with attachments into database (2.5). |
| 2/14/06 | 12.00 | Damian D Capozzola | Review and analysis of exhibits; communications with T. Hogan re discovery issues; prepare for and participate in team meetings re trial strategy and witness outline issues; review and revise draft of opposition to Rule 60 motion and communications with team members re same. |
| 2/15/06 | 3.00 | Edgar I Yep | Search for and compile documents for attorney team re trial prep. |
| 2/15/06 | 9.25 | Allison Mayo Andrews | Telephone conferences with Matt Smith re preparation of Trial Max database for trial; review , process and collate incoming case documents; prepare case documents for attorney review and use. |
| 2/15/06 | 18.00 | Romana O Samad | Outline brief for motion in limine. |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2006
March 9, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 2/15/06 | 3.50 | Neal F San Diego | Organize and prepare prepetition hearing transcripts compiled into a CD for use by D. Capozzola for upcoming trial. |
| 2/15/06 | 4.50 | Neal F San Diego | Index correspondence with attachments into case management database (3.0); image correspondence with attachments into database (1.5). |
| 2/15/06 | 5.50 | Damian D Capozzola | Review and revise draft opposition to Rule 60 motion; communications with M. Walker re same; communications with T. Hogan re discovery issues; communications and analysis re case management and trial strategy issues. |
| 2/15/06 | 1.75 | Damian D Capozzola | Review and analysis of plaintiff's exhibits (at home) and prepare witness examination questions. |
| 2/16/06 | 2.00 | Edgar I Yep | Assist attorney team with continued trial preparation of materials. |
| 2/16/06 | 4.75 | Allison Mayo Andrews | Review, process and collate incoming case documents; assist attorney with preparation of JMOL motion. |
| 2/16/06 | 14.75 | Romana O Samad | Draft motion in limine; research issues for Rule 60 opposition. |
| 2/16/06 | 3.00 | Neal F San Diego | Cite check brief re memorandum in support of defendant PCT's motion in limine to exclude T. Ueno. |
| 2/16/06 | 5.00 | Neal F San Diego | Cite check brief re motion for judgment as a matter of law on all claims for profits and damages. |
| 2/16/06 | 6.50 | Damian D Capozzola | Travel time when unable to work (0.75); Review and revise drafts of Rule 60 opposition and Ueno motion in limine, and communications with team members re same (5.75). |
| 2/16/06 | 3.00 | Damian D Capozzola | Travel time when unable to work (1.25); review and revise drafts of Rule 60 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2006
March 9, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | opposition and Ueno motion in limine (1.75). |
| 2/16/06 | 3.75 | Damian D Capozzola | Communications with experts and analysis re forthcoming reports. |
| 2/17/06 | 9.50 | Edgar I Yep | Compile and prepare to send electronically exhibits for court filing; assist in the sending to HI the Rule 60 Opposition. |
| 2/17/06 | 12.25 | Allison Mayo Andrews | Assist attorneys with preparation of opposition to Rule 60(b) motion and MIL re Ueno. |
| 2/17/06 | 14.50 | Romana O Samad | Finalize and file briefs for motion in limine and rule 60 and all documents that go with it. |
| 2/17/06 | 6.00 | Neal F San Diego | Cite check opposition to Berry motion for reconsideration or in the alternative rule 60(b) relief for fraud on the court. |
| 2/17/06 | 2.00 | Neal F San Diego | Pull exhibits for D. Capozzola's declaration in support of pct's motion in limine to exclude T. Ueno. |
