LYLE S. HOSODA & ASSOCIATES, LLC

LYLE S. HOSODA        3964-0
RAINA P.B. MEAD       7329-0
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

Attorneys for Defendants
BRIAN CHRISTENSEN, MARK DILLON, TERESA NOA,
MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO,
ALFREDDA WAIOLAMA, and JACQUELINE RIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>HAWAIIAN EXPRESS SERVICE,<br>INC., et al.<br><br>　　　　　Defendants. | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**
[Re: NOTICE OF MOTION; DEFENDANTS BRIAN CHRISTENSEN,
MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN
FUKUMOTO, ALFREDDA WAIOLAMA, AND JACQUELINE RIO'S MOTION FOR
ATTORNEYS' FEES AND COSTS; MEMORANDUM IN SUPPORT OF MOTION;
AFFIDAVIT OF LYLE S. HOSODA; EXHIBITS "A" - "R"]

　　　　　I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the *NOTICE OF MOTION; DEFENDANTS BRIAN CHRISTENSEN, MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, AND JACQUELINE RIO'S MOTION FOR ATTORNEYS' FEES AND COSTS;*

*MEMORANDUM IN SUPPORT OF MOTION; AFFIDAVIT OF LYLE S. HOSODA; EXHIBITS "A" - "R"* was served on the following parties at their last known addresses:

<u>Served electronically through CM/ECF</u>:

| Name | Email | Date |
|---|---|---|
| Andrew V. Beaman | abeaman@chunkerr.com | Mar. 23, 2006 |
| Leroy E. Colombe | lcolombe@chunkerr.com | Mar. 23, 2006 |
| Damian Capozzola | dcappozola@kirland.com | Mar. 23, 2006 |
| R. Olivia Samad | osamad@kirkland.com | Mar. 23, 2006 |
| Margery Bronster | mbronster@bchlaw.net audrey@bchlaw.net | Mar. 23, 2006 |
| Rex Y. Fujichaku | rfujichaku@bchlaw.net, jennifer@bchlaw.net | Mar. 23, 2006 |
| Timothy J. Hogan | tjh@loio.com | Mar. 23, 2006 |
| Lex R. Smith | lrs@ksqlaw.com | Mar. 23, 2006 |
| Thomas H.Y.P. Yee | thy@ksqlaw.com, bls@ksqlaw.com | Mar. 23, 2006 |

<u>Served by First Class Mail</u>:

KAREN L.S. FINE, ESQ.                                      Mar. 24, 2006
Nordman Cormany Hair & Compton
1000 Town Center Drive
Sixth Floor
Oxnard, California  93036

<u>Served by Hand Delivery</u>:

ROY J. TJIOE, ESQ.                                         Mar. 24, 2006
EMILY REBER PORTER, ESQ.
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813

Attorneys for Defendants
HAWAIIAN EXPRESS SERVICE, INC.
H.E.S. TRANSPORTATION SERVICES, INC.
CALIFORNIA PACIFIC CONSOLIDATORS, INC.
JEFFREY P. GRAHAM and PETER SCHAUL

```
WESLEY H.H. CHING, ESQ.                              Mar. 24, 3006
Fukunaga Matayoshi Hershey & Ching, LLC
1200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
HAWAIIAN TRANSFER COMPANY, LTD.

JOHN T. KOMEIJI, ESQ.                                Mar. 24, 2006
Watanabe Ing Kawashima & Komeiji, LLP
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Attorneys for Defendant
ALIX PARTNERS, LLC
```

DATED:   Honolulu, Hawaii, March 24, 2006.

```
                          /s/ Lyle S. Hosoda
                         LYLE S. HOSODA
                         RAINA P.B. MEAD
                         Attorneys for Defendants
                         BRIAN CHRISTENSEN, MARK DILLON,
                         TERESA NOA, MELVIN PONCE, SONIA
                         PURDY, JUSTIN FUKUMOTO, ALFREDDA
                         WAIOLAMA, and JACQUELINE RIO
```