**ORIGINAL**

370713.1
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI         # 2498-0
KAREN Y. ARIKAWA        # 7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
Facsimile No.: 544-8399
E-Mail Address: karikawa@wik.com

SHELDON S. TOLL (Mich. Bar P-21490) (admitted *pro hac vice*)
2000 Town Center, Suite 2550
Southfield, MI 48075
Tel. No. (248) 358-2460
Fax. No. (248) 358-2740
E-Mail Address: lawtoll@comcast.net

Attorneys for Defendant
**ALIXPARTNERS, LLC**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 23 2006
at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, Hawaii citizen,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC.,<br>a California corporation, et<br>al.,<br><br>　　　　　　Defendants. | Civil No. CV03-00385 SOM/LEK<br>(Copyright)<br><br>NOTICE OF MOTION; DEFENDANT<br>ALIXPARTNERS, LLC'S MOTION FOR<br>ATTORNEYS' FEES AND COSTS<br>PURSUANT TO JUDGMENT ENTERED<br>ON MARCH 9, 2006; MEMORANDUM<br>IN SUPPORT OF MOTION;<br>AFFIDAVIT OF JOHN T. KOMEIJI;<br>EXHIBITS "A"-"B"; CERTIFICATE<br>OF SERVICE<br><br>Hearing:<br>Date: _____<br>Time: _____<br>Judge: Mag. Leslie Kobayashi |

SCANNED

## NOTICE OF HEARING OF MOTION

TO:   TIMOTHY J. HOGAN, ESQ.
      1132 Bishop Street, Suite 1405
      Honolulu, Hawaii 96813

      Attorney for Plaintiff
      WAYNE BERRY


      LYLE HOSODA, ESQ.
      RAINA MEAD, ESQ.
      345 Queen Street, Suite 804
      Honolulu, Hawaii 96813

      Attorney for Defendants
      MARK DILLON, BRIAN CHRISTENSEN, TERESA NOA,
      MELVIN PONCE, ALFREDDA WAIOLAMA,
      JACQUELINE RIO, SONIA PURDY and
      JUSTIN FUKUMOTO


      LEX R. SMITH, ESQ.
      Kobayashi Sugita & Goda
      First Hawaiian Center
      999 Bishop Street; Suite 2600
      Honolulu, Hawaii 96813

      Attorneys for Defendants
      FLEMING COMPANIES, INC., C&S WHOLESALE GROCERS, INC.,
      C&S LOGISTICS OF HAWAII, LLC, C&S ACQUISITIONS, LLC,
      ES3, LLC and RICHARD COHEN


      ERIC C. LIEBELER, ESQ.
      DAMIAN CAPOZZOLA, ESQ.
      R. OLIVIA SAMAD, ESQ.
      Kirkland & Ellis
      777 South Figueroa Street
      Los Angeles, California 90017

      Attorneys for Defendant
      FLEMING COMPANIES, INC.

ROY J. TJIOE, ESQ.
EMILY REBER PORTER, ESQ.
Goodsill Anderson Quinn & Stifel
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813

    and

KAREN L.S. FINE, ESQ.
Nordman Cormany Hair & Compton
1000 Town Center Drive, Sixth Floor
Oxnard, California 93036

Attorney for Defendants
HAWAIIAN EXPRESS SERVICE, INC., H.E.S. TRANSPORTATION
SERVICES, INC., CALIFORNIA PACIFIC CONSOLIDATORS, INC.,
JEFFREY P. GRAHAM and PETER SCHAUL


REX FUJICHAKU, ESQ.
Bronster Crabtree & Hoshibata
1001 Bishop Street, Suite 2300
Pauahi Tower
Honolulu, Hawaii 96813

Attorneys for Defendants
GUIDANCE SOFTWARE, LLC and
MICHAEL GURZI


WESLEY H.H. CHING, ESQ.
Fukunaga, Matayoshi, Hershey & Ching, LLC
1200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
HAWAII TRANSFER COMPANY, LIMITED


    NOTICE IS HEREBY GIVEN that, pursuant to Local Rule 7.2, <u>Rules of the U.S. District Court for the District of Hawaii</u>, Defendant's ALIXPARTNERS, LLC's Motion For Attorneys' Fees and Costs Pursuant to Judgment Entered on March 9, 2006 shall come on

-ii-

for hearing before the Honorable Leslie Kobayashi, Magistrate Judge of the above-entitled Court, in her courtroom, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, at _____ o'clock a.m. on _____, or as soon thereafter as counsel may be heard.

DATED:  Honolulu, Hawaii, March 23, 2006.

_____
SHELDON S. TOLL
JOHN T. KOMEIJI
KAREN Y. ARIKAWA

Attorneys for Defendant
**ALIXPARTNERS, LLC**

-iii-

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, Hawaii citizen, | Civil No. CV03-00385 SOM/LEK (Copyright) |
| Plaintiff, | |
| vs. | DEFENDANT ALIXPARTNERS, LLC'S MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO JUDGMENT ENTERED ON MARCH 9, 2006 |
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation, et al., | |
| Defendants. | |

**DEFENDANT DEFENDANT ALIXPARTNERS, LLC'S MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO JUDGMENT ENTERED ON MARCH 9, 2006**

COMES NOW Defendant ALIXPARTNERS, LLC, by and through its attorneys, SHELDON S. TOLL PLLC and WATANABE ING & KOMEIJI LLP, and hereby moves this Honorable Court for an award of its attorneys fees and costs incurred in defending this action.

This Motion is brought pursuant to Rules 7 and 54(d) of the Federal Rules of Civil Procedure and Local Rules 7.1, 7.2, 53.1, 54.2, and 54.3 of the Rules of the United States District Court for the District of Hawaii, 28 U.S.C. § 1920, and 17 U.S.C. § 505, and is supported by the Memorandum in Support of Motion,

/

/

/

/

/

Affidavit of John T. Komeiji and Exhibits "A" and "B" attached hereto, and the entire record and files herein.

DATED: Honolulu, Hawaii, March 23, 2006.

SHELDON S. TOLL
JOHN T. KOMEIJI
GREGORY Y.P. TOM
KAREN Y. ARIKAWA

Attorneys for Defendant
**ALIXPARTNERS, LLC**