A

370750.1
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI # 2498-0
KAREN Y. ARIKAWA # 7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
Facsimile No.: 544-8399
E-Mail Address: karikawa@wik.com

SHELDON S. TOLL (Mich. Bar P-21490) (admitted *pro hac vice*)
2000 Town Center, Suite 2550
Southfield, MI 48075
Tel. No. (248) 358-2460
Fax. No. (248) 358-2740
E-Mail Address: lawtoll@comcast.net

Attorneys for Defendant
**ALIXPARTNERS, LLC**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| WAYNE BERRY, Hawaii citizen,<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., a California corporation, et al.,<br><br>Defendants. | **Civil No. CV03-00385 SOM/LEK (Copyright)**<br><br>**DEFENDANT ALIXPARTNERS, LLC'S MEMORANDUM IN SUPPORT OF BILL OF COSTS; AFFIDAVIT OF JOHN T. KOMEIJI; EXHIBITS "A" - "B"; CERTIFICATE OF SERVICE** |

**DEFENDANT ALIXPARTNERS, LLC'S**
**MEMORANDUM IN SUPPORT OF BILL OF COSTS**

Defendant ALIXPARTNERS, LLC ("ALIXPARTNERS"), by and through its attorneys, SHELDON S. TOLL PLLC and WATANABE ING &



KOMEIJI LLP, and hereby submits its memorandum in support of the Bill of Costs, and the Bill of Costs which is attached hereto as Exhibit "A". This Memorandum is submitted pursuant to Local Rule 54.2 of the Rules of the United States District Court for the District of Hawaii, and is supported by the Memorandum in Support of Bill of Costs, Affidavit of John T. Komeiji, Exhibit "A" attached hereto, and the entire record and files herein.

**I. GROUNDS SUPPORTING REQUEST FOR BILL OF COSTS**

1. On April 20, 2005, Plaintiff WAYNE BERRY ("Plaintiff") filed a Motion for Summary Judgment Against All Defendants including ALIXPARTNERS.

2. In response to Plaintiff's summary judgment motion, ALIXPARTNERS filed a Countermotion For Summary Judgment As to All Claims of Plaintiff on June 2, 2005 ("Countermotion") seeking summary judgment against Plaintiff on all claims of Plaintiff.

3. Plaintiff filed an opposition to ALIXPARNTERS' Countermotion on June 9, 2005.

4. ALIXPARTNERS filed its reply on June 14, 2005.

5. By Order of this Court filed on June 17, 2005, Plaintiff's summary judgment motion was denied as it pertained to ALIXPARTNERS, and ALIXPARTNERS' Countermotion was granted, disposing of all claims against ALIXPARTNERS. See Order Denying Berry's Motion for Summary Judgment Against AlixPartners; Order

Granting AlixPartners' Countermotion for Summary judgment filed on June 17, 2005 ("6/17/05 Order") at 1.[1]

6. Judgment on the jury verdict was entered on March 9, 2006.

7. An Amended Judgment in a Civil Case was entered on March 16, 2006 as to, among other things, this Court's 6/17/05 Order.

8. A Second Amended Judgment in a Civil Case was also entered on March 16, 2006.

## II. AUTHORITIES SUPPORTING REQUEST FOR BILL OF COSTS

Under Federal Rules of Civil Procedure ("FRCP") Rule 54(d)(1), "there is a **presumption** that the prevailing party will be awarded its taxable costs." See Dawson v. City of Seattle, 435 F.3d 1054, 1070 (9th Cir. 2006) (citing Save Our Valley v. Sound Transit, 335 F.3d 932, 944 (9th Cir. 2003)) (emphasis added). Rule 54(d)(1) provides:

> **(1) Costs Other than Attorneys' Fees.** Except when express provision therefor is made either in a statute of the United States or in these rules, costs other than attorneys' **fees shall be allowed as of course to the prevailing party** unless the court otherwise directs; but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Such costs may be taxed by the clerk on one day's notice. On motion served within 5 days

[1] To avoid waste and unnecessary burden upon this Court, documents previously filed as part of the record are not attached hereto. Defendants would gladly provide any needed copies at the Court's request.

