```
INQUIRY : Case       - reference
                                                            11:05am 23 MAR 06
      Client : 4516        ALIX PARTNERS, LLC
      Case   : 19670       BERRY V. ALIX PARTNERS, LLC        Status : Active

   Action type      : All fees
   Summary... .....Time ........Fees .....Cost.adv ....Cost.inc ........Total
   Billed         211.90      52,900.00
   Billable         0.60         165.00                                52,900.00
    Total         212.50      53,065.00                                   165.00
                                                                       53,065.00
   ..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
    4     04/26/05 LEGAL SER  0.80 275.00      220.00
          Fp:0505 | Bth:131232*1 | Atty:JOHN T. KOMEIJI | Inv:112925         I
          Comments : Review Complaint

    1     04/27/05 LEGAL SER  2.70 250.00      675.00
          Fp:0505 | Bth:131177*1 | Atty:GREGORY Y.P. TO | Inv:112925         I
          Comments : Review/analyze docket/procedural picture of case, pleadings,
                     strategize ▆▆▆▆; review/draft Motion for Pro Hac Vice;
                     draft memo re: procedural deadlines, status

    5     04/27/05 LEGAL SER  0.60 275.00      165.00
          Fp:0505 | Bth:131232*2 | Atty:JOHN T. KOMEIJI | Inv:112925         I
          Comments : Telephone call with Toll; telephone call with Smith

   14     04/27/05 LEGAL SER  2.50 225.00      562.50
          Fp:0505 | Bth:131246*1 | Atty:KAREN Y. ARIKAW | Inv:112925         I
          Comments : Review e-mails re case status; draft ex parte application
                     for admission pro hac vice; draft e-mail to co-counsel re
                     ▆▆▆▆; review e-mail from co-counsel

    2     04/29/05 LEGAL SER  2.40 250.00      600.00
          Fp:0505 | Bth:131177*2 | Atty:GREGORY Y.P. TO | Inv:112925         I
          Comments : Review/analyze various filings

    6     04/29/05 LEGAL SER  1.10 275.00      302.50
          Fp:0505 | Bth:131232*11 | Atty:JOHN T. KOMEIJI | Inv:112925        I
          Comments : Review Order Denying Preliminary Injunction; review Order
                     Dismissing Foodland

    3     04/30/05 LEGAL SER  0.40 250.00      100.00
          Fp:0505 | Bth:131177*3 | Atty:GREGORY Y.P. TO | Inv:112925         I
          Comments : Revise/revise draft motion

   15     04/30/05 LEGAL SER  2.20 225.00      495.00
          Fp:0505 | Bth:131246*2 | Atty:KAREN Y. ARIKAW | Inv:112925         I
          Comments : Review e-mails from co-counsel; continue drafting ex parte
                     application for admission pro hac vice; review second
                     amended complaint, answer and orders

    7     05/02/05 LEGAL SER  1.80 275.00      495.00
          Fp:0505 | Bth:131232*14 | Atty:JOHN T. KOMEIJI | Inv:112925        I
          Comments : Review Motion for Summary Judgment; review draft declaration
                     of Scott

   16     05/02/05 LEGAL SER  3.10 225.00      697.50
                                                                            I
```

EXHIBIT "B"

```
INQUIRY : Case      - reference                           11:05am 23 MAR 06

Client  : 4516     ALIX PARTNERS, LLC
Case    : 19670    BERRY V. ALIX PARTNERS, LLC           Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0505 | Bth:131247*1  | Atty:KAREN Y. ARIKAW | Inv:112925
      Comments : Telephone call to courtroom manager re Rule 56(f) hearing;
                 continue reviewing pleadings; draft notice of appearance of
                 counsel

  26   05/02/05 LEGAL SER  4.10 250.00    1,025.00                         I
       Fp:0505 | Bth:131286*2  | Atty:GREGORY Y.P. TO | Inv:112925
       Comments : Review letter re: hearing; review letter re: pro hac vice
                  application; telephone conversation with L. Smith re:
                  hearing; research re: counterclaim, review/analyze findings,
