IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, Hawaii citizen,<br><br>      Plaintiff,<br><br>   vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC.,<br>a California corporation, et<br>al.,<br><br>      Defendants. | Civil No. CV03-00385 SOM/LEK<br>(Copyright)<br><br>CERTIFICATE OF SERVICE<br><br><br>Trial Date: January 24, 2006 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served upon the following parties by the method indicated on this date to their last known address:

    TIMOTHY J. HOGAN, ESQ.      *(hand delivery)*
    1132 Bishop Street, Suite 1405
    Honolulu, Hawaii 96813

    Attorney for Plaintiff
    WAYNE BERRY

    LYLE HOSODA, ESQ.          *(hand delivery)*
    RAINA MEAD, ESQ.
    345 Queen Street, Suite 804
    Honolulu, Hawaii 96813

    Attorney for Defendants
    MARK DILLON, BRIAN CHRISTENSEN, TERESA NOA,
    MELVIN PONCE, ALFREDDA WAIOLAMA,
    JACQUELINE RIO, SONIA PURDY and
    JUSTIN FUKUMOTO

```
LEX R. SMITH, ESQ.                  (hand delivery)
ANNE E. LOPEZ, ESQ.
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop Street; Suite 2600
Honolulu, Hawaii 96813

Attorneys for Defendants
FLEMING COMPANIES, INC., C&S WHOLESALE GROCERS, INC.,
C&S LOGISTICS OF HAWAII, LLC, C&S ACQUISITIONS, LLC,
ES3, LLC and RICHARD COHEN


ROY J. TJIOE, ESQ.                  (hand delivery)
EMILY REBER PORTER, ESQ.
Goodsill Anderson Quinn & Stifel
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813

     and

KAREN L.S. FINE, ESQ.               (U.S. mail)
Nordman Cormany Hair & Compton
1000 Town Center Drive, Sixth Floor
Oxnard, California 93036

Attorney for Defendants
HAWAIIAN EXPRESS SERVICE, INC., H.E.S. TRANSPORTATION
SERVICES, INC., CALIFORNIA PACIFIC CONSOLIDATORS, INC.,
JEFFREY P. GRAHAM and PETER SCHAUL


ERIC C. LIEBELER, ESQ.              (U.S. mail)
DAMIAN CAPOZZOLA, ESQ.
R. OLIVIA SAMAD, ESQ.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, California 90017

Attorneys for Defendant
FLEMING COMPANIES, INC.
```

REX FUJICHAKU, ESQ.                    (hand delivery)
Bronster Crabtree & Hoshibata
1001 Bishop Street, Suite 2300
Pauahi Tower
Honolulu, Hawaii 96813

Attorneys for Defendants
GUIDANCE SOFTWARE, LLC and
MICHAEL GURZI


WESLEY H.H. CHING, ESQ.                (hand delivery)
Fukunaga, Matayoshi, Hershey & Ching, LLC
1200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
HAWAII TRANSFER COMPANY, LIMITED


DATED: Honolulu, Hawaii, March 23, 2006.

                                    _____
                                    SHELDON S. TOLL
                                    JOHN T. KOMEIJI
                                    GREGORY Y.P. TOM
                                    KAREN Y. ARIKAWA

                                    Attorneys for Defendant
                                    **ALIXPARTNERS, LLC**

-3-