```
INQUIRY : Case       - reference
                                                        11:05am 23 MAR 06

   Client : 4516       ALIX PARTNERS, LLC
   Case   : 19670      BERRY V. ALIX PARTNERS, LLC            Status : Active

 Action type    : All cost
 Summary...  .....Time  .........Fees .....Cost.adv ....Cost.inc ........Total
 Billed                                 2,000.54                         2,000.54
 ..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
   13     05/04/05 Postage                  5.85
          Fp:0505 | Bth:8533*92 | Inv:112925                                  I

   12     05/10/05 Photocopi                3.12
          Fp:0505 | Bth:8532*363 | Inv:112925                                 I
          Source   : ASCIIC

   33     05/11/05 Photocopi                1.82
          Fp:0505 | Bth:8536*12 | Inv:112925                                  I
          Source   : ASCIIC

   34     05/11/05 Photocopi               26.52
          Fp:0505 | Bth:8536*34 | Inv:112925                                  I
          Source   : ASCIIC

   38     05/11/05 Photocopi                1.82         0.00      0.00 I
          Fp:0505 | Bth:8541*12 | Inv:112925
          Source   : ASCIIC

   39     05/11/05 Photocopi               26.52         0.00      0.00 I
          Fp:0505 | Bth:8541*34 | Inv:112925
          Source   : ASCIIC

   21     05/12/05 Miscellan              225.00                              I
          Fp:0505 | Bth:8535*1 | Chk: 02/086340,05/12/05 | Inv:112925
          Source     : AP 00,CUS,051205.02 | Payee:CLERK, U.S. DISTRI
          Comments : Pro Hac Vice

   35     05/12/05 Photocopi              108.42                              I
          Fp:0505 | Bth:8536*63 | Inv:112925
          Source   : ASCIIC

   40     05/12/05 Photocopi              108.42         0.00      0.00 I
          Fp:0505 | Bth:8541*63 | Inv:112925
          Source   : ASCIIC

   36     05/14/05 Online Re                7.65                              I
          Fp:0505 | Bth:8537*18 | Inv:112925

   37     05/14/05 Online Re               16.66                              I
          Fp:0505 | Bth:8537*32 | Inv:112925

   56     05/16/05 Photocopi 38.00          4.94                              I
          Fp:0505 | Bth:8551*36 | Inv:112925
          Source   : ASCIIC

   57     05/16/05 Photocopi 89.00         11.57                              I
```

EXHIBIT "B"

```
INQUIRY : Case        - reference                       11:05am 23 MAR 06

Client  : 4516       ALIX PARTNERS, LLC
Case    : 19670      BERRY V. ALIX PARTNERS, LLC           Status : Active

 ..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
       Fp:0505 | Bth:8551*37 | Inv:112925
       Source     : ASCIIC

   58  05/18/05 Photocopi122.00                15.86                        I
       Fp:0505 | Bth:8551*128 | Inv:112925
       Source     : ASCIIC

   59  05/18/05 Photocopi 12.00                 1.56                        I
       Fp:0505 | Bth:8551*164 | Inv:112925
       Source     : ASCIIC

   77  05/18/05 Online Re                      19.98                        I
       Fp:0505 | Bth:8557*5 | Inv:112925
       Comments : Research by KYA

   60  05/19/05 Photocopi 29.00                 3.77                        I
       Fp:0505 | Bth:8551*199 | Inv:112925
       Source     : ASCIIC

   61  05/20/05 Photocopi 28.00                 3.64                        I
       Fp:0505 | Bth:8551*237 | Inv:112925
       Source     : ASCIIC

   62  05/20/05 Photocopi 29.00                 3.77                        I
       Fp:0505 | Bth:8551*254 | Inv:112925
       Source     : ASCIIC

   63  05/23/05 Photocopi 89.00                11.57                        I
       Fp:0505 | Bth:8551*288 | Inv:112925
