IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, Hawaii citizen,<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., a California corporation, et al.,<br><br>Defendants. | Civil No. CV03-00385 SOM/LEK<br>(Copyright)<br><br>CERTIFICATE OF SERVICE<br><br><br>Trial Date: January 24, 2006 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served upon the following parties by the method indicated on this date to their last known address:

TIMOTHY J. HOGAN, ESQ.           (hand delivery)
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813

Attorney for Plaintiff
WAYNE BERRY


LYLE HOSODA, ESQ.                (hand delivery)
RAINA MEAD, ESQ.
345 Queen Street, Suite 804
Honolulu, Hawaii 96813

Attorney for Defendants
MARK DILLON, BRIAN CHRISTENSEN, TERESA NOA,
MELVIN PONCE, ALFREDDA WAIOLAMA,
JACQUELINE RIO, SONIA PURDY and
JUSTIN FUKUMOTO

```
LEX R. SMITH, ESQ.              (hand delivery)
ANNE E. LOPEZ, ESQ.
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop Street; Suite 2600
Honolulu, Hawaii 96813
```

Attorneys for Defendants
FLEMING COMPANIES, INC., C&S WHOLESALE GROCERS, INC.,
C&S LOGISTICS OF HAWAII, LLC, C&S ACQUISITIONS, LLC,
ES3, LLC and RICHARD COHEN

```
ROY J. TJIOE, ESQ.              (hand delivery)
EMILY REBER PORTER, ESQ.
Goodsill Anderson Quinn & Stifel
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813

    and

KAREN L.S. FINE, ESQ.           (U.S. mail)
Nordman Cormany Hair & Compton
1000 Town Center Drive, Sixth Floor
Oxnard, California 93036
```

Attorney for Defendants
HAWAIIAN EXPRESS SERVICE, INC., H.E.S. TRANSPORTATION
SERVICES, INC., CALIFORNIA PACIFIC CONSOLIDATORS, INC.,
JEFFREY P. GRAHAM and PETER SCHAUL

```
ERIC C. LIEBELER, ESQ.          (U.S. mail)
DAMIAN CAPOZZOLA, ESQ.
R. OLIVIA SAMAD, ESQ.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, California 90017
```

Attorneys for Defendant
FLEMING COMPANIES, INC.

```
REX FUJICHAKU, ESQ.                    (hand delivery)
Bronster Crabtree & Hoshibata
1001 Bishop Street, Suite 2300
Pauahi Tower
Honolulu, Hawaii 96813
```

Attorneys for Defendants
GUIDANCE SOFTWARE, LLC and
MICHAEL GURZI

```
WESLEY H.H. CHING, ESQ.                (hand delivery)
Fukunaga, Matayoshi, Hershey & Ching, LLC
1200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
```

Attorney for Defendant
HAWAII TRANSFER COMPANY, LIMITED

DATED: Honolulu, Hawaii, March 23, 2006.

　　　　　　　　　　　　　　　/s/ Sheldon S. Toll
　　　　　　　　　　　　　　　SHELDON S. TOLL
　　　　　　　　　　　　　　　JOHN T. KOMEIJI
　　　　　　　　　　　　　　　KAREN Y. ARIKAWA

　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　**ALIXPARTNERS, LLC**

-3-