# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/28/06  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00385SOM-LEK |
| CASE NAME: | Wayne Berry, a Hawaii citizen vs. Hawaiian Express Service, Inc., a California corporation, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 3/28/06 | TIME: | |

COURT ACTION:  EO:

**Defendant Foodland Supermarket, Limited's Motion for Attorneys' Fees and Related Non-Taxable Costs;**

**Defendant Post-Confirmation Trust's Motion for Attorneys' Fees and Costs;**

**Defendants C & S Wholesale Grocers Inc., C & S Acquisition LLC, C & S Logistics, LLC, ES3 LLC and Richard Cohen's Motion for Award of Attorneys' Fees and Full Costs;**

**Defendants Brian Christensen, Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy, Justin Fukumoto, Alfredda Waiolama and Jacqueline Rio's Motion for Attorneys' Fees and Costs;**

**Defendant Alixpartners, LLC's Motion for Attorneys' Fees and Costs Pursuant to Judgment Entered on March 9, 2006;**

**[DEFENDANTS' Motions for Attorneys' Fees and Costs] all filed on 3/23/06**

were all Referred to Magistrate Judge Leslie E. Kobayashi for consideration by Judge Susan Oki Mollway on **3/28/06.**

Pursuant to LR 54.3, **DEFENDANTS' Motions for Attorneys' Fees and Costs** will be considered by Magistrate Judge Leslie E. Kobayashi as Non Hearing Motions.

Pursuant to LR 54.3 Defendants' Statements of Consultation are due on **4/6/06**.

Pursuant to LR 54.3 and FRCvP Rule 6(e): Memorandum(s) in Opposition are due **4/20/06**.

Reply Memorandum(s) are due **5/4/06**.

**DEFENDANTS' Motions for Attorneys' Fees and Costs** will be taken under advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

**Settlement Conference Re: Attorneys' Fees and Costs set for 5/5/06 at 2:00 p.m. before Magistrate Judge Leslie E. Kobayashi.**

cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager