LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> HAWAIIAN EXPRESS SERVICE, ) <br> INC., a California corporation; et al. ) <br> ) <br> ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | **Civ. No. CV03 00385 SOM-LEK** <br> **(Copyright)** <br><br> **PLAINTIFF WAYNE BERRY STATEMENT OF CONSULTATION REGARDING MOTION FOR ATTORNEYS' FEES AND FULL COSTS FILED ON MARCH 15, 2006;** <br> **CERTIFICATE OF SERVICE** |

**PLAINTIFF WAYNE BERRY STATEMENT OF
CONSULTATION REGARDING MOTION
FOR ATTORNEYS' FEES
AND FULL COSTS FILED ON MARCH 15, 2006**

COMES NOW, Plaintiff Wayne Berry, by and through his undersigned

counsel and hereby respectfully submits his certification pursuant to L.R. 54.3(b)

that Plaintiff's counsel has conducted a meet and confer with counsel for the PCT, C&S and the Fleming Employees. The parties discussed the position of both Plaintiff and the Defendant constituents and attempted to reach a settlement but none was reached.

The meet and confer was conducted on March 28, 2006 at 3:00 p.m. at the offices of Kobayashi, Sugita & Goda. Damian Capozzola participated telephonically on behalf of the PCT. Lyle Hosoda, Esq. and Raina Meade, Esq. attended on behalf of the Fleming Employees. Lex Smith attended on behalf of the PCT and C&S related defendants.

In addition, Mr. Berry's counsel has also participated in meet and confers with Leroy Colombe, Esq, counsel for Foodland, and Gregg Ushiroda, Esq. counsel for Alix Partners, at their respective offices on March 28 and 29, 2006 respectively, related to their client's motions for fees and costs. Agreement has not been reached.

DATED: Honolulu, Hawaii, March 29, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; ) | Civ. No. CV03 00385 SOM-LEK |
| ) | (Copyright) |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| ) | |
| HAWAIIAN EXPRESS SERVICE, ) | |
| INC., a California corporation; et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically on March 29, 2006 :

Andrew V. Beaman abeaman@chunkerr.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Damian Capozzola dcapozzola@kirkland.com

Christopher T. Chun ctc@hosodalaw.com

Leroy E. Colombe lcolombe@chunkerr.com

Rex Y. Fujichaku rfujichaku@bchlaw.net, jennifer@bchlaw.net

Lyle S. Hosoda lsh@hosodalaw.com

Eric C. Liebeler eliebeler@kirkland.com

Raina P. Mead ! rpbm@hosodalaw.com

William G. Meyer , III wmeyer@dwyerlaw.com

R. Olivia Samad osamad@kirkland.com

Lex R. Smith lrs@ksglaw.com

Ann C. Teranishi act@ksglaw.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

    DATED: Honolulu, Hawai'i, March 29, 2006.

                                             /s/ Timothy J. Hogan
                                             TIMOTHY J. HOGAN
                                             Attorney for Plaintiff WAYNE BERRY