LYNCH ICHIDA THOMPSON KIM & HIROTA

WESLEY W. ICHIDA 1079-0
TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | **Civ. No. CV03 00385 SOM-LEK** |
| | ) | **(Copyright)** |
| Plaintiff, | ) | |
| | ) | **DECLARATION OF TIMOTHY J.** |
| vs. | ) | **HOGAN IN SUPPORT OF** |
| | ) | **PLAINTIFF WAYNE BERRY'S** |
| HAWAIIAN EXPRESS SERVICE, | ) | **MOTION FOR AWARD OF** |
| INC., a California corporation; et al. | ) | **ATTORNEY'S FEES AND FULL** |
| | ) | **COSTS; SUPPLEMENTAL** |
| | ) | **EXHIBIT "1(D); CERTIFICATE** |
| Defendants. | ) | **OF SERVICE** |
| | ) | |
| _____ | ) | |

1.  I am an attorney with the law firm of Lynch Ichida Thompson Kim & Hirota, representing Plaintiff in the above matter and am duly qualified to practice law in the State of Hawaii.  I make this declaration based on personal knowledge and I am competent to testify about the matters set forth in this declaration.

2. I am the attorney with primary responsibility in respect to the above-entitled case.

3. Attached hereto as Exhibit "1" (D) is a true and correct listing of all of the time and hourly rates of the respective attorneys and para-professionals who incurred time in regard to this case that is not sorted by category and is sorted chronologically. This is filed in response to a request made by counsel during a meet and confer on Tuesday Mach 28, 2006 and to supplement the Affidavit filed on March 15, 2006.

Dated: Honolulu, Hawaii Mach 29, 2006

/S/Timothy J. Hogan
TIMOTHY J. HOGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | Civ. No. CV03 00385 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| HAWAIIAN EXPRESS SERVICE, | ) | |
| INC., a California corporation; et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served Electronically on March 29, 2006</u>:

Andrew V. Beaman abeaman@chunkerr.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Damian Capozzola dcapozzola@kirkland.com

Christopher T. Chun ctc@hosodalaw.com

Leroy E. Colombe lcolombe@chunkerr.com

Rex Y. Fujichaku rfujichaku@bchlaw.net, jennifer@bchlaw.net

Lyle S. Hosoda lsh@hosodalaw.com

Eric C. Liebeler eliebeler@kirkland.com

Raina P. Mead ! rpbm@hosodalaw.com

William G. Meyer , III wmeyer@dwyerlaw.com

R. Olivia Samad osamad@kirkland.com

Lex R. Smith lrs@ksglaw.com

Ann C. Teranishi act@ksglaw.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

    DATED: Honolulu, Hawai'i, March 29, 2006.

                                         /s/ Timothy J. Hogan
                                         TIMOTHY J. HOGAN
                                         Attorney for Plaintiff WAYNE BERRY