BRONSTER CRABTREE & HOSHIBATA
A Law Corporation

MARGERY S. BRONSTER #4750
REX Y. FUJICHAKU #7198
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-5644
Facsimile: (808) 599-1881
mbronster@bchlaw.net
rfujichaku@bchlaw.net

VICTOR LIMONGELLI (admitted *pro hac vice*)
JOHN PATZAKIS (admitted *pro hac vice*)
GUIDANCE SOFTWARE, INC.
215 N. Marengo Ave.
Pasadena, California 91101
Telephone: (626) 229-9191
Facsimile: (626) 229-9199
Victor@GuidanceSoftware.com
John.Patzakis@GuidanceSoftware.com

Attorneys for Defendants
GUIDANCE SOFTWARE, INC.
and MICHAEL GURZI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | ) Civil No. 03-00385 SOM/LEK<br>) (Copyright)<br>) |
| Plaintiff, | ) DEFENDANTS GUIDANCE<br>) SOFTWARE, INC. AND |
| v. | ) MICHAEL GURZI'S MOTION<br>) FOR AWARD OF ATTORNEYS' |
| (CAPTION CONTINUED) | ) FEES AND COSTS; |



| | |
|---|---|
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation, et al.,<br><br>　　　　　　　Defendants. | ) MEMORANDUM OF LAW IN<br>) SUPPORT OF DEFENDANTS<br>) GUIDANCE SOFTWARE, INC.<br>) AND MICHAEL GURZI'S<br>) MOTION FOR AWARD OF<br>) ATTORNEYS' FEES AND<br>) COSTS; DECLARATION OF<br>) MARGERY S. BRONSTER;<br>) EXHIBITS A - E; CERTIFICATE<br>) OF SERVICE<br>)<br>)<br>) (Non-hearing Motion)<br>) |

## DEFENDANTS GUIDANCE SOFTWARE, INC. AND MICHAEL GURZI'S MOTION FOR
## AWARD OF ATTORNEYS' FEES AND COSTS

Defendants Guidance Software, Inc. and Michael Gurzi (collectively "GSI Defendants"), by and through their counsel, Bronster Crabtree & Hoshibata, hereby move this Honorable Court for an award of attorneys' fees and costs.  This Motion is brought on the ground that GSI Defendants have prevailed in their defense of Plaintiffs' claims of copyright infringement, and, therefore, are entitled, subject to the Court's discretion, to an award of attorneys' fees and costs pursuant to 17 U.S.C. § 505 of the Copyright Act. Moreover, taxable costs should be awarded by this Court under 28 U.S.C. § 1920.

This Motion is brought pursuant to 17 U.S.C. § 505 and 28 U.S.C. § 1920, and Fed. R. Civ. P. 7 and 54(d), and L.R. 54.3 and is supported by the attached Declaration of counsel, the exhibits attached thereto, and the records and files of this case.

DATED: Honolulu, Hawaii, March 30, 2006.

   /s/ Margery S. Bronster
MARGERY S. BRONSTER
REX Y. FUJICHAKU

VICTOR LIMONGELLI
JOHN PATZAKIS

Attorneys for Defendants
GUIDANCE SOFTWARE, INC.
and MICHAEL GURZI

2