IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | ) Civil No. 03-00385 SOM/LEK<br>) (Copyright)<br>)
| Plaintiff, | ) DECLARATION OF MARGERY<br>) S. BRONSTER<br>)
| v. | )<br>)
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation, et al., | )<br>)<br>)<br>)
| Defendants. | )<br>) |

## DECLARATION OF MARGERY S. BRONSTER

I, MARGERY S. BRONSTER, under penalty of perjury, state as follows:

1. I am an attorney licensed to practice law before all of the State and Federal Courts in the State of Hawaii and am one of the attorneys representing Defendants Guidance Software, Inc. and Michael Gurzi (collectively "GSI Defendants") in this case.

2. Attached as Exhibit "A" is a letter from Damian Cappozzola to Timothy J. Hogan dated July 28, 2003. This letter was obtained from PCT counsel and is kept in our files in the ordinary course of business.

3. I have reviewed and approved the time and charges set forth in the itemization of work performed, and these costs are correctly stated, were reasonable and necessarily incurred as a result of actual work performed in this matter, allowable by law, and were actually paid by and/or billed to the GSI Defendants.

4. Attached hereto as Exhibit "B" is a chart showing attorneys' fees and expenses reasonably and necessarily charged by Bronster Crabtree & Hoshibata to the GSI Defendants in this matter.

5. Attached hereto as Exhibit "C" is a spreadsheet listing taxable costs reasonably and necessarily incurred by the GSI Defendants in this matter.

6. Attached hereto as Exhibit "D" is a chart showing nontaxable costs reasonably and necessarily incurred by the GSI Defendants in this matter.

7. I am a partner in the firm of Bronster Crabtree & Hoshibata, and have been engaged in the practice of law continuously since 1983. My billing rate in this matter is $350.00.

8. John T. Hoshibata was a partner in the firm of Bronster Crabtree & Hoshibata engaged in the practice of law continuously since 1982. His billing rate in this matter is $190.00.

9. Rex Y. Fujichaku is an associate at Bronster Crabtree & Hoshibata engaged in the practice of law continuously since 1998. His billing rate in this matter was $200.00.

10. Alan B. Burdick was an associate at Bronster Crabtree & Hoshibata engaged in the practice of law in Hawaii continuously since 1982. His billing rate in this matter was $200.00.

11. Attached hereto as Exhibit "E" is a true and correct copy of page 72 from the publication entitled "2006 Hawaii Book of Lists Volume 43, Issue 43", published by Pacific Business News on December 23, 2005, indicating the ranges of hourly fees for some of the law firms in Honolulu, Hawaii.

12. Janis W. Fenton is a paralegal at Bronster Crabtree & Hoshibata. Her billing rate is $125.00.

13. Johnny K. Napoleon is a paralegal at Bronster Crabtree & Hoshibata. Her billing rate is $85.00.

I declare under penalty of perjury that the statements made herein are true and correct to the best of my knowledge, information and belief.

DATED:  Honolulu, Hawaii, March 30, 2006.


    /s/ Margery S. Bronster
MARGERY S. BRONSTER