| GUIDANCE SOFTWARE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Costs (taxable) | | | | | | | | |
| Bill Date | | In-house copies | | Staff Overtime | | Parking fees | | Total |
| 1/1/2005 | $ | 541.75 | | | | | $ | 541.75 |
| 2/1/2005 | $ | 245.00 | | | | | $ | 245.00 |
| 3/1/2005 | $ | 103.50 | | | | | $ | 103.50 |
| 4/1/2005 | $ | 691.25 | | | | | $ | 691.25 |
| 5/1/2005 | $ | 825.00 | $ | 55.43 | | | $ | 880.43 |
| 6/1/2005 | $ | 122.00 | | | | | $ | 122.00 |
| 7/1/2005 | $ | 945.25 | | | $ | 22.00 | $ | 967.25 |
| 8/1/2005 | $ | 4.00 | | | | | $ | 4.00 |
| 9/1/2005 | $ | 688.25 | | | | | $ | 688.25 |
| 10/1/2005 | $ | 162.00 | | | | | $ | 162.00 |
| 11/1/2005 | $ | 234.00 | | | | | $ | 234.00 |
| 12/1/2005 | $ | 312.25 | | | | | $ | 312.25 |
| 1/1/2006 | $ | 30.25 | | | | | $ | 30.25 |
| 2/1/2006 | | | | | | | $ | - |
| 3/1/2006 | $ | 243.50 | | | | | $ | 243.50 |
| | | | | | | | $ | - |
| Total | $ | 5,148.00 | $ | 55.43 | $ | 22.00 | $ | 5,225.43 |
| | | | | | GET | | $ | 217.69 |
| | | | | | Total | | $ | 5,443.12 |

EXHIBIT C