# BOOK OF LISTS

**Pacific Business News**

2006 EDITION $24.95
Vol. 43 Issue 43, Dec. 23, 2005



## Jobs of the future



```
******************CR LOT 0009A**C064
#038960320#  09/06/06       S67 P1  1956
JON KOBAYASHI
999 BISHOP ST #2600      H1 1 BL
HONOLULU, HI 96813-4430
```


 CENTRAL PACIFIC BANK
 CROWN RELOCATIONS
 HEMIC Employer Owned Workers' Comp
 HMAA

 KMH LLP
 BECKER
 Adecco
 Hawaiian Telcom



EXHIBIT _E_

