IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | ) Civil No. 03-00385 SOM/LEK<br>) (Copyright)<br>) |
| Plaintiff, | ) CERTIFICATE OF SERVICE<br>) |
| v. | )<br>) |
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation, et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on March 30, 2006:

Served Electronically through CM/ECF:

TIMOTHY J. HOGAN, ESQ.                    tjh@loio.com
    Attorney for Plaintiff
    WAYNE BERRY

ANDEW V. BEAMAN, ESQ.                          abeaman@chunkerr.com
LEROY E. COLOMBE, ESQ.                         lcolombe@chunkerr.com
    Attorneys for Defendant
    FOODLAND SUPER MARKET, LTD.

LEX R. SMITH, ESQ.                             lrs@ksglaw.com
THOMAS H. YEE, ESQ.                            thy@ksglaw.com
    Attorney for Defendants
    FLEMING COMPANIES, INC., C&S
    WHOLESALE GROCERS, INC.,
    C&S LOGISTICS OF HAWAII, LLC,
    C&S ACQUISITIONS, LLC, ES3,
    LLC, and RICHARD COHEN

DAMIAN CAPOZZOLA, ESQ.                         dcapozzola@kirkland.com
R. OLIVIA SAMAD, ESQ.                          osamad@kirkland.com
    Attorneys for Defendant
    FLEMING COMPANIES, INC.

LYLE S. HOSODA, ESQ.                           lsh@hosodalaw.com
RAINA P.B. MEAD, ESQ.                          rpbm@hosodalaw.com
CHRISTOPHER T. CHUN, ESQ.                      ctc@hosodalaw.com
    Attorneys for Defendants
    MARK DILLON, BRIAN
    CHRISTENSEN, TERESA NOA,
    MELVIN  PONCE, ALFREDDA
    WAIOLAMA, JACQUELINE RIO,
    JUSTIN FUKUMOTO and SONIA
    PURDY

<u>Served by First Class Mail or Hand Delivery:</u>

    IVER N. LARSON, ESQ.
    Chunn Kerr Dodd Beaman & Wong
    900 Hawaii Tower
    745 Fort Street
    Honolulu, HI  96813
        Attorney for Defendant
        FOODLAND SUPER MARKET, LTD.

MICHAEL E. BAUMANN, ESQ.
Kirkland & Ellis
777 Figueroa Street, Suite 3700
Los Angeles, CA 90017
    Attorneys for Defendant
    FLEMING COMPANIES, INC.

WESLEY H.H. CHING, ESQ.
JULIA M. MORGAN, ESQ.
Fukunaga Matayoshi Hershey & Ching
Davies Pacific Center
841 Bishop Street, Suite 1200
Honolulu, HI 96813
    Attorney for Defendant
    HAWAII TRANSFER COMPANY, LTD.

SHELLY M. TAMEKAZU, ESQ.
Lyle S. Hosoda & Associates, Inc.
345 Queen Street, Suite 804
Honolulu, HI 96813
    Attorneys for Defendants
    MARK DILLON, BRIAN CHRISTENSEN,
    TERESA NOA, MELVIN PONCE,
    ALFREDDA WAIOLAMA, JACQUELINE RIO,
    JUSTIN FUKUMOTO and SONIA PURDY

//

//

//

//

3

JOHN T. KOMEIJI, ESQ.
KAREN Y. ARIKAWA, ESQ.
Watanabe Ing & Komeiji
First Hawaiian Tower
999 Bishop Street, 23rd Floor
Honolulu, HI  96813

SHELDON S. TOLL, ESQ.
2000 Town Center, Suite 2550
Southfield, Michigan 48075
    Attorneys for Defendants
    ALIXPARTNERS, LLC

Dated:  Honolulu, Hawaii, March 30, 2006.

      /s/ Margery S. Bronster
    MARGERY S. BRONSTER
    REX Y. FUJICHAKU

    VICTOR LIMONGELLI
    JOHN PATZAKIS

    Attorneys for Defendants
    GUIDANCE SOFTWARE, INC.
    and MICHAEL GURZI