# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/31/06  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00385SOM-LEK |
| CASE NAME: | Wayne Berry, a Hawaii citizen vs. Hawaiian Express Service, Inc., a California corporation, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 3/31/06 | TIME: | |

COURT ACTION:  EO:

**Defendants Guidance Software, Inc. and Michael Gurzi's Motion for Award of Attorneys' Fees and Costs filed 3/30/06**

was referred to Magistrate Judge Leslie E. Kobayashi for consideration by Judge Susan Oki Mollway on **3/31/06.**

Pursuant to LR 54.3, **Defendants Guidance Software, Inc. and Michael Gurzi's Motion for Award of Attorneys' Fees and Costs** will be considered by Magistrate Judge Leslie E. Kobayashi as Non Hearing Motions.

Pursuant to LR 54.3 Defendants' Statements of Consultation is due on **4/13/06**.

Pursuant to LR 54.3 and FRCvP Rule 6(e): Memorandum in Opposition is due **4/27/06**.

Reply Memorandum is due **5/11/06**.

**Defendants Guidance Software, Inc. and Michael Gurzi's Motion for Award of Attorneys' Fees and Costs** will be taken under advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

**Settlement Conference Re: Attorneys' Fees and Costs set for 5/5/06 at 2:00 p.m. before Magistrate Judge Leslie E. Kobayashi.**

cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager