IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen,<br><br>        Plaintiff,<br><br>    v.<br><br>HAWAIIAN EXPRESS SERVICE,<br>INC., et al.<br><br>        Defendants. | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

       I hereby certify that, on March 31, 2006 and by the method of service noted below, a true and correct copy of *DEFENDANTS BRIAN CHRISTENSEN, MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, AND JACQUELINE RIO'S MEMORANDUM IN OPPOSITION TO PLAINTIFF WAYNE BERRY'S MOTION TO ALTER OR AMEND SECOND AMENDED JUDGMENT ENTERED ON MARCH 16, 2006 AND TO DELAY TIME FOR FILING AN APPEAL PENDING RESOLUTION OF MOTION FOR ATTORNEYS' FEES AND COSTS; CERTIFICATE OF SERVICE* was served on the following parties at their last known addresses:

Served electronically through CM/ECF:

| | |
|---|---|
| Andrew V. Beaman | abeaman@chunkerr.com |
| Leroy E. Colombe | lcolombe@chunkerr.com |
| | |
| Damian Capozzola | dcappozola@kirland.com |
| R. Olivia Samad | osamad@kirkland.com |

```
Margery Bronster        mbronster@bchlaw.net
                        audrey@bchlaw.net
Rex Y. Fujichaku        rfujichaku@bchlaw.net,
                        jennifer@bchlaw.net

Timothy J. Hogan        tjh@loio.com

Lex R. Smith            lrs@ksqlaw.com
Thomas H.Y.P. Yee       thy@ksqlaw.com,
                        bls@ksqlaw.com
```

        DATED:   Honolulu, Hawaii, March 31, 2006.


                             /s/ Lyle S. Hosoda
                            LYLE S. HOSODA
                            RAINA P.B. MEAD

                            Attorneys for Defendants
                            BRIAN CHRISTENSEN, MARK DILLON,
                            TERESA NOA, MELVIN PONCE, SONIA
                            PURDY, JUSTIN FUKUMOTO, ALFREDDA
                            WAIOLAMA, and JACQUELINE RIO