**ORIGINAL**

Of Counsel:
FUKUNAGA, MATAYOSHI HERSHEY & CHING LLC

WESLEY H. H. CHING  2896
841 Bishop Street, Suite 1200
Honolulu, Hawaii  96813
Telephone:  (808) 533-4300
Facsimile:  (808) 531-7585
Email:  whc@fmhc-law.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 30 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

Attorney for Defendant
HAWAII TRANSFER COMPANY, LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., a California corporation; et al.<br><br>Defendants. | Civil No. CV03 00385 SOM-LEK<br>(Copyright)<br><br>NOTICE OF MOTION; DEFENDANT HAWAII TRANSFER COMPANY, LIMITED'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND RELATED NON-TAXABLE COSTS; MEMORANDUM IN SUPPORT OF MOTION; AFFIDAVIT OF WESLEY H.H. CHING; AFFIDAVIT OF EDMUND K. SAFFERY; EXHIBITS "A" - "D"; CERTIFICATE OF SERVICE<br><br>[Non-Hearing Motion]<br>Magistrate:  Hon. Leslie E. Kobayashi<br><br>Trial: February 28, 2006 |

FILE IN CASE FOLDER

## NOTICE OF MOTION

TO:   TIMOTHY J. HOGAN, ESQ.
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813

Attorneys for Plaintiff
WAYNE BERRY

LEX R. SMITH, ESQ.
ANNE E LOPEZ, ESQ.
Kobayashi Sugita & Goda
2600 First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants
FLEMING COMPANIES, INC.,
C & S WHOLESALE GROCERS, INC.,
C & S LOGISTICS OF HAWAII, LLC,
C & S ACQUISITIONS, LLC, ES3, LLC and RICHARD COHEN

ERIC C. LIEBELER, ESQ.
DAMIAN CAPOZZOLA, ESQ.
R. OLIVIA SAMAD, ESQ.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, California 90017

Attorneys for Defendant
POST-CONFIRMATION TRUST for FLEMING COMPANIES, INC.

ROY J. TJIOE, ESQ.
EMILY REBER PORTER, ESQ.
Goodsill Anderson Quinn & Stifel
1800 Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813

and

KAREN L.S. FINE, ESQ.
Nordman Cormany Hair & Compton
1000 Town Center Drive, Sixth Floor
Oxnard, California 93036

Attorneys for Defendant
HAWAIIAN EXPRESS SERVICE, INC.,
H.E.S. TRANSPORTATION SERVICES, INC.,
CALIFORNIA PACIFIC CONSOLIDATORS, INC.,
JEFFREY P. GRAHAM, and PETER SCHAUL

ANDREW V. BEAMAN, ESQ.
LEROY E. COLOMBE, ESQ.
Chun Kerr Dodd Beaman & Wong
745 Fort Street, 9th Floor
Honolulu, Hawaii 96813

Attorneys for Defendant
FOODLAND SUPERMARKET, LTD.

LYLE HOSODA, ESQ.
RAINA P.B. MEAD, ESQ.
345 Queen Street, Suite 804
Honolulu, Hawaii 96813

Attorneys for Defendants
MARK DILLON, BRIAN CHRISTENSEN,
TERESA NOA, MELVIN PONCE,
ALFREDDA WAIOLAMA, JACQUELINE RIO,
SONIA PURDY and JUSTIN FUKUMOTO

MARGERY BRONSTER, ESQ.
REX FUJICHAKU, ESQ.
Bronster Crabtree & Hoshibata
1001 Bishop Street, Suite 2300
Pauahi Tower
Honolulu, Hawaii 96813

Attorneys for Defendants
GUIDANCE SOFTWARE, LLC and MICHAEL GURZI

JOHN T. KOMEIJI, ESQ.
Watanabe Ing Kawashima & Komeiji, LLP
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Attorneys for Defendant
ALIX PARTNERS, LLC

NOTICE IS HEREBY GIVEN that the undersigned has filed with the above-entitled Court the motion attached hereto. Opposition to this motion must be filed with the Court within eleven (11) days after service of the Statement of

Consultation. If service has been made by mail pursuant to Rule 6(e) of the Federal Rules of Civil Procedure, then any opposition to this motion must be filed with the Court no later than fourteen (14) days after service of the Statement of Consultation.

DATED: Honolulu, Hawaii, MAR 3 0 2006 _____.

_____
WESLEY H. H. CHING

Attorney for Defendant
HAWAII TRANSFER COMPANY, LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) Civil No. CV03 00385 SOM-LEK<br>) (Copyright) |
| Plaintiff, | )<br>) |
| vs. | ) DEFENDANT HAWAII TRANSFER<br>) COMPANY, LIMITED'S MOTION<br>) FOR AN AWARD OF ATTORNEYS' |
| HAWAIIAN EXPRESS SERVICE, INC.,<br>a California corporation; et al. | ) FEES AND RELATED NON-<br>) TAXABLE COSTS<br>) |
| Defendants. | )<br>) |

DEFENDANT HAWAII TRANSFER COMPANY, LIMITED'S
MOTION FOR AN AWARD OF ATTORNEYS' FEES AND
RELATED NON-TAXABLE COSTS

Defendant HAWAII TRANSFER COMPANY, LIMITED ("HTC"), by and through its attorneys Fukunaga Matayoshi Hershey and Ching, hereby moves this Honorable Court for an award of attorneys' fees and non-taxable costs incurred in its defense of the above-entitled action as the Court entered its Second Amended Judgment setting forth the final disposition of all parties' claims on March 16, 2006. The amount of attorneys' fees sought is $77,700.50, and the amount of related non-taxable costs sought is $3,052.30.

This motion is made pursuant to Rules 7 and 54(d) of the Federal Rules of Civil Procedure, Local Rule 54.3 of the Rules of the United States District Court for the District of Hawaii, Title 17 United States Code Section 505,

and is based on the Memorandum in Support of Motion, affidavits and exhibits attached hereto, and the entire record and files herein.

DATED: Honolulu, Hawaii, _____ MAR 3 0 2006 _____.

*/s/ Wesley H.H. Ching*
WESLEY H.H. CHING
Attorney for Defendant
HAWAII TRANSFER COMPANY, LIMITED