IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) Civil No. CV03 00385 SOM-LEK<br>) (Copyright) |
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation; et al. | ) |
| Defendants. | ) |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the copies of the foregoing document were duly served upon the following parties by hand-delivery, facsimile transmission, and/or mail, by depositing same at the United States Post Office, postage prepaid, to their last known addresses on  MAR 30 2006  .

               <u>U.S. Mail</u>     <u>Hand-Delivery</u>

TIMOTHY J. HOGAN, ESQ.
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813        

Attorneys for Plaintiff
WAYNE BERRY

|  | U.S. Mail | Hand-Delivery |
|---|---|---|

LEX R. SMITH, ESQ.
ANNE E LOPEZ, ESQ.                    ✓
Kobayashi Sugita & Goda
2600 First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants
FLEMING COMPANIES, INC.,
C & S WHOLESALE GROCERS, INC.,
C & S LOGISTICS OF HAWAII, LLC,
C & S ACQUISITIONS, LLC, ES3, LLC and
RICHARD COHEN

ERIC C. LIEBELER, ESQ.
DAMIAN CAPOZZOLA, ESQ.
R. OLIVIA SAMAD, ESQ.                 ✓
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, California 90017

Attorneys for Defendant
POST-CONFIRMATION TRUST
for FLEMING COMPANIES, INC.

ROY J. TJIOE, ESQ.
EMILY REBER PORTER, ESQ.
Goodsill Anderson Quinn & Stifel      ✓
1800 Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813

    and

|                                      | U.S. Mail | Hand-Delivery |
|--------------------------------------|-----------|---------------|
| KAREN L.S. FINE, ESQ.<br>Nordman Cormany Hair & Compton<br>1000 Town Center Drive, Sixth Floor<br>Oxnard, California 93036 | ✓ | |

Attorneys for Defendant
HAWAIIAN EXPRESS SERVICE, INC.,
H.E.S. TRANSPORTATION SERVICES, INC.,
CALIFORNIA PACIFIC CONSOLIDATORS, INC.,
JEFFREY P. GRAHAM, and PETER SCHAUL

|                                      | U.S. Mail | Hand-Delivery |
|--------------------------------------|-----------|---------------|
| ANDREW V. BEAMAN, ESQ.<br>LEROY E. COLOMBE, ESQ.<br>Chun Kerr Dodd Beaman & Wong<br>745 Fort Street, 9th Floor<br>Honolulu, Hawaii 96813 | ✓ | |

Attorneys for Defendant
FOODLAND SUPERMARKET, LTD.

|                                      | U.S. Mail | Hand-Delivery |
|--------------------------------------|-----------|---------------|
| LYLE HOSODA, ESQ.<br>RAINA P.B. MEAD, ESQ.<br>345 Queen Street, Suite 804<br>Honolulu, Hawaii 96813 | ✓ | |

Attorneys for Defendants
MARK DILLON, BRIAN CHRISTENSEN,
TERESA NOA, MELVIN PONCE,
ALFREDDA WAIOLAMA, JACQUELINE RIO,
SONIA PURDY and JUSTIN FUKUMOTO

|  | U.S. Mail | Hand-Delivery |
|---|---|---|
| MARGERY BRONSTER, ESQ.<br>REX FUJICHAKU, ESQ.<br>Bronster Crabtree & Hoshibata<br>1001 Bishop Street, Suite 2300<br>Pauahi Tower<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendants<br>GUIDANCE SOFTWARE, LLC and MICHAEL GURZI | ✓ |  |
| JOHN T. KOMEIJI, ESQ.<br>Watanabe Ing Kawashima & Komeiji, LLP<br>First Hawaiian Center<br>999 Bishop Street, 23rd Floor<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>ALIX PARTNERS, LLC | ✓ |  |

Dated: Honolulu, Hawaii   MAR 30 2006

_____
WESLEY H. H. CHING

Attorney for Defendant
HAWAII TRANSFER COMPANY, LIMITED