# LAW FIRMS - OAHU

Ranked by number of lawyers employed by firm in Hawaii (including Of Counsel)

| Rank (Rank in 2001) | Law firm name Address Phone/Fax Web site address | Year established in Hawaii | Total number of: • Lawyers • Partners • Associates • Counsels | • Number of paralegals • Number of lawyers doing pro bono work • Total full-time support staff | • Hourly fee range for partners • Hourly fee range for associates • 2001 gross revenue | • Number of university students hired in 2001 • Starting salary for recent university grad. | • Some major specialty areas firm focuses on • Some notable clients the firm represents | • Name of managing partner for firm • Location of firm's branch offices |
|---|---|---|---|---|---|---|---|---|
| 1. (1) | Goodsill Anderson Quinn & Stifel 1099 Alakea St., Alii Place, Suite 1800, Honolulu, HI 96813 (808) 547-5600 / (808) 547-5880 www.goodsill.com | 1878 | • 77 lawyers • 50 partners • 26 associates • 1 of counsel | • 12 paralegals • "Most" • 82 support staff | • $195 - $340 an hour • $125 - $205 an hour • $22 million | • 5 students • DND | • Full-service firm; business, litigation, real property, tax, banking, labor & employment, environmental, public utilities, trusts & estates • Hawaiian Electric Industries, Castle & Cooke Inc., Bank of Hawaii, Shimizu Corp., State Farm Insurance | • Miki Okumura • None |
| 2. (2) | Carlsmith Ball LLP 1001 Bishop St., Pacific Tower, # 2200, Honolulu, HI 96813 (808) 523-2500 / (808) 523-0842 www.carlsmith.com | 1857 | • 68 lawyers • 43 partners • 16 associates • 9 of counsels | • 17 paralegals • "Majority" • 98 support staff | • DND • DND • DND | • 1 student • $65,000 | • Real property, litigation, finance, pension plans, employment, environmental, maritime, corporate, high tech, tax • Campbell Estate, Bank of Hawaii, Maui Land & Pine, 1250 Oceanside Partners, Ala Moana Center | • Michelle C. Imata • Hilo, Kapolei, Wailuku, Kailua-Kona |
| 3. (3) | Cades Schutte Fleming & Wright, A Limited Liability Law Company 1000 Bishop St., 12th Fl., Honolulu, HI 96813 (808) 521-9200 / (808) 521-9210 www.cades.com | 1922 | • 57 lawyers • 40 partners • 17 associates • 5 of counsels | • 11 paralegals • "Most" • 54 support staff | • $165 - $375 an hour • $125 - $200 an hour • $20 million | • 1 student • $72,500 | • Business law, litigation, real estate, tax, banking & finance, land use & property rights, trusts & estate planning, intellectual property, media, health care, telecommunications, labor & employment, insurance • DND | • See[1] • Kailua-Kona |
| 4. (4) | McCorriston Miller Mukai MacKinnon LLP 500 Ala Moana Blvd., 5 Waterfront Plaza, 4th Fl., Honolulu, HI 96813 (808) 529-7300 / (808) 524-8293 www.m4law.com | 1989 | • 42 lawyers • 30 partners • 9 associates • 3 of counsels | • 6 paralegals • 42 pro bono • 64 support staff | • $160 - $350 an hour • $125 - $180 an hour • $14 million | • 5 students • $67,500 | • Litigation, real estate, international business • Nauru Phosphate Royalties, SVO Pacific Inc., AIG Hawaii Insurance Company, TSA Corp. | • D. Scott MacKinnon • None |
| 5. (5) | Watanabe Ing & Kawashima 999 Bishop St., 23rd Fl., Honolulu, HI 96813 (808) 544-8300 / (808) 544-8399 NA | 1971 | • 39 lawyers • 24 partners • 15 associates • 2 of counsels | • 8 paralegals • DND • 38 support staff | • $200 - $450 an hour • $150 - $200 an hour • DND | • 1 student • DND | • Litigation, government affairs, banking & real estate, labor • Oceanic Cablevision, AIG, Hawaii Visitors & Convention Bureau, Aloha Airlines | • Jeffrey Watanabe • None |
| 6. (6) | Kobayashi Sugita & Goda, Attorneys at Law 999 Bishop St., Suite 2600, Honolulu, HI 96813 (808) 539-8700 / (808) 539-8799 NA | 1990 | • 35 lawyers • 18 partners • 17 associates • None | • 4 paralegals • DND • 34 support staff | • $190 - $300 an hour • $115 - $185 an hour • $12 million | • 1 student • $59,000 | • Complex litigation/corporate & international business relations with an emphasis on commercial & construction issues • First Hawaiian Bank, Pacific Guardian Life Insurance Company Ltd., Duty Free Shoppers Group Ltd. | • "Executive Committee" • None |
| 7. (7) | Torkildson Katz Fonseca Jaffe Moore & Hetherington 700 Bishop St., 15th Fl., Honolulu, HI 96813 (808) 523-6000 / (808) 523-6001 www.torkildson.com | 1947 | • 34 lawyers • 25 partners • 8 associates • None | • 6 paralegals • 34 pro bono • 40 support staff | • $185 - $315 an hour • $130 - $205 an hour • DND | • 1 student • $64,000 | • Labor/employment, litigation, corporate, healthcare, securities, retirement plans, real estate, tax, trusts, estates • Hilton Hotels, Sheraton Hotels, Aloha Airlines, Castle Medical Center, Oahu Transit Services | • J. George Hetherington • Hilo, Wailuku |
| 8. (10) | Alston Hunt Floyd & Ing 1001 Bishop St., Pacific Tower, 18th Fl., Honolulu, HI 96813 (808) 524-1800 / (808) 524-4591 www.ahfi.com | 1991 | • 32 lawyers • 13 partners • 14 associates • 5 counsels | • 8 paralegals • 20+ pro bono • 31 support staff | • $175 - $400 an hour • $110 - $175 an hour • DND | • 1 student • DND | • Commercial litigation, construction litigation, employment law medical and insurance law, real estate and business • Hawaiian Electric Co. Inc., The Prudential Locations, Kaiser Permanente, The Queens Health Systems | • William S. Hunt • Kamuela |
