## FUKUNAGA MATAYOSHI HERSHEY & CHING
## NON-TAXABLE COSTS

| Date | Vendor | Amount | Description of Costs & Expenses |
|---|---|---|---|
| 05/31/04 | Westlaw/Lexis | 3.50 | Computer Research |
| 07/31/04 | Westlaw/Lexis | 42.93 | Computer Research |
| 08/31/04 | Westlaw/Lexis | 63.14 | Computer Research |
| 09/30/04 | Westlaw/Lexis | 289.47 | Computer Research |
| 10/31/04 | Westlaw/Lexis | 18.15 | Computer Research |
| 12/31/04 | Westlaw/Lexis | 211.42 | Computer Research |
| 02/28/05 | Westlaw/Lexis | 25.75 | Computer Research |
| 03/31/05 | Westlaw/Lexis | 10.30 | Computer Research |
| 03/15/05 | Clyde Matsui, Esq. | 709.61 | Discovery Master services (pro rata share) |
| 04/06/04 | William G. Meyer, III, Esq. | 500.00 | Mediator services (deposit) |
| 02/02/05 | William G. Meyer, III, Esq. | 1178.03 | Mediator services (pro rata share) |
| **TOTAL NON-TAXABLE COSTS** | | **3,052.30** | |



EXHIBIT C

**FUKUNAGA MATAYOSHI HERSHEY & CHING, LLP**

| DATE | DESCRIPTION | INVOICE # | AMOUNT | CHECK DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| 02/02/05 | 1337 Dwyer Schraff Meyer Jossem & Bushnell 98.94 | | 1178.03 | | 1178.03 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | Gross | Ded. | 0.00 Net |
|---|---|---|---|---|---|
| 02/02/05 | 25455 | | 1178.03 | | 1178.03 |

25455

---

**FUKUNAGA MATAYOSHI HERSHEY & CHING, LLP**
841 BISHOP STREET
SUITE 1200
HONOLULU, HI 96813
(808) 533-4300

BANK OF HAWAII
ALA MOANA BRANCH 017
HONOLULU, HAWAII 96814
59-102-1213

| DATE | CHECK | AMOUNT |
|---|---|---|
| 02/02/05 | 25455 | **$1,178.03 |

PAY TO THE ORDER OF

Dwyer Schraff Meyer Jossem & Bushnell
A Law Corporation
900 Fort Street Mall
1800 Pioneer Plaza
Honolulu, HI 96813

*** ONE THOUSAND ONE HUNDRED SEVENTY-EIGHT & 03/100 DOLLARS

NOT NEGOTIABLE

091137/7-95

**FUKUNAGA MATAYOSHI HERSHEY & CHING, LLP**   25607

| DATE | DESCRIPTION | INVOICE # | CHECK AMOUNT | DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------------|-----------|------------|
| | 241 Matsui Chung A Law Corporation | | | | |
| 02/14/05 | 98.94 | | 709.61 | | 709.61 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | Gross: | 709.61 | Ded: | 0.00 | Net: | 709.61 |
|------------|----------------|----------|--------|--------|------|------|------|--------|
| 03/15/05 | 25607 | | | | | | | |

---

**FUKUNAGA MATAYOSHI HERSHEY & CHING, LLP**
841 BISHOP STREET
SUITE 1200
HONOLULU, HI 96813
(808) 533-4300

BANK OF HAWAII
ALA MOANA BRANCH 017
HONOLULU, HAWAII 96814
59-102-1213

25607

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 03/15/05 | 25607 | ****$709.61 |

*** SEVEN HUNDRED NINE & 61/100 DOLLARS

PAY TO THE ORDER OF

Matsui Chung A Law Corporation
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu HI 96813

NOT NEGOTIABLE

⑈025607⑈ ⑆123101281⑆ 0017 129406⑈

FUKUNAGA MATAYOSHI HERSHEY & CHING, LLP                                                                              23953

| DATE | DESCRIPTION | INVOICE # | AMOUNT | CHECK DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| | 1275 William G. Meyer, III, Esq. | | | | |
| 04/06/04 | 98.94 | | 500.00 | | 500.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | | | | | |
|---|---|---|---|---|---|---|---|
| 04/06/04 | 23953 | | Gross: | 500.00 | Ded: | 0.00 Net: | 500.00 |

---

**FUKUNAGA MATAYOSHI HERSHEY & CHING, LLP**                                    BANK OF HAWAII                                    23953
841 BISHOP STREET                                                              ALA MOANA BRANCH 017
SUITE 1200                                                                     HONOLULU, HAWAII 96814
HONOLULU, HI 96813                                                             59-102-1213
(808) 533-4300

DATE          CHECK          AMOUNT

04/06/04                                    ****$500.00

PAY
TO THE                    *** FIVE HUNDRED & 00/100 DOLLARS
ORDER
OF

William G. Meyer, III, Esq.
900 Fort Street Mall, Suite 1800
Honolulu, HI 96813

NOT NEGOTIABLE

⑆023953⑆  ⑆1213⑆1028⑆  0017⑆129406⑆

4/6/2004