## GOODSILL ANDERSON QUINN & STIFEL
## LEGAL FEES

A.    CASE DEVELOPMENT

| Date | Timekeeper | Time | Rate | Amount | Description of Service |
|---|---|---|---|---|---|
| 07/17/03 | P. Kashiwa | 0.20 | 280.00 | 56.00 | Telephone call to G. Okumura [redacted] |
| 07/18/03 | P. Kashiwa | 1.80 | 280.00 | 504.00 | Discuss with R.J. Tjioe [redacted]; Telephone call to G. Okumura [redacted]; Telephone call to T. Hogan and W. Berry re HTC may be liable for innocent infringement based on (1) Joint-Employer Theory, (2) Joint Thru-Rates, and (3) use of computer terminal at Fleming's facility; Plans to file TRO and Complaint on July 18 or July 21 and to continue investigation of HTC as DOE Defendant; Telephone call to G. Okumura and C. Ikeno [redacted] |
| 07/21/03 | P. Kashiwa | 1.00 | 280.00 | 280.00 | Discuss with R.J. Tjioe re Substance of Telephone conversation with T. Hogan and W. Berry; Telephone call to G. Okumura and C. Ikeno [redacted] |
| 07/22/03 | P. Kashiwa | 0.30 | 280.00 | 84.00 | Telephone call to W. Wei [redacted] |
| 08/04/03 | P. Kashiwa | 1.70 | 280.00 | 476.00 | Review letter from T. Hogan; Draft e-mail to G. Okumura and C. Ikeno transmitting PDF of same [redacted]; Telephone call from T. Hogan re (1) W. Wei is "low tech" using only print-outs of info, (2) HTC only provided payroll services to HEX, (3) supermarkets and HI consumers are potential infringers, (4) settle for modest or nuisance value, and (5) purpose and timing of settlement; Telephone call to G. Okumura [redacted]; Await T. Hogan's proposal of modest settlement; Okay to pursue dismissal. |
| 08/05/03 | P. Kashiwa | 1.20 | 280.00 | 336.00 | Discuss with R.J. Tjioe [redacted]; Review transcript of July 25 hearing of W. Berry's TRO and Preliminary Injunction; Telephone call to G. Okumura [redacted] |
| 08/07/03 | P. Kashiwa | 0.30 | 280.00 | 84.00 | Draft e-mail to G. Okumura forwarding PDF of T. Hogan's August 5, 2003 letter; Discuss with S.G. Morita re prepare response to T. Hogan's settlement proposal for $25,000 for past "infringement" and $5/containers for future license fee. |


EXHIBIT D

| Date | Timekeeper | Time | Rate | Amount | Description of Service |
|---|---|---|---|---|---|
| 08/07/03 | S. Morita | 1.30 | 155.00 | 201.50 | Work with P. Kashiwa re Wayne Berry matter and response to offer of settlement; Research applicable copyright law and review transcript of hearing on W. Berry's TRO motion. |
| 08/11/03 | S. Morita | 5.00 | 155.00 | 775.00 | Work with P. Kashiwa on Infringement Claim; Research re Liability for Copyright Infringement. |
| 08/11/03 | P. Kashiwa | 1.00 | 280.00 | 280.00 | Telephone call from T. Hogan re Bankruptcy Court denied Fleming's Motion to Cease Communications and HTC as Defendant; Draft e-mail to G. Okumura [redacted]; Discuss with S.G. Morita re accelerate research re response to T. Hogan's settlement offer; Telephone call from G. Okumura [redacted] |
| 08/12/03 | S. Morita | 1.70 | 155.00 | 263.50 | Research Berry's Copyright Infringement Claim |
| 08/13/03 | S. Morita | 1.50 | 155.00 | 232.50 | Research Copyright Infringement Liability |
| 08/18/03 | P. Kashiwa | 0.30 | 280.00 | 84.00 | Telephone call from L. Smith re schedule meeting at 2:00 p.m. tomorrow, August 19, re insights re T. Hogan; Telephone call from G. Okumura [redacted]; Discuss with S.G. Morita re transcript of hearing re W. Berry's preliminary injunction. |
| 08/18/03 | S. Morita | 2.80 | 155.00 | 434.00 | Work on correspondence to T. Hogan re W. Berry settlement proposal; Draft e-mail to G. Okumura [redacted] |
| 08/19/03 | S. Morita | 2.30 | 155.00 | 356.60 | Conference with L Smith and P. Kashiwa re W. Berry, T. Hogan and prior litigation against Fleming; Telephone conference with C. Ikeno and P. Kashiwa [redacted]; Draft e-mail to G. Okumura and C. Ikeno [redacted]. |
| 08/25/03 | S. Morita | 3.40 | 155.00 | 527.00 | Review First Amended Complaint and work on letter to T. Hogan re W. Berry's claims against HTC. |
| 08/26/03 | S. Morita | 0.80 | 155.00 | 124.00 | Work on letter to T. Hogan re W. Berry's claim and settlement. |
| 09/11/03 | P. Kashiwa | 0.40 | 280.00 | 112.00 | Retrieve voice-mail from L. Smith re T. Hogan entered default against HTC for failure to timely answer complaint; Telephone call to G.Okumura and C. Ikeno - not in, leave message; Telephone call to S.G. Morita re check whether HTC was served with process; Telephone call from G. Okumura [redacted] |

