# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/4/06  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00385SOM-LEK |
| CASE NAME: | Wayne Berry, a Hawaii citizen vs. Hawaiian Express Service, Inc., a California corporation, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 4/4/06 | TIME: | |

COURT ACTION:  EO:  **Defendant Hawaii Transfer Company, Limited's Motion for An Award of Attorneys' Fees and Related Non-Taxable Costs** filed on 3/30/06 was Referred to Magistrate Judge Leslie E. Kobayashi for consideration by Judge Susan Oki Mollway on 4/3/06.

Pursuant to LR 54.3, Defendant Hawaii Transfer Company, Limited's Motion for An Award of Attorneys' Fees and Related Non-Taxable Costs will be considered by Magistrate Judge Leslie E. Kobayashi as a Non Hearing Motion.

Pursuant to LR 54.3 Defendant Hawaii Transfer Company, Limited's  Statement of Consultation is due on **4/13/06**.

Pursuant to LR 54.3 and FRCvP Rule 6(e): Memorandum in Opposition is due **4/27/06**.

Reply Memorandum is due **5/11/06.**

Defendant Hawaii Transfer Company, Limited's Motion for An Award of Attorneys' Fees and Related Non-Taxable Costs  will be taken under advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

**Settlement Conference Re: Attorneys' Fees and Costs set for 5/5/06 at 2:00 p.m. before Magistrate Judge Leslie E. Kobayashi**.

cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager