CHUN, KERR, DODD, BEAMAN & WONG,
  A Limited Liability Law Partnership

LEROY E. COLOMBE     #3662-0
745 Fort Street, 9th Floor
Honolulu, HI 96813
Telephone: 528-8200
Facsimile: 536-5869
Email: lcolombe@ckdbw.com

Attorneys for Defendant
FOODLAND SUPER MARKET, LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, ) | CASE NO. 03-CV-00385 SOM/LEK |
| ) | (Copyright) |
| Plaintiff, ) | |
| vs. ) | CERTIFICATE OF SERVICE; |
| ) | EXHIBIT 1 |
| HAWAIIAN EXPRESS SERVICE, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the following documents were duly served via the Court's electronic transmission facilities to the parties listed on the attached *Exhibit 1*:

    1.   Defendant Foodland Super Market Limited's Memorandum in Support of its Bill of Costs;

    3.   Declaration of Leroy E. Colombe; and

    4.   Exhibit A.

In addition, a true and exact copy of the above-referenced documents were served by hand delivery, on this date, on the following:

>WESLEY H.H. CHING, ESQ.
>Fukunaga, Matayoshi, Hershey & Ching
>1200 Davies Pacific Center
>841 Bishop Street
>Honolulu, HI 96813
>
>Attorney for Defendant
>HAWAIIAN TRANSFER COMPANY, LTD.

DATED: Honolulu, Hawaii, April 5, 2006.

/s/ Leroy E. Colombe
_____
LEROY E. COLOMBE

CHUN, KERR, DODD, BEAMAN & WONG,
A Limited Liability Law Partnership

Attorney for Defendant
FOODLAND SUPER MARKET, LIMITED

<u>EXHIBIT 1</u>

LEX R. SMITH (lrs@ksglaw.com)
THOMAS H. YEE (thy@ksglaw.com)

    Attorneys for Defendant
    C&S LOGISTICS OF HAWAII, LLC,
    C&S WHOLESALE GROCERS, INC.,
    C&S ACQUISITIONS, LLC,
    RICHARD COHEN and ES3,LEC


DAMIAN CAPOZZOLA (dcapozzola@kirkland.com)
R. OLIVIA SAMAD (osamad@kirkland.com)

    Attorney for Defendant
    FLEMING COMPANIES, INC.


LYLE S. HOSODA (lsh@hosodalaw.com)
RAINA P. MEAD (rpbm@hosodalaw.com)

    Attorneys for
    MARK DILLON, TERESA NOA and
    BRIAN CHRISTENSEN


REX Y. FUJICHAKU (rfujichaku@bchlaw.net,
             jennifer@bchlaw.net)

    Attorneys for Defendant
    GUIDANCE SYSTEMS, INC.


TIMOTHY J. HOGAN (tjh@loio.com)

    Attorney for Plaintiff
    WAYNE BERRY


EXHIBIT 1