LYLE S. HOSODA & ASSOCIATES, LLC

LYLE S. HOSODA        3964-0
RAINA P.B. MEAD       7329-0
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

Attorneys for Defendants
BRIAN CHRISTENSEN, MARK DILLON, TERESA NOA,
MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO,
ALFREDDA WAIOLAMA, and JACQUELINE RIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | CIVIL NO. CV03-00385 SOM-LEK |
|  | (Copyright) |
| Plaintiff, |  |
|  | DEFENDANTS BRIAN CHRISTENSEN, |
| v. | MARK DILLON, TERESA NOA, |
|  | MELVIN PONCE, SONIA PURDY, |
| HAWAIIAN EXPRESS SERVICE, | JUSTIN FUKUMOTO, ALFREDDA |
| INC., a California | WAIOLAMA, AND JACQUELINE RIO'S |
| corporation; H.E.S. | STATEMENT OF CONSULTATION; |
| TRANSPORTATION SERVICES, INC., | DECLARATION OF LYLE S. HOSODA; |
| a California corporation; | CERTIFICATE OF SERVICE |
| CALIFORNIA PACIFIC |  |
| CONSOLIDATORS, INC.,a |  |
| California corporation; |  |
| JEFFREY P. GRAHAM and PETER |  |
| SCHAUL, California citizens; |  |
| MARK DILLON and TERESA NOA, |  |
| BRIAN CHRISTENSEN, Hawaii |  |
| citizens; FLEMING COMPANIES, |  |
| INC.,an Oklahoma corporation; | Mon-Hearing Motion |
| C & S LOGISTICS OF HAWAII, | Magistrate:   Hon. Leslie E. |
| LLC, a Delaware LLC; C & S |              Kobayashi |
| WHOLESALE GROCERS, INC., a |  |
| Vermont corporation; C & S | [caption continued on next |
| ACQUISITIONS, LLC; FOODLAND | page] |
| SUPER MARKET, LIMITED, a |  |
| Hawaii corporation; HAWAII |  |

| | |
|---|---|
| TRANSFER COMPANY, LIMITED, a Hawaii corporation; RICHARD COHEN, New Hampshire citizen; ES3, LLC, a Delaware Limited Liability Company, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, JACQUELINE RIO, Hawaii citizens; JESSIE GONSALVES, LUIZ RODRIGUES, AL PEREZ and PATRICK HIRAYAMA, California citizens; GUIDANCE SOFTWARE, LLC, a California LLC; MICHAEL GURZI, a California citizen; ALIX PARTNERS, LLC, a Delaware LLC; DOE INDIVIDUALS 2-350; DOE PARTNERSHIPS, CORPORATIONS and OTHER DOE ENTITIES 2-20, Defendants. | Trial:    February 28, 2006<br>Judgment: March 9, 2006 |

**DEFENDANTS BRIAN CHRISTENSEN, MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, AND JACQUELINE RIO'S STATEMENT OF CONSULTATION**

Pursuant to Local Rule 54.3(b), Defendants Brian Christensen, Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy, Justin Fukumoto, Alfredda Waiolama, and Jacqueline Rio ("Employees"), hereby submit their Statement of Consultation.

On March 23, 2006, the Employees filed their Motion for Attorneys' Fees and Costs. On March 28, 2006, the Employees' counsel and Plaintiff's counsel met and conferred. Counsel for the Employees and for the Plaintiff attempted, in good faith, to reach an agreement regarding their clients' respective motions for attorneys' fees and costs, in accordance with Local Rule 54.3(b). Unfortunately, the parties were unable to reach an agreement. *See* Declaration of Lyle S. Hosoda.

Dated: Honolulu, Hawaii, April 6, 2006.

   /s/ Lyle S. Hosoda
LYLE S. HOSODA
RAINA P.B. MEAD

Attorneys for Defendants
BRIAN CHRISTENSEN, MARK DILLON,
TERESA NOA, MELVIN PONCE, SONIA
PURDY, JUSTIN FUKUMOTO, ALFREDDA
WAIOLAMA, and JACQUELINE RIO