IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, )<br><br>               Plaintiff, )<br><br>        v. )<br><br>HAWAIIAN EXPRESS SERVICE, )<br>INC., et al. )<br><br>          Defendants. )<br>                     ) | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that, on April 6, 2006 and by the method of service noted below, a true and correct copy of *DEFENDANTS BRIAN CHRISTENSEN, MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, AND JACQUELINE RIO'S STATEMENT OF CONSULTATION; DECLARATION OF LYLE S. HOSODA; CERTIFICATE OF SERVICE* was served on the following parties at their last known addresses:

Served electronically through CM/ECF:

| | |
|---|---|
| Andrew V. Beaman | abeaman@chunkerr.com |
| Leroy E. Colombe | lcolombe@chunkerr.com |
| | |
| Damian Capozzola | dcappozola@kirland.com |
| R. Olivia Samad | osamad@kirkland.com |

Margery Bronster      mbronster@bchlaw.net
                      audrey@bchlaw.net
Rex Y. Fujichaku      rfujichaku@bchlaw.net,
                      jennifer@bchlaw.net

Timothy J. Hogan      tjh@loio.com

Lex R. Smith          lrs@ksqlaw.com
Thomas H.Y.P. Yee     thy@ksqlaw.com,
                      bls@ksqlaw.com

Served by First Class Mail:

WESLEY H.H. CHING, ESQ.
Fukunaga Matayoshi Hershey & Ching, LLC
1200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
HAWAIIAN TRANSFER COMPANY, LTD.

JOHN T. KOMEIJI, ESQ.
Watanabe Ing Kawashima & Komeiji, LLP
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Attorneys for Defendant
ALIX PARTNERS, LLC

        DATED:    Honolulu, Hawaii, April 6, 2006.


                        /s/ Lyle S. Hosoda
                        LYLE S. HOSODA
                        RAINA P.B. MEAD

                        Attorneys for Defendants
                        BRIAN CHRISTENSEN, MARK DILLON,
                        TERESA NOA, MELVIN PONCE, SONIA
                        PURDY, JUSTIN FUKUMOTO, ALFREDDA
                        WAIOLAMA, and JACQUELINE RIO