CHUN, KERR, DODD, BEAMAN & WONG,
  A Limited Liability Law Partnership

LEROY E. COLOMBE     #3662-0
745 Fort Street, 9th Floor
Honolulu, HI 96813
Telephone: 528-8200
Facsimile: 536-5869
Email: lcolombe@ckdbw.com

Attorneys for Defendant
FOODLAND SUPER MARKET, LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | CASE NO. 03-CV-00385 SOM/LEK (Copyright) |
| Plaintiff, | |
| vs. | DEFENDANT FOODLAND SUPER MARKET, LIMITED'S STATEMENT OF CONSULTATION; CERTIFICATE OF SERVICE |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | |
| Defendants. | |

102197

DEFENDANT FOODLAND SUPER MARKET, LIMITED'S
STATEMENT OF CONSULTATION

Comes now Defendant FOODLAND SUPER MARKET, LIMITED ("Foodland"), by its attorneys, and pursuant to LR 54.3(b), Local Rules of Practice for the United States District Court for the District of Hawaii, files this Statement of Consultation in regards to Foodland Super Market, Limited's Motion for Attorneys' Fees and Related Non-Taxable Costs, filed herein on March 23, 2006.

On March 28, 2006, the undersigned counsel met at his offices with Timothy J. Hogan, attorney for Plaintiff Wayne Berry

regarding a possible resolution of the above-referenced pending Motion.  The parties made progress toward a resolution, but, as of the date of this Statement of Consultation, no final deal has yet been consummated.

DATED: Honolulu, Hawaii, April 6, 2006.

/s/ Leroy E. Colombe
_____
LEROY E. COLOMBE
CHUN, KERR, DODD, BEAMAN & WONG,
A Limited Liability Law Partnership

Attorney for Defendant
FOODLAND SUPER MARKET, LIMITED