IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | ) CASE NO. 03-CV-00385 SOM/LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

102197

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of DEFENDANT FOODLAND SUPER MARKET, LIMITED'S STATEMENT OF CONSULTATION was duly served via the Court's electronic transmission facilities to the parties listed below as follows:

    LEX R. SMITH (lrs@ksglaw.com)
    THOMAS H. YEE (thy@ksglaw.com)

        Attorneys for Defendant
        C&S LOGISTICS OF HAWAII, LLC,
        C&S WHOLESALE GROCERS, INC.,
        C&S ACQUISITIONS, LLC,
        RICHARD COHEN and ES3,LEC

    DAMIAN CAPOZZOLA (dcapozzola@kirkland.com)
    R. OLIVIA SAMAD (osamad@kirkland.com)

        Attorney for Defendant
        FLEMING COMPANIES, INC.

    LYLE S. HOSODA (lsh@hosodalaw.com)
    RAINA P. MEAD (rpbm@hosodalaw.com)

        Attorneys for
        MARK DILLON, TERESA NOA and
        BRIAN CHRISTENSEN

      REX Y. FUJICHAKU (rfujichaku@bchlaw.net,
              jennifer@bchlaw.net)

         Attorneys for Defendant
         GUIDANCE SYSTEMS, INC.


      TIMOTHY J. HOGAN (tjh@loio.com)

         Attorney for Plaintiff
         WAYNE BERRY


      In addition, a true and exact copy of the above-referenced document was duly served by hand delivery on the party identified below, on this date, addressed as follows:

      WESLEY H.H. CHING, ESQ.
      Fukunaga, Matayoshi, Hershey & Ching
      1200 Davies Pacific Center
      841 Bishop Street
      Honolulu, HI 96813

      Attorney for Defendant
      HAWAIIAN TRANSFER COMPANY, LTD.


      DATED: Honolulu, Hawaii, April 6, 2006.


                              /S/ LEROY E. COLOMBE
                              _____
                              LEROY E. COLOMBE

                              CHUN, KERR, DODD, BEAMAN & WONG,
                              A Limited Liability Law Partnership

                              Attorney for Defendant
                              FOODLAND SUPER MARKET, LIMITED