Document ID: 398953v1_BLS

KOBAYASHI, SUGITA & GODA

LEX R. SMITH                3485-0
THOMAS H. YEE               7344-0
SUITE 2600, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 539-8700
Fax No. (808) 539-8799
Email: lrs@ksg.law.com

KIRKLAND & ELLIS LLP
Eric C. Liebeler (CA Bar No. 149504)
Damian Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA  90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email: eliebeler@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) DEFENDANT POST- |
| vs. | ) CONFIRMATION TRUST'S |
| | ) STATEMENT OF CONSULTATION; |
| HAWAIIAN EXPRESS SERVICE, | ) DECLARATION OF LEX R. SMITH; |
| INC., et al., | ) CERTIFICATE OF SERVICE |
| | ) |
| Defendants. | ) Judge:    Magistrate Leslie Kobayashi |
| | ) Trial Date: February 28, 2006 |

Document ID: 398953v1_BLS

_____ )   Judgment Entered: March 9, 2006

## DEFENDANT POST-CONFIRMATION TRUST'S
## STATEMENT OF CONSULTATION

Pursuant to Local Rule 54.3(b), Defendant Post-Confirmation Trust hereby submits its statement of Consultation.

On March 23, 2006, Post-Confirmation Trust filed its Motion for Attorney's Fees and Costs. On March 28, 2006, Post-Confirmation Trust's counsel and Plaintiff's counsel met and conferred. Counsel for Post-Confirmation Trust and the Plaintiff attempted, in good faith, to reach an agreement regarding their clients' respective motions for attorneys' fees and costs in accordance with Local Rule 54.3(b). Unfortunately, the parties were

/ / /

/ / /

/ / /

unable to reach an agreement.  *See* the Declaration of Lex R. Smith.

Dated:  Honolulu, Hawaii, April 6, 2006.

          ***/s/ Thomas H. Yee***
          KOBAYASHI, SUGITA & GODA
          Lex R. Smith (659-0)
          Thomas H. Yee (7344-0)
          Suite 2600 First Hawaiian Center
          999 Bishop Street
          Honolulu, HI  96813
          Telephone:   (808) 539-8700
          Facsimile:   (808) 539-8799

              and

          KIRKLAND & ELLIS LLP
          Michael E. Baumann (CA Bar No. 145830)
          Damian D. Capozzola (CA Bar No. 186412)
          R. Olivia Samad (CA Bar No. 228611)
          777 South Figueroa Street
          Los Angeles, CA 90017
          Telephone:   (213) 680-8400
          Facsimile:   (213) 680-8500

          Co-Counsel for the Post Confirmation Trust for Fleming Companies, Inc.