IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>         Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., et al.,<br><br>         Defendants.<br>_____ | ) CIVIL NO. CV03-00385 SOM-LEK<br>) (Copyright)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>) Non-Hearing<br>)<br>) Judge:     Hon. Susan O. Mollway<br>)<br>) Judgment<br>) Entered:   March 9, 2006<br>)<br>) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 6, 2006, copies of the foregoing document were duly served via the Court's electronic transmission facilities, to the following parties:

Document ID: 398953v1_BLS

    Rex Y. Fujichaku    rfujichaku@bchlaw.net, jennifer@bchlaw.net

    Timothy J. Hogan    tjh@loio.com

    Lyle S. Hosoda    lsh@hosodalaw.com

    Raina P. Mead    rpbm@hosodalaw.com

DATED: Honolulu, Hawaii, April 6, 2006.

        ***/s/ Thomas H. Yee*** _____
        KOBAYASHI, SUGITA & GODA
        Lex R. Smith (659-0)
        Thomas H. Yee (7344-0)
        Suite 2600 First Hawaiian Center
        999 Bishop Street
        Honolulu, HI 96813
        Telephone: (808) 539-8700
        Facsimile: (808) 539-8799

            and

        KIRKLAND & ELLIS LLP
        Michael E. Baumann (CA Bar No. 145830)
        Damian D. Capozzola (CA Bar No. 186412)
        R. Olivia Samad (CA Bar No. 228611)
        777 South Figueroa Street
        Los Angeles, CA 90017
        Telephone: (213) 680-8400
        Facsimile: (213) 680-8500

        Co-Counsel for the Post Confirmation Trust for Fleming Companies, Inc.