Document ID: 398955v1_BLS

KOBAYASHI, SUGITA & GODA
LEX R. SMITH          3485-0
THOMAS H. YEE        7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No.   (808) 539-8799
Email: lrs@ksglaw.com

Attorneys for Defendants
C&S LOGISTICS OF HAWAII, LLC, C&S
WHOLESALE GROCERS, INC., C&S
ACQUISITIONS LLC; ES3, LLC, and RICHARD
COHEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| vs. | ) **C&S LOGISTICS OF HAWAII,** |
| | ) **LLC, C&S WHOLESALE** |
| HAWAIIAN EXPRESS SERVICE, | ) **GROCERS, INC., C&S** |
| INC., et al., | ) **ACQUISITIONS LLC; ES3, LLC,** |
| | ) **and RICHARD COHEN** |
| Defendants. | ) **STATEMENT OF** |
| | ) **CONSULTATION; DECLARATION** |
| | ) **OF LEX R. SMITH; CERTIFICATE** |
| | ) **OF SERVICE** |
| | ) |
| | ) Non-Hearing |
| | ) Magistrate: Hon. Leslie Kobayashi |
| | ) Trial Date: February 28, 2006 |
| | ) Judgment Entered: March 9, 2006 |

Document ID: 398955v1_BLS

C&S LOGISTICS OF HAWAII, LLC, C&S WHOLESALE
GROCERS, INC., C&S ACQUISITIONS LLC; ES3, LLC, and
RICHARD COHEN'S STATEMENT OF CONSULTATION

Pursuant to Local Rule 54.3(b), Defendants C&S LOGISTICS OF

HAWAII, LLC, C&S WHOLESALE GROCERS, INC., C&S

ACQUISITIONS LLC; ES3, LLC, and RICHARD COHEN ("C&S")

hereby submit their statement of Consultation.

On March 23, 2006, C&S filed its Motion for Attorney's Fees and

Costs.  On March 28, 2006, C&S' counsel and Plaintiff's counsel met and

conferred.  Counsel for C&S and the Plaintiff attempted, in good faith, to

reach an agreement regarding their clients' respective motions for attorneys'

fees and costs in accordance with Local Rule 54.3(b).  Unfortunately, the

parties were unable to reach an agreement.  *See* the Declaration of Lex R.

Smith.

Dated:  Honolulu, Hawaii, April 6. 1006.


KOBAYASHI, SUGITA & GODA    */s/ Thomas H. Yee*
                            LEX R. SMITH
                            THOMAS H. YEE
                            Attorneys for Defendants
                            C&S LOGISTICS OF HAWAII,
                            LLC, C&S WHOLESALE
                            GROCERS, INC., C&S
                            ACQUISITIONS LLC; ES3, LLC,
                            and RICHARD COHEN