Document ID: 398955v1_BLS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | CIVIL NO. CV03-00385 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | ) | Judge:    Hon. Susan O. Mollway |
| | ) | |
| | ) | Judgment |
| | ) | Entered:    March 9, 2006 |
| Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 6, 2006, copies of the foregoing document were duly served via the Court's electronic transmission facilities, to the following parties:

5

Document ID: 398955v1_BLS

    Rex Y. Fujichaku    rfujichaku@bchlaw.net, jennifer@bchlaw.net

    Timothy J. Hogan    tjh@loio.com

    Lyle S. Hosoda    lsh@hosodalaw.com

    Raina P. Mead    rpbm@hosodalaw.com

DATED: Honolulu, Hawaii, April 6, 2006.

KOBAYASHI, SUGITA & GODA    */s/ Thomas H. Yee*
    LEX R. SMITH
    THOMAS H. YEE
    Attorneys for Defendants
    C&S LOGISTICS OF HAWAII, LLC, C&S WHOLESALE GROCERS, INC., C&S ACQUISITIONS LLC; ES3, LLC, and RICHARD COHEN