Crum & Forster
Page 3
05/04/2004
Client No.: 98-940Q
Invoice No.: 30548

Insured: Hawaii Transfer Company, et al.
Claim No: NJU80092338
Policy No: 5031862299

Photocopy Charges - FMHC    37.70


Exhibit B

Crum & Forster

Page 7
07/26/2004
Client No.:   98-940Q
Invoice No:   31140

Insured: Hawaii Transfer Company, et al.
Claim No: NJU80092338
Policy No: 5031862299

Photocopy Charges - FMHC                                              221.60

Crum & Forster

Page 10
10/26/2004
Client No.: 98-940Q
Invoice No: 31658

Insured: Hawaii Transfer Company, et al.
Claim No: NJU80092338
Policy No: 5031862299

Photocopy Charges - FMHC                                                   510.70

Crum & Forster

Page 11
01/20/2005
Client No.: 98-940Q
Invoice No: 32206

Insured: Hawaii Transfer Company, et al.
Claim No: NJU80092338
Policy No: 5031862299

Photocopy Charges - FMHC                                               1,072.10

Crum & Forster

Page 4
04/26/2005
Client No.:   98-940Q
Invoice No:   32742

Insured: Hawaii Transfer Company, et al.
Claim No: NJU80092338
Policy No: 5031862299

Photocopy Charges - FMHC                                            56.10

Crum & Forster

Page 2
07/27/2005
Client No.: 98-940Q
Invoice No: 33386

Insured: Hawaii Transfer Company, et al.
Claim No: NJU80092338
Policy No: 5031862299

Photocopy Charges - FMHC                                                           2.20

Fukunaga Matayoshi Hershey & Ching, LLP
Davies Pacific Center
841 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Tel. (808) 533-4300
Fed. I.D. No.: 99-0297032

|  |  |
|---|---|
| | Page 1 |
| Crum & Forster | 09/27/2005 |
| 305 Madison Avenue | Client No.:  98-940Q |
| P.O. Box 1973 | Invoice No:  33810 |
| Morris Town, NJ 07962-9757 | |

Attn: Don Campbell

Insured: Hawaii Transfer Company, et al.
Claim No: NJU80092338
Policy No: 5031862299

| | |
|---|---:|
| Photocopy Charges - FMHC | 75.10 |

Fukunaga Matayoshi Hershey & Ching, LLP
Davies Pacific Center
841 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Tel. (808) 533-4300
Fed. I.D. No.: 99-0297032

Page 1
01/24/2006

Crum & Forster
305 Madison Avenue
P.O. Box 1973
Morris Town, NJ 07962-9757

Client No.:   98-940Q
Invoice No:   39830

Attn: Don Campbell

Insured: Hawaii Transfer Company, et al.
Claim No: NJU80092338
Policy No: 5031862299

Photocopy Charges - FMHC                                                                                             111.20