

**PROFESSIONAL IMAGE**

**INVOICE**

841 Bishop Street, Suite 150
Honolulu, Hawaii 96813
Tel: 524-0233 • Fax: 532-7575
Fed. ID 99-0184341

No. Q- 562588

Date 2/20/04
Customer P.O. No.

SOLD TO

Fukunaga, Matayoshi, Hershey & Ching
841 Bishop St. suite 1200
Honolulu, HI 96813
WESLEY CHING
808 533 4300

Terms: Net ten days from invoice date.

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1,622 | File Copies: unstaple/restaple originals - staple copies, slip sheet for tabs<br><br>*Copies of files from Goodsill*<br><br>REF: WAYNE BERRY V.<br>HAWAIIAN EXPRESS SERVICES | 259.52 |
| | SUBTOTAL | 259.52 |
| | TAX | 10.81 |
| | SHIPPING | |
| | TOTAL | 270.33 |

2-346
Sales Rep: AK

98.94/Berry



A finance charge of 1 1/2% per month will apply on past due amounts.

**This is your only invoice: No other copies will be sent.**

Exhibit C

**PROFESSIONAL IMAGE**

# INVOICE

841 Bishop Street, Suite 150
Honolulu, Hawaii 96813
Tel: 524-0233 • Fax: 532-7575
Fed. ID 99-0184341

No. Q- **566372**

Date 8/24/04

Customer P.O. No.

SOLD TO:
Fukunaga, Matayoshi, Hershey & Ching
841 Bishop St. suite 1200
Honolulu HI 96813
Erin Lee
Phone: 808 533 4300

Terms: Net ten days from invoice date.

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2,114 | File Copies - Slipsheets | 211.40 |

*Documents produced by Plaintiff*

08-454
originals provided by Lynda @ LITKH      ref: 98.94
Sales Rep: Rich

A finance charge of 1 1/2% per month will apply on past due amounts.

| | |
|---|---|
| SUBTOTAL | 211.40 |
| TAX | 8.81 |
| SHIPPING | |
| TOTAL | 220.21 |

This is your only invoice: No other copies will be sent.

**Remittance Advice**
Please return with your payment.

Invoice No: Q-566372

Amount Due: 220.21

Professional Image, Inc.
Accounting Dept.
841 Bishop Street, Suite 150
Honolulu, Hawaii 96813

**PROFESSIONAL IMAGE**

# INVOICE

841 Bishop Street, Suite 150
Honolulu, Hawaii 96813
Tel: 524-0233 • Fax: 532-7575
Fed. ID 99-0184341

No. Q- 567108

Date 9/27/04

Customer P.O. No.

**SOLD TO**
Fukunaga, Matayoshi, Hershey & Ching
841 Bishop St. suite 1200
Honolulu HI 96813
ERIN LEE
Phone: 808 533 4300

Terms: Net ten days from invoice date.

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1,184 | File Copies: STAPLE & RE-STAPLE | 142.08 |

*98.94 (Berry)*
*Copies of documents produced by Plaintiff*

ORIGINALS PROVIDED BY: LYNCH ICHIDA (LYNDA LUI-KWAN)
REF: 98.94
Sales Rep: Mary Jane

| | |
|---|---|
| SUBTOTAL | 142.08 |
| TAX | 5.92 |
| SHIPPING | |
| TOTAL | 148.00 |

A finance charge of 1 1/2% per month will apply on past due amounts.

This is your only invoice: No other copies will be sent.

**Remittance Advice**
Please return with your payment.

FMHC

Invoice No: Q-567108

Amount Due: $148—

Professional Image, Inc.
Accounting Dept.
841 Bishop Street, Suite 150
Honolulu, Hawaii 96813



**PROFESSIONAL IMAGE**

| INVOICE |
|---|
| 841 Bishop Street, Suite 150 |
| Honolulu, Hawaii 96813 |
| Tel: 524-0233 • Fax: 532-7575 |
| Fed. ID 99-0184341 |

No. Q- **568377**

Date 11/22/04

Customer P.O. No.

**SOLD TO**
Fukunaga, Matayoshi, Hershey & Ching
841 Bishop St. suite 1200
Honolulu HI 96813
Erin Lee
Phone: 808-533-4300

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2,016 | auto-feed copies, , copied on 1 side | 120.96 |
| | 98.94 (Berry) copies of documents produced by Lyle Hosoda Re: Teresa Noa records | |

originals from Lyle Hosada
Sales Rep: Malcolm                              ref: 98.94

| | |
|---|---|
| SUBTOTAL | 120.96 |
| TAX | 5.04 |
| SHIPPING | |
| TOTAL | 126.00 |

A finance charge of 1 1/2% per month will apply on past due amounts.

This is your only invoice: No other copies will be sent.

**Remittance Advice**
**Please return with your payment.**

Invoice No: Q- 56837

Amount Due: 126.00

Professional Image, Inc.
Accounting Dept.
841 Bishop Street, Suite 150
Honolulu, Hawaii 96813