Of Counsel:
FUKUNAGA MATAYOSHI HERSHEY & CHING LLC

WESLEY H. H. CHING 2896
841 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Telephone: (808) 533-4300
Facsimile: (808) 531-7585
E-mail: whc@fmhc-law.com

Attorney for Defendant
HAWAII TRANSFER COMPANY, LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) Civil No. CV03 00385 SOM-LEK<br>) (Copyright)<br>) |
| Plaintiff, | ) |
| | ) DEFENDANT HAWAII TRANSFER |
| vs. | ) COMPANY, LIMITED'S REQUEST |
| | ) FOR BILL OF COSTS; |
| HAWAIIAN EXPRESS SERVICE, INC., | ) MEMORANDUM IN SUPPORT; |
| a California corporation; et al. | ) AFFIDAVIT OF WESLEY H. H. |
| | ) CHING; EXHIBITS "A"-"E"; |
| Defendants. | ) CERTIFICATE OF SERVICE |
| | ) |

DEFENDANT HAWAII TRANSFER COMPANY, LIMITED'S
REQUEST FOR BILL OF COSTS

Defendant HAWAII TRANSFER COMPANY, LIMITED ("HTC"), by and through its attorneys Fukunaga Matayoshi Hershey and Ching, LLC, hereby request HTC's Bill of Costs as the prevailing party in the above-entitled action. The amount of taxable costs requested by HTC is $3,651.62.

On October 1, 2004, HTC filed its Motion for Summary Judgment. HTC's Motion for Summary Judgment was heard before the Honorable Susan Oki Mollway on January 18, 2005. On January 26, 2005, the Court entered its order granting HTC's Motion for Summary Judgment. On March 16, 2006, the Court entered its Second Amended Judgment setting forth the final disposition of all parties' claims.

This Request for Bill of Costs is made pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, Local Rule 54.2 of the Rules of the United States District Court for the District of Hawaii, Section 1920 of Title 28 of the United States Code, and is based on the Memorandum in Support, affidavit and exhibits attached hereto, and the entire record and files herein.

DATED: Honolulu, Hawaii, April 7, 2006                .

/s/ Wesley H.H. Ching
WESLEY H. H. CHING
Attorney for Defendant
HAWAII TRANSFER COMPANY, LIMITED