## FUKUNAGA MATAYOSHI HERSHEY & CHING
## TAXABLE COSTS

| Invoice Date | Vendor | Amount | Description of Costs & Expenses |
|---|---|---|---|
| 02/20/04 | Professional Image | 270.33 | Copies of files from Goodsill firm (1,622 copies at $.16/page) |
| 05/04/04 | FMHC | 37.70 | In-house copying (377 copies at $.10/page) |
| 07/26/04 | FMHC | 221.60 | In-house copying (2,216 at $.10/page) |
| 08/24/04 | Professional Image | 220.21 | Copies of documents produced by Plaintiff (2,114 copies at $.10/page) |
| 09/27/04 | Professional Image | 148.00 | Copies of documents produced by Plaintiff (1,184 copies at $.12/page) |
| 10/26/04 | FMHC | 510.70 | In-house copying (5,107 copies at $.10/page) |
| 11/22/04 | Professional Image | 126.00 | Copies of documents produced by co-defendant (2,016 copies at $.06/page) |
| 12/15/04 | Jan Floate, RPR, CSR | 713.45 | Deposition transcripts |
| 01/20/05 | FMHC | 1,072.10 | In-house copying (10,721 copies at $.10/page) |
| 04/26/05 | FMHC | 56.10 | In-house copying (561 copies at $.10/page) |
| 07/27/05 | FMHC | 2.20 | In-house copying (22 copies at $.10/page) |
| 09/27/05 | FMHC | 75.10 | In-house copying (751 copies at $.10/page) |
| 01/24/06 | FMHC | 111.20 | In-house copying (1,112 copies at $.10/page) |
| | TAX | 86.93 | Tax for FMHC in-house copying only; tax for all other costs is already included in the invoice amount. |
| **TOTAL TAXABLE COSTS** | | **$3,651.62** | |


Exhibit B