**JAN FLOATE, RPR, CSR**

P.O. BOX 1821
KAILUA, HAWAII 96734
Phone: (808) 263-1149   Fax: (808) 262-1096

# Invoice

Number: **1585**

Date: **December 15, 2004**

**Bill To:**

JULIA MORGAN, ESQ.
1200 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

**RE:**

BERRY vs. HAWAIIAN EXPRESS
Civil No. 03-00385 SOM LEK
USDC

| Description | Copy | Amount |
|---|---|---|
| One Copy DEPOSITIONS OF: | | |
| BRIAN CHRISTENSEN, 129 pages | a | |
| JACQUELINE RIO, 62 pages | a | |
| ALFREDDA WAIOLAMA, 54 pages | a | |
| Taken on December 6, 2004, at 1132 Bishop Street, Suite 306, Honolulu. | a | 684.95 |
| | Sub-Total | $684.95 |
| | ExciseTax 4.16% on 684.95 | 28.50 |
| | Total | $713.45 |

Exhibit E



## REPORTER'S DISCLOSURE

Pursuant to Rule 14 of the Rules Governing Court Reporting in Hawaii, I hereby make the following disclosure:
1. I, or my agency, was hired by _Tim Hogan_ for this deposition.
2. The complete financial arrangements between myself (or my agency) and the person or organization named in Paragraph 1 are as follows:

### ORAL DEPOSITIONS

| | |
|---|---|
| Appearance fee per half day | $45.00 |
| Appearance fee if no transcript ordered | $60.00 + half est.pgs |
| Original & one copy of transcript | $ 3.15 per page |
| One copy of transcript | $ 2.50 per page |
| Two copies of exhibits (one for Court) | $  .45 per page |
| One copy of exhibits | $  .45 per page |
| Medical/Technical/Interpreted depositions | 25% surcharge |
| Expedited delivery:  2 - 3 days | 50% surcharge |
| 4 days | 37.5% surcharge |
| Daily copy | 100% surcharge |
| Arbitrations (non-technical; shared expense) | $6.00 per page |
| Litigation Support ASCII diskette | $15.00 |
| (Timestamped disks available upon request.) | No charge |
| Condensed transcript | $10.00 |
| Signature fee | $15.00 per depo |
| Storage fee | $10.00 per depo |

### WRITTEN INTERROGATORIES

| | |
|---|---|
| Appearance and Pickup fee | $65.00 |
| Original & one copy of transcript | $ 3.15 per page |
| One copy of transcript | $ 2.50 per page |
| Signature fee | $15.00 |
| Storage fee for original | $10.00 |
| Two copies of records | $  .45 per page |
| One copy of records | $  .45 per page |

### REALTIME DEPOSITIONS

APPEARANCE FEES:
* With standard certified transcript preparation $150 half day/$290 full day

   (Realtime viewing requested and received by any/all opposing counsel will be charged at an equally divided percentage composite, known as "viewing charges", to reduce noticing attorney's realtime appearance fees proportionately.)

ROUGH DRAFT ASCII at end of day            $1.00 per page
(Multiple computers provided upon request.)

1. The charges specified in Paragraph 2 are the usual and customary charges made by me or my agency for like services to other persons.  IF NOT, reasons are specified on the reverse side of this page.
2. If any financial or service discount for this or any other deposition will or might in any way be given to the person named in Paragraph 1, reasons for same are stated on the reverse side of this page.

I certify the foregoing to be a true and correct disclosure, to the best of my knowledge and information.

DATED:  7/1/02        Signed _/s/ Jan Floate_

Jan K. Floate, RPR, CSR-254