ORIGINAL

371280.2
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI         # 2498-0
GREGG M. USHIRODA       # 5868-0
KAREN Y. ARIKAWA        # 7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
Facsimile No.: 544-8399
E-Mail Address: karikawa@wik.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 6 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

SHELDON S. TOLL (Mich. Bar P-21490) (admitted *pro hac vice*)
2000 Town Center, Suite 2550
Southfield, MI 48075
Tel. No. (248) 358-2460
Fax. No. (248) 358-2740
E-Mail Address: lawtoll@comcast.net

Attorneys for Defendant
**ALIXPARTNERS, LLC**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, Hawaii citizen,<br><br>    Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC.,<br>a California corporation, et<br>al.,<br><br>    Defendants. | Civil No. CV03-00385 SOM/LEK<br>(Copyright)<br><br>DEFENDANT ALIXPARTNERS, LLC'S<br>LR 54.2 AND LR 54.3 STATEMENT<br>OF CONSULTATION IN SUPPORT OF<br>DEFENDANT ALIXPARTNERS, LLC'S<br>MOTION FOR ATTORNEYS' FEES AND<br>COSTS PURSUANT TO JUDGMENT<br>ENTERED ON MARCH 9, 2006, AND<br>BILL OF COSTS; CERTIFICATE OF<br>SERVICE |

**DEFENDANT ALIXPARTNERS, LLC'S LR 54.2 AND 54.3
STATEMENT OF CONSULTATION IN SUPPORT OF
DEFENDANT ALIXPARTNERS, LLC'S MOTION FOR ATTORNEYS'
FEES AND COSTS PURSUANT TO JUDGMENT ENTERED ON
MARCH 9, 2006, AND BILL OF COSTS**

COMES NOW Defendant ALIXPARTNERS, LLC, ("ALIXPARTNERS") by and through its attorneys, SHELDON S. TOLL PLLC and WATANABE ING & KOMEIJI LLP, and hereby submits its Statement of Consultation in Support of its Motion for Attorneys' Fees and Costs Pursuant to Judgment Entered on March 9, 2006, and Bill of Costs pursuant to Local Rules 54.2 and 54.3 of the Rules of the United States District Court for the District of Hawaii.

On March 29, 2006, Gregg M. Ushiroda, counsel for Defendant ALIXPARTNERS, met with Timothy J. Hogan, counsel for Plaintiff WAYNE BERRY, to discuss the attorneys' fees and costs requested in Defendant ALIXPARTNERS' Motion for Attorneys' Fees and Costs Pursuant to Judgment Entered on March 9, 2006, and in the Bill of Costs, both of which were filed in this Court on March 23, 2006. The parties are currently attempting to reach an agreement with regard to the requested fees and costs awards.

DATED: Honolulu, Hawaii, April 6, 2006.

_____
SHELDON S. TOLL
JOHN T. KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA

Attorneys for Defendant
**ALIXPARTNERS, LLC**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, Hawaii citizen,<br><br>    Plaintiff,<br><br>  vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC.,<br>a California corporation, et<br>al.,<br><br>    Defendants. | Civil No. CV03-00385 SOM/LEK<br>(Copyright)<br><br>CERTIFICATE OF SERVICE<br><br><br>Trial Date: January 24, 2006 |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served upon the following parties by the method indicated on this date to their last known address:

**TIMOTHY J. HOGAN, ESQ.**          *(hand delivery)*
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813

Attorney for Plaintiff
WAYNE BERRY


**LYLE HOSODA, ESQ.**              *(hand delivery)*
**RAINA MEAD, ESQ.**
345 Queen Street, Suite 804
Honolulu, Hawaii 96813

Attorney for Defendants
MARK DILLON, BRIAN CHRISTENSEN, TERESA NOA,
MELVIN PONCE, ALFREDDA WAIOLAMA,
JACQUELINE RIO, SONIA PURDY and
JUSTIN FUKUMOTO

**LEX R. SMITH, ESQ.**          *(hand delivery)*
**ANNE E. LOPEZ, ESQ.**
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Attorneys for Defendants
FLEMING COMPANIES, INC., C&S WHOLESALE GROCERS, INC.,
C&S LOGISTICS OF HAWAII, LLC, C&S ACQUISITIONS, LLC,
ES3, LLC and RICHARD COHEN


**ROY J. TJIOE, ESQ.**          *(hand delivery)*
**EMILY REBER PORTER, ESQ.**
Goodsill Anderson Quinn & Stifel
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813

    and

**KAREN L.S. FINE, ESQ.**          *(U.S. mail)*
Nordman Cormany Hair & Compton
1000 Town Center Drive, Sixth Floor
Oxnard, California 93036

Attorney for Defendants
HAWAIIAN EXPRESS SERVICE, INC., H.E.S. TRANSPORTATION
SERVICES, INC., CALIFORNIA PACIFIC CONSOLIDATORS, INC.,
JEFFREY P. GRAHAM and PETER SCHAUL


**ERIC C. LIEBELER, ESQ.**          *(U.S. mail)*
**DAMIAN CAPOZZOLA, ESQ.**
**R. OLIVIA SAMAD, ESQ.**
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, California 90017

Attorneys for Defendant
FLEMING COMPANIES, INC.

**REX FUJICHAKU, ESQ.**                     (*hand delivery*)
Bronster Crabtree & Hoshibata
1001 Bishop Street, Suite 2300
Pauahi Tower
Honolulu, Hawaii 96813

Attorneys for Defendants
GUIDANCE SOFTWARE, LLC and
MICHAEL GURZI


**WESLEY H.H. CHING, ESQ.**                 (*hand delivery*)
Fukunaga, Matayoshi, Hershey & Ching, LLC
1200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
HAWAII TRANSFER COMPANY, LIMITED


DATED:   Honolulu, Hawaii, April 6, 2006.

                              _____
                              SHELDON S. TOLL
                              JOHN T. KOMEIJI
                              GREGG M. USHIRODA
                              KAREN Y. ARIKAWA

                              Attorneys for Defendant
                              **ALIXPARTNERS, LLC**