LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>HAWAIIAN EXPRESS SERVICE, )<br>INC., a California corporation; et al. )<br>)<br>)<br>Defendants. )<br>)<br>)<br>)<br>)<br>)<br>_____ ) | **Civ. No. CV03 00385 SOM-LEK**<br>**(Copyright)**<br><br>**CERTIFICATE OF SERVICE RE: PLAINTIFF WAYNE BERRY'S REPLY TO PCT'S OPPOSITION TO PLAINTIFF WAYNE BERRY'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW REGARDING DEFENDANT FLEMING-PCT'S FAILURE TO PROVE EVIDENCE OF DEDUCTIBLE EXPENSES, OR IN THE ALTERNATIVE, FOR NEW TRIAL** |

**CERTIFICATE OF SERVICE RE:
PLAINTIFF WAYNE BERRY'S REPLY
TO PCT'S OPPOSITION TO PLAINTIFF WAYNE BERRY'S
RENEWED MOTION FOR JUDGMENT AS A MATTER OF
LAW REGARDING DEFENDANT FLEMING-PCT'S FAILURE
TO PROVE EVIDENCE OF DEDUCTIBLE EXPENSES, OR IN
<u>THE ALTERNATIVE, FOR NEW TRIAL</u>**

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of Plaintiff Wayne Berry's Reply Memorandum to PCT's Opposition to Plaintiff Wayne Berry's Renewed Motion for Judgment as A Matter of Law Regarding Defendant Fleming-PCT's Failure to Prove Evidence of Deductible Expenses, Or in the Alternative, For New Trial; Certificate of Service was served on the following at their last known addresses:

<u>Served Electronically on April 10, 2006</u> :

Andrew V. Beaman abeaman@chunkerr.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Damian Capozzola dcapozzola@kirkland.com

Christopher T. Chun ctc@hosodalaw.com

Leroy E. Colombe lcolombe@chunkerr.com

Rex Y. Fujichaku rfujichaku@bchlaw.net, jennifer@bchlaw.net

Lyle S. Hosoda lsh@hosodalaw.com

Raina P. Mead ! rpbm@hosodalaw.com

William G. Meyer , III wmeyer@dwyerlaw.com

R. Olivia Samad osamad@kirkland.com

Lex R. Smith lrs@ksglaw.com

Ann C. Teranishi act@ksglaw.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

    DATED: Honolulu, Hawai'i, April 10, 2006.

                                      /s/ Timothy J. Hogan
                                      TIMOTHY J. HOGAN
                                      Attorney for Plaintiff WAYNE BERRY