LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., a California corporation; et al.<br><br>Defendants. | Civ. No. CV03 00385 SOM-LEK<br>(Copyright)<br><br>**CERTIFICATE OF SERVICE RE: PLAINTIFF WAYNE BERRY'S REPLY MEMORANDUM TO DEFENDANT EMPLOYEES' MEMORANDUM IN OPPOSITION TO PLAINTIFF WAYNE BERRY'S MOTION TO ALTER OR AMEND SECOND AMENDED JUDGMENT ENTERED ON MARCH 16, 2006 ENTERED IN DELAYED TIME FOR FILING OF AN APPEAL PENDING RESOLUTION OF MOTION FOR ATTORNEYS' FEES AND COSTS; DECLARATION OF TIMOTHY J. HOGAN** |

**CERTIFICATE OF SERVICE RE:
PLAINTIFF WAYNE BERRY'S REPLY MEMORANDUM TO
DEFENDANT EMPLOYEES' MEMORANDUM IN OPPOSITION
TO PLAINTIFF WAYNE BERRY'S MOTION TO ALTER OR AMEND
SECOND AMENDED JUDGMENT ENTERED ON MARCH 16, 2006
ENTERED IN DELAYED TIME FOR FILING OF AN APPEAL PENDING
RESOLUTION OF MOTION FOR ATTORNEYS' FEES AND COSTS;
<u>DECLARATION OF TIMOTHY J. HOGAN</u>**

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of PLAINTIFF WAYNE BERRY'S REPLY MEMORANDUM TO DEFENDANT EMPLOYEES' MEMORANDUM IN OPPOSITION TO PLAINTIFF WAYNE BERRY'S MOTION TO ALTER OR AMEND SECOND AMENDED JUDGMENT ENTERED ON MARCH 16, 2006 ENTERED IN DELAYED TIME FOR FILING OF AN APPEAL PENDING RESOLUTION OF MOTION FOR ATTORNEYS' FEES AND COSTS; DECLARATION OF TIMOTHY J. HOGAN was served on the following at their last known addresses:

<u>Served Electronically on April 10, 2006</u> :

Andrew V. Beaman abeaman@chunkerr.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Damian Capozzola dcapozzola@kirkland.com

Christopher T. Chun ctc@hosodalaw.com

Leroy E. Colombe lcolombe@chunkerr.com

Rex Y. Fujichaku rfujichaku@bchlaw.net, jennifer@bchlaw.net

Lyle S. Hosoda lsh@hosodalaw.com

Eric C. Liebeler eliebeler@kirkland.com

Raina P. Mead ! rpbm@hosodalaw.com

William G. Meyer , III wmeyer@dwyerlaw.com

R. Olivia Samad osamad@kirkland.com

Lex R. Smith lrs@ksglaw.com

Ann C. Teranishi act@ksglaw.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

    DATED: Honolulu, Hawai'i, April 10, 2006.

                                      /s/ Timothy J. Hogan
                                      TIMOTHY J. HOGAN
                                      Attorney for Plaintiff WAYNE BERRY