ORIGINAL

371434.1

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI          # 2498-0
KAREN Y. ARIKAWA         # 7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No.:  544-8300
Facsimile No.:  544-8399
E-Mail Address:  karikawa@wik.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 0 2006

at 3 o'clock and 40 min. P M
SUE BEITIA, CLERK

SHELDON S. TOLL (Mich. Bar P-21490) (admitted *pro hac vice*)
2000 Town Center, Suite 2550
Southfield, MI 48075
Tel. No. (248) 358-2460
Fax. No. (248) 358-2740
E-Mail Address:  lawtoll@comcast.net

Attorneys for Defendant
**ALIXPARTNERS, LLC**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, Hawaii citizen, | Civil No. CV03-00385 SOM/LEK (Copyright) |
| Plaintiff, | |
| vs. | NOTICE OF WITHDRAWAL OF DEFENDANT ALIXPARTNERS, LLC'S MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO JUDGMENT ENTERED ON MARCH 9, 2006, FILED ON 3/23/06; CERTIFICATE OF SERVICE |
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation, et al., | |
| Defendants. | Non-Hearing Motion |
| | Judge:   Mag. Leslie Kobayashi |

**NOTICE OF WITHDRAWAL OF DEFENDANT DEFENDANT
ALIXPARTNERS, LLC'S MOTION FOR ATTORNEYS' FEES AND COSTS
<u>PURSUANT TO JUDGMENT ENTERED ON MARCH 9, 2006, FILED 3/23/06</u>**

COMES NOW Defendant ALIXPARTNERS, LLC, by and through

its attorneys, SHELDON S. TOLL PLLC and WATANABE ING & KOMEIJI

LLP, and hereby withdraws their Motion For Attorneys' Fees and

Costs Entered on March 9, 2006, filed on March 23, 2006.

DATED:  Honolulu, Hawaii, April 10, 2006.

SHELDON S. TOLL
JOHN T. KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA

Attorneys for Defendant
**ALIXPARTNERS, LLC**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

WAYNE BERRY,  Hawaii citizen,    )    **Civil No. CV03-00385 SOM/LEK**
                                 )    **(Copyright)**
              Plaintiff,         )
                                 )    CERTIFICATE OF SERVICE
      vs.                        )
                                 )
HAWAIIAN EXPRESS SERVICE, INC.,  )
a California corporation, et     )    **Trial Date:  January 24, 2006**
al.,                             )
                                 )
              Defendants.        )
_____  )

### CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that a copy of the foregoing was duly
served upon the following parties by mailing same on this date to
their last known address:

            TIMOTHY J. HOGAN, ESQ.
            1132 Bishop Street, Suite 1405
            Honolulu, Hawaii 96813

            Attorney for Plaintiff
            WAYNE BERRY

            LYLE HOSODA, ESQ.
            RAINA MEAD, ESQ.
            345 Queen Street, Suite 804
            Honolulu, Hawaii 96813

            Attorney for Defendants
            MARK DILLON, BRIAN CHRISTENSEN, TERESA NOA,
            MELVIN PONCE, ALFREDDA WAIOLAMA,
            JACQUELINE RIO, SONIA PURDY and
            JUSTIN FUKUMOTO

LEX R. SMITH, ESQ.
ANNE E. LOPEZ, ESQ.
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop Street; Suite 2600
Honolulu, Hawaii 96813

Attorneys for Defendants
FLEMING COMPANIES, INC., C&S WHOLESALE GROCERS, INC.,
C&S LOGISTICS OF HAWAII, LLC, C&S ACQUISITIONS, LLC,
ES3, LLC and RICHARD COHEN


ROY J. TJIOE, ESQ.
EMILY REBER PORTER, ESQ.
Goodsill Anderson Quinn & Stifel
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813

        and

KAREN L.S. FINE, ESQ.
Nordman Cormany Hair & Compton
1000 Town Center Drive, Sixth Floor
Oxnard, California 93036

Attorney for Defendants
HAWAIIAN EXPRESS SERVICE, INC., H.E.S. TRANSPORTATION
SERVICES, INC., CALIFORNIA PACIFIC CONSOLIDATORS, INC.,
JEFFREY P. GRAHAM and PETER SCHAUL


ERIC C. LIEBELER, ESQ.
DAMIAN CAPOZZOLA, ESQ.
R. OLIVIA SAMAD, ESQ.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, California 90017

Attorneys for Defendant
FLEMING COMPANIES, INC.

REX FUJICHAKU, ESQ.
Bronster Crabtree & Hoshibata
1001 Bishop Street, Suite 2300
Pauahi Tower
Honolulu, Hawaii 96813

Attorneys for Defendants
GUIDANCE SOFTWARE, LLC and
MICHAEL GURZI


WESLEY H.H. CHING, ESQ.
Fukunaga, Matayoshi, Hershey & Ching, LLC
1200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
HAWAII TRANSFER COMPANY, LIMITED


DATED:  Honolulu, Hawaii, April 10, 2006.


_____
SHELDON S. TOLL
JOHN T. KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA

Attorneys for Defendant
**ALIXPARTNERS, LLC**