IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, ) | CIVIL NO. CV03-00385 SOM-LEK |
| ) | (Copyright) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ) | |
| HAWAIIAN EXPRESS SERVICE, ) | |
| INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 11, 2006 and by the method of service noted below, a true and correct copy of *DEFENDANTS BRIAN CHRISTENSEN, MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, AND JACQUELINE RIO'S REPLY MEMORANDUM IN SUPPORT OF RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AS TO ACTUAL DAMAGES AND VICARIOUS INFRINGEMENT; CERTIFICATE OF SERVICE* was served on the following parties at their last known addresses:

Served electronically through CM/ECF:

| | |
|---|---|
| Andrew V. Beaman | abeaman@chunkerr.com |
| Leroy E. Colombe | lcolombe@chunkerr.com |
| | |
| Damian Capozzola | dcappozola@kirland.com |
| R. Olivia Samad | osamad@kirkland.com |

| | |
|---|---|
| Margery Bronster | mbronster@bchlaw.net |
| | audrey@bchlaw.net |
| Rex Y. Fujichaku | rfujichaku@bchlaw.net, |
| | jennifer@bchlaw.net |
| Timothy J. Hogan | tjh@loio.com |
| Lex R. Smith | lrs@ksqlaw.com |
| Thomas H.Y.P. Yee | thy@ksqlaw.com, |
| | bls@ksqlaw.com |

DATED: Honolulu, Hawaii, April 11, 2006.

 /s/ Lyle S. Hosoda
LYLE S. HOSODA
RAINA P.B. MEAD

Attorneys for Defendants
BRIAN CHRISTENSEN, MARK DILLON,
TERESA NOA, MELVIN PONCE, SONIA
PURDY, JUSTIN FUKUMOTO, ALFREDDA
WAIOLAMA, and JACQUELINE RIO