CHUN, KERR, DODD, BEAMAN & WONG,
  A Limited Liability Law Partnership

LEROY E. COLOMBE     #3662-0
745 Fort Street, 9th Floor
Honolulu, HI 96813
Telephone: 528-8200
Facsimile: 536-5869
Email: lcolombe@ckdbw.com

Attorneys for Defendant
FOODLAND SUPER MARKET, LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen,<br><br>  Plaintiff,<br><br>  vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., et al.,<br><br>  Defendants. | CASE NO. 03-CV-00385 SOM/LEK<br>(Copyright)<br><br>DEFENDANT FOODLAND SUPER MARKET, LIMITED'S **STATEMENT OF NO POSITION** ON PLAINTIFF WAYNE BERRY'S MOTION FOR AWARD OF ATTORNEYS' FEES AND FULL COSTS FILED MARCH 15, 2006; CERTIFICATE OF SERVICE<br><br>[Non-Hearing Motion] |

102267

DEFENDANT FOODLAND SUPER MARKET, LIMITED'S STATEMENT
OF NO POSITION ON PLAINTIFF WAYNE BERRY'S MOTION FOR
AWARD OF ATTORNEYS' FEES AND FULL COSTS FILED MARCH 15, 2006

   Defendant Foodland Super Market, Limited, by its attorneys, hereby states that it takes no position with respect to Plaintiff Wayne Berry's Motion for Award of Attorneys' Fees and Full Costs, filed herein on March 15, 2006, pursuant to

L.R. 7.4 of the Rules of the United States District Court for the District of Hawaii.

DATED: Honolulu, Hawaii, April 12, 2006.

/s/ Leroy E. Colombe
_____
LEROY E. COLOMBE
CHUN, KERR, DODD, BEAMAN & WONG,
A Limited Liability Law Partnership

Attorney for Defendant
FOODLAND SUPER MARKET, LIMITED