IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | ) CASE NO. 03-CV-00385 SOM/LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

102272

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and exact copy of DEFENDANT FOODLAND SUPER MARKET, LIMITED'S STATEMENT OF NO POSITION ON DEFENDANTS GUIDANCE SOFTWARE, INC. AND MICHAEL GURZI'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS FILED MARCH 30, 2006 was duly served via the Court's electronic transmission facilities to the parties listed below as follows:

      LEX R. SMITH (lrs@ksglaw.com)
      THOMAS H. YEE (thy@ksglaw.com)

          Attorneys for Defendant
          C&S LOGISTICS OF HAWAII, LLC,
          C&S WHOLESALE GROCERS, INC.,
          C&S ACQUISITIONS, LLC,
          RICHARD COHEN and ES3,LEC

      DAMIAN CAPOZZOLA (dcapozzola@kirkland.com)
      R. OLIVIA SAMAD (osamad@kirkland.com)

          Attorney for Defendant
          FLEMING COMPANIES, INC.

```
LYLE S. HOSODA (lsh@hosodalaw.com)
RAINA P. MEAD (rpbm@hosodalaw.com)

     Attorneys for
     MARK DILLON, TERESA NOA and
     BRIAN CHRISTENSEN

REX Y. FUJICHAKU (rfujichaku@bchlaw.net,
                  jennifer@bchlaw.net)

     Attorneys for Defendant
     GUIDANCE SYSTEMS, INC.


TIMOTHY J. HOGAN (tjh@loio.com)

     Attorney for Plaintiff
     WAYNE BERRY
```

In addition, a true and exact copy of the above-referenced document was duly served by hand delivery on the party identified below, on this date, addressed as follows:

```
WESLEY H.H. CHING, ESQ.
Fukunaga, Matayoshi, Hershey & Ching
1200 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Attorney for Defendant
HAWAIIAN TRANSFER COMPANY, LTD.
```

DATED: Honolulu, Hawaii, April 12, 2006.

/S/ LEROY E. COLOMBE
_____
LEROY E. COLOMBE
CHUN, KERR, DODD, BEAMAN & WONG,
A Limited Liability Law Partnership

Attorney for Defendant
FOODLAND SUPER MARKET, LIMITED