CHUN, KERR, DODD, BEAMAN & WONG,
  A Limited Liability Law Partnership

LEROY E. COLOMBE     #3662-0
745 Fort Street, 9th Floor
Honolulu, HI 96813
Telephone: 528-8200
Facsimile: 536-5869
Email: lcolombe@ckdbw.com

Attorneys for Defendant
FOODLAND SUPER MARKET, LIMITED


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen,<br><br>   Plaintiff,<br><br> vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., et al.,<br><br>   Defendants. | CASE NO. 03-CV-00385 SOM/LEK<br>(Copyright)<br><br>DEFENDANT FOODLAND SUPER MARKET, LIMITED'S **STATEMENT OF NO POSITION** ON DEFENDANTS C&S WHOLESALE GROCERS INC., C&S ACQUISITION LLC, C&S LOGISTICS LLC, ES3 LLC AND RICHARD COHEN FOR AWARD OF ATTORNEYS' FEES AND FULL COSTS FILED MARCH 23, 2006; CERTIFICATE OF SERVICE<br><br>[Non-Hearing Motion] |

102271

DEFENDANT FOODLAND SUPER MARKET, LIMITED'S STATEMENT
OF NO POSITION ON DEFENDANTS C&S WHOLESALE GROCERS INC., C&S
ACQUISITION LLC, C&S LOGISTICS LLC, ES3 LLC AND RICHARD COHEN
FOR AWARD OF ATTORNEYS' FEES AND FULL COSTS FILED MARCH 23, 2006

  Defendant Foodland Super Market, Limited, by its

attorneys, hereby states that it takes no position with respect

to Defendants C&S Wholesale Grocers Inc., C&S Acquisition LLC,

C&S Logistics LLC, ES3 LLC and Richard Cohen for Award of Attorneys' Fees and Full Costs, filed herein on March 23, 2006, pursuant to L.R. 7.4 of the Rules of the United States District Court for the District of Hawaii.

DATED: Honolulu, Hawaii, April 12, 2006.

/s/ Leroy E. Colombe
_____
LEROY E. COLOMBE
CHUN, KERR, DODD, BEAMAN & WONG,
A Limited Liability Law Partnership

Attorney for Defendant
FOODLAND SUPER MARKET, LIMITED