CHUN, KERR, DODD, BEAMAN & WONG,
  A Limited Liability Law Partnership

LEROY E. COLOMBE     #3662-0
745 Fort Street, 9th Floor
Honolulu, HI 96813
Telephone: 528-8200
Facsimile: 536-5869
Email: lcolombe@ckdbw.com

Attorneys for Defendant
FOODLAND SUPER MARKET, LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen,<br><br>          Plaintiff,<br><br>     vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., et al.,<br><br>          Defendants. | CASE NO. 03-CV-00385 SOM/LEK<br>(Copyright)<br><br>DEFENDANT FOODLAND SUPER MARKET, LIMITED'S **STATEMENT OF NO POSITION** ON DEFENDANT HAWAII TRANSFER COMPANY, LIMITED'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND RELATED NON-TAXABLE COSTS FILED MARCH 30, 2006; CERTIFICATE OF SERVICE<br><br>[Non-Hearing Motion] |

102273

DEFENDANT FOODLAND SUPER MARKET, LIMITED'S STATEMENT
OF NO POSITION ON DEFENDANT HAWAII TRANSFER COMPANY,
LIMITED'S MOTION FOR AN AWARD OF ATTORNEYS' FEES
AND RELATED NON-TAXABLE COSTS FILED MARCH 30, 2006

   Defendant Foodland Super Market, Limited, by its attorneys, hereby states that it takes no position with respect to Defendant Hawaii Transfer Company, Limited's Motion for An

Award of Attorneys' Fees and Related Non-taxable Costs, filed herein on March 30, 2006, pursuant to L.R. 7.4 of the Rules of the United States District Court for the District of Hawaii.

DATED: Honolulu, Hawaii, April 12, 2006.

/s/ Leroy E. Colombe
_____
LEROY E. COLOMBE
CHUN, KERR, DODD, BEAMAN & WONG,
A Limited Liability Law Partnership

Attorney for Defendant
FOODLAND SUPER MARKET, LIMITED