CHUN, KERR, DODD, BEAMAN & WONG,
  A Limited Liability Law Partnership

LEROY E. COLOMBE     #3662-0
745 Fort Street, 9th Floor
Honolulu, HI 96813
Telephone: 528-8200
Facsimile: 536-5869
Email: lcolombe@ckdbw.com

Attorneys for Defendant
FOODLAND SUPER MARKET, LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., et al.,<br><br>　　　　　Defendants. | CASE NO. 03-CV-00385 SOM/LEK<br>(Copyright)<br><br>DEFENDANT FOODLAND SUPER MARKET, LIMITED'S **STATEMENT OF NO POSITION** ON DEFENDANTS BRIAN CHRISTENSEN, MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, AND JACQUELINE RIO'S MOTION FOR ATTORNEYS' FEES AND COSTS FILED MARCH 23, 2006; CERTIFICATE OF SERVICE<br><br>[Non-Hearing Motion] |

102274

DEFENDANT FOODLAND SUPER MARKET, LIMITED'S STATEMENT OF
NO POSITION ON DEFENDANTS BRIAN CHRISTENSEN, MARK DILLON,
TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO,
ALFREDDA WAIOLAMA, AND JACQUELINE RIO'S MOTION
<u>FOR ATTORNEYS' FEES AND COSTS FILED MARCH 23, 2006</u>

　　　Defendant Foodland Super Market, Limited, by its attorneys, hereby states that it takes no position with respect to Defendants Brian Christensen, Mark Dillon, Teresa Noa, Melvin

Ponce, Sonia Purdy, Justin Fukumoto, Alfredda Waiolama, and Jacqueline Rio's Motion for Attorneys' Fees and Costs, filed herein on March 23, 2006, pursuant to L.R. 7.4 of the Rules of the United States District Court for the District of Hawaii.

DATED: Honolulu, Hawaii, April 12, 2006.

/s/ Leroy E. Colombe
_____
LEROY E. COLOMBE
CHUN, KERR, DODD, BEAMAN & WONG,
A Limited Liability Law Partnership

Attorney for Defendant
FOODLAND SUPER MARKET, LIMITED