IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | ) CASE NO. 03-CV-00385 SOM/LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

102274

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of DEFENDANT FOODLAND SUPER MARKET, LIMITED'S STATEMENT OF NO POSITION ON DEFENDANTS BRIAN CHRISTENSEN, MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, AND JACQUELINE RIO'S MOTION FOR ATTORNEYS' FEES AND COSTS FILED MARCH 23, 2006 was duly served via the Court's electronic transmission facilities to the parties listed below as follows:

    LEX R. SMITH (lrs@ksglaw.com)
    THOMAS H. YEE (thy@ksglaw.com)

        Attorneys for Defendant
        C&S LOGISTICS OF HAWAII, LLC,
        C&S WHOLESALE GROCERS, INC.,
        C&S ACQUISITIONS, LLC,
        RICHARD COHEN and ES3,LEC

    DAMIAN CAPOZZOLA (dcapozzola@kirkland.com)
    R. OLIVIA SAMAD (osamad@kirkland.com)

        Attorney for Defendant
        FLEMING COMPANIES, INC.

```
        LYLE S. HOSODA (lsh@hosodalaw.com)
        RAINA P. MEAD (rpbm@hosodalaw.com)

             Attorneys for
             MARK DILLON, TERESA NOA and
             BRIAN CHRISTENSEN

        REX Y. FUJICHAKU (rfujichaku@bchlaw.net,
                         jennifer@bchlaw.net)

             Attorneys for Defendant
             GUIDANCE SYSTEMS, INC.


        TIMOTHY J. HOGAN (tjh@loio.com)

             Attorney for Plaintiff
             WAYNE BERRY
```

In addition, a true and exact copy of the above-referenced document was duly served by hand delivery on the party identified below, on this date, addressed as follows:

```
        WESLEY H.H. CHING, ESQ.
        Fukunaga, Matayoshi, Hershey & Ching
        1200 Davies Pacific Center
        841 Bishop Street
        Honolulu, HI 96813

        Attorney for Defendant
        HAWAIIAN TRANSFER COMPANY, LTD.
```

DATED: Honolulu, Hawaii, April 12, 2006.

```
                         /S/ LEROY E. COLOMBE
                         _____
                         LEROY E. COLOMBE
                         CHUN, KERR, DODD, BEAMAN & WONG,
                         A Limited Liability Law Partnership

                         Attorney for Defendant
                         FOODLAND SUPER MARKET, LIMITED
```