IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | ) CASE NO. 03-CV-00385 SOM/LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

102266

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of DEFENDANT FOODLAND SUPER MARKET, LIMITED'S STATEMENT OF NO POSITION ON DEFENDANT PCT'S MOTION FOR ATTORNEYS' FEES AND COSTS FILED MARCH 23, 2006 was duly served via the Court's electronic transmission facilities to the parties listed below as follows:

    LEX R. SMITH (lrs@ksglaw.com)
    THOMAS H. YEE (thy@ksglaw.com)

        Attorneys for Defendant
        C&S LOGISTICS OF HAWAII, LLC,
        C&S WHOLESALE GROCERS, INC.,
        C&S ACQUISITIONS, LLC,
        RICHARD COHEN and ES3,LEC

    DAMIAN CAPOZZOLA (dcapozzola@kirkland.com)
    R. OLIVIA SAMAD (osamad@kirkland.com)

        Attorney for Defendant
        FLEMING COMPANIES, INC.

LYLE S. HOSODA (lsh@hosodalaw.com)
RAINA P. MEAD (rpbm@hosodalaw.com)

    Attorneys for
    MARK DILLON, TERESA NOA and
    BRIAN CHRISTENSEN

REX Y. FUJICHAKU (rfujichaku@bchlaw.net,
              jennifer@bchlaw.net)

    Attorneys for Defendant
    GUIDANCE SYSTEMS, INC.


TIMOTHY J. HOGAN (tjh@loio.com)

    Attorney for Plaintiff
    WAYNE BERRY


In addition, a true and exact copy of the above-referenced document was duly served by hand delivery on the party identified below, on this date, addressed as follows:

    WESLEY H.H. CHING, ESQ.
    Fukunaga, Matayoshi, Hershey & Ching
    1200 Davies Pacific Center
    841 Bishop Street
    Honolulu, HI 96813

    Attorney for Defendant
    HAWAIIAN TRANSFER COMPANY, LTD.


DATED: Honolulu, Hawaii, April 12, 2006.


                              /S/ LEROY E. COLOMBE
                              _____
                              LEROY E. COLOMBE

                              CHUN, KERR, DODD, BEAMAN & WONG,
                              A Limited Liability Law Partnership

                              Attorney for Defendant
                              FOODLAND SUPER MARKET, LIMITED