IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen,<br><br>Plaintiff,<br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., et al.,<br><br>Defendants. | ) CASE NO. 03-CV-00385 SOM/LEK<br>) (Copyright)<br>)<br>) CERTIFICATE OF SERVICE |

102269

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of DEFENDANT FOODLAND SUPER MARKET, LIMITED’S STATEMENT OF NO POSITION ON DEFENDANT ALIXPARTNERS, LCC’S MOTION FOR ATTORNEYS’ FEES AND COSTS PURSUANT TO JUDGMENT ENTERED ON MARCH 9, 2006, FILED MARCH 23, 2006 was duly served via the Court’s electronic transmission facilities to the parties listed below as follows:

LEX R. SMITH (lrs@ksglaw.com)
THOMAS H. YEE (thy@ksglaw.com)

Attorneys for Defendant
C&S LOGISTICS OF HAWAII, LLC,
C&S WHOLESALE GROCERS, INC.,
C&S ACQUISITIONS, LLC,
RICHARD COHEN and ES3,LEC

DAMIAN CAPOZZOLA (dcapozzola@kirkland.com)
R. OLIVIA SAMAD (osamad@kirkland.com)

Attorney for Defendant
FLEMING COMPANIES, INC.

LYLE S. HOSODA (lsh@hosodalaw.com)
RAINA P. MEAD (rpbm@hosodalaw.com)

Attorneys for
MARK DILLON, TERESA NOA and
BRIAN CHRISTENSEN

REX Y. FUJICHAKU (rfujichaku@bchlaw.net,
jennifer@bchlaw.net)

Attorneys for Defendant
GUIDANCE SYSTEMS, INC.

TIMOTHY J. HOGAN (tjh@loio.com)

Attorney for Plaintiff
WAYNE BERRY

In addition, a true and exact copy of the above-referenced document was duly served by hand delivery on the party identified below, on this date, addressed as follows:

WESLEY H.H. CHING, ESQ.
Fukunaga, Matayoshi, Hershey & Ching
1200 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Attorney for Defendant
HAWAIIAN TRANSFER COMPANY, LTD.

DATED: Honolulu, Hawaii, April 12, 2006.

/S/ LEROY E. COLOMBE

LEROY E. COLOMBE
CHUN, KERR, DODD, BEAMAN & WONG,
A Limited Liability Law Partnership

Attorney for Defendant
FOODLAND SUPER MARKET, LIMITED