CHUN, KERR, DODD, BEAMAN & WONG,
  A Limited Liability Law Partnership

LEROY E. COLOMBE    #3662-0
745 Fort Street, 9th Floor
Honolulu, HI 96813
Telephone: 528-8200
Facsimile: 536-5869
Email: lcolombe@ckdbw.com

Attorneys for Defendant
FOODLAND SUPER MARKET, LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | CASE NO. 03-CV-00385 SOM/LEK (Copyright) |
| Plaintiff, | NOTICE OF WITHDRAWAL OF DEFENDANT FOODLAND SUPER MARKET, LIMITED'S MOTION FOR ATTORNEYS' FEES AND RELATED NON-TAXABLE COSTS FILED MARCH 23, 2006; CERTIFICATE OF SERVICE |
| vs. | |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | |
| Defendants. | |
| | [Non-Hearing Motion] |

102301

NOTICE OF WITHDRAWAL OF DEFENDANT FOODLAND
SUPER MARKET, LIMITED'S MOTION FOR ATTORNEYS' FEES
AND RELATED NON-TAXABLE COSTS FILED MARCH 23, 2006

    Comes now Defendant FOODLAND SUPER MARKET, LIMITED, by and through its attorneys, and hereby withdraws its Motion for Attorneys' Fees and Related Non-Taxable Costs, filed herein on March 23, 2006.

DATED: Honolulu, Hawaii, April 12, 2006.

/s/ Leroy E. Colombe
_____
LEROY E. COLOMBE
CHUN, KERR, DODD, BEAMAN & WONG,
A Limited Liability Law Partnership

Attorney for Defendant
FOODLAND SUPER MARKET, LIMITED