IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | ) CASE NO. 03-CV-00385 SOM/LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

102301

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the NOTICE OF WITHDRAWAL OF DEFENDANT FOODLAND SUPER MARKET, LIMITED'S MOTION FOR ATTORNEYS' FEES AND RELATED NON-TAXABLE COSTS FILED MARCH 23, 2006 was duly served via the Court's electronic transmission facilities to the parties listed below as follows:

LEX R. SMITH (lrs@ksglaw.com)
THOMAS H. YEE (thy@ksglaw.com)

Attorneys for Defendant
C&S LOGISTICS OF HAWAII, LLC,
C&S WHOLESALE GROCERS, INC.,
C&S ACQUISITIONS, LLC,
RICHARD COHEN and ES3,LEC

DAMIAN CAPOZZOLA (dcapozzola@kirkland.com)
R. OLIVIA SAMAD (osamad@kirkland.com)

Attorney for Defendant
FLEMING COMPANIES, INC.

```
LYLE S. HOSODA (lsh@hosodalaw.com)
RAINA P. MEAD (rpbm@hosodalaw.com)

    Attorneys for
    MARK DILLON, TERESA NOA and
    BRIAN CHRISTENSEN

REX Y. FUJICHAKU (rfujichaku@bchlaw.net,
                  jennifer@bchlaw.net)

    Attorneys for Defendant
    GUIDANCE SYSTEMS, INC.


TIMOTHY J. HOGAN (tjh@loio.com)

    Attorney for Plaintiff
    WAYNE BERRY
```

In addition, a true and exact copy of the above-referenced document was duly served by hand delivery on the party identified below, on this date, addressed as follows:

```
WESLEY H.H. CHING, ESQ.
Fukunaga, Matayoshi, Hershey & Ching
1200 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Attorney for Defendant
HAWAIIAN TRANSFER COMPANY, LTD.
```

DATED: Honolulu, Hawaii, April 12, 2006.

/S/ LEROY E. COLOMBE
_____
LEROY E. COLOMBE
CHUN, KERR, DODD, BEAMAN & WONG,
A Limited Liability Law Partnership

Attorney for Defendant
FOODLAND SUPER MARKET, LIMITED

2