CHUN, KERR, DODD, BEAMAN & WONG,
  A Limited Liability Law Partnership

LEROY E. COLOMBE     #3662-0
745 Fort Street, 9th Floor
Honolulu, HI 96813
Telephone: 528-8200
Facsimile: 536-5869
Email: lcolombe@ckdbw.com

Attorneys for Defendant
FOODLAND SUPER MARKET, LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen,<br><br>          Plaintiff,<br><br>     vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., et al.,<br><br>          Defendants. | CASE NO. 03-CV-00385 SOM/LEK<br>(Copyright)<br><br>NOTICE OF WITHDRAWAL OF DEFENDANT FOODLAND SUPER MARKET, LIMITED'S BILL OF COSTS FILED APRIL 5, 2006; CERTIFICATE OF SERVICE |

102300

NOTICE OF WITHDRAWAL OF DEFENDANT FOODLAND
SUPER MARKET, LIMITED'S BILL OF COSTS FILED APRIL 5, 2006

      Comes now Defendant FOODLAND SUPER MARKET, LIMITED, by and through its attorneys, and hereby withdraws its Bill of Costs, filed herein on April 5, 2006.

      DATED: Honolulu, Hawaii, April 12, 2006.

                                    /s/ Leroy E. Colombe
                                    _____
                                    LEROY E. COLOMBE
                                    CHUN, KERR, DODD, BEAMAN & WONG,
                                    A Limited Liability Law Partnership

                                    Attorney for Defendant
                                    FOODLAND SUPER MARKET, LIMITED