IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | ) CASE NO. 03-CV-00385 SOM/LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| HAWAIIAN EXPRESS SERVICE, | ) |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

102300

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and exact copy of the NOTICE OF WITHDRAWAL OF DEFENDANT FOODLAND SUPER MARKET, LIMITED'S BILL OF COSTS FILED APRIL 5, 2006 was duly served via the Court's electronic transmission facilities to the parties listed below as follows:

    LEX R. SMITH (lrs@ksglaw.com)
    THOMAS H. YEE (thy@ksglaw.com)

        Attorneys for Defendant
        C&S LOGISTICS OF HAWAII, LLC,
        C&S WHOLESALE GROCERS, INC.,
        C&S ACQUISITIONS, LLC,
        RICHARD COHEN and ES3,LEC

    DAMIAN CAPOZZOLA (dcapozzola@kirkland.com)
    R. OLIVIA SAMAD (osamad@kirkland.com)

        Attorney for Defendant
        FLEMING COMPANIES, INC.

    LYLE S. HOSODA (lsh@hosodalaw.com)
    RAINA P. MEAD (rpbm@hosodalaw.com)

        Attorneys for
        MARK DILLON, TERESA NOA and
        BRIAN CHRISTENSEN

REX Y. FUJICHAKU (rfujichaku@bchlaw.net,
jennifer@bchlaw.net)

Attorneys for Defendant
GUIDANCE SYSTEMS, INC.

TIMOTHY J. HOGAN (tjh@loio.com)

Attorney for Plaintiff
WAYNE BERRY

In addition, a true and exact copy of the above-referenced document was duly served by hand delivery on the party identified below, on this date, addressed as follows:

WESLEY H.H. CHING, ESQ.
Fukunaga, Matayoshi, Hershey & Ching
1200 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Attorney for Defendant
HAWAIIAN TRANSFER COMPANY, LTD.

DATED: Honolulu, Hawaii, April 12, 2006.

/S/ LEROY E. COLOMBE
_____
LEROY E. COLOMBE
CHUN, KERR, DODD, BEAMAN & WONG,
A Limited Liability Law Partnership

Attorney for Defendant
FOODLAND SUPER MARKET, LIMITED