| DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/06/04 | TJH - STATUS CONFERENCE IN CIRCUIT COURT | 1.00 200.00/hr | 200.00 |
| 10/13/04 | TJH - WORK ON MOTIONS FOR SUMMARY JUDGMENT | 9.50 200.00/hr | 1,900.00 |
| 12/01/04 | TJH - TELEPHONE CONFERENCE WITH MARGERY BRONSTER REGARDING SETTLEMENT | .30 200.00/hr. | 60.00 |
| 05/20/04 | TJH - TELEPHONE CONFERENCE WITH WES CHING REGARDING CASE | .50 200.00/hr | 100.00 |
| 09/12/03 | TJH - TELEPHONE CONFERENCE WITH PETER KASHIWA REGARDING SET ASIDE OF DEFAULT; REVIEW CASE REGARDING MOTION | .20 200.00/hr | 40.00 |
| 12/03/04 | TJH- E-MAILS REGARDING PATRICK HIRAYAMA | 1.50 200.00/hr | 300.00 |
| 12/03/04 | TJH - DRAFT AND REVISE LETTER TO WES CHING | 2.10 200.00/hr | 420.00 |
| 05/28/04 | TJH- TELEPHONE CONFERENCE TO LEROY COLOMBE REGARDING DISCOVERY; LEFT MESSAGE | .10 200.00/hr | 20.00 |
| 06/01/04 | TJH - REVISE LETTER FOR ANDY BEAMAN/LEROY COLOMBE | .80 200.00/hr | 160.00 |
| 06/27/05 | TJH - E-MAILS TO GABLER RE: SETTLEMENT | .50 200.00/hr | 100.00 |
| 06/14/04 | TJH - E-MAIL TO LEROY COLOMBE REGARDING STATUS | .10 200.00/hr | 20.00 |
| 06/28/05 | TJH - FINALIZE SETTLEMENT MOTION DOCUMENT | 1.50 200.00/hr | 300.00 |
| 10/16/03 | TJH - REVIEW RULE 16 OF HAWAII TRANSFER CO. | .50 200.00/hr | 100.00 |
| 10/17/03 | TJH - TELEPHONE CONFERENCE WITH CLIENT REGARDING STATUS REGARDING HAWAII TRANSFER CO.'S RULE 16 STATEMENT | .30 200.00/hr | 60.00 |
| 06/16/04 | TJH - TELEPHONE CONFERENCE WITH LEROY COLOMBE REGARDING DISCOVERY | .50 200.00/hr | 100.00 |
| 07/05/05 | TJH - REGARDING LETTER FROM LEX SMITH REGARDING HEX SETTLEMENT; DRAFT AND REVISE | .30 200.00/hr | 60.00 |
| 11/10/03 | TJH - CORRESPONDENCE WITH HEX COUNSEL REGARDING DOCUMENT PRODUCTION; WORK ON BACKGROUND FOR TEMPORARY INJUNCTIVE MOTIONS; TELEPHONE CONFERENCE | 3.50 200.00/hr | 700.00 |

