| DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/10/04 | REVIEW LETTER, DATED DECEMBER 10, 2004, FROM LEROY COLOMBE, ON BEHALF OF DEFENDANT FOODLAND SUPER MARKET, LIMITED, ENCLOSING ITS ANSWER TO SECOND AMENDED COMPLAINT AND MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | 1.30 300.00/hr | 390.00 |
| 12/13/04 | REVIEW LETTER, DATED DECEMBER 13, 2004, FROM JULIA MORGAN OF FUKUNAGA, MATAYOSHI, HERSHEY & CHING, ENCLOSING: 1) HAWAII TRANSFER COMPANY, LTD.'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT; 2) HAWAII TRANSFER COMPANY, LTD.'S MOTION FOR SUMMARY JUDGMENT | .30 300.00/hr | 90.00 |
| 12/17/04 | REVIEW LETTER, DATED DECEMBER 16, 2004, FROM EMILY REBER PORTER, ENCLOSING: 1) DEFENDANTS HAWAIIAN EXPRESS SERVICE, H.E.S. TRANSPORTATION SERVICES, INC., CALIFORNIA PACIFIC CONSOLIDATORS, INC., JEFFREY P. GRAHAM AND PETER SCHAUL'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT, FILED JULY 13, 2004 2) DEFENDANT'S HAWAIIAN EXPRESS SERVICE, H.E.S. TRANSPORTATION SERVICES, INC., CALIFORNIA PACIFIC CONSOLIDATORS, INC., JEFFREY P. GRAHAM AND PETER SCHAUL'S OPPOSITION TO PLAINTIFF WAYNE BERRY'S MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER PENDING PRELIMINARY INJUNCTION | 1.00 300.00/hr. | 300.00 |
| 01/28/05 | REVIEW ORDER GRANTING DEFENDANT FOODLAND'S MOTION FOR SUMMARY JUDGMENT; GRANTING DEFENDANT HAWAII TRANSFER COMPANY'S MOTION FOR SUMMARY JUDGMENT; AND GRANTING IN PART, DENYING IN PART DEFENDANTS DILLON, NOA, AND CHRISTENSEN'S MOTION FOR SUMMARY JUDGMENT | .30 300.00/hr | 90.00 |

| | | | |
|---|---|---|---|
| 02/09/05 | REVIEW LETTER, DATED FEBRUARY 9, 2005, FROM LEROY COLOMBE, REGARDING NOT PARTICIPATING IN FUTURE MATTERS | .00 300.00/hr | 00.00 |
| 02/10/05 | REVIEW LETTER, DATED FEBRUARY 10, 2005, FROM WESLEY CHING, REGARDING NOT PARTICIPATING IN FUTURE MATTERS | .00 300.00/hr | 00.00 |
| 02/15/05 | REVIEW LETTER, DATED FEBRUARY 15, 2005, FROM LEROY COLOMBE, REGARDING REVISING INVOICE AND ENCLOSING ORDER GRANTING DEFENDANTS' MOTION FOR APPOINTMENT OF SPECIAL MASTER; ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANT MARK DILLON, BRIAN CHRISTENSEN AND TERESA NOA'S (SUBSTANTIVE) JOINDER IN DEFENDANTS' MOTION, FILED ON OCTOBER 25, 2004 | .00 300.00/hr | 00.00 |
| 06/02/05 | REVIEW ELECTRONIC CORRESPONDENCE DATED JUNE 1, 2005 (4:50 P.M.) FROM VICTOR LIMONGELLI REGARDING POSSESSION OF BACKUP TAPES | .10 300.00/hr | 30.00 |
| 06/08/05 | REVIEW ELECTRONIC CORRESPONDENCE DATED JUNE 6, 2005 (2:01 P.M.) FROM VICTOR LIMONGELLI REGARDING SUSPECT FILES | .20 300.00/hr | 60.00 |
| 06/06/05 | REVIEW ELECTRONIC CORRESPONDENCE DATED JUNE 3, 2005 (3:45 P.M.) FROM VICTOR LIMONGELLI REGARDING DVD COPYRIGHT | .20 300.00/hr | 60.00 |
| 06/06/05 | REVIEW ELECTRONIC CORRESPONDENCE DATED JUNE 6, 2005 (3:01 P.M.) FROM VICTOR LIMONGELLI REGARDING SUSPECT FILES SPREADSHEETS | .20 300.00/hr | 60.00 |
| 06/06/05 | REVIEW ELECTRONIC CORRESPONDENCE DATED JUNE 6, 2005 (1:17 P.M.) FROM VICTOR LIMONGELLI REGARDING SUSPECT FILE LIST | .10 300.00/hr | 30.00 |
| 06/06/05 | REVIEW ELECTRONIC CORRESPONDENCE DATED JUNE 6, 2005 (1:03 P.M.) FROM VICTOR LIMONGELLI REGARDING SUSPECT FILES LIST | .20 300.00/hr | 60.00 |

| | | | |
|---|---|---|---|
| 06/08/05 | REVIEW ELECTRONIC CORRESPONDENCE DATED JUNE 8, 2005 (6:42 A.M.) FROM VICTOR LIMONGELLI REGARDING PRODUCTION OF COMPUTER FILES, AND ATTACHED LETTER | .40 300.00/hr | 120.00 |
| 06/09/05 | REVIEW LETTER, DATED JUNE 9, 2005, FROM TIMOTHY HOGAN, IN RESPONSE TO VICTOR LIMONGELLI'S LETTER OF JUNE 8, 2005 AND LEX SMITH'S LETTER OF JUNE 9, 2005 | .30 300.00/hr | 90.00 |
| 06/13/05 | REVIEW ELECTRONIC CORRESPONDENCE DATED JUNE 9, 2005 (2:55 P.M.) TIMOTHY HOGAN REGARDING VICTOR LIMONGELLI'S LETTER | .20 300.00/hr | 60.00 |
| TOTAL | | | 1440.00 |