IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| | ) |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | ) Non-Hearing |
| | ) |
| | ) Judge:     Hon. Susan O. Mollway |
| | ) |
| Defendants. | ) Judgment |
| | ) Entered:     March 9, 2006 |
| | ) |
| _____ | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 12, 2006, copies of the foregoing document were duly served via the Court's electronic transmission facilities, to the following parties:

    Rex Y. Fujichaku    rfujichaku@bchlaw.net, jennifer@bchlaw.net

    Timothy J. Hogan    tjh@loio.com

    Lyle S. Hosoda    lsh@hosodalaw.com

    Raina P. Mead    rpbm@hosodalaw.com

DATED: Honolulu, Hawaii, April 12, 2006.

                                    **/s/ Thomas H. Yee**_____
                                    KOBAYASHI, SUGITA & GODA
                                    Lex R. Smith (659-0)
                                    Thomas H. Yee (7344-0)
                                    Suite 2600 First Hawaiian Center
                                    999 Bishop Street
                                    Honolulu, HI 96813
                                    Telephone: (808) 539-8700
                                    Facsimile: (808) 539-8799

                                            and

                                    KIRKLAND & ELLIS LLP
                                    Michael E. Baumann (CA Bar No. 145830)
                                    Damian D. Capozzola (CA Bar No. 186412)
                                    R. Olivia Samad (CA Bar No. 228611)
                                    777 South Figueroa Street
                                    Los Angeles, CA 90017
                                    Telephone: (213) 680-8400
                                    Facsimile: (213) 680-8500

                                    Co-Counsel for the Post Confirmation Trust for Fleming Companies, Inc.

2