IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, ) <br> ) <br>         Plaintiff, ) <br> ) <br>       v. ) <br> ) <br> HAWAIIAN EXPRESS SERVICE, ) <br> INC., et al. ) <br> ) <br>         Defendants. ) <br> ) | CIVIL NO. CV03-00385 SOM-LEK <br> (Copyright) <br><br> CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

        I hereby certify that, on April 12, 2006 and by the method of service noted below, a true and correct copy of *DEFENDANTS BRIAN CHRISTENSEN, MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, AND JACQUELINE RIO'S MEMORANDUM IN OPPOSITION TO PLAINTIFF WAYNE BERRY'S MOTION FOR AWARD OF ATTORNEY'S FEES AND FULL COSTS, FILED ON MARCH 15, 2006* was served on the following parties at their last known addresses:

Served electronically through CM/ECF:

| | |
|---|---|
| Andrew V. Beaman | abeaman@chunkerr.com |
| Leroy E. Colombe | lcolombe@chunkerr.com |
| | |
| Damian Capozzola | dcappozola@kirland.com |
| R. Olivia Samad | osamad@kirkland.com |

| | |
|---|---|
| Margery Bronster | mbronster@bchlaw.net |
| | audrey@bchlaw.net |
| Rex Y. Fujichaku | rfujichaku@bchlaw.net, |
| | jennifer@bchlaw.net |
| Timothy J. Hogan | tjh@loio.com |
| Lex R. Smith | lrs@ksglaw.com |
| Thomas H.Y.P. Yee | thy@ksglaw.com, |
| | bls@ksglaw.com |
| Wesley H.H. Ching | whc@fmhc-law.com, eol@fmch-law.com |
| | dd@fmch-law.com |

DATED:   Honolulu, Hawaii, April 12, 2006.

   /s/ Lyle S. Hosoda
LYLE S. HOSODA
RAINA P.B. MEAD

Attorneys for Defendants
BRIAN CHRISTENSEN, MARK DILLON,
TERESA NOA, MELVIN PONCE, SONIA
PURDY, JUSTIN FUKUMOTO, ALFREDDA
WAIOLAMA, and JACQUELINE RIO