AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| WAYNE BERRY<br>V.<br>HAWAIIAN EXPRESS SERVICE, INC., et al. | **BILL OF COSTS**<br>Case Number: 03-CV-00385 SOM LEK |

Judgment having been entered in the above entitled action on __3/16/2006__ against __Plaintiff WAYNE BERRY__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 450.00 |
| Fees for service of summons and subpoena | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 12.97 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses (itemize on reverse side) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 5,509.83 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs (please itemize) | 2,922.64 |
| **TOTAL** | **$ 8,895.44** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:    See Certificate of Service filed April 13, 2006    .

Signature of Attorney: _____

Name of Attorney:    Rex Y. Fujichaku

For:    Defendants GUIDANCE SOFTWARE, INC. and MICHAEL GURZI    Date:    4/13/2006
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court                    Deputy Clerk                    Date

# EXHIBIT C-1

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||||
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

See also Section 1920 of Title 28, which reads in part as follows:
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

| GUIDANCE SOFTWARE | | | | | | | |
|---|---|---|---|---|---|---|---|
| COST ADVANCES | | (taxable) | | | | | |
| Bill Date | In-house copies | Court fees | Court copy fees | Transcript costs | Outside copy costs | Discovery Master fees | Total |
| 1/1/2005 | 541.75 | 450.00 | | | | | 991.75 |
| 2/1/2005 | 245.00 | | | | | | 245.00 |
| 3/1/2005 | 103.50 | | | | | | 103.50 |
| 4/1/2005 | 691.25 | | | | | | 691.25 |
| 5/1/2005 | 825.00 | | 17.00 | | | | 842.00 |
| 6/1/2005 | 122.00 | | | | 128.87 | | 250.87 |
| 7/1/2005 | 945.25 | | | | | | 945.25 |
| 8/1/2005 | 4.00 | | | | | | 4.00 |
| 9/1/2005 | 688.25 | | | | | | 688.25 |
| 10/1/2005 | 162.00 | | | | | | 162.00 |
| 11/1/2005 | 234.00 | | | | | | 234.00 |
| 12/1/2005 | 312.25 | | 1.50 | | | | 313.75 |
| 1/1/2006 | 30.25 | | | | | | 30.25 |
| 2/1/2006 | | | | | | | |
| 3/1/2006 | 243.50 | | | 12.97 | | | 256.47 |
| Clyde Matsui, Esq. | | | | | | 2,922.64 | 2,922.64 |
| Subtotal | 5,148.00 | 450.00 | 18.50 | 12.97 | 128.87 | 2,922.64 | 8,680.98 |
| GET | 214.46 | 0 | 0 | 0 | 0 | 0 | 214.46 |
| Total | 5,362.46 | 450.00 | 18.50 | 12.97 | 128.87 | 2,922.64 | 8,895.44 |

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

INVOICE NO: 06000012

**MAKE CHECKS PAYABLE TO:**

Margery S. Bronster
Bronster Crabtree & Hoshibata
Pauahi Tower
1001 Bishop St., Suite 2300
Honolulu, HI 96813

Phone: (808) 524-5644

Court Reporters, Inc.
Sharon Ross, Court Reporter
300 Ala Moana Blvd.
Room C-283
Honolulu, HI 96850

Phone: (808) 535-9200
FAX: (808) 535-9201
Tax ID: 76-0310242
Sharon_Ross@hid.uscourts.gov

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 02-08-2006
DATE DELIVERED: 02-10-2006

**Case Style:** CV 03-00385 SOM-LEK, Wayne Berry v Hawaii Express Service, et al.
1-30-06 Status Conference

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 15 | 0.83 | 12.45 | | | | 12.45 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 12.45 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | 0.52 |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:        Amt: | TOTAL DUE: | $12.97 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                          DATE  02-10-2006

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com