| GUIDANCE SOFTWARE | | | | | |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| COST ADVANCES | | (non-taxable) | | | |
| | | | | | |
| Bill Date | Online legal research | Courier deliveries | Staff overtime | Parking fees | Total |
| | | | | | |
| 1/1/2005 | 94.04 | | | | 94.04 |
| 2/1/2005 | 6.79 | 145.83 | | | 152.62 |
| 3/1/2005 | | | | | |
| 4/1/2005 | 10.21 | | | | 10.21 |
| 5/1/2005 | 301.91 | | 55.43 | | 357.34 |
| 6/1/2005 | 195.22 | | | | 195.22 |
| 7/1/2005 | 107.58 | | | 22.00 | 129.58 |
| 8/1/2005 | 72.64 | | | | 72.64 |
| 9/1/2005 | 55.24 | | | | 55.24 |
| 10/1/2005 | | | | | |
| 11/1/2005 | 5.28 | | | | 5.28 |
| 12/1/2005 | | | | | |
| 1/1/2006 | 2.48 | | | | 2.48 |
| 2/1/2006 | | | | | |
| 3/1/2006 | | | | | |
| GET (4.167%) | | | 2.31 | .92 | |
| Total | 851.39 | 145.83 | 57.74 | 22.92 | 1,077.88 |

EXHIBIT D-1