BRONSTER CRABTREE & HOSHIBATA
A Law Corporation

MARGERY S. BRONSTER #4750
REX Y. FUJICHAKU #7198
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-5644
Facsimile:  (808) 599-1881
mbronster@bchlaw.net
rfujichaku@bchlaw.net

VICTOR LIMONGELLI (admitted *pro hac vice*)
JOHN PATZAKIS (admitted *pro hac vice*)
GUIDANCE SOFTWARE, INC.
215 N. Marengo Ave.
Pasadena, California  91101
Telephone:  (626) 229-9191
Facsimile: (626) 229-9199
Victor@GuidanceSoftware.com
John.Patzakis@GuidanceSoftware.com

Attorneys for Defendants
GUIDANCE SOFTWARE, INC.
and MICHAEL GURZI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | ) Civil No. CV03 00385 SOM/LEK<br>) (Copyright)<br>) |
| Plaintiff, | ) DEFENDANTS GUIDANCE<br>) SOFTWARE, INC. AND MICHAEL |
| v. | ) GURZI'S STATEMENT OF<br>) CONSULTATION REGARDING |
| (CAPTION CONTINUED) | ) MOTION FOR AWARD OF |

| | |
|---|---|
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation, et al.,<br><br>　　　　　　Defendants.<br>_____ | ) ATTORNEYS' FEES AND COSTS<br>) FILED MARCH 30, 2006;<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS GUIDANCE SOFTWARE, INC. AND MICHAEL GURZI'S STATEMENT OF CONSULTATION REGARDING MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS FILED MARCH 30, 2006

Defendants GUIDANCE SOFTWARE, INC. and MICHAEL GURZI (collectively "GSI Defendants"), by and through their counsel, Bronster Crabtree & Hoshibata, hereby submit their certification pursuant to L.R. 54.3(b) that GSI Defendants' counsel has conducted a meet and confer with counsel for Plaintiff WAYNE BERRY ("Plaintiff").

The meet and confer was conducted on April 13, 2006 at 10:00 a.m. at the offices of Bronster Crabtree & Hoshibata. Timothy J. Hogan, Esq. attended on behalf of Plaintiff. Rex Y. Fujichaku, Esq. attended on behalf of GSI Defendants. Counsel for Plaintiff offered a settlement proposal which GSI Defendants are

1

presently considering; therefore, no agreement has been reached as of this date.

Dated:    Honolulu, Hawaii, April 13, 2006.

/s/ Rex Y. Fujichaku
MARGERY S. BRONSTER
REX Y. FUJICHAKU

VICTOR LIMONGELLI
JOHN PATZAKIS

Attorneys for Defendants
GUIDANCE SOFTWARE, INC.
and MICHAEL GURZI