IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | ) Civil No. 03-00385 SOM/LEK<br>) (Copyright)<br>) |
| Plaintiff, | ) CERTIFICATE OF SERVICE<br>) |
| v. | )<br>) |
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation, et al., | )<br>)<br>) |
| Defendants. | )<br>)<br>)<br>) |
| _____ | ) |

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on April 13, 2006:

Served Electronically through CM/ECF:

TIMOTHY J. HOGAN, ESQ.             tjh@loio.com
    Attorney for Plaintiff
    WAYNE BERRY

| | |
|---|---|
| ANDREW V. BEAMAN, ESQ. | abeaman@chunkerr.com |
| LEROY E. COLOMBE, ESQ. | lcolombe@chunkerr.com |
|     Attorneys for Defendant | |
|     FOODLAND SUPER MARKET, LTD. | |
| | |
| LEX R. SMITH, ESQ. | lrs@ksglaw.com |
| THOMAS H. YEE, ESQ. | thy@ksglaw.com |
|     Attorneys for Defendants | bls@ksglaw.com |
|     FLEMING COMPANIES, INC., C&S | |
|     WHOLESALE GROCERS, INC., | |
|     C&S LOGISTICS OF HAWAII, LLC, | |
|     C&S ACQUISITIONS, LLC, ES3, | |
|     LLC, and RICHARD COHEN | |
| | |
| DAMIAN CAPOZZOLA, ESQ. | dcapozzola@kirkland.com |
| R. OLIVIA SAMAD, ESQ. | osamad@kirkland.com |
|     Attorneys for Defendant | |
|     FLEMING COMPANIES, INC. | |
| | |
| LYLE S. HOSODA, ESQ. | lsh@hosodalaw.com |
| RAINA P.B. MEAD, ESQ. | rpbm@hosodalaw.com |
| CHRISTOPHER T. CHUN, ESQ. | ctc@hosodalaw.com |
|     Attorneys for Defendants | |
|     MARK DILLON, BRIAN | |
|     CHRISTENSEN, TERESA NOA, | |
|     MELVIN PONCE, ALFREDDA | |
|     WAIOLAMA, JACQUELINE RIO, | |
|     JUSTIN FUKUMOTO and SONIA | |
|     PURDY | |

<u>Served by First Class Mail:</u>

    IVER N. LARSON, ESQ.
    Chun Kerr Dodd Beaman & Wong
    900 Hawaii Tower
    745 Fort Street
    Honolulu, HI  96813
        Attorney for Defendant
        FOODLAND SUPER MARKET, LTD.

MICHAEL E. BAUMANN, ESQ.
Kirkland & Ellis
777 Figueroa Street, Suite 3700
Los Angeles, CA 90017
    Attorneys for Defendant
    FLEMING COMPANIES, INC.


WESLEY H.H. CHING, ESQ.
JULIA M. MORGAN, ESQ.
Fukunaga Matayoshi Hershey & Ching
Davies Pacific Center
841 Bishop Street, Suite 1200
Honolulu, HI 96813
    Attorney for Defendant
    HAWAII TRANSFER COMPANY, LTD.


SHELLY M. TAMEKAZU, ESQ.
Lyle S. Hosoda & Associates, Inc.
345 Queen Street, Suite 804
Honolulu, HI  96813
    Attorneys for Defendants
    MARK DILLON, BRIAN CHRISTENSEN,
    TERESA NOA, MELVIN PONCE,
    ALFREDDA WAIOLAMA, JACQUELINE RIO,
    JUSTIN FUKUMOTO and SONIA PURDY

//

//

//

JOHN T. KOMEIJI, ESQ.
KAREN Y. ARIKAWA, ESQ.
Watanabe Ing & Komeiji
First Hawaiian Tower
999 Bishop Street, 23rd Floor
Honolulu, HI  96813

SHELDON S. TOLL, ESQ.
2000 Town Center, Suite 2550
Southfield, MI  48075
    Attorneys for Defendants
    ALIXPARTNERS, LLC

    Dated:  Honolulu, Hawaii, April 13, 2006.

    /s/ Rex Y. Fujichaku
MARGERY S. BRONSTER
REX Y. FUJICHAKU

VICTOR LIMONGELLI
JOHN PATZAKIS

Attorneys for Defendants
GUIDANCE SOFTWARE, INC.
and MICHAEL GURZI

4