# Exhibit 2

2300 Pauahi Tower

1001 Bishop Street

Honolulu, HI 96813

Phone 808 524-5644

Fax 808 599-1881

info@bchlaw.net

A Law Corporation

# Bronster Crabtree & Hoshibata
ATTORNEYS AT LAW

VIA FACSIMILE

March 31, 2006

Timothy J. Hogan, Esq.
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, HI 96813

Re:   *Berry v. Hawaiian Express Service, Inc. et al.*, Civ. No. CV03-00385 SOM LEK (D. Haw.)

Dear Mr. Hogan:

I am writing in response to your letter dated March 31, 2006 regarding our Motion for Award of Attorneys' Fees and Costs. Please be advised that we believe that the Amended Judgment dated March 16, 2006 was the ruling document for purposes of determining when Guidance Software, Inc. and Michael Gurzi were required to file their Motion for Award of Attorneys' Fees and Costs. According to Rule 54(d)(2)(B):

> "Unless otherwise provided by statute or order of the court, the motion must be filed no later than 14 days after entry of judgment; must specify the judgment and the statute, rule, or other grounds entitling the moving party to the award; and must state the amount or provide a fair estimate of the amount sought."

Our Motion for Attorneys Fees was timely filed on March 30, 2006, within fourteen (14) days of the Second Amended Judgment entered on March 16, 2006.

Timothy J. Hogan, Esq.
March 31, 2006
Page - 2


If you review the Second Amended Judgment dated March 16, 2006, you will note that it is the first judgment that mentions a final resolution with respect to Guidance Software, Inc. and Michael Gurzi. Accordingly, we believe that this is the judgment that governs the time limits.

If you have any other questions, please advise.

Very truly yours,

Margery S. Bronster

cc: Victor Limongelli, Esq.
    Guidance Software, Inc.