# Exhibit 4



**Guidance SOFTWARE**
Professional Services Division

**SYSTEM BCN | S-**

# SERVER PROCESSING WORKSHEET

**GSI File #: 11622-001A**

| Date: 7/4/2003 | Client: Fleming Companies, Inc. | Client Case #: Fleming V. Wayne Berry |
|---|---|---|
| Site #: Hawaii | Location of Exam:  ☐ Lab   ✓ On Site  (Fill in Site Name or Address Below) | |
| Examiner: Gurzi | Fleming Hawaii Logistics, 91-315 Hanua Street, Kapolei, HI 96707 | |
| Notes: | Room #: Logistics Office | |

## SERVER INFORMATION

Make: Dell    ☐ Generic/Unknown    Model: Power Edge 2300    ☐ Generic/Unknown    Serial No. OP57R    ☐ Unknown

| | | | |
|---|---|---|---|
| **Case Type** | ☐ Desktop  ✓ Desktop Tower (Mini/ Mid/Full)<br>☐ Cubic Fixed  ☐ Rackmount (1U / 2U / 4U)<br>☐ Cubic Rack  ☐ Rackmount Other<br>☐ Vertical Tower<br>☐ Other (Describe): | **System State** | ☐ Off<br>✓ ON  ✓ Screen Active  ☐ Screen Suspended)<br>☐ Active Programs?: Check here list below<br>Notes/Active Programs |

| | | | | | |
|---|---|---|---|---|---|
| **HDD** | INTERFACE (Check and circle all that apply)<br>☐ IDE  ✓ SCSI  ☐ Other:<br>RAID (Check and circle all that apply)<br>✓ RAID: **HW**  SW  Mirrored  Striped<br># of Drives: 6    Total Capacity: 42/GB | **System Time Check** | Sys Date | 7/4/2003 ☐ Unk | Local Date | 7/4/2003 |
| | | | Sys Time | ☐ Unk | Local Time | ☐ PST ☐ PDT |
| | | | Sys Time From:<br>(Describe) | | | |

| | | |
|---|---|---|
| **VOLUMES** | List all HD Volume Names and Configurations (☐ If additional space is needed check here and continue and back) | |
| | Vol Name: C: | Config: 2032 GB |
| | Vol Name: D: | Config: 40 GB |
| | Vol Name: | Config: |
| | Vol Name: | Config: |

| | | |
|---|---|---|
| **BACKUP HARDWARE** | List any attached or installed backup devices and associated programs. Use additional pages, as needed | |

| | |
|---|---|
| **NET** | Active Connections (Check all that apply, circle as applicable)<br>✓ LAN  ☐ Cable  ☐ DSL  ☐ Hub  ☐ VPN  ☐ T1-T3  ☐ Wireless (RF – IR – MW - Cellular)<br>☐ ISDN  ☐ Switch  ✓ Router  ☐ Bridge  ☐ Phone  ☐ Other (Describe):<br>☐ Connection(s) Disabled? (Check box for YES)<br>Notes: |

| | |
|---|---|
| **CABLE** | ✓ CAT-5   ☐ COAX   ☐ Fiber   ☐ Other (describe): |

| | | |
|---|---|---|
| **DRIVE MAPPING** | List all know mapped network drives and their function (☐ If additional space needed check here and continue on additional pages) | |
| | Drive: FHL141 Function: Domain Controller  08 | Drive: FHL145 Function: WorkStation  04 |
| | Drive: FHL151 Function: WorkStation  01 | Drive: FHL150 Function: WorkStation  05 |
| | Drive: FHL142 Function: WorkStation  02 | Drive: FHL143 Function: WorkStation  06 |
| ☐ NA | Drive: FHL147 Function: WorkStation  03 | Drive: FHL136 Function: WorkStation  07 |

CONFIDENTIAL
This document and its contents are property of the Guidance Software, Inc.
Distribution of this document or information contained herein is strictly prohibited without the express permission of GSI.
© 2003 GUIDANCE SOFTWARE, INC.

FORM: PS107-A                                                                                                          v 1.0