# Exhibit 9

CSOIRSEON!
CSOIRSEON

MIKE GUEZ 121220G

---

ACCESS DATABASE

" API FREIGHT DATA "
                    BASE "

Key Line: JOB ID
                 (CELL)

NAME:

FCS LOGISTICS SCREENS - MDB
    "           "       DATA - MDB
                        DATA

STARLW 151 AND FOUND
PROGRAM, BASED ON NAME &
KEY LINK, IN DB/DATA

4,630,589,153

GSI0027