IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen,<br><br>    Plaintiff,<br><br>  v.<br><br>HAWAIIAN EXPRESS SERVICE,<br>INC., et al.<br><br>    Defendants. | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>AFFIDAVIT OF LYLE S. HOSODA |

**AFFIDAVIT OF LYLE S. HOSODA**

STATE OF HAWAII    )
          ) SS.
CITY AND COUNTY OF HONOLULU )

  LYLE S. HOSODA, being first duly sworn under oath deposes and says as follows:

  1. I am the principal attorney of the law firm of LYLE S. HOSODA & ASSOCIATES, L.L.C., attorneys for Defendants Brian Christensen, Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy, Justin Fukumoto, Alfredda Waiolama, and Jacqueline Rio ("Employees") and am duly authorized to make this affidavit.

  2. Attached hereto as Exhibit "S" is a true and correct copy of select pages of the Transcript of Proceedings of March 1, 2006.

\
\

3. Attached hereto as Exhibit "T" is a true and correct copy of select pages of the Transcript of Proceedings of March 2, 2006.

FURTHER AFFIANT SAYETH NAUGHT.

_____
LYLE S. HOSODA

Subscribed and sworn to before me this _4th_ day of _MAY_ 2006.

_____
Notary Public, State of Hawaii
My Commission Expires: 4-9-2008
Print Name: Richard W. Hosoda

LS