IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen,<br><br>        Plaintiff,<br><br>    v.<br><br>HAWAIIAN EXPRESS SERVICE,<br>INC., et al.<br><br>        Defendants. | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

       I hereby certify that, on May 4, 2006 and by the method of service noted below, a true and correct copy of *DEFENDANTS BRIAN CHRISTENSEN, MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, AND JACQUELINE RIO'S REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR ATTORNEYS' FEES AND COSTS* was served on the following parties at their last known addresses:

Served electronically through CM/ECF:

| | |
|---|---|
| Andrew V. Beaman | abeaman@chunkerr.com |
| Leroy E. Colombe | lcolombe@chunkerr.com |
| | |
| Damian Capozzola | dcappozola@kirland.com |
| R. Olivia Samad | osamad@kirkland.com |

| | |
|---|---|
| Margery Bronster | mbronster@bchlaw.net |
| | audrey@bchlaw.net |
| Rex Y. Fujichaku | rfujichaku@bchlaw.net, |
| | jennifer@bchlaw.net |
| Timothy J. Hogan | tjh@loio.com |
| Lex R. Smith | lrs@ksqlaw.com |
| Thomas H.Y.P. Yee | thy@ksqlaw.com, |
| | bls@ksqlaw.com |
| Wesley H.H. Ching | whc@fmhc-law.com, eol@fmch-law.com |
| | dd@fmch-law.com |

DATED:   Honolulu, Hawaii, May 4, 2006.

 /s/ Lyle S. Hosoda
LYLE S. HOSODA
RAINA P.B. MEAD

Attorneys for Defendants
BRIAN CHRISTENSEN, MARK DILLON,
TERESA NOA, MELVIN PONCE, SONIA
PURDY, JUSTIN FUKUMOTO, ALFREDDA
WAIOLAMA, and JACQUELINE RIO