IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK<br>) (Copyright) |
| Plaintiff, | )<br>) **CERTIFICATE OF SERVICE** |
| vs. | )<br>) |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 4, 2006 copies of the foregoing document were duly served via the Court's electronic transmission facilities, to the following parties:

Rex Y. Fujichaku   rfujichaku@bchlaw.net, jennifer@bchlaw.net

Timothy J. Hogan   tjh@loio.com

Lyle S. Hosoda   lsh@hosodalaw.com

Raina P. Mead   rpbm@hosodalaw.com

DATED: Honolulu, Hawaii, May 4, 2006.

>*/s/ Lex R. Smith*
> KOBAYASHI, SUGITA & GODA
> Lex R. Smith (659-0)
> Thomas H. Yee (7344-0)
> Suite 2600 First Hawaiian Center
> 999 Bishop Street
> Honolulu, HI 96813
> Telephone:   (808) 539-8700
> Facsimile:   (808) 539-8799
>
> Attorneys for DEFENDANTS C&S WHOLESALE GROCERS, INC., C&S ACQUISITIONS, LLC, C&S LOGISTICS, LLC, ES3, LLC AND RICHARD COHEN

2