# EXHIBIT JJJ

# LYNCH ICHIDA THOMPSON KIM & HIROTA
A LAW CORPORATION

MAILE M. HIROTA
WESLEY W. ICHIDA
ANN C. KEMP
STEVEN J. KIM
PAUL A. LYNCH
WILLIAM "Buzz" THOMPSON III

1132 BISHOP STREET, SUITE 1405
HONOLULU, HAWAII 96813
TELEPHONE (808) 528-0100
FACSIMILE (808) 528-4997
(808) 523-1920

*Counsel*
TIMOTHY J. HOGAN

*Of Counsel*
GREG TURNBULL, MA

November 4, 2005

**HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY**

Clyde W. Matsui, Esq.                                        <u>Via Fax No. 599-2979</u>
Matsui Chung Sumida & Tsuchiyama
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 1400
Honolulu, Hawaii 96813

    Re:    Wayne Berry v. Hawaiian Express Service, et al.,
           Civ. No. CV03-00385 SOM-LEK
           <u>Re: Recon of Guidance Materials Order</u>

Dear Mr. Matsui:

I am writing regarding Mr. Capozzola's letter and request leave to respond to one issue raised by Mr. Capozzola.

For many months the PCT has repeatedly come back to the NTI issue claiming that Mr. Berry was wrong to suspect that NTI was not the neutral forensic examiner that the PCT claims they were. Now the PCT once again raises this as a reason to allow C&S to pass through this case with numerous copies of Mr. Berry's works.

The following is derived from the Guidance Before materials that have been provided to Mr. Berry's counsel. They evidence that, on 2/21/03, in the week before the trial in the first case commenced, Mark Dillon (his machine was 136) was exploring the web site of this alleged neutral examiner.

**Computer Forensics - NTI Training, Tools and Consulting.url**      **2/21/2003**
  Size:  **136 bytes**
  Folder:  **\Suspect Files - Before Exported\Fleming Computer 07 FHL 136**

Very truly yours,

LYNCH ICHIDA THOMPSON KIM & HIROTA

Timothy J. Hogan

TJH:llk

cc Counsel via email