# EXHIBIT OOO

# LYNCH ICHIDA THOMPSON KIM & HIROTA
### A LAW CORPORATION

| | | |
|---|---|---|
| MAILE M. HIROTA<br>WESLEY W. ICHIDA<br>ANN C. KEMP<br>STEVEN J. KIM<br>PAUL A. LYNCH<br>WILLIAM "Buzz" THOMPSON III | 1132 BISHOP STREET, SUITE 1405<br>HONOLULU, HAWAII 96813<br>TELEPHONE (808) 528-0100<br>FACSIMILE (808) 528-4997<br>(808) 523-1920 | *Counsel*<br>TIMOTHY J. HOGAN<br><br>*Of Counsel*<br>GREG TURNBULL, MA |

November 4, 2005

Clyde W. Matsui, Esq.                               <u>Via Fax No. 599-2979</u>
Matsui Chung Sumida & Tsuchiyama
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 1400
Honolulu, Hawaii 96813

   Re: **Wayne Berry v. Hawaiian Express Service, et al.,**
      **Civ. No. CV03-00385 SOM-LEK**
      <u>**Re: Recon of Guidance Materials Order**</u>

Dear Mr. Matsui:

  In regard to the Master's Order dated October 25, 2005, Mr. Berry has not received any other submissions related to the order and asks that the Master reconsider and vacate the relevant order the reconsideration of which is apparently unopposed.

  In regard to the Guidance Materials, Mr. Berry has inquired into the background of the person who was purportedly responding the Master's Orders' regarding production of the Guidance materials, that the Master ordered accomplished with someone unconnected with the instant litigation. Guidance has claimed this person to be "Nick Ringold." Mr. Berry has twice requested copy of Mr. Ringold's resume and has received no response. After diligent attempts to find evidence of Mr. Ringold's physical existence, Mr. Berry therefore, reluctantly offers that Nick Ringold, who Guidance purported to be responding to the Mater's orders, is in fact, a fictitious person.

            Very truly yours,

            LYNCH ICHIDA THOMPSON KIM & HIROTA

            Timothy J. Hogan

TJH:llk

cc Counsel via email