# EXHIBIT RRR



"Timothy J. Hogan"
<tjh@loio.com>
03/28/2006 10:24 AM

To  "Damian Capozzola" <dcapozzola@kirkland.com>

cc  "Lex Smith \(E-mail\)" <lex@gte.net>, "Lyle Hosoda" <lsh@hosodalaw.com>, "Lyle Hosoda" <lshosoda@hotmail.com>, "Lex R. Smith" <lsmith@ksglaw.com>, "Michael Baumann \(E-mail\)" <mbaumann@kirkland.com>, "Olivia Samad" <OSamad@kirkland.com>, "Raina Mead" <rpbm@hosodalaw.com>, "Richard Wynne \(E-mail\)" <rwynne@kirkland.com>

bcc

Subject  RE: Jack Borja-Atltantic Pacific International, Inc. ("API")

Dear Mr. Capozzola:

I was writing to you as API's attorney. Your threats against Mr. Berry are childish and hollow but at least you are consistent.

Notes of witness interviews are discoverable. I can also depose Mr. Smith and subpoena the document in the Bankruptcy case should an objection to the API claim surface. I thought this was a way to mitigate the harm Mr. Smith's ill advised acts had caused.

I note that you are billing Mr. Berry for matters outside of the current litigation. For instance, why are you billing him for communications with Core-Mark's treasurer or for communications with GECC?

As to the costs of this litigation, you may have forgotten you started this litigation by suing Mr. Berry. As to who pays what, your failure to meet your burden on profits has not been finally adjudicated. I would hold the champagne until cert. denied.

I expect nothing from you and your firm but more infringement, more litigation and more and more billings to the prejudice of the PCT Beneficiaries.

As to Core-Mark, I note that you have stated to me that they are not your client so you should have not objection to me contacting Core-Mark to inquire regarding what basis there may be for you to bill Mr. Berry for commications with Core-Mark's treasurer so that I can timely respond to your motion.

Tim Hogan

---

Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email  tjh@loio.com

NOTICE: This email is only for use by the intended recipient. If received in error any use, disclosure or copying is prohibited. Any inadvertent receipt shall not be a waiver of any privilege or work product protection. Please contact the sender at tjh@loio.com or at (808) 528-0100.

**From:** Damian Capozzola [mailto:dcapozzola@kirkland.com]
**Sent:** Monday, March 27, 2006 4:09 PM
**To:** Timothy J. Hogan
**Cc:** Lex Smith (E-mail); 'Lyle Hosoda'; 'Lyle Hosoda'; 'Lex R. Smith'; Michael Baumann (E-mail); 'Olivia Samad'; 'Raina Mead'; Richard Wynne (E-mail)
**Subject:** Re: Jack Borja-Atltantic Pacific International, Inc. ("API")


Mr. Hogan:

   Please provided the complete legal basis, if any, on which you rest your assertion that anyone should send you anything about the issue you raise below. Absent a compelling legal justification for your request you may expect further correspondence on this issue to be attached to forthcoming papers supplementing the PCT's request for attorneys' fees, as it presently seems that your request is a perfect example of the kind of harassment that caused the PCT to incur millions of dollars in fees and costs defending against claims that (for a third time) failed to exceed $100,000.

   Thank you for your attention to these matters.

--Damian Capozzola

**Damian D. Capozzola | KIRKLAND & ELLIS LLP**
777 South Figueroa St., Floor 37 | Los Angeles, CA 90017
213.680.8653 PHONE | 213.448.2709 MOBILE | 213.680.8500 FACSIMILE

dcapozzola@kirkland.com | www.kirkland.com/dcapozzola


| | | |
|---|---|---|
| "Timothy J. Hogan" <hogant001@hawaii.rr.com> <br><br> 03/25/2006 09:19 PM <br><br> Please respond to <tjh@loio.com> | To | "Richard Wynne \(E-mail\)" <rwynne@kirkland.com>, "Michael Baumann \(E-mail\)" <mbaumann@kirkland.com>, "'Damian Capozzola'" <damian_capozzola@la.kirkland.com>, "'Eric Liebeler \(E-mail\)'" <eliebeler@kirkland.com>, "'Lex R. Smith'" <lsmith@ksglaw.com>, "Lex Smith \(E-mail\)" <lex@gte.net>, "'Lyle Hosoda'" <lshosoda@hotmail.com>, "'Lyle Hosoda'" <lsh@hosodalaw.com>, "'Olivia Samad'" <OSamad@kirkland.com>, "'Raina Mead'" <rpbm@hosodalaw.com> |
| | cc | |
| | Subject | Jack Borja-Atltantic Pacific International, Inc. ("API") |


```
Dear Mr. Baumann and Mr. Wynne:
Please send me a copy of this report no later than 5:00 pm on Monday
3/27/2006. This individual, who your co-counsel contacted on your client's
behalf, was covered by my client's (API's) attorney client privilege
regarding the matters relevant to this case, when this report was created in
```

violation of Hawaii and I presume California's DR's.
Here is the time entry for K&E/C&S Co-Counsel:

12/11/2006 LRS 2 $200 $400 Meeting with Jack Borja and prepare report regarding same.
Work on objection to trial exhibits; respond to Hogan correspondence regarding motion in limine regarding "bad 1/13/2006 LRS 9 $200


Tim Hogan

*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee.  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful.  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*************************************************************