# EXHIBIT UUU



"Timothy J. Hogan"
&lt;tjh@loio.com&gt;
07/12/2005 12:01 PM

To  "Eric Liebeler" &lt;eliebeler@kirkland.com&gt;
cc  &lt;dcapozzola@kirkland.com&gt;
bcc
Subject  RE: Your letter

Subject to Rule 408 of the Rules of Evidence.

Mr. Liebeler:

Mr. Berry has authorized me to conclude these matters on the terms as contained in my July 11, 2005 letter for $4 million.

Tim Hogan

Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii  96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email  tjh@loio.com

NOTICE:  This email is only for use by the intended recipient. If received in error any use, disclosure or copying is prohibited. Any inadvertent receipt shall not be a waiver of any privilege or work product protection. Please contact the sender at tjh@loio.com or at (808) 528-0100.

**From:** Eric Liebeler [mailto:eliebeler@kirkland.com]
**Sent:** Monday, July 11, 2005 4:58 PM
**To:** Timothy J. Hogan
**Cc:** dcapozzola@kirkland.com
**Subject:** Re: Your letter

Tim:

Unless there's something I'm missing, your letter provides a foundation for discussions.  Presumably, Mr.

Berry has a cash payment in mind.  Do you have a demand in that regard?

Eric

***************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
***************************************************************