IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CERTIFICATE OF COMPLIANCE TO |
| HAWAIIAN EXPRESS SERVICE, | ) LOCAL RULE 7.5(c) REGARDING |
| INC., et al. | ) DEFENDANT PCT'S REPLY IN |
| | ) SUPPORT OF ITS MOTION FOR |
| | ) ATTORNEYS' FEES AND COSTS |
| | ) |
| | ) Conference: May 5, 2006 |
| | ) Time:       2:00 p.m. |
| | ) Judge:      Magistrate Kobayashi |
| | ) Trial Date: February 28, 2006 |

1

CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.5(c)
REGARDING DEFENDANT PCT'S REPLY IN SUPPORT OF ITS MOTION
FOR ATTORNEYS' FEES AND COSTS

I certify that pursuant to Local Rule 7.5(c), the attached Reply Memorandum in Support of PCT's Motion for Attorneys Fees and Costs is proportionately spaced, has a typeface of 14 points and contains no more than 4,331 words.

DATED: Honolulu, Hawaii, May 4, 2006.


KOBAYASHI, SUGITA & GODA       /s/ Thomas H. Yee
                               _____
                               LEX R. SMITH (659-0)
                               Thomas H. Yee (7344-0)
                               Suite 2600 First Hawaiian Center
                               999 Bishop Street
                               Honolulu, HI 96813
                               Telephone: (808) 539-8700
                               Facsimile: (808) 539-8799

                                         and

                               KIRKLAND & ELLIS LLP
                               Michael Baumann (CA Bar No. 145830)
                               Damian D. Capozzola (CA Bar No. 186412)
                               R. Olivia Samad (CA Bar No 228611)
                               777 South Figueroa Street
                               Los Angeles, CA 90017
                               Telephone: (213) 680-8400
                               Facsimile: (213) 680-8500
                               Co-Counsel for the Post Confirmation Trust
                               for Fleming Companies, Inc.