IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 4, 2006, copies of the foregoing document were duly served via the Court's electronic transmission facilities, to the following parties:

Rex Y. Fujichaku    rfujichaku@bchlaw.net, jennifer@bchlaw.net

Timothy J. Hogan    tjh@loio.com

Lyle S. Hosoda    lsh@hosodalaw.com

Raina P. Mead    rpbm@hosodalaw.com

DATED: Honolulu, Hawaii, May 4, 2006.

*/s/ Thomas H. Yee*
KOBAYASHI, SUGITA & GODA
Lex R. Smith (659-0)
Thomas H. Yee (7344-0)
Suite 2600 First Hawaiian Center
999 Bishop Street
Honolulu, HI 96813
Telephone:  (808) 539-8700
Facsimile:  (808) 539-8799

and

KIRKLAND & ELLIS LLP
Michael E. Baumann (CA Bar No. 145830)
Damian D. Capozzola (CA Bar No. 186412)
R. Olivia Samad (CA Bar No. 228611)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500

Co-Counsel for the Post Confirmation Trust for Fleming Companies, Inc.