# MINUTES

FILED IN THE  
UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII

5/5/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00385SOM-LEK |
| CASE NAME: | Wayne Berry, a Hawaii citizen vs. Hawaii Express Service, Inc., et al. |
| ATTYS FOR PLA: | Timothy J. Hogan |
| ATTYS FOR DEFT: | Lex R. Smith<br>Michael R. Baumann<br>Lyle S. Hosoda<br>Raina P. Mead<br>Margery S. Bronster<br>Rex Y. Fujichaku |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 5/5/2006 | TIME: | 9:30-1:00 |

COURT ACTION:  EP: Settlement Conference Re: Attorneys' Fees and costs held.

Submitted by: Warren N. Nakamura, Courtroom Manager