LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;   ) | Civ. No. CV03 00385 SOM-LEK |
| ) | (Copyright) |
| Plaintiff,   ) | |
| ) | CERTIFICATE OF SERVICE |
| vs.   ) | |
| ) | |
| HAWAIIAN EXPRESS SERVICE,   ) | |
| INC., a California corporation; et al.   ) | |
| ) | |
| ) | |
| Defendants.   ) | |
| _____ ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the dates and by the methods of service noted below,

a true and correct copy of DECLARATION OF TIMOTHY J. HOGAN IN

SUPPORT OF PLAINTIFF WAYNE BERRY'S MEMORANDUM

IN OPPOSITION TO DEFENDANTS PCT, EMPLOYEES AN D C&S'

MOTIONS FOR ATTORNEYS' FEES AND COSTS FILED ON MARCH 23, 2006; EXHIBITS "15" TO "18" was served on the following at their last known addresses:

Served Electronically on May 7, 2006:

Andrew V. Beaman abeaman@chunkerr.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Damian Capozzola dcapozzola@kirkland.com

Christopher T. Chun ctc@hosodalaw.com

Leroy E. Colombe lcolombe@chunkerr.com

Rex Y. Fujichaku rfujichaku@bchlaw.net, jennifer@bchlaw.net

Lyle S. Hosoda lsh@hosodalaw.com

Raina P. Mead ! rpbm@hosodalaw.com

William G. Meyer , III wmeyer@dwyerlaw.com

R. Olivia Samad osamad@kirkland.com

Lex R. Smith lrs@ksglaw.com

Ann C. Teranishi act@ksglaw.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

DATED: Honolulu, Hawai'i, May 7, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff WAYNE BERRY