Of Counsel:
FUKUNAGA MATAYOSHI HERSHEY & CHING LLC

WESLEY H. H. CHING  2896
841 Bishop Street, Suite 1200
Honolulu, Hawaii  96813
Telephone:  (808) 533-4300
Facsimile:   (808) 531-7585
E-mail: whc@fmhc-law.com

Attorney for Defendant
HAWAII TRANSFER COMPANY, LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) Civil No. CV03 00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) NOTICE OF WITHDRAWAL WITH |
| vs. | ) PREJUDICE OF DEFENDANT |
| | ) HAWAII TRANSFER COMPANY, |
| HAWAIIAN EXPRESS SERVICE, INC., | ) LIMITED'S BILL OF COSTS, FILED |
| a California corporation; et al. | ) ON APRIL 7, 2006; CERTIFICATE |
| | ) OF SERVICE |
| Defendants. | ) |
| _____ | ) |

NOTICE OF WITHDRAWAL WITH PREJUDICE OF DEFENDANT HAWAII
TRANSFER COMPANY, LIMITED'S BILL OF COSTS,
FILED ON APRIL 7, 2006

Defendant HAWAII TRANSFER COMPANY, LIMITED ("HTC"),

by and through its attorneys, Fukunaga Matayoshi Hershey and Ching, hereby withdraws with prejudice its Bill of Costs, filed on April 7, 2006.

Dated: Honolulu, Hawaii, May 8, 2006.

/s/ Wesley H. H. Ching
WESLEY H. H. CHING
Attorney for Defendant
HAWAII TRANSFER COMPANY, LIMITED