IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) Civil No. CV03 00385 SOM-LEK<br>) (Copyright) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation; et al. | )<br>)<br>) |
| Defendants. | ) |
| _____ | ) |

CERTIFICATE OF SERVICE

I hereby certify that, on May 8, 2006 a true and exact copy of the *Notice of Withdrawal with Prejudice of Defendant Hawaii Transfer Company, Limited's Request for Bill of Costs, filed on April 7, 2006; Certificate of Service* was duly served by the method of service noticed below to the following parties at their last known addresses:

Served electronically through CM/ECF:

| | | |
|---|---|---|
| TIMOTHY J. HOGAN, ESQ. | tjh@loio.com | [copy was also Hand Delivered] |

Attorneys for Plaintiff
WAYNE BERRY

| | |
|---|---|
| LEX R. SMITH, ESQ. | lrs@ksglaw.com |
| THOMAS H.Y.P. YEE, Esq. | thy@ksglaw.com, bls@ksglaw.com |

Attorneys for Defendants
FLEMING COMPANIES, INC.,
C & S WHOLESALE GROCERS, INC.,
C & S LOGISTICS OF HAWAII, LLC,
C & S ACQUISITIONS, LLC, ES3, LLC and
RICHARD COHEN

| | |
|---|---|
| DAMIAN CAPOZZOLA, ESQ. | dcappozola@kirland.com |
| R. OLIVIA SAMAD, ESQ. | osamad@kirkland.com |

Attorneys for Defendant
POST-CONFIRMATION TRUST
for FLEMING COMPANIES, INC.

| | |
|---|---|
| ANDREW V. BEAMAN, ESQ. | abeaman@chunkerr.com |
| LEROY E. COLOMBE, ESQ. | lcolombe@chunkerr.com |

Attorneys for Defendant
FOODLAND SUPERMARKET, LTD.

| | |
|---|---|
| LYLE HOSODA, ESQ. | lsh@hosodalaw.com |
| RAINA P.B. MEAD, ESQ. | rpbm@hosodalaw.com |

Attorneys for Defendants
MARK DILLON, BRIAN CHRISTENSEN,
TERESA NOA, MELVIN PONCE,
ALFREDDA WAIOLAMA, JACQUELINE RIO,
SONIA PURDY and JUSTIN FUKUMOTO

| | |
|---|---|
| MARGERY BRONSTER, ESQ. | mbronster@bchlaw.net |
| | audrey@bchlaw.net |
| REX FUJICHAKU, ESQ. | rfujichaku@bchlaw.net |
| | jennifer@bchlaw.net |

Attorneys for Defendants
GUIDANCE SOFTWARE, LLC and MICHAEL GURZI

Serviced by Hand Delivery:

JOHN T. KOMEIJI, ESQ.
Watanabe Ing Kawashima & Komeiji, LLP
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Attorneys for Defendant
ALIX PARTNERS, LLC

ROY J. TJIOE, ESQ.
EMILY REBER PORTER, ESQ.
Goodsill Anderson Quinn & Stifel
1800 Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813

Attorneys for Defendant
HAWAIIAN EXPRESS SERVICE, INC.,
H.E.S. TRANSPORTATION SERVICES, INC.,
CALIFORNIA PACIFIC CONSOLIDATORS, INC.,
JEFFREY P. GRAHAM, and PETER SCHAUL

Served by First Class Mail:

KAREN L.S. FINE, ESQ.
Nordman Cormany Hair & Compton
1000 Town Center Drive, Sixth Floor
Oxnard, California 93036

Attorneys for Defendant
HAWAIIAN EXPRESS SERVICE, INC.,
H.E.S. TRANSPORTATION SERVICES, INC.,
CALIFORNIA PACIFIC CONSOLIDATORS, INC.,
JEFFREY P. GRAHAM, and PETER SCHAUL

 Dated: Honolulu, Hawaii,   May 8, 2006   .


           /s/ Wesley H.H. Ching
        WESLEY H. H. CHING
        Attorney for Defendant
        HAWAII TRANSFER COMPANY, LIMITED