Of Counsel:
FUKUNAGA MATAYOSHI HERSHEY & CHING LLC

WESLEY H. H. CHING  2896
841 Bishop Street, Suite 1200
Honolulu, Hawaii  96813
Telephone:  (808) 533-4300
Facsimile:   (808) 531-7585
E-mail: whc@fmhc-law.com

Attorney for Defendant
HAWAII TRANSFER COMPANY, LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) Civil No. CV03 00385 SOM-LEK<br>) (Copyright) |
| Plaintiff, | ) |
| | ) NOTICE OF WITHDRAWAL WITH |
| vs. | ) PREJUDICE OF DEFENDANT |
| | ) HAWAII TRANSFER COMPANY, |
| HAWAIIAN EXPRESS SERVICE, INC., | ) LIMITED'S MOTION FOR AN |
| a California corporation; et al. | ) AWARD OF ATTORNEYS' FEES |
| | ) AND RELATED NON-TAXABLE |
| Defendants. | ) COSTS, FILED ON MARCH 30, |
| | ) 2006; CERTIFICATE OF SERVICE |
| | ) |
| | ) [Non-hearing Motion] |
| | ) Magistrate Judge: Hon. Leslie E. |
| _____ | )                Kobayashi |

NOTICE OF WITHDRAWAL WITH PREJUDICE OF DEFENDANT HAWAII
TRANSFER COMPANY, LIMITED'S MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND RELATED NON-TAXABLE
COSTS, FILED ON MARCH 30, 2006

Defendant HAWAII TRANSFER COMPANY, LIMITED ("HTC"), by and through its attorneys, Fukunaga Matayoshi Hershey and Ching, hereby withdraws with prejudice its Motion For An Award of Attorneys' Fees and Related Non-Taxable Costs, filed on March 30, 2006.

Dated: Honolulu, Hawaii, May 8, 2006.

/s/ Wesley H. H. Ching
WESLEY H. H. CHING
Attorney for Defendant
HAWAII TRANSFER COMPANY,
LIMITED