# Exhibit 4

# KOBAYASHI SUGITA & GODA
ATTORNEYS - AT - LAW

999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813-4430

Telephone: 808-539-8700
Facsimile: 808-539-8799
E-Mail: ksg@ksglaw.com

Bert T. Kobayashi, Jr.*
Kenneth Y. Sugita*
Alan M. Goda*
Dale W Lee*
Lex R. Smith*
David L. Monroy*
Wendell H. Fuji*
Robert K. Ichikawa*
Janeen-Ann A Olds*
Clifford K. Higa*
Charles W. Gall*
John F. Lezak*
Larry L. Myers*
Ernest H. Nomura*
Craig K. Shikuma*
Christopher T. Kobayashi*
Ruth K. Oh*
Burt T. Lau*

William S. Bailey
George Guzman
Jonathan A. Kobayashi
Lanson K. Kupau
Bruce A. Nakamura
Kenneth M. Nakasone
Gary K. Nakata
Ronald T. Ogomori
Elena J. Onaga
Curtis K. Saiki
Duane C. Seabolt
Joseph A. Stewart
Ann C. Teranishi
David B. Tongg
Robert A. Uaoka
Thomas H. Yee
Nathan H. Yoshimoto

* A Law Corporation

| | |
|---|---:|
| Current Fees | $20,106.00 |
| Current Tax | 836.41 |
| Current Costs | 11,711.47 |
| Prior Account Balance | 0.00 |
| Total Balance Due | $32,653.88 |

Client:    0004579
Matter:    0001000
Date:      07/05/2002
Invoice #: 208793
Attorney:  Smith, Lex R

FLEMING COMPANIES, INC.
91-315 HANUA STREET
KAPOLEI, HI 96707

Attention:    MR. BRIAN CHRISTENSEN

Return this top portion with your payment

---

FLEMING COMPANIES, INC.                                    Date:       07/05/2002
Re:   WAYNE BERRY                                          Invoice #:  208793
For Professional Services Rendered and Costs Advanced through   06/30/2002

## PROFESSIONAL SERVICES                                                      Hours

**Services provided by:    Teranishi, Ann C**
06/03/02    Review complaint and Stussi's deposition transcript              3.80
SUBTOTAL for:    Teranishi, Ann C                                            3.80

**Services provided by:    Smith, Lex R**
05/02/02    Work on motion for summary judgment                              6.00
05/03/02    Work on legal memorandum regarding scope of license              3.75
05/07/02    Deposition preparation for Wayne Berry                           5.00
05/08/02    Review new correspondence regarding discovery disputes and      3.50
            prepare responses
05/09/02    Meeting with Hogan and Ichida regarding settlement; work on     3.50
            discovery motions
05/10/02    Review new correspondence from 9th Circuit                       0.50