IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | Civ. No. CV03 00385 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| HAWAIIAN EXPRESS SERVICE, | ) | |
| INC., a California corporation; et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the Notice of Non-Hearing Motion; Plaintiff Wayne Berry's Motion for Reconsideration of Or In the Alternative Rule 60(b) Relief For Fraud on the Court; Memorandum in Support of Plaintiff Wayne Berry's Motion For Reconsideration Of Or in the Alternative Rule 60(b) Relief For Fraud On the Court; Declaration of Timothy J. Hogan; Exhibits "1" to "10"; was served on the following at their last known addresses:

Served Electronically on May 9, 2006:

Damian Capozzola dcapozzola@kirkland.com

Lyle S. Hosoda lsh@hosodalaw.com

Eric C. Liebeler eliebeler@kirkland.com

Raina P. Mead rpbm@hosodalaw.com

R. Olivia Samad osamad@kirkland.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

    DATED: Honolulu, Hawai'i, May 9, 2006.

                          /s/ Timothy J. Hogan
                          TIMOTHY J. HOGAN
                          Attorney for Plaintiff WAYNE BERRY