# Exhibit 1

ORIGINAL

MAR 6    2002

at __ o'clock and __ min __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, | ) CIVIL NO. 01 00446 SPK LEK |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FLEMING COMPANIES, INC., aka | ) SPECIAL VERDICT FORM |
| FLEMING FOODS, INC., aka | ) |
| FLEMING, | ) |
| DOE INDIVIDUALS 1-50 AND | ) |
| DOE PARTNERSHIPS, | ) |
| CORPORATIONS AND OTHER | ) |
| ENTITIES 1-20, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

SPECIAL VERDICT FORM

A.    FREIGHT CONTROL SYSTEM SOFTWARE

1.    Has Plaintiff Wayne Berry proven by a preponderance of the evidence
that he is the owner of the copyright to the Freight Control software
attached to Exhibit 221?

Yes ✗          No _____

If "YES" go to next question.
If "NO", skip to section B.

1

2.    Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the Freight Control software.

Yes ✗                    No _____

If "YES" go to next question.
If "NO" go to question 4.

3.    Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the Freight Control software.

Yes ✗                    No _____

If "NO" skip to section B.
If "YES" go to next question.

4.    Was the infringement of the Freight Control software copyright willful?

Yes ✗                    No _____

Go to the next question.

5.    ~~What amount of damages is Wayne Berry entitled to for the~~ infringement of Freight Control System software?

$ 99,250.00

2

B.   CRYSTAL REPORTS SOFTWARE

1.   Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the Crystal Reports software attached to Exhibit 222?

Yes ✗          No _____

If "NO", skip to section C.
If "YES" go to next question.

2.   Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the Crystal Reports software.

Yes ✗          No _____

If "YES" go to next question.
If "NO" go to question 4.

3.   Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the Crystal Reports software.

Yes _____          No ✗

If "NO" skip to section C.
If "YES" go to next question.

4.   Was the infringement of the Crystal Reports software copyright willful?

Yes _____          No _____

Go to the next question.

3

5.    What amount of damages is Wayne Berry entitled to for the
      infringement of Crystal Reports software?

      _____

C.    FLEMINGPO.EXE SOFTWARE

1.    Has Plaintiff Wayne Berry proven by a preponderance of the evidence
      that he is the owner of the copyright to the FlemingPO.exe software
      attached to Exhibit 223?

      Yes  X                    No _____

      If "YES" go to next question.
      If "NO", skip to the end.

2.    Did Fleming Companies, Inc. prove by a preponderance of the
      evidence that it has a valid license for the use of the FlemingPO.exe
      software.

      Yes  X                    No _____

      If "YES" go to next question.
      If "NO" go to question 4.

3.    Did Wayne Berry prove by a preponderance of the evidence that
      Fleming made unauthorized changes to the FlemingPO.exe software.

      Yes _____                 No  X

      If "NO" skip to the end.
      If "YES" go to next question.

4

4.   Was the infringement of the FlemingPO.exe software copyright willful?

   Yes _____                No _____

   Go to the next question.

5.   What amount of damages is Wayne Berry entitled to for the infringement of FlemingPO.exe software?

   _____

Please sign and date this Special Verdict Form.

_____          _____
Jury Foreperson

_____          Carol Ho Akimoto
                                   _____

_____          a to a
                                   _____

Mary P. Oshiro                     _____
_____

                                   _____
                                   Date
                                      3/6/03

5