# Exhibit 3

# KOBAYASHI SUGITA & GODA
ATTORNEYS - AT - LAW

999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813-4430

Telephone: 808-539-8700
Facsimile: 808-539-8799
E-Mail: ksg@ksglaw.com

Bert T. Kobayashi, Jr.*
Kenneth Y. Sugita*
Alan M. Goda*
Dale W Lee*
Lex R. Smith*
David L. Monroy*
Wendell H. Fuji*
Robert K. Ichikawa*
Janeen-Ann A Olds*
Clifford K. Higa*
Charles W. Gall*
John F. Lezak*
Larry L. Myers*
Ernest H. Nomura*
Craig K. Shikuma*
Christopher T. Kobayashi*
Ruth K. Oh*
Burt T. Lau*

William S. Bailey
George Gusman
Jonathan A. Kobayashi
Lanson K. Kupau
Bruce A. Nakamura
Kenneth M. Nakasone
Gary K. Nakata
Ronald T. Ogomori
Elena J. Onaga
Curtis K. Saiki
Duane C. Seabolt
Joseph A. Stewart
Ann C. Teranishi
David B. Tongg
Robert A. Ueoka
Thomas H. Yee
Nathan H. Yoshimoto

* A Law Corporation

| | |
|---|---:|
| Current Fees | $14,500.00 |
| Current Tax | $603.20 |
| Current Costs | $6,639.05 |
| Prior Account Balance | $0.00 |
| Total Balance Due | $21,742.25 |

Client: 0004579
Matter: 0001000
Date: 05/09/2002
Invoice #: 207577
Attorney: Smith, Lex R

FLEMING COMPANIES, INC.
91-315 HANUA STREET
KAPOLEI, HI 96707

Attention: MR. RALPH STUSSI

Return this top portion with your payment

---

FLEMING COMPANIES, INC.
Re: WAYNE BERRY
For Professional Services Rendered and Costs Advanced through 05/06/2002

Date: 05/09/2002
Invoice #: 207577

## PROFESSIONAL SERVICES

Hours

Services provided by:  Smith, Lex R

| Date | Description | Hours |
|---|---|---:|
| 04/01/02 | Review new pleadings; telephone conversation with Hogan and Godbey | 3.00 |
| 04/04/02 | Telephone conversation with Discovery Master; review new letter briefs and prepare response; work on summary judgment motion; telephone conversations with expert witness and Dillon regarding FlemingPO.exe | 8.50 |
| 04/05/02 | Review Hogan's correspondence to the Discovery Master and prepare reply | 4.00 |
| 04/09/02 | Review new correspondence to Discovery Master and copyright research for motion for summary judgment | 3.50 |
| 04/15/02 | Preparation for Stussi deposition | 5.00 |
| 04/16/02 | Attend deposition of Ralph Stussi | 7.50 |
| 04/17/02 | Work on motion for summary judgment; work on discovery | 5.00 |