# Exhibit 4

# KOBAYASHI SUGITA & GODA
ATTORNEYS - AT - LAW

999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813-4430

Telephone: 808-539-8700
Facsimile: 808-539-8799
E-Mail:    ksg@ksglaw.com

| | |
|---|---|
| Bert T. Kobayashi, Jr.* | William S. Bailey |
| Kenneth Y. Sugita* | George Gusman |
| Alan M. Goda* | Jonathan A. Kobayashi |
| Dale W Lee* | Lanson K. Kupau |
| Lex R. Smith* | Bruce A. Nakamura |
| David L. Monroy* | Kenneth M. Nakasone |
| Wendell H. Fuji* | Gary K. Nakata |
| Robert K. Ichikawa* | Ronald T. Ogomori |
| Janeen-Ann A Olds* | Elena J. Onaga |
| Clifford K. Higa* | Curtis K. Saiki |
| Charles W. Gall* | Duane C. Seabolt |
| John F. Lezak* | Joseph A. Stewart |
| Larry L. Myers* | Ann C. Teranishi |
| Ernest H. Nomura* | David B. Tongg |
| Craig K. Shikuma* | Robert A. Useoka |
| Christopher T. Kobayashi* | Thomas H. Yee |
| Ruth K. Oh* | Nathan H. Yoshimoto |
| Burt T. Lau* | |

* A Law Corporation

| | | | |
|---|---|---|---|
| | | Current Fees | $20,106.00 |
| | | Current Tax | 836.41 |
| Client: | 0004579 | Current Costs | 11,711.47 |
| Matter: | 0001000 | Prior Account Balance | 0.00 |
| Date: | 07/05/2002 | Total Balance Due | $32,653.88 |
| Invoice #: | 208793 | | |
| Attorney: | Smith, Lex R | | |

FLEMING COMPANIES, INC.
91-315 HANUA STREET
KAPOLEI, HI 96707

Attention:   MR. BRIAN CHRISTENSEN

Return this top portion with your payment

---

FLEMING COMPANIES, INC.                                  Date:      07/05/2002
Re:   WAYNE BERRY                                        Invoice #: 208793
For Professional Services Rendered and Costs Advanced through   06/30/2002

## PROFESSIONAL SERVICES                                                    Hours

| | Services provided by: | Teranishi, Ann C | |
|---|---|---|---|
| 06/03/02 | Review complaint and Stussi's deposition transcript | | 3.80 |
| | SUBTOTAL for: | Teranishi, Ann C | 3.80 |

| | Services provided by: | Smith, Lex R | |
|---|---|---|---|
| 05/02/02 | Work on motion for summary judgment | | 6.00 |
| 05/03/02 | Work on legal memorandum regarding scope of license | | 3.75 |
| 05/07/02 | Deposition preparation for Wayne Berry | | 5.00 |
| 05/08/02 | Review new correspondence regarding discovery disputes and prepare responses | | 3.50 |
| 05/09/02 | Meeting with Hogan and Ichida regarding settlement; work on discovery motions | | 3.50 |
| 05/10/02 | Review new correspondence from 9th Circuit | | 0.50 |