# Exhibit 5

**Fleming Computer 05 FHL 150 New**

**From:** "Fleming WorkingToWin" <FLMTOWIN@email.fleming.com>
**To:** <ADINFO@email.fleming.com>; <ADISBRO@email.fleming.com>; <AGAITHE@email.fleming.com>; <AKESHAV@email.fleming.com>; <ALEWIS@email.fleming.com>; <ARANDOL@email.fleming.com>; <ASCOTT@email.fleming.com>; <ASTANLE@email.fleming.com>; <ATHAYER@email.fleming.com>; <ATROXEL@email.fleming.com>; <ATURNER@email.fleming.com>; <BCOOK@email.fleming.com>; <BKROHN@email.fleming.com>; <BMARQUA@email.fleming.com>; <BNIEMAN@email.fleming.com>; <BSTAPP@email.fleming.com>; <BSTEELE@email.fleming.com>; <CALBREC@email.fleming.com>; <CAREER@email.fleming.com>; <CBOND@email.fleming.com>; <CBURT@email.fleming.com>; <CGODDAR@email.fleming.com>; <CKUPIEC@email.fleming.com>; <CLEISTE1@email.fleming.com>; <CMCHENR@email.fleming.com>; <CPHILLI@email.fleming.com>; <CPOYNER@email.fleming.com>; <CROCKWE@email.fleming.com>; <CSIMMON@email.fleming.com>; <DALTES@email.fleming.com>; <DBAILEY1@email.fleming.com>; <DBROWN1@email.fleming.com>; <DDAWSON@email.fleming.com>; <DDENNER@email.fleming.com>; <DDOUGLA@email.fleming.com>; <DELKINS@email.fleming.com>; <DFALCK@email.fleming.com>; <DGRIFFI@email.fleming.com>; <DHENSLE@email.fleming.com>; <DHUGHES@email.fleming.com>; <DJEROME@email.fleming.com>; <DKASTNE@email.fleming.com>; <DMCDONA@email.fleming.com>; <DMOBLEY@email.fleming.com>; <DSHERID@email.fleming.com>; <DSIGLER@email.fleming.com>; <DSMITH3@email.fleming.com>; <DSTEWAR@email.fleming.com>; <DVANDER@email.fleming.com>; <DVICK@email.fleming.com>; <DWALLER@email.fleming.com>; <DWEST@email.fleming.com>; <DWHITTE@email.fleming.com>; <E-Status#032#Forms@email.fleming.com>; <ECRATER@email.fleming.com>; <EKERNAL@email.fleming.com>; <EROBERS@email.fleming.com>; <EWEISSE@email.fleming.com>; <FFLIGHT@email.fleming.com>; <FKITELI@email.fleming.com>; <GBREEDL@email.fleming.com>; <GCOPELA@email.fleming.com>; <GDOWNS@email.fleming.com>; <GJANOK@email.fleming.com>; <GLONG@email.fleming.com>; <GPOTTER@email.fleming.com>; <GRHYNE@email.fleming.com>; <GSCHMID@email.fleming.com>; <GSWANSO@email.fleming.com>; <HALBERT@email.fleming.com>; <HCARTTA@email.fleming.com>; <HLEWIS@email.fleming.com>; <HSNYDER@email.fleming.com>; <JADAIR@email.fleming.com>; <JBLEASE@email.fleming.com>; <JBRAND@email.fleming.com>; <JCOTTER@email.fleming.com>; <JDISBRO@email.fleming.com>; <JDOSHIE@email.fleming.com>; <JEDWARD@email.fleming.com>; <JFUGATE@email.fleming.com>; <JGARNER@email.fleming.com>; <JHERTZL@email.fleming.com>; <JIVY@email.fleming.com>; <JLASALA@email.fleming.com>; <JLEONAR@email.fleming.com>; <JLOCKE@email.fleming.com>; <JMALLET@email.fleming.com>; <JMINSTE@email.fleming.com>; <JMORGAN@email.fleming.com>; <JPEARSO@email.fleming.com>; <JPEREZ@email.fleming.com>; <JPOWELL@email.fleming.com>; <JPRAY@email.fleming.com>; <JROST@email.fleming.com>; <JRUNYAN@email.fleming.com>; <JSANCHE@email.fleming.com>; <JSORREL@email.fleming.com>; <JTAYLOR1@email.fleming.com>; <JTISCH@email.fleming.com>; <JWALKER@email.fleming.com>
**Sent:** Thursday, March 21, 2002 11:22 AM
**Subject:** Announcing Brian Christensen Named Hawaii Division President

Please print and post this announcement for associates who do not have access to GroupWise. Thanks!

Announcing*

Brian Christensen Named Hawaii Division President

<u>Brian Christensen has been promoted to President of our Hawaii Division effective immediately</u>. Brian will report to Mike Carey, Sr. Vice President, Operations.

Brian joined Fleming in January of 1991 as a Sales Representative and was promoted to Division Sales Manager in 1993. Prior to working at Fleming, he worked in the retail food industry in Hawaii for 15 years.

"Brian's many years on the island has prepared him well to lead our associates in Hawaii," said Mike. "I am very confident that Brian will continue the long standing traditions of Servant Leadership, excellent service to our customers, and a commitment to growth that have become the standard in the Hawaii Division."

Locally, Brian is very involved in the community. He is on the Board of Directors of the Hawaii Food Bank and an active member of the Hawaii Food Industry Association.

Please join us in congratulating Brian on his new position!

4/6/2006