LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
Email: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;  ) | Civ. No. CV03 00385 SOM-LEK |
| ) | (Copyright) |
| Plaintiff,  ) | |
| ) | CERTIFICATE OF SERVICE |
| vs.  ) | |
| ) | |
| HAWAIIAN EXPRESS SERVICE,  ) | |
| INC., a California corporation; et al.  ) | |
| ) | |
| Defendants.  ) | |
| _____  ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the dates and by the methods of service noted below,

a true and correct copy of the Plaintiff Wayne Berry's Motion for Recusal;

Memorandum in Support of Plaintiff Wayne Berry's Motion For Recusal;

Declaration of Timothy J. Hogan; Exhibits "1" to "10"; was served on the

following at their last known addresses:

Served Electronically on February 10, 2006:

Andrew V. Beaman abeaman@chunkerr.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Damian Capozzola dcapozzola@kirkland.com

Wesley H.H. Ching whc@fmhc-law.com, eol@fmhc-law.com; dd@fmhc-law.com

Christopher T. Chun ctc@hosodalaw.com

Leroy E. Colombe lcolombe@chunkerr.com

Rex Y. Fujichaku rfujichaku@bchlaw.net, jennifer@bchlaw.net

Lyle S. Hosoda lsh@hosodalaw.com

Raina! P. Mead rpbm@hosodalaw.com, dmm@hosodalaw.com

William G. Meyer , III wmeyer@dwyerlaw.com, jborges@dwyerlaw.com

R. Olivia Samad osamad@kirkland.com

Lex R. Smith lrs@ksglaw.com

Ann C. Teranishi act@ksglaw.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

DATED: Honolulu, Hawai'i, February 10, 2006.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff WAYNE BERRY