IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | ) Civil No. CV03 00385 SOM/LEK<br>) (Copyright)<br>) |
| Plaintiff, | ) DECLARATION OF REX Y.<br>) FUJICHAKU |
| v. | )<br>)<br>) |
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation, et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## **DECLARATION OF REX Y. FUJICHAKU**

I, REX Y. FUJICHAKU, under penalty of perjury, state as follows:

1. I am an attorney licensed to practice law before all of the State and Federal Courts in the State of Hawaii and am one of the attorneys representing Defendants Guidance Software, Inc. and Michael Gurzi (collectively "GSI Defendants") in this case.

2. Attached as Exhibit "1" is a true and correct copy of Judgment in a Civil Case, Berry v. Hawaiian Express Service, Inc., Civil No. CV03 00385 SOM/LEK, filed March 8, 2006.

      3.    Attached as Exhibit "2" is a true and correct copy of Amended Judgment in a Civil Case, <u>Berry v. Hawaiian Express Service, Inc.</u>, Civil No. CV03 00385 SOM/LEK, filed March 16, 2006.

      4.    Attached as Exhibit "3" is a true and correct copy of Second Amended Judgment in a Civil Case, <u>Berry v. Hawaiian Express Service, Inc.</u>, Civil No. CV03 00385 SOM/LEK, filed March 16, 2006.

      5.    Attached as Exhibit "4" is a true and correct copy of Order Setting Hearing, <u>Berry v. Hawaiian Express Service, Inc.</u>, Civil No. CV03 00385 SOM/LEK filed April 7, 2006.

      I declare under penalty of law that the statements made herein are true and correct to the best of my personal knowledge, information and belief.

      DATED: Honolulu, Hawaii, May 11, 2006.

                                       /s/ Rex Y. Fujichaku
                                       REX Y. FUJICHAKU