IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, | ) | CIV. NO. 03-00385 SOM/LEK |
| Plaintiff, | ) ) | ORDER SETTING HEARING |
| vs. | ) ) | |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

<u>ORDER SETTING HEARING</u>

While reserving the right to decide the following four motions as nonhearing motions, and while retaining all filing deadlines as if the following four motions remained nonhearing motions, the court schedules the following four motions for a hearing on **Monday, June 5, 2006, at 9:45 a.m.**: (1) Plaintiff Wayne Berry's Motion To Alter or Amend Amended Second Judgment and To Delay Time for Filing an Appeal Pending Resolution of Motion for Attorneys' Fees and Full Costs; (2) Plaintiff Wayne Berry's Renewed Motion for Judgment as a Matter of Law Regarding Defendant Fleming PCT's Failure to Produce Evidence of Deductible Expenses, or in the Alternative, for New Trial; (3) Motion Regarding Defendant PCT's Renewed Motion for Judgment as a Matter of Law Against Entitlement to Profit and Vicarious Liability; and (4) Defendants Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy, Justin Fukumoto, Alfredda Waiolama, and Jacqueline Rio's

1

Renewed Motion for Judgment as a Matter of Law as to Actual Damages and Vicarious Infringement.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 6, 2006.



_____
Susan Oki Mollway
United States District Judge

Berry v. Hawaiian Express, et al.; Civ. No. 03-00385 SOM/LEK;
ORDER SETTING HEARING