IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | ) Civil No. 03-00385 SOM/LEK<br>) (Copyright)<br>) |
| Plaintiff, | ) CERTIFICATE OF SERVICE<br>) |
| v. | )<br>) |
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation, et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>)<br>) |
| _____ | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on May 11, 2006:

<u>Served Electronically through CM/ECF:</u>

TIMOTHY J. HOGAN, ESQ.                    tjh@loio.com
    Attorney for Plaintiff
    WAYNE BERRY

| | |
|---|---|
| ANDREW V. BEAMAN, ESQ.<br>LEROY E. COLOMBE, ESQ.<br>    Attorneys for Defendant<br>    FOODLAND SUPER MARKET,<br>    LTD. | abeaman@chunkerr.com<br>lcolombe@chunkerr.com |
| LEX R. SMITH, ESQ.<br>THOMAS H. YEE, ESQ.<br>    Attorney for Defendants<br>    FLEMING COMPANIES, INC.,<br>    C&S WHOLESALE GROCERS,<br>    INC., C&S LOGISTICS OF<br>    HAWAII, LLC,<br>    C&S AQUISITIONS, LLC,<br>    ES3, LLC, and RICHARD COHEN | lrs@ksglaw.com<br>thy@ksglaw.com |
| DAMIAN CAPOZZOLA, ESQ.<br>R. OLIVIA SAMAD, ESQ.<br>    Attorneys for Defendant<br>    FLEMING COMPANIES, INC. | dcapozzola@kirkland.com<br>osamad@kirkland.com |
| LYLE S. HOSODA, ESQ.<br>RAINA P.B. MEAD, ESQ.<br>CHRISTOPHER T. CHUN, ESQ.<br>    Attorneys for Defendants<br>    MARK DILLON, BRIAN<br>    CHRISTENSEN, TERESA NOA,<br>    MELVIN PONCE, ALFREDDA<br>    WAIOLAMA, JACQUELINE RIO,<br>    JUSTIN FUKUMOTO and SONIA<br>    PURDY | lsh@hosodalaw.com<br>rpbm@hosodalaw.com<br>ctc@hosodalaw.com |
| WESLEY H.H. CHING, ESQ.<br>    Attorney for Defendant<br>    HAWAII TRANSFER COMPANY,<br>    LTD. | whc@fmhc-law.com<br>eol@fmhc-law.com<br>dd@fmhc-law.com |

Served by First Class Mail:

    IVER N. LARSON, ESQ.
    Chun Kerr Dodd Beaman & Wong
    900 Hawaii Tower
    745 Fort Street
    Honolulu, HI 96813
        Attorney for Defendant
        FOODLAND SUPER MARKET, LTD.


    MICHAEL E. BAUMANN, ESQ.
    Kirkland & Ellis
    777 Figueroa Street, Suite 3700
    Los Angeles, CA 90017
        Attorneys for Defendant
        FLEMING COMPANIES, INC.


    JULIA M. MORGAN, ESQ.
    Fukunaga Matayoshi Hershey & Ching
    Davies Pacific Center
    841 Bishop Street, Suite 1200
    Honolulu, HI 96813
        Attorney for Defendant
        HAWAII TRANSFER COMPANY, LTD.


    SHELLY M. TAMEKAZU, ESQ.
    Lyle S. Hosoda & Associates, Inc.
    345 Queen Street, Suite 804
    Honolulu, HI 96813
        Attorneys for Defendants
        MARK DILLON, BRIAN CHRISTENSEN,
        TERESA NOA, MELVIN PONCE,
        ALFREDDA WAIOLAMA, JACQUELINE RIO,
        JUSTIN FUKUMOTO and SONIA PURDY

JOHN T. KOMEIJI, ESQ.
KAREN Y. ARIKAWA, ESQ.
Watanabe Ing & Komeiji
First Hawaiian Tower
999 Bishop Street, 23rd Floor
Honolulu, HI  96813

SHELDON S. TOLL, ESQ.
2000 Town Center, Suite 2550
Southfield, MI  48075

    Attorneys for Defendants
    ALIXPARTNERS, LLC

    Dated:  Honolulu, Hawaii, May 11, 2006.

    /s/ Rex Y. Fujichaku
    MARGERY S. BRONSTER
    REX Y. FUJICHAKU

    VICTOR LIMONGELLI
    JOHN PATZAKIS

    Attorneys for Defendants
    GUIDANCE SOFTWARE, INC.
    and MICHAEL GURZI