IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen,<br><br>        Plaintiff,<br><br>    v.<br><br>HAWAIIAN EXPRESS SERVICE, INC., a California corporation, et al.,<br><br>        Defendants. | Civil No. 03-00385 SOM/LEK<br>(Copyright)<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on May 17, 2006:

<u>Served Electronically through CM/ECF:</u>

TIMOTHY J. HOGAN, ESQ.                 tjh@loio.com

    Attorney for Plaintiff
    WAYNE BERRY

| | |
|---|---|
| LEX R. SMITH, ESQ.<br>THOMAS H. YEE, ESQ. | lrs@ksglaw.com<br>thy@ksglaw.com |

    Attorney for Defendants
    FLEMING COMPANIES, INC.,
    C&S WHOLESALE GROCERS,
    INC., C&S LOGISTICS OF
    HAWAII, LLC,
    C&S AQUISITIONS, LLC,
    ES3, LLC, and RICHARD COHEN

| | |
|---|---|
| DAMIAN CAPOZZOLA, ESQ.<br>R. OLIVIA SAMAD, ESQ. | dcapozzola@kirkland.com<br>osamad@kirkland.com |

    Attorneys for Defendant
    FLEMING COMPANIES, INC.

| | |
|---|---|
| LYLE S. HOSODA, ESQ.<br>RAINA P.B. MEAD, ESQ.<br>CHRISTOPHER T. CHUN, ESQ. | lsh@hosodalaw.com<br>rpbm@hosodalaw.com<br>ctc@hosodalaw.com<br>dmm@hosodalaw.com |

    Attorneys for Defendants
    MARK DILLON, BRIAN
    CHRISTENSEN, TERESA NOA,
    MELVIN PONCE, ALFREDDA
    WAIOLAMA, JACQUELINE RIO,
    JUSTIN FUKUMOTO and SONIA
    PURDY

//

//

//

Served by First Class Mail:

    MICHAEL E. BAUMANN, ESQ.
    Kirkland & Ellis
    777 Figueroa Street, Suite 3700
    Los Angeles, CA 90017

        Attorneys for Defendant
        FLEMING COMPANIES, INC.

        Dated: Honolulu, Hawaii, May 17, 2006.

                /s/ REX Y. FUJICHAKU
                MARGERY S. BRONSTER
                REX Y. FUJICHAKU

                VICTOR LIMONGELLI
                JOHN PATZAKIS

                Attorneys for Defendants
                GUIDANCE SOFTWARE, INC.
                and MICHAEL GURZI