# EXHIBIT B

1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF HAWAII

3    _____
                              )
4    WAYNE BERRY,             )
                              )
5              Plaintiff,     )    CIVIL NO. 01-00446SPK-LEK
                              )
6         vs.                 )
                              )
7    FLEMING COMPANIES, INC., )
     aka FLEMING FOODS, INC., )
8    aka FLEMING, DOE         )
     INDIVIDUALS 1-50 and     )
9    DOE PARTNERSHIPS,        )
     CORPORATIONS and OTHER   )
10   ENTITIES 1-20,           )
                              )
11             Defendants.    )
     _____)

12

13              TRANSCRIPT OF PROCEEDINGS

14

15        The above-entitled matter came on for Further

16   Jury Trial commencing at 9:20 a.m. on Friday, February

17   28, 2003, Honolulu, Hawaii,

18

19   BEFORE:   HONORABLE SAMUEL P. KING

20             United States District Judge

21             District of Hawaii

22

23

24   REPORTED BY:   LISA J. GROULX, COURT REPORTER

25               Notary Public, State of Hawaii

```
 1

 2                    A P P E A R A N C E S

 3

 4

 5

 6    FOR PLAINTIFF:    TIMOTHY J. HOGAN, ESQ.

 7                      WESLEY W. ICHIDA, ESQ.

 8                      LYNCH ICHIDA THOMPSON KIM & HIROTA

 9                      1132 Bishop Street, Suite 1405

10                      Honolulu, Hawaii  96813

11                      (808) 528-0100

12

13

14    FOR DEFENDANTS:   LEX R. SMITH, ESQ.

15                      ANN TERANISHI, ESQ.

16                      Kobayashi, Sugita & Goda

17                      First Hawaiian Center

18                      999 Bishop Street, Suite 2600

19                      Honolulu, Hawaii  96813

20                      (808) 539-8700

21

22

23

24    ALSO PRESENT:   Ralph Stussi

25
```

1          THE COURT:  You're through for this

2    morning.

3          THE WITNESS:  Okay.  Yes.

4          (Witness excused.)

5          THE COURT:  Okay.  Recess.

6          (Recess taken 11:20 - 11:35 a.m.)

7          THE COURT:  Note the presence of the

8    jury.

9          Please be seated.  Swear the witness.

10          RALPH STUSSI

11    was called as a witness by the plaintiff, after having

12    been sworn to tell the truth, the whole truth and

13    nothing but the truth, was examined and testified as

14    follows:

15          THE CLERK:  Please be seated.  State

16    your name for the record and spell your last name,

17    please.

18          THE WITNESS:  Ralph Stussi, S-t-u-s-s-i.

19          DIRECT EXAMINATION

20    BY MR. HOGAN:

21      Q.   Good morning, Mr. Stussi.  I guess it's still

22    morning.

23          Would you state where are you presently

24    employed, sir?

25      A.   For Fleming Companies, Inc.

85

1      Q.    And you are not presently the Hawaii division

2    president, are you, sir?

3      A.    No, sir.

4      Q.    And were you ever the Hawaii division

5    president?

6      A.    Yes, I was.

7      Q.    When did you cease being the Hawaii division

8    president?

9      A.    April of 2002.

10      Q.    And where do you presently work, sir?

11      A.    I'm at the Garland, Texas division as the

12    division president.

13      Q.    Now are you a certified public accountant,

14    sir?

15      A.    Yes, I am.

16      Q.    And in that job you review a lot of paper in

17    your work as a certified public accountant?

18              THE COURT:   Do you want to treat him as

19    an adverse witness?

20              MR. HOGAN:   Yes, Your Honor, if I may.

21              THE COURT:   Do you have any objection?

22              MR. SMITH:   No objection.

23              THE COURT:   I mean you're going to do it

24    anyway, so might as well have the record show it, even

25    though he may not be adverse.   You may do so.

```
 1                         CERTIFICATE

 2   STATE OF HAWAII         )
                             )  SS.
 3   COUNTY OF HONOLULU      )

 4

 5           I, Lisa J. Groulx, Court Reporter, District

 6   of Hawaii, Honolulu, Hawaii, and Notary Public, State

 7   of Hawaii, do hereby certify that the foregoing is a

 8   true and correct transcript of the proceedings in this

 9   Jury Trial, WAYNE BERRY vs. FLEMING COMPANIES, INC.,

10   ET AL., at Honolulu, Hawaii, taken on Friday, February

11   28, 2003, before the Honorable SAMUEL P. KING, United

12   States District Judge.

13

14

15

16   March 1, 2003      _____

17                      LISA J. GROULX, COURT REPORTER

18                      Notary Public - State of Hawaii

19                      My Commission Expires on: 5/15/06

20

21

22

23

24

25
```