**EXHIBIT "A"**

2.A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
WAYNE BERRY,                    ) CIVIL NO. CV01-00446
                                )          SPK LEK
          Plaintiff,            ) (Copyright)
                                )
     vs.                        )
                                )
FLEMING COMPANIES, INC.,        )
aka FLEMING FOODS, INC.,        )
aka FLEMING, DOE                )
INDIVIDUALS 1-50 AND DOE        )
PARTNERSHIPS,                   )
CORPORATIONS AND OTHER          )
ENTITIES 1-20 S 1-50;           )
                                )
          Defendants.           )
_____)
```

DEPOSITION OF MARK DILLON

Taken on behalf of the Plaintiff pursuant to Notice, on Monday, March 25, 2002, commencing at 9:00 a.m., at the Law Offices of Lynch Ichida Thompson Kim & Hirota, 1132 Bishop Street, Suite 1405, Honolulu, Hawaii 96813.

JAN FLOATE & ASSOCIATES
(808) 263-1149

Exhibit A

```
 1      APPEARANCES:

 2
            For Plaintiff Wayne Berry:
 3
                TIMOTHY J. HOGAN, ESQ.
 4              Lynch Ichida Thompson Kim & Hirota
                1132 Bishop Street, Suite 1405
 5              Honolulu, Hawaii  96813
                (808) 528-0100
 6

 7          For Defendant Fleming Companies, Inc., aka
                Fleming Foods, Inc., aka Fleming:
 8
                LEX R. SMITH, ESQ.
 9              Kobayashi Sugita & Goda
                First Hawaiian Center
10              999 Bishop Street, Suite 2600
                Honolulu, Hawaii  96813
11              (808) 539-8700

12
            For Defendant Hawaiian Express Service,
13              Inc.:

14              ROY J. TJIOE, ESQ.
                Goodsill Anderson Quinn & Stifel
15              Alii Place, Suite 1800
                1099 Alakea Street
16              Honolulu, Hawaii  96813
                (808) 547-5600
17

18      Also Present:  Wayne Berry

19

20      REPORTED BY:   Laura Savo, CSR No. 347
                       Notary Public, State of Hawaii
21

22                          -oOo-
23

24

25
```

```
 1      A    Twice.
 2      Q    Okay.  When was the first time?
 3      A    Friday.
 4      Q    Friday.  I presume you've spoken to him
 5   on the phone or had other contacts with him?
 6      A    Yes.
 7      Q    We don't want to know what you were
 8   talking about.  So you met with him Friday?
 9      A    Yes.
10      Q    When was the other time?
11      A    Just this morning.
12      Q    How long did you meet with him on
13   Friday?
14      A    Forty-five minutes, something like
15   that.
16      Q    Was anyone else in the room with you?
17      A    No.
18      Q    Did you discuss your testimony with
19   Ralph Stussi?  That's S-t-u-s-s-i.
20      A    No.
21      Q    When was the last time you spoke with
22   Mr. Stussi?
23      A    I saw him Friday, actually.
24      Q    You saw him Friday?
25      A    Yeah.
```

```
 1         Q    Is Mr. Stussi still employed at Fleming
 2   Kapolei?
 3         A    I'm not sure.
 4         Q    Why do you say that?
 5              MR. SMITH:  Well, I'll just tell you.
 6   The answer's no.
 7   BY MR. HOGAN:
 8         Q    All right.  Who's the boss out there?
 9         A    The boss would be Brian Christensen.
10         Q    Do you have any information regarding
11   why Mr. Stussi's no longer in Kapolei?
12         A    No, I don't.
13         Q    Have you heard any speculation from any
14   employees --
15         A    No, I haven't.
16         Q    -- at Fleming?
17              Did you discuss that with Theresa Noa?
18         A    No, I did not.
19         Q    Anyone else at Fleming?
20         A    No, I did not.
21         Q    Do you know Brian Christensen?
22         A    Not very well.
23         Q    Is he related, to your knowledge, to
24   Steve Christensen?
25         A    They're not related.
```