**EXHIBIT "B"**

```
                                                                    1

     1              IN THE UNITED STATES DISTRICT COURT

     2                   FOR THE DISTRICT OF HAWAII

     3    _____
                                        )
     4    WAYNE BERRY,                  )
                                        )
     5              Plaintiff,          )  CIVIL NO. 01-00446SPK-LEK
                                        )
     6       vs.                        )
                                        )
     7    FLEMING COMPANIES, INC.,      )
          aka FLEMING FOODS, INC.,      )
     8    aka FLEMING, DOE              )
          INDIVIDUALS 1-50 and          )
     9    DOE PARTNERSHIPS,             )
          CORPORATIONS and OTHER        )
    10    ENTITIES 1-20,                )
                                        )
    11              Defendants.         )
          _____)
    12

    13                TRANSCRIPT OF PROCEEDINGS

    14

    15         The above-entitled matter came on for Further

    16    Jury Trial commencing at 9:20 a.m. on Friday, February

    17    28, 2003, Honolulu, Hawaii,

    18

    19    BEFORE:  HONORABLE SAMUEL P. KING

    20             United States District Judge

    21             District of Hawaii

    22

    23

    24    REPORTED BY:  LISA J. GROULX, COURT REPORTER

    25                  Notary Public, State of Hawaii
```

Exhibit B

2

```
 1
 2                       A P P E A R A N C E S
 3
 4
 5
 6   FOR PLAINTIFF:    TIMOTHY J. HOGAN, ESQ.
 7                     WESLEY W. ICHIDA, ESQ.
 8                     LYNCH ICHIDA THOMPSON KIM & HIROTA
 9                     1132 Bishop Street, Suite 1405
10                     Honolulu, Hawaii  96813
11                     (808) 528-0100
12
13
14   FOR DEFENDANTS:   LEX R. SMITH, ESQ.
15                     ANN TERANISHI, ESQ.
16                     Kobayashi, Sugita & Goda
17                     First Hawaiian Center
18                     999 Bishop Street, Suite 2600
19                     Honolulu, Hawaii  96813
20                     (808) 539-8700
21
22
23
24   ALSO PRESENT:  Ralph Stussi
25
```

84

1              THE COURT:  You're through for this
2    morning.
3              THE WITNESS:  Okay.  Yes.
4         (Witness excused.)
5              THE COURT:  Okay.  Recess.
6         (Recess taken 11:20 - 11:35 a.m.)
7              THE COURT:  Note the presence of the
8    jury.
9         Please be seated.  Swear the witness.
10                     RALPH STUSSI
11   was called as a witness by the plaintiff, after having
12   been sworn to tell the truth, the whole truth and
13   nothing but the truth, was examined and testified as
14   follows:
15             THE CLERK:  Please be seated.  State
16   your name for the record and spell your last name,
17   please.
18             THE WITNESS:  Ralph Stussi, S-t-u-s-s-i.
19                  DIRECT EXAMINATION
20   BY MR. HOGAN:
21   Q.   Good morning, Mr. Stussi.  I guess it's still
22   morning.
23        Would you state where are you presently
24   employed, sir?
25   A.   For Fleming Companies, Inc.

85

```
 1      Q.   And you are not presently the Hawaii division
 2   president, are you, sir?
 3      A.   No, sir.
 4      Q.   And were you ever the Hawaii division
 5   president?
 6      A.   Yes, I was.
 7      Q.   When did you cease being the Hawaii division
 8   president?
 9      A.   April of 2002.
10      Q.   And where do you presently work, sir?
11      A.   I'm at the Garland, Texas division as the
12   division president.
13      Q.   Now are you a certified public accountant,
14   sir?
15      A.   Yes, I am.
16      Q.   And in that job you review a lot of paper in
17   your work as a certified public accountant?
18           THE COURT:  Do you want to treat him as
19   an adverse witness?
20           MR. HOGAN:  Yes, Your Honor, if I may.
21           THE COURT:  Do you have any objection?
22           MR. SMITH:  No objection.
23           THE COURT:  I mean you're going to do it
24   anyway, so might as well have the record show it, even
25   though he may not be adverse.  You may do so.
```