**EXHIBIT "D"**

1

1              IN THE UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF HAWAII

3

4    WAYNE BERRY, a Hawaii Citizen,   ) CIVIL NO. 03-00385SOM
                                      )
5                    Plaintiff,       )
                                      )
6         vs.                         )
                                      )
7    HAWAII EXPRESS SERVICE, INC.,    ) - VOLUME 3 -
     et al.,                          )
8                                     )
                     Defendants.      )
9    _____)

10

11                 TRANSCRIPT OF PROCEEDINGS

12        The above-entitled matter came on for hearing on

13   Wednesday, March 1, 2006, at 9:04 a.m., at Honolulu, Hawaii,

14   BEFORE:           THE HONORABLE SUSAN OKI MOLLWAY
                       United States District Judge
15
     REPORTED BY:      STEPHEN B. PLATT, RMR, CRR
16                     Official U.S. District Court Reporter

17   APPEARANCES:      TIMOTHY J. HOGAN, ESQ.
                       WESLEY W. ICHIDA, ESQ.
18                     Lynch Ichida Thompson Kim & Hirota
                       1032 Bishop Street, Suite 1405
19                     Honolulu, Hawaii  96813

20                                   Attorneys for the Plaintiffs

21                     MICHAEL E. BAUMANN, ESQ.
                       DAMIAN D. CAPOZZOLA, ESQ.
22                     Kirkland & Ellis LLP
                       777 South Figueroa Street
23                     Los Angeles, CA  90017

24                                   Attorneys for Defendant
                                     Post Confirmation trust
25                                   for Fleming companies, Inc.

2

```
1   APPEARANCES (Continued):

2

3

4                    LYLE S. HOSODA, ESQ.
                     RAINA P.B. MEAD, ESQ.
5                    Lyle S. Hosoda & Associates, LLC
                     345 Queen Street, Suite 804
6                    Honolulu, Hawaii  96813

7                              Attorneys for Defendants
                               Mark Dillon, Teresa Noa,
8                              Melvin Ponce, Sonia Purdy,
                               Justin Fukumoto, Alfredda
9                              Waiolama and Jacqueline Rio

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

88

```
 1              THE CLERK:  Thank you.

 2              Please be seated.

 3              Please state your name and spell your first and last

 4   name.

 5              THE WITNESS:  Brian Christensen.  B-R-I-A-N,

 6   C-H-R-I-S-T-E-N-S-E-N.

 7                        BRIAN CHRISTENSEN,

 8   called as a witness on behalf of the Plaintiff, having been

 9   produced and duly sworn, was examined and testified as

10   follows:

11                     DIRECT EXAMINATION

12   BY MR. HOGAN:

13   Q.    Good morning, Mr. Christensen.

14              What is your job presently?

15   A.    I am the president of C&S Wholesale, the Hawaii division.

16   Q.    And what was your job in -- let's say April 1st 2003?

17   A.    I was the president of Fleming Companies Hawaii division.

18   Q.    And so would it be fair to say that you were the boss of

19   the people that are the employee defendants here?

20   A.    Yes.

21   Q.    Okay.

22              And, Mr. Christensen, what was your understanding --

23   was it your understanding that it was Fleming's intention as

24   of April 1st, 2003 to go back to the Berry system as it was

25   originally configured by Mr. Berry?
```

1   A.   Yes, it was.

2   Q.   Okay.

3        And, Mr. Christensen, you were at one time a

4   defendant in this case; is that correct?

5   A.   Yes.

6   Q.   Was it your understanding that Fleming had agreed to

7   indemnify you regarding Mr. Berry's claims?

8        MR. BAUMANN:  Objection --

9        MR. HOSODA:  Your Honor, objection.  Request for

10  side bar.

11       THE COURT:  Well, I don't think it's relevant, so

12  I'll sustain the objection on relevance grounds.

13  BY MR. HOGAN:

14  Q.   Mr. Christensen, during the period after Fleming filed

15  for bankruptcy on April 1st, 2003, did it close down any

16  divisions, to the best of your knowledge?

17  A.   I believe it did, but I'm not sure if it was on April

18  1st.

19  Q.   And I --

20  A.   Sometime after that.

21  Q.   And that wasn't what I was trying to imply.  But during

22  the period after April 1st, were there divisions being closed

23  down?

24  A.   I believe so.

25  Q.   And was it your understanding that the product from those

1    divisions was being moved to other divisions during that time?

2    A.    Possibly.

3    Q.    All right.

4          Do you have any understanding of whether Fleming

5    received any of the product from the other divisions during

6    the period after April 1st, 2003?

7          MR. BAUMANN:   Objection, Your Honor.   That question

8    makes no sense.   I thought we were talking about Fleming.

9          MR. HOGAN:   I'm sorry.

10   BY MR. HOGAN:

11   Q.    Did Fleming Hawaii receive product from the divisions

12   that were closing down after that period of time?

13   A.    Possibly, yes.

14   Q.    Okay.

15         Do you have any basis for believing that the

16   freight -- that it would be handled by Mr. Berry's system

17   during that time?   Or that it wouldn't be handled by his

18   system during that time, as it was supposed to originally have

19   been configured?

20   A.    Could you rephrase that?

21   Q.    Okay, I'll rephrase it.

22         Do you have any basis for believing that this

23   freight -- or this merchandise that was being received by

24   Fleming Hawaii was not handled by Fleming Hawaii logistics

25   department using Mr. Berry's database?

1   A.   No.

2   Q.   Okay.

3        Did you ever have any belief or understanding that

4   any of the employees were using Mr. Berry's database for their

5   own purposes?  Personally, rather than as part of their job?

6   A.   Do I believe they were using it personally?

7   Q.   That's correct.

8   A.   No.

9   Q.   So is it fair to say that all their use was for Fleming's

10  business purposes?

11  A.   As far as I know, yes.

12  Q.   And, isn't it true, sir, that as the head of the

13  division, you could have just told them to stop using it as of

14  April 1st?

15  A.   Yes.

16  Q.   And did you ever tell them to stop using it as of April

17  1st?

18  A.   No.

19       MR. HOGAN:  No further questions, Your Honor.

20       THE COURT:  Okay.

21       MR. BAUMANN:  Your Honor, we're going to recall

22  Mr. Christensen in our case, so we are not going to examine

23  him now.

24       THE COURT:  So no examination now?

25       MR. HOSODA:  That's correct, Your Honor.