**EXHIBIT "A"**

**2A**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, ) | CIVIL NO. CV01-00446 |
| ) | SPK LEK |
| Plaintiff, ) | (Copyright) |
| ) | |
| vs. ) | |
| ) | |
| FLEMING COMPANIES, INC., ) | |
| aka FLEMING FOODS, INC., ) | |
| aka FLEMING, DOE ) | |
| INDIVIDUALS 1-50 AND DOE ) | |
| PARTNERSHIPS, ) | |
| CORPORATIONS AND OTHER ) | |
| ENTITIES 1-20 S 1-50, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

DEPOSITION OF MARK DILLON

Taken on behalf of the Plaintiff pursuant to Notice, on Monday, March 25, 2002, commencing at 9:00 a.m., at the Law Offices of Lynch Ichida Thompson Kim & Hirota, 1132 Bishop Street, Suite 1405, Honolulu, Hawaii 96813.

JAN FLOATE & ASSOCIATES
(808) 263-1149

Exhibit A

```
 1    APPEARANCES:

 2
          For Plaintiff Wayne Berry:
 3
              TIMOTHY J. HOGAN, ESQ.
 4            Lynch Ichida Thompson Kim & Hirota
              1132 Bishop Street, Suite 1405
 5            Honolulu, Hawaii  96813
              (808) 528-0100
 6

 7        For Defendant Fleming Companies, Inc., aka
              Fleming Foods, Inc., aka Fleming:
 8
              LEX R. SMITH, ESQ.
 9            Kobayashi Sugita & Goda
              First Hawaiian Center
10            999 Bishop Street, Suite 2600
              Honolulu, Hawaii  96813
11            (808) 539-8700

12
          For Defendant Hawaiian Express Service,
13            Inc.:

14            ROY J. TJIOE, ESQ.
              Goodsill Anderson Quinn & Stifel
15            Alii Place, Suite 1800
              1099 Alakea Street
16            Honolulu, Hawaii  96813
              (808) 547-5600
17

18    Also Present:  Wayne Berry

19

20    REPORTED BY:   Laura Savo, CSR No. 347
                     Notary Public, State of Hawaii
21

22
                        -oOo-
23

24

25
```

```
 1        A    Twice.
 2        Q    Okay.  When was the first time?
 3        A    Friday.
 4        Q    Friday.  I presume you've spoken to him
 5   on the phone or had other contacts with him?
 6        A    Yes.
 7        Q    We don't want to know what you were
 8   talking about.  So you met with him Friday?
 9        A    Yes.
10        Q    When was the other time?
11        A    Just this morning.
12        Q    How long did you meet with him on
13   Friday?
14        A    Forty-five minutes, something like
15   that.
16        Q    Was anyone else in the room with you?
17        A    No.
18        Q    Did you discuss your testimony with
19   Ralph Stussi?  That's S-t-u-s-s-i.
20        A    No.
21        Q    When was the last time you spoke with
22   Mr. Stussi?
23        A    I saw him Friday, actually.
24        Q    You saw him Friday?
25        A    Yeah.
```

```
 1        Q     Is Mr. Stussi still employed at Fleming
 2   Kapolei?
 3        A     I'm not sure.
 4        Q     Why do you say that?
 5        MR. SMITH:  Well, I'll just tell you.
 6   The answer's no.
 7   BY MR. HOGAN:
 8        Q     All right.  Who's the boss out there?
 9        A     The boss would be Brian Christensen.
10        Q     Do you have any information regarding
11   why Mr. Stussi's no longer in Kapolei?
12        A     No, I don't.
13        Q     Have you heard any speculation from any
14   employees --
15        A     No, I haven't.
16        Q     -- at Fleming?
17              Did you discuss that with Theresa Noa?
18        A     No, I did not.
19        Q     Anyone else at Fleming?
20        A     No, I did not.
21        Q     Do you know Brian Christensen?
22        A     Not very well.
23        Q     Is he related, to your knowledge, to
24   Steve Christensen?
25        A     They're not related.
```