# EXHIBIT B

```
 1            IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3   _____
                                 )
 4   WAYNE BERRY,                )
                                 )
 5             Plaintiff,        )  CIVIL NO. 01-00446SPK-LEK
                                 )
 6        vs.                    )
                                 )
 7   FLEMING COMPANIES, INC.,    )
     aka FLEMING FOODS, INC.,    )
 8   aka FLEMING, DOE            )
     INDIVIDUALS 1-50 and        )
 9   DOE PARTNERSHIPS,           )
     CORPORATIONS and OTHER      )
10   ENTITIES 1-20,              )
                                 )
11             Defendants.       )
     _____)
12

13                  TRANSCRIPT OF PROCEEDINGS

14

15            The above-entitled matter came on for Further

16   Jury Trial commencing at 9:20 a.m. on Friday, February

17   28, 2003, Honolulu, Hawaii,

18

19   BEFORE:  HONORABLE SAMUEL P. KING

20           United States District Judge

21           District of Hawaii

22

23

24   REPORTED BY:  LISA J. GROULX, COURT REPORTER

25                Notary Public, State of Hawaii
```

```
 1
 2                    A P P E A R A N C E S
 3
 4
 5
 6   FOR PLAINTIFF:   TIMOTHY J. HOGAN, ESQ.
 7                    WESLEY W. ICHIDA, ESQ.
 8                    LYNCH ICHIDA THOMPSON KIM & HIROTA
 9                    1132 Bishop Street, Suite 1405
10                    Honolulu, Hawaii  96813
11                    (808) 528-0100
12
13
14   FOR DEFENDANTS:  LEX R. SMITH, ESQ.
15                    ANN TERANISHI, ESQ.
16                    Kobayashi, Sugita & Goda
17                    First Hawaiian Center
18                    999 Bishop Street, Suite 2600
19                    Honolulu, Hawaii  96813
20                    (808) 539-8700
21
22
23
24   ALSO PRESENT:    Ralph Stussi
25
```

```
 1                THE COURT:  You're through for this
 2   morning.
 3                THE WITNESS:  Okay.  Yes.
 4         (Witness excused.)
 5                THE COURT:  Okay.  Recess.
 6         (Recess taken 11:20 - 11:35 a.m.)
 7                THE COURT:  Note the presence of the
 8   jury.
 9           Please be seated.  Swear the witness.
10                       RALPH STUSSI
11   was called as a witness by the plaintiff, after having
12   been sworn to tell the truth, the whole truth and
13   nothing but the truth, was examined and testified as
14   follows:
15                THE CLERK:  Please be seated.  State
16   your name for the record and spell your last name,
17   please.
18                THE WITNESS:  Ralph Stussi, S-t-u-s-s-i.
19                    DIRECT EXAMINATION
20   BY MR. HOGAN:
21      Q.   Good morning, Mr. Stussi.  I guess it's still
22   morning.
23           Would you state where are you presently
24   employed, sir?
25      A.   For Fleming Companies, Inc.
```

85

1    Q.   And you are not presently the Hawaii division
2 president, are you, sir?
3    A.   No, sir.
4    Q.   And were you ever the Hawaii division
5 president?
6    A.   Yes, I was.
7    Q.   When did you cease being the Hawaii division
8 president?
9    A.   April of 2002.
10   Q.   And where do you presently work, sir?
11   A.   I'm at the Garland, Texas division as the
12 division president.
13   Q.   Now are you a certified public accountant,
14 sir?
15   A.   Yes, I am.
16   Q.   And in that job you review a lot of paper in
17 your work as a certified public accountant?
18           THE COURT:  Do you want to treat him as
19 an adverse witness?
20           MR. HOGAN:  Yes, Your Honor, if I may.
21           THE COURT:  Do you have any objection?
22           MR. SMITH:  No objection.
23           THE COURT:  I mean you're going to do it
24 anyway, so might as well have the record show it, even
25 though he may not be adverse.  You may do so.

(808) 225-5701

```
 1                         CERTIFICATE

 2   STATE OF HAWAII         )
                             ) SS.
 3   COUNTY OF HONOLULU      )

 4

 5            I, Lisa J. Groulx, Court Reporter, District

 6   of Hawaii, Honolulu, Hawaii, and Notary Public, State

 7   of Hawaii, do hereby certify that the foregoing is a

 8   true and correct transcript of the proceedings in this

 9   Jury Trial, WAYNE BERRY vs. FLEMING COMPANIES, INC.,

10   ET AL., at Honolulu, Hawaii, taken on Friday, February

11   28, 2003, before the Honorable SAMUEL P. KING, United

12   States District Judge.

13

14

15

16   March 1, 2003          _____

17                          LISA J. GROULX, COURT REPORTER

18                          Notary Public - State of Hawaii

19                          My Commission Expires on: 5/15/06

20

21

22

23

24

25
```