IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen,<br><br>        Plaintiff,<br><br>    v.<br><br>HAWAIIAN EXPRESS SERVICE,<br>INC., et al.<br><br>        Defendants. | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

       I hereby certify that, on May 18, 2006 and by the method of service noted below, a true and correct copy of *DEFENDANTS BRIAN CHRISTENSEN, MARK DILLON, TERESA NOA, MELVIN PONCE, ALFREDDA WAIOLAMA, JACQUELINE RIO, JUSTIN FUKUMOTO, and SONIA PURDY'S OPPOSITION TO PLAINTIFF WAYNE BERRY'S AMENDMENT TO MOTION FOR NEW TRIAL FILED ON 3/21/06 OR IN THE ALTERNATIVE MOTION FOR RECONSIDERATION AND RULE 60(B) RELIEF* was served on the following parties at their last known addresses:

Served electronically through CM/ECF:

| | |
|---|---|
| Andrew V. Beaman | abeaman@chunkerr.com |
| Leroy E. Colombe | lcolombe@chunkerr.com |
| | |
| Damian Capozzola | dcappozola@kirland.com |
| R. Olivia Samad | osamad@kirkland.com |

| | |
|---|---|
| Margery Bronster | mbronster@bchlaw.net |
| | audrey@bchlaw.net |
| Rex Y. Fujichaku | rfujichaku@bchlaw.net, |
| | jennifer@bchlaw.net |
| Timothy J. Hogan | tjh@loio.com |
| Lex R. Smith | lrs@ksglaw.com |
| Thomas H.Y.P. Yee | thy@ksglaw.com, |
| | bls@ksglaw.com |
| Wesley H.H. Ching | whc@fmhc-law.com, eol@fmch-law.com |
| | dd@fmch-law.com |

DATED:   Honolulu, Hawaii, May 18, 2006.

　　　　　　　　 /s/ Lyle S. Hosoda
　　　　　　　　LYLE S. HOSODA
　　　　　　　　RAINA P.B. MEAD

　　　　　　　　Attorneys for Defendants
　　　　　　　　BRIAN CHRISTENSEN, MARK DILLON,
　　　　　　　　TERESA NOA, MELVIN PONCE, SONIA
　　　　　　　　PURDY, JUSTIN FUKUMOTO, ALFREDDA
　　　　　　　　WAIOLAMA, and JACQUELINE RIO