# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/18/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00385SOM-LEK |
| CASE NAME: | Wayne Berry, a Hawaii citizen vs. Hawaiian Express Service, Inc., a California corporation, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 5/18/2006 | TIME: | |

COURT ACTION:  EO: Plaintiff Wayne Berry's Ex Parte Motion for Order Shortening Time for Hearing on Plaintiff Wayne Berry's Motion for Recusal filed 5/10/06 is deemed Moot and terminated.

Plaintiff Wayne Berry's Motion for Recusal filed 5/10/06 will be considered by Magistrate Judge Leslie E. Kobayashi as a Non-Hearing Motion.

Memorandum in Opposition is due **5/24/06.**
Reply Memorandum is due **6/7/06.**

Plaintiff Wayne Berry's Motion for Recusal will be taken under Advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager