**EXHIBIT "A"**

**2.A**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

WAYNE BERRY,                          ) CIVIL NO. CV01-00446
                                      )         SPK LEK
          Plaintiff,                  ) (Copyright)
                                      )
     vs.                              )
                                      )
FLEMING COMPANIES, INC.,              )
aka FLEMING FOODS, INC.,              )
aka FLEMING, DOE                      )
INDIVIDUALS 1-50 AND DOE              )
PARTNERSHIPS,                         )
CORPORATIONS AND OTHER                )
ENTITIES 1-20 S 1-50,                 )
                                      )
          Defendants.                 )
_____)

DEPOSITION OF MARK DILLON

Taken on behalf of the Plaintiff pursuant to

Notice, on Monday, March 25, 2002, commencing at

9:00 a.m., at the Law Offices of Lynch Ichida

Thompson Kim & Hirota, 1132 Bishop Street, Suite

1405, Honolulu, Hawaii 96813.

2

APPEARANCES:


        For Plaintiff Wayne Berry:

                TIMOTHY J. HOGAN, ESQ.
                Lynch Ichida Thompson Kim & Hirota
                1132 Bishop Street, Suite 1405
                Honolulu, Hawaii  96813
                (808) 528-0100


        For Defendant Fleming Companies, Inc., aka
                Fleming Foods, Inc., aka Fleming:

                LEX R. SMITH, ESQ.
                Kobayashi Sugita & Goda
                First Hawaiian Center
                999 Bishop Street, Suite 2600
                Honolulu, Hawaii  96813
                (808) 539-8700


        For Defendant Hawaiian Express Service,
                Inc.:

                ROY J. TJIOE, ESQ.
                Goodsill Anderson Quinn & Stifel
                Alii Place, Suite 1800
                1099 Alakea Street
                Honolulu, Hawaii  96813
                (808) 547-5600


Also Present:  Wayne Berry


REPORTED BY:    Laura Savo, CSR No. 347
                Notary Public, State of Hawaii


                        -o0o-

1    finally, I realized the problem was between the

2    local service provider and the -- I'm sorry --

3    the local telephone company and the Internet

4    access provider; that they were different, two

5    different companies, and they weren't

6    communicating.  And as a result, the circuit

7    never got up and functioning.

8         Q    Did you ever, actually, physically look

9    at the computer system they had in La Mirada?

10        A    Yeah, only Roger Perez's system.  That

11   was the one -- That was the computer that would

12   be using the Internet access.

13        Q    Okay.  What do you understand regarding

14   Hawaiian Express Service, HEX, and its

15   communications or contacting, through computer

16   systems, Fleming in Kapolei?  What, if anything,

17   can they do through their system, to your

18   knowledge, to contact Fleming in Kapolei?

19        A    Well, they can dial -- Once connected

20   to the Internet, they can start PCAnywhere and

21   access one of two machines on the Logistics

22   Network in Kapolei to update the database with

23   data about case cube and weight received and

24   about appointments made with vendors for delivery

25   of product.