**EXHIBIT "B"**

```
                                                                  1

   1               IN THE UNITED STATES DISTRICT COURT

   2                   FOR THE DISTRICT OF HAWAII

   3   _____
                                     )
   4   WAYNE BERRY,                  )
                                     )
   5              Plaintiff,         )  CIVIL NO. 01-00446SPK-LEK
                                     )
   6        vs.                      )
                                     )
   7   FLEMING COMPANIES, INC.,      )
       aka FLEMING FOODS, INC.,      )
   8   aka FLEMING, DOE              )
       INDIVIDUALS 1-50 and          )
   9   DOE PARTNERSHIPS,             )
       CORPORATIONS and OTHER        )
  10   ENTITIES 1-20,                )
                                     )
  11              Defendants.        )
       _____)
  12

  13              TRANSCRIPT OF PROCEEDINGS

  14

  15        The above-entitled matter came on for Further

  16   Jury Trial commencing at 9:20 a.m. on Friday, February

  17   28, 2003, Honolulu, Hawaii,

  18

  19   BEFORE:  HONORABLE SAMUEL P. KING

  20           United States District Judge

  21           District of Hawaii

  22

  23

  24   REPORTED BY:  LISA J. GROULX, COURT REPORTER

  25                 Notary Public, State of Hawaii
```

Exhibit B

2

```
 1
 2                    A P P E A R A N C E S
 3
 4
 5
 6   FOR PLAINTIFF:    TIMOTHY J. HOGAN, ESQ.
 7                     WESLEY W. ICHIDA, ESQ.
 8                     LYNCH ICHIDA THOMPSON KIM & HIROTA
 9                     1132 Bishop Street, Suite 1405
10                     Honolulu, Hawaii  96813
11                     (808) 528-0100
12
13
14   FOR DEFENDANTS:   LEX R. SMITH, ESQ.
15                     ANN TERANISHI, ESQ.
16                     Kobayashi, Sugita & Goda
17                     First Hawaiian Center
18                     999 Bishop Street, Suite 2600
19                     Honolulu, Hawaii  96813
20                     (808) 539-8700
21
22
23
24   ALSO PRESENT:  Ralph Stussi
25
```

84

```
 1              THE COURT:  You're through for this
 2   morning.
 3              THE WITNESS:  Okay.  Yes.
 4         (Witness excused.)
 5              THE COURT:  Okay.  Recess.
 6         (Recess taken 11:20 - 11:35 a.m.)
 7              THE COURT:  Note the presence of the
 8   jury.
 9         Please be seated.  Swear the witness.
10                    RALPH STUSSI
11   was called as a witness by the plaintiff, after having
12   been sworn to tell the truth, the whole truth and
13   nothing but the truth, was examined and testified as
14   follows:
15              THE CLERK:  Please be seated.  State
16   your name for the record and spell your last name,
17   please.
18              THE WITNESS:  Ralph Stussi, S-t-u-s-s-i.
19                 DIRECT EXAMINATION
20   BY MR. HOGAN:
21      Q.  Good morning, Mr. Stussi.  I guess it's still
22   morning.
23          Would you state where are you presently
24   employed, sir?
25      A.  For Fleming Companies, Inc.
```

```
 1      Q.    And you are not presently the Hawaii division
 2   president, are you, sir?
 3      A.    No, sir.
 4      Q.    And were you ever the Hawaii division
 5   president?
 6      A.    Yes, I was.
 7      Q.    When did you cease being the Hawaii division
 8   president?
 9      A.    April of 2002.
10      Q.    And where do you presently work, sir?
11      A.    I'm at the Garland, Texas division as the
12   division president.
13      Q.    Now are you a certified public accountant,
14   sir?
15      A.    Yes, I am.
16      Q.    And in that job you review a lot of paper in
17   your work as a certified public accountant?
18            THE COURT:  Do you want to treat him as
19   an adverse witness?
20            MR. HOGAN:  Yes, Your Honor, if I may.
21            THE COURT:  Do you have any objection?
22            MR. SMITH:  No objection.
23            THE COURT:  I mean you're going to do it
24   anyway, so might as well have the record show it, even
25   though he may not be adverse.  You may do so.
```