EXHIBIT "D"

```
                                                                    1

 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF HAWAII

 3

 4   WAYNE BERRY, a Hawaii Citizen,  ) CIVIL NO. 03-00385SOM
                                     )
 5                Plaintiff,         )
                                     )
 6        vs.                        )
                                     )
 7   HAWAII EXPRESS SERVICE, INC.,   ) - VOLUME 3 -
     et al.,                         )
 8                                   )
                  Defendants.        )
 9   _____)

10

11                  TRANSCRIPT OF PROCEEDINGS

12        The above-entitled matter came on for hearing on

13   Wednesday, March 1, 2006, at 9:04 a.m., at Honolulu, Hawaii,

14   BEFORE:          THE HONORABLE SUSAN OKI MOLLWAY
                      United States District Judge
15
     REPORTED BY:     STEPHEN B. PLATT, RMR, CRR
16                    Official U.S. District Court Reporter

17   APPEARANCES:     TIMOTHY J. HOGAN, ESQ.
                      WESLEY W. ICHIDA, ESQ.
18                    Lynch Ichida Thompson Kim & Hirota
                      1032 Bishop Street, Suite 1405
19                    Honolulu, Hawaii  96813

20                              Attorneys for the Plaintiffs

21                    MICHAEL E. BAUMANN, ESQ.
                      DAMIAN D. CAPOZZOLA, ESQ.
22                    Kirkland & Ellis LLP
                      777 South Figueroa Street
23                    Los Angeles, CA  90017

24                              Attorneys for Defendant
                                Post Confirmation trust
25                              for Fleming companies, Inc.
```

EXHIBIT D

```
 1    APPEARANCES (Continued):

 2

 3

 4                    LYLE S. HOSODA, ESQ.
                      RAINA P.B. MEAD, ESQ.
 5                    Lyle S. Hosoda & Associates, LLC
                      345 Queen Street, Suite 804
 6                    Honolulu, Hawaii  96813

 7                              Attorneys for Defendants
                                Mark Dillon, Teresa Noa,
 8                              Melvin Ponce, Sonia Purdy,
                                Justin Fukumoto, Alfredda
 9                              Waiolama and Jacqueline Rio

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              THE CLERK:  Thank you.
 2              Please be seated.
 3              Please state your name and spell your first and last
 4   name.
 5              THE WITNESS:  Brian Christensen.  B-R-I-A-N,
 6   C-H-R-I-S-T-E-N-S-E-N.
 7                       BRIAN CHRISTENSEN,
 8   called as a witness on behalf of the Plaintiff, having been
 9   produced and duly sworn, was examined and testified as
10   follows:
11                       DIRECT EXAMINATION
12   BY MR. HOGAN:
13   Q.   Good morning, Mr. Christensen.
14              What is your job presently?
15   A.   I am the president of C&S Wholesale, the Hawaii division.
16   Q.   And what was your job in -- let's say April 1st 2003?
17   A.   I was the president of Fleming Companies Hawaii division.
18   Q.   And so would it be fair to say that you were the boss of
19   the people that are the employee defendants here?
20   A.   Yes.
21   Q.   Okay.
22              And, Mr. Christensen, what was your understanding --
23   was it your understanding that it was Fleming's intention as
24   of April 1st, 2003 to go back to the Berry system as it was
25   originally configured by Mr. Berry?
```

1   A.   No.

2   Q.   Okay.

3        Did you ever have any belief or understanding that

4   any of the employees were using Mr. Berry's database for their

5   own purposes?  Personally, rather than as part of their job?

6   A.   Do I believe they were using it personally?

7   Q.   That's correct.

8   A.   No.

9   Q.   So is it fair to say that all their use was for Fleming's

10  business purposes?

11  A.   As far as I know, yes.

12  Q.   And, isn't it true, sir, that as the head of the

13  division, you could have just told them to stop using it as of

14  April 1st?

15  A.   Yes.

16  Q.   And did you ever tell them to stop using it as of April

17  1st?

18  A.   No.

19        MR. HOGAN:  No further questions, Your Honor.

20        THE COURT:  Okay.

21        MR. BAUMANN:  Your Honor, we're going to recall

22  Mr. Christensen in our case, so we are not going to examine

23  him now.

24        THE COURT:  So no examination now?

25        MR. HOSODA:  That's correct, Your Honor.