**EXHIBIT "E"**

```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF HAWAII

 3

 4   WAYNE BERRY, a Hawaii Citizen,  ) CIVIL NO. 03-00385SOM
                                     )
 5                  Plaintiff,       )
                                     )
 6        vs.                        )
                                     )
 7   HAWAII EXPRESS SERVICE, INC.,   ) - VOLUME 3 -
     et al.,                         )
 8                                   )
                    Defendants.      )
 9   _____)

10

11                  TRANSCRIPT OF PROCEEDINGS

12        The above-entitled matter came on for hearing on

13   Wednesday, March 1, 2006, at 9:04 a.m., at Honolulu, Hawaii,

14   BEFORE:         THE HONORABLE SUSAN OKI MOLLWAY
                     United States District Judge
15
     REPORTED BY:    STEPHEN B. PLATT, RMR, CRR
16                   Official U.S. District Court Reporter

17   APPEARANCES:    TIMOTHY J. HOGAN, ESQ.
                     WESLEY W. ICHIDA, ESQ.
18                   Lynch Ichida Thompson Kim & Hirota
                     1032 Bishop Street, Suite 1405
19                   Honolulu, Hawaii  96813

20                              Attorneys for the Plaintiffs

21                   MICHAEL E. BAUMANN, ESQ.
                     DAMIAN D. CAPOZZOLA, ESQ.
22                   Kirkland & Ellis LLP
                     777 South Figueroa Street
23                   Los Angeles, CA  90017

24                              Attorneys for Defendant
                                Post Confirmation trust
25                              for Fleming companies, Inc.
```

EXHIBIT E

                                                                         2

1    APPEARANCES (Continued):

2

3

4                    LYLE S. HOSODA, ESQ.
                     RAINA P.B. MEAD, ESQ.
5                    Lyle S. Hosoda & Associates, LLC
                     345 Queen Street, Suite 804
6                    Honolulu, Hawaii  96813

7                                   Attorneys for Defendants
                                    Mark Dillon, Teresa Noa,
8                                   Melvin Ponce, Sonia Purdy,
                                    Justin Fukumoto, Alfredda
9                                   Waiolama and Jacqueline Rio

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              THE CLERK:  Thank you.
 2              Please be seated.
 3              Please state your name and spell your first and last
 4   name.
 5              THE WITNESS:  Brian Christensen.  B-R-I-A-N,
 6   C-H-R-I-S-T-E-N-S-E-N.
 7                        BRIAN CHRISTENSEN,
 8   called as a witness on behalf of the Plaintiff, having been
 9   produced and duly sworn, was examined and testified as
10   follows:
11                        DIRECT EXAMINATION
12   BY MR. HOGAN:
13   Q.   Good morning, Mr. Christensen.
14              What is your job presently?
15   A.   I am the president of C&S Wholesale, the Hawaii division.
16   Q.   And what was your job in -- let's say April 1st 2003?
17   A.   I was the president of Fleming Companies Hawaii division.
18   Q.   And so would it be fair to say that you were the boss of
19   the people that are the employee defendants here?
20   A.   Yes.
21   Q.   Okay.
22              And, Mr. Christensen, what was your understanding --
23   was it your understanding that it was Fleming's intention as
24   of April 1st, 2003 to go back to the Berry system as it was
25   originally configured by Mr. Berry?
```

1  A.  Yes, it was.

2  Q.  Okay.

3      And, Mr. Christensen, you were at one time a

4  defendant in this case; is that correct?

5  A.  Yes.

6  Q.  Was it your understanding that Fleming had agreed to

7  indemnify you regarding Mr. Berry's claims?

8      MR. BAUMANN:  Objection --

9      MR. HOSODA:  Your Honor, objection.  Request for

10 side bar.

11     THE COURT:  Well, I don't think it's relevant, so

12 I'll sustain the objection on relevance grounds.

13 BY MR. HOGAN:

14 Q.  Mr. Christensen, during the period after Fleming filed

15 for bankruptcy on April 1st, 2003, did it close down any

16 divisions, to the best of your knowledge?

17 A.  I believe it did, but I'm not sure if it was on April

18 1st.

19 Q.  And I --

20 A.  Sometime after that.

21 Q.  And that wasn't what I was trying to imply.  But during

22 the period after April 1st, were there divisions being closed

23 down?

24 A.  I believe so.

25 Q.  And was it your understanding that the product from those