**EXHIBIT "G"**

CIVIL NO. 03-00385 SOM-LEK

DEFENDANT'S EXHIBIT __201__

IN EVIDENCE - FOR IDENTIFICATION

REC'D _____, 2006

_____
CLERK

EXHIBIT G





PCT-B-000377







PCT-B 000378



PCT-B 000379



2004 13-PERIOD CALENDAR