**EXHIBIT "H"**

```
CYCLE:    BWITOTUNIT           HAWAII                                      DATE: 09/18/03
STRUCTURE: 04                  INCOME STATEMENT SUMMARY          057       TIME: 10:46:13
RPT ENTITY: 00047              PERIOD 09    2003                           PAGE:  1
CONTENT:   Y05      FORMAT: F11
LOCATION:  HAWAII
                                      % TO              % TO   VAR TO        %          LAST   % TO    VAR TO-         %
                              ACTUAL  SALES  PRIOR YEAR SALES  PRIOR YEAR   VAR         PD ACTL SALES  LST PD ACTL    VAR

NET HOUSE SALES             9,000,306 93.71                    9,000,306                18,475,939 93.59  9,475,633-  51.3-
ACROSS DOCK TRANSFERS                                                                      152,932    .77   152,932- 100.0-
DROP SHIP SALES                                                                            123,932   .63-   123,932  100.0
FEES                          430,114  4.48                      430,114                   854,439  4.33    424,325- 49.7-
OUTBOUND TRUCK REVENUES        77,347   .81                       77,347                   150,657   .76     73,310- 48.7-
PRODUCT HANDLING CHG-FF         8,819   .09                        8,819                    13,209   .07      4,390- 33.2-
PRODUCT STORAGE CHG-FF         36,501   .38                       36,501                    46,706   .24     10,205- 21.8-
FLEX STAR VARIANCE             14,558   .15                       14,558                    31,984   .16     17,426- 54.5-
REBATES                        14,175-  .15-                      14,175-                   28,597-  .14-    14,422  50.4

NET OPERATING SALES         9,553,470 99.47                    9,553,470                19,573,337 99.15 10,019,867- 51.2-
OTHER TRANSP REVENUE           50,927   .53                       50,927                   167,115   .85    116,188- 69.5-
VENDOR ADMIN CHARGE                                                                            210                 210- 100.0-

NET SALES                   9,604,397 100.00                   9,604,397                19,740,670 100.00 10,136,273- 51.3-

PRODUCT MARGIN                135,230  1.41                      135,230                   312,250  1.58    177,020- 56.7-
OTHER MARGIN                  604,091  6.29                      604,091                 1,235,731  6.26    631,640- 51.1-

ADJUSTMENTS/ALLOWANCES         15,587-  .16-                      15,587-                   16,601-  .08-     1,014   6.1
SPOILAGE, NET                  23,248-  .24-                      23,248-                   25,690-  .13-     2,442   9.5
CASH DISCOUNT, NET             33,241   .35                       33,241                   202,637  1.03    169,396- 83.6-
MERCH PROMO,NET                                                                             12,050   .06     12,050- 100.0-
MARKET CHANGE/EQUALIZATI        2,379-  .02-                       2,379-                   77,823   .39     80,202- 103.1-
INVENTORY ADJ/WRITEDOWN                                                                     41,409   .21     41,409- 100.0-
FRADS, NET                     26,734-  .28-                      26,734-                   52,095-  .26-    25,361  48.7
DAMAGE RECLAIM CENTER                                                                          342                 342- 100.0-
OTHER MARGINS                   5,138   .05                        5,138                    11,835   .06      6,697- 56.6-

FSC GENERATED REVENUE          29,569-  .31-                      29,569-                  251,710  1.28    281,279- 111.7-
CSC GENERATED REVENUE                                                                       59,119   .30     59,119- 100.0-

GROSS MARGIN.ALL OPS          709,752  7.39                      709,752                 1,859,810  9.42  1,149,058- 61.8-

CUST SERV PRODUCT PROC                                                                     136,563   .69    136,563  100.0
WAREHOUSE EXPENSE               2,404-  .03-                       2,404-                  388,613- 1.97-   386,209- 99.4
NET TRANSPORTATION            125,819  1.31                      125,819                   196,767  1.00    322,586- 163.2
ADD BACK TRANS REV            128,274- 1.34-                     128,274-                  317,772- 1.61-   189,498  59.6
BUILDING EXPENSE                                                                           429,361- 2.18-   429,361  100.0

GROSS MARGIN                  704,893  7.34                      704,893                   389,734  1.97    315,159  80.9

GEN ADMIN EXPENSE                                                                           42,384   .21     42,384- 100.0-
IT EXPENSE                                                                                   8,372   .04      8,372- 100.0
SELLING EXPENSE                 5,046   .05                        5,046                    66,889   .34     71,935  107.5
CREDIT LOSSES                                                                               15,000   .08-    15,000  100.0
OTHER EXPENSE                                                                                  576                 576- 100.0

SG&A                            5,046   .05                        5,046                    48,453   .25     53,499  110.4

OPERATING EARNINGS            709,939  7.39                      709,939                   341,281  1.73    368,658  108.0

INTEREST INCOME+FS DIV                                                                      16,834   .09     16,834- 100.0-
WORKING CAP CHARGE                                                                         327,959  1.66    327,959- 100.0
OVERHEAD BURDEN CHG                                                                        162,500   .82    162,500- 100.0

EARNINGS BEF TAXES            709,939  7.39                      709,939                   132,352   .67    842,291  636.4

EARNINGS AFT TAXES            709,939  7.39                      709,939                   132,352-  .67-   842,291  636.4

OH BURDEN TO BE BOOKED:       197,406
```

CONFIDENTIAL FOR EXPERTS ONLY
Not to be disclosed to any party or counsel
Pursuant to April 12, 2005 Orders from
C. Matsui
Berry v. HEX, et al.
D. HI.Civ. 03 00385 SOM LEK

PCT-B 000005

EXHIBIT H

```
CYCLE:     MOSTOTUNIT                HAWAII                                              857              DATE: 08/12/03
STRUCTURE: 04                        INCOME STATEMENT SUMMARY                                             TIME: 23:03:29
RPT ENTITY: 00043                    PERIOD 08   , 2003                                                   PAGE: 1
CONTENT:   VOS        FORMAT: P12
LOCATION:  HAWAII
                                                % TO                % TO        VAR TO        %           OPS      % TO      VAR TO       %
                          ACTUAL      SALES     PRIOR YEAR SALES    PRIOR YEAR  VAR           PLAN     SALES     PLAN        VAR
```

