**EXHIBIT "I"**

## Brenda L. Sakamoto

**From:** Damian Capozzola [dcapozzola@kirkland.com]
**Sent:** Thursday, May 18, 2006 12:59 PM
**To:** Brenda L. Sakamoto
**Subject:** Fw: RE:


**Damian D. Capozzola | KIRKLAND & ELLIS LLP**
777 South Figueroa St., Floor 37 | Los Angeles, CA 90017
213.680.8653 PHONE | 213.448.2709 MOBILE | 213.680.8500 FACSIMILE

dcapozzola@kirkland.com | www.kirkland.com/dcapozzola

----- Forwarded by Damian Capozzola/Los Angeles/Kirkland-Ellis on 05/18/2006 03:58 PM -----

| | |
|---|---|
| "Timothy J. Hogan" <tjh@loio.com><br><br>03/02/2006 09:16 PM | To "Damian Capozzola" <dcapozzola@kirkland.com>, <tf@hid.uscourts.gov><br>cc "Michael Baumann" <mbaumann@kirkland.com>, <lsh@hosodalaw.com><br>Subject RE: |

Mr. Capozzola:

I agree with the exception of 80 that was admitted on 2/28.

---

Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email tjh@loio.com

NOTICE: This email is only for use by the intended recipient. If received in error any use, disclosure or copying is prohibited. Any inadvertent receipt shall not be a waiver of any privilege or work product protection. Please contact the sender at tjh@loio.com or at (808) 528-0100.

---

**From:** Damian Capozzola [mailto:dcapozzola@kirkland.com]
**Sent:** Thursday, March 02, 2006 6:56 PM
**To:** tf@hid.uscourts.gov
**Cc:** Timothy J. Hogan; Michael Baumann; lsh@hosodalaw.com
**Subject:**

5/18/2006

EXHIBIT I

The PCT understands that the following exhibits have been admitted: 1, 10, 13, 14, 15, 17, 20, 21, 22, 24, 25, 26, 27, 28, 29, 32, 33 (adjusted as only the five page EULA dated 10/29/99), 34, 35, 38, 39, 40, 41, 42, 43, 44, 45, 46, 50, 51, 58, 59, 62, 63, 64, 66, 67 (for limited purpose below), 68, 71, 74, 75, 76, 78, 84, 85, 87, 92, 96, 97, 98, 99,.100, 101, 103, 105, 110, 115, 116, 201, 202, 203, 204, 205, 206, 207, 209, 211, 218, 233, 234, 235, 236, and 237.

Exhibit 67 has only been admitted for the limited purpose of showing that there were freight profit / loss reports, and not for the content of the numbers in the report.

Thank you.

--Damian Capozzola

**Damian D. Capozzola | KIRKLAND & ELLIS LLP**
777 South Figueroa St., Floor 37 | Los Angeles, CA 90017
213.680.8653 PHONE | 213.448.2709 MOBILE | 213.680.8500 FACSIMILE

dcapozzola@kirkland.com | www.kirkland.com/dcapozzola

*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee.  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful.  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*************************************************************


*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*************************************************************