**EXHIBIT "J"**

### Balance of Fleming Computer 136

| | |
|---|---|
| From: | "Teresa Noa" <teresan@fleming-logistics.com> |
| To: | "Mark Dillon" <markd@fleming-logistics.com> |
| Cc: | "Ron Hatch" <RHatch@email.fleming.com>; <cDahl@email.fleming.com>; "Brian Christensen" <bchrist.HAWPO.PSS@email.fleming.com> |
| Sent: | Monday, June 16, 2003 5:41 PM |
| Subject: | Re: LOGISTIC SPREAD SHEETS (NEW SYSTEM) |

what about the fact that when I update the system - I have to go to crystal report to send out dispatches etc - but it doese not have the current information and that is because EVERYONE has to get out of crystal reports (which means a phone call or email to everyone - and then a delayed response that all is out) - and then we have to go into the spreadsheet to save (or else we get locked and it's only read only - we can not make changes).

We also have to notify everyone of what cont ids we are using etc. It is also difficult because we can not see everything at our finger tips. we have to go to various screens to get one piece of information. Previously - I would just click and type and be done - and see of any problems - and set up several operations at once. This is no longer possible.

And since we are all SHARING - the system is is extremely slow.

It really is unbearable. I am trying to work from home - but it's useless - It's slow at work - but it's 10 times slower here and more problems because I have to use PC anywhere.

This is a sentiment felt by all.

----- Original Message -----
From: Mark Dillon
To: Teresa Noa
Cc: Ron Hatch ; cDahl@email.fleming.com
Sent: Monday, June 16, 2003 5:29 PM
Subject: Re: LOGISTIC SPREAD SHEETS (NEW SYSTEM)

From now on, Fredda will not be working with the same shared speadsheet the rest of Logistics uses, not a copy of the Logistics spreadsheet as she has been using. This will resolve the problem of her not having up to date data for the reason given below.

There remains the problem of our being behind on data entry. I am going to work on some data entry tonight. We will get Sonia involved tomorrow.

Mark


----- Original Message -----

From: Teresa Noa
To: Mark
Sent: Monday, June 16, 2003 4:32 PM
Subject: Fw: LOGISTIC SPREAD SHEETS (NEW SYSTEM)

this is not working.
----- Original Message -----
From: Fredda Waiolama
To: Ron Hatch
Cc: Teresa Noa ; Melvin Ponce ; Clifton Dahl
Sent: Monday, June 16, 2003 2:22 PM

Berry v Hawaiian Express Plaintiff Exhibit 14

12/8/2005

Subject: LOGISTIC SPREAD SHEETS (NEW SYSTEM)

RON,
THIS IS NOT WORKING OUT FOR ME. EVERY TIME MEL/LOGISTIC UPDATES. INFORMATION DOES NOT
GET UPDATED ON MY SIDE AT THE SAME TIME. MARK IN LOGISTIC NEEDS TO MERGE ME INTO HIS SYSTEM SO I CAN SEE THE UPDATED INFO IN THE SYSTEM. WHEN MARK STEPS OUT TO LUNCH, I HAVE TO WAIT TILL HE GETS BACK FOR THE UPDATED INFORMATION. TODAY ALONE MEL OVER 10 UPDATED INFORMATION. WHEN I SAY UPDATED IT COULD MEAN CORRECT CONTAINER NUMBER, WHATS IN THE CONTAINER. ETC. I NEED WHATEVER MEL IS UPDATING NOW TO LOOK AT ALSO, NOT 10, 20, 30 MINUTES LATER. THE SAME INFO MEL/LOGISTIC IS LOOKING AT IS WHAT I NEED TO LOOK AT TO. THIS IS REALLY MESSING ME UP IN TRYING TO DO MY JOB.
THANK YOU.
FREDDA

Berry v Hawaiian Express Plaintiff Exhibit 14

12/8/2005