**EXHIBIT "K"**

Page 1 of 1

Fleming Comp 03 FHL 147

From: "Ron Hatch" <rhatch@email.fleming.com>
To: "Brian Christensen" <BCHRIST@email.fleming.com>
Cc: <teresan@fleming-logistics.com>
Sent: Tuesday, June 17, 2003 7:06 AM
Attach: Re_ SPREADSHEET.eml
Subject: Fwd: Re: SPREADSHEET

Brian we are trying the best we can to get containers up from the ports so we can get the product that we need to increase service level,the change in our logistics dept. and jumping off of the Data Base has really hampered our ability to perform our daily functions and tracking the Vessels and containers that are so important to our Division at this point in time,I know there is never a good time for change but , the changes we have made in the logistics dept.during this crucial time is not good..

Berry v Hawaiian Express Plaintiff Exhibit 26

12/8/2005

EXHIBIT K

## Fleming Comp 03 FHL 147

From: "Teresa Noa" <teresan@fleming-logistics.com>
To: "Mark Dillon" <markd@fleming-logistics.com>; "Brian Christensen" <bchrist.HAWPO.PSS@email.fleming.com>
Cc: "Ron Hatch" <RHATCH.PHXPO.PSC@email.fleming.com>
Sent: Monday, June 16, 2003 4:37 PM
Subject: Re: SPREADSHEET

Brian - this is not going to work. It seems in speaking w/ the people there that it is overwhelming working in these conditions and they are all trying to do their best - but the way this is set up utilizing spreadsheets just is not working.

It literally takes between 15-20 minutes to perform a change or set up a new move etc. This is not productive.

I would like to go back to the database. This is costing alot of manhour monies, lost sales etc. Fredda worked late on Friday and came in on Saturday - and she is hourly.

Can't we buy time using the database?

----- Original Message -----
From: Mark Dillon
To: Teresa Noa
Sent: Monday, June 16, 2003 2:08 PM
Subject: Re: SPREADSHEET

Teresa,

Crystal Reports cannot be accessing the spreadsheet from any of the computers on the Logistics network or you will not be able to save. If you need to save and get a locked file advisory, call me at 673-0447 and I will get anyone accessing the spreadsheets via Crystal Reports to exit long enough for you to save. Since Fredda's and Justin's reports generally run off her own spreadsheets, this means getting Mel, Jackie and myself to exit Crystal Reports. As a rule, we have been exiting Crystal Reports when not using them to facilitate this. I have looked for a way to prevent this behavior by Crystal Reports/ODBC but have not found a solution yet.

Mark


----- Original Message -----

From: Teresa Noa
To: Mark
Cc: Melvin Ponce
Sent: Monday, June 16, 2003 12:27 PM
Subject: SPREADSHEET

still unable to save - and I was not in crystal reports

when I went to exit out it advised - program not responding - etc etc

I really think we need to say forget it and revert back tothe database
Teresa A. Noa
Logistics Analyst/Coordinator
Flemng Companies Hawaii Division
(808) 682-3302

Berry v Hawaiian Express Plaintiff Exhibit 26