**EXHIBIT "M"**

**Server FHL - D**

| | |
|---|---|
| **From:** | "Teresa Noa" <TeresaN@Fleming-Logistics.com> |
| **To:** | "Brian Christensen" <bchrist@email.fleming.com> |
| **Sent:** | Tuesday, April 01, 2003 8:54 AM |
| **Attach:** | HAWAII ORG CHART.ppt |
| **Subject:** | HAWAII ORG CHART |

See if this works

Teresa A. Noa
Logistics Coordinator
Fleming Companies Hawaii Division
(808) 682-3302

Berry v Hawaiian Express Plaintiff Exhibit 66

12/20/2005

EXHIBIT M



Berry v Hawaiian Express Plaintiff Exhibit 66