IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | CIVIL NO. CV03-00385 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | **DECLARATION OF MARTIN G.** |
| vs. | ) | **WALKER IN SUPPORT OF** |
| | ) | **DEFENDANT PCT'S OPPOSITION** |
| HAWAIIAN EXPRESS SERVICE, | ) | **TO PLAINTIFF WAYNE BERRY'S** |
| INC., et al., | ) | **MOTION FOR RECUSAL** |
| | ) | |
| Defendants. | ) | |
| | ) | Hearing:   TBD |
| _____ | ) | |
| | | Judge:   Hon. Magistrate Judge Leslie Kobayashi |

# DECLARATION OF MARTIN G. WALKER

I, Martin G. Walker, declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief:

1. I graduated in 1973 from the Massachusetts Institute of Technology with a Bachelor of Science Degree in Electrical Engineering. I then attended Stanford University where I received a Masters Degree in Electrical Engineering in 1976 and a Doctorate in Electrical Engineering in 1979. After various experiences in the business world I am now a technology consultant and expert witness with more than twenty-five years of high-level experience in areas such as computer software and internet applications. Focuses of my practice include intellectual property litigation support, computer forensics, and trade secret theft.

2. I have been retained by the Post-Confirmation Trust for Fleming Companies, Inc. to examine certain software and related documents and, if possible, render opinions on certain topics in the above-entitled action.

3. Counsel for the Post-Confirmation Trust directed me to Exhibit 5 to Plaintiff Wayne Berry's Motion for Recusal, which is an e-mail dated March 21, 2002 with a Subject Line reading "Announcing Brian Christensen Named Hawaii Division President." Counsel asked me to see how many, if any, copies of this e-mail existed among the files contained in the Guidance materials produced to Plaintiff's counsel in September, 2005.

4. During a preliminary search of the Guidance materials produced to Plaintiff's counsel in September, 2005 I located at least six copies of this e-mail.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on May 16, 2006 at Palo Alto, California.

*[signature]*

Martin G. Walker