IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| vs. | ) **CERTIFICATE OF SERVICE** |
| | ) |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17, 2006, copies of the foregoing document were duly served via the Court's electronic transmission facilities, to the following parties:

/ / /

/ / /

/ / /

    Rex Y. Fujichaku    rfujichaku@bchlaw.net, jennifer@bchlaw.net

    Timothy J. Hogan    tjh@loio.com

    Lyle S. Hosoda    lsh@hosodalaw.com

    Raina P. Mead    rpbm@hosodalaw.com

DATED:  Honolulu, Hawaii, May 18, 2006.

KOBAYASHI, SUGITA & GODA    */s/ Thomas H. Yee*
    KOBAYASHI SUGITA & GODA
    Lex R. Smith 659-0
    Thomas H. Yee  7344-0
    Suite 2600 First Hawaiian Center
    999 Bishop Street
    Honolulu, HI  96813
    Telephone:  808 539 8700
    Facsimile:  808 539 8799

    and

    KIRKLAND & ELLIS LLP
    Michael E. Baumann (CA Bar No. 145830)
    Damian D. Capozzola (CA Bar No. 186412)
    R. Olivia Samad (CA Bar No. 228611)
    777 South Figueroa Street
    Los Angeles, CA 90017
    Telephone:  (213) 680-8400
    Facsimile:  (213) 680-8500

    Co-Counsel for the Post Confirmation Trust for Fleming Companies, Inc.