# Exhibit
# 2
## FILED UNDER SEAL

CONTAINS CONFIDENTIAL MATERIAL
Wayne Berry v. Hawaiian Express