# Exhibit 3

FILED UNDER SEAL

CONTAINS CONFIDENTIAL MATERIAL
Wayne Berry v. Hawiian Express