# Exhibit 4

## Before Export

**From:** "Teresa Noa" <TeresaN@Fleming-Logistics.com>
**To:** "Mark" <MarkD@fleming-logistics.com>
**Cc:** "Brian Christensen" <bchrist@email.fleming.com>
**Sent:** Monday, November 25, 2002 12:20 PM
**Subject:** HAWAIIAN EXPRESS COMPUTER

**Mark per your message Hawaiian Express has installed one of their older computers to replace one of our computers.**

**Just want to make sure that you give heads up to Lex about this - as a part of the question is our software being installed in other than Fleming owned computers.**

**I understand Hawaiian Express confirmed with their lawyer this was acceptable - but please give Lex a heads up on this - as I don't personally like our software and data being on a Hawaiian Express computer**

**especially with the amount of information they have access to currently.**

**Thanks!**

**Teresa A. Noa**
**Logistics Coordinator**
**Fleming Companies Hawaii Division**
**(808) 682-3302**