# Exhibit 6

FILED UNDER SEAL

CONTAINS CONFIDENTIAL MATERIAL
Wayne Berry v. Hawaiian Express