# Exhibit 7

# Timothy J. Hogan

**From:** Timothy J. Hogan
**Sent:** Friday, April 07, 2006 11:23 AM
**To:** Lex Smith; Lyle Hosoda (E-mail)
**Subject:** Brian Christensen Testimony

**Attachments:** Christensen Appointed Division President.pdf



Christensen
Appointed Division..

```
         Dear Counsel:

In follow up to our earlier discussion, I discovered the attached email in the Guidance
materials in a deleted dbx file.  I thought I would afford you an opportunity to comment
on this before deciding on how to address it.

Tim Hogan

_____
Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii  96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email  tjh@loio.com


NOTICE:  This email is only for use by the intended recipient. If received in error any
use, disclosure or copying is prohibited. Any inadvertent receipt shall not be a waiver of
any privilege or work product protection. Please contact the sender at tjh@loio.com or at
(808) 528-0100.
```