EXHIBIT "A"

2.A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

WAYNE BERRY,                      ) CIVIL NO. CV01-00446
                                  )         SPK LEK
         Plaintiff,               ) (Copyright)
                                  )
    vs.                           )
                                  )
FLEMING COMPANIES, INC.,          )
aka FLEMING FOODS, INC.,          )
aka FLEMING, DOE                  )
INDIVIDUALS 1-50 AND DOE          )
PARTNERSHIPS,                     )
CORPORATIONS AND OTHER            )
ENTITIES 1-20 S 1-50,             )
                                  )
         Defendants.              )
_____)

DEPOSITION OF MARK DILLON

Taken on behalf of the Plaintiff pursuant to Notice, on Monday, March 25, 2002, commencing at 9:00 a.m., at the Law Offices of Lynch Ichida Thompson Kim & Hirota, 1132 Bishop Street, Suite 1405, Honolulu, Hawaii 96813.

JAN FLOATE & ASSOCIATES
(808) 263-1149

Exhibit A

```
 1   APPEARANCES:

 2
         For Plaintiff Wayne Berry:
 3
             TIMOTHY J. HOGAN, ESQ.
 4           Lynch Ichida Thompson Kim & Hirota
             1132 Bishop Street, Suite 1405
 5           Honolulu, Hawaii  96813
             (808) 528-0100
 6

 7       For Defendant Fleming Companies, Inc., aka
             Fleming Foods, Inc., aka Fleming:
 8
             LEX R. SMITH, ESQ.
 9           Kobayashi Sugita & Goda
             First Hawaiian Center
10           999 Bishop Street, Suite 2600
             Honolulu, Hawaii  96813
11           (808) 539-8700

12
         For Defendant Hawaiian Express Service,
13           Inc.:

14           ROY J. TJIOE, ESQ.
             Goodsill Anderson Quinn & Stifel
15           Alii Place, Suite 1800
             1099 Alakea Street
16           Honolulu, Hawaii  96813
             (808) 547-5600
17

18   Also Present:  Wayne Berry

19

20   REPORTED BY:   Laura Savo, CSR No. 347
                    Notary Public, State of Hawaii
21

22
                         -oOo-
23

24

25
```

```
 1    A    Twice.
 2    Q    Okay.  When was the first time?
 3    A    Friday.
 4    Q    Friday.  I presume you've spoken to him
      on the phone or had other contacts with him?
 6    A    Yes.
 7    Q    We don't want to know what you were
      talking about.  So you met with him Friday?
 9    A    Yes.
10    Q    When was the other time?
11    A    Just this morning.
12    Q    How long did you meet with him on
      Friday?
14    A    Forty-five minutes, something like
      that.
16    Q    Was anyone else in the room with you?
17    A    No.
18    Q    Did you discuss your testimony with
      Ralph Stussi?  That's S-t-u-s-s-i.
20    A    No.
21    Q    When was the last time you spoke with
      Mr. Stussi?
23    A    I saw him Friday, actually.
24    Q    You saw him Friday?
25    A    Yeah.
```

```
 1      Q    Is Mr. Stussi still employed at Fleming
 2 Kapolei?
 3      A    I'm not sure.
 4      Q    Why do you say that?
 5           MR. SMITH:  Well, I'll just tell you.
 6 The answer's no.
 7 BY MR. HOGAN:
 8      Q    All right.  Who's the boss out there?
 9      A    The boss would be Brian Christensen.
10      Q    Do you have any information regarding
11 why Mr. Stussi's no longer in Kapolei?
12      A    No, I don't.
13      Q    Have you heard any speculation from any
14 employees --
15      A    No, I haven't.
16      Q    -- at Fleming?
17           Did you discuss that with Theresa Noa?
18      A    No, I did not.
19      Q    Anyone else at Fleming?
20      A    No, I did not.
21      Q    Do you know Brian Christensen?
22      A    Not very well.
23      Q    Is he related, to your knowledge, to
24 Steve Christensen?
25      A    They're not related.
```