**EXHIBIT "C"**

```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3

 4   WAYNE BERRY, a Hawaii Citizen,  ) CIVIL NO. 03-00385SOM
                                     )
 5              Plaintiff,           )
                                     )
 6       vs.                         )
                                     )
 7   HAWAII EXPRESS SERVICE, INC.,   ) - VOLUME 3 -
     et al.,                         )
 8                                   )
                Defendants.          )
 9   _____)

10

11                   TRANSCRIPT OF PROCEEDINGS

12        The above-entitled matter came on for hearing on

13   Wednesday, March 1, 2006, at 9:04 a.m., at Honolulu, Hawaii,

14   BEFORE:         THE HONORABLE SUSAN OKI MOLLWAY
                     United States District Judge
15
     REPORTED BY:    STEPHEN B. PLATT, RMR, CRR
16                   Official U.S. District Court Reporter

17   APPEARANCES:    TIMOTHY J. HOGAN, ESQ.
                     WESLEY W. ICHIDA, ESQ.
18                   Lynch Ichida Thompson Kim & Hirota
                     1032 Bishop Street, Suite 1405
19                   Honolulu, Hawaii  96813

20                                   Attorneys for the Plaintiffs

21                   MICHAEL E. BAUMANN, ESQ.
                     DAMIAN D. CAPOZZOLA, ESQ.
22                   Kirkland & Ellis LLP
                     777 South Figueroa Street
23                   Los Angeles, CA  90017

24                                   Attorneys for Defendant
                                     Post Confirmation trust
25                                   for Fleming companies, Inc.
```

Exhibit C

```
                                                                  2

 1   APPEARANCES (Continued):

 2

 3

 4               LYLE S. HOSODA, ESQ.
                 RAINA P.B. MEAD, ESQ.
 5               Lyle S. Hosoda & Associates, LLC
                 345 Queen Street, Suite 804
 6               Honolulu, Hawaii  96813

 7                         Attorneys for Defendants
                           Mark Dillon, Teresa Noa,
 8                         Melvin Ponce, Sonia Purdy,
                           Justin Fukumoto, Alfredda
 9                         Waiolama and Jacqueline Rio

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1        THE CLERK:  Thank you.
2            Please be seated.
3            Please state your name and spell your first and last
4    name.
5        THE WITNESS:  Brian Christensen.  B-R-I-A-N,
6    C-H-R-I-S-T-E-N-S-E-N.
7                    BRIAN CHRISTENSEN,
8    called as a witness on behalf of the Plaintiff, having been
9    produced and duly sworn, was examined and testified as
10   follows:
11                    DIRECT EXAMINATION
12   BY MR. HOGAN:
13   Q.   Good morning, Mr. Christensen.
14        What is your job presently?
15   A.   I am the president of C&S Wholesale, the Hawaii division.
16   Q.   And what was your job in -- let's say April 1st 2003?
17   A.   I was the president of Fleming Companies Hawaii division.
18   Q.   And so would it be fair to say that you were the boss of
19   the people that are the employee defendants here?
20   A.   Yes.
21   Q.   Okay.
22        And, Mr. Christensen, what was your understanding --
23   was it your understanding that it was Fleming's intention as
24   of April 1st, 2003 to go back to the Berry system as it was
25   originally configured by Mr. Berry?

89

1  A.   Yes, it was.
2  Q.   Okay.
3            And, Mr. Christensen, you were at one time a
4  defendant in this case; is that correct?
5  A.   Yes.
6  Q.   Was it your understanding that Fleming had agreed to
7  indemnify you regarding Mr. Berry's claims?
8            MR. BAUMANN:  Objection --
9            MR. HOSODA:  Your Honor, objection.  Request for
10 side bar.
11           THE COURT:  Well, I don't think it's relevant, so
12 I'll sustain the objection on relevance grounds.
13 BY MR. HOGAN:
14 Q.   Mr. Christensen, during the period after Fleming filed
15 for bankruptcy on April 1st, 2003, did it close down any
16 divisions, to the best of your knowledge?
17 A.   I believe it did, but I'm not sure if it was on April
18 1st.
19 Q.   And I --
20 A.   Sometime after that.
21 Q.   And that wasn't what I was trying to imply.  But during
22 the period after April 1st, were there divisions being closed
23 down?
24 A.   I believe so.
25 Q.   And was it your understanding that the product from those

```
 1  divisions was being moved to other divisions during that time?
 2  A.  Possibly.
 3  Q.  All right.
 4      Do you have any understanding of whether Fleming
 5  received any of the product from the other divisions during
 6  the period after April 1st, 2003?
 7      MR. BAUMANN:  Objection, Your Honor.  That question
 8  makes no sense.  I thought we were talking about Fleming.
 9      MR. HOGAN:  I'm sorry.
10  BY MR. HOGAN:
11  Q.  Did Fleming Hawaii receive product from the divisions
12  that were closing down after that period of time?
13  A.  Possibly, yes.
14  Q.  Okay.
15      Do you have any basis for believing that the
16  freight -- that it would be handled by Mr. Berry's system
17  during that time?  Or that it wouldn't be handled by his
18  system during that time, as it was supposed to originally have
19  been configured?
20  A.  Could you rephrase that?
21  Q.  Okay, I'll rephrase it.
22      Do you have any basis for believing that this
23  freight -- or this merchandise that was being received by
24  Fleming Hawaii was not handled by Fleming Hawaii logistics
25  department using Mr. Berry's database?
```

1  A.  No.

2  Q.  Okay.

3      Did you ever have any belief or understanding that
4  any of the employees were using Mr. Berry's database for their
5  own purposes?  Personally, rather than as part of their job?

6  A.  Do I believe they were using it personally?

7  Q.  That's correct.

8  A.  No.

9  Q.  So is it fair to say that all their use was for Fleming's
10 business purposes?

11 A.  As far as I know, yes.

12 Q.  And, isn't it true, sir, that as the head of the
13 division, you could have just told them to stop using it as of
14 April 1st?

15 A.  Yes.

16 Q.  And did you ever tell them to stop using it as of April
17 1st?

18 A.  No.

19      MR. HOGAN:  No further questions, Your Honor.

20      THE COURT:  Okay.

21      MR. BAUMANN:  Your Honor, we're going to recall
22 Mr. Christensen in our case, so we are not going to examine
23 him now.

24      THE COURT:  So no examination now?

25      MR. HOSODA:  That's correct, Your Honor.