IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., et al.,<br><br>　　　　　　Defendants. | )　CIVIL NO. CV03-00385 SOM-LEK<br>)　(Copyright)<br>)<br>)<br>)　**CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

　　I HEREBY CERTIFY that on June 6, 2006, copies of the foregoing document were duly served via the Court's electronic transmission facilities, to the following parties:

/ / /

/ / /

/ / /

    Rex Y. Fujichaku    rfujichaku@bchlaw.net, jennifer@bchlaw.net

    Timothy J. Hogan    tjh@loio.com

    Lyle S. Hosoda    lsh@hosodalaw.com

    Raina P. Mead    rpbm@hosodalaw.com

DATED: Honolulu, Hawaii, June 6, 2006.

KOBAYASHI, SUGITA & GODA

*/s/ Lex R. Smith*
LEX R. SMITH
THOMAS H. YEE
Attorneys for Defendants
C&S LOGISTICS OF HAWAII, LLC, C&S WHOLESALE GROCERS, INC., C&S ACQUISITIONS LLC; ES3, LLC, and RICHARD COHEN

2