# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/07/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00385SOM-LEK |
| CASE NAME: | Wayne Berry, a Hawaii citizen vs. Hawaiian Express Service, Inc., et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 06/07/2006 | TIME: | |

COURT ACTION:  EO:  C & S Logistics of Hawaii, LLC., C & S Wholesale Grocers, Inc., C & S Acquisitions, LLC and Richard Cohen's Motion for Sanctions Pursuant to Fed.R.Civ.P. 11 Based on Plaintiff's and His Counsel's Frivolous "Motion for Recusal" will be considered by Magistrate Judge Leslie E. Kobayashi as a Non Hearing Motion.

Memorandum in Opposition is due **6/21/06**.
Reply Memorandum is due **7/5/06**.

C & S Logistics of Hawaii, LLC., C & S Wholesale Grocers, Inc., C & S Acquisitions, LLC and Richard Cohen's Motion for Sanctions Pursuant to Fed.R.Civ.P. 11 Based on Plaintiff's and His Counsel's Frivolous "Motion for Recusal" will be taken under Advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager