IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HAWAIIAN EXPRESS SERVICE, ) <br> INC., a California corporation; et al. ) <br> ) <br> Defendants. ) <br> _____ ) | Civ. No. CV03 00385 SOM-LEK <br> (Copyright) <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the PLAINTIFF WAYNE BERRY'S MEMORANDUM IN OPPOSITION TO DEFENDANTS C&S WHOLESALE GROCERS, INC., C&S ACQUISITION, LLC, C&S LOGISTICS, LLC, ES3, LLC AND RICHARD COHEN'S MOTION FOR SANCTIONS PURSUANT TO RULE 11 and DECLARATION OF TIMOTHY J. HOGAN IN SUPPORT OF MEMORANDUM IN OPPOSITION TO DEFENDANTS C&S WHOLESALE GROCERS, INC., C&S ACQUISITION, LLC, C&S LOGISTICS, LLC, ES3, LLC AND RICHARD COHEN'S  MOTION FOR SANCTIONS PURSUANT TO RULE 11; EXHIBITS 1 to 4 were served on the following at their last known

addresses in the manner indicated:

Served Electronically on June 21, 2006 :

Andrew V. Beaman abeaman@chunkerr.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Damian Capozzola dcapozzola@kirkland.com

Christopher T. Chun ctc@hosodalaw.com

Leroy E. Colombe lcolombe@chunkerr.com

Rex Y. Fujichaku rfujichaku@bchlaw.net, jennifer@bchlaw.net

Lyle S. Hosoda lsh@hosodalaw.com

Raina P. Mead ! rpbm@hosodalaw.com

William G. Meyer , III wmeyer@dwyerlaw.com

R. Olivia Samad osamad@kirkland.com

Lex R. Smith lrs@ksglaw.com

Ann C. Teranishi act@ksglaw.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

    DATED: Honolulu, Hawai'i, June 21, 2006.

                                     /s/ Timothy J. Hogan
                                     TIMOTHY J. HOGAN
                                     Attorney for Plaintiff WAYNE BERRY