ec som
pd

LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 1 2006

at ____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | Civ. No. CV03 00385 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HAWAIIAN EXPRESS SERVICE, | ) | **NOTICE OF APPEAL; EXHIBITS** |
| INC., a California corporation; H.E.S. | ) | **"1" TO "3"** |
| TRANSPORTATION SERVICES, | ) | |
| INC., a California corporation; | ) | |
| CALIFORNIA PACIFIC | ) | |
| CONSOLIDATORS, INC., a | ) | |
| California corporation; JEFFREY P. | ) | |
| GRAHAM and PETER SCHAUL, | ) | |
| California citizens; MARK DILLON | ) | |
| and TERESA NOA, BRIAN | ) | |
| CHRISTENSEN, Hawaii citizens; | ) | |
| FLEMING COMPANIES, INC., an | ) | |
| Oklahoma corporation; C & S | ) | |
| LOGISTICS OF HAWAII, LLC, a | ) | |
| Delaware LLC; C & S WHOLESALE | ) | |
| GROCERS, INC., a Vermont | ) | |
| corporation; | ) | |

C & S ACQUISITIONS, LLC;                    )
FOODLAND SUPER MARKET,                      )
LIMITED, a Hawaii corporation;             )
HAWAII TRANSFER COMPANY,                    )
LIMITED, a Hawaii Corporation,             )
RICHARD COHEN, a New Hampshire)
citizen ES3, LLC, a Delaware Limited )
Liability Company, MELVIN PONCE, )
SONIA PURDY, JUSTIN                         )
FUKUMOTO, AFREDDA                           )
WAIOLAMA, JACQUELINE RIO,                   )
Hawaii citizens; JESSIE GONZALES, )
LUIZ RODRIGUES, AL PEREZ and )
PATRICK HIRAYAMA , California               )
citizens; GUIDANCE SOFTWARE,                )
LLC, a California, LLC; MICHAEL             )
GURZI, a California citizen; ALIX           )
PARTNERS, LLC, a Delaware LLC;             )
DOE INDIVIDUALS 2-350; DOE                  )
PARTNERSHIPS, CORPORATIONS )
and OTHER DOE ENTITIES 2-20,               )
                                            )
                                            )
                Defendants.                 )
_____ )

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff-Appellant Wayne Berry, by and

through his undersigned counsel, hereby appeals to the United States Court of

Appeals for the Ninth Circuit from Orders of the Honorable Susan Oki Mollway

District Judge of the United States District Court for the District of Hawaii, that

are set forth on the attached Exhibit "1".

The Court entered its Second Amended Final Judgment in a Civil Case on March 16, 2006.  A true and correct copy is attached as Exhibit "2".

Pursuant to Circuit Court Rule 3-2, Appellant Wayne Berry submits his Identification of Parties to the Appeal, attached hereto as Exhibit "3."

Dated: Honolulu, Hawaii, _____June 21, 2006_____.

_____
TIMOTHY M. HOGAN
Attorney for Plaintiff
WAYNE BERRY

3