# Exhibit "1"

## Orders Appeals From

| Docket | Date | Judge | Order |
|---|---|---|---|
| 297 | 10/08/04 | J Mollway | Order Denying Berry's Motion for Preliminary Injunction. |
| 368 | 11/19/04 | J Mollway | Order Denying Motion for Reconsideration of Motion for Preliminary Injunction |
| 408 | 1/26/05 | J Mollway | Order Granting Foodland's Motion for Summary Judgment; Granting HTC's Motion for Summary Judgment and Granting in Part, Denying in Part Dillon, Noa and Christensen's Motion for Summary Judgment. |
| 496 | 5/09/05 | J Mollway | Order Affirming Protective Order of Master Adopted by Magistrate Judge on April 15, 2005 |
| 497 | 5/10/05 | J Mollway | Order Affirming Magistrate Judge's April 15, 2005, Order Adopting the Order of the Discovery Master Regarding Documents of Iowa Telecom |
| 569 | 6/27/05 | J Mollway | Order Granting in Part, Denying in Part Berry's Motion for Summary Judgment; Order Granting C&S, et Al.'s Motion for Summary Judgment |
| 602 | 8/10/05 | J Mollway | Order Denying Motion for Reconsideration Re: Order Granting in Part, Denying in Part Berry's Motion for Summary Judgment; Order Granting C&S, et Al.'s Motion for |

| | | | Summary Judgment |
|---|---|---|---|
| 623 | 9/15/05 | J Mollway | Order Denying Berry's Statement of Appeal of Order Denying Plaintiff's Request for F-1 Program Materials Filed by Discovery Master Clyde Wm. Matsui, Esq. On 8/29/05 |
| 653 | 10/21/05 | J Mollway | Order Denying Defendants' Motions for Summary Judgment; Order Affirmation Magistrate Judge's Adoption of Discovery Master's Order Regarding F-1 Program Materials |
| 855 | 03/09/2006 | J Mollway | Order Denying Plaintiff's Motion for Issuance of Permanent Injunction and for Order Directing Return, Destruction or Other Reasonable Disposition of All Copies of Freight Control System. |
| 856 | 03/09/2006 | J Mollway | Judgment in Favor of Plaintiff Against Defendant(s) Fleming, Mark Dillon and Teresa Noa |
| 859 | 03/16/2006 | J Mollway | Amended Document: Amended Judgment in a Civil Case re 856 Judgment. |
| 861 | 03/16/2006 | J Mollway | Second Amended Judgment in a Civil Case Amendment to 859 |
| 981 | 05/24/2006 | J Mollway | Order Denying Renewed Motions for Judgment as a Matter of Law. |
| 990 | 06/05/2006 | J Mollway | Order Denying Plaintiff's Amendment to Motion for New Trial Filed on 3/21/06 or in the Alternative Motion for Reconsideration and Rule 60(b) Relief. |