LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | Civ. No. CV03 00385 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff-Appellant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation; H.E.S. TRANSPORTATION SERVICES, INC., a California corporation; CALIFORNIA PACIFIC CONSOLIDATORS, INC., a California corporation; JEFFREY P. GRAHAM and PETER SCHAUL, California citizens; MARK DILLON and TERESA NOA, BRIAN CHRISTENSEN, Hawaii citizens; FLEMING COMPANIES, INC., an Oklahoma corporation; C & S LOGISTICS OF HAWAII, LLC, a Delaware LLC; C & S WHOLESALE GROCERS, INC., a Vermont corporation; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Ninth Circuit Court Rule 3-2 Representation Statement** |

| | |
|---|---|
| C & S ACQUISITIONS, LLC; | ) |
| FOODLAND SUPER MARKET, | ) |
| LIMITED, a Hawaii corporation; | ) |
| HAWAII TRANSFER COMPANY, | ) |
| LIMITED, a Hawaii Corporation, | ) |
| RICHARD COHEN, a New Hampshire | ) |
| citizen ES3, LLC, a Delaware Limited | ) |
| Liability Company, MELVIN PONCE, | ) |
| SONIA PURDY, JUSTIN | ) |
| FUKUMOTO, AFREDDA | ) |
| WAIOLAMA, JACQUELINE RIO, | ) |
| Hawaii citizens; JESSIE GONZALES, | ) |
| LUIZ RODRIGUES, AL PEREZ and | ) |
| PATRICK HIRAYAMA , California | ) |
| citizens; GUIDANCE SOFTWARE, | ) |
| LLC, a California, LLC; MICHAEL | ) |
| GURZI, a California citizen; ALIX | ) |
| PARTNERS, LLC, a Delaware LLC; | ) |
| DOE INDIVIDUALS 2-350; DOE | ) |
| PARTNERSHIPS, CORPORATIONS | ) |
| and OTHER DOE ENTITIES 2-20, | ) |
| | ) |
| | ) |
| Defendants-Appellees. | ) |
| | ) |

## Ninth Circuit Court Rule 3-2 Representation Statement

Pursuant to Ninth Circuit Court Rule 3-2, Plaintiff-Appellant Wayne Berry, an individual, hereby identifies all parties to the action, along with the named addresses of their respective counsel:

I.  List of Parties

   a.  Wayne Berry, Plaintiff-Appellant.

   b.  HAWAIIAN EXPRESS SERVICE, INC., a California corporation; H.E.S. TRANSPORTATION SERVICES, INC., a California corporation; CALIFORNIA PACIFIC CONSOLIDATORS, INC., a California corporation; JEFFREY P. GRAHAM and PETER SCHAUL, California citizens; MARK DILLON and TERESA NOA, BRIAN CHRISTENSEN, Hawaii citizens; FLEMING COMPANIES, INC., an Oklahoma corporation; C & S LOGISTICS OF HAWAII, LLC, a Delaware LLC; C & S WHOLESALE GROCERS, INC., a Vermont corporation; C & S ACQUISITIONS, LLC; FOODLAND SUPER MARKET, LIMITED, a Hawaii corporation; HAWAII TRANSFER COMPANY, LIMITED, a Hawaii Corporation, RICHARD COHEN, a New Hampshire citizen ES3, LLC, a Delaware Limited Liability Company, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, AFREDDA WAIOLAMA, JACQUELINE RIO, Hawaii citizens; JESSIE GONZALES, LUIZ RODRIGUES, AL PEREZ and PATRICK HIRAYAMA , California citizens; GUIDANCE SOFTWARE, LLC, a California, LLC; MICHAEL GURZI, a California citizen; ALIX PARTNERS, LLC, a Delaware LLC

Defendants, Appellees.

II. **List of Attorneys and Represented Parties**

   TIMOTHY J. HOGAN, ESQ.
   Lynch Ichida Thompson Kim & Hirota
   1132 Bishop Street, Honolulu Hawaii 96813
   Tel:   (808) 528-9721
   Attorney for Plaintiff-Appellant
   Wayne Berry

LYLE HOSODA, ESQ.
RAINA MEAD, ESQ.
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Tel: (808) 524-3700
Attorney for Defendants-Appellees Mark Dillon,
Brian Christensen, Teresa Noa
Melvin Ponce, Sonia Purdy,
Justin Fukumoto,
Afredda Waiolama and
Jacqueline Rio

MICHAEL BAUMANN, ESQ.
DAMIEN CAPOZZOLA, ESQ.
R. OLIVIA SAMAD, ESQ.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017
Tel: (213) 680-8400
Attorneys for Defendant-Appellee
Fleming Companies, Inc.
and the Post-Confirmation
Trust of Fleming Companies, Inc.

