AO83

# Court Copy

Receipt for Payment

**U.S. District Court - Hawaii**

For Internal Use Only

| | |
|---|---|
| Receipt | 235583 |
| Trans | 140511 |

Received From:   LYNCH ICHIDA
Case Number:
Reference Number:   CV 03-385

|  |  |
|---|---|
| Check | 455.00 |
| Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
| | Total | | 455.00 |
| | Tend | | 455.00 |
| | Due | | 0.00 |

06/21/2006 02:17:25 PM     Deputy Clerk: et/AG