IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____    U.S. District Court Case No. __03-CV-00385 SOM-LEK__

Short Case Title __Wayne Berry v. Hawaiian Express Service, Inc., et al.__

Date Notice of Appeal Filed by Clerk of District Court __June 21, 2006__

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| See Attached Ex. "A" | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(X) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __n/a__    Estimated date for completion of transcript _____

Print Name of Attorney __Timothy J. Hogan__    Phone Number __528-9721__

Signature of Attorney __[signature]__

Address __Lynch Ichida et al. 1132 Bishop Street, Suite 1405, Honolulu, Hawaii 96813__

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
        (signature of court reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____    Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

__Sue Beitia_____    BY: _____
(U.S. District Court Clerk)    (date)        DEPUTY CLERK

The following Transcripts have been previously filed with the District Court and are hereby respectfully designated by the Plaintiff-Appellant Wayne Berry:

| Date | Court Reporter | Matter | Docket No. or Date Filed |
| --- | --- | --- | --- |
| 08/30/2004 | Debra Chun | Preliminary Injunction | 09/07/2004[1] |
| 09/28/2004 | Debra Chun | Continued Preliminary Inj. | 10/29/2004 |
| 02/27/2006 | Steve Platt | Motions | 951 |
| 02/28/2006 | Steve Platt | Trial | 952 |
| 03/01/2006 | Steve Platt | Trial | 953 |
| 03/02/2006 | Steve Platt | Trial | 954 |
| 03/03/2006 | Steve Platt | Trial | 955 |
| 03/07/2006 | Steve Platt | Trial/ Permanent Injunction | 956 |

---

[1] Plaintiff believes that the docket entry dated 9/7/04 represents the filing of this transcript but the notation in the docket states "taken on 08/20/04".



EXHIBIT "A"