LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;   ) | Civ. No. CV03 00385 SOM-LEK |
| ) | (Copyright) |
| Plaintiff,   ) | |
| ) | **CERTIFICATE OF SERVICE** |
| vs.   ) | **RE: TRANSCRIPT DESIGNATION** |
| ) | **FORM; EXHIBIT "A"** |
| HAWAIIAN EXPRESS SERVICE,   ) | |
| INC., a California corporation; et al.   ) | |
| ) | |
| Defendants.   ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE RE:
TRANSCRIPT DESIGNATION FORM**

I hereby certify that on the dates and by the methods of service noted below,

a true and correct copy of the Transcript Designation Form ; Exhibit "A" was

served on the following at their last known addresses:

Served Electronically on  June 29, 2006:

Andrew V. Beaman abeaman@chunkerr.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Damian Capozzola dcapozzola@kirkland.com

Christopher T. Chun ctc@hosodalaw.com

Leroy E. Colombe lcolombe@chunkerr.com

Rex Y. Fujichaku rfujichaku@bchlaw.net, jennifer@bchlaw.net

Lyle S. Hosoda lsh@hosodalaw.com

Raina P. Mead ! rpbm@hosodalaw.com

William G. Meyer , III wmeyer@dwyerlaw.com

R. Olivia Samad osamad@kirkland.com

Lex R. Smith lrs@ksglaw.com

Ann C. Teranishi act@ksglaw.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com


Served via first class mail, postage prepaid on  June 29, 2006:

Stephen B. Platt, CRR, RMR CBC
U.S. District Court Reporter
300 Ala Moana Boulevard
C-287
Honolulu, Hawaii 96813

Debra Kekuna Chun, RPR, CRR

United States Reporter
300 Ala Moana Boulevard, Suite C285
P.O. Box 50131
Honolulu, HI 96850

    DATED: Honolulu, Hawai'i, June 29, 2006.

                                       /s/ Timothy J. Hogan
                                       TIMOTHY J. HOGAN
                                       Attorney for Plaintiff WAYNE BERRY