IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| vs. | ) **CERTIFICATE OF SERVICE** |
| | ) |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 5, 2006, copies of the foregoing document were duly served via the Court's electronic transmission facilities, to the following parties:

/ / /

/ / /

/ / /

Rex Y. Fujichaku    rfujichaku@bchlaw.net, jennifer@bchlaw.net

Timothy J. Hogan    tjh@loio.com

Lyle S. Hosoda    lsh@hosodalaw.com

Raina P. Mead    rpbm@hosodalaw.com

DATED:  Honolulu, Hawaii, July 5, 2006.

KOBAYASHI, SUGITA & GODA        /s/ *Lex R. Smith*
                                LEX R. SMITH
                                THOMAS H. YEE
                                Attorneys for Defendants
                                C&S LOGISTICS OF HAWAII,
                                LLC, C&S WHOLESALE
                                GROCERS, INC., C&S
                                ACQUISITIONS LLC; ES3, LLC,
                                and RICHARD COHEN

2