**KOBAYASHI SUGITA & GODA**
ATTORNEYS • AT • LAW

999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813-4430

Telephone: 808-539-8700
Facsimile: 808-539-8799
E-Mail: ael@ksglaw.com

Bert T. Kobayashi, Jr.*
Kenneth Y. Sugita*
Alan M. Goda*
Dale W. Lee*
Lex R. Smith*
David L. Monroy*
Wendell H. Fuji*
Robert K. Ichikawa*
Janeen-Ann A. Olds*
Clifford K. Higa*
Charles W. Gall*
John F. Lezak*
Larry L. Myers*
Craig K. Shikuma*
Christopher T. Kobayashi*
Ruth K. Oh*
Burt T. Lau*
Ronald T. Ogomori*
David B. Tongg*
Bruce A. Nakamura*
Lanson K. Kupau*
Jonathan A. Kobayashi*

Brendan S. Bailey
George Gusman III
Anne E. Lopez
Kenneth M. Nakasone
Curtis K. Saiki
Jesse W. Schiel
Duane C. Seabolt
Joseph A. Stewart
Ann C. Teranishi
Robert A. Ueoka
Thomas H. Yee
Nathan H. Yoshimoto

May 12, 2006

*A Law Corporation

VIA HAND DELIVERY

Timothy Hogan, Esq.
Lynch, Ichida, Thompson, Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813

Re:  Berry v. Hawaiian Express Services, Inc.

Dear Mr. Hogan:

Pursuant to Fed. R. Civ. P. 11(c)(1)(A), this is to notify you that the motion for sanctions you have signed and filed is frivolous.

Served herewith is my motion for sanctions pursuant to Rule 11. If you fail to withdraw your motion for recusal, the enclosed motion for sanctions will be filed as provided by the rules.

Very truly yours,

LEX R, SMITH
     for
KOBAYASHI, SUGITA & GODA

LRS/bls
Enclosure as stated

EXHIBIT A