# KOBAYASHI SUGITA & GODA
ATTORNEYS • AT • LAW

999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813-4430

Telephone: 808-539-8700
Facsimile: 808-539-8799
E-Mail: ael@ksglaw.com

Bert T. Kobayashi, Jr.*
Kenneth Y. Sugita*
Alan M. Goda*
Dale W. Lee*
Lex R. Smith*
David L. Monroy*
Wendell H. Fuji*
Robert K. Ichikawa*
Janeen-Ann A. Olds*
Clifford K. Higa*
Charles W. Gall*
John F. Lezak*
Larry L. Myers*
Craig K. Shikuma*
Christopher T. Kobayashi*
Ruth K. Oh*
Burt T. Lau*
Ronald T. Ogomori*
David B. Tongg*
Bruce A. Nakamura*
Lanson K. Kupau*
Jonathan A. Kobayashi*

Brendan S. Bailey
George Gusman III
Anne E. Lopez
Kenneth M. Nakasone
Curtis K. Saiki
Jesse W. Schiel
Duane C. Seabolt
Joseph A. Stewart
Ann C. Teranishi
Robert A. Ueoka
Thomas H. Yee
Nathan H. Yoshimoto

*A Law Corporation

May 15, 2006

<u>VIA HAND DELIVERY</u>

Timothy Hogan, Esq.
Lynch, Ichida, Thompson, Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813

Re: <u>Berry v. Hawaiian Express Services, Inc.</u>

Dear Mr. Hogan:

We discovered a typographical error on page 7 of the Memorandum in Support of Motion for Sanctions which was delivered to your office on Friday, May 12, 2006.

Specifically, the portion of the deposition attached as Exhibit "A" to the Motion and Memorandum in Support of Motion for Sanctions was incorrectly cited as Page 92, rather than pp. 88-89. Accordingly, attached is a copy of our corrected Page 7 and Exhibit "A".

Please give me a call if you have any questions or comments.

Very truly yours,

LEX R, SMITH
for
KOBAYASHI, SUGITA & GODA

LRS/bls
Enclosures as stated
400756.v1

EXHIBIT B