LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | Civ. No. CV03 00385 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | **RE: SUPPLEMENTAL** |
| | ) | **TRANSCRIPT DESIGNATION** |
| HAWAIIAN EXPRESS SERVICE, | ) | **FORM; EXHIBIT "A"** |
| INC., a California corporation; et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE RE:
SUPPLEMENTAL TRANSCRIPT DESIGNATION FORM**

I hereby certify that on the dates and by the methods of service noted below,

a true and correct copy of the Supplemental Transcript Designation Form ; Exhibit

"A" was served on the following at their last known addresses:

Served Electronically on July 12, 2006:

Andrew V. Beaman abeaman@chunkerr.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Damian Capozzola dcapozzola@kirkland.com

Christopher T. Chun ctc@hosodalaw.com

Leroy E. Colombe lcolombe@chunkerr.com

Rex Y. Fujichaku rfujichaku@bchlaw.net, jennifer@bchlaw.net

Lyle S. Hosoda lsh@hosodalaw.com

Raina P. Mead ! rpbm@hosodalaw.com

William G. Meyer , III wmeyer@dwyerlaw.com

R. Olivia Samad osamad@kirkland.com

Lex R. Smith lrs@ksglaw.com

Ann C. Teranishi act@ksglaw.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com


Served via first class mail, postage prepaid on July 12, 2006:


Stephen B. Platt, CRR, RMR CBC
U.S. District Court Reporter
300 Ala Moana Boulevard C-287
Honolulu, Hawaii 96813

Debra Kekuna Chun, RPR, CRR

United States Reporter
300 Ala Moana Boulevard, Suite C285
P.O. Box 50131
Honolulu, HI 96850

Cinthia Fazio, RPR, CRR
United States Reporter
300 Ala Moana Boulevard, Suite C281
P.O. Box 50131
Honolulu, HI 96850

Sharon Ross
United States Reporter
P.O. Box 50131
Honolulu, HI 96850

  DATED: Honolulu, Hawai'i, July 12, 2006.


           /S/Timothy J. Hogan
           TIMOTHY J. HOGAN
           Attorney for Plaintiff WAYNE BERRY