UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>HAWAIIAN EXPRESS SERVICE, INC., a California corporation; et al.,<br><br>Defendants - Appellees. | No. 06-16199<br><br>D.C. No. CV-03-00385-SOM<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED
AUG 15 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Appellants' motion to dismiss with prejudice appellees Foodland Supermarket, Ltd., Alix Partners, LLC., Hawaiian Express Service, Inc., Jeffrey P. Graham, Peter Schaul, Jessie Gonzales, Luiz Rodrigues, Al Perez, Patrick Hirayama and Hawaii Transfer Co, Ltd. from No. 06-16199 under Federal Rule of Appellate Procedure 42(b) is granted.

The court is in receipt of joinder of H.E.S. Transportation Services, Inc., California Pacific Consolidators, Inc., Jeffrey P. Graham, Peter Schaul and Patrick Hirayama. Within 14 days after the date of this order, appellant shall move for dismissal of the appeal as to those appellees or show cause why dismissal is unwarranted.

No. 06-16199

The court is in receipt of appellee Hawaii Transfer Company, Limited's response to the above-mentioned appellants' motion to dismiss.

A certified copy of this order shall act as and for the mandate of this court as to the above-named parties only.

> For the Court:
> CATHY A. CATTERSON
> Clerk of the Court
>
> *Alihandra M. Totor*
> Alihandra M. Totor
> Deputy Clerk
> Ninth Cir. R. 27-7/Advisory Note to Rule 27
> and Ninth Circuit Rule 27-10

pro 08.07.06

2

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 1 5 2006

by
Deputy Clerk

```
INTERNAL USE ONLY: Proceedings include all events.
06-16199 Berry v. Hawaiian Express, et al
```

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen<br>    Plaintiff - Appellant | Timothy J. Hogan, Esq.<br>808/528-0100<br>#1405<br>[COR LD NTC ret]<br>Lynch Ichida Thompson & Kim<br>1132 Bishop Street<br>Honolulu, HI 96813 |
| v. | |
| HAWAIIAN EXPRESS SERVICE, INC.,<br>a California corporation<br>    Defendant - Appellee | Roy J. Tjioe<br>547-5600<br>[COR LD NTC ret]<br>Emily Reber Porter, Esq.<br>FAX 808/547-5880<br>808/547-5600<br>Suite 1800<br>[COR LD NTC ret]<br>GOODSILL, ANDERSON, QUINN &<br>STIFEL<br>1099 Alakea Street<br>Honolulu, HI 96813-4500<br><br>Karen L.S. Gabler, Esq.<br>805/485-1000<br>[COR LD NTC ret]<br>NORDMAN CORMANY HAIR & COMPTON<br>1000 Town Center Drive<br>Sixth Floor<br>Oxnard, CA 93036 |
| H.E.S. TRANSPORTATION SERVICES<br>INC., a California corporation<br>    Defendant - Appellee | Roy J. Tjioe<br>(See above)<br>[COR LD NTC ret]<br>Emily Reber Porter, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>Karen L.S. Gabler, Esq.<br>(See above)<br>[COR LD NTC ret] |
| CALIFORNIA PACIFIC<br>CONSOLIDATORS, INC., a<br>California corporation<br>    Defendant - Appellee | Roy J. Tjioe<br>(See above)<br>[COR LD NTC ret]<br>Emily Reber Porter, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>Karen L.S. Gabler, Esq.<br>(See above)<br>[COR LD NTC ret] |

MOATT

INTERNAL USE ONLY: Proceedings include all events.
06-16199 Berry v. Hawaiian Express, et al

| | |
|---|---|
| JEFFREY P. GRAHAM<br>    Defendant - Appellee | Roy J. Tjioe<br>(See above)<br>[COR LD NTC ret]<br>Emily Reber Porter, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>Karen L.S. Gabler, Esq.<br>(See above)<br>[COR LD NTC ret] |
| PETER SCHAUL<br>    Defendant - Appellee | Roy J. Tjioe<br>(See above)<br>[COR LD NTC ret]<br>Emily Reber Porter, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>Karen L.S. Gabler, Esq.<br>(See above)<br>[COR LD NTC ret] |
| MARK DILLON<br>    Defendant - Appellee | Lyle S. Hosoda, Esq.<br>FAX 808/524-3838<br>808/524-3700<br>Suite 804<br>[COR LD NTC ret]<br>Christopher T. Chun, Esq.<br>808-524-3700<br>Suite 804<br>[COR LD NTC ret]<br>LYLE S. HOSODA & ASSOCIATES<br>Queen Street Building<br>345 Queen Street<br>Honolulu, HI 96813 |
| TERESA NOA<br>    Defendant - Appellee | Lyle S. Hosoda, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Christopher T. Chun, Esq.<br>(See above)<br>[COR LD NTC ret] |
| BRIAN CHRISTENSEN<br>    Defendant - Appellee | Lyle S. Hosoda, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Christopher T. Chun, Esq.<br>(See above)<br>[COR LD NTC ret] |
| FLEMING COMPANIES, INC., an<br>Oklahoma Corporation<br>    Defendant - Appellee | Ann Teranishi<br>808/539-8700<br>Suite 2600<br>[COR LD NTC ret] |

