

**FILED**
AUG 3 0 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>HAWAIIAN EXPRESS SERVICE, INC., a California corporation; et al.,<br><br>Defendants - Appellees. | No. 06-16199<br><br>D.C. No. CV-03-00385-SOM<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 0 1 2006
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Appellants' motion to dismiss with prejudice appellees H.E.S. Transportation Services, Inc., and California Pacific Consolidators, Inc. is granted.

A certified copy of this order shall act as and for the mandate of this court as to the above-named parties only.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
AUG 3 0 2006
by _____ Deputy Clerk

For the Court:
CATHY A. CATTERSON
Clerk of the Court

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit Rule 27-10

pro 08.21

INTERNAL USE ONLY: Events between 1/1/06 and 1/1/06.
06-16199 Berry v. Hawaiian Express, et al

```
WAYNE BERRY, a Hawaii citizen        Timothy J. Hogan, Esq.
     Plaintiff - Appellant           808/528-0100
                                     #1405
                                     [COR LD NTC ret]
                                     Lynch Ichida Thompson & Kim
                                     1132 Bishop Street
                                     Honolulu, HI 96813

     v.

HAWAIIAN EXPRESS SERVICE, INC.,
a California corporation
     Defendant - Appellee
  [term  08/15/06]

H.E.S. TRANSPORTATION SERVICES       Roy J. Tjioe
INC., a California corporation       547-5600
     Defendant - Appellee            [COR LD NTC ret]
                                     Emily Reber Porter, Esq.
                                     FAX 808/547-5880
                                     808/547-5600
                                     Suite 1800
                                     [COR LD NTC ret]
                                     GOODSILL, ANDERSON, QUINN &
                                     STIFEL
                                     1099 Alakea Street
                                     Honolulu, HI 96813-4500

                                     Karen L.S. Gabler, Esq.
                                     805/485-1000
                                     [COR LD NTC ret]
                                     NORDMAN CORMANY HAIR & COMPTON
                                     1000 Town Center Drive
                                     Sixth Floor
                                     Oxnard, CA 93036

CALIFORNIA PACIFIC                   Roy J. Tjioe
CONSOLIDATORS, INC., a               (See above)
California corporation               [COR LD NTC ret]
     Defendant - Appellee            Emily Reber Porter, Esq.
                                     (See above)
                                     [COR LD NTC ret]

                                     Karen L.S. Gabler, Esq.
                                     (See above)
                                     [COR LD NTC ret]

JEFFREY P. GRAHAM
     Defendant - Appellee
  [term  08/15/06]

PETER SCHAUL
     Defendant - Appellee
```

Docket as of August 29, 2006 12:29 pm                Page 2    NON-PUBLIC

```
INTERNAL USE ONLY: Events between 1/1/06 and 1/1/06.
06-16199 Berry v. Hawaiian Express, et al

  [term  08/15/06]
```

| | |
|---|---|
| MARK DILLON<br>    Defendant - Appellee | Lyle S. Hosoda, Esq.<br>FAX 808/524-3838<br>808/524-3700<br>Suite 804<br>[COR LD NTC ret]<br>Christopher T. Chun, Esq.<br>808-524-3700<br>Suite 804<br>[COR LD NTC ret]<br>LYLE S. HOSODA & ASSOCIATES<br>Queen Street Building<br>345 Queen Street<br>Honolulu, HI 96813 |
| TERESA NOA<br>    Defendant - Appellee | Lyle S. Hosoda, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Christopher T. Chun, Esq.<br>(See above)<br>[COR LD NTC ret] |
| BRIAN CHRISTENSEN<br>    Defendant - Appellee | Lyle S. Hosoda, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Christopher T. Chun, Esq.<br>(See above)<br>[COR LD NTC ret] |
| FLEMING COMPANIES, INC., an<br>Oklahoma Corporation<br>    Defendant - Appellee | Ann Teranishi<br>808/539-8700<br>Suite 2600<br>[COR LD NTC ret]<br>Kobayashi Suita & Goda<br>First Hawaiian Center<br>999 Bishop St.<br>Honolulu, HI 96813-3889<br><br>Damian Capozzola<br>FAX 680-8500 213<br>213-680-8400<br>[COR LD NTC ret]<br>KIRKLAND & ELLIS, LLP<br>777 S. Figueroa St.<br>Los Angeles, CA 90017-5800 |
| C & S LOGISTICS OF HAWAII, LLC,<br>a Delaware LLC<br>    Defendant - Appellee | Ann Teranishi<br>(See above)<br>[COR LD NTC ret] |
| C & S WHOLESALE GROCERS, INC.,<br>a Vermont Corporation<br>    Defendant - Appellee | Ann Teranishi<br>(See above)<br>[COR LD NTC ret] |

