IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __06-16199__   U.S. District Court Case No. __03-CV-00385 SOM-LEK__

Short Case Title __Wayne Berry v. Hawaiian Express Service, Inc., et al.__

Date Notice of Appeal Filed by Clerk of District Court __June 21, 2006__

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 26 2006
at __4__ o'clock and __15__ min. __P__M
SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| See Attached Ex. "A" | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __8/21/2006__   Estimated date for completion of transcript _____

Print Name of Attorney __Timothy J. Hogan__   Phone Number __528-9721__

Signature of Attorney _____

Address __Lynch Ichida et al. 1132 Bishop Street, Suite 1405, Honolulu, Hawaii 96813__

**SECTION B** - To be completed by court reporter

I, __Bzry K Chng__ (signature of court reporter) __8/22/2006__ have received this designation.
(X) Arrangements for payment were made on
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

__60__ Approximate Number of Pages in Transcript—Due Date __9/22/2006__

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __8/31/2006__ Court Reporter's Signature __Bzry K Chng__

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

__Sue Beitia__      __9/26/06__      BY: _____
(U.S. District Court Clerk)    (date)              DEPUTY CLERK

In response to the PCT Designation of Transcript received August 21, 2006, Plaintiff Appellant Wayne Berry hereby Orders and designates the following additional transcript.

| Hearing Date | Court Reporter | Matter | Docket No. or Date Filed |
|---|---|---|---|
| 01/18/2005 | Debra Chun | Hearing on MSJ | Hearing Minutes at Docket No. 401 |

# Exhibit "A"