# Exhibit A

18. I based my July 22, 2003 affidavit on the facts as I knew them and on information that I believed to be true at the time based upon discussed work and processes by Mr. Dillon, Mr. Smith and myself. I have since come to realize that my original opinion, based on a reasonable degree of scientific certainty, was in fact in error limited in scope only as to the single computer which was discovered after reviewing the "after" listing. I have no actual knowledge as to how or why those 16 files were copied onto that computer, and I was led to believe by Mr. Dillon that no such files containing Wayne Berry's files were reinstalled back onto the systems after I had originally wiped them.

DATED: Pasadena, California, April 20, 2005.

*/s/ Michael D. Gurzi*
MICHAEL D. GURZI

7