# Exhibit C



**U.S. Department of Justice**

United States Attorney
District of Hawaii

---

PJKK Federal Building　　　　　　(808) 541-2850
300 Ala Moana Blvd., Room 6-100　FAX (808) 541-2958
Honolulu, Hawaii 96850

November 4, 1999

Mr. Wayne Berry, President
Atlantic Pacific, Inc.
Honolulu, HI 96813

　　　　　GRAND JURY SUBPOENA DATED NOVEMBER 4, 1999

TO WHOM SERVED:

　　　You recently received a grand jury subpoena requiring you to produce documents on the date and time indicated before a federal grand jury sitting in the District of Hawaii. In order to avoid the inconvenience to you of personally appearing before the grand jury, **you may elect** to deliver the records to the federal law enforcement Special Agent serving this subpoena who will cause them to be returned to the grand jury on your behalf.

　　　If you would like to elect this alternative means of production, please sign the accompanying production statement. If all the records called for by the subpoena are not being produced, please amend the statement to indicate when the records can be produced (if you have access to them), where they are located (if you do not have access to them), or why they can neither be produced nor located.

　　　Thank you for your cooperation. If you have any questions, please feel free to contact the undersigned Assistant United States Attorney at telephone number (808) 541-2850.

　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　STEVEN S. ALM
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　By:　LYNN SULLIVAN
　　　　　　　　　　　　For: LESLIE E. OSBORNE, JR.
　　　　　　　　　　　　　　　Assistant U.S. Attorney

TO:   UNITED STATES ATTORNEY          (Subpoena served to:
      DISTRICT OF HAWAII              **MR. WAYNE BERRY, President**
                                                       **Atlantic Pacific, Inc.**)
      ATTN: Leslie E. Osborne, Jr.
            Assistant U.S. Attorney

RE:   GRAND JURY SUBPOENA

      I _____, hereby elect on behalf of **MR. WAYNE BERRY, PRESIDENT, ATLANTIC PACIFIC, INC.,** respond to the Grand Jury Duces Tecum issued to **MR. WAYNE BERRY, PRESIDENT, ATLANTIC PACIFIC, INC.,** for production of records and documents to the Grand Jury on **November 9, 1999** at **9:00 a.m.,** by delivering the records and documents called for by the subpoena to the Internal Revenue Service Special Agent Chuck Banfe or his representative, for delivery to the Grand Jury.

      I hereby certify that to the best of my knowledge, the records and documents are all the records and documents called for by the Subpoena in the possession, custody and control of **MR. WAYNE BERRY, PRESIDENT, ATLANTIC PACIFIC, INC.**

                                        _____
                                        NAME

                                        _____
                                        TITLE

NOTE:   A FALSE, FICTITIOUS, OR FRAUDULENT STATEMENT OR REPRESENTATION MADE IN ANY MATTER WITHIN THE JURISDICTION OF ANY DEPARTMENT OR AGENCY OF THE UNITED STATES MAY RESULT IN A FINE OF NOT MORE THAN $250,000, OR IMPRISONMENT FOR NOT MORE THAN FIVE (5) YEARS, OR BOTH (18 U.S.C. § 1001).

COPY

Note: Please bring this subpoena with you on the date specified.

AO 110 (Rev. 12/89) Subpoena to Testify Before Grand Jury

# United States District Court

DISTRICT OF **HAWAII**

TO: MR. WAYNE BERRY, President
Atlantic Pacific, Inc.
Honolulu, Hawaii 96813

## SUBPOENA TO TESTIFY BEFORE GRAND JURY

SUBPOENA FOR:

☒ PERSON    ☒ DOCUMENT(S) OR OBJECT(S)

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE | COURTROOM |
|---|---|
| U.S. COURTHOUSE<br>300 ALA MOANA BLVD., ROOM C-320<br>HONOLULU, HI 96850 | Room C-323 |
| (99-I-    ) | DATE AND TIME<br>Nov. 9/99<br>9:00 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

THIS SUBPOENA CAN BE COMPLIED WITH BY EARLY DELIVERY TO, OR PICK-UP OF MATERIALS AS AVAILABLE, BY IRS SPECIAL AGENT CHUCK BANFE OR HIS REPRESENTATIVE. SEE ATTACHMENT FOR DESCRIPTION OF MATERIALS.

NOTE: ANY QUESTION ABOUT THIS SUBPOENA, PLEASE CALL IRS-CID SPECIAL AGENT CHUCK BANFE AT TELEPHONE NUMBER (808) 539-2817.

THE GOVERNMENT WILL NOT BE RESPONSIBLE FOR ANY PARKING VIOLATIONS WHICH YOU MAY RECEIVE.

☐ Please see additional information on reverse

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| CLERK<br>WALTER A..Y.H. CHINN | DATE 11/4/99 |
|---|---|
| (BY) DEPUTY CLERK | |

This subpoena is issued on application of the United States of America

#92

NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY
LESLIE E. OSBORNE, JR., AUSA
U.S. Attorney's Office, Rm. 6100
PJKK Federal Bldg.
Honolulu, HI 96850
Telephone: (808) 541-2850
(IRS) S/A Chuck Banfe
Tel. (808) 539-2817

*If not applicable, enter "none"    This form was electronically produced by Elite Federal Forms, Inc.

**Person to Contact**
Special Agent Chuck Banfe at 539-2817
or
Special Agent Tai Lee at 539-2817

Wayne Berry
President
Atlantic Pacific, Inc.
Honolulu, Hawaii 96813

In the investigation of **MARION LOKELANI LINDSEY** (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), testimony and all records relating to Mrs. LINDSEY's income tax liability for the years 1993-1997 including but not limited to:

1. All corporate records of Atlantic Pacific, Inc and A&A Consolidators, Inc.

*ML-S-Wayne Berry*