LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff WAYNE BERRY

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | Civ. No. CV03 00385 SOM-LEK |
| | (Copyright) |
| Plaintiff, | |
| | **CERTIFICATE OF SERVICE** |
| vs. | |
| | |
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation; et al. | |
| | |
| Defendants. | |
| _____ | |

## CERTIFICATE OF SERVICE

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the PLAINTIFF WAYNE BERRY'S OBJECTIONS TO REPORT OF SPECIAL MASTER ON DEFENDANTS GUIDANCE SOFTWARE, INC. AND MICHAEL GURZI'S MOTION FOR ATTORNEY'S FEES AND COSTS AND DEFENDANTS C&S LOGISTICS OF HAWAII, LLC, C&S WHOLESALE GROCERS, INC., C&S ACQUISITIONS, ES3, LLC, AND

RICHARD COHEN'S MOTION FOR AWARD OF ATTORNEY'S FEES AND FULL COSTS SUBMITTED ON OCTOBER 25, 2006 and DECLARATION OF TIMOTHY J. HOGAN; EXHIBIT "A" TO "F" were served on the following at their last known addresses:

Served Electronically via the ECM/CF system on November 8, 2006:

Andrew V. Beaman abeaman@chunkerr.com, nshinozuka@chunkerr.com; lwarfield@chunkerr.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Damian Capozzola dcapozzola@kirkland.com

Wesley H.H. Ching whc@fmhc-law.com, eol@fmhc-law.com; dd@fmhc-law.com

Christopher T. Chun ctc@hosodalaw.com

Leroy E. Colombe lcolombe@chunkerr.com

Rex Y. Fujichaku rfujichaku@bchlaw.net, natashia@consumerlaw.com

Lyle S. Hosoda  lsh@hosodalaw.com

Raina P. Mead rpbm@hosodalaw.com, dmm@hosodalaw.com

William G. Meyer , III wmeyer@dwyerlaw.com, jborges@dwyerlaw.com

Lex R. Smith lrs@ksglaw.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

<u>Notice delivered by regular email to</u>:

Michael E. Baumann   mbaumann@kirkland.com

Erin Brady   ebrady@kirkland.com

DATED: Honolulu, Hawai'i, November 8, 2006.

<u>/s/ Timothy J. Hogan</u>
TIMOTHY J. HOGAN
Attorney for Plaintiff WAYNE BERRY