BRONSTER CRABTREE & HOSHIBATA
A Law Corporation

MARGERY S. BRONSTER #4750
REX Y. FUJICHAKU #7198
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-5644
Facsimile:  (808) 599-1881
mbronster@bchlaw.net
rfujichaku@bchlaw.net

VICTOR LIMONGELLI (admitted *pro hac vice*)
JOHN PATZAKIS (admitted *pro hac vice*)
GUIDANCE SOFTWARE, INC.
215 N. Marengo Ave.
Pasadena, California  91101
Telephone:  (626) 229-9191
Facsimile: (626) 229-9199
Victor@GuidanceSoftware.com
John.Patzakis@GuidanceSoftware.com

Attorneys for Defendants
GUIDANCE SOFTWARE, INC.
and MICHAEL GURZI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | ) Civil No. 03-00385 SOM/LEK<br>) (Copyright)<br>) |
| Plaintiff, | ) CERTIFICATE OF SERVICE<br>) |
| (CAPTION CONTINUED)<br>         v. | )<br>) |

|  |  |
|---|---|
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation, et al., | ) ) ) ) ) |
| Defendants. | ) ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on November 17, 2006:

Served Electronically through CM/ECF:

TIMOTHY J. HOGAN, ESQ.                              tjh@loio.com
    Attorney for Plaintiff
    WAYNE BERRY

LEX R. SMITH, ESQ.                                       lrs@ksglaw.com
THOMAS H. YEE, ESQ.                                  thy@ksglaw.com
    Attorneys for Defendants                       bls@ksglaw.com
    FLEMING COMPANIES, INC., C&S
    WHOLESALE GROCERS, INC.,
    C&S LOGISTICS OF HAWAII, LLC,
    C&S ACQUISITIONS, LLC, ES3,
    LLC, and RICHARD COHEN

DAMIAN CAPOZZOLA, ESQ.                        dcapozzola@kirkland.com
R. OLIVIA SAMAD, ESQ.                               osamad@kirkland.com
    Attorneys for Defendant
    FLEMING COMPANIES, INC.

| | |
|---|---|
| LYLE S. HOSODA, ESQ. | lsh@hosodalaw.com |
| RAINA P.B. MEAD, ESQ. | rpbm@hosodalaw.com |
| CHRISTOPHER T. CHUN, ESQ. | ctc@hosodalaw.com |
|    Attorneys for Defendants | dmm@hosodalaw.com |
|    MARK DILLON, BRIAN CHRISTENSEN, TERESA NOA, MELVIN PONCE, ALFREDDA WAIOLAMA, JACQUELINE RIO, JUSTIN FUKUMOTO and SONIA PURDY | |

Served by First Class Mail:

   MICHAEL E. BAUMANN, ESQ.         U.S. MAIL
   Kirkland & Ellis
   777 Figueroa Street, Suite 3700
   Los Angeles, California 90017
      Attorney for Defendant
      FLEMING COMPANIES, INC.

   Dated: Honolulu, Hawaii, November 17, 2006.

                /s/ REX Y. FUJICHAKU
              MARGERY S. BRONSTER
              REX Y. FUJICHAKU

              VICTOR LIMONGELLI
              JOHN PATZAKIS

              Attorneys for Defendants
              GUIDANCE SOFTWARE, INC.
              and MICHAEL GURZI