LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | Civ. No. CV03 00385 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | RE: |
| | ) | **PLAINTIFF WAYNE BERRY'S** |
| HAWAIIAN EXPRESS SERVICE, | ) | **MOTION FOR ORDER** |
| INC., a California corporation; et al., | ) | **WITHDRAWING THE** |
| | ) | **REFERENCE TO THE** |
| | ) | **MAGISTRATE OF POST-TRIAL** |
| | ) | **MOTIONS RELATED TO** |
| | ) | **ATTORNEYS FEES AND COSTS;** |
| | ) | **MEMORANDUM IN SUPPORT;** |
| | ) | **DECLARATION OF TIMOTHY J.** |
| | ) | **HOGAN; EXHIBITS "1" & "2"** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of Plaintiff Wayne Berry's Motion for Order Withdrawing the Reference to the Magistrate of Post-trial Motions Related to Attorneys Fees and Costs; Memorandum in Support of Motion; Declaration of Timothy J. Hogan; Exhibit "1" & "2" was served on the following at their last known addresses:

**Served Electronically VIA CM/ECF on  November 28, 2006:**

Andrew V. Beaman abeaman@chunkerr.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Damian Capozzola dcapozzola@kirkland.com

Wesley H.H. Ching whc@fmhc-law.com, eol@fmhc-law.com; dd@fmhc-law.com

Christopher T. Chun ctc@hosodalaw.com

Leroy E. Colombe lcolombe@chunkerr.com

Rex Y. Fujichaku rfujichaku@bchlaw.net, jennifer@bchlaw.net

Lyle S. Hosoda lsh@hosodalaw.com

Raina! P. Mead rpbm@hosodalaw.com, dmm@hosodalaw.com

William G. Meyer , III wmeyer@dwyerlaw.com, jborges@dwyerlaw.com

Lex R. Smith lrs@ksglaw.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

**VIA Regular Email**

Michael Baumann, Esq.    mbaumann@kirkland.com
Lex Smith, Esq.    lrs@ksglaw.com

    DATED: Honolulu, Hawai'i, November 28, 2006.

                                    /s/ Timothy J. Hogan
                                    TIMOTHY J. HOGAN
                                    Attorney for Plaintiff WAYNE BERRY