# Exhibit 1

| | **COST INCURRED** | **AMOUNT** |
|---|---|---|
| | Additional In House Copy costs Of 67,246 pages at .15 per page | $10,086.90 |
| TOTAL | | $10,086.90 |