# Exhibit
# 2

# Exhibit 1(B)

3/13/2006
1:07 PM

LYNCH ICHIDA THOMPSON KIM & HIROTA
Pre-bill Worksheet

Page    118

BERRY_WAYNE.HAWN EXPRESS:MR. WAYNE BERRY (continued)

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 7/13/2005 119535 | Laura Quek PHOTOCOPIES PHOTOCOPIES | 0.20 | 68.000 | 13.60 | Billable |
| 10/13/2004 106185 | Carole Christopher PHOTOCOPIES PHOTOCOPIES | 0.20 | 70.000 | 14.00 | Billable Release |
| 12/19/2003 90950 | Carole Christopher PHOTOCOPIES PHOTOCOPIES | 0.20 | 60.000 | 12.00 | Billable Release |
| 7/15/2005 119567 | Laura Quek PHOTOCOPIES PHOTOCOPIES | 0.20 | 95.000 | 19.00 | Billable |
| 7/19/2005 119583 | Laura Quek PHOTOCOPIES PHOTOCOPIES | 0.20 | 10.000 | 2.00 | Billable |
| 12/22/2003 91005 | Carole Christopher PHOTOCOPIES PHOTOCOPIES | 0.20 | 245.000 | 49.00 | Billable Release |
| 12/26/2003 91130 | Carole Christopher PHOTOCOPIES PHOTOCOPIES | 0.20 | 40.000 | 8.00 | Billable Release |
| 7/19/2005 119586 | Laura Quek PHOTOCOPIES PHOTOCOPIES | 0.20 | 32.000 | 6.40 | Billable |
| 7/20/2005 119718 | Laura Quek PHOTOCOPIES PHOTOCOPIES | 0.20 | 7.000 | 1.40 | Billable |
| 10/14/2004 106207 | Carole Christopher PHOTOCOPIES PHOTOCOPIES | 0.20 | 193.000 | 38.60 | Billable Release |
| 7/27/2005 119978 | Laura Quek PHOTOCOPIES PHOTOCOPIES | 0.20 | 76.000 | 15.20 | Billable |

Total: COPY
Hold                                                      $10,318.40        $3,130.80

Activity: COST ADVANCED

| 6/9/2005 119099 | Carole Christopher COST ADVANCED COST ADVANCED - MESSENGER SERVICE | 7.81 | 1.000 | 7.81 | Billable Release |
| 1/27/2006 127858 | Susan E. Arquines COST ADVANCED COST ADVANCED- FEDERAL EXPRESS- INVOICE NO. 3-314-00834- 1/20/06 Reference:    _Costs Advanced | 41.51 | 1.000 | 41.51 | Billable |
| 9/15/2005 123250 | Laureen Bowles COST ADVANCED COST ADVANCED-MESSENGER SERVICE | 7.81 | 1.000 | 7.81 | Billable |
| 9/15/2005 123252 | Laureen Bowles COST ADVANCED COST ADVANCED-MESSENGER SERVICE | 10.42 | 1.000 | 10.42 | Billable |