LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | Civ. No. CV03 00385 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | SUPPLEMENTAL |
| | ) | **CERTIFICATE OF SERVICE** |
| HAWAIIAN EXPRESS SERVICE, | ) | |
| INC., a California corporation; et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of Plaintiff Wayne Berry's Limited Objection to Report of Special Master on Plaintiff Wayne Berry's Motion for Attorney's Fees and Full Costs; Defendant Post-confirmation Trust's Motion for Attorney's Fees and Costs;

and Defendant Employees' Motion for Attorney's Fees and Costs Filed on December 4, 2006; Declaration of Timothy J. Hogan; Exhibits "1 to "5" was served on the following at their last known addresses:

**Served Electronically VIA CF/ECM System on  December 14, 2006:**

Andrew V. Beaman abeaman@chunkerr.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Damian Capozzola dcapozzola@kirkland.com

Christopher T. Chun ctc@hosodalaw.com

Leroy E. Colombe lcolombe@chunkerr.com

Rex Y. Fujichaku rfujichaku@bchlaw.net, jennifer@bchlaw.net

Lyle S. Hosoda lsh@hosodalaw.com

Raina P. Mead ! rpbm@hosodalaw.com

William G. Meyer , III wmeyer@dwyerlaw.com

R. Olivia Samad osamad@kirkland.com

Lex R. Smith lrs@ksglaw.com

Ann C. Teranishi act@ksglaw.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

**Served VIA Regular Email on December 14, 2006**.

Michael Baumann, mbaumann@kirkland.com

    DATED: Honolulu, Hawai'i, December 14, 2006.

                                    /s/ Timothy J. Hogan
                                    TIMOTHY J. HOGAN