**EXHIBIT B**

Case 1:03-cv-00385-DAE-LEK     Document 1022-4     Filed 02/08/2007     Page 1 of 3



| | |
|---|---|
| "Timothy J. Hogan" <hogant001@hawaii.rr.com><br>09/14/2005 08:14 PM | To: "'Damian Capozzola'" <dcapozzola@kirkland.com>, "Timothy J. Hogan" <tjh@loio.com><br>cc: "'timothyjosephhogan'" <timothyjosephhogan@hotmail.com>, "'Erin Brady'" <ebrady@kirkland.com>, "'smcfarland'" <smcfarland@pszyjw.com><br>bcc:<br>Subject: RE: Stipulation |

I have to leave to attend something at my son's school. I will say as a general comment that I won't agree to anything that takes away Mr. Berry's right to appeal in the Hawaii case. This appears to end with entry of a judgment. As you know from your own recent experience, none of these matters will ever end until cert denied. What do you suggest?

Also, what is the other court of competent jurisdiciton? I don't like supprises. I would prefer a neutral choice of laws, say Federal common law if there is such a thing. It will take me too long to get up to speed on "internal Delware law."

Tim Hogan


**From:** Damian Capozzola [mailto:dcapozzola@kirkland.com]
**Sent:** Wednesday, September 14, 2005 5:01 PM
**To:** Hogan; Damian Capozzola
**Cc:** timothyjosephhogan; hogant001; Erin Brady; smcfarland
**Subject:** Re: Stipulation


```
That's fine.  As long you can do so before you leave if at all possible.
Thanks.
```

```
    ----- Original Message -----
    From: "Timothy J. Hogan" [tjh@loio.com]
    Sent: 09/14/2005 09:59 PM
    To: Damian Capozzola
    Cc: <timothyjosephhogan@hotmail.com>; <hogant001@hawaii.rr.com>; Erin Brady;
<smcfarland@pszyjw.com>
    Subject: RE: Stipulation
```

Dear Mr. Capozzola:

I am not a liberty to address the stipulation at this moment. I will attempt to take it up this evening.


Tim Hogan

Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. (808) 528-0100
Fax. (808) 528-4997
Email tjh@loio.com

NOTICE: This email is only for use by the intended recipient. If received in error any use, disclosure or copying is prohibited. Any inadvertent receipt shall not be a waiver of any privilege or work product protection. Please contact the sender at tjh@loio.com or at (808) 528-0100.

**From:** Damian Capozzola [mailto:dcapozzola@kirkland.com]
**Sent:** Wednesday, September 14, 2005 4:42 PM
**To:** Timothy J. Hogan
**Cc:** timothyjosephhogan@hotmail.com; hogant001@hawaii.rr.com; Erin Brady; smcfarland@pszyjw.com
**Subject:** Stipulation

Mr. Hogan,

  Further to our call of a couple hours ago, please find attached a stipulation concerning the deadline for the PCT's objections to Mr. Berry's administrative claims. If this is satisfactory please sign (Ms. McFarland informs me that will be acceptable under local practice), or forward to Mr. Erhart and direct him to sign, and fax to Scotta McFarland at fax no. 302 652 4400 ASAP. If you could please try to push this forward before you leave the office tonight we would appreciate it as otherwise we will be dealing with six hours of time zone difference tomorrow. Thank you for your attention to these matters.

--Damian Capozzola

**Damian D. Capozzola | KIRKLAND & ELLIS LLP**
777 South Figueroa St., Floor 37 | Los Angeles, CA 90017
213.680.8653 PHONE | 213.448.2709 MOBILE | 213.680.8500 FACSIMILE

dcapozzola@kirkland.com | www.kirkland.com/dcapozzola

************************************************************
The information contained in this communication is