KOBAYASHI, SUGITA & GODA
LEX R. SMITH           3485-0
THOMAS H. YEE          7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No.  (808) 539-8799
Email: lrs@ksglaw.com

KIRKLAND & ELLIS LLP
Michael E. Baumann (CA Bar No. 145830)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email: mbaumann@kirkland.com
Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
|---|---|
|  | ) (Copyright) |
| Plaintiff, | ) |
|  | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
|  | ) |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | ) |
|  | ) |
| Defendants. | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 8, 2007, copies of DEFENDANT PCT'S RESPONSE TO PLAINTIFF WAYNE BERRY'S LIMITED OBJECTION TO THE REPORT OF SPECIAL MASTER; THE DECLARATION OF ERIN N. BRADY IN SUPPORT OF DEFENDANT PCT'S RESPONSE TO PLAINTIFF WAYNE BERRY'S LIMITED OBJECTION TO THE REPORT OF THE SPECIAL MASTER; and EXHIBITS "A" – "D" were duly served via the Court's electronic transmission facilities, to the following parties:

Andrew V. Beaman    abeaman@chunkerr.com, nshinozuka@chunkerr.com; lwarfield@chunkerr.com

Margery S. Bronster    mbronster@bchlaw.net, audrey@bchlaw.net

Damian Capozzola    dcapozzola@kirkland.com

Wesley H.H. Ching    whc@fmhc-law.com, eol@fmhc-law.com; dd@fmhc-law.com

Christopher T. Chun    ctc@hosodalaw.com

Leroy E. Colombe    lcolombe@chunkerr.com

Rex Y. Fujichaku    rfujichaku@bchlaw.net, natashia@consumerlaw.com

Timothy J. Hogan    tjh@loio.com, timmyhogan@gmail.com

Lyle S. Hosoda    lsh@hosodalaw.com

Raina P. Gushiken    rpbg@hosodalaw.com, dmm@hosodalaw.com

William G. Meyer , III    wmeyer@dwyerlaw.com, jborges@dwyerlaw.com; carashiro@dwyerlaw.com

DATED:  Honolulu, Hawaii, February 8, 2007.

>    */s/ Thomas H. Yee*
>    KOBAYASHI, SUGITA & GODA
>    Lex R. Smith (659-0)
>    Thomas H. Yee (7344-0)
>    Suite 2600 First Hawaiian Center
>    999 Bishop Street
>    Honolulu, HI  96813
>    Telephone:    (808) 539-8700
>    Facsimile:    (808) 539-8799
>
>             and
>
>    KIRKLAND & ELLIS LLP
>    Michael E. Baumann (CA Bar No. 145830)
>    777 South Figueroa Street
>    Los Angeles, CA 90017
>    Telephone:    (213) 680-8400
>    Facsimile:    (213) 680-8500
>
>    Co-Counsel for the Post Confirmation Trust for Fleming Companies, Inc.