KOBAYASHI, SUGITA & GODA
Lex R. Smith        3485-0
Thomas H. Yee    7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii  96813
Telephone No. (808) 539-8700
Facsimile No.  (808) 539-8799
Email: lrs@ksglaw.com

KIRKLAND & ELLIS LLP
Michael E. Baumann (CA Bar No. 145830)
777 South Figueroa Street
Los Angeles, CA  90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email: mbaumann@kirkland.com
Counsel for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., et al.,<br><br>　　　　　　　Defendants.<br>_____ | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>**DEFENDANT PCT'S RESPONSE TO PLAINTIFF WAYNE BERRY'S EX PARTE MOTION**<br><br>Non-Hearing |

**DEFENDANT PCT'S RESPONSE TO**
**PLAINTIFF WAYNE BERRY'S EX PARTE MOTION**

In his *ex parte* motion, Berry alleges that the PCT violated this Court's November 29, 2006 order and/or applicable rules by (i) filing its objection to the Special Master's Report more than 10 days after it was issued and (ii) filing a response to Berry's objection to the Special Master's Report.  With respect to the first charge, Federal Rule of Civil Procedure ("FRCP") 53(g)(2) permits a party to file a motion to amend or modify a Special Master's report, or an objection to a report, within 20 days of its issuance.  The Special Master issued her report on December 4, 2006.  The PCT filed its objection on December 22, 2006 -- 18 days after the report was issued and within the time FRCP 53(g)(2) permits.  With respect to Berry's second charge, Local Rule 7.4 permits a party to file an objection to a motion (or in this case Berry's objection, which under FRCP 53(g)(2) is synonymous with a motion to amend or modify the Special Master's report) 18 days before a scheduled hearing.  The hearing to consider Berry's objection to the Special Master's report is set for February 26, 2007.  While the Court's November 29, 2006 order instructed the parties not to file reply briefs, it did not forbid objections/responses to a party's FRCP 53(g)(2) filing.

1

The PCT has complied with all applicable rules and court orders.

DATED: Honolulu, Hawaii, February 12, 2007.

/s/ Thomas H. Yee
_____
KOBAYASHI, SUGITA & GODA
Lex R. Smith (659-0)
Thomas H. Yee (7344-0)
Suite 2600 First Hawaiian Center
999 Bishop Street
Honolulu, HI  96813
Telephone:   (808) 539-8700
Facsimile:    (808) 539-8799

    and

KIRKLAND & ELLIS LLP
Michael E. Baumann (CA Bar No. 145830)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone:   (213) 680-8400
Facsimile:    (213) 680-8500

Co-Counsel for the Post Confirmation Trust for Fleming Companies, Inc.