LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;  )  <br>  )  <br> Plaintiff,  )  <br>  )  <br> vs.   )  <br>  )  <br> HAWAIIAN EXPRESS SERVICE,  )  <br> INC., a California corporation; et al.,  )  <br>  )  <br>  )  <br> Defendants.  )  <br> _____ ) | Civ. No. CV03 00385 SOM-LEK <br> (Copyright) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the dates and by the methods of service noted below,

a true and correct copy of Plaintiff Wayne Berry's

Reply to Defendant PCT's Response to Plaintiff Wayne Berry's Ex Parte Motion

for Order Granting Leave to File Response to Defendant Pct's Response to Plaintiff

Wayne Berry's Limited Objection to the Report of Special Master Filed by Fleming Companies, Inc; Declaration of Timothy J. Hogan; Exhibit "A" was served on the following at their last known addresses:

**Served Electronically VIA CM/ECF on February 12, 2007:**

Andrew V. Beaman abeaman@chunkerr.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Damian Capozzola dcapozzola@kirkland.com

Wesley H.H. Ching whc@fmhc-law.com, eol@fmhc-law.com; dd@fmhc-law.com

Christopher T. Chun ctc@hosodalaw.com

Leroy E. Colombe lcolombe@chunkerr.com

Rex Y. Fujichaku rfujichaku@bchlaw.net, jennifer@bchlaw.net

Lyle S. Hosoda lsh@hosodalaw.com

Raina! P. Mead rpbm@hosodalaw.com, dmm@hosodalaw.com

William G. Meyer , III wmeyer@dwyerlaw.com, jborges@dwyerlaw.com

Lex R. Smith lrs@ksglaw.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

**VIA Regular Email**

Michael Baumann, Esq.    mbaumann@kirkland.com

Lex Smith, Esq.    lrs@ksglaw.com

DATED: Honolulu, Hawai'i, February 12, 2007.

                                                /s/ Timothy J. Hogan
                                                TIMOTHY J. HOGAN
                                                Attorney for Plaintiff WAYNE BERRY