# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 238369 |
|---|---|
| Trans | 144169 |

Received From:   **ERIN BRADY**
Case Number:
Reference Number:   CV 03-385SOM

|  | Check | 225.00 |
|---|---|---|
|  | Total | 225.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| PRO HAC VICE | 685513 | 1 | 225.00 |
|  |  | **Total** | **225.00** |
|  |  | Tend | 225.00 |
|  |  | Due | 0.00 |

02/09/2007 02:50:01 PM          Deputy Clerk: et/LG