

**ORIGINAL**

**LODGED**
FEB 09 2007
2:47 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 12 2007

at 4 o'clock and 30 min. P M
SUE BEITIA, CLERK

KOBAYASHI, SUGITA & GODA

LEX R. SMITH          3485-0
THOMAS H. YEE         7344-0
SUITE 2600, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 539-8700
Fax No. (808) 539-8799
Email: lrs@ksg.law.com

KIRKLAND & ELLIS LLP
Michael E. Baumann (CA Bar No. 145830)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone No. (213) 680-8400
Facsimile No. (213) 680-8500
Email: mbaumann@kirkland.com

Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., et al.,<br><br>Defendants. | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>POST CONFIRMATION TRUST FOR THE FLEMING COMPANIES, INC.'S APPLICATION TO ADMIT ERIN N. BRADY, ESQ. PRO HAC VICE; DECLARATION OF LEX R. SMITH; DECLARATION OF ERIN N. BRADY; ORDER GRANTING APPLICATION FOR PRO HAC VICE ADMISSION OF ERIN N. BRADY |

1

POST CONFIRMATION TRUST FOR THE FLEMING COMPANIES, INC.'S
APPLICATION TO ADMIT ERIN N. BRADY, ESQ. PRO HAC VICE

THE POST CONFIRMATION TRUST FOR THE FLEMING COMPANIES, INC. (the "PCT"), by and through its undersigned attorneys, hereby respectfully applies to this court for the admission of Erin N. Brady, of the law firm Kirkland & Ellis LLC to practice *pro hac vice* as co-counsel with the undersigned counsel in this matter.

This application is brought pursuant to LR 83.1(e) and LR 83.3 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and is supported by the Declarations of Lex R. Smith and Erin N. Brady,

/ / /

/ / /

/ / /

which are attached hereto and incorporated herein by reference.

    Dated: Honolulu, Hawaii, February 9, 2007.

KOBAYASHI, SUGITA & GODA

BERT T. KOBAYASHI, JR.
LEX R. SMITH
THOMAS H. YEE
Attorneys for Defendant
THE POST CONFIRMATION TRUST
FOR THE FLEMING COMPANIES, INC.

    and

KIRKLAND & ELLIS LLP
Michael E. Baumann (CA Bar No. 145830)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 680-8400
Facsimilie: (213) 680-8500

Co-Counsel for the Post Confirmation Trust
for Fleming Companies, Inc.