IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK<br>) (Copyright)<br>) |
| Plaintiff, | ) |
| | ) **ORDER GRANTING** |
| vs. | ) **APPLICATION FOR PRO HAC** |
| | ) **VICE ADMISSION OF ERIN N.** |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | ) **BRADY**<br>)<br>) |
| Defendants. | )<br>) |

**ORDER GRANTING APPLICATION FOR PRO HAC
VICE ADMISSION OF ERIN N. BRADY**

The Court having considered the application of Erin N. Brady to appear *pro hac vice* in this action for the Post-Confirmation Trust for the Fleming Companies, Inc., and good cause appearing therefor, Erin N. Brady's Application for Admission *Pro Hac Vice* should be and is hereby granted.

Dated: Honolulu, Hawaii, _____2/12/07_____.

_____
JUDGE OF THE ABOVE-ENTITLED COURT