# Exhibit 8

```
                                                                    1

 1                 IN THE UNITED STATES DISTRICT COURT

 2                      FOR THE DISTRICT OF HAWAII

 3

 4   WAYNE BERRY, A HAWAII CITIZEN,  ) CIVIL NO. 03-00385SOM
                                     )
 5             Plaintiff,            )
                                     )
 6        vs.                        )
                                     )
 7   HAWAII EXPRESS SERVICE, INC.,   )
     a CALIFORNIA CORPORATION, et al.,) - VOLUME 1 -
 8                                   )
               Defendants.           )
 9   _____)

10

11                     TRANSCRIPT OF PROCEEDINGS

12        The above-entitled matter came on for hearing on

13   Tuesday, January 24, 2006, at 9:02 a.m., at Honolulu, Hawaii,

14   BEFORE:         THE HONORABLE SUSAN OKI MOLLWAY
                     United States District Judge
15
     REPORTED BY:    STEPHEN B. PLATT, RMR, CRR
16                   Official U.S. District Court Reporter

17   APPEARANCES:    TIMOTHY J. HOGAN, ESQ.
                     Lynch Ichida Thompson Kim & Hirota
18                   1132 Bishop Street, Suite 1405
                     Honolulu, Hawaii  96813
19

20                              Attorney for the Plaintiff

21                   ERIC C. LIEBELER, ESQ.
                     DAMIAN D. CAPOZZOLA, ESQ.
22                   Kirkland & Ellis, LLP
                     777 South Figueroa Street
23                   Los Angeles, California  90017

24                              Attorneys for Defendant
                                  Post-Confirmation Trust
25
```

```
 1    APPEARANCES (Continued):

 2

 3

 4                        LEX R. SMITH, ESQ.
                          THOMAS H. YEE, ESQ.
 5                        Kobayashi, Sugita & Goda
                          999 Bishop Street
 6                        First Hawaian Center, Suite 2600
                          Honolulu, Hawaii   96813
 7
                                   Attorneys for the Defendant
 8                                    Post-Confirmation Trust

 9
                          LYLE S. HOSODA, ESQ.
10                        RAINA P.B. MEAD, ESQ.
                          345 Queen Street, Suite 804
11                        Honolulu, Hawaii   96813

12                                 Attorneys for Defendants
                                      Mark Dillon,
13                                    Brian Christensen,
                                      Teresa Noa, Melvin Ponce,
14                                    Alfredda Waiolama,
                                      Jacqueline Rio and
15                                    Justin Fukumoto

16

17

18

19

20

21

22

23

24

25
```

5

1   trustee of the Post Confirmation Trust.
2           MR. SMITH:  Lex Smith, local counsel for the Post
3   Confirmation Trust, Your Honor.
4           MR. HOSODA:  Good morning, Your Honor.
5           Lyle Hosoda and Raina Mead appearing on behalf
6   of Teresa Noa, Brian Christensen, Sonia Purdy,
7   Alfredda Waiolama, Jacqueline Rio, Mark Dillon, Melvin Ponce
8   and Justin Fukumoto, who are also in the courtroom this
9   morning.
10          THE COURT:  Okay, we have used up the whole
11  transcript just to list the parties...
12          Okay, thank you very much; you can all be seated.
13          I know you folks need me to talk to you about
14  the HEx vicarious liability issues.  Did the parties need
15  other matters also discussed?
16          MR. HOGAN:  Yes, Your Honor.
17          The court reserved one issue in my first motion in
18  limine --
19          THE COURT:  The Walker --
20          MR. HOGAN:  Yes, and I need to update the court --
21          THE COURT:  I saw what was filed.  I thank you all.
22  I could see that all of you were very busy yesterday and last
23  night.  I did look at that.  It appears that there were close
24  to 3,000 files that you didn't get.
25          MR. HOGAN:  Yes, Your Honor.

```
 1              I put on the screen, if I may direct Your Honor --
 2          THE COURT:  Okay, but it's way too small.
 3          MR. HOGAN:  I understand that, Your Honor, but if I
 4   can, Your Honor, I just want to direct the court to one area
 5   that's, I think, of importance.
 6              I will just make a representation, Your Honor:  I
 7   got these files yesterday afternoon.  I got two full boxes of
 8   documents served on me at 5:00, that purport to be something
 9   to do with these.  I went to one of the clusters that was
10   supposedly -- in past declarations of Mr. Walker, containing
11   nothing.  I ran a simple off-the-shelf forensic package
12   against it, and I pulled out, of one cluster, Your Honor -- if
13   I may... 33 data bases that were withheld in discovery.
14              These data bases, Your Honor, contain evidence that
15   was never produced in this case, has Mr. Berry's name in it,
16   and is related not only to liability issues, but also to
17   financial issues:  K-Mart, connection to the ocean carriers.
18              This is the mother load.  I got it yesterday, after
19   about, say, 7:00 in the evening.
20              I haven't had a chance to look at more than two or
21   three of them.  The first one I opened was an active database.
22   The second one bombed out.  And I went down about four or five
23   of them this morning, because it burned all night, and most of
24   them -- I would say almost all of them, are active databases
25   in one of the 13 clusters, that were withheld.
```

```
                                                                    7
 1           It's all relevant evidence.  It's Mr. Berry's
 2  intellectual property that has been withheld, and there is
 3  absolutely no basis, whatsoever, in the affidavits filed, for
 4  this stuff to have not been given.
 5           The most important thing, Your Honor, is the
 6  Guidance material they have turned over to me -- yesterday,
 7  has had all the meta data taken out of it again, so that the
 8  material that Mr. Walker got is not what I got.
 9           This has been going on since July.  They have
10  claimed attorney-client privilege.  I would ask the court to
11  at least rule where I am in this case in regard to this
12  discovery.
13           THE COURT:  I don't understand.
14           I thought, now, he had everything that Dr. Walker
15  got?
16           MR. SMITH:  Your Honor, that's correct, except for a
17  very small list of attorney-client privilege files that I have
18  pulled.  What Mr. Hogan, I think, is saying now is that -- I
19  think that he is suggesting that we stripped data out of the
20  files that we produced to him --
21           THE COURT:  Can you pull the mike closer.
22           MR. SMITH:  I apologize.
23           I am quite sure that's not true.  Dr. Walker is in
24  the courtroom, and can tell you --
25           THE COURT:  Okay, well, you know, I understand that
```

```
 1
 2
 3
 4
 5
 6
 7                         -ooOoo-
 8         I, Stephen B. Platt, Official Court Reporter,
 9   United States District Court, District of Hawaii, do hereby
10   certify that the foregoing is a true and correct transcript of
11   proceedings before the Honorable Susan Oki Mollway, United
12   States District Judge.
13
14
15
16
17
18
19
20                      /s/   Stephen B. Platt
21   FRIDAY, FEBRUARY 24, 2006      STEPHEN B. PLATT, CSR NO. 248
22
23
24
25
```