LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;   ) | Civ. No. CV03 00385 SOM-LEK |
| ) | (Copyright) |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | |
| ) | |
| HAWAIIAN EXPRESS SERVICE,   ) | |
| INC., a California corporation; et al.,   ) | |
| ) | |
| ) | |
| Defendants.   ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of Plaintiff Wayne Berry's Response to Defendant PCT's Limited Objection to the Report of the Special Master on Plaintiff Wayne Berry's Motion for Attorney's Fees and Full Costs; Defendant Post-Confirmation Trust's

Motion for Attorney's Fees and Costs; and Defendant Employees' Motion for Attorney's Fees and Costs, Declaration of Timothy J. Hogan; Exhibits "1" to "8" were served on the following at their last known addresses:

**Served Electronically VIA CM/ECF on  February 16, 2007:**

Andrew V. Beaman  abeaman@chunkerr.com

Margery S. Bronster  mbronster@bchlaw.net, audrey@bchlaw.net

Damian Capozzola  dcapozzola@kirkland.com

Wesley H.H. Ching  whc@fmhc-law.com, eol@fmhc-law.com; dd@fmhc-law.com

Christopher T. Chun  ctc@hosodalaw.com

Leroy E. Colombe  lcolombe@chunkerr.com

Rex Y. Fujichaku  rfujichaku@bchlaw.net, jennifer@bchlaw.net

Lyle S. Hosoda  l sh@hosodalaw.com

Raina! P. Mead   rpbm@hosodalaw.com, dmm@hosodalaw.com

William G. Meyer,III  wmeyer@dwyerlaw.com, jborges@dwyerlaw.com

Lex R. Smith   lrs@ksglaw.com

Thomas H.Y.P. Yee  thy@ksglaw.com, bls@ksglaw.com

**Served VIA Regular Email**

Michael Baumann, Esq.   mbaumann@kirkland.com

Lex Smith, Esq.  lrs@ksglaw.com

Erin Brady, Esq. ebrady@kirkland.com

    DATED: Honolulu, Hawai'i, February 16, 2007.

                                               /s/ Timothy J. Hogan
                                               TIMOTHY J. HOGAN
                                               Attorney for Plaintiff WAYNE BERRY