LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; ) | Civ. No. CV03 00385 SOM-LEK |
| ) | (Copyright) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| HAWAIIAN EXPRESS SERVICE, ) | |
| INC., a California corporation; et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of Plaintiff Wayne Berry's Notice of Intent to Rely on Uncited Authority; Exhibit "A" was served on the following at their last known addresses:

**Served Electronically VIA CM/ECF on February 20, 2007:**

Andrew V. Beaman   abeaman@chunkerr.com

Margery S. Bronster   mbronster@bchlaw.net, audrey@bchlaw.net

Damian Capozzola   dcapozzola@kirkland.com

Wesley H.H. Ching   whc@fmhc-law.com, eol@fmhc-law.com; dd@fmhc-law.com

Christopher T. Chun   ctc@hosodalaw.com

Leroy E. Colombe   lcolombe@chunkerr.com

Rex Y. Fujichaku   rfujichaku@bchlaw.net, jennifer@bchlaw.net

Lyle S. Hosoda   lsh@hosodalaw.com

Raina! P. Mead   rpbm@hosodalaw.com, dmm@hosodalaw.com

William G. Meyer,III   wmeyer@dwyerlaw.com, jborges@dwyerlaw.com

Lex R. Smith   lrs@ksglaw.com

Thomas H.Y.P. Yee   thy@ksglaw.com, bls@ksglaw.com

**Served VIA Regular Email**

Michael Baumann, Esq.   mbaumann@kirkland.com

Lex Smith, Esq.   lrs@ksglaw.com

Erin Brady, Esq. ebrady@kirkland.com

    DATED: Honolulu, Hawai'i, February 20, 2007.

                                      /s/ Timothy J. Hogan
                                      TIMOTHY J. HOGAN
                                      Attorney for Plaintiff WAYNE BERRY