# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/26/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CV 03-00385SOM-LEK

CASE NAME:         Wayne Berry vs.  HI Express Service, Inc., et al.

ATTYS FOR PLA:     Timothy Hogan

ATTYS FOR DEFT:    Michael Baumann
                   Lex Smith
                   Margery Bronster
                   Lyle Hosoda
                   Raina Gushiken

INTERPRETER:

---

JUDGE:    Susan Oki Mollway        REPORTER:    Debra Chun

DATE:     2/26/2007                TIME:        9:05 - 10:05

---

COURT ACTION:   EP: Objections to Magistrate Judge's Fee and Cost Report -

Discussion held re: status of the case.

Arguments.

This hearing is taken under advisement.

Court may issue a ruling by the end of the week.

Submitted by: Toni Fujinaga, Courtroom Manager.