# MINUTES

FILED IN THE
                              UNITED STATES DISTRICT COURT
                              DISTRICT OF HAWAII

                              02/23/2007  4:30 pm

                              SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00385SOM-LE |
| CASE NAME: | Wayne Berry, a Hawaii citizen vs. Hawaii Express Service, Inc., et al. |
| ATTYS FOR PLA: | Timothy J. Hogan |
| ATTYS FOR DEFT: | Lyle S. Hosoda<br>Lex R. Smith<br>Michael E. Baumann<br>Margery S. Bronster |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 02/23/2007 | TIME: | 10:00-11:30; 2:15-4:30 |

COURT ACTION: EP: Further Settlement Conference Re: Attorneys' Fees and Costs held.

Submitted by: Warren N. Nakamura, Courtroom Manager