ORIGINAL

LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 4 2007

at __ o'clock and __ min __ P M
SUE __, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) Civ. No. CV03 00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| HAWAIIAN EXPRESS SERVICE, | ) |
| INC., a California corporation; H.E.S. | ) |
| TRANSPORTATION SERVICES, | ) |
| INC., a California corporation; | ) **NOTICE OF APPEAL** |
| CALIFORNIA PACIFIC | ) |
| CONSOLIDATORS, INC., a | ) |
| California corporation; JEFFREY P. | ) |
| GRAHAM and PETER SCHAUL, | ) |
| California citizens; MARK DILLON | ) |
| and TERESA NOA, BRIAN | ) |
| CHRISTENSEN, Hawaii citizens; | ) |
| FLEMING COMPANIES, INC., an | ) |
| Oklahoma corporation; C & S | ) |
| LOGISTICS OF HAWAII, LLC, a | ) |
| Delaware LLC; C & S WHOLESALE | ) |
| GROCERS, INC., a Vermont | ) |

corporation;                              )
C & S ACQUISITIONS, LLC;                  )
FOODLAND SUPER MARKET,                    )
LIMITED, a Hawaii corporation;            )
HAWAII TRANSFER COMPANY,                  )
LIMITED, a Hawaii Corporation,            )
RICHARD COHEN, a New Hampshire)
citizen ES3, LLC, a Delaware Limited )
Liability Company, MELVIN PONCE, )
SONIA PURDY, JUSTIN                       )
FUKUMOTO, AFREDDA                         )
WAIOLAMA, JACQUELINE RIO,                 )
Hawaii citizens; JESSIE GONZALES, )
LUIZ RODRIGUES, AL PEREZ and )
PATRICK HIRAYAMA , California             )
citizens; GUIDANCE SOFTWARE,              )
LLC, a California, LLC; MICHAEL           )
GURZI, a California citizen; ALIX         )
PARTNERS, LLC, a Delaware LLC;            )
DOE INDIVIDUALS 2-350; DOE                )
PARTNERSHIPS, CORPORATIONS )
and OTHER DOE ENTITIES 2-20,              )
                                          )
                                          )
                    Defendants.           )
_____ )

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff-Appellant Wayne Berry, by and

through his undersigned counsel, hereby appeals to the United States Court of

Appeals for the Ninth Circuit from the Order Adopting and Modifying the October

25, 2006, and December 4, 2006, Reports of Special Master on the Parties'

Motions for Attorneys' Fees and Costs filed on March 2, 2007 (the "Order") by the

Honorable Susan Oki Mollway District Judge of the United States District Court

for the District of Hawaii.

A copy of the Order appealed from and Appellant Wayne Berry's Circuit

Court Rule 3-2, Identification of Parties to the Appeal is attached to his Civil

Appeals Docketing Statement as Exhibits "1" and Exhibit "2" respectively and is

filed concurrently herewith.

Dated: Honolulu, Hawaii, _____ MAR 1 4 2007 _____.

_____
TIMOTHY M. HOGAN
Attorney for Plaintiff
WAYNE BERRY