# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | 238746 |
| Trans | 144656 |

Received From:   **LYNCH ICHIDA THOMPSON KIM & HI**
Case Number:
Reference Number:   CV 03-385 SOM

|  |  |
|---|---:|
| Check | 455.00 |
| Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---:|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
| | | **Total** | **455.00** |
| | | Tend | 455.00 |
| | | Due | 0.00 |

03/14/2007 01:46:47 PM      Deputy Clerk:  bb/LG