# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

March 19, 2007

To All Counsel of Record as Appellees:

   IN RE:   BERRY VS. HAWAIIAN EXPRESS SERVICES, INC., ET AL.

            CV 03-00385 SOM-LEK

Dear Counsel:

     Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on March 14, 2007 .

     All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

                          Sincerely Yours,

                          SUE BEITIA, CLERK

                         by: *[signature]*
                          Deputy Clerk

Enclosures

cc:   Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
    Timothy Hogan, Esq., counsel for appellant
        w/copy of instructions for civil appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet; CADS

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** BERRY VS. HAWAIIAN EXPRESS SERVICES, INC., ET AL.

**U.S. COURT OF APPEALS DOCKET NUMBER:** _____

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** CV 03-00385 SOM-LEK

II **DATE NOTICE OF APPEAL FILED:** March 14, 2007

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:** 3/14/07   **AMOUNT:** $455.00

**NOT PAID YET:**   **BILLED:**

**U.S. GOVERNMENT APPEAL:**   **FEE WAIVED:**

**WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE:**   **& ATTACH COPY OF ORDER/CJA**

**WAS F.P. STATUS REVOKED:**   **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Erin Taniguchi

_____

AMENDED NOTIFICATION _____   PAID _____   F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)