

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I.  SHORT CASE TITLE:   BERRY VS. HAWAIIAN EXPRESS SERVICES, INC., ET AL.
U.S. COURT OF APPEALS DOCKET NUMBER: 07-15447
U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII
U.S. DISTRICT COURT DOCKET NUMBER: CV 03-00385 SOM-LEK

II  DATE NOTICE OF APPEAL FILED:   March 14, 2007

III  U.S. COURT OF APPEALS PAYMENT STATUS:
DOCKET FEE PAID ON: 3/14/07          AMOUNT:   $455.00
NOT PAID YET:                        BILLED:
U.S. GOVERNMENT APPEAL:              FEE WAIVED:
WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?
IF YES, SHOW DATE:          & ATTACH COPY OF ORDER/CJA
WAS F.P. STATUS REVOKED:    DATE:
WAS F.P. STATUS LIMITED IN SOME FASHION?
IF YES, EXPLAIN:

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 27 2007
DISTRICT OF HAWAII

IV  COMPANION CASES, IF ANY:

V.  COMPLETED IN THE U.S. DISTRICT COURT BY:
Erin Taniguchi

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)