LYLE S. HOSODA & ASSOCIATES, LLC

LYLE S. HOSODA          3964-0
RAINA P.B. GUSHIKEN     7329-0
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

Attorneys for Defendants
BRIAN CHRISTENSEN, MARK DILLON, TERESA NOA,
MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO,
ALFREDDA WAIOLAMA, and JACQUELINE RIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen,<br><br>    Plaintiff,<br><br>    v.<br><br>HAWAIIAN EXPRESS SERVICE, INC., a California corporation; et al.<br><br>    Defendants. | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>NOTICE OF CROSS-APPEAL;<br>EXHIBIT "A"; CERTIFICATE OF SERVICE |

### NOTICE OF CROSS-APPEAL

Notice is hereby given that Defendants Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy, Justin Fukumoto, Alfredda Waiolama, and Jacqueline Rio (collectively "Appellees") appeal to the United States Court of Appeals for the Ninth Circuit from the *Order Adopting and Modifying the October 25, 2006, and December 4, 2006, Reports of Special Master on the Parties' Motion for Attorneys' Fees and Costs 9* (the "Order"), filed herein on March

2, 2007. Appellees specifically appeal the District Court's findings in the Order that Plaintiff, as opposed to Appellees, was the prevailing party with respect to Plaintiff's claims under the Copyright Act and its corresponding decision to deny Appellees' request for attorney's fees and costs under section 505 of the Copyright Act. A true and correct copy of the Order is attached as Exhibit A.

Plaintiff filed his Notice of Appeal from the Order on March 14, 2007, and this cross-appeal is timely pursuant to Federal Rules of Appellate Procedure 4(a)(3).

Dated: Honolulu, Hawaii, March 28, 2007.

_____
LYLE S. HOSODA
RAINA P.B. GUSHIKEN

Attorneys for Defendants
BRIAN CHRISTENSEN, MARK DILLON,
TERESA NOA, MELVIN PONCE, SONIA
PURDY, JUSTIN FUKUMOTO, ALFREDDA
WAIOLAMA, and JACQUELINE RIO