IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen,  )<br>  )<br>        Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>HAWAIIAN EXPRESS SERVICE,  )<br>INC., et al.  )<br>  )<br>        Defendants.  )<br>  ) | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 28, 2007 and by the method of service noted below, a true and correct copy of *Notice of Cross-Appeal; Exhibit "A"; Certificate of Service* (by Defendants Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy, Justin Fukumoto, Alfredda Waiolama, and Jacqueline Rio) was served on the following parties at their last known addresses via electronic mail:

Andrew V. Beaman     abeaman@chunkerr.com
Leroy E. Colombe     lcolombe@chunkerr.com

Wesley H. H. Ching     whc@fmhc-law.com, eol@fmhc-law.com,
                             dd@fmch-law.com

William G. Meyer, III     wmeyer@dwyerlaw.com,
jborges@dwyerlaw.com

| | |
|---|---|
| Margery Bronster | mbronster@bchlaw.net |
| | audrey@bchlaw.net |
| Rex Y. Fujichaku | rfujichaku@bchlaw.net, |
| | jennifer@bchlaw.net |
| | |
| Timothy J. Hogan | tjh@loio.com |
| | |
| Lex R. Smith | lrs@ksglaw.com |
| Thomas H.Y.P. Yee | thy@ksglaw.com, |
| | bls@ksglaw.com |
| | |
| Michael Baumann | mbaumann@kirkland.com |
| Erin Brady | ebrady@kirkland.com |

DATED:    Honolulu, Hawaii, March 28, 2007.

_____
LYLE S. HOSODA
RAINA P.B. GUSHIKEN

Attorneys for Defendants
BRIAN CHRISTENSEN, MARK DILLON,
TERESA NOA, MELVIN PONCE, SONIA
PURDY, JUSTIN FUKUMOTO, ALFREDDA
WAIOLAMA, and JACQUELINE RIO