ORIGINAL

KOBAYASHI, SUGITA & GODA
Lex R. Smith 3485-0
Thomas H. Yee 7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No. (808) 539-8799
Email: lrs@ksglaw.com

KIRKLAND & ELLIS LLP
Michael E. Baumann (CA Bar No. 145830)
Erin N. Brady (CA Bar No. 215038)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone No. (213) 680-8400
Facsimile No. (213) 680-8500
Email: mbaumann@kirkland.com
Counsel for Defendant,
POST CONFIRMATION TRUST

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 29 2007
at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | ) CIVIL NO. CV03-00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) **Defendant Post-Confirmation Trust's** |
| vs. | ) **Ninth Circuit Court Rule 3-2** |
| | ) **Representation Statement** |
| HAWAIIAN EXPRESS SERVICE, | ) |
| INC., a California corporation, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

K&E 11714842.1

Defendant Post-Confirmation Trust's
Ninth Circuit Court Rule 3-2 Representation Statement

Kirkland & Ellis LLP and Kobayashi Sugita & Goda represent the Post-Confirmation Trust (the "PCT")[1] defendant, appellee and cross-appellant in this matter. In addition to its representation of the PCT, Kobayashi Sugita & Goda also represents C&S Logistics of Hawaii, LLC, C&S Wholesale Grocers, Inc., C&S Acquisitions, LLC, Richard Cohen, and ES3, LLC (collectively, "C&S"), defendants and appellees in a related Ninth Circuit appeal (06-16199). Kirkland & Ellis LLP does not represent any other party in this matter.

Below are two lists. One identifies all parties to the action below, including terminated parties. The second identifies all parties the PCT expects to participate on appeal, together with the names, addresses, telephone numbers and email addresses of their respective counsel.

I.  List of All Parties To The Action Below, Including Terminated Parties.

- Plaintiff:
    - WAYNE BERRY, a Hawaii citizen;

---

[1]  The PCT is a trust created pursuant to the *Debtors' and Official Committee of Unsecured Creditors' Third Amended and Revised Joint Plan of Reorganization of Fleming Companies, Inc. and its Filing Subsidiaries under Chapter 11 of the United States Bankruptcy Code* (the "Plan"), which was approved by the United States Bankruptcy Court for the District of Delaware (Case No. 03-10945 MFW) on July 26, 2004. The PCT is responsible for and has the power to administer certain post-confirmation responsibilities under the Plan, including litigation involving claims by and against Fleming Companies, Inc.

1

- Defendants:

  - HAWAIIAN EXPRESS SERVICE, INC., a California corporation;

  - H.E.S. TRANSPORTATION SERVICES, INC., a California corporation;

  - CALIFORNIA PACIFIC CONSOLIDATORS, INC., a California corporation;

  - JEFFREY P. GRAHAM and PETER SCHAUL, California citizens;

  - MARK DILLON, TERESA NOA, and BRIAN CHRISTENSEN, Hawaii citizens;

  - FLEMING COMPANIES, INC., an Oklahoma corporation;

  - C & S LOGISTICS OF HAWAII, LLC, a Delaware LLC, C & S WHOLESALE GROCERS, INC., a Vermont corporation; C & S ACQUISITIONS, LLC; RICHARD COHEN, a New Hampshire citizen, ES3, LLC, a Delaware Limited Liability Company;

  - FOODLAND SUPER MARKET, LIMITED, a Hawaii corporation;

  - HAWAII TRANSFER COMPANY, LIMITED, a Hawaii Corporation,;

  - MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, AFREDDA WAIOLAMA, JACQUELINE RIO, Hawaii citizens;

  - JESSIE GONZALES, LUIZ RODRIGUES, AL PEREZ and PATRICK HIRAYAMA, California citizens;

  - GUIDANCE SOFTWARE, LLC, a California LLC, and MICHAEL GURZI, a California citizen; and

  - ALIX PARTNERS, LLC, a Delaware LLC

2

II.     List of Parties and Counsel Expected to Participate on Appeal

- Wayne Berry:

    TIMOTHY J. HOGAN, Esq.
    Lynch Ichida Thompson Kim & Hirota
    1132 Bishop Street
    Honolulu, Hawaii 96813
    Tel: (808) 528-9721
    tjh@loio.com

- The PCT:

    MICHAEL BAUMANN, Esq.
    ERIN N. BRADY, Esq.
    Kirkland & Ellis LLP
    777 South Figueroa Street
    Los Angeles, California 90017
    Tel: (213) 680-8400
    mbaumann@kirkland.com
    ebrady@kirkland.com

    and

    LEX R. SMITH, Esq.
    THOMAS YEE, Esq.
    Kobayashi Sugita & Goda
    First Hawaiian Center
    999 Bishop Street, Suite 2600
    Honolulu, Hawaii 96813
    Tel: (808) 539-8700
    lrs@ksglaw.com
    thy@ksglaw.com, bls@ksglaw.com

- C&S Logistics of Hawaii, LLC, C&S Wholesale Grocers, Inc., C&S Acquisitions, LLC, Richard Cohen, and ES3, LLC

    LEX R. SMITH, Esq.
    THOMAS YEE, Esq.
    Kobayashi Sugita & Goda
    First Hawaiian Center
    999 Bishop Street, Suite 2600

3

    Honolulu, Hawaii 96813
    Tel: (808) 539-8700
    lrs@ksglaw.com
    thy@ksglaw.com, bls@ksglaw.com

- Guidance Software, Inc. and Michael Gurzi:

    MARGERY BRONSTER, Esq.
    REX FUJICHAKU, Esq.
    Bronster Crabtree & Hoshibata
    1001 Bishop Street, Suite 2300
    Pauahi Tower
    Honolulu, Hawaii 96813
    Tel: (808) 524-5644
    mbronster@bchlaw.net, audrey@bchlaw.net
    rfujichaku@bchlaw.net, jennifer@bchlaw.net

    and

    VICTOR LIMONGELLI
    JOHN PATZAKIS
    Guidance Software, Inc.
    215 N. Marengo Avenue
    Pasadena, California 91101
    Tel: (626) 229-9191
    victor@guidancesoftware.com
    john.patzakis@guidancesoftware.com

- Brian Christensen, Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy, Justin Fukumoto, Alfredda Waiolama, and Jacqueline Rio:

    LYLE HOSODA, Esq.
    RAINA GUSHIKEN, Esq.
    345 Queen Street, Suite 804
    Honolulu, Hawaii 96813
    Tel: (808) 524-3700
    lsh@hosodalaw.com
    rpbg@hosodalaw.com

DATED: Honolulu, Hawaii, March 29, 2007.

_/s/ Counsel_
KOBAYASHI, SUGITA & GODA
Lex R. Smith (659-0)
Thomas H. Yee (7344-0)
Suite 2600 First Hawaiian Center
999 Bishop Street
Honolulu, HI  96813
Telephone:   (808) 539-8700
Facsimile:    (808) 539-8799

    and

KIRKLAND & ELLIS LLP
Michael E. Baumann (CA Bar No. 145830)
Erin N. Brady (CA Bar No. 215038)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone:  (213) 680-8400
Facsimile:   (213) 680-8500

Co-Counsel for the Post Confirmation Trust for Fleming Companies, Inc.