# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | 238934 |
| Trans | 144903 |

Received From: **KOBAYASHI SUGITA GODA**
Case Number:
Reference Number: CV 03-385SOM

|  |  |
|---|---|
| Check | 455.00 |
| Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
| | **Total** | | **455.00** |
| | Tend | | 455.00 |
| | Due | | 0.00 |

03/29/2007 03:15:14 PM      Deputy Clerk: et/DT