## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

April 2, 2007

To All Counsel of Record as Appellees:

    IN RE:    BERRY VS. HAWAIIAN EXPRESS SERVICE, ET AL.

                CV 03-00385 SOM-LEK

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Cross Appeal was filed in the above-entitled case on March 28, 2007 .

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

                              Sincerely Yours,

                              SUE BEITIA, CLERK

                          by: *[signature]*
                              Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
           docket sheet, dfnf
        Lyle S. Hosoda, Esq., and Raina P. B. Gushiken, Esq.(counsel for appellants Brian Christensen, Mark Dillon, Teresa Noa, Melvin Ponce, Sonia Purdy, Justin Fukumoto, Alfredda Waiolama, Jacqueline Rio)
           w/copy of instructions for civil appeals
           Transcript Desig. & Ordering Form
           with instructions and a copy of the
           docket sheet; CADS

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:**   BERRY VS. HAWAIIAN EXPRESS SERVICE, ET AL.

   **U.S. COURT OF APPEALS DOCKET NUMBER:**_____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CV 03-00385 SOM-LEK

II   **DATE NOTICE OF APPEAL FILED:**   March 28, 2007

III   **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:** 3/28/07            **AMOUNT:**   $455.00

   **NOT PAID YET:**            **BILLED:**

   **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

   **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**      **& ATTACH COPY OF ORDER/CJA**

   **WAS F.P. STATUS REVOKED:**      **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV   **COMPANION CASES, IF ANY:**

V.   **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Erin Taniguchi

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)