# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

April 2, 2007

To All Counsel of Record as Appellees:

    IN RE:    BERRY VS. HAWAIIAN EXPRESS SERVICES, INC., ET AL.

               CV 03-00385 SOM-LEK

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on March 29, 2007 .

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

                        Sincerely Yours,

                        SUE BEITIA, CLERK

                        by: *[signature]*
                        Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
        Lex R. Smith, Esq., Thomas H. Yee, Esq. (attorney for appellant Post-Confirmation
            Trust)
            w/copy of instructions for civil appeals
            Transcript Desig. & Ordering Form
            with instructions and a copy of the
            docket sheet; CADS

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** BERRY VS. HAWAIIAN EXPRESS SERVICES, INC., ET AL.

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CV 03-00385 SOM-LEK

II **DATE NOTICE OF APPEAL FILED:** March 29, 2007

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:** 3/29/07          **AMOUNT:** $455.00

   **NOT PAID YET:**                        **BILLED:**

   **U.S. GOVERNMENT APPEAL:**              **FEE WAIVED:**

   **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**          **& ATTACH COPY OF ORDER/CJA**

   **WAS F.P. STATUS REVOKED:**             **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Erin Taniguchi

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)