

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I.   SHORT CASE TITLE:   BERRY VS. HAWAIIAN EXPRESS SERVICE, ET AL.
     U.S. COURT OF APPEALS DOCKET NUMBER: _07-15587_
     U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII
     U.S. DISTRICT COURT DOCKET NUMBER: CV 03-00385 SOM-LEK

II   DATE NOTICE OF APPEAL FILED:   March 28, 2007

III  U.S. COURT OF APPEALS PAYMENT STATUS:
     DOCKET FEE PAID ON: 3/28/07        AMOUNT:   $455.00
     NOT PAID YET:                      BILLED:
     U.S. GOVERNMENT APPEAL:            FEE WAIVED:
     WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?
     IF YES, SHOW DATE:        & ATTACH COPY OF ORDER/CJA
     WAS F.P. STATUS REVOKED:           DATE:
     WAS F.P. STATUS LIMITED IN SOME FASHION?
     IF YES, EXPLAIN:

     RECEIVED
     CLERK, U.S. DISTRICT COURT
     APR 16 2007
     DISTRICT OF HAWAII

IV   COMPANION CASES, IF ANY:

V.   COMPLETED IN THE U.S. DISTRICT COURT BY:
     Erin Taniguchi

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction
of the U.S. Court of Appeals Docket Fee.)