# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.    SHORT CASE TITLE:    BERRY VS. HAWAIIAN EXPRESS SERVICES, INC., ET AL.

     U.S. COURT OF APPEALS DOCKET NUMBER: _07-15588_

     U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

     U.S. DISTRICT COURT DOCKET NUMBER: CV 03-00385 SOM-LEK

*Post-Confirmation Trust as Aplt.*

II    DATE NOTICE OF APPEAL FILED:    March 29, 2007

III    U.S. COURT OF APPEALS PAYMENT STATUS:

     DOCKET FEE PAID ON: 3/29/07      AMOUNT:    $455.00

     NOT PAID YET:      BILLED:

     U.S. GOVERNMENT APPEAL:      FEE WAIVED:

     WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

     IF YES, SHOW DATE:      & ATTACH COPY OF ORDER/CJA

     WAS F.P. STATUS REVOKED:      DATE:

     WAS F.P. STATUS LIMITED IN SOME FASHION?

     IF YES, EXPLAIN:

*RECEIVED CLERK, U.S. DISTRICT COURT APR 16 2007 DISTRICT OF HAWAII*

IV    COMPANION CASES, IF ANY:

V.    COMPLETED IN THE U.S. DISTRICT COURT BY:

     Erin Taniguchi

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)