IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____  U.S. District Court Case No. __03-CV-00385 SOM-LEK__

Short Case Title __Wayne Berry v. Hawaiian Express Service, Inc., et al.__

Date Notice of Appeal Filed by Clerk of District Court __3/14/2007__

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 09 2007
at __8__ o'clock and __00__ min __A__ M
SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| February 26, 2007 | Debra Chun | Other (please specify) **Motions for Attorney's Fees and Costs** |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __March 13, 2007__   Estimated date for completion of transcript _____

Print Name of Attorney __Timothy J. Hogan__   Phone Number __528-9721__

Signature of Attorney _____

Address __Lynch Ichida et al. 1132 Bishop Street, Suite 1405, Honolulu, Hawaii 96813__

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
(X) Arrangements for payment were made on __3-22-2007__
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

__45__ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __5/8/2007__ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

__Sue Beitia__   __05·08·07__   BY: _____
(U.S. District Court Clerk)   (date)   DEPUTY CLERK