# Exhibit 2

Case 1:03-cv-00385-DAE-LEK    Document 1055-4    Filed 05/17/2007    Page 1 of 4

KOBAYASHI, SUGITA & GODA
LEX R. SMITH       3485-0
THOMAS H. YEE    7344-0
999 Bishop Street, Suite 2600
Honolulu, Hawaii  96813
Telephone No. (808) 539-8700
Facsimile No.  (808) 539-8799
Email: lrs@ksglaw.com

Counsel for Defendants
C&S Logistics of Hawaii, LLC,
C&S Wholesale Grocers, Inc.,
C&S Acquisitions, LLC,
ES3, LLC and Richard Cohen

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., et al.,<br><br>Defendants.<br>_____ | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>**JUDGMENT ON MOTIONS FOR FEES AND COSTS**<br><br>Date:  February 26, 2007<br>Time: 9:00 a.m.<br>Judge: Susan Oki Mollway |

## JUDGMENT ON MOTIONS FOR FEES AND COSTS

Pursuant to the Court's March 2, 2007 Order Adopting and Modifying the October 25, 2006 and December 4, 2006, Reports of Special Master on the Parties' Motions for Attorneys' Fees and Costs;

JUDGMENT IS HEREBY ENTERED as follows:

    1.  JUDGMENT for costs is entered in favor of Plaintiff and against defendants Fleming Companies, Inc., Mark Dillon and Teresa Noa in the amount of $30,073.32;

    2.  JUDGMENT for costs and attorney's fees is entered in favor of defendant Fleming Companies, Inc. and against Plaintiff in the amount of $59,876.52;

    3.  JUDGMENT for attorney's fees is entered in favor of defendant Brian Christensen and against Plaintiff in the amount of $27,507.20;

    4.  JUDGMENT for costs and attorney's fees is entered in favor of defendants C&S Logistics of Hawaii, LLC, C&S Wholesale Grocers, Inc., C&S Acquisitions, LLC, ES3, LLC and Richard Cohen and against Plaintiff in the amount of $84,758.98;

    5.  JUDGMENT for costs and attorney's fees is entered in favor of defendants Guidance Software, Inc. and Michael Gurzi and against Plaintiff in the amount of $51,657.50.

    DATED: Honolulu, Hawaii, _____.

                                _____
                                UNITED STATES DISTRICT JUDGE

<u>Berry v. Hawaiian Express Service, Inc., et al.</u>, Civ. No. 03-00385 SOM/LEK;
Judgment on Motions for Fees and Costs