# Exhibit 3




# General Docket
## US Court of Appeals for the Ninth Circuit

```
Court of Appeals Docket #: 07-15447                          Filed: 3/22/07
Nsuit: 3820  Copyright (Fed)
Berry v. Dillon, et al
Appeal from: District of Hawaii (Honolulu)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case type information:
    1) civil
    2) private
    3)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0975-1 : CV-03-00385-SOM
    presiding judge: Susan Oki Mollway, District Judge
    Date Filed: 7/22/03
    Date order/judgment: 3/2/07
    Date NOA filed: 3/14/07
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
                Lead       Member      Start       End
    companion:
                06-16199   07-15447    3/22/07
    cross appeal:
                07-15447   07-15587    4/11/07
                07-15447   07-15588    4/11/07

Docket as of April 11, 2007 11:27 pm                    Page 1
```

---

```
07-15447 Berry v. Dillon, et al

WAYNE BERRY, a Hawaii citizen      Timothy J. Hogan, Esq.
     Plaintiff - Appellant         808/528-0100
                                   #1405
                                   [COR LD NTC ret]
                                   Lynch Ichida Thompson & Kim
                                   1132 Bishop Street
                                   Honolulu, HI 96813

   v.

MARK DILLON                        Lyle S. Hosoda, Esq.
     Defendant - Appellee          FAX 808/524-3838
                                   808/524-3700
```

|  |  |
|---|---|
|  | Suite 804<br>[COR LD NTC ret]<br>Christopher T. Chun, Esq.<br>808-524-3700<br>Suite 804<br>[COR LD NTC ret]<br>LYLE S. HOSODA & ASSOCIATES<br>Queen Street Building<br>345 Queen Street<br>Honolulu, HI 96813 |
| TERESA NOA<br>    Defendant - Appellee | Lyle S. Hosoda, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Christopher T. Chun, Esq.<br>(See above)<br>[COR LD NTC ret] |
| BRIAN CHRISTENSEN<br>    Defendant - Appellee | Lyle S. Hosoda, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Christopher T. Chun, Esq.<br>(See above)<br>[COR LD NTC ret] |
| FLEMING COMPANIES, INC., an<br>Oklahoma Corporation<br>    Defendant - Appellee | Ann Teranishi<br>808/539-8700<br>Suite 2600<br>[COR LD NTC ret]<br>Kobayashi Suita & Goda<br>First Hawaiian Center<br>999 Bishop St.<br>Honolulu, HI 96813-3889<br><br>Damian Capozzola<br>FAX 680-8500 213<br>213-680-8400<br>[COR LD NTC ret]<br>KIRKLAND & ELLIS, LLP<br>777 S. Figueroa St. |

Docket as of April 11, 2007 11:27 pm           Page 2

---

07-15447 Berry v. Dillon, et al

|  |  |
|---|---|
|  | Los Angeles, CA 90017-5800 |
| C & S LOGISTICS OF HAWAII, LLC,<br>a Delaware LLC<br>    Defendant - Appellee | Ann Teranishi<br>(See above)<br>[COR LD NTC ret] |
| C & S WHOLESALE GROCERS, INC.,<br>a Vermont Corporation<br>    Defendant - Appellee | Ann Teranishi<br>(See above)<br>[COR LD NTC ret] |
| C & S ACQUISITIONS, LLC | Ann Teranishi |

| | |
|---|---|
| Defendant - Appellee | (See above)<br>[COR LD NTC ret] |
| RICHARD COHEN, a New Hampshire citizen<br>Defendant - Appellee | Thomas H.Y.P. Yee, Esq.<br>808/539-8700<br>Suite 2600<br>[COR LD NTC ret]<br>KOBAYASHI SUGITA & GODA<br>999 Bishop St<br>Honolulu, HI 96813-3889 |
| ES3 LLC, a Delaware Limited Liability Company<br>Defendant - Appellee | Thomas H.Y.P. Yee, Esq.<br>(See above)<br>[COR LD NTC ret] |
| MELVIN PONCE, Hawaii citizen<br>Defendant - Appellee | Lyle S. Hosoda, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Christopher T. Chun, Esq.<br>(See above)<br>[COR LD NTC ret] |
| SONIA PURDY, Hawaii citizen<br>Defendant - Appellee | Lyle S. Hosoda, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Christopher T. Chun, Esq.<br>(See above)<br>[COR LD NTC ret] |
| JUSTIN FUKUMOTO, Hawaii citizen<br>Defendant - Appellee | Lyle S. Hosoda, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Christopher T. Chun, Esq.<br>(See above)<br>[COR LD NTC ret] |
| AFREDDA WAIOLAMA, Hawaii citizen<br>Defendant - Appellee | Lyle S. Hosoda, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Christopher T. Chun, Esq.<br>(See above)<br>[COR LD NTC ret] |

