LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff WAYNE BERRY

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | Civ. No. CV03 00385 SOM-LEK |
| | (Copyright) |
| Plaintiff, | |
| | **CERTIFICATE OF SERVICE** |
| vs. | |
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation; et al. | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the Plaintiff's Statement of Position Regarding Lack of Jurisdiction and Declaration of Timothy J. Hogan; Exhibits "1" TO "3" were served on the following at their last known addresses:

Served Electronically via the ECM/CF system on May 17, 2007:

Andrew V. Beaman abeaman@chunkerr.com, nshinozuka@chunkerr.com;

lwarfield@chunkerr.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Damian Capozzola dcapozzola@kirkland.com

Wesley H.H. Ching whc@fmhc-law.com, eol@fmhc-law.com; dd@fmhc-law.com

Christopher T. Chun ctc@hosodalaw.com

Leroy E. Colombe lcolombe@chunkerr.com

Rex Y. Fujichaku rfujichaku@bchlaw.net, natashia@consumerlaw.com

Lyle S. Hosoda  lsh@hosodalaw.com

Raina P. Mead rpbm@hosodalaw.com, dmm@hosodalaw.com

William G. Meyer , III wmeyer@dwyerlaw.com, jborges@dwyerlaw.com

Lex R. Smith lrs@ksglaw.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

<u>Notice delivered by regular email to</u>:

Michael E. Baumann   mbaumann@kirkland.com

Erin Brady    ebrady@kirkland.com

    DATED: Honolulu, Hawai'i, May 17, 2007.

                                  /s/ Timothy J. Hogan
                                  TIMOTHY J. HOGAN
                                  Attorney for Plaintiff WAYNE BERRY