KOBAYASHI, SUGITA & GODA
LEX R. SMITH            3485-0
THOMAS H. YEE           7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No.  (808) 539-8799
Email: lrs@ksglaw.com

Counsel for Defendants
C&S Logistics of Hawaii, LLC,
C&S Wholesale Grocers, Inc.,
C&S Acquisitions, LLC,
ES3, LLC and Richard Cohen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| | ) |
| HAWAIIAN EXPRESS SERVICE, | ) |
| INC., et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| _____ | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2007, copies of **DEFENDANTS**

**C&S LOGISTICS OF HAWAII, LLC, C&S WHOLESALE GROCERS, INC., C&S ACQUISITIONS, LLC, ES3, LLC** AND **RICHARD COHEN'S MEMORANDUM IN RESPONSE TO PLAINTIFF'S STATEMENT OF POSITION REGARDING LACK OF JURISDICTION, FILED MAY 17, 2007,** were duly served via the Court's electronic transmission facilities, to the following parties:

    Andrew V. Beaman     abeaman@chunkerr.com, nshinozuka@chunkerr.com; lwarfield@chunkerr.com

    Margery S. Bronster     mbronster@bchlaw.net, audrey@bchlaw.net

    Erin N. Brady     ebrady@kirkland.com

    Wesley H.H. Ching     whc@fmhc-law.com, eol@fmhc-law.com; dd@fmhc-law.com

    Christopher T. Chun     ctc@hosodalaw.com

    Leroy E. Colombe     lcolombe@chunkerr.com

    Rex Y. Fujichaku     rfujichaku@bchlaw.net, natashia@consumerlaw.com

    Timothy J. Hogan     tjh@loio.com, timmyhogan@gmail.com

    Lyle S. Hosoda     lsh@hosodalaw.com

    Raina P. Mead     rpbm@hosodalaw.com, dmm@hosodalaw.com

//
//
//
//
//

William G. Meyer , III    wmeyer@dwyerlaw.com, jborges@dwyerlaw.com; carashiro@dwyerlaw.com

DATED:  Honolulu, Hawaii, May 18, 2007.

        */s/ Thomas H. Yee*
KOBAYASHI, SUGITA & GODA
Lex R. Smith (659-0)
Thomas H. Yee (7344-0)
Suite 2600 First Hawaiian Center
999 Bishop Street
Honolulu, HI  96813
Telephone:    (808) 539-8700
Facsimile:    (808) 539-8799

Counsel for Defendants
C&S Logistics of Hawaii, LLC,
C&S Wholesale Grocers, Inc.,
C&S Acquisitions, LLC,
ES3, LLC and Richard Cohen