KOBAYASHI, SUGITA & GODA
LEX R. SMITH          3485-0
THOMAS H. YEE      7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No.  (808) 539-8799
Email: lrs@ksglaw.com

KIRKLAND & ELLIS LLP
Michael E. Baumann (CA Bar No. 145830)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone No. (213) 680-8400
Facsimile No.  (213) 680-8500
Email: mbaumann@kirkland.com
Attorneys for Defendant
POST-CONFIRMATION TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | CIVIL NO. CV03-00385 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2007, a copy of the **JOINDER TO DEFENDANTS C&S LOGISTICS OF HAWAII, LLC, C&S WHOLESALE GROCERS, INC., C&S ACQUISITIONS, LLC, ES3, LLC AND RICHARD COHEN'S MEMORANDUM IN RESPONSE TO PLAINTIFF'S STATEMENT OF POSITION REGARDING LACK OF JURISDICTION, FILED MAY 17, 2007,** was duly served via the Court's electronic transmission facilities, to the following parties:

    Andrew V. Beaman    abeaman@chunkerr.com, nshinozuka@chunkerr.com; lwarfield@chunkerr.com

    Margery S. Bronster    mbronster@bchlaw.net, audrey@bchlaw.net

    Wesley H.H. Ching    whc@fmhc-law.com, eol@fmhc-law.com; dd@fmhc-law.com

    Christopher T. Chun    ctc@hosodalaw.com

    Leroy E. Colombe    lcolombe@chunkerr.com

    Rex Y. Fujichaku    rfujichaku@bchlaw.net, natashia@consumerlaw.com

    Timothy J. Hogan    tjh@loio.com, timmyhogan@gmail.com

    Lyle S. Hosoda    lsh@hosodalaw.com

    Raina P. Gushiken    rpbg@hosodalaw.com, dmm@hosodalaw.com

William G. Meyer , III    wmeyer@dwyerlaw.com, jborges@dwyerlaw.com; carashiro@dwyerlaw.com

DATED:  Honolulu, Hawaii, May 21, 2007.

                                  */s/ Thomas H. Yee*
KOBAYASHI, SUGITA & GODA
Lex R. Smith (659-0)
Thomas H. Yee (7344-0)
Suite 2600 First Hawaiian Center
999 Bishop Street
Honolulu, HI  96813
Telephone:    (808) 539-8700
Facsimile:    (808) 539-8799

         and

KIRKLAND & ELLIS LLP
Michael E. Baumann (CA Bar No. 145830)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone:    (213) 680-8400
Facsimile:    (213) 680-8500

Co-Counsel for the Post Confirmation Trust for Fleming Companies, Inc.

3