418204

KOBAYASHI, SUGITA & GODA
Lex R. Smith        3485-0
Thomas H. Yee     7344-0
999 Bishop Street, Suite 2600
Honolulu, Hawaii  96813
Telephone No. (808) 539-8700
Facsimile No.  (808) 539-8799
Email: lrs@ksglaw.com

Counsel for Defendants
C&S Logistics of Hawaii, LLC,
C&S Wholesale Grocers, Inc.,
C&S Acquisitions, LLC,
ES3, LLC and Richard Cohen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., et al.,<br><br>Defendants.<br>_____ | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>DEFENDANTS C&S LOGISTICS OF HAWAII, LLC, C&S WHOLESALE GROCERS, INC., C&S ACQUISITIONS, LLC, ES3, LLC AND RICHARD COHEN'S EX PARTE MOTION FOR EXAMINATION OF JUDGMENT DEBTOR; DECLARATION OF LEX R. SMITH; CERTIFICATE OF SERVICE |

DEFENDANTS C&S LOGISTICS OF HAWAII, LLC, C&S
WHOLESALE GROCERS, INC., C&S ACQUISITIONS, LLC, ES3, LLC
AND RICHARD COHEN'S EX PARTE MOTION FOR
<u>EXAMINATION OF JUDGMENT DEBTOR</u>

Defendants C&S Logistics of Hawaii, LLC, C&S Wholesale Grocers, Inc., C&S Acquisitions, LLC, ES3, LLC and Richard Cohen , move this Court, ex parte, for an order citing and summoning Judgment Debtor Wayne Berry to appear before the Honorable Magistrate Judge, Leslie Kobayashi, in her courtroom, United States District Court for the District of Hawaii, 300 Ala Moana Boulevard, Honolulu, Hawaii, at a time certain for examination as judgment debtor, as provided by law.

This ex parte motion is made pursuant to Fed. R. Civ. P. 69 and Haw. Rev. Stat. § 636-4, and is based on the attached declaration, and on the records, files and pleadings herein.

DATED:  Honolulu, Hawaii, May 23, 2007.

/s/ Thomas H. Yee

KOBAYASHI, SUGITA & GODA    _____
BERT T. KOBAYASHI, JR.
LEX R. SMITH
THOMAS H. YEE
Counsel for Defendants
C&S Logistics of Hawaii, LLC,
C&S Wholesale Grocers, Inc.,
C&S Acquisitions, LLC,
ES3, LLC and Richard Cohen