419148
KOBAYASHI, SUGITA & GODA
Lex R. Smith         3485-0
Thomas H. Yee      7344-0
999 Bishop Street, Suite 2600
Honolulu, Hawaii  96813
Telephone No. (808) 539-8700
Facsimile No.  (808) 539-8799
Email: lrs@ksglaw.com

Counsel for Defendants
C&S Logistics of Hawaii, LLC,
C&S Wholesale Grocers, Inc.,
C&S Acquisitions, LLC,
ES3, LLC and Richard Cohen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
|---|---|
| Plaintiff, | ) (Copyright) |
| vs. | ) DEFENDANTS C&S LOGISTICS OF HAWAII, LLC, C&S WHOLESALE GROCERS, INC., C&S ACQUISITIONS, LLC, ES3, LLC AND RICHARD COHEN'S MOTION TO COMPEL WAYNE BERRY TO COMPLY WITH ORDER FOR JUDGMENT DEBTOR EXAMINATION; DECLARATION OF LEX R. SMITH; EXHIBITS "A" THROUGH "D"; CERTIFICATE OF SERVICE |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | |
| Defendants. | |

DEFENDANTS C&S LOGISTICS OF HAWAII, LLC, C&S WHOLESALE GROCERS, INC., C&S ACQUISITIONS, LLC, ES3, LLC AND RICHARD COHEN'S MOTION TO COMPEL WAYNE BERRY TO COMPLY WITH ORDER FOR JUDGMENT DEBTOR EXAMINATION

Defendants C&S Logistics of Hawaii, LLC, C&S Wholesale Grocers, Inc., C&S Acquisitions, LLC, ES3, LLC and Richard Cohen , move this Court, for an order compelling Wayne Berry to attend his judgment debtor examination set for June 28, 2007.

This motion is based on Fed. R. Civ. P. 5(b)(1), the Declaration and Exhibits attached hereto and the record and file herein.

DATED: Honolulu, Hawaii, June 15, 2007.


KOBAYASHI, SUGITA & GODA     /s/ Thomas H. Yee
                             _____
                             BERT T. KOBAYASHI, JR.
                             LEX R. SMITH
                             THOMAS H. YEE
                             Counsel for Defendants
                             C&S Logistics of Hawaii, LLC,
                             C&S Wholesale Grocers, Inc.,
                             C&S Acquisitions, LLC,
                             ES3, LLC and Richard Cohen