# EXHIBIT "B"

| | |
|---|---|
| **From:** | Lex R. Smith |
| **To:** | Temp 26th Floor - 2; |
| **CC:** | |
| **Subject:** | FW: Wayne Berry v. Hawaiian Express Service, Inc., et al., Civil No. 03-00385 SOM-LEK - RESUBMITTING proposed order re: docket # 1063 C&S Defendants" Ex Parte Motion for Examination of Judgment Debtor |
| **Date:** | Friday, June 15, 2007 11:41:57 AM |
| **Attachments:** | DOCS_n418255_v1_berry_hex_-_order_granting_ex_parte_motion_re_exam_debtor.wpd |

**From:** Lex R. Smith
**Sent:** Wednesday, May 30, 2007 9:21 AM
**To:** 'tjh@loio.com'
**Subject:** FW: Wayne Berry v. Hawaiian Express Service, Inc., et al., Civil No. 03-00385 SOM-LEK - RESUBMITTING proposed order re: docket # 1063 C&S Defendants' Ex Parte Motion for Examination of Judgment Debtor

Dear Tim,

I haven't heard from you regarding the date of June 4. Is that date convenient for you and Mr. Berry or would you prefer to schedule the examination for a different date?

Lex

**From:** Thomas H. Yee
**Sent:** Wednesday, May 30, 2007 9:19 AM
**To:** kobayashi_orders@hid.uscourts.gov
**Cc:** abeaman@chunkerr.com; mbronster@bchlaw.net; whc@fmhc-law.com; ctc@hosodalaw.com; lcolombe@chunkerr.com; rfujichaku@bchlaw.net; tjh@loio.com; lsh@hosodalaw.com; Raina Gushiken; wmeyer@dwyerlaw.com; Lex R. Smith
**Subject:** Wayne Berry v. Hawaiian Express Service, Inc., et al., Civil No. 03-00385

SOM-LEK - RESUBMITTING proposed order re: docket # 1063 C&S Defendants' Ex Parte Motion for Examination of Judgment Debtor

Please find attached the resubmitted proposed order re: Defendants C&S Logistics of Hawaii, LLC, C&S Wholesale Grocers, Inc., C&S Acquisitions, LLC, ES3, LLC and Richard Cohen's Ex Parte Motion for Examination of Judgment Debtor (docket # 1063). (Exhibit "A" was inadvertently left off of the originally submitted proposed order)