IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| HAWAIIAN EXPRESS SERVICE, | ) |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 15, 2007, a copy of

DEFENDANTS C&S LOGISTICS OF HAWAII, LLC, C&S

WHOLESALE GROCERS, INC., C&S ACQUISITIONS, LLC, ES3, LLC

AND RICHARD COHEN'S MOTION TO COMPEL WAYNE BERRY TO

COMPLY WITH ORDER FOR JUDGMENT DEBTOR EXAMINATION;

DECLARATION OF LEX R. SMITH; EXHIBITS "A" THROUGH "D",

were duly served via the Court's electronic transmission facilities, to the

following parties:

Andrew V. Beaman    abeaman@chunkerr.com,
nshinozuka@chunkerr.com; lwarfield@chunkerr.com

Margery S. Bronster    mbronster@bchlaw.net, audrey@bchlaw.net

Wesley H.H. Ching    whc@fmhc-law.com, eol@fmhc-law.com;
dd@fmhc-law.com

Christopher T. Chun    ctc@hosodalaw.com

Leroy E. Colombe    lcolombe@chunkerr.com

Rex Y. Fujichaku    rfujichaku@bchlaw.net,
natashia@consumerlaw.com

Timothy J. Hogan    tjh@loio.com, timmyhogan@gmail.com

Lyle S. Hosoda    lsh@hosodalaw.com

Raina P. Gushiken    rpbg@hosodalaw.com, dmm@hosodalaw.com

William G. Meyer , III    wmeyer@dwyerlaw.com,
jborges@dwyerlaw.com; carashiro@dwyerlaw.com

DATED:  Honolulu, Hawaii, June 15, 2007

KOBAYASHI, SUGITA & GODA    /s/ Thomas H. Yee

_____
BERT T. KOBAYASHI, JR.
LEX R. SMITH
THOMAS H. YEE
Counsel for Defendants
C&S Logistics of Hawaii, LLC,
C&S Wholesale Grocers, Inc.,
C&S Acquisitions, LLC,
ES3, LLC and Richard Cohen