419184

KOBAYASHI, SUGITA & GODA
Lex R. Smith        3485-0
Thomas H. Yee      7344-0
999 Bishop Street, Suite 2600
Honolulu, Hawaii  96813
Telephone No. (808) 539-8700
Facsimile No.  (808) 539-8799
Email: lrs@ksglaw.com

Counsel for Defendants
C&S Logistics of Hawaii, LLC,
C&S Wholesale Grocers, Inc.,
C&S Acquisitions, LLC,
ES3, LLC and Richard Cohen

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | CIVIL NO. CV03-00385 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | DEFENDANTS C&S LOGISTICS OF |
| vs. | ) | HAWAII, LLC, C&S WHOLESALE |
| | ) | GROCERS, INC., C&S |
| HAWAIIAN EXPRESS SERVICE, | ) | ACQUISITIONS, LLC, ES3, LLC AND |
| INC., et al., | ) | RICHARD COHEN'S *EX PARTE* |
| | ) | MOTION TO SHORTEN TIME; |
| Defendants. | ) | DECLARATION OF LEX R. SMITH; |
| | ) | EXHIBIT "A"; CERTIFICATE OF |
| | ) | SERVICE |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

1

DEFENDANTS C&S LOGISTICS OF HAWAII, LLC, C&S WHOLESALE GROCERS, INC., C&S ACQUISITIONS, LLC, ES3, LLC AND RICHARD COHEN'S *EX PARTE* MOTION TO SHORTEN TIME FOR HEARING

Defendants C&S Logistics of Hawaii, LLC, C&S Wholesale Grocers, Inc., C&S Acquisitions, LLC, ES3, LLC and Richard Cohen ("Defendants"), by and through their attorneys, Kobayashi, Sugita & Goda, hereby move this Honorable Court for an Order shortening the time for hearing of Defendants' Motion to Compel Wayne Berry to Comply with Order for Judgment Debtor Examination ("Motion to Compel"), filed concurrently with this Motion.

This Motion is made pursuant to Federal Rules of Civil Procedure Rule 7 and is based upon the Declaration of Lex R. Smith attached hereto and incorporated by reference herein.

DATED:  Honolulu, Hawaii, June 15, 2007

KOBAYASHI, SUGITA & GODA    /s/ Thomas H. Yee

_____
BERT T. KOBAYASHI, JR.
LEX R. SMITH
THOMAS H. YEE
Counsel for Defendants
C&S Logistics of Hawaii, LLC,
C&S Wholesale Grocers, Inc.,
C&S Acquisitions, LLC,
ES3, LLC and Richard Cohen