# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00385SOM-LEK |
| CASE NAME: | Wayne Berry, a Hawaii citizen vs. Hawaii Express Service, Inc., a California corporation, et al. |
| ATTYS FOR PLA: | Timothy J. Hogan |
| ATTYS FOR DEFT: | Lex R. Smith |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 06/28/2007 | TIME: | 9:27-9:36 |

COURT ACTION: EP: Return Date on Person Having Knowledge of Judgment Debtor - Atty Timothy J. Hogan made a special appearance on his own behalf.

Counsel informed the Court regarding problems serving Judgment Debtor Wayne Berry personally. Three calls made for Wayne Berry, there was no response. Judgment Debtor is not in the District of Hawaii.

Appropriate motion to be filed by Counsel.

Submitted by: Warren N. Nakamura, Courtroom Manager