IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>HAWAIIAN EXPRESS SERVICE,  )<br>INC., a California corporation; et al.  )<br>  )<br>Defendants.  )<br>_____  ) | Civ. No. CV03 00385 SOM-LEK<br>(Copyright)<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was duly served upon the following parties via the Court's CF/ECM system to their last known addresses on July 11, 2007:

Andrew V. Beaman abeaman@chunkerr.com, lwarfield@chunkerr.com, nshinozuka@chunkerr.
Leroy E. Colombe lcolombe@chunkerr.com, cerickson@chunkerr.com
Wesley H.H. Ching whc@fmhc-law.com, dd@fmhc-law.com, eol@fmhc-law.com
Lex R. Smith lrs@ksglaw.com
Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net
Lyle S. Hosoda lsh@hosodalaw.com
William G. Meyer, III wmeyer@dwyerlaw.com, carashiro@dwyerlaw.com, jborges@dwyerlaw.
Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com
Raina P.B. Gushiken rpbg@hosodalaw.com, dmm@hosodalaw.com, ta@hosodalaw.com
Rex Y. Fujichaku rfujichaku@bchlaw.net, natashia@consumerlaw.com
Christopher T. Chun ctc@hosodalaw.com
Erin N. Brady ebrady@kirkland.com

DATED: Honolulu, Hawaii, July 11, 2007.

/S/Timothy J. Hogan
TIMOTHY J. HOGAN
