DATED: JYLY 16, 2007

TO:  MYRA T. YAMADA,
     LEGAL SECRETARY

FROM ANTHONY T. SHANNON
     COMMISSIONED AGENT

SUBJECT: DECLARATION OF ANTHONY T. SHANNON

I ANTHONY T. SHANNON, COMMISSIONED AGENT, BY THE DEPARTMENT
OF PUBLIC SAFETY, STATE OF HAWAII, DECLARE THAT ON
JUNE 1, 2007 I ATTEMPED SERVICE UPON WAYNE BERRY THROUGH HIS
ATTORNEY, TIMOTHY J. HOGAN, MR. HOGAN WAS NOT AVAILABLE.
ON JUNE 4, 2007 I SPOKE WITH MR. TIMOTHY J. HOGAN, AND ASKED
HIM TO ACCEPT SERVICE FOR HIS CLIENT, WAYNE BERRY AND MR.
HOGAN DECLINED SAYING THAT HE WAS NOT AUTHORIZED TO ACCEPT
SERVICE FOR WAYNE BERRY.

END OF DECLARATION

_____
A. SHANNON