KOBAYASHI, SUGITA & GODA
LEX R. SMITH          3485-0
THOMAS H. YEE         7344-0
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No.  (808) 539-8799
Email: lrs@ksglaw.com

Counsel for Defendants
C&S Logistics of Hawaii, LLC,
C&S Wholesale Grocers, Inc.,
C&S Acquisitions, LLC,
ES3, LLC and Richard Cohen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| | ) |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2007, copies of the **REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS C&S LOGISTICS OF HAWAII, LLC, C&S WHOLESALE GROCERS, INC., C&S ACQUISITIONS, LLC, ES3, LLC AND RICHARD COHEN'S MOTION TO COMPEL WAYNE BERRY TO COMPLY WITH ORDER FOR JUDGMENT DEBTOR EXAMINATION and DECLARATION OF ANTHONY SHANNON,** were duly served via the Court's electronic transmission facilities, on the following parties:

   Andrew V. Beaman    abeaman@chunkerr.com, nshinozuka@chunkerr.com; lwarfield@chunkerr.com

   Margery S. Bronster    mbronster@bchlaw.net, audrey@bchlaw.net

   Wesley H.H. Ching    whc@fmhc-law.com, eol@fmhc-law.com; dd@fmhc-law.com

   Christopher T. Chun    ctc@hosodalaw.com

   Leroy E. Colombe    lcolombe@chunkerr.com

   Rex Y. Fujichaku    rfujichaku@bchlaw.net, natashia@consumerlaw.com

   Timothy J. Hogan    tjh@loio.com, timmyhogan@gmail.com

   Lyle S. Hosoda    lsh@hosodalaw.com

   Raina P. Gushiken    rpbg@hosodalaw.com, dmm@hosodalaw.com

6

William G. Meyer , III   wmeyer@dwyerlaw.com, jborges@dwyerlaw.com; carashiro@dwyerlaw.com

DATED:  Honolulu, Hawaii, July 17, 2007.

        **/s/ Thomas H. Yee**_____
        KOBAYASHI, SUGITA & GODA
        Lex R. Smith (659-0)
        Thomas H. Yee (7344-0)
        Counsel for Defendants
        C&S Logistics of Hawaii, LLC,
        C&S Wholesale Grocers, Inc.,
        C&S Acquisitions, LLC,
        ES3, LLC and Richard Cohen