# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00385SOM-LEK |
| CASE NAME: | Wayne Berry, a Hawaii citizen vs. Hawaii Express Service, Inc., a California corporation, et al. |
| ATTYS FOR PLA: | Wesley W. Ichida |
| | Timothy J. Hogan |
| ATTYS FOR DEFT: | Lyle S. Hosoda |
| | Raina P.B. Gushiken |
| | Lex R. Smith |
| | Erin N. Brady |
| | Margery S. Bronster |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 07/30/2007 | TIME: | 9:30-9:36 |

COURT ACTION: EP: Status Conference held. Erin N. Brady participated by phone. Atty Timothy J. Hogan made a special appearance.

Submitted by: Warren N. Nakamura, Courtroom Manager