# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00385SOM-LEK |
| CASE NAME: | Wayne Berry, a Hawaii citizen vs. Hawaii Express Service, Inc., a California corporation, et al. |
| ATTYS FOR PLA: | Wesley W. Ichida |
| | Timothy J. Hogan |
| ATTYS FOR DEFT: | Lyle S. Hosoda |
| | Raina P.B. Gushiken |
| | Lex R. Smith |
| | Erin N. Brady |
| | Margery S. Bronster |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 07/30/2007 | TIME: | 9:37-9:56 |

COURT ACTION:  EP: Defendants C & S Acquisitions, LLC, C & S Logistics of Hawaii, LLC., C & S Wholesale Grocers, Inc., Richard Cohen, and ES3 LLC's Motion to Compel -  Erin N. Brady participated by phone.  Atty Timothy J. Hogan made a special appearance.

Oral Request to Continue Hearing Denied.

Arguments heard.  Defendants C & S Acquisitions, LLC, C & S Logistics of Hawaii, LLC., C & S Wholesale Grocers, Inc., Richard Cohen, and ES3 LLC's Motion to Compel taken under Advisement by the Court.

Submitted by: Warren N. Nakamura, Courtroom Manager