TIMOTHY J. HOGAN 5312-0
ATTORNEY AT LAW
1150 Bishop Street, No.433
Honolulu, Hawaii 96813
Tel. No. (808) 382-3698
Fax No. (808) 356-1682
E-mail: tjh@timhogan.com

Attorney for Plaintiff
WAYNE BERRY
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | Civ. No. CV03 00385 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | **WITHDRAWAL AND** |
| | ) | **SUBSTITUTION OF PLAINTIFF'S** |
| | ) | **COUNSEL; WITHDRAWING** |
| | ) | **COUNSEL: LYNCH ICHIDA** |
| | ) | **THOMPSON KIM & HIROTA;** |
| HAWAIIAN EXPRESS SERVICE, | ) | **SUBSTITUTE COUNSEL:** |
| INC., a California corporation; et al. | ) | **TIMOTHY J. HOGAN,** |
| | ) | **ATTORNEY AT LAW** |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## Withdrawal and Substitution of Counsel

The law firm of Lynch Ichida Thompson Kim & Hirota through the undersigned hereby respectfully gives notice that Lynch Ichida Thompson Kim & Hirota hereby withdraws as attorney of record to Plaintiff Wayne Berry.

Timothy J. Hogan, Attorney at Law, undersigned, hereby enters an appearance on behalf of the Plaintiff and requests service of papers via the Court's CM/ECF system or as otherwise provided by the Federal Rules of Civil Procedure and the Local Rules of the District Court of the District of Hawaii.

DATED: Honolulu, Hawaii, August 7, 2007.

/S/Timothy J. Hogan
TIMOTHY J. HOGAN
Appearing as Attorney for Plaintiff
WAYNE BERRY

WITHDRAWING COUNSEL

LYNCH ICHIDA THOMPSON KIM & HIROTA,
A LAW CORPORATION

by WESLEY ICHIDA, ESQ.

2