TIMOTHY J. HOGAN 5312-0
ATTORNEY AT LAW
1150 Bishop Street, No.433
Honolulu, Hawaii 96813
Tel. No. (808) 382-3698
Fax No. (808) 356-1682
E-mail: tjh@timhogan.com

Attorney for Plaintiff
WAYNE BERRY
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | Civ. No. CV03 00385 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation; et al. | ) | |
| | ) | |
| Defendants. | ) | |

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of Plaintiff's Withdrawal and Substitution of Counsel were served on the following at their last known addresses:

<u>Served Electronically via the ECM/CF system on August 7, 2007</u>:

Andrew V. Beaman abeaman@chunkerr.com, lwarfield@chunkerr.com, nshinozuka@chunkerr.

Leroy E. Colombe lcolombe@chunkerr.com, cerickson@chunkerr.com

Wesley H.H. Ching whc@fmhc-law.com, dd@fmhc-law.com, eol@fmhc-law.com

Lex R. Smith lrs@ksglaw.com

Wesley W. Ichida wwi@loio.com

Margery S. Bronster mbronster@bhhawaii.net, audrey@bchlaw.net

Lyle S. Hosoda lsh@hosodalaw.com

William G. Meyer, III wmeyer@dwyerlaw.com, carashiro@dwyerlaw.com, jborges@dwyerlaw.

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

Raina P.B. Gushiken rpbg@hosodalaw.com, dmm@hosodalaw.com, ta@hosodalaw.com

Rex Y. Fujichaku rfujichaku@bhhawaii.net

Christopher T. Chun ctc@hosodalaw.com

Damian Capozzola dcapozzola@kirkland.com

Erin N. Brady ebrady@kirkland.com

DATED: Honolulu, Hawai'i, August 7, 2007.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff WAYNE BERRY