IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) |
| | ) DECLARATION OF LEX R. SMITH |
| vs. | ) |
| | ) |
| HAWAIIAN EXPRESS SERVICE, | ) |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF LEX R. SMITH

I, LEX R. SMITH, under penalty of perjury, state as follows:

1.  I am an attorney licensed to practice law before all of the State and Federal Courts in the State of Hawaii and am one of the attorneys representing Defendants C&S Logistics of Hawaii, LLC, C&S Wholesale Grocers, Inc., C&S Acquisitions, LLC, ES3, LLC and Richard Cohen (collectively, "C&S") in this case.

2.  Attached hereto as Exhibit "A" is a true and correct copy of my May 22, 2007 letter to Timothy Hogan regarding Attorney's Fees and Costs Awarded to C&S.

3.  Attached hereto as Exhibit "B" is a true and correct copy of my May 30, 2007 email to Timothy Hogan, sent at 9:21 a.m., regarding

scheduling of the debtor examination of Wayne Berry.

    4.    Attached hereto as Exhibit "C" is a true and correct copy of my May 30 2007 email to Timothy Hogan, sent at 11:06 a.m. regarding the scheduling of the debtor examination of Wayne Berry.

    5.    Attached hereto as Exhibit "D" is a true and correct copy of a memorandum dated July 16, 2007 received by my office from Anthony Shannon.

    6.    Attached hereto as Exhibit "D1" is a true and correct copy of the June 13, 2007 Return of Service.

    7.    Attached hereto as Exhibit "E" is a true and correct copy of a June 14, 2007 email from Timothy Hogan to myself, regarding the Judgment Debtor Examination.

    8.    Attached hereto as Exhibit "F" is a true and correct copy of my August 7, 2007 letter to Timothy Hogan, regarding the Judgment Debtor Examination.

I declare under penalty of perjury that the statements made herein are true and correct to the best of my knowledge, information and belief.

DATED: Honolulu, Hawaii, August 9, 2007.

_____
LEX R. SMITH