# EXHIBIT "C"

**From:** Lex R. Smith
**Sent:** Wednesday, May 30, 2007 11:06 AM
**To:** 'tjh@loio.com'
**Subject:** Berry examination

Tim,

The order just arrived.  The court has set June 28 for the Judgment Debtor examination.  If that date is not convenient for you or Mr. Berry please let me know as soon as possible so we can schedule an agreeable date.

Thanks,

Lex

Exhibit C