# EXHIBIT "D"

DATED: JYLY 16, 2007

TO:  MYRA T. YAMADA,
     LEGAL SECRETARY

FROM ANTHONY T. SHANNON
     COMMISSIONED AGENT

SUBJECT: DECLARATION OF ANTHONY T. SHANNON

I ANTHONY T. SHANNON, COMMISSIONED AGENT, BY THE DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII, DECLARE THAT ON JUNE 1, 2007 I ATTEMPED SERVICE UPON WAYNE BERRY THROUGH HIS ATTORNEY, TIMOTHY J. HOGAN, MR. HOGAN WAS NOT AVAILABLE. ON JUNE 4, 2007 I SPOKE WITH MR. TIMOTHY J. HOGAN, AND ASKED HIM TO ACCEPT SERVICE FOR HIS CLIENT, WAYNE BERRY AND MR. HOGAN DECLINED SAYING THAT HE WAS NOT AUTHORIZED TO ACCEPT SERVICE FOR WAYNE BERRY..

END OF DECLARATION

_____
A. SHANNON

Exhibit D