# EXHIBIT "D"

Case 1:03-cv-00385-DAE-LEK   Document 1079-7   Filed 08/09/2007   Page 1 of 3

418576
KOBAYASHI, SUGITA & GODA
Lex R. Smith        3485-0
Thomas H. Yee       7344-0
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No. (808) 539-8799
Email: lrs@ksglaw.com

Counsel for Defendants
C&S Logistics of Hawaii, LLC,
C&S Wholesale Grocers, Inc.,
C&S Acquisitions, LLC,
ES3, LLC and Richard Cohen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) RETURN OF SERVICE |
| vs. | ) |
| | ) |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

RETURN OF SERVICE

I HEREBY CERTIFY that I served the documents listed herein by delivering a certified copy of each document to the person(s) at the time, date and place herein shown.

Exhibit D1

DOCUMENTS SERVED:

1. ORDER GRANTING DEFENDANTS C&S LOGISTICS OF HAWAII, LLC, C&S WHOLESALE GROCERS, INC., C&S ACQUISITIONS, LLC, ES3, LLC AND RICHARD COHEN'S EX PARTE MOTION FOR EXAMINATION OF JUDGMENT DEBTOR WAYNE BERRY

NAME OF PERSON SERVED    TIME    DATE    PLACE

Timothy J. Hogan
Lynch Ichida Thompson Kim & Hirota
1132 Bishop Street, Suite 1405
First Hawaiian Tower
Honolulu, Hawaii 96813

ATTEMPTED SERVICE ON TIMOTHY J. HOGAN ON JUNE 1, & JUNE 4, of 2007
TIMOTHY J. HOGAN REFUSE TO ACCEPT SERVICE SAYING THAT HE IS NOT AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF WAYNE BERRY.
DOCUMENT UNSERVED

DATED: Honolulu, Hawaii, JUNE 13, 2007.

Process Server    A. SHANNON

2