# EXHIBIT "F"



**KOBAYASHI SUGITA & GODA**
ATTORNEYS • AT • LAW

999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813-4430

Telephone: 808-539-8700
Facsimile: 808-539-8799
E-Mail: lrs@ksglaw.com

Bert T. Kobayashi, Jr.*
Kenneth Y. Sugita*
Alan M. Goda*
Lex R. Smith*
Wendell H. Fuji*
Robert K. Ichikawa*
Janeen-Ann A. Olds*
Clifford K. Higa*
John F. Lezak*
Larry L. Myers*
Craig K. Shikuma*
Christopher T. Kobayashi*
Ruth K. Oh*
Burt T. Lau*
Ronald T. Ogomori*

David B. Tongg*
Bruce A. Nakamura*
Lanson K. Kupau*
Nathan H. Yoshimoto*
Kenneth M. Nakasone*
Gregory M. Sato*
---------------
Brendan S. Bailey
Miki A. Kurokawa
Lisa K.Y. Nakahara
Jesse W. Schiel
Joseph A. Stewart
Robert A. Ueoka
Lauren U. Van Buren
Thomas H. Yee

*A Law Corporation

August 7, 2007

Timothy Hogan, Esq.
1050 Bishop Street
Suite 433
Honolulu, Hawaii 96813

Re:   Judgment Debtor Examination

Dear Mr. Hogan:

I understand that you will be replacing Mr. Ichida in the above referenced action.

Mr. Ichida telephoned me on Thursday, August 2 and offered to produce Mr. Berry for his examination in Honolulu on September 10 or September 13, 2007. This is to advise you that I can stipulate to entry of an amended Court order containing the following terms:

1. Mr. Berry will appear in Honolulu for his judgment debtor examination on September 13, 2007.

2. On or before August 13, 2007, Mr. Berry will produce all documents listed required by the Court's May 30, 2007 order.

3. Until September 13, 2007, Mr. Berry shall not transfer any assets outside the ordinary course of business.

Very truly yours,

LEX R. SMITH
for
KOBAYASHI, SUGITA & GODA

Exhibit F