IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on <u>August 9, 2007</u>, a copy of **MEMORANDUM IN OPPOSITION TO WAYNE BERRY'S STATEMENT OF APPEAL RE: ORDER GRANTING DEFENDANTS' MOTION TO COMPEL WAYNE BERRY TO COMPLY WITH ORDER FOR JUDGMENT DEBTOR FILED ON AUGUST 8, 2007; DECLARATION OF LEX R. SMITH; EXHIBITS "A" – "F"** were duly served via the Court's electronic transmission facilities, to the following parties:

 Andrew V. Beaman abeaman@chunkerr.com, nshinozuka@chunkerr.com; lwarfield@chunkerr.com

 Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

    Wesley H.H. Ching     whc@fmhc-law.com, eol@fmhc-law.com; dd@fmhc-law.com

    Christopher T. Chun     ctc@hosodalaw.com

    Leroy E. Colombe     lcolombe@chunkerr.com

    Rex Y. Fujichaku     rfujichaku@bchlaw.net, natashia@consumerlaw.com

    Timothy J. Hogan     tjh@loio.com, timmyhogan@gmail.com

    Lyle S. Hosoda     lsh@hosodalaw.com

    Raina P. Gushiken     rpbg@hosodalaw.com, dmm@hosodalaw.com

    William G. Meyer, III     wmeyer@dwyerlaw.com, jborges@dwyerlaw.com; carashiro@dwyerlaw.com

    DATED:  Honolulu, Hawaii, August 9, 2007

KOBAYASHI, SUGITA & GODA     /s/ Thomas H. Yee

                                  _____
                                  BERT T. KOBAYASHI, JR.
                                  LEX R. SMITH
                                  THOMAS H. YEE
                                  Counsel for Defendants
                                  C&S Logistics of Hawaii, LLC,
                                  C&S Wholesale Grocers, Inc.,
                                  C&S Acquisitions, LLC,
                                  ES3, LLC and Richard Cohen