421928
KOBAYASHI, SUGITA & GODA
LEX R. SMITH    3485-0
THOMAS H. YEE    7344-0
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No. (808) 539-8799
Email: lrs@ksglaw.com

Counsel for Defendants
C&S Logistics of Hawaii, LLC,
C&S Wholesale Grocers, Inc.,
C&S Acquisitions, LLC,
ES3, LLC and Richard Cohen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | CIVIL NO. CV03-00385 SOM-LEK (Copyright) |
| Plaintiff, | |
| | CERTIFICATE OF SERVICE |
| vs. | |
| | [NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS; WRITTEN QUESTIONS. EXHIBIT "A"] |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS; WRITTEN QUESTIONS; EXHIBIT "A" dated August 10, 2007 were duly served via the Court's electronic transmission facilities, to the following parties:

    Andrew V. Beaman    abeaman@chunkerr.com, nshinozuka@chunkerr.com; lwarfield@chunkerr.com

Margery S. Bronster    mbronster@bchlaw.net, audrey@bchlaw.net

Wesley H.H. Ching    whc@fmhc-law.com, eol@fmhc-law.com; dd@fmhc-law.com

Christopher T. Chun    ctc@hosodalaw.com

Leroy E. Colombe    lcolombe@chunkerr.com

Rex Y. Fujichaku    rfujichaku@bchlaw.net, natashia@consumerlaw.com

Timothy J. Hogan    tjh@loio.com, timmyhogan@gmail.com

Lyle S. Hosoda    lsh@hosodalaw.com

Raina P. Gushiken    rpbg@hosodalaw.com, dmm@hosodalaw.com

William G. Meyer , III    wmeyer@dwyerlaw.com, jborges@dwyerlaw.com; carashiro@dwyerlaw.com

...
...

DATED: Honolulu, Hawaii, August 10, 2007.

/s/ Lex R. Smith

_____

LEX R. SMITH
THOMAS H. YEE
Counsel for Defendants
C&S Logistics of Hawaii, LLC
C&S Wholesale Grocers, Inc.
C&S Acquisition, LLC
ES3, LLC and Richard Cohen