# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00385SOM-LEK |
| CASE NAME: | Wayne Berry, a Hawaii citizen vs. Hawaii Express Service, Inc., a California corporation, et al. |
| ATTYS FOR PLA: | Timothy J. Hogan |
| ATTYS FOR DEFT: | Lex R. Smith<br>Lyle S. Hosoda<br>Margery S. Bronster |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 08/13/2007 | TIME: | 10:55-10:56 |

COURT ACTION: EP: Return Date on Examination of Person Having Knowledge of Judgment Debtor.

Judgment Debtor Wayne Berry sworn.

Submitted by: Warren N. Nakamura, Courtroom Manager