418576
KOBAYASHI, SUGITA & GODA
Lex R. Smith        3485-0
Thomas H. Yee    7344-0
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No. (808) 539-8799
Email: lrs@ksglaw.com

Counsel for Defendants
C&S Logistics of Hawaii, LLC,
C&S Wholesale Grocers, Inc.,
C&S Acquisitions, LLC,
ES3, LLC and Richard Cohen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., et al.,<br><br>Defendants. | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>RETURN OF SERVICE |

RETURN OF SERVICE

I HEREBY CERTIFY that I served the documents listed herein by delivering a certified copy of each document to the person(s) at the time, date and place herein shown.

DOCUMENTS SERVED:

1. ORDER GRANTING DEFENDANTS C&S LOGISTICS OF HAWAII, LLC, C&S WHOLESALE GROCERS, INC., C&S ACQUISITIONS, LLC, ES3, LLC AND RICHARD COHEN'S EX PARTE MOTION FOR EXAMINATION OF JUDGMENT DEBTOR WAYNE BERRY

NAME OF PERSON SERVED    TIME    DATE    PLACE

Wayne Berry

NOT FOUND: AFTER DUE AND DILIGENT SEARCH AND INQUIRY I CANNOT FIND:

WAYNE BERRY AT: 7528 MUOLEA PLACE, HAWAII KAI, HONOLULU HAWAII 96825

DATED: Honolulu, Hawaii, september 11, 2007.

Process Server A. SHANNON