TIMOTHY J. HOGAN 5312-0
ATTORNEY AT LAW
1150 Bishop Street, No.433
Honolulu, Hawaii 96813
Tel. No. (808) 382-3698
Fax No. (808) 356-1682
E-mail: tjh@timhogan.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | Civ. No. CV03 00385 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CERTIFICATE OF SERVICE: |
| | ) | |
| HAWAIIAN EXPRESS SERVICE, | ) | NOTICE OF ATTORNEY'S LIEN |
| INC., a California corporation; et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the Notice of Attorney's Lien was served on the following at their last known addresses:

Served Electronically via the Ecm/cf System on February 13, 2008:

Andrew V. Beaman abeaman@chunkerr.com, lwarfield@chunkerr.com, nshinozuka@chunkerr.com

Erin N. Brady ebrady@kirkland.com

Margery S. Bronster mbronster@bhhawaii.net, audrey@bchlaw.net

Damian Capozzola dcapozzola@kirkland.com

Wesley H.H. Ching whc@fmhc-law.com, dd@fmhc-law.com, eol@fmhc-law.com

Christopher T. Chun ctc@hosodalaw.com

Leroy E. Colombe lcolombe@chunkerr.com

Rex Y. Fujichaku rfujichaku@bhhawaii.net, barbara@bhhawaii.net

Raina P.B. Gushiken rpbg@hosodalaw.com, dmm@hosodalaw.com, ta@hosodalaw.com

Lyle S. Hosoda lsh@hosodalaw.com, dmm@hosodalaw.com, ta@hosodalaw.com

Wesley W. Ichida wwi@loio.com

William G. Meyer , III wmeyer@dwyerlaw.com, carashiro@dwyerlaw.com, jborges@dwyerlaw.com

Lex R. Smith lrs@ksglaw.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

Served Electronically via regular email on February 13, 2008:

CHERYL, R. BRAWLEY, ESQ.
BRAWLEY AND ASSOCIATES, AAL, LLLC
ATTORNEY FOR JULIANNE BERRY
via attorney4@hawaiiantel.net
brawleyandassoc@hawaiiantel.net


Served by First Class Mail Postage Prepaid on February 13, 2008

CHERYL, R. BRAWLEY, ESQ.
BRAWLEY AND ASSOCIATES, AAL, LLLC
1164 Bishop Street, Ste. 500
Honolulu, Hawaii 96813
ATTORNEY FOR JULIANNE BERRY

    DATED: Honolulu, Hawai'i, February 13, 2008.

                                /s/ Timothy J. Hogan
                                TIMOTHY J. HOGAN
                                Attorney for Plaintiff WAYNE BERRY