LYLE S. HOSODA & ASSOCIATES, LLC

LYLE S. HOSODA         3964-0
RAINA P.B. GUSHIKEN 7329-0
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

Attorneys for Defendants
BRIAN CHRISTENSEN, MARK DILLON, TERESA NOA,
MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO,
ALFREDDA WAIOLAMA, and JACQUELINE RIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HAWAIIAN EXPRESS SERVICE, INC., a California corporation; et al.<br><br>　　　　　Defendants. | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>**CERTIFICATE OF SERVICE**<br><br>(RE: DEFENDANTS BRIAN CHRISTENSEN, MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, and JACQUELINE RIO'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION; EXHIBIT "A") |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 14, 2008, a true and correct copy of DEFENDANTS BRIAN CHRISTENSEN, MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, and JACQUELINE RIO'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION; EXHIBIT "A", dated

February 14, 2008, was duly served via electronic transmission, to the following parties:

| | |
|---|---|
| Andrew V. Beaman | abeaman@chunkerr.com<br>nshinozuka@chunkerr.com<br>lwarfield@chunkerr.com |
| Erin N. Brady | ebrady@kirkland.com |
| Margery S. Bronster | mbronster@bchlaw.net<br>audrey@bchlaw.net |
| Wesley H.H. Ching | whc@fmhc-law.com<br>eol@fmhc-law.com<br>dd@fmhc-law.com |
| Leroy E. Colombe | lcolombe@chunkerr.com |
| Rex Y. Fujichaku | rfujichaku@bcklaw.net<br>natashia@consumerlaw.com |
| Timothy J. Hogan | tjh@timhogan.com |
| William G. Meyer, III | wmeyer@dwyerlaw.com<br>jborges@dwyerlaw.com<br>carashiro@dwyerlaw.com |
| Lex R. Smith | lrs@ksglaw.com |

Dated: Honolulu, Hawaii, February 14, 2008.

/s/ Lyle S. Hosoda
LYLE S. HOSODA
RAINA P.B. GUSHIKEN

Attorneys for Defendants
BRIAN CHRISTENSEN, MARK DILLON, TERESA NOA, MELVIN PONCE, SONIA PURDY, JUSTIN FUKUMOTO, ALFREDDA WAIOLAMA, and JACQUELINE RIO

2