EXHIBIT "B"

judgment debtor exam

1

1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF HAWAII

3    WAYNE BERRY, a Hawaii  ) CIVIL NO. CV03-00385 SOM-LEK
     citizen               ) (Copyright)
4                          )
             Plaintiff,    )
5                          )
             vs.           )
6                          )
     HAWAIIAN EXPRESS       )
7    SERVICE, INC, et al., )
                           )
8          Defendants.      )
     _____)
9

10

11

12

13              DEPOSITION OF WAYNE BERRY

14   Taken on behalf of the Defendants C&S Logistics of

15   Hawaii, LLC, C&S Wholesale Grocers, Inc., C&S

16   Acquisitions, LLC, ES3, LLC and Richard Cohen, at the

17   offices of Kobayashi Sugita & Goda, 999 Bishop

18   Street, Suite 2600, Honolulu, Hawaii, on Monday,

19   August 13, 2007, commencing at 11:31 a.m. Pursuant to

20   Notice.

21

22

23

24   Reported by:
     Priscilla Gonzaga, CSR #127
25   Notary Public, State of Hawaii

2

1    APPEARANCES:

2    For the Plaintiff:

Exhibit B

judgment debtor exam

3        TIMOTHY J. HOGAN, ESQ.
         1050 Bishop Street, Number 433
4        Honolulu, Hawaii 96813

5

6

For the Defendants C&S Logistics of Hawaii, LLC, C&S
7   Wholesale Grocers, Inc., C&S Acquisitions, LLC, ES3,
    LLC and Richard Cohen:
8
         LEX R. SMITH, ESQ.
9        Kobayashi Sugita & Goda
         999 Bishop Street, Suite 2600
10       Honolulu, Hawaii 96813

11

12

For the Defendant Guidance Software:
13
         MARGERY S. BRONSTER, ESQ.
14       JAE PARK, ESQ.
         Bronster Crabtree & Hoshibata
15       Pauahi Tower, Suite 2300
         1001 Bishop Street
16       Honolulu, Hawaii 96813

17

18

19  For the Defendant Brian Christensen:

20       LYLE HOSODA
         345 Queen Street, Suite 804
21       Honolulu, Hawaii 96813

22

23

24

25



                                                    3

1                   I N D E X

2   EXAMINATION BY:                              PAGE

3      MR. SMITH                                    4

4

5   EXHIBITS FOR IDENTIFICATION:

6      EXHIBIT A                                    6

7      EXHIBIT B                                   76

judgment debtor exam

12    A    I don't know.  You tell me.

13    Q    Okay.  You're not aware of one.  Okay.

14         So I don't forget, I would like to make the

15    document that you brought with you an exhibit so

16    let's make that next in order, the document that you

17    brought with you Bates stamped.

18         (Exhibit D marked for identification.)

19         MR. HOGAN:  Can we just go off the record

20    for a second?

21         (Off the record colloquy.)

22         MR. HOGAN:  Go back on.

23    Q    (By Mr. Smith) Okay.  E is the document that

24    I'm giving to the court reporter.

25    A    Okay.


89

1    Q    My time is limited so I'm going to try to

2    ask very specific questions and I'll appreciate very

3    specific responses.

4    A    I'll try.

5    Q    Okay.  I'd like to start with number 1 on

6    Exhibit E which refers to something called USAGE.EXE.

7    Are you the author of that item?

8    A    Yes.

9    Q    Have you ever been paid any money for

10    authoring it?

11    A    I think so.

12    Q    Who made the payment?

13    A    I think it was probably IPC Enterprises.

14    Q    How much was the payment?

15    A    I have no idea.  It was a long time ago.

16    Q    When was the payment made?

Page 76

judgment debtor exam

17    A    I have no idea.

18    Q    When was the last time you received any

19   payment from IPC Enterprises for this item number 1?

20    A    I have no idea.

21    Q    Was it more than ten years ago?

22    A    Yes.

23    Q    Do you have any expectation that you're ever

24   going to receive any money, any more money for item

25   number 1?

90

1    A    There's always a chance.

2    Q    Has anyone ever offered you -- other than

3   IPC Enterprises, has anyone ever offered you any

4   money for item number 1?

5    A    No.

6    Q    And when I say offered you money, I mean for

7   a license or to buy it from you or for any other --

8   any other way connected to this item USAGE.EXE?

9    A    No.

10    Q    Item number 2 refers to something called

11   Except.exe.  Are you the author of Except.exe?

12    A    Yes.

13    Q    Have you ever been paid any money for

14   Except.exe?

15    A    Yes.

16    Q    Who was the payer?

17    A    IPC Enterprises.

18    Q    Anybody besides IPC Enterprises ever paid

19   you anything for Except.exe?

