judgment debtor exam

8    A    No.

9    Q    Have you ever received any money from anyone
10   in connection with LOOKUP: KNB version 4.0 since IPC?
11   A    Not that I can recall.
12   Q    17, MVRDBD.DBD.  Are you the author?
13   A    Yes.
14   Q    You ever received any money for it?
15   A    Yes.
16   Q    From whom?
17   A    Be IPC.
18   Q    Are your answers the same as for the other
19   IPC --
20   A    Uh-hum.
21   Q    -- programs?
22   A    Yes.
23   Q    Number 18, MVRDOS.exe.  Are you the author?
24   A    Yes.
25   Q    Have you ever received any money for it?

                                                                    102

1    A    Yes.
2    Q    From whom?
3    A    That be IPC.
4    Q    Are the rest of your answers the same as the
5   other IPC programs?
6    A    Yes.
7    Q    Number 19, DUPLO.exe.  Are you the author?
8    A    Yes.
9    Q    Have you ever received any money for it?
10   A    Yes.
11   Q    From whom?

```
                       judgment debtor exam
12      A     Be IPC.
13      Q     Are the rest of your answers the same
14  regarding DUPLO.exe?
15      A     No.  Code I wrote and DUPLO I used a lot of
16  places.
17      Q     Have you ever received any money for
18  DUPLO.exe?
19      A     For derivatives of it, yeah.
20      Q     From whom?
21      A     I don't recall.
22      Q     When's the last time you received any money
23  in connection with DUPLO.exe?
24      A     More than ten years ago.
25      Q     EMBLEM.exe, are you the author?
```

                                                              103

```
1       A     Yes.
2       Q     Have you ever received any money for it?
3       A     Yes.
4       Q     Who paid it?
5       A     Be IPC.
6       Q     Has anybody else ever paid you anything in
7   connection with EMBLEM.exe?
8       A     Not that I can recall.
9       Q     Not that you can recall?
10      A     Not that I can recall.
11      Q     And your other answers are the same as for
12  the other software that IPC paid you something for?
13      A     Pretty much except for the few exceptions I
14  pointed out like with DUPLO --
15      Q     I'm asking about for EMBLEM specifically,
16  the answers would be --
```

Page 88

judgment debtor exam

17    A    But DUPLO was also IPC but it had
18  exceptions.
19    Q    Okay.
20    A    And there were a couple others like that
21  too.
22    Q    Okay.  So let's move on to the next page
23  here.  Number 21, freight control system.  I take it
24  you're the author?
25    A    Yes.

104

1    Q    And you have received money for -- in
2  connection with freight control system from Y. Hata?
3    A    No.
4    Q    No?
5    A    No.
6    Q    Have you -- and that's because this is the
7  old software, the 1993 software, correct?
8    A    Yes.
9    Q    And you have written a different program
10  that's actually used by Y. Hata, right?
11    A    Yes.
12    Q    So have you ever received any funds in
13  connection with this item that is registered as
14  number 21?
15    A    I guess the HEX settlement would fall into
16  that.
17    Q    Anything else?
18    A    That I can recall --
19        MR. HOGAN:  I'm going to object vague as to
20  what received means, whether it means received a

judgment debtor exam

21  judgment, I guess, a local infringer --

22  Q    (By Mr. Smith) Fair enough. We can

23  certainly leave out -- I'm not trying to trick you

24  regarding your litigation. I'm only asking whether

25  you received any payments.

                                                    105

1        So have you ever been able to -- have you

2   ever received any money from anyone other than the

3   HEX settlement in connection with freight control

4   system registration TX579445?

5   A    I don't think so.

6   Q    Same question for number 22, Prepaid vendor

7   invoice for Crystal reports.

8   A    Same thing. Anything related to FCS 1993, I

9   think the only money that's ever been paid in

10  connection with them related to the HEX settlement.

11  Q    23, FCS1993 SQL export queries used to

12  export and translate freight control system data,

13  database structure and data organization to text,

14  CVS, XLS and MDB file formats. Are you the author?

15  A    Yes.

16  Q    Have you ever received any money for this?

17  A    Again, as I stated before, only tangentially

18  with the collection from HEX if we can -- if that's

19  considered to be applied towards us.

20  Q    Okay. Number 24, FCS1993, terminal

21  reporting system, version 1.0  Have you ever received

22  any money from that?

23  A    Only in relation to HEX as we talked about

24  before.

