# EXHIBIT "C"

judgment debtor exam

17    it up and came to some agreement on what the average
18    monthly payment was going to be.
19        Q    Okay. And so you receive the same amount
20    every month from them?
21        A    Pretty much, yeah.
22        Q    Well, you say pretty much. Is there
23    variables that determine how much you get?
24        A    Yes. Sometimes they skip a month.
25        Q    Okay. You're owed the same amount every

83

1     month regardless of whether they're late in payment?
2         A    A different question, yes.
3         Q    The answer is yes, you get a flat amount
4     every month?
5         A    Yes.
6         Q    And it doesn't vary depending on how many
7     questions they ask you or how much time you take in a
8     particular month to respond to their questions?
9         A    I guess it could but I don't.
10        Q    Up to now, it has not varied -- the amount
11    they pay you has not varied based on any sort of
12    amount of time you spend?
13        A    No.
14        Q    What approximately is that monthly number?
15        A    $5,000 something.
16        Q    So going back to these bank statements that
17    show over $20,000 moving through your account in
18    various months, what's the source of those funds?
19        A    That would be Y. Hata.
20        Q    Okay. Are they paying you 20,000 in one

Page 71

Exhibit C

judgment debtor exam
21  month or are they five months behind or what?  How do
22  you reconcile the $5,000 a month payment with the
23  larger amounts moving through your account in April,
24  May, June of 2007?
25      A    They -- as I was telling you, I'm trying to

                                                            84

1   get new business.  And in talking to them, I
2   discounted a balance of payment over a period of time
3   to them for bulk payment to buy new software, things
4   so I can get new business.
5       Q    If I understand you correctly, you -- they
6   gave you a larger lump sum payment and then for some
7   number of months in the future, there won't be any
8   payment made, is that right?
9       A    Correct.
10      Q    I see.  And is that agreement contained in
11  the materials that you've brought today?
12      A    No.
13      Q    Where is that agreement?
14      A    It doesn't exist anywhere to my knowledge.
15      Q    It was an oral agreement only?
16      A    It was something I asked them if they would
17  help me 'cause I needed this new business and they
18  said they wanted something in exchange for it and we
19  worked out a discount that they were happy with and
20  it satisfied both parties for the time being.
21      Q    Okay.  So how much did they -- explain that
22  agreement.  How much did they agree to give you?
23      A    I don't recall the exact amount.
24      Q    Approximately.
25      A    They're fairly reflected in those couple
                        Page 72

judgment debtor exam

85

```
 1   statements.
 2       Q    Approximately how much?
 3       A    I don't know.  Something in the 50 to 60
 4   range, something like that.
 5       Q    They agreed to give you somewhere between 50
 6   and $60,000 in exchange for how many months of no
 7   payments?
 8       A    I don't know.  But they got a discount on
 9   the entire license fee that was originally agreed to
10   in exchange for that.
11       Q    How much was the discount?
12       A    I don't recall the number.
13       Q    Approximately how much?
14       A    Could have been 10, 20 percent, something
15   like that.
16       Q    When was this agreement reached?
17       A    We started talking about it in late 2006.
18   It was part of the move to Florida to get new
19   business and I asked them if they would be agreeable
20   to as I saw what was coming if they worked with me so
21   I could try and get some of this new business.  And I
22   don't remember exactly when we came to a final
23   agreement but they were agreeable from the beginning
24   when I told them I was going to go after new business
25   in another part of the country.
```

86

```
 1       Q    And you have absolutely no record that
 2   reflects the amount that you agreed to discount of
```