# EXHIBIT "D"

I. HATA & COMPANY, LTD.
REQUEST FOR CHECK FORM

Pay to the order of: Wayne Berry  
Date: 3/29/07  
Vendor: 5028  
Company/Branch: ___  
Address: ___  
City/State/Zip: ___

| Account Number | Account Name | Amount |
|---|---|---|
| 20220 | WB 03.29.07 | – $ 47,672.09 |
| ~~taka~~ 90308 | | – $ <2,383.61> |
| 14012 | | $ 17,281.88 |
| | | $ |
| | TOTAL: | $ |

(08)

Total Amount for Check Requested: $ 62,570.36

Purpose: Payoff note payable and prepay maintenance (4/07-5/08) on FCS system for 5% discount

Please send express mail

POSTED

Requested By: ___  
Approved By: [signature] B. Mart

Exhibit D

04/10/2007
6320272055

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

04/09/2007
0144061116
[26708376311

**Y.Hata & Co.**
P.O. BOX 3770
HONOLULU, HAWAII 96812-3770
IMPORTERS and WHOLESALERS

Bank of Hawaii
WARD AVENUE
HONOLULU, HAWAII
VOID AFTER 120 DAYS

59-102
1213

No. H- 170882

SIXTY-SEVEN THOUSAND SIX HUNDRED SIXTY-SIX AND 38/100 DOLLARS

| DATE | CHECK NO. | PAYEE I.D. |
|---|---|---|
| 03292007 | 170882 | 5028 |

PAY THIS AMOUNT
$67,666.38

PAY TO THE ORDER OF
WAYNE BERRY
5500 MILITARY TRAIL
#22-250
JUPITER    FL  33458

⑊170882⑊ ⑊121301028⑊ 0025⑊078551⑊        ⑊000067666 38⑊

---

⑊170882⑊        ⑊121301028⑊        0025078551⑊        ⑊000067666 38⑊

**Y.Hata & Co.**
P.O. BOX 3770
HONOLULU, HAWAII 96812-3770
IMPORTERS and WHOLESALERS

Bank of Hawaii
WARD AVENUE
HONOLULU, HAWAII
VOID AFTER 120 DAYS

59-102
1213

No. H- 164131

TEN THOUSAND ONE HUNDRED NINETY-TWO AND 04/100 DOLLARS

| DATE | CHECK NO. | PAYEE I.D. |
|---|---|---|
| 10132006 | 164131 | 5028 |

PAY THIS AMOUNT
$10,192.04

PAY TO THE ORDER OF
WAYNE BERRY
5500 MILITARY TRAIL
#22-250
JUPITER    FL  33458

⑊164131⑊ ⑊121301028⑊ 0025⑊078551⑊        ⑊000010192 04⑊

