IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK<br>) (Copyright)<br>)<br>) CERTIFICATE OF SERVICE |
| Plaintiff, | |
| vs. | |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Ex Parte Motion for Issuance of Writ of Execution after Judgment will be served on the following parties by email and U.S. mail.

**Timothy Joseph Hogan**
Attorney at Law
1050 Bishop Street # 433
Honolulu, HI 96813
808 382-3698
Fax: 808 356-1682
Email: tjh@timhogan.com

**Wesley W. Ichida**
Lynch Ichida Thompson Kim & Hirota
1132 Bishop St Ste 1405
Honolulu, HI 96813
528-0100
Email: wwi@loio.com

**District Director**
**Internal Revenue Service**
**PJKK Federal Building**
**300 Ala Moana Blvd.**
Honolulu, HI 96850

**Internal Revenue Service**
**Attention: C. Chavez**
915 Second Avenue
Seattle WA 98174

**Lyle S. Hosoda**
**Raina P.B. Gushiken**
Lyle S. Hosoda & Associates, LLC
345 Queen St Ste 804
Honolulu, HI 96813
524-3700
Email: lsh@hosodalaw.com

**Michael Baumann**
**Erin N. Brady**
Kirkland & Ellis, LLP.
777 South Figueroa Street
Los Angeles, CA 90017
213-680-8400
Email: ebrady@kirkland.com

**Margery S. Bronster**
**Rex Fujuchaku**
Bronster Hoshibata, Attorneys at Law, A Law Corporation
2300 Pauahi Tower
1003 Bishop St
Honolulu, HI 96813
524-5644
Fax: 599-1881
Email: mbronster@bhhawaii.net

DATED: Honolulu, Hawaii, February 19, 2008.

_____
LEX R. SMITH
Attorney for C&S Wholesale
Grocers Inc.