IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | ) CIVIL NO. CV03-00385 SOM-LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| v. | ) |
| | ) |
| HAWAIIAN EXPRESS SERVICE, INC., et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on February 20, 2008 and by the method of service noted below, a true and correct copy of DEFENDANT BRIAN CHRISTENSEN'S JOINDER TO DEFENDANT C&S WHOLESALE GROCERS, INC.'S EX PARTE MOTION FOR WRIT OF EXECUTION, FILED ON FEBRUARY 19, 2008; DECLARATION OF LYLE S. HOSODA; CERTIFICATE OF SERVICE was served on the following parties at their last known addresses:

<u>Served electronically through CM/ECF</u>**:**

Andrew V. Beaman          abeaman@chunkerr.com
Leroy E. Colombe          lcolombe@chunkerr.com

| | |
|---|---|
| Margery Bronster | mbronster@bhhawaii.net<br>audrey@bchlaw.net |
| Rex Y. Fujichaku | rfujichaku@bhhawaii.net,<br>barbara@bhhawaii.net |
| Timothy J. Hogan | tjh@timhogan.com |
| Lex R. Smith | lrs@ksglaw.com |
| Wesley H. H. Ching | whc@fmch-law.com, dd@fmch-law.com, eol@fmch-law.com |
| Wesley W. Ichida | wwi@loio.com |

DATED:   Honolulu, Hawaii, February 20, 2008.


 /s/ Lyle S. Hosoda
LYLE S. HOSODA
RAINA P.B. GUSHIKEN

Attorneys for Defendant
BRIAN CHRISTENSEN