IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen;       ) | Civ. No. CV03 00385 SOM-LEK |
| ) | (Copyright) |
| Plaintiff,       ) | |
| ) | **CERTIFICATE OF SERVICE** |
| vs.       ) | |
| ) | |
| HAWAIIAN EXPRESS SERVICE,       ) | |
| INC., a California corporation; et al.       ) | |
| ) | |
| Defendants.       ) | |
| _____       ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that Plaintiff Wayne Berry's Special Appearance in Opposition to Brian Christensen's Substantive Joinder in C&w Wholesale's ex Parte Motion for Writ of Execution was duly served upon the following parties via the Court's CF/ECM system to their last known addresses on February 20, 2008:

Andrew Beaman abeaman@chunkerr.com, lwarfield@chunkerr.com, nshinozuka@chunkerr.com

Leroy E. Colombe lcolombe@chunkerr.com, cerickson@chunkerr.com

Wesley H.H. Ching whc@fmhc-law.com, dd@fmhc-law.com, eol@fmhc-law.com

Lex R. Smith lrs@ksglaw.com

Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net

Lyle S. Hosoda lsh@hosodalaw.com

William G. Meyer, III wmeyer@dwyerlaw.com, carashiro@dwyerlaw.com, jborges@dwyerlaw.

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

Raina P.B. Gushiken rpbg@hosodalaw.com, dmm@hosodalaw.com, ta@hosodalaw.com

Rex Y. Fujichaku rfujichaku@bchlaw.net, natashia@consumerlaw.com

Christopher T. Chun ctc@hosodalaw.com

Erin N. Brady ebrady@kirkland.com

DATED: Honolulu, Hawaii, February 20, 2008.

/S/Timothy J. Hogan
TIMOTHY J. HOGAN