# MINUTES

CASE NUMBER:        CIVIL NO. 03-00385SOM-LEK

CASE NAME:          Wayne Berry, a Hawaii citizen vs. Hawaiian Express Service, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

  JUDGE:    Leslie E. Kobayashi          REPORTER:

  DATE:     02/22/2008                   TIME:

---

COURT ACTION:  EO: Regarding Defendant C & S Wholesale Grocers, Inc.'s Ex Parte Motion for Writ of Execution and Defendant Brian Christensen's Joinder in the Ex Parte Motion.

Court ORDERS that **NO FURTHER BRIEFING IS TO BE SUBMITTED by ANY PARTY.**

The Court hereby takes  Defendant C & S Wholesale Grocers, Inc.'s Ex Parte Motion for Writ of Execution and Defendant Brian Christensen's Joinder in the Ex Parte Motion under Advisement.

Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager