CORRESPONDENCE

# LYLE S. HOSODA & ASSOCIATES, LLC
## ATTORNEYS AT LAW

345 Queen Street, Suite 804 ♦ Honolulu, Hawaii 96813
Telephone: 524-3700 ♦ Facsimile: 524-3838

Lyle S. Hosoda

Raina P.B. Gushiken
Christopher T. Chun
Chenise S. Kaneomoto

## LETTER OF TRANSMITTAL

**VIA HAND DELIVERY**

DATE:    February 21, 2008

TO:    United States District Court
    Attn: Toni Fujinaga,
    *Courtroom Manager to the Honorable Susan Oki Mollway*
    300 Ala Moana Boulevard, Room C-353
    Honolulu, Hawaii 96850

FROM:    Raina P.B. Gushiken, Esq./Denisa

RE:    *Wayne Berry v. Hawaiian Express Service, Inc., et al*,
    Civil No. CV03-00385 SOM-LEK; United States District Court

| NO. OF COPIES | FILED | DESCRIPTION |
|---|---|---|
| 2 | 2/20/08 | Defendant Brian Christensen's Joinder to Defendant C&s Wholesale Grocers, Inc.'S ex Parte Motion for Writ of Execution, Filed on February 19, 2008; Declaration of Lyle S. Hosoda; Certificate of Service |

| | | | |
|---|---|---|---|
| ( ) | Per your request | ( ) | For necessary action |
| ( ) | For your review & comments | ( ) | For filing |
| (X) | **For your information & file** | (X) | **See remarks below** |
| ( ) | For signature & return | ( ) | For signature & forwarding as noted below |

Should you have any questions, please call 524-3700.

**REMARKS:**
    Pursuant to paragraph 2.5 of the 2/1/06 CM/ECF Procedural Order, enclosed are courtesy copies of documents filed February 20, 2008.