# Exhibit
# 3

ORIGINAL

MAR 6 2002
at _____ o'clock and _____ min ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, | ) CIVIL NO. 01 00446 SPK LEK |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FLEMING COMPANIES, INC., aka | ) SPECIAL VERDICT FORM |
| FLEMING FOODS, INC., aka | ) |
| FLEMING, | ) |
| DOE INDIVIDUALS 1-50 AND | ) |
| DOE PARTNERSHIPS, | ) |
| CORPORATIONS AND OTHER | ) |
| ENTITIES 1-20, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

## SPECIAL VERDICT FORM

A.   FREIGHT CONTROL SYSTEM SOFTWARE

1.   Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the Freight Control software attached to Exhibit 221?

Yes   X                    No _____

If "YES" go to next question.
If "NO", skip to section B.

1

2.      Did Fleming Companies, Inc. prove by a preponderance of the
        evidence that it has a valid license for the use of the Freight Control
        software.

        Yes ⟋⟍⟋        No _____

        If "YES" go to next question.
        If "NO" go to question 4.

3.      Did Wayne Berry prove by a preponderance of the evidence that
        Fleming made unauthorized changes to the Freight Control software.

        Yes ⟋⟍⟋        No _____

        If "NO" skip to section B.
        If "YES" go to next question.

4.      Was the infringement of the Freight Control software copyright
        willful?

        Yes ⟋⟍        No _____

        Go to the next question.

5.      What amount of damages is Wayne Berry entitled to for the
        infringement of Freight Control System software?

        $ 99,250.00

2

B.   CRYSTAL REPORTS SOFTWARE

1.   Has Plaintiff Wayne Berry proven by a preponderance of the evidence
     that he is the owner of the copyright to the Crystal Reports software
     attached to Exhibit 222?

     Yes __X__                         No _____

     If "NO", skip to section C.
     If "YES" go to next question.

2.   Did Fleming Companies, Inc. prove by a preponderance of the
     evidence that it has a valid license for the use of the Crystal Reports
     software.

     Yes __X__                         No _____

     If "YES" go to next question.
     If "NO" go to question 4.

3.   Did Wayne Berry prove by a preponderance of the evidence that
     Fleming made unauthorized changes to the Crystal Reports software.

     Yes _____                         No __X__

     If "NO" skip to section C.
     If "YES" go to next question.

4.   Was the infringement of the Crystal Reports software copyright
     willful?

     Yes _____                         No _____

     Go to the next question.

3

5.    What amount of damages is Wayne Berry entitled to for the infringement of Crystal Reports software?

———————————

C.    FLEMINGPO.EXE SOFTWARE

1.    Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the FlemingPO.exe software attached to Exhibit 223?

Yes _X_                    No _____

If "YES" go to next question.
If "NO", skip to the end.

2.    Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the FlemingPO.exe software.

Yes _X_                    No _____

If "YES" go to next question.
If "NO" go to question 4.

3.    Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the FlemingPO.exe software.

Yes _____                    No _X_

If "NO" skip to the end.
If "YES" go to next question.

4

4.   Was the infringement of the FlemingPO.exe software copyright willful?

Yes _____          No _____

Go to the next question.

5.   What amount of damages is Wayne Berry entitled to for the infringement of FlemingPO.exe software?

_____

Please sign and date this Special Verdict Form.

_____          _____
Jury Foreperson

_____          Carol Ho Akimoto

_____          _____

_____          _____

                                   Date
                                   3/6/03

5

TOTAL P.06