TIMOTHY J. HOGAN 5312-0
ATTORNEY AT LAW
1150 Bishop Street, No.433
Honolulu, Hawaii 96813
Tel. No. (808) 382-3698
Fax No. (808) 356-1682
E-mail: tjh@timhogan.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; ) | Civ. No. CV03 00385 SOM-LEK |
| ) | (Copyright) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CERTIFICATE OF SERVICE: |
| ) | |
| HAWAIIAN EXPRESS SERVICE, ) | |
| INC., a California corporation; et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of Plaintiff Wayne Berry's Opposition to Defendant C&S Wholesale Grocers, Inc.'s Statement of Appeal Re: Order Denying Ex Parte Motion for Writ of Execution After Judgment; Declaration of Timothy J. Hogan, Exhibits 1 to 14; were served on the following at their last known addresses:

Served Electronically via the CM/ECF System on April 14, 2008:

Andrew V. Beaman abeaman@chunkerr.com, lwarfield@chunkerr.com, nshinozuka@chunkerr.com

Erin N. Brady ebrady@kirkland.com

Margery S. Bronster mbronster@bhhawaii.net, audrey@bchlaw.net

Wesley H.H. Ching whc@fmhc-law.com, dd@fmhc-law.com, eol@fmhc-law.com

Christopher T. Chun ctc@hosodalaw.com

Leroy E. Colombe lcolombe@chunkerr.com

Rex Y. Fujichaku rfujichaku@bhhawaii.net, barbara@bhhawaii.net

Raina P.B. Gushiken rpbg@hosodalaw.com, dmm@hosodalaw.com, ta@hosodalaw.com

Lyle S. Hosoda lsh@hosodalaw.com, dmm@hosodalaw.com, ta@hosodalaw.com

Wesley W. Ichida wwi@loio.com

William G. Meyer , III wmeyer@dwyerlaw.com, carashiro@dwyerlaw.com, jborges@dwyerlaw.com

Lex R. Smith lrs@ksglaw.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

    DATED: Honolulu, Hawai'i, April 14, 2008.

                        /s/ Timothy J. Hogan
                        TIMOTHY J. HOGAN
                        Attorney for Plaintiff WAYNE BERRY