IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen, | ) ) | Civ. No. 03-00385 SOM/LEK |
| | ) | ORDER OF RECUSAL |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| HAWAII EXPRESS SERVICE, INC., a California corporation; et al. | ) ) ) ) | |
| Defendants. _____ | ) ) | |

ORDER OF RECUSAL

On April 4, 2008, this court filed a Judge's Disclosure.  Having been informed that not all parties in this case have waived my disqualification, I hereby recuse myself from any and all further proceedings in this matter.  This case will be referred for reassignment.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 15, 2008.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge