# EXHIBIT D

# LYNCH ICHIDA THOMPSON KIM & HIROTA

A LAW CORPORATION

MAILE M. HIROTA
WESLEY W. ICHIDA
ANN C. KEMP
STEVEN J. KIM
PAUL A. LYNCH
WILLIAM "Buzz" THOMPSON III

1132 BISHOP STREET, SUITE 1405
HONOLULU, HAWAII 96813
TELEPHONE (808) 528-0100
FACSIMILE (808) 528-4997
(808) 523-1920

*Counsel*
TIMOTHY J. HOGAN

*Of Counsel*
GREG TURNBULL, MA

## TRANSMITTAL

June 1, 2005

TO: Victor Limongelli, Esq.      Via Express Mail
Guidance Software, Inc.
215 N. Marengo Avenue
Pasadena, CA 91101

Re: **Wayne Berry v. Hawaiian Express Service, Inc., et al.,
Civil No. CV03-0035 SOM-LEK**

We are sending you the following documents:

DVD+RW Disk containing files related to The Master's Order Granting Fleming Companies, Inc.'s Post-Confirmation Trust's Request Re: Production of Guidance Software Materials, filed on May 26, 2005 pg. 3, para. 1(a) and 1(b).

(X) Per your request.

_____
Timothy J. Hogan

Enclosure
File Listing Screen Print
1 DVD+RW Disk.

cc: Counsel without disk enclosure via email

Exhibit D



