KOBAYASHI, SUGITA & GODA
Lex R. Smith      3485-0
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 539-8700
Facsimile No. (808) 539-8799
Email: lrs@ksglaw.com

Counsel for Defendant
C&S Wholesale Grocers, Inc., et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) CIVIL NO. CV03-00385 SOM-LEK<br>) (Copyright)<br>) |
| Plaintiff, | ) <br>) CERTIFICATE OF SERVICE |
| vs. | ) <br>) |
| HAWAIIAN EXPRESS SERVICE, INC., et al., | ) <br>) <br>) |
| Defendants. | ) <br>) <br>) <br>) <br>) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 5, 2008, a copy of

**DEFENDANT C&S WHOLESALE GROCERS, INC.'S RENEWED EX**

**PARTE MOTION FOR WRIT OF EXECUTION OR IN THE**

**ALTERNATIVE FOR JUDGMENT CREDITOR'S BILL IN EQUITY;**

**MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF LEX R. SMITH; EXHIBITS "A" THROUGH "F"; [PROPOSED] ORDER GRANTING C&S WHOLESALE GROCERS, INC.'S RENEWED EX PARTE MOTION FOR WRIT OF EXECUTION OR IN THE ALTERNATIVE FOR JUDGMENT CREDITOR'S BILL IN EQUITY** were duly served via the Court's electronic transmission facilities, to the following parties:

    Andrew V. Beaman    abeaman@chunkerr.com, nshinozuka@chunkerr.com; lwarfield@chunkerr.com

    Margery S. Bronster    mbronster@bchlaw.net, audrey@bchlaw.net

    Wesley H.H. Ching    whc@fmhc-law.com, eol@fmhc-law.com; dd@fmhc-law.com

    Christopher T. Chun    ctc@hosodalaw.com

    Leroy E. Colombe    lcolombe@chunkerr.com

    Rex Y. Fujichaku    rfujichaku@bchlaw.net, natashia@consumerlaw.com

    Timothy J. Hogan    tjh@loio.com, timmyhogan@gmail.com

    Lyle S. Hosoda    lsh@hosodalaw.com

    Raina P. Gushiken    rpbg@hosodalaw.com, dmm@hosodalaw.com

William G. Meyer , III   wmeyer@dwyerlaw.com,
jborges@dwyerlaw.com; carashiro@dwyerlaw.com

DATED:  Honolulu, Hawaii, June 5, 2008.


KOBAYASHI, SUGITA & GODA


/s/ Lex R. Smith
LEX R. SMITH
Attorney for C&S Wholesale Grocers, Inc.,