| Attorney/Party Name, Address, Phone, Fax, E-mail: | For court use only |
|---|---|
| KOBAYASHI, SUGITA & GODA<br>LEX R. SMITH 3485-0<br>First Hawaiian Center, Suite 2600<br>999 Bishop Street<br>Honolulu, Hawaii 96813-4430<br>Telephone: (808) 539-8700<br>Email: lsmith@ksglaw.com | |

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII | Case No. **07-00725** |
|---|---|
| In re:<br><br>**PARK, THOMAS DUANE**<br><br><div align="right">Debtor(s).</div> | Chapter **7**<br><br>Related Docket No.:<br>(*if known*) |

<div align="center">

**CERTIFICATE OF SERVICE**

</div>

| Document(s) served: | Date of service: **10/22/07** |
|---|---|

**Order Granting Secured Creditor First Hawaiian Bank's Motion for Relief from Automatic Stay;
Declaration for Entry of Order Granting by Default Motion for Relief from Stay**

**The undersigned certifies that the following were served the above document(s) by first class mail unless noted otherwise.*** *[Enter individual names and addresses below; attach additional pages if necessary.]*

| Ronald K. Kotoshirodo<br>76 N. King Street, Ste. 209<br>Honolulu, HI 96817<br>(808) 545-7700<br>rkotoshirodo@hawaii.rr.com<br>Tax id: prf<br>Added: 0718/2007<br>Trustee<br>[ECF] | Office of the U.S. Trustee<br>1132 Bishop Street, Suite 602<br>Honolulu, HI 96813-2830<br>(808) 522-8150<br>ustpregion15.hi.ecf@usdoj.gov<br>[U.S. Mail] | Thomas Duane Park<br>95-1011 Kuauli Street<br>Mililani, HI 96789<br>[U.S. Mail] |
|---|---|---|
| Raymond C. Cho<br>Affinity Law Group, LLLC<br>1188 Bishop Street, Suite 2609<br>Honolulu, HI 96813<br>[ECF] | | |

Dated: 10/22/07                                      /s/ Lex R. Smith

*The notation "(ECF)" means that court records indicate service was made using the court's electronic transmission facilities; the notation "(HD)" means that service was by hand delivery.