BRONSTER HOSHIBATA
A Law Corporation

MARGERY S. BRONSTER    4750-0
REX Y. FUJICHAKU        7198-0
2300 Pauahi Tower
1003 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-5644
Facsimile: (808) 599-1881
E-mail: mbronster@bhhawaii.net
E-mail: rfujichaku@bhhawaii.net

Attorneys for Defendant
GUIDANCE SOFTWARE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| WAYNE BERRY, a Hawaii citizen, | ) ) ) | Civil No. 03-00385 SOM/LEK (Copyright) |
|---|---|---|
| Plaintiff, | ) ) ) | DEFENDANT GUIDANCE SOFTWARE, INC.'S JOINDER IN DEFENDANT C&S WHOLESALE GROCERS, INC.'S RENEWED EX PARTE MOTION FOR WRIT OF EXECUTION OR IN THE ALTERNATIVE FOR JUDGMENT CREDITOR'S BILL IN EQUITY, FILED ON JUNE 5, 2008; CERTIFICATE OF SERVICE |
| v. | ) | |
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation, et al., | ) ) ) ) ) | |
| Defendants. | ) ) ) ) ) ) | |

2

### DEFENDANT GUIDANCE SOFTWARE, INC.'S JOINDER IN DEFENDANT C&S WHOLESALE GROCERS, INC.'S RENEWED EX PARTE MOTION FOR WRIT OF EXECUTION OR IN THE ALTERNATIVE FOR JUDGMENT CREDITOR'S BILL IN EQUITY, FILED ON JUNE 5, 2008

Defendant Guidance Software, Inc. by and through its attorneys, Bronster Hoshibata, state pursuant to Local Rule 7.4 of the Rules of the United States District Court for the District of Hawai`i, that it joins in Defendant C&W Wholesale Grocer, Inc.'s Renewed Ex Parte Motion For Writ Of Execution Or In The Alternative For Judgment Creditor's Bill In Equity, filed on June 5, 2008.

Dated: Honolulu, Hawai`i, June 10, 2008.

/s/ Rex Y. Fujichaku
MARGERY S. BRONSTER
REX Y. FUJICHAKU
Attorneys for Defendant
GUIDANCE SOFTWARE, INC.