BRONSTER HOSHIBATA
A Law Corporation

MARGERY S. BRONSTER 4750-0
REX Y. FUJICHAKU        7198-0
2300 Pauahi Tower
1003 Bishop Street
Honolulu, Hawai`i  96813
Telephone:  (808) 524-5644
Facsimile:  (808) 599-1881
E-mail: mbronster@bhhawaii.net
E-mail: rfujichaku@bhhawaii.net

Attorneys for Defendant
GUIDANCE SOFTWARE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | Civil No. 03-00385 SOM/LEK (Copyright) |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation, et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of DEFENDANTS GUIDANCE SOFTWARE, INC.'S AND MICHAEL GURZI'S JOINDER IN DEFENDANT C&S WHOLESALE GROCERS, INC.'S RENEWED EX PARTE MOTION FOR WRIT OF EXECUTION OR IN THE ALTERNATIVE FOR JUDGMENT CREDITOR'S BILL IN EQUITY, FILED ON JUNE 5, 2008, was served on the following at their last known addresses on June 10, 2008:

Served Electronically through CM/ECF:

| | |
|---|---|
| Timothy J. Hogan<br>  Attorney for Plaintiff<br>  Wayne Berry | tjh@timhogan.com |
| Lex R. Smith<br>  Attorney for Defendants<br>  C&S Wholesale Grocers, Inc.,<br>  C&S Logistics of Hawaii, LLC,<br>  C&S Acquisitions, LLC, and<br>  Richard Cohen, ES3, LLC | lrs@ksglaw.com |
| Erin N. Brady<br>Lex R. Smith<br>  Attorneys for Defendant<br>  The Post-Confirmation Trust<br>  Of Fleming Companies, Inc. | ebrady@kirkland.com<br>lrs@ksglaw.com |

Lyle Hosoda, Esq().  lsh@hosodalaw.com  
Raina P. Gushiken  rpbg@hosodalaw.com,  
  Attorney for Defendants  
  Mark Dillon, Teresa Noa,  
  Brian Christensen,  
  Melvin Ponce, Sonia Purdy  
  Justin Fukumoto, Afredda Waiolama  
  Jacqueline Rio  

Dated: Honolulu, Hawaii, June 10, 2008.

    /s/ Rex Y. Fujichaku  
MARGERY S. BRONSTER  
REX Y. FUJICHAKU  

Attorneys for Defendant  
GUIDANCE SOFTWARE, INC.