LYLE S. HOSODA & ASSOCIATES, LLC

LYLE S. HOSODA   3964-0
RAINA P.B. GUSHIKEN 7329-0
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

Attorneys for Defendant
BRIAN CHRISTENSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen,<br><br>    Plaintiff,<br><br>  v.<br><br>HAWAIIAN EXPRESS SERVICE, INC., et al.<br><br>    Defendants. | CIVIL NO. CV03-00385 SOM-LEK<br>(Copyright)<br><br>DEFENDANT BRIAN CHRISTENSEN'S JOINDER TO DEFENDANT C&S WHOLESALE GROCERS, INC.'S RENEWED EX PARTE MOTION FOR WRIT OF EXECUTION OR IN THE ALTERNATIVE FOR JUDGMENT IN CREDITOR'S BILL IN EQUITY, FILED ON JUNE 5, 2008; CERTIFICATE OF SERVICE |

DEFENDANT BRIAN CHRISTENSEN'S
JOINDER TO DEFENDANT C&S WHOLESALE GROCERS, INC.'S
RENEWED EX PARTE MOTION FOR WRIT OF EXECUTION OR IN THE
ALTERNATIVE FOR JUDGMENT IN CREDITOR'S BILL IN EQUITY,
FILED ON JUNE 5, 2008

Comes now, Defendant Brian Christensen ("Christensen"), by and through his attorneys, Lyle S. Hosoda & Associates, LLC, and pursuant to Rule 7 of the Federal Rules of Civil Procedure and L.R. 7.9 of the Local Rules of Practice for the United States District Court for the District of Hawaii, hereby joins in Defendant C& S Wholesale Grocers, Inc.'s Renewed Ex Parte Motion for Writ of Execution or in the Alternative for Judgment in Creditor's Bill in Equity, filed on June 5, 2008 ("C&S's Motion").

DATED: Honolulu, Hawaii, June 10, 2008.

    /s/ Lyle S. Hosoda
LYLE S. HOSODA
Attorney for Defendant BRIAN CHRISTENSEN