IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, ) | CIVIL NO. CV03-00385 SOM-LEK |
| ) | (Copyright) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ) | |
| HAWAIIAN EXPRESS SERVICE, ) | |
| INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on June 10, 2008 and by the method of service noted below, a true and correct copy of DEFENDANT BRIAN CHRISTENSEN'S JOINDER TO DEFENDANT C&S WHOLESALE GROCERS, INC.'S RENEWED EX PARTE MOTION FOR WRIT OF EXECUTION OR IN THE ALTERNATIVE FOR JUDGMENT CREDITOR'S BILL IN EQUITY, FILED ON JUNE 5, 2008; CERTIFICATE OF SERVICE was served on the following parties at their last known addresses:

<u>Served electronically through CM/ECF</u>**:**

| | |
|---|---|
| Andrew V. Beaman | abeaman@chunkerr.com, lwarfield@chunkerr.com, nshinozuka@chunkerr.com |
| Leroy E. Colombe | lcolombe@chunkerr.com |
| Margery Bronster | mbronster@bhhawaii.net audrey@bchlaw.net |
| Rex Y. Fujichaku | rfujichaku@bhhawaii.net, barbara@bhhawaii.net |
| Timothy J. Hogan | tjh@timhogan.com, hogant001@hawaii.rr.com, timmyhogan@gmail.com |
| Lex R. Smith | lrs@ksglaw.com |
| Wesley H. H. Ching | whc@fmch-law.com, dd@fmch-law.com, eol@fmch-law.com |
| Wesley W. Ichida | wwi@loio.com |
| Erin Brady | ebrady@kirkland.com |

DATED:   Honolulu, Hawaii, June 10, 2008.


   /s/ Lyle S. Hosoda
LYLE S. HOSODA

Attorney for Defendant
BRIAN CHRISTENSEN