CORRESPONDENCE

John Patzakis
Guidance Software Inc
\*\*MAIL RETURNED AS UNDELIVERABLE\*\*\* (DOC 1110)
215 N Marengo Ave
Pasadena, CA 91101

Cv 03-385

## Minute Entries

1:03-cv-00385-DAE-LEK Berry v. Hawaiian Express Ser, et al **CASE CLOSED on 03/09/2006**

### U.S. District Court

### District of Hawaii

### Notice of Electronic Filing

The following transaction was entered on 6/19/2008 at 12:03 PM HST and filed on 6/19/2008
**Case Name:**      Berry v. Hawaiian Express Ser, et al
**Case Number:**    1:03-cv-385
**Filer:**
**WARNING: CASE CLOSED on 03/09/2006**
**Document Number:** 1117(No document attached)

**Docket Text:**
EO: COURT'S ORDER Taking Under Advisement: Defendant C & S Wholesale Grocers, Inc.'s Renewed Ex Parte Motion for Writ of Execution or in the Alternative for Judgment Creditor's Bill In Equity and all related submissions. Court to issue Findings and Recommendation. Motions Taken Under Advisement: [1116] MOTION for Joinder re [1112] Ex Parte MOTION $85,000.00 *Renewed Motion for Writ of Execution or in the Alternative for Judgment Creditor's Bill in Equity*; MOTION for Joinder re [1112] Ex Parte MOTION $85,000.00 *Renewed Motion for Writ of Execution or in the Alternative for Judgment Creditor's Bill in Equity*;, [1115] MOTION for Joinder, [1112] Ex Parte MOTION $85,000.00 *Renewed Motion for Writ of Execution or in the Alternative for Judgment Creditor's Bill in Equity*;, re [1113] Memorandum in Opposition to Motion, [1114] Additional Exhibits. (JUDGE LESLIE E KOBAYASHI)(wnn, )


**1:03-cv-385 Notice has been electronically mailed to:**

Andrew V. Beaman abeaman@chunkerr.com, lwarfield@chunkerr.com, nshinozuka@chunkerr.com

Leroy E. Colombe lcolombe@chunkerr.com

Timothy Joseph Hogan tjh@timhogan.com, hogant001@hawaii.rr.com, timmyhogan@gmail.com

Wesley H.H. Ching whc@fmhc-law.com, dd@fmhc-law.com, eol@fmhc-law.com

Lex R. Smith lrs@ksglaw.com

Wesley W. Ichida wwi@loio.com

Margery S. Bronster mbronster@bhhawaii.net, audrey@bchlaw.net

Lyle S. Hosoda lsh@hosodalaw.com, ctc@hosodalaw.com, dmm@hosodalaw.com, rpbg@hosodalaw.com, ta@hosodalaw.com

William G. Meyer, III wmeyer@dwyerlaw.com, carashiro@dwyerlaw.com, jborges@dwyerlaw.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

Raina P.B. Gushiken rpbg@hosodalaw.com, dmm@hosodalaw.com, ta@hosodalaw.com

Rex Y. Fujichaku rfujichaku@bhhawaii.net, barbara@bhhawaii.net

Christopher T. Chun ctc@hosodalaw.com

Erin N. Brady ebrady@kirkland.com

**1:03-cv-385 Notice will not be electronically mailed to:**

Michael E. Baumann
Kirkland & Ellis
777 S Figueroa St Ste 3700
Los Angeles, CA 90017

Damian Capozzola
Kirkland & Ellis
777 S Figueroa St Ste 3700
Los Angeles, CA 90017

Melissa M. Dulac
Kirkland & Ellis
777 S Figueroa St Ste 3700
Los Angeles, CA 90017

Peter T. Kashiwa
Goodsill Anderson Quinn & Stifel LLLP
Alii Place
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639

Iver N. Larson
Chun Kerr Dodd Beaman & Wong
900 Hawaii Tower
745 Fort St
Honolulu, HI 96813

Eric C. Liebeler
Kirkland & Ellis
777 S Figueroa St Ste 3700

Los Angeles, CA 90017

Victor Limongelli
Guidance Software Inc
**MAIL RETURNED AS UNDELIVERABLE*** (DOC 1110)
215 N Marengo Ave
Pasadena, CA 91101

Anne E. Lopez
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889

Clyde Wm. Matsui
Matsui Chung Sumida & Tsuchiyama
737 Bishop St Ste 1400
Honolulu, HI 96813

Julia M. Morgan
Fukunaga Matayoshi Hershey & Ching
Davies Pacific Center
841 Bishop St Ste 1200
Honolulu, Hi 96813

John Patzakis
Guidance Software Inc
**MAIL RETURNED AS UNDELIVERABLE*** (DOC 1110)
215 N Marengo Ave
Pasadena, CA 91101

R. Olivia Samad
Kirkland & Ellis
777 S Figueroa St Ste 3700
Los Angeles, CA 90017

Shelley M Tamekazu
Lyle S. Hosoda & Associates, LLC
345 Queen St Ste 804
Honolulu, HI 96813

Ann C. Teranishi
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889