UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 22 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>MARK DILLON; TERESA NOA; BRIAN CHRISTENSEN; FLEMING COMPANIES, INC., an Oklahoma Corporation; C & S LOGISTICS OF HAWAII, LLC, a Delaware LLC; C & S WHOLESALE GROCERS, INC. a Vermont Corporation; C & S ACQUISITIONS, LLC; RICHARD COHEN, a New Hampshire citizen; ES3 LLC, a Delaware Limited Liability Company; MELVIN PONCE, Hawaii citizen; SONIA PURDY, Hawaii citizen; JUSTIN FUKUMOTO, Hawaii citizen AFREDDA WAIOLAMA, Hawaii citizen; JACQULINE RIO, Hawaii citizen; GUIDANCE SOFTWARE, LLC, a California LLC; MICHAEL GURZI, a California citizen,<br><br>Defendants - Appellees. | No. 06-16199<br>D.C. No. CV-03-00385-SOM<br>District of Hawaii, Honolulu<br><br>**MANDATE** |
| WAYNE BERRY, a Hawaii citizen,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>MARK DILLON; TERESA NOA; BRIAN CHRISTENSEN; FLEMING COMPANIES, INC., an Oklahoma Corporation; C & S LOGISTICS OF HAWAII, LLC, a Delaware LLC; C & S WHOLESALE GROCERS, INC. a Vermont Corporation; C & S ACQUISITIONS, LLC; RICHARD COHEN, a New Hampshire citizen; ES3 LLC, a Delaware Limited Liability Company; MELVIN PONCE, Hawaii citizen; SONIA PURDY, Hawaii citizen; JUSTIN FUKUMOTO, Hawaii citizen AFREDDA WAIOLAMA, Hawaii citizen; JACQULINE RIO, Hawaii citizen; GUIDANCE | No. 07-15447<br>D.C. No. CV-03-00385-SOM<br>District of Hawaii, Honolulu<br><br>**MANDATE** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 24 2008

at 11 o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

SOFTWARE, LLC, a California LLC;
MICHAEL GURZI, a California citizen,

    Defendants - Appellees.

---

WAYNE BERRY, a Hawaii citizen,

    Plaintiff - Appellee,

v.

MARK DILLON; TERESA NOA; BRIAN CHRISTENSEN,

    Defendants - Appellants,

MELVIN PONCE, Hawaii citizen; SONIA PURDY, Hawaii citizen JUSTIN FUKUMOTO, Hawaii citizen; AFREDDA WAIOLAMA, Hawaii citizen; JACQULINE RIO, Hawaii citizen,

    Defendants - Appellants,

and

FLEMING COMPANIES, INC., an Oklahoma Corporation; C & S LOGISTICS OF HAWAII, LLC, a Delaware LLC; C & S WHOLESALE GROCERS, INC., a Vermont Corporation; C & S ACQUISITIONS LLC; RICHARD COHEN, a New Hampshire citizen; ES3 LLC, a Delaware Limited Liability Company,

    Defendants,

GUIDANCE SOFTWARE, LLC, a California LLC; MICHAEL GURZI, a California citizen,

    Defendants.

No. 07-15587
D.C. No. CV-03-00385-SOM
District of Hawaii, Honolulu

**MANDATE**

---

WAYNE BERRY, a Hawaii citizen,

    Plaintiff - Appellee,

No. 07-15588
D.C. No. CV03-00385-SOM
District of Hawaii, Honolulu

|  |  |
|---|---|
| v.<br><br>MARK DILLON; TERESA NOA; BRIAN CHRISTENSEN; FLEMING COMPANIES, INC., an Oklahoma Corporation; C & S LOGISTICS OF HAWAII, LLC, a Delaware LLC; C & S WHOLESALE GROCERS, INC. a Vermont Corporation; C & S ACQUISITIONS, LLC; RICHARD COHEN, a New Hampshire citizen; ES3 LLC, a Delaware Limited Liability Company; MELVIN PONCE, Hawaii citizen,<br><br>      Defendants,<br><br>SONIA PURDY, Hawaii citizen; JUSTIN FUKUMOTO, Hawaii citizen; AFREDDA WAIOLAMA, Hawaii citizen; JACQULINE RIO Hawaii citizen; GUIDANCE SOFTWARE, LLC, a California LLC MICHAEL GURZI, a California citizen,<br><br>      Defendants,<br><br>and<br><br>POST-CONFIRMATION TRUST,<br><br>      Defendant - Appellant. | **MANDATE** |

The judgment of this Court, entered 6/27/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk