***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 07/22/2008 at 10:29:29 AM PDT and filed on 07/22/2008

**Case Name:** Berry v. Hawaiian Express, et al
**Case Number:** 06-16199
**Document(s):** Document(s)

**Docket Text:**
MANDATE ISSUED.(ATG, PAR and SSI) Cost awarded to APPELLEE, Guidance Software, LLC, in the amount of $101.40. [06-16199, 07-15447, 07-15587, 07-15588]

The following document(s) are associated with this transaction:
**Document Description:** Mandate Letter
**Original Filename:** /opt/ACECF/live/forms/leeann_0616199_6593584_MandateForm_108.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=07/22/2008] [FileNumber=6593584-0]
[44820f54d5232a71bdce7d85187750d617ae07c4fff31d7279cb12f231b1ad266232c938587407b604c5c9
**Recipients:**

- Baumann, Michael E., Attorney
- Brady, Erin N., Attorney
- Bronster, Margery S
- Capozzola, Damian
- Chun, Christopher T., Attorney
- Fujichaku, Rex
- Hogan, Timothy J., Attorney
- Hosoda, Lyle S., Attorney
- Patzakis, John, Attorney
- Smith, Lex R., Attorney
- Teranishi, Ann
- USDC, Honolulu
- Yee, Thomas H.Y.P., Attorney

**Notice will be electronically mailed to:**

Fujichaku, Rex: rfujichaku@bhhawaii.net, barbara@bhhawaii.net
Hogan, Timothy J., Attorney: tjh@timhogan.com, hogant001@hawaii.rr.com

**Notice will be mailed to:**

Baumann, Michael E., Attorney
KIRKLAND & ELLIS, LLP
34th Floor
777 South Figueroa Street
Los Angeles, CA 90017-5800

Brady, Erin N., Attorney
KIRKLAND & ELLIS, LLP
777 South Figueroa Street
Los Angeles, CA 90017-5800

Bronster, Margery S
BRONSTER HOSHIBATA
A Law Corporation
2300 Pauahi Tower
1003 Bishop St.
Honolulu, HI 96813-0000

Capozzola, Damian
KIRKLAND & ELLIS, LLP
777 South Figueroa Street
Los Angeles, CA 90017-5800

Chun, Christopher T., Attorney
LYLE S. HOSODA & ASSOCIATES
Suite 804
Queen Street Building
345 Queen Street
Honolulu, HI 96813-0000

Hosoda, Lyle S., Attorney
LYLE S. HOSODA & ASSOCIATES
Suite 804
Queen Street Building
345 Queen Street
Honolulu, HI 96813-0000

Patzakis, John, Attorney
GUIDANCE SOFTWARE INC.
215 N Marengo Ave
Pasadena, CA 91101-0000

Smith, Lex R., Attorney
KOBAYASHI, SUGITA & GODA
First Hawaiian Center
999 Bishop Street
Honolulu, HI 96813-0000

Teranishi, Ann
Kobayashi Suita & Goda

Suite 2600
First Hawaiian Center
999 Bishop St.
Honolulu, HI 96813-3889

USDC, Honolulu
District of Hawaii (Honolulu)
United States Courthouse
Room C338
300 Ala Moana Blvd.
Honolulu, HI 96850-0000

Yee, Thomas H.Y.P., Attorney
KOBAYASHI SUGITA & GODA
Suite 2600
999 Bishop St
Honolulu, HI 96813-3889

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6593584
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5717112