FILED
JUL 1 0 2008
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Form 10. Bill of Costs ................................................................. *(Rev. 1-1-05)*

### United States Court of Appeals for the Ninth Circuit

### BILL OF COSTS

**Note:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

Wayne Berry  v.  Mark Dillon, et al.   CA No. 06-16199, 07-15447, 07-15587, 07-15588

The Clerk is requested to tax the following costs against: Wayne Berry

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 26 | 39 | $0.10 | $101.40 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other | | | | | | | | |
| | | | TOTAL | $101.40 | | | TOTAL | $ 101.40 |

# EXHIBIT "A"

**Form 10. Bill of Costs -** *Continued*

<u>Other:</u>  Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

\* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

\*\* Costs per page may not exceed .10 or actual cost, whichever is less. Circuit Rule 39-1.

---

I, Rex Y. Fujichaku, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature: [signature]
Date: 7/2/08

Name of Counsel (printed or typed): Rex Y. Fujichaku
Attorney for: Guidance Software, Inc.

---

Date: 7/22/08    Costs are taxed in the amount of $ 101.40

Clerk of Court
By: [signature] Deputy Clerk

A TRUE COPY
MOLLY C. DWYER
Clerk of Court
ATTEST

JUL 2 2 2008

by: [signature]
Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2008, two (2) copies of the foregoing document were served by DHL Express, standard overnight delivery, first class mail, postage prepaid, or hand delivered as noted, on the following counsel of record to their last known addresses as follows:

| | |
|---|---|
| TIMOTHY J. HOGAN, ESQ.<br>1050 Bishop Street, No. 433<br>Honolulu, Hawaii 96813<br>    Attorney for Plaintiff-Appellant<br>    WAYNE BERRY | **U.S. MAIL** |
| LYLE S. HOSODA, ESQ.<br>RAINA P.B. GUSHIKEN, ESQ.<br>Lyle Hosoda & Associates<br>345 Queen Street, Suite 804<br>Honolulu, Hawaii 96813<br>    Attorneys for Defendants-Appellees<br>    MARK DILLON, BRIAN CHRISTENSEN, TERESA NOA,<br>    MELVIN PONCE, ALFREDDA WAIOLAMA, JACQUELINE<br>    RIO, JUSTIN FUKUMOTO and SONIA PURDY | **U.S. MAIL** |
| LEX R. SMITH, ESQ.<br>Kobayashi Sugita & Goda<br>First Hawaiian Center<br>999 Bishop Street, Suite 2600<br>Honolulu, Hawaii 96813<br>    Attorneys for Defendants-Appellees<br>    C&S WHOLESALE GROCERS, INC.;<br>    C&S LOGISTICS OF HAWAII, LLC; C&S ACQUISITIONS,<br>    LLC; ES3, LLC; and RICHARD COHEN | **U.S. MAIL** |

MICHAEL BAUMANN, ESQ.                          U.S. MAIL
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, California 90017
    Attorneys for Defendants-Appellees/Cross-Appellants
    FLEMING COMPANIES, INC. and the
    POST-CONFIRMATION TRUST of Fleming Companies, Inc.

Dated: Honolulu, Hawaii, July 9, 2008.

_____
MARGERY S. BRONSTER
REX Y. FUJICHAKU
Attorneys for Defendant-Appellee
GUIDANCE SOFTWARE, INC.