UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850 • 0338
CLERK
OFFICIAL BUSINESS

RECEIVED
CLERK U.S. DISTRICT COURT

JUL 30 2008
3:50 PM

DISTRICT OF HAWAII

CV 03- 385 DAE- LEK

FIRST CLASS

UNITED STATES POSTAGE
$ 01.17⁰
PITNEY BOWES
02 1M
000 4243039    JUL 28 2008
MAILED FROM ZIP CODE 96817

FORWARD X 968 N7E 1 4071 30 07/29/08
:GUIDANCE SOFTWARE RTN TO SEND
215 N MARENGO AVE STE 250
PASADENA CA 91101-1532

RETURN TO SENDER

VICTOR LIMONGELLI & JOHN PATZAKIS
GUIDANCE SOFTWARE INC
215 N MARENGO AVE
PASADENA, CA 91101

VICTOR LIMONGELLI & JOHN PATZAKIS
GUIDANCE SOFTWARE INC
215 N MARENGO AVE
PASADENA, CA 91101

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 22 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

---

WAYNE BERRY, a Hawaii citizen,

Plaintiff - Appellant,

v.

MARK DILLON; TERESA NOA; BRIAN
CHRISTENSEN; FLEMING COMPANIES,
INC., an Oklahoma Corporation; C & S
LOGISTICS OF HAWAII, LLC, a Delaware
LLC; C & S WHOLESALE GROCERS, INC. a
Vermont Corporation; C & S ACQUISITIONS,
LLC; RICHARD COHEN, a New Hampshire
citizen; ES3 LLC, a Delaware Limited Liability
Company; MELVIN PONCE, Hawaii citizen;
SONIA PURDY, Hawaii citizen; JUSTIN
FUKUMOTO, Hawaii citizen AFREDDA
WAIOLAMA, Hawaii citizen; JACQULINE
RIO, Hawaii citizen; GUIDANCE
SOFTWARE, LLC, a California LLC;
MICHAEL GURZI, a California citizen,

Defendants - Appellees.

No. 06-16199
D.C. No. CV-03-00385-SOM DAE-LEK
District of Hawaii, Honolulu

**MANDATE**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 24 2008

at __ o'clock and ___ min. __ M.
SUE BEITIA, CLERK

---

WAYNE BERRY, a Hawaii citizen,

Plaintiff - Appellant,

v.

MARK DILLON; TERESA NOA; BRIAN
CHRISTENSEN; FLEMING COMPANIES,
INC., an Oklahoma Corporation; C & S
LOGISTICS OF HAWAII, LLC, a Delaware
LLC; C & S WHOLESALE GROCERS, INC. a
Vermont Corporation; C & S ACQUISITIONS,
LLC; RICHARD COHEN, a New Hampshire
citizen; ES3 LLC, a Delaware Limited Liability
Company; MELVIN PONCE, Hawaii citizen;
SONIA PURDY, Hawaii citizen; JUSTIN
FUKUMOTO, Hawaii citizen AFREDDA
WAIOLAMA, Hawaii citizen; JACQULINE
RIO, Hawaii citizen; GUIDANCE

No. 07-15447
D.C. No. CV-03-00385-SOM DAE-LEK
District of Hawaii, Honolulu

**MANDATE**

SOFTWARE, LLC, a California LLC;
MICHAEL GURZI, a California citizen,

    Defendants - Appellees.

---

WAYNE BERRY, a Hawaii citizen,

    Plaintiff - Appellee,

    v.

MARK DILLON; TERESA NOA; BRIAN
CHRISTENSEN,

    Defendants - Appellants,

MELVIN PONCE, Hawaii citizen; SONIA
PURDY, Hawaii citizen JUSTIN
FUKUMOTO, Hawaii citizen; AFREDDA
WAIOLAMA, Hawaii citizen; JACQULINE
RIO, Hawaii citizen,

    Defendants - Appellants,

  and

FLEMING COMPANIES, INC., an Oklahoma
Corporation; C & S LOGISTICS OF HAWAII,
LLC, a Delaware LLC; C & S WHOLESALE
GROCERS, INC., a Vermont Corporation; C &
S ACQUISITIONS LLC; RICHARD COHEN,
a New Hampshire citizen; ES3 LLC, a
Delaware Limited Liability Company,

    Defendants,

GUIDANCE SOFTWARE, LLC, a California
LLC; MICHAEL GURZI, a California citizen,

    Defendants.

