BRONSTER HOSHIBATA
A Law Corporation

MARGERY S. BRONSTER  4750-0
REX Y. FUJICHAKU        7198-0
2300 Pauahi Tower
1003 Bishop Street
Honolulu, Hawai`i  96813
Telephone:  (808) 524-5644
Facsimile:  (808) 599-1881
E-mail: mbronster@bhhawaii.net
E-mail: rfujichaku@bhhawaii.net

Attorneys for Defendants
GUIDANCE SOFTWARE, INC.
and MICHAEL GURZI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | Civil No. 03-00385 SOM/LEK (Copyright) |
| Plaintiff, | WITHDRAWAL OF COUNSEL; CERTIFICATE OF SERVICE |
| v. | |
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation, et al., | |
| Defendants. | |

<u>WITHDRAWAL OF COUNSEL</u>

Please withdraw the appearance of Victor Limongelli and John Patzakis as counsel for Defendants Guidance Software, Inc. and Michael Gurzi ("Defendants") in this action. Defendants will continue to be represented by the undersigned.

Dated: Honolulu, Hawaii, August 8, 2008.

    /s/ REX Y. FUJICHAKU
MARGERY S. BRONSTER
REX Y. FUJICHAKU

Attorneys for Defendants
GUIDANCE SOFTWARE, INC.
and MICHAEL GURZI