IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | ) Civil No. 03-00385 SOM/LEK<br>) (Copyright)<br>) |
| Plaintiff, | ) CERTIFICATE OF SERVICE<br>) |
| v. | )<br>) |
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation, et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |
| _____ | ) |

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing document was served on the following at their last known addresses on August 7, 2008, as noted below:

Served Electronically through CM/ECF:

    TIMOTHY J. HOGAN, ESQ.    tjh@timhogan.com
    1050 Bishop Street, No. 433
    Honolulu, Hawaii 96813
        Attorney for Plaintiff
        WAYNE BERRY

| | |
|---|---|
| LYLE S. HOSODA, ESQ. | lsh@hosodalaw.com |
| RAINA P.B. GUSHIKEN, ESQ. | rpbg@hosodalaw.com |

Lyle Hosoda & Associates
345 Queen Street, Suite 804
Honolulu, Hawaii  96813
    Attorneys for Defendants
    MARK DILLON, BRIAN CHRISTENSEN, TERESA NOA,
    MELVIN PONCE, ALFREDDA WAIOLAMA, JACQUELINE
    RIO, JUSTIN FUKUMOTO and SONIA PURDY

LEX R. SMITH, ESQ.    lrs@ksglaw.com
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii  96813
    Attorneys for Defendants
    C&S WHOLESALE GROCERS, INC.; C&S LOGISTICS
    OF HAWAII, LLC; C&S ACQUISITIONS, LLC; ES3, LLC;

<u>Served via U.S. Mail</u>

MICHAEL BAUMANN, ESQ.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, California  90017
    Attorneys for Defendants
    FLEMING COMPANIES, INC. and the POST-
    CONFIRMATION TRUST of Fleming Companies, Inc.

Dated: Honolulu, Hawaii, August 8, 2008.

      /s/ REX Y. FUJICHAKU
    MARGERY S. BRONSTER
    REX Y. FUJICHAKU

    Attorneys for Defendants
    GUIDANCE SOFTWARE, INC.
    and MICHAEL GURZI