ORIGINAL

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 11 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| WAYNE BERRY, a Hawaii citizen,<br><br>　　Plaintiff - Appellant,<br><br>　v.<br><br>MARK DILLON; et al.,<br><br>　　Defendants - Appellees. | No. 06-16199<br><br>D.C. No. CV-03-00385-SOM  DAE-LEK<br>District of Hawaii,<br>Honolulu<br><br>ORDER |
|---|---|
| WAYNE BERRY, a Hawaii citizen,<br><br>　　Plaintiff - Appellant,<br><br>　v.<br><br>MARK DILLON; et al.,<br><br>　　Defendants - Appellees. | No. 07-15447<br><br>D.C. No. CV-03-00385-SOM  DAE-LEK<br>District of Hawaii,<br>Honolulu |
| WAYNE BERRY, a Hawaii citizen,<br><br>　　Plaintiff - Appellee,<br><br>　v.<br><br>MARK DILLON; et al.,<br><br>　　Defendants - Appellants, | No. 07-15587<br><br>D.C. No. CV-03-00385-SOM  DAE-LEK<br>District of Hawaii,<br>Honolulu |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 3 2008

at 4 o'clock and 30 min. PM
SUE BEITIA, CLERK

cc: SOM  DAE, TL
TF  LEK, WN

MELVIN PONCE, Hawaii citizen; et al.,

    Defendants - Appellants,

and

FLEMING COMPANIES, INC., an Oklahoma Corporation; et al.,

    Defendants,

GUIDANCE SOFTWARE, LLC, a California LLC; et al.,

    Defendants.

---

WAYNE BERRY, a Hawaii citizen,

    Plaintiff - Appellee,

v.

MARK DILLON; et al.,

    Defendants,

SONIA PURDY, Hawaii citizen; et al.,

    Defendants,

and

POST-CONFIRMATION TRUST,

    Defendant - Appellant.

No. 07-15588

D.C. No. CV03-00385-SOM *DAE-LEK*
District of Hawaii,
Honolulu

Before: GOODWIN, RYMER, and IKUTA, Circuit Judges.

Defendants-appellees Brian Christensen, Mark Dillon, Teresa Noa, Justin Fukumoto, Melvin Ponce, Sonia Purdy, Alfredda Waiolama, and Jacqueline Rio, are ordered to show cause on or before fourteen (14) days from the date of this order, why their motion for attorneys' fees should not be dismissed as untimely. *See* 9th Cir. R. 39-1.6(a).  Appellant Wayne Berry may file a response within seven (7) days of that filing date.