

ca9_ecfnoticing@ca9.uscourts.gov
09/09/2008 10:46 AM

To ▮▮▮▮.uscourts.gov
cc
bcc
Subject [CV 03-385DAE-LEK] 06-16199 Berry v. Hawaiian Express, et al "Order Filed (From Chambers)"

History:  This message has been forwarded.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 09/09/2008 at 1:45:38 PM PDT and filed on 09/09/2008

**Case Name:**           Berry v. Hawaiian Express, et al
**Case Number:**         06-16199
**Document(s):**         Document(s)

**Docket Text:**
Filed order (ALFRED T. GOODWIN, PAMELA ANN RYMER and SANDRA S. IKUTA)Defendants-appellees (1) Post Confirmation Trust; (2) C&S Wholesale Grocers, Inc., C&S Acquisition LLC, C&S Logistics LLC, ES3 LLC, and Richard Cohen; and (3) Guidance Software, Inc., and Michael Gurzi, are awarded attorneysâ     fees on appeal pursuant to 17 U.S.C. Â§ 505. The determination of an appropriate amount of fees on appeal is referred to the courtâ     s special master, Appellate Commissioner Peter L. Shaw, who shall conduct whatever proceedings he deems appropriate, and who shall have authority to enter an order awarding fees. See 9th Cir. R. 39-1.9. The order is subject to reconsideration by the panel. Id.Defendants-appellees Brian Christensen, Mark Dillon, Teresa Noa, Justin Fukumoto, Melvin Ponce, Sonia Purdy, Alfredda Waiolama, and Jacqueline Rioâ     s motion for attorneysâ     fees is DISMISSED as untimely. Post Confirmation Trustâ     s motion for double attorneysâ     fees pursuant to Rule 38 of the Federal Rules of Appellate Procedure is DENIED. [06-16199, 07-15447, 07-15587, 07-15588]

The following document(s) are associated with this transaction:
**Document Description:**Order Filed (From Chambers)
**Original Filename:**06-16199.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=09/09/2008] [FileNumber=6639563-0]

[8682dbd8443306f3df0f9fb1a5687804d6349cab22e882b292cadd67b48c154f6208b06d97bd095
11192eabe8ddc152f523c7e026dd3dc554996ceead6e7aa01]]

**Notice will be electronically mailed to:**

Fujichaku, Rex: rfujichaku@bhhawaii.net, barbara@bhhawaii.net
Hogan, Timothy J., Attorney: tjh@timhogan.com, hogant001@hawaii.rr.com
USDC, Honolulu: hiddkt@hid.uscourts.gov


**Notice will be mailed to:**


Baumann, Michael E., Attorney
KIRKLAND & ELLIS, LLP
34th Floor
777 South Figueroa Street
Los Angeles, CA 90017-5800

Brady, Erin N., Attorney
KIRKLAND & ELLIS, LLP
777 South Figueroa Street
Los Angeles, CA 90017-5800

Bronster, Margery S
BRONSTER HOSHIBATA
A Law Corporation
2300 Pauahi Tower
1003 Bishop St.
Honolulu, HI 96813

Capozzola, Damian
KIRKLAND & ELLIS, LLP
777 South Figueroa Street
Los Angeles, CA 90017-5800

Chun, Christopher T., Attorney
LYLE S. HOSODA & ASSOCIATES
Suite 804
Queen Street Building
345 Queen Street
Honolulu, HI 96813

Hosoda, Lyle S., Attorney
LYLE S. HOSODA & ASSOCIATES
Suite 804

Queen Street Building
345 Queen Street
Honolulu, HI 96813

Honorable Mollway, Susan Oki, U.S. District Judge
United States District Court
PKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, HI 96850

Patzakis, John, Attorney
GUIDANCE SOFTWARE INC.
215 N Marengo Ave
Pasadena, CA 91101

Smith, Lex R., Attorney
KOBAYASHI, SUGITA & GODA
First Hawaiian Center
999 Bishop Street
Honolulu, HI 96813

Teranishi, Ann
Kobayashi Suita & Goda
Suite 2600
First Hawaiian Center
999 Bishop St.
Honolulu, HI 96813-3889

Yee, Thomas H.Y.P., Attorney
KOBAYASHI SUGITA & GODA
Suite 2600
999 Bishop St
Honolulu, HI 96813-3889

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 6639563
**RELIEF(S) DOCKETED:**
   for attorney fees
   for attorney fees
   for attorney fees
   for attorney fees
**DOCKET PART(S) ADDED:** 5807236, 5728452, 5807241, 5807242, 5807240, 5733089, 5719873, 5701472, 5807243