

| | ca9_ecfnoticing@ca9.uscourts.gov<br>09/12/2008 07:06 AM | To | hiddkt@hid.uscourts.gov |
|---|---|---|---|
| | | cc | |
| | | bcc | |
| | | Subject | 08-16199 Melvin Jones, Jr. v. John Hollenback, et al "Appellate Commissioner Order Filed" |

***NOTE TO PUBLIC ACCESS USERS*** **Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 09/12/2008 at 10:02:54 AM PDT and filed on 09/12/2008

**Case Name:**       Melvin Jones, Jr. v. John Hollenback, et al
**Case Number:**   08-16199
**Document(s):**    Document(s)

**Docket Text:**
Filed order (Appellate Commissioner) The court awarded attorneys' fees on appeal pursuant to 17 U.S.C. § 505 to defendants-appellees (1) Post Confirmation Trust; (2) C&S Wholesale Grocers, Inc., C&S Acquisition LLC, C&S Logistics LLC, ES3 LLC, and Richard Cohen; and (3) Guidance Software, Inc., and Michael Gurzi. The court dismissed as untimely defendants-appellees Brian Christensen, Mark Dillon, Teresa Noa, Justin Fukumoto, Melvin Ponce, Sonia Purdy, Alfredda Waiolama, and Jacqueline Rio's motion for attorneys' fees. The court denied Post Confirmation Trust's motion for double attorneys' fees pursuant to Rule 38 of the Federal Rules of Appellate Procedure. The court referred to the Appellate Commissioner the determination of an appropriate amount of fees on appeal. See 9th Cir. R. 39-1.9. The question of the appropriate amount of fees on appeal is referred to the Circuit Mediator, who will contact the parties. The Circuit Mediator is requested to inform the Appellate Commissioner of the conclusion of the mediation. (Appellate Commissioner) [08-16199, 06-16199, 07-15447, 07-15587, 07-15588]

The following document(s) are associated with this transaction:
**Document Description:** Appellate Commissioner Order Filed
**Original Filename:** 06-16199.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=09/12/2008] [FileNumber=6643790-0]
[5ed02389bea9a5a5810a576d5ccc35e7052003ac4bd7ae0fa05673d8f6da196e35bd21276be06c66
9d1b7c895422789ec52aba572e889acd4dea5c5b447ff581]]

**Notice will be electronically mailed to:**

Fujichaku, Rex: rfujichaku@bhhawaii.net, barbara@bhhawaii.net
Hogan, Timothy Joseph, Attorney: tjh@timhogan.com, hogant001@hawaii.rr.com
Krabbenhoft, William A.: Bill.Krabbenhoft@doj.ca.gov, Alberto.Gonzalez@doj.ca.gov,
Dottie.Macken@doj.ca.gov, Supattra.Straw@doj.ca.gov, Maureen.Armistead@doj.ca.gov
USDC, Fresno: caed_frs@caed.uscourts.gov
USDC, Honolulu: hiddkt@hid.uscourts.gov
NDA, Mediation, NDA Recipient: ndamediation@ca9.uscourts.gov


**Notice will be mailed to:**


Baumann, Michael E., Attorney
KIRKLAND & ELLIS, LLP
34th Floor
777 South Figueroa Street
Los Angeles, CA 90017-5800

Brady, Erin N., Attorney
KIRKLAND & ELLIS, LLP
777 South Figueroa Street
Los Angeles, CA 90017-5800

Bronster, Margery S
BRONSTER HOSHIBATA
A Law Corporation
2300 Pauahi Tower
1003 Bishop St.
Honolulu, HI 96813

Capozzola, Damian
KIRKLAND & ELLIS, LLP
777 South Figueroa Street
Los Angeles, CA 90017-5800

Chun, Christopher T., Attorney
LYLE S. HOSODA & ASSOCIATES
Suite 804
Queen Street Building
345 Queen Street
Honolulu, HI 96813

Hosoda, Lyle S., Attorney
LYLE S. HOSODA & ASSOCIATES
Suite 804
Queen Street Building
345 Queen Street
Honolulu, HI 96813

Littlewood, William
McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 River Park Place East
Fresno, CA 93720-1501

Patzakis, John, Attorney
GUIDANCE SOFTWARE INC.
215 N Marengo Ave
Pasadena, CA 91101

Smith, Lex R., Attorney
KOBAYASHI, SUGITA & GODA
First Hawaiian Center
999 Bishop Street
Honolulu, HI 96813

Teranishi, Ann
Kobayashi Suita & Goda
Suite 2600
First Hawaiian Center
999 Bishop St.
Honolulu, HI 96813-3889

Wainwright, Daniel L.
McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 River Park Place East
Fresno, CA 93720-1501

Yee, Thomas H.Y.P., Attorney
KOBAYASHI SUGITA & GODA
Suite 2600
999 Bishop St
Honolulu, HI 96813-3889

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6643790
**RELIEF(S) DOCKETED:**
  to refer case to mediation
**DOCKET PART(S) ADDED:** 5814539, 5814544, 5814553, 5814549, 5814552, 5814550, 5814551