IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, | ) | CIVIL 03-00385DAE-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HAWAIIAN EXPRESS SERVICE, | ) | |
| INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S
## FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 24, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO: DENY DEFENDANT C&S WHOLESALE GROCERS, INC.'S RENEWED EX PARTE MOTION FOR WRIT OF EXECUTION OR IN THE ALTERNATIVE FOR JUDGMENT CREDITOR'S BILL IN EQUITY; DENY DEFENDANT BRIAN CHRISTENSEN'S JOINDER; AND DENY DEFENDANT GUIDANCE SOFTWARE, INC.'S JOINDER," are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, October 16, 2008.



_____
David Alan Ezra
United States District Judge

<u>WAYNE BERRY V. HAWAIIAN EXPRESS SERVICE, INC., ET AL.</u>
Civil 03-00385DAE-LEK
Order Adopting Magistrate's Findings and Recommendation