| 2/17/06 | 7.75 | Neal F San Diego | Organize and prepare all the final version of materials filed by all parties for use by attorneys for upcoming trial. |
| 2/17/06 | .25 | Bibliographic Research | Bibliographic Research re Locate written materials regarding a party's duty to develop evidence or pursue discovery. |
| 2/17/06 | 11.25 | Damian D Capozzola | Review and revise MIL re Ueno and Rule 60 opposition, and prepare same and related papers for filing. |
| 2/18/06 | .50 | Romana O Samad | Communicate re trial preparations with tech support. |
| 2/18/06 | 5.25 | Neal F San Diego | Organize and prepare for use by attorneys all the motions filed by all |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2006
March 9, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | parties re rule 60(b) and motion in limine to exclude T. Ueno. |
| 2/18/06 | .25 | Damian D Capozzola | Communications and analysis re Rule 60 and Ueno MIL issues. |
| 2/19/06 | 2.50 | Damian D Capozzola | Review and analysis of Rule 60 opposition and reply papers, and communications with team members re same. |
| 2/20/06 | 7.25 | Edgar I Yep | Compile and prepare binders re Rule 60 motion and MIL re Ueno to be sent to HI; search for documents requested by attorney team. |
| 2/20/06 | 8.00 | Allison Mayo Andrews | Prepare witness binders; review and revise hearing binders; prepare trial documents for attorney review and use. |
| 2/20/06 | 2.50 | Romana O Samad | Review and organize documents and answer LA questions re materials for trial; review Berry's discovery requests for information re experts. |
| 2/20/06 | 5.25 | Neal F San Diego | Assist in preparation of witness binders for depositions and upcoming trial. |
| 2/20/06 | 7.75 | Damian D Capozzola | Review and analysis of trial exhibits; communications with team members re discovery and trial strategy issues; review and analysis of recent briefing and prepare for February 24 hearing; communications with opposing counsel re discovery issues. |
| 2/21/06 | 5.00 | Edgar I Yep | Prepare documents re Rule 60 motion to send to client; respond to attorney team requests; research pleadings and court orders for description of PCT/Fleming, per O. Samad. |
| 2/21/06 | 8.00 | Allison Mayo Andrews | Review, process and collate incoming case documents; prepare case documents to transmit to Hawaii for attorney use at trial; analysis and preparation of |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2006
March 9, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | evidentiary documents. |
| 2/21/06 | 14.00 | Romana O Samad | Research and analyze various issues, prepare for trial and travel; communicate with M. Smith re trial technology. |
| 2/21/06 | 1.00 | Neal F San Diego | Analyze and prepare documents to update the case management database. |
| 2/21/06 | 5.00 | Neal F San Diego | Prepare evidentiary documents for production re J. Kinrich and K. Gold. |
| 2/21/06 | 5.00 | Neal F San Diego | Analyze and prepare documents for production re J. Kinrich and K. Gold. |
| 2/21/06 | 12.00 | Damian D Capozzola | Review and analysis of Rule 60 motion and hearing preparations; review documents and prepare witness outlines; meetings with team members re strategy and scheduling issues. |
| 2/22/06 | 8.25 | Edgar I Yep | Respond to attorney team requests for documents for trial preparation; research court docket and in-house document database for documents requested; prepare documents for sending via Federal Express. |