> thereafter, the action of the clerk may be reviewed by the court.

See Fed. R. Civ. P. 54(d)(1) (emphasis added). ALIXPARTNERS, having prevailed on its Countermotion as to all of Plaintiff's claims, is clearly the prevailing party here. See e.g., Dawson (Defendants are considered the "prevailing parties" after Plaintiffs' suits were dismissed by summary judgment).

Costs taxed pursuant to Rule 54(d)(1) include those defined in 28 U.S.C. § 1920.[2] ALIXPARTNERS has incurred $2,000.01 in recoverable costs throughout this litigation as evidenced by the Bill of Costs attached hereto as Exhibit "A" and the supporting documentation attached hereto as Exhibit "B". There being no reason to deny ALIXPARTNERS the recovery of the costs identified in its Bill of Costs, ALIXPARTNERS respectfully submits that an award of costs is appropriate here "as a matter of course." See Dawson, 435 F.3d at 1070.

---

[2] 28 U.S.C. § 1920 provides:

**Taxation of costs.** A judge or clerk of any court of the United States may tax as costs the following:

(1) Fees of the clerk and marshal;
(2) Fees of the court reporter for all or any part of the stenographic transcript necessarily obtained for use in the case;
(3) Fees and disbursements for printing and witnesses;
(4) Fees for exemplification and copies of papers necessarily obtained for use in the case;
(5) Docket fees under section 1923 of this title;
(6) Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.

DATED: Honolulu, Hawaii, March 23, 2006.

SHELDON S. TOLL
JOHN T. KOMEIJI
KAREN Y. ARIKAWA

Attorneys for Defendant
**ALIXPARTNERS, LLC**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, Hawaii citizen,<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., a California corporation, et al.,<br><br>Defendants. | Civil No. CV03-00385 SOM/LEK (Copyright)<br><br>AFFIDAVIT OF JOHN T. KOMEIJI; EXHIBITS "A"-"B" |

**AFFIDAVIT OF JOHN T. KOMEIJI**

STATE OF HAWAII ) SS.
CITY AND COUNTY OF HONOLULU )

JOHN T. KOMEIJI, being first duly sworn on oath, deposes and says:

1. I am an attorney licensed to practice law before all state and federal courts in the State of Hawaii and am one of the attorneys representing Defendant ALIXPARTNERS LLP ("ALIXPARTNERS") in the above-entitled matter.

2. I make this Affidavit based upon personal knowledge, and am competent to testify as to all matters stated herein.

3. Pursuant to Federal Rules of Civil Procedure 54(d)(1) and (2), LR 54.2 and 54.3 of the Rules of the United States District Court for the District of Hawaii, and 28 U.S.C.

§ 1924, this Affidavit sets forth the costs that were incurred by Watanabe Ing & Komeiji on behalf of ALIXPARTNERS in defending against the claims alleged by Plaintiff WAYNE BERRY in the above-entitled case.

4. Attached hereto as Exhibit "A" is a true and accurate copy of the Bill of Costs.

5. Attached hereto as Exhibit "B" is a true and accurate copy of the supporting documentation for the costs reflected in the Bill of Costs.

6. ALIXPARTNERS incurred recoverable costs totaling $2,000.01 in defending ALIXPARTNERS in this case, defending ALIXPARTNERS against Plaintiff's summary judgment motion, and in bringing a Countermotion against Plaintiff.

7. The costs reflected in the Bill of costs are correctly stated, and based upon my experience, they were necessarily incurred and appear to be allowable by law.

8. The costs incurred defending ALIXPARTNERS include:

(1) Photocopies @ $.13 per page . . . . . . . . $645.71

(2) Transcripts

Wayne Berry Vol. 1, 5/18/06 . . . . . . . . $626.80

Wayne Berry Vol. 2, 5/19/05 . . . . . . . . $496.65

(3) Postage . . . . . . . . . . . . . . . . . . . . $5.85

(4) Fees of the Clerk . . . . . . . . . . . . . . $225.00

**TOTAL COSTS . . . . . . . . . . . . . . . . . . . . $2,000.01**

8. I have not yet met and conferred with counsel for the Plaintiff in an effort to resolve any disputes about the claimed costs because I have been preparing for and attending a trial on the Island of Hawaii which recessed on March 22, 2006.