                  prior rulings, filings

  17   05/03/05 LEGAL SER  0.10 225.00       22.50                         I
       Fp:0505 | Bth:131247*9  | Atty:KAREN Y. ARIKAW | Inv:112925
       Comments : Finalize Notice of Appearance of Counsel for filing

  18   05/04/05 LEGAL SER  1.00 225.00      225.00                         I
       Fp:0505 | Bth:131247*14 | Atty:KAREN Y. ARIKAW | Inv:112925
       Comments : Research copyright infringement issues; continue drafting
                  Pro Hac Vice Application; draft e-mail to co-counsel re ▓▓▓

  27   05/04/05 LEGAL SER  0.50 250.00      125.00                         I
       Fp:0505 | Bth:131289*5  | Atty:GREGORY Y.P. TO | Inv:112925
       Comments : Review/revise draft application; review letter re: same

   8   05/05/05 LEGAL SER  0.60 275.00      165.00                         I
       Fp:0505 | Bth:131232*42 | Atty:JOHN T. KOMEIJI | Inv:112925
       Comments : Review messages from attorneys

   9   05/06/05 LEGAL SER  0.50 275.00      137.50                         I
       Fp:0505 | Bth:131232*48 | Atty:JOHN T. KOMEIJI | Inv:112925
       Comments : Meeting with Hosoda

  19   05/06/05 LEGAL SER  0.90 225.00      202.50                         I
       Fp:0505 | Bth:131247*26 | Atty:KAREN Y. ARIKAW | Inv:112925
       Comments : Prepare for and attend meeting with counsel for Mark Dillon;
                  review e-mail from co-counsel ▓▓▓

  28   05/06/05 LEGAL SER  1.10 250.00      275.00                         I
       Fp:0505 | Bth:131292*2  | Atty:GREGORY Y.P. TO | Inv:112925
       Comments : Attend conference with L. Hosoda; review deadlines

  10   05/09/05 LEGAL SER  0.30 275.00       82.50                         I
       Fp:0505 | Bth:131232*51 | Atty:JOHN T. KOMEIJI | Inv:112925
       Comments : Memo to Toll

  11   05/09/05 LEGAL SER  2.30 275.00      632.50                         I
       Fp:0505 | Bth:131232*55 | Atty:JOHN T. KOMEIJI | Inv:112925
       Comments : Review expert reports of Johnson/Ueno
```

```
INQUIRY : Case        - reference
                                                            11:05am 23 MAR 06
Client  : 4516      ALIX PARTNERS, LLC
Case    : 19670     BERRY V. ALIX PARTNERS, LLC             Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

 29    05/09/05 LEGAL SER  0.80 250.00     200.00
       Fp:0505 | Bth:131294*2 | Atty:GREGORY Y.P. TO | Inv:112925              I
       Comments : Review documents re: deposition; review letter re:
                  deposition; review/analyze Dillon's memo in response; review
                  letter re: experts

 20    05/10/05 LEGAL SER  0.20 225.00      45.00
       Fp:0505 | Bth:131247*39 | Atty:KAREN Y. ARIKAW | Inv:112925             I
       Comments : Review fax from co-counsel; finalize pro hac vice
                  application for filing

 23    05/11/05 LEGAL SER  0.30 275.00      82.50
       Fp:0505 | Bth:131278*15 | Atty:JOHN T. KOMEIJI | Inv:112925             I
       Comments : Memo to Toll

 30    05/11/05 LEGAL SER  0.20 250.00      50.00
       Fp:0505 | Bth:131297*5 | Atty:GREGORY Y.P. TO | Inv:112925              I
       Comments : Telephone conversation with R. Mead, draft memo re: same

 22    05/12/05 LEGAL SER  1.40 225.00     315.00
       Fp:0505 | Bth:131270*7 | Atty:KAREN Y. ARIKAW | Inv:112925              I
       Comments : Review plaintiff's motion for summary judgment

 24    05/12/05 LEGAL SER  2.10 275.00     577.50
       Fp:0505 | Bth:131278*18 | Atty:JOHN T. KOMEIJI | Inv:112925             I
       Comments : Review Berry's Motion for Summary Judgment; review Ponce's
                  Motion for Summary Judgment; review Memoranda in Opposition
                  to Motions for Summary Judgment; memo to and from Toll

 25    05/12/05 LEGAL SER  0.80 275.00     220.00
       Fp:0505 | Bth:131278*23 | Atty:JOHN T. KOMEIJI | Inv:112925             I
       Comments : Review draft motion/memo in opposition, declaration of Scott