       Source     : ASCIIC

   64  05/24/05 Photocopi417.00                54.21                        I
       Fp:0505 | Bth:8551*376 | Inv:112925
       Source     : ASCIIC

   78  05/27/05 Online Re                      42.20                        I
       Fp:0505 | Bth:8557*16 | Inv:112925
       Comments : Research by GYT: 5/22/05 - 5/27/05

   85  06/01/05 Photocopi 13.00                 1.69                        I
       Fp:0506 | Bth:8566*35 | Inv:112925
       Source     : ASCIIC

  105  06/01/05 Online Re                       7.06                        I
       Fp:0506 | Bth:8570*48 | Inv:112925
       Comments : Research by KYA: 6/1/05

   86  06/02/05 Photocopi520.00                67.60                        I
       Fp:0506 | Bth:8566*94 | Inv:112925
       Source     : ASCIIC
```

```
INQUIRY : Case       - reference                        11:05am 23 MAR 06

Client  : 4516       ALIX PARTNERS, LLC
Case    : 19670      BERRY V. ALIX PARTNERS, LLC          Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

  87   06/02/05 Photocopi132.00              17.16                         I
       Fp:0506 | Bth:8566*123 | Inv:112925
       Source   : ASCIIC

 106   06/13/05 Online Re                    43.74                         I
       Fp:0506 | Bth:8570*61 | Inv:112925
       Comments : Research by GYT: 6/1/05 - 6/13/05

 107   06/14/05 Photocopi108.00              14.04                         I
       Fp:0506 | Bth:8571*41 | Inv:112925
       Source   : ASCIIC

 108   06/14/05 Photocopi243.00              31.59                         I
       Fp:0506 | Bth:8571*46 | Inv:112925
       Source   : ASCIIC

 109   06/14/05 Photocopi  1.00               0.13                         I
       Fp:0506 | Bth:8571*72 | Inv:112925
       Source   : ASCIIC

  88   06/15/05 Miscellan                   496.65                         I
       Fp:0506 | Bth:8569*6 | Chk: 02/086561,06/15/05 | Inv:112925
       Source   : AP 00,LIVE,20663 | Payee:LIVENOTE, INC.
       Comments : Certified copies; Exhibit Scanning (re: Wayne Berry, Vol. 2
                  5/19/05)

  89   06/15/05 Miscellan                   626.80                         I
       Fp:0506 | Bth:8569*7 | Chk: 02/086561,06/15/05 | Inv:112925
       Source   : AP 00,LIVE,20675 | Payee:LIVENOTE, INC.
       Comments : Certified copies; Exhibit Scanning (re: Wayne Berry, Vol. 1
                  5/18/05)

 112   06/16/05 Photocopi308.00              40.04                         I
       Fp:0506 | Bth:8575*1 | Inv:112925
       Source   : ASCIIC

 113   06/16/05 Photocopi168.00              21.84                         I
       Fp:0506 | Bth:8575*2 | Inv:112925
       Source   : ASCIIC

 114   06/16/05 Photocopi205.00              26.65                         I
       Fp:0506 | Bth:8575*13 | Inv:112925
       Source   : ASCIIC

 131   07/13/05 Photocopi245.00              31.85                         I
       Fp:0507 | Bth:8598*84 | Inv:114055
       Source   : ASCIIC

 146   08/11/05 Photocopi  7.00               0.91                         I
```

```
INQUIRY : Case        - reference                    11:05am 23 MAR 06

Client   : 4516       ALIX PARTNERS, LLC
Case     : 19670      BERRY V. ALIX PARTNERS, LLC         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
       Fp:0508 | Bth:8621*155 | Inv:114055
       Source    : ASCIIC

 149   08/17/05 Photocopi 26.00                    3.38                   I
       Fp:0508 | Bth:8626*93 | Inv:114055
       Source    : ASCIIC

 150   09/01/05 Photocopi 10.00                    1.30                   I
       Fp:0509 | Bth:8643*181 | Inv:114055
       Source    : ASCIIC
```

Case 1:03-cv-00385-DAE-LEK   Document 894-4   Filed 03/23/2006   Page 4 of 4