| 9. (8) | Ashford & Wriston 1099 Alakea St., Suite 1400, Honolulu, HI 96813 (808) 539-0400 / (808) 533-4945 www.ashfordwriston.com | 1955 | • 29 lawyers • 12 partners • 10 associates • 7 of counsels | • 7 paralegals • 20 pro bono • 29 support staff | • $190 - $290 an hour • $115 - $160 an hour • $6.9 million | • 1 student • $56,000 | • Real property, civil litigation, business and tax, bank and financial services, health care, estate planning and probate • HMSA, Bank of Hawaii, Ticor Title Insurance Co., American Savings Bank | • Cuyler Shaw • Kailua-Kona |
| 9. (9) | Case Bigelow & Lombardi, A Law Corporation 737 Bishop St., Suite 2600, Honolulu, HI 96813 (808) 547-5400 / (808) 523-1888 NA | 1995 | • 29 lawyers • 20 "directors" • 5 associates • 2 of counsels | • 6 paralegals • "Majority" • 30 support staff | • $260 - $330 an hour • $125 - $170 an hour • DND | • DND • DND | • Real estate, business, land use and development, bankruptcy and collections, civil litigation, administrative law, taxation, probate and estate planning • Amfac Hawaii, Schuler Homes Inc., Chevron, Del Monte Fresh Produce, GE Capital Hawaii Inc. | • Dennis M. Lombardi • None |
| 11. (11) | Damon Key Leong Kupchak Hastert 1001 Bishop St., Pauahi Tower, Suite 1600, Honolulu, HI 96813 (808) 531-8031 / (808) 533-2242 www.hawaiilawyer.com | 1963 | • 25 lawyers • 11 partners • 11 associates • 3 of counsels | • 6 paralegals • "Most" • 22 support staff | • DND • DND • DND | • 1 student • $62,000 | • Full-service, business, construction, creditors rights, dispute resolution, e-business, employment, immigration, insurance, international, litigation, real estate • DND | • Denis C.H. Leong • None |
| 12. (12) | Ayabe Chong Nishimoto Sia & Nakamura 1001 Bishop St., Pauahi Tower, Suite 2500, Honolulu, HI 96813 (808) 537-6119 / (808) 526-3491 NA | 1963 | • 24 lawyers • 19 partners • 4 associates • 1 counsel | • 1 paralegal • 24 pro bono • 20 support staff | • $135 - $250 an hour • $110 - $150 an hour • DND | • 2 students • DND | • Commercial and civil litigation, professional liability, worker's compensation, construction litigation, legal, medical and dental malpractice, aviation litigation • TIG Crum & Forster, Scottsdale Insurance, Chubb Group, Sumitomo Fire & Marine, MIEC | • Sidney Ayabe • None |
| 12. (12) | Rush Moore Craven Sutton Morry and Beh LLP 745 Fort St., 20th Fl., Honolulu, HI 96813 (808) 521-0400 / (808) 521-0597 www.rmhawaii.com | 1946 | • 24 lawyers • 20 partners • 4 associates • 2 counsels | • 4 paralegals • DND • 37 support staff | • $150 - $225 an hour • $105 - $135 an hour • DND | • 2 students • DND | • Civil litigation, real estate, corporate, estate planning, tax, health care, family law • Hyatt Corp., Marriott, Bank of Hawaii, Robinson Trust, Kamehameha Schools, Hilton Hotels Corp. | • David Shibata • Maui & Kona |
| 14. (16) | Bays Deaver Lung Rose & Baba 1099 Alakea St., 16th Fl., Honolulu, HI 96813 (808) 523-9000 / (808) 533-4184 www.legalhawaii.com | 1986 | • 20 lawyers • 5 partners • 15 associates • None | • 5 paralegals • All • 15 support staff | • $205 - $285 an hour • $125 - $185 an hour • DND | • 1 student • DND | • Litigation, arbitration and business transactions involving real estate, construction, commercial, employment, trusts & estates • Albert Kobayashi Inc., Xerox Corp., Gentry Companies, Waikoloa Development Co., Wimberly Allison Tong & Goo | • DND • None |
| 15. (14) | Burke Sakai McPheeters Bordner Iwanaga & Estes 737 Bishop St., Suite 3100, Honolulu, HI 96813 (808) 523-9833 / (808) 528-1656 www.burke-sakai.com | 1980 | • 18 lawyers • 15 partners • 3 associates • None | • 2 paralegals • 18 pro bono • 22 support staff | • $150 - $250 an hour • $125 - $150 an hour • DND | • None • $51,000 | • Professional liability, commercial and real estate litigation, personal injury litigation, workers' compensation • Medical insurance Exchange of California, The Doctors' Company, Straub Clinic & Hospital Inc. | • William A. Bordner • None |
| 15. (14) | Reinwald O'Connor & Playdon LLP 733 Bishop St., Suite 2400, Honolulu, HI 96813 (808) 524-8350 / (808) 531-8628 www.roplaw.com | 1876 | • 18 lawyers • 12 partners • 5 associates • 1 counsel | • 4 paralegals • DND • 16 support staff | • $150 - $300 an hour • $110 - $180 an hour • DND | • DND • DND | • Commercial litigation, construction, trusts and estates, employment, environmental, bankruptcy • First Insurance, MIEC, Tesoro, Kaiser Foundation Health Plan | • Michael McGuigan • None |
| 17. (16) | Cronin Fried Sekiya Kekina & Fairbanks 841 Bishop St., Suite 1900, Honolulu, HI 96813 (808) 524-1433 / (808) 536-2073 NA | 1973 | • 16 lawyers • 9 partners • 8 associates • None | • 6 paralegals • 17 pro bono • 24 support staff | • DND • DND • DND | • 2 students • DND | • Personal injury and other litigation only • DND | • "Management Committee" • None |
| 18. (20) | Oliver Lau Lawhn Ogawa & Nakamura 707 Richards St., Suite 600, Honolulu, HI 96813 (808) 533-3999 / (808) 533-0144 NA | 1978 | • 14 lawyers • 6 partners • 8 associates • 2 counsels | • 3 paralegals • 12 pro bono • 14 support staff | • DND • DND • DND | • None • DND | • Commercial Law, Construction Law, Surety Fidelity, Commercial Collections, Real Estate, Condominium Law, Family Law • DND | • Roy T. Ogawa • None |