| Date | Timekeeper | Time | Rate | Amount | Description of Service |
|---|---|---|---|---|---|
| 09/12/03 | L. Lynch | 1.20 | 120.00 | 144.00 | Check Court Docket and the U.S. District Court for service of Complaint on Defendant, and for defaults in Civil No. 03-385-SOM-LEK, Berry vs. Hawaiian Express Service, et al.; Review court file and obtain copy of return of service on Hawaii Transfer Company, Limited filed on 8/20/03. |
| 9/12/03 | S. Morita | 0.30 | 155.00 | 46.50 | Review Federal Court docket sheet re Service of HTC and Entry of Default Against HTC; Work with P. Kashiwa re same. |
| 09/12/03 | P. Kashiwa | 1.80 | 280.00 | 504.00 | Discuss w/ S.G. Morita re docket sheet reflects service of Complaint was effected on 8/14 and default entered on 9/9; Telephone call to L. Smith - not in, leave message; Review T. Hogan's Entry of Default and telephone call from G. Okumura and C. Ikeno [redacted]; Telephone call from G. Okumura [redacted]; Telephone call to T. Hogan - not in- leave message re request he Stipulate to Set Aside Entry of Default; Retrieve voice-mail message from T. Hogan re he agreed to Stipulate to Set Aside Entry of Default; Telephone call to G. Okumura [redacted]; Retrieve voice-mail message from M. Lam [redacted]; Telephone call to C. Ikeno [redacted]; Telephone call from P. Yoshioka [redacted]; Telephone call from P. Yoshioka [redacted]; Discuss with L.A. Lynch re request he review Return of Service for P. Viena's signature; Review Return of Service copied from Federal Court bearing signature of P. Viena; Discuss with L. L.ynch and telephone call to P. Yoshioka [redacted]. |
| 09/15/03 | S. Morita | 1.70 | 155.00 | 263.50 | Review court docket sheet re pending motions and status of case; Conference with P. Kashiwa re status of case; Draft Stipulation to set Aside Entry of Default and Stipulation to Set Aside; Telephone conference with P. Yoshioka [redacted]; E-mail correspondence to P. Yoshioka [redacted] |
| 9/23/03 | E. Saffery | 1.70 | 210.00 | 357.00 | Review Complaint and analysis re propriety of filing a Motion to Dismiss in Lieu of an Answer. |
| 09/24/03 | E. Saffery | 0.90 | 210.00 | 189.00 | Review and analysis re Defenses to Claims Asserted by Berry and possible use in Motion for Summary Judgment. |
| 09/30/03 | S. Morita | 0.20 | 155.00 | 31.00 | Draft e-mail to G.Okumura and C. Ikeno [redacted] |