| | | | |
|---|---|---|---|
| | WITH CLIENT REGARDING MOTION | | |
| 11/13/03 | TJH - TELEPHONE CONFERENCE WITH KAREN FINE REGARDING ISSUES IN CASE | 2.00 200.00/hr | 400.00 |
| 11/14/03 | TJH - TELEPHONE CONFERENCE FROM DUBINSKY AT K-MART LEGAL | .10 200.00/hr | 20.00 |
| 11/18/03 | TJH - TELEPHONE CONFERENCE WITH ANDREW BEMAN REGARDING SETTLEMENT; REVIEW DOCUMENTS REGARDING HAWAII TRANSFER AND FOODLAND; DIRECT INFRINGEMENT LIABILITY; TELEPHONE CONFERENCE WITH CLIENT REGARDING AUTHORITY TO SETTLE; OFFICE CONFERENCE WITH WES ICHIDA REGARDING SETTLEMENT | 3.50 200.00/hr | 700.00 |
| 11/25/03 | TJH - OFFICE CONFERENCE WITH CLIENT TO WORK ON FOODLAND INTERROGS | 3.50 200.00/hr | 700.00 |
| 02/23/05 | TJH - WORK ON HEX SETTLEMENT | 1.50 200.00/hr | 300.00 |
| 03/03/05 | TJH - E-MAIL AND TELEPHONE CONFERENCE WITH CLIENT REGARDING HEX SETTLEMENT | 1.50 200.00/hr | 300.00 |
| 07/31/03 | TJH - WORK ON AMENDED COMPLAINT AND LETTERS TO HTC AND FOODLAND | 2.00 200.00/hr | 400.00 |
| 01/15/04 | TJH - TELEPHONE CONFERENCE WITH WAYNE BERRY REGARDING FOODLAND DOCUMENTS | 1.0 200.00/hr | 200.00 |
| 01/15/04 | TJH - DRAFT LETTER AND REVIEW TO ANDY BEAMAN REGARDING MEET AND CONFER | 1.50 200.00/hr | 300.00 |
| 01/15/04 | TJH - OFFICE CONFERENCE WITH ANDY BEAMAN REGARDING DISCOVERY MEET AND CONFER | 2.50 200.00/hr | 500.00 |
| 01/15/04 | TJH - PREPARE FOR AND CONTACT REGARDING MEET AND CONFER WITH KAREN FINE | 1.50 200.00/hr | 300.00 |
| 02/09/04 | TJH - TELEPHONE CONFERENCE WITH KAREN FINE REGARDING STATUS; DRAFT SETTLEMENT LETTER TO DEFENDANT | 3.50 200.00/hr | 700.00 |
| 10/21/004 | TJH - TELEPHONE CONFERENCE WITH LEROY COLOMBE REGARDING DOCUMENTS TO BE USED | 0.10 200.00/hr | 20.00 |
| 12/31/03 | TJH - DRAFT E-MAIL RESPONSE TO KAREN FINE REGARDING DEPOSITION | .50 200.00/hr | 100.00 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 12/08/04 | TJH - DISCOVERY ON ALL ISSUE REGARDING FOODLAND | 2..0 200.00/hr | 400.00 |
| 10/30/03 | TJH - REVIEW AND REVISE 30(B)(6) DESIGNATION OF C&S | 2.5 200.00/hr | 500.00 |
| 10/30/03 | TJH - DRAFT, REVIEW AND REVISE SUBPOENAS TO K-MART AND HORIZON LINES | 2.3 200.00/hr | 460.00 |
| 06/21/04 | TJH - CONTINUE PREPARATION FOR DISCOVERY REGARDING HEX | 3.0 200.00/hr | 600.00 |
| 10/31/03 | TJH - PREPARE DISCOVERY TO FOODLAND, INCLUDING DOCUMENT REQUEST AND INTERROGS | 3.5 200.00/hr | 700.00 |
| 06/23/04 | TJH - TELEPHONE CONFERENCE WITH LEROY COLOMBE | 1.0 200.00/hr | 200.00 |
| 06/24/04 | TJH - REVIEW DOCUMENTS AT FOODLAND | 8.0 200.00/hr | 1,600.00 |
| 11/20/03 | TJH - CONTINUE WORK ON 30(B)(6) QUESTIONS FOR HAWAII TRANSFER COMPANY | 1.40 200.00 | 280.00 |
| 11/25/03 | TJH - CONTINUE DRAFT OF FOODLAND ANSWERS TO INTERROGS AND DISCOVERY | 1.50 200.00/hr | 300.00 |
| 11/25/03 | TJH - DRAFT LETTER TO KAREN FINE REGARDING LATE DISCOVERY | .10 200.00 | 20.00 |
| 11/26/03 | TJH - DRAFT MOTION FOR ORDER COMPELLING DISCOVERY REGARDING C&S DOCUMENT REQUEST | 2.50200.00/hr | 500.00 |
| 11/26/03 | TJH - TELEPHONE CONFERENCE WITH CLIENT REGARDING FOODLAND DISCOVERY REQUEST | 1.00 200.00/hr | 200.00 |
| 07/20/04 | TJH - CONTINUE TO WORK ON HTC INTERROGATORIES | 2.50 200.00/hr | 500.00 |
| 12/04/03 | TJH - REVIEW, REVISE AND SIGN WITH CLIENT FOODLAND INTERROG | 3.5 200.00/hr | 700.00 |
| 12/15/03 | TJH - TELEPHONE CONFERENCE WITH FRAN DUBINSKY REGARDING KMART AND SUBPOENA; LEFT MESSAGE | .10 200.00/hr | 20.00 |
| 09/19/03 | TJH - SEVERAL CORRESPONDENCE TO COUNSEL REGARDING RULE 26(F); EXECUTE STIPULATION FOR MORE TIME TO HTC | .20 200.00/hr | 40.00 |
| 08/19/04 | TJH - TELEPHONE CONFERENCE WITH ERIN LEE REGARDING DOCUMENT FOR HTC | 1.00 200.00/hr | 200.00 |