| | ACTUAL | % TO SALES | PRIOR YEAR | % TO SALES | VAR TO PRIOR YEAR | % VAR | OPS PLAN | % TO SALES | VAR TO PLAN | % VAR |
|---|---|---|---|---|---|---|---|---|---|---|
| NET HOUSE SALES | 18,475,939 | 93.59 | 23,542,542 | 92.56 | 5,066,603- | 21.5- | 24,644,937 | 92.73 | 6,168,998- | 25.0- |
| ACROSS DOCK TRANSFERS | 152,932 | .77 | 125,532 | .49 | 27,400 | 21.8 | 132,461 | .50 | 20,471 | 15.5 |
| DROP SHIP SALES | 123,932- | .63- | 270,885 | 1.07 | 394,817- | 145.8- | 277,984 | 1.05 | 401,916- | 144.6- |
| FEES | 854,439 | 4.33 | 1,136,908 | 4.47 | 282,469- | 24.8- | 1,127,314 | 4.24 | 272,875- | 24.2- |
| OUTBOUND TRUCK REVENUES | 150,657 | .76 | 162,926 | .64 | 12,269- | 7.5- | 178,205 | .67 | 27,548- | 15.5- |
| PRODUCT HANDLING CHG-FF | 13,209 | .07 | 13,500 | .05 | 291- | 2.2- | 98,953 | .37 | 85,744- | 86.7- |
| PRODUCT STORAGE CHG-FF | 46,706 | .24 | 75,844 | .30 | 29,138- | 38.4- | | | 46,706 | |
| PRODUCT DELIVER CHG-FF | | | 2 | | 2- | 100.0- | 2 | | 2- | 100.0- |
| FLEX STAR VARIANCE | 31,984 | .16 | 17,025 | .07 | 14,959 | 87.9 | | | 31,984 | |
| REBATES | 28,591- | .14- | 79,919- | .31- | 51,322 | 64.2 | 63,281- | .24- | 34,694 | 54.8 |
| NET OPERATING SALES | 19,573,337 | 99.15 | 25,265,245 | 99.36 | 5,691,908- | 22.5- | 26,396,575 | 99.32 | 6,823,238- | 25.8- |
| OTHER TRANSF REVENUE | 167,115 | .85 | 160,211 | .63 | 6,904 | 4.3 | 178,099 | .67 | 10,984- | 6.2- |
| RETAIL SERVICE INCOME | | | 1,117 | | 1,117- | 100.0- | 2,362 | .01 | 2,362- | 100.0- |
| VENDOR ADMIN CHARGE | 218 | | 2,568 | .01 | 2,350- | 91.5- | | | 218 | |
| NET SALES | 19,740,670 | 100.00 | 25,429,141 | 100.00 | 5,688,471- | 22.4- | 26,577,036 | 100.00 | 6,836,366- | 25.7- |
| PRODUCT MARGIN | 312,250 | 1.58 | 319,269 | 1.26 | 7,019- | 2.2- | 323,861 | 1.22 | 11,611- | 3.6- |
| OTHER MARGIN | 1,235,731 | 6.26 | 1,490,182 | 5.86 | 254,451- | 17.1- | 1,521,654 | 5.73 | 285,923- | 18.8- |
| ADJUSTMENTS/ALLOWANCES | 16,601- | .08- | 29,443- | .11- | 11,842 | 41.6 | 28,259- | .11- | 11,750 | 41.5 |
| SPOILAGE, NET | 25,690- | .13- | 12,000- | .05- | 13,690- | 114.1- | 8,357- | .03- | 17,333- | 207.4- |
| CASH DISCOUNT, NET | 202,637 | 1.03 | 290,880 | 1.14 | 88,243- | 30.3- | 311,423 | 1.17 | 108,786- | 34.9- |
| VENDOR ADJUSTMENTS | | | 538,963- | 2.12- | 538,963 | 100.0 | 500- | | 500 | 100.0 |
| MERCH INCMD, NET | 12,050 | .06 | 948- | | 12,954 | 1375.5 | 6,948 | .03 | 5,102 | 73.4 |
| MARKET CHANGE/EQUALIZATI | 77,822 | .39 | 85,101 | .33 | 7,278- | 8.6- | 147,968 | .56 | 70,145- | 47.4- |
| INVENTORY ADJ/WRITEDOWNS | 41,409 | .21 | 13,101- | .05- | 54,510 | 416.1 | | | 41,409 | |
| XFERS, NET | 52,095- | .26- | 47,612- | .19- | 4,483- | 9.4- | 45,731- | .17- | 6,364- | 13.9- |
| DAMAGE RECLAIM CENTER | 342 | | 23,005- | .09- | 23,347 | 101.5 | 4,006- | .02- | 4,348 | 108.5 |
| OTHER MARGINS | 11,835 | .06 | 6,728 | .03 | 5,107 | 75.9 | 12,727 | .05 | 892- | 7.0- |
| TSC GENERATED REVENUE | 281,710 | 1.28 | 281,359- | 1.11- | 533,069 | 189.5 | 392,211 | 1.48 | 140,401- | 35.8- |
| CSC GENERATED REVENUE | 59,119 | .30 | 106,050 | .42 | 46,931- | 44.3- | 100,923 | .38 | 41,804- | 41.4- |
| GROSS MARGIN ALL OPS | 1,858,810 | 9.42 | 1,634,142 | 6.43 | 224,668 | 13.7 | 2,338,549 | 8.80 | 479,739- | 20.5- |
| CUST-SERV PRODUCT PROC | 136,565- | .69- | 155,576- | .61- | 19,011 | 12.2 | 140,350- | .53- | 3,785 | 2.7 |
| WAREHOUSE EXPENSE | 388,613- | 1.97- | 396,757- | 1.56- | 8,144 | 2.1 | 451,313- | 1.70- | 62,700 | 13.9 |
| NET TRANSPORTATION | 196,767- | 1.00- | 220,724- | .87- | 23,957 | 10.9 | 191,541- | .72- | 5,226- | 2.7- |
| ADD BACK TRANS REV | 317,772 | 1.61 | 323,139- | 1.27 | 5,367 | .17 | 356,306- | 1.34- | 39,534- | 10.8 |
| BUILDING EXPENSE | 429,361- | 2.18- | 462,613- | 1.82- | 33,252 | 7.2 | 481,867- | 1.81- | 52,506 | 10.9 |
| GROSS MARGIN | 389,734 | 1.97 | 75,335 | .30 | 314,399 | 417.3 | 717,164 | 2.70 | 327,330- | 45.7- |
| GEN ADMIN EXPENSE | 42,384 | .21 | 125,253- | .49- | 167,637 | 133.8 | 117,197- | .44- | 159,581 | 136.2 |
| IT EXPENSE | 8,372- | .04- | 17,939- | .07- | 9,567 | 53.3 | 20,764- | .04- | 2,392 | 22.2 |
| SELLING EXPENSE | 66,089- | .34- | 82,978- | .32- | 15,485 | 18.8 | 82,194- | .31- | 15,305 | 18.6 |
| ADDITIONAL COMPENSATION | | | 26,586- | .08- | 26,586 | 100.0 | 15,508- | .06- | 15,508 | 100.0 |
| CREDIT LOSSES | 15,000- | .08- | 7,692- | .03- | 7,308- | 95.0- | 15,000- | .06- | | |
| OTHER EXPENSE | 576- | | 1,886- | .01- | 1,310 | 69.5 | 815- | | 239 | 29.3 |
| SG&A | 48,453- | .25- | 255,730- | 1.01- | 207,277 | 81.1 | 241,478- | .91- | 193,025 | 79.9 |
| OPERATING EARNINGS | 341,281 | 1.73 | 180,395- | .71- | 521,676 | 289.2 | 475,686- | 1.79 | 134,405- | 28.3- |
| INTEREST INCOME+PD DIV | 16,834 | .09 | 22,822 | .09 | 5,988- | 26.2- | 18,679 | .07 | 1,845- | 9.9- |
| WORKING CAP CHARGE | 327,959- | 1.66- | 308,654- | 2.21- | 19,305- | 6.3- | 276,909- | 1.04- | 51,050- | 18.4- |
| OVERHEAD BURDEN CHG | 162,508- | .82- | 433,316- | 1.70- | 270,808 | 62.5 | 186,145- | .70- | 23,637 | 12.7 |
| EARNINGS BEF TAXES | 132,352- | .67- | 899,543- | 3.54- | 767,191 | 85.3 | 31,311 | .12 | 163,663- | 522.7- |
| EARNINGS BEF TAXES | 132,352- | .67- | 899,543- | 3.54- | 767,191 | 85.3 | 31,311 | .12 | 163,663- | 522.7- |
| OH BURDEN TO BE BOOKED: | 265,771 | | | | | | | | | |