MARGERY BRONSTER, ESQ.
REX FUJICHAKU, ESQ.
Bronster Crabtree & Hoshibata
1001 Bishop Street, Suite 2300
Pauahi Tower
Honolulu, Hawaii 96813
Tel: (808) 524-5644
Attorneys for Defendants-Appellees
Guidance Software, LLC and
Michael Gurzi

VICTOR LIMONGELLI
JOHN PATZAKIS
GUIDANCE SOFTWARE, INC.
215 N. Marengo Ave.

Pasadena, California 91101
Telephone: (626) 229-9191
Attorneys for Defendants
GUIDANCE SOFTWARE, INC.
and MICHAEL GURZI


LEX R. SMITH, ESQ.
THOMAS YEE, ESQ.
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Tel:   (808) 539-8700
Attorneys for Defendants-Appellees
Fleming Companies, Inc.
and the Post-Confirmation
Trust of Fleming Companies, Inc.,
C & S Logistics of Hawaii, LLC,
C & S Wholesale Grocers, Inc.,
C & S Acquisitions, LLC, and
Richard Cohen, ES3, LLC

JOHN T. KOMEIJI, ESQ,
GREGORY Y.P. TOM, ESQ.
KAREN Y. ARIKAWA, ESQ.
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Tel:   (808) 544-8300
Attorneys for Defendant-Appellee
Alix Partners, LLC

SHELDON S. TOLL, ESQ.
2000 Town Center, Suite 2550
Southfield, MI 48075
Attorney for Defendant Appellee
Tel:   (248) 358-2460
Attorney for Alix Partners, LLC

WESLEY H. H. CHING, ESQ.
Fukunaga, Matayoshi, Hershey & Ching, LLC
1200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Tel:   (808) 533-4300
Attorney for Defendant-Appellee
 Hawaii Transfer Company, Limited

ROY J. TJIOE, ESQ.
EMILY REBER PORTER, ESQ.
Goodsill Anderson Quinn & Stifel
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Tel:   (808) 547-5600
Attorney for Defendants-Appellees
Hawaiian Express Service, Inc.,
H.E.S. Transportation Services, Inc.,
California Pacific Consolidators, Inc.,
Jeffrey P. Graham and Peter Schaul,
Jessie Gonzales, Luiz Rodrigues,
Al Perez and Patrick Hirayama

KAREN L.S. GABLER , ESQ.
Nordman Cormany Hair & Compton
1000 Town Center Drive, Sixth Floor
Oxnard, California 93036
Tel:   (805) 485-1000
Attorney for Defendants-Appellees
Hawaiian Express Service, Inc.,
H.E.S. Transportation Services, Inc.,
California Pacific Consolidators, Inc.,
Jeffrey P. Graham and Peter Schaul
Jessie Gonzales, Luiz Rodrigues,
Al Perez and Patrick Hirayama

    ANDREW V. BEAMAN, ESQ.
    LEROY COLOMBE, ESQ.
    Chun Kerr Dodd Beaman & Wong, LLLC
    Topa Financial Center, Fort Street Tower
    745 Fort Street, Floor 9
    Honolulu, Hawaii 96813
    Tel:  (808) 528-8200
    Attorney for Defendant-Appellee
    Foodland Super Market, Limited

### III.   CURRENT CM/ECF Email Addresses for Counsel

Andrew V. Beaman - abeaman@chunkerr.com

Margery S. Bronster - mbronster@bchlaw.net, audrey@bchlaw.net

Damian Capozzola - dcapozzola@kirkland.com

Wesley H.H. Ching - whc@fmhc-law.com, eol@fmhc-law.com; dd@fmhc-law.com

Christopher T. Chun - ctc@hosodalaw.com

Leroy E. Colombe - lcolombe@chunkerr.com

Rex Y. Fujichaku - rfujichaku@bchlaw.net, jennifer@bchlaw.net

Timothy J. Hogan - tjh@loio.com

Lyle S. Hosoda - lsh@hosodalaw.com

Raina! P. Mead - rpbm@hosodalaw.com, dmm@hosodalaw.com

Olivia Samad - osamad@kirkland.com

Lex R. Smith - lrs@ksglaw.com

Thomas H.Y.P. Yee - thy@ksglaw.com, bls@ksglaw.com

IV. **CURRENT Email Addresses for Counsel Not Registered for CM/ECF**

Karen Gabler - kgabler@nchc.com

Victor Limongelli - Victor@GuidanceSoftware.com

John Patzakis - John.Patzakis@GuidanceSoftware.com

Sheldon Toll - LawToll@comcast.net

DATED: Honolulu, Hawai'i, June 21, 2006.

　　　　　　　　　　　　　　　　　　　　TIMOTHY J. HOGAN
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff-Appellant
　　　　　　　　　　　　　　　　　　　　WAYNE BERRY