INTERNAL USE ONLY: Proceedings include all events.
06-16199 Berry v. Hawaiian Express, et al

| | |
|---|---|
| Defendant - Appellee | Suite 2600<br>[COR LD NTC ret]<br>KOBAYASHI SUGITA & GODA<br>999 Bishop St<br>Honolulu, HI 96813-3889 |
| ES3 LLC, a Delaware Limited Liability Company<br>   Defendant - Appellee | Thomas H.Y.P. Yee, Esq.<br>(See above)<br>[COR LD NTC ret] |
| MELVIN PONCE, Hawaii citizen<br>   Defendant - Appellee | Lyle S. Hosoda, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Christopher T. Chun, Esq.<br>(See above)<br>[COR LD NTC ret] |
| SONIA PURDY, Hawaii citizen<br>   Defendant - Appellee | Lyle S. Hosoda, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Christopher T. Chun, Esq.<br>(See above)<br>[COR LD NTC ret] |
| JUSTIN FUKUMOTO, Hawaii citizen<br>   Defendant - Appellee | Lyle S. Hosoda, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Christopher T. Chun, Esq.<br>(See above)<br>[COR LD NTC ret] |
| AFREDDA WAIOLAMA, Hawaii citizen<br>   Defendant - Appellee | Lyle S. Hosoda, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Christopher T. Chun, Esq.<br>(See above)<br>[COR LD NTC ret] |
| JACQULINE RIO, Hawaii citizen<br>   Defendant - Appellee | Lyle S. Hosoda, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Christopher T. Chun, Esq.<br>(See above)<br>[COR LD NTC ret] |
| JESSIE GONZALES, California citizen<br>   Defendant - Appellee | No appearance<br>No appearance |
| LUIZ RODRIGUES, California citizen<br>   Defendant - Appellee | No appearance<br>(See above) |
| AL PEREZ, California cictizen | No appearance |

```
INTERNAL USE ONLY: Proceedings include all events.
06-16199 Berry v. Hawaiian Express, et al

        Defendant - Appellee              (See above)

PATRICK HIRAYAMA, California          Emily Reber Porter, Esq.
citizen                               (See above)
        Defendant - Appellee          [COR LD NTC ret]

GUIDANCE SOFTWARE, LLC, a             Margery S Bronster
California LLC                        808/524-5644
        Defendant - Appellee          [COR LD NTC ret]
                                      BRONSTER, CRABTREE & HOSHIBATA
                                      2300 Pauahi Tower
                                      1001 Bishop Street
                                      Honolulu, HI 96813

                                      John Patzakis, Esq.
                                      626/229-9191
                                      [COR LD NTC ret]
                                      GUIDANCE SOFTWARE INC.
                                      215 N Marengo Ave
                                      Pasadena, CA 91101

MICHAEL GURZI, a California           Rex Fujichaku
citizen                               FAX 808/599-1881
        Defendant - Appellee          808/524-5644
                                      [COR LD NTC ret]
                                      BRONSTER, CRABTREE & HOSHIBATA
                                      2300 Pauahi Tower
                                      1001 Bishop Street
                                      Honolulu, HI 96813

                                      John Patzakis, Esq.
                                      (See above)
                                      [COR LD NTC ret]

ALIX PARTNERS, LLC, a Delaware        John T. Komeiji, Esq.
LLC                                   FAX 808/544-8397
        Defendant - Appellee          808/544-8300
                                      23rd Floor
                                      [COR LD NTC ret]
                                      WATANABE ING KAWASHIMA &
                                      KOMEIJI
                                      First Hawaiian Center
                                      999 Bishop Street
                                      Honolulu, HI 96813

                                      James Kawashima, Esq.
                                      FAX 808/275-0399
                                      808/275-0300
                                      Suite 500
                                      [COR LD NTC ret]
                                      KAWASHIMA LORUSSO & TOM
                                      Topa Financial Center
                                      745 Fort St.
                                      Honolulu, HI 96813
```

MOATT

INTERNAL USE ONLY: Proceedings include all events.
06-16199 Berry v. Hawaiian Express, et al

```
                                    Kobayashi Suita & Goda
                                    First Hawaiian Center
                                    999 Bishop St.
                                    Honolulu, HI 96813-3889

                                    Damian Capozzola
                                    FAX 680-8500 213
                                    213-680-8400
                                    [COR LD NTC ret]
                                    KIRKLAND & ELLIS, LLP
                                    777 S. Figueroa St.
                                    Los Angeles, CA 90017-5800

C & S LOGISTICS OF HAWAII, LLC,     Ann Teranishi
a Delaware LLC                      (See above)
      Defendant - Appellee          [COR LD NTC ret]

C & S WHOLESALE GROCERS, INC.,      Ann Teranishi
a Vermont Corporation               (See above)
      Defendant - Appellee          [COR LD NTC ret]

C & S ACQUISITIONS, LLC             Ann Teranishi
      Defendant - Appellee          (See above)
                                    [COR LD NTC ret]

FOODLAND SUPER MARKET, LTD, a       Andrew V. Beaman, Esq.
Hawaii Corporation                  808/528-8200
      Defendant - Appellee          900 Hawaii Tower
                                    [COR LD NTC ret]
                                    CHUN, KERR, DODD, BEAMAN & WONG
                                    745 Fort Street
                                    Honolulu, HI 96813

HAWAII TRANSFER COMPANY,            Edmund K. Saffery, Esq.
LIMITED, a Hawaii Corporation       808/547-5600
      Defendant - Appellee          Suite 1800
                                    [COR LD NTC ret]
                                    GOODSILL ANDERSON QUINN &
                                    STIFEL
                                    Alii Plaza
                                    1099 Alakea St., Suite 1800
                                    Honolulu, HI 96813-2639

                                    Julia M. Morgan
                                    808/533-4300
                                    Suite 1200
                                    [COR LD NTC ret]
                                    FUKUNAGA, MATAYOSHI, HERSHEY &
                                    CHING
                                    841 Bishop Street
                                    Honolulu, HI 96813-3908

RICHARD COHEN, a New Hampshire      Thomas H.Y.P. Yee, Esq.
citizen                             808/539-8700
```