INTERNAL USE ONLY: Events between 1/1/06 and 1/1/06.
06-16199 Berry v. Hawaiian Express, et al


| | |
|---|---|
| C & S ACQUISITIONS, LLC<br>    Defendant - Appellee | Ann Teranishi<br>(See above)<br>[COR LD NTC ret] |
| FOODLAND SUPER MARKET, LTD, a<br>Hawaii Corporation<br>    Defendant - Appellee<br>  [term  08/15/06] | |
| HAWAII TRANSFER COMPANY,<br>LIMITED, a Hawaii Corporation<br>    Defendant - Appellee<br>  [term  08/15/06] | |
| RICHARD COHEN, a New Hampshire<br>citizen<br>    Defendant - Appellee | Thomas H.Y.P. Yee, Esq.<br>808/539-8700<br>Suite 2600<br>[COR LD NTC ret]<br>KOBAYASHI SUGITA & GODA<br>999 Bishop St<br>Honolulu, HI 96813-3889 |
| ES3 LLC, a Delaware Limited<br>Liability Company<br>    Defendant - Appellee | Thomas H.Y.P. Yee, Esq.<br>(See above)<br>[COR LD NTC ret] |
| MELVIN PONCE, Hawaii citizen<br>    Defendant - Appellee | Lyle S. Hosoda, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Christopher T. Chun, Esq.<br>(See above)<br>[COR LD NTC ret] |
| SONIA PURDY, Hawaii citizen<br>    Defendant - Appellee | Lyle S. Hosoda, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Christopher T. Chun, Esq.<br>(See above)<br>[COR LD NTC ret] |
| JUSTIN FUKUMOTO, Hawaii<br>citizen<br>    Defendant - Appellee | Lyle S. Hosoda, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Christopher T. Chun, Esq.<br>(See above)<br>[COR LD NTC ret] |
| AFREDDA WAIOLAMA, Hawaii<br>citizen<br>    Defendant - Appellee | Lyle S. Hosoda, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Christopher T. Chun, Esq.<br>(See above)<br>[COR LD NTC ret] |

INTERNAL USE ONLY: Events between 1/1/06 and 1/1/06.
06-16199 Berry v. Hawaiian Express, et al

```
JACQULINE RIO, Hawaii citizen          Lyle S. Hosoda, Esq.
      Defendant - Appellee             (See above)
                                       [COR LD NTC ret]
                                       Christopher T. Chun, Esq.
                                       (See above)
                                       [COR LD NTC ret]

JESSIE GONZALES, California
citizen
      Defendant - Appellee
   [term  08/15/06]

LUIZ RODRIGUES, California
citizen
      Defendant - Appellee
   [term  08/15/06]

AL PEREZ, California cictizen
      Defendant - Appellee
   [term  08/15/06]

PATRICK HIRAYAMA, California
citizen
      Defendant - Appellee
   [term  08/15/06]

GUIDANCE SOFTWARE, LLC, a              Margery S Bronster
California LLC                         808/524-5644
      Defendant - Appellee             [COR LD NTC ret]
                                       BRONSTER, CRABTREE & HOSHIBATA
                                       2300 Pauahi Tower
                                       1001 Bishop Street
                                       Honolulu, HI 96813

                                       John Patzakis, Esq.
                                       626/229-9191
                                       [COR LD NTC ret]
                                       GUIDANCE SOFTWARE INC.
                                       215 N Marengo Ave
                                       Pasadena, CA 91101

MICHAEL GURZI, a California            Rex Fujichaku
citizen                                FAX 808/599-1881
      Defendant - Appellee             808/524-5644
                                       [COR LD NTC ret]
                                       BRONSTER, CRABTREE & HOSHIBATA
                                       2300 Pauahi Tower
                                       1001 Bishop Street
                                       Honolulu, HI 96813

                                       John Patzakis, Esq.
                                       (See above)
                                       [COR LD NTC ret]
```

INTERNAL USE ONLY: Events between 1/1/06 and 1/1/06.
06-16199 Berry v. Hawaiian Express, et al


ALIX PARTNERS, LLC, a Delaware
LLC
      Defendant - Appellee
  [term   08/15/06]