Docket as of April 11, 2007 11:27 pm                              Page 3

---

07-15447 Berry v. Dillon, et al

| | |
|---|---|
| JACQULINE RIO, Hawaii citizen<br>Defendant - Appellee | Lyle S. Hosoda, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Christopher T. Chun, Esq.<br>(See above)<br>[COR LD NTC ret] |
| GUIDANCE SOFTWARE, LLC, a California LLC | Margery S Bronster<br>808/524-5644 |

```
                Defendant - Appellee      [COR LD NTC ret]
                                          BRONSTER, CRABTREE & HOSHIBATA
                                          2300 Pauahi Tower
                                          1001 Bishop Street
                                          Honolulu, HI 96813

                                          John Patzakis, Esq.
                                          626/229-9191
                                          [COR LD NTC ret]
                                          GUIDANCE SOFTWARE INC.
                                          215 N Marengo Ave
                                          Pasadena, CA 91101

MICHAEL GURZI, a California               Rex Fujichaku
citizen                                   FAX 808/599-1881
                Defendant - Appellee      808/524-5644
                                          [COR LD NTC ret]
                                          BRONSTER, CRABTREE & HOSHIBATA
                                          2300 Pauahi Tower
                                          1001 Bishop Street
                                          Honolulu, HI 96813

                                          John Patzakis, Esq.
                                          (See above)
                                          [COR LD NTC ret]
```

Docket as of April 11, 2007 11:27 pm                    Page 4

---

07-15447 Berry v. Dillon, et al

WAYNE BERRY, a Hawaii citizen

               Plaintiff - Appellant

    v.

MARK DILLON; TERESA NOA; BRIAN CHRISTENSEN; FLEMING
COMPANIES, INC., an Oklahoma Corporation; C & S LOGISTICS OF
HAWAII, LLC, a Delaware LLC; C & S WHOLESALE GROCERS, INC.,
a Vermont Corporation; C & S ACQUISITIONS, LLC; RICHARD
COHEN, a New Hampshire citizen; ES3 LLC, a Delaware Limited
Liability Company; MELVIN PONCE, Hawaii citizen; SONIA
PURDY, Hawaii citizen; JUSTIN FUKUMOTO, Hawaii citizen;
AFREDDA WAIOLAMA, Hawaii citizen; JACQULINE RIO, Hawaii
citizen; GUIDANCE SOFTWARE, LLC, a California LLC; MICHAEL
GURZI, a California citizen

               Defendants - Appellees

Docket as of April 11, 2007 11:27 pm                    Page 5

---

07-15447 Berry v. Dillon, et al

| | |
|---|---|
| 3/22/07 | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. CADS SENT (Y/N): n. setting schedule as follows: appellant's designation of RT is due 3/26/07; appellee's designation of RT is due 4/3/07,, ; appellant shall order transcript by 4/13/07; court reporter shall file transcript in DC by 5/14/07; certificate of record shall be filed by 5/21/07 ; appellant's opening brief is due 7/2/07; appellees' brief is due 7/30/07,, ; appellants' reply brief is due 8/13/07; [07-15447] (kkw) [07-15447] |
| 3/22/07 | Filed Timothy J. Hogan for Appellant Wayne Berry in 07-15447 Civil Appeals Docketing Statement served on 3/14/07 (to CONFATT) [07-15447] [07-15447] (kkw) [07-15447] |
| 4/11/07 | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. CADS SENT (Y/N): y. setting cross appeal briefing schedule as follows: CADS is past due; CADS must be filed no later than 4/18/07 ; first cross-appeal brief is due 7/2/07 ; second cross-appeal brief is due 8/1/07 ; third cross-appeal brief is due 9/4/07 optional cross-appeal reply brief is due 9/18/07 [07-15588, 07-15447, 07-15587] (kkw) [07-15447 07-15587 07-15588] |

Docket as of April 11, 2007 11:27 pm                    Page 6

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/16/2007 15:15:36 | | | |
| PACER Login: | 1f0038 | Client Code: | firm |
| Description: | dkt report | Case Number: | 07-15447 |
| Billable Pages: | 6 | Cost: | 0.48 |