20    A    Not that I can recall.

Page 77

judgment debtor exam
```
21    Q    When was the payment from IPC Enterprises?

22    A    I don't know.

23    Q    Was it more than ten years ago?

24    A    Yes.

25    Q    Has anyone offered you any money for
```

91
```
1    Except.exe whether the use or licensing or ownership

2    of it other than IPC?

3    A    No.

4    Q    Where is IPC Enterprises located?

5    A    They were in Hawaii.

6    Q    Where are they now?

7    A    I have no idea.

8    Q    Who was in charge of IPC Enterprises?

9    A    When?

10   Q    When you were doing business with them.

11   A    Jeff Itoman.

12   Q    Item number 3, MVRAPP.EXE.  Have you ever

13   been paid any money for MVRAPP.EXE?

14   A    Yes.

15   Q    Who made the payment?

16   A    IPC.

17   Q    How much did they pay?

18   A    I don't know.

19   Q    Was the payment made more than ten years

20   ago?

21   A    Yes.

22   Q    Since -- have you ever been offered anything

23   for MVRAPP.EXE by anyone other than IPC?

24   A    No.

25   Q    Have you ever attempted to market the first
```
Page 78

judgment debtor exam

                                                                    92

1    three items that we've talked about to anyone other

2    than IPC?

3        A    I've made an attempt to market derivatives

4    of those.

5        Q    Has anyone ever agreed to pay you anything

6    for derivatives of those?

7        A    I don't know.

8        Q    Okay.  Who have you offered -- who have you

9    offered derivatives of those to?

10       A    I'm not sure.  I can just remember using

11   portions of the code in making derivatives.  I

12   just -- I can't recall at this point what I used or

13   whether they turned into a sales product or not or

14   who it was.

15       Q    So you can't remember --

16       A    No.

17       Q    -- receiving any money for those other than

18   what you got from IPC?

19       A    No, not specifically.

20       Q    Are you the author of CLKDDE.EXE?

21       A    Yes.

22       Q    Have you ever been paid any money for

23   CLKDDE.EXE?

24       A    Yes.

25       Q    By whom?

                                                                    93

1        A    IPC Enterprises.

2        Q    How much were you paid?

                              judgment debtor exam
 3      A    I have no idea.

 4      Q    Was it more than ten years ago?

 5      A    Yes.

 6      Q    Has anyone offered you anything for it since

 7  then?

 8      A    Same answer.  There's been derivatives made

 9  and I don't know if there's something I sold or not.

10      Q    The answer is maybe but you don't know?

11      A    That's correct.

12      Q    CLKCOM.EXE, are you the author?

13      A    Yes.

14      Q    Have you ever been paid anything for it?

15      A    Yes.

16      Q    Who paid you?

17      A    IPC Enterprises.

18      Q    How much did they pay you?

19      A    I don't know.

20      Q    Was the payment more than ten years ago?

21      A    Yes.

22      Q    And is it correct that you may have

23  attempted to market it since that time or a

24  derivative of it but you don't know whether you ever

25  received any money for it?

                                                  94
 1      A    That's correct.

 2      Q    Number 6, TIMEDB2.DDL.  Are you the author?

 3      A    Yes.

 4      Q    Have you ever been paid anything for it?

 5      A    Yes.

 6      Q    By whom?

 7      A    IPC Enterprises.
                        Page 80

judgment debtor exam

 8    Q    Was the payment more than ten years ago?

 9    A    Yes.

10    Q    How much was it?

11    A    I have no idea.

12    Q    Is it correct that although you may have

13  attempted to market a derivative of TIMEDB2.DDL, you

14  have no knowledge whether you've ever received any

15  income from it from anyone other than IPC?

16    A    No.  I actually -- that's a time accounting

17  database structure for time clocks.  And I used a

18  derivative of this structure at API for the terminals

19  to record time.  There was no separate charge and

20  there was no separate money recovered from using that

21  but I did implement a separate time clock system

22  using this.

23    Q    Okay.  So you obviously used API?

24    A    Yes.

25    Q    Did API pay you anything for it?

                                                        95

 1    A    No.  It was just something I put out to make

 2  the work easier.

 3    Q    Other than IPC and API, have you received

 4  any money from anybody else for TIMEDB2.DDL?

 5    A    No.  As I mentioned API did not pay any

 6  money directly for this.

 7    Q    Next one, PAYMENT.EXE.  Have you ever -- are

 8  you the author of PAYMENT.EXE?

 9    A    Yes.

10    Q    Have you ever received any money for it?

11    A    Yes.

                    Page 81

judgment debtor exam

12    Q    Who paid you the money?

13    A    That would have been IPC Enterprises.

14    Q    How much were you paid?

15    A    I don't know.

16    Q    Was the payment over ten years ago?

17    A    Yes.

18    Q    Since that time, is it correct that you're

19    not able to identify anybody who's paid you anything

20    for the use of PAYMENT.EXE?

21    A    That's correct.

22    Q    Next one, MASTER.EXE.  Are you the author?

23    A    I think so but I don't -- just going by the

24    record here, I don't remember this program.

25    Q    Is it correct that you have no memory of

96

1    ever receiving any money as a result of authoring

2    MASTER.EXE?

3    A    I'm not sure 'cause I don't remember the

4    program specifically.