25  Q    Okay. So all of these have nothing to do

judgment debtor exam

106

1  with Y. Hata, is that right?
2      A    That's correct.
3      Q    And --
4      A    You say "all of these".  Just up to that
5  point or further on --
6      Q    Everything through number 24.
7      A    No.  I said I pulled that one little piece
8  out.
9      Q    You did say FlemingPO?
10     A    Yeah.  There was a little piece that I
11 pulled out of there.
12     Q    All of these other than FlemingPO through
13 number 24 are unrelated to what's being used at Y.
14 Hata, right?
15     A    Yes.
16     Q    Have you -- number 25, crystal -- FCS1993,
17 crystal report, pallet tags, version 1.0.  Are you
18 the author?
19     A    Yes.
20     Q    Have you ever received any money from its
21 use?
22     A    Only the tangential payment from HEX.
23     Q    And again, that has nothing to do with Y.
24 Hata?
25     A    No.

107

1      Q    Number 26, FCS1991, crystal report,
2  receiving report, version 1.0.  Have you ever

Page 91

judgment debtor exam

3  received any money from that?
4  A   Only related to HEX.
5  Q   27, FCS1991, crystal report, profitability
6  report, version 1.0. Have you ever received any
7  money for that?
8  A   Only related to HEX.
9  Q   And there's nothing derived from these
10 running at Y. Hata today?
11 A   No.
12 Q   Number 28, FCS1993, EDI 875 PO database
13 program, version 1.0. Are you the author?
14 A   Yes.
15 Q   Have you ever received any money from
16 creating that?
17 A   Only related to the loss license fee
18 recovery from HEX or the settlement or how you want
19 to characterize it.
20 Q   Number 29, FCS1993 container inventory
21 database program, version 1.0. Are you the author?
22 A   Yes.
23 Q   The date for number 29 as well as number 28
24 that it was created says 2993. Is that the correct
25 date?

108

1  A   I don't think so.
2  Q   What is the correct date?
3  A   I don't know. I'd have to look at the
4  certificate.
5  Q   You don't know when you authored this
6  program?
7  A   Not off the top of my head. It was sometime

Page 92

judgment debtor exam

8   in the late 1990s.
9       Q    Okay. Other than the settlement with HEX,
10  is it true that you never received any money for it?
11      A    That's true.
12      Q    Anybody ever offered you any money for it?
13      A    I guess you do from time to time but --
14      Q    Other than settlement offers?
15      A    Oh --
16      Q    In the litigation, has anybody ever offered
17  you anything?
18           MR. HOGAN: Ones that they actually mean --
19           THE WITNESS: No.
20      Q    (By Mr. Smith) Other than for everything
21  we've talked about up to number 29, has anybody ever
22  offered you any money for it other than settlement
23  offers in litigation?
24      A    Yeah. We talked about some exceptions in
25  there.

109

1       Q    So you remind me what --
2       A    Yeah. There were somewhere like the DUPRO
3   as an example.
4       Q    Where you've actually used it with Y. Hata?
5       A    Well, sure. And a lot of times when
6   programs design something new, that's one of the
7   reasons you register it because you're allowed to
8   take to make derivatives on some, you know.
9       Q    For all of the ones where you said you
10  don't -- you haven't received any money, has anyone
11  offered you money that you didn't accept in

judgment debtor exam

12 connection with any of the programs that we talked
13 about up to now through number 29 and again excluding
14 settlement offers?
15     MR. HOGAN: You're not talking about a jury
16 offering money? This is excluding judgments?
17 Q (By Mr. Smith) Outside of the litigation.
18 A I think in just a -- I think in just a
19 business sense, if that's what you mean, I think the
20 answer would be yes. Do I know who they are? No.
21 But my sense says it's yes.
22 Q So you don't know who has made you such an
23 offer or how much they offered for any of the
24 programs that we've talked about up to now except
25 FlemingPO which is part of the Y. Hata package or a

110

1 derivative of it?
2 A No. There have been situations over the
3 years where people have asked to take something that
4 already existed.
5 Q Okay. And those would be among the first 29
6 programs that we've talked about here?
7 A Yes. Even if people didn't enunciate it by
8 specifically what program it was, it was implied in
9 general discussions.
10 Q And is it correct that you're not able to
11 identify any of those people who --
12 A I can't remember.
13 Q And is it correct that you're not able to
14 say how much they offered?
15 A No. Not specifically, no.
16 Q You able to say generally how much was

judgment debtor exam

17  offered?
18      A    No.
19      Q    Number 30, FCS1993 crystal report, daily
20  transportation schedule, version 1.0. You're the
21  author?
22      A    Yes.
23      Q    Other than the HEX settlement, have you ever
24  been paid anything for it?
25      A    No.