No. 07-15587    *DAE-LEK*
D.C. No. CV-03-00385-~~SOM~~
District of Hawaii, Honolulu

**MANDATE**

---

WAYNE BERRY, a Hawaii citizen,

    Plaintiff - Appellee,

No. 07-15588    *DAE-LEK*
D.C. No. CV03-00385-~~SOM~~
District of Hawaii, Honolulu

v.

MARK DILLON; TERESA NOA; BRIAN
CHRISTENSEN; FLEMING COMPANIES,
INC., an Oklahoma Corporation; C & S
LOGISTICS OF HAWAII, LLC, a Delaware
LLC; C & S WHOLESALE GROCERS, INC. a
Vermont Corporation; C & S ACQUISITIONS,
LLC; RICHARD COHEN, a New Hampshire
citizen; ES3 LLC, a Delaware Limited Liability
Company; MELVIN PONCE, Hawaii citizen,

        Defendants,

SONIA PURDY, Hawaii citizen; JUSTIN
FUKUMOTO, Hawaii citizen; AFREDDA
WAIOLAMA, Hawaii citizen; JACQULINE
RIO Hawaii citizen; GUIDANCE
SOFTWARE, LLC, a California LLC
MICHAEL GURZI, a California citizen,

        Defendants,

 and

POST-CONFIRMATION TRUST,

        Defendant - Appellant.

**MANDATE**

The judgment of this Court, entered 6/27/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 07/22/2008 at 10:29:29 AM PDT and filed on 07/22/2008

| | |
|---|---|
| **Case Name:** | Berry v. Hawaiian Express, et al |
| **Case Number:** | 06-16199 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED.(ATG, PAR and SSI) Cost awarded to APPELLEE, Guidance Software, LLC, in the amount of $101.40. [06-16199, 07-15447, 07-15587, 07-15588]

The following document(s) are associated with this transaction:
**Document Description:**Mandate Letter
**Original Filename:**/opt/ACECF/live/forms/leeann_0616199_6593584_MandateForm_108.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=07/22/2008] [FileNumber=6593584-0]
[44820f54d5232a71bdce7d85187750d617ae07c4fff31d7279cb12f231b1ad266232c938587407b604c5c9(
**Recipients:**

- Baumann, Michael E., Attorney
- Brady, Erin N., Attorney
- Bronster, Margery S
- Capozzola, Damian
- Chun, Christopher T., Attorney
- Fujichaku, Rex
- Hogan, Timothy J., Attorney
- Hosoda, Lyle S., Attorney
- Patzakis, John, Attorney
- Smith, Lex R., Attorney
- Teranishi, Ann
- USDC, Honolulu
- Yee, Thomas H.Y.P., Attorney

**Notice will be electronically mailed to:**

Fujichaku, Rex: rfujichaku@bhhawaii.net, barbara@bhhawaii.net
Hogan, Timothy J., Attorney: tjh@timhogan.com, hogant001@hawaii.rr.com

**Notice will be mailed to:**

Baumann, Michael E., Attorney
KIRKLAND & ELLIS, LLP
34th Floor
777 South Figueroa Street
Los Angeles, CA 90017-5800

Brady, Erin N., Attorney
KIRKLAND & ELLIS, LLP
777 South Figueroa Street
Los Angeles, CA 90017-5800

Bronster, Margery S
BRONSTER HOSHIBATA
A Law Corporation
2300 Pauahi Tower
1003 Bishop St.
Honolulu, HI 96813-0000

Capozzola, Damian
KIRKLAND & ELLIS. LLP
777 South Figueroa Street
Los Angeles, CA 90017-5800

Chun, Christopher T., Attorney
LYLE S. HOSODA & ASSOCIATES
Suite 804
Queen Street Building
345 Queen Street
Honolulu, HI 96813-0000