| 2/22/06 | 7.50 | Allison Mayo Andrews | Review  trial exhibits; review and process expert reports; assist with preparation for 2/24 hearing; review and process of incoming case documents; review court orders revise binder re same. |
| 2/22/06 | 10.50 | Romana O Samad | Research and analyze judgment as a matter of law re profits, judicial notice and other items for trial. |
| 2/22/06 | 2.00 | Neal F San Diego | Cite check motion re judgment as a matter of law for use by O. Samad. |
| 2/22/06 | 7.00 | Neal F San Diego | Organize and prepare court orders binder re Berry for use by attorney to upcoming trial. |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2006
March 9, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 2/22/06 | 1.50 | Neal F San Diego | Organize and update lotus notes database for preparation to upcoming trial. |
| 2/22/06 | 13.25 | Damian D Capozzola | Review and analysis of Berry motions in limine and draft responses; meetings with witnesses and co-counsel and prepare testimony; communications and analysis re case management and strategy issues. |
| 2/23/06 | 2.50 | Edgar I Yep | Respond to attorney team requests re trial preparation. |
| 2/23/06 | 6.75 | Allison Mayo Andrews | Prepare case documents for attorney review and use; process incoming case documents; review case files produced by Ueno; review court orders per attorney request; assist HI trial team as requested. |
| 2/23/06 | 18.00 | Romana O Samad | Prepare for trial, review documents and travel. |
| 2/23/06 | 2.00 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 2/23/06 | 2.00 | Neal F San Diego | Analyze and obtain exhibits for D. Capozzola's motion re opposition to Berry's motion in limine to exclude J. Kinrich's testimony and evidence. |
| 2/23/06 | 3.50 | Neal F San Diego | Cite check motion re judgment as a matter of law for use by attorney. |
| 2/23/06 | 13.00 | Damian D Capozzola | Review Berry filings and prepare PCT filings; prepare for February 24 hearing; prepare for and participate in witness preparation sessions; review exhibits and review and revise witness outlines. |
| 2/24/06 | 7.00 | Edgar I Yep | Edit exhibit analysis chart; search deposition database per D. Capozzola; respond to attorney team requests. |
| 2/24/06 | 9.50 | Allison Mayo Andrews | Review and process incoming case |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2006
March 9, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | documents; review and revise deposition chart; analyze trial exhibits; prepare to transmit to HI trial team; review deposition testimony per attorney request; assist with various attorney requests re preparation for trial. |
| 2/24/06 | 15.50 | Romana O Samad | Prepare for trial. |
| 2/24/06 | 3.00 | Neal F San Diego | Index correspondence with attachments into lotus notes database. |
| 2/24/06 | 1.00 | Neal F San Diego | Index correspondence with attachments into case management database. |
| 2/24/06 | 4.00 | Neal F San Diego | Analyze and prepare deposition chart re all deponents and their exhibits for use by attorney to upcoming trial. |
| 2/24/06 | 14.50 | Damian D Capozzola | Review and revise witness outlines and team meetings re same; review new Berry exhibits and prepare objections; prepare materials for trial and oversee staff re same; review and analysis of motions for pretrial hearing and prepare arguments re same. |
| 2/25/06 | 4.25 | Edgar I Yep | Respond to attorney team requests for documents re trial preparation. |
| 2/25/06 | 5.75 | Allison Mayo Andrews | Process case documents; file maintenance; revise exhibit chart re objections; prepare deposition exhibits for attorney use; review Fleming evidentiary documents re Flex Pro plan. |