9. I will make a good faith attempt to meet and confer with counsel for the Plaintiff.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

JOHN T. KOMEIJI

Subscribed and sworn to before me this 23rd day of March, 2006.

CINDY C. UEHARA
Notary Public, State of Hawaii

My Commission Expires: 3/06/07

AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

District of Hawaii

Berry

V.

Hawaiian Express Service, Inc., et al.

## BILL OF COSTS

Case Number: CV 03 00385 SOM-LEK

Judgment having been entered in the above entitled action on 3/9/2006 (Date) against Plaintiff Wayne Berry, the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | $ 225.00 |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,123.45 |
| Fees and disbursements for printing | 645.71 |
| Fees for witnesses (itemize on reverse side) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | 5.85 |
| TOTAL | $ 2,000.01 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: please see attached

Signature of Attorney: [signature]

Name of Attorney: Karen Y. Arikawa

For: AlixPartners LLP (Name of Claiming Party) Date: 3/23/2006

Costs are taxed in the amount of ______ and included in the judgment.

______ Clerk of Court By: ______ Deputy Clerk ______ Date



**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

```
INQUIRY : Case      - reference                              11:05am 23 MAR 06

Client  : 4516       ALIX PARTNERS, LLC
Case    : 19670      BERRY V. ALIX PARTNERS, LLC              Status : Active

Action type    : All cost
Summary... .....Time .........Fees .....Cost.adv ....Cost.inc ........Total
Billed                                  2,000.54                     2,000.54
..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
13    05/04/05 Postage                      5.85                           I
      Fp:0505 | Bth:8533*92 | Inv:112925

12    05/10/05 Photocopi                    3.12                           I
      Fp:0505 | Bth:8532*363 | Inv:112925
      Source   : ASCIIC

33    05/11/05 Photocopi                    1.82                           I
      Fp:0505 | Bth:8536*12 | Inv:112925
      Source   : ASCIIC

34    05/11/05 Photocopi                   26.52                           I
      Fp:0505 | Bth:8536*34 | Inv:112925
      Source   : ASCIIC

38    05/11/05 Photocopi                    1.82        0.00          0.00 I
      Fp:0505 | Bth:8541*12 | Inv:112925
      Source   : ASCIIC

39    05/11/05 Photocopi                   26.52        0.00          0.00 I
      Fp:0505 | Bth:8541*34 | Inv:112925
      Source   : ASCIIC

21    05/12/05 Miscellan                  225.00                           I
      Fp:0505 | Bth:8535*1 | Chk: 02/086340,05/12/05 | Inv:112925
      Source   : AP 00,CUS,051205.02 | Payee:CLERK, U.S. DISTRI
      Comments : Pro Hac Vice

35    05/12/05 Photocopi                  108.42                           I
      Fp:0505 | Bth:8536*63 | Inv:112925
      Source   : ASCIIC

40    05/12/05 Photocopi                  108.42        0.00          0.00 I
      Fp:0505 | Bth:8541*63 | Inv:112925
      Source   : ASCIIC

36    05/14/05 Online Re                    7.65                           I
      Fp:0505 | Bth:8537*18 | Inv:112925

37    05/14/05 Online Re                   16.66                           I
      Fp:0505 | Bth:8537*32 | Inv:112925

56    05/16/05 Photocopi 38.00              4.94                           I
      Fp:0505 | Bth:8551*36 | Inv:112925
      Source   : ASCIIC

57    05/16/05 Photocopi 89.00             11.57                           I
```

EXHIBIT "B"