 31    05/12/05 LEGAL SER  3.40 250.00     850.00
       Fp:0505 | Bth:131298*2 | Atty:GREGORY Y.P. TO | Inv:112925              I
       Comments : Review filings; review letter from S. Toll; review/analyze
                  draft motion, research re: same

 32    05/13/05 LEGAL SER  2.30 250.00     575.00
       Fp:0505 | Bth:131299*1 | Atty:GREGORY Y.P. TO | Inv:112925              I
       Comments : Review letter re: deposition; reviewa/analyze court orders;
                  further research re: motion; strategic analysis re: motion

 48    05/13/05 LEGAL SER  2.60 225.00     585.00
       Fp:0505 | Bth:131462*1 | Atty:KAREN Y. ARIKAW | Inv:112925              I
       Comments : Continue reviewing pleadings - motion for issuance of
                  preliminary injunction, Order re Foodland MSJ

 49    05/14/05 LEGAL SER  0.50 225.00     112.50                              I
```

```
INQUIRY : Case       - reference
                                                          11:05am 23 MAR 06
   Client : 4516      ALIX PARTNERS, LLC
   Case   : 19670     BERRY V. ALIX PARTNERS, LLC          Status : Active

  ..Ref ..Date..  Cde.desc  Orgtme Orgrte ....Orgamt ..Time ..Rate ......Amt S
        Fp:0505 | Bth:131462*6 | Atty:KAREN Y. ARIKAW | Inv:112925
        Comments : Continue reviewing pleadings - plaintiff's preliminary
                    injunction motion

   50   05/15/05 LEGAL SER  0.20 225.00       45.00                          I
        Fp:0505 | Bth:131462*8 | Atty:KAREN Y. ARIKAW | Inv:112925
        Comments : Review plaintiff's motion for preliminary injunction

   41   05/16/05 LEGAL SER  3.40 250.00      850.00                          I
        Fp:0505 | Bth:131431*5 | Atty:GREGORY Y.P. TO | Inv:112925
        Comments : Further review/analysis of ▓▓▓▓▓▓▓▓▓▓▓▓ and review
                    documents re: same

   51   05/16/05 LEGAL SER  9.30 225.00    2,092.50                          I
        Fp:0505 | Bth:131462*9 | Atty:KAREN Y. ARIKAW | Inv:112925
        Comments : Continue reviewing plaintiff's motion for preliminary
                    injunction; review Defendants Ponce, et al's motion for
                    summary judgment; review plaintiff's cross-motion; draft
                    summary re same

   42   05/17/05 LEGAL SER  7.40 250.00    1,850.00                          I
        Fp:0505 | Bth:131433*2 | Atty:GREGORY Y.P. TO | Inv:112925
        Comments : Review letter from A. Lopez; deposition preparation re: W.
                    Berry; strategic planning re: ▓▓▓▓▓▓▓▓▓

   52   05/17/05 LEGAL SER  0.20 225.00       45.00                          I
        Fp:0505 | Bth:131462*10 | Atty:KAREN Y. ARIKAW | Inv:112925
        Comments : Draft submission of original signature to Pro Hac Vice
                    Application

   65   05/17/05 LEGAL SER  0.40 275.00      110.00                          I
        Fp:0505 | Bth:131509*17 | Atty:JOHN T. KOMEIJI | Inv:112925
        Comments : Review draft analysis re Motion for Summary Judgment

   43   05/18/05 LEGAL SER 10.40 250.00    2,600.00                          I
        Fp:0505 | Bth:131434*1 | Atty:GREGORY Y.P. TO | Inv:112925
        Comments : Prepare for and attend deposition of W. Berry; review letter
                    from A. Lopez

   53   05/18/05 LEGAL SER  2.10 225.00      472.50                          I
        Fp:0505 | Bth:131462*13 | Atty:KAREN Y. ARIKAW | Inv:112925
        Comments : Research issues re claims raised in bankruptcy proceedings

   66   05/18/05 LEGAL SER  1.30 275.00      357.50                          I
        Fp:0505 | Bth:131509*21 | Atty:JOHN T. KOMEIJI | Inv:112925
        Comments : Attend Berry deposition

   67   05/18/05 LEGAL SER  1.80 275.00      495.00                          I
        Fp:0505 | Bth:131509*28 | Atty:JOHN T. KOMEIJI | Inv:112925
        Comments : Review Guidance Software's Motion for Summary Judgment
```

```
INQUIRY : Case         - reference                  11:05am 23 MAR 06