Notes: DND: Did not disclose; NA: Not applicable/available; NR: Not ranked in 2001.
[1] Cades Schutte Fleming & Wright does not have a managing partner, but a management committee made up of Darryl Johnston, Jeffrey Portnoy and Milton Yasunaga as its members.
Information on this list was supplied by individual companies through questionnaires and/or telephone interviews and could not be independently verified by Pacific Business News. Only those companies that responded to our inquiries were considered for this list. While every effort is made to ensure the accuracy and thoroughness of the list, omissions sometimes occur. Please send corrections or additions on company letterhead to: Stan Fichtman, Pacific Business News, P.O. Box 833, Honolulu, HI 96808. If you wish to be surveyed when this list is updated, please send your company name, name of contact person and fax number to Stan Fichtman at the same address.

Researched by Stan Fichtman (sfichtman@bizjournals.com)

 EXHIBIT A

# LAW FIRMS - OAHU
Ranked by Number of lawyers employed by firm in Hawaii (including Of Counsel)

| Rank (Rank in 2002) | Law firm name / Address / Phone/fax number / Web site address | Year established in Hawaii | Total number of: • Lawyers • Partners • Associates • Counsels | • Number of paralegals • Number of lawyers doing pro bono work • Total full-time support staff | • Hourly fee range for partners • Hourly fee range for associates • 2002 gross revenue | • Number of university students hired in 2002 • Starting salary for recent university grad | • Some major specialty areas firm focuses on • Some notable clients the firm represents | • Name of managing partner for firm • Location of firm's branch offices |
|---|---|---|---|---|---|---|---|---|
| 1. (1) | Goodsill Anderson Quinn & Stifel / 1099 Alakea St., Alii Place, Suite 1800, Honolulu, HI 96813 / (808) 547-5600 / (808) 547-5608 / www.goodsill.com | 1878 | • 78 • 50 • 26 • 2 | • 10 • 76 • 32 | • DND • DND • DND | • 4 • DND | • Full-service firm; business, litigation, real property, tax, banking, labor and employment, environmental, public utilities, trusts & estates • Hawaiian Electric Industries, Castle & Cooke Inc., Bank of Hawaii, Shimizu Corp., State Farm Insurance | • Miki Okumura • None |
| 2. (2) | Carlsmith Ball LLP / 1001 Bishop St., Pacific Tower, # 2200, Honolulu, HI 96813 / (808) 523-2500 / (808) 523-0842 / www.carlsmith.com | 1857 | • 67 • 41 • 15 • 11 | • 17 • "Majority" • 98 | • DND • DND • DND | • None • $65,000 | • Real property, litigation, finance, pension plans, employment, environmental, maritime, corporate, high tech, tax • Marsh USA Inc, government of Guam retirement fund | • Michelle Imata • Hilo, Kapolei, Wailuku, Kailua-Kona |
| 3. (3) | Cades Schutte, A Limited Liability Law Company / 1000 Bishop St., 12th Fl., Honolulu, HI 96813 / (808) 521-9200 / (808) 521-9210 / www.cades.com | 1922 | • 56 • 36 • 20 • 5 | • 10 • "Most" • 52 | • $185 - $375 an hour • $125 - $200 an hour • $20 million | • 3 • $72,500 | • Business law, litigation, real estate, tax, banking and finance, land use and property rights, trusts & estate planning, intellectual property, media, health care, telecommunications, labor and employment, insurance • DND | • See[1] • Kailua-Kona |
| 4. (4) | McCorriston Miller Mukai MacKinnon LLP / 500 Ala Moana Blvd., 5 Waterfront Plaza, 4th Fl., Honolulu, HI 96813 / (808) 529-7300 / (808) 524-8293 / www.m4law.com | 1989 | • 42 • 30 • 9 • 3 | • 6 • 42 • 64 | • $160 - $350 an hour • $125 - $180 an hour • DND | • 5 • $67,500 | • Litigation, real estate, international business • Nauru Phosphate Royalties, SVO Pacific Inc., AIG Hawaii Insurance Company, TSA Corp. | • D. Scott MacKinnon • None |
| 5. (8) | Alston Hunt Floyd & Ing / 1001 Bishop St., Pacific Tower, 18th Fl., Honolulu, HI 96813 / (808) 524-1800 / (808) 524-4591 / www.ahfi.com | 1991 | • 37 • 13 • 18 • 6 | • 10 • 20+ • 37 | • $175 - $400 an hour • $115 - $175 an hour • DND | • 1 • DND | • Commercial litigation, health care, construction litigation, employment law medical and insurance law, real estate and business • Hawaiian Electric Industries, The Prudential Locations, Kaiser Permanente, The Queens Health Systems | • William S. Hunt • Kamuela |
| 6. (5) | Watanabe Ing Kawashima & Komeiji LLP / 999 Bishop St., 23rd Fl., Honolulu, HI 96813 / (808) 544-8300 / (808) 544-8399 / NA | 1971 | • 35 • 24 • 11 • 2 | • 8 • DND • 42 | • $200 - $450 an hour • $150 - $200 an hour • DND | • 1 • DND | • Litigation, government affairs, banking and real estate, labor • Oceanic Cablevision, AIG, Hawaii Visitors and Convention Bureau, Aloha Airlines | • Jeffrey Watanabe • None |
| 7. (7) | Torkildson Katz Fonseca Moore & Hetherington / 700 Bishop St., 15th Fl., Honolulu, HI 96813 / (808) 523-6000 / (808) 523-6001 / www.torkildson.com | 1947 | • 34 • 23 • 10 • 1 | • 5 • 33 • 40 | • $205 - $320 an hour • $135 - $215 an hour • DND | • 1 • $65,000 | • Labor/employment, litigation, corporate, health care, securities, retirement plans, real estate, tax, trusts, estates • AmeriSource Bergen, Sears, HMSA, First Insurance, Hilton Hotels, Aloha Airlines | • Roger Fonseca • Hilo, Wailuku |