3

| Date | Timekeeper | Time | Rate | Amount | Description of Service |
|---|---|---|---|---|---|
| 01/05/04 | E. Saffery | 0.90 | 210.00 | 189.00 | Follow up on Research re Copyright Infringement Claims and Feasibility of bringing Motion for Summary Judgment |
| 01/20/04 | S. Morita | 0.10 | 160.00 | 16.00 | Telephone Conference with E. Reber, L. Smith and Court re Motions scheduled for hearing today. |
| 01/29/04 | P. Kashiwa | 0.90 | 285.00 | 256.00 | Telephone call from E. Reber-Porter re Berry Alleges in 2nd Amended Complaint that Rico Statutes have been violated and hearing on Berry's Motions tomorrow; Discuss with E.K. Saffery re Plaintiff's Motion for Leave to File 2nd Amended Complaint. |
| 02/06/04 | E. Saffery | 1.90 | 210.00 | 399.00 | Prepare for and attend strategy conference; telephone conference w/ Wes Ching re transfer of case |
| 02/06/04 | E. Saffery | 0.80 | 210.00 | 168.00 | Telephone conference w/ Tim Hogan re settlement proposal; confer w/ S. Morita re drafting settlement conference statement |
| 02/09/04 | P. Kashiwa | 0.20 | 285.00 | 57.00 | Review T. Hogan's fax re settlement proposal; draft email to E. Saffery re forward T Hogan's settlement proposal to W Ching |
| 02/10/04 | P. Kashiwa | 0.10 | 285.00 | 28.50 | Discuss w/ S. Morita re 2nd Amended Complaint |
| 02/10/04 | E. Saffery | 0.90 | 210.00 | 189.00 | Telephone conference w/ W Ching and work on getting materials together for transfer to his office |
| 02/11/04 | P. Kashiwa | 0.30 | 285.00 | 85.50 | Review fax from court re Court's inclination to grant Plaintiff's Motion for Leave to File 2nd Amended Complaint; Discuss w/ E Saffery and S Morita re met w/ W Ching and timetable to transition files and client to W Ching, and court's likely ruling on Plaintiff's motion for leave to file 2nd Amended Complaint |
| 02/11/04 | E. Saffery | 2.00 | 210.00 | 420.00 | Work on compiling file and materials for transfer to Wes Ching; prepare for and meet with Wes Ching; review court orders re Plaintiff's motion to amend and analysis re affect on claims against Hawaii Transfer |
| 03/01/04 | P. Kashiwa | 0.30 | 285.00 | 85.50 | Draft email to G. Okumura [redacted] |
| 03/08/04 | P. Kashiwa | 0.10 | 285.00 | 28.50 | Review email of summary of settlement conference with W. Ching |

| Date | Timekeeper | Time | Rate | Amount | Description of Service |
|---|---|---|---|---|---|
| 07/09/04 | P. Kashiwa | 0.80 | 285.00 | 228.00 | Conference call with G. Okumura and C. Ikeno; Conference call with E.K. Saffery to W. Ching re (1) Prior Shareholders, (2) Prior Corporate and Trade Names, (3) Current Shareholders and Corporate Name, (4) Business Reasons, and (5) schedule meeting,; Conference call with E.K. Saffery to G. Okumura |
| 07/09/04 | E. Saffery | 0.70 | 210.00 | 147.00 | Conference w. P. Kashiwa re Telephone call to Wes Ching |
| 07/15/04 | P. Kashiwa | 1.70 | 285.00 | 484.50 | Conference w. G. Okumura, C. Ikeno, W. Ching and E.K. Saffery [redacted] |
| 09/07/04 | P. Kashiwa | 0.60 | 285.00 | 171.00 | Review e-mail from C. Ikeno [redacted]; Review C. Ikeno's e-mail [redacted] |
| 09/27/04 | E. Saffery | 0.50 | 210.00 | 105.00 | Review emails from W. Ching re Status and Respond to Request for Insurance Information |
| 09/29/04 | E. Saffery | 1.20 | 210.00 | 252.00 | Telephone call to W. Ching re status of Summary Judgment Motion; Work on locating document required by T. Hogan in discovery |
| 10/27/04 | E. Saffery | 1.00 | 210.00 | 210.00 | Telephone conference call w/ C. Ikeno [redacted]; Confer with J. Morgan re same; Review same from J. Morgan and documents attached and confer with C. Ikeno [redacted] |
| **TOTALS:** | P. Kashiwa | 15.00 | | 4224.50 | |
| | E. Saffery | 12.50 | | 2625.00 | |
| | S. Morita | 21.10 | | 3271.10 | |
| | L. Lynch | 1.20 | | 144.00 | |
| **CATEGORY A - TOTAL LEGAL FEES** (including Hawaii General Excise Tax) | | | | 10692.12 | |