11081675_2

3

| | | | |
|---|---|---|---|
| 12/09/03 | TJH - TELEPHONE CONFERENCE WITH FRAN DUBINSKY OF KMART; LEFT MESSAGE | .10 200.00/hr | 20.00 |
| 12/10/03 | TJH - TELEPHONE CONFERENCE TO FRAN DUBINSKY OF KMART RE DOCS | .30 200.00/hr | 60.00 |
| 12/15/03 | TJH - TELEPHONE CONFERENCE WITH FRAN DUBINSKY AT KMART; LEFT MESSAGE | .10 200.00 | 20.00 |
| 12/16/03 | TJH - TELEPHONE CONFERENCE WITH FRAN DUBINSKY AT KMART REGARDING DOCUMENTS IN FOLDER; LEFT MESSAGE | .10 200.00/hr | 20.00 |
| 08/31/04 | TJH - WORK ON FOODLAND DISCOVERY DOCUMENTS REGARDING USE | 3.10 200.00/hr | 620.00 |
| 12/18/03 | TJH - REVIEW KMART INVOICES | 5.50 200.00/hr | 1,100.00 |
| 09/08/04 | TJH - E-MAIL CORRESPONDENCE TO COUNSEL FOR HTC COURSE REGARDING DISCOVERY | .10 200.00/hr | 20.00 |
| 09/09/04 | TJH - PREPARE FOR AND ATTEND MEET AND CONFER WITH C. COLOMBE REGARDING DISCOVERY | 1.70 200.00/hr | 340.00 |
| 09/15/04 | TJH - TELEPHONE CONFERENCE WITH WESLEY CHING REGARDING DISCOVERY MEET AND CONFER; LEFT MESSAGE | .10 200.00/hr | 20.00 |
| 09/21/04 | TJH - WORK ON DISCOVERY REGARDING HTC, INCLUDING MEET AND CONFER WITH WESLEY CHING | .80 200.00/hr | 160.00 |
| 02/23/05 | TJH - WORK ON HEX DISCOVERY | 2.00 200.00/hr | 400.00 |
| 01/15/04 | TJH - PREPARE FOR CONDUCTING MEET AND CONFER WITH ANDY BEAMAN | 2.50 200.00/hr | 500.00 |
| 10/05/04 | TJH - MEET AND CONFER WITH LEROY COLOMBE, MAINTAIN VENDOR DOCS | 1.50 200.00/hr | 300.00 |
| 10/19/04 | TJH - DRAFT LETTER TO COLOMBE REGARDING PRIVILEGE | 0.30 200.00/hr. | 60.00 |
| 03/05/04 | TJH - REVIEW KMART DISCOVERY | 2.50 200.00/hr | 500.00 |
| 10/21/04 | TJH - TELEPHONE CONFERENCE WITH LEROY COLOMBE REGARDING KAM FONG SICK AND COURT PREPARATION WITH DOCUMENTS | .10 200.00/hr | 20.00 |