CONFIDENTIAL FOR EXPERTS ONLY
Not to be disclosed to any party or counsel
Pursuant to April 12, 2005 Orders from
C. Matsui
Berry v. HEX et al
D. HI.Civ. 03 00385 SOM.LEK

PCT-B 000064

```
CYCLE:    RWITOTUNIT              HAWAII                                                    DATE: 08/12/03
STRUCTURE:  04                    INCOME STATEMENT SUMMARY         057                      TIME: 23:03:29
RPT ENTITY: 00047                 PERIOD 08  / 2003    YEAR TO DATE                         PAGE: 1
CONTEXT:    VOS       FORMAT: Y11
LOCATION:   HAWAII
                                                  % TO                  % TO    VAR TO              % TO   VAR TO
                                  ACTUAL         SALES     PRIOR YEAR   SALES   PRIOR YEAR    % VAR  PLAN  SALES   PLAN    % VAR
```

| Account | ACTUAL | % TO SALES | PRIOR YEAR | % TO SALES | VAR TO PRIOR YEAR | % VAR | PLAN | % TO SALES | VAR TO PLAN | % VAR |
|---|---|---|---|---|---|---|---|---|---|---|
| NET HOUSE SALES | 172,703,459 | 93.01 | 180,207,147 | 92.45 | 7,503,688- | 4.2- | 182,003,466 | 92.78 | 9,300,007- | 5.1- |
| CROSS DOCK TRANSFERS | 1,130,049 | .61 | 1,168,962 | .60 | 38,913- | 3.3- | 1,184,389 | .60 | 54,340- | 4.6- |
| DROP SHIP SALES | 651,777 | .35 | 2,409,463 | 1.24 | 1,757,686- | 72.9- | 1,608,965 | .82 | 957,188- | 59.5- |
| FEES | 8,029,001 | 4.32 | 8,293,282 | 4.25 | 264,281- | 3.2- | 8,344,851 | 4.25 | 315,850- | 3.8- |
| OUTBOUND TRUCK REVENUES | 1,313,227 | .71 | 1,359,164 | .70 | 45,937- | 3.4- | 1,367,332 | .70 | 54,105- | 4.0- |
| PRODUCT HANDLING CHG-FF | 112,725 | .06 | 128,338 | .07 | 15,613- | 12.2- | 783,776 | .40 | 671,051- | 85.6- |
| PRODUCT STORAGE CHG-FF | 464,582 | .25 | 615,690 | .32 | 151,108- | 24.5- |  |  | 464,582 |  |
| PRODUCT DELIVER CHG-FF |  |  | 60 |  | 60- | 100.0- | 58 |  | 58- | 100.0- |
| KLEE STAR VARIANCE | 245,773 | .13 | 19,221- | .01- | 264,994 | 2378.7 |  |  | 245,773 |  |
| AMORTIZATION |  |  | 37,769- | .02- | 37,769 | 100.0 | 14,100- | .01- | 14,100 | 100.0 |
| REBATES | 367,482- | .20- | 610,786- | .31- | 243,304 | 39.8 | 366,429- | .19- | 1,053- | .3- |
| NET OPERATING SALES | 184,203,111 | 99.25 | 193,514,330 | 99.28 | 9,231,219- | 4.8- | 194,912,308 | 99.36 | 10,629,197- | 5.5- |
| OTHER TRANSP REVENUE | 1,381,465 | .74 | 1,384,819 | .71 | 3,354- | .2- | 1,232,223 | .63 | 149,242 | 12.1 |
| RETAIL SERVICE INCOME | 13,477 | .01 | 7,616 |  | 5,861 | 77.0 | 17,161 | .01 | 3,684- | 21.5- |
| VENDOR ADMIN CHARGE | 4,147 |  | 18,741 | .01 | 14,594- | 77.9- |  |  | 4,147 |  |
| OTHER INCOME | .31 |  | 2,239- |  | 2,270 | 101.4 | 2,239- |  | 2,270 | 101.4 |
| NET SALES | 185,602,231 | 100.00 | 194,923,267 | 100.00 | 9,241,036- | 4.7- | 196,159,453 | 100.00 | 10,477,222- | 5.3- |
| PRODUCT MARGIN | 2,540,528 | 1.37 | 1,889,473 | .97 | 651,055 | 34.5 | 2,398,798 | 1.22 | 141,730 | 5.9 |
| OTHER MARGIN | 11,196,946 | 6.03 | 12,137,695 | 5.71 | 59,251 | .5 | 11,362,633 | 5.79 | 165,687- | 1.5- |
| ADJUSTMENTS/ALLOWANCES | 232,626- | .13- | 293,863- | .15- | 61,237 | 20.8 | 199,937- | .10- | 32,789- | 16.4- |
| SPOILAGE, NET | 156,034- | .08- | 107,468- | .06- | 48,566- | 45.2- | 62,609- | .03- | 93,425- | 149.2- |
| CASH DISCOUNT, NET | 2,058,219 | 1.11 | 2,605,766 | 1.34 | 547,547- | 21.0- | 2,313,631 | 1.18 | 257,412- | 11.1- |
| VENDOR ADJUSTMENTS | 11,023- | .01- | 1,221,064- | .63- | 1,210,041 | 99.1 | 2,500- |  | 8,523- | 340.9- |