5    Q    Okay.  So you just don't know if you ever

6    made any money from that program?

7    A    Right.

8    Q    Number 9.  Are you the author of VIEW.EXE?

9    A    I think so but now you're getting into a

10    period of time I'm not sure which programs they are

11    without -- I can't remember which projects they were

12    attached to.

13    Q    Okay.  So as you sit here today, you have no

14    knowledge of ever receiving any income from VIEW.EXE?

15    A    I just don't recall.  I'd have to look at

16    the program and see what the project was.

Page 82

judgment debtor exam

17    Q    Okay.  But like I say, as you sit here
18  today, you don't know?
19    A    I can't recall.
20    Q    Is it correct that in the last ten years,
21  you have not received any money from VIEW.EXE?
22    A    I can't recall.
23    Q    Number 10, CAPTURE.EXE.  Are you the author?
24    A    Again, that's one of these programs I can't
25  place to the project right now.

                                                        97

1    Q    So you don't know what that is or whether
2  you ever made any money from it?
3    A    Right.
4    Q    Number 11, MVRDB.DBD.  Are you the author?
5    A    Yes.
6    Q    Have you ever made any money from it?
7    A    Yes.
8    Q    Who was the payer?
9    A    IPC Enterprises.
10    Q    How much did they pay you?
11    A    I don't know.
12    Q    Was it more than ten years ago?
13    A    Yes.
14    Q    Have you ever received any money from it
15  since that time?
16    A    Not that I can recall.
17    Q    Number 12, CALL.EXE.  Are you the author?
18    A    Yes.
19    Q    Have you ever received any money from it?
20    A    Yes.

judgment debtor exam

21    Q    How much?

22    A    I have no idea.

23    Q    Who's the payer?

24    A    IPC Enterprises.

25    Q    How long ago was the payment?

98

1    A    I have no idea.

2    Q    Was it over ten years ago?

3    A    Yes.

4    Q    Since that time, have you received any

5    money -- since the time you received something from

6    IPC, have you received any money related to CALL.EXE?

7    A    No.

8    Q    Number 13, UPDATE: KNB version 4.  Are you

9    the author?

10    A    I think so.

11    Q    Have you ever received any money for it?

12    A    I think so.

13    Q    Who was the payer?

14    A    I think it was probably IPC.

15    Q    Was the payment over ten years ago if it was

16    made?

17    A    Yes.

18    Q    And since that time, have you received any

19    money related to UPDATE: KNB version 4.0?

20    A    No.

21    Q    Number 14, STATUS: KNB version 4.0.  Are you

22    the author?

23    A    I think so.

24    Q    Have you ever received any money for it?

25    A    I think so.

Page 84

judgment debtor exam

⬚

99

1    Q    From whom?

2    A    It would be IPC.

3    Q    Do you know how much?

4    A    No.

5    Q    Have you received any money related to

6    STATUS: KNB version 4.0 since the payment you

7    received from IPC?

8    A    I don't think so.

9    Q    Number 15, FlemingPO.  I take it you agree

10   you're the author of that?

11   A    Yes.

12   Q    Have you ever received any money from anyone

13   for the use of FlemingPO?

14   A    I guess.  The Hawaiian Express settlement,

15   would that be considered?

16   Q    Okay.  You can --

17   A    Kind of like loss license fees.

18   Q    Okay.  So we're aware of the HEX settlement.

19   Any other money you've ever received in connection

20   with FlemingPO?

21   A    Not that I'm aware of.

22   Q    Have you made any efforts to market

23   FlemingPO to anyone?

24   A    Yeah.  I made derivatives and -- sure.

25   Q    And has any of those ever resulted in any

⬚

100

1    income to you?

2    A    A derivative of it is -- I use in -- part

Page 85

judgment debtor exam

3    and parcel in the small section today in Y. Hata's

4    stuff.

5        Q    Okay.

6        A    Some of the derivatives I've used in those

7    test beds with Horizon I told you about.

8        Q    But you didn't get any money from what you

9    did with Horizon?

10       A    No, I didn't.  I'm just thinking out loud.

11       Q    That's fine.

12       A    And even with Y. Hata, I'm only getting --

13   point to it and say that's specifically not a dollar

14   for doing, you know, something like that.  It's all

15   kind of bundled in.

16       Q    Okay.  But your testimony is that something

17   that's derived from FlemingPO is part of what you're

18   licensing to Y. Hata?

19       A    Very small piece, yeah.

20       Q    LOOKUP, if you will, we're on number 16.

21   LOOKUP: KNB version 4.0.

22       A    Okay.

23       Q    Are you the author?

24       A    I think I am.

25       Q    Have you ever received any money for it?

101

1        A    I think so.

2        Q    From whom?

3        A    Be IPC.

4        Q    And the payment was received over ten years

5    ago?

6        A    Yes.

7        Q    And you don't know how much it was?

Page 86