                                                      111

1       Q    Other than the HEX settlement, have you ever
2   been offered anything for it?
3       A    I may have been. I don't recall.
4       Q    Number 31, FCS1993 crystal report, sailing
5   chart, version 1.0. You're the author?
6       A    Yes.
7       Q    Other than the HEX settlement, have you ever
8   been paid anything for it?
9       A    No.
10      Q    Other than the HEX settlement, have you ever
11  been offered anything for it?
12      A    I may have been. No, I haven't been paid
13  anything. I may have been offered something but.
14      Q    But you're not able to say by whom?
15      A    No.
16      Q    And you're not able to say how much was
17  offered?
18      A    No.
19           MR. HOGAN: I'll state for the record that
20  his agent was offered -- Jamie Sprayregen offered

Page 95

```
                    judgment debtor exam
21   money in Delaware --
22           MR. SMITH:  Okay.  I assume that was
23   probably in the context of litigation and I am
24   excluding any settlement offers.
25       Q   (By Mr. Smith) Number 32, FCS1993, crystal
```

                                                              112

```
 1   report, trucking FTL, version 1.0.  You're the
 2   author?
 3       A   Yes.
 4       Q   Have you ever been paid anything for it
 5   other than the HEX settlement?
 6       A   No.
 7       Q   Have you ever been offered anything for it
 8   other than the HEX settlement?
 9       A   Again, it falls into that category when
10   you're talking about freight systems.  People talk
11   about what was and what is or something new, yeah, so
12   I probably was.
13       Q   You're not able to say who made you an offer
14   for it?
15       A   No.
16       Q   And you're not able to say how much the
17   offer was?
18       A   No.
19       Q   And you -- whatever the offer was, you
20   didn't accept it, correct?
21       A   Correct.
22       Q   33, FCS1993 crystal report, trucking LTL,
23   version 1.0.  Are you the author?
24       A   Yes.
25       Q   Other than the HEX settlement, have you ever
```

judgment debtor exam

113

1  been paid anything for it?
2      A    No.
3      Q    Other than the HEX settlement, have you ever
4  been offered anything for it?
5      A    Same as the answer to the previous one, 32.
6      Q    And if I understood your answer correctly,
7  you may have been offered something but you don't
8  know from whom and you don't know how much?
9      A    Right.
10     Q    Number 34, FCS1993, crystal report, load
11  plan, version 1.0.  You're the author?
12     A    Yes.
13     Q    Other than the HEX settlement, have you ever
14  been paid anything for it?
15     A    No.
16     Q    Other than the HEX settlement, have you ever
17  been offered anything for it?
18     A    Again, be the same as the previous answers.
19     Q    Which is it's possible but --
20     A    It's possible in the context of business
21  negotiations people comparing old to current doing
22  something.
23     Q    It's possible but you don't know who would
24  have made the offer or how much they would have
25  offered, correct?  Sorry --

114

1      A    Yes.  I'm sorry.
2      Q    The answer is yes.  Okay.

Page 97

```
                     judgment debtor exam
 3          35.  Is your answer the same?  You're the
 4   author, you've never been offered anything for it
 5   except in the HEX settlement and you've never been
 6   offered anything from anybody else that you can
 7   recall as you sit here today?
 8       A    Correct.
 9       Q    Is the same true for number 36?
10       A    Correct.
11       Q    Is the same true for number 37?
12       A    Yes.
13       Q    Have you submitted anything to the United
14   States Copyright Office other than the 37 items
15   listed on Exhibit E?
16       A    I think so.
17       Q    What else?
18       A    I don't recall.
19       Q    Well, you named one thing today when you
20   said you had sent the copyright office a copy of the
21   document that you call Second Addendum, right?
22       A    I think so.
23       Q    What else?
24       A    As I say, I don't recall.  And I'm not sure
25   if I actually sent that or if it's waiting to be

                                                     115
 1   sent.  But it is packaged up to go.  But there has
 2   been communication regarding it as to how to file it.
 3       Q    Okay.
 4       A    I might have a copy of it.  I think I did
 5   give a copy.
 6       Q    I take it you considered that document to be
 7   an asset of yours?
```