Hosoda, Lyle S., Attorney
LYLE S. HOSODA & ASSOCIATES
Suite 804
Queen Street Building
345 Queen Street
Honolulu, HI 96813-0000

Patzakis, John, Attorney
GUIDANCE SOFTWARE INC.
215 N Marengo Ave
Pasadena, CA 91101-0000

Smith, Lex R., Attorney
KOBAYASHI, SUGITA & GODA
First Hawaiian Center
999 Bishop Street
Honolulu, HI 96813-0000

Teranishi, Ann
Kobayashi Suita & Goda

Suite 2600
First Hawaiian Center
999 Bishop St.
Honolulu, HI 96813-3889

USDC, Honolulu
District of Hawaii (Honolulu)
United States Courthouse
Room C338
300 Ala Moana Blvd.
Honolulu, HI 96850-0000

Yee, Thomas H.Y.P., Attorney
KOBAYASHI SUGITA & GODA
Suite 2600
999 Bishop St
Honolulu, HI 96813-3889

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6593584
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5717112

FILED

JUL 1 0 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Form 10.  Bill of Costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *(Rev. 1-1-05)*

## United States Court of Appeals for the Ninth Circuit

### BILL OF COSTS

**Note:**    If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1.  A late bill of costs must be accompanied by a motion showing good cause.  Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

Wayne Berry    v.    Mark Dillon, et al.

CA No.  06-16199, 07-15447, 07-15587, 07-15588

The Clerk is requested to tax the following costs against:    Wayne Berry

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 26 | 39 | $0.10 | $101.40 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other | | | | | | | | |
| | | | TOTAL | $ 101.40 | | | TOTAL | $ 101.40 |

## EXHIBIT "A"

**Form 10. Bill of Costs -** *Continued*

**Other:** Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

\* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

\*\* Costs per page may not exceed .10 or actual cost, whichever is less. Circuit Rule 39-1.

I, Rex Y. Fujichaku , swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature: 

Date: 7/2/08

Name of Counsel (printed or typed): Rex Y. Fujichaku

Attorney for: Guidance Software, Inc.

Date: 7/22/08     Costs are taxed in the amount of $ 101.40

Clerk of Court

By: _____ Deputy Clerk

A TRUE COPY
MOLLY C. DWYER
Clerk of Court
ATTEST

JUL 2 2 2008

by: _____
Deputy Clerk

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 9, 2008, two (2) copies of the foregoing document were served by DHL Express, standard overnight delivery, first class mail, postage prepaid, or hand delivered as noted, on the following counsel of record to their last known addresses as follows:

TIMOTHY J. HOGAN, ESQ.                    **U.S. MAIL**
1050 Bishop Street, No. 433
Honolulu, Hawaii 96813
        Attorney for Plaintiff-Appellant
WAYNE BERRY

LYLE S. HOSODA, ESQ.                      **U.S. MAIL**
RAINA P.B. GUSHIKEN, ESQ.
Lyle Hosoda & Associates
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
        Attorneys for Defendants-Appellees
        MARK DILLON, BRIAN CHRISTENSEN, TERESA NOA,
        MELVIN PONCE, ALFREDDA WAIOLAMA, JACQUELINE
        RIO, JUSTIN FUKUMOTO and SONIA PURDY

LEX R. SMITH, ESQ.                        **U.S. MAIL**
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
        Attorneys for Defendants-Appellees
        C&S WHOLESALE GROCERS, INC.;
        C&S LOGISTICS OF HAWAII, LLC; C&S ACQUISITIONS,
        LLC; ES3, LLC; and RICHARD COHEN

MICHAEL BAUMANN, ESQ.                    **U.S. MAIL**
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, California 90017
    Attorneys for Defendants-Appellees/Cross-Appellants
    FLEMING COMPANIES, INC. and the
    POST-CONFIRMATION TRUST of Fleming Companies, Inc.

Dated: Honolulu, Hawaii, July 9, 2008.

    MARGERY S. BRONSTER
    REX Y. FUJICHAKU
    Attorneys for Defendant-Appellee
    GUIDANCE SOFTWARE, INC.