| 2/25/06 | 14.00 | Romana O Samad | Review all MIL outcomes and cross reference exhibits; research and draft pocket brief re Texarkana litigation; research issue and claim preclusion re license. |
| 2/25/06 | 14.00 | Damian D Capozzola | Review and analysis of trial exhibits; prepare for and participate in meetings with witnesses; review and revise examination outlines; analysis and communications re trial strategy and |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2006
March 9, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| | | | case management issues. |
| 2/26/06 | 5.00 | Edgar I Yep | Respond to attorney team requests re trial preparation. |
| 2/26/06 | 13.00 | Romana O Samad | Prepare for hearing and trial, work on joint defense and privilege research, work with witnesses. |
| 2/26/06 | 6.25 | Neal F San Diego | Assist attorneys in Hawaii in preparation for the upcoming trial. |
| 2/26/06 | 14.00 | Damian D Capozzola | Meet with witnesses; review documents and refine examinations for trial; prepare for 2/27 hearing. |
| 2/27/06 | 7.50 | Edgar I Yep | Provide support to trial team; search for and send documents via pdf; edit documents and send via pdf. |
| 2/27/06 | 16.75 | Allison Mayo Andrews | Review, process and collate incoming case documents; review and prepare deposition exhibits; assist with preparation of joint stipulation re exhibits; assist attorneys as requested. |
| 2/27/06 | .50 | Richard L Wynne | Analyze order re motion to reconsider. |
| 2/27/06 | 24.00 | Romana O Samad | Hearing and preparation for same; trial preparation and research issues re special verdicts, local rules, the end user license agreement; research and coordinate drafting of judgment as a matter of law on vicarious liability. |
| 2/27/06 | 7.50 | Neal F San Diego | Analyze and prepare correspondence and pleadings with attachments for indexing (2.0); index correspondence and pleadings with attachments into case management database (4.0); image correspondence and pleadings with attachments into database (1.5). |
| 2/27/06 | 3.50 | Neal F San Diego | Cite check motion re joint defense privilege for use by O. Samad. |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2006
March 9, 2006

| Date | Hours | Name | Description |
|------|-------|------|-------------|
| 2/27/06 | 16.00 | Damian D Capozzola | Review and revise witness outlines; review and analysis of documents and revise exhibits; meetings with witnesses and team members; prepare for and participate in pretrial hearing. |
| 2/28/06 | 3.25 | Edgar I Yep | Provide support to trial team; search for and send documents via pdf; edit documents and send via pdf. |
| 2/28/06 | 3.75 | Edgar I Yep | Respond to attorney requests re trial preparation. |
| 2/28/06 | 10.00 | Allison Mayo Andrews | Assist attorney with preparation of trial briefs; review and process case documents; research data produced by plaintiff; receive and process case data for attorney use at trial. |
| 2/28/06 | 20.00 | Romana O Samad | Trial and trial preparation, draft and finalize bench briefs re license agreement, other software  joint judgment as a matter of law and review discovery responses for cross examination of plaintiff. |
| 2/28/06 | 12.00 | Neal F San Diego | Analyze and prepare correspondence an pleadings with attachments for indexing (3.0); index correspondence and pleadings with attachments into Lotus notes database (7.0); image correspondence and pleadings with attachments into database (2.0). |