INQUIRY : Case - reference 11:05am 23 MAR 06

Client : 4516 ALIX PARTNERS, LLC
Case : 19670 BERRY V. ALIX PARTNERS, LLC Status : Active

| ..Ref | ..Date.. Cde.desc Orgtme Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|
| | Fp:0505 \| Bth:8551*37 \| Inv:112925<br>Source : ASCIIC | | | | | |
| 58 | 05/18/05 Photocopi122.00<br>Fp:0505 \| Bth:8551*128 \| Inv:112925<br>Source : ASCIIC | 15.86 | | | | I |
| 59 | 05/18/05 Photocopi 12.00<br>Fp:0505 \| Bth:8551*164 \| Inv:112925<br>Source : ASCIIC | 1.56 | | | | I |
| 77 | 05/18/05 Online Re<br>Fp:0505 \| Bth:8557*5 \| Inv:112925<br>Comments : Research by KYA | 19.98 | | | | I |
| 60 | 05/19/05 Photocopi 29.00<br>Fp:0505 \| Bth:8551*199 \| Inv:112925<br>Source : ASCIIC | 3.77 | | | | I |
| 61 | 05/20/05 Photocopi 28.00<br>Fp:0505 \| Bth:8551*237 \| Inv:112925<br>Source : ASCIIC | 3.64 | | | | I |
| 62 | 05/20/05 Photocopi 29.00<br>Fp:0505 \| Bth:8551*254 \| Inv:112925<br>Source : ASCIIC | 3.77 | | | | I |
| 63 | 05/23/05 Photocopi 89.00<br>Fp:0505 \| Bth:8551*288 \| Inv:112925<br>Source : ASCIIC | 11.57 | | | | I |
| 64 | 05/24/05 Photocopi417.00<br>Fp:0505 \| Bth:8551*376 \| Inv:112925<br>Source : ASCIIC | 54.21 | | | | I |
| 78 | 05/27/05 Online Re<br>Fp:0505 \| Bth:8557*16 \| Inv:112925<br>Comments : Research by GYT: 5/22/05 - 5/27/05 | 42.20 | | | | I |
| 85 | 06/01/05 Photocopi 13.00<br>Fp:0506 \| Bth:8566*35 \| Inv:112925<br>Source : ASCIIC | 1.69 | | | | I |
| 105 | 06/01/05 Online Re<br>Fp:0506 \| Bth:8570*48 \| Inv:112925<br>Comments : Research by KYA: 6/1/05 | 7.06 | | | | I |
| 86 | 06/02/05 Photocopi520.00<br>Fp:0506 \| Bth:8566*94 \| Inv:112925<br>Source : ASCIIC | 67.60 | | | | I |

INQUIRY : Case - reference 11:05am 23 MAR 06

Client : 4516 ALIX PARTNERS, LLC
Case : 19670 BERRY V. ALIX PARTNERS, LLC Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

87 06/02/05 Photocopi132.00 17.16 I
Fp:0506 | Bth:8566*123 | Inv:112925
Source : ASCIIC

106 06/13/05 Online Re 43.74 I
Fp:0506 | Bth:8570*61 | Inv:112925
Comments : Research by GYT: 6/1/05 - 6/13/05

107 06/14/05 Photocopi108.00 14.04 I
Fp:0506 | Bth:8571*41 | Inv:112925
Source : ASCIIC

108 06/14/05 Photocopi243.00 31.59 I
Fp:0506 | Bth:8571*46 | Inv:112925
Source : ASCIIC

109 06/14/05 Photocopi 1.00 0.13 I
Fp:0506 | Bth:8571*72 | Inv:112925
Source : ASCIIC

88 06/15/05 Miscellan 496.65 I
Fp:0506 | Bth:8569*6 | Chk: 02/086561,06/15/05 | Inv:112925
Source : AP 00,LIVE,20663 | Payee:LIVENOTE, INC.
Comments : Certified copies; Exhibit Scanning (re: Wayne Berry, Vol. 2 5/19/05)

89 06/15/05 Miscellan 626.80 I
Fp:0506 | Bth:8569*7 | Chk: 02/086561,06/15/05 | Inv:112925
Source : AP 00,LIVE,20675 | Payee:LIVENOTE, INC.
Comments : Certified copies; Exhibit Scanning (re: Wayne Berry, Vol. 1 5/18/05)

112 06/16/05 Photocopi308.00 40.04 I
Fp:0506 | Bth:8575*1 | Inv:112925
Source : ASCIIC

113 06/16/05 Photocopi168.00 21.84 I
Fp:0506 | Bth:8575*2 | Inv:112925
Source : ASCIIC