Client  : 4516     ALIX PARTNERS, LLC
Case    : 19670    BERRY V. ALIX PARTNERS, LLC           Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

  44    05/19/05 LEGAL SER  8.90 250.00   2,225.00                        I
        Fp:0505 | Bth:131435*1 | Atty:GREGORY Y.P. TO | Inv:112925
        Comments : Telephone conversation with L. Hosoda; telephone
                   conversation (2x) with L. Smith; prepare for and attend
                   continued deposition of W. Berry; review letter brief from
                   D. Capozolla; review letter from R. Mead; review/analyze
                   Guidance Software's motion, exhibits; research re: Alix
                   Partner's motion for summary judgment

  54    05/19/05 LEGAL SER  0.90 225.00     202.50                        I
        Fp:0505 | Bth:131462*17 | Atty:KAREN Y. ARIKAW | Inv:112925
        Comments : Review protective order and execute Exhibit A

  45    05/20/05 LEGAL SER  4.80 250.00   1,200.00                        I
        Fp:0505 | Bth:131436*2 | Atty:GREGORY Y.P. TO | Inv:112925
        Comments : Draft letter re: stipulated protective order; review letter
                   from L. Hosoda; continue research/draft re: motion for
                   summary judgment

  55    05/20/05 LEGAL SER  2.00 225.00     450.00                        I
        Fp:0505 | Bth:131462*21 | Atty:KAREN Y. ARIKAW | Inv:112925
        Comments : Research fee requirements for admission pro hac vice;
                   continue researching issues related to opposition to motion
                   for summary judgment

  46    05/21/05 LEGAL SER  5.30 250.00   1,325.00                        I
        Fp:0505 | Bth:131437*1 | Atty:GREGORY Y.P. TO | Inv:112925
        Comments : Continue research/draft motion for summary judgment

  47    05/22/05 LEGAL SER  7.20 250.00   1,800.00                        I
        Fp:0505 | Bth:131438*1 | Atty:GREGORY Y.P. TO | Inv:112925
        Comments : Further draft/revise motion

  68    05/23/05 LEGAL SER  0.20 275.00      55.00                        I
        Fp:0505 | Bth:131509*44 | Atty:JOHN T. KOMEIJI | Inv:112925
        Comments : Telephone call with Toll

  69    05/23/05 LEGAL SER  1.20 275.00     330.00                        I
        Fp:0505 | Bth:131509*47 | Atty:JOHN T. KOMEIJI | Inv:112925
        Comments : Review and revise draft Motion for Summary Judgment

  72    05/23/05 LEGAL SER  0.50 225.00     112.50                        I
        Fp:0505 | Bth:131557*4 | Atty:KAREN Y. ARIKAW | Inv:112925
        Comments : Review draft for opposition to motion for summary judgment

  73    05/23/05 LEGAL SER  8.50 250.00   2,125.00                        I
        Fp:0505 | Bth:131546*4 | Atty:GREGORY Y.P. TO | Inv:112925
        Comments : Continue draft/revise opposition/countermotion; draft letter
                   to S. Toll; draft/revise concise statement
```

```
INQUIRY : Case       - reference                           11:05am 23 MAR 06

   Client : 4516      ALIX PARTNERS, LLC
   Case   : 19670     BERRY V. ALIX PARTNERS, LLC          Status : Active

 ..Ref ..Date..  Cde.desc  Orgtme Orgrte  ....Orgamt ..Time ..Rate .......Amt S

   74   05/24/05 LEGAL SER  0.50 250.00       125.00                          I
        Fp:0505 | Bth:131558*2 | Atty:GREGORY Y.P. TO | Inv:112925
        Comments : Review letter from S. Toll; review/revise declaration; draft
                   letter to S. Toll; review discovery request by Fleming

   70   05/25/05 LEGAL SER  1.30 275.00       357.50                          I
        Fp:0505 | Bth:131509*62 | Atty:JOHN T. KOMEIJI | Inv:112925
        Comments : Review e-mails from parties; review Master's Order

   75   05/25/05 LEGAL SER  1.30 250.00       325.00                          I
        Fp:0505 | Bth:131560*1 | Atty:GREGORY Y.P. TO | Inv:112925
        Comments : Telephone conversation with L. Smith; draft letter to S.