| 8. (6) | Kobayashi Sugita & Goda, Attorneys at Law / 999 Bishop St., Suite 2600, Honolulu, HI 96813 / (808) 539-8700 / (808) 539-8799 / NA | 1971 | • 32 • 18 • 14 • None | • 4 • DND • 32 | • $190 - $350 an hour • $125 - $185 an hour • DND | • 1 • $59,000 | • Complex litigation with an emphasis on commercial and construction issues, corporate and international business relations • First Hawaiian Bank, Pacific Guardian Life Insurance Company Ltd., Duty Free Shoppers Group Ltd. | • Bert Kobayashi • None |
| 9. (9) | Case Bigelow & Lombardi, A Law Corporation / 737 Bishop St., Suite 2600, Honolulu, HI 96813 / (808) 547-5400 / (808) 523-1888 / NA | 1888 | • 31 • 19 • 6 • 3 | • 6 • "Majority" • 36 | • $210 - $340 an hour • $125 - $210 an hour • DND | • 1 • DND | • Real estate, business, land use and development, bankruptcy and collections, civil litigation, administrative law, taxation, probate and estate planning • Amfac Hawaii, Schuler Homes Inc., Chevron, Del Monte Fresh Produce, GE Capital Hawaii Inc. | • Dennis M. Lombardi • None |
| 10. (9) | Ashford & Wriston / 1099 Alakea St., Suite 1400, Honolulu, HI 96813 / (808) 539-0400 / (808) 533-4945 / www.ashfordwriston.com | 1955 | • 28 • 11 • 9 • 8 | • 6 • 20 • 25 | • $190 - $290 an hour • $115 - $160 an hour • $7 million | • 1 • $56,000 | • Real property, civil litigation, business and tax, bank and financial services, health care, estate planning and probate, family law • Bank of Hawaii, Ticor Title Insurance Co., Title Guarantee Escrow Service, First Hawaiian Bank | • Cuyler Shaw • Kailua-Kona |
| 11. (11) | Damon Key Leong Kupchak Hastert / 1001 Bishop St., Pauahi Tower, Suite 1600, Honolulu, HI 96813 / (808) 531-8031 / (808) 533-2242 / www.hawaiilawyer.com | 1963 | • 26 • 12 • 11 • 3 | • 6 • All • 20 | • $210 - $280 an hour • $130 - $195 an hour • DND | • 1 • $62,000 | • Full-service, business, construction, creditors rights, dispute resolution, e-business, employment, immigration, insurance, international, litigation, real estate • DND | • Denis C.H. Leong • None |
| 12. (12) | Ayabe Chong Nishimoto Sia & Nakamura / 1001 Bishop St., Pauahi Tower, Suite 2500, Honolulu, HI 96813 / (808) 537-6119 / (808) 526-3491 / NA | 1963 | • 24 • 19 • 4 • 1 | • 1 • 24 • 20 | • $135 - $250 an hour • $110 - $150 an hour • DND | • 2 • DND | • Commercial and civil litigation, professional liability, workers' compensation, construction litigation, legal, medical and dental malpractice, aviation litigation • TIG Crum & Forster, Scottsdale Insurance, Chubb Group, Sumitomo Fire & Marine, MIEC, Dow Chemical | • Sidney Ayabe • None |
| 13. (12) | Rush Moore Craven Sutton Morry and Bah LLP / 737 Bishop St., Suite 2400, Honolulu, HI 96813 / (808) 521-0400 / (808) 521-0597 / www.rmhawaii.com | 1946 | • 23 • 19 • 2 • 2 | • 3 • All • 32 | • $150 - $225 an hour • $105 - $125 an hour • DND | • 1 • $60,000 | • Civil litigation, real estate, corporate, estate planning, tax, health care, family law, creditors rights and bankruptcy • Bank of Hawaii, Hilton Hotels Corp., Hyatt Corp., Kamehameha Schools, Marriott, Robinson Trust | • David Shibata • Maui, Hawaii |
| 14. (14) | Bays Deaver Lung Rose & Baba / 1099 Alakea St., 16th Fl., Honolulu, HI 96813 / (808) 523-9000 / (808) 533-4184 / www.legalhawaii.com | 1986 | • 19 • 5 • 14 • None | • 4 • All • 17 | • $225 - $295 an hour • $125 - $195 an hour • DND | • 1 • DND | • Litigation, arbitration and business transactions involving real estate, construction, commercial, employment, trusts and estates • Albert Kobayashi Inc., Xerox Corp., Gentry Companies, Waikoloa Development Co., Wimberly Allison Tong & Goo | • DND • None |
| 15. (15) | Reinwald O'Connor & Playdon LLP / 733 Bishop St., Suite 2400, Honolulu, HI 96813 / (808) 524-8350 / (808) 531-8628 / www.roplaw.com | 1876 | • 18 • 12 • 5 • 1 | • 4 • 18 • 18 | • $150 - $300 an hour • $110 - $180 an hour • DND | • DND • DND | • Commercial litigation, construction, trusts and estates, employment, environmental, bankruptcy • First Insurance, MIEC, Tesoro, Kaiser Foundation Health Plan | • Michael McGuigan • None |
| 16. (15) | Burke Sakai McPheeters Bordner Iwanaga & Estes / 737 Bishop St., Suite 3100, Honolulu, HI 96813 / (808) 523-9833 / (808) 528-1656 / www.burke-sakai.com | 1980 | • 17 • 15 • 2 • None | • 2 • 17 • 21 | • $150 - $250 an hour • $125 - $150 an hour • DND | • None • $51,000 | • Professional liability, commercial and real estate litigation, personal injury litigation, workers' compensation • Castle Medical Center, The Honolulu Medical Group, Kuakini Health System | • William A. Bordner • None |
| 17. (16) | Oshima Chun Fong & Chung LLP / 841 Bishop St., Suite 400, Honolulu, HI 96813 / (808) 528-4203 / (808) 531-8468 / www.oofc.com | 1986 | • 16 • 7 • 4 • 5 | • 1 • 16 • 14 | • DND • DND • DND | • 1 • DND | • Banking and finance, business and commercial, business litigation and arbitration, e-commerce, public utilities • DND | • Alan M. Oshima • None |
| 18. (18) | Chun Kerr Dodd Beaman & Wong, A Limited Liability Law Company / 745 Fort St., 9th Fl., Honolulu, HI 96813 / (808) 528-8200 / (808) 536-5869 / www.ckdbw.com | 1970 | • 15 • 6 • 4 • 5 | • 5 • 10 • 11 | • $200 - $310 an hour • $130 - $150 an hour • DND | • 2 • $63,000 | • Real estate, taxation, and commercial litigation • Hono Group, Outrigger, Foodland, Kaahumanu Center & Assoc. | • Laurie Colombe • None |