B.  **PLEADINGS**

| Date | Timekeeper | Time | Rate | Amount | Description of Service |
|---|---|---|---|---|---|
| 09/25/03 | S. Morita | 0.20 | 155.00 | 31.00 | Review filed Stipulation and Order to Set Aside Entry of Default Against HTC; Transmit copies to T. Hogan and L. Smith; Draft e-mail to G. Okumura and C. Ikeno [redacted]. |
| 01/16/04 | P. Kashiwa | 0.10 | 285.00 | 28.50 | Review Plaintiff's Pleadings re Entry of Default against Fleming and C&S. |
| 02/06/04 | S. Morita | 1.00 | 160.00 | 160.00 | Work on confidential settlement conference letter |
| 02/09/04 | S. Morita | 1.50 | 160.00 | 240.00 | Work on confidential settlement conference letter |
| 02/09/04 | E. Saffery | 2.90 | 210.00 | 609.00 | Work on confidential settlement conference statement; Review Fleming's Answer to 1st Amended Complaint; Review Plaintiff's Reply in Support of Motion to File 2nd Amended Complaint |
| 06/07/04 | P. Kashiwa | 0.20 | 285.00 | 57.00 | Review Court's Order Affirming Discovery Limitations in Amended Rule 16 Scheduling Order |
| 07/07/04 | P. Kashiwa | 0.10 | 285.00 | 28.50 | Review Court Order re Discovery of T. Noa's phone records. |
| 10/27/04 | P. Kashiwa | 0.10 | 285.00 | 28.50 | Review Federal Court's Minute Order re T. Noa's Motion for Protective Order |
| **TOTALS:** | **P. Kashiwa** | **0.50** | | **142.50** | |
| | **E. Saffery** | **2.90** | | **609.00** | |
| | **S. Morita** | **2.70** | | **431.00** | |
| **CATEGORY B - TOTAL LEGAL FEES** (including Hawaii General Excise Tax) | | | | **1231.76** | |

6

C.  **DISCOVERY**

| Date | Timekeeper | Time | Rate | Amount | Description of Service |
|---|---|---|---|---|---|
| 09/30/03 | E. Saffery | 0.70 | 210.00 | 147.00 | Review Plaintiff's proposed draft re Rule 26 Conference; Work on Rule 26 Disclosures. |
| 06/08/04 | E. Saffery | 5.80 | 210.00 | 1218.00 | Assist Hawaii Transfer Co. with Interrogatory Responses. |
| 06/14/04 | E. Saffery | 0.50 | 210.00 | 105.00 | Finalize Interrogatory Answers. |
| 06/16/04 | P. Kashiwa | 0.10 | 285.00 | 28.50 | Telephone Call from G. Okumura [redacted]. |
| 06/17/04 | E. Saffery | 0.60 | 210.00 | 126.00 | Review Proposed Responses to Berry's Interrogatories. |
| 08/26/04 | E. Saffery | 0.60 | 210.00 | 126.00 | Review C&S Agreement to determine if it would be detrimental if produced in discovery. |
| 09/15/04 | E. Saffery | 0.20 | 210.00 | 42.00 | Telephone call to office of W. Ching re Discovery Interrogatory issues |
| 10/04/04 | E. Saffery | 0.60 | 210.00 | 126.00 | Telephone conference call w/ C. Ikeno [redacted]; Telephone call w/ M. Lam; Telephone conference call w/ J. Morgan re same |
| **TOTALS:** | **P. Kashiwa** | **0.10** | | **28.50** | |
| | **E. Saffery** | **9.00** | | **1890.00** | |
| **CATEGORY C - TOTAL LEGAL FEES (including Hawaii General Excise Tax)** | | | | **1998.42** | |

**D.   DEPOSITIONS**

| Date | Timekeeper | Time | Rate | Amount | Description of Service |
|---|---|---|---|---|---|
| 12/16/03 | S. Morita | 0.10 | 155.00 | 15.50 | Telephone conference with E. Reber Porter re Deposition of M Dillon. |
| 12/22/03 | E. Saffery | 0.40 | 210.00 | 84.00 | Prepare for Deposition of M. Dillon |
| 12/23/03 | E. Saffery | 6.50 | 210.00 | 1365.00 | Prepare for and attend Deposition of M. Dillon. |
| TOTALS: | E. Saffery | 6.90 | | 1449.00 | |
| | S. Morita | 0.10 | | 15.50 | |
| CATEGORY D - TOTAL LEGAL FEES (including Hawaii General Excise Tax) | | | | 1525.51 | |