11081675_2                                    4

| | | | |
|---|---|---|---|
| 06/04/05 | TJH - WORK ON DISCOVERY REGARDING FOODLAND AND OTHERS | 3.50 200.00/hr | 700.00 |
| 05/14/04 | TJH - CONTINUE WORK ON HTC DISCOVERY, INCLUDING DOCUMENT REQUEST AND INTERROGATORIES | 3.50 200.00/hr | 700.00 |
| 12/14/04 | TJH - REVIEW AND REVISE MOTION FOR SUMMARY JUDGMENT OPPOSITIONS REGARDING FOODLAND, HTC AND DILLON | 8.50 200.00/hr | 1,700.00 |
| 12/15/04 | TJH - REVIEW AND REVISE EXHIBITS AND CONCISE STATEMENT AND MOTION FOR SUMMARY JUDGMENT REGARDING DILLON, ET AL. HTC AND FOODLAND | 9.50 200.00/hr | 1,900.00 |
| 12/03/03 | TJH - TELEPHONE CONFERENCE WITH KAREN FINE REGARDING SETTLEMENT AND DISCOVERY | .50 200.00/hr | 100.00 |
| 10/01/04 | TJH - REVIEW FOODLAND MOTION FOR SUMMARY JUDGMENT | 1.00 200.00/hr | 200.00 |
| 10/01/04 | TJH - TELEPHONE CONFERENCE WITH CLIENT REGARDING FOODLAND | .30 200.00/hr | 60.00 |
| 10/02/04 | TJH - REVIEW HTC MOTION AND CONCISE STATEMENT | 3.50 200.00/hr | 700.00 |
| 10/08/04 | TJH - BEGIN WORK ON OPPOSITION TO MOTION FOR SUMMARY JUDGMENT REGARDING FOODLAND | 3.80 200.00/hr | 760.00 |
| 10/23/04 | TJH - REVIEW FOODLAND MOTION AND DRAFT OPPOSITION | 3.20 200.00/hr | 640.00 |
| 10/25/04 | TJH - CONTINUE WORK ON FOODLAND MOTION FOR SUMMARY JUDGMENT OPPOSITION | 7.50 200.00/hr | 1,500.00 |
| 10/25/04 | TJH - WORK ON FOODLAND PROTECTION ORDER MOTION | 1.80 200.00/hr | 360.00 |
| 10/26/04 | TJH - TELEPHONE CONFERENCE WITH WESLEY CHING REGARDING DISCOVERY | .10 200.00/hr | 20.00 |
| 10/30/04 | TJH - CONTINUE WORK ON OPPOSITION TO FOODLAND PROTECTIVE ORDER | 2.10 200.00/hr | 420.00 |
| 05/05/05 | TJH - CONTINUE WORK ON HEX MOTION FOR SUMMARY JUDGMENT MATTER | 3.30 200.00/hr | 660.00 |
| 02/03/04 | TJH - DICTATE DRAFT REPLY TO FOODLAND OPPOSITION TO MOTION FOR 2ND AMENDED COMPLAINT | .50 200.00/hr | 100.00 |
| 12/26/03 | TJH - DRAFT REQUEST FOR DEFAULT AGAINST C&S ACQUISITION | 1.00 200.00/hr | 200.00 |

| | | | |
|---|---|---|---|
| 12/26/03 | TJH - REVIEW DOCKET AND DRAFT REQUEST FOR ENTRY OF DEFAULT AS TO C&S WHOLESALE, FLEMING AND C&S LOGISTICS | 2.50 200.00/hr | 500.00 |
| 09/05/03 | TJH - PREPARE FOR DEFAULT IN C&S AND HTC; TELEPHONE CONFERENCE CLIENT RE STATUS | 3.50 200.00/hr | 700.00 |
| 10/2703 | TJH - DRAFT CERTIFICATION AND OTHER DOCUMENTS REGARDING BERRY HEX CASE FOR DELAWARE | 3.80 200.00/hr | 760.00 |
| 12/02/03 | TJH - DRAFT AND FINALIZE FOODLAND DEFAULT | 1.50 200.00/hr | 300.00 |
| 06/29/04 | TJH - FINALIZE C&S SUBPOENA | .70 200.00/hr | 140.00 |
| TOTAL | | | 34,080.00 |