| MERCH PROMO, NET | 70,696 | .04 | 42,416 | .02 | 28,280 | 66.7 | 46,632 | .02 | 24,065 | 51.6 |
| MARKET CHANGE/EQUALIZAT | 1,010,792 | .54 | 3,662,095 | 1.88 | 2,651,303- | 72.4- | 1,153,540 | .59 | 142,748- | 12.4- |
| INVENTORY ADJ/WRITEDOWN | 2,841 |  | 28,249- | .01- | 31,090 | 110.1 |  |  | 2,841 |  |
| FAADS, NET | 465,912- | .25- | 220,830- | .11- | 245,082- | 111.0- | 306,721- | .16- | 159,191- | 51.9- |
| DAMAGE RECLAIM CENTER | 38,387 | .02 | 10,803 | .01 | 27,584 | 255.3 | 10,797 | .01 | 27,590 | 255.5 |
| OTHER MARGINS | 93,865 | .05 | 53,959 | .03 | 39,906 | 74.0 | 89,460 | .05 | 4,405 | 4.9 |
| FOC GENERATED REVENUE | 2,407,205 | 1.30 | 4,501,565 | 2.31 | 2,094,360- | 46.5- | 3,042,392 | 1.55 | 635,187- | 20.9- |
| CSC GENERATED REVENUE | 525,974 | .28 | 1,053,922 | .54 | 527,948- | 50.1- | 821,282 | .42 | 295,308- | 36.0- |
| GROSS MARGIN ALL OPS | 16,670,653 | 8.98 | 18,582,655 | 9.53 | 1,912,002- | 10.3- | 17,625,105 | 8.99 | 954,452- | 5.4- |
| CUST SERV PRODUCT PROC | 1,085,385- | .58- | 1,032,005- | .53- | 53,380- | 5.2- | 1,144,455- | .58- | 59,070 | 5.2 |
| WAREHOUSE EXPENSE | 3,468,495- | 1.87- | 2,975,618- | 1.53- | 492,877- | 16.6- | 3,390,317- | 1.73- | 78,378- | 2.3- |
| NET TRANSPORTATION | 1,681,132- | .92- | 1,232,695- | .63- | 448,437- | 36.4- | 1,648,461- | .84- | 32,671- | 2.0- |
| ADD BACK TRANS REV | 2,694,692- | 1.45- | 2,744,043- | 1.41- | 49,351 | 1.8 | 2,599,613- | 1.33- | 95,079- | 3.7- |
| BUILDING EXPENSE | 3,759,157- | 2.02- | 3,580,231- | 1.84- | 178,926- | 5.0- | 3,809,949- | 1.94- | 50,792 | 1.3 |
| GROSS MARGIN | 3,981,792 | 2.14 | 7,018,063 | 3.60 | 3,036,271- | 43.3- | 5,032,310 | 2.57 | 1,050,518- | 20.9- |
| GEN ADMIN EXPENSE | 981,848- | .47- | 956,706- | .44- | 25,142- | 2.9- | 935,103- | .48- | 53,255 | 5.7 |
| IT EXPENSE | 91,124- | .05- | 98,977- | .05- | 7,853 | 7.9 | 84,964- | .04- | 6,160- | 7.3- |
| SELLING EXPENSE | 606,499- | .33- | 680,631- | .35- | 74,138 | 10.9 | 589,819- | .30- | 22,680- | 3.9- |
| ADDITIONAL COMPENSATION |  |  | 168,680- | .08- | 168,608 | 100.0 | 124,064- | .06- | 124,064 | 100.0 |
| RETAIL SERVICE EXPENSE | 2,360- |  |  |  | 2,360- |  |  |  | 2,360- |  |
| CREDIT LOSSES | 120,000- | .06- | 61,556- | .03- | 58,464- | 95.0- | 120,000- | .06- |  |  |
| OTHER EXPENSE | 4,963- |  | 6,303- |  | 1,340 | 21.3 | 6,520- |  | 1,557 | 23.9 |
| SG&A | 1,706,789- | .92- | 1,868,841- | .96- | 162,053 | 8.7 | 1,854,468- | .95- | 147,676 | 8.0 |
| OPERATING EARNINGS | 2,275,004 | 1.23 | 5,149,222 | 2.64 | 2,874,218- | 55.8- | 3,177,846 | 1.62 | 902,842- | 28.4- |
| INTEREST INCOME+FS DIV | 150,842 | .08 | 165,275 | .08 | 14,433- | 8.7- | 77,570 | .04 | 73,272 | 94.5 |
| WORKING CAP CHARGE | 2,425,787- | 1.32- | 2,340,982- | 1.20- | 84,805- | 3.6- | 2,174,056- | 1.11- | 251,731- | 11.6- |
| OVERHEAD BURDEN CHRG | 1,349,557- | .73- | 2,720,245- | 1.40- | 1,370,688 | 50.4 | 1,373,194- | .70- | 23,637 | 1.7 |
| EARNINGS BEF TAXES | 1,349,498- | .73- | 253,270 | .13 | 1,602,768- | 632.8- | 291,834- | .15- | 1,057,664- | 362.4- |
| IOMART CLOSING (COGS) | 5,431- |  |  |  | 5,431- |  |  |  | 5,431- |  |
| EARNINGS BEF TAXES | 1,354,929- | .73- | 253,270 | .13 | 1,608,199- | 635.0- | 291,834- | .15- | 1,063,095- | 364.3- |
| OH BURDEN TO BE BOOKED: | 1,961,597 |  |  |  |  |  |  |  |  |  |