2

**FILED**

**NOT FOR PUBLICATION**

JUN 27 2008

**UNITED STATES COURT OF APPEALS**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>MARK DILLON; et al.,<br><br>    Defendants - Appellees. | No. 06-16199<br><br>D.C. No. CV-03-00385-SOM<br><br>MEMORANDUM[*] |
| WAYNE BERRY, a Hawaii citizen,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>MARK DILLON; et al.,<br><br>    Defendants - Appellees. | No. 07-15447<br><br>D.C. No. CV-03-00385-SOM |
| WAYNE BERRY, a Hawaii citizen,<br><br>    Plaintiff - Appellee,<br><br>  v. | No. 07-15587<br><br>D.C. No. CV-03-00385-SOM |

---

     [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

MARK DILLON; et al.,

        Defendants - Appellants,

MELVIN PONCE, Hawaii citizen; et al.,

        Defendants - Appellants,

 and

FLEMING COMPANIES, INC., an Oklahoma Corporation; et al.,

        Defendants,

GUIDANCE SOFTWARE, LLC, a California LLC; et al.,

        Defendants.

---

WAYNE BERRY, a Hawaii citizen,

        Plaintiff - Appellee,

  v.

MARK DILLON; et al.,

        Defendants,

SONIA PURDY, Hawaii citizen; et al.,

        Defendants,

 and

No. 07-15588

D.C. No. CV03-00385-SOM

2

POST-CONFIRMATION TRUST,

Defendant - Appellant.

Appeal from the United States District Court
for the District of Hawaii
Susan Oki Mollway, District Judge, Presiding

Argued and Submitted June 16, 2008
Honolulu, Hawaii

Before: GOODWIN, RYMER, and IKUTA, Circuit Judges.

Wayne Berry (Berry) appeals the district court's summary judgment in favor

of defendants-appellees[1] on his claims for copyright infringement, trade secret

misappropriation, and violations of both the Racketeer Influenced and Corrupt

Organizations Act (RICO) and the Sherman Act. He also appeals the district

court's denial of his request for a continuance, and motions for relief from

judgment under Rule 60(a) of the Federal Rules of Civil Procedure, permanent

injunctive relief, and attorneys' fees. Post Confirmation Trust and former

---

[1] Defendants-appellees are (1) Post Confirmation Trust; (2) Brian
Christensen, Mark Dillon, Teresa Noa, Justin Fukumoto, Melvin Ponce, Sonia
Purdy, Alfredda Waiolama, and Jacqueline Rio; (3) C&S Wholesale Grocers, Inc.,
C&S Acquisition LLC, C&S Logistics LLC, ES3 LLC, and Richard Cohen; and
(4) Guidance Software, Inc., and Michael Gurzi.

3

employees of Fleming[2] appeal the district court's denial of their requests for attorneys' fees. We affirm.

Willfulness

Berry failed to raise a triable issue of material fact that any copyright infringement by defendants was committed "willfully" for purposes of 17 U.S.C. § 504(c)(2). The record supports the district court's conclusion that Fleming's former employees reasonably believed that they were acting within the scope of their agreement with Berry when they attempted to revert to the licensed version of Berry's Freight Control System (FCS). *See Danjaq LLC v. Sony Corp.*, 263 F.3d 942, 959 (9th Cir. 2001). Because the district court correctly concluded that the employees did not know that their creation and use of the dual database system constituted copyright infringement, their conduct did not amount to willful infringement. *See Peer Int'l Corp. v. Pausa Records, Inc.*, 909 F.2d 1332, 1335 n.3 (9th Cir. 1990). The district court did not err in holding that any copying by Guidance Software, Inc., or Michael Gurzi was done to preserve evidence for litigation, and is therefore "fair use" under 17 U.S.C. § 107. *See Religious Tech. Ctr. v. Wollersheim*, 971 F.2d 364, 367 (9th Cir. 1992).

---

[2] Former employees of Fleming for purposes of the cross-appeal are Mark Dillon, Teresa Noa, Justin Fukumoto, Melvin Ponce, Sonia Purdy, Alfredda Waiolama, and Jacqueline Rio.