| 2/28/06 | 17.00 | Damian D Capozzola | Prepare for and participate in trial; meet with witnesses and review and revise examination outlines. |
|  | 937.50 |  | TOTAL HOURS |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2006
March 9, 2006

## Description of Expenses

| Date | Description | Amount |
|------|-------------|-------:|
| 12/06/05 | CD-ROM Master | 60.00 |
| 1/01/06 | West Publishing, 1.06 | 172.83 |
| 1/02/06 | West Publishing, 1.06 | 174.24 |
| 1/03/06 | CD-ROM Duplicates | 30.00 |
| 1/03/06 | West Publishing, 1.06 | 35.15 |
| 1/03/06 | West Publishing, 1.06 | 102.38 |
| 1/03/06 | West Publishing, 1.06 | 134.78 |
| 1/04/06 | West Publishing, 1.06 | 3.44 |
| 1/07/06 | West Publishing, 1.06 | 297.29 |
| 1/08/06 | West Publishing, 1.06 | 33.36 |
| 1/08/06 | West Publishing, 1.06 | 221.48 |
| 1/08/06 | West Publishing, 1.06 | 474.38 |
| 1/09/06 | West Publishing, 1.06 | 65.28 |
| 1/09/06 | West Publishing, 1.06 | 62.64 |
| 1/09/06 | West Publishing, 1.06 | 79.63 |
| 1/10/06 | West Publishing, 1.06 | 33.25 |
| 1/10/06 | West Publishing, 1.06 | 91.39 |
| 1/10/06 | West Publishing, 1.06 | 150.43 |
| 1/10/06 | West Publishing, 1.06 | 696.77 |
| 1/12/06 | West Publishing, 1.06 | 26.37 |
| 1/12/06 | Overtime Meals, Cheryl Harris | 12.00 |
| 1/13/06 | West Publishing, 1.06 | 136.61 |
| 1/16/06 | Overtime Meals, Allison Mayo Andrews | 12.00 |
| 1/17/06 | West Publishing, 1.06 | 60.84 |
| 1/17/06 | Secretarial Overtime, Yolanda C Wallace - Secretarial support. | 258.17 |
| 1/18/06 | Overtime Meals, Neal F San Diego | 12.00 |
| 1/19/06 | West Publishing, 1.06 | 23.12 |
| 1/19/06 | West Publishing, 1.06 | 613.62 |
| 1/20/06 | CD-ROM Duplicates | 45.00 |
| 1/20/06 | West Publishing, 1.06 | 32.15 |
| 1/20/06 | West Publishing, 1.06 | 42.06 |
| 1/20/06 | West Publishing, 1.06 | 99.50 |
| 1/20/06 | West Publishing, 1.06 | 210.33 |
| 1/20/06 | Overtime Meals, Robert A Garcia | 12.00 |
| 1/20/06 | Secretarial Overtime, Robert A Garcia - worked on trail prep exhibits | 90.21 |
| 1/21/06 | West Publishing, 1.06 | 2.28 |
| 1/21/06 | Overtime Meals, Allison Mayo Andrews | 12.00 |
| 1/21/06 | Overtime Meals, Neal F San Diego | 12.00 |
| 1/22/06 | CD-ROM Duplicates | 15.00 |
| 1/22/06 | West Publishing, 1.06 | 167.34 |
| 1/22/06 | Overtime Meals, Allison Mayo Andrews | 12.00 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2006
March 9, 2006

| Date | Description | Amount |
|------|-------------|--------|
| 1/22/06 | Overtime Meals, Neal F San Diego | 12.00 |
| 1/23/06 | Overtime Meals, Neal F San Diego | 12.00 |
| 1/27/06 | R. Samad, Airfare, Honolulu, HI, 01/28/06 to 01/28/06, (Trial), $150.00 for Flight Change | 150.00 |
| 1/30/06 | Fed Exp from:N M/MOlivia Samad,LOS ANGELES,CA to:Brenda Sakamoto | 45.00 |
| 1/30/06 | Fed Exp from:toOlivia Samad,LOS ANGELES,CA to:Brenda Sakamoto | 22.99 |
| 1/30/06 | Fed Exp from:toOlivia Samad,LOS ANGELES,CA to:Brenda Sakamoto | 22.99 |
| 1/30/06 | Fed Exp from:toOlivia Samad,LOS ANGELES,CA to:Brenda Sakamoto | 22.99 |
| 1/30/06 | Fed Exp from:toOlivia Samad,LOS ANGELES,CA to:Brenda Sakamoto | 22.99 |
| 1/30/06 | Fed Exp from:toOlivia Samad,LOS ANGELES,CA to:Brenda Sakamoto | 22.99 |
| 1/30/06 | Fed Exp from:toOlivia Samad,LOS ANGELES,CA to:Brenda Sakamoto | 22.99 |
| 1/30/06 | Fed Exp from:toOlivia Samad,LOS ANGELES,CA to:Brenda Sakamoto | 22.99 |
| 1/30/06 | Fed Exp from:toOlivia Samad,LOS ANGELES,CA to:Brenda Sakamoto | 16.18 |
| 1/30/06 | R. Samad, Meals, Travel Meal, Honolulu, HI, 01/30/06, (Trial), Additional charge by Hotel for in room service | 4.25 |
| 1/31/06 | Fed Exp from:toDamian Capozzola,LOS ANGELES,CA to:Brenda Sakamoto | 25.49 |