114 06/16/05 Photocopi205.00 26.65 I
Fp:0506 | Bth:8575*13 | Inv:112925
Source : ASCIIC

131 07/13/05 Photocopi245.00 31.85 I
Fp:0507 | Bth:8598*84 | Inv:114055
Source : ASCIIC

146 08/11/05 Photocopi 7.00 0.91 I

INQUIRY : Case - reference 11:05am 23 MAR 06

Client : 4516 ALIX PARTNERS, LLC
Case : 19670 BERRY V. ALIX PARTNERS, LLC Status : Active

| ..Ref | ..Date.. | Cde.desc | Orgtme | Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|---|---|---|
| | Fp:0508 \| Bth:8621*155 \| Inv:114055 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 149 | 08/17/05 | Photocopi | 26.00 | | 3.38 | | | | I |
| | Fp:0508 \| Bth:8626*93 \| Inv:114055 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 150 | 09/01/05 | Photocopi | 10.00 | | 1.30 | | | | I |
| | Fp:0509 \| Bth:8643*181 \| Inv:114055 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| WAYNE BERRY, Hawaii citizen,<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., a California corporation, et al.,<br><br>Defendants. | **Civil No. CV03-00385 SOM/LEK (Copyright)**<br><br>CERTIFICATE OF SERVICE<br><br>**Trial Date: January 24, 2006** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was duly served upon the following parties by the method indicated on this date to their last known address:

TIMOTHY J. HOGAN, ESQ. *(hand delivery)*
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813

Attorney for Plaintiff
WAYNE BERRY

LYLE HOSODA, ESQ. *(hand delivery)*
RAINA MEAD, ESQ.
345 Queen Street, Suite 804
Honolulu, Hawaii 96813

Attorney for Defendants
MARK DILLON, BRIAN CHRISTENSEN, TERESA NOA, MELVIN PONCE, ALFREDDA WAIOLAMA, JACQUELINE RIO, SONIA PURDY and JUSTIN FUKUMOTO

LEX R. SMITH, ESQ. *(hand delivery)*
ANNE E. LOPEZ, ESQ.
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop Street; Suite 2600
Honolulu, Hawaii 96813

Attorneys for Defendants
FLEMING COMPANIES, INC., C&S WHOLESALE GROCERS, INC., C&S LOGISTICS OF HAWAII, LLC, C&S ACQUISITIONS, LLC, ES3, LLC and RICHARD COHEN

ROY J. TJIOE, ESQ. *(hand delivery)*
EMILY REBER PORTER, ESQ.
Goodsill Anderson Quinn & Stifel
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813

and

KAREN L.S. FINE, ESQ. *(U.S. mail)*
Nordman Cormany Hair & Compton
1000 Town Center Drive, Sixth Floor
Oxnard, California 93036

Attorney for Defendants
HAWAIIAN EXPRESS SERVICE, INC., H.E.S. TRANSPORTATION SERVICES, INC., CALIFORNIA PACIFIC CONSOLIDATORS, INC., JEFFREY P. GRAHAM and PETER SCHAUL

ERIC C. LIEBELER, ESQ. *(U.S. mail)*
DAMIAN CAPOZZOLA, ESQ.
R. OLIVIA SAMAD, ESQ.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, California 90017

Attorneys for Defendant
FLEMING COMPANIES, INC.

REX FUJICHAKU, ESQ. *(hand delivery)*
Bronster Crabtree & Hoshibata
1001 Bishop Street, Suite 2300
Pauahi Tower
Honolulu, Hawaii 96813

Attorneys for Defendants
GUIDANCE SOFTWARE, LLC and
MICHAEL GURZI

WESLEY H.H. CHING, ESQ. *(hand delivery)*
Fukunaga, Matayoshi, Hershey & Ching, LLC
1200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
HAWAII TRANSFER COMPANY, LIMITED

DATED: Honolulu, Hawaii, March 23, 2006.

SHELDON S. TOLL
JOHN T. KOMEIJI
KAREN Y. ARIKAWA

Attorneys for Defendant
**ALIXPARTNERS, LLC**