                   Toll; telephone conversation with court reporter; telephone
                   conversation with A. Lopez; review letter from A. Lopez;
                   draft letter to S. Toll

   76   05/26/05 LEGAL SER  4.90 250.00     1,225.00                          I
        Fp:0505 | Bth:131563*1 | Atty:GREGORY Y.P. TO | Inv:112925
        Comments : Review letter from S. Toll; draft letter to C. Matsui;
                   review transcripts; revise concise statement; finalize
                   motion

   71   05/27/05 LEGAL SER  0.30 225.00        67.50                          I
        Fp:0505 | Bth:131529*3 | Atty:KAREN Y. ARIKAW | Inv:112925
        Comments : Review draft of Concise Statement of Facts

   79   05/31/05 LEGAL SER  0.70 250.00       175.00                          I
        Fp:0506 | Bth:131691*2 | Atty:GREGORY Y.P. TO | Inv:112925
        Comments : Review several letters from T. Hogan; telephone conversation
                   with A. Lopez

   82   05/31/05 LEGAL SER  1.10 275.00       302.50                          I
        Fp:0506 | Bth:131720*5 | Atty:JOHN T. KOMEIJI | Inv:112925
        Comments : Review Walker request; numerous e-mails from parties; letter
                   to Discovery Master

   80   06/01/05 LEGAL SER  0.30 250.00        75.00                          I
        Fp:0506 | Bth:131693*3 | Atty:GREGORY Y.P. TO | Inv:112925
        Comments : Review/analyze Guidance Software's discovery responses

   92   06/01/05 LEGAL SER  0.30 225.00        67.50                          I
        Fp:0506 | Bth:131775*5 | Atty:KAREN Y. ARIKAW | Inv:112925
        Comments : Research re: opposition and countermotion

   93   06/01/05 LEGAL SER  0.50   0.00         0.00                          I
        Fp:0506 | Bth:131775*6 | Atty:KAREN Y. ARIKAW | Inv:112925
        Comments : Continue research re: opposition and countermotion (NO
                   CHARGE)
```

```
INQUIRY : Case      - reference                    11:05am 23 MAR 06

Client  : 4516       ALIX PARTNERS, LLC
Case    : 19670      BERRY V. ALIX PARTNERS, LLC           Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
 81    06/02/05 LEGAL SER  0.50 250.00     125.00                          I
       Fp:0506 | Bth:131694*4 | Atty:GREGORY Y.P. TO | Inv:112925
       Comments : Prepare motion; draft letter to E. Liebler, et al.; draft
                  letter to S. Toll; review letter from A. Lopez

 83    06/03/05 LEGAL SER  2.60 275.00     715.00                          I
       Fp:0506 | Bth:131720*23 | Atty:JOHN T. KOMEIJI | Inv:112925
       Comments : Review CSI Countermotion for Summary Judgment; review
                  Flemings Memo in Opposition to Summary Judgment

 84    06/03/05 LEGAL SER  1.20 275.00     330.00                          I
       Fp:0506 | Bth:131720*27 | Atty:JOHN T. KOMEIJI | Inv:112925
       Comments : Review Plaintiff's Memorandum in Opposition to Guidance's
                  Motion for Summary Judgment; review Guidance's Memorandum in
                  Opposition to Summary Judgment

 95    06/03/05 LEGAL SER  2.40 250.00     600.00                          I
       Fp:0506 | Bth:131785*1 | Atty:GREGORY Y.P. TO | Inv:112925
       Comments : Review various letters from A. Lopez; review letter (3x)
                  from T. Hogan; review/analyze various
                  oppositions/countermotions; review letter from Judge
                  Mollway; review ex parte motion

 96    06/06/05 LEGAL SER  2.80 250.00     700.00                          I
       Fp:0506 | Bth:131789*6 | Atty:GREGORY Y.P. TO | Inv:112925
       Comments : Review letter from L. Hosoda; continue review/analyze
                  oppositions/countermotion

 97    06/07/05 LEGAL SER  1.60 250.00     400.00                          I
       Fp:0506 | Bth:131791*1 | Atty:GREGORY Y.P. TO | Inv:112925
       Comments : Telephone conversation with A. Lopez; telephone conversation
                  with R. Mead; review letter from A. Lopez; review/analyze
                  oppositions/countermotions; draft letter to A. Lopez

 98    06/08/05 LEGAL SER  0.60 250.00     150.00                          I
       Fp:0506 | Bth:131794*1 | Atty:GREGORY Y.P. TO | Inv:112925
       Comments : Review discovery letter, order re: same; draft letter to A.
                  Lopez; review letter from D. Cappozolla; draft letter to
                  discovery master

 94    06/09/05 LEGAL SER  0.50 225.00     112.50                          I
       Fp:0506 | Bth:131775*51 | Atty:KAREN Y. ARIKAW | Inv:112925
       Comments : Review plaintiffs' opposition to counter motion for summary
                  judgment; review plaintiffs' concise statement of facts

 99    06/09/05 LEGAL SER  5.20 250.00   1,300.00                          I
       Fp:0506 | Bth:131795*3 | Atty:GREGORY Y.P. TO | Inv:112925
       Comments : Review/analyze various opposition/reply memos filed by
                  Plaintiff; analyze/develop [REDACTED] review letter
                  from D. Cappozola; review reply memo from PCT; review
```

```
INQUIRY : Case       - reference                        11:05am 23 MAR 06

Client  : 4516       ALIX PARTNERS, LLC
Case    : 19670      BERRY V. ALIX PARTNERS, LLC                Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
               discovery response from T. Hogan; review discovery brief
               from Fleming; research re: reply memo; review letter from A.