Notes: DND: Did not disclose; NA: Not applicable/available; NR: Not ranked in 2002.
[1] Cades Schutte does not have a managing partner, but a management committee made up of Nelson Chung, Nicholas Dreher and Jeffrey Portnoy as its members.

Information on this list was supplied by individual companies through questionnaires and/or telephone interviews and could not be independently verified by Pacific Business News. Only those companies that responded to our inquiries were considered for this list. While every effort is made to ensure the accuracy and thoroughness of the list, omissions sometimes occur. Please send corrections or additions on company letterhead to: Stan Fichtman, Pacific Business News, P.O. Box 833, Honolulu, HI 96808. If you wish to be surveyed when this list is updated, please send your company name, name of contact person and fax number to Stan Fichtman at the same address.

Researched by Stan Fichtman (sfichtman@bizjournals.com)

88 PACIFIC BUSINESS NEWS                                      2005 Book of                                      Daily Edition: pacific.bizjournals.com    Daily Editi

# LAW FIRMS - OAHU
### Ranked by Number of lawyers, including Of Counsel

| Rank (Previous rank) | Law firm name, Address, Phone/fax number, Web site address | Year established in Hawaii | Total number of: • Lawyers • Partners • Associates • Of counsels | • Number of paralegals • Number of lawyers doing pro bono work • Total full-time support staff | • Hourly fee range for partners • Hourly fee range for associates • 2003 gross revenue | • Number of university students hired in 2003 • Starting salary for recent university grad. | • Some major specialty areas firm focuses on • Some notable clients the firm represents | Top contact, Title, Branch offices | Rank (Previous rank) |
|---|---|---|---|---|---|---|---|---|---|
| 1. (1) | Goodsill Anderson Quinn & Stifel, 1099 Alakea St., Suite 1800, Honolulu, HI 96813, (808) 547-5600 / (808) 547-5880, www.goodsill.com | 1878 | • 80 • 48 • 30 • 2 | • 7 • NA • 68 | • DND • DND • $21,600,000 | • 4 • DND | • Full-service firm, litigation, real property, tax, banking, labor/employment, environmental, public utilities, trusts and estates • Hawaiian Electric Industries Inc., Castle & Cooke Inc., Bank of Hawaii | Wayne T. Yoshimura, Managing Director, None | 1. |
| 2. (2) | Carlsmith Ball LLP, 1001 Bishop St., ASB Tower, 2200, Honolulu, HI 96813, (808) 523-2500 / (808) 523-0842, www.carlsmith.com | 1857 | • 64 • 39 • 13 • 12 | • 14 • Majority • 94 | • DND • DND • DND | • 1 • $72,500 | • Real property, litigation, corporate, finance, pension, estate planning, employment, environmental, maritime, high-tech • Campbell Estate, Ala Moana Center, Damon Estate, Bank of Hawaii, Hokula | Michelle Imata, Managing Partner, Hilo, Kapolei, Wailuku, Kailua-Kona | 2. (3) |
| 3. (3) | Cades Schutte LLP, 1000 Bishop St., Suite 1200, Honolulu, HI 96813, (808) 521-9200 / (808) 521-9210, www.cades.com | 1922 | • 56 • 37 • 19 • 5 | • 11 • Most • 54 | • $200 - $400 • $130 - $275 • $20,500,000 | • 3 • $72,500 | • Business law, litigation, real estate, tax, banking and finance, land use and property rights, trusts and estate planning, intellectual property, media • DND | Nelson Chung, Nicholas Dreher and Jeffrey Portnoy, Management Committee, Kailua-Kona | 2. (3) |
| 4. (5) | Alston Hunt Floyd & Ing, 1001 Bishop St., 18th Floor ASB Tower, Honolulu, HI 96813, (808) 524-1800 / (808) 524-4591, www.ahfi.com | 1991 | • 43 • 17 • 19 • 7 | • 11 • 20 • 41 | • $200 - $425 • $115 - $175 • DND | • DND • DND | • Commercial litigation, health care, construction litigation, labor, employment and government contracts law, medical and insurance law, real estate and business • Hawaiian Electric Industries Inc., The Prudential Locations, Kaiser Permanente, HMSA | William S. Hunt, Managing Partner, Kamuela | 4. (7) |
| 5. (4) | McCorriston Miller Mukai MacKinnon LLP, 500 Ala Moana Blvd., 5 Waterfront Plaza, 4th Fl., Honolulu, HI 96813, (808) 529-7300 / (808) 524-8293, www.m4law.com | 1989 | • 42 • 31 • 8 • 3 | • 7 • 42 • 50 | • $160 - $395 • $125 - $180 • DND | • 1 • $73,000 | • Litigation, real estate, international business • Nauru Phosphate Royalties, SVO Pacific Inc., AIG Hawaii Insurance Company, TSA Corp. | O. Scott MacKinnon, Managing Partner, None | 4. (9) |
| 6. (6) | Watanabe Ing Kawashima & Komeiji LLP, 999 Bishop St., Honolulu, HI 96813, (808) 544-8300 / (808) 544-8399, www.wik.com | 1971 | • 36 • 24 • 12 • 2 | • 8 • NA • 41 | • $200 - $450 • $150 - $200 • DND | • 1 • DND | • Litigation, government affairs, banking and real estate, labor • First Hawaiian Bank, Oceanic Cablevision, AIG, Aloha Airlines | Jeffrey N. Watanabe, Managing Partner, None | 4. (3) |
| 7. (11) | Damon Key Leong Kupchak Hastert, 1001 Bishop St., Pauahi Tower, Suite 1600, Honolulu, HI 96813, (808) 531-8031 / (808) 533-2242, www.hawaiilawyer.com | 1953 | • 35 • 12 • 10 • 3 | • 7 • All • 20 | • $220 - $300 • $130 - $190 • DND | • 1 • $64,000 | • Full-service, business, construction, creditors' rights, dispute resolution, e-business, employment, immigration, insurance, international, litigation, real estate • DND | Denis Leong, President, None | 4. (7) |
| 7. (8) | Kobayashi Sugita & Goda, Attorneys at Law, 999 Bishop St., Suite 2600, Honolulu, HI 96813, (808) 539-8700 / (808) 539-8799, NA | 1971 | • 35 • 20 • 15 • None | • 4 • NA • 32 | • $190 - $350 • $125 - $185 • DND | • 2 • $62,000 | • Complex litigation with an emphasis on commercial and construction issues, corporate and international business relations • First Hawaiian Bank, Pacific Guardian Life Insurance Co. Ltd. | Bert Kobayashi, Senior Partner, None | 4. (7) |