### E.  MOTIONS PRACTICE

| Date | Timekeeper | Time | Rate | Amount | Description of Service |
|---|---|---|---|---|---|
| 12/03/03 | E. Saffery | 0.30 | 210.00 | 63.00 | Review Flemming's Motion for Appointment of Discovery Master. |
| 01/20/04 | P. Kashiwa | 0.20 | 285.00 | 57.00 | Review L. Smith's Motion to Set Aside Entry of Default against C&S |
| 01/23/04 | E. Saffrey | 2.00 | 210.00 | 420.00 | Review Fleming's Motion to Set Aside Entry and Default; Review Plaintiff's Motion for Relief from Rule 16 Scheduling Orders; Review Plaintiff's Motion to File Second Amended Complaint; Review Plaintiff's Motion for Entry of Default |
| 01/30/04 | P. Kashiwa | 0.30 | 285.00 | 85.50 | Review Plaintiff's Opposition to C&S Motion to Set Aside Default and Foodland's Opposition to Plaintiff's Motion for Relief from Rule 16 Scheduling Conference |
| 01/31/04 | P. Kashiwa | 0.50 | 285.00 | 142.50 | Review Plaintiff's Opposition to Fleming's Motion to Set Aside Entry of Default; Review Foodland's Opposition to Plaintiff's Motions to File 2nd Amended Complaint and for Relief from Rule 16 Scheduling Order |
| 02/02/04 | P. Kashiwa | 0.10 | 285.00 | 28.50 | Received and review Fleming's Opposition to Plaintiff's Motion to Amend Complaint |
| 02/02/04 | E. Saffrey | 0.90 | 210.00 | 189.00 | Review Opposition Memos to Motion filed by Plaintiff to Set Aside Rule 16 Scheduling Order and Motion to Amend Complaint |
| 09/16/04 | E. Saffery | 2.20 | 210.00 | 462.00 | Meet at Wes Ching's office to confer re Motion for Summary Judgment |
| 09/30/04 | E. Saffery | 1.60 | 210.00 | 336.00 | Review Motion for Summary Judgment and Declarations, and e-mail comments and suggestions to J. Morgan |
| TOTALS: | P. Kashiwa | 1.10 | | 313.50 | |
| | E. Saffery | 7.00 | | 1470.00 | |
| CATEGORY E - TOTAL LEGAL FEES (including Hawaii General Excise Tax) | | | | 1857.80 | |

F.  ATTENDING COURT HEARINGS

| Date | Timekeeper | Time | Rate | Amount | Description of Service |
|---|---|---|---|---|---|
| 09/25/03 | E. Saffery | 0.80 | 210.00 | 168.00 | Prepare for Rule 26 Conference |
| 09/26/03 | E. Saffery | 0.70 | 210.00 | 147.00 | Attend Rule 26 Conference |
| 12/01/03 | E. Saffery | 1.50 | 210.00 | 315.00 | Attend Status Conference with Judge L. Kobayashi |
| 12/30/03 | S. Morita | 2.00 | 155.00 | 310.00 | Review file and prepare for hearing on Motion for Appointment of Special Discovery Master; Attend hearing on same; Attend Status Conference with Court to discuss Discovery issues/disputes and resolution. |
| 01/29/04 | E. Saffery | 0.40 | 210.00 | 84.00 | Prepare for further Status Conference with Judge Kobayashi |
| 01/30/04 | E. Saffery | 1.50 | 210.00 | 315.00 | Attend Status Conference at Federal Court; Review HEX's Opposition to Motion to Amend; Work on response to motions filed by Plaintiffs |
| 02/17/04 | E. Saffery | 3.60 | 210.00 | 756.00 | Prepare for and attend hearing on Motions to Amend Complaint; attend Settlement Conference |
| TOTALS: | E. Saffery | 8.50 | | 1785.00 | |
| | S. Morita | 2.00 | | 310.00 | |
| CATEGORY F - TOTAL LEGAL FEES (including Hawaii General Excise Tax) | | | | 2182.28 | |

**TOTAL LEGAL FEES FOR ALL CATEGORIES (A-F)   $ 19,487.89**