CONFIDENTIAL FOR EXPERTS ONLY
Not to be disclosed to any party or counsel
Pursuant to April 12, 2005 Orders from
C. Matsui
Berry v. HEX et al.
D. HI. Civ. 03 00385 SOM LEK

PCT-B 000065

```
CYCLE:     MQATOTDMIT          HAWAII                                              DATE: 07/17/03
STRUCTURE: 04                  INCOME STATEMENT SUMMARY          057                TIME: 19:38:27
ART ENTITY: 00047              PERIOD 07 , 2003                                      PAGE: 1
CONTENT:   VOS     FORMAT: P11
LOCATION:  HAWAII
                                        % TO              % TO        VAR TO      %         OPS    % TO     VAR TO        %
                              ACTUAL   SALES  PRIOR YEAR  SALES    PRIOR YEAR   VAR         PLAN   SALES    PLAN         VAR

NET HOUSE SALES            19,040,347  93.06  23,605,324  93.13    4,564,977-  19.3-   22,143,357  93.38   3,103,010-   14.0-
ACROSS DOCK TRANSFERS         124,683    .63     146,095    .58       17,412-  11.9-      137,810    .58       9,127-    6.6-
DROP SHIP SALES                                  126,485    .50      126,485- 100.0-       25,959    .11      25,959-  100.0-
FEES                          910,061   4.45   1,108,778   4.97      198,717-  17.9-    1,005,496   4.24      95,435-    9.5-
OUTBOUND TRUCK REVENUES       152,455    .74     176,799    .70       24,348-  13.8-      171,327    .72      18,872-   11.0-
PRODUCT HANDLING CHG-FT        13,823    .07      14,209    .06          380-   2.7-      112,396    .47      98,573-   87.7-
PRODUCT STORAGE CHG-FT         50,943    .25      79,672    .31       28,729-  36.1-                          50,943
FIVE STAR VARIANCE             26,291    .13       2,000    .01       28,291 1414.6                           28,291
REBATES                        36,375-   .18-     74,904-   .30-      38,529   51.4        49,460-   .21-     13,085    26.5

NET OPERATING SALES        20,286,228  99.13  25,180,252  99.34    4,894,224-  19.4-   23,546,805  99.30   3,260,657-   13.9-
OTHER TRANSF REVENUE          177,520    .87     163,971    .65       13,549    8.3       162,904    .69      14,616     9.0
RETAIL SERVICE INCOME           1,175    .01       1,085                           52      8.3           2,379    .01       1,204-   50.6-
VENDOR ADMIN CHARGE               223              1,930    .01       1,707-  88.4-                              223

NET SALES                  20,465,146 100.00  25,347,438 100.00    4,882,292-  19.3-   23,712,169 100.00   3,247,022-   13.7-

PRODUCT MARGIN                287,609   1.41     303,842   1.20       16,233-   5.3-      297,001   1.25       9,392-    3.2-
OTHER MARGIN                1,296,136   6.33   1,469,554   5.80      173,418-  11.8-    1,405,042   5.93     108,906-    7.8-
ADJUSTMENTS/ALLOWANCES         46,481    .23-        815                 45,666-5603.2-        23,808-   .20-     22,673-   95.2-
SPOILAGE, NET                  31,684    .15-     13,623    .05-      19,061- 132.6-        9,180-   .03-     23,504- 297.3-
CASH DISCOUNT, NET            204,707   1.00     327,377   1.29      122,670-  37.5-      280,570   1.18      75,863-   27.0-
VENDOR ADJUSTMENTS                                13,392    .05-      13,392  100.0-          500              500      100.0
MERCH PROMO,NET                14,317    .07       2,702    .01       11,615  429.9         5,070    .02       9,247    182.4
MARKET CHANGE/EQUALIZATI      180,253    .88     212,529    .84       32,276-  15.2-      102,859    .43      77,694    75.5
INVENTORY ADJ/WRITEDOWN        39,832-   .19-     10,510-   .04-      29,322- 279.0-                          39,832-
PROMOS, NET                    41,411-   .22-     20,332-   .12-      15,079-  51.4-       40,459-   .17-      3,923-    9.7-
DAMAGE RECLAIM CENTER           4,079    .02       8,726    .03        4,647-  53.3-        8,725    .04       4,646-   53.2-
OTHER MARGINS                  12,164    .06       8,551    .03        3,613   42.3        11,564    .05         600      5.2

PSC GENERATED REVENUE         255,012   1.24     492,213   1.94      239,201-  48.6-      335,612   1.41      82,400-   24.6-
CSC GENERATED REVENUE          59,326    .29     135,312    .53       76,906-  56.3-      132,560    .56      74,234-   56.0-

GROSS MARGIN ALL OPS        1,895,063   9.26   2,400,901   9.47      505,838-  21.1-    2,170,015   9.15     274,952-   12.7-

CUST SERV PRODUCT PROC        139,456    .68-    159,346    .63-      20,890   13.1       139,621    .59-      9,165     6.6
WAREHOUSE EXPENSE             450,377   2.20-    382,910   1.51-      67,467-  17.6-      439,562   1.82-     15,815-    4.6-
NET TRANSPORTATION            188,246    .92-    195,578    .77-       7,332    3.7       191,627    .81-      3,381      1.8
ADD BACK TRANS REV            329,975   1.61-    340,770   1.34-      10,795    3.2       334,231   1.41-      4,256      1.3
BUILDING EXPENSE              459,316   2.24-    472,973   1.87-      13,657    2.9       481,143   2.03-     21,827      4.5

GROSS MARGIN                  326,693   1.65     849,324   3.35      522,631-  60.4-      592,031   2.50     256,338-   43.2-

GEN ADMIN EXPENSE             106,636    .52-     99,163    .39-       7,373-   7.4-      117,368-   .49-     10,932      9.2
IT EXPENSE                     10,260-   .05-      6,648-   .03-       3,632-  54.6-       10,647-   .04-        367      3.4
SELLING EXPENSE                75,010-   .37-     86,384-   .34-      11,574   13.2        74,291-   .31-        719-     1.0-
ADDITIONAL COMPENSATION                           20,556-   .08-      20,546  100.0        15,500-   .07-     15,500   100.0
CREDIT LOSSES                  15,000-   .07-      7,692-   .03-       7,308-  95.0-       15,000-   .06-
OTHER EXPENSE                     450-                670                170   26.6             815-                       325     39.9

SG&A                          207,316   1.01-    221,143    .87-      13,825    6.3       233,625    .99-     26,313     11.3

OPERATING EARNINGS            129,377    .63     628,183   2.48      498,806-  79.4-      359,202   1.51     229,825-   64.0-

INTEREST INCOME/DIV            20,665    .10      32,853    .13       12,188-  37.1-       1,200-   .01-     21,865   1822.1
WORKING CAP CHARGE            302,278-  1.48-    324,297-  1.28-      22,019    6.8       344,128-  1.45-     41,850     12.2
OVERHEAD BURDEN CHRG          165,985-   .81-    349,451-  1.38-     183,466-  52.5       165,985-   .70-

EARNINGS BEF TAXES            318,221-  1.55-     12,712-   .05-     305,509-2403.3-      152,111-   .64-    166,110-  109.2-

EARNINGS BEF TAXES            318,221-  1.55-     12,712-   .05-     305,509-2403.3-      152,111-   .64-    166,110-  109.2-

OH BURDEN TO BE BOOKED:       237,121
```

CONFIDENTIAL FOR EXPERTS ONLY
Not to be disclosed to any party or counsel
Pursuant to April 12, 2005 Orders from
C. Matsui
Berry v. HEX, et al.
D. HI.Civ. 03 00385 SOM LEK

PCT-B 000128

| CYCLE: | HWJTOTUNIT | | HAWAII | | | | | DATE: 06/18/03 |
|---|---|---|---|---|---|---|---|---|
| STRUCTURE: | 0€ | | INCOME STATEMENT SUMMARY | | 057 | | | TIME: 21:25:12 |
| NET ENTITY: | 00047 | | PERIOD 06 , 2003- | | | | | PAGE: 1 |
| CONTENT: | VDS | FORMAT: P11 | | | | | | |
| LOCATION: | HAWAII | | | % TO | | % TO | VAR TO | | % TO | VAR TO | |
| | | | ACTUAL | SALES | PRIOR YEAR | SALES | PRIOR YEAR | VAR | PLAN | SALES | PLAN | VAR |