4

Copyright Infringement

Berry failed to raise a triable issue of material fact that defendants' creation and use of the Excel spreadsheets infringed his copyrighted works. Berry's declarations and expert reports failed to carry his burden to identify with specificity the elements of his FCS which were protectable and copied in the Excel spreadsheets. *See Apple Computer, Inc. v. Microsoft Corp.*, 35 F.3d 1435, 1443 (9th Cir. 1994). Moreover, defendants' expert demonstrated that there were none. The data in FCS are not protectable, and therefore their importation into the Excel spreadsheets is not copyright infringement. *See Feist Publ'ns, Inc. v. Rural Tel. Serv. Co.*, 499 U.S. 340, 347–48 (1991). While the "'inverse ratio rule'" requires "a lower standard of proof of substantial similarity when a high degree of access is shown," it does not displace a plaintiff's burden under the extrinsic test to identify protectable, copied elements of his or her work. *See Three Boys Music Corp. v. Bolton*, 212 F.3d 477, 485 (9th Cir. 2000) (discussing the plaintiff's initial burden under the extrinsic test). Berry's End User License Agreement with Fleming is irrelevant to whether any of his works is protected under federal copyright law. *See Apple Computer*, 35 F.3d at 1442.

Trade Secret Misappropriation

5

Berry failed to raise a triable issue of material fact on his trade secret misappropriation claim.  Berry failed either to identify any trade secret that had been misappropriated or to adduce evidence that any of his programs derived "independent economic value . . . from not being generally known to, and not being readily ascertainable by proper means by, other persons who can obtain economic value from [their] disclosure or use" under Hawaii Revised Statute § 482B-2.  *See Teller v. Teller*, 53 P.3d 240, 247–48 (Haw. 2002); *MAI Sys. Corp. v. Peak Computer, Inc.*, 991 F.2d 511, 522 (9th Cir. 1993).  Because there was no evidentiary foundation for the trade secret misappropriation claim, the district court did not err in awarding attorneys' fees to the prevailing defendant on this claim.  *See* Haw. Rev. Stat. § 482B-5(1).

Rule 56(f)

The district court did not abuse its discretion in denying Berry's request for a continuance to conduct further discovery under Rule 56(f) of the Federal Rules of Civil Procedure.  Berry did not carry his burden of showing "what specific facts [he] hoped to discover" that would have supported his claims against any of the parties.  *See Cont'l Mar. of San Francisco, Inc. v. Pac. Coast Metal Trades Dist. Council, Metal Trades Dep't*, 817 F.2d 1391, 1395 (9th Cir. 1987).

Rule 60(b)(3)

6

_____The district court did not abuse its discretion in denying Berry's motion for relief from judgment under Rule 60(b)(3) of the Federal Rules of Civil Procedure. Berry failed to prove by clear and convincing evidence that any of the district court's rulings resulted from Christensen's misrepresentation because the district court held that Berry's infringement claim was limited to conduct that occurred after the March 6, 2003 jury verdict. *See Casey v. Albertson's, Inc.*, 362 F.3d 1254, 1260 (9th Cir. 2004). The question whether Christensen was president before March 2003 was not relevant to Berry's lawsuit.

Nor was Berry prevented from fully and fairly presenting his case. Where an alleged fraud is "discoverable by due diligence before or during the proceedings," relief from judgment is inappropriate. *See id.* Here, Berry had evidence of the true date Christensen became president prior to trial.

Permanent Injunction

The district court did not abuse its discretion in denying Berry's request for a permanent injunction. The district court applied the test from *MAI Systems*, and denied injunctive relief because Berry failed to show any threat of continuing violations. *See* 991 F.2d at 520. Although the district court did not have the benefit of the Supreme Court's decision in *eBay Inc. v. MercExchange, L.L.C.*, 547 U.S. 388, 391–93 (2006), the district court's ruling is also correct under the four-

factor test set forth in that decision. Berry failed to show any threat of continuing

infringement, and monetary damages would adequately compensate any past

injury. *See id.* at 392.