| 1/31/06 | Fed Exp from:toDamian Capozzola,LOS ANGELES,CA to:Brenda Sakamoto | 25.49 |
| 1/31/06 | Fed Exp from:toDamian Capozzola,LOS ANGELES,CA to:Brenda Sakamoto | 25.49 |
| 1/31/06 | Fed Exp from:toDamian Capozzola,LOS ANGELES,CA to:Brenda Sakamoto | 25.49 |
| 1/31/06 | ADMINISTRATIVE SERVICES COOPERATIVE, INC - Local Transportation - 01/21/06 - From: work /To: home | 19.60 |
| 1/31/06 | ADMINISTRATIVE SERVICES COOPERATIVE, INC - Local Transportation - 01/13/06 - From: work /To: home | 130.65 |
| 1/31/06 | ADMINISTRATIVE SERVICES COOPERATIVE, INC - Local Transportation - 01/17/06 - From: work /To: home | 129.49 |
| 1/31/06 | ADMINISTRATIVE SERVICES COOPERATIVE, INC - Local Transportation - 01/17/06 - From: work /To: home | 112.15 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2006
March 9, 2006

| Date | Description | Amount |
|------|-------------|--------|
| 1/31/06 | LIVENOTE INC - Court Reporter Fee/Deposition - Deposition transcript of T. Ueno 01/23/06 | 678.80 |
| 1/31/06 | DOWNTOWN REPROGRAPHICS - Outside Copy/Binding Services - Medium litigation copies | 94.44 |
| 2/01/06 | Damian Capozzola, Cellular Service, Cingular, 12/9/05 - 1/8/06, 02/01/06, (Telephone Charges) | 4.40 |
| 2/01/06 | Telephone call to:  OAHU,HI 808-539-8700 | .80 |
| 2/02/06 | Telephone call to:  S SAN,CA 650-743-3449 | 2.80 |
| 2/02/06 | Telephone call to:  STATE OF,HI 808-535-5711 | 2.60 |
| 2/02/06 | Telephone call to:  OAHU,HI 808-927-2510 | .60 |
| 2/02/06 | Postage | .39 |
| 2/03/06 | Telephone call to:  STATE OF,HI 808-535-5729 | .60 |
| 2/03/06 | MIDNITE EXPRESS INTL. COURIER - Outside Messenger Services - 1/21/06 Damian Capozzola, Honolulu, HI | 267.08 |
| 2/03/06 | COURT REPORTERS, INC. - Court Reporter Fee/Deposition - BERRY 1/30/06 COURT HEARING TRANSCRIPT | 68.75 |
| 2/06/06 | CD-ROM Duplicates | 30.00 |
| 2/06/06 | CD-ROM Master | 150.00 |
| 2/06/06 | Fed Exp to:EYLex Smith,HONOLULU,HI from:Neal San Diego | 25.43 |
| 2/06/06 | Fed Exp to:egoLyle Hosoda,HONOLULU,HI from:Neal San Diego | 25.43 |
| 2/06/06 | Fed Exp to:egoMARTIN WALKER,PALO ALTO,CA from:ALLISON ANDREWS | 8.51 |
| 2/06/06 | Fed Exp to:REWSLEX SMITH,HONOLULU,HI from:ALLISON ANDREWS | 15.03 |
| 2/07/06 | Telephone call to:  S SAN,CA 650-331-0200 | 1.00 |
| 2/07/06 | Telephone call to:  S SAN,CA 650-331-0200 | .80 |
| 2/07/06 | Telephone call to:    951-545-6675 | 1.20 |
| 2/07/06 | Postage | .39 |
| 2/07/06 | Fed Exp to:REWSThomas Yee,HONOLULU,HI from:Samantha  Benson | 15.03 |
| 2/07/06 | Fed Exp to:ensonTimothy J. Hogan,HONOLULU,HI from:Damian Capozzola | 15.03 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2006
March 9, 2006

| Date | Description | Amount |
|------|-------------|--------|
| 2/07/06 | R. Samad, Airfare, Honolulu, HI, 02/23/06 to 03/12/06, (Trial) | 637.37 |
| 2/08/06 | Telephone call to: STATE OF,HI 808-535-5711 | 2.60 |
| 2/08/06 | Telephone call to: S SAN,CA 650-331-0200 | 2.40 |
| 2/09/06 | Telephone call to: S SAN,CA 650-743-3449 | .60 |
| 2/09/06 | Telephone call to: STATE OF,HI 808-535-5711 | 2.60 |
| 2/09/06 | Telephone call to: STATE OF,HI 808-535-5711 | .60 |
| 2/09/06 | Telephone call to: OAHU,HI 808-539-8700 | 1.20 |
| 2/09/06 | Fax Charge, 808-528-4997 | 3.00 |
| 2/09/06 | Fax Charge, 808-539-8799 | 3.00 |
| 2/09/06 | Fax Charge, 808-524-3838 | 3.00 |
| 2/09/06 | Fax Charge, 626-229-9199 | 3.00 |
|  | Color Copies or Prints | 135.00 |
| 2/09/06 | Fed Exp to:zzolaBRENDA SAKAMOTO,HONOLULU,HI from:ALLISON ANDREWS | 15.03 |
| 2/10/06 | Telephone call to: S SAN,CA 650-331-0200 | 3.00 |