               Lopez

100    06/10/05 LEGAL SER  8.50 250.00    2,125.00                           I
       Fp:0506 | Bth:131797*2 | Atty:GREGORY Y.P. TO | Inv:112925
       Comments : Further review/analyze Plaintiff's reply memos to various
                  countermotions; research re: same; draft/revise reply memo;
                  review/respond to letter from S. Toll

101    06/11/05 LEGAL SER  8.10 250.00    2,025.00                           I
       Fp:0506 | Bth:131801*1 | Atty:GREGORY Y.P. TO | Inv:112925
       Comments : Continue draft/revise reply memorandum; review documents re:
                  same; research apparent authority issues

102    06/12/05 LEGAL SER  3.10 250.00     775.00                            I
       Fp:0506 | Bth:131802*1 | Atty:GREGORY Y.P. TO | Inv:112925
       Comments : Continue draft/revise reply memo

 90    06/13/05 LEGAL SER  1.40 275.00     385.00                            I
       Fp:0506 | Bth:131778*8 | Atty:JOHN T. KOMEIJI | Inv:112925
       Comments : Review Memorandum in Opposition to Countermotion; review
                  draft Reply Brief

103    06/13/05 LEGAL SER  6.40 250.00    1,600.00                           I
       Fp:0506 | Bth:131803*1 | Atty:GREGORY Y.P. TO | Inv:112925
       Comments : Telephone conversation with A. Lopez; review/respond to
                  letter from R. Mead; review letter from S. Toll;
                  research/analyze re: same; continue revise reply memo;
                  review PCT's errata; telephone conversation with R. Mead;
                  review/analyze settlement document drafts from Hawaiian
                  Express; telephone conversation with A. Lopez; telephone
                  conversation with R. Mead

111    06/13/05 LEGAL SER  0.70 225.00     157.50                            I
       Fp:0506 | Bth:131862*3 | Atty:KAREN Y. ARIKAW | Inv:112925
       Comments : Review draft of reply memorandum in support of countermotion

 91    06/14/05 LEGAL SER  0.90 275.00     247.50                            I
       Fp:0506 | Bth:131778*15 | Atty:JOHN T. KOMEIJI | Inv:112925
       Comments : Review Hawaiian Express Service's settlement agreement

104    06/14/05 LEGAL SER  4.20 250.00    1,050.00                           I
       Fp:0506 | Bth:131804*2 | Atty:GREGORY Y.P. TO | Inv:112925
       Comments : Further revisions to reply memo; telephone conversation with
                  A. Lopez; telephone conversation with R. Mead; draft/revise
                  letter to S. Toll re: [REDACTED]; review letter
                  to S. Toll; review discovery master's order; review letter
                  briefs to discovery master; review letter from discovery
                  master
```

```
INQUIRY : Case       - reference
                                                              11:05am 23 MAR 06
Client  : 4516       ALIX PARTNERS, LLC
Case    : 19670      BERRY V. ALIX PARTNERS, LLC              Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

110   06/15/05 LEGAL SER  1.20 250.00     300.00
      Fp:0506 | Bth:131831*2 | Atty:GREGORY Y.P. TO | Inv:112925         I
      Comments : Telephone conversation with A. Lopez; review/analyze M.
          Scott testimony in bankruptcy case; review reply memo

115   06/16/05 LEGAL SER  6.90 250.00   1,725.00
      Fp:0506 | Bth:131924*2 | Atty:GREGORY Y.P. TO | Inv:112925         I
      Comments : Telephone conversation with A. Lopez; review letter from A.
          Lopez; telephone conversation with R. Mead; review/analyze
          several reply memoranda, hearing preparation

120   06/16/05 LEGAL SER  1.40 275.00     385.00
      Fp:0506 | Bth:131992*2 | Atty:JOHN T. KOMEIJI | Inv:112925         I
      Comments : Review Memorandum in Opposition to PCT Countermotion; review
          Reply Memoranda

116   06/17/05 LEGAL SER  4.10 250.00   1,025.00
      Fp:0506 | Bth:131925*1 | Atty:GREGORY Y.P. TO | Inv:112925         I
      Comments : Continue hearing preparation; telephone conversation with R.