| 9. (7) | Torkildson Katz Fonseca Moore & Hetherington, 700 Bishop St., 15th Fl., Honolulu, HI 96813, (808) 523-6000 / (808) 523-6001, www.torkildson.com | 1947 | • 33 • 25 • 8 • 1 | • 5 • 33 • 35 | • $205 - $325 • $130 - $220 • DND | • 2 • $65,000 | • Labor/employment, litigation, corporate, health care, securities, retirement plans, real estate, tax, trusts, estates • Amerisource Bergen, Sears, Hilton Hotels, Aloha Airlines, Castle Medical Center, Sheraton Hotels | Roger Fonseca, Chairman, Executive Committee, Hilo, Wailuku |  |
| 10. (10) | Ashford & Wriston, 1099 Alakea St., Suite 1400, Honolulu, HI 96813, (808) 539-0400 / (808) 533-4945, www.ashfordwriston.com | 1955 | • 27 • 11 • 7 • 9 | • 6 • 18 • 27 | • $200 - $260 • $125 - $175 • $7,700,000 | • 1 • $58,000 | • Real property, civil litigation, business/tax, bank and financial services, health care • Queen Emma Foundation, Bank of Hawaii, Kamehameha Schools, Title Guaranty of Hawaii, Ticor Title, Hawaii State FCU, Old Republic Title | Cuyler Shaw, Managing Partner, Kailua-Kona | 8. (6) |
| 10. (9) | Case Bigelow & Lombardi, ALC, 737 Bishop St., Suite 2600, Honolulu, HI 96813, (808) 547-5400 / (808) 523-1888, www.casebigelow.com | 1888 | • 27 • 19 • 6 • 1 | • 9 • Majority • 37 | • $210 - $360 • $125 - $185 • DND | • 2 • DND | • Real estate, business, land use and development, bankruptcy and collections, civil litigation, administrative law, taxation, probate and estate planning • Amfac Hawaii LLC, D.R. Horton – Schuler Homes, Chevron USA, Crescent Acquisitions Inc. | Dennis Lombardi, Director/President, None | 8. (NR) |
| 12. (12) | Ayabe Chong Nishimoto Sia & Nakamura LLLP, 1001 Bishop St., Pauahi Tower 2500, Honolulu, HI 96813, (808) 595-8946 / (808) 526-3491, NA | 1963 | • 25 • 21 • 2 • 2 | • 2 • 25 • 20 | • $135 - $250 • $110 - $150 • DND | • 2 • DND | • Commercial and civil litigation, professional liability, workers' compensation, construction litigation, legal • TIG Crum & Forster, Travellers, CNA Insurance, Medical Insurance Exchange of California, Argonaut, First Insurance Company of Hawaii | Sidney Ayabe, Managing Partner, None | 8. (7) |
| 13. (13) | Rush Moore Craven Sutton Morry and Beh LLP, 737 Bishop St., Suite 2400, Honolulu, HI 96813, (808) 521-0400 / (808) 521-0597, www.rmhawaii.com | 1946 | • 23 • 20 • 3 • 2 | • 2 • All • 28 | • $150 - $225 • $105 - $125 • DND | • 2 • $60,000 | • Civil litigation, real estate, corporate, estate planning, tax, health care, family law, creditors' rights and bankruptcy • Bank of Hawaii, Hilton Hotels Corp., Hyatt Corp., Kamehameha Schools, Marriott, Robinson Trust, Tesoro | David Shibata, Managing Partner, Maui, Hawaii | 8. (9) |
| 14. (14) | Bays Deaver Lung Rose & Baba, 1099 Alakea St., 16th Fl., Honolulu, HI 96813, (808) 523-9000 / (808) 533-4184, www.legalhawaii.com | 1986 | • 18 • 6 • 10 • 2 | • 3 • All • 17 | • $245 - $325 • $125 - $195 • DND | • 1 • DND | • Litigation, arbitration and business transactions involving real estate, construction, commercial, employment, trusts and estates • Albert Kobayashi Inc., Xerox Corp., Gentry Cos., Waikoloa Development Co., Central Pacific Financial Corp. | A. Bernard Bays, Partner, None | 8. (9) |
| 14. (16) | Burke McPheeters Bordner & Estes, 737 Bishop St., Suite 3100, Honolulu, HI 96813, (808) 523-9833 / (808) 528-1656, www.bmbe-law.com | 1980 | • 13 • 9 • 3 • 1 | • 2 • 13 • 18 | • $150 - $250 • $125 - $150 • DND | • None • $51,000 | • Professional liability, commercial and real estate litigation, personal injury litigation, family law • Castle Medical Center, The Honolulu Medical Group, Kuakini Health System, Hawaii Pacific Health | William Bordner, President, None |  |
| 14. (15) | Reinwald O'Connor & Playdon LLP, 733 Bishop St., Suite 2400, Honolulu, HI 96813, (808) 524-8350 / (808) 531-8628, www.roplaw.com | 1876 | • 18 • 11 • 6 • 1 | • 4 • 16 • 18 | • $150 - $300 • $125 - $200 • DND | • DND • DND | • Commercial litigation, construction, trusts and estates, employment, environmental, bankruptcy, real estate • First Insurance, MIEC, Tesoro, Kaiser Foundation Health Plan, Farmers Insurance | Michael McGuigan, Managing Partner, Kauai |  |
| 17. (17) | Cronin Fried Sekiya Kekina & Fairbanks, 841 Bishop St., Suite 600, Honolulu, HI 96813, (808) 524-1433 / (808) 536-2073, NA | 1973 | • 16 • 12 • 4 • 0 | • 6 • 16 • 24 | • DND • DND • DND | • 3 • DND | • Personal injury and other litigation only • DND | L. Richard Fried, President, None | 12 (12) |
| 18. (18) | Chee Kerr Dodd Beaman & Wong, LLP, 745 Fort St. Mall, Suite 900, Honolulu, HI 96813, (808) 528-8200 / (808) 536-5869, ckdbw.com | 1970 | • 15 • 5 • 5 • 5 | • 5 • 6 • 23 | • $210 - $310 • $130 - $150 • DND | • 1 • DND | • Real Estate, taxation, real estate and commercial litigation • Honu Group, Outrigger, Foodland, NIDC, UFJ Bank | Larry Colombo, Managing Partner, None | 12 (13) |
| 18. (17) | Oshima Chun Fong & Chung LLP, 841 Bishop St., Suite 400, Honolulu, HI 96813, (808) 528-4200 / (808) 531-8466, www.ocfc.com | 1985 | • 15 • 7 • 4 • 4 | • 1 • 15 • 14 | • DND • DND • DND | • 1 • DND | • Banking and finance, business and commercial, business litigation and arbitration, e-commerce, public utilities • DND | Alan Oshima, Managing Partner, None |  |