| | ACTUAL | % TO SALES | PRIOR YEAR | % TO SALES | VAR TO PRIOR YEAR | % VAR | OPS PLAN | % TO SALES | VAR TO PLAN | % VAR |
|---|---|---|---|---|---|---|---|---|---|---|
| NET HOUSE SALES | 17,854,049 | 93.17- | 21,629,037 | 90.92 | 3,774,988- | 17.5- | 21,400,560 | 92.18- | 3,546,511- | 16.6- |
| ACROSS DOCK TRANSFERS | 141,210 | .74 | 176,110 | .74 | 34,900- | 19.8- | 173,846 | .75 | 32,636- | 18.8- |
| DROP SHIP SALES | | | 614,705 | 2.58 | 614,705- | 100.0- | 261,467 | 1.13 | 261,467- | 100.0- |
| FEES | 831,522 | 4.34 | 1,007,399 | 4.23 | 175,877- | 17.5- | 978,069 | 4.21 | 146,547- | 15.0- |
| OUTBOUND TRUCK REVENUES | 132,117 | .69 | 169,268 | .71 | 37,151- | 21.9- | 165,976 | .71 | 33,859- | 20.4- |
| PRODUCT HANDLING CHG-FF | 14,525 | .08 | 16,170 | .07 | 1,645- | 10.2- | 96,627 | .42 | 82,102- | 85.0- |
| PRODUCT STORAGE CHG-FF | 50,055 | .26 | 65,078 | .27 | 15,023- | 23.2- | | | 50,055 | |
| FLEX STAR VARIANCE | 29,287 | .15 | 1,185- | | 30,472 | 2571.5 | | | 29,287 | |
| REBATES | 24,826- | .13- | 77,991- | .33- | 53,165 | 68.2 | 51,062- | .22- | 26,236 | 51.4 |
| NET OPERATING SALES | 19,027,939 | 99.30 | 23,598,591 | 99.20 | 4,570,652- | 19.4- | 23,025,483 | 99.10 | 3,997,544- | 17.4- |
| OTHER TRANSP REVENUE | 133,561 | .70 | 185,627 | .78 | 52,066- | 28.0- | 185,050 | .80 | 51,489- | 27.8- |
| RESALE SERVICE INCOME | 1,240 | .01 | 3,364 | .01 | 2,124- | 63.1- | 4,864 | .02 | 3,624- | 74.5- |
| VENDOR ADMIN CHRGS | 192 | | 2,268 | .01 | 2,076- | 91.5- | | | 192 | |
| NET SALES | 19,162,932 | 100.00 | 23,789,850 | 100.00 | 4,626,918- | 19.4- | 23,215,397 | 100.00 | 4,052,465- | 17.5- |
| PRODUCT MARGIN | 278,094 | 1.45 | 202,757 | .85 | 75,337 | 37.2 | 293,169 | 1.26 | 15,075- | 5.1- |
| OTHER MARGIN | 1,167,673 | 6.09 | 1,369,998 | 5.76 | 202,325- | 14.8- | 1,379,524 | 5.94 | 211,851- | 15.4- |
| ADJUSTMENTS/ALLOWANCES | 23,253- | .12- | 58,611- | .25- | 35,358 | 60.3 | 22,966- | .10- | 207- | 1.2- |
| SPOILAGE, NET | 20,074- | .11- | 22,356- | .09- | 2,082 | 9.2 | 7,656- | .03- | 12,918- | 167.4- |
| CASH DISCOUNT, NET | 181,983 | .95 | 343,119 | 1.44 | 161,166- | 47.0- | 277,896 | 1.20 | 95,913- | 34.5- |
| VENDOR ADJUSTMENTS | | | 311,919 | 1.31- | 311,919 | 100.0 | 500- | | 500 | 100.0 |
| MERCH PROMO,NET | 3,431- | .01- | 13,214 | .06 | 16,645- | 130.8- | 4,898 | .02 | 8,329- | 129.2- |
| MARKET CHANGE/EQUALIZATI | 4,142 | .02 | 353,760 | 1.49 | 349,618- | 98.8- | 117,876 | .51 | 113,734- | 96.5- |
| INVENTORY ADJ/WRITEDOWN | 18,318- | .10- | 23,386- | .10- | 4,588 | 21.4 | | | 18,318- | |
| FRAUDS, NET | 48,440- | .21- | 17,909 | .08 | 58,349- | 325.8- | 29,793- | .12- | 18,647- | 35.7- |
| DAMAGE RECLAIM CENTER | 13,238 | .07 | 4,164 | .02 | 9,074 | 217.9 | 4,164 | .02 | 9,074 | 217.9 |
| OTHER MARGINS | 11,006 | .06 | 6,227 | .03 | 4,779 | 76.7 | 10,402 | .04 | 604 | 5.8 |
| FOC GENERATED REVENUE | 106,453 | .56 | 322,031 | 1.35 | 215,578- | 66.3- | 354,321 | 1.53 | 247,868- | 70.0- |
| CDC GENERATED REVENUE | 39,835 | .21 | 110,335 | .46 | 70,500- | 63.9- | 95,978 | .41 | 56,143- | 58.5- |
| GROSS MARGIN ALL OPS | 1,592,055 | 8.31 | 2,005,121 | 8.43 | 413,066- | 20.6- | 2,122,992 | 9.14 | 530,937- | 25.0- |
| CUST SERV PRODUCT PROC | 130,634- | .68- | 109,066- | .46- | 21,568- | 19.8- | 139,845- | .60- | 9,211 | 6.6 |
| WAREHOUSE EXPENSE | 461,614- | 2.41- | 369,855- | 1.55- | 91,759- | 24.8- | 450,026- | 1.94- | 10,708- | 2.4- |
| NET TRANSPORTATION | 224,257- | 1.17- | 155,496- | .65- | 68,761- | 44.2- | 182,638- | .78- | 41,619- | 22.8- |
| ADD BACK TRANS REV | 265,670- | 1.39- | 354,895- | 1.49- | 89,217 | 25.1 | 351,020- | 1.51- | 85,340 | 24.3 |
| BUILDING EXPENSE | 463,225- | 2.42- | 465,156- | 1.96- | 1,941 | .4 | 483,175- | 2.08- | 19,954 | 4.1 |
| GROSS MARGIN | 46,657 | .24 | 550,653 | 2.31 | 503,996- | 91.5- | 515,478 | 2.22 | 468,921- | 90.9- |
| GEN ADMIN EXPENSE | 116,838- | .61- | 117,515- | .49- | 677 | .6 | 117,412- | .51- | 574 | .5 |
| IT EXPENSE | 8,297- | .04- | 11,600- | .05- | 3,303 | 28.5 | 10,520- | .05- | 2,223 | 21.1 |
| SELLING EXPENSE | 80,523- | .42- | 79,661- | .33- | 862- | 1.1- | 75,848- | .33- | 4,675- | 6.2- |
| ADDITIONAL COMPENSATION | 77,360- | .40 | 20,596- | .09- | 98,126- | 476.7 | 35,508- | .07- | 93,040 | 600.0 |
| CREDIT LOSSES | 15,000- | .08- | 7,692- | .03- | 7,308- | 95.0- | 15,000- | .06- | | |
| OTHER EXPENSE | 524- | | 632- | | 308 | 37.1 | 815- | | 291 | 35.7 |
| SG&A | 143,642- | .75- | 237,666- | 1.00- | 94,024 | 39.6 | 235,103- | 1.01- | 91,461 | 38.9 |
| OPERATING EARNINGS | 96,985- | .51- | 312,987 | 1.32 | 409,972- | 131.0- | 280,375 | 1.21 | 377,360- | 134.6- |
| INTEREST INCOME+P3 DIV | 18,067 | .09 | 48,342 | .20 | 30,275- | 62.6- | 900- | | 18,967 | 2107.4 |
| WORKING CAP CHRGS | 260,655- | 1.36- | 335,094- | 1.41- | 74,441 | 22.2 | 187,822- | .81- | 72,833- | 38.8- |
| OVERHEAD BURDEN CHRG | 162,500- | .85- | 351,307- | 1.48- | 188,859 | 53.8 | 162,500- | .70- | | |
| EARNINGS BEF TAXES | 502,079- | 2.62- | 325,672- | 1.37- | 176,407- | 54.2- | 70,855- | .31- | 431,224- | 608.6- |
| EARNINGS BEF TAXES | 502,079- | 2.62- | 325,672- | 1.37- | 176,407- | 54.2- | 70,855- | .31- | 431,224- | 608.6- |

OH BURDEN TO BE BOOKED:   232,154

CONFIDENTIAL FOR EXPERTS ONLY
Not to be disclosed to any party or counsel
Pursuant to April 12, 2005 Orders from
C. Matsui
Berry v. HEX et al.
D. HI.Civ. 03 00385 SOM LEK