Berry's Remaining Claims

    Any arguments related to Berry's claims for violations of the Racketeer

Influenced and Corrupt Organizations Act (RICO), violations of the Sherman Act,

conspiracy to commit copyright infringement, and contributory infringement were

made in passing, and are not supported by any meaningful legal argument.

Accordingly, they are waived. Fed. R. App. P. 28(a)(9); *Ghahremani v. Gonzales*,

498 F.3d 993, 997 (9th Cir. 2007).

Attorneys' Fees

    The district court did not abuse its discretion in denying Berry's request for

attorneys' fees as a "prevailing party" under 17 U.S.C. § 505. "[A]ttorney's fees

are to be awarded to prevailing parties only as a matter of the court's discretion."

*Fogerty v. Fantasy, Inc.*, 510 U.S. 517, 534 (1994). Contrary to Berry's argument,

the district court did not automatically deny his fee request because his ultimate

recovery was less than he asked for; the district court recognized that it "may"

consider the degree of success obtained, did so, and denied the fee request. While

a district court *may* award fees where recovery is small, *Wall Data Inc. v. L.A.*

8

*County Sheriff's Dep't*, 447 F.3d 769, 787 (9th Cir. 2006), a district court does not abuse its discretion by not awarding them in such circumstances.

Regarding the cross-appeal, the district court did not apply the wrong legal test in determining that Berry was a "prevailing party" on his copyright infringement claim. While Berry might not have achieved the results he sought at the outset of the litigation, he was "awarded some relief by the court" on the single direct copyright infringement claim in his complaint. *See Buckhannon Bd. & Care Home, Inc. v. W. Va. Dep't of Health and Human Res.*, 532 U.S. 598, 603 (2001). Cross-appellants have not identified a case where the defendants were awarded attorneys' fees as the "prevailing party" for prevailing on sub-issues of a copyright infringement claim. *Florentine Art Studio, Inc. v. Vedet K Corp.*, 891 F. Supp. 532, 541 (C.D. Cal. 1995), on which cross-appellants rely, is limited to situations "where plaintiffs pressed on with their lawsuits despite lacking any facially legitimate claims that would have justified continuing the action." *Berkla v. Corel Corp.*, 302 F.3d 909, 924 n.15 (9th Cir. 2002). By contrast, Berry did not lack a legitimate claim; Fleming and its employees were ultimately held liable for copyright infringement.

**AFFIRMED.**

Appeal Documents

1:03-cv-00385-DAE-LEK Berry v. Hawaiian Express Ser, et al **CASE CLOSED on 03/09/2006**

# U.S. District Court

# District of Hawaii

**Notice of Electronic Filing**

The following transaction was entered on 7/28/2008 at 8:20 AM HST and filed on 7/24/2008

**Case Name:**    Berry v. Hawaiian Express Ser, et al
**Case Number:**   1:03-cv-385
**Filer:**
**WARNING: CASE CLOSED on 03/09/2006**
**Document Number:** 1120

**Docket Text:**
**MANDATE of USCA;# (1) 9CCA Service List, # (2) Bill of Costs, # (3) Memorandum - AFFIRMED as to [994] Notice of Appeal, filed by Wayne Berry, [1045] Notice of Cross Appeal filed by Fleming Companies, Inc., [1038] Notice of Appeal, filed by Wayne Berry, [1043] Notice of Cross Appeal, filed by Justin Fukumoto, Sonia Purdy, Afredda Waiolama, Brian Christensen, Mark Dillon, Melvin Ponce, Jacqueline Rio, Teresa Noa (cc: DAE, TL-crm) (bbb, )**

## 1:03-cv-385 Notice has been electronically mailed to:

Andrew V. Beaman abeaman@chunkerr.com, lwarfield@chunkerr.com, nshinozuka@chunkerr.com

Leroy E. Colombe lcolombe@chunkerr.com

Timothy Joseph Hogan tjh@timhogan.com, hogant001@hawaii.rr.com, timmyhogan@gmail.com