| 2/10/06 | CD-ROM Duplicates | 90.00 |
| 2/10/06 | CYC ENTERPRISES INC d/b/a BC CHRISTIE'S - Working Meals/K&E Only - 2/07/06 | 65.38 |
| 2/12/06 | Telephone call to: S SAN,CA 650-743-3449 | 4.00 |
| 2/13/06 | Telephone call to: STATE OF,HI 808-535-5641 | .60 |
| 2/13/06 | Telephone call to: S SAN,CA 650-331-0200 | .80 |
| 2/14/06 | Telephone call to: S SAN,CA 650-331-0200 | .80 |
|  | Binding | 143.50 |
| 2/14/06 | CD-ROM Duplicates | 30.00 |
| 2/14/06 | Damian Capozzola, Meals, Working Group Meal/K&E Only, Los Angeles, CA, 02/14/06, (Trial Preparation) | 23.04 |
| 2/15/06 | Telephone call to: STATE OF,HI 808-535-5729 | .60 |
| 2/15/06 | Telephone call to: STATE OF,HI 808-535-5641 | .60 |
| 2/15/06 | Telephone call to: S SAN,CA 650-331-0200 | 4.40 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2006
March 9, 2006

| Date | Description | Amount |
|------|-------------|--------|
| 2/15/06 | CD-ROM Duplicates | 30.00 |
| 2/15/06 | CD-ROM Master | 60.00 |
| 2/15/06 | Fed Exp to:Damian Capozzola c/o Lex R. Sm HONOLULU,HI from:Dora Silva | 56.97 |
| 2/15/06 | Fed Exp to:Damian Capozzola c/o Lex R. Sm HONOLULU,HI from:Dora Silva | 56.97 |
| 2/15/06 | Fed Exp to:Damian Capozzola c/o Lex R. Sm HONOLULU,HI from:Dora Silva | 56.97 |
| 2/15/06 | Fed Exp to:Damian Capozzola c/o Lex R. Sm HONOLULU,HI from:Dora Silva | 56.97 |
| 2/16/06 | Telephone call to:  S SAN,CA 650-331-0200 | 4.80 |
| 2/16/06 | Fax Charge, 216-861-4703 | 2.25 |
| 2/16/06 | Fed Exp to:Damian Capozzola c/o Lex R. Sm HONOLULU,HI from:Dora Silva | 45.22 |
| 2/16/06 | Fed Exp to:Damian Capozzola c/o Lex R. Sm HONOLULU,HI from:Dora Silva | 47.99 |
| 2/16/06 | Fed Exp to:Damian Capozzola c/o Lex R. Sm HONOLULU,HI from:Dora Silva | 47.99 |
| 2/16/06 | Fed Exp to:Damian Capozzola c/o Lex R. Sm HONOLULU,HI from:Dora Silva | 47.99 |
| 2/17/06 | Telephone call to:  STATE OF,HI 808-535-5729 | .60 |
| 2/17/06 | Telephone call to:  STATE OF,HI 808-535-5755 | 1.40 |
| 2/17/06 | Telephone call to:  STATE OF,HI 808-535-5729 | 1.20 |
| 2/17/06 | STEPHEN B. PLATT, CRR, RMR - Professional Fees - Court reporting service | 7,000.00 |
| 2/18/06 | Neal San Diego, Personal Car Mileage, 2471 Loy lane, Los Angeles 90041 to 777 S. Figuero, 02/18/06, (Overtime Transportation), 19.46 miles travelled | 8.46 |
| 2/20/06 | Samantha Benson, Airfare, Honolulu, HI, 02/21/06 to 03/12/06, (Trial Preparation) | 1,205.84 |
| 2/20/06 | Neal San Diego, Personal Car Mileage, 2471 Loy Lane, Los Angeles 90041 to 777 S. Figuero, 02/20/06, (Overtime Transportation), 19.46 miles travelled | 8.46 |
| 2/21/06 | Telephone call to:  OAHU,HI 808-927-2510 | 1.40 |
| 2/21/06 | Telephone call to:  OAHU,HI 808-539-3000 | .80 |
|  | Tabs/Indexes/Dividers | 426.30 |

Post Confirmation Trust for
Legal Services for the Period Ending February 28, 2006
March 9, 2006

| Date | Description | Amount |
|------|-------------|--------|
| 2/23/06 | Local Transportation - 01/17/06 Parking Validations for Brad Dechter meeting | 27.00 |
| 2/24/06 | Telephone call to: OAHU,HI 808-539-8700 | .80 |
| 2/24/06 | Fax Telephone Charge, 808-539-8799 | 1.60 |
| 2/24/06 | Fax Telephone Charge, 808-539-8799 | 1.60 |
| 2/24/06 | Fax Charge, 808-539-8799 | 39.00 |
| 2/24/06 | Fax Charge, 808-539-8799 | 34.50 |
| 2/26/06 | Telephone call to:    951-545-6675 | 2.00 |
| 2/26/06 | Neal San Diego, Personal Car Mileage, 2471 Loy Lane, Los Angeles, 90041 to 777 S. Figuer, 02/26/06, (Overtime Transportation), 19.46 miles travelled | 8.46 |
| | Scanned Images | 376.20 |
| | Standard Copies or Prints | 5,511.10 |
| | Total Expenses | $ 23,475.60 |