          Mead; telephone conversation with A. Lopez; review/analyze
          order

121   06/17/05 LEGAL SER  2.30 275.00     632.50
      Fp:0506 | Bth:131992*12 | Atty:JOHN T. KOMEIJI | Inv:112925        I
      Comments : Prepare for hearing on summary judgment and countersummary
          judgment; review order

117   06/20/05 LEGAL SER  0.90 250.00     225.00
      Fp:0506 | Bth:131928*3 | Atty:GREGORY Y.P. TO | Inv:112925         I
      Comments : Review Judge's inclination; telephone conversation with R.
          Mead re: hearing; review letter from T. Hogan

118   06/21/05 LEGAL SER  0.60 250.00     150.00
      Fp:0506 | Bth:131929*3 | Atty:GREGORY Y.P. TO | Inv:112925         I
      Comments : Review letter from K. Gabler; telephone conversation re:
          same; review letter from C. Matsui; review letter from V.
          Limongelli; review letter from R. Fujichaku

119   06/22/05 LEGAL SER  0.60 250.00     150.00
      Fp:0506 | Bth:131930*3 | Atty:GREGORY Y.P. TO | Inv:112925         I
      Comments : Review letter from D. Cappozolla; review letter from R.
          Fujichaku; review letter re: Kinrich report; review letter
          from T. Hogan

126   06/24/05 LEGAL SER  0.70 250.00     175.00
      Fp:0506 | Bth:132073*1 | Atty:GREGORY Y.P. TO | Inv:112925         I
      Comments : Telephone conversation with F. Mead; telephone conversation
          with A. Lopez and L. Smith re: stipulation; review letter
          from A. Lopez re: same; review letter from Guidance Software
```

```
INQUIRY : Case         - reference
                                                          11:05am 23 MAR 06
 Client   : 4516       ALIX PARTNERS, LLC
 Case     : 19670      BERRY V. ALIX PARTNERS, LLC        Status : Active
..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

  122   06/27/05 LEGAL SER  0.30 275.00      82.50
        Fp:0506 | Bth:131992*57 | Atty:JOHN T. KOMEIJI | Inv:112925        I
        Comments : Memo from Hogan

  127   06/27/05 LEGAL SER  0.10 250.00      25.00
        Fp:0506 | Bth:132075*4 | Atty:GREGORY Y.P. TO | Inv:112925         I
        Comments : Review letter from T. Hogan

  128   06/28/05 LEGAL SER  0.10 250.00      25.00
        Fp:0506 | Bth:132076*1 | Atty:GREGORY Y.P. TO | Inv:112925         I
        Comments : Review letter from C. Matsui

  123   06/30/05 LEGAL SER  0.80 275.00     220.00
        Fp:0506 | Bth:131992*83 | Atty:JOHN T. KOMEIJI | Inv:112925        I
        Comments : Review Molloway's Order; memo to client

  124   06/30/05 LEGAL SER  0.30 275.00      82.50
        Fp:0506 | Bth:131992*90 | Atty:JOHN T. KOMEIJI | Inv:112925        I
        Comments : Telephone call with Smith

  125   06/30/05 LEGAL SER  0.60 250.00     150.00
        Fp:0506 | Bth:132071*3 | Atty:GREGORY Y.P. TO | Inv:112925         I
        Comments : Review/analyze letter/order; review letter from C. Matsui

  129   07/01/05 LEGAL SER  0.30 250.00      75.00
        Fp:0507 | Bth:132160*1 | Atty:GREGORY Y.P. TO | Inv:114055         I
        Comments : Review motion for good faith settlement and joinders; review
                   letter from E. Reber

  132   07/01/05 LEGAL SER  0.30 275.00      82.50
        Fp:0507 | Bth:132199*2 | Atty:JOHN T. KOMEIJI | Inv:114055         I
        Comments : Motion for Settlement

  130   07/05/05 LEGAL SER  0.30 250.00      75.00
        Fp:0507 | Bth:132163*2 | Atty:GREGORY Y.P. TO | Inv:114055         I
        Comments : Review letter from C. Matsui; review/execute stipulation

  135   07/06/05 LEGAL SER  0.10 250.00      25.00
        Fp:0507 | Bth:132278*3 | Atty:GREGORY Y.P. TO | Inv:114055         I
        Comments : Telephone conversation with E. Reber

  136   07/08/05 LEGAL SER  0.70 250.00     175.00
        Fp:0507 | Bth:132280*3 | Atty:GREGORY Y.P. TO | Inv:114055         I
        Comments : Review various letters from D. Capprozolla, T. Hogan (0.5);
                   review letter from A. Lopez (0.2)

  133   07/11/05 LEGAL SER  0.50 275.00     137.50