Notes: DND: Did not disclose; NA: Not applicable/available; NR: Not previously ranked.
Information on this list was supplied by individual companies through questionnaires and/or telephone interviews.

# LAW FIRMS
Ranked by number of lawyers including Of Counsel

| Rank (Prior rank) | Company name Web site | Address | Phone number Fax number | No. of lawyers | Hourly fee range: partners associates | Some specialty areas | Name of top executive Title |
|---|---|---|---|---|---|---|---|
| 1 (1) | Goodsill Anderson Quinn & Stifel www.goodsill.com | 1099 Alakea St., Suite 1800 Honolulu, HI 96813 | (808) 547-5600 (808) 547-5880 | 80 46 | DND DND | Full-service firm, litigation, real property, tax, banking, employment, environmental, public utilities | Miki Okumura Managing Director |
| 2 (2) | Carlsmith Ball LLP www.carlsmith.com | 1001 Bishop St., ASB Tower Suite 2200 Honolulu, Hawaii 96813 | (808) 523-2500 (808) 523-0842 | 64 41 | DND DND | Real estate, land use, litigation, corporate, finance, pension, estate planning, employment, maritime | Karl Kobayashi Chairman |
| 3 (3) | Cades Schutte LLP www.cades.com | 1000 Bishop St., 12th Fl. Honolulu, HI 96813 | (808) 521-9200 (808) 521-9210 | 57 34 | $200 - $400 $130 - $275 | Business, litigation, real estate, tax, banking, finance, land use, property rights, estate planning | Management Committee[1] |
| 4 (5) | McCorriston Miller Mukai MacKinnon LLP www.m4law.com | 500 Ala Moana Blvd., 5 Waterfront Plaza, 4th Fl. Honolulu, HI 96813 | (808) 529-7300 (808) 524-8293 | 42 31 | $175 - $400 $125 - $180 | Litigation, real estate, international business | D. Scott MacKinnon Managing Partner |
| 5 (4) | Alston Hunt Floyd & Ing www.ahfi.com | 1001 Bishop St., 18th Floor ASB Tower Honolulu, HI 96813 | (808) 524-1800 (808) 524-4591 | 41 16 | $215 - $475 $115 - $260 | Commercial, health care, construction, labor, government contracts, insurance, real estate | Paul Alston President |
| 6 (7) | Kobayashi Sugita & Goda, Attorneys at Law www.ksglaw.com | 999 Bishop St., Ste 2600 Honolulu, HI 96813 | (808) 539-8700 (808) 539-8799 | 35 22 | $185 - $350 $125 - $185 | Complex litigation, commercial, construction, corporate, international business | Bert T. Kobayashi Jr. Senior Partner |
| 7 (9) | Torkildson Katz Fonseca Moore & Hetherington www.torkildson.com | 700 Bishop St., 15th Fl. Honolulu, HI 96813 | (808) 523-6000 (808) 523-6001 | 33 24 | $210 - $340 $140 - $225 | Employment, litigation, corporate, health care, securities, retirement plans, real estate, tax, estates | J. George Hetherington Chairman |
| 7 (6) | Watanabe Ing Kawashima & Komeiji LLP www.wik.com | 999 Bishop St. 23rd Fl. Honolulu, HI 96813 | (808) 544-8300 (808) 544-8399 | 33 24 | $200 - $450 $150 - $200 | Litigation, government, regulatory affairs, banking, real estate, labor, employment, foreclosure | Jeffrey N. Watanabe Managing Partner |
| 9 (10) | Ashford & Wriston www.ashfordwriston.com | 1099 Alakea St., Suite 1400 Honolulu, HI 96813 | (808) 539-0400 (808) 533-4945 | 26 13 | $190 - $260 $125 - $185 | Real property, civil litigation, business, tax, bank and financial services, health care, family law | Cuyler Shaw Managing Partner |
| 10 (12) | Ayabe Chong Nishimoto Sia & Nakamura LLLP NA | 1001 Bishop St., Pauahi Tower 2500 Honolulu, HI 96813 | (808) 537-6119 (808) 526-3491 | 25 20 | $150 - $300 $110 - $150 | Commercial and civil litigation, professional liability, workers' compensation, dispute resolution | Sidney Ayabe Managing Partner |
| 11 (7) | Damon Key Leong Kupchak Hastert www.hawaiilawyer.com | 1001 Bishop St., Pauahi Tower, Suite 1600 Honolulu, HI 96813 | (808) 531-8031 (808) 533-2242 | 24 9 | $230 - $300 $130 - $210 | Full-service, business, commercial, construction, creditors' rights, dispute resolution, e-business | Denis C.H. Leong President |
| 12 (10) | Case Bigelow & Lombardi ALC www.casebigelow.com | 737 Bishop St., Suite 2600 Honolulu, HI 96813 | (808) 547-5400 (808) 523-1888 | 23 14 | $210 - $360 $150 - $185 | Real estate, business, land use, bankruptcy, collections, civil litigation, administrative, tax | Dennis Lombardi Director & President |