PCT-B 000193

```
CYCLE:    BWITOTUNIT            HAWAII                                  057                           DATE: 05/22/03
STRUCTURE: 04                   INCOME STATEMENT SUMMARY                                               TIME: 21:37:50
APT ENTITY: 00047               PERIOD 05    2003                                                     PAGE: 2
CONTENT:  V05       FORMAT: F12
LOCATION: HAWAII                 % TO                    % TO      VAR TO              OPS     % TO    VAR TO
                      ACTUAL    SALES     PRIOR YEAR    SALES    PRIOR YEAR    VAR     PLAN   SALES    PLAN       VAR

NET HOUSE SALES      21,114,020  93.20   22,188,823   92.50    1,074,803-   4.8-   21,346,394  93.69   232,374-    1.1-
ACROSS DOCK TRANSFERS   141,710    .63      183,321     .76       41,611-  22.7-      177,837    .78    36,127-   20.3-
DROP SHIP SALES                              262,179    1.09      262,179- 100.0-        3,101    .01     3,101-  100.0-
FEES                    967,947   4.27    1,003,856    4.18       35,909-   3.6-      968,782   4.25       835-     .1-
OUTBOUND TRUCK REVENUES 155,403    .69      164,951     .69        9,548-   5.8-      156,504    .69     1,101-     .7-
PRODUCT HANDLING CHG-FF  16,331    .07       15,684     .07          647    4.1        88,317    .39    71,986-   81.5-
PRODUCT STORAGE CHG-FF   57,316    .25       78,338     .33       21,022-  26.8-       57,316
FLEX STAR VARIANCE       53,304    .24          677-                53,981 7973.6                        53,304
AMORTIZATION                                    903-                   903  100.0
REBATES                  32,095-   .14-      82,572-    .34-      50,477   61.1        52,649-   .23-   20,554    39.0

NET OPERATING SALES  22,473,936  99.24   23,013,000   99.27    1,339,064-   5.8-   22,608,286  99.58   214,350-     .2-
OTHER TRANSF REVENUE    169,659    .75      172,115     .72        2,456-   1.4-       93,325    .41    76,334    81.8
RETAIL SERVICE INCOME     1,424    .01          218                 1,206  553.2        1,588    .01       164-   10.3-
VENDOR ADMIN CHARGE         194              2,175     .01         1,981-  91.1-                          194

NET SALES            22,645,213 100.00   23,187,508  100.00    1,342,295-   5.8-   22,703,199 100.00   137,986-     .6-

PRODUCT MARGIN          278,892   1.23      213,080     .89       65,812   30.9       207,034   1.26     8,942-    3.1-
OTHER MARGIN          1,389,483   6.14    1,353,185    5.64       36,298    2.7     1,255,867   5.51   133,616    10.6

ADJUSTMENTS/ALLOWANCES   71,443-   .32-      28,758-    .12-      43,085- 149.8-       22,350-   .10-   49,493-  221.4-
SPOILAGE, NET            12,668-   .06-       3,478     .01       16,146- 464.2-        6,575-   .03-    6,093-   92.7-
CASH DISCOUNT, NET      202,901    .90      308,312    1.29      105,411-  34.2-      247,932   1.09    45,031-   18.2-
VENDOR ADJUSTMENTS                          347,746-   1.45-     347,746  100.0            500-                      500  100.0
MERCH PROMO, NET         11,646    .05        2,768-    .01-      14,414  520.7         4,715    .02     6,931   147.0
MARKET CHANGE/EQUALIZATI 72,603    .32      287,836    1.20      215,233-  74.8-       96,844    .43    24,241-   25.0-
INVENTORY ADJ/WRITEDOWN   8,874    .04        3,889     .02        4,985  128.2                         8,874
PRADS, NET               51,898-   .23-      38,012-    .16-      13,886-  36.5-       42,867-   .19-    9,031-   21.1-
DAMAGE RECLAIM CENTER       755-              42,503     .18       41,748-  98.2-        4,503    .02     3,740-   83.2-
OTHER MARGINS            21,800    .05        6,046     .03        5,754   95.2         8,122    .04     3,678    45.3

ESC GENERATED REVENUE   172,170    .76      234,780     .98       62,610-  26.7-      289,824   1.27   117,654-   40.6-
CSC GENERATED REVENUE    30,080    .13       82,362     .34       52,282-  63.5-      107,225    .47    77,145-   71.9-

GROSS MARGIN ALL OPS  1,870,625   8.26    1,883,407    7.85       12,782-    .7-    1,940,750   8.52    70,125-    3.6-

CUST SERV PRODUCT PROC  134,373-   .59-     124,961-    .52-       9,412-   7.5-      243,898-   .63-    9,525     6.6
WAREHOUSE EXPENSE       419,182- 1.85-     377,817-   1.58-       41,365-  10.5-      453,855- 1.99-    34,673     7.6
NET TRANSPORTATION      208,306-   .92-     163,975-    .68-       44,331-  27.0-      292,491- 1.28-    84,175    28.8
ADD BACK TRANS REV      325,062   1.44      337,066    1.41        12,004-   3.6      249,829   1.10    75,233-   30.1-
BUILDING EXPENSE        494,247- 2.18-     462,391-   1.93-       31,856-   6.9-      483,138- 2.12-    11,109-    2.3-

GROSS MARGIN            289,455   1.28      417,197    1.74      127,742-  30.6-      317,589   1.39    28,094-    8.8-

GEN ADMIN EXPENSE       112,935-   .50-      99,965-    .42-      12,970-  13.0-      117,895-   .52-    4,960     4.2
IT EXPENSE               14,460-   .06-      11,910-    .05-       2,550-  21.4-       10,538-   .05-    3,922-   37.2-
SELLING EXPENSE          72,341-   .32-      82,548-    .34-      10,207   12.4        74,627-   .33-    2,286     3.1
ADDITIONAL COMPENSATION  15,508-   .07-      20,586-    .09-       5,078   24.7        15,508-   .07-
CREDIT LOSSES            15,000-   .07-       7,692-    .03-       7,308- 95.0-        15,000-   .07-
OTHER EXPENSE               531-                627-                  96   15.3            815-                      284   34.8

SG&A                    230,775- 1.02-     223,328-    .93-        7,447-   3.3-      234,383- 1.03-     3,608     1.5

OPERATING EARNINGS       58,680    .26      193,869     .81      135,189-  69.7-       83,166    .37    24,486-   29.4-

INTEREST INCOME/FS DIV   38,365    .08       60,254     .25       41,889-  69.5-                          600-    38,965 3160.8
WORKING CAP CHARGE      317,532- 1.40-     349,663-   1.46-       32,131    9.2      256,072- 1.12-    61,460-   24.0-
OVERHEAD BURDEN CHRG    159,482-   .70-     325,067-   1.36-      165,585   50.9     159,482-   .70-

EARNINGS BEF TAXES     399,969-  1.77-     420,607-   1.75-       20,638    4.9     332,988- 1.46-    66,981-   20.1-

EARNINGS BEF TAXES     399,969-  1.77-     420,607-   1.75-       20,638    4.9     332,988- 1.46-    66,981-   20.1-


OH BURDEN TO BE BOOKED:  227,832
```

CONFIDENTIAL FOR EXPERTS ONLY
Not to be disclosed to any party or counsel
Pursuant to April 12, 2005 Orders from
C. Matsui
Berry v. HEX, et al.
D. HI.Civ. 03 00385 SOM LEK