Wesley H.H. Ching whc@fmhc-law.com, dd@fmhc-law.com, eol@fmhc-law.com

Lex R. Smith lrs@ksglaw.com

Wesley W. Ichida wwi@loio.com

Margery S. Bronster mbronster@bhhawaii.net, audrey@bchlaw.net

Lyle S. Hosoda lsh@hosodalaw.com, ctc@hosodalaw.com, dmm@hosodalaw.com, rpbg@hosodalaw.com, ta@hosodalaw.com

William G. Meyer, III wmeyer@dwyerlaw.com, carashiro@dwyerlaw.com, jborges@dwyerlaw.com

Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com

Raina P.B. Gushiken rpbg@hosodalaw.com, dmm@hosodalaw.com, ta@hosodalaw.com

Rex Y. Fujichaku rfujichaku@bhhawaii.net, barbara@bhhawaii.net

Christopher T. Chun ctc@hosodalaw.com

Erin N. Brady ebrady@kirkland.com

**1:03-cv-385 Notice will not be electronically mailed to:**

Michael E. Baumann
Kirkland & Ellis
777 S Figueroa St Ste 3700
Los Angeles, CA 90017

Damian Capozzola
Kirkland & Ellis
777 S Figueroa St Ste 3700
Los Angeles, CA 90017

Melissa M. Dulac
Kirkland & Ellis
777 S Figueroa St Ste 3700
Los Angeles, CA 90017

Peter T. Kashiwa
Goodsill Anderson Quinn & Stifel LLLP
Alii Place
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639

Iver N. Larson
Chun Kerr Dodd Beaman & Wong
900 Hawaii Tower
745 Fort St
Honolulu, HI 96813

Eric C. Liebeler
Kirkland & Ellis
777 S Figueroa St Ste 3700
Los Angeles, CA 90017

Victor Limongelli
Guidance Software Inc
**MAIL RETURNED AS UNDELIVERABLE*** (DOC 1110)
215 N Marengo Ave
Pasadena, CA 91101

Anne E. Lopez
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889

Clyde Wm. Matsui
Matsui Chung Sumida & Tsuchiyama
737 Bishop St Ste 1400
Honolulu, HI 96813CMECF.widgit.ProcessingWindowDestroy() >
Julia M. Morgan
Fukunaga Matayoshi Hershey & Ching
Davies Pacific Center
841 Bishop St Ste 1200
Honolulu, Hi 96813

John Patzakis
Guidance Software Inc
**MAIL RETURNED AS UNDELIVERABLE*** (DOC 1110)
215 N Marengo Ave
Pasadena, CA 91101

R. Olivia Samad
Kirkland & Ellis
777 S Figueroa St Ste 3700
Los Angeles, CA 90017

Shelley M Tamekazu
Lyle S. Hosoda & Associates, LLC
345 Queen St Ste 804
Honolulu, HI 96813

Ann C. Teranishi
Kobayashi Sugita & Goda

CM/ECF-DC V3.2.1 (5/08) **LIVE**

First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=7/28/2008] [FileNumber=535924-0]
[629bbdbd7c99b528510d24819d0b9d7c6ece30c1d47a078388cf06ae7e0ed1f3950f
5ee654989a0c88bc9c1ab5bdc3a6dfc2ff0c41b801da1c3ccc84522797fd]]
**Document description:** 9CCA Service List
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=7/28/2008] [FileNumber=535924-1]
[82535099577bc35f9f1230c670d1625aa8aebc79b4058a26d79157ec9eaf2aa818cb
7c34a66a011d75d22fdddc328c3ac73a983150b64d34def0d97b8756dec0]]
**Document description:** Bill of Costs
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=7/28/2008] [FileNumber=535924-2]
[81b22afc1d55e6b8ae2e8bad67f556f963c9dbdba26e714b4b1c5fe9e2e80034c162
bb30115f9baba8449d6919a38dfb6b443eb32ce12ddd77afd7fc11354679]]
**Document description:**Memorandum - AFFIRMED
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=7/28/2008] [FileNumber=535924-3]
[0d7a20c4b89ec99f14914e6c12355d91ce58977f9d7faa6d01e6b819f67872b4f046
df9768f077ae38d9e7108687f06aba723ef373c96af18d49bc3678d01e23]]