        Fp:0507 | Bth:132199*42 | Atty:JOHN T. KOMEIJI | Inv:114055        I
        Comments : Memo from Hogan; memo to Toll; memo to counsel
```

```
INQUIRY : case  - reference                                     11:05am 23 MAR 06

    Client  : 4516        ALIX PARTNERS, LLC
    Case    : 19670       BERRY V. ALIX PARTNERS, LLC              Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

  137   07/11/05 LEGAL SER  0.60 250.00     150.00                              I
        Fp:0507 | Bth:132282*2 | Atty:GREGORY Y.P. TO | Inv:114055
        Comments : Review filing by PTC; review various letters from T. Hogan,
                   D. Cappozolla
  138   07/12/05 LEGAL SER  0.20 250.00      50.00                              I
        Fp:0507 | Bth:132284*2 | Atty:GREGORY Y.P. TO | Inv:114055
        Comments : Review letter from D. Cappozolla (0.1); review letter from
                   T. Hogan (0.1)

  134   07/13/05 LEGAL SER  0.50 275.00     137.50                              I
        Fp:0507 | Bth:132199*57 | Atty:JOHN T. KOMEIJI | Inv:114055
        Comments : Review Motion for Reconsideration

  139   07/13/05 LEGAL SER  1.40 250.00     350.00                              I
        Fp:0507 | Bth:132285*1 | Atty:GREGORY Y.P. TO | Inv:114055
        Comments : Review/analyze motion for reconsideration (1.2); draft memo
                   re: same (0.2)

  140   07/14/05 LEGAL SER  0.10 250.00      25.00                              I
        Fp:0507 | Bth:132286*1 | Atty:GREGORY Y.P. TO | Inv:114055
        Comments : Review discovery filing

  141   07/15/05 LEGAL SER  0.50 250.00     125.00                              I
        Fp:0507 | Bth:132287*3 | Atty:GREGORY Y.P. TO | Inv:114055
        Comments : Review further filings

  142   07/18/05 LEGAL SER  0.40 250.00     100.00                              I
        Fp:0507 | Bth:132382*3 | Atty:GREGORY Y.P. TO | Inv:114055
        Comments : Review filings (0.2); review motion to shorten time (0.2)

  143   07/19/05 LEGAL SER  0.80 250.00     200.00                              I
        Fp:0507 | Bth:132382*6 | Atty:GREGORY Y.P. TO | Inv:114055
        Comments : Review several correspondence between T. Hogan and D.
                   Cappazolla re discovery issues (0.5); review memo in
                   opposition (0.2); review discovery order (0.1)

  144   07/20/05 LEGAL SER  0.30 250.00      75.00                              I
        Fp:0507 | Bth:132382*10 | Atty:GREGORY Y.P. TO | Inv:114055
        Comments : Review correspondence from R. Mead (0.1); review
                   correspondence from T. Hogan (0.1); review correspondence
                   from discovery master (0.1)

  145   08/11/05 LEGAL SER  0.30 275.00      82.50                              I
        Fp:0508 | Bth:132608*44 | Atty:JOHN T. KOMEIJI | Inv:114055
        Comments : Review denial of Motion for Reconsideration

  147   08/16/05 LEGAL SER  0.60 275.00     165.00                              I
        Fp:0508 | Bth:132753*7 | Atty:JOHN T. KOMEIJI | Inv:114055
        Comments : Review order; memo to Toll
```

```
INQUIRY : Case      - reference                    11:05am 23 MAR 06

Client  : 4516      ALIX PARTNERS, LLC
Case    : 19670     BERRY V. ALIX PARTNERS, LLC         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

148   08/17/05 LEGAL SER  0.50 275.00      137.50                         I
      Fp:0508 | Bth:132753*16 | Atty:JOHN T. KOMEIJI | Inv:114055
      Comments : Letter to Judge Kobayashi

151   09/14/05 LEGAL SER  1.10 275.00      302.50                         I
      Fp:0509 | Bth:133008*22 | Atty:JOHN T. KOMEIJI | Inv:114055
      Comments : Review pleadings

152   12/06/05 LEGAL SER  0.30 275.00       82.50
      Fp:0512 | Bth:134333*47 | Atty:JOHN T. KOMEIJI
      Comments : Review Berry's Pretrial Statement

153   03/11/06 LEGAL SER  0.30 275.00       82.50
      Fp:0603 | Bth:135592*14 | Atty:JOHN T. KOMEIJI
      Comments : Telephone call with Toll
```