| 12 (NR) | Stanton Clay Chapman Krumpton & Iwamura www.paclawteam.com | 700 Bishop St., Suite 2100 Honolulu, HI 96813 | (808) 535-8412 (808) 535-8472 | 23 8 | $200 - $285 $150 - $225 | Business, collections, wills, condominium, construction, financial, immigration, mediation | Robert E. Chapman President |
| 14 (14) | Bays Deaver Lung Rose & Baba www.legalhawaii.com | 1099 Alakea St., 16th Fl. Honolulu, HI 96813 | (808) 523-9000 (808) 533-4184 | 21 8 | $215 - $335 $125 - $170 | Litigation, arbitration, real estate, construction, commercial, employment, trusts and estates | Harvey J. Lung Managing Partner |
| 14 (13) | Rush Moore LLP www.rmhawaii.com | 737 Bishop St., Suite 2400 Honolulu, HI 96813 | (808) 521-0400 (808) 521-0597 | 21 16 | $185 - $285 $105 - $150 | Civil litigation, real estate, corporate, estate planning, tax, health care, creditors' rights | David Shibata Managing Partner |
| 16 (14) | Reinwald O'Connor & Playdon LLP www.roplaw.com | 733 Bishop St., Suite 2400 Honolulu, HI 96813 | (808) 524-8350 (808) 531-8628 | 18 11 | $150 - $300 $125 - $200 | Insurance defense, commercial litigation, construction, trusts and estates, employment | Michael McGuigan Managing Partner |
| 17 (17) | Cronin Fried Sekiya Kekina & Fairbanks www.croninfried.com | 841 Bishop St., Suite 600 Honolulu, HI 96813 | (808) 524-1433 (808) 536-2073 | 17 12 | NA[2] NA | Personal injury, litigation | L. Richard Fried President |
| 18 (18) | Oshima Chun Fong & Chung LLP www.ocfc.com | 841 Bishop St., Suite 400 Honolulu, HI 96813 | (808) 528-4200 (808) 531-8466 | 16 10 | DND DND | Banking and finance, business and commercial, business litigation and arbitration, e-commerce | Alan Oshima Managing Partner |
| 19 (19) | Chun Kerr Dodd Beaman & Wong LLP ckdbw.com | 745 Fort St. Mall, Suite 900 Honolulu, HI 96813 | (808) 528-8200 (808) 536-5869 | 14 7 | $210 - $350 $130 - $150 | Real estate, taxation, real estate and commercial litigation | Leroy Colombe Managing Partner |
| 19 (20) | Kessner Duca Umebayashi Bain & Matsunaga NA | 220 South King St., 19th Floor Honolulu, HI 96813 | (808) 536-1900 (808) 529-7177 | 14 8 | $125 - $275 NA | Insurance defense, auto accidents, medical malpractice, workers' compensation, construction | John Bain Managing Partner |
| 21 (14) | Burke McPheeters Bordner & Estes www.bmbe-law.com | 737 Bishop St., Suite 3100 Honolulu, HI 96813 | (808) 523-9833 (808) 528-1656 | 13 9 | $150 - $250 $125 - $150 | Professional liability, commercial and real estate litigation, personal injury litigation, family law | William Bordner President |
| 22 (20) | Paul Johnson Park & Niles www.pjpn.com | 1001 Bishop St., ASB Tower, Suite 1300 Honolulu, HI 96813 | (808) 524-1212 (808) 538-3322 | 12 9 | DND DND | Litigation, arbitration, mediation, commercial, financing, real estate, construction, maritime | William McKeon President |
| 23 (NR) | Belles Graham Proudfoot & Wilson www.kauai-law.com | 4334 Rice St., Suite 202 Lihue, HI 96766 | (808) 245-4705 808-245-3277 | 7 4 | $200 - $250 $135 - $175 | Land use, real property, business, cooperative, utilities, commercial litigation, admiralty and maritime | David Proudfoot Managing Partner |
| 24 (NR) | Ing Horikawa Kuwada Jorgensen and Toma www.ingmauilaw.com | 2145 Wells St. Ste. 204 Wailuku, HI 96793 | (808) 242-4555 (808) 244-6964 | 4 3 | $200 - $225 NA | Real estate, business, personal injury, litigation, estate planning, probate | Lawrence N.C. Ing Senior Partner |
| 25 (NR) | David A Sereno, A Law Corporation www.davidserenolaw.com | 55-B N. Church St. Wailuku, HI 96793 | (808) 242-5710 (808) 242-7246 | 3 0 | $200 - $350 $0 | Criminal law | David Sereno President |

Notes: DND: did not disclose; NA: not applicable/available; NR: not previously ranked. Last year, Oahu and Neighbor Island law firms were listed separately. Therefore, all neighbor island law firms are listed as not previously ranked. Number of support staff listed is full-time. Information on this list was supplied by individual firms through questionnaires.
[1] The members of the Cades Schutte management committee are Jeffrey S. Portnoy, Nicholas C. Dreher, David Schulmeister and Donna Y.L. Leong.
[2] Cronin Fried Sekiya Kekins & Fairbanks work on contingency fees and do not charge by the hour.