PCT-B 000255

```
CYCLE:    MULTUNIT              HAWAII                                                         DATE: 05/05/03
STRUCTURE: 04                   INCOME STATEMENT SUMMARY              057                      TIME: 21:50:09
RPT ENTITY: 00047               PERIOD 04  2003                                                PAGE: 1
CONTENT:   VDS     FORMAT: P11
LOCATION:  HAWAII
                                        % TO              % TO         VAR TO        %              % TO      VAR TO         %
                               ACTUAL   SALES  PRIOR YEAR SALES       PRIOR YEAR    VAR    OPS PLAN SALES     PLAN          VAR

NET HOUSE SALES             22,868,183 92.73  21,710,308 92.57       1,157,875      5.3  21,809,752 93.47    1,058,431      4.9
ACROSS DOCK TRANSFERS          123,854   .50     132,389   .56           8,535-     6.4-    134,537   .58       10,683-     7.9-
DROP SHIP SALES                139,073   .56     271,531  1.16         132,458-    48.8-    140,543   .60        1,470-     1.0-
FEES                         1,313,957  4.52     970,800  4.14         243,157     14.7     984,873  4.22      329,084     13.1
OUTBOUND TRUCK REVENUES        180,098   .73     166,768   .71          13,330      8.0     156,250   .67       23,848     15.3
PRODUCT HANDLING CHG-PT         15,632   .06      17,594   .08           1,962-    11.2-    108,370   .46       92,738-    85.6-
PRODUCT STORAGE CHG-PT          63,870   .26      79,201   .34          15,331-    19.4-                         63,870
PRODUCT DELIVER CHG-PT                              58                      58-   100.0-         56                 56-   100.0-
FLEX STAR VARIANCE              36,272   .15       4,574-  .02-         40,846    893.0                         36,272
AMORTIZATION                                       5,541   .02-          5,541   100.0
REBATES                         42,523-  .17-     79,079-  .34-         36,556     46.2      53,542- .23-       11,019     20.6

NET OPERATING SALES         24,498,416 99.34  23,259,455 99.17       1,238,961      5.3  23,200,835 99.78   3,217,577      5.2
OTHER TRANSP REVENUE           160,076   .65     190,528   .81          30,452-    16.0-     51,004   .22     109,072     213.8
RETAIL SERVICE INCOME            1,302   .01          39                 1,203   1215.2       1,451   .01         149-     10.3-
VENDOR ADMIN CHARGE                823             3,546   .02           2,723-    76.8-                         823

NET SALES                   24,660,617 100.00 23,453,628 100.00      1,206,989      5.1  23,333,294 100.00  1,327,323      5.7

PRODUCT MARGIN                 294,498  1.19     188,146   .80         106,352     56.5     292,294  1.25       2,204       .8
OTHER MARGIN                 1,529,507  6.20   1,339,400  5.71         190,107     14.2   1,248,462  5.35     281,045     22.5
ADJUSTMENTS/ALLOWANCES          35,707- .14-      44,652- .19-           8,945     20.0      22,384- .10-      13,323-    59.5-
SPOILAGE, NET                    3,815- .02-       4,863   .02           8,678-   178.1-      7,458- .03-       3,643     48.8
CASH DISCOUNT, NET             269,160  1.09     382,042  1.63         112,882-    29.5-    270,611  1.16       1,451-      .5-
VENDOR ADJUSTMENTS                                                                              500-                          500    100.0
MERCH PROMO, NET                    13            4,975-  .02-           4,988    100.3       4,839-  .02       4,826     99.7-
MARKET CHANGE/EQUALIZATI        94,602   .38   2,172,669   9.26      2,078,066-    95.6-    107,698   .46      13,096-    12.2-
INVENTORY ADJ/WRITEDOWNS         2,206-  .01-      3,992-  .02-          1,706     42.7                         2,286-
FRAUD, NET                      62,630-  .25-     67,141- .29-           4,511      6.7-     61,441- .26-       1,189-      1.9
DAMAGE RECLAIM CENTER            7,441   .03      20,910- .09-          28,351    135.6       1,910- .01-       9,351    489.6
OTHER MARGINS                   13,151   .05       6,167   .03           6,984    113.2       9,549   .04       3,602     37.1

PSC GENERATED REVENUE          279,929  1.14   2,424,050 10.34       2,144,161-    88.5-    259,044  1.20      19,115-      6.4-
CSC GENERATED REVENUE           76,979   .31     284,502  1.21         207,529-    72.9-    129,914   .56      52,941-    40.7-

GROSS MARGIN ALL OPS         2,190,907  8.04   4,236,130 18.06       2,055,231-    48.5-  1,969,714  8.44     221,193     10.7

COST SERV-PRODUCT PROC         136,331   .55     118,712   .51          17,619     14.8-    139,793   .60       3,462      2.5
WAREHOUSE EXPENSE              457,138  1.85     325,309  1.39         131,829     40.5-    438,934  1.88      18,204-     4.1-
NET TRANSPORTATION             201,020   .82-    105,393  .45           95,627     90.7-    329,192  1.41     128,172     38.9
ADD BACK TRANS REV             340,374- 1.38-    357,354- 1.52-         17,180      4.8    207,310-  .89-    132,866-    64.1-
BUILDING EXPENSE               484,335- 1.96-    439,022- 1.87-         45,313-    10.3-    478,282- 2.05-      6,053-     1.3-

GROSS MARGIN                   561,909  2.28   2,890,348 12.32       2,328,439-    80.6-    576,203  1.61     185,706     89.4

GEN ADMIN EXPENSE              121,127   .49      91,212   .39          29,915     32.8-    122,298   .52       1,171      1.0
IT EXPENSE                      14,420   .06      13,198   .06           1,222      9.3      30,665   .05-      3,807-    35.3-
SELLING EXPENSE                 70,939   .29      91,547   .39          20,608     22.5      79,312   .34       8,373     10.6
ADDITIONAL COMPENSATION         15,508   .06      20,586   .09           5,078     24.7      15,508   .07-
CREDIT LOSSES                   15,000-  .06-      7,692-  .03-          7,308-    95.0-     15,000-  .06-
OTHER EXPENSE                     623-             605-                     18-     3.0-        815-                         192     23.6

SG&A                           237,617   .96     224,840-  .96          12,777      5.7    243,546  1.04       5,929       2.4

OPERATING EARNINGS             324,292  1.32   2,665,508 11.37       2,341,216-    87.8-    132,657   .57     191,635     144.5

INTEREST INCOME/FX DIV          18,675   .08         974                17,701   1017.4         300-                       18,975   6325.0
WORKING CAP CHARGE             278,334- 1.13-    240,186- 1.02-         38,212-    15.9-   278,334-  1.19-

OVERHEAD BURDEN CHRG           163,333-  .66-    212,283-  .91-         48,950     23.1    163,333-   .70-

EARNINGS BEF TAXES              98,764-  .40-  2,214,013  9.44       2,312,777-   104.5-   309,374- 1.33-    210,610      68.1
EARNINGS BEF TAXES              98,764-  .40-  2,214,013  9.44       2,312,777-   104.5-   309,374- 1.33-    210,610      68.1

OH BURDEN TO BE BOOKED:        233,335
```

CONFIDENTIAL FOR EXPERTS ONLY
Not to be disclosed to any party or counsel
Pursuant to April 12, 2005 Orders from
C. Matsui
Berry v. HEX et al.
D. HI.Civ. 03 00385 